UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
In re:                                                              :   Chapter 11
                                                                    :
QUIKSILVER, INC., *et al.*,                                         :   Case No. 15-11880
                                                                    :
                Debtors.¹                                           :   (Joint Administration Pending)
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Bankruptcy Procedure 9010(b), §1109(b) of the Bankruptcy Code, and Local Rule 9010-3, the undersigned hereby appears as counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender ("BofA"), a party-in-interest in the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and §§ 342 and 1109(b) of the Bankruptcy Code, the undersigned, on behalf of the BofA, hereby requests that all documents filed with Bankruptcy Court in the above-captioned case and all notices given or required to be given in this matter, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's creditor matrix in this matter:

> David S. Berman, Esq.
> RIEMER & BRAUNSTEIN LLP
> Three Center Plaza
> Boston, MA 02108
> Tel:    617.523.9000
> Email:  dberman@riemerlaw.com
>
>         -and-

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), QS Optics, Inc. (2493), Quiksilver Wetsuits, Inc. (9599), Mt. Waimea, Inc. (5846), Quiksilver Entertainment, Inc. (9667), DC Shoes, Inc. (0965), DC Direct, Inc. (8364), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), and QS Retail, Inc. (0505). The address of the Debtors' corporate headquarters is 15202 Graham Street, Huntington Beach, California 92649.

      Steven E. Fox, Esq.
      RIEMER & BRAUNSTEIN LLP
      Times Square Tower
      Seven Times Square, Suite 2506
      New York, NY 10036
      Tel:    212.789.3100
      Email:  sfox@riemerlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, disclosure statements, applications, motions, petitions, requests, complaints, demands, replies, answers, memoranda and briefs relating to the foregoing, and any other documents or items brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

Dated:  New York, New York
         September 9, 2015

      Respectfully Submitted,

      **RIEMER & BRAUNSTEIN, LLP**
      *Counsel for Bank of America, N.A.*

      By:  */s/ Steven E. Fox*_____
           Steven E. Fox
           Times Square Tower
           Seven Times Square, Suite 2506
           New York, NY 10036
           Tel:  (212) 789-3100

1864536.1