## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., | : | Case No. 15-11880 (___) |
| | : | |
| 5600 Argosy Circle, Huntington Beach, California 92649, | : | Tax I.D. No. 33-0199426 |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QS WHOLESALE, INC., | : | Case No. 15-11881 (___) |
| | : | |
| 5600 Argosy Circle, Huntington Beach, California 92649, | : | Tax I.D. No. 80-0118795 |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DC DIRECT, INC., | : | Case No. 15-11882 (___) |
| | : | |
| 5600 Argosy Circle, Huntington Beach, California 92649, | : | Tax I.D. No. 27-0058364 |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :     Chapter 11
                                        :
DC SHOES, INC.,                         :     Case No. 15-11883 (___)
                                        :
5600 Argosy Circle, Huntington Beach,   :
California 92649,                        :     Tax I.D. No. 33-0610965
                                        :
            Debtor.                     :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :     Chapter 11
                                        :
FIDRA, INC.,                            :     Case No. 15-11884 (___)
                                        :
5600 Argosy Circle, Huntington Beach,   :
California 92649,                        :     Tax I.D. No. 33-0928945
                                        :
            Debtor.                     :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :
                                        :     Chapter 11
HAWK DESIGNS, INC.,                     :
                                        :     Case No. 15-11885 (___)
5600 Argosy Circle, Huntington Beach,   :
California 92649,                        :
                                        :     Tax I.D. No. 33-0831121
            Debtor.                     :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :     Chapter 11
                                        :
MT. WAIMEA, INC.,                       :     Case No. 15-11886 (___)
                                        :
5600 Argosy Circle, Huntington Beach,   :
California 92649,                        :     Tax I.D. No. 33-0785846
                                        :
            Debtor.                     :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                          :

In re:                                  :

                                          :   Chapter 11

Q.S. OPTICS, INC.,               :

                                          :   Case No. 15-11887 (___)

5600 Argosy Circle, Huntington Beach,  :

California 92649,                :

                                          :   Tax I.D. No. 33-0542493

                   Debtor.          :

                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                          :

In re:                                  :

                                          :   Chapter 11

QS RETAIL, INC.,                :

                                          :   Case No. 15-11888 (___)

5600 Argosy Circle, Huntington Beach,  :

California 92649,                :

                                          :   Tax I.D. No. 33-0740505

                   Debtor.          :

                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                          :

In re:                                  :

                                          :   Chapter 11

QUIKSILVER ENTERTAINMENT, INC.,  :

                                          :   Case No. 15-11889 (___)

5600 Argosy Circle, Huntington Beach,  :

California 92649,                :

                                          :   Tax I.D. No. 48-9569667

                   Debtor.          :

                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :      Chapter 11
                                          :
QUIKSILVER WETSUITS, INC.,                :      Case No. 15-11890 (___)
                                          :
5600 Argosy Circle, Huntington Beach,     :
California 92649,                         :      Tax I.D. No. 33-0489599
                                          :
                         Debtor.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DEBTORS' MOTION FOR ORDER (A) DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1 AND (B) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)

Quiksilver, Inc. ("ZQK") and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Quiksilver" or the "Company"), hereby move (this "Motion") this Court for entry of an order, under section 342(c)(1) of the United States Code (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), providing for the joint administration of the Debtors' separate Chapter 11 Cases (as defined below) for procedural purposes only and seeking a waiver of the requirement that the captions in these Chapter 11 Cases list the Debtors' tax identification numbers and addresses.  In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Andrew Bruenjes, Americas Chief Financial Officer of Quiksilver, Inc., in Support of Chapter 11 Petitions and First Day Pleadings (the "First Day Declaration"),[1] filed with the Court concurrently herewith.  In further support of the Motion, the Debtors, by and

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

4

through their undersigned proposed counsel, respectfully represent:

## JURISDICTION AND VENUE

1.  This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.  The statutory predicate for the relief requested herein is Bankruptcy Code section 342(c)(1).  Such relief is also warranted under Bankruptcy Rules 1005, 1015(b), and 2002(n), and Local Bankruptcy Rule 1015-1.

3.  Pursuant to Local Bankruptcy Rule 9013-1(f), the Debtors consent to the entry of a final judgment or order with respect to this Motion if it is determined that this Court would lack Article III jurisdiction to enter such final order or judgment absent the consent of the parties.

## BACKGROUND

4.  On September 9, 2015 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  The Debtors have requested that the Chapter 11 Cases be jointly administered.

5.  The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.  To date, no creditors' committee has been appointed in these Chapter 11 Cases by the Office of the United States Trustee for the District of Delaware (the "United States Trustee").  No trustee or examiner has been appointed in the Debtors' Chapter 11 Cases.

7.      Quiksilver is one of the world's leading outdoor sports lifestyle companies.  The Company designs, develops, and distributes branded apparel, footwear, accessories, and related products.  The Company began operations in 1976 making boardshorts for surfers in the United States under a license agreement with the *Quiksilver* brand founders in Australia.  Today, the Company's business is rooted in the strong heritage and authenticity of its core brands, *Quiksilver*, *Roxy*, and *DC*, each of which caters to the casual, outdoor lifestyle associated with surfing, skateboarding, snowboarding, BMX, and motocross, among other activities.  The Company's products are sold in over 115 countries through a wide range of distribution points, including wholesale accounts (surf shops, skate shops, snow shops, sporting goods stores, discount centers, specialty stores, select department stores, and licensed stores), Company-owned retail stores, and its e-commerce websites.  The Debtors comprise each of the Company's U.S. entities, including parent, ZQK, as well as QS Wholesale, Inc., QS Retail, Inc., DC Shoes, Inc., and seven inactive entities.

8.      Additional factual background information regarding the Debtors, including their business operations, their corporate and capital structure, and the events leading to these Chapter 11 Cases, is set forth in detail in the First Day Declaration.

**RELIEF REQUESTED**

9.      By this Motion, the Debtors seek entry of an order, under Bankruptcy Code section 342(c)(1), Bankruptcy Rules 1005, 1015(b) and 2002(n), and Local Bankruptcy Rule 1015-1, consolidating the Debtors' Chapter 11 Cases for procedural purposes only, and waiving the requirement that the Debtors' caption and certain notices in the Chapter 11 Cases contain certain identifying information.

10.      In furtherance of the foregoing, the Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :      Chapter 11
                                                          :
QUIKSILVER, INC., *et al.*,                               :      Case No. 15-11880 (___)
                                                          :
                                      Debtors.[1]         :      (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11.    In addition, the Debtors request that the Court make separate docket

entries on the docket of each of the Debtors' Chapter 11 Cases (except that of Quiksilver, Inc.),

substantially as follows:

> An order has been entered in this case consolidating this case with the case of
> Quiksilver, Inc., Case No. 15-11880 (___), for procedural purposes only and
> providing for its joint administration in accordance with the terms thereof.  The
> docket in Case No. 15-11880 (___) should be consulted for all matters affecting
> this case.

12.    For the reasons set forth herein, the Debtors submit that the relief

requested is in the best interest of the Debtors, their estates, creditors, and other parties in interest,

and therefore, should be granted.

**BASIS FOR RELIEF**

13.    Bankruptcy Rule 1015(b) provides that if two or more petitions are

pending in the same court by or against a debtor and an affiliate, the court may order joint

administration of the estates of the debtor and such affiliates.  Fed. R. Bankr. P. 1015(b).

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors'
corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

14.     ZQK is the direct or indirect parent company of each of the other Debtors in these Chapter 11 Cases.  As such, the above-captioned Debtors are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b).  Thus, joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1.

15.     Moreover, the joint administration of the Chapter 11 Cases will permit the Clerk of the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates.  Indeed, the Debtors anticipate that numerous notices, applications, motions, other pleadings, hearings, and orders in these cases will affect all of the Debtors.

16.     Joint administration will also save time and money and avoid duplicative and potentially confusing filings by permitting counsel for all parties in interest to (a) use a single caption on the numerous documents that will be served and filed herein and (b) file the papers in one case rather than in multiple cases.

17.     Joint administration will also protect parties in interest by ensuring that parties in each of the Debtors' respective Chapter 11 Cases will be apprised of the various matters before the Court in these cases.  Finally, joint administration will ease the burden on the office of the United States Trustee in supervising these bankruptcy cases.  Consequently, joint administration will reduce costs and facilitate a more efficient administrative process, unencumbered by the procedural problems otherwise attendant to the administration of separate, albeit related, Chapter 11 Cases.

18.      Moreover, the Debtors submit that use of the simplified caption set forth above will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification.

19.      The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of the Chapter 11 Cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights.  Each creditor and other party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right.

20.      Bankruptcy Rule 2002(n), which incorporates Bankruptcy Rule 1005, provides that the caption for every notice given under Bankruptcy Rule 2002 contain certain information, including that the title of the case provide the tax identification number of each Debtor and any other names used by the Debtors in the previous eight years.  See Fed. R. Bankr. P. 2002(n); see also Fed. R. Bankr. 1005.  Section 342(c) of the Code provides that notices "required to be given by the debtor to a creditor under this title, any rule, any applicable law, or any order of the court" shall contain the name, address, and last 4 digits of the debtor's taxpayer identification number."  11 U.S.C. § 342(c)(1).  Section 342(c) further requires that "[i]f the notice concerns an amendment that adds a creditor to the schedules of assets and liabilities," the notice sent to the creditor shall include the full taxpayer identification number, while the notice filed with the court shall include only the last 4 digits of the taxpayer identification number.  Id.

21.      The Debtors submit that use of the proposed simplified caption without full tax identification numbers and addresses for each of the Debtors will ensure a uniformity of pleading identification.  All pleadings filed and each notice mailed by the Debtors will include a footnote listing all of the Debtors, the last four digits of their tax identification numbers, and the

address of the Debtors' corporate headquarters.[2]  Moreover, the full tax identification numbers

will be listed in the petitions for each Debtor.  Such petitions are publicly available to all parties-

in-interest and will be provided by the Debtors upon request.  Therefore, the Debtors submit that

the policies underlying the requirements of Bankruptcy Rule 2002(n) and Section 342(c) of the

Bankruptcy Code have been satisfied.

## APPLICABLE AUTHORITY

22.    An order of joint administration relates to the routine administration of a

case and may be entered by the court in its discretion on an ex parte basis.  See Del. Bankr. L.R.

1015-1.  Local Bankruptcy Rule 1015-1 provides that "[a]n order of joint administration may be

entered, without notice and an opportunity for hearing, upon the filing of a motion for joint

administration pursuant to [Bankruptcy Rule] 1015, supported by an affidavit, declaration or

verification, which establishes that the joint administration of two or more cases pending in this

Court under title 11 is warranted and will ease the administrative burden for the Court and the

parties."  Del. Bankr. L.R. 1015-1.  The First Day Declaration, filed concurrently herewith,

satisfies the requirement of a supportive declaration under Local Bankruptcy Rule 1015-1.

Given the Debtors' affiliation, joint administration of these cases is warranted.  Accordingly, this

Court is authorized to grant the requested relief under Bankruptcy Rule 1015(b) and Local

Bankruptcy Rule 1015-1.

23.    Courts in this district have routinely granted the same relief as requested in

this Motion to chapter 11 debtors.  See, e.g., In re Dendreon Corp., Case No. 14-12515 (LSS)

(Bankr. D. Del. Nov. 10, 2014); In re Exide Techs., Case No. 13-11482 (KJC) (Bankr. D. Del.

---

[2]    The Debtors have not used any other names in the previous eight years.

June 10, 2013); <u>In re Synagro Techs., Inc.</u>, Case No. 13-11041 (BLS) (Bankr. D. Del. Apr. 24, 2013).[3]

## NOTICE

24.     Notice of this Motion shall be given to (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the agent for the Debtors' postpetition secured loan facilities; (c) counsel to the agent for the Debtors' prepetition revolving loan facility; (d) the agent for the Debtors' prepetition senior secured notes; (e) the agent for the Debtors' prepetition senior unsecured notes; (f) the parties listed in the consolidated list of thirty (30) largest unsecured creditors filed by the Debtors in these Chapter 11 Cases; and (g) any such other party entitled to notice pursuant to Local Bankruptcy Rule 9013-1(m).  The Debtors submit that no other or further notice need be provided.

## NO PRIOR REQUEST

25.     No previous request for the relief sought in this Motion has been made to this Court or any other court.


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[3]     Because of the voluminous nature of the orders cited herein, they are not attached to the Motion.  Copies of these orders, however, are available on request.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that this Court enter an order, substantially in the form annexed hereto, granting the relief sought herein and such other and further relief as may be just and proper.

Dated:    Wilmington, Delaware
          September 9, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li (*pro hac vice admission pending*)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

John K. Lyons (*pro hac vice admission pending*)
Jessica S. Kumar (*pro hac vice admission pending*)
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                      :        Chapter 11
:
QUIKSILVER, INC.,                           :        Case No. 15-11880 (___)
:
5600 Argosy Circle, Huntington Beach,       :
California 92649,                           :        Tax I.D. No. 33-0199426
:
   Debtor.                   :        **Related Docket No. __**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                      :        Chapter 11
:
QS WHOLESALE, INC.,                         :        Case No. 15-11881 (___)
:
5600 Argosy Circle, Huntington Beach,       :
California 92649,                           :        Tax I.D. No. 80-0118795
:
   Debtor.                   :        **Related Docket No. __**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                      :        Chapter 11
:
DC DIRECT, INC.,                            :        Case No. 15-11882 (___)
:
5600 Argosy Circle, Huntington Beach,       :
California 92649,                           :        Tax I.D. No. 27-0058364
:
   Debtor.                   :        **Related Docket No. __**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
DC SHOES, INC.,                                             :        Case No. 15-11883 (___)
                                                            :
5600 Argosy Circle, Huntington Beach,                       :
California 92649,                                            :        Tax I.D. No. 33-0610965
                                                            :
            Debtor.                                         :        **Related Docket No. __**
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
FIDRA, INC.,                                                :        Case No. 15-11884 (___)
                                                            :
5600 Argosy Circle, Huntington Beach,                       :
California 92649,                                            :        Tax I.D. No. 33-0928945
                                                            :
            Debtor.                                         :
                                                            :        **Related Docket No. __**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
HAWK DESIGNS, INC.,                                         :        Case No. 15-11885 (___)
                                                            :
5600 Argosy Circle, Huntington Beach,                       :
California 92649,                                            :        Tax I.D. No. 33-0831121
                                                            :
            Debtor.                                         :        **Related Docket No. __**
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
MT. WAIMEA, INC.,                                           :        Case No. 15-11886 (___)
                                                            :
5600 Argosy Circle, Huntington Beach,                       :
California 92649,                                            :        Tax I.D. No. 33-0785846
                                                            :
            Debtor.                                         :        **Related Docket No. __**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
              :
In re:             :   Chapter 11
              :
Q.S. OPTICS, INC.,        :   Case No. 15-11887 (___)
              :
5600 Argosy Circle, Huntington Beach,  :
California 92649,        :   Tax I.D. No. 33-0542493
              :
      Debtor.     :
              :   **Related Docket No. __**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
              :
In re:             :   Chapter 11
              :
QS RETAIL, INC.,        :   Case No. 15-11888 (___)
              :
5600 Argosy Circle, Huntington Beach,  :
California 92649,        :   Tax I.D. No. 33-0740505
              :
      Debtor.     :
              :   **Related Docket No. __**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
              :
In re:             :   Chapter 11
              :
QUIKSILVER ENTERTAINMENT, INC., :   Case No. 15-11889 (___)
              :
5600 Argosy Circle, Huntington Beach,  :
California 92649,         :   Tax I.D. No. 48-9569667
              :
      Debtor.     :
              :   **Related Docket No. __**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
QUIKSILVER WETSUITS, INC.,                :    Case No. 15-11890 (___)
                                          :
5600 Argosy Circle, Huntington Beach,     :
California 92649,                         :    Tax I.D. No. 33-0489599
                                          :
                      Debtor.            :    Related Docket No. __
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER (A) DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO
BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1 AND (B)
WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1)
AND BANKRUPTCY RULES 1005 AND 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") (i) providing for the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only and (ii) seeking a waiver of the requirement that the captions in the Chapter 11 Cases list the Debtors' tax identification numbers and certain other identifying information; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1.      The Motion is GRANTED as set forth herein.

2.      Each of the above-captioned Chapter 11 Cases of the Debtors will be, and hereby is, jointly administered by the Court.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the First Day Declaration.

3.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
In re:                                            :        Chapter 11
                                                  :
QUIKSILVER, INC., *et al.*,                       :        Case No. 15-11880 (___)
                                                  :
                     Debtors.[1]                  :        (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4.      Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Quiksilver, Inc., Case No. 15-11880 (___).

5.      The requirements under Bankruptcy Code section 342(c)(1) are hereby waived.

6.      The requirements under Bankruptcy Rule 2002(n) that any other names used by the Debtors in the previous eight years and each Debtor's employer identification number be contained in the caption are hereby waived.

7.      A docket entry shall be made in each of the Debtors' cases (except that of Quiksilver, Inc.) substantially as follows:

> An order has been entered in this case consolidating this case with the case of Quiksilver, Inc., Case No. 15-11880 (___), for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

docket in Case No. 15-11880 (____) should be consulted for all matters affecting this case.

8.      Procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the Debtors' estates.

9.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware

_____, 2015

_____
UNITED STATES BANKRUPTCY JUDGE

6