## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (___) |
|  | : |  |
|  | : | (Joint Administration Pending) |
| Debtors.[1] | : |  |
|  | : | **Re: Docket No. 17** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF EXHIBIT C TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 4001 AND 9014 (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING ON A SUPER-PRIORITY, SENIOR SECURED BASIS AND (B) USE CASH COLLATERAL, (II) GRANTING (A) LIENS AND SUPER-PRIORITY CLAIMS AND (B) ADEQUATE PROTECTION TO CERTAIN PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

Quiksilver, Inc. ("ZQK") and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Quiksilver" or the "Company"), hereby submit the attached Exhibit C to the Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing The Debtors To (A) Obtain Postpetition Financing On A Super-Priority, Senior Secured Basis And (B) Use Cash Collateral, (II) Granting (A) Liens And Super-Priority Claims

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

And (B) Adequate Protection To Certain Prepetition Lenders, (III) Modifying The Automatic

Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief (Docket No. 17).

Dated: Wilmington, Delaware
         September 9, 2015

                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                        /s/      Van C. Durrer, II                        
                        Van C. Durrer, II (I.D. No. 3827)
                        Annie Z. Li (*pro hac vice admission pending*)
                        300 South Grand Avenue, Suite 3400
                        Los Angeles, California 90071
                        Telephone: (213) 687-5000
                        Fax: (213) 687-5600

                        - and -

                        John K. Lyons (*pro hac vice admission pending*)
                        Jessica S. Kumar (*pro hac vice admission pending*)
                        155 N. Wacker Dr.
                        Chicago, Illinois 60606
                        Telephone: (312) 407-0700
                        Fax: (312) 407-0411

                        *Proposed Counsel for Debtors and Debtors in Possession*

**<u>EXHIBIT C</u>**
**BUDGET**

**Quiksilver**

Consolidated ABL Perimeter

**Weekly Cash Forecast ($000's)**

| | Week # | 0 | 1 (Ch. 11) | 2 | 3 | 4 (Final Order) | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 (Emergence) | DIP Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Scenario | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | 17-Week Forecast Total |
| | Week ending | 5-Sep-15 | 12-Sep-15 | 19-Sep-15 | 26-Sep-15 | 3-Oct-15 | 10-Oct-15 | 17-Oct-15 | 24-Oct-15 | 31-Oct-15 | 7-Nov-15 | 14-Nov-15 | 21-Nov-15 | 28-Nov-15 | 5-Dec-15 | 12-Dec-15 | 19-Dec-15 | 26-Dec-15 | 2-Jan-16 | Total |
| **Operating Cash Receipts** | | | | | | | | | | | | | | | | | | | | |
| (1) Wholesale Receipts | | 9,616 | 6,777 | 7,716 | 7,739 | 7,301 | 5,381 | 7,799 | 9,893 | 13,067 | 11,172 | 6,633 | 7,497 | 5,716 | 5,318 | 6,987 | 7,918 | 7,478 | 5,509 | 129,901 |
| (2) Retail / eCommerce | | 5,339 | 3,767 | 4,318 | 3,559 | 3,943 | 4,417 | 5,300 | 4,148 | 4,587 | 4,277 | 4,125 | 4,363 | 6,473 | 4,967 | 4,865 | 5,959 | 6,489 | 5,389 | 80,945 |
| (3) Licensing / Royalties | | 145 | - | - | 1,625 | - | 1,138 | 31 | - | - | - | - | 308 | - | - | - | - | - | - | 3,102 |
| (4) Credit Card Holdbacks | | - | (500) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (500) |
| (5) **Total Operating Receipts** | | 15,100 | 10,044 | 12,034 | 11,299 | 12,869 | 9,797 | 14,237 | 14,072 | 17,654 | 15,449 | 10,758 | 11,860 | 12,497 | 10,285 | 11,852 | 13,877 | 13,968 | 10,897 | 213,448 |
| **Operating Cash Disbursements** | | | | | | | | | | | | | | | | | | | | |
| (6) Merchandise | | 3,260 | 7,962 | 8,350 | 10,662 | 7,597 | 5,802 | 6,842 | 8,891 | 6,252 | 4,233 | 1,867 | 4,038 | 6,559 | 6,880 | 5,546 | 7,522 | 8,873 | 5,367 | 113,244 |
| (7) Freight / Customs | | 782 | 667 | 649 | 649 | 724 | 852 | 4,495 | 444 | 442 | 449 | 2,743 | 448 | 448 | 609 | 3,226 | 607 | 607 | 3,420 | 21,481 |
| (8) Payroll Related & Employee Benefits | | 2,363 | 1,634 | 2,773 | 1,634 | 1,906 | 1,622 | 2,213 | 2,190 | 1,914 | 1,541 | 2,246 | 2,109 | 254 | 3,371 | 254 | 4,259 | 254 | 3,112 | 33,285 |
| (9) Contractor - Sales Reps | | 26 | 764 | 933 | 514 | 778 | 431 | 1,142 | 431 | 1,658 | 312 | 1,075 | 728 | 1,668 | 61 | 827 | 476 | 1,347 | 104 | 13,247 |
| (10) Rent and Utilities | | 1,297 | 516 | 16 | 16 | 4,545 | 15 | 15 | 15 | 2,814 | 1,194 | 21 | 21 | 21 | 3,595 | 21 | 21 | 21 | 3,617 | 16,481 |
| (11) Taxes | | 1 | 0 | 1,243 | 198 | 254 | 12 | 820 | 15 | 1,051 | 7 | - | 1,261 | 279 | 533 | - | 1,088 | - | - | 6,762 |
| (12) Insurance / Marketing / Legal | | 1,313 | 1,174 | 1,105 | 1,105 | 891 | 860 | 791 | 791 | 933 | 1,018 | 1,100 | 1,019 | 1,019 | 784 | 745 | 680 | 680 | 680 | 15,377 |
| (13) Other / Misc | | 799 | 2,229 | 1,029 | 2,713 | 921 | 801 | 801 | 801 | 2,659 | 1,185 | 889 | 889 | 2,320 | 1,268 | 1,087 | 1,087 | 2,791 | 1,233 | 24,704 |
| (14) **Total Operating Disbursements** | | 9,841 | 14,946 | 16,098 | 17,492 | 17,616 | 10,395 | 17,118 | 13,577 | 17,724 | 9,939 | 9,943 | 10,515 | 12,567 | 17,100 | 11,707 | 15,740 | 14,573 | 17,532 | 244,582 |
| (15) **Operating Cash Flow** | | 5,260 | (4,902) | (4,064) | (6,193) | (4,747) | (597) | (2,881) | 495 | (70) | 5,509 | 815 | 1,346 | (70) | (6,815) | 145 | (1,864) | (605) | (6,635) | (31,133) |
| **Non-Operating Cash Disbursements** | | | | | | | | | | | | | | | | | | | | |
| (16) Capital Expenditures | | 99 | 281 | 50 | 245 | 50 | 136 | 50 | 334 | 74 | 50 | 50 | 50 | 264 | 50 | 50 | 336 | 306 | 50 | 2,426 |
| (17) Principal and Interest Payments | | 54 | - | - | - | - | 32 | 125 | - | - | - | - | - | - | - | - | - | - | - | 157 |
| (18) **Total Non-Operating Disbursements** | | 153 | 281 | 50 | 245 | 50 | 168 | 175 | 334 | 74 | 50 | 50 | 50 | 264 | 50 | 50 | 336 | 306 | 50 | 2,583 |
| **Bankruptcy Expenditures** | | | | | | | | | | | | | | | | | | | | |
| (19) Professional Fees | | 3,091 | 1,625 | 30 | - | 125 | - | - | - | 3,501 | 125 | - | - | 4,580 | - | - | - | - | 5,437 | 15,423 |
| (20) DIP Financing Fees | | - | 4,350 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,350 |
| (21) Freight Deposits | | - | 1,750 | 1,750 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,500 |
| (22) Utilities Deposits | | - | 325 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 325 |
| (23) D&O Insurance | | - | 400 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 400 |
| (24) WARN / Severance | | 620 | - | 375 | - | 495 | - | 375 | - | 375 | 120 | - | - | - | - | - | - | - | - | 1,740 |
| (25) KEIP / KERP | | - | - | - | - | - | - | - | - | 500 | - | - | - | - | - | - | - | - | 2,500 | 3,000 |
| (26) GOB Liquidation Fees | | - | - | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | - | - | - | - | - | - | - | - | 414 |
| (27) Customer Programs | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (28) DIP Interest / Fees | | - | - | - | - | 546 | - | - | 638 | - | - | 684 | - | - | 679 | - | - | 754 | - | 3,301 |
| (29) **Total Bankruptcy Disbursements** | | 3,711 | 8,450 | 2,207 | 52 | 1,218 | 52 | 427 | 690 | 4,428 | 297 | 684 | - | - | 5,259 | - | - | 754 | 7,937 | 32,453 |
| (30) **Net Cash Flow (before IC)** | | 1,396 | (13,634) | (6,320) | (6,490) | (6,014) | (817) | (3,483) | (529) | (4,572) | 5,163 | 81 | 1,296 | (335) | (12,124) | 95 | (2,199) | (1,664) | (14,622) | (66,170) |
| (31) Inter-Company Transfers In/(Out) | | - | (263) | 179 | 3,000 | (108) | (1,400) | 179 | - | - | 1,400 | - | 179 | - | - | - | 179 | - | - | 3,343 |
| (32) **Net Increase (Decrease) in Cash** | | 1,396 | (13,897) | (6,143) | (3,490) | (6,122) | (2,217) | (3,305) | (529) | (4,572) | 6,563 | 81 | 1,474 | (335) | (12,124) | 95 | (2,021) | (1,664) | (14,622) | (62,827) |
| (33) Beginning Book Cash | | 8,368 | 13,052 | 21,654 | 15,512 | 12,022 | 15,900 | 13,683 | 20,378 | 19,849 | 15,277 | 21,840 | 21,921 | 23,395 | 23,061 | 20,936 | 21,032 | 19,011 | 17,347 | 13,052 |
| (34) Net Cash Flow | | 1,396 | (13,897) | (6,143) | (3,490) | (6,122) | (2,217) | (3,305) | (529) | (4,572) | 6,563 | 81 | 1,474 | (335) | (12,124) | 95 | (2,021) | (1,664) | (14,622) | (62,827) |
| (35) BofA Borrowings - (Repayments) | | 3,289 | (37,501) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (37,501) |
| (36) Oaktree Borrowings - (Repayments) | | - | 60,000 | - | - | 10,000 | - | 10,000 | - | - | - | - | - | - | 10,000 | - | - | - | - | 90,000 |
| (37) **Ending Book Cash Balance** | | 13,052 | 21,654 | 15,512 | 12,022 | 15,900 | 13,683 | 20,378 | 19,849 | 15,277 | 21,840 | 21,921 | 23,395 | 23,061 | 20,936 | 21,032 | 19,011 | 17,347 | 2,725 | 2,725 |
| (38) Ending O/S Checks | | 1,772 | 2,153 | 2,503 | 2,007 | 3,492 | 2,673 | 2,299 | 2,104 | 3,585 | 2,736 | 2,343 | 2,012 | 2,454 | 2,928 | 2,431 | 1,864 | 2,049 | 2,819 | 2,819 |
| (39) **Ending Bank Cash Balance** | | 14,824 | 23,808 | 18,015 | 14,029 | 19,392 | 16,356 | 22,677 | 21,953 | 18,863 | 24,576 | 24,264 | 25,407 | 25,515 | 23,864 | 23,463 | 20,875 | 19,396 | 5,543 | 5,543 |
| (40) Borrowing Base (BofA DIP) | | 108,942 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| (41) Oaktree DIP Facility | | - | 60,000 | 60,000 | 60,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 |
| (42) **Total DIP Borrowing Base** | | 108,942 | 120,000 | 120,000 | 120,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| (43) BofA Revolver Balance (beginning) | | 59,212 | 62,501 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 62,501 |
| (44) Borrowings - (Repayments) | | 3,289 | (37,501) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (37,501) |
| (45) Total Outstanding BofA Revolver (before LCs) | | 62,501 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| (46) Plus: BofA LCs Outstanding | | 29,838 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| (47) **Total Outstanding BofA Revolver** | | 92,339 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| (48) Oaktree DIP Balance (beginning) | | - | - | 60,000 | 60,000 | 60,000 | 70,000 | 70,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 90,000 | 90,000 | 90,000 | 90,000 | - |
| (49) Borrowings - (Repayments) | | - | 60,000 | - | - | 10,000 | - | 10,000 | - | - | - | - | - | - | 10,000 | - | - | - | - | 90,000 |
| (50) **Total Outstanding Oaktree DIP (end)** | | - | 60,000 | 60,000 | 60,000 | 70,000 | 70,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 |
| (51) **Total DIP Borrowings** | | 92,339 | 120,000 | 120,000 | 120,000 | 130,000 | 130,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| (52) Revolver Availability | | 16,603 | - | - | - | 20,000 | 20,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | - | - | - | - | - | - |
| (53) Plus: Bank Cash Balance | | 14,824 | 23,808 | 18,015 | 14,029 | 19,392 | 16,356 | 22,677 | 21,953 | 18,863 | 24,576 | 24,264 | 25,407 | 25,515 | 23,864 | 23,463 | 20,875 | 19,396 | 5,543 | 5,543 |
| (54) Less: Reserves / Carve-Outs | | - | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| (55) **Net Liquidity** | | 31,427 | 19,808 | 14,015 | 10,029 | 35,392 | 32,356 | 28,677 | 27,953 | 24,863 | 30,576 | 30,264 | 31,407 | 31,515 | 19,864 | 19,463 | 16,875 | 15,396 | 1,543 | 1,543 |