## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (___) |
|  | : |  |
| Debtors.[1] | : | (Joint Administration Pending) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF BANKRUPTCY FILING AND DEBTORS' PRESENTATION OF MOTIONS AND APPLICATIONS TO THE COURT FOR CONSIDERATION

PLEASE TAKE NOTICE that on September 9, 2015, Quiksilver, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtors have requested that the first day hearing in these cases (the "First Day Hearing") be held on a date to be announced, to consider the following applications and motions:

1. Debtors' Motion for Order (A) Directing Joint Administration of Cases Pursuant To Bankruptcy Rule 1015(b) And Local Bankruptcy Rule 1015-1 And (B) Waiving Requirements Of Bankruptcy Code Section 342(c)(1) And Bankruptcy Rules 1005 And 2002(n) (Docket No. 5)

2. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105, 362, And 365 Enforcing Protections Of Bankruptcy Code Section 362 And Bankruptcy Termination Provisions Of Bankruptcy Code Section 365 (Docket No. 6)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

3.      Debtors' Motion For Interim And Final Orders Pursuant To Bankruptcy Code Sections 105, 363, 365, And 554 And Bankruptcy Rules 6003 And 6004 (I) Authorizing The Debtors To Assume The Agreements; (II) Authorizing And Approving The Conduct Of Store Closing Or Similar Themed Sales, With Such Sales To Be Free And Clear Of All Liens, Claims, And Encumbrances, (III) Authorizing Customary Bonuses To Employees Of Closing Store Locations (Docket No. 7)

4.      Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a) And 363(b) And Bankruptcy Rules 6003 and 6004 Authorizing The Debtors To (I) Maintain Customer Programs And (II) Honor Or Pay Related Prepetition Obligations (Docket No. 9)

5.      Debtors' Application For Entry Of Order Pursuant To Section 156(c) Of Title 28 Of The United States Code, Bankruptcy Code Section 105(a), Bankruptcy Rule 2002, And Local Bankruptcy Rule 2002-1(f) Authorizing Debtors To Employ And Retain Kurtzman Carson Consultants LLC As Claims And Noticing Agent *Nunc Pro Tunc* To The Petition Date (Docket No. 10)

6.      Debtors' Motion For Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a), 1107(a) and 1108 And Bankruptcy Rule 6003, Authorizing Debtors To Pay Prepetition Wages, Compensation, And Employee Benefits (Docket No. 11)

7.      Debtors' Motion For Interim And Final Orders Pursuant To Bankruptcy Code Sections 105(a) And 366 (I) Approving Debtors' Proposed Form Of Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies And (III) Prohibiting Utility Companies From Altering, Refusing Or Discontinuing Service (Docket No. 12)

8.      Debtors' Motion For Order Authorizing The Debtors To Pay Certain Prepetition Taxes And Related Obligations Pursuant To Bankruptcy Code Sections 105(a), 363(b), 507(a), 541, 1107(a) And 1108, And Bankruptcy Rules 6003 And 6004 (Docket No. 13)

9.      Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a) 363(b), 503(b), 506, 1107 And 1108 And Bankruptcy Rules 6003 And 6004 Authorizing Payment Of Certain Prepetition Shipping Charges And Import/Export Charges (Docket No. 14)

10.     Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 363(b), 1107(a), and 1108 and Bankruptcy Rules 6003 And 6004 Authorizing Payment of Critical Vendors (Docket No. 15)

11.     Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 345(b), 363, and 503(b), Bankruptcy Rules 6003 and 6004, and Local Bankruptcy Rule 2015-2 (I) Authorizing Continued Maintenance of Prepetition Bank Accounts and Payment of Related Prepetition Obligations, (II) Authorizing Continued Use of Existing Cash Management System, (III) Authorizing Continued Use of Existing Business Forms, and (IV) Authorizing the Continuation of, and Accordance of Administrative Expense Priority Status to, Intercompany Transactions (Docket No. 16)

12.     Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing The Debtors To (A) Obtain Postpetition Financing On A Super-Priority, Senior Secured Basis And (B) Use Cash Collateral, (II) Granting (A) Liens And Super-Priority Claims And (B) Adequate Protection To Certain Prepetition Lenders, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief (Docket No. 17)

13.     Notice of Filing of Exhibit C to Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing The Debtors To (A) Obtain Postpetition Financing On A Super-Priority, Senior Secured Basis And (B) Use Cash Collateral, (II) Granting (A) Liens And Super-Priority Claims And (B) Adequate Protection To Certain Prepetition Lenders, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief (Docket No. 18)

PLEASE TAKE FURTHER NOTICE that when the Debtors are notified of the date and time of the First Day Hearing, the Debtors will provide such information to the parties served with this notice.[2]

PLEASE TAKE FURTHER NOTICE that in addition to the documents listed above, the Debtors also have filed with the Bankruptcy Court the following:

(a)     Declaration Of Durc A. Savini In Support Of (A) Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing Postpetition Financing, (II) Granting Priming Liens And Providing Superpriority Administrative Expense Claims, (III) Authorizing Use Of Cash Collateral, (IV) Providing For Adequate Protection, (V) Modifying The Automatic Stay, And (VI) Scheduling A Final Hearing; And (B) Debtors' Motion For Entry Of An Order Authorizing And Approving (I) The Debtors' Assumption Of The Plan Sponsor Agreement; And (II) The Payment Of The Break-Up Fee And Related Transaction Expenses (Docket No. 19)

(b)     Declaration of Andrew Bruenjes, Americas Chief Financial Officer of Quiksilver, Inc., In Support Of Chapter 11 Petitions And First Day Pleadings (Docket No. 20)

---

[2]     The Debtors will file a First Day Agenda listing those matters that are scheduled to be heard. Once filed, a copy of the First Day Agenda may be obtained through PACER on the court's website at https://ecf.deb.uscourts.gov, or free-of-charge from http://www.kccllc.net/quiksilver.

PLEASE TAKE FURTHER NOTICE that copies of the above referenced documents may be obtained free of charge from http://www.kccllc.net/quiksilver.

PLEASE TAKE FURTHER NOTICE that documents also are immediately available through PACER on the court's website: https://ecf.deb.uscourts.gov (login and password required).

PLEASE TAKE FURTHER NOTICE that documents also may be examined at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Ana Lucía Hurtado, telephone (302) 651-3000.

Dated:    Wilmington, Delaware
          September 9, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li (*pro hac vice admission pending*)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

John K. Lyons (*pro hac vice admission pending*)
Jessica S. Kumar (*pro hac vice admission pending*)
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*