**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                : 
In re:                                                          :  Chapter 11
                                                                :
QUIKSILVER, INC., *et al.*,                                     :  Case No. 15-11880 (___)
                                                                :
       Debtors.                 :  (Joint Administration Pending)
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John K. Lyons to represent Quiksilver, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the above captioned action and any related adversary proceedings.

Dated:  September 9, 2015           */s/ Dain A. De Souza*
                                    Dain A. De Souza (I.D. No. 5737)
                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                    One Rodney Square, P.O. Box 636
                                    Wilmington, Delaware 19899-0636

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  September 9, 2015           */s/ John K. Lyons*
                                    John K. Lyons
                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                    155 North Wacker Drive, Suite 2700
                                    Chicago, Illinois  60606-1720

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.