**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                         :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (___) |
| | : | |
|         Debtors. | : | (Joint Administration Pending) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jessica S. Kumar to represent Quiksilver, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the above captioned action and any related adversary proceedings.

Dated:  September 9, 2015               */s/ Dain A. De Souza*
                                                   Dain A. De Souza (I.D. No. 5737)
                                                   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                                   One Rodney Square, P.O. Box 636
                                                   Wilmington, Delaware 19899-0636

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  September 9, 2015               */s/ Jessica S. Kumar*
                                                   Jessica S. Kumar
                                                   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                                   155 North Wacker Drive, Suite 2700
                                                   Chicago, Illinois  60606-1720

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.