UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**QUIKSILVER, INC. , et al.**<br><br><br><br>Debtor(s). | Chapter   11<br><br>Case No.   **15-11880**<br><br>*Joint Administration Pending* |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Associate General Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor**,** hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed as follows:

**Kristen N. Pate**
**GGP Limited Partnership, as Agent**
**110 N. Wacker Drive**
**Chicago, IL  60606**
**Telephone: (312) 960-2940**
**Fax: (312) 442-6374**
**E-Mail: ggpbk@ggp.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings.  Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 9th day of September, 2015

                                        Respectfully submitted,

                                        /s/   Kristen N. Pate
                                        Kristen N. Pate
                                        Sr. Associate General Counsel
                                        GGP Limited Partnership, as Agent
                                        110 N. Wacker Drive
                                        Chicago, IL  60606
                                        (312) 960-2940
                                        (312) 442-6374 (fax)

**CERTIFICATE OF SERVICE**

To:

    **Clerk**
    **U.S. Bankruptcy Court**
    3rd Floor – 824 North Market Street
    Wilmington, DE 19801

    **Dain A. De Souza**
    **Van C. Durrer, II**
    **Jessica S. Kumar**
    **Annie Z. Li**
    **John K. Lyons**
    Skadden, Arps, Slate, Meagher & Flom LLP
    920 N. King Street, P.O. Box 636
    Wilmington, DE 19801
    Email: Dain.DeSouza@skadden.com
    Email: van.durrer@skadden.com

    **United States Trustee**
    844 King Street, Room 2207
    Lockbox #35
    Wilmington, DE 19899-0035

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 9th day of September, 2015 .

                                                                  /s/  Julie Minnick Bowden_____
                                                                     Julie Minnick Bowden