## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of September 2015, the foregoing document was electronically filed via CM/ECF with the Clerk of Court, which will send notification to the registered attorneys of record that the documents have been filed and are available for viewing and downloading, and I caused service by hand delivery and U.S. First Class mail, postage prepaid, upon the parties indicated below:

## **Hand Delivery**

Dain A. De Souza
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
920 N. King Street
Wilmington, DE 19801

Mark S. Kenney
OFFICE OF THE U.S. TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

## **US MAIL**

Van C. Durrer, II
Annie Li
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071

Jessica S. Kumar
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606-1720

Dated: September 9, 2015                    */s/   Heidi E. Sasso*
                                             Heidi E. Sasso

WCSR 34875396v2