IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
: 
Debtors.[1] : (Joint Administration Pending)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 10, 2015 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on September 10, 2015 beginning at 2:00 p.m. (prevailing Eastern Time).[2]

**I.     INTRODUCTION**

Preliminary Remarks and Introduction

1. Declaration Of Andrew Bruenjes, Americas Chief Financial Officer, In Support Of Chapter 11 Petitions And First Day Pleadings (Docket No. 20)

**II.    FIRST DAY PAPERS**

2. Debtors' Motion For Order (A) Directing Joint Administration Of Cases Pursuant To Bankruptcy Rule 1015(b) And Local Bankruptcy Rule 1015-1 And (B) Waiving Requirements Of Bankruptcy Code Section 342(c)(1) And Bankruptcy Rules 1005 And 2002(n) (Docket No. 5)

3. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105, 362, And 365 Enforcing Protections Of Bankruptcy Code Section 362 And Bankruptcy Termination Provisions Of Bankruptcy Code Section 365 (Docket No. 6)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] First day pleadings were provided to the United States Trustee on a rolling basis, beginning on September 3, 2015, in compliance with Rule 9013-1(m)(iii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware

4. Debtors' Emergency Motion For Entry Of Order Pursuant To Bankruptcy Code Sections 105, 363, And 365 And Bankruptcy Rules 6003 And 6004 Authorizing The Debtors (I) To Assume The Store Closing Agency Agreement And The Excess Inventory Agreement, (II) To Continue (A) Store Closing Sales Pursuant To The Store Closing Agency Agreement and (B) Excess Inventory Sales Pursuant to the Excess Inventory Agency Agreement, and (III) To Sell Assets Free and Clear of Liens, Claims, and Encumbrances (Docket No. 7)

5. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a) And 363(b) And Bankruptcy Rules 6003 and 6004 Authorizing The Debtors To (I) Maintain Customer Programs And (II) Honor Or Pay Related Prepetition Obligations (Docket No. 9)

6. Debtors' Application For Entry Of Order Pursuant To Section 156(c) Of Title 28 Of The United States Code, Bankruptcy Code Section 105(a), Bankruptcy Rule 2002, And Local Bankruptcy Rule 2002-1(f) Authorizing Debtors To Employ And Retain Kurtzman Carson Consultants LLC As Claims And Noticing Agent *Nunc Pro Tunc* To The Petition Date (Docket No. 10)

7. Debtors' Motion For Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a), 1107(a) and 1108 And Bankruptcy Rule 6003, Authorizing Debtors To Pay Prepetition Wages, Compensation, And Employee Benefits (Docket No. 11)

8. Debtors' Motion For Interim And Final Orders Pursuant To Bankruptcy Code Sections 105(a) And 366 (I) Approving Debtors' Proposed Form Of Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies And (III) Prohibiting Utility Companies From Altering, Refusing Or Discontinuing Service (Docket No. 12)

9. Debtors' Motion For Order Authorizing The Debtors To Pay Certain Prepetition Taxes And Related Obligations Pursuant To Bankruptcy Code Sections 105(a), 363(b), 507(a), 541, 1107(a) And 1108, And Bankruptcy Rules 6003 And 6004 (Docket No. 13)

10. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a) 363(b), 503(b), 506, 1107 And 1108 And Bankruptcy Rules 6003 And 6004 Authorizing Payment Of Certain Prepetition Shipping Charges And Import/Export Charges (Docket No. 14)

11. Debtors' Motion For Interim And Final Orders Pursuant To Bankruptcy Code Sections 105(a), 363(b), 1107(a), And 1108 And Bankruptcy Rules 6003 And 6004 Authorizing Payment Of Critical Vendors (Docket No. 15)

12. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a), 345(b), 363, And 503(b), Bankruptcy Rules 6003 And 6004, And Local Bankruptcy Rule 2015-2 (I) Authorizing Continued Maintenance Of Prepetition Bank Accounts And Payment Of Related Prepetition Obligations, (II) Authorizing Continued Use Of Existing Cash Management System, (III) Authorizing Continued Use Of Existing Business Forms, And (IV) Authorizing The Continuation Of, And Accordance Of Administrative Expense Priority Status To, Intercompany Transactions (Docket No. 16)

13. Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing The Debtors To (A) Obtain Postpetition Financing On A Super-Priority, Senior Secured Basis And (B) Use Cash Collateral, (II) Granting (A) Liens And Super-Priority Claims And (B) Adequate Protection To Certain Prepetition Lenders, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief (Docket No. 17)

   Related Documents

   a. Notice of Filing Exhibit C to Debtors' Motion (Docket No. 18)

   b. Declaration of Durc A. Savini In Support of Debtors' Motion (Docket No. 19)

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

You may find copies of the above referenced documents free-of-charge at http://www.kccllc.net/quiksilver. You can direct your questions regarding the above referenced documents or any other matter to the dedicated case information line for Quiksilver, Inc., 877-709-4757 (toll-free), or if calling from outside the United States or Canada, 424-236-7235.

Dated:   Wilmington, Delaware
         September 9, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Van C. Durrer, II*
        Van C. Durrer, II (I.D. No. 3827)
        Annie Z. Li (*pro hac vice admission pending*)
        300 South Grand Avenue, Suite 3400
        Los Angeles, California 90071
        Telephone: (213) 687-5000
        Fax: (213) 687-5600

        - and -

        John K. Lyons (*pro hac vice admission pending*)
        Jessica S. Kumar (*pro hac vice admission pending*)
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Proposed Counsel for Debtors and Debtors in Possession*