IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (KJC) |
| | ) | |
| Debtors. | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this** 9th day of September, 2015, **it is hereby ORDERED** that the above Chapter 11 case (and all associated cases) is **TRANSFERRED** to the **Honorable Brendan Linehan Shannon** for all further proceedings and dispositions[1].

Brendan Linehan Shannon
Chief United States Bankruptcy Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.