## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors. | Joint Administration Requested |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in these cases, and that all notices given or required to be given and all papers served or required to be served, in these cases, be given to and served on:

| | |
|---|---|
| Dennis A. Meloro | Jeffrey M. Wolf |
| melorod@gtlaw.com | wolfje@gtlaw.com |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| The Nemours Building | One International Place |
| 1007 North Orange Street, Suite 1200 | Boston, MA 02110 |
| Wilmington, DE 19801 | (617) 310-6041 |
| (302) 661-7000 | Fax: (617) 279-8447 |
| Fax: (302) 661-7360 | |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in these cases, with respect to (a) the Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial

1

by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 10, 2015                    GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
(302) 661-7000
Fax: (302) 661-7360
Email: melorod@gtlaw.com

And

Jeffrey M. Wolf
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
(617) 310-6041
Fax: (617) 279-8447
Email: wolfje@gtlaw.com

Attorneys for Hilco Merchant Resources, LLC and
Gordon Brothers Retail Partners, LLC

2