## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and on the 10th day of September 2015, I caused copies of the foregoing *Notice of Appearance and Request for Service of Papers* to be served upon the attached 2002 Service List via First Class, United States Mail.

Dated: September 10, 2015           /s/ *Dennis A. Meloro*
                                    Dennis A. Meloro (Bar No. 4435)

DEL 408237983v1

Van C. Durrer, II
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Kristen N. Pate, Esq.
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL 60606

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Steven E. Fox, Esq.
Riemer & Braunstein LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036

Steven Kortanek, Esq.
Thomas Horan, Esq.
Morgan Patterson, Esq.
Womble Carlyle Sandridge & Rice LLP
222 Delaware Avenue, Ste 1501
Wilmington DE 19801

David Pollack, Esq.
Ballard Spahr LLP
51st Floor – Mellon Bank Center
1735 Market Street
Philadelphia PA 19103

Matthew Summers, Esq.
Leslie Heilman, Esq.
Ballard Spahr, LLP
919 Market Street, 11th Floor
Wilmington DE 19801