IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
Quiksilver, Inc., et al., : Case No. 15-11880 (BLS)
: 
              Debtors. : Joint Administration Pending
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

      404 West LLC ("Landlord"), a party in interest in this case, hereby requests notice of all hearings and conferences in this case and copies of all papers herein including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise.  All such notices and papers should be directed to the attorneys for Landlord at the address set forth below.

      Neither this Request nor its filing and service shall constitute: (1) the consent of Landlord to the jurisdiction of this Court over it for any purpose, or (2) a waiver by Landlord of (a) the right to have matters reviewed *de novo* by the District Court or the reference thereof withdrawn, (b) the right to trial by jury or (c) any other rights, remedies, claims, setoffs or recoupments, all of which Landlord reserves to the full extent of the law.

- 2 -

Dated:  Wilmington, Delaware
        September 10, 2015

Respectfully submitted,

**PATTERSON BELKNAP WEBB & TYLER LLP**

*/s/ David W. Dykhouse*
David W. Dykhouse
Brian P. Guiney
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone:  (212) 336-2000
Fax:  (212) 336-2222
dwdykhouse@pbwt.com
bguiney@pbwt.com