## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             :ss.:
COUNTY OF NEW YORK           )

        MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On September 10, 2015, I served the foregoing **Request For All Notices And Demand For Service Of Papers** upon the following attorneys/parties herein via U.S. Mail, directed to them at the addresses below:

    Dain A. De Souza
    Skadden, Arps, Slate, Meagher & Flom LLP
    920 N. King Street, P.O. Box 636
    Wilmington, DE 19801

                                          _____
                                          MATTHEW M. FINNEGAN

Sworn to before me this 10th
day of September, 2015

_____
Notary Public

JACQUES LYSIUS
Notary Public, State of New York
No. 01LY6057858
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 30, 2019

1384216v.1