**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al.,*[1]<br><br>　　　　Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 15-11880 (KJC)<br>)<br>) (Joint Administration Pending)<br>) |

**MOTION AND ORDER FOR *PRO HAC VICE*
ADMISSION OF STEVEN E. FOX**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Steven E. Fox, Esq. of the law firm of Riemer & Braunstein LLP to represent Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender in the above-captioned cases.

Dated:  September 10, 2015       **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

　　　　　　　　　　　　　　　　　*/s/  Thomas M. Horan*
　　　　　　　　　　　　　　　　　Steven K. Kortanek (DE Bar No. 4363)
　　　　　　　　　　　　　　　　　Thomas M. Horan (DE Bar No. 4641)
　　　　　　　　　　　　　　　　　Morgan L. Patterson (DE Bar No. 5388)
　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1501
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Telephone:  (302) 252-4320
　　　　　　　　　　　　　　　　　Facsimile:  (302) 252-4330
　　　　　　　　　　　　　　　　　E-mail:  skortanek@wcsr.com
　　　　　　　　　　　　　　　　　E-mail:  thoran@wcsr.com
　　　　　　　　　　　　　　　　　E-mail:  mpatterson@wcsr.com

　　　　　　　　　　　　　　　　　*Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan, the Northern District of Illinois, and the Southern District of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  September 10, 2015

/s/  Steven E. Fox
Steven E. Fox
**RIEMER & BRAUNSTEIN LLP**
Time Square Tower
Seven Times Square, Suite 2506
Telephone:  (212) 789-3100
Facsimile:  (212) 789-3195
E-mail:  sfox@riemerlaw.com

*Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), QS Optics, Inc. (2493), Quiksilver Wetsuits, Inc. (9599), Mt. Waimea, Inc. (5846), Quiksilver Entertainment, Inc. (9667), DC Shoes, Inc. (0965), DC Direct, Inc. (8364), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), and QS Retail, Inc. (0505).  The address of the Debtors' corporate headquarters is 15202 Graham Street, Huntington Beach, California 92649.