UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., et al.<br><br>                     Debtors.<br><br>**Tax ID/EIN: XX-XXX9426** | **Chapter 11**<br><br>**Case No. 15-11880-BLS**<br>**Joint Administration Pending** |

### APPEARANCE AND REQUEST TO RECEIVE NOTICES

To:    The Clerk of the Above Named Court

Please enter my appearance as counsel for the Taubman Landlords,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule 2002 be mailed to the following address:

        Andrew S. Conway, Esq.
        200 East Long Lake Road, Suite 300
        Bloomfield Hills, Michigan 48304
        Email address: Aconway@taubman.com

Dated: September 10, 2015        Andrew S. Conway
                                              Attorney for the Taubman Landlords
                                              By:     /s/ Andrew S. Conway
                                              Andrew S. Conway
                                              (248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Dolphin Mall Associates LLC, commonly known as Dolphin Mall, located in Miami, Florida; and Taubman Auburn Hills Associates Limited Partnership, commonly known as Great Lakes Crossing Outlets, located in Auburn Hills, Michigan.

23791(0.1)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| QUIKSILVER, INC., et al. | ) |
| | ) Case No. 15-11880-BLS |
| Debtors. | ) Joint Administration Pending |
| | ) |
| **Tax ID/EIN: XX-XXX9426** | ) |

## NOTICE OF FILING OF GENERAL POWER OF ATTORNEY

To: Clerk of the Above Named Court:

Please take notice that the undersigned has been authorized to vote on any questions that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors to execute in the name of the Taubman Landlords[1] (the "Claimants"), and on their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any acts for the claimants in all matters arising in this case, pursuant to a General Power of Attorney, dated January 19, 2015 (a copy of which is attached hereto as Exhibit A).

Dated: September 10, 2015

Andrew S. Conway
Attorney for the Taubman Landlords
By:      /s/ Andrew S. Conway
Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
(248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Dolphin Mall Associates LLC, commonly known as Dolphin Mall, located in Miami, Florida; and Taubman Auburn Hills Associates Limited Partnership, commonly known as Great Lakes Crossing Outlets, located in Auburn Hills, Michigan.

23791(0.1)