# EXHIBIT A

## GENERAL POWER OF ATTORNEY

To:    Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Bloomfield Hills, Michigan  48304

    The undersigned, on behalf of The Taubman Company LLC, d/b/a The Taubman Company, the managing agent for the "Taubman Landlords" (see attached list), hereby authorizes you as attorney in fact for the Taubman Landlords and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in any bankruptcy action in which any of the Taubman Landlords are creditors; to vote for a trustee of the estate of the debtor and for a committee of creditors; to execute in the name of the Taubman Landlords and on each of their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any act for any of the Taubman Landlords in any bankruptcy action in which any of the Taubman Landlords are creditors.

Dated:  January 19, 2015

                    The Taubman Company LLC,
                    a Delaware limited liability company

                    Managing Agents for the Taubman Landlords

                    By:                  
                          Chris B. Heaphy
                    Its:     General Counsel

## ACKNOWLEDGMENT

Acknowledged before me on January 19, 2015, by Chris B. Heaphy, who states that he is

the General Counsel of The Taubman Company LLC, d/b/a The Taubman Company, the Managing

Agent for the Taubman Landlords, and is authorized to execute this power of attorney on behalf of

the Taubman Landlords.

*Susan K. Link*

Notary Public, Oakland County, Michigan
My commission expires:
Acting in Oakland County, Michigan

SUSAN K. LINK
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Oct 10, 2018
ACTING IN COUNTY OF Oakland

## TAUBMAN LANDLORDS

| Landlord | Center Name |
|---|---|
| La Cienega Partners Limited Partnership, a Delaware limited partnership | Beverly Center Los Angeles, California |
| Charleston Center L.L.C., a Delaware limited liability company | Charleston Place Charleston, South Carolina |
| Taubman-Cherry Creek Limited Partnership, a Colorado limited partnership | Olde Cherry Creek Denver, Colorado |
| Taubman-Cherry Creek Shopping Center L.L.C., a Delaware limited liability company | Cherry Creek Denver, Colorado |
| City Creek Center Associates LLC, a Delaware limited liability company | City Creek Center Salt Lake City, Utah |
| Dolphin Mall Associates LLC, a Delaware limited liability company | Dolphin Mall Miami, Florida |
| El Paseo Village LLC, a Delaware limited liability company | El Paseo Village Palm Desert, California |
| Fairfax Company of Virginia L.L.C., a Virginia limited liability company | Fair Oaks Fairfax, Virginia |
| The Gardens on El Paseo LLC, a Delaware limited liability company | The Gardens on El Paseo Palm Desert, California |
| Taubman Auburn Hills Associates Limited Partnership, a Delaware limited partnership | Great Lakes Crossing Outlets Auburn Hills, Michigan |
| Green Hills Mall TRG LLC, a Delaware limited liability company | The Mall at Green Hills Nashville, Tennessee |
| Tampa Westshore Associates Limited Partnership, a Delaware limited partnership | International Plaza Tampa, Florida |

22701(0.1)

| **Landlord** | **Center Name** |
|---|---|
| Taubman Prestige Outlets of Chesterfield LLC, a Delaware limited liability company | Prestige Outlets of Chesterfield Chesterfield, Missouri |
| Plaza Internacional Puerto Rico LLC, a Puerto Rico limited liability company | The Mall of San Juan San Juan, Puerto Rico |
| Short Hills Associates, L.L.C., a Delaware limited liability company | The Mall at Short Hills Millburn, New Jersey |
| Rich-Taubman Associates, a Connecticut general partnership | Stamford Town Center Stamford, Connecticut |
| SunValley Shopping Center LLC, a Delaware limited liability company | SunValley Concord, California |
| Twelve Oaks Mall, LLC, a Michigan limited liability company | Twelve Oaks Mall Novi, Michigan |
| TB Mall at UTC LLC, a Delaware limited liability company | The Mall at University Town Center Sarasota, Florida |
| West Farms Mall, LLC, a Delaware limited liability company | Westfarms Mall West Hartford/Farmington, Connecticut |