UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> QUIKSILVER, INC., et al. ) <br> ) <br> Debtors. ) <br> ) <br> **Tax ID/EIN: XX-XXX9426** ) | Chapter 11 <br><br> Case No. 15-11880-BLS <br> Joint Administration Pending |

## CERTIFICATE OF SERVICE

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on September 10, 2015, she served a copy of the **Appearance and Request to Receive Notices, Notice of Filing of General Power of Attorney, and this Certificate of Service** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

Dain A. DeSouza, Esq.
Skadden Arps Slate Meagher & Flom LLP
920 N. King Street, PO Box 636
Wilmington, DE 19801

Mark S. Kenney
US Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

/s/ Susan K. Link
Susan K. Link

Subscribed and sworn to before me,
on this 10th day of September, 2015
        /s/ Deann Lynett Iloncai
Deann Lynett Iloncai, Notary Public
Lapeer County, Michigan
My commission expires: 3/23/21
Acting in Oakland County, MI

23791(0.1)