# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : : | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | : : | Case No. 15-11880 (BLS) |
| Debtors.[1] | : : | (Joint Administration Pending) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : x | |

**DECLARATION OF MICHAEL D. CHARTOCK IN SUPPORT OF THE DEBTORS'
MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO BANKRUPTCY CODE
SECTIONS 105, 363, 365, AND 554 AND BANKRUPTCY RULES 6003 AND 6004 (I)
AUTHORIZING THE DEBTORS TO ASSUME THE AGREEMENTS; (II) AUTHORIZING
AND APPROVING THE CONDUCT OF STORE CLOSING
OR SIMILAR THEMED SALES, WITH SUCH SALES TO BE FREE AND CLEAR
OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (III) AUTHORIZING
CUSTOMARY BONUSES TO EMPLOYEES OF CLOSING STORE LOCATIONS**

I, Michael D. Chartock, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I am a Senior Managing Director of Gordon Brothers Retail Partners, LLC ("GBRP"), a retail consulting firm that maintains offices at Prudential Tower, 800 Boylston Street, Boston, MA 02199. I am authorized to make this Declaration (the "Declaration") on behalf of GBRP. I am over the age of twenty-one (21) years and am competent to make this Declaration. I have undertaken a reasonable investigation of the facts stated in this Declaration. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I submit this Declaration in support of the Debtors' *Motion For Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 363, 365, and 554 and Bankruptcy Rules*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of filed Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

*6003 and 6004 (I) Authorizing the Debtors to Assume the Agreements; (II) Authorizing and Approving the Conduct of Store Closing or Similar Themed Sales, With Such Sales to be Free and Clear of all Liens, Claims and Encumbrances; and (III) Authorizing Customary Bonuses to Employees of Closing Store Locations* (the "Motion").

3.      GBRP is a retail consulting firm with significant experience in the representation of debtors concerning the disposition of retail inventory and other retail assets in bankruptcy proceedings. GBRP is well qualified to act as retail agent to the Debtors in these jointly administered Chapter 11 cases.

4.      GBRP itself is not being retained by Debtors as a "professional person" under 11 U.S.C. § 327, and therefore the disclosures contained herein may not be required. However, out of an abundance of caution, GBRP makes the following disclosures.

GBRP'S CONNECTIONS

5.      In the ordinary course of its business, GBRP, through its parent company Gordon Brothers Group, LLC ("GBG"), maintains a database for purposes of performing "conflicts checks." The database contains information regarding the present and past representations and transactions of GBG and all other companies presently controlled by GBG. I obtained a list of each of the debtors and debtors in possession in the above-captioned cases (collectively, the "Parties-In-Interest") from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which GBG and other companies presently controlled by GBG (including GBRP) have with such entities. To the best of my knowledge and belief, after conducting the inquiry outlined above in this Paragraph 5, GBRP has no connection with the Parties-In-Interest except as disclosed or otherwise described in this Declaration, including:

(a) Prior to the Petition Date (as defined in the Motion), a joint venture in which GBRP was a participant was engaged (as of September 4, 2015) by Debtor QS Retail, Inc. to serve as a retail inventory and fixture ("FF&E") agent on a fee basis for purposes of conducting store closing or similar themed sales, which engagement remains ongoing as of the date hereof and is the subject of the Motion to which this Declaration relates.

(b) Prior to the Petition Date, a joint venture in which GBRP was a participant was engaged (as of June 8, 2015) by Debtor QS Retail, Inc. to serve as a retail inventory and FF&E agent on a fee basis for purposes of conducting certain "pop-up" store inventory/FF&E promotional sales. Such engagement remains ongoing as of the date hereof and is the subject of the Motion to which this Declaration relates.

(c) Prior to the Petition Date, an affiliate of GBRP, Gordon Brothers Asset Advisors, LLC (doing business as Gordon Brothers-AccuVal and referred to herein as "GB-A"), was engaged on several prior occasions by Bank of America (or one of its affiliates), as a lender to Debtor Quiksilver, Inc. ("ZQK"), to perform an appraisal of certain retail inventory assets of such Debtor or its affiliates. Most recently, GB-A issued drafts of such appraisals in the ordinary course of business for certain assets of ZQK in the U.S., Canada, Australia, and Japan, on August 27, 2015; GB-A issued final appraisal reports for such assets in the U.S. and Canada on September 4, 2015, and for such assets in Australia and Japan on September 9, 2015.

(d) Prior to the Petition Date, an affiliate of GBRP, Gordon Brothers Commercial & Industrial, LLC ("GBCI") entered into a confidentiality agreement with Debtor Quiksilver, Inc. (as of July 7, 2013) in connection with a potential excess inventory transaction, but no such transaction occurred with GBCI.

6. As a part of a large and diverse business operation, GBG and all other companies presently controlled by GBG (including GBRP) each has previously, is currently, and may in the future appear or participate in numerous cases, proceedings, transactions and engagements involving professional advisors (e.g., attorneys, accountants, investment bankers and financial consultants) as well as principals (e.g., operating companies, investment funds or other "financial investors"). In such interactions, GBG and all other companies presently controlled by GBG (including GBRP) each may act as advisor, agent/consultant (whether on a fee or equity basis), or principal investor or party, and in each such capacity may be a co-advisor, consultant, or principal acting in concert with, or as a counterparty to, such other professional advisors and principals. Such professional advisors and principals involved in the foregoing interactions with GBG and all other companies presently controlled by GBG (including GBRP) may be involved in these proceedings and

may represent or may be Parties-in-Interest in these Chapter 11 cases. Except as disclosed herein, none of the interactions between or among GBG and all other companies presently controlled by GBG (including GBRP) on the one hand, and any of such professional advisors and principal parties on the other hand, are matters directly connected or relating to the Debtors or these Chapter 11 cases. Further, except as disclosed in this Declaration, none of GBG and all other companies presently controlled by GBG (including GBRP) have represented, do represent, nor will any of them represent any of such professional advisors or principal parties in connection with these Chapter 11 cases. GBRP does not believe that any relationship, arrangement, investment, transaction or engagement with or relating to any of the professional advisors or other entities who may be involved in these Chapter 11 cases will interfere with or impair the services to be rendered to the Debtors by GBRP in these cases.

7. Insofar as other connections with Parties-in-Interest are concerned, it is possible that one or more associates or staff members of GBRP may have personal or social connections with certain Parties-in-Interest.

8. The disclosures identified above are based upon all information reasonably available to GBRP at this time. GBRP will, to the extent necessary, supplement this Declaration as may be required by the Bankruptcy Code and Rules if and when any other relationships exist or are modified during the term of the subject store closing sales.

| | |
|---|---|
| Dated: September 10, 2015<br>Boston, Massachusetts | GORDON BROTHERS RETAIL PARTNERS, LLC<br><br>By: */s/ Michael D. Chartock*\_\_\_\_\_<br>Name:  Michael D. Chartock<br>Its:      Senior Managing Director |