IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
QUIKSILVER, INC., *et al.*,[1]                                :    Case No. 15-11880 (BLS)
                                                              :
                    Debtors.                                  :    (Joint Administration Pending)
------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Kirkland & Ellis LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for certain funds managed by affiliates of Oaktree Capital Management, L.P., ("Oaktree"), pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **MORRIS NICHOLS ARSHT & TUNNELL LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Robert J. Dehney (No. 3578) | Patrick J. Nash, Jr., P.C. |
| Andrew R. Remming (No. 5120) | Ross M. Kwasteniet |
| Tamara K. Minott (No. 5643) | William A. Guerrieri |
| 1201 N. Market St., 16th Floor | W. Benjamin Winger |
| P.O. Box 1347 | 300 North LaSalle |
| Wilmington, DE 19899-1347 | Chicago, IL 60654 |
| Telephone: (302) 658-9200 | Telephone: (312) 862-2000 |
| Facsimile: (302) 658-3989 | Facsimile: (312) 862-2200 |
| Email: rdehney@mnat.com | Email: patrick.nash@kirkland.com |
|         aremming@mnat.com |         ross.kwasteniet@kirkland.com |
|         tminott@mnat.com |         will.guerrieri@kirkland.com |
|  |         benjamin.winger@kirkland.com |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Oaktree: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Oaktree is or may be entitled under

agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, Oaktree's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of Oaktree, cannot enter final orders or judgments in any such case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: September 10, 2015<br>Wilmington, Delaware | MORRIS NICHOLS ARSHT & TUNNELL LLP<br><br>  */s/ Tamara K. Minott*  <br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>Patrick J. Nash, Jr., P.C.<br>Ross M. Kwasteniet<br>William A. Guerrieri<br>W. Benjamin Winger<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Oaktree* |

9441042.1