# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.* | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, a member of the bar of this Court, moves the admission *pro hac vice* of Ross M. Kwasteniet of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 to represent certain funds managed by affiliates of Oaktree Capital Management, L.P., in the above-captioned cases and any related proceedings.

Dated: September 10, 2015  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*  
Robert J. Dehney (No. 3578)  
Andrew R. Remming (No. 5120)  
Tamara K. Minott (No. 5643)  
1201 N. Market St., 16th Floor  
P.O. Box 1347  
Wilmington, DE  19899-1347  
Telephone: (302) 658-9200  
Facsimile:  (302) 658-3989

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 10, 2015

        /s/ Ross M. Kwasteniet
Ross M. Kwasteniet
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
ross.kwasteniet@kirkland.com

9441001.1