UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| QUICKSILVER, INC. | § | Case No. 15-11880-BLS |
| | § | |
| Debtors | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
jason.starks@texasattorneygeneral.gov

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Acting Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jason A. Starks*
JASON A. STARKS
Texas Bar No. 24046903
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4867
Facsimile:  (512) 936-1409
Jason.Starks@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2015, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Quicksilver, Inc.
5600 Argosy Circle
Huntington Beach, CA 92649

By Electronic Means as listed on the Court's ECF Noticing System:

- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Andrew S. Conway    Aconway@taubman.com
- Dain A. De Souza    Dain.DeSouza@skadden.com, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
- Robert J. Dehney    rdehney@mnat.com, rfusco@mnat.com;aconway@mnat.com;mmaddox@mnat.com;chare@mnat.com
- Van C. Durrer    van.durrer@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

2

- David W Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Thomas M. Horan    thoran@wcsr.com, hsasso@wcsr.com;klytle@wcsr.com;jwray@wcsr.com;kdalton@wcsr.com
- Albert Kass    ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- Mark S. Kenney    mark.kenney@usdoj.gov
- Kurtzman Carson Consultants LLC    akass@kccllc.com
- Dennis A. Meloro    melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- Tamara K. Minott    tminott@mnat.com
- Kristen N. Pate    ggpbk@ggp.com, ggpbk@ggp.com;
- Morgan L. Patterson    mpatterson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
- David L. Pollack    pollack@ballardspahr.com, blunt@ballardspahr.com
- Andrew R. Remming    aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
- Matthew Summers    summersm@ballardspahr.com
- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

*/s/ Jason A. Starks*
JASON A. STARKS