IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
QUIKSILVER, INC., *et al.*,                                     :    Case No. 15-11880 (___)
                                                                :
         Debtors.                                    :    (Joint Administration Pending)
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

     Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John K. Lyons to represent Quiksilver, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the above captioned action and any related adversary proceedings.

Dated:  September 9, 2015        */s/ Dain A. De Souza*
                                            Dain A. De Souza (I.D. No. 5737)
                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                            One Rodney Square, P.O. Box 636
                                            Wilmington, Delaware 19899-0636

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  September 9, 2015        */s/ John K. Lyons*
                                            John K. Lyons
                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                            155 North Wacker Drive, Suite 2700
                                            Chicago, Illinois  60606-1720

**ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

**Dated: September 10th, 2015**                    BRENDAN L. SHANNON
**Wilmington, Delaware**                             UNITED STATES BANKRUPTCY JUDGE