IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (___)
:
        Debtors. : (Joint Administration Pending)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jessica S. Kumar to represent Quiksilver, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the above captioned action and any related adversary proceedings.

Dated: September 9, 2015       */s/ Dain A. De Souza*
                                        Dain A. De Souza (I.D. No. 5737)
                                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                        One Rodney Square, P.O. Box 636
                                        Wilmington, Delaware 19899-0636

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 9, 2015       */s/ Jessica S. Kumar*
                                        Jessica S. Kumar
                                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                        155 North Wacker Drive, Suite 2700
                                        Chicago, Illinois  60606-1720

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

**Dated: September 10th, 2015**
**Wilmington, Delaware**

                                          BRENDAN L. SHANNON
                                          UNITED STATES BANKRUPTCY JUDGE