IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.* | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, a member of the bar of this Court, moves the admission *pro hac vice* of Ross M. Kwasteniet of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 to represent certain funds managed by affiliates of Oaktree Capital Management, L.P., in the above-captioned cases and any related proceedings.

Dated: September 10, 2015
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: September 10th, 2015
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 10, 2015

                                                  */s/ Ross M. Kwasteniet*
                                                Ross M. Kwasteniet
                                                KIRKLAND & ELLIS LLP
                                                300 North LaSalle
                                                Chicago, IL 60654
                                                Telephone: (312) 862-2000
                                                Facsimile:  (312) 862-2200
                                                ross.kwasteniet@kirkland.com

9441001.1