**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.* | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, a member of the bar of this Court, moves the admission *pro hac vice* of Patrick J. Nash, Jr., P.C. of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 to represent certain funds managed by affiliates of Oaktree Capital Management, L.P., in the above-captioned cases and any related proceedings.

| | |
|---|---|
| Dated: September 10, 2015<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>  */s/ Tamara K. Minott*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile:  (302) 658-3989 |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

| | |
|---|---|
| **Dated: September 10th, 2015**<br>**Wilmington, Delaware** | **BRENDAN L. SHANNON**<br>**UNITED STATES BANKRUPTCY JUDGE** |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 10, 2015

                                                  */s/ Patrick J. Nash, Jr., P.C.*
                                                  Patrick J. Nash, Jr., P.C.
                                                  KIRKLAND & ELLIS LLP
                                                  300 North LaSalle
                                                  Chicago, IL 60654
                                                  Telephone: (312) 862-2000
                                                  Facsimile:  (312) 862-2200
                                                  patrick.nash@kirkland.com

9441019.1