## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                                  :       Chapter 11
:
QUIKSILVER, INC.,                                       :       Case No. 15-11880 (BLS)
:
5600 Argosy Circle, Huntington Beach,                   :
California 92649,                                        :       Tax I.D. No. 33-0199426
:
            Debtor.                                     :       **Related Docket No. 5**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                                  :       Chapter 11
:
QS WHOLESALE, INC.,                                     :       Case No. 15-11881 (BLS)
:
5600 Argosy Circle, Huntington Beach,                   :
California 92649,                                        :       Tax I.D. No. 80-0118795
:
            Debtor.                                     :       **Related Docket No. 5**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                                  :       Chapter 11
:
DC DIRECT, INC.,                                        :       Case No. 15-11882 (BLS)
:
5600 Argosy Circle, Huntington Beach,                   :
California 92649,                                        :       Tax I.D. No. 27-0058364
:
            Debtor.                                     :       **Related Docket No. 5**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

- - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DC SHOES, INC., | : | Case No. 15-11883 (BLS) |
| | : | |
| 5600 Argosy Circle, Huntington Beach, California 92649, | : | Tax I.D. No. 33-0610965 |
| | : | |
| Debtor. | : | **Related Docket No. 5** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FIDRA, INC., | : | Case No. 15-11884 (BLS) |
| | : | |
| 5600 Argosy Circle, Huntington Beach, California 92649, | : | Tax I.D. No. 33-0928945 |
| | : | |
| Debtor. | : | |
| | : | **Related Docket No. 5** |

- - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HAWK DESIGNS, INC., | : | Case No. 15-11885 (BLS) |
| | : | |
| 5600 Argosy Circle, Huntington Beach, California 92649, | : | Tax I.D. No. 33-0831121 |
| | : | |
| Debtor. | : | **Related Docket No. 5** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MT. WAIMEA, INC., | : | Case No. 15-11886 (BLS) |
| | : | |
| 5600 Argosy Circle, Huntington Beach, California 92649, | : | Tax I.D. No. 33-0785846 |
| | : | |
| Debtor. | : | **Related Docket No. 5** |

- - - - - - - - - - - - - - - - - - - - - - - - - x

2

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :
In re:                                     :        Chapter 11
                                           :
Q.S. OPTICS, INC.,                         :        Case No. 15-11887 (BLS)
                                           :
5600 Argosy Circle, Huntington Beach,      :
California 92649,                          :        Tax I.D. No. 33-0542493
                                           :
              Debtor.                      :
                                           :        Related Docket No. 5
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :
In re:                                     :        Chapter 11
                                           :
QS RETAIL, INC.,                           :        Case No. 15-11888 (BLS)
                                           :
5600 Argosy Circle, Huntington Beach,      :
California 92649,                          :        Tax I.D. No. 33-0740505
                                           :
              Debtor.                      :
                                           :        Related Docket No. 5
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :
In re:                                     :        Chapter 11
                                           :
QUIKSILVER ENTERTAINMENT, INC.,            :        Case No. 15-11889 (BLS)
                                           :
5600 Argosy Circle, Huntington Beach,      :
California 92649,                          :        Tax I.D. No. 48-9569667
                                           :
              Debtor.                      :
                                           :        Related Docket No. 5
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

3

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
QUIKSILVER WETSUITS, INC.,              :    Case No. 15-11890 (BLS)
                                        :
5600 Argosy Circle, Huntington Beach,   :
California 92649,                       :    Tax I.D. No. 33-0489599
                                        :
               Debtor.                  :    Related Docket No. 5
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### ORDER (A) DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1 AND (B) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") (i) providing for the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only and (ii) seeking a waiver of the requirement that the captions in the Chapter 11 Cases list the Debtors' tax identification numbers and certain other identifying information; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

### ORDERED, ADJUDGED AND DECREED that:

1.      The Motion is GRANTED as set forth herein.

2.      Each of the above-captioned Chapter 11 Cases of the Debtors will be, and hereby is, jointly administered by the Court.

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the First Day Declaration.

3.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
In re:                                                          :      Chapter 11
                                                                :
QUIKSILVER, INC., *et al.*,                                     :      Case No. 15-11880 (BLS)
                                                                :
                                   Debtors.[1]                  :      (Jointly Administered)
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4.      Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Quiksilver, Inc., Case No. 15-11880 (BLS).

5.      The requirements under Bankruptcy Code section 342(c)(1) are hereby waived.

6.      The requirements under Bankruptcy Rule 2002(n) that any other names used by the Debtors in the previous eight years and each Debtor's employer identification number be contained in the caption are hereby waived.

7.      A docket entry shall be made in each of the Debtors' cases (except that of Quiksilver, Inc.) substantially as follows:

> An order has been entered in this case consolidating this case with the case of Quiksilver, Inc., Case No. 15-11880 (BLS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

docket in Case No. 15-11880 (BLS) should be consulted for all matters affecting this case.

8.      Procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the Debtors' estates.

9.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:  Wilmington, Delaware

_____, 2015

_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

771297.02-WILSR01A - MSW