IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 :
In re: : Chapter 11
 :
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
 :
                 Debtors.[1] : (Jointly Administered)
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  **Related Docket No. 6**

## ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 362, AND 365 ENFORCING PROTECTIONS OF BANKRUPTCY CODE SECTION 362 AND BANKRUPTCY TERMINATION PROVISIONS OF BANKRUPTCY CODE SECTION 365

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), (i) enforcing the Bankruptcy Code's automatic stay provisions and bankruptcy termination provisions, and the protections thereunder, with respect to the Debtors; and (ii) granting related relief as further described therein; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the First Day Declaration.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, by virtue of the commencement of the Chapter 11 Cases, to be afforded the protections of, *inter alia*, the automatic stay under Bankruptcy Code section 362 and the bankruptcy termination provisions under Bankruptcy Code section 365.

3. The automatic stay is applicable to the Debtors and the property of the estates, wherever located, and all parties that are creditors of the Debtors or counterparties to contracts with the Debtors are stayed from bringing actions against the Debtors or property of the estates in this or any other jurisdiction.

4. Each provision of Bankruptcy Code section 362(a), including as set forth below, is currently in effect with respect to the Debtors:

> Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities and Investor Protection Act of 1970, operates as a stay, applicable to all entities, of–
>
> > (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
> >
> > (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;
> >
> > (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
> >
> > (4) any act to create, perfect, or enforce any lien against property of the estate;
> >
> > (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

2

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

5. All persons and entities (including those that act on their behalf) shall continue to perform under, and shall not terminate, any executory contract or unexpired lease with the Debtors without further order of this Court notwithstanding a contractual default by the Debtors that is a breach of a provision relating to (a) the insolvency or financial condition of the Debtors at any time before the closing of the Debtors' Chapter 11 Cases or (b) the commencement of the Debtors' Chapter 11 Cases.

6. This Order is intended to be declarative of and coterminous with, and shall neither abridge, enlarge nor modify, the rights and obligations of any party, including those of the Debtors, under section 362 and 365 of the Bankruptcy Code; specifically, this Order shall not affect the exceptions to the automatic stay contained in Bankruptcy Code section 362(b), or the right of any party in interest to seek relief from the automatic stay in accordance with Bankruptcy Code section 362(d).

7. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of this Motion.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
　　　　Sept 10          , 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE BRENDAN L. SHANNON
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES BANKRUPTCY JUDGE