## EXHIBIT 2

**Pop Up Store Agreement**

  

June 8, 2015

*VIA EMAIL*
QS RETAIL, INC.
Attn: Steve Finney
5600 Argosy Ave. Bldg 100
Huntington Beach, Ca 92649
Phone: (714) 889-2336
Email: steve.finney@quiksilver.com

Re:    **Letter Agreement Governing Inventory Disposition**

Dear Steve:

      This letter shall serve as an agreement ("Agreement") between Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, on the one hand (collectively, "Agent" or a "Party"), and QS RETAIL, Inc., on the other hand ("Merchant" or a "Party" and together with the Agent, the "Parties"), under which Agent shall act as the exclusive agent for the purpose of conducting a sale of certain Merchandise (as defined below) through a "pop up" store program (each a "Pop Up Store" and collectively, the "Pop Up Stores") in the United States utilizing sale handles agreed upon by the Parties (the "Sale").

**A.    Merchandise**

      For purposes hereof, "Merchandise" shall mean all excess, clearance, obsolete, or distressed inventory described on Exhibit A attached hereto, but only to the extent that Merchant obtains the necessary approvals and clearances to import such inventory into the United States, and such other goods as Merchant and Agent may agree to include in the Sale from time to time. "Merchandise" does not mean and shall not include: (1) goods that belong to sublessees, licensees or concessionaires of Merchant; (2) furnishings, trade fixtures, equipment and improvements to real property that are located in the Pop Up Stores (collectively, "FF&E"); or (3) damaged or defective merchandise that cannot be sold.

**B.    Sale Term**

      For each Store, the Sale shall commence on July 1, 2015 (the "Sale Commencement Date") and conclude the earlier of (a) January 31, 2016 or (b) the date that the Sale is completed (the "Sale Termination Date"); provided, however, that the Parties may mutually agree in writing to extend or terminate the Sale at any Store prior to the Sale Termination Date. The period between the Sale Commencement Date and the Sale Termination Date shall be referred to as the "Sale Term."

**C.    Project Management**

      (i)    Agent's Undertakings

      Agent shall, in collaboration with Merchant, (a) together with Agent's affiliate, Hilco Real Estate, LLC, assist Merchant with identifying a minimum of fifteen suitable locations for the Pop

Up Stores; provided, that it is the Parties intent to operate approximately thirty Pop Up Stores; (b) provide qualified supervisors (the "Supervisors") engaged by Agent to oversee the management of the Pop Up Stores; (c) determine appropriate point-of-sale and internal and external advertising strategies for the Pop Up Stores and recommend and assist Merchant with advertising and signage for the Pop Up Stores, all at Merchant's cost and expense and approved in advance by Merchant; (d) determine appropriate discounts of Merchandise approved in advance by Merchant; (e) assist Merchant in procuring employees to be employed by Merchant or a third party staffing company recommended by Agent; (f) recommend staffing levels for the Pop Up Stores and appropriate bonus and incentive programs, if any, for the Pop Up Stores' employees; (g) oversee display of Merchandise for the Pop Up Stores; (h) assist in procuring FF&E for the Pop Up Stores; (i) to the extent that information is available, evaluate sales of Merchandise by category and sales reporting and monitor expenses; (j) maintain the confidentiality of all proprietary or non-public information regarding Merchant in accordance with the provisions of the confidentiality agreement signed by the Parties; (k) assist Merchant in connection with managing and controlling loss prevention and employee relations matters; (l) provide support in obtaining appropriate authorization and permits to conduct the Sale from state and local authorities (if applicable); (m) assist Merchant in creating a customer transition program to transition customers from the Pop Up Stores to Merchant's other retail channels; (n) provide such other related services deemed necessary or appropriate by Merchant and Agent; and (o) at an agreed upon time prior to the end of the Sale Term at each Pop Up Store, conduct a "sale on everything", "everything on sale", "store closing" or similar themed sale event (but not a "going out of business" or similar event sale) and sell all Merchandise to the piece, and if Merchant requests, the FF&E pursuant to Section I.

At the conclusion of the Sale, Agent shall surrender the premises for each Store to Merchant in broom clean condition and in accordance with the lease requirements for such premises; provided, however, Merchant shall bear all costs and expenses associated with surrendering the premises in accordance with the lease requirements for such premises according to a budget mutually agreed to between the Agent and Merchant.  At the conclusion of the Sale at each Store, Agent shall photographically document the condition of each such Store.

The Parties expressly acknowledge and agree that Merchant shall have no liability to the Supervisors for wages, benefits, severance pay, termination pay, vacation pay, pay in lieu of notice of termination or any other liability arising from Agent's hiring or engagement of the Supervisors, and the Supervisors shall not be considered employees of Merchant.

(ii)    Merchant's Undertakings

During the Sale Term, Merchant shall (a) be the employer of the Pop Up Stores' employees (other than the Supervisors) or, to the extent Merchant elects, utilize the services of a third party employment agency recommended by Agent, for purposes of engaging temporary staff for the Pop Up Stores; (b) pay all taxes, costs, expenses, accounts payable, and other liabilities relating to the Pop Up Stores, the Pop Up Stores' employees (other than the Supervisors) and other representatives of Merchant; (c) prepare and process all tax forms and other documentation; (d) collect all sales taxes and pay them to the appropriate taxing authorities for the Pop Up Stores; (e) use reasonable efforts to cause Merchant's employees to cooperate with Agent and the Supervisors; (f) execute all agreements mutually determined by the Merchant and Agent to be necessary or desirable for the operation of the Pop Up Stores during the Sale; provided, that Merchant shall have the right to approve the terms and conditions of each lease with respect to a Pop Up Store in its sole discretion;

(g) provide, and arrange for the ordinary maintenance of, all point-of-sale equipment required for the Pop Up Stores; (h) with Agent's assistance, and subject to the lease for each Pop Up Store, ensure that Agent has quiet use and enjoyment of the Pop Up Stores for the Sale Term in order to perform its obligations under this Agreement; (i) with Agent's assistance, provide or procure FF&E for the Pop Up Stores; (j) identify the Merchandise for the Sale, with Agent's assistance allocate and balance the Merchandise among the Stores, and ship and distribute the Merchandise to the Pop Up Stores; and (k) with Agent's assistance, obtain all interior and exterior signage (including exterior "QUIKSILVER" signage) and procure all advertising for the Pop Up Stores.

To assist with the Sale, Merchant shall provide throughout the Sale Term central administrative services necessary for the Sale, including (without limitation) customary POS administration, sales audit, cash reconciliation, accounting, and payroll processing, all at no cost to Agent.

The Parties expressly acknowledge and agree that Agent shall have no liability to Merchant's employees for wages, benefits, severance pay, termination pay, vacation pay, pay in lieu of notice of termination or any other liability arising from Merchant's employment, hiring or retention of its employees, and such employees shall not be considered employees of Agent.

**D.    The Sale**

All sales of Merchandise shall be made on behalf of Merchant. Agent does not have, nor shall it have, any right, title or interest in the Merchandise. All sales of Merchandise shall be by cash, gift card, gift certificate, merchandise credit, or credit card and, at Merchant's discretion, by check or otherwise in accordance with Merchant's policies, and shall be "final" with no returns accepted or allowed, unless otherwise directed by Merchant.

**E.    Agent Fee and Expenses in Connection with the Sale**

In consideration of its services hereunder, Agent shall earn a fee equal to five (5.0%) of the Gross Proceeds of Merchandise sold at the Pop Up Stores. For purposes of this Agreement, "Gross Proceeds" means gross receipts arising from sales of Merchandise, net of applicable sales taxes. In addition, Agent shall be paid an amount equal to $5,000 per Pop Up Store lease that is negotiated by Hilco Real Estate, LLC on Merchant's behalf and approved and executed by Merchant, and Merchant shall fund all deposits with respect to such Pop Up Store leases and utilities associated therewith, if required by the applicable lease.

Merchant shall be responsible for all expenses of the Sale, including (without limitation) all Store level operating expenses, all costs and expenses related to Merchant's other retail store operations, and Agent's reasonable, documented and preapproved out of pocket expenses. To control expenses of the Sale, Merchant and Agent have established a budget (the "Expense Budget") of certain delineated expenses, including (without limitation) payment of the costs of supervision (including (without limitation) Supervisors' wages, fees, travel, and deferred compensation) and advertising costs. The Expense Budget for the Sale is attached hereto as Exhibit B. The Expense Budget may only be modified by mutual agreement of Agent and Merchant. Merchant shall have no responsibility for costs and expenses in excess of the Expense Budget, unless Agent has obtained Merchant's prior written (including email) consent pursuant to an

3

amendment to the Expense Budget. The costs of supervision set forth on <u>Exhibit B</u> include, among other things, industry standard deferred compensation.

All accounting matters (including, without limitation, all fees, expenses, or other amounts reimbursable or payable to Agent) shall be reconciled by mutual agreement of Agent and Merchant on every Wednesday for the prior week and, unless disputed by either Party, shall be paid within seven (7) days after each such weekly reconciliation. The Parties shall complete a final reconciliation and settlement of all amounts payable to Agent and contemplated by this Agreement (including, without limitation, Expense Budget items, and fees earned hereunder) no later than forty five (45) days following the Sale Termination Date for the last Store.

**F.    Indemnification**

    (i)    Merchant's Indemnification

Merchant shall indemnify, defend, and hold Agent and its consultants, members, managers, partners, officers, directors, employees, attorneys, advisors, representatives, lenders, potential co-investors, principals, affiliates, and Supervisors (collectively, "Agent Indemnified Parties") harmless from and against all liabilities, claims, demands, damages, costs and expenses (including reasonable attorneys' fees) arising from or related to: (a) the willful or negligent acts or omissions of Merchant or the Merchant Indemnified Parties (as defined below); (b) the material breach of any provision of this Agreement by Merchant; (c) product liability claims, except claims arising from Agent's negligence, willful misconduct or unlawful behavior, (d) claims asserted by any Store employees employed by Merchant (under a collective bargaining agreement or otherwise), relating to such employment against Agent or an Agent Indemnified Party, except claims arising from Agent's negligence, willful misconduct or unlawful behavior; (d) any harassment, discrimination or violation of any laws or regulations by Merchant or any of the Merchant Indemnified Parties; and (e) Merchant's failure to pay over to the appropriate taxing authority any taxes required to be paid by Merchant during the Sale Term in accordance with applicable law.

    (ii)    Agent's Indemnification

Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC shall, jointly and severally, indemnify, defend and hold Merchant and its consultants, members, managers, partners, officers, directors, employees, attorneys, advisors, representatives, lenders, potential co-investors, principals, and affiliates (other than the Agent or the Agent Indemnified Parties) (collectively, "Merchant Indemnified Parties") harmless from and against all liabilities, claims, demands, damages, costs and expenses (including reasonable attorneys' fees) arising from or related to (a) the willful or negligent acts or omissions of Agent or the Agent Indemnified Parties; (b) the breach of any provision of, or the failure to perform any obligation under, this Agreement by Agent; (c) any liability or other claims made by an Agent Indemnified Parties or any other person (excluding Merchant Indemnified Parties) against a Merchant Indemnified Party arising out of or related to Agent's conduct of the Sale, except claims arising from Merchant's negligence, willful misconduct, or unlawful behavior; (d) any harassment, discrimination or violation of any laws or regulations by Agent or any of the Agent Indemnified Parties and (e) any claims made by any party engaged by Agent as an employee, agent, representative or independent contractor arising out of such engagement.

4

G.    **Insurance**

(i)    Merchant's Insurance Obligations

Merchant shall maintain throughout the Sale Term, liability insurance policies (including, without limitation, products liability (to the extent currently provided), comprehensive public liability insurance and auto liability insurance) covering injuries to persons and property in or in connection with the Pop Up Stores, and shall cause Agent to be named an additional insured with respect to all such policies. At Agent's request, Merchant shall provide Agent with a certificate or certificates evidencing the insurance coverage required hereunder and that Agent is an additional insured thereunder. In addition, Merchant shall maintain throughout the Sale Term, in such amounts as it currently has in effect, workers compensation insurance in compliance with all statutory requirements.

(ii)    Agent's Insurance Obligations

As an expense of the Sale, Agent shall maintain throughout the Sale Term, liability insurance policies (including, without limitation, products liability/completed operations, contractual liability, comprehensive public liability and auto liability insurance) on an occurrence basis in an amount of at least Two Million dollars ($2,000,000) and an aggregate basis of at least five million dollars ($5,000,000) covering injuries to persons and property in or in connection with Agent's provision of services at the Pop Up Stores. Agent shall name Merchant as an additional insured and loss payee under such policy, and upon execution of this Agreement provide Merchant with a certificate or certificates evidencing the insurance coverage required hereunder. In addition, Agent shall maintain throughout the Sale Term, workers compensation insurance compliance with all statutory requirements. Further, should Agent employ or engage third parties to perform any of Agent's undertakings with regard to this Agreement, Agent will ensure that such third parties are covered by Agent's insurance or maintain all of the same insurance as Agent is required to maintain pursuant to this paragraph and name Merchant as an additional insured and loss payee under the policy for each such insurance.

H.    **Representations, Warranties, Covenants and Agreements**

(i)    Merchant warrants, represents, covenants and agrees that (a) Merchant is a corporation duly organized, validly existing and in good standing under the laws of its state of organization, with full power and authority to execute and deliver this Agreement and to perform its obligations hereunder, and maintains its principal executive office at the address set forth herein, (b) the execution, delivery and performance of this Agreement has been duly authorized by all necessary actions of Merchant and this Agreement constitutes a valid and binding obligation of Merchant enforceable against Merchant in accordance with its terms and conditions, and the consent of no other entity or person is required for Merchant to fully perform all of its obligations herein (other than as set forth in Section A), (c) all ticketing of Merchandise at the Pop Up Stores has been and will be done in accordance with Merchant's customary ticketing practices; and (d) to the extent within the control of Merchant, the Pop Up Stores will be operated in the ordinary course of business in all respects, other than those expressly agreed to by Merchant and Agent.

(ii)    Agent warrants, represents, covenants and agrees that (a) each entity comprising Agent is a limited liability company duly organized, validly existing and in good standing under the

5

laws of state of the Delaware, with full power and authority to execute and deliver this Agreement and to perform the Agent's obligations hereunder, and maintains its principal executive office at the addresses set forth herein, (b) the execution, delivery and performance of this Agreement has been duly authorized by all necessary actions of Agent and this Agreement constitutes a valid and binding obligation of Agent enforceable against Agent in accordance with its terms and conditions, and the consent of no other entity or person is required for Agent to fully perform all of its obligations herein, (c) Agent shall comply with and act in accordance with any and all applicable state and local laws, rules, and regulations, and other legal obligations of all governmental authorities, (d) no non-emergency repairs or maintenance in the Pop Up Stores will be conducted without Merchant's prior written consent, (e) Agent will not take any disciplinary action against any employee of Merchant, and (f) Agent shall not knowingly, and no Agent Indemnified Party shall, knowingly take any action that would constitute a breach of the lease for any Pop Up Store.

## I.    **Furniture, Fixtures and Equipment**

If requested by Merchant at one or more Pop Up Stores, Agent shall sell the FF&E in each such Pop Up Store from the Pop Up Store themselves. Agent shall dispose of any unsold FF&E at the conclusion of the Sale in a manner to be approved by Merchant. Merchant shall be responsible for all reasonable costs and expenses incurred by Agent in connection with the sale or other disposition of FF&E, which costs and expenses shall be incurred pursuant to a budget or budgets to be established from time to time by mutual agreement of the Parties.

In consideration for providing the services set forth in this Section I, Agent shall be entitled to a commission from the sale of the FF&E equal to twenty percent (20%) of the Gross Proceeds of the sale of the FF&E.

Agent shall remit to Merchant all Gross Proceeds from the sale of FF&E. During each weekly reconciliation described in Section E above, Agent's FF&E fee shall be calculated, and Agent's calculated and agreed upon FF&E fee and all FF&E costs and expenses then incurred within an agreed upon budget shall paid within seven (7) days after each such weekly reconciliation.

## J.    **Termination**

The following shall constitute "Termination Events" hereunder:

(a)     Merchant's or Agent's failure to perform any of their respective material obligations hereunder, which failure shall continue uncured thirty (30) days after receipt of written notice thereof to the defaulting Party; or

(b)     The failure of any representation or warranty made by Merchant or Agent to be true in any material respect as of the date made or at any time and throughout the Sale Term, which failure shall continue uncured thirty (30) days after receipt of written notice thereof to the defaulting Party.

If a Termination Event occurs, the non-defaulting Party  may, in its discretion, elect to terminate this Agreement by providing seven (7) business days' written notice thereof to the other Party and, in addition to terminating this Agreement, pursue any and all rights and remedies and

damages resulting from such default; provided, that in no event shall either Party be liable to the other for any punitive, exemplary, consequential, incidental, indirect or special damages, including, without limitation, lost profits. If this Agreement is terminated other than as a result of a default by Agent, Merchant shall be obligated to pay Agent all amounts due under this Agreement through and including the termination date.

**K.**     **Notices**

All notices, certificates, approvals, and payments provided for herein shall be sent by fax or by recognized overnight delivery service as follows: (a) To Merchant: Quiksilver, Inc., 5600 Argosy Circle, #100, Huntington Beach, CA 92649, Attn: Retail Department; with a copy to: Legal Department; (b) To Agent: c/o Hilco Merchant Resources, LLC, One Northbrook Place, 5 Revere Drive, Suite 206, Northbrook, IL 60062, Fax: 847- 897-0859, Attn: Ian S. Fredericks; or (c) such other address as may be designated in writing by Merchant or Agent.

**L.**     **Independent Consultant**

Agent's relationship to Merchant is that of an independent contractor without the capacity to bind Merchant in any respect. No employer/employee, principal/agent, joint venture or other such relationship is created by this Agreement. Merchant shall have no control over the hours that Agent or its employees or assistants or the Supervisors work or the means or manner in which the services that will be provided are performed and Agent is not authorized to enter into any contracts or agreements on behalf of Merchant or to otherwise create any obligations of Merchant to third parties, unless authorized in writing to do so by Merchant.

**M.**     **Non-Assignment**

Neither this Agreement nor any of the rights hereunder may be transferred or assigned by either Party without the prior written consent of the other Party; provided that either Party may assign this Agreement without the consent of the other Party in the event of a merger, reorganization, consolidation or other change in control transaction, or in connection with the sale of all or substantially all of such Party's assets. No modification, amendment or waiver of any of the provisions contained in this Agreement, or any future representation, promise or condition in connection with the subject matter of this Agreement, shall be binding upon any Party to this Agreement unless made in writing and signed by a duly authorized representative or agent of such Party. This Agreement shall be binding upon and inure to the benefit of the Parties and their respective heirs, legal representatives, successors and permitted assigns.

**N.**     **Severability**

If any term or provision of this Agreement, as applied to either Party or any circumstance, for any reason shall be declared by a court of competent jurisdiction to be invalid, illegal, unenforceable, inoperative or otherwise ineffective, that provision shall be limited or eliminated to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect and enforceable. If the surviving portions of the Agreement fail to retain the essential understanding of the Parties, the Agreement may be terminated by mutual consent of the Parties.

**O.**     **Governing Law, Venue, Jurisdiction and Jury Waiver**

This Agreement, and its validity, construction and effect, shall be governed by and enforced in accordance with the internal laws of the State of California (without reference to the conflicts of laws provisions therein).    Any legal action, suit or proceeding arising in connection with this Agreement shall be submitted to the exclusive jurisdiction of the Orange County, California courts and each Party hereby waives any defenses or objections based on lack of jurisdiction, improper venue, and/or forum non conveniens. Merchant and Agent waive their respective rights to trial by jury of any cause of action, claim, counterclaim or cross-complaint in any action, proceeding and/or hearing brought by either Agent against Merchant or Merchant against Agent on any matter whatsoever arising out of, or in any way connected with, this Agreement, the relationship between Merchant and Agent, any claim of injury or damage or the enforcement of any remedy under any law, statute or regulation, emergency or otherwise, now or hereafter in effect.    If either Party commences any legal action, suit or proceeding to enforce or interpret this Agreement or any of the terms or provisions hereof, then in addition to any damages or remedies that may be awarded to the prevailing party therein, the prevailing party will be entitled to have and recover from the losing party the prevailing party's reasonable outside attorneys' fees and costs incurred in connection therewith.

## P.    **Entire Agreement**

This Agreement, together with all additional schedules and exhibits attached hereto, constitutes a single, integrated written contract expressing the entire agreement of the Parties concerning the subject matter hereof.    No covenants, agreements, representations or warranties of any kind whatsoever have been made by any Party except as specifically set forth in this Agreement.    All prior agreements, discussions and negotiations are entirely superseded by this Agreement.

## Q.    **Execution**

This Agreement may be executed simultaneously in counterparts (including by means of electronic mail, facsimile or portable document format (pdf) signature pages), any one of which need not contain the signatures of more than one party, but all such counterparts taken together shall constitute one and the same instrument. This Agreement, and any amendments hereto, to the extent signed and delivered by means of electronic mail, a facsimile machine or electronic transmission in portable document format (pdf), shall be treated in all manner and respects as an original thereof and shall be considered to have the same binding legal effects as if it were the original signed version thereof delivered in person.

*            *            *

If this Agreement is acceptable to you, kindly execute a copy in the space provided, and return a countersigned version to the undersigned. Thank you again for this opportunity -- we look forward to working with you.

Very truly yours,

HILCO MERCHANT RESOURCES, LLC

By: Ian Fredericks
Its: VP & Assistant General Counsel, Managing Member

GORDON BROTHERS RETAIL PARTNERS, LLC

By: Richard Edwards
Its: Co-President

**AGREED AND ACCEPTED as of the 12th day of June ___, 2015:**

QS RETAIL, INC.

By: STEPHEN M FINNEY
Its: SENIOR VICE PRESIDENT

9

**QuikSilver**
**Exhibit A: Merchandise**
Note: Merchadise to be sold will be similar in mix and balace or otherwise subject to the agreement of the parties.

| hierarchy_group_code2 | Material Group | Brand | Hierarchy | Class | Units | Cost | % Total Cost |
|---|---|---|---|---|---|---|---|
| 10-100-01 | Apparel | Quiksilver | QS Young Mens | S/S Tees | 53,578 | 200,290 | 4.4% |
| 10-100-02 | Apparel | Quiksilver | QS Young Mens | L/S Tees | 333 | 1,921 | 0.0% |
| 10-100-03 | Apparel | Quiksilver | QS Young Mens | Name Drop Tees | 13,922 | 52,268 | 1.1% |
| 10-100-04 | Apparel | Quiksilver | QS Young Mens | Knit Shirts | 9,053 | 48,237 | 1.1% |
| 10-100-05 | Apparel | Quiksilver | QS Young Mens | Woven Shirts | 6,661 | 65,666 | 1.4% |
| 10-100-06 | Apparel | Quiksilver | QS Young Mens | Fleece | 14,983 | 187,776 | 4.1% |
| 10-100-07 | Apparel | Quiksilver | QS Young Mens | Sweaters | 436 | 4,091 | 0.1% |
| 10-100-08 | Apparel | Quiksilver | QS Young Mens | Jackets | 2,830 | 56,110 | 1.2% |
| 10-100-09 | Apparel | Quiksilver | QS Young Mens | Boardshorts | 18,970 | 235,547 | 5.2% |
| 10-100-10 | Apparel | Quiksilver | QS Young Mens | Volleys | 11 | 94 | 0.0% |
| 10-100-11 | Apparel | Quiksilver | QS Young Mens | Walkshorts | 17,795 | 175,593 | 3.8% |
| 10-100-12 | Apparel | Quiksilver | QS Young Mens | Denim | 2,677 | 30,853 | 0.7% |
| 10-100-13 | Apparel | Quiksilver | QS Young Mens | Casual Pants | 1,325 | 16,188 | 0.4% |
| 10-100-14 | Apparel | Quiksilver | QS Young Mens | Name Drop Fleece | 276 | 3,378 | 0.1% |
| 10-100-15 | Apparel | Quiksilver | QS Young Mens | z_unidentified | 3,083 | 12,060 | 0.3% |
| 10-101-01 | Accessories | Quiksilver | QS Mens Accs | Beanies | 3,459 | 14,093 | 0.3% |
| 10-101-02 | Accessories | Quiksilver | QS Mens Accs | Hats | 14,044 | 78,501 | 1.7% |
| 10-101-03 | Accessories | Quiksilver | QS Mens Accs | Boxers | 1,280 | 5,389 | 0.1% |
| 10-101-04 | Accessories | Quiksilver | QS Mens Accs | Wallets | 3,268 | 13,833 | 0.3% |
| 10-101-05 | Accessories | Quiksilver | QS Mens Accs | Belts | 3,059 | 11,217 | 0.2% |
| 10-101-06 | Accessories | Quiksilver | QS Mens Accs | Socks | 104 | 229 | 0.0% |
| 10-101-07 | Accessories | Quiksilver | QS Mens Accs | Backpacks | 3,834 | 45,612 | 1.0% |
| 10-101-08 | Accessories | Quiksilver | QS Mens Accs | Luggage | 1,708 | 19,479 | 0.4% |
| 10-101-09 | Accessories | Quiksilver | QS Mens Accs | Watches | 298 | 6,520 | 0.1% |
| 10-101-10 | Accessories | Quiksilver | QS Mens Accs | Sunglasses | 161 | 2,705 | 0.1% |
| 10-101-11 | Accessories | Quiksilver | QS Mens Accs | Gift Packs | 2 | 14 | 0.0% |
| 10-101-12 | Accessories | Quiksilver | QS Mens Accs | Miscellaneous | 2,880 | 17,590 | 0.4% |
| 10-101-13 | Accessories | Quiksilver | QS Mens Accs | ND Accessories | 227 | 2,063 | 0.0% |
| 10-101-16 | Accessories | Quiksilver | QS Mens Accs | Electronics | 5,110 | 247,732 | 5.4% |
| 10-101-17 | Accessories | Quiksilver | QS Mens Accs | Stickers | 2,575 | 14,026 | 0.3% |
| 10-102-01 | Footwear | Quiksilver | QS Mens Footwear | Sandals | 47,456 | 197,504 | 4.3% |
| 10-102-02 | Footwear | Quiksilver | QS Mens Footwear | Athletic / Casual | 10,814 | 102,411 | 2.2% |
| 10-103-01 | Apparel | Quiksilver | QS Mens | Tees | 146 | 792 | 0.0% |
| 10-103-02 | Apparel | Quiksilver | QS Mens | Knits | 29 | 306 | 0.0% |
| 10-103-03 | Apparel | Quiksilver | QS Mens | Wovens | 136 | 2,209 | 0.0% |
| 10-103-04 | Apparel | Quiksilver | QS Mens | Fleece | 6 | 100 | 0.0% |
| 10-103-05 | Apparel | Quiksilver | QS Mens | Sweaters | 2 | 36 | 0.0% |
| 10-103-06 | Apparel | Quiksilver | QS Mens | Jackets | 6 | 134 | 0.0% |
| 10-103-07 | Apparel | Quiksilver | QS Mens | Boardshorts | 55 | 702 | 0.0% |
| 10-103-08 | Apparel | Quiksilver | QS Mens | Walkshorts | 50 | 590 | 0.0% |
| 10-103-09 | Apparel | Quiksilver | QS Mens | Pants | (3) | (89) | 0.0% |
| 10-104-02 | Accessories | Other | Mens Yesterday's | S/S Tees | 25 | 189 | 0.0% |
| 10-105-01 | Apparel | Quiksilver | QS Performance | Tees | 36 | 272 | 0.0% |
| 10-105-02 | Apparel | Quiksilver | QS Performance | Tops | 11 | 146 | 0.0% |
| 10-105-03 | Apparel | Quiksilver | QS Performance | Jackets | 1 | 33 | 0.0% |
| 10-105-04 | Apparel | Quiksilver | QS Performance | Shorts | 8 | 115 | 0.0% |
| 10-106-01 | Accessories | Quiksilver | QS Watermans Accs | Hats | 50 | 313 | 0.0% |
| 10-106-03 | Accessories | Quiksilver | QS Watermans Accs | Miscellaneous | 2 | 16 | 0.0% |
| 11-110-01 | Apparel | Quiksilver | QS Boys 8-20 | S/S Tees | 50,941 | 147,417 | 3.2% |
| 11-110-02 | Apparel | Quiksilver | QS Boys 8-20 | L/S Tees | 3,203 | 14,170 | 0.3% |
| 11-110-03 | Apparel | Quiksilver | QS Boys 8-20 | Name Drop Tees | 24 | 72 | 0.0% |
| 11-110-04 | Apparel | Quiksilver | QS Boys 8-20 | Knits | 2,267 | 14,569 | 0.3% |
| 11-110-05 | Apparel | Quiksilver | QS Boys 8-20 | Wovens | 3,292 | 28,566 | 0.6% |
| 11-110-06 | Apparel | Quiksilver | QS Boys 8-20 | Fleece | 5,457 | 54,981 | 1.2% |
| 11-110-07 | Apparel | Quiksilver | QS Boys 8-20 | Sweaters | 1 | 8 | 0.0% |
| 11-110-08 | Apparel | Quiksilver | QS Boys 8-20 | Jackets | 494 | 8,347 | 0.2% |
| 11-110-09 | Apparel | Quiksilver | QS Boys 8-20 | Boardshorts | 1,466 | 15,045 | 0.3% |
| 11-110-10 | Apparel | Quiksilver | QS Boys 8-20 | Walkshorts | 3,347 | 33,826 | 0.7% |
| 11-110-11 | Apparel | Quiksilver | QS Boys 8-20 | Pants | 2,222 | 26,363 | 0.6% |
| 11-111-01 | Apparel | Quiksilver | QS Kids / Toddler | S/S Tees | 9,842 | 28,201 | 0.6% |
| 11-111-02 | Apparel | Quiksilver | QS Kids / Toddler | L/S Tees | 854 | 3,189 | 0.1% |
| 11-111-03 | Apparel | Quiksilver | QS Kids / Toddler | Knits | 224 | 1,251 | 0.0% |
| 11-111-04 | Apparel | Quiksilver | QS Kids / Toddler | Wovens | 97 | 802 | 0.0% |

QuikSilver
**Exhibit A: Merchandise**
Note: Merchandise to be sold will be similar in mix and balace or otherwise subject to the agreement of the parties.

| hierarchy_group_code2 | Material Group | Brand | Hierarchy | Class | Units | Cost | % Total Cost |
|---|---|---|---|---|---|---|---|
| 11-111-05 | Apparel | Quiksilver | QS Kids / Toddler | Fleece | 1,063 | 8,710 | 0.2% |
| 11-111-07 | Apparel | Quiksilver | QS Kids / Toddler | Jackets | 29 | 452 | 0.0% |
| 11-111-08 | Apparel | Quiksilver | QS Kids / Toddler | Boardshorts | 481 | 3,893 | 0.1% |
| 11-111-09 | Apparel | Quiksilver | QS Kids / Toddler | Walkshorts | 1,225 | 10,320 | 0.2% |
| 11-111-10 | Apparel | Quiksilver | QS Kids / Toddler | Pants | 81 | 779 | 0.0% |
| 11-112-01 | Apparel | Quiksilver | QS Infant | Tees / Fleece | 268 | 874 | 0.0% |
| 11-112-02 | Apparel | Quiksilver | QS Infant | Tops | 113 | 668 | 0.0% |
| 11-112-03 | Apparel | Quiksilver | QS Infant | Bottoms | 312 | 2,304 | 0.1% |
| 11-113-01 | Accessories | Quiksilver | QS Boys Accs | Beanies | 927 | 3,757 | 0.1% |
| 11-113-02 | Accessories | Quiksilver | QS Boys Accs | Hats | 201 | 844 | 0.0% |
| 11-113-03 | Accessories | Quiksilver | QS Boys Accs | Boxers | 37 | 115 | 0.0% |
| 11-113-04 | Accessories | Quiksilver | QS Boys Accs | Wallets | 8 | 27 | 0.0% |
| 11-113-05 | Accessories | Quiksilver | QS Boys Accs | Belts | 55 | 175 | 0.0% |
| 11-113-06 | Accessories | Quiksilver | QS Boys Accs | Socks | 17 | 38 | 0.0% |
| 11-113-07 | Accessories | Quiksilver | QS Boys Accs | Backpacks | 1 | 12 | 0.0% |
| 11-113-08 | Accessories | Quiksilver | QS Boys Accs | Watches | 7 | 44 | 0.0% |
| 11-113-09 | Accessories | Quiksilver | QS Boys Accs | Sunglasses | 2 | 10 | 0.0% |
| 11-113-10 | Accessories | Quiksilver | QS Boys Accs | Miscellaneous | 2 | 7 | 0.0% |
| 11-114-01 | Footwear | Quiksilver | QS Boys Footwear | Sandals | 15,095 | 48,219 | 1.1% |
| 11-114-02 | Footwear | Quiksilver | QS Boys Footwear | Athletic / Casual | 1 | 9 | 0.0% |
| 12-120-01 | Apparel | Quiksilver | QS Womens Apparel | Tees | 2 | 20 | 0.0% |
| 12-120-02 | Apparel | Quiksilver | QS Womens Apparel | Fleece | 2 | 24 | 0.0% |
| 12-120-03 | Apparel | Quiksilver | QS Womens Apparel | Tops | 9 | 30 | 0.0% |
| 12-120-04 | Apparel | Quiksilver | QS Womens Apparel | Sweaters | 3 | 66 | 0.0% |
| 12-120-05 | Apparel | Quiksilver | QS Womens Apparel | Jackets | 2 | 45 | 0.0% |
| 12-120-06 | Apparel | Quiksilver | QS Womens Apparel | Dresses | 27 | 370 | 0.0% |
| 12-120-07 | Apparel | Quiksilver | QS Womens Apparel | Skirts | 1 | 7 | 0.0% |
| 12-120-08 | Apparel | Quiksilver | QS Womens Apparel | Shorts | 2 | 32 | 0.0% |
| 12-120-09 | Apparel | Quiksilver | QS Womens Apparel | Denim | 7 | 138 | 0.0% |
| 12-120-10 | Apparel | Quiksilver | QS Womens Apparel | Casual Pants | (1) | (9) | 0.0% |
| 12-120-11 | Apparel | Quiksilver | QS Womens Apparel | Swim | 14 | 198 | 0.0% |
| 12-122-02 | Footwear | Quiksilver | QSW Footwear | Sandals | (11) | (135) | 0.0% |
| 12-123-01 | Apparel | Quiksilver | QS Girls Apparel | Tees | 91 | 484 | 0.0% |
| 12-123-02 | Apparel | Quiksilver | QS Girls Apparel | Fleece | 69 | 856 | 0.0% |
| 12-123-03 | Apparel | Quiksilver | QS Girls Apparel | Tops | 105 | 1,008 | 0.0% |
| 12-123-04 | Apparel | Quiksilver | QS Girls Apparel | Tanks | 46 | 284 | 0.0% |
| 12-123-05 | Apparel | Quiksilver | QS Girls Apparel | Sweaters | 18 | 374 | 0.0% |
| 12-123-06 | Apparel | Quiksilver | QS Girls Apparel | Jackets | 41 | 1,099 | 0.0% |
| 12-123-07 | Apparel | Quiksilver | QS Girls Apparel | Dresses | 141 | 1,633 | 0.0% |
| 12-123-08 | Apparel | Quiksilver | QS Girls Apparel | Skirts | 3 | 22 | 0.0% |
| 12-123-09 | Apparel | Quiksilver | QS Girls Apparel | Shorts | 44 | 389 | 0.0% |
| 12-123-10 | Apparel | Quiksilver | QS Girls Apparel | Denim | 674 | 7,880 | 0.2% |
| 12-123-11 | Apparel | Quiksilver | QS Girls Apparel | Casual Pants | 208 | 2,242 | 0.0% |
| 12-123-12 | Apparel | Quiksilver | QS Girls Apparel | Swim | 58 | 556 | 0.0% |
| 12-124-01 | Accessories | Quiksilver | QS Girls Accessories | Handbags | 10 | 85 | 0.0% |
| 12-124-02 | Accessories | Quiksilver | QS Girls Accessories | Winterwear | 3 | 20 | 0.0% |
| 20-200-01 | Apparel | Roxy | Roxy Apparel | S/S Tees | 11,798 | 56,722 | 1.2% |
| 20-200-02 | Apparel | Roxy | Roxy Apparel | L/S Tees | 2,678 | 16,096 | 0.4% |
| 20-200-03 | Apparel | Roxy | Roxy Apparel | Name Drop Tees | 6,980 | 28,591 | 0.6% |
| 20-200-04 | Apparel | Roxy | Roxy Apparel | Fleece | 19,513 | 210,677 | 4.6% |
| 20-200-05 | Apparel | Roxy | Roxy Apparel | Name Drop Fleece | 250 | 1,935 | 0.0% |
| 20-200-06 | Apparel | Roxy | Roxy Apparel | Tops | 5,002 | 42,099 | 0.9% |
| 20-200-07 | Apparel | Roxy | Roxy Apparel | Tanks | 1,923 | 11,205 | 0.2% |
| 20-200-08 | Apparel | Roxy | Roxy Apparel | Sweaters | 9,823 | 114,383 | 2.5% |
| 20-200-09 | Apparel | Roxy | Roxy Apparel | Jackets | 4,732 | 83,129 | 1.8% |
| 20-200-10 | Apparel | Roxy | Roxy Apparel | Dresses | 6,004 | 59,238 | 1.3% |
| 20-200-11 | Apparel | Roxy | Roxy Apparel | Skirts | 68 | 543 | 0.0% |
| 20-200-12 | Apparel | Roxy | Roxy Apparel | Shorts | 616 | 5,590 | 0.1% |
| 20-200-13 | Apparel | Roxy | Roxy Apparel | Boardshorts | 2,029 | 17,539 | 0.4% |
| 20-200-14 | Apparel | Roxy | Roxy Apparel | Denim | 4,523 | 53,601 | 1.2% |
| 20-200-15 | Apparel | Roxy | Roxy Apparel | Casual Pants | 1,666 | 18,839 | 0.4% |
| 20-201-01 | Apparel | Roxy | Jrs Swim | Roxy | 29,370 | 174,524 | 3.8% |
| 20-201-04 | Apparel | Roxy | Jrs Swim | Coverups | 67 | 520 | 0.0% |

**QuikSilver**
**Exhibit A: Merchandise**
Note: Merchandise to be sold will be similar in mix and balace or otherwise subject to the agreement of the parties.

| hierarchy_group_code2 | Material Group | Brand | Hierarchy | Class | Units | Cost | % Total Cost |
|---|---|---|---|---|---|---|---|
| 20-201-05 | Apparel | Roxy | Jrs Swim | z_unidentified | 11 | 117 | 0.0% |
| 20-202-01 | Accessories | Roxy | Roxy Accs | Hats | 299 | 1,579 | 0.0% |
| 20-202-02 | Accessories | Roxy | Roxy Accs | Handbags | 3,500 | 31,180 | 0.7% |
| 20-202-03 | Accessories | Roxy | Roxy Accs | Jewelry | 22 | 115 | 0.0% |
| 20-202-04 | Accessories | Roxy | Roxy Accs | Wallets | 2,822 | 16,378 | 0.4% |
| 20-202-05 | Accessories | Roxy | Roxy Accs | Belts | 815 | 3,948 | 0.1% |
| 20-202-06 | Accessories | Roxy | Roxy Accs | Backpacks | 929 | 12,749 | 0.3% |
| 20-202-07 | Accessories | Roxy | Roxy Accs | Luggage | 1,143 | 11,393 | 0.2% |
| 20-202-08 | Accessories | Roxy | Roxy Accs | Watches | 261 | 3,062 | 0.1% |
| 20-202-09 | Accessories | Roxy | Roxy Accs | Sunglasses | 123 | 1,741 | 0.0% |
| 20-202-10 | Accessories | Roxy | Roxy Accs | Loungewear | 37 | 367 | 0.0% |
| 20-202-11 | Accessories | Roxy | Roxy Accs | Winterwear | 973 | 6,072 | 0.1% |
| 20-202-12 | Accessories | Roxy | Roxy Accs | Gifts | 172 | 1,788 | 0.0% |
| 20-202-13 | Accessories | Roxy | Roxy Accs | Fragrance | 446 | 5,972 | 0.1% |
| 20-202-14 | Accessories | Roxy | Roxy Accs | Miscellaneous | 1,156 | 5,442 | 0.1% |
| 20-202-15 | Accessories | Roxy | Roxy Accs | Home | 1 | 11 | 0.0% |
| 20-202-17 | Accessories | Roxy | Roxy Accs | Electronics | 8,284 | 421,259 | 9.2% |
| 20-202-18 | Accessories | Roxy | Roxy Accs | Stickers | 91 | 269 | 0.0% |
| 20-202-19 | Accessories | Roxy | Roxy Accs | z_unidentified | 232 | 347 | 0.0% |
| 20-203-01 | Footwear | Roxy | Roxy Footwear | Rubber Flip Flops | 15,229 | 52,679 | 1.2% |
| 20-203-02 | Footwear | Roxy | Roxy Footwear | Sandals | 1,799 | 12,121 | 0.3% |
| 20-203-03 | Footwear | Roxy | Roxy Footwear | Athletic / Casual | 5,011 | 48,094 | 1.1% |
| 20-203-04 | Footwear | Roxy | Roxy Footwear | Slippers | (5) | (57) | 0.0% |
| 20-204-01 | Apparel | Roxy | Roxy Outdoor Fitness | Sports Bras | 25 | 249 | 0.0% |
| 20-204-02 | Apparel | Roxy | Roxy Outdoor Fitness | Tanks | 11 | 176 | 0.0% |
| 20-204-03 | Apparel | Roxy | Roxy Outdoor Fitness | Tops | 44 | 444 | 0.0% |
| 20-204-04 | Apparel | Roxy | Roxy Outdoor Fitness | Slippers | 31 | 735 | 0.0% |
| 20-204-05 | Apparel | Roxy | Roxy Outdoor Fitness | Shorts | 128 | 1,185 | 0.0% |
| 20-204-06 | Apparel | Roxy | Roxy Outdoor Fitness | Pants | 795 | 11,104 | 0.2% |
| 20-204-07 | Apparel | Roxy | Roxy Outdoor Fitness | Accessories | 4 | 59 | 0.0% |
| 20-204-08 | Apparel | Roxy | Roxy Outdoor Fitness | Swim | 538 | 3,744 | 0.1% |
| 20-204-09 | Apparel | Roxy | Roxy Outdoor Fitness | Wetsuits | 2 | 138 | 0.0% |
| 21-210-01 | Apparel | Roxy | RG Apparel | S/S Tees | 1,154 | 4,475 | 0.1% |
| 21-210-02 | Apparel | Roxy | RG Apparel | L/S Tees | 64 | 336 | 0.0% |
| 21-210-03 | Apparel | Roxy | RG Apparel | Fleece | 2,397 | 20,987 | 0.5% |
| 21-210-04 | Apparel | Roxy | RG Apparel | Tops | 1,744 | 11,588 | 0.3% |
| 21-210-05 | Apparel | Roxy | RG Apparel | Sweaters | (17) | (232) | 0.0% |
| 21-210-06 | Apparel | Roxy | RG Apparel | Jackets | 19 | 223 | 0.0% |
| 21-210-07 | Apparel | Roxy | RG Apparel | Dresses | 54 | 446 | 0.0% |
| 21-210-08 | Apparel | Roxy | RG Apparel | Skirts | 2 | 14 | 0.0% |
| 21-210-09 | Apparel | Roxy | RG Apparel | Shorts | 37 | 260 | 0.0% |
| 21-210-10 | Apparel | Roxy | RG Apparel | Pants | 3,815 | 29,753 | 0.7% |
| 21-210-11 | Apparel | Roxy | RG Apparel | Swim | 476 | 4,049 | 0.1% |
| 21-210-12 | Apparel | Roxy | RG Apparel | Name Drop Tees | 51 | 192 | 0.0% |
| 21-211-01 | Apparel | Roxy | RG Teenie Wahine | Tees | 69 | 257 | 0.0% |
| 21-211-02 | Apparel | Roxy | RG Teenie Wahine | Fleece | 72 | 660 | 0.0% |
| 21-211-03 | Apparel | Roxy | RG Teenie Wahine | Tops | 47 | 361 | 0.0% |
| 21-211-04 | Apparel | Roxy | RG Teenie Wahine | Bottoms | 155 | 1,116 | 0.0% |
| 21-211-05 | Apparel | Roxy | RG Teenie Wahine | Dresses | 25 | 175 | 0.0% |
| 21-211-06 | Apparel | Roxy | RG Teenie Wahine | Swim | 96 | 720 | 0.0% |
| 21-212-01 | Apparel | Roxy | RG Infant | Tees / Fleece | 8 | 52 | 0.0% |
| 21-212-02 | Apparel | Roxy | RG Infant | Tops | 12 | 76 | 0.0% |
| 21-212-03 | Apparel | Roxy | RG Infant | Bottoms | 5 | 32 | 0.0% |
| 21-212-04 | Apparel | Roxy | RG Infant | Dresses | 5 | 31 | 0.0% |
| 21-213-01 | Accessories | Roxy | RG Accs | Hats | 10 | 49 | 0.0% |
| 21-213-02 | Accessories | Roxy | RG Accs | Handbags | 59 | 348 | 0.0% |
| 21-213-03 | Accessories | Roxy | RG Accs | Belts | 1 | 5 | 0.0% |
| 21-213-04 | Accessories | Roxy | RG Accs | Backpacks | 23 | 266 | 0.0% |
| 21-213-05 | Accessories | Roxy | RG Accs | Luggage | 5 | 43 | 0.0% |
| 21-213-06 | Accessories | Roxy | RG Accs | Watches | 1 | 7 | 0.0% |
| 21-213-07 | Accessories | Roxy | RG Accs | Sunglasses | 44 | 260 | 0.0% |
| 21-213-08 | Accessories | Roxy | RG Accs | Winterwear | 36 | 239 | 0.0% |
| 21-213-10 | Accessories | Roxy | RG Accs | Miscellaneous | 72 | 413 | 0.0% |

**QuikSilver**
**Exhibit A: Merchandise**
Note: Merchadise to be sold will be similar in mix and balace or otherwise subject to the agreement of the parties.

| hierarchy_grou p_code2 | Material Group | Brand | Hierarchy | Class | Units | Cost | % Total Cost |
|---|---|---|---|---|---|---|---|
| 21-214-01 | Footwear | Roxy | RG Footwear | Sandals | 1,560 | 5,782 | 0.1% |
| 21-214-02 | Footwear | Roxy | RG Footwear | Athletic / Casual | 188 | 1,528 | 0.0% |
| 21-215-03 | Accessories | Roxy | RG TW Accs | Backpacks | 2 | 13 | 0.0% |
| 21-216-01 | Accessories | Roxy | RG Infant Accs | Hats | 1 | 4 | 0.0% |
| 21-216-02 | Accessories | Roxy | RG Infant Accs | Miscellaneous | 2 | 18 | 0.0% |
| 21-217-01 | Footwear | Roxy | RG TW Footwear | Sandals | 880 | 3,041 | 0.1% |
| 21-217-02 | Footwear | Roxy | RG TW Footwear | Athletic / Casual | 170 | 1,391 | 0.0% |
| 30-300-01 | Technical Products | Quiksilver | Snow | QS Mens Snow | 117 | 3,849 | 0.1% |
| 30-300-02 | Technical Products | Roxy | Snow | Roxy Snow | 125 | 4,731 | 0.1% |
| 30-300-03 | Technical Products | Quiksilver | Snow | QS Boys Snow | 5 | 129 | 0.0% |
| 30-300-04 | Technical Products | Roxy | Snow | Roxy Girls Snow | 4 | 91 | 0.0% |
| 30-300-05 | Technical Products | Quiksilver | Snow | Snow Accessories | 147 | 2,899 | 0.1% |
| 30-300-05 | Technical Products | Roxy | Snow | Snow Accessories | 246 | 3,251 | 0.1% |
| 30-300-06 | Technical Products | Roxy | Snow | Teenie Wahine Snow | (2) | (48) | 0.0% |
| 40-400-01 | Technical Products | Quiksilver | Wetsuits | QS Mens Wetsuits | 549 | 19,673 | 0.4% |
| 40-400-02 | Technical Products | Roxy | Wetsuits | Roxy Wetsuits | 404 | 15,521 | 0.3% |
| 40-400-03 | Technical Products | Quiksilver | Wetsuits | QS Boys Wetsuits | 10 | 160 | 0.0% |
| 40-400-04 | Technical Products | Quiksilver | Wetsuits | QS Mens Lycra | 3,205 | 23,132 | 0.5% |
| 40-400-05 | Technical Products | Roxy | Wetsuits | Roxy Lycra | 2,197 | 14,490 | 0.3% |
| 40-400-06 | Technical Products | Quiksilver | Wetsuits | QS Boys Lycra | 3,435 | 22,561 | 0.5% |
| 40-400-07 | Technical Products | Roxy | Wetsuits | Roxy Girls Lycra | 1,286 | 8,376 | 0.2% |
| 40-400-08 | Technical Products | Roxy | Wetsuits | Roxy Girls Wetsuits | 11 | 232 | 0.0% |
| 40-400-09 | Technical Products | Roxy | Wetsuits | Teenie Wahine Wetsuits/Lycra | 521 | 3,504 | 0.1% |
| 40-400-10 | Technical Products | Quiksilver | Wetsuits | Watermans Lycra | 2,884 | 27,831 | 0.6% |
| 40-400-11 | Technical Products | Quiksilver | Wetsuits | z_unidentified | 295 | 1,974 | 0.0% |
| 50-500-02 | Accessories | Other | Other Vendor | Skate | 75 | 2,924 | 0.1% |
| 50-500-03 | Accessories | Other | Other Vendor | Snow | 427 | 50,260 | 1.1% |
| 50-500-04 | Accessories | Other | Other Vendor | Books / Magazines | 50 | 388 | 0.0% |
| 50-500-05 | Accessories | Other | Other Vendor | DVDs | 110 | 1,315 | 0.0% |
| 50-500-06 | Accessories | Other | Other Vendor | Miscellaneous | 6 | 447 | 0.0% |
| 50-500-07 | Accessories | Other | Other Vendor | Jewelry | 12 | 324 | 0.0% |
| 50-500-08 | Accessories | Other | Other Vendor | Electronics | 115 | 4,660 | 0.1% |
| 50-500-13 | Accessories | Other | Other Vendor | Makeup | 1,155 | 12,546 | 0.3% |
| 50-500-14 | Accessories | Other | Other Vendor | Moscova | 29 | 227 | 0.0% |
| 70-700-01 | Apparel | DC Shoes | DC Mens App | S/S Tees | 3,939 | 15,733 | 0.3% |
| 70-700-02 | Apparel | DC Shoes | DC Mens App | L/S Tees | 48 | 273 | 0.0% |
| 70-700-03 | Apparel | DC Shoes | DC Mens App | Knits | 149 | 978 | 0.0% |
| 70-700-04 | Apparel | DC Shoes | DC Mens App | Wovens | 420 | 4,911 | 0.1% |
| 70-700-05 | Apparel | DC Shoes | DC Mens App | Fleece | 1,455 | 16,123 | 0.4% |
| 70-700-06 | Apparel | DC Shoes | DC Mens App | Sweaters | 12 | 128 | 0.0% |
| 70-700-07 | Apparel | DC Shoes | DC Mens App | Jackets | 128 | 3,005 | 0.1% |
| 70-700-08 | Apparel | DC Shoes | DC Mens App | Shorts | 2,767 | 24,868 | 0.5% |
| 70-700-09 | Apparel | DC Shoes | DC Mens App | Denim | 248 | 3,790 | 0.1% |
| 70-700-10 | Apparel | DC Shoes | DC Mens App | Long Bottoms | 1,699 | 18,362 | 0.4% |
| 70-700-11 | Apparel | DC Shoes | DC Mens App | Boardshorts | 327 | 3,057 | 0.1% |
| 70-701-01 | Accessories | DC Shoes | DC Mens Accs | Beanies | 26 | 115 | 0.0% |
| 70-701-02 | Accessories | DC Shoes | DC Mens Accs | Hats | 944 | 5,149 | 0.1% |
| 70-701-03 | Accessories | DC Shoes | DC Mens Accs | Backpacks | 273 | 2,660 | 0.1% |
| 70-701-04 | Accessories | DC Shoes | DC Mens Accs | Wallets | 22 | 86 | 0.0% |
| 70-701-05 | Accessories | DC Shoes | DC Mens Accs | Belts | 103 | 348 | 0.0% |
| 70-701-06 | Accessories | DC Shoes | DC Mens Accs | Socks | 6,174 | 21,602 | 0.5% |
| 70-701-07 | Accessories | DC Shoes | DC Mens Accs | Miscellaneous | 533 | 2,354 | 0.1% |
| 70-701-08 | Accessories | DC Shoes | DC Mens Accs | Luggage | 24 | 733 | 0.0% |
| 70-702-01 | Footwear | DC Shoes | DC Mens Footwear | Skate | 7,700 | 134,759 | 2.9% |
| 70-702-02 | Footwear | DC Shoes | DC Mens Footwear | Sandals | 246 | 1,748 | 0.0% |
| 71-710-01 | Apparel | DC Shoes | DC Boys App | Tees | 308 | 974 | 0.0% |
| 71-710-02 | Apparel | DC Shoes | DC Boys App | Fleece | 364 | 3,921 | 0.0% |
| 71-710-03 | Apparel | DC Shoes | DC Boys App | Tops | 98 | 837 | 0.0% |
| 71-710-04 | Apparel | DC Shoes | DC Boys App | Outerwear | 7 | 62 | 0.0% |
| 71-710-05 | Apparel | DC Shoes | DC Boys App | Shorts | 35 | 392 | 0.0% |
| 71-710-06 | Apparel | DC Shoes | DC Boys App | Boardshorts | 32 | 298 | 0.0% |
| 71-710-07 | Apparel | DC Shoes | DC Boys App | Denim | 11 | 121 | 0.0% |
| 71-710-08 | Apparel | DC Shoes | DC Boys App | Long Bottoms | 2 | 19 | 0.0% |

**QuikSilver**

**Exhibit A: Merchandise**

Note: Merchadise to be sold will be similar in mix and balace or otherwise subject to the agreement of the parties.

| hierarchy_grou p_code2 | Material Group | Brand | Hierarchy | Class | Units | Cost | % Total Cost |
|---|---|---|---|---|---|---|---|
| 71-711-01 | Accessories | DC Shoes | DC Boys Accs | Beanies | 3 | 13 | 0.0% |
| 71-711-02 | Accessories | DC Shoes | DC Boys Accs | Hats | 29 | 169 | 0.0% |
| 71-711-03 | Accessories | DC Shoes | DC Boys Accs | Belts | 2 | 6 | 0.0% |
| 71-711-04 | Accessories | DC Shoes | DC Boys Accs | Miscellaneous | 37 | 181 | 0.0% |
| 71-711-05 | Accessories | DC Shoes | DC Boys Accs | Backpacks | 362 | 934 | 0.0% |
| 71-712-01 | Footwear | DC Shoes | DC Boys Footwear | Skate | 340 | 4,238 | 0.1% |
| 71-712-02 | Footwear | DC Shoes | DC Boys Footwear | Sandals | 57 | 403 | 0.0% |
| 71-713-01 | Apparel | DC Shoes | DC Kids/Toddler App | Tees | 41 | 130 | 0.0% |
| 71-713-02 | Apparel | DC Shoes | DC Kids/Toddler App | Fleece | 77 | 939 | 0.0% |
| 71-713-03 | Apparel | DC Shoes | DC Kids/Toddler App | Tops | 14 | 123 | 0.0% |
| 71-713-04 | Apparel | DC Shoes | DC Kids/Toddler App | Bottoms | 18 | 172 | 0.0% |
| 71-714-01 | Footwear | DC Shoes | DC K/T Footwear | Skate | 5,531 | 57,947 | 1.3% |
| 80-800-01 | Apparel | DC Shoes | DC Jrs App | S/S Tees | 91 | 492 | 0.0% |
| 80-800-02 | Apparel | DC Shoes | DC Jrs App | L/S Tees | 5 | 34 | 0.0% |
| 80-800-03 | Apparel | DC Shoes | DC Jrs App | Tops | 41 | 359 | 0.0% |
| 80-800-04 | Apparel | DC Shoes | DC Jrs App | Fleece | 39 | 448 | 0.0% |
| 80-800-05 | Apparel | DC Shoes | DC Jrs App | Sweaters | 7 | 98 | 0.0% |
| 80-800-06 | Apparel | DC Shoes | DC Jrs App | Jackets | 7 | 143 | 0.0% |
| 80-800-07 | Apparel | DC Shoes | DC Jrs App | Shorts | 44 | 425 | 0.0% |
| 80-800-09 | Apparel | DC Shoes | DC Jrs App | Denim | 40 | 629 | 0.0% |
| 80-800-10 | Apparel | DC Shoes | DC Jrs App | Bottoms | 3 | 32 | 0.0% |
| 80-800-11 | Apparel | DC Shoes | DC Jrs App | Dresses | 16 | 150 | 0.0% |
| 80-801-01 | Accessories | DC Shoes | DC Jrs Accs | Beanies | 379 | 1,581 | 0.0% |
| 80-801-02 | Accessories | DC Shoes | DC Jrs Accs | Hats | 3 | 27 | 0.0% |
| 80-801-03 | Accessories | DC Shoes | DC Jrs Accs | Handbags | 2 | 22 | 0.0% |
| 80-801-04 | Accessories | DC Shoes | DC Jrs Accs | Wallets | 9 | 51 | 0.0% |
| 80-801-05 | Accessories | DC Shoes | DC Jrs Accs | Backpacks | 232 | 824 | 0.0% |
| 80-801-07 | Accessories | DC Shoes | DC Jrs Accs | Socks | 3 | 8 | 0.0% |
| 80-801-08 | Accessories | DC Shoes | DC Jrs Accs | Miscellaneous | 2 | 13 | 0.0% |
| 80-802-01 | Footwear | DC Shoes | DC Jrs Footwear | Skate | 201 | 2,745 | 0.1% |
| 80-802-02 | Footwear | DC Shoes | DC Jrs Footwear | Sandals | 57 | 294 | 0.0% |
| 81-812-01 | Footwear | DC Shoes | DC Girls Footwear | Skate | 2 | 22 | 0.0% |
| 90-900-01 | Technical Products | DC Shoes | DC Snow | Mens Snow | 128 | 5,469 | 0.1% |
| 90-900-02 | Technical Products | DC Shoes | DC Snow | Juniors Snow | 31 | 1,242 | 0.0% |
| 90-900-03 | Technical Products | DC Shoes | DC Snow | Boys Snow | (15) | (470) | 0.0% |
| 90-900-04 | Technical Products | DC Shoes | DC Snow | Girls Snow | (2) | (59) | 0.0% |
| 90-900-05 | Technical Products | DC Shoes | DC Snow | Snow Accessories | 841 | 4,781 | 0.1% |
| 90-900-06 | Technical Products | DC Shoes | DC Snow | Snow Boots | 40 | 2,852 | 0.1% |
| Grand Total | | | | | 571,540 | 4,569,625 | 100.0% |

**Quiksilver, Inc.**
**Exhibit B**

| Expense Budget | Pre-Opening | Sale | Wind-Down | Total |
|---|---|---|---|---|
| **Advertising** | | | | |
| Media | | | | |
| Signs | | To be determined & mutually agreed upon. | | |
| Sign Walkers | | | | |
| Subtotal Advertising | - | - | - | - |
| **Supervision** | | | | |
| Fees | 246,183 | 628,759 | 151,905 | 1,026,847 |
| Deferred Compensation | 115,682 | 277,753 | 67,973 | 461,407 |
| Expenses (1) | 87,675 | 164,534 | 43,658 | 295,868 |
| Subtotal Supervision | 449,540 | 1,071,046 | 263,536 | 1,784,121 |
| | | | | |
| Total Expenses | 449,540 | 1,071,046 | 263,536 | 1,784,121 |

Note(s):
1. Includes Insurance.

Hilco Merchant Resources, LLC

6/5/2015

## Hilco Merchant Resources
### Quiksilver, Inc.
### Exhibit B

| Supervision Expense Budget- Pre-Opening | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Supervision with Payroll Costs Include | Lead Supervisor | Regional | Field Supervisors (full-term) | Field Supervisors (part-term) | Project Controller | PC Staff | DC Supervisor | Total USD |
|---|---|---|---|---|---|---|---|---|
| Base Rate | 17,955 | - | 82,080 | 131,328 | - | - | - | 231,363 |
| Deferred Compensation | 8,978 | - | 41,040 | 65,664 | - | - | - | 115,682 |
| Rate Adjustments (1) | 2,850 | - | 11,970 | - | - | - | - | 14,820 |
| Total Rates | 29,783 | - | 135,090 | 196,992 | - | - | - | 361,865 |
| | | | | | | | | |
| Travel Charges | 4,275 | - | 24,150 | 46,800 | - | - | - | 75,225 |
| Other Expenses | 750 | - | 4,500 | 7,200 | - | - | - | 12,450 |
| General Liability Insurance | | | | | | | | |
| Total Expense | 34,808 | - | 163,740 | 250,992 | - | - | - | 449,540 |

Note: Supervision Expense will be managed in the aggregate.

| Supervision Supporting Detail | | | | | | | |
|---|---|---|---|---|---|---|---|

| | Lead Supervisor | Regional | Field Supervisors (full-term) | Field Supervisors (part-term) | Project Controller | PC Staff | DC Supervisor | |
|---|---|---|---|---|---|---|---|---|
| Weekly Base Rate | 3,150 | 2,650 | 2,400 | 2,400 | 3,150 | 3,150 | 3,000 | |
| Rate Adjustments | 500 | | 350 | | | | | |
| Total Rates | 3,650 | 2,650 | 2,750 | 2,400 | 3,150 | 3,150 | 3,000 | |
| % Deferred Compensation | 50% | 50% | 50% | 50% | 50% | 50% | 50% | |
| Payroll Costs (Tico) | 14% | 14% | 14% | 14% | 14% | 14% | 14% | |
| # of Supervisors | 1 | | 6 | 24 | | | | |
| # of Weeks | 5.0 | 5.0 | 5.0 | 2.0 | 5.0 | 5.0 | 5.0 | |
| | | | | | | | | |
| **Travel Charges and Other Expenses** | | | | | | | | |
| Initial Airfare | Initial- Travel | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| | | | | | | | | |
| Travel Rate (25% of Base Rate) | | 900 | 760 | 680 | 680 | 900 | 900 | 860 | Travel Days |
| # of Travel Days | | 3 | 7 | 3 | 1 | 1 | 1 | 1 | 153.0 |
| Pro-rated Travel Rates | Weekly- Travel | 390 | 760 | 290 | 100 | 130 | 130 | 120 |
| Car rent | Weekly- Travel | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| >50 Miles | Weekly- Travel | 50 | 150 | 100 | 100 | 100 | 100 | 100 |
| | | 615 | 1,085 | 565 | 375 | 405 | 405 | 395 |
| | | | | | | | | |
| Cell phone / Internet | Weekly- Other | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Miscellaneous | Weekly- Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| | | 150 | 150 | 150 | 150 | 150 | 150 | 150 |

## Hilco Merchant Resources
### Quiksilver, Inc.
### Exhibit B

| Supervision Expense Budget-Sale |
|---|

| Supervision with Payroll Costs Include | Lead Supervisor | Regional | Field Supervisors (full-term) | Field Supervisors (part-term) | Project Controller | PC Staff | DC Supervisor | Total USD |
|---|---|---|---|---|---|---|---|---|
| Base Rate | 88,749 | 61,047 | 405,710 | - | - | - | - | 555,506 |
| Deferred Compensation | 44,375 | 30,524 | 202,855 | - | - | - | - | 277,753 |
| Rate Adjustments (1) | 14,087 | - | 59,166 | - | - | - | - | 73,253 |
| Total Rates | 147,211 | 91,571 | 667,731 | - | - | - | - | 906,512 |
| | | | | | | | | |
| Travel Charges | 16,399 | 26,250 | 105,810 | - | - | - | - | 148,459 |
| Other Expenses | 3,707 | - | - | - | - | - | - | 3,707 |
| General Liability Insurance | | | | | | | | 12,368 |
| Total Expense | 167,317 | 117,821 | 773,541 | - | - | - | - | 1,071,046 |

Note: Supervision Expense will be managed in the aggregate.

| Supervision Supporting Detail |
|---|

| | Lead Supervisor | Lead Supervisor-II | Field Supervisors (full-term) | Field Supervisors (part-term) | Project Controller | PC Staff | DC Supervisor | |
|---|---|---|---|---|---|---|---|---|
| Weekly Base Rate | 3,150 | 3,150 | 2,400 | 2,400 | 3,150 | 3,150 | 3,000 | |
| Rate Adjustments | 500 | - | 350 | - | - | - | - | |
| Total Rates | 3,650 | 3,150 | 2,750 | 2,400 | 3,150 | 3,150 | 3,000 | |
| % Deferred Compensation | 50% | 50% | 50% | 0% | 50% | 50% | 50% | |
| Payroll Costs (Tico) | 14% | 14% | 14% | 14% | 14% | 14% | 14% | |
| # of Supervisors | 1 | 1 | 6 | | | | | |
| # of Weeks | 24.7 | 17.0 | 24.7 | 1.0 | 24.7 | 24.7 | 24.7 | |

**Travel Charges and Other Expenses**

| | | Lead Supervisor | Lead Supervisor-II | Field Supervisors (full-term) | Field Supervisors (part-term) | Project Controller | PC Staff | DC Supervisor | |
|---|---|---|---|---|---|---|---|---|---|
| Initial Airfare | Initial- Travel | 1,200 | 5,000 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | |
| | | | | | | | | | |
| Travel Rate (25% of Base Rate) | | 900 | 900 | 680 | 680 | 900 | 900 | 860 | Travel Days |
| # of Travel Days | | 3 | | 4 | 1 | 1 | 1 | 1 | 667.3 |
| Pro-rated Travel Rates Weekly- Travel | | 390 | 1,250 | 390 | 100 | 130 | 130 | 120 | |
| Car rent | Weekly- Travel | 175 | | 175 | 175 | 175 | 175 | 175 | |
| >50 Miles | Weekly- Travel | 50 | | 100 | 100 | 100 | 100 | 100 | |
| | | 615 | 1,250 | 665 | 375 | 405 | 405 | 395 | |
| | | | | | | | | | |
| Cell phone / Internet | Weekly- Other | 50 | | - | - | - | - | - | |
| Miscellaneous | Weekly- Other | 100 | | - | - | - | - | - | |
| | | 150 | - | - | - | - | - | - | |

## Hilco Merchant Resources
## Quiksilver, Inc.
## Exhibit B

| Supervision Expense Budget-Wind-Down |
|---|

| Supervision with Payroll Costs Include | Lead Supervisor | Regional | Field Supervisors (full-term) | Field Supervisors (part-term) | Project Controller | PC Staff | DC Supervisor | Total USD |
|---|---|---|---|---|---|---|---|---|
| Base Rate | 25,137 | - | 82,080 | - | 28,728 | - | - | 135,945 |
| Deferred Compensation | 12,569 | - | 41,040 | - | 14,364 | - | - | 67,973 |
| Rate Adjustments (1) | 3,990 | - | 11,970 | - | - | - | - | 15,960 |
| Total Rates | 41,696 | - | 135,090 | - | 43,092 | - | - | 219,878 |
| | | | | | | | | |
| Travel Charges | 5,505 | - | 22,950 | - | 4,440 | - | - | 32,895 |
| Other Expenses | 1,050 | - | 4,500 | - | 1,200 | - | - | 6,750 |
| General Liability Insurance | | | | | | | | 4,013 |
| Total Expense | 48,251 | - | 162,540 | - | 48,732 | - | - | 263,536 |

Note: Supervision Expense will be managed in the aggregate.

| Supervision Supporting Detail |
|---|

| | Lead Supervisor | Regional | Field Supervisors (full-term) | Field Supervisors (part-term) | Project Controller | PC Staff | DC Supervisor | |
|---|---|---|---|---|---|---|---|---|
| Weekly Base Rate | 3,150 | 2,650 | 2,400 | 2,400 | 3,150 | 3,150 | 3,000 | |
| Rate Adjustments | 500 | - | 350 | - | - | - | - | |
| Total Rates | 3,650 | 2,650 | 2,750 | 2,400 | 3,150 | 3,150 | 3,000 | |
| % Deferred Compensation | 50% | 50% | 50% | 0% | 50% | 50% | 50% | |
| Payroll Costs (Tico) | 14% | 14% | 14% | 14% | 14% | 14% | 14% | |
| # of Supervisors | 1 | | 5 | | 1 | | | |
| # of Weeks | 7.0 | 6.0 | 6.0 | 1.0 | 8.0 | 6.0 | 6.0 | |
| | | | | | | | | |
| **Travel Charges and Other Expenses** | | | | | | | | |
| Initial Airfare          Initial- Travel | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | |
| | | | | | | | | |
| Travel Rate (25% of Base Rate) | 900 | 760 | 680 | 680 | 900 | 900 | 860 | Travel Days |
| # of Travel Days | 3 | 7 | 3 | 1 | 1 | 1 | 1 | 119.0 |
| Pro-rated Travel Rates Weekly- Travel | 390 | 760 | 290 | 100 | 130 | 130 | 120 | |
| Car rent          Weekly- Travel | 175 | 175 | 175 | 175 | 175 | 175 | 175 | |
| >50 Miles          Weekly- Travel | 50 | 150 | 100 | 100 | 100 | 100 | 100 | |
| | 615 | 1,085 | 565 | 375 | 405 | 405 | 395 | |
| | | | | | | | | |
| Cell phone / Internet   Weekly- Other | 50 | 50 | 50 | 50 | 50 | 50 | 50 | |
| Miscellaneous          Weekly- Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | |
| | 150 | 150 | 150 | 150 | 150 | 150 | 150 | |