## EXHIBIT 4

## Pop Up Stores

| Store # | Shopping Center | Address | City | ST | Zip Code | Space # |
|---|---|---|---|---|---|---|
| 510 | Westgate Center | 1600 Saratoga Ave | San Jose | CA | 95129 | 33 |
| 702 | Crow Canyon Commons | 3191M Crow Canyon Place | San Ramon | CA | 94583 | M |
| 703 | Ellisburg S/C | 1598 Kings Highway | Cherry Hill | NJ | 08034 | 24 |
| 704 | Crossroads S/C | 223 Skokie Valley Road | Highland Park | IL | 60035 | B003 |
| 705 | Finley Square S/C | 1524 Butterfield Road | Downers Grove | IL | 60515 | 12 |
| 706 | Lawrence Park S/C | 1991 Sproul Road | Broomall | PA | 19008 | 29 |
| 707 | Andorra S/C | 8500 Henry Ave | Philadelphia | PA | 19128 | 23 |
| 708 | Bristol Plaza | 622 Farmington Ave | Bristol | CT | 06010 | 5 |
| 709 | Pike 7 Plaza | 8397 Leesburg Pike | Vienna | VA | 22182 | 35 |
| 710 | Graham Park Plaza | 7285 Arlington Blvd. | Falls Church | VA | 22042 | 32B |
| 711 | Eastgate | 1800 East Franklin Street | Chapel Hill | NC | 27514 | 11B |
| 712 | 29th Place | 100 Shoppers World Court | Charlottesville | VA | 22901 | N020 |
| 714 | NewPark Mall | 2086 Newpark Mall | Newark | CA | 94560 | 2119 |
| 715 | Mt. Shasta Mall | 900 Dana Dr | Redding | CA | 96003 | A-52 |
| 716 | West Valley Mall | 3200 N Naglee Rd | Tracy | CA | 95304 | 100 |
| 717 | Spring Hill Mall | 1072 Spring Hill Mall | West Dundee | IL | 60118 | 1322 |
| 718 | Lakeland Square | 3800 US Hwy 98 N | Lakeland | FL | 33809 | 126 |
| 720 | Chesterfield Towne Center | 11500 Midlothian Turnpike | Chesterfield | VA | 23235 | 104 |

| Store # | Shopping Center | Address | City | ST | Zip Code | Space # |
|---|---|---|---|---|---|---|
| 721 | Clayton Valley Shopping Center | 5434 Ygnacio Valley Road | Concord | CA | 94521 | 30 |
| 722 | East Washington Place | 401 Kenilworth Drive | Petaluma | CA | 94952 | 310 |
| 723 | Bayhill Shopping Center | 851 Cherry Ave | San Bruno | CA | 94066 | 24 |
| 725 | El Cerrito Plaza | 3010 El Cerrito Plaza | El Cerrito | CA | 94530 | |
| 727 | Regency Square | 2526 W Brandon Blvd. | Brandon | FL | 33511 | 2526 |

771334.02-WILSR01A - MSW