# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., et al. | Case No. 15-11880 (BLS) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICE**

To: The Clerk of the Court

**PLEASE TAKE NOTICE** that Ezra Brutzkus Gubner LLP hereby appears as counsel for C & K Trading Co., Ltd.

Request is hereby made pursuant to Bankruptcy Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules, that copies of any and all notices and papers filed or entered in this case be served upon the following:

Ezra Brutzkus Gubner LLP
Steven T. Gubner (CA SBN 156593)
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@ebg-law.com
       ecf@ebg-law.com

DATED: September 10, 2015        EZRA BRUTZKUS GUBNER LLP


By: /s/ Steven T. Gubner
    Steven T. Gubner
Attorneys for C & K Trading Co., Ltd.

1391442