# Notice Recipients

District/Off: 0311−1          User: GingerM          Date Created: 9/11/2015
Case: 15−11880−BLS          Form ID: ntcBK          Total: 8

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee          USTPREGION03.WL.ECF@USDOJ.GOV
aty        Dain A. De Souza          Dain.DeSouza@skadden.com
aty        Mark S. Kenney          mark.kenney@usdoj.gov
aty        Van C. Durrer, II          van.durrer@skadden.com

                                                           TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Quiksilver, Inc.          5600 Argosy Circle          Huntington Beach, CA 92649
aty        Annie Z. Li          Skadden, Arps, Slate, Meagher & Flom LLP          300 South Grand Ave.          Suite 3400          Los Angeles, CA 90071
aty        Jessica S. Kumar          Skadden, Arps, Slate, Meagher & Flom LLP          155 North Wacker Drive          Chicago, IL 60606−1720
aty        John K. Lyons          Skadden Arps Slate Meagher & Flom LLP          155 North Wacker Drive          Suite 2700          Chicago, IL 60606−1720

                                                           TOTAL: 4