# SIGN-IN SHEET

**CASE NAME:** QUICKSILVER, INC.
**CASE NO.:** 15-11880
**COURTROOM NO.:** 1 JUDGE SHANNON
**DATE:** SEPTEMBER 10, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Nash | Kirkland Ellis | Oaktree |
| David Nemetz | " | " |
| Ben Winger | " | " |
| Rob Debruin | " | " |
| Andrew Pennix | Morris Nichols | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Debtors |
| Van Durrer | Skadden | Debtors |
| Chris Sakamoto-Wengel | Maryland Attorney General Consumer Protection Division | |
| Mark Kenney | US Trustee | US Trustee |
| Jessica Kumar | Debevoise Skadden ...LLP | Debtors |
| Anaïs Li | " | " |
| Dan DeSouza | Ballard Spahr LLP | GGP Limited Partnership |
| Leslie Heilman | | Penwood Realty N. Trust, Macerich; Miracle Mile Shops |

# SIGN-IN SHEET

**CASE NAME:** QUICKSILVER, INC.

**CASE NO.:** 15-11880

**COURTROOM NO.:** 1 JUDGE SHANNON

**DATE:** SEPTEMBER 10, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Horan | Womble Carlyle Sandridge & Rice | Bank of America, NA |
| Morgan Patterson | " | " |
| Steven Fox | Kleinar Brawstein | " |
| David Berman | " | " |
| Dennis A. Melero | Greenberg Traurig LLP | Hilco & Gordon Bros |
| David W. Giattino | Cole Schotz P.C. | Landlord |
| Ilana Volkov | Cole Schotz P.C. | Landlord |
| Gilbert R. Saydah Jr. | Kelley Drye & Warren LLP | Regency Centers, Rouse Properties, Turnberry Assoc., Tanger Centers |

**Court Conference**

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Brendan L. Shannon**

**#1**

Calendar Date: 09/10/2015
Calendar Time: 02:00 PM ET

Amended Calendar 09/10/2015 10:44 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7145027 | Jay Borow | (212) 782-1411 | BRG Capstone | Interested Party, BRG Capstone / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7145135 | Melissa Boyd | (415) 693-2852 | Cooley LLP (All Offices) | Interested Party, Cooley LLP / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7144676 | Erin N. Brady | 213-243-2642 | Jones Day | Interested Party, Potential Interested Party / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7146971 | John B. Bringardner | (646) 378-3143 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7146382 | Andrew S. Conway | (248) 258-7427 | The Taubman Company | Creditor, The Taubman Landlords / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7144326 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7146493 | Neal Damato | (610) 747-1728 | Susquehanna International Group, LLP | Claimant, SIG / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7146460 | Andrew DeNatale | (212) 806-5400 ext. 00 | Stroock & Stroock & Lavan LLP | Interested Party, Stroock & Stroock & Lavan LLP / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7146454 | Neil Desai | (212) 889-3088 | Primeshares World Markets | Interested Party, Primeshares World Markets / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7146348 | Shari Dwoskin | (617) 856-8464 | Brown Rudnick LLP | Interested Party, Shari Dwoskin / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7144603 | Evan Fleck | (212) 530-5567 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Interested Party / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7145298 | Stephanie J. Gleason | (212) 416-2107 | Dow Jones | Interested Party, Stephanie Gleason / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7144689 | Christopher M. Healey | (614) 281-3915 | Jones Day | Interested Party, Potential Interested Party / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7146496 | Warren Klinger | (212) 819-8322 | White & Case LLP | Interested Party, Warren Klinger / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Quiksilver, Inc. | 15-11880 | Hearing | 7144489 | Alan Kornberg | 212-373-3209 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7146762 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Unsecured Bond Holder / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7145681 | Adithya Mani | (213) 687-5364 | Skadden Arps Slate Meagher Flom | Debtor, Quiksilver, Inc./ LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7146362 | Jessica M. Mickelsen Simon | (310) 788-4425 | Katten Muchin Rosenman LLP | Creditor, Macerich & Miracle Mile Shops / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7146395 | Jamie Netznik | (312) 862-2000 | Kirkland & Ellis LLP | Creditor, Oaktree / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7147117 | Jonathan Newman | (212) 530-5345 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Jonathan Newman / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7144866 | Christy Rivera | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Chadbourne & Parke LLP / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7146982 | Steven Ruggiero | (212) 832-6380 | RW Pressprich | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7144738 | Onirik Sarma | (212) 583-0713 | Scoggin Capital Management | Creditor, Scoggin Capital Management / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7145634 | Renu Shah | (312) 407-0663 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc./ LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7144513 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7146513 | David Simonds | (310) 552-6692 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7145480 | Peter M. Sweeney | 302-295-4985 | Blakeley LLP | Interested Party, Blakeley LLP / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7144579 | Brian I Swett | (203) 849-8100 | McGuireWoods | Creditor, GE Capital Corporation and Wells Fargo Bank, N.A. / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7144357 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7145072 | Ronald M. Tucker | (317) 263-2346 | Simon Property Group | Interested Party, Simon Property Group / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7146296 | Jeffrey M. Wolf | (617) 310-6041 | Greenberg Traurig, LLP | Interested Party, Hilco & Gordon Brothers / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7145219 | Shaun Wong | (908) 229-0315 | Credit Suisse | Creditor, Shaun Wong / LIVE |

| Quiksilver, Inc. | 15-11880 | Hearing | 7145330 | David You | 212-745-9703 | Brigade Capital Management | Creditor, Brigade Capital Management / LISTEN ONLY |