**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
                     Debtors.[1] : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On September 9, 2015, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order Authorizing and Approving (I) the Debtors Assumption of the Plan Sponsor Agreement; and (II) the Payment of the Break-Up Fee and Related Transaction Expenses** [Docket No. 25]

- **Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365(A) and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 9013-1 Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases** [Docket No. 26]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- Debtors' Application for Order Pursuant to Bankruptcy Code Sections 327(a) and 329, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel to the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 36]

Dated: September 13, 2015

                                                       Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 13th day of September, 2015, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

JAMES E. SLOCUM
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

# EXHIBIT A

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Creditor | 404 WEST LLC | C/O WINTER MANAGEMENT CORP | IR@winter.com |
| Counsel for for Federal Realty Investment Trust | Ballard Spahr LLP | David L Pollack | pollack@ballardspahr.com |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | kevin@shoenet.org |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | info@carmnet.com |
| Top 30 Creditor | CPG PARTNERS LP | | IRContact@simon.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | info@dragoncrowd.com |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | sathish.sourcing@eastmanexports.com |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | ggpbk@ggp.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Proposed Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | david.nemecek@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming | rdehney@mnat.com; aremming@mnat.com |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | steve@nbisun.com |
| Top 30 Creditor | QTNP APPARELS JSC | | INFO@QTNPAPPARELS.COM |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | kevin@shoenet.org |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Party in Interest, Landlord | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Proposed Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |
| Proposed Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | contact@srinivasafashions.com |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | textile@sumec.com.cn |
| Top 30 Creditor | U.S. BANK AS INDENTURE TRUSTEE | U.S. BANK NATIONAL ASSOCIATION | joel.geist@usbank.com |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes | U.S. Bank National Association | Rick Prokosch, Vice President, Account Manager | rick.prokosch@usbank.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | skortanek@wcsr.com; thoran@wcsr.com; mpatterson@wcsr.com |
| Top 30 Creditor | WORLD MARKETING, INC. | | results@worldmarkinc.com |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | cndchain@chinacnd.com |

# EXHIBIT B

Exhibit B
Core/2002 First Class Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | 3 TIMES SQUARE ASSOCIATES LLC | JP MORGAN CHASE BANK | GPO P.O. BOX 27488 | | | NEW YORK | NY | 10087 | |
| Top 30 Creditor | 404 WEST LLC | C/O WINTER MANAGEMENT CORP | 730 FIFTH AVE | | | NEW YORK | NY | 10019 | |
| Counsel for for Federal Realty Investment Trust | Ballard Spahr LLP | David L Pollack | 51st Floor - Mellon Bank Center | 1735 Market Street | | Philadelphia | PA | 19103 | |
| Counsel for for Federal Realty Investment Trust | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | 919 Market Street, 11th Floor | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | 867 Woo 1-Dong Haeundae-Gu | | | Busan | 13 | 612-822 | South Korea |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | P.O. Box 51025 | | | Los Angeles | CA | 90051 | |
| Top 30 Creditor | COINS INTERNATIONAL CO., LTD. | | 7F-1, No. 89 Bo Guan Road | | | Taichung | TWN | 404 | Taiwan |
| Top 30 Creditor | CPG PARTNERS LP | | P.O. BOX 827727 | | | PHILADELPHIA | PA | 19182 | |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | DELTINA TRADING PTY LTD. | ALAN FENNEL | Unit 2, 32 Bell Street | | | Torquay | VIC | 3228 | Australia |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | Fl/5 Bldg A, C&E Centre | | | Ningbo | 130 | 315040 | China |
| Top 30 Creditor | DUBHE CORPORATION | | Che-Il Bldg Rm 1501, 256-13 | | | Seoul | 13 | 121-758 | South Korea |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | 10, 12, KUMARANAGAR (SOUTH) | | | TIRUPUR | | 641603 | India |
| Top 30 Creditor | FULL CREATIVE CO, LTD | | No.4 Jin-Ying 2Nd St. | | | Dongguan | 190 | 523942 | China |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | 110 N. Wacker Drive | | | Chicago | IL | 60606 | |
| Top 30 Creditor | HONG KONG HESHENG INT'L | TOME ZHENG | Rm 1102, Wofoo Commercial Building | | | Kowloon | KLN | 999077 | Hong Kong |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | 333 South Hope Street | | | Los Angeles | CA | 90071 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | | Chicago | IL | 60654 | |
| Top 30 Creditor | MCKNIGHT,ROBERT | | 167 Emerald Bay | | | Laguna Beach | CA | 92651 | |
| Top 30 Creditor | MERRY LINK DEVELOPMENT | (MACAO COMMERCIAL OFFSHORE) LIMITED | Alameda Dr Caros D'Assumpcao No 336 | | | Macau | MO | 999078 | Macau |
| Top 30 Creditor | MOONEY,ANDREW P. | | PO Box 69447 | | | West Hollywood | CA | 90069 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming | 1201 North Market Street | 16th Floor | | Wilmington | DE | 19899 | |
| Top 30 Creditor | NEWTIMES FAR EAST | | Unit D, 7th Floor, Phase 5 | | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | East Fenghua Industrial | | | Ningbo | 130 | 315500 | China |
| Top 30 Creditor | NORTHSTAR SOURCING GROUP HK LTD | DAVE PERKINS | Room 602, 6/F, Oriental Centre | | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | O'MELVENY & MYERS LLP | | 400 SOUTH HOPE STREET, #1060 | | | LOS ANGELES | CA | 90071 | |

Quiksilver, Inc., et al.
Case Number: 15-11880

Page 1 of 2

Exhibit B
Core/2002 First Class Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | O'MELVENY & MYERS LLP | | PO BOX 894436 | | | LOS ANGELES | CA | 90189-4436 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Top 30 Creditor | ORIGINAL JY&T CO. LTD. | | Sanchong Dist. | | | New Taipei City | TPE | 241 | Taiwan |
| Top 30 Creditor | PUTIAN XINXIESHENG FOOTWEAR CO., LT | | Liuxian, Laidian Town, Xianyou | | | Putian | 150 | 351251 | China |
| Top 30 Creditor | QTNP APPARELS JSC | | NO. 18, LOT 8, LONG BIEN RESETTLEME | | | HA NOI | | 10000 | Vietnam |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | | New York | NY | 10036 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | | Boston | MA | 02108 | |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | 18-130 Gangdong-Dong | | | Busan | 13 | 618-800 | South Korea |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 | |
| Party in Interest, Landlord | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | | Indianapolis | IN | 46204 | |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | Plot No. AP4, 5th Avenue, 2nd Cross | | | Chengalpat | 22 | 603002 | India |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | 13F, 198 Changjiang Road | | | Nanjing | 100 | 210018 | China |
| Top 30 Creditor | U.S. BANK AS INDENTURE TRUSTEE | U.S. BANK NATIONAL ASSOCIATION | 60 LIVINGSTON AVE | | | ST. PAUL | MN | 55107 | |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes | U.S. Bank National Association | Rick Prokosch, Vice President, Account Manager | Global Corporate Trust Services | Mailcode: EP-MN-WS3C | 60 Livingston Avenue | St. Paul | MN | 55107-2292 | |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Top 30 Creditor | WEIHAI TEXTILE IMP AND EXP CO | | No. 16 Shichang Da Road | | | Weihai | 120 | 264200 | China |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | | Wilmington | DE | 19801 | |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | 222 Delaware Ave Suite 1501 | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | WORLD MARKETING, INC. | | 306 38TH STREET, 8TH FLOOR | | | NEW YORK | NY | 10018 | |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | 15th Floor Seaside Bldg. | | | Xiamen | 150 | 361000 | China |
| Top 30 Creditor | ZHEJIANG XISHI JIAFANG TEXTILE CO L | | Paitou Village Paitou Town | | | Zhuji | 130 | 311825 | China |

Quiksilver, Inc., et al.
Case Number: 15-11880

Page 2 of 2