# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Quiksilver, Inc.
5600 Argosy Circle
Huntington Beach, CA 92649
 **EIN:** 33–0199426

**Chapter:** 11

*Case No.*: 15–11880–BLS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 09/10/2015 was filed on 09/11/2015 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/2/2015 .

If a request for redaction is filed, the redacted transcript is due 10/13/2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/10/2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

David D. Bird, Clerk of Court

Date: 9/11/15

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                              Case No. 15-11880-BLS
Quiksilver, Inc.                                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1            User: GingerM              Page 1 of 2              Date Rcvd: Sep 11, 2015
                                Form ID: ntcBK             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2015.
db             +Quiksilver, Inc.,   5600 Argosy Circle,   Huntington Beach, CA 92649-1011
aty            +Annie Z. Li,   Skadden, Arps, Slate, Meagher & Flom LLP,   300 South Grand Ave.,   Suite 3400,
                 Los Angeles, CA 90071-3137
aty            +Jessica S. Kumar,   Skadden, Arps, Slate, Meagher & Flom LLP,   155 North Wacker Drive,
                 Chicago, IL 60606-1787
aty             John K. Lyons,   Skadden Arps Slate Meagher & Flom LLP,   155 North Wacker Drive,   Suite 2700,
                 Chicago, IL  60606-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2015 at the address(es) listed below:
              Albert  Kass    on behalf of Claims Agent    Kurtzman Carson Consultants LLC
               ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
              Andrew R. Remming    on behalf of Interested Party    Oaktree Capital Management, L.P.
               aremming@mnat.com,    rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
              Andrew S. Conway    on behalf of Creditor    Taubman Landlords Aconway@taubman.com
              Dain A. De Souza    on behalf of Debtor    Quiksilver, Inc. Dain.DeSouza@skadden.com,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              David L. Pollack    on behalf of Creditor    GGP Limited Partnership pollack@ballardspahr.com,
               blunt@ballardspahr.com
              David L. Pollack    on behalf of Creditor    Federal Realty Investment Trust
               pollack@ballardspahr.com, blunt@ballardspahr.com
              David W Dykhouse    on behalf of Interested Party    404 West LLC dwdykhouse@pbwt.com,
               mcobankruptcy@pbwt.com
              Dennis A. Meloro    on behalf of Interested Party    Gordon Brothers Retail Partners, LLC
               melorod@gtlaw.com,
               bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
              Dennis A. Meloro    on behalf of Interested Party    Hilco Merchant Resources, LLC
               melorod@gtlaw.com,
               bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
              Elizabeth Banda Calvo    on behalf of Creditor    Arlington ISD rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Jason A. Starks    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-jstarks@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
              Kristen N. Pate    on behalf of Creditor    GGP Limited Partnership ggpbk@ggp.com,  ggpbk@ggp.com;
               Kurtzman Carson Consultants LLC    akass@kccllc.com
              Leslie C. Heilman    on behalf of Creditor    Federal Realty Investment Trust
               heilmanl@ballardspahr.com
              Leslie C. Heilman    on behalf of Creditor    GGP Limited Partnership heilmanl@ballardspahr.com
              Mark S. Kenney    on behalf of U.S. Trustee    United States Trustee mark.kenney@usdoj.gov
              Matthew  Summers    on behalf of Creditor    Federal Realty Investment Trust
               summersm@ballardspahr.com
              Matthew  Summers    on behalf of Creditor    GGP Limited Partnership summersm@ballardspahr.com
              Morgan L. Patterson    on behalf of Creditor    Bank Of America, N.A. mpatterson@wcsr.com,
               hsasso@wcsr.com;jwray@wcsr.com
              Robert J. Dehney    on behalf of Interested Party    Oaktree Capital Management, L.P.
               rdehney@mnat.com,    rfusco@mnat.com;aconway@mnat.com;mmaddox@mnat.com;chare@mnat.com
              Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
               bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

```
District/off: 0311-1          User: GingerM              Page 2 of 2                   Date Rcvd: Sep 11, 2015
                              Form ID: ntcBK             Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven E. Fox     on behalf of Creditor    Bank Of America, N.A. sfox@riemerlaw.com,
               dromanik@riemerlaw.com
              Steven T. Gubner     on behalf of Creditor    C & K Trading Co., Ltd. sgubner@ebg-law.com,
               ecf@ebg-law.com
              Tamara K. Minott     on behalf of Interested Party    Oaktree Capital Management, L.P.
               tminott@mnat.com
              Thomas M. Horan     on behalf of Creditor    Bank Of America, N.A. thoran@wcsr.com,
               hsasso@wcsr.com;klytle@wcsr.com;jwray@wcsr.com;kdalton@wcsr.com
              United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
              Van C. Durrer, II    on behalf of Debtor    Quiksilver Wetsuits, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Quiksilver Entertainment, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Mt. Waimea, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Hawk Designs, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Fidra, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Q.S. Optics, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Quiksilver, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    DC Shoes, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    QS Wholesale, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    DC Direct, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    QS Retail, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
                                                                                             TOTAL: 37
```