# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------- x
: 
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
                Debtors.[1] : Jointly Administered
:
---------------------------------- x **Related Docket Nos. 16, 74**

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER GRANTING DEBTORS' MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A), 345(B), 363, AND 503(B), BANKRUPTCY RULES 6003 AND 6004 AND LOCAL BANKRUPTCY RULE 2015-2 (I) AUTHORIZING CONTINUED MAINTENANCE OF PREPETITION BANK ACCOUNTS AND PAYMENT OF RELATED PREPETITION OBLIGATIONS, (II) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, (III) AUTHORIZING CONTINUED USE OF EXISTING BUSINESS FORMS, AND (IV) AUTHORIZING THE CONTINUATION OF, AND ACCORDANCE OF ADMINISTRATIVE EXPENSE <u>PRIORITY STATUS TO, INTERCOMPANY TRANSACTIONS</u>**

The undersigned hereby certifies that on September 9, 2015, counsel to the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "<u>Debtors</u>") filed the Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 345(b), 363, and 503(b), Bankruptcy Rules 6003 and 6004, and Local Bankruptcy Rule 2015-2 (I) Authorizing Continued Maintenance of Prepetition Bank Accounts and Payment of Related Prepetition Obligations, (II) Authorizing Continued Use of Existing Cash Management System, (III) Authorizing Continued Use of Existing Business Forms, and (IV)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Authorizing the Continuation of, and Accordance of Administrative Expense Priority Status to, Intercompany Transactions (Docket No. 16) (the "Motion").

The undersigned further certifies that on September 10, 2015, the Bankruptcy Court held a hearing (the "Hearing") to consider the relief requested in the Motion and entered the Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a), 345(b), 363, And 503(b), Bankruptcy Rules 6003 And 6004 And Local Bankruptcy Rule 2015-2 (I) Authorizing Continued Maintenance Of Prepetition Bank Accounts And Payment Of Related Prepetition Obligations, (II) Authorizing Continued Use Of Existing Cash Management System, (III) Authorizing Continued Use Of Existing Business Forms, And (IV) Authorizing The Continuation Of, And Accordance Of Administrative Expense Priority Status To, Intercompany Transactions (Docket No. 74) (the "Order").

The undersigned further certifies that today, counsel submits the attached Amended Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a), 345(b), 363, And 503(b), Bankruptcy Rules 6003 And 6004 And Local Bankruptcy Rule 2015-2 (I) Authorizing Continued Maintenance Of Prepetition Bank Accounts And Payment Of Related Prepetition Obligations, (II) Authorizing Continued Use Of Existing Cash Management System, (III) Authorizing Continued Use Of Existing Business Forms, And (IV) Authorizing The Continuation Of, And Accordance Of Administrative Expense Priority Status To, Intercompany Transactions (the "Amended Order"), attached hereto as Exhibit A.

The undersigned further certifies that counsel has amended the Order to reflect the revisions discussed at the Hearing, as requested by counsel for Bank of America, N.A. ("Bank of America"), the agent for the Debtors' prepetition and postpetition secured ABL facilities. Specifically, the Amended Order creates a new, stand-alone paragraph for the

language previously found in the last portion of paragraph 10 under the Order, which clarified that "any payment to be made, or authorization contained [under the Order] shall be subject to the requirements imposed on the Debtors under any approved order regarding the use of cash collateral or postpetition financing and any budget in connection therewith." Counsel has communicated the amendment to counsel for Bank of America and has received no objection to entry of the Amended Order. For the Court's convenience, a redline showing the revisions contained in the proposed Amended Order is attached hereto as <u>Exhibit B</u>.

WHEREFORE, the Debtor respectfully requests that the Court enter the Amended Order attached hereto as <u>Exhibit A</u> at its earliest convenience.

Dated: Wilmington, Delaware
September 14, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*