IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **QUIKSILVER, INC.**, *et al.*, ) | **Bk. No. 15-11880 (BLS)** |
| ) | **Jointly Administered** |
| **Debtors.** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that The Taubman Landlords[1], hereby enter their appearance through their undersigned counsel in accordance with 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010, and pursuant to 11 U.S.C. §§102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, request that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served upon the following counsel:

| | |
|---|---|
| Andrew S. Conway, Esquire | Susan E. Kaufman, Esquire |
| The Taubman Company | Cooch and Taylor, P.A. |
| 200 East Long Lake Road, Suite 300 | 1000 West Street, 10th Floor |
| Bloomfield Hills, MI 48304 | The Brandywine Building |
| Ph. (248) 258-7427 | Wilmington, DE 19899 |
| Fax: (248) 258-7481 | (302) 984-3820 / (302) 984-3939 Fax |
| aconway@taubman.com | skaufman@coochtaylor.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which for purposes of this case include the following: Dolphin Mall Associates LLC, commonly known as Dolphin Mall, located in Miami, Florida and Taubman Auburn Hills Associates Limited Partnership, located in Auburn Hills, Michigan, commonly known as Great Lakes Crossing.

or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affects or seek to affect in any way the rights or interests of Landlords.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Landlords request that its attorneys be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Landlords to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

DATED:  September 14, 2015        Cooch and Taylor, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB#3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3893 / (302) 984-3939 Fax
skaufman@coochtaylor.com

Attorney for the Taubman Landlords