**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **QUIKSILVER, INC.,** *et al.*, ) | **Bk. No. 15-11880 (BLS)** |
| ) | **Jointly Administered** |
| Debtors. ) | |

**CERTIFICATE OF SERVICE**

I, Susan E. Kaufman, Esquire certify that I caused one true and correct copy of the Notice of Appearance to be sent on September 14, 2015 in the manner indicated to the following:

**VIA Hand Delivery**

Dain A. De Souza, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801

Mark S. Kenney
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801


DATED:  September 14, 2015          Cooch and Taylor, P.A.

                                    */s/ Susan E. Kaufman*
                                    Susan E. Kaufman (DSB # 3381)
                                    1000 West Street, 10th Floor
                                    The Brandywine Building
                                    Wilmington, DE 19899
                                    (302) 984-3820 / (302) 984-3939 Fax
                                    skaufman@coochtaylor.com