

Van C. Durrer, II
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400,
Los Angeles, CA  90071



Re: Title of Action: Quicksilver, Inc., et al., Debtors vs. Consolidated Communications, Inc.
    Entity Served: CONSOLIDATED COMMUNICATIONS INC.
    Received Date: 09/10/2015
    Case/Docket Number: 1511880BLS

Dear Sir/Madam,

NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:
[ ] NRAI Resigned as Agent with the State Authority on .
[ ] NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.
[ ] NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.
[ ] NRAI can find no record of the entity being listed with the State Authority.
[ ] Method of Service is unacceptable – .
[ ] Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to send to all parties being served.
[ ] Other Agent listed with the State Authority.
[ ] The registered agent's authority to receive service has been revoked.
[ ] NRAI is unable to locate a viable address for the entity being served. All addresses on record have been attempted.
   NRAI takes no position as to the validity of the service. We are merely stating that after reasonable efforts,
   we do not have any address to which to forward the papers.
[X] Other : [ NRAI Does Not Accept Legal Documents by Fax/Email ]
Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,

NRAI Services, LLC

Transmittal #  527792207

Enclosures

cc: District Court of Delaware - U.S. Bankruptcy Court
    824 Market Street North, 3rd Floor,
    Wilmington, DE  19801