Dustin P. Branch (Cal. Bar No. 174909)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile: 310.788.4471
E-mail: dustin.branch@kattenlaw.com

Attorneys for Landlord Creditors
Boulevard Invest LLC and The Macerich Company

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11874 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Boulevard Invest LLC and The Macerich Company (collectively, the "Landlords"), appearing through their counsel, Katten Muchin Rosenman LLP, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

> Katten Muchin Rosenman LLP
> c/o Dustin P. Branch, Esq.
> 2029 Century Park East, Suite 2600
> Los Angeles, California 90067-3012
> Telephone:  310.788.4400
> Facsimile: 310.788.4471
> E-mail: dustin.branch@kattenlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945); Haw Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Doc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

1

the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

  (1) Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

  (2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated: September 15, 2015  **KATTEN MUCHIN ROSENMAN LLP**

  By: */s /Dustin P. Branch*
    Dustin P. Branch, Esq.
    2029 Century Park East, Suite 2600
    Los Angeles, California 90067-3012
    Telephone: 310.788.4400
    Facsimile: 310.788.4471
    E-mail: dustin.branch@kattenlaw.com

    Attorneys for Landlord Creditors
    Boulevard Invest LLC and
    The Macerich Company

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

      On September 15, 2015, I served the foregoing document described as **NOTICE OF APPEARANCE** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

### SEE ATTACHED SERVICE LIST

(<u>X</u>)  **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)**  Pursuant to Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On September 15, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

(<u>X</u>)  **(BY MAIL – See attached service list)**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(\_\_)  **(BY ELECTRONIC MAIL – See attached list)**  By transmitting electronically to the parties at the email address indicated above.  To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on September 15, 2015, at Los Angeles, California.

                                                        */s/ Donna Carolo*
                                                        Donna Carolo

## **SERVICE LIST**

**VIA ECF**

Dain De Souza – dain.desouza@skadden.com
Van C. Durrer, II – van.durrer@skadden.com
Mark Kenney – mark.kenney@usdoj.gov
Albert Kass – ECFpleadings@kccllc.com

**VIA U.S. MAIL**

Quiksilver, Inc.
5600 Argosy Circle
Huntington Beach, CA 92649

U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035