# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
QUIKSILVER, INC., et al.,                                     :   Case No. 15-11880 (BLS)
                                                              :
                               Debtors.¹                      :   (Jointly Administered)
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On September 10, 2015, at my direction and under my supervision, employees of KCC caused to be served the following documents via Overnight mail on the service list attached hereto as **Exhibit A**:

- **Notice of Bankruptcy Filing and Debtors' Presentation of Motions and Applications to the Court for Consideration** [Docket No. 21]

- **Debtors' First Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(A) and 365(A) and Bankruptcy Rules 6006 and 9014 Authorizing Rejection of Certain Executory Contracts** [Docket No. 27]

- **Notice of Agenda of Matters Scheduled for Hearing on September 10, 2015 at 2:00 p.m. (Eastern)** [Docket No. 32]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Amended Notice of Agenda of Matters Scheduled for Hearing on September 10, 2015 at 2:00 p.m. (Eastern)** [Docket No. 34]

Dated: September 15, 2015

_____
Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 15th day of September, 2015, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

> JEFFREY D MCGUIRE
> Notary Public
> Minnesota
> My Comm. Expires
> Jan 31, 2018

# EXHIBIT A

**Exhibit A**
**Rejection Counterparties Overnight Service List**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Hartge, Tom | 701 Marine Street | Santa Monica | CA | 90405 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1