## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **QUIKSILVER, INC.,** *et al.*, ) | **Bk. No. 15-11880 (BLS)** |
| ) | **Jointly Administered** |
| Debtors. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew S. Conway, Esquire, of The Taubman Company, 200 East Long Lake Road, Suite 300, Bloomfield Hills, MI 48304 to represent the Taubman Landlords in this action.

DATED: September 15, 2015            Cooch and Taylor, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB#3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3820 / (302) 984-3939 Fax
Skaufman@coochtaylor.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan, Illinois, New York and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Andrew S. Conway*
Andrew S. Conway, Esquire
The Taubman Company
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
248- 258-7427

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Dated: September 16th, 2015
Wilmington, Delaware