**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re:                                    :    Chapter 11
                                          :
QUICKSILVER, INC., *et al.*,[1]           :    Case No. 15-11880 (BLS)
                                          :
        Debtors.              :    (Jointly Administered)
---------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), the undersigned counsel hereby enters their appearance as counsel (the "Appearance") for The Macerich Company and Miracle Mile Shops (collectively the "Creditors") and requests that the Creditors be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Dustin P. Branch, Esquire | Matthew G. Summers, Esquire |
| Jessica Mickelsen Simon, Esquire | Leslie C. Heilman, Esquire |
| Katten Muchin Rosenman LLP | BALLARD SPAHR LLP |
| 2029 Century Park East, Suite 2600 | 919 North Market Street, 11th Floor |
| Los Angeles, CA 90067-3012 | Wilmington, Delaware 19801 |
| Telephone: (310) 788-4400 | Telephone: (302) 252-4465 |
| Facsimile: (310) 788-4471 | Facsimile: (302) 252-4466 |
| E-mail: dustin.branch@kattenlaw.com | E-mail: summersm@ballardspahr.com |
|       jessica.mickelsensimon@kattenlaw.com |       heilmanl@ballardspahr.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Creditors' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 17, 2015  
Wilmington, Delaware

*/s/ Leslie C. Heilman*  
Matthew G. Summers, Esquire (No. 5533)  
Leslie C. Heilman, Esquire (No. 4716)  
BALLARD SPAHR LLP  
919 North Market Street, 11th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 252-4465  
Facsimile: (302) 252-4466  
E-mail: summersm@ballardspahr.com  
         heilmanl@ballardspahr.com

and

Dustin P. Branch, Esquire  
Jessica Mickelsen Simon, Esquire  
Katten Muchin Rosenman LLP  
2029 Century Park East, Suite 2600  
Los Angeles, CA 90067-3012  
Telephone: (310) 788-4400  
Facsimile: (310) 788-4471  
E-mail: dustin.branch@kattenlaw.com  
         jessica.mickelsensimon@kattenlaw.com

*Counsel for The Macerich Company and Miracle Mile Shops*