**IN THE UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| QUICKSILVER, INC., *et al.,* | : | Case No.  15-11880 (BLS) |
| | : | |
| Debtor. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jessica Mickelsen Simon to represent The Macerich Company and Miracle Mile Shops.

Dated: September 11, 2015                      */s/ Leslie C. Heilman*
Wilmington, Delaware                        Leslie C. Heilman (DE 4716)
                                            BALLARD SPAHR LLP
                                            919 N. Market Street, 11th Floor
                                            Wilmington, DE  19801
                                            Telephone: (302) 252-4465
                                            Facsimile: (302) 252-4466
                                            E-mail: heilmanl@ballardspahr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing  and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                            /s/ *Jessica Mickelsen Simon*
                                            Jessica Mickelsen Simon, Esquire
                                            Katten Muchin Rosenman LLP
                                            2029 Century Park East, Suite 2600
                                            Los Angeles, CA 90067-3012
                                            Telephone: (310) 788-4400
                                            Facsimile: (310) 788-4471
                                            E-mail:  jessica.mickelsensimon@kattenlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.