# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
Debtors.[1] : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  **Related Docket No.** __

### ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 521, BANKRUPTCY RULE 1007(c), AND LOCAL BANKRUPTCY RULE 1007-1(b) EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES AND STATEMENTS

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") extending the time by which the Debtors must file their Schedules and Statements; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

    2.    The time by which the Debtors must file their Schedules and Statements shall be, and hereby is, extended for fifteen (15) days from the current deadline imposed by Local Bankruptcy Rule 1007-1(b), through and including October 24, 2015.

    3.    Entry of this Order shall be without prejudice to the Debtors' right to seek further extensions of time within which to file their Schedules and Statements or to seek other relief from this Court regarding the filing of their Schedules and Statements or waiver of the requirement to file their Schedules and Statements.

    4.    The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

    5.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
    _____, 2015

_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE