# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------- x
: 
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
          Debtors.[1] : (Jointly Administered)
:
   **Related Docket No. __**
------------------------------- x

## ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 327, 330 AND 331 AUTHORIZING DEBTORS TO EMPLOY AND PAY PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS

Upon the motion (the "Motion")[2] of the Debtors for an order under Bankruptcy Code sections 105(a), 327, 330 and 331, authorizing, but not directing, the Debtors (a) to retain the Ordinary Course Professionals under Bankruptcy Code sections 105(a) and 327 without the necessity of a separate, formal retention application approved by this Court for each Ordinary Course Professional; and (b) to pay the Ordinary Course Professionals under Bankruptcy Code sections 330 and 331 for postpetition services rendered and expenses incurred, subject to certain limits set forth below, without the necessity of additional Court approval; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders and other parties in interest; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby

      **ORDERED, ADJUDGED AND DECREED that:**

    1. The Motion is GRANTED to the extent set forth herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The Debtors are authorized to employ and retain the Ordinary Course Professionals listed on Exhibit 1 hereto, without the need to file individual retention applications and obtain retention orders for each such Ordinary Course Professional.

3. Within one business day after the date of entry of this order, the Debtors shall serve this order via email upon each initial Ordinary Course Professional. Thereafter, no later than two weeks after the date of entry of this order, each initial Ordinary Course Professional shall provide to the Debtors and the Debtors' counsel, for filing with the Court and service upon (a) United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Mark Kenney, Esq.; (b) counsel to the agent for the Debtors' postpetition secured loan facilities (the "DIP Agent"): (i) Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois, 60654, Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, and William A. Guerrieri, (ii) Riemer & Braunstein, Three Center Plaza, Boston, Massachusetts 02108, Attn: Steven Fox, Esq., (iii) Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Ave., Suite 1501, Wilmington, Delaware 19801, Attn: Steven Kortanek, Esq.; (c) agent for the Debtors' prepetition senior secured notes, U.S. Bank National Association, Global Corporate Trust Services, Mailcode: EP-MN-WS3C, 60 Livingston Ave., St. Paul, MN 55107-2292, Attn: Rich Prokosch, Vice President, Account Manager; (d) agent for the Debtors' prepetition senior unsecured notes, U.S. Bank National Association, Global Corporate Trust Services, Mailcode: EP-MN-WS3C, 60 Livingston Ave., St. Paul, MN 55107-2292, Attn: Rich Prokosch, Vice President, Account Manager; and (e) counsel to any official committee appointed in these Chapter 11 Cases (each, a "Committee"), (collectively, the "Notice Parties") a completed OCP Declaration substantially in the form attached hereto as Exhibit 2.

4. The Notice Parties shall have fourteen (14) days to object to the retention of the Ordinary Course Professional in question. Any such objection must be filed with the

Court and served upon (a) the Ordinary Course Professional; and (b) the Notice Parties, on or before the Objection Deadline.  If any such objection cannot be resolved and withdrawn within fourteen (14) days after service, the matter shall be scheduled for hearing before this Court on the next regularly scheduled hearing date or other date otherwise agreeable to the Ordinary Course Professional, the Debtors, and the objecting party.  If no objection is received by the Objection Deadline, or if an objection is withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

5. The Debtors are authorized, without further hearing or order from this Court, to employ and retain Additional Ordinary Course Professionals, not currently listed on Exhibit 1, without the need to file individual retention applications or provide further hearing or notice to any party, by filing with the Court a Supplement and serving a copy of the Supplement upon the Notice Parties.

6. Each Additional Ordinary Course Professional shall be required to file and serve the OCP Declaration within two weeks after the filing of the Supplement.  The Notice Parties shall have fourteen (14) days after service of the OCP Declaration to object to the retention of the Additional Ordinary Course Professional in question.  Objections to the retention of an Additional Ordinary Course Professional shall be handled in the same manner as objections to the retention of an Ordinary Course Professional.  If no objection is submitted, or the objection is withdrawn, the Debtors are authorized to retain the Additional Ordinary Course Professional as a final matter without further order of the Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

7. The Debtors are authorized, without formal application to the Court by any Ordinary Course Professional, to make monthly payments up to the monthly fee and expense

cap for each Ordinary Course Professional, to each of the Ordinary Course Professionals in the manner customarily made by the Debtors, subject to a possible increase for certain Ordinary Course Professionals as provided below, upon receipt from the professional of reasonably detailed invoices indicating the nature of the services rendered and calculated in accordance with such professional's standard billing practices (without prejudice to the Debtors' normal right to dispute such invoices).  All invoices provided to the Debtors by the Ordinary Course Professionals shall include a breakdown, where practicable, of fees and expenses incurred on account of each individual Debtor, or shall indicate that the fees and expenses are common to the Debtors.  The manner in which each Ordinary Course Professional provides this breakdown may vary based on the Ordinary Course Professional's recordkeeping and invoicing systems, but the breakdown must be provided in a manner that provides equivalent information.

8. Payments to Ordinary Course Professionals made pursuant to this order shall not exceed a total of $100,000.00 in any given month per Ordinary Course Professional, or $400,000.00 in any given month on an aggregate basis, without further order of this Court.

9. All payments to any Ordinary Course Professional shall be subject to the approval of the Court in accordance with the procedures approved by order of the Court for Chapter 11 Professionals involved in the conduct of these cases only if payments to such professional exceed the monthly fee and expense cap for each Ordinary Course Professional.

10. Notwithstanding the foregoing, the monthly caps established above shall apply only to direct disbursements by the Debtors and shall specifically not apply to any contingent fee amounts received by Ordinary Course Professionals from recoveries realized on behalf of the Debtors.

11. For each three-month period of these cases, by the last day of the month following each such three-month period, the Debtors shall file with the Court, and serve upon the

Notice Parties, a statement that includes the following information for each Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by such Ordinary Course Professional during the statement period; and (c) a general description of the services rendered by such Ordinary Course Professional.  The first payment summary shall cover the period from the Petition Date through November 30, 2015.

        12.       Notwithstanding anything to the contrary contained herein, the relief granted in this Interim Order and any payment to be made hereunder shall be subject to the terms of any orders approving entry into debtor-in-possession financing and authorizing the use of cash collateral approved by this Court in these Chapter 11 Cases (including with respect to any budgets or other covenants governing or relating to such debtor-in-possession financing and/or use of cash collateral), and to the extent there is any inconsistency between the terms of such orders and any action taken or proposed to be taken hereunder, the terms of such orders shall control.

        13.       Notwithstanding the relief granted herein and any actions taken hereunder, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any Ordinary Course Professional.

        14.       The Debtors' right to dispute any invoices shall not be affected or prejudiced in any manner by any provisions of this Order.

        15.       The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

16.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
_____, 2015

_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Schedule of Ordinary Course Professionals

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Allen Matkins | 1900 Main Street, 5th Floor<br>Irvine, CA 92614 | Legal |
| Allen & Overy | 9th Floor, 3 Exchange Square<br>Hong Kong | Legal |
| Chaves, Gleman, Machado, Gilberto e Barboza | Av. Brig. Faria Lima, 1.663-5° andar<br>01452-001 - Sao Paulo, SP – Brazil | Legal |
| Deloitte Tax LLP | 695 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA  92626 | Tax preparation |
| Duff & Phelps | 311 S Wacker Drive<br>Suite 4200<br>Chicago, IL  60606 | Transfer pricing consultant |
| Law Offices of Julie L. Plisinski | 27762 Antonio Parkway<br>Suite L1-229<br>Ladera Ranch, CA 92694 | Legal |
| Fasken Martineau DuMoulin SENCRL, srl. | 800 Place Victoria, Bureau 3700<br>Montreal, Quebec H4Z 1E9 Canada | Legal |
| Gibson, Dunn & Crutcher LLP | 3161 Michelson Drive<br>Irvine, CA 92612-4412 | Legal |
| ICR, LLC | 685 Third Ave<br>2nd Floor<br>New York, NY 10017 | Public Relations |
| Jauregui y Navarrete | Paseo de Los Tamarindos, 400-B<br>Bosques de Las Lomas, Mexico D.F. | Legal |
| Jones Day | 3161 Michelson Dr<br>Irvine, CA 92612 | Legal |
| KPMG | 20 Pacifica Ste 700<br>Irvine, CA 92618 | Auditors |
| McInnes Cooper | 1300-1969 Upper Water Street<br>Halifax,  S B3J2V1 Canada | Legal |
| Montaury Pimenta | Av. Almirante Barroso, 139, 7° andar<br>Rio de Janeiro, Brazil | Legal |
| O'Melveny & Myers | 610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660 | Legal |
| O'Neil LLP | 19900 MacArthur Blvd, Ste 1050<br>Irvine, Ca 92616 | Legal |
| SL Consulting | 6805 Lebanon Road<br>#827<br>Frisco, TX  75034 | Tax preparation; miscellaneous tax advice |
| A J Park | P.O. Box 565<br>Auckland, NEW ZEALAND | Legal - Trademark |
| A V Stagnetto, Triay Stagnetto Neish | Regal House, Queensway<br>Gibraltar<br>tsn@tsnlaw.com | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| A.G. da Cunha Ferreira, Lda. | Rua das Flores, 74 - 4th Floor, 1200-195 Lisboa, PORTUGAL | Legal - Trademark |
| AAA Legal Services | P.O. Box 3926 10509 Talinn Estonia | Legal - Trademark |
| ABENTE STEWART | avv@abentestewart.com.py | Legal - Trademark |
| Abu-Ghazaleh Intellectual (Oman) | Suite No. 120, First Floor Hatat House, Al-Nahdha Street Wadi Adai, Muscat SULTANATE OF OMAN | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property | Palestine Tower, 3rd Floor Al-Shuhada'a, Al-Rimal Gaza | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property - Algeria | 175, Bd Krim Belkacem Algiers, ALGERIA | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (AGIP in Jordan) | PO Box 921100 1/192 Amman, JORDAN | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Bahrian) | Unitag House, 4th Floor Government Avenue Manama, BAHRAIN | Legal – Trademark |
| Abu-Ghazaleh Intellectual Property (Egypt) | 9th Floor, 51 El-Hegaz Street Mohandseen, Cairo, Egypt | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Iraq) | Al-Sadoun St., Mahala 101 Zuqaq 87, Ahmad Building 3rd Floor Baghdad, IRAQ | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Kuwait) | Souk Al-Kabir Building, 9th Floor East Wing, Fahed Al-Salem Street, Safat STATE OF KUWAIT | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Lebanon) | Halabi Building, 1st Floor Sanaeh, Beirut LEBANON | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Libya) | P.O. Box 921100 Amman 11192 KINGDOM OF JORDAN | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Qatar) | Trans Orient Center Building Airport Road, Doha STATE OF QATAR | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (SUDAN) | Bank Islam Sudan Building, 6th Floor, Apartment No.1 Alqaser Street, Khartoum SUDAN | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Syria) | 7th Floor, Al-Badeen Building Al-Thawra Bridge, Damascus SYRIA | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Abu-Ghazaleh Intellectual Property (Tunisia) | Appartment B.3.2.<br>7 rue 8002, Montplaisir<br>Tunis 1002<br>TUNISIA | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (UAE) | Hilal Tower, 12 comiche Al-Buhaira, Sharjah<br>UNITED ARAB EMIRATES | Legal – Trademark |
| Abu-Ghazaleh Intellectual Property (West Bank) | Green Tower Building<br>Al-Nuzha Street, Ramallah<br>WEST BANK | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Yemen) | 4th Floor, Abdullah Bin Ishaq Building,<br>Al-Zubairi Street<br>Sana'a, REPUBLIC OF YEMEN | Legal - Trademark |
| Adams & Admas | P.O. Box 3511<br>Halfway House<br>REPUBLIC OF SOUTH AFRICA 1685 | Legal - Trademark |
| Adriana Villalba, Marcas/Trademarks Department | Not available | Legal - Trademark |
| Albihns Stockholm AB | P.O. Box 5581<br>Stockholm S-11485<br>SWEDEN | Legal - Trademark |
| Allen & Gledhill | One Marina Boulevard #28-00<br>SINGAPORE 018989 | Legal - Trademark |
| Andrew Radclyffe | Arad@welkam.solomon.com.sb | Legal - Trademark |
| Arochi, Marroquin & Lindner, S.C. | Insurgentes Sur 1605-Piso 20<br>Col. San Jose Insurgentes, 03900<br>MEXICO D.F. | Legal - Trademark |
| ASTURGÓ, MATEU & associats | Avda. Meritxell, 128 3-A<br>AD500 Andorra la Vella<br>Principality of Andorra | Legal - Trademark |
| Balco Ltd Patent and Trade Mark Agency | Central PO Box 1056<br>Ulaanbaatar-13<br>MONGOLIA | Legal – Trademark |
| Barbat & Cikato | P.O. Box 53<br>11.100 Montevideo<br>URUGUAY | Legal - Trademark |
| Barger, Piso & Partner | Wien 1, Mahlerstrasse 9<br>A-1015 Wien, AUSTRIA | Legal - Trademark |
| Barreda Moller | Av. Angamos Oeste 1200<br>Lima 18, PERU | Legal - Trademark |
| Bermeo Law Firm | World Trade Center, Tower II<br>12th Floor<br>Av.12 Octubre N-24-528 y<br>Cordero, Quito ECUADOR | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Beuchat, Barros & Pfenniger | Europa 2035, Providencia<br>Casilla 456-V<br>Santiago, Chile | Legal - Trademark |
| Bezzina & Mifsud | 3F, BOV Centre<br>High Street<br>Sliema  SLM 16<br>Malta | Legal - Trademark |
| Blake Dawson Waldron | PO Box 850<br>Port Moresby<br>PAPUA NEW GUINEA | Legal - Trademark |
| Bolet & Terrero | Av. Francisco de Miranda<br>Edificio Cavendes, Piso 12<br>Los Palos Grandes, Caracas 1062, VENEZUELA | Legal - Trademark |
| Borenius & Co Oy Ab | Kansakoulukuja 3<br>Helsinki Finland-00100 | Legal - Trademark |
| Boult Wade Tennant | Veralum Gardens<br>70 Gray's Inn Road<br>London WC1X 8BT<br>UNITED KINGDOM | Legal – Trademark |
| Brenes Lleras IP | Regus Corp. Center, Piso 6<br>Edificio Escazu Corporate Center<br>Escazú 10203, San José<br>Costa Rica | Legal - Trademark |
| Bufete Mejia & Asociados | P.O. Box 1744<br>San Pedro Sula<br>HONDURAS | Legal - Trademark |
| Bugnion S.A. | Case 375<br>CH-1211 Geneve 12<br>SWITZERLAND | Legal - Trademark |
| Cabinet Hudicourt Woolley | 27, Avenue Marie Jeanne<br>Cite de l'Exposition<br>Port-au-Prince, HAITI | Legal - Trademark |
| Cabinet José CURAU | 26 Bis Boulevard Princesse Charlotte<br>MONTE-CARLO 98000 Principauté de Monaco<br>P.O. BOX 54 MC 98001 MONACO CEDEX | Legal - Trademark |
| Castillo Grau & Associates | Carrera 13 No. 37-43<br>12th Floor<br>Bogota, Colombia | Legal - Trademark |
| Conyers Dill & Pearman | Clarendon House<br>2 Church Street<br>Hamilton<br>Bermuda HM CX | Legal - Trademark |
| Corrs Chambers Westgarth | 600 Bourke Street<br>Melbourne Victoria 3000<br>AUSTRALIA | Legal - Trademark |
| Cox Hallett Wilinson Milner House | 18 Parliament Street Hamilton HM FX<br>BERMUDA | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| CPA Global | 2318 Mill Road, 12th Floor<br>Alexandria, VA 22314 | Legal – Trademark |
| Dancia Penn & Co | 49 Main Street<br>Road Town, Tortola<br>British Virgin Islands | Legal - Trademark |
| Danubia Patent & Trademark Attorneys | PO Box 198<br>H-1368 Budapest 5<br>HUNGARY | Legal - Trademark |
| Domnern Somgiat and Boonma | 719 Si Phya Road<br>Bangkok 10500<br>THAILAND | Legal - Trademark |
| Dr. Ing M Curell Sunol I.I.S.L | Passeig de Gracia 65 Bis<br>Barcelona 08008<br>SPAIN | Legal - Trademark |
| Drew & Napier | 20 Raffles Place<br>#17-00 Ocean Towers<br>Singapore 048620 | Legal - Trademark |
| DunnCox | 48 Duke Street<br>Kingston, JAMAICA | Legal - Trademark |
| Emil Arguelles & Company | 35 New Road,<br>PO Box 1846<br>Belize City, Belize | Legal - Trademark |
| Emilianides & Kyriakides | Kyriakides Buildings<br>P.O. Box No. 21090<br>1501 Nicosia, CYPRUS | Legal - Trademark |
| Estudio Caldera | P.O. Box 4597<br>Managua, NICARAGUA | Legal - Trademark |
| Euromarkpat Albania Ltd | Rr. Myslym Shyri, P. 60 Shk. 1, Apt 9<br>Tirana, ALBANIA | Legal – Trademark |
| F.R. Kelly & Co. | 27 Clyde Road<br>Ballsbridge<br>Dublin 4<br>IRELAND | Legal - Trademark |
| Federis & Associates | Suite 2005, 88 Corporate Center<br>141 Valero St., Salcedo Village<br>Makati City 1226<br>PHILIPPINES | Legal – Trademark |
| Fitzwilliam, Stone, Furness-Smith & Morgan | 48-50 Sackville Street<br>Port of Spain<br>TRINIDAD & TOBAGO | Legal - Trademark |
| Freshfields Bruckhaus Deringer LLP | Strawinskylaan 10<br>1077 XZ Amsterdam<br>The Netherlands | Legal - Trademark |
| Fungateiki Law Firm | Laifone Road, Kolofo'ou<br>Nuku'alofa,<br>Kingdom of TONGA | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| G. Breuer | 25 de Mayo 460<br>1002 Buenos Aires<br>ARGENTINA | Legal - Trademark |
| Gabriel Patent & Trade Mark Office | Celle Cap. Ravelo No. 2366<br>P.O. Box 830<br>La Paz, BOLIVIA | Legal - Trademark |
| George C. J. Moore | 105 S. Narcissus Avenue, Suite 812<br>West Palm Beach, FL 33401 | Legal - Trademark |
| Gina Roca, LEXINCORP | groca@lexincorp.com | Legal - Trademark |
| Global Law Associates | G.P.O. Box 57, Ramshah Path<br>Putalisadak, Kathmandu<br>NEPAL | Legal – Trademark |
| Gowling Lafleur Henderson LLP | 120 King Street West<br>Suite 560<br>Hamilton, Ontario<br>CANADA L8N 3R4 | Legal - Trademark |
| Grünecker, Kinkeldey, Stockmair & Schwanhäusser | Leopoldstrasse 4<br>80802 München<br>Germany | Legal - Trademark |
| Guillaume Marchais | Avocat Associé<br>4, avenue Hoche<br>75008 Paris, France | Legal - Trademark |
| Holec, Zuska & Partneri | Vaclavske namesti 2 – 4<br>110 00 Praha 1<br>CZECH REPUBLIC | Legal - Trademark |
| INTELS | 1, Vasylkivska St.<br>Office 304/3<br>Kyiv 3040<br>Ukraine | Legal - Trademark |
| INTELS | 33/22 s.1, ul, Pokrovka<br>Moscow 103062<br>RUSSIA | Legal - Trademark |
| Inventa Patent & Trademark Agency | Palisady 50<br>81106 Bratislava 1<br>SLOVAK REPUBLIC | Legal - Trademark |
| INVESTIP | 1 Bis Yet Kieu Street<br>P.O. Box 418<br>Hanoi, VIETNAM | Legal - Trademark |
| IRIN Patent | 3 Leonardo da Vinci St<br>Sofia 1124<br>Bulgaria | Legal - Trademark |
| Isshiki & Co. | Rookin-Shinbashi Bldg 3F<br>12-7, Shinbashi, 2-Chome<br>Minato-Ku, Tokyo 105<br>JAPAN | Legal – Trademark |
| ITEM Patent & Trademark Agency | Resljeva 16<br>1000 Ljubljana, SLOVENIA | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Jimenez, Molino y Moreno | Cuba Avenue<br>Between 36 & 37 Street<br>REPUBLIC OF PANAMA | Legal - Trademark |
| John & Kernick (Bowman Gilfillan, Inc.) | + 27 11 315 7400 | Legal - Trademark |
| John Dyrud/Leah Nicols Webster Dyrud Mitchell | Victoria House, The Valley<br>ANGUILLA | Legal - Trademark |
| Johnson Stokes & Master | 16-19th Floors<br>Prince's Building<br>10 Chater Road<br>Hong Kong | Legal - Trademark |
| Jones Day | 3161 Michelson Drive, Suite 800<br>Irvine, CA  92612 | Legal - Trademark |
| Jones Day | 901 Lakeside Avenue<br>Cleveland, Ohio 44114 | Legal - Trademark |
| Kelsick & Kelsick | Logwood Road, Old Towne<br>MONTSERRAT | Legal - Trademark |
| Khine & Khine Trademarks | No.(162), First Floor, 35 Street<br>Yangon, MYANMAR | Legal - Trademark |
| Kruse, Enari & Barlow | 2nd Floor, N.P.F. Building<br>Beach Road, Apia<br>SAMOA | Legal – Trademark |
| Lall & Sethi | M-19A, 2nd Floor, South Extension – II<br>New Delhi - 110 049<br>INDIA | Legal - Trademark |
| Liu, Shen & Associates | A0601, Huibin Building No. 8, Beichen Dong St<br>Chaoyang District<br>Beijing 100101, CHINA | Legal - Trademark |
| Marchais & Associes | Guillaume.marchais@marchais.com | Legal - Trademark |
| Marchi & Partners | Via Pirelli 19<br>I-20124 Milano, ITALY | Legal - Trademark |
| MarkMonitor Client Services | Trisha.Ytuarte@markmonitor.com | Legal - Trademark |
| Mayer Brown JSM | 16th-19th Floors<br>Prince's Building<br>10 Chater Road<br>Central, Hong Kong | Legal - Trademark |
| Montaury Pimenta Machado Lioce | Almirante Barroso 139<br>7 andar Centro CEP 20031-005<br>Rio de Janeiro, Brazil | Legal - Trademark |
| Mosko & Co | 49 Collins Avenue<br>Nassau, Bahamas | Legal - Trademark |
| Mr Delwar Hossain | Bangladesh IP Law Office VIP Road<br>35/A Purana Paltan Line, Dhaka 1000<br>Bangladesh | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Ms. Fiona Hinds | Carrington & Sealy Belmont House<br>Belmont Road, St Michael<br>Barbados | Legal – Trademark |
| Munro Leys & Co | Level 3, Pacific House<br>Butt Street<br>Suva, Fiji | Legal - Trademark |
| Nassir Kadasa & Partners | Ibn Katheer Street<br>Riyadh 11465<br>SAUDI ARABIA | Legal - Trademark |
| Nicholas John & Co | 46 Micoud Street<br>PO Box 1209<br>Castries SAINT LUCIA | Legal - Trademark |
| PARASEC | 12631 E Imperial Hwy #212B<br>Santa Fe Springs, CA 90670 | Legal - Trademark |
| Patice - IP Law Firm | P.O. Box 8630<br>Reykjavik 128<br>ICELAND | Legal - Trademark |
| Pekin & Pekin | Lamartine Caddesi 10<br>Taksim 34437<br>Istanbul, Turkey | Legal - Trademark |
| Peyman Erginal Advocate | 20, Mustafa Cagatay Avenue<br>Girne, Via Mersin 10, Turkey | Legal - Trademark |
| Polservice | P.O. Box 335<br>Warszawa 00-950<br>POLAND | Legal - Trademark |
| Popovic Popovic Samardzija & Popovic | Takovska 19<br>11120 Belgrade 35<br>SERBIA AND MONTENEGRO | Legal - Trademark |
| Promes Van Doorne | L. G. Smith Boulevard 62<br>ARUBA | Legal – Trademark |
| R. Aghababian & Co. | Ave. Djomhoori Islami (Naderi)<br>Nowbahar Street, No. 18<br>Tehran 11354, IRAN | Legal - Trademark |
| Romero Pineda & Associates | 67 Avenida Sur<br>Pasaje A #11-C<br>Colonia Roma<br>San Salvador, El Salvador | Legal - Trademark |
| Rominvent S.A. | 35, E. Pangratti St., 1st Floor<br>Sector 1, Bucharest<br>ROMANIA | Legal - Trademark |
| Rouse & Co International | Suite 601, Wisma Pondok Indah<br>Jalan Sultan Iskandar Muda Blok -TA<br>Pondok Indah<br>Jakarta 12310<br>INDONESIA | Legal - Trademark |
| RP MACAU – Intellectual Property Services Ltd | No. 6, Travessa da Misericordia<br>1st and 2nd Floors 'A'<br>MACAU | Legal - Trademark |

8

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| SABA & Co | Residence Zerktouni, 4th Fl., Flat No. 7, 185 Blvd Zerktouni Casablanca, MOROCCO | Legal - Trademark |
| SALOMONI & ASOCIADOS | P.O. Box 727 Asunción - Paraguay | Legal - Trademark |
| Sanford T. Colb & Co. (AL) | PO Box 2273, Rehovot 76122 Tel-Aviv 64733 ISRAEL | Legal - Trademark |
| Sheppard Mullin Richter & Hampton LLP | 650 Town Center Drive, 4th Floor Costa Mesa, CA 92626-1993 | Legal - Trademark |
| Shook Lin & Bok | 20th Floor, Arab-Malaysian Building 55 Jalan Raja Chulan 50200 Kuala Lumpur MALAYSIA | Legal – Trademark |
| Snell & Wilmer L.L.P. | 600 Anton Boulevard, Suite 1400 Costa Mesa, CA 92626 USA | Legal - Trademark |
| Soerensen Garcia Advogados Associados | Rua da Quitanda, 187 – 8º andar 20091-005 Rio de Janeiro, Brasil | Legal - Trademark |
| Spoor & Fisher | P.O. Box 281, St Helier JERSEY JE4 9TW | Legal - Trademark |
| Sprenger Kolzoff Ospelt | Postfach 183 Austrasse 27 FL-9490 Vaduz LIECHTENSTEIN | Legal - Trademark |
| Surinaamse Trustmaatschappij N.V. | Maatschappij N.V. Gravenstraat 26-30 Paramaribo, SURINAME | Legal - Trademark |
| Taedonggang Patent and Trademark Law Office | Kangan 2-Dong, Songyo District Pyongyang, DPR KOREA | Legal - Trademark |
| TANA N.V. | Svarcova 2 HR-10000 Zagreb, Croatia | Legal - Trademark |
| Tandbergs Patentkontor A/S | Uranienborg Terrasse 19 Oslo 0306, NORWAY | Legal - Trademark |
| Theodorides, P. D. & Papaconstantinou, H.G | 2 Coumbari Street Athens 106 74 Greece | Legal - Trademark |
| Thomson Reuters | compumark.us@thomsonreuters.com | Legal – Trademark |
| Thu Anh Nguyen/Le Quang Minh, Investip | 1 Bis Yet Kieu Street P.O. Box 418 Hanoi, VIETNAM | Legal - Trademark |
| Trademarks Department | Cameron and Shepard 2 Avenue of the Republic Georgetown, Guyana | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Troncoso y Caceres | Socorro Sanchez 253<br>Apartado Postal 1182<br>Santo Domingo,<br>Republic of DOMINICA | Legal - Trademark |
| United Trade Mark and Patent Services | Top Floor, West End Building<br>61- The Mall Road<br>Lahore 54000, PAKISTAN | Legal - Trademark |
| Veira, Grant & Associates | 3 Church Street<br>Basseterre<br>St KITTS & NEVIS | Legal - Trademark |
| Vic C.Y. Shen/C.V. Chen, Lee and Li | 7th Floor<br>No. 201 Tun Hua North Road<br>Taipei  105, TAIWAN, R.O.C | Legal - Trademark |
| Watch Service, Saegis & IP Master | Not available | Legal - Trademark |
| Webber Wentzel Bowens | P.O. Box 61771<br>Marshalltown 2107<br>SOUTH AFRICA | Legal - Trademark |
| Y.P. Lee, Mock & Partners | The Cheonghwa Building<br>1571-18 Seocho-Dong, Seocho-gu, Seoul, 137-874<br>REPUBLIC OF KOREA | Legal - Trademark |
| Yusuf Nazroo, Georges Andre Robert | 8 Georges Guibert Street<br>Port Louis<br>MAURITIUS | Legal - Trademark |
| Zacco Denmark A/S | Msn@zacco.dk | Legal - Trademark |

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

2. Date of retention: _____

3. Type of services provided (accounting, legal, etc.):

2

4. Brief description of services to be provided:

   _____

   _____

   _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.):

   _____

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   _____

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $_____

   Date claim arose: _____

   Source of claim: _____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____

   No. of shares: _____

2

3

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   _____

   _____

   _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____

Name: _____
Title: _____
Company: _____
Address: _____
_____
Telephone: _____
Facsimile: _____