## EXHIBIT B

**Coulombe Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF STEPHEN COULOMBE IN SUPPORT OF DEBTORS'**
**APPLICATION PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 363(b)**
**(I) AUTHORIZING DEBTORS TO (A) RETAIN FTI CONSULTING, INC. TO**
**PROVIDE THE DEBTORS WITH STEPHEN COULOMBE AS THEIR DESIGNATED**
**CHIEF RESTRUCTURING OFFICER AND OTHER TEMPORARY EMPLOYEES,**
**EFFECTIVE AS OF THE PETITION DATE; AND (II) APPROVING THE**
**ENGAGEMENT AGREEMENT BETWEEN THE DEBTORS**
**AND FTI CONSULTING, INC.**

       I, Stephen Coulombe, declare under penalty of perjury and pursuant to 28 U.S.C.

§ 1746 that the following is true and correct to the best of my knowledge and belief:

       1.      I am a Senior Managing Director of FTI Consulting, Inc. (collectively,

"FTI"), a financial advisory services firm with an office located at 200 State Street, 8th Floor,

Boston, MA, 02109.

       2.      I am duly authorized to make and submit this declaration (this

"Declaration") on behalf of FTI in support of the Debtors' Application Pursuant to Bankruptcy

Code Sections 105(a) and 363(b) (I) Authorizing Debtors to (A) Retain FTI Consulting, Inc. to

Provide the Debtors with Stephen Coulombe as Their Designated Chief Restructuring Officer

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

and Other Temporary Employees, Effective as of the Petition Date; and (II) Approving the

Engagement Agreement Between the Debtors and FTI Consulting, Inc. (the "<u>Application</u>")[2] filed

by the above-captioned debtors and debtors in possession (the "<u>Debtors</u>").  Except as otherwise

noted, I have personal knowledge of the matters set forth herein.[3]

        3.      FTI has reviewed the Application and the proposed form of order granting

the Application, and agrees to the modifications to the terms of the Engagement Agreement

reflected or referenced in the Application and/or such proposed order.

**COMPENSATION**

        4.      The compensation to be paid to FTI is outlined in the Application.  The

hourly rates set forth in the Application are periodically adjusted, and to the extent required, such

rate adjustments will be disclosed to this Court and the Debtors.

        5.      The Debtors retained FTI to provide certain financial advisory and

consulting services on September 1, 2015 pursuant to the Engagement Agreement.[4]

        6.      On or about September 4, 2015, FTI received $1,100,000 (the "<u>Retainer</u>")

from the Debtors, which funds were to be held by FTI to be applied to FTI's professional fees,

charges, and disbursements.  For the twenty-three days prior to the Petition Date, FTI was paid

$905,000[5] by the Debtors for fees and expenses incurred during the engagement.  As of the

Petition Date, the balance of the Retainer was $195,000.

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

[4]    The Debtors originally entered into an engagement agreement with FTI on July 7, 2015 pursuant to which FTI was to provide certain financial advisory and consulting services to the Debtors.  The Debtors subsequently amended the retention such that FTI would be providing a CRO to the Debtors and executed the Engagement Agreement attached as <u>Exhibit A</u> to the Application.

[5]    In addition to the $905,000, FTI was paid $190,000 in August 2015 for financial advisory and consulting

2

7.      To the best of my knowledge, (a) no commitments have been made or received by FTI, nor any employee thereof, with respect to compensation or payment in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these Chapter 11 Cases.

## FTI'S DISINTERESTEDNESS

8.      In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI.  A listing of the parties reviewed is reflected on <u>Schedule 1</u> to this Declaration.  FTI's review, completed under my supervision, consisted of a query of the <u>Schedule 1</u> parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI.  A summary of such relationships that FTI identified during this process is set forth on <u>Schedule 2</u> to this Declaration.

9.      Based on the results of its review, FTI does not have a relationship with any of the parties on <u>Schedule 1</u> in matters related to these proceedings.  FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors' Chapter 11 Cases for the various entities shown on <u>Schedule 2</u>.  FTI's assistance to these parties has been related to providing various financial restructuring and litigation support services.  To the best of my knowledge, no services have been provided to these parties in interest which involve their

services provided through August 7, 2015.

rights in the Debtors' cases[6], nor does FTI's involvement in this case compromise its ability to continue such consulting services.

10.     Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties in interest in the Chapter 11 Cases.  Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these Chapter 11 Cases in matters unrelated to the Debtors and the Chapter 11 Cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which FTI is to be employed, and none are in connection with these Chapter 11 Cases.[7]

11.     FTI does not believe it is a "creditor" with respect to fees and expenses of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code.  Further, neither I nor any other member of the FTI engagement team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

---

[6]     During 2015, FTI provided financial advisory services to the Debtors' DIP Lender Bank of America, as part of a borrowing base collateral review.  The FTI team engaged for that assignment was separate from the team engaged to provide services to the Debtors.

[7]     During 2015, FTI provided financial advisory services to the Debtors' DIP Lender Bank of America, as part of a borrowing base collateral review.  The FTI team engaged for that assignment was separate from the team engaged to provide services to the Debtors.

12.     Further, to the best of my knowledge, no Senior Managing Director within FTI generally has any connection to the United States Trustee or any person employed in the Office of the United States Trustee in this District.

13.     As such, to the best of my knowledge, if engaged FTI will be a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that FTI:

    a.     is not a creditor, equity security holder or insider of the Debtors;

    b.     is not and was not, within two years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors, other than serving in the role of CRO as disclosed herein; and

    c.     does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

14.     FTI will continue to review its records and will supplement the this declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

5

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information, and belief, and after reasonable inquiry, the foregoing is true and correct.

Dated: September 17, 2015
        Boston, Massachusetts

FTI CONSULTING, INC.

*/s/ Stephen Coulombe*
Stephen Coulombe
Senior Managing Director
FTI Consulting, Inc.
200 State Street
8th Floor
Boston, MA, 02109

## SCHEDULE 1

**Potential Parties in Interest List**

**POTENTIAL PARTIES IN INTEREST**

**(1) Debtors and affiliates**

*Debtors*
DC Direct, Inc.
DC Shoes, Inc.
Fidra, Inc.
Hawk Designs, Inc.
Mt. Waimea, Inc.
QS Optics, Inc.
QS Retail, Inc.
QS Wholesale, Inc.
Quiksilver Entertainment, Inc.
Quiksilver Wetsuits, Inc.
Quiksilver, Inc.

*Non-Debtor Affiliates*
54th Street Holdings SARL
Biarritz Holdings SARL
Boardrider S.A.
Boardriders Club Bratislava s.r.o.
Caribbean Pty. Ltd.
Caribo SARL
Chloelys Investment Ltd.
DC (Shanghai) Commercial Co. Ltd.
DC Shoes (Hong Kong) Ltd.
DC Shoes (NZ) Limited
DC Shoes Australia Pty. Ltd.
Distribution s.r.o.
Drop In SARL
Emerald Coast
Fistral Oy
Haapiti SRL
Hanalei NV
Kauai GmbH
Kokolo SARL
Lanai, Ltd.
Main Bridge
Meribel SAS
Molokai Ltd.
Mountain & Wave SARL
Na Pali SAS
Na Pall Europe SARL
Namotu, Ltd
New Pier Trading Ltd.

Pavilion Prod. Pty. Ltd.
Pilot SAS
PT Quiksilver
Pukalani BV
QS Holdings SARL
QS Retail (NZ) Limited
QS Retail (Taiwan) Ltd.
QS Retail (Thailand) Ltd.
QS Retail, Pty. Ltd.
QSBR Inudstria e Comerico de Artigos
Esportivos Ltda.
QSJ Holdings Pty. Ltd.
Quiksilver Asia Sourcing Co Ltd.
Quiksilver Asia Sourcing Ltd.
Quiksilver Aus. Pty. Ltd.
Quiksilver Canada Corp.
Quiksilver Deluxe SARL
Quiksilver Do Brasil Franqueadora Ltda.
Quiksilver Foundation Australia Pt. Ltd.
Quiksilver Glorious Ltd.
Quiksilver Glorious Sun Apparels Ltd.
Quiksilver Glorious Sun JV Ltd.
Quiksilver Glorious Sun Licensing Ltd.
Quiksilver Glorious Sun Trading
Quiksilver Greater China Ltd.
Quiksilver Intl. Pty. Ltd
Quiksilver Japan K.K.
Quiksilver Roxy Korea Ltd.
Quiksilver Singapore Ltd
Quiksilver Travel
Rawaki sp. Zoo
Santocha Ltd.
Sumbawa SL
Sunshine Diffusion SA
Tarawa Lda.
Tavarua SCI
Uf Mfg. Co. (NZ) Ltd.
Ug Mfg. Co. Pty. Ltd.
Uluwatu Arps
UMTT Pty. Ltd.
Vanuatu GmbH

(2) **Directors and officers of the debtors
and affiliates (current and previous two
years)**

<u>Directors</u>:
Andrew Sweet
Joseph Berardino
Michael Clarke
Pierre Agnes
Robert McKnight
Steven Langman
William Barnum

<u>Former Directors (3 years)</u>:
Andrew Sweet
Bernd Beetz
Brad Holman
Charles Exon
Elizabeth Dolan
James Ellis
Paul Speaker
Richard Shields
Robert Mettler

<u>Officers and Managers</u>:
Andrew Bruejnes
Barbara McAndrews
Craig Johnson
Greg Healy
Linnsey Caya
Pierre Agnes
Thomas Chambolle

<u>Former Officers (1 year)</u>:
Alan Vickers
*Andrew Mooney*
Charles Exon
Richard Shields

(3) **Agent and all current members of any
bank or other lending group**

<u>Global ABL</u>:
Bank of America, N.A.
Bank of America, National Association

GE Capital Finance Pty Ltd
GE Capital Markets
General Electric Capital Corporation
Merrill Lynch, Pierce, Fenner & Smith
Incorporated
Wells Fargo Bank, National Association
Wells Fargo Capital Finance Corporation
Canada

<u>US Secured Notes</u>:
AllianceBerstein LP
Arden Asset Management
Bank of Montreal
BofA Merrill Lynch
Credit Agricole
Danke Bank
Guggenheim Funds Distributors
Hancock Bank Trust Department
Harris Associates LP
Hotchkis & Wiley Capital Management
ING International Advisory SA
Janus Capital Management
Manulife Asset Management
Morgan Stanley
Morgan Stanley Dean Witter Advisors Inc
Permal Asset Management LLC
Pimco Canada Corp
Schroder Investment Management
Smith Barney Consulting Group
Stone Harbor Investment
TD Asset Management
U.S. Bank, N.A.
Wells Fargo Securities

<u>US Unsecured Notes</u>:
Advanced Series Trust
Allianz SE
Danske Bank A/S
Harris Associates LP
Hotchkis & Wiley Capital Management
ING Groep NV
ING International Advisory SA
Janus Capital Management LLC
Manulife Asset Management
Pinebridge Investments EUrope

2

Prudential Retirement Insurance and
Annuity
Skandia Investment Management
Smith Barney Consulting Group
Stone Harbor Investment Part
Sun America Asset Management
T Rowe Price Associates
TD Asset Management Inc
U.S. Bank, N.A.
Valic Co I
Wells Fargo Bank, National Association

*Euro Notes*:
Alliance Bernstein LP
Allianz Global Investment of America LP
Alps Advisors Inc
Arden Asset Management
AXA
BPI Financial Corp
Danske Bank
Deustche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Deutsche Trustee Company Limited
Efigest Asset Management
ING Groep NV
ING International Advisory SA
Janus Capital Trust Mgmt Ltd
Morgan Stanley Investment Management
Permal Asset Management LLC
SCOR Global Investments SE
Societe Generale Corporate & Investment
Banking
Stone Harbor Investment Partners
SydInvest International
UBS Investment Bank
Union Investment GMBH

**(4) Holders of the 30 largest unsecured claims**

3 Times Square Associates, LLC
404 West LLC
Andrew P. Mooney
C & K Trading Co., Ltd.
Carmichael International Service

Coins International Co. Ltd.
CPG Partners, LP
Deltina Trading Pty Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
Eastman Exports Global Clothing
Full Creative Co., Ltd
Hong Kong Hesheng Intl
Merry Link Development
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Northstar Sourcing Group HK Ltd
O'Melveny & Myers LLP
Original JY&T Co Ltd
Putian Xinxiesheng Footwear Co. Ltd
QTNP Apparels JSC
Robert McKnight
Samil Tong Sang Co.
Srinivasa Fashions Pvt Ltd
Sumec Textile and Light Industry Co.
U.S. Bank NA
Weihai Textile Import and Export Co
World Marketing, Inc.
Xiamen C&D Light Industry Co., Ltd
Zhejiang Xishi Jiafang Textile Co. Ltd.

**(5) Equity holders (holding stake of 5% or more)**

Invesco Ltd
Offshore Exploration and Production, LLC
PRIMECAP Management Company
Rhone Capital III
T Rowe Price Associates

**(6) Cash Management Banks (other than Lenders)**

Bank of America, N.A.

**(7) Hedge Counterparties**
None

**(8) JV Counterparties**

Charles Young
Glorious Sun Overseas Company Limited

**(9) Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties**

FTI Consulting, Inc.
Houlihan Lokey Capital Inc.
Kirkland & Ellis
Kurtzman Carson Consultants
Pachulski Stang Ziehl and Jones, LLP
Peter J. Solomon
Riemer & Braunstein, LLP

**(10) Possible purchasers/investors and liquidators**

Gordon Brothers Retail Partners, LLC
Hilco Merchant Resources, LLC
Oaktree Capital Management

**(11) Landlords of the debtors**

1021 Lincoln Road, Ltd
1955 South Casino Drive Holdings LLC
3 Times Square Associates, LLC
404 West LLC
570 Main Street, LLC
740 Associates Ltd
ABW Holdings LLC
Alfred A. Hunt Trusts
Americredit Financial Services
Andrew T Varlow
Annapolis Mall Limited Partnership
Aventura Mall Venture (Turnberry)
Banc of America Leasing Commercial
Baruch LLC
Boulevard Invest LLC

Boulevard Invest LLC
C&K Broadway 519 LLC
Calvin Felder
Canyon Crossing Dunhill LLC
Charlotte Outlets LLC
Chelsea Las Vegas Holdings LLC
Colorado Mills Mall Limited Partnership
Comtrans LTD
CP Deerfield LLC
CPG Houston Holdings
CPG Mercedes LP
CPG Partners, LP
Craig Realty Group Citadel LLC
Craig Realty Group Woodburn LLC
Del Amo Fashion Center Operating Company
Destiny USA Holdings, LLC
Disneyland Resort
Dolphin Mall Associates
El Paso Outlet Center LLC
Entertainment Center Development LLC
F.J. Felder
F/C Gilroy Development LLC
Fashion Outlet of Las Vegas, LLC
Fashion Outlets of Chicago, LLC
First & Lenora LLC
First Queensborough Shopping Centres Ltd.
Florida Mall Assoc. LTD
G&S Realty I, LLC
Gaslamp Phase One, LLC
Genevieve S. Felder
Glendale Galleria Mall
Glimcher Malibu, LLC
Gulf Coast Factory Shops Limited Partnership
Halele'a Family Limited Partnership
Halelea Family Limited Partnership
Hilco Real Estate LLC
Horizon Group Properties
Industrial Property Fund VII, LLC
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
Jersey Shore Premium Outlets, LLC
JG Elizabeth, LLC
Katy Mills Mall Limited Partnership
Laguna Beach Center LLC

4

Lahain Waterfront LLC
Le Carrefour Laval Leaseholds, Inc
(Cadillac Fairview)
Loma Alta Corporation
Macerich Oaks LLC
Milen, LLC
Miromar Outlet East, LLC
Ontario Mills Limited Partnership
Ontrea, Inc (Cadillac Fairview)
Orlando Outlet Owner LLC
Oswald M. Treutler Holding LTD
Outlets at Traverse Mountain, LLC
Outrigger Hotel and Resorts
Outrigger Hotels Hawaii
Paragon Outlets Livermore Valley LLC
Peschke Realty Associates LLC
Phoenix Premium Outlets Exchange, LLC
Pinewood Palm Beach Retail LLC
Prime Outlets at Pismo Beach LLC
Principle Life Insurance Co
Prospect Development LP
Queen Emma Land Company
Queens Market LLC
Quiksilver Home Base
Rossland Ten Corporation
Rouse F.S. LLC
RPAI Southwest Management LLC
Samis Foundation
Second Horizon Group Limited Partnership
Seminole Properties, LLC
Silver Sands GL I LLC
Simon/Chelsea Vegas Development
Simon/Premium
South Coast Plaza
Sunrise Mills Limited Partnership
Tampa Westshore Associates LP
Tanger Properties Limited Partnership
Taubman Auburn Hills Associated Limited
Partnership
Taubman Realty Group LP
The Irvine Company LLC
The Outlet Collection (Niagara) Ltd.
The Shops at Wailea, LP
TSLV LLC
Universal CityWalk Hollywood
Universal Studios LLC

Villa San Clemente LLC
Walt Disney World Co
West County Commerce Realty Holding Co
LLC
West County Commerce, LLC
WV Sub, LLC

*Pop-Up Stores:*
Columbia Retail Dulles LLC
Federal Realty Investment Trust
FR Crow Canyon, LLC
FW CA-Bay Hill Shopping Center LLC
Hoadley Regency LLC
Lakeland Square Mall LLC
MCD-RC CA-El Cerrito LLC
Mt Shasta Mall
NewPark Mall, LP
RCFL Anatasia LLC
Regency Centers, LP
Regency Petaluma LLC
REQ8 Tassajara Crossing LLC
Rouse Properties, Inc.
RPI Chesterfield LLC
RW VA-Greenbriar Town Center LLC
Spring Hill Mall LLC
Tracy Mall Partners LP
Woodholme Properties Limited Partnership


(12) **Major customers of the debtors**

Amazon
Comercial Madison SA
Famous Footwear
Genesco
Journey's
Macys
MARMAXX
Ross Stores, Inc.
Shoe Carnival Inc.
Sport Chek International
Winners Apparel Ltd.

**(13) Major/critical vendors of the debtors (over $100k)**

Adrem
AIT Freight Systems Inc
Anhui Z and A Import and Export Co
Aptos, Inc.
Asian Sourcing International Ltd
Aspiration Clothing
Bolar Hirsch & Jennings LLP
C & K Trading Co. Ltd.
Carmichael International Service
CCH Incorporated
China Smart Garment Limited
Ching Kung Him Wo Garment
Coins International Co. Ltd.
Comptroller of Maryland
Cores Accessories Ltd
Corporation Service Company
Dalian Utec Dress Co
Dane Reynolds Inc
Deloitte & Touche Products Company
Deloitte Tax LLP
Deltina Trading Pty Ltd
Diversified Distribution Systems
Domex Co. Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
Duff & Phelps LLC
Dydrek Enterprises
East End Apparels
Eastman Exports Global Clothing
Everglory Int Grp App Inc
Federal Express Corp
Full Creative Co., Ltd
Fun Tees
Golden Bond Inc. Limited
GST Global Sports Tech
Hong Kong Hesheng Intl
J.A. Stowell Construction, Inc.
Jade Kingdom International Ltd
Jingzhou Mountain Leave Group
Kapilla Clothing Corp
KHQ Investment LLC
King Graphics
La Luminarc International Company

LEED Advisors, Inc.
Mailroom Finance, Inc
Massive Prints
Merry Link Development
Min Heng Apparel Ltd
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Ningbo Seduno Import & Export Company, Ltd
Northstar Sourcing Group HK Ltd
O'Melveny & Myers LLP
Original JY&T Co Ltd
Owens Sportswear Co Ltd
Parigi Group Ltd – Roxy Girls
PT Busana Prima Global
PT Tyfountex Indonesia
Putian Xinxiesheng Footwear Co. Ltd
QTNP Apparels JSC
Samil Tong Sang Co.
SAP Industries, Inc.
Sheico (Thailand) Co. Ltd.
Srinivasa Fashions Pvt Ltd
Tanya Impex
Tex Ray Industrial Co Ltd
Thomson Reuters
US Customs & Border Protection
Vertex, Inc.
Victory Footwear Co
Weihai Textile Import and Export Co
Xiamen C&D Light Industry Co., Ltd

**(14) Insurance Carriers, Insurance Brokers, and Premium Finance Parties**

ACE American Insurance Company
Affiliated FM Insurance Company
Allied World Assurance Company (U.S.) Inc.
Arthur J Gallagher & Co Insurance
Computershare Technology Services
Continental Casualty Company
Endurance Risk Solutions Assurance Co.
Expeditors Intl
Federal Insurance Company
Great Northern Insurance Company

Lloyd's of London
National Union Fire Insurance Company of
Pittsburgh
Propel Insurance
RSUI Indemnity Company
Starr
U.S. Specialty Insurance Company
Willis Insurance Services
Willis Insurance Services of CA
Willis of New York, Inc
XL Insurance America, Inc.


**(15) Major Utility providers of the debtor**

Arakelian Enterprises, Inc.
AT&T
BGE
Brighthouse Network
Central Hudson Gas & Electric Corp
Charleston Water System
Cisco WebEx, LLC
City of Miami Beach
City of Pasadena
City of Santa Monica
Comed
Consolidated Communications
Consolidated Edison, Inc.
Constellation New Energy, Inc.
CR&R Inc
Duke Energy Florida Inc
E.J. Harrison & Sons
Eastern Municipal Water District
Florida Power & Light Company
Gila River Telecommunications
Granite Telecommunications, LLC
Gulf Power Company
Hawaiian Electric Co, Inc.
Hawaiian Telecom Inc
IESI NY Corporation
Industrial Retail Group (IRG)
Internatigonal Environmental
Jersey Central Power & Light (JCP&L)
JT Tech
Kaua'i Island Utility Cooperative
Keter Environmental Services, Inc

Lehi City Utilities
Level 3 Communications, LLC
Los Angeles Department of Water
Maui Disposal
Meco
MegaPath Inc.
Mesa Water District
Nevada Power Company
NexEra Energy
NJ Natural Gas Co
Northwest Natural Gas Company
Orange & Rockland Utilities Inc
Orlando Utilities Commission (OUC)
Pacific Gas and Electric Company
PacifiCorp
PAETEC (Windstream Corporation)
Park City Municipal Corp.
PG&E
Premiere Global Services, Inc. (PGi)
Puget Sound Energy
Questar Gas
Rainbow Environmental Services
Recology Golden Gate
Republic Silver State Disposal Serv
Royal Waste Services, Inc
Salish Network Inc
San Diego Gas & Electric (SDG&E)
San Francisco Public Utilities
Sawnee Electric Membership Corp
SCE&G
Seattle City Light
SMUD
Snohomish County PUD No 1
Snyderville Basin Water Reclamation
District
South Walton Utility Co., Inc
Southern California Edison Co
Southern California Gas Company
Southwest Gas Corporation
Sprint
Sustainable Solutions Group
Telecheck Services, Inc.
Time Warner Cable
T-Mobile
Trico Disposal, Inc.
Verizon California

7

Verizon New York
Verizon Wireless Services, LLC
Waste Management Inc of Florida
Waste Management of California, Inc.
Waste Management of NW Florida


(15) **Local, State and Federal Taxing Authorities**

Anne Arundel County
Arizona Department of Revenue
Broward County Revenue Collector
California State Board of Equalization
California State Controller's Office
Charleston County Treasurer
City of Auburn Hills
City of Charleston
City of Elizabeth
City of Huntington Beach
City of Katy
City of Lakewood
City of Las Vegas
City of Los Angeles
City of Orlando
City of Pasadena
City of Philadelphia
City of Richmond
City of Santa Monica
City of Seattle
City of Sunrise
City of Sweetwater
City of Torrance
City of Winnipeg
Clark County Assessor
Clark County Department of Business
Colorado Department of Revenue
Commissioner of Revenue Services
Commonwealth of Virginia
County of Orange
County of Santa Clara
County of Ventura
CT Corporation System
David Piwonka, RTA Cypress
Delaware Secretary of State
Dept. of Financial Services State of Florida

Federal Wage & Labor Law Institute
Florida Department of Revenue
Fort Bend County Tax
Georgia Department of Revenue
Gila River Indian Community
Harris County
Harris-Fort Bend M.U.D. #4
Hawaii Department of Tax
Hawaii State Tax Collector
Hays County Tax Office
HSF Program
Illinois Department of Revenue
Internal Revenue Service
Jefferson County Treasurer
Kentucky State Treasurer
King County Treasury
Lee County Tax Collector
Los Angeles County Tax Collector
Massachusetts Department of Revenue
McInnes Cooper
Miami Dade County
Miami Dade Fire Rescue Department
Minister of Finance (Manitoba)
Minister of Revenue of Quebec
Ministry of Finance of Quebec
Nebraska Department of Revenue
Nevada Department of Taxation
New Jersey Division of Revenue
New York City Department of Finance
New York Department of Taxation
New York State Comptroller
New York State Sales Tax
North Carolina Department of Revenue
North Carolina Department of Revenue
Office of Finance, City of Los Angeles
Ohio Department of Taxation
Oklamhoma Tax Commission
Orange County Tax Collector
Orange County Treasurer
Park City Municipal Corp.
Party City Municipal Corp
Pennsylvania Department of Revenue
Pitkin County Treasurer
Receiver General - GST
Rhonda Skipper, Tax Collector
Richardson Kontogouris Emerson LLP

8

Riverside County Assessor
Sacramento County
San Bernardino County
San Diego County
San Luis Obispo County Tax Collector
South Carolina Department of Revenue
State Comptroller
State of California
State of Michigan
State of Minnesota Department of Revenue
State of New Jersey
Summit County Treasurer
Texas Comptroller of Public Accounts
Texas State Comptroller
Treasurer of Virginia
Utah County Treasurer
Utah State Tax Commission
Washington State

**(16) Other parties in interest not otherwise listed, e.g., material contract, lease, or license counterparties, potential litigation parties**

_Litigation_:
1st Place Team Sales, Inc.
Geotag
Glorious Sun Licensing Limited

Live Nation Merchandise Inc
Patricia Stockman-Sann
Rox Volleyball, Inc.
Temeka Inc
World Marketing, Inc.
Yusef Onder Erin

**(17) Judges and Trustees**

Benjamin Hackman Trial Attorney
Chief Judge Brendan L. Shannon
David Buchbinder Trial Attorney
Hannah M. McCollum Trial Attorney
Jane Leamy Trial Attorney
Judge Christopher S. Sontchi
Judge Kevin Gross
Judge Kevin J. Carey
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Juliet Sarkessian Trial Attorney
Linda Casey Trial Attorney
Mark Kenney Trial Attorney
Natalie Cox Trial Attorney
Richard Schepacarter Trial Attorney
T. Patrick Tinker Assistant U.S. Trustee
Tiiara Patton Trial Attorney
Timothy J. Fox, Jr. Trial Attorney

## SCHEDULE 2

**Parties in Interest Noted For Court Disclosure**

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| INTERESTED PARTY OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Bank of America, N.A. | Global ABL | Bank of America, N.A.is a known client of the firm. |
| General Electric Capital Corporation | Global ABL | General Electric Capital Corporation is a current client in unrelated matters. |
| Morgan Stanley | US Secured Notes | Morgan Stanley is a current client in unrelated matters. |
| Wells Fargo Securities | US Secured Notes | Wells Fargo Securities is a current client in unrelated matters. |
| Credit Agricole | US Secured Notes | Credit Agricole is a current client in unrelated matters. |
| T Rowe Price Associates | Equity holder (holding stake of 5% or more) | T Rowe Price Associates is a current client in unrelated matters. |
| Royal Bank of Canada | Cash Management Bank | Royal Bank of Canada is a current client in unrelated matters. |
| Commonwealth Bank of Australia | Cash Management Bank | Commonwealth Bank of Australia is a current client in unrelated matters. |
| Sumitomo Mitsui Banking Corporation | Cash Management Bank | Sumitomo Mitsui Banking Corporation is a current client in unrelated matters. |
| The Bank of Tokyo-Mitsubishi | Cash Management Bank | The Bank of Tokyo-Mitsubishi is a current client in unrelated matters. |
| Kirkland & Ellis | Professional to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties | Kirkland & Ellis is a current client in unrelated matters. |
| The Irvine Company LLC | Landlord of the debtors | The Irvine Company LLC is a current client in unrelated matters. |
| Amazon | Major customer of the debtors | Amazon is a current client in unrelated matters. |
| US Customs & Border Protection | Major/critical vendor of the debtors (over $100k) | US Customs & Border Protection is a current client in unrelated matters. |
| Federal Express Corp | Major/critical vendor of the debtors (over $100k) | Federal Express Corp is a current client in unrelated matters. |
| Constellation New Energy, Inc. | Utility Provider | Constellation New Energy, Inc. is a current client in unrelated matters. |
| Florida Power & Light Company | Utility Provider | Florida Power & Light Company is a current client in unrelated matters. |
| Duke Energy Florida Inc | Utility Provider | Duke Energy Florida Inc is a current client in unrelated matters. |
| Los Angeles Department of Water | Utility Provider | Los Angeles Department of Water is a current client in unrelated matters. |
| Puget Sound Energy | Utility Provider | Puget Sound Energy is a current client in unrelated matters. |
| Northwest Natural Gas Company | Utility Provider | Northwest Natural Gas Company is a current client in unrelated matters. |
| Questar Gas | Utility Provider | Questar Gas is a current client in unrelated matters. |
| U.S. Bank NA | Holder of the 30 largest unsecured claims | U.S. Bank NA is a current client in unrelated matters. |
| US Customs & Border Protection | Holder of the 30 largest unsecured claims | US Customs & Border Protection is a current client in unrelated matters. |
| Ivanhoe Cambridge Inc. | Landlord of the debtors | Ivanhoe Cambridge Inc. is a current client in unrelated matters. |
| Comed | Utility Provider | Comed is a current client in unrelated matters. |
| Level 3 Communications, LLC | Utility Provider | Level 3 Communications, LLC is a current client in unrelated matters. |

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| | | |
|---|---|---|
| PacifiCorp | Utility Provider | PacifiCorp is a current client in unrelated matters. |
| San Diego Gas & Electric (SDG&E) | Utility Provider | San Diego Gas & Electric (SDG&E) is a current client in unrelated matters. |
| Time Warner Cable | Utility Provider | Time Warner Cable is a current client in unrelated matters. |
| Consolidated Edison, Inc. | Utility Provider | Consolidated Edison, Inc. is a current client in unrelated matters. |
| General Electric Capital Corporation | Bank/Lending Group | General Electric Capital Corporation is a current client in unrelated matters. |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Bank/Lending Group | Merrill Lynch, Pierce, Fenner & Smith Incorporated is a current client in unrelated |
| Bank of Montreal | Bank/Lending Group | Bank of Montreal is a current client in unrelated matters. |
| Schroder Investment Management | Bank/Lending Group | Schroder Investment Management is a current client in unrelated matters. |
| T Rowe Price Associates | Bank/Lending Group | T Rowe Price Associates is a current client in unrelated matters. |
| AXA | Bank/Lending Group | AXA is a current client in unrelated matters. |
| Houlihan Lokey Capital Inc. | Professional to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties | Houlihan Lokey Capital Inc. is a current client in unrelated matters. |
| Pachulski | Professional to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties | Pachulski is a current client in unrelated matters. |
| Duff & Phelps LLC | Vendor of the Debtor | Duff & Phelps LLC is a current client in unrelated matters. |
| Deloitte Tax LLP | Vendor of the Debtor | Deloitte Tax LLP is a current client in unrelated matters. |
| Thomson Reuters | Vendor of the Debtor | Thomson Reuters is a current client in unrelated matters. |
| Comptroller of Maryland | Vendor of the Debtor | Comptroller of Maryland is a current client in unrelated matters. |
| Federal Insurance Company | Insurer | Federal Insurance Company is a current client in unrelated matters. |
| New York City Department of Finance | Local, State and Federal Taxing Authority | New York City Department of Finance is a current client in unrelated matters. |
| Texas Comptroller of Public Accounts | Local, State and Federal Taxing Authority | Texas Comptroller of Public Accounts is a current client in unrelated matters. |
| City of Philadelphia | Local, State and Federal Taxing Authority | City of Philadelphia is a current client in unrelated matters. |
| Pennsylvania Department of Revenue | Local, State and Federal Taxing Authority | Pennsylvania Department of Revenue is a current client in unrelated matters. |
| Internal Revenue Service | Local, State and Federal Taxing Authority | Internal Revenue Service is a current client in unrelated matters. |
| State of California | Local, State and Federal Taxing Authority | State of California is a current client in unrelated matters. |
| Summit County Treasurer | Local, State and Federal Taxing Authority | Summit County Treasurer is a current client in unrelated matters. |
| Craig Johnson | Officer/Manager | Craig Johnson is a former client of the firm and the last matter was closed on 3/24/2010. |
| UBS Investment Bank | Euro Notes | UBS Investment Bank is a former client of the firm and the last matter was closed on 10/4/2012. |

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| | | |
|---|---|---|
| Mizuho Bank Ltd | Cash Management Bank | Mizuho Bank Ltd is a former client of the firm and the last matter was closed on 12/16/2014. |
| Resona Bank, Limited | Cash Management Bank | Resona Bank, Limited is a former client of the firm and the last matter was closed on 12/29/2010. |
| First Hawaiian Bank | Cash Management Bank | First Hawaiian Bank is a former client of the firm and the last matter was closed on 8/2/2011. |
| Oaktree Capital | Purchaser/Investor | Oaktree Capital is a former client of the firm and the last matter was closed on 3/27/2014. |
| Universal Studios LLC | Landlord of the debtors | Universal Studios LLC is a former client of the firm and the last matter was closed on 3/20/2014. |
| South Coast Plaza | Landlord of the debtors | South Coast Plaza is a former client of the firm and the last matter was closed on 4/16/2012. |
| CPG Partners, LP | Landlord of the debtors | CPG Partners, LP is a former client of the firm and the last matter was closed on 2/2/2006. |
| Simon/Premium | Landlord of the debtors | Simon/Premium is a former client of the firm and the last matter was closed on 6/15/2015. |
| Ontario Mills Limited Partnership | Landlord of the debtors | Ontario Mills Limited Partnership is a former client of the firm and the last matter was closed on 4/7/2015. |
| Genesco | Major customer of the debtors | Genesco is a former client of the firm and the last matter was closed on 3/20/2014. |
| Telecheck Services, Inc. | Utility Provider | Telecheck Services, Inc. is a former client of the firm and the last matter was closed on 2/26/2007. |
| Nevada Power Company | Utility Provider | Nevada Power Company  is a former client of the firm and the last matter was closed on 10/8/2009. |
| PG&E | Utility Provider | PG&E is a former client of the firm and the last matter was closed on 6/2/2010. |
| Hawaiian Electric Co, Inc. | Utility Provider | Hawaiian Electric Co, Inc. is a former client of the firm and the last matter was closed on 9/30/2014. |
| Gulf Power Company | Utility Provider | Gulf Power Company is a former client of the firm and the last matter was closed on 6/2/2010. |
| Orange & Rockland Utilities Inc | Utility Provider | Orange & Rockland Utilities Inc is a former client of the firm and the last matter was closed on 5/7/2013. |
| Arakelian Enterprises, Inc. | Utility Provider | Arakelian Enterprises, Inc. is a former client of the firm and the last matter was closed on 10/21/2008. |
| BGE | Utility Provider | BGE is a former client of the firm and the last matter was closed on 6/2/2010. |
| Verizon California | Utility Provider | Verizon California is a former client of the firm and the last matter was closed on 9/12/2014. |
| Florida Department of Revenue | Local, State and Federal Taxing Authority | Florida Department of Revenue is a former client of the firm and the last matter was closed on 9/22/2010. |
| Hawaii State Tax Collector | Local, State and Federal Taxing Authority | Hawaii State Tax Collector is a former client of the firm and the last matter was closed on 12/12/2006. |

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| | | |
|---|---|---|
| Illinois Department of Revenue | Local, State and Federal Taxing Authority | Illinois Department of Revenue is a former client of the firm and the last matter was closed on 2/5/2015. |
| Georgia Department of Revenue | Local, State and Federal Taxing Authority | Georgia Department of Revenue is a former client of the firm and the last matter was closed on 3/20/2014. |
| State of Michigan | Local, State and Federal Taxing Authority | State of Michigan is a former client of the firm and the last matter was closed on 9/3/2014. |
| Colorado Department of Revenue | Local, State and Federal Taxing Authority | Colorado Department of Revenue is a former client of the firm and the last matter was closed on 4/29/2013. |
| Commonwealth of Virginia | Local, State and Federal Taxing Authority | Commonwealth of Virginia is a former client of the firm and the last matter was closed on 9/3/2014. |
| State of New Jersey | Local, State and Federal Taxing Authority | State of New Jersey is a former client of the firm and the last matter was closed on 9/3/2014. |
| City of Pasadena | Local, State and Federal Taxing Authority | City of Pasadena is a former client of the firm and the last matter was closed on 11/19/1999. |
| CPG Partners LP | Holder of the 30 largest unsecured claims | CPG Partners LP is a former client of the firm and the last matter was closed on 2/2/2006. |
| Great American Group | Possible purchaser/investor and liquidator | Great American Group is a former client of the firm and the last matter was closed on |
| Ivanhoe Cambridge II Inc. | Landlord of the debtors | Ivanhoe Cambridge II Inc. is a former client of the firm and the last matter was closed on 2/2/2006. |
| Cisco WebEx, LLC | Utility Provider | Cisco WebEx, LLC is a former client of the firm and the last matter was closed on 4/2/2014. |
| City of Pasadena | Utility Provider | City of Pasadena is a former client of the firm and the last matter was closed on 11/19/1999. |
| Gila River Telecommunications | Utility Provider | Gila River Telecommunications is a former client of the firm and the last matter was closed on 8/4/2008. |
| Maui Disposal | Utility Provider | Maui Disposal is a former client of the firm and the last matter was closed on 3/24/2010. |
| MegaPath Inc. | Utility Provider | MegaPath Inc. is a former client of the firm and the last matter was closed on 10/20/2013. |
| Orlando Utilities Commission (OUC) | Utility Provider | Orlando Utilities Commission (OUC) is a former client of the firm and the last matter was closed on 6/2/2010. |
| Pacific Gas and Electric Company | Utility Provider | Pacific Gas and Electric Company is a former client of the firm and the last matter was closed on 3/24/2014. |
| Premiere Global Services, Inc. (PGi) | Utility Provider | Premiere Global Services, Inc. (PGi) is a former client of the firm and the last matter was closed on 3/20/2014 |
| Southern California Gas Company | Utility Provider | Southern California Gas Company is a former client of the firm and the last matter was closed on 12/8/2014. |
| Hotchkis & Wiley Capital Management | Bank/Lending Group | Hotchkis & Wiley Capital Management is a former client of the firm and the last matter was closed on 6/15/2009. |

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| | | |
|---|---|---|
| TD Asset Management | Bank/Lending Group | TD Asset Management is a former client of the firm and the last matter was closed on 8/2/2011. |
| Allianz SE | Bank/Lending Group | Allianz SE is a former client of the firm and the last matter was closed on 8/15/2007. |
| Advanced Series Trust | Bank/Lending Group | Advanced Series Trust is a former client of the firm and the last matter was closed on 3/12/2014. |
| Danske Bank | Bank/Lending Group | Danske Bank is a former client of the firm and the last matter was closed on 04/08/2013 |
| Kurtzman Carson Consultants | Professional to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties | Kurtzman Carson Consultants is a former client of the firm and the last matter was closed on 1/4/2012. |
| Federal Realty Investment Trust | Landlord of the debtors | Federal Realty Investment Trust is a former client of the firm and the last matter was closed on 12/30/2009. |
| Regency Centers, LP | Landlord of the debtors | Regency Centers, LP is a former client of the firm and the last matter was closed on 03/20/2014 |
| Vertex, Inc. | Vendor of the Debtor | Vertex, Inc. is a former client of the firm and the last matter was closed on 10/26/2011. |
| ACE American Insurance Company | Insurer | ACE American Insurance Company is a former client of the firm and the last matter was closed on 12/19/2011. |
| RSUI Indemnity Company | Insurer | RSUI Indemnity Company is a former client of the firm and the last matter was closed on 10/6/2006. |
| Continental Casualty Company | Insurer | Continental Casualty Company is a former client of the firm and the last matter was closed on 9/12/2014. |
| Great Northern Insurance Company | Insurer | Great Northern Insurance Company is a former client of the firm and the last matter was closed on 8/1/2008. |
| Affiliated FM Insurance Company | Insurer | Affiliated FM Insurance Company is a former client of the firm and the last matter was closed on 10/6/2006. |
| State Board of Equalization | Local, State and Federal Taxing Authority | State Board of Equalization is a former client of the firm and the last matter was closed on 4/16/2012. |
| Nevada Department of Taxation | Local, State and Federal Taxing Authority | Nevada Department of Taxation is a former client of the firm and the last matter was closed on 4/16/2012. |
| New York State Sales Tax | Local, State and Federal Taxing Authority | New York State Sales Tax is a former client of the firm and the last matter was closed on 9/22/2010. |
| Washington State | Local, State and Federal Taxing Authority | Washington State is a former client of the firm and the last matter was closed on 9/22/2010. |
| County of Orange | Local, State and Federal Taxing Authority | County of Orange is a former client of the firm and the last matter was closed on 1/4/2009. |
| Utah State Tax Commission | Local, State and Federal Taxing Authority | Utah State Tax Commission is a former client of the firm and the last matter was closed on 3/20/2014. |
| Delaware Secretary of State | Local, State and Federal Taxing Authority | Delaware Secretary of State is a former client of the firm and the last matter was closed on 4/16/2012 |

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| | | |
|---|---|---|
| Georgia Department of Revenue | Local, State and Federal Taxing Authority | Georgia Department of Revenue is a former client of the firm and the last matter was closed on 3/20/2014. |
| Los Angeles County Tax Collector | Local, State and Federal Taxing Authority | Los Angeles County Tax Collector is a former client of the firm and the last matter was closed on 4/16/2012. |
| Ohio Department of Taxation | Local, State and Federal Taxing Authority | Ohio Department of Taxation is a former client of the firm and the last matter was closed on 10/6/2006 |
| Gila River Indian Community | Local, State and Federal Taxing Authority | Gila River Indian Community is a former client of the firm and the last matter was closed on 8/4/2008. |
| CT Corporation System | Local, State and Federal Taxing Authority | CT Corporation System is a former client of the firm and the last matter was closed on 9/12/2014. |
| McInnes Cooper | Local, State and Federal Taxing Authority | McInnes Cooper is a former client of the firm and the last matter was closed on 7/27/2012 |
| Miami Dade County | Local, State and Federal Taxing Authority | Miami Dade County is a former client of the firm and the last matter was closed on 9/23/2010. |
| City of Los Angeles | Local, State and Federal Taxing Authority | City of Los Angeles is a former client of the firm and the last matter was closed on 5/4/2010. |
| City of Seattle | Local, State and Federal Taxing Authority | City of Seattle is a former client of the firm and the last matter was closed on 3/31/2014. |
| Kentucky State Treasurer | Local, State and Federal Taxing Authority | Kentucky State Treasurer is a former client of the firm and the last matter was closed on 9/22/2010. |
| San Bernardino County | Local, State and Federal Taxing Authority | San Bernardino County is a former client of the firm and the last matter was closed on 3/20/2014. |
| Clark County Assessor | Local, State and Federal Taxing Authority | Clark County Assessor is a former client of the firm and the last matter was closed on 4/16/2012. |
| Massachusetts Department of Revenue | Local, State and Federal Taxing Authority | Massachusetts Department of Revenue is a former client of the firm and the last matter was closed on 9/26/2012. |
| Orange County Tax Collector | Local, State and Federal Taxing Authority | Orange County Tax Collector is a former client of the firm and the last matter was closed on 4/16/2012. |