UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 15 - 11880 (    )

Debtor: Quiksilver, Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Zi C. Lin

to represent Travel Plus International, LLC.

in this action.

Zi C. Lin

Firm Name: Garrett & Tully, P.C.
Address: 225 S. Lake Ave., Ste 1400
Pasadena, CA  91101
Phone: (626) 577-9500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Zi C. Lin

Firm Name: Garrett & Tully, P.C.
Address: 225 S. Lake Ave., Ste 1400
Pasadena, CA  91101
Phone: (626) 577-9500

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.