# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                   :        Chapter 11
                                         :
**QUIKSILVER, INC.,** *et al.*           :        Case No. 15-11880 (BLS)
                                         :
**Debtors**                              :
---------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **PORT LOGISTICS**, creditor**,** by its attorneys, **BUCHALTER NEMER,** a Professional Corporation, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Port Logistics
> c/o Pamela Kohlman Webster, Esq.
> Buchalter Nemer
> 1000 Wilshire Blvd., Suite 1500
> Los Angeles, CA 90017
> (213) 891-0700
> (213) 896-0400 FAX
> email: pwebster@buchalter.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated:  September 18, 2015

> **BUCHALTER NEMER,**
> A Professional Corporation
>
> By:     /s/ Pamela Kohlman Webster
>         Pamela Kohlman Webster
>         1000 Wilshire Blvd., Suite 1500
>         Los Angeles, CA 90017
>         Tel: (213) 891-0700/Fax: (213) 896-0400
> Attorneys for Port Logistics

BN 19113060v1