**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF INITIAL MONTHLY OPERATING REPORT**

PLEASE TAKE NOTICE that on September 18, 2015, the above-captioned

debtors and debtors in possession (collectively, the "Debtors") filed the Initial Operating Report,

a copy of which is attached hereto as Exhibit A.

Dated:    Wilmington, Delaware
          September 18, 2015

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              */s/ Van C. Durrer, II*
                              Van C. Durrer, II (I.D. No. 3827)
                              Annie Z. Li
                              300 South Grand Avenue, Suite 3400
                              Los Angeles, California 90071
                              Telephone: (213) 687-5000
                              Fax: (213) 687-5600

                              - and -

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*

## **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re Quiksilver, Inc., *et al.*                                    Case No. 15-11880 (BLS)
　　　　Debtors

INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection  (Form IR-1) | Yes | A 17-week cash flow projection has been attached hereto, which was included as Exhibit C (the "Budget") within the supplement to the DIP Motion filed on September 9, 2015 that was approved by Order on September 11, 2015. |
| **Certificates of Insurance:** | | |
| Workers Compensation | Yes | Evidence of Coverage Certificate(s). |
| Property | Yes | Evidence of Coverage Certificate(s). |
| General Liability | Yes | Evidence of Coverage Certificate(s). |
| Vehicle | Yes | Evidence of Coverage Certificate(s). |
| Other: Umbrella, Information Security & Privacy, Marine Cargo, Directors & Officers (Primary), Excess Directors & Officers, Fiduciary Liability, Excess Liability and International Coverage Policies | Yes | Evidence of Coverage Certificate(s). |
| Identify areas of self-insurance with liability caps | No | All corporate insurance policies are subject to varying deductible amounts. In addition to policy premiums, workers compensation insurance costs for employees are directly based on actual claims incurred, subject to a $500,000 deductible per individual occurrence.  Furthermore, workers compensation insurance costs are subject to additional payments and/or refunds based on actual prior years' loss experience. |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | No | Per the Cash Management Motion filed with the Court on September 9, 2015, approved by Order on September 10, 2015 and subsequently approved by Amended Order on September 14, 2015, the Debtors are allowed to continue use of their current cash management system, including maintenance of existing bank accounts, and are therefore not required to establish new Debtor in Possession bank accounts.  Attached hereto is the approved Amended Order and Exhibit B to the Cash Management Motion, which details the Debtors' bank accounts. |
| General Operating Account | No | |
| Money Market Account pursuant to Local Rule 4001-3.  Refer to http://www.deb.uscourts.gov/ | No | |
| Other: None | No | |
| **Retainers Paid (Form IR-2)** | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____                 _____
Signature of Debtor                                              Date


_____                 _____
Signature of Joint Debtor                                       Date


_____                 _____
Signature of Authorized Individual*                       Date

_Stephen Coulombe_                                      _CRO_
Printed Name of Authorized Individual                  Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

# 17 WEEK CASH FLOW PROJECTION

## **EXHIBIT C**
### **BUDGET**

**Quiksilver**

Consolidated ABL Perimeter

**Weekly Cash Forecast ($000's)**

| | Week # 0 | 1 (Ch. 11) | 2 | 3 | 4 (Final Order) | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 (Emergence) | Total (DIP Period 17-Week) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week ending | 5-Sep-15 | 12-Sep-15 | 19-Sep-15 | 26-Sep-15 | 3-Oct-15 | 10-Oct-15 | 17-Oct-15 | 24-Oct-15 | 31-Oct-15 | 7-Nov-15 | 14-Nov-15 | 21-Nov-15 | 28-Nov-15 | 5-Dec-15 | 12-Dec-15 | 19-Dec-15 | 26-Dec-15 | 2-Jan-16 | 17-Week Total |
| **Operating Cash Receipts** | | | | | | | | | | | | | | | | | | | |
| (1) Wholesale Receipts | 9,616 | 6,777 | 7,716 | 7,739 | 7,301 | 5,381 | 7,799 | 9,893 | 13,067 | 11,172 | 6,633 | 7,497 | 5,716 | 5,318 | 6,987 | 7,918 | 7,478 | 5,509 | 129,901 |
| (2) Retail / eCommerce | 5,339 | 3,767 | 4,318 | 3,559 | 3,943 | 4,417 | 5,300 | 4,148 | 4,587 | 4,277 | 4,125 | 4,363 | 6,473 | 4,967 | 4,865 | 5,959 | 6,489 | 5,389 | 80,945 |
| (3) Licensing / Royalties | 145 | - | - | 1,625 | - | 1,138 | 31 | - | - | - | - | 308 | - | - | - | - | - | - | 3,102 |
| (4) Credit Card Holdbacks | - | (500) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (500) |
| (5) **Total Operating Receipts** | 15,100 | 10,044 | 12,034 | 11,299 | 12,869 | 9,797 | 14,237 | 14,072 | 17,654 | 15,449 | 10,758 | 11,860 | 12,497 | 10,285 | 11,852 | 13,877 | 13,968 | 10,897 | 213,448 |
| **Operating Cash Disbursements** | | | | | | | | | | | | | | | | | | | |
| (6) Merchandise | 3,260 | 7,962 | 8,350 | 10,662 | 7,597 | 5,802 | 6,842 | 8,891 | 6,252 | 4,233 | 1,867 | 4,038 | 6,559 | 6,880 | 5,546 | 7,522 | 8,873 | 5,367 | 113,244 |
| (7) Freight / Customs | 782 | 667 | 649 | 649 | 724 | 852 | 4,495 | 444 | 442 | 449 | 2,743 | 448 | 448 | 609 | 3,226 | 607 | 607 | 3,420 | 21,481 |
| (8) Payroll Related & Employee Benefits | 2,363 | 1,634 | 2,773 | 1,634 | 1,906 | 1,622 | 2,213 | 2,190 | 1,914 | 1,541 | 2,246 | 2,109 | 254 | 3,371 | 254 | 4,259 | 254 | 3,112 | 33,285 |
| (9) Contractor - Sales Reps | 26 | 764 | 933 | 514 | 778 | 431 | 1,142 | 431 | 1,658 | 312 | 1,075 | 728 | 1,668 | 61 | 827 | 476 | 1,347 | 104 | 13,247 |
| (10) Rent and Utilities | 1,297 | 516 | 16 | 16 | 4,545 | 15 | 15 | 15 | 2,814 | 1,194 | 21 | 21 | 21 | 3,595 | 21 | 21 | 21 | 3,617 | 16,481 |
| (11) Taxes | 1 | 0 | 1,243 | 198 | 254 | 12 | 820 | 15 | 1,051 | 7 | - | 1,261 | 279 | 533 | - | 1,088 | - | - | 6,762 |
| (12) Insurance / Marketing / Legal | 1,313 | 1,174 | 1,105 | 1,105 | 891 | 860 | 791 | 791 | 933 | 1,018 | 1,100 | 1,019 | 1,019 | 784 | 745 | 680 | 680 | 680 | 15,377 |
| (13) Other / Misc | 799 | 2,229 | 1,029 | 2,713 | 921 | 801 | 801 | 801 | 2,659 | 1,185 | 889 | 889 | 2,320 | 1,268 | 1,087 | 1,087 | 2,791 | 1,233 | 24,704 |
| (14) **Total Operating Disbursements** | 9,841 | 14,946 | 16,098 | 17,492 | 17,616 | 10,395 | 17,118 | 13,577 | 17,724 | 9,939 | 9,943 | 10,515 | 12,567 | 17,100 | 11,707 | 15,740 | 14,573 | 17,532 | 244,582 |
| (15) **Operating Cash Flow** | 5,260 | (4,902) | (4,064) | (6,193) | (4,747) | (597) | (2,881) | 495 | (70) | 5,509 | 815 | 1,346 | (70) | (6,815) | 145 | (1,864) | (605) | (6,635) | (31,133) |
| **Non-Operating Cash Disbursements** | | | | | | | | | | | | | | | | | | | |
| (16) Capital Expenditures | 99 | 281 | 50 | 245 | 50 | 136 | 50 | 334 | 74 | 50 | 50 | 50 | 264 | 50 | 50 | 336 | 306 | 50 | 2,426 |
| (17) Principal and Interest Payments | 54 | - | - | - | - | 32 | 125 | - | - | - | - | - | - | - | - | - | - | - | 157 |
| (18) **Total Non-Operating Disbursements** | 153 | 281 | 50 | 245 | 50 | 168 | 175 | 334 | 74 | 50 | 50 | 50 | 264 | 50 | 50 | 336 | 306 | 50 | 2,583 |
| **Bankruptcy Expenditures** | | | | | | | | | | | | | | | | | | | |
| (19) Professional Fees | 3,091 | 1,625 | 30 | - | 125 | - | - | - | 3,501 | 125 | - | - | - | 4,580 | - | - | - | 5,437 | 15,423 |
| (20) DIP Financing Fees | - | 4,350 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,350 |
| (21) Freight Deposits | - | 1,750 | 1,750 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,500 |
| (22) Utilities Deposits | - | 325 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 325 |
| (23) D&O Insurance | - | 400 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 400 |
| (24) WARN / Severance | 620 | - | 375 | - | 495 | - | 375 | - | 375 | 120 | - | - | - | - | - | - | - | - | 1,740 |
| (25) KEIP / KERP | - | - | - | - | - | - | - | - | 500 | - | - | - | - | - | - | - | - | 2,500 | 3,000 |
| (26) GOB Liquidation Fees | - | - | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | - | - | - | - | - | - | - | - | 414 |
| (27) Customer Programs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (28) DIP Interest / Fees | - | - | - | - | 546 | - | - | 638 | - | - | 684 | - | - | 679 | - | - | - | 754 | 3,301 |
| (29) **Total Bankruptcy Disbursements** | 3,711 | 8,450 | 2,207 | 52 | 1,218 | 52 | 427 | 690 | 4,428 | 297 | 684 | - | - | 5,259 | - | - | - | 7,937 | 32,453 |
| (30) Net Cash Flow (before IC) | 1,396 | (13,634) | (6,321) | (6,490) | (6,014) | (817) | (3,483) | (529) | (4,572) | 5,163 | 81 | 1,296 | (335) | (12,124) | 95 | (2,199) | (1,664) | (14,622) | (66,170) |
| (31) Inter-Company Transfers In/(Out) | - | (263) | 179 | 3,000 | (108) | (1,400) | 179 | - | - | 1,400 | - | 179 | - | - | 179 | - | - | - | 3,343 |
| (32) **Net Increase (Decrease) in Cash** | 1,396 | (13,897) | (6,143) | (3,490) | (6,122) | (2,217) | (3,305) | (529) | (4,572) | 6,563 | 81 | 1,474 | (335) | (12,124) | 95 | (2,021) | (1,664) | (14,622) | (62,827) |
| (33) Beginning Book Cash | 8,368 | 13,052 | 21,654 | 15,512 | 12,022 | 15,900 | 13,683 | 20,378 | 19,849 | 15,277 | 21,840 | 21,921 | 23,395 | 23,061 | 20,936 | 21,032 | 19,011 | 17,347 | 13,052 |
| (34) Net Cash Flow | 1,396 | (13,897) | (6,143) | (3,490) | (6,122) | (2,217) | (3,305) | (529) | (4,572) | 6,563 | 81 | 1,474 | (335) | (12,124) | 95 | (2,021) | (1,664) | (14,622) | (62,827) |
| (35) BofA Borrowings / (Repayments) | 3,289 | (37,501) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (37,501) |
| (36) Oaktree Borrowings / (Repayments) | - | 60,000 | - | - | 10,000 | - | 10,000 | - | - | - | - | - | - | 10,000 | - | - | - | - | 90,000 |
| (37) **Ending Book Cash Balance** | 13,052 | 21,654 | 15,512 | 12,022 | 15,900 | 13,683 | 20,378 | 19,849 | 15,277 | 21,840 | 21,921 | 23,395 | 23,061 | 20,936 | 21,032 | 19,011 | 17,347 | 2,725 | 2,725 |
| (38) Ending O/S Checks | 1,772 | 2,153 | 2,503 | 2,007 | 3,492 | 2,673 | 2,299 | 2,104 | 3,585 | 2,736 | 2,343 | 2,012 | 2,454 | 2,928 | 2,431 | 1,864 | 2,049 | 2,819 | 2,819 |
| (39) **Ending Bank Cash Balance** | 14,824 | 23,808 | 18,015 | 14,029 | 19,392 | 16,356 | 22,677 | 21,953 | 18,863 | 24,576 | 24,264 | 25,407 | 25,515 | 23,864 | 23,463 | 20,875 | 19,396 | 5,543 | 5,543 |
| (40) Borrowing Base (BofA DIP) | 108,942 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| (41) Oaktree DIP Facility | - | 60,000 | 60,000 | 60,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 |
| (42) **Total DIP Borrowing Base** | 108,942 | 120,000 | 120,000 | 120,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| (43) BofA Revolver Balance (beginning) | 59,212 | 62,501 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 62,501 |
| (44) Borrowings / (Repayments) | 3,289 | (37,501) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (37,501) |
| (45) Total Outstanding BofA Revolver (before LCs) | 62,501 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| (46) Plus: BofA LCs Outstanding | 29,838 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| (47) **Total Outstanding BofA Revolver** | 92,339 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| (48) Oaktree DIP Balance (beginning) | - | - | 60,000 | 60,000 | 60,000 | 70,000 | 70,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 90,000 | 90,000 | 90,000 | 90,000 | - |
| (49) Borrowings / (Repayments) | - | 60,000 | - | - | 10,000 | - | 10,000 | - | - | - | - | - | - | 10,000 | - | - | - | - | 90,000 |
| (50) **Total Outstanding Oaktree DIP (end)** | - | 60,000 | 60,000 | 60,000 | 70,000 | 70,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 |
| (51) **Total DIP Borrowings** | 92,339 | 120,000 | 120,000 | 120,000 | 130,000 | 130,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| (52) Revolver Availability | 16,603 | - | - | - | 20,000 | 20,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | - | - | - | - | - | - |
| (53) Plus: Bank Cash Balance | 14,824 | 23,808 | 18,015 | 14,029 | 19,392 | 16,356 | 22,677 | 21,953 | 18,863 | 24,576 | 24,264 | 25,407 | 25,515 | 23,864 | 23,463 | 20,875 | 19,396 | 5,543 | 5,543 |
| (54) Less: Reserves / Carve-Outs | - | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| (55) **Net Liquidity** | 31,427 | 19,808 | 14,015 | 10,029 | 35,392 | 32,356 | 28,677 | 27,953 | 24,863 | 30,576 | 30,264 | 31,407 | 31,515 | 19,864 | 19,463 | 16,875 | 15,396 | 1,543 | 1,543 |

# INSURANCE CERTIFICATES

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 9/15/2015 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Darlene Corder | | |
|---|---|---|---|
| Barney & Barney, A Marsh & McLennan Agency LLC Company, CA License 101 Enterprise, Ste 330 Aliso Viejo, CA 92656 | PHONE (A/C, No, Ext): 949-544-8463 | | FAX (A/C, No): 858-909-9667 |
| | E-MAIL ADDRESS: Darlene.Corder@barneyandbarney.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : ACE American Insurance Company | | 22667 |
| INSURED Quiksilver, Inc. 15202 Graham Street Huntington Beach, CA 92649 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS-MADE   OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | POLICY  PRO-JECT  LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS  NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB**  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB**  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N | N/A | WLRC48140142 | 11/01/2014 | 11/01/2015 | X WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**Evidence of Coverage**

**The carrier will send notice to the certificate holder in the event of cancellation.**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Department of Justice Attn: Mark S. Kenney Office of the United States Trustee J. Caleb Boggs Federal Building 844 King Street, Suite 2207 Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Darlene Corder* |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)   1  of 1        The ACORD name and logo are registered marks of ACORD
#S507787/M394754                                                    HILA

DSOUZAAL

# ACORD®

## EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 9/15/2015 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): (877) 945-7378 | COMPANY NAME AND ADDRESS | NAIC NO: 10014 |
|---|---|---|---|
| Willis Insurance Services of California, Inc.<br>c/o 26 Century Blvd<br>P.O. Box 305191<br>Nashville, TN 37230-5191<br><br>Contact name: Willis Global Certificate Center | | Affiliated FM Insurance Company<br>75 Remittance Drive<br>Suite 6183<br>Chicago, IL 60675-6183 | |
| FAX (A/C, No): (888) 467-2378 | E-MAIL ADDRESS: certificates@willis.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |

| CODE: | SUB CODE: | POLICY TYPE |
|---|---|---|
| AGENCY CUSTOMER ID #: QUIKINC-01 | | Commercial Property |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | POLICY NUMBER |
|---|---|---|---|
| Quiksilver, Inc.<br>15202 Graham Street<br>Huntington Bch, CA 92649 | | | SY425 |
| | EFFECTIVE DATE<br>11/1/2014 | EXPIRATION DATE<br>11/1/2015 | CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: | | |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required)    X BUILDING  OR X BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION    PERILS INSURED    BASIC    BROAD    SPECIAL    X All Risk

| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 5,000,000 | | | | DED: 50,000 |
|---|---|---|---|---|

| | YES | NO | N/A | |
|---|---|---|---|---|
| X BUSINESS INCOME    X RENTAL VALUE | | | X | If YES, LIMIT:    X    Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | | X | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | | | X | Attach Disclosure Notice / DEC |
|     IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | |
|     IS DOMESTIC TERRORISM EXCLUDED? | | | X | |
| LIMITED FUNGUS COVERAGE | | | X | If YES, LIMIT:         DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | | X | If YES,      % |
| EQUIPMENT BREAKDOWN (If Applicable) | | | X | If YES, LIMIT:         DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | | X | If YES, LIMIT:         DED: |
|     - Demolition Costs | | | X | If YES, LIMIT:         DED: |
|     - Incr. Cost of Construction | | | X | If YES, LIMIT:         DED: |
| EARTH MOVEMENT (If Applicable) | | | X | If YES, LIMIT:         DED: |
| FLOOD (If Applicable) | | | X | If YES, LIMIT:         DED: |
| WIND / HAIL INCL    ☐ YES [x] NO   Subject to Different Provisions: | | | X | If YES, LIMIT:         DED: |
| NAMED STORM INCL    ☐ YES [x] NO   Subject to Different Provisions: | | | X | If YES, LIMIT:         DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | X | |

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| ☐ MORTGAGEE | ☐ CONTRACT OF SALE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|
| ☐ LENDERS LOSS PAYABLE | | |

| NAME AND ADDRESS | |
|---|---|
| **United States Department of Justice<br>(Certificate Holder Continued Below)<br>844 King Street, Suite 2207<br>Wilmington, DE 19801** | AUTHORIZED REPRESENTATIVE<br>*Robert Marion* |

© 2003-2014 ACORD CORPORATION. All rights reserved.

ACORD 28 (2014/01)    The ACORD name and logo are registered marks of ACORD

QUIKINC-01                    DSOUZAAL

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

**Special Conditions:**
**Business Interruption at each retail store: Limit $1,000,000**

**Certificate Holder continued as above: United States Department of Justice; Office of the United States Trustee; Attn: Mark S. Kenney; Cc: James O'Malley; Cc: Michael T. Panacio; J. Caleb Boggs Federal Building; 844 King Street, Suite 2207; Wilmington, DE 19801.**



# CERTIFICATE OF LIABILITY INSURANCE

QUIKINC-01    SHAIKHZR

**DATE (MM/DD/YYYY)**
9/16/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Willis Certificate Center |
|---|---|
| Willis Insurance Services of California, Inc.<br>c/o 26 Century Blvd<br>P.O. Box 305191<br>Nashville, TN 37230-5191 | PHONE (A/C, No, Ext): (877) 945-7378  FAX (A/C, No): (888) 467-2378<br>E-MAIL ADDRESS: certificates@willis.com |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : ACE American Insurance Company | 22667 |
| Quiksilver, Inc.<br>5600 Argosy Circle, #100<br>Huntington Beach, CA 92649 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | CXCD38228420 | 11/01/2014 | 11/01/2015 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE  X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO | | | CXCD38228420 | 11/01/2014 | 11/01/2015 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ALL OWNED AUTOS  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per person) | $ |
| | HIRED AUTOS  NON-OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | CXCD38228420 | 11/01/2014 | 11/01/2015 | X PER STATUTE  OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Department of Justice<br>Office of the United States Trustee, Attn: Mark S. Kenney<br>Cc: James O'Malley, Cc: Michael T. Panacio,<br>J. Caleb Boggs Federal Building, 844 King Street, Suite 2207<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)    The ACORD name and logo are registered marks of ACORD



QUIKINC-01          SHAIKHZR

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
9/16/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Willis Certificate Center | | |
|---|---|---|---|
| Willis Insurance Services of California, Inc. c/o 26 Century Blvd P.O. Box 305191 Nashville, TN 37230-5191 | PHONE (A/C, No, Ext): (877) 945-7378 | | FAX (A/C, No): (888) 467-2378 |
| | E-MAIL ADDRESS: certificates@willis.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Lloyd's Syndicate 2623 (Beazley Furlong Limited) | | C2166 |
| INSURED | INSURER B : | | |
| Quiksilver, Inc. 5600 Argosy Avenue, Bldg. 100 Huntington Beach, CA 92649 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** ☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ **UMBRELLA LIAB** ☐ OCCUR ☐ **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N N/A | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Cyber/Privacy Liab | | | W131B4140301 | 11/01/2014 | 11/01/2015 | Limit | 5,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Department of Justice Office of the United States Trustee, Attn: Mark S. Kenney Cc: James O'Malley, Cc: Michael T. Panacio J. Caleb Boggs Federal Building, 844 King Street, Suite 2207 Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Dani Hersey* |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)          The ACORD name and logo are registered marks of ACORD

QUIKINC-01    **MERCHANTAI**

 **ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
9/15/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:   If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Willis Certificate Center | | |
|---|---|---|---|---|
| Willis Insurance Services of California, Inc.<br>c/o 26 Century Blvd<br>P.O. Box 305191<br>Nashville, TN 37230-5191 | PHONE (A/C, No, Ext): | (877) 945-7378 | FAX (A/C, No): | (888) 467-2378 |
| | E-MAIL ADDRESS: | certificates@willis.com | | |
| | **INSURER(S) AFFORDING COVERAGE** | | | NAIC # |
| | INSURER A : | Federal Insurance Company | | 20281 |
| INSURED | INSURER B : | Great Northern Insurance Company | | 20303 |
| Quiksilver, Inc.<br>5600 Argosy Circle, #100<br>Huntington Beach, CA 92649 | INSURER C : | XL Insurance America, Inc. | | 24554 |
| | INSURER D : | | | |
| | INSURER E : | | | |
| | INSURER F : | | | |

**COVERAGES**                    **CERTIFICATE NUMBER:**                              **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | | | 35850936 SEA | 11/01/2014 | 11/01/2015 | EACH OCCURRENCE | $ | 1,000,000 |
| | | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ | 1,000,000 |
| | | | | | | | | MED EXP (Any one person) | $ | 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ | 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ | 2,000,000 |
| | | POLICY   PRO-JECT  X  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ | 2,000,000 |
| | | OTHER: | | | | | | | $ | |
| B | X | AUTOMOBILE LIABILITY | | | (14) 70206201 | 11/01/2014 | 11/01/2015 | COMBINED SINGLE LIMIT (Ea accident) | $ | 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ | |
| | X | ALL OWNED AUTOS  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ | |
| | X | HIRED AUTOS  X  NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ | |
| | | | | | | | | | $ | |
| A | X | UMBRELLA LIAB  X  OCCUR | | | 79839791 | 11/01/2014 | 11/01/2015 | EACH OCCURRENCE | $ | 10,000,000 |
| | | EXCESS LIAB    CLAIMS-MADE | | | | | | AGGREGATE | $ | 10,000,000 |
| | | DED  X  RETENTION $       0 | | | | | | | $ | |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | | | PER STATUTE  OTH-ER | | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)  Y / N  N / A | | | | | | E.L. EACH ACCIDENT | $ | |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ | |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ | |
| A | | Business Auto-Hawaii | | | (14) 73585914 | 11/01/2014 | 11/01/2015 | CSL/Sched. Autos | | 1,000,000 |
| C | | Excess Liability | | | US00068507LI14A | 11/01/2014 | 11/01/2015 | See Attached | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| United States Department of Justice<br>Office of the United States Trustee, Attn: Mark S. Kenney<br>Cc: James O'Malley, Cc: Michael T. Panacio<br>J. Caleb Boggs Federal Building, 844 King Street, Suite 2207<br>Wilmington, DE 19801 | AUTHORIZED REPRESENTATIVE<br>*Sarah Kraemer* |

© 1988-2014 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2014/01)              The ACORD name and logo are registered marks of ACORD

ADDITIONAL COVERAGE SCHEDULE

| COVERAGE | LIMITS |
|---|---|
| **POLICY TYPE: Excess Liability ($25M xs $10M)**<br>**CARRIER: XL Insurance America, Inc.**<br>**POLICY TERM: 11/1/2014 - 11/1/2015**<br>**POLICY NUMBER: US00068507LI14A** | ($25M xs $10M) Limits |
| **POLICY TYPE: Excess Liability ($15M xs $35M)**<br>**CARRIER: Endurance Risk Solutions Assurance**<br>**Company**<br>**POLICY TERM:11/1/2014 – 11/1/2015**<br>**POLICY NUMBER: EXC10005836700** | ($15M xs $35M) Limits |



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
09/15/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | Kelly Cashion | |
|---|---|---|---|---|
| Barney & Barney, a Marsh & McLennan Insurance Agency LLC Company P.O. Box 85638; CA License # 0H18131 San Diego, CA 92186 858-457-3414 | | PHONE (A/C, No, Ext): (858) 875-3039 | | FAX (A/C, No): |
| | | E-MAIL ADDRESS: kelly.cashion@barneyandbarney.com | | |
| | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | | INSURER A : ACE AMERICAN INSURANCE COMPANY | | |
| INSURED | QUIKSILVER, INC. 15202 GRAHAM ST. HUNTINGTON BEACH, CA 92649 | INSURER B : NATIONAL UNION FIRE INSURANCE COMPANY | | |
| | | INSURER C : RSUI INDEMNITY COMPANY | | |
| | | INSURER D : CONTINENTAL CASUALTY COMPANY | | |
| | | INSURER E : U.S. SPECIALTY INSURANCE COMPANY | | |
| | | INSURER F : | | |

## COVERAGES        CERTIFICATE NUMBER:        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | |
| | ☐ **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **(Mandatory in NH)** If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ WC STATUTORY LIMITS ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | PRIMARY D&O LIABILITY | | | G23636839006 | 11/01/2014 | 11/01/2015 | $5,000,000 EACH CLAIM $3,000,000 RETENTION | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

B: EXCESS D&O LIABILITY; POLICY NO. 018191124; 11/01/2014 - 11/01/2015; $5,000,000 XS OF $5,000,000
C: EXCESS D&O LIABILITY; POLICY NO. NHS659916; 11/01/2014 - 11/01/2015; $5,000,000 XS OF $10,000,000
D: EXCESS D&O LIABILITY; POLICY NO. 425247261; 11/01/2014 - 11/01/2015; $10,000,000 XS OF $15,000,000
E: EXCESS D&O LIABILITY; POLICY NO. 14MGU14A33345; 11/01/2014 - 11/01/2015; $5,000,000 XS OF $25,000,000

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF THE UNITED STATES TRUSTEE ATTN: MARK S. KENNY, JAMES O'MALLEY J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 WILMINGTON, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Kelly Cashion* |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)        The ACORD name and logo are registered marks of ACORD

 **ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 09/15/2015 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Barney & Barney, a Marsh & McLennan Insurance Agency LLC Company<br>P.O. Box 85638; CA License # 0H18131<br>San Diego, CA 92186<br>858-457-3414 | CONTACT NAME: Kelly Cashion | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): (858) 875-3039 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: kelly.cashion@barneyandbarney.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : ALLIED WORLD ASSURANCE COMPANY | | |
| INSURED QUIKSILVER, INC.<br>15202 GRAHAM ST.<br>HUNTINGTON BEACH, CA 92649 | INSURER B : LLOYD'S OF LONDON | | |
| | INSURER C : FEDERAL INSURANCE COMPANY | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE   OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY   PRO-JECT   LOC | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS   SCHEDULED AUTOS<br>HIRED AUTOS   NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB**   OCCUR<br>**EXCESS LIAB**   CLAIMS-MADE | | | | | | EACH OCCURRENCE | |
| | | | | | | | AGGREGATE | |
| | DED   RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>**(Mandatory in NH)**<br>If yes, describe under DESCRIPTION OF OPERATIONS below | Y / N<br>N/A | | | | | WC STATU-TORY LIMITS   OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | LEAD SIDE-A D&O LIABILITY | | | 03086802 | 11/01/2014 | 11/01/2015 | $10,000,000 XS OF $30,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

B: EXCESS SIDE-A D&O LIABILITY; POLICY NO. B0621PQUI01114; 11/01/2014 - 11/01/2015; $10,000,000 XS OF $40,000,000
C: FIDUCIARY LIABILITY; POLICY NO. 81686055; 11/01/2014 - 11/01/2015; $10,000,000 LIMIT; $5,000 RETENTION

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: MARK S. KENNY, JAMES O'MALLEY<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON, DE 19801 | |
| | AUTHORIZED REPRESENTATIVE<br>*Kelly Cashion* |

© 1988-2010 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2010/05)          The ACORD name and logo are registered marks of ACORD

# CERTIFICATE OF INSURANCE

Date (MM/DD/YY)
9/15/2015

**PRODUCER**
Expeditors Cargo Insurance Brokers, Inc.
1015 Third Avenue, 12th Floor
Seattle, WA 98104

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

### COMPANIES AFFORDING COVERAGE

| COMPANY A | Starr Marine |
|---|---|
| COMPANY B | n/a |
| COMPANY C | n/a |
| COMPANY D | n/a |

**INSURED**
Quiksilver, Inc. & its direct or indirect subsidiaries
15202 Graham Street
Huntington Beach, California 92649

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRE DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | GENERAL AGGREGATE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ CLAIMS MADE  ☐ OCCUR | | | | PERSONAL & ADV INJURY | $ |
| | OWNERS &CONTRACTOR'S PROT | | | | EACH OCCURRENCE | $ |
| | | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | | MED EXP (Any one person) | $ |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT | $ |
| | ☐ ANY AUTO | | | | | |
| | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (per person) | $ |
| | ☐ SCHEDULED AUTOS | | | | | |
| | ☐ HIRED AUTOS | | | | BODILY INJURY (per accident) | $ |
| | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ☐ ANY AUTO | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ UMBRELLA FORM | | | | AGGREGATE | $ |
| | ☐ OTHER THAN UMBRELLA FORM | | | | | |
| | **WORKERS COMPENSATION AND** | | | | ☐ WC STATUTORY LIMITS  ☐ OTHER | |
| | **EMPLOYERS' LIABILITY** | | | | EL EACH ACCIDENT | $ |
| | THE PROPRIETOR/ ☐ INCL | | | | EL DISEASE - POLICY LIMIT | $ |
| | PARTNERS/EXECUTIVE | | | | EL DISEASE - EA EMPLOYEE | $ |
| | OFFICERS ARE: ☐ EXCL | | | | | $ |
| A | **OTHER** Open Cargo Marine Insurance Policy, War, S.R. & C.C. | MASICSE0008US14 | 11/01/2014 | 10/31/2015 | Per International conveyance: Per On Deck Bill: Per mail/parcel post: | $2,500,000 $250,000 $10,000 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
Proof of Insurance only as respects to the operations of the named insured.  All risks of physical loss or damage from any external cause as per the terms and conditions of the above captioned policy.  In-transit and warehouse to warehouse coverage.  Coverage inclusive of War Risks and S.R. & C.C.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Department of Justice Office of the United States Trustee Attn: Mark S. Kenney Cc: James O'Malley Cc: Michael T. Panacio J. Caleb Boggs Federal Building 844 King Street, Suite 2207 Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT. BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE *Aaron Howes* |



# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 9/17/2015 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Megan McArdle | | |
|---|---|---|---|---|
| Arthur J. Gallagher & Co.<br>Insurance Brokers of CA Inc. License #0726293<br>505 N. Brand Boulevard, Suite 600<br>Glendale CA 91203 | PHONE (A/C, No, Ext): 818-539-1340 | | FAX (A/C, No): 818-539-1640 | |
| | E-MAIL ADDRESS: megan_mcardle@ajg.com | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : Tokio Marine Pacific Insurance Limi | | | 11216 |
| INSURED                    QUICINC-02 | INSURER B : | | | |
| Quicksilver, Inc<br>15202 Graham Street<br>Huntington Beach, CA 92649 | INSURER C : | | | |
| | INSURER D : | | | |
| | INSURER E : | | | |
| | INSURER F : | | | |

## COVERAGES          CERTIFICATE NUMBER: 797823232          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY  ☐ PRO-JECT  ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS  ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS  ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ **UMBRELLA LIAB**  ☐ OCCUR<br>☐ **EXCESS LIAB**  ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | ☐ PER STATUTE  ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Cargo | | | TO6-0011330 | 11/1/2014 | 11/1/2015 | Per Conveyance | $6,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Evidence of Insurance Only.

Attn: Mark S. Kenney

Notice of Cancellation will be given in accordance with the policy provisions to the United States Department of Justice, Office of the United States Trustee (J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE 19801).

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Department of Justice, Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Megan McArdle* |

© 1988-2014 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2014/01)          The ACORD name and logo are registered marks of ACORD

# CASH MANAGEMENT ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                               :        Chapter 11
:
QUIKSILVER, INC., *et al.*,                          :        Case No. 15-11880 (BLS)
:
                              Debtors.[1]            :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x        **Related Docket No. 16, 74, 92**

**AMENDED ORDER GRANTING DEBTORS' MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105(a), 345(b), 363, AND 503(b), BANKRUPTCY
RULES 6003 AND 6004 AND LOCAL BANKRUPTCY RULE 2015-2 (I) AUTHORIZING
CONTINUED MAINTENANCE OF PREPETITION BANK ACCOUNTS AND
PAYMENT OF RELATED PREPETITION OBLIGATIONS, (II) AUTHORIZING
CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, (III)
AUTHORIZING CONTINUED USE OF EXISTING BUSINESS FORMS, AND
(IV) AUTHORIZING THE CONTINUATION OF, AND ACCORDANCE OF
ADMINISTRATIVE EXPENSE PRIORITY STATUS TO,
INTERCOMPANY TRANSACTIONS**

Upon the motion (the "Motion")[2] of the Debtors for an order, pursuant to sections

105(a), 345(b), 363, and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"),

Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

and Local Bankruptcy Rule 2015-2 (i) authorizing, but not directing, the Debtors to continue to

maintain existing bank accounts, authorizing a waiver of certain operating guidelines relating to

bank accounts, and authorizing, but not directing, the payment of related prepetition obligations;

(ii) authorizing, but not directing, the Debtors to continue to use their existing Cash Management

System; (iii) authorizing, but not directing, the Debtors to continue to use existing Business

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
       Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
       (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
       Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors'
       corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Forms; and (iv) authorizing the continuation of certain Intercompany Transactions, and

accordance of administrative expense priority status to related postpetition Intercompany Claims;

and upon the First Day Declaration; and due and sufficient notice of the Motion having been

given under the particular circumstances; and it appearing that no other or further notice need be

provided; and it appearing that the relief requested by the Motion is in the best interests of the

Debtors, their estates, their creditors, their stakeholders, and other parties in interest; and after

due deliberation thereon, and sufficient cause appearing therefor, it is hereby

### ORDERED, ADJUDGED AND DECREED that:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the

Debtors, in their discretion, are authorized, but not directed, to (i) designate, maintain, and

continue to use any and all of their Bank Accounts in existence as of the Petition Date, with the

same account numbers, including the accounts identified in Exhibit B annexed to the Motion,

and need not comply with certain operating guidelines relating to bank accounts set forth in the

U.S. Trustee Guidelines, including but not limited to section 2(a) of the U.S. Trustee Guidelines;

(ii) close existing accounts, including, without limitation, any inactive accounts; and (iii) treat the

Bank Accounts for all purposes as accounts of the Debtors in their capacity as debtors in

possession; provided, however, that the Debtors are only authorized to open new bank accounts

(a) after providing prompt notice to any official committee appointed in these Chapter 11 Cases

and the agents for the Debtors' postpetition secured financing facilities (the "DIP Facilities" and

such agents, the "DIP Agents"); (b) with a bank that (x) is organized under the laws of the

United States of America or any state therein, (y) is insured by the FDIC, and (z) has executed,

or is willing to immediately execute, a Uniform Depository Agreement with the Office of the

United States Trustee for the District of Delaware; (c) that are designated "Debtor in Possession" accounts by the relevant bank, and (d) in accordance with the DIP Facilities.

3.      The relief granted in this order is extended to any new bank account opened by the Debtors after the date hereof, which account shall be deemed a Bank Account, and to the bank at which such account is opened.  To the extent the Debtors open or close bank accounts, they shall provide notice within ten (10) business days of opening or closing such bank accounts to the United States Trustee, any official committee appointed in these Chapter 11 Cases, and DIP Agents.

4.      Within two (2) days from the date of entry of this order, the Debtors shall (a) contact the Banks; (b) provide the Banks with each of the Debtors' employer identification numbers; and (c) identify each of their accounts held at the Banks as being held by a debtor in possession.

5.      The requirements of the U.S. Trustee Guidelines that the Debtors close all existing bank accounts and open new debtor-in-possession accounts are hereby waived.  Further, the requirements of the U.S. Trustee Guidelines that the Debtors establish specific bank accounts for tax payments are hereby waived.

6.      The Bank Accounts are deemed debtor in possession accounts.  The Debtors are authorized, but not directed, to maintain and use the Bank Accounts in the same manner and with the same account numbers, styles, and document forms as those employed prior to the Petition Date, including, without limitation:  (a) to deposit funds in, and withdraw funds from, the Bank Accounts by all usual means, including checks, wire transfers, automated clearinghouse ("ACH") transfers, drafts, electronic fund transfers, and other debits or items presented issues or drawn on the Bank Accounts, (b) to pay postpetition ordinary course bank

3

fees and service fees in connection with the Bank Accounts, (c) to perform their obligations under the documents and agreements governing the Bank Accounts, including without limitation, any prepetition cash management agreements or treasury services agreements (d) to treat the Bank Accounts for all purposes as accounts of the Debtors in their capacities as debtors in possession.

   7. The Banks are authorized without the need for further order of this Court to: (a) continue to administer, service, and maintain, the Bank Accounts as such accounts were administered, serviced, and maintained prior to the Petition Date, without interruption and in the ordinary course, (b) receive, process, honor, and pay any and all checks, drafts, wires, ACH transfers, electronic fund transfers, or other items presented, issued, or drawn on the Bank Accounts (collectively, the "Disbursements") on account of a claim, and (c) debit the Bank Accounts for all undisputed prepetition bank and service fees outstanding as of the date hereof, if any, owed to the Banks; provided, however, that no checks, drafts, wires, or electronic fund transfers (excluding any electronic fund transfers that the Banks are obligated to settle), or other items presented, issued, or drawn on the Bank Accounts prior to the Petition Date shall be honored, unless (i) authorized by order of this Court; (ii) not otherwise prohibited by a "stop payment" request received by the Banks from the Debtors; and (iii) supported by sufficient funds in the Bank Account in question.

   8. Subject to the provisions of this Order, the Banks are authorized to and shall rely on the representations of the Debtors as to which Disbursements are authorized to be honored or dishonored, whether or not such Disbursements are dated prior to, on, or subsequent to the Petition Date, and whether or not the Banks believe the payment is authorized by an order of the Court. The Banks shall not be deemed in violation of this Order and shall have no liability

4

for honoring any Disbursement that is subject to this Order either (a) at the direction of the

Debtors to honor such prepetition Disbursement, (b) in the good faith belief that the Court has

authorized such prepetition Disbursement to be honored, or (c) as a result of an innocent mistake.

To the extent that the Debtors direct that any Disbursement be dishonored or the Banks

inadvertently dishonor any Disbursements, the Debtors may issue replacement Disbursements

consistent with the orders of this Court.

9.     The Banks are further authorized to (a) honor the Debtors' directions with

respect to the opening or closing of any Bank Account and (b) accept and hold, or invest, the

Debtors' funds in accordance with the Debtors' instructions, and the Banks shall have no liability

to any party for relying on such representations or instructions.

10.     To the extent any other order is entered by this Court authorizing the

Banks to honor checks, drafts, automated clearing house transfers, or other electronic funds

transfers or any other withdrawals made, drawn, or issued in payment of prepetition claims, the

obligation to honor such items shall be subject to this Order.

11.     Notwithstanding anything to the contrary contained herein, any payment

to be made, or authorization contained, hereunder shall be subject to the requirements imposed

on the Debtors under any approved order regarding the use of cash collateral or postpetition

financing and any budget in connection therewith.

12.     The Debtors shall serve a copy of this order on the Banks within two (2)

business days of the entry of this Order, and upon any bank at which the Debtors open a new

bank account, immediately upon the opening of such new account.

13.     The Debtors are authorized to continue to use their existing Cash

Management System.  The Debtors may transfer funds into, out of, and through the Cash

Case 15-11880-BLS   Doc 94   Filed 09/14/15   Page 26 of 82

Management System, using ordinary transfer methods in accordance with the Debtors'

prepetition practice.  In connection with the ongoing utilization of their Cash Management

System, the Debtors shall continue to maintain records with respect to all transfers of cash so that

all transactions may be readily ascertained, traced, and recorded properly.  Except as otherwise

set forth herein, the Debtors are further authorized to implement any changes to the Cash

Management System that they deem appropriate in their sole discretion, including, without

limitation, closing Bank Accounts or opening new bank accounts as set forth herein.

14.    The Debtors are authorized, but not directed, to pay and/or reimburse their

Banks and service providers in the ordinary course of business for any Cash Management Claims

arising prior to or after the Petition Date.  The Cash Management Claims shall be granted

administrative expense priority status pursuant to section 503(b) of the Bankruptcy Code;

provided, however, that to the extent that any order approving entry into the DIP Facilities

provides otherwise, such order shall govern.

15.    The Debtors are authorized, but not directed, to continue to use their

existing Business Forms without alteration or change and without the designation "Debtor in

Possession" imprinted upon them; provided, however, that, within thirty (30) days following the

Petition Date, subsequently issued checks bear the designation "Debtor in Possession" and their

joint case number; provided further that the foregoing shall be without prejudice to the Debtors'

right to seek further relief from this requirement or additional time to comply.

16.    The Debtors are authorized to continue engaging in Intercompany

Transactions in the ordinary course of business, including transferring funds to non-Debtor

subsidiaries through the Cash Management System.  The Intercompany Claims arising

postpetition relating to the Intercompany Transactions shall have administrative expense priority

status pursuant to section 503(b) of the Bankruptcy Code (or such greater priority as may be granted in connection with the DIP ABL Facility).

      17.     Notwithstanding the Debtors' use of a consolidated cash management system, the Debtors shall calculate quarterly fees payable under 28 U.S.C. § 1930(a)(6) based on the disbursements of (or on behalf of) each Debtor regardless of which entity actually makes such disbursements.

      18.     Notwithstanding anything to the contrary contained herein, the relief granted in this order and any payment to be made hereunder shall be subject to the terms of any orders approving entry into debtor in possession financing and authorizing the use of cash collateral approved by this Court in these Chapter 11 Cases (including with respect to any budgets or other covenants governing or relating to such debtor in possession financing and/or use of cash collateral), and to the extent there is any inconsistency between the terms of such orders and any action taken or proposed to be taken hereunder, the terms of such orders shall control.

      19.     To the extent applicable, the Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and that the relief requested is necessary to avoid immediate and irreparable harm.

      20.     Notwithstanding Bankruptcy Rule 6004(h), this order shall be effective and enforceable immediately upon entry hereof.

21.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated:  Wilmington, Delaware
        Sept 14        , 2015

HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT B</u>**

**List of Bank Accounts**

| DEBTOR | BANK | ACCOUNT TYPE | ACCOUNT NUMBER |
|---|---|---|---|
| Quiksilver, Inc. | Bank of America, N.A. | Operating Account | x7023 |
| Quiksilver, Inc. | Bank of America, N.A. | Receipts Account | x5012 |
| QS Retail, Inc. | Bank of America, N.A. | Receipts Account | x5074 |
| DC Shoes, Inc. | Bank of America, N.A. | Receipts Account | x5130 |
| QS Wholesale, Inc. | Bank of America, N.A. | Receipts Account | x5050 |
| Quiksilver, Inc. | Bank of America, N.A. | Check Disbursement Account | x5290 |
| QS Wholesale, Inc. | Bank of America, N.A. | Check Disbursement Account | x5308 |
| QS Retail, Inc. | Bank of America, N.A. | Check Disbursement Account | x5340 |
| DC Shoes, Inc. | Bank of America, N.A. | Check Disbursement Account | x5316 |
| Quiksilver, Inc. | Bank of America, N.A. | Payroll Account | x5017 |
| QS Wholesale, Inc. | Bank of America, N.A. | Payroll Account | x5055 |
| QS Retail, Inc. | Bank of America, N.A. | Payroll Account | x5079 |
| QS Wholesale, Inc. | N/A | Lockbox | P.O. Box 749340 |
| DC Shoes, Inc. | N/A | Lockbox | P.O. Box 749337 |
| QS Wholesale, Inc. | Bank of America, N.A. | Inactive Account | x2754 |
| DC Shoes, Inc. | Bank of America, N.A. | Inactive Account | x5135 |

# SCHEDULE OF RETAINERS PAID

**In re Quiksilver, Inc.,** *et al.*                                   **Case No. 15-11880 (BLS)**
                    **Debtors**                                        **Reporting Period: Through September 9, 2015**

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

**(This schedule is to include each Professional paid a retainer[1])**

| Payee | Check / Wire Payment | | Name of Payor | Currency | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|---|
| | Date | Number | | | | | |
| FTI Consulting, Inc. | 9/4/2015 | 2015090400332181 | Quiksilver, Inc. | USD | $    1,100,000 | $    905,000 | $    195,000 |
| | | | | | | | |
| Skadden, Arps, Slate, Meagher & Flom LLP | 9/3/2015 | 2015090300281450 | QS Retail, Inc. | USD | 1,000,000 | 788,906 | 211,094 |
| Skadden, Arps, Slate, Meagher & Flom LLP | 9/1/2015 | 2015083100289473 | Quiksilver, Inc. | USD | 300,000 | 300,000 | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | 8/25/2015 | 206348 | Quiksilver, Inc. | USD | 100,000 | 100,000 | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | 8/19/2015 | 206341 | Quiksilver, Inc. | USD | 150,000 | 150,000 | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | 8/6/2015 | 206313 | Quiksilver, Inc. | USD | 94,967 | 94,967 | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | 7/24/2015 | 206307 | Quiksilver, Inc. | USD | 91,416 | 91,416 | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | 7/17/2015 | 206251 | Quiksilver, Inc. | USD | 30,490 | 30,490 | - |
| | | | | | | | |
| Kurtzman Carson Consultants LLC | 9/3/2015 | 2015090300281510 | QS Retail, Inc. | USD | 30,000 | - | 30,000 |
| | | | | | | | |
| Peter J. Solomon Company, L.P. | 9/4/2015 | 2015090400331290 | Quiksilver, Inc. | USD | 300,000 | - | 300,000 |
| | | | | | | | |
| Integrated Corporate Relations, Inc. (ICR) | 9/1/2015 | 2015083100289471 | Quiksilver, Inc. | USD | 90,000 | 90,000 | - |
| | | | | | | | |
| Pachulski Stang Ziehl & Jones LLP | 9/4/2015 | 2015090400332682 | Quiksilver, Inc. | USD | 150,000 | - | 150,000 |
| **TOTALS** | | | | | $    3,436,873 | $    2,550,779 | $    886,094 |

[1] Identify all Evergreen Retainers

FORM IR-2
(4/07)