ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797
(562) 698-9771; (562) 309-8063 Fax
Ernie.park@bewleylaw.com

Attorneys for Creditor
THE IRVINE COMPANY LLC,
a Delaware limited liability company

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>QS RETAIL, INC.<br><br>　　　　Debtor. | CASE NO. 15-11888-BLS<br><br>Chapter: 11<br><br>REQUEST FOR SPECIAL NOTICE<br><br>[No Hearing Required] |

Request is hereby made that notice be given of all proceedings in this matter to the undersigned on behalf of The Irvine Company LLC, a Delaware limited liability company, creditor herein.

BEWLEY, LASSLEBEN & MILLER, LLP

By: _____
　　　Ernie Zachary Park
　　　Attorneys for Creditor

Request for Special Notice　　　　　　　　1

**PROOF OF SERVICE**
Code of Civil Procedure §§ 1013(a), 2015.5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 13215 E. Penn Street, Suite 510, Whittier, CA 90602.

On September 11, 2015, I served the foregoing document(s) described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Van C. Durrer, II<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90071 | U.S. Trustee<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

[X] **[BY U.S. MAIL]** The envelope was mailed with postage thereon fully paid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Whittier, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

* Executed on September 11, 2015, at Whittier, California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

K. Ibarra