## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

QUIKSILVER, INC., *et al.*,

                Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
: **Related Docket No. 17, 76**

## NOTICE OF FILING OF EXECUTED DEBTOR-IN-POSSESSION
## FINANCING CREDIT AGREEMENTS

PLEASE TAKE NOTICE that on September 9, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing The Debtors To (A) Obtain Postpetition Financing On A Super-Priority, Senior Secured Basis And (B) Use Cash Collateral, (II) Granting (A) Liens And Super-Priority Claims And (B) Adequate Protection To Certain Prepetition Lenders, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief [Docket No. 17] (the "Motion").

PLEASE TAKE FURTHER NOTICE that on September 11, 2015, the Bankruptcy Court for the District of Delaware (the "Court") entered the Interim Order  (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Super-Priority, Senior Secured Basis and (B) Use Cash Collateral, (II) Granting (A) Liens and Super-Priority Claims and (B) Adequate Protection to

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Certain Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 76] (the "Interim Order").

PLEASE TAKE FURTHER NOTICE that today, the Debtors have filed amended exhibits to the Motion and Interim Order, true and correct copies of which are attached hereto as Exhibit 1 (the fully-executed Senior Secured Super-Priority Debtor-in-Possession Credit Agreement, dated as of September 10, 2015 (the "DIP Term Loan Credit Agreement")) and Exhibit 2 (the fully-executed Second Amended and Restated and Senior Secured Super-Priority Debtor-in-Possession Credit Agreement, dated as of September 10, 2015 (the "DIP ABL Credit Agreement")).[2]  For the Court's convenience, redlined changed pages of the DIP Term Loan Credit Agreement are attached hereto as Exhibit 3, and redlined changed pages of the DIP ABL Credit Agreement are attached hereto as Exhibit 4.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

---

[2]    Due to their voluminous nature, exhibits and schedules to the DIP Term Loan Credit Agreement and the DIP ABL Credit Agreement have not been included.  Such exhibits and schedules will be made available upon request to undersigned counsel to the Debtors.

2

Dated:    Wilmington, Delaware
          September 21, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*