**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491 / FAX (302) 573-6497**

| | |
|---|---|
| ANDREW R. VARA | T. PATRICK TINKER |
| ACTING UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

_____

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN CHAPTER 11 CASES.
_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTORS**:   Quiksilver, Inc., *et al*

**LEAD CASE NO:**   15-11880 (BLS)
**RELATED CASE NOs:**   15-11881 through 15-11890

**DATE:**   October 15, 2015

**TIME:**   1:00 p.m.

**LOCATION:**   J. Caleb Boggs Federal Building
844 N. King Street
5th Floor, Room 5209
Wilmington, DE 19801

By: *Mark S. Kenney*
    Mark S. Kenney
    Trial Attorney

Dated: September 22, 2015

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME PRESCRIBED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:   Dain A. Desouza, Esquire; Van C. Durrer, II, Esquire  (Debtors' counsel)