IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES,
MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 9, 2015, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and last four (4) digits of their federal tax identification numbers are as follows:

| **DEBTOR** (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | **ADDRESS** | **CASE NO.** | **EID #** |
|---|---|---|---|
| Quiksilver, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11880 | xx-xxx-9426 |
| QS Wholesale, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11881 | xx-xxx-8795 |
| DC Direct, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11882 | xx-xxx-8364 |
| DC Shoes, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11883 | xx-xxx-0965 |
| Fidra, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11884 | xx-xxx-8945 |
| Hawk Designs, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11885 | xx-xxx-1121 |
| Mt. Waimea, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11886 | xx-xxx-5846 |
| Q.S. Optics, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11887 | xx-xxx-2493 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

| | | | |
|---|---|---|---|
| QS Retail, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11888 | xx-xxx-0505 |
| Quiksilver Entertainment, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11889 | xx-xxx-9667 |
| Quiksilver Wetsuits, Inc. | 5600 Argosy Circle, Huntington Beach, California 92649 | 15-11890 | xx-xxx-9599 |

<u>DATE, TIME AND LOCATION OF MEETING OF CREDITORS</u>. **October 15, 2015 at 1:00 p.m. Eastern Time**, J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

<u>DEADLINE TO FILE A PROOF OF CLAIM</u>.  Notice of a deadline will be sent at a later time.

<u>NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE</u>. None appointed to date.

<u>PROPOSED COUNSEL FOR THE DEBTORS</u>.

Van C. Durrer, II (I.D. No. 3827)  
Annie Z. Li  
Skadden, Arps, Slate, Meagher & Flom LLP  
300 South Grand Avenue,  
Suite 3400  
Los Angeles, California 90071  
Telephone: (213) 687-5000  
Fax: (213) 687-5600  

John K. Lyons  
Jessica S. Kumar  
Skadden, Arps, Slate, Meagher & Flom LLP  
155 N. Wacker Dr.  
Chicago, Illinois 60606  
Telephone: (312) 407-0700  
Fax: (312) 407-0411  

<u>COMMENCEMENT OF CASES</u>.  Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered.  You will not receive notice of all documents filed in these cases.  All documents filed with the Court are available for inspection at the case administration website maintained by Kurtzman Carson Consultants LLC ("<u>KCC</u>"), the claims and noticing agent for these Chapter 11 proceedings, at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com.  All documents filed with the Court may also be obtained at the Office of the Clerk of the Bankruptcy Court at www.deb.uscourts.gov.

<u>PURPOSE OF CHAPTER 11 FILING</u>.  Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan.  A plan is not effective unless approved by the court at a confirmation hearing.  Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code.  The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

<u>CREDITORS MAY NOT TAKE CERTAIN ACTIONS</u>.  A creditor is anyone to whom a debtor owes money or property.  Under the Bankruptcy Code, a debtor is granted certain protection against creditors.  Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor.  A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice.  <u>The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.</u>

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are available at the case administration website at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. Proof of claim forms are also available at the Bankruptcy Court website at www.deb.uscourts.gov. KCC can be reached as follows:

> Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Segundo, California 90245
> Toll Free: 877-709-4757
> Email: QuiksilverInfo@kccllc.com
> Website: http://www.kccllc.net/quiksilver

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court:  /s/ David D. Bird
        Clerk of the U.S. Bankruptcy Court

Dated: September 22, 2015

772002-WILSR01A - MSW