# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-11880 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Delaware Trust Company ("Delaware Trust"), in its capacity as indenture trustee for holders of the 7.875% Senior Secured Notes due 2018 (the "Notes"), by its counsel, Seward & Kissel LLP, hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), as a party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that Delaware Trust, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 7005, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

John R. Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Tel.:  (212) 574-1366
Fax:  (212) 480-8421
E-mail:  ashmead@sewkis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Delaware Trust's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Delaware Trust is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Delaware Trust expressly reserves.

Dated: New York, New York
September 22, 2015

**SEWARD & KISSEL LLP**

By: /s/ John R. Ashmead
John R. Ashmead
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1366
Fax: (212) 480-8421
Email: ashmead@sewkis.com

*Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes*

3