IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

QUICKSILVER, INC., *et al.*

Debtor

---

Chapter 11

Case No. 15-11880 (BLS)

[Jointly Administered]

## REQUEST FOR SERVICE
## PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that **BANC OF AMERICA LEASING & CAPITAL, LLC ("BALC"),** as an identified creditor, and as a party in interest in the cases of the above captioned debtors and debtors in possession, hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon BALC through service on its attorneys **Parker, Milliken, Clark, O'Hara & Samuelian** at the address, telephone, and facsimile numbers set forth below:

**PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN**
Attn: Thomas E. Shuck, Esq.
555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
email: tshuck@pmcos.com; malvarado@pmcos.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 18, 2015

> PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
>
> By: _____
> THOMAS E. SHUCK
> 555 S. Flower St., 30th Fl.
> Los Angeles, CA 90071-2440
> Telephone: (213) 683-6500
> Facsimile: (213) 683-6669
> Attorneys for BANC OF AMERICA LEASING & CAPITAL, LLC

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 555 S. Flower St., 30th Fl., Los Angeles, CA 90071-2440

A true and correct copy of the foregoing document entitled (*specify* **REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002 BY BANC OF AMERICA LEASING & CAPITAL, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **9/18/15,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/ 18 / 15 | Rosemary Pinal | *Rosemary Pinal* |
|---|---|---|
| Date | Printed Name | Signature |

#449041  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

| 2.SERVED BY U.S. MAIL: | |
|---|---|
| Debtor<br>Quicksilver, Inc.<br>5600 Argosy Circle<br>Huntington Beach, CA 92649 | |
| Debtor's Attorneys:<br>Dain A. De Souza<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>920 N. King Street, P.O. Box 636<br>Wilmington, DE 19801 | Van C. Durrer, II<br>Skadden Arps Slate Meagher & Flom LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90071-3144 |
| Laura Davis Jones<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Jessica S. Kumar<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720 |
| Annie Z. Li<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Ave.<br>Suite 3400<br>Los Angeles, CA 90071 | John K. Lyons<br>Skadden Arps Slate Meagher & Flom LLP<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720 |
| U.S. Trustee<br>Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Attorney for U.S. Trustee<br>Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |

#449041  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE