**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Quiksilver, Inc., et al.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 15-11880 (BLS)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Cathy Hershcopf, Esquire to represent the Official Committee of Unsecured Creditors, in the above-captioned cases.

Dated: September 22, 2015　　　　　　　*/s/ Justin R. Alberto*
　　　　Wilmington, Delaware　　　　　　Justin R. Alberto (No. 5126)
　　　　　　　　　　　　　　　　　　　BAYARD, P.A.
　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 655-5000
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-6395
　　　　　　　　　　　　　　　　　　　Email: jalberto@bayardlaw.com

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　*/s/ Cathy Hershcopf*
　　　　　　　　　　　　　　　　　　　Cathy Hershcopf
　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 01136
　　　　　　　　　　　　　　　　　　　Telephone: (212) 479-6000
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 479-6275
　　　　　　　　　　　　　　　　　　　Email: chershcopf@cooley.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.