## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                      §   SS:
NEW CASTLE COUNTY   §

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., counsel for the Official Committee of Unsecured Creditors, in the above-captioned case and that on the 22nd day of September, 2015, he caused copies of the **Notice of Appearance and Demand for Service of Papers (Docket No. 134)** to be served upon the parties listed on Exhibit A via first class mail.

_Larry Morton_

Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: September 23, 2015

Notary Public

*[Notary seal: JACQUELINE ... MY COMMISSION EXPIRES July 15, 2017 NOTARY PUBLIC STATE OF DELAWARE]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02777670v1}

# Exhibit A

{BAY:02777670v1}

3 TIMES SQUARE ASSOCIATES LLC
JP MORGAN CHASE BANK
GPO P.O. BOX 27488
NEW YORK, NY 10087

404 WEST LLC
C/O WINTER MANAGEMENT CORP
730 FIFTH AVE
NEW YORK, NY 10019

Assistant Attorney General
Jason A Starks
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Ballard Spahr LLP
David L Pollack
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Ballard Spahr LLP
Matthew Summers, Leslie Heilman
919 Market Street, 11th Floor
Wilmington, DE 19801

C & K TRADING CO., LTD.
CK JUNG
867 Woo 1-Dong Haeundae-Gu
Busan, 13 612-822

CARMICHAEL INTERNATIONAL SERVICE
P.O. Box 51025
Los Angeles, CA 90051

COINS INTERNATIONAL CO., LTD.
7F-1, No. 89 Bo Guan Road
Taichung, TWN 404

Cooch & Taylor PA
Susan E Kaufman
1000 West St 10th Fl
The Brandywine Building
Wilmington, DE 19899

CPG PARTNERS LP
P.O. BOX 827727
PHILADELPHIA, PA 19182

Delaware Attorney General
Matthew Denn
Carvel State Office Building
820 N French St
Wilmington, DE 19801

Delaware Dept of Justice
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

DELTINA TRADING PTY LTD.
ALAN FENNEL
Unit 2, 32 Bell Street
Torquay, VIC 3228

DRAGON CROWD GARMENT INC
EDWARD
Fl/5 Bldg A, C&E Centre
Ningbo, 130 315040

DUBHE CORPORATION
Che-Il Bldg Rm 1501, 256-13
Seoul, 13 121-758

EASTMAN EXPORTS GLOBAL CLOTHING
10, 12, KUMARANAGAR (SOUTH)
TIRUPUR, 641603

Ezra Brutzkus Gubner LLP
Steven T Gubner
21650 Oxnard St Ste 500
Woodland Hills, CA 91367

FULL CREATIVE CO, LTD
No.4 Jin-Ying 2Nd St.
Dongguan, 190 523942

GGP Limited Partnership, as Agent
Kristen N. Pate
110 N. Wacker Drive
Chicago, IL 60606

Greenberg Taurig LLP
Dennis A Meloro
The Nemours Building
1007 N Orange St Ste 1200
Wilmington, DE 19801

Greenberg Taurig LLP
Jeffrey M Wolf
One International Place
Boston, MA 02110

HONG KONG HESHENG INT'L
TOME ZHENG
Rm 1102, Wofoo Commercial Building
Kowloon, KLN 999077

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Jeffer Mangels Butler & Mitchell LLP
Joseph A Eisenberg PC
1900 Avenue of the Stars 7th Fl
Los Angeles, CA 90067

KCC
Mike Hill
2335 Alaska Ave
El Segundo, CA 90245

Kirkland & Ellis LLP
Attn: David Nemecek
333 South Hope Street
Los Angeles, CA 90071

Kirkland & Ellis LLP
Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William
A. Guerrieri, W. Benjamin Winger
300 North LaSalle Street
Chicago, IL 60654

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Linebarger Goggan Blair & Sampson LLP
John P Dillman
PO Box 3064
Houston, TX 77253-3064

MCKNIGHT,ROBERT
167 Emerald Bay
Laguna Beach, CA 92651

MERRY LINK DEVELOPMENT
(MACAO COMMERCIAL OFFSHORE) LIMITED
Alameda Dr Caros D'Assumpcao No 336
Macau, MO 999078

MOONEY,ANDREW P.
PO Box 69447
West Hollywood, CA 90069

Morris, Nichols, Arsht & Tunnell LLP
Attn Robert J. Dehney, Andrew R. Remming, Tamara
K. Minott
1201 North Market Street
16th Floor
Wilmington, DE 19899-1347

NEWTIMES FAR EAST
Unit D, 7th Floor, Phase 5
Kowloon, KLN 999077

NINGBO ISUN FASHION CO. LTD
East Fenghua Industrial
Ningbo, 130 315500

NORTHSTAR SOURCING GROUP HK LTD
DAVE PERKINS
Room 602, 6/F, Oriental Centre
Kowloon, KLN 999077

O'MELVENY & MYERS LLP

400 SOUTH HOPE STREET, #1060

LOS ANGELES, CA 90071


O'MELVENY & MYERS LLP

PO BOX 894436

LOS ANGELES, CA 90189-4436


Office of the United States Trustee Delaware

Attn Mark S. Kenney

844 King St Ste 2207

Lockbox 35

Wilmington, DE 19899-0035


ORIGINAL JY&T CO. LTD.

Sanchong Dist.

New Taipei City, TPE 241


Patterson Belknap Webb & Tyler LLP

David W Dykhouse Brian P Guiney

1133 Avenue of the Americas

New York, NY 10036-6710


Perdue Brandon Fielder Collins & Mott LLP

Arlington ISD

c/o Elizabeth Banda Calvo

500 E Border St Ste 640

Arlington, TX 76010


PUTIAN XINXIESHENG FOOTWEAR CO., LT

Liuxian, Laidian Town, Xianyou

Putian, 150 351251


QTNP APPARELS JSC

NO. 18, LOT 8, LONG BIEN RESETTLEME

HA NOI,  10000


Riemer & Braunstein LLP

Attn Steven Fox

Seven Times Square

Suite 2506

New York, NY 10036


Riemer & Braunstein LLP

David S. Berman

Three Center Plaza

Boston, MA 02108

SAMIL TONG SANG CO.
BONG GYU LIM
18-130 Gangdong-Dong
Busan, 13 618-800

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission
Sharon Binger Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

Securities & Exchange Commission NY Office
Andrew Calamari Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

Simon Property Group, Inc
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Skadden, Arps, Slate, Meagher & Flom LLP
John K Lyons
155 N Wacker Dr
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Van C Durrer
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

SRINIVASA FASHIONS PVT LTD
Factory Unit #3
Plot No. AP4, 5th Avenue, 2nd Cross
Chengalpat, 22 603002

SUMEC TEXTILE AND LIGHT INDUSTRY CO
13F, 198 Changjiang Road
Nanjing, 100 210018

The Taubman Company
Andrew S Conway Esq
200 East Long Lake Road Ste 300
Bloomfield Hills, MI 48304

U.S. BANK AS INDENTURE TRUSTEE
U.S. BANK NATIONAL ASSOCIATION
60 LIVINGSTON AVE
ST. PAUL, MN 55107

U.S. Bank National Association
Justin L. Shearer Vice President
Global Corporate Trust Services
100 Wall Street
New York, NY 10005

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

WEIHAI TEXTILE IMP AND EXP CO
No. 16 Shichang Da Road
Weihai, 120 264200

Womble Carlyle Sandridge & Rice, LLP
Attn Steven K Kortanek
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Womble Carlyle Sandridge & Rice, LLP
Steven K Kortanek Thomas M Horan Morgan L Patterson
222 Delaware Ave Suite 1501
Wilmington, DE 19801

WORLD MARKETING, INC.
306 38TH STREET, 8TH FLOOR
NEW YORK, NY 10018

XIAMEN C&D LIGHT INDUSTRY CO., LTD.
15th Floor Seaside Bldg.
Xiamen, 150 361000

ZHEJIANG XISHI JIAFANG TEXTILE CO L
Paitou Village Paitou Town
Zhuji, 130 311825