Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304
jeffrey@shinbrotfirm.com

Attorney for creditor Massive Prints Inc.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re

QUICKSILVER, INC.

Bankruptcy Case Number 15-11880 (BLS)

CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **MASSIVE PRINTS INC.,** by its attorneys, **JEFFREY S.**

**SHINBROT, APLC,** appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections

102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be

given in this case and all papers served or required to be served in this case, be given to and served upon

the following:

**JEFFREY S. SHINBROT, APLC**
**8200 Wilshire Blvd., Suite 400**
**Beverly Hills, California 90211**
**Telephone: (310)659-5444**
**Facsimile: (310)878-8304**
**email: jeffrey@shinbrotfirm.com**
**Attn: Jeffrey S. Shinbrot, Esquire**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified

above, but also includes, without limitation, orders and notices of any application, motions, petitions,

pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering

1  or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier

2  or otherwise.

3      **PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance,

4  pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only

5  after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or

6  any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the

7  reference in any matter subject to recoupments to which MASSIVE PRINTS is or may be entitled under

8  agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments

9  are expressly reserved.

10     RESPECTFULLY SUBMITTED this 21st day of September, 2015.

12                    JEFFREY S. SHINBROT, APLC

15     By: Jeffrey S. Shinbrot, Esq.
16        JEFFREY S. SHINBROT, APLC
         8200 Wilshire Blvd., Suite 400
17        Beverly Hills, California 90211
         Telephone: (310)659-5444
18        Facsimile: (310)878-8304
         Attorney for Massive Prints, Inc.

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 of age and **not a party to this action.** I am employed in the County of Los Angles, State of California. My business address is 8200 Wilshire Blvd., Suite 400, Beverly Hills, CA 90211.

On September 23, 2015, I served true copies of the following documents(s) describes as **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** on the interested parties in this action as follows:

> **Served VIA U.S. Mail**
>
> **Clerk**
> U.S. Bankruptcy Court
> 3rd Floor-824 North Market Street
> Wilmington, DE 19801
>
> **United States Trustee**
> U.S.T.
> 844 King Street, Room 2207
> Lockbox # 35
> Wilmington, DE 19801
>
> **Served VIA EMAIL**
> **Debtor's Counsel**
> Dain A. De Souza
> Skadden, Arps, Slate, Meagher & Flom LLP
> 920 N. King Street, P.O. Box 636
> Wilmington, DE 19801
> Dain.DeSouza@skadden.com

☒  **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Jeffrey S. Shinbrot, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Sandra Rodriguez