## UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF DELAWARE

In Re:

Chapter  11

Case No. 15 _11880_ (BLS)

Debtor:  QUIKSILVER, INC., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of  John M. Craig

to represent  Florida Power and Light Company, San Diego Gas & Electric Company and Southern California Edison Company

in this action.

Firm Name: John D. Demmy
Stevens & Lee, P.C.

Address:  1105 North Market St, 7th Floor
Wilmington, DE  19801

Phone:  (302) 425-3308

Email:  jdd@stevenslee.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Commonwealth of Virginia  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name:  John M. Craig
Law Firm of Russell R. Johnson

Address:  III, PLC
2258 Wheatlands Dr.

Phone:  Manakin-Sabot, VA 23103
(804) 749-8861

Email:  johncraigg@aol.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.