**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                       )
**In re:**                             ) Chapter 11
                                       )
**QUIKSILVER, INC., *et al.*,**        ) Case No. 15-11880 (BLS)
                                       )
         **Debtors.**                  ) (Jointly Administered)
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that, in addition to the notice and service provided through the Court's ECF system, on September 23, 2015, true and correct copies of the (i) *Objection of Certain Utility Companies to the Debtors' Motion For Interim and Final Orders Pursuant To Bankruptcy Code Sections 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies and (III) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service,* and (ii) *Motion and Order For Admission Pro Hac Vice* were served by email on:

Dain A. De Souza
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, Delaware 19801
Email: Dain.DeSouza@skadden.com
*Debtors' Counsel*

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Email: ljones@pszjlaw.com
*Debtors' Counsel*

SL1 1384484v1 018560.00198

Van C. Durrer, II
Annie Li
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Email:    van.durrer@skadden.com
          annie.li@skadden.com
*Debtors' Counsel*

John K. Lyons
Jessica Kumar
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois  60606
Email:    john.lyons@skadden.com
          Jessica.kumar@skadden.com
*Debtors' Counsel*

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware  19801
Email:  mark.kenney@usdoj.gov

                          By:   STEVENS & LEE, P.C.

                          /s/ John D. Demmy
                          John D. Demmy (Bar No. 2802)
                          1105 North Market Street, 7th Floor
                          Wilmington, Delaware 19801
                          Telephone:  (302) 425-3308
                          E-mail:    jdd@stevenslee.com