**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
: 
Debtors.[1] : (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On September 17, 2015, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit A**, and via Overnight mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 521, Bankruptcy Rule 1007(c), and Local Bankruptcy Rule 1007-1(b) Extending Time for Debtors to File Schedules and Statements** [Docket No. 112]

- **Debtors' Motion for Order Pursuant to Bankruptcy Rules 2015.3 and 9006 and Local Bankruptcy Rule 9006-2 Extending Time to File Reports of Financial Information Under Bankruptcy Rule 2015.3 or to Seek Modification of Such Reporting Requirement** [Docket No. 113]

- **Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 327, 330 and 331 Authorizing Debtors to Employ and Pay Professionals Utilized in the Ordinary Course of Business** [Docket No. 114]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Debtors' Application for Order Pursuant to Sections 327(a) and 329 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date** [Docket No. 115]

- **Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 501, 502, 503, and 1111(a), Bankruptcy Rules 2002, 3003(c)(3), and 9007, and Local Bankruptcy Rules 1009-2 and 2002-1(e) (I) Setting General Bar Date, (II) Establishing Procedures for Filing Proofs of Claim, and (III) Approving Form and Manner of Notice Thereof** [Docket No. 116]

- **Debtors' Application Pursuant to Bankruptcy Code Sections 105(a), 327(a), and 328(a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-2 (A) Authorizing Employmen and Retention of Peter J. Solomon Company as Investment Banker for the Debtors and Debtors In Possession, Nunc Pro Tunc to the Petition Date, (B) Waiving Certain Timekeeping Requirements Pursuant to Local Bankruptcy Rule 2016-2(h), and (C) Granting Related Relief** [Docket No. 117]

- **Debtor's Application Pursuant to Bankruptcy Code Sections 105(a) and 363(b) (I) Authorizing Debtors to (A) Retain FTI Consulting, Inc. to Provide the Debtors with Stephen Coulombe as Their Designated Chief Restructuring Officer and Other Temporary Employees, Effective as of the Petition Date; and (II) Approving the Engagement Agreement Between the Debtors and FTI Consulting, Inc.** [Docket No. 118]

Furthermore, on September 17, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit C**, via First Class mail on the service list attached hereto as **Exhibit D**, and via First Class mail on the service list attached hereto as **Exhibit E** on September 18, 2015:

- **Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 327, 330 and 331 Authorizing Debtors to Employ and Pay Professionals Utilized in the Ordinary Course of Business** [Docket No. 114]

Dated: September 23, 2015

                                                       Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 23rd day of September, 2015, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

JEFFREY D MCGUIRE
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2018

# EXHIBIT A

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Creditor | 404 WEST LLC | C/O WINTER MANAGEMENT CORP | bguiney@pbwt.com |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | jason.starks@texasattorneygeneral.gov |
| Counsel for for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | pollack@ballardspahr.com |
| Counsel for for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | summersm@ballardspahr.com; heilmanl@ballardspahr.com |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | kevin@shoenet.org |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | info@carmnet.com |
| Counsel for Taubman Landlords | Cooch & Taylor PA | Susan E Kaufman | skaufman@coochtaylor.com |
| Top 30 Creditor | CPG PARTNERS LP | | IRContact@simon.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | info@dragoncrowd.com |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | sathish.sourcing@eastmanexports.com |
| Counsel for C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | sgubner@ebg-law.com; ecf@ebg-law.com |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | ggpbk@ggp.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | melorod@gtlaw.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | wolfje@gtlaw.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | jae@jmbm.com |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | dustin.branch@kattenlaw.com |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | jessica.mickelsensimon@kattenlaw.com |
| Proposed Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | david.nemecek@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@lgbs.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | rdehney@mnat.com; aremming@mnat.com; tminott@mnat.com |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | steve@nbisun.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | mark.kenney@usdoj.gov |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | ebcalvo@pbfcm.com |
| Top 30 Creditor | QTNP APPARELS JSC | | INFO@QTNPAPPARELS.COM |

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | kevin@shoenet.org |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Party in Interest, Landlord | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Proposed Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |
| Proposed Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | contact@srinivasafashions.com |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | textile@sumec.com.cn |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | aconway@taubman.com |
| Top 30 Creditor | U.S. BANK AS INDENTURE TRUSTEE | U.S. BANK NATIONAL ASSOCIATION | joel.geist@usbank.com |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes | U.S. Bank National Association | Justin L. Shearer Vice President | justin.shearer@usbank.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | skortanek@wcsr.com; thoran@wcsr.com; mpatterson@wcsr.com |
| Top 30 Creditor | WORLD MARKETING, INC. | | results@worldmarkinc.com |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | cndchain@chinacnd.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 2

# EXHIBIT B

**Exhibit B**
**Core/2002 Overnight Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | 3 TIMES SQUARE ASSOCIATES LLC | JP MORGAN CHASE BANK | GPO P.O. BOX 27488 | | | NEW YORK | NY | 10087 | |
| Top 30 Creditor | 404 WEST LLC | C/O WINTER MANAGEMENT CORP | 730 FIFTH AVE | | | NEW YORK | NY | 10019 | |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | Bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Counsel for for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | 51st Floor - Mellon Bank Center | 1735 Market Street | | Philadelphia | PA | 19103 | |
| Counsel for for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | 919 Market Street, 11th Floor | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | 867 Woo 1-Dong Haeundae-Gu | | | Busan | 13 | 612-822 | South Korea |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | P.O. Box 51025 | | | Los Angeles | CA | 90051 | |
| Top 30 Creditor | COINS INTERNATIONAL CO., LTD. | | 7F-1, No. 89 Bo Guan Road | | | Taichung | TWN | 404 | Taiwan |
| Counsel for Taubman Landlords | Cooch & Taylor PA | Susan E Kaufman | 1000 West St 10th Fl | The Brandywine Building | | Wilmington | DE | 19899 | |
| Top 30 Creditor | CPG PARTNERS LP | | P.O. BOX 827727 | | | PHILADELPHIA | PA | 19182 | |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | DELTINA TRADING PTY LTD. | ALAN FENNEL | Unit 2, 32 Bell Street | | | Torquay | VIC | 3228 | Australia |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | Fl/5 Bldg A, C&E Centre | | | Ningbo | 130 | 315040 | China |
| Top 30 Creditor | DUBHE CORPORATION | | Che-Il Bldg Rm 1501, 256-13 | | | Seoul | 13 | 121-758 | South Korea |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | 10, 12, KUMARANAGAR (SOUTH) | | | TIRUPUR | | 641603 | India |
| Environmental Protection Agency | Environmental Protection Agency | | 1650 Arch St | | | Philadelphia | PA | 19103-2029 | |
| Counsel for C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | 21650 Oxnard St Ste 500 | | | Woodland Hills | CA | 91367 | |
| Top 30 Creditor | FULL CREATIVE CO, LTD | | No.4 Jin-Ying 2Nd St. | | | Dongguan | 190 | 523942 | China |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | 110 N. Wacker Drive | | | Chicago | IL | 60606 | |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | The Nemours Building | 1007 N Orange St Ste 1200 | | Wilmington | DE | 19801 | |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | One International Place | | | Boston | MA | 02110 | |
| Top 30 Creditor | HONG KONG HESHENG INT'L | TOME ZHENG | Rm 1102, Wofoo Commercial Building | | | Kowloon | KLN | 999077 | Hong Kong |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | 1900 Avenue of the Stars 7th Fl | | | Los Angeles | CA | 90067 | |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | 333 South Hope Street | | | Los Angeles | CA | 90071 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 3

**Exhibit B**
**Core/2002 Overnight Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | | Chicago | IL | 60654 | |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Top 30 Creditor | MCKNIGHT,ROBERT | | 167 Emerald Bay | | | Laguna Beach | CA | 92651 | |
| Top 30 Creditor | MERRY LINK DEVELOPMENT | (MACAO COMMERCIAL OFFSHORE) LIMITED | Alameda Dr Caros D'Assumpcao No 336 | | | Macau | MO | 999078 | Macau |
| Top 30 Creditor | MOONEY,ANDREW P. | | PO Box 69447 | | | West Hollywood | CA | 90069 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | 1201 North Market Street | 16th Floor | PO Box 1347 | Wilmington | DE | 19899-1347 | |
| Top 30 Creditor | NEWTIMES FAR EAST | | Unit D, 7th Floor, Phase 5 | | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | East Fenghua Industrial | | | Ningbo | 130 | 315500 | China |
| Top 30 Creditor | NORTHSTAR SOURCING GROUP HK LTD | DAVE PERKINS | Room 602, 6/F, Oriental Centre | | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | O'MELVENY & MYERS LLP | | PO BOX 894436 | | | LOS ANGELES | CA | 90189-4436 | |
| Top 30 Creditor | O'MELVENY & MYERS LLP | | 400 SOUTH HOPE STREET, #1060 | | | LOS ANGELES | CA | 90071 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Top 30 Creditor | ORIGINAL JY&T CO. LTD. | | Sanchong Dist. | | | New Taipei City | TPE | 241 | Taiwan |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | 1133 Avenue of the Americas | | | New York | NY | 10036-6710 | |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | c/o Elizabeth Banda Calvo | 500 E Border St Ste 640 | | Arlington | TX | 76010 | |
| Top 30 Creditor | PUTIAN XINXIESHENG FOOTWEAR CO., LT | | Liuxian, Laidian Town, Xianyou | | | Putian | 150 | 351251 | China |
| Top 30 Creditor | QTNP APPARELS JSC | | NO. 18, LOT 8, LONG BIEN RESETTLEME | | | HA NOI | | 10000 | Vietnam |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | | New York | NY | 10036 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | | Boston | MA | 02108 | |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | 18-130 Gangdong-Dong | | | Busan | 13 | 618-800 | South Korea |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 | |
| Party in Interest, Landlord | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | | Indianapolis | IN | 46204 | |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | Plot No. AP4, 5th Avenue, 2nd Cross | | | Chengalpat | 22 | 603002 | India |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | 13F, 198 Changjiang Road | | | Nanjing | 100 | 210018 | China |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | 200 East Long Lake Road Ste 300 | | | Bloomfield Hills | MI | 48304 | |
| Top 30 Creditor | U.S. BANK AS INDENTURE TRUSTEE | U.S. BANK NATIONAL ASSOCIATION | 60 LIVINGSTON AVE | | | ST. PAUL | MN | 55107 | |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes | U.S. Bank National Association | Justin L. Shearer Vice President | Global Corporate Trust Services | 100 Wall Street | | New York | NY | 10005 | |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 3

**Exhibit B**
**Core/2002 Overnight Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | WEIHAI TEXTILE IMP AND EXP CO | | No. 16 Shichang Da Road | | | Weihai | 120 | 264200 | China |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | | Wilmington | DE | 19801 | |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | 222 Delaware Ave Suite 1501 | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | WORLD MARKETING, INC. | | 306 38TH STREET, 8TH FLOOR | | | NEW YORK | NY | 10018 | |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | 15th Floor Seaside Bldg. | | | Xiamen | 150 | 361000 | China |
| Top 30 Creditor | ZHEJIANG XISHI JIAFANG TEXTILE CO L | | Paitou Village Paitou Town | | | Zhuji | 130 | 311825 | China |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 3 of 3

# EXHIBIT C

**Exhibit C**
**OCP Parties Email Service List**

| NAME | EMAIL |
|---|---|
| ABENTE STEWART | avv@abentestewart.com.py |
| Andrew Radclyffe | Arad@welkam.solomon.com.sb |
| Gina Roca, LEXINCORP | groca@lexincorp.com |
| Marchais & Associes | Guillaume.marchais@marchais.com |
| MarkMonitor Client Services | Trisha.Ytuarte@markmonitor.com |
| Thomson Reuters | compumark.us@thomsonreuters.com |
| Zacco Denmark A/S | Msn@zacco.dk |

# EXHIBIT D

**Exhibit D**
**OCP Parties First Class Service List**

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| A J Park | P.O. Box 565 | | | Auckland | | | NEW ZEALAND |
| A V Stagnetto, Triay Stagnetto Neish | Regal House | | | Queensway | | | Gibraltar |
| A.G. da Cunha Ferreira, Lda. | Rua das Flores, 74 - 4th Floor, 1200-195 | | | Lisboa | | | PORTUGAL |
| AAA Legal Services | P.O. Box 3926 | | | Talinn | | 10509 | Estonia |
| Abu-Ghazaleh Intellectual (Oman) | Suite No. 120, First Floor | Hatat House, Al-Nahdha Street | | Wadi Adai | Muscat | | SULTANATE OF OMAN |
| Abu-Ghazaleh Intellectual Property | Palestine Tower, 3rd Floor | Al-Shuhada'a, Al-Rimal | | | | | Gaza |
| Abu-Ghazaleh Intellectual Property - Algeria | 175, Bd Krim Belkacem | | | Algiers | | | ALGERIA |
| Abu-Ghazaleh Intellectual Property (AGIP in Jordan) | PO Box 921100 1/192 | | | Amman | | | JORDAN |
| Abu-Ghazaleh Intellectual Property (Bahrian) | Unitag House, 4th Floor | Government Avenue | | Manama | | | BAHRAIN |
| Abu-Ghazaleh Intellectual Property (Egypt) | 9th Floor, 51 El-Hegaz Street | | | Mohandseen | Cairo | | Egypt |
| Abu-Ghazaleh Intellectual Property (Iraq) | Al-Sadoun St., Mahala 101 | Zuqaq 87, Ahmad Building | 3rd Floor | Baghdad | | | IRAQ |
| Abu-Ghazaleh Intellectual Property (Kuwait) | Souk Al-Kabir Building, 9th Floor | East Wing, Fahed Al-Salem Street, Safat | | | | | STATE OF KUWAIT |
| Abu-Ghazaleh Intellectual Property (Lebanon) | Halabi Building, 1st Floor | Sanaeh, Beirut | | | | | LEBANON |
| Abu-Ghazaleh Intellectual Property (Libya) | P.O. Box 921100 | | | Amman 11192 | | | KINGDOM OF JORDAN |
| Abu-Ghazaleh Intellectual Property (Qatar) | Trans Orient Center Building | Airport Road, Doha | | | | | STATE OF QATAR |
| Abu-Ghazaleh Intellectual Property (SUDAN) | Bank Islam Sudan Building, 6th Floor, Apartment No.1 | Alqaser Street, Khartoum | | | | | SUDAN |
| Abu-Ghazaleh Intellectual Property (Syria) | 7th Floor, Al-Badeen Building | Al-Thawra Bridge, Damascus | | | | | SYRIA |
| Abu-Ghazaleh Intellectual Property (Tunisia) | Appartment B.3.2. | 7 rue 8002, Montplaisir | | Tunis | | 1002 | TUNISIA |
| Abu-Ghazaleh Intellectual Property (UAE) | Hilal Tower, 12 comiche Al-Buhaira, Sharjah | | | | | | UNITED ARAB EMIRATES |
| Abu-Ghazaleh Intellectual Property (West Bank) | Green Tower Building | Al-Nuzha Street | | Ramallah | | | WEST BANK |
| Abu-Ghazaleh Intellectual Property (Yemen) | 4th Floor, Abdullah Bin Ishaq Building, | Al-Zubairi Street | | Sana'a | | | REPUBLIC OF YEMEN |
| Adams & Admas | P.O. Box 3511 | Halfway House | | | | 1685 | REPUBLIC OF SOUTH AFRICA |
| Albihns Stockholm AB | P.O. Box 5581 | | | Stockholm | | S-11485 | SWEDEN |
| Allen & Gledhill | One Marina Boulevard #28-00 | | | SINGAPORE | | 018989 | SINGAPORE |
| Allen & Overy | 9th Floor, 3 Exchange Square | | | | | | Hong Kong |
| Allen Matkins | 1900 Main Street, 5th Floor | | | Irvine | CA | 92614 | |
| Arochi, Marroquin & Lindner, S.C. | Insurgentes Sur 1605-Piso 20 | Col. San Jose Insurgentes | | | D.F. | 03900 | MEXICO |
| ASTURGÓ, MATEU & associats | Avda. Meritxell, 128 3-A | AD500 Andorra la Vella | | | | | Principality of Andorra |
| Balco Ltd Patent and Trade Mark Agency | Central PO Box 1056 | Ulaanbaatar-13 | | | | | MONGOLIA |
| Barbat & Cikato | P.O. Box 53 | 11.100 Montevideo | | | | | URUGUAY |
| Barger, Piso & Partner | Wien 1, Mahlerstrasse 9 | A-1015 Wien, | | | | | AUSTRIA |
| Barreda Moller | Av. Angamos Oeste 1200 | | | Lima 18 | | | PERU |
| Bermeo Law Firm | World Trade Center, Tower II | 12th Floor | Av.12 Octubre N-24-528 y | Cordero | Quito | | ECUADOR |
| Beuchat, Barros & Pfenniger | Europa 2035, Providencia | Casilla 456-V | | Santiago | | | Chile |
| Bezzina & Mifsud | 3F, BOV Centre | High Street | | Sliema | SLM 16 | | Malta |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 4

**Exhibit D**
**OCP Parties First Class Service List**

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Blake Dawson Waldron | PO Box 850 | Port Moresby | | | | | PAPUA NEW GUINEA |
| Bolet & Terrero | Av. Francisco de Miranda | Edificio Cavendes, Piso 12 | Los Palos Grandes | Caracas | | 1062 | VENEZUELA |
| Borenius & Co Oy Ab | Kansakoulukuja 3 | | | Helsinki | 00100 | | Finland |
| Boult Wade Tennant | Veralum Gardens | 70 Gray's Inn Road | | London | | WC1X 8BT | UNITED KINGDOM |
| Brenes Lleras IP | Regus Corp. Center, Piso 6 | Edificio Escazu Corporate Center | | Escazú | San José | 10203 | Costa Rica |
| Bufete Mejia & Asociados | P.O. Box 1744 | | | San Pedro Sula | | | HONDURAS |
| Bugnion S.A. | Case 375 | CH-1211 Geneve 12 | | | | | SWITZERLAND |
| Cabinet Hudicourt Woolley | 27, Avenue Marie Jeanne | Cite de l'Exposition | | Port-au-Prince | | | HAITI |
| Cabinet José CURAU | 26 Bis Boulevard Princesse Charlotte | MONTE-CARLO 98000 Principauté de Monaco | P.O. BOX 54 | CEDEX | MC | 98001 | MONACO |
| Castillo Grau & Associates | Carrera 13 No. 37-43 | 12th Floor | | Bogota | | | Colombia |
| Chaves, Gleman, Machado, Gilberto e Barboza | Av. Brig. Faria Lima, 1.663-5° andar | | | Sao Paulo | SP | 01452-001 | Brazil |
| Conyers Dill & Pearman | Clarendon House | 2 Church Street | Hamilton | Bermuda | | HM CX | Bermuda |
| Corrs Chambers Westgarth | 600 Bourke Street | Melbourne Victoria 3000 | | | | | AUSTRALIA |
| Cox Hallett Wilinson Milner House | 18 Parliament Street Hamilton HM FX | | | | | | BERMUDA |
| CPA Global | 2318 Mill Road, 12th Floor | | | Alexandria | VA | 22314 | |
| Dancia Penn & Co | 49 Main Street | Road Town | | Tortola | | | British Virgin Islands |
| Danubia Patent & Trademark Attorneys | PO Box 198 | | | H-1368 Budapest 5 | | | HUNGARY |
| Deloitte Tax LLP | 695 Town Center Drive | Suite 1200 | | Costa Mesa | CA | 92626 | |
| Domnern Somgiat and Boonma | 719 Si Phya Road | Bangkok 10500 | | | | | THAILAND |
| Dr. Ing M Curell Sunol I.I.S.L | Passeig de Gracia 65 Bis | | | Barcelona | | 08008 | SPAIN |
| Drew & Napier | 20 Raffles Place | #17-00 Ocean Towers | | | | 48620 | Singapore |
| Duff & Phelps | 311 S Wacker Drive | Suite 4200 | | Chicago | IL | 60606 | |
| DunnCox | 48 Duke Street | | | Kingston | | | JAMAICA |
| Emil Arguelles & Company | 35 New Road, | PO Box 1846 | | Belize City | | | Belize |
| Emilianides & Kyriakides | Kyriakides Buildings | P.O. Box No. 21090 | 1501 Nicosia | | | | CYPRUS |
| Estudio Caldera | P.O. Box 4597 | | | Managua | | | NICARAGUA |
| Euromarkpat Albania Ltd | Rr. Myslym Shyri, P. 60 Shk. 1, Apt 9 | | | Tirana | | | ALBANIA |
| F.R. Kelly & Co. | 27 Clyde Road | Ballsbridge | | Dublin | | 4 | IRELAND |
| Fasken Martineau DuMoulin SENCRL, srl. | 800 Place Victoria, Bureau 3700 | | | Montreal | Quebec | H4Z 1E9 | Canada |
| Federis & Associates | Suite 2005, 88 Corporate Center | 141 Valero St., Salcedo Village | | Makati City 1226 | | | PHILIPPINES |
| Fitzwilliam, Stone, Furness-Smith & Morgan | 48-50 Sackville Street | | | Port of Spain | | | TRINIDAD & TOBAGO |
| Freshfields Bruckhaus Deringer LLP | Strawinskylaan 10 | 1077 XZ Amsterdam | | | | | The Netherlands |
| Fungateiki Law Firm | Laifone Road, Kolofo'ou | | | Nuku'alofa | | | Kingdom of TONGA |
| G. Breuer | 25 de Mayo 460 | 1002 Buenos Aires | | | | | ARGENTINA |
| Gabriel Patent & Trade Mark Office | Celle Cap. Ravelo No. 2366 | P.O. Box 830 | | La Paz | | | BOLIVIA |
| George C. J. Moore | 105 S. Narcissus Avenue, Suite 812 | | | West Palm Beach | FL | 33401 | |
| Gibson, Dunn & Crutcher LLP | 3161 Michelson Drive | | | Irvine | CA | 92612-4412 | |
| Global Law Associates | G.P.O. Box 57, Ramshah Path | Putalisadak, Kathmandu | | | | | NEPAL |
| Gowling Lafleur Henderson LLP | 120 King Street West | Suite 560 | | Hamilton | ON | L8N 3R4 | CANADA |
| Grünecker, Kinkeldey, Stockmair & Schwanhäusser | Leopoldstrasse 4 | | | München | | 80802 | Germany |
| Guillaume Marchais | Avocat Associé | 4, avenue Hoche | | Paris | | 75008 | France |
| Holec, Zuska & Partneri | Vaclavske namesti 2 – 4 | 110 00 Praha 1 | | | | | CZECH REPUBLIC |
| ICR, LLC | 685 Third Ave | 2nd Floor | | New York | NY | 10017 | |
| INTELS | 1, Vasylkivska St. | Office 304/3 | Kyiv 3040 | | | | Ukraine |
| INTELS | 33/22 s.1, ul, Pokrovka | | | Moscow | | 103062 | RUSSIA |
| Inventa Patent & Trademark Agency | Palisady 50 | 81106 Bratislava 1 | | | | | SLOVAK REPUBLIC |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 4

**Exhibit D**
**OCP Parties First Class Service List**

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| INVESTIP | 1 Bis Yet Kieu Street | P.O. Box 418 | | Hanoi | | | VIETNAM |
| IRIN Patent | 3 Leonardo da Vinci St | Sofia 1124 | | | | | Bulgaria |
| Isshiki & Co. | Rookin-Shinbashi Bldg 3F | 12-7, Shinbashi, 2-Chome | | Minato-Ku, Tokyo | | 105 | JAPAN |
| ITEM Patent & Trademark Agency | Resljeva 16 | | | Ljubljana | | 1000 | SLOVENIA |
| Jauregui y Navarrete | Paseo de Los Tamarindos, 400-B | | | Bosques de Las Lomas | D.F. | | Mexico |
| Jimenez, Molino y Moreno | Cuba Avenue | Between 36 & 37 Street | | | | | REPUBLIC OF PANAMA |
| John Dyrud/Leah Nicols Webster Dyrud Mitchell | Victoria House, The Valley | | | | | | ANGUILLA |
| Johnson Stokes & Master | 16-19th Floors | Prince's Building | 10 Chater Road | | | | Hong Kong |
| Jones Day | 3161 Michelson Dr | | | Irvine | CA | 92612 | |
| Jones Day | 3161 Michelson Drive, Suite 800 | | | Irvine | CA | 92612 | |
| Jones Day | 901 Lakeside Avenue | | | Cleveland | OH | 44114 | |
| Kelsick & Kelsick | Logwood Road, Old Towne | | | | | | MONTSERRAT |
| Khine & Khine Trademarks | No.(162), First Floor, 35 Street | | | Yangon | | | MYANMAR |
| KPMG | 20 Pacifica Ste 700 | | | Irvine | CA | 92618 | |
| Kruse, Enari & Barlow | 2nd Floor, N.P.F. Building | Beach Road, Apia | | | | | SAMOA |
| Lall & Sethi | M-19A, 2nd Floor, South Extension – II | | | New Delhi | | 110 049 | INDIA |
| Law Offices of Julie L. Plisinski | 27762 Antonio Parkway | Suite L1-229 | | Ladera Ranch | CA | 92694 | |
| Liu, Shen & Associates | A0601, Huibin Building No. 8, Beichen Dong St | Chaoyang District | | Beijing | | 100101 | CHINA |
| Marchi & Partners | Via Pirelli 19 | | | Milano | | I-20124 | ITALY |
| Mayer Brown JSM | 16th-19th Floors | Prince's Building | 10 Chater Road | Central, Hong Kong | | | Hong Kong |
| McInnes Cooper | 1300-1969 Upper Water Street | | | Halifax | | S B3J2V1 | Canada |
| Montaury Pimenta | Av. Almirante Barroso, 139, 7° andar | | | Rio de Janeiro | | | Brazil |
| Montaury Pimenta Machado Lioce | Almirante Barroso 139 | 7 andar Centro CEP 20031-005 | | Rio de Janeiro | | | Brazil |
| Mosko & Co | 49 Collins Avenue | | | Nassau | | | Bahamas |
| Mr Delwar Hossain | Bangladesh IP Law Office VIP Road | 35/A Purana Paltan Line, Dhaka 1000 | | | | | Bangladesh |
| Ms. Fiona Hinds | Carrington & Sealy Belmont House | Belmont Road, St Michael | | | | | Barbados |
| Munro Leys & Co | Level 3, Pacific House | Butt Street | | Suva | | | Fiji |
| Nassir Kadasa & Partners | Ibn Katheer Street | | | Riyadh | | 11465 | SAUDI ARABIA |
| Nicholas John & Co | 46 Micoud Street | PO Box 1209 | | Castries | | | SAINT LUCIA |
| O'Melveny & Myers | 610 Newport Center Drive, 17th Floor | | | Newport Beach | CA | 92660 | |
| O'Neil LLP | 19900 MacArthur Blvd, Ste 1050 | | | Irvine | Ca | 92616 | |
| PARASEC | 12631 E Imperial Hwy #212B | | | Santa Fe Springs | CA | 90670 | |
| Patice - IP Law Firm | P.O. Box 8630 | | | Reykjavik 128 | | | ICELAND |
| Pekin & Pekin | Lamartine Caddesi 10 | Taksim 34437 | | Istanbul | | | Turkey |
| Peyman Erginal Advocate | 20, Mustafa Cagatay Avenue | | | Girne | Via Mersin | 10 | Turkey |
| Polservice | P.O. Box 335 | | | Warszawa | | 00-950 | POLAND |
| Popovic Popovic Samardzija & Popovic | Takovska 19 | 11120 Belgrade 35 | | | | | SERBIA AND MONTENEGRO |
| Promes Van Doorne | L. G. Smith Boulevard 62 | | | | | | ARUBA |
| R. Aghababian & Co. | Ave. Djomhoori Islami (Naderi) | Nowbahar Street, No. 18 | | Tehran | | 11354 | IRAN |
| Romero Pineda & Associates | 67 Avenida Sur | Pasaje A #11-C | Colonia Roma | San Salvador | | | El Salvador |
| Rominvent S.A. | 35, E. Pangratti St., 1st Floor | Sector 1 | | Bucharest | | | ROMANIA |
| Rouse & Co International | Suite 601, Wisma Pondok Indah | Jalan Sultan Iskandar Muda Blok - TA | Pondok Indah | Jakarta | | 12310 | INDONESIA |
| RP MACAU – Intellectual Property Services Ltd | No. 6, Travessa da Misericordia | 1st and 2nd Floors 'A' | | | | | MACAU |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 3 of 4

**Exhibit D**
**OCP Parties First Class Service List**

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| SABA & Co | Residence Zerktouni, 4th Fl., Flat No. 7, | 185 Blvd Zerktouni | | Casablanca | | | MOROCCO |
| SALOMONI & ASOCIADOS | P.O. Box 727 | | | | | | Asunción - Paraguay |
| Sanford T. Colb & Co. (AL) | PO Box 2273, Rehovot 76122 | | | Tel-Aviv 64733 | | | ISRAEL |
| Sheppard Mullin Richter & Hampton LLP | 650 Town Center Drive, 4th Floor | | | Costa Mesa | CA | 92626-1993 | |
| Shook Lin & Bok | 20th Floor, Arab-Malaysian Building | 55 Jalan Raja Chulan | 50200 Kuala Lumpur | | | | MALAYSIA |
| SL Consulting | 6805 Lebanon Road | #827 | | Frisco | TX | 75034 | |
| Snell & Wilmer L.L.P. | 600 Anton Boulevard, Suite 1400 | | | Costa Mesa | CA | 92626 | |
| Soerensen Garcia Advogados Associados | Rua da Quitanda, 187 – 8º andar | | | Rio de Janeiro | | 20091-005 | Brasil |
| Spoor & Fisher | P.O. Box 281, St Helier | | | | | JE4 9TW | JERSEY |
| Sprenger Kolzoff Ospelt | Postfach 183 | Austrasse 27 | | FL-9490 | Vaduz | | LIECHTENSTEIN |
| Surinaamse Trustmaatschappij N.V. | Maatschappij N.V. | Gravenstraat 26-30 | | Paramaribo | | | SURINAME |
| Taedonggang Patent and Trademark Law Office | Kangan 2-Dong, Songyo District | | | Pyongyang | DPR | | KOREA |
| TANA N.V. | Svarcova 2 | HR-10000 | | | Zagreb | | Croatia |
| Tandbergs Patentkontor A/S | Uranienborg Terrasse 19 | | | Oslo | | 0306 | NORWAY |
| Theodorides, P. D. & Papaconstantinou, H.G | 2 Coumbari Street | Athens 106 74 | | | | | Greece |
| Thu Anh Nguyen/Le Quang Minh, Investip | 1 Bis Yet Kieu Street | P.O. Box 418 | | Hanoi | | | VIETNAM |
| Trademarks Department | Cameron and Shepard | 2 Avenue of the Republic | | Georgetown | | | Guyana |
| Troncoso y Caceres | Socorro Sanchez 253 | Apartado Postal 1182 | Santo Domingo, | | | | Republic of DOMINICA |
| United Trade Mark and Patent Services | Top Floor, West End Building | 61- The Mall Road | | Lahore | | 54000 | PAKISTAN |
| Veira, Grant & Associates | 3 Church Street | Basseterre | | | | | St KITTS & NEVIS |
| Vic C.Y. Shen/C.V. Chen, Lee and Li | 7th Floor | No. 201 Tun Hua North Road | | Taipei | R.O.C | 105 | TAIWAN |
| Webber Wentzel Bowens | P.O. Box 61771 | | | Marshalltown | | 2107 | SOUTH AFRICA |
| Y.P. Lee, Mock & Partners | The Cheonghwa Building | 1571-18 Seocho-Dong, Seocho-gu, Seoul, 137-874 | | | | | REPUBLIC OF KOREA |
| Yusuf Nazroo, Georges Andre Robert | 8 Georges Guibert Street | Port Louis | | | | | MAURITIUS |

# EXHIBIT E

**Exhibit E**
**OCP Parties First Class Service List**

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Adriana Villalba, Marcas/Trademarks Department | Abente Stewart - Abogados | El Dorado Nro. 212 | C.P. 1586 | Asuncion | | | Paraguay |
| John & Kernick (Bowman Gilfillan, Inc.) | Halfway House 1685 | PO Box 3511 | | Guateng | | 1685 | South Africa |
| Watch Service, Saegis & IP Master | Thomson IP Management Services | 30200 Telegraph Road | Suite 300 | Bingham Farms | MI | 48025 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1