# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **QUIKSILVER, INC.,** *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No.: 15-11880 (BLS) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, Banc of America Leasing & Capital, LLC ("BALC"), secured creditor, by its attorneys, the law firm of Parker, Milliken, Clark, O'Hara & Samuelian , appears in this matter pursuant to Bankruptcy Rules 2002, and 9010 and section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and requests that all notice given or required to be given in this case herein or in any related adversary proceeding, be given and served upon BALC through service on its attorneys Parker, Milliken, Clark, O'Hara & Samuelian at the address, telephone, and facsimile numbers set forth below:

**PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN**
**Attn: Thomas E. Shuck, Esq.**
**555 S. Flower St., 30th Fl.**
**Los Angeles, CA 90071-2440**
**Telephone: (213) 683-6500**
**Facsimile: (213) 683-6669**
**E-mail:  tshuck@pmcos.com;**
**malvarado@pmcos.com**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), QS Optics, Inc. (2493), Quiksilver Wetsuits, Inc. (9599), Mt. Waimea, Inc. (5846), Quiksilver Entertainment, Inc. (9667), DC Shoes, Inc. (0965), DC Direct, Inc. (8364), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), and QS Retail, Inc. (0505). The address of the Debtors' corporate headquarters is 15202 Graham Street, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.  This notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 24, 2015

**PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN**

By:     */s/ Thomas E. Shuck*
         **THOMAS E. SHUCK**

**555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
E-mail: tshuck@pmcos.com
Attorneys for BANC OF AMERICA LEASING & CAPITAL, LLC**