IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| QUIKSILVER, INC, *et al.*,[1] | ) Case No. 15-11880 (BLS) |
| Debtors. | ) (Jointly Administered) |

## APPLICATION FOR DELAWARE COUNSEL TO APPEAR
## PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Donald K. Ludman, respectfully request the approval of this Court to appear in the above-captioned cases on behalf of SAP Industries, Inc. and its affiliates, pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware.

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.

I do not maintain an office for the practice of law in the District of Delaware. My office is located in Woodbury, New Jersey at the address indicated below.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2483999.v1

I respectfully request that the Court enter the proposed order approving my appearance in this proceeding pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

|  |  |
|---|---|
|  | **BROWN & CONNERY, LLP** |
| Dated: September 24, 2015 | /s/ Donald K. Ludman |
|  | Donald K. Ludman (DE Bar No. 4015) |
|  | 6 North Broad Street, Suite 100 |
|  | Woodbury, NJ 08096 |
|  | (856) 812-8900 |
|  | (856) 853-9933 (fax) |
|  | dludman@brownconnery.com |
|  | *Attorneys for SAP Industries, Inc.* |