# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| QUIKSILVER, INC, *et al.*,[1] | ) Case No. 15-11880 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related Docket No. ___** |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Donald K. Ludman to appear in the above-captioned cases on behalf of SAP Industries, Inc. and its affiliates, pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Donald K. Ludman may appear in the above-captioned cases pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

Dated: _____, 2015

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.