IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of **WESTFIELD, LLC** its affiliate **ANNAPOLIS MALL OWNER LLC**, as landlords, creditors and parties-in-interest in the above-captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

> Andrew Cole, Esq.
> LeClairRyan, a Professional Corporation
> 800 North King Street, Suite 303
> Wilmington, DE 19801
> Tel: 302.394.6816
> Fax: 410.224-0098
> E-mail: andrew.cole@leclairryan.com

> and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksiler Wetsuits, Inc. (9599).

      Niclas A. Ferland, Esq.
      Ilan Markus, Esq.
      LeClairRyan, a Professional Corporation
      545 Long Wharf Drive, 9th Floor
      New Haven, CT 06511
      Telephone: (203) 672-3211
      Facsimile: (203) 672-3232
      Email: niclas.ferland@leclairryan.com
            ilan.markus@leclairryan.com

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the names and address set forth above be added to any short list in this case.

Dated: September 25, 2015
       Wilmington, Delaware

              **LeCLAIRRYAN, a Professional Corporation**

      /s/ Andrew Cole
      Andrew Cole (#5712)
      LeClairRyan, a Professional Corporation
      800 North King Street, Suite 303
      Wilmington, DE 19801
      Tel: 302.394.6816
      Fax: 410.224.0098
      E-mail: andrew.cole@leclairryan.com

      Counsel to:    Westfield, LLC and Annapolis Mall Owner LLC