IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEPOSITION OF DURC SAVINI

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this matter by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel will take the deposition upon oral examination of **Durc Savini of Peter J. Solomon Company**, commencing on October 1, 2015 or October 2, 2015 at a time to be determined at the offices of Cooley LLP, 1114 Avenue of the Americas, New York, New York, 10036, or such other place as the parties may agree.

The deposition will be conducted under oath before a court reporter, notary public, or other person authorized by law to administer oaths and take depositions. The deposition will be recorded by stenographic or videographic means, and will continue from time to time until complete or adjourned.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02779634v1}
121895673 v1

Dated: September 25, 2015
      Wilmington, Delaware

                              BAYARD, P.A.

                              */s/ Justin R. Alberto*
                              Justin R. Alberto (No. 5126)
                              222 Delaware Avenue, Suite 900
                              Wilmington, Delaware 19801
                              Telephone: (302) 655-5000
                              Facsimile: (302) 658-6395
                              Email: jalberto@bayardlaw.com

                                     -and-

COOLEY LLP
Ian Shapiro
Michael Berkovits
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: ishapiro@cooley.com
            mberkovits@cooley.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*