**CERTIFICATE OF SERVICE**

I, Justin R. Alberto, hereby certify that on this 25th day of September, 2015, I caused a copy of the **Notice to Take Deposition of Durc Savini** to be served on the parties listed below in the manners indicated.

**U.S. First Class Mail & Electronic Mail:**
Skadden, Arps, Slate, Meagher
& Flom LLP
Van C. Durrer, II, Esq.
Annie Z. Li, Esq.
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: van.durrer@skadden.com
　　　　annie.li@skadden.com

Skadden, Arps, Slate, Meagher
& Flom LLP
Dain A. De Souza, Esq.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Email: dain.desouza@skadden.com

**U.S. First Class Mail:**
United States Trustee for the
District of Delaware
Mark S. Kenney, Esq.
844 King Street, Suite 2207
Lockbox #35, Wilmington, DE19899

　　　　　　　　　　　　　　　　　　　　　*/s/ Justin R. Alberto*
　　　　　　　　　　　　　　　　　　　　　Justin R. Alberto (No. 5126)

{BAY:02779657v1}