IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF MATTHEW WILSON

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this matter by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel will take the deposition upon oral examination of **Matthew Wilson of Oaktree Capital Management, L.P.**, commencing on October 1, 2015 or October 2, 2015 at a time to be determined at the offices of Cooley LLP, 1114 Avenue of the Americas, New York, New York, 10036, or such other place as the parties may agree.

The deposition will be conducted under oath before a court reporter, notary public, or other person authorized by law to administer oaths and take depositions. The deposition will be recorded by stenographic or videographic means, and will continue from time to time until complete or adjourned.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: September 25, 2015
      Wilmington, Delaware

                                  BAYARD, P.A.

                                  */s/ Justin R. Alberto*
                                  Justin R. Alberto (No. 5126)
                                  222 Delaware Avenue, Suite 900
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 655-5000
                                  Facsimile: (302) 658-6395
                                  Email: jalberto@bayardlaw.com

                                          -and-

                                  COOLEY LLP
                                  Ian Shapiro
                                  Michael Berkovits
                                  1114 Avenue of the Americas
                                  New York, New York 10036
                                  Telephone: (212) 479-6000
                                  Facsimile: (212) 479-6275
                                  Email: ishapiro@cooley.com
                                            mberkovits@cooley.com

                                  *Proposed Co-Counsel for the Official*
                                  *Committee of Unsecured Creditors*