**CERTIFICATE OF SERVICE**

I, Justin R. Alberto, hereby certify that on this 25th day of September, 2015, I caused a copy of the **Notice to Take Deposition of Matthew Wilson** to be served on the parties listed below in the manners indicated.

**U.S. First Class Mail & Electronic Mail:**
Kirkland & Ellis LLP
W. Benjamin Winger, Esq.
Ross M. Kwasteniet, Esq.
Patrick J. Nash, Jr., P.C.
300 North LaSalle
Chicago, IL 60654
Email: benjamin.winger@kirkland.com
ross.kwasteniet@kirkland.com
patrick.nash@kirkland.com

**U.S. First Class Mail:**
United States Trustee for the
District of Delaware
Mark S. Kenney, Esq.
844 King Street, Suite 2207
Lockbox #35, Wilmington, DE19899

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)

{BAY:02779660v1}