# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on September 25, 2015, the Official Committee of Unsecured Creditors, by and through its proposed undersigned counsel, served copies of *The Official Committee of Unsecured Creditors' First Request to Oaktree Capital Management, L.P. for Production of Documents* on the parties listed below in the manner(s) indicated:

| **U.S. First Class Mail & Electronic Mail**: | **U.S. First Class Mail:** |
|---|---|
| Patrick J. Nash, Jr., P.C. | Mark S. Kenney, Esq. |
| Ross M. Kwasteniet, Esq. | *Office of the United States Trustee* |
| W. Benjamin Winger, Esq. | 844 King Street, Suite 2207 |
| *Kirkland & Ellis LLP* | Lockbox #35 |
| 300 North LaSalle | Wilmington, Delaware 19899 |
| Chicago, Illinois 60654 | |
| Email: patrick.nash@kirkland.com | |
| ross.kwasteniet@kirkland.com | |
| benjamin.winger@kirkland.com | |

Dated:  September 25, 2015
Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email: jalberto@bayardlaw.com

{BAY:02779700v1}

-and-

COOLEY LLP
Ian Shapiro
Michael Berkovits
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: ishapiro@cooley.com
   mberkovits@cooley.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*