### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on September 25, 2015, the Official Committee of Unsecured Creditors, by and through its proposed undersigned counsel, served copies of *The Official Committee of Unsecured Creditors' First Request to the Debtors for Production of Documents* on the parties listed below in the manner(s) indicated:

| **U.S. First Class Mail & Electronic Mail**: | **U.S. First Class Mail & Electronic Mail**: |
|---|---|
| Van C. Durrer, II, Esq. | Dain A. De Souza, Esq. |
| Annie Z. Li, Esq. | *Skadden, Arps, Slate, Meagher* |
| *Skadden, Arps, Slate, Meagher* | *& Flom LLP* |
| *& Flom LLP* | One Rodney Square |
| 300 South Grand Avenue, Suite 3400 | 920 N. King Street |
| Los Angeles, California 90071 | Wilmington, Delaware 19801 |
| Email: van.durrer@skadden.com | Email: dain.desouza@skadden.com |
|        annie.li@skadden.com | |
| **U.S. First Class Mail:** | |
| Mark S. Kenney, Esq. | |
| *Office of the United States Trustee* | |
| 844 King Street, Suite 2207 | |
| Lockbox #35 | |
| Wilmington, Delaware 19899 | |

Dated:  September 25, 2015
       Wilmington, Delaware                  BAYARD, P.A.

                                             */s/ Justin R. Alberto*
                                             Justin R. Alberto (No. 5126)
                                             222 Delaware Avenue, Suite 900
                                             Wilmington, Delaware 19801
                                             Telephone:  (302) 655-5000
                                             Facsimile:  (302) 658-6395
                                             Email: jalberto@bayardlaw.com

                                                      -and-

        COOLEY LLP
        Ian Shapiro
        Michael Berkovits
        1114 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 479-6000
        Facsimile: (212) 479-6275
        Email: ishapiro@cooley.com
               mberkovits@cooley.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*