# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF MICHAEL CLARKE

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this matter by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel will take the deposition upon oral examination of **Michael Clarke of the Strategy Review Committee of the Board of Directors of Quiksilver Inc.**, commencing on October 5, 2015 at a time to be determined, in Delaware or at the offices of Cooley LLP, 1114 Avenue of the Americas, New York, New York, 10036.

The deposition will be conducted under oath before a court reporter, notary public, or other person authorized by law to administer oaths and take depositions. The deposition will be recorded by stenographic or videographic means, and will continue from time to time until complete or adjourned.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02779634v1}
121895673 v1

Dated:  September 27, 2015
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email: jalberto@bayardlaw.com

-and-

COOLEY LLP
Ian Shapiro
Michael Berkovits
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: ishapiro@cooley.com
       mberkovits@cooley.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*