**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Quiksilver, Inc., *et al.* | : | Case No. 15-11880 (BLS) |
| | : | |
| | : | AMENDED* NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |
| --------------------------------- | : | |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **U.S. Bank National Association, as Indenture Trustee,** Attn: Justin Shearer, Global Corporate Trust Services, 100 Wall Street, Suite 1600, New York, NY 10005, Phone: 212-951-8529, Fax: 212-514-6841

2. **New Generation Advisors, LLC.**, Attn: Baily Dent, 13 Elm Street, Manchester MA 01944, Phone 978-704-6203, Fax: 978-704-6210

3. **Samil Tong Sang, Co.**, Attn: Ian Im, 18-130 Gangdong-Dong, Busan, 13 618-800, South Korea, Phone: 82-51-973-3351, Fax: 82-51-973-6756

4. **Simon Property Group, Inc.,** Attn: Ronald M. Tucker, 225 West Washington, Street, Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

5. **Global Brands Group**, Attn: Martin Leder, 12 Princeton Dr, Tappan, NY 10903, Phone: 845-365-3577

6. **T. Rowe Price Credit Opportunities Fund**, c/o T. Rowe Price Associates, Inc., Attn: Andrew Baek, 100 E. Pratt Street, Baltimore, MD 21202, Phone: 410-345-2091, Fax: 410-345-6575

7. **Wilfrid Global Opportunity Fund**, c/o Wilfrid Aubrey LLC, Attn: Nicholas Walsh, 465 Lexington Avenue, Suite 10174, Phone: 212-675-4906, Fax: 212-675-3626.


                                            ANDREW W. VARA
                                            Acting United States Trustee, Region 3


                                            /s/ Mark S. Kenney for
                                            T. PATRICK TINKER
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: September 28, 2015

*Amended to add T. Rowe Price Credit Opportunities Fund and Wilfrid Global Opportunity Fund.

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Dain A. DeSouza, Esquire, Phone: (302) 651-3133, Fax: (302) 574-3133