## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>QUIKSILVER, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on September 27, 2015, the Official Committee of Unsecured Creditors, by and through its proposed undersigned counsel, served copies of *The Official Committee of Unsecured Creditors' First Request to Andrew Sweet for Production of Documents* on the parties listed below in the manner(s) indicated:

| **U.S. First Class Mail & Electronic Mail**:<br>Van C. Durrer, II, Esq.<br>Jason D. Russell, Esq.<br>Annie Z. Li, Esq.<br>*Skadden, Arps, Slate, Meagher*<br>*& Flom LLP*<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Email: van.durrer@skadden.com<br>         jason.russell@skadden.com<br>         annie.li@skadden.com | **U.S. First Class Mail & Electronic Mail**:<br>Mark S. Chehi, Esq.<br>Dain A. De Souza, Esq.<br>*Skadden, Arps, Slate, Meagher*<br>*& Flom LLP*<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Email:  mark.chehi@skadden.com<br>           dain.desouza@skadden.com |
| **U.S. First Class Mail:**<br>Mark S. Kenney, Esq.<br>*Office of the United States Trustee*<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware 19899 | Patrick J. Nash, Jr., P.C.<br>Barack S. Echols, Esq.<br>*Kirkland & Ellis LLP*<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email: patrick.nash@kirkland.com<br>           bechols@kirland.com |

Dated:  September 28, 2015
         Wilmington, Delaware                                    BAYARD, P.A.

{BAY:02779907v1}

        */s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com

      -and-

COOLEY LLP
Ian Shapiro
Michael Berkovits
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: ishapiro@cooley.com
       mberkovits@cooley.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*