# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on September 27, 2015, the Official Committee of Unsecured Creditors, by and through its proposed undersigned counsel, served copies of *The Official Committee of Unsecured Creditors' First Request to Joseph Berardino for Production of Documents* on the parties listed below in the manner(s) indicated:

| **U.S. First Class Mail & Electronic Mail**: <br> Van C. Durrer, II, Esq. <br> Jason D. Russell, Esq. <br> Annie Z. Li, Esq. <br> *Skadden, Arps, Slate, Meagher* <br> *& Flom LLP* <br> 300 South Grand Avenue, Suite 3400 <br> Los Angeles, California 90071 <br> Email: van.durrer@skadden.com <br>         jason.russell@skadden.com <br>         annie.li@skadden.com | **U.S. First Class Mail & Electronic Mail**: <br> Mark S. Chehi, Esq. <br> Dain A. De Souza, Esq. <br> *Skadden, Arps, Slate, Meagher* <br> *& Flom LLP* <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, Delaware 19801 <br> Email:  mark.chehi@skadden.com <br>           dain.desouza@skadden.com |
| --- | --- |
| **U.S. First Class Mail:** <br> Mark S. Kenney, Esq. <br> *Office of the United States Trustee* <br> 844 King Street, Suite 2207 <br> Lockbox #35 <br> Wilmington, Delaware 19899 | Patrick J. Nash, Jr., P.C. <br> Barack S. Echols, Esq. <br> *Kirkland & Ellis LLP* <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> Email: patrick.nash@kirkland.com <br>           bechols@kirland.com |

Dated:  September 28, 2015
        Wilmington, Delaware                    BAYARD, P.A.

{BAY:02779909v1}

/s/ *Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email: jalberto@bayardlaw.com

-and-

COOLEY LLP
Ian Shapiro
Michael Berkovits
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: ishapiro@cooley.com
          mberkovits@cooley.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*