ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 15-11880 (BLS) |
|---|---|
| QUIKSILVER, INC., et al., | (Chapter 11) |
| | (Jointly Administered) |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the law firm of Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership LLP ("Goodsill"), hereby enters its appearance on behalf of QUEENS' MARKET, LLC ("Queens Market"), creditor and party-in-interest herein, pursuant to § 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Pursuant to Rules 1009, 2002, 3013, 3017, 4001, 6004, 6006, 9007, 9019 and 9022 and other applicable Bankruptcy Rules and Rules 3017-1, and 9013-1 of the Local Bankruptcy Rules, the foregoing creditor and party-in-interest requests that all notices given or required to be given in this case and all papers served or required to be served in this case upon Queens Market be given to and served upon:

5500536.1

Johnathan C. Bolton, Esq.
GOODSILL ANDERSON QUINN & STIFEL
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880
e-mail: jbolton@goodsill.com

In addition thereto, the foregoing creditor and party-in-interest request, pursuant to the applicable Bankruptcy Rules and Local Bankruptcy Rules, that all requests, demands, motions, petitions, applications, complaints, stipulations, orders, disclosure statements, plans and other pleadings, papers and any notices thereof which affect or seek to affect in any way any of the rights or interests of any creditor or other party-in-interest in this case, including but without limitation, the foregoing creditor and party-in-interest, with respect to the debtor or any property of the debtor or of the debtor's estate be given to and served upon the persons noted above at the addresses set forth above.

PLEASE TAKE FURTHER NOTICE that request is also made that the above be added to the Official Service List for notices of all contested matters, adversary proceedings and other proceedings in the Chapter 11 case.

Nothing herein or otherwise, including but without limitation any later appearance, pleading, claim or action, is intended or shall be deemed to be a waiver, release or modification by the foregoing creditor and party-in-interest of its (a) right to

have final orders in constitutionally noncore matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which the foregoing creditor and party-in-interest is or may be entitled, all of which are hereby expressly reserved and preserved.

DATED:  Honolulu, Hawai'i, September 22, 2015.

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

_____
Johnathan C. Bolton, Esq.
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone:  (808) 547-5600
Facsimile:   (808) 547-5880
Email: jbolton@goodsill.com

Attorneys for Creditor
QUEENS' MARKET, LLC