UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter  11

                                          Case No.  15 - 11880  (     )

Debtor:  Quiksilver, Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Zi C. Lin

to represent  Travel Plus International, LLC.

in this action.

                                          Zi C. Lin

                                          Firm Name:  Garrett & Tully, P.C.
                                          Address:    225 S. Lake Ave., Ste 1400
                                                      Pasadena, CA  91101
                                          Phone:      (626) 577-9500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  California  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                          Zi C. Lin

                                                      Garrett & Tully, P.C.
                                          Firm Name:  225 S. Lake Ave., Ste 1400
                                          Address:    Pasadena, CA  91101
                                          Phone:      (626) 577-9500

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 29th, 2015                BRENDAN L. SHANNON
Wilmington, Delaware                       UNITED STATES BANKRUPTCY JUDGE