**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., et al., | : | Case No.: 15-11880 (BLS) |
| | : | |
| Debtors. | : | (Joint Administration Pending) |
| | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John A. Morris, of Pachulski Stang Ziehl & Jones LLP, to represent the Debtors in the above-captioned cases and any related adversary proceedings.

Dated: September 18, 2015    */s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: September 29th, 2015**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:201761.1 72779/001

2

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

        Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as member of the bar of the State of New York; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 18, 2015

                                              */s/ John A. Morris*
                                              John A. Morris
                                              Pachulski Stang Ziehl & Jones LLP
                                              780 Third Avenue
                                              36th Floor
                                              New York, NY  10017-2024
                                              Telephone:  212.561.7700
                                              Email:  jmorris@pszjlaw.com