IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Quiksilver, Inc., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No.: 15-11880 (BLS)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Cathy Hershcopf, Esquire to represent the Official Committee of Unsecured Creditors, in the above-captioned cases.

Dated: September 22, 2015  
       Wilmington, Delaware

*/s/ Justin R. Alberto*  
Justin R. Alberto (No. 5126)  
BAYARD, P.A.  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395  
Email: jalberto@bayardlaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Cathy Hershcopf*  
Cathy Hershcopf  
COOLEY LLP  
1114 Avenue of the Americas  
New York, New York 01136  
Telephone: (212) 479-6000  
Facsimile: (212) 479-6275  
Email: chershcopf@cooley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: September 29th, 2015**  
**Wilmington, Delaware**

BRENDAN L. SHANNON  
UNITED STATES BANKRUPTCY JUDGE