## SCHEDULE A

### Store Locations

| **Landlord** | **Store** | **Shopping Center** | **City, State** |
|---|---|---|---|
| Federal | 510 | Westgate Center | San Jose, CA |
| Federal | 702 | Crow Canyon Commons | San Roman, CA |
| Federal | 703 | Ellisburg S/C | Cherry Hill, NJ |
| Federal | 704 | Crossroads S/C | Highland Park, IL |
| Federal | 705 | Finley Square S/C | Downers Grove, IL |
| Federal | 706 | Lawrence Park S/C | Broomall, PA |
| Federal | 707 | Andorra S/C | Philadelphia, PA |
| Federal | 708 | Bristol Plaza | Bristol, CT |
| Federal | 709 | Pike 7 Plaza | Vienna, VA |
| Federal | 710 | Graham Park Plaza | Falls Church, VA |
| Federal | 711 | Eastgate | Chapel Hill, NC |
| Federal | 712 | 29th Place | Charlottsville, VA |
| GGP | 123 | Glendale Galleria | Glendale, CA |
| GGP | Unknown | Whalers Village (3 Leases) | Lahaina, HI |