IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | : | Case No. 15-11880 (BLS) |
| Debtors. | : | (Jointly Administered) |

NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the attorneys listed below hereby appear as counsel for the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"). Under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), the Committee requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| Michael S. Stamer, Esq. | David B. Stratton, Esq. |
| Meredith A. Lahaie, Esq. | David M. Fournier, Esq. |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | John H. Schanne II, Esq. |
| One Bryant Park | **PEPPER HAMILTON LLP** |
| Bank of America Tower | Hercules Plaza, Suite 5100 |
| New York, New York 10036-6745 | 1313 N. Market Street |
| Telephone: (212) 872-1000 | Wilmington, Delaware 19899-1709 |
| Facsimile: (212) 872-1002 | Telephone: (302) 777-6500 |
| E-mail: mstamer@akingump.com | Facsimile: (302) 421-8390 |
|          mlahaie@akingump.com | E-mail: strattod@pepperlaw.com |
| | fournierd@pepperlaw.com |
| | schannej@pepperlaw.com |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of the Committee or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of the Committee or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Committee or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: September 29, 2015<br>Wilmington, Delaware | **PEPPER HAMILTON LLP**<br><br> /s/ John H. Schanne II<br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>John H. Schanne II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware  19899-1709<br>Telephone:     (302) 777-6500<br>Facsimile:      (302) 421-8390<br>E-mail:           strattod@pepperlaw.com<br>                      fournierd@pepperlaw.com<br>                      schannej@pepperlaw.com<br><br>-AND-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Michael S. Stamer (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>One Bryant Park<br>Bank of America Tower<br>New York, New York  10036-6745<br>Telephone:     (212) 872-1000<br>Facsimile:      (212) 872-1002<br>E-mail:           mstamer@akingump.com<br>                      mlahaie@akingump.com<br><br>PROPOSED ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |