## CERTIFICATE OF SERVICE

I, John H. Schanne II, hereby certify that on the 29th day of September, 2015, I served or caused to be served the foregoing **Notice of Entry of Appearance and Demand for Notices and Papers** upon the following persons via U.S. first-class mail, postage fully pre-paid, or as indicated below.

Dain A. De Souza, Esq.
Van C. Durrer, II, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801

Albert Kass
Kurtzman Carson Consultants, LLC
2335 Alaska Ave
El Segundo, CA 90245

Mark S. Kenney, Esq.
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801

/s/ John H. Schanne II
John H. Schanne II (DE No. 5260)

#35726046 v1