IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
QUIKSILVER, INC., et al.,                           :    Case No. 15-11880 (BLS)
                                                    :
      Debtors.                                   :    (Jointly Administered)
                                                    :
                                                    :    Hearing Date: October 6, 2015, at 10:00 a.m. ET
                                                    :    Objection Deadline: September 29, 2015, at 4:00 pm
                                                    :    ET
                                                    :    Related to Docket No. 26, 87
----------------------------------------------------x

**JOINDER OF THE MACERICH COMPANY AND BOULEVARD INVEST, LLC IN OBJECTION OF FEDERAL REALTY INVESTMENT TRUST AND GGP LIMITED PARTNERSHIP TO DEBTORS' MOTION FOR ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 365(a) AND 554, BANKRUPTCY RULES 6006 AND 9014, AND LOCAL BANKRUPTCY RULE 9013-1 AUTHORIZING AND APPROVING PROCEDURES FOR REJECTION OF EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES</u>**

TO THE HONORABLE BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE:

      The Macerich Company and Boulevard Invest, LLC (hereinafter, "<u>Landlords</u>"), by and through its undersigned attorneys, hereby joins in the *Objection of Federal Realty Investment Trust and GGP Limited Partnership to Debtors' Motion for Order, Pursuant to Bankruptcy Code Sections 105, 365(a) and 554, Bankruptcy Rules 6006 and 9014, And Local Bankruptcy Rule 9013-1 Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases* [Doc. 26] (the "<u>Objection</u>"), and in support thereof, states as follows:

      1.    Landlords are the owners or agents for the owners of certain nonresidential real property located on Schedule A hereto, in which Debtors operate retail stores (the "<u>Premises</u>") pursuant to written unexpired lease agreements of nonresidential real property (the "<u>Leases</u>"), which are affected by the relief sought in the Motion.

2. By the Motion, Debtors seek approval of procedures whereby they may reject one or more leases, without further order of court, as well as procedures for the abandonment of certain property located at Debtors' leaseholds (the "Rejection Procedures").

### Joinder

3. Landlords hereby join in the aforesaid Objection, requests the same relief as set forth therein, and prays for such other and further relief as the Court deems appropriate.

4. Landlords hereby further join in any further objections filed by Debtors' other landlords to the extent that such objections are not inconsistent with the relief requested in the aforementioned Objection.

### Reservation of Rights

5. Landlords reserve the right to make such other and further objections as may be appropriate.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: September 29, 2015<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Matthew G. Summers, Esquire (No. 5533)<br>Leslie C. Heilman, Esquire (No. 4716)<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-4465<br>Facsimile:  (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>          heilmanl@ballardspahr.com<br><br>        and<br><br>Dustin P. Branch, Esquire<br>Jessica Mickelsen Simon, Esquire<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Telephone: (310) 788-4400<br>Facsimile: (310) 788-4471<br>E-mail: dustin.branch@kattenlaw.com<br>          jessica.mickelsensimon@kattenlaw.com<br><br>*Counsel for The Macerich Company and Boulevard Invest, LLC* |