## SCHEDULE A

| | | |
|---|---|---|
| **The Macerich Company** || |
| Store No. ____ | Fashion Outlet of Chicago | Chicago, IL |
| **Boulevard Invest, LLC** || |
| Store No. ____ | Miracle Mile Shops | Las Vegas, NV |