## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire, hereby certify that on this 29th day of September, 2015, I caused a true and correct copy of the foregoing Joinder of the Macerich Company and Boulevard Invest, LLC in Objection of Federal Realty Investment Trust and GGP Limited Partnership to Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365(a) and 554 of the Bankruptcy Code, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 9013-1 Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases to be served on the addressees listed on the attached service list the manner indicated.

Dated: September 29, 2015
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)

## SERVICE LIST

**Via Hand Delivery:**

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
*Proposed Counsel for Debtors and Debtors in Possession*

Dain A. De Souza, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801
*Proposed Counsel for Debtors and Debtors in Possession*

Robert J. Dehney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor,
P.O. Box 1347
Wilmington, Delaware 19899-1347
*Counsel to the Agent for the Debtors' Postpetition Term Loan Facility*

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice, LLP,
222 Delaware Avenue, Suite 1501,
Wilmington, Delaware 19801,
*Counsel to the Agent for the Debtors' Prepetition and Postpetition Secured ABL Facilities*

Mark Kenney, Esq.
Office of the United States Trustee
for the District of Delaware,
844 King Street, Suite 2207, Lockbox 35,
Wilmington, Delaware 19801,

Justin R. Alberto, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
*Counsel for the Official Committee of Unsecured Creditors*

**Via First Class U.S. Mail:**

Van C. Durrer, II, Esq.
Annie Z. Li, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP,
300 South Grand Avenue, Suite 3400, Los Angeles, California 90071,
*Proposed Counsel for Debtors and Debtors in Possession*

John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
55 North Wacker Drive
Chicago, Illinois 60606
*Proposed Counsel for Debtors and Debtors in Possession*

Patrick J. Nash, Jr.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654,
*Counsel to the Agent for the Debtors' Postpetition Term Loan Facility*

David S. Berman, Esq.
Reimer & Braunstein LLP,
Three Center Plaza,
Boston, Massachusetts 02108
*Counsel to the Agent for the Debtors' Prepetition and Postpetition Secured ABL Facilities*

Steven E. Fox, Esq.
Reimer & Braunstein LLP
Times Square Tower
Seven Times Square, Suite 2506,
New York, New York 10036,
*Counsel to the Agent for the Debtors' Prepetition and Postpetition Secured ABL Facilities*

U.S. Bank National Association
Attn: Justin L. Shearer, Vice President
Global Corporate Trust Services,
100 Wall Street,
New York, New York 10005,
*Agent for the Debtors' Prepetition senior Secured Notes and Prepetition Senior Unsecured Notes*

Cathy Hershcopf, Esq.
Jay R. Indyke, Esq.
Seth Van Aalten, Esq.
Robert Winning, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, New York 10036
*Counsel for the Official Committee of Unsecured Creditors*

DMEAST #22896824 v1