Hearing Date & Time: 10/6/15 @ 10:00 a.m.<br>
Related Document Nos: 26 & 180

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| QUIKSILVER, INC., et al. | ) | |
| | ) | Case No. 15-11880-BLS |
| Debtors. | ) | Jointly Administered |
| | ) | |

# THE TAUBMAN LANDLORDS' JOINDER IN THE OBJECTION OF FEDERAL REALTY INVESTMENT TRUST AND GGP LIMITED PARTNERSHIP [RELATED DOCUMENT #180] TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND APPROVING PROCEDURES FOR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES [RELATED DOCUMENT #26]

The Taubman Landlords,[1] by their counsel, Andrew S. Conway, and Cooch & Taylor, P.A. by Susan E. Kaufman, hereby joins in the objection of the Federal Realty Investment Trust and GGP Limited Partnership [Related Document #180] to Debtors' Motion for an Order Authorizing and Approving Procedures for Rejection of Executory Contracts And Unexpired Leases [Related Document #26] for the reasons stated in that objection.

Dated: September 29, 2015

Andrew S. Conway
Attorney for The Taubman Landlords
By:    /s/ Andrew S. Conway
Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
(248) 258-7427
Aconway@taubman.com

and

Cooch & Taylor, P.A.
Local Counsel for The Taubman Landlords
By:    /s/ Susan E. Kaufman
Susan E. Kaufman (DSB 3381)
1000 West Street, 10th Floor
Brandywine Building
PO Box 1680
Wilmington, DE 19899-1680
(302) 984-3800 Tel
(302) 984-3939 Fax
skaufman@coochtaylor.com

---

[1] The Taubman Landlords are a group of individual entities that own and/or manage various regional retail shopping centers which for purposes of this Objection include the following: Dolphin Mall Associates LLC, commonly known as Dolphin Mall, located in Miami, Florida (debtors' store #861); and Taubman Auburn Hills Associates Limited Partnership, commonly known as Great Lakes Crossing Outlets, located in Auburn Hills (debtors' store #876).

23855(0.1)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **QUIKSILVER, INC., et al.** | ) | |
| | ) | **Case No. 15-11880-BLS** |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

### CERTIFICATE OF SERVICE

STATE OF MICHIGAN  )
                   )ss.
COUNTY OF OAKLAND  )

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on September 29, 2015, she served copies of **The Taubman Landlords' Joinder in the Objection of Federal Realty Investment Trust and GGP Limited Partnership [Related Document #180] to Debtors' Motion for an Order Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases [Related Document #26] and this Certificate of Service** by Notice of Electronic Filing and/or by depositing in a UPS receptacle located in Bloomfield Hills, Michigan, on the following persons and all parties involved in this case:

Dain A. DeSouza, Esq.
Skadden Arps Slate Meagher & Flom LLP
920 N. King Street, PO Box 636
Wilmington, DE 19801

Mark S. Kenney
US Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

/s/ Susan K. Link
Susan K. Link

Subscribed and sworn to before me
on this 29th day of September, 2015
/s/ Deann Lynett Iloncai
Deann Lynett Iloncai, Notary Public
Lapeer County, Michigan
My commission expires: 3/23/21
Acting in Oakland County, MI

23855(0.1)