UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| QUIKSILVER, INC., *et al*, ) | |
| . ) | Case No. 15-11880 (BLS) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | |

**JOINDER OF SIMON PROPERTY GROUP, INC. TO FEDERAL REALTY INVESTMENT TRUST AND GGP LIMITED PARTNERSHIP OBJECTION TO DEBTORS' MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105, 365(a) AND 554, BANKRUPTCY RULES 6006 AND 9014, AND LOCAL BANKRUPTCY RULE 9013-1 AUTORIZING AND APPROVING PROCEDURES FOR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Comes now, Simon Property Group, Inc. and its related entities ("Simon"), through its undersigned counsel, and hereby joins in the *Objections of Federal Realty Investment Trust and GGP Limited Partnership to Debtors' Motion for Order, Pursuant to Bankruptcy Code Section 105, 365(a) and 554, Bankruptcy Rules 6006 and 9014, And Local Bankruptcy Rule 9013-1 Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases* [Doc. 26] (the "Objection"), and in support thereof, states as follows:

**BACKGROUND**

1.      On September 9, 2015, (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.      By way of background, the retail shopping centers managed by Simon, including the Simon community shopping centers, are generally large, up-scale, centers. The leases between Simon and the Debtors contain very specific restrictions and covenants, which are of paramount concern for shopping center owners and their Landlords. The Debtor is the lessee under certain 28 leases with Simon listed on the Lease Schedule, attached hereto and incorporated by reference as Exhibit "A".

3. Simon has concerns with respect to the terms and conditions of the proposed rejection procedures and would request, at a minimum, the following terms and conditions be implemented in rejecting leases:

    a. Debtors' proposed rejection procedures should not be approved to the extent that they provide for rejection prior to the <u>later</u> of (a) the expiration of the objection period; (b) the date set forth in the Rejection Notice; (c) the date the Debtors have unequivocally surrendered the premises to the landlord with all property removed or abandoned free of any interests in property of other parties; or (d) as otherwise ordered by the court.

4. Simon hereby joins in the aforesaid Objection, requests the same relief as set forth therein, and prays for such other and further relief as the Court deems appropriate.

5. Simon hereby further joins in any further objections filed by Debtors' other landlords to the extent that such objections are not inconsistent with relief requested in the aforementioned Objection.

6. Landlord reserves the right to make such other and further objections as may be appropriate.

Respectfully submitted,

/s/Ronald M. Tucker
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
225 W. Washington Street
Indianapolis, IN  46204
Indiana Bar #11428-49
(317) 263-2346
(317) 263-7901 (FAX)
rtucker@simon.com

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served this 29th day of September, via U.S. Mail prepaid, facsimile transmission and/or ECF Noticing, to individuals listed below.

                 By: /s/Ronald M. Tucker
                    Ronald M. Tucker, Esq.

*Debtor*
**Quiksilver, Inc.**
5600 Argosy Circle
Huntington Beach, CA 92649
ORANGE-CA
Tax ID / EIN: 33-0199426

represented by **Dain A. De Souza**
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801
302.651.3133
Fax : 302.574.3133
Email: Dain.DeSouza@skadden.com

**Van C. Durrer, II**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
usa
213-687-5000
Fax : 213-687-5600
Email: van.durrer@skadden.com

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
302 652-4100
Fax : 302-652-4400
Email: ljones@pszjlaw.com

**Jessica S. Kumar**
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606-1720
312-407-0700
Fax : 312-407-0411

**Annie Z. Li**
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave.
Suite 3400
Los Angeles, CA 90071

|  |  |
|---|---|
|  | **John K. Lyons**<br>Skadden Arps Slate Meagher & Flom LLP<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720 |
| *U.S. Trustee*<br>**United States Trustee**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>302-573-6491 | represented by **Mark S. Kenney**<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491<br>Fax : 302-573-6497<br>Email: mark.kenney@usdoj.gov |
| *Claims Agent*<br>**Kurtzman Carson Consultants LLC**<br>www.kccllc.com<br>2335 Alaska Ave<br>El Segundo, CA 90245<br>310-823-9000 | represented by **Albert Kass**<br>Kurtzman Carson Consultants, LLC<br>2335 Alaska Ave<br>El Segundo, CA 90245<br>310-823-9000<br>Fax : 310-751-1549<br>Email: ECFpleadings@kccllc.com |
| *Creditor Committee*<br>**Official Committee of Unsecured Creditors** | represented by **Justin R. Alberto**<br>Bayard, P.A.<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>302-429-4226<br>Fax : 302-658-6395<br>Email: jalberto@bayardlaw.com<br><br>**David M. Fournier**<br>Pepper Hamilton, LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709<br>302-777-6500<br>Fax : 302-421-8390<br>Email: flbank@pepperlaw.com<br><br>**Cathy Hershcopf**<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>212-479-6000<br>Fax : 212-479-6275<br>Email: chershcopf@cooley.com |

**Jay R. Indyke**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
212-479-6000
Fax : 212-479-6275
Email: jindyke@cooley.com

**Meredith A. Lahaie**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
usa
212.872.1000
Fax : 212.872.1002
Email: mlahaie@akingump.com

**John Henry Schanne, II**
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
302-777-6502
Fax : 302-421-8390
Email: schannej@pepperlaw.com

**Michael S. Stamer**
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, NY 10036-6745
212-872-1000
Fax : 212-872-1002
Email: mstamer@akingump.com

**David B. Stratton**
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
302-777-6500
Fax : 302-421-8390
Email: strattond@pepperlaw.com

**Seth Van Aalten**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
212-479-6104

Fax : 212-479-6275
Email: svanaalten@cooley.com

**Robert Winning**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000
Fax : (212) 479-6275
Email: rwinning@cooley.com