**Exhibit A**

| Count | Property Name | DBA | Debtor's Store Number |
|---|---|---|---|
| 1 | Camarillo Premium Outlets | DC Shoes | 843 |
| 2 | Gilroy Premium Outlets | DC Shoes | 833 |
| 3 | Pismo Beach Premium Outlets | DC Shoes | 838 |
| 4 | Katy Mills | DC Shoes | 865 |
| 5 | Las Vegas South Prem Outlets | DC Shoes | 881 |
| 6 | Charlotte Premium Outlets | Quiksilver | 883 |
| 7 | Del Amo Fashion Center | Quiksilver | 119 |
| 8 | Desert Hills Premium Outlets | Quiksilver | 815 |
| 9 | Ellenton Premium Outlets | Quiksilver | 825 |
| 10 | Gilroy Premium Outlets | Quiksilver | 852 |
| 11 | Las Vegas North Prem Outlets | Quiksilver | 831 |
| 12 | Las Vegas South Prem | Quiksilver | 837/6037 |
| 13 | North Georgia Premium | Quiksilver | 887 |
| 14 | Orlando Intl Prem Outlets | Quiksilver | 878 |
| 15 | San Francisco Premium Outlets | Quiksilver | 868 |
| 16 | Seattle Premium Outlets | Quiksilver | 835 |
| 17 | The Mills at Jersey Gardens | Quiksilver | 828 |
| 18 | Woodburn Premium Outlets | Quiksilver | 839 |
| 19 | Woodbury Common Prem Outlets | Quiksilver | 885 |
| 20 | Jersey Shore Premium Outlets | Quiksilver | DNE |
| 21 | Phoenix Premium Outlets | Quiksilver | DNE |
| 22 | Silver Sands Prem Outlets I | Quiksilver | 874 |
| 23 | Toronto Premium Outlets | Quiksilver | 880 |
| 24 | Folsom Premium Outlets | Quiksilver / DC Shoes | 848 |
| 25 | Colorado Mills | Quiksilver Company Store | 834 |
| 26 | Ontario Mills | Quiksilver Company Store | 836 |
| 27 | Sawgrass Mills | Quiksilver Company Store | 801 |
| 28 | Florida Mall | Quiksilver Roxy | 85 |