# EXHIBIT B

# LEASE

```
APPROVED
LEGAL
LEASING AGENT
VICE PRESIDENT OF LEASING
FINAL
```

QS RETAIL INC

**TENANT**

DC SHOE FACTORY STORE

**TRADE NAME**

NONE

**GUARANTOR**

# DOLPHIN MALL

A SuperValue Regional Retail Development

**COUNTY OF MIAMI-DADE**

**STATE OF FLORIDA**

period of forty five (45) days following such ~~eighteen (18)~~ ten (10) month period Landlord shall have the option of cancelling and terminating this Lease by not more than sixty (60) days written notice one to the other and in the event that either party shall exercise such option this Lease shall terminate with neither party being liable to the other in damages or otherwise and any money deposited pursuant to Section 26 01 hereof shall be returned to Tenant In the event that neither Tenant nor Landlord gives such written notice of cancellation then said options shall be null and void and of no further force or effect and this Lease shall be considered as continuing in full force and effect ~~In addition if another tenant is presently in possession of the leased premises and Landlord shall not have delivered possession of the leased premises to Tenant by the lease commencement date (as specifically identified in the Data Sheet) then Landlord shall have the right to thereafter terminate this Lease at any time prior to delivery of possession to Tenant by written notice to Tenant with like result as set forth in the first sentence of this paragraph~~ If as of the date of this Lease the leased premises are (i) in a regional retail development or in an expansion wing of a regional retail development which development or wing as applicable has not initially opened for business to the public or (ii) presently occupied by another entity then the foregoing ~~eighteen (18)~~ ten (10) month period under this Section 5 03 (and the four (4) year period set forth in Section 5 04) shall be modified to commence as of (i) the currently projected date of such initial opening or (ii) the currently projected date of Landlord s repossession of the leased premises from such present entity as applicable

### SECTION 5 04    ULTIMATE COMMENCEMENT DATE

Notwithstanding anything to the contrary contained herein if for any reason whatsoever (including without limitation excusable delay) the term of this Lease shall not have commenced prior to such date as shall be four (4) years from the date of this Lease (subject to extension as set forth in Section 5 03) then this Lease shall be automatically terminated without further act of either party hereto and the parties hereto shall be released from all obligations hereunder

## ARTICLE VI
## ALTERATIONS, CHANGES AND ADDITIONS

### SECTION 6 01    INSTALLATION BY TENANT

Tenant shall not make or cause to be made any alterations additions or improvements to the leased premises (for example but without limiting the generality of the foregoing Tenant shall not install or cause to be installed any signs floor covering interior or exterior lighting plumbing fixtures shades canopies or awnings electronic detection devices antennas mechanical electrical or sprinkler systems or make any changes to the storefront) without the prior written approval of Landlord in each instance Tenant shall present to Landlord plans and specifications for such work at the time approval is sought in accordance with criteria and procedures as provided in Exhibit B <u>Notwithstanding anything to the contrary contained in this Section, Tenant shall have the right to make non structural alterations, changes and additions to the interior of the leased premises costing in the aggregate not in excess of $25,000 00 in any twelve (12) calendar month period without the prior written consent of Landlord, provided that Tenant furnishes to Landlord, at least ten (10) days prior to commencing such alterations, changes or additions, documents substantiating the proposed alterations, changes or additions and the costs thereof, and provided further that such alterations, changes and additions are consistent with the Working Drawings and Specifications, do not change the storefront or overall appearance of the leased premises, as originally approved by Landlord, do not affect any utility system (including, but not limited to, the air conditioning and fire protection systems), do not result in roof or deck penetrations, and are installed only after Tenant has obtained the necessary governmental permits for the work, all other alterations shall require Landlord s consent. Within ten days following the completion of any alterations, changes or additions, Tenant shall furnish Landlord with a detailed breakdown of the final and total construction and other costs thereof.</u>

### SECTION 6 02    REMOVAL BY TENANT

All alterations decorations additions trade fixtures and improvements made by Tenant shall be deemed to have attached to the leasehold and to have become the property of Landlord upon such attachment Upon expiration or earlier termination of the term of this Lease Tenant shall not remove any of such alterations decorations additions trade fixtures or improvements Landlord may however designate by written notice to Tenant those alterations decorations additions improvements or trade fixtures which shall be removed by Tenant at the expiration or earlier termination of the Lease and Tenant shall promptly remove the same and repair any damage to the leased premises caused by such removal Landlord shall have the right to padlock or otherwise secure the leased premises upon the expiration or earlier termination of the term of the Lease <u>when Landlord obtains lawful possession</u> Landlord shall also have the right <u>following written notice to Tenant and Tenant s continued failure to correct the problem for more than three (3) days after receipt of such notice,</u> at any time during the term of this Lease and upon expiration or earlier termination of the term of this Lease to immediately enter the leased premises in order to remove any items which shall be determined by Landlord to be a violation of existing health safety security or other similar codes or regulations affecting or applicable to the leased premises or the regional retail development Landlord shall attempt to provide prior notification to Tenant of such removal subject to the then existing circumstances <u>At the expiration or earlier termination of this lease, Tenant need not demolish (or restore) the leased premises so long as Tenant s improvements to the leased premises are typical for a retail store If Tenant proposes to construct any non typical features in the leased premises, Landlord may, at time of submission of plans for such features to Landlord for approval,</u>

notify Tenant in writing that Tenant must remove such features within fifteen (15) days after the expiration or any earlier termination of this lease. In the event that Tenant elects to proceed with such non typical features after notice from Landlord or proceeds with such features without requesting approval by Landlord, Tenant shall, at Tenant's cost (and upon notice from Landlord pursuant to Section 6.02 of this Lease as to non typical features not submitted to Landlord for approval) remove the same upon the expiration or earlier termination of this Lease.

### SECTION 6 03    CHANGES AND ADDITIONS

Landlord for itself and for the underlying lessor if any hereby reserves the right at any time and from time to time to make alterations to and to build additional stories on the building in which the leased premises are located and to construct other buildings and improvements in the regional retail development including any modifications of the common areas in connection therewith to enlarge or reduce the Shopping Center or the regional retail development to add decks or elevated parking facilities and to sell or lease any part of the land comprising the regional retail development as shown on the site plan attached hereto as Exhibit A for the construction thereon of a building(s) to be occupied by a Anchor Store(s) which may or may not be part of the regional retail development Landlord also reserves for itself and for the underlying lessor if any the right at any time and from time to time to change modify or abolish any temporary off site utility or any storm sewer or retention pond system (if applicable) serving the regional retail development The purpose of Exhibit A is to show the approximate location of the leased premises within the Shopping Center and Landlord reserves for itself and for the underlying lessor if any the right at any time to relocate enlarge or reconfigure the various buildings parking areas and other common areas on said site plan Tenant hereby consents to the exercise by Landlord of the rights set forth in this Section 6 03 and agrees that the exercise of such rights by Landlord or by the underlying lessor if any shall not diminish Tenant's obligations under this Lease. Notwithstanding anything to the contrary contained in this Section, in exercising its rights under this Section, Landlord shall use reasonable efforts not to materially adversely alter the visibility of or access to the leased premises from the Mall. If, while exercising its rights under this Section, Landlord prevents Tenant from operating its business in the leased premises and Tenant actual closes for three (3) or more consecutive business days due to no fault of Tenant, then commencing with the expiration of such three (3) day period and continuing until Landlord's activities have ceased to the point where Tenant is able to reopen, minimum rent shall be abated as Tenant's sole remedy, provided if Landlord's activities prevent Tenant from operating its business for ten (10) or more consecutive business days due to no fault of Tenant, then commencing with the expiration of such ten (10) day period, and continuing until Landlord's activities have ceased to the point where Tenant is able to reopen, all other rent and charges payable by Tenant to Landlord hereunder (along with the minimum rent) shall be abated as Tenant's sole remedy.

### ARTICLE VII
### CONDUCT OF BUSINESS BY TENANT

### SECTION 7 01    USE OF PREMISES

Tenant shall continuously use and occupy the entire leased premises during the term of this Lease which use and occupancy shall be solely for the purpose of conducting the business specifically set forth in the Data Sheet and for no other purpose or purposes It is agreed that the use specified in the Data Sheet has been and is a material inducement to Landlord in entering into this Lease with Tenant and that Landlord would not enter into this Lease without this inducement If any governmental license or permit shall be required for the proper and lawful conduct of Tenant's business or other activity carried on in the leased premises or if a failure to procure such a license or permit might or would in any way affect Landlord or the Shopping Center then Tenant at Tenant's expense shall duly procure and thereafter maintain such license or permit and submit the same for inspection by Landlord Tenant at Tenant's expense shall at all times comply with the requirements of each such license or permit **Tenant is specifically prohibited from selling men's, women's, and children's apparel, footwear, and accessories and other related products, that are deemed to be "Levi Strauss Branded Merchandise"** The term "Levi Strauss Branded Merchandise" shall mean merchandise that (x) carries any trademark or brand (including but not limited to Levi's®, Dockers®, and Slates®) of Levi Strauss, & Co (including any of its subsidiaries, affiliates or other related entities), or (y) is manufactured by or for Levi Strauss, & Co (including any of its subsidiaries, affiliates or other related entities), or (z) is licensed to Levi Strauss, & Co (including any of its subsidiaries, affiliates or other related entities)

### SECTION 7 02    OPERATION OF BUSINESS

Tenant shall be open for business and operate continuously during all days and hours established by Landlord in all of the leased premises during the entire term of this Lease and shall conduct its business at all times in a first class and reputable manner maintaining at all times a full an adequate staff of employees and a full and complete an adequate stock of merchandise provided Tenant shall be obligated to open and operate only during those days and hours during which at least sixty five percent (65%) (by number) of the other tenants in the Shopping Center (excluding banks and financial institutions, food purveyors, beauty salons, theaters, travel agencies and other service uses) are similarly obligated or are open Failure by Tenant so to be open for business and to operate shall entitle Landlord in addition to other remedies provided in this Lease to mandatory injunctive relief and shall give Landlord the right to erect a storefront barricade in front of the leased premises at Tenant's expense which barricade shall not be removed except upon Landlord's prior written consent and with Tenant paying the cost of such removal The erection of such a

~~barricade by Landlord shall not be construed as a re-entry by Landlord into the leased premises or as an acceptance by Landlord of any surrender of possession of the leased premises by Tenant~~  In the event the maximum hours during which the Shopping Center (or any separate part thereof) is legally permitted to be open to the public are regulated by any lawful authority then Landlord shall be the sole judge of which days and hours shall be Shopping Center business days and hours (and the days and hours applicable to any such separate part)  Tenant shall install and maintain at all times a display of merchandise in the display windows  if any  of the leased premises and shall keep the same well lighted during such hours as Landlord shall designate  Tenant at Tenant's expense  shall promptly comply with all present and future laws  ordinances  orders  rules  regulations and requirements of all governmental authorities having jurisdiction  affecting or applicable to the leased premises or the cleanliness  safety  occupancy and use of the same  whether or not any such law  ordinance  order  rule  regulation or requirement is substantial  or foreseen or unforeseen or ordinary or extraordinary  or shall necessitate structural changes or improvements <u>(excluding structural changes or improvements to the roof, foundation or support structures of the Shopping Center buildings or to common area facilities, which are Landlord's obligation to maintain under this Lease, provided Tenant shall be obligated for the full cost of same if same are necessitated by Tenant's particular manner of use of or alteration of the leased premises or by the acts or negligence of Tenant, its agents, employees or contractors)</u> or interfere with the use and enjoyment of the leased premises  Tenant shall not do or permit anything to be done in or about the leased premises or bring anything therein  which will in any way conflict with any such law  ordinance  order  rule  regulation or requirement affecting the occupancy or use of the leased premises or the regional retail development which is or may hereafter be enacted or promulgated by governmental authorities  or in any way obstruct or interfere with the rights of others  nor shall Tenant use or allow the premises to be used for any improper  immoral or objectionable purposes as determined by Landlord  Tenant shall not cause or permit the use  generation  storage or disposal in or about the leased premises or the regional retail development of any substances  materials or wastes subject to regulation under any federal or state or local laws from time to time in effect concerning hazardous  toxic or radioactive materials unless Tenant shall have received Landlord's prior written consent  which Landlord may withhold or at any time revoke in its sole discretion  <u>The foregoing restriction shall not extend to hazardous substances typically found or used in stores within first class enclosed regional Shopping Centers so long as (i) such substances and any equipment which generates such substances are maintained only in such quantities as are reasonably necessary for Tenant's operations in the leased premises, (ii) such substances are used strictly in accordance with the manufacturers' instructions therefor, (iii) such substances are not disposed of in or about the Shopping Center in a manner which would constitute a release or discharge thereof, (iv) all such substances and any equipment which generates such substances are removed from the Shopping Center by Tenant upon the expiration or earlier termination of this lease, and (v) any use, storage, generation, disposal, release or discharge by Tenant of hazardous materials in or about the Shopping Center as is permitted pursuant hereto shall be carried out in compliance with all applicable federal, state and local laws, ordinances, rules and regulations and the requirements of Landlord's insurance carriers and mortgagees. Tenant's covenants set forth in this paragraph shall survive expiration of the lease term or sooner termination of the Lease</u>  Tenant shall comply with all federal  state and local laws in effect from time to time prohibiting discrimination or segregation by reason of race  color  creed  age  religion  sex or national origin  No auction  liquidation  going out of business  fire or bankruptcy sales may be conducted or advertised by sign or otherwise in the leased premises  Tenant shall display and sell only better quality current season merchandise <u>(provided Tenant may carry an incidental amount of the previous seasons' merchandise at the beginning of a new season)</u> and Tenant's sales practices shall be in accord with standards and practices generally acceptable in enclosed high quality  value oriented regional shopping centers  Tenant shall be obligated to permit returns of merchandise and shall allow cash refunds <u>or store credits</u> on such returns except in connection with special sales and close outs <u>and except where the merchandise was damaged by the customer or returned more than thirty (30) days after purchase</u>  Tenant shall not offer any goods or services which Landlord determines  in its sole discretion  to be inconsistent with the image of a high quality  family oriented regional retail development  nor shall Tenant display or sell any goods containing portrayals which Landlord determines  in its sole discretion  to be lewd  graphically violent or pornographic  Tenant agrees that it will conduct its business in good faith and will not do any act tending to injure the reputation of the Shopping Center (or any part thereof) as determined by Landlord  Tenant shall not sell or display any paraphernalia used in the preparation or consumption of controlled substances  In the event Landlord has approved Tenant's remaining open for business after normal Shopping Center hours (and/or any hours applicable to that part of the Shopping Center containing the leased premises)  then such approval shall be conditioned upon Tenant's paying for all additional costs incurred by Landlord as a result thereof  Tenant shall not permit noise or odors in the leased premises which are objected to by Landlord and  upon written notice from Landlord  Tenant shall immediately cease and desist from causing such noise or odor  and failing of which Landlord may deem the same a material breach of this Lease  Tenant shall not permit the operation of any coin operated or vending machines or pay telephones on the leased premises  other than in the areas reserved solely for the use of Tenant's employees  Tenant shall not sell or display any merchandise within ~~five feet (5 )~~ <u>three feet (3 )</u> of the storefront leaseline or opening unless such sale or display shall be expressly approved on the Store Design Drawings or otherwise approved by Landlord  in writing  except that Tenant shall be permitted to display merchandise in the display windows  if any  Tenant shall not use the areas adjacent to the leased premises for business purposes  Tenant shall not store anything in service or exit corridors  Tenant agrees that all receiving and delivery of goods and merchandise  and all removal of merchandise  supplies  equipment  trash and garbage and all storage of trash and garbage  shall be made only by way of or in the areas provided therefor by Landlord  Tenant shall not use or permit the use of any portion of the leased premises as sleeping quarters  lodging rooms  or for any unlawful purposes  Tenant shall not install any radio or television or other similar device exterior to the leased premises and shall not erect any aerial on the roof or exterior walls of any building within the regional retail development  Landlord may direct the use of all pest extermination contractors at the sole cost and expense of Tenant and at such intervals as Landlord may require  <u>The rates charged by such contractors shall be competitive with those charged by other pest extermination contractors doing business in the vicinity of the</u>

vehicles in any private or non public portions of the parking facilities Tenant covenants that it will enforce the parking by its employees and agents in such designated areas and in only public areas Automobile license numbers of employees and agents vehicles shall be furnished by Tenant to Landlord upon Landlord s request In the event any vehicle is parked by Tenant or by an employee or agent of Tenant in a private or non public parking area or in any portion of the parking facilities other than the area of such parking facilities as shall be designated by Landlord Tenant shall be obligated to pay Landlord the sum of One Hundred Dollars ($100) per day for each such vehicle in order to partially compensate Landlord for the loss of percentage rent arising from the business lost to Tenant and to other tenants in the Shopping Center due to the lack of available parking space in the said parking facilities and Landlord shall have the right to cause the vehicle to be towed to a location designated by Landlord and Tenant shall be obligated to reimburse Landlord for all towing charges Similarly Landlord shall have the right to cause any vehicle to be towed if the parking charges if any or the per diem charge or reimbursement due to Landlord hereunder with respect to such vehicle have not been paid with any such vehicle to be towed to a location designated by Landlord and with Tenant being obligated to pay all parking charges fines and towing charges imposed by Landlord with respect to such vehicles Tenant further agrees to hold harmless Landlord and defend Landlord its agents and employees against any and all claims of the employee agent and/or owner of the vehicle towed Landlord shall have the further option of prohibiting Tenant and its employees and agents from parking their cars or other vehicles in the parking facilities provided alternative parking arrangements are made available, and the violation of such prohibition shall be subject to the same provisions as set forth above Landlord may at any time close temporarily any common area to make repairs or changes to prevent the acquisition of public rights in such area to discourage non customer parking to use areas for attendant or valet parking and may do such other acts in and to the common areas as in its judgment may be desirable to improve the convenience thereof Tenant shall not provide nor shall Tenant authorize any person or entity to provide valet or attendant parking for Tenant s customers or others Landlord shall have the exclusive right but shall not be obligated to provide valet or attendant parking at the regional retail development

**SECTION 8 03        COMMON AREA USE RENT AND CENTER PROMOTION**

Tenant shall pay to Landlord common area use rent equal to the amount set forth in Section 8 03 of the Data Sheet (payable monthly in advance on the first day of each month) and as payment to Landlord for promoting the Shopping Center ~~an initial promotion charge and~~ an annual promotion charge (payable monthly in advance on the first day of each month) in the amounts also set forth in the Data Sheet provided such common area use rent and annual promotion charge amounts apply only until expiration of the Reference Year set forth in Section 8 03 of the Data Sheet and the common area use rent and annual promotion charge shall both be increased on each January 1st following expiration of the Reference Year by a percentage equal to five percent (5%) of the amount for the prior calendar year The common area use rent payable by Tenant to Landlord under this Section shall be deemed rent for Tenant s use and occupancy of the common areas as described in this Article VIII and shall not be reimbursement to Landlord for any maintenance repair or replacement costs nor for management or operational services or otherwise The promotion charges payable by Tenant to Landlord shall be deemed additional rent and shall not be reimbursement to Landlord for promotion expenditures promotion services or otherwise Nothing contained herein shall prohibit Landlord from allocating all or any portion of the foregoing common area use rent and promotion charges towards any charges or expenses paid or incurred by Landlord in connection with the regional retail development if Landlord so elects

If Landlord pays or incurs amounts to make homeland security related changes to the Shopping Center or regional retail development in any year which are

(1)     required by law or governmental order or

(2)     required by its insurance carrier as a condition of maintaining then current coverages at rates that are no more than one hundred five percent (105%) of those then current or

(3)     recommended by a recognized homeland security expert as part of a plan to defend the Shopping Center from potential acts of violence and cost more than Two Hundred Fifty Thousand Dollars ($250 000 00) (the Threshold Amount ) in a single calendar year

then the common area use rent shall be increased for such year by an amount equal to Tenant s proportionate share (as such term is defined in Section 2 05) of the costs and expenses paid or incurred by Landlord for such homeland security related changes provided that in the calculation of such increase costs and expenses incurred under subparagraph (3) up to the Threshold Amount under subparagraph (3) shall be excluded

**ARTICLE IX
SIGNS**

**SECTION 9 01        SIGNS**

Tenant shall affix a sign to the exterior surface of the storefront of the leased premises fronting on the enclosed Mall and shall maintain said sign in good condition and repair during the entire term of this Lease Said sign shall conform to the criteria for signs contained in Exhibit B and the size content design and location thereof shall be

subject to the prior written approval of Landlord Except as hereinabove mentioned Tenant shall not place or cause to be placed erected or maintained on any exterior door wall window or the roof of the leased premises or on the glass of any window or door of the leased premises or on any sidewalk or other location outside the leased premises or within any display window space in the leased premises or within three (3) feet of the front of the storefront leaseline or opening whether or not there is a display window space in the leased premises or within any entrance to the leased premises or otherwise visible from the Mall any sign (flashing moving hanging handwritten or otherwise) decal placard decoration flashing moving or hanging lights lettering or any other advertising matter of any kind or description Moreover Tenant is prohibited from utilizing any displays which are not part of the fixture plan approved in writing by Landlord for the leased premises If Tenant places or causes to be placed or maintained any of the foregoing the same may be removed by Landlord or Landlord's representative without notice and without such removal constituting a breach of this Lease or entitling Tenant to claim damages on account thereof No symbol design name mark or insignia adopted by Landlord for the Shopping Center shall be used without the prior written consent of Landlord No illuminated sign located in the interior of the leased premises and which is visible from the outside thereof shall be permitted without the prior written approval of Landlord All signs located in the interior of the leased premises shall be in good taste and professionally printed so as not to detract from the general appearance of the leased premises and the Shopping Center

## ARTICLE X
## MAINTENANCE

### SECTION 10 01  LANDLORD'S OBLIGATIONS FOR MAINTENANCE

In addition to its obligations under Section 8.01 hereof, Landlord shall keep and maintain the roof, roof drainage system, foundation, support structures and exterior surfaces of the exterior walls of the building in which the leased premises are located (exclusive of doors door frames door checks other entrances windows and window frames which are not part of common areas and storefronts) in good repair except that Landlord shall not be called upon to make any such repairs occasioned by the wrongful act or negligence of Tenant its agents employees invitees licensees or contractors Landlord shall not be called upon to make any other improvements or repairs of any kind upon the leased premises and appurtenances except as may be required under Articles XVII and XVIII hereof and nothing contained in this Section 10 01 shall limit Landlord's right to reimbursement from Tenant for maintenance repair costs and replacement costs conferred elsewhere in this Lease  Landlord shall be responsible for repairing common area facilities which are within, but do not exclusively serve, the leased premises. For the purposes of Section 10 01, Landlord's maintenance and repair obligations shall include all utilities lines serving other portions of the Shopping Center (not including the leased premises) but located within the leased premises and all utilities mains serving the Shopping Center, including the leased premises. Tenant's maintenance and repair obligations shall include all utilities lines exclusively serving the leased premises, whether located outside of or within the leased premises, to Tenant's points of connection to Landlord's mains. Features to be maintained and repaired by Landlord will include roof decking, the subfloor of the leased premises, the structural components of the Shopping Center, including the leased premises, not constructed by Tenant and those elements which require maintenance and repair as the result of negligent or intentional failure of Landlord to perform its maintenance and repair obligations pursuant to such Section.

### SECTION 10 02  TENANT'S OBLIGATIONS FOR MAINTENANCE

(a) Except as provided in Section 10 01 of this Lease Tenant at Tenant's expense shall keep and maintain in high quality appearance in a condition at least equal to that which existed when Tenant initially opened the leased premises for business (reasonable wear and tear excepted) and in good order condition and repair as determined by Landlord (including replacement of parts and equipment if necessary) the leased premises and every part thereof and any and all appurtenances thereto wherever located including but without limitation the interior surfaces of the exterior walls the exterior and interior portion of all doors door frames door checks other entrances windows window frames plate glass storefronts all plumbing and sewage facilities within the leased premises including free flow up to the main sewer line fixtures ventilation heating and air conditioning and electrical systems (whether or not located in the leased premises) sprinkler systems walls floors and ceilings and all other repairs replacements renewals and restorations interior and exterior ordinary and extraordinary foreseen and unforeseen and all other work performed by or on behalf of Tenant pursuant to the exhibits attached hereto or Articles V or VI hereof or otherwise in accordance with the provisions of this Lease Tenant shall remodel the leased premises as required in Exhibit B

(b) Tenant shall keep and maintain the leased premises in a clean sanitary and safe condition in accordance with the laws of the State and in accordance with all directions rules and regulations of the health officer fire marshal building inspector or other proper officials of the governmental agencies having jurisdiction and Tenant shall comply with all requirements of law ordinances and otherwise affecting the leased premises all at the sole cost and expense of Tenant At the time of the expiration or sooner termination of the tenancy created herein Tenant shall surrender the leased premises in good order condition and repair, reasonable wear and tear and damage by fire or other casualty excepted