**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **QUIKSILVER, INC.,** *et al.*, ) | **Bk. No. 15-11880 (BLS)** |
| ) | **Jointly Administered** |
| Debtors. ) | |

## **CERTIFICATE OF SERVICE**

     I, Susan E. Kaufman, Esquire certify that I caused one true and correct copy of LIMITED OBJECTION OF THE TAUBMAN LANDLORDS TO DEBTORS' MOTION FOR FINAL ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363, 365 AND 554 AND BANKRUPTCY RULES 6003 AND 6004 (I) AUTHORIZING THE DEBTORS TO ASSUME THE AGREEMENTS; (II) AUTHORIZING AND APPROVING THE CONDUCT OF STORE CLOSING OR SIMILAR THEMED SALES, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, (III) AUTHORIZING CUSTOMARY BONUSES TO EMPLOYEES OF CLOSING STORE LOCATIONS to be sent on September 29, 2015 in the manner indicated to the following:

**VIA Email**

Van C. Durrer, II, Esq.
Annie Z. Li, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
van.durrer@skadden.com
annie.li@skadden.com

John K. Lyons, Esq.
Jessica S. Kumar, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
john.lyons@skadden.com
jessica.kumar@skadden.com

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones
919 North Market Street
17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com

Justin R Alberto, Esq.
Bayard PA
222 Delaware Ave, Suite 900
Wilmington, DE 19801
jalberto@bayardlaw.com

Jay R Indyke, Esq.
Cathy Hershcopf, Esq.
Seth Van Aalten, Esq.
Robert Winning, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
jindyke@cooley.com
chershcopf@cooley.com
svanaalten@cooley.com
rwinning@cooley.com

Dennis A Meloro, Esq.
Greenberg Taurig LLP
The Nemours Building
1007 N Orange St., Ste 1200
Wilmington, DE 19801
melorod@gtlaw.com

Jeffrey M Wolf, Esq.
Greenberg Taurig LLP
One International Place
Boston, MA 02110
wolfje@gtlaw.com

DATED:  September 29, 2015            Law Office of Susan E. Kaufman, LLC

                                      */s/ Susan E. Kaufman*
                                      Susan E. Kaufman (DSB # 3381)
                                      7 Ridgewood Circle
                                      Wilmington, DE 19809
                                      (302) 893-0690
                                      skaufman@skaufmanlaw.com