UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case. No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE, REQUEST FOR
## SERVICE OF PAPERS AND CONSENT TO E-SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby files this Notice of Appearance and Request for Service of Papers as counsel for U.S. Bank National Association, solely in its capacity as indenture trustee ("U.S. Bank") for the 10.000% Senior Notes due 2020, in these cases.  Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned does hereby request and demand that the Clerk of this Court and all other parties-in-interest in these proceedings provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to these proceedings to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorneys listed directly below:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

.

      Mark L. Prager
      Mark F. Hebbeln
      Lars A. Peterson
      FOLEY & LARDNER LLP
      321 North Clark Street, Suite 2800
      Chicago, IL  60654-5313
      Tel: (312) 832-4500
      Fax: (312) 832-4700
      E-mail:  mprager@foley.com
                mhebbeln@foley.com
                lapeterson@foley.com

      And:

      Justin Shearer
      U.S. BANK NATIONAL ASSOCIATION
      100 Wall Street, Suite 1600
      New York, NY 10005
      Tel: (212) 951-8529
      Fax: (212) 514-6841
      E-mail:  justin.shearer@usbank.com

PLEASE TAKE NOTICE that U.S. Bank intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies it expressly reserves.

| | |
|---|---|
| Dated: Chicago, Illinois<br>September 29, 2015 | By: /s/ Lars A. Peterson<br>Mark L. Prager<br>Mark F. Hebbeln<br>Lars A. Peterson<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60654-5313<br>Tel: (312) 832-4500<br>Fax: (312) 832-4700<br>E-mail:  mprager@foley.com<br>           mhebbeln@foley.com<br>           lapeterson@foley.com<br><br>Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 |

**CERTIFICATE OF SERVICE**

I, Lars A. Peterson, an attorney, certify that on September 29, 2015, I caused a true and correct copy of NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND CONSENT TO E-SERVICE to be served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice.

      */s/ Lars A. Peterson*

FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700