## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF ENTRY OF APPEARANCE AND
### REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Chipman Brown Cicero & Cole, LLP and Stroock & Stroock & Lavan LLP, counsel to Industrial Property Fund VII, LLC ("**Industrial Property Fund**"), as landlord and party in interest in the above case, hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Andrew P. DeNatale Esquire<br>*Stroock & Stroock & Lavan LLP*<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone:  (212) 806-5400<br>Facsimile:  (212) 806-6006<br>Email:  adenatale@stroock.com | William E. Chipman, Jr., Esquire<br>*Chipman Brown Cicero & Cole, LLP*<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Facsimile:  (302) 295-0199<br>Email:  chipman@chipmanbrown.com |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtor, or property of the Debtor, or Industrial Property Fund.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claim, claims or suits filed in the Chapter 11 Cases shall be deemed or construed as a waiver of any rights of Industrial Property Fund to (i) have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Industrial Property Fund is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 29, 2015  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*  
William E. Chipman, Jr. (No. 3818)  
1007 North Orange Street, Suite 1110  
Wilmington, Delaware 19801  
Telephone:  (302) 295-0191  
Facsimile:  (302) 295-0199  
Email:  chipman@chipmanbrown.com

-and-

**STROOCK & STROOCK & LAVAN LLP**
Andrew P. DeNatale
180 Maiden Lane
New York, New York 10038
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006

*Counsel to Industrial Property Fund VII, LLC*