IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| Debtors. | : | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION**
**<u>*PRO HAC VICE* OF MEREDITH A. LAHAIE</u>**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Meredith A. Lahaie, Esq. of Akin Gump Strauss Hauer & Feld LLP to represent the Official Committee of Unsecured Creditors in the chapter 11 cases of the above-captioned debtors and debtors-in-possession.

Dated: September 29, 2015
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

 /s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#35512994 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____
Meredith A. Lahaie, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: 212-872-1000
Facsimile: 212-872-1002
Email: mlahaie@akingump.com

#35512994 v1