## CERTIFICATE OF SERVICE

I, Michael Busenkell, Esquire, hereby certify that on September 30, 2015, I caused a true and   correct copy of the ***Objection to Debtors' First Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rules 6006 and 9014 Authorizing Rejection of Certain Executory Contracts*** to be served  via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed on the attached Service List.

Dated: September 30, 2015                         */s/ Michael Busenkell*
                                                                    Michael Busenkell (No. 3933)