## UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                        Chapter 11

                                              Case No. 15-11880 (BLS)

Debtor:   QUICKSILVER, INC.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of Carolyn G. Wade, Senior Assistant Attorney General

to represent  Oregon Department of Justice

in this action.

/s/ Carolyn G. Wade OSB #832120

Firm Name: Oregon Department of Justice

Address:      1162 Court Street NE
              Salem, OR 97301-4096

Phone:        (503) 934-4400

Email:        carolyn.g.wade@doj.state.or.us

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of USDC - Oregon      and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

//s/ Carolyn G. Wade  OSB #832120

Firm Name: Oregon Department of Justice

Address:      1162 Court Street NE
              Salem, OR 97301-4096

Phone:        (503) 934-4400

Email:        carolyn.g.wade@doj.state.or.us

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.