# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | |
|---|---|
| In re: : | Chapter 11 |
| QUIKSILVER, INC., *et al.*, : | Case No. 15-11880 (BLS) |
| Debtors. : | (Jointly Administered) |
| : | Hearing Date: Oct. 6, 2015 at 10:00 a.m. ET |
| : | Objection Deadline: Oct.1, 2015 at 4:00 pm ET |
| : | Related to Docket No. 17, 76, 200 |

------------------------------------------------------x

**JOINDER OF FEDERAL REALTY INVESTMENT TRUST AND GGP LIMITED PARTNERSHIP IN LIMITED OBJECTION OF THE MACERICH COMPANY AND BOULEVARD INVEST, LLC TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105, 361, 362, 363, AND 364 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 4001 AND 9014 (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING ON A SUPERPRIORITY, SENIOR SECURED BASIS AND (B) USE CASH COLLATERAL, (II) GRANTING (A) LIENS AND SUPER-PRIORITY CLAIMS AND (B) ADEQUATE PROTECTION TO CERTAIN LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

TO THE HONORABLE BRENDAN LINEHAN SHANNON
CHIEF UNITED STATES BANKRUPTCY COURT JUDGE:

Federal Realty Investment Trust ("Federal") and GGP Limited Partnership ("GGP" and together with Federal, the "Landlords"), by and through their undersigned counsel, hereby join in the Limited Objection of The Macerich Company and Boulevard Invest, LLC [D.I. 200] (the "Objection") to Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing on a Superpriority, Senior Secured Basis and (B) Use Cash Collateral, (II) Granting (A) Liens and Super-Priority Claims and (B) Adequate Protection to Certain Lenders, (III) Modifying the Automatic Stay, (IV)

Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 17] (the "Motion"), and in support thereof, states as follows:

1. Landlords are the owners or agents for the owners of certain nonresidential real property located on Schedule A hereto, in which Debtors operate retail stores (the "Premises") pursuant to written unexpired lease or license agreements of nonresidential real property (the "Leases" and each a "Lease"), which are affected by the relief sought in the Motion.

2. The Leases are leases "of real property in a shopping center" as that term is used in Section 365(b)(3). *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

3. The Motion and proposed order seek to grant DIP Lenders "a first priority lien on and security interest in all unencumbered assets of the Debtors," without excluding leases.[1] *See* Interim Order at ¶ 6. Separately, the Interim Order makes access to premises by the Prepetition Secured Parties, DIP Agents, and DIP Lenders, upon default, subject to any Separate Agreement in writing by the applicable landlord. *See* Interim Order at ¶¶ 33, 51.

4. Landlords object to any proposed final order that seeks authority to grant DIP Lenders any lien directly on the Leases. Landlords further object to the extent that the proposed final order does not contain the language from the Interim Order making access to the Premises subject to Separate Agreement with Landlords.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Objection.

**Joinder**

5.  Accordingly, Landlords hereby join in the aforesaid Objection, request the same relief as set forth therein, and pray for such other and further relief as the Court deems appropriate.

6.  Landlords hereby further join in any further objections filed by Debtors' other landlords to the Motion to the extent that such objections are not inconsistent with the relief requested in the aforementioned Objection.

**Reservation of Rights**

7.  Landlords reserve the right to make such other and further objections as may be appropriate to the Motion.

Dated: October 1, 2015
Wilmington, Delaware

/s/ Leslie C. Heilman
Matthew G. Summers, Esquire (No. 5533)
Leslie C. Heilman, Esquire (No. 4716)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
         heilmanl@ballardspahr.com

and

David L. Pollack, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-8999
E-mail: pollack@ballardspahr.com

*Counsel for Federal Realty Investment Trust and GGP Limited Partnership*