IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Deutsche Trustee Company Limited, as Trustee ("Deutsche Trustee") under that certain Indenture, dated as of December 10, 2010, among, inter alia, Boardriders, S.A., as issuer, Quiksilver, Inc. ("Debtor"), as guarantor, the subsidiary guarantors thereto, including the affiliated debtors of the Debtor, and Deutsche Trustee, as trustee, providing for the issuance by Boardriders, S.A. of 8.875% Senior Notes due 2017 and the guarantee of such notes by Debtor and the subsidiary guarantor parties thereto, including the affiliated debtors of the Debtor, hereby enters its appearance by and through its counsel, Hogan Lovells US LLP pursuant to Section 1109(b) of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, Local Rule 2002-1(d) and Sections 342 and 1109(b) of the Bankruptcy

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

\\NY - 707212/000300 - 4499080 v1

Code, that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given to and served upon the following:

Deutsche Trustee Company Limited
Winchester House
1 Great Winchester Street
London EC2N 2DB
Tel:  +44 (0) 20 7545 8000
Fax:  +44 (0) 20 7547 6149 (Debt & Agency Services)
E-mail: tss-gds.eur@db.com
Attention:  Debt & Agency Services

--and--

Hogan Lovells US LLP
Attn:  Christopher R. Donoho, III
John D. Beck
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: chris.donoho@hoganlovells.com
john.beck@hoganlovells.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Local Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Demand for Service of Papers* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Deutsch Trustee including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by the United States

District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceedings related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any manner subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Deutsch Trustee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

Dated: October 1, 2015
New York, New York

                      HOGAN LOVELLS US LLP

                      */s/ John D. Beck*
                      Christopher R. Donoho, III (NY No. 2842961)
                      John D. Beck (NY No. 4956280)
                      New York, New York 10022
                      Telephone: (212) 918-3000
                      Facsimile: (212) 918-3100
                      Email: chris.donoho@hoganlovells.com
                                john.beck@hoganlovells.com

                      *Attorneys for Deutsche Trustee Company Limited, as Trustee*