**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, the undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") hereby certifies as follows:

I am not less than 18 years of age, and on September 30, 2015, I caused copies of the following document to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

- Debtors' Responses And Objections To The Official Committee Of Unsecured Creditors' First Request To The Debtors For Production Of Documents

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:    Wilmington, Delaware
          October 1, 2015

                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                            /s/ Van C. Durrer, II
                            Van C. Durrer, II (I.D. No. 3827)
                            Annie Li
                            300 South Grand Avenue, Suite 3400
                            Los Angeles, California 90071
                            Telephone: (213) 687-5000
                            Fax: (213) 687-5600

                            - and -

                            Mark S. Chehi, Esq. (I.D. No. 2855)
                            Robert A. Weber (I.D. No. 4013)
                            Dain A. De Souza (I.D. No. 5737)
                            One Rodney Square
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            Telephone: (302) 651-3000
                            Fax: (302) 651-3001

                            - and -

                            John K. Lyons
                            Jessica Kumar
                            155 N. Wacker Dr.
                            Chicago, Illinois 60606
                            Telephone: (312) 407-0700
                            Fax: (312) 407-0411

                            *Proposed Counsel for Debtors and Debtors in Possession*

## EXHIBIT 1

Michael S. Stamer, Esq.
Meredith A. Lahaie, Esq.
Ashley R. Beane, Esq.
Lauren R. Lifland, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
**(By Electronic Maill)**

772460-WILSR01A - MSW