IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
                                    )
In re:                              ) Chapter 11
                                    )
QUIKSILVER, INC., *et al.*,         ) Case No. 15-11880 (BLS)
                                    )
         Debtors.                   ) (Jointly Administered)
                                    )
                                    ) Re:  Docket Nos. 12, 144
_____)

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY COMPANIES TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 366 (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT, (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES AND (III) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE**

Florida Power and Light Company, San Diego Gas & Electric Company and Southern California Edison Company (collectively, the "Utilities"), by counsel, hereby withdraw their *Objection* (Docket No. 144) to the *Debtors' Motion For Interim and Final Orders Pursuant To Bankruptcy Code Sections 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies and (III) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service* (Docket No. 12) pursuant to a settlement between the Debtors and the Utilities.

SL1 1385464v1 018560.00198

Dated:  October 1, 2015　　　　STEVENS & LEE, P.C.

/s/ John D. Demmy_____
John D. Demmy (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone:  (302) 425-3308
E-mail:   jdd@stevenslee.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:   russj4478@aol.com

*Counsel for Florida Power and Light Company, San Diego Gas & Electric Company and Southern California Edison Company*

2