<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that in addition to the notice and service provided through the Court's ECF system, on October 1, 2015, true and correct copies of the foregoing *Notice of Withdrawal of Objection of Certain Utility Companies to the Debtors' Motion For Interim and Final Orders Pursuant To Bankruptcy Code Sections 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies and (III) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service* were served by email on:

Dain A. De Souza
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, Delaware 19801
Email:  Dain.DeSouza@skadden.com
*Debtors' Counsel*

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Email: ljones@pszjlaw.com
*Debtors' Counsel*

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware  19801
Email: mark.kenney@usdoj.gov

Van C. Durrer, II
Annie Li
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Email:   van.durrer@skadden.com
       annie.li@skadden.com
*Debtors' Counsel*

John K. Lyons
Jessica Kumar
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois  60606
Email:   john.lyons@skadden.com
       Jessica.kumar@skadden.com
*Debtors' Counsel*

                 /s/ John D. Demmy_____
                 John D. Demmy

SL1 1385464v1 018560.00198