Dustin P. Branch (Cal. Bar No. 174909)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
E-mail: dustin.branch@kattenlaw.com

Attorneys for Landlord Creditors
Boulevard Invest, LLC and The Macerich Company

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Boulevard Invest, LLC and The Macerich Company (collectively, the "Landlords"), appearing through their counsel, Katten Muchin Rosenman LLP, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

> Katten Muchin Rosenman LLP
> c/o Dustin P. Branch, Esq.
> 2029 Century Park East, Suite 2600
> Los Angeles, California 90067-3012
> Telephone: 310.788.4400
> Facsimile: 310.788.4471
> E-mail: dustin.branch@kattenlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945); Haw Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Doc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

1

the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1)     Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2)     Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated:  October 1, 2015                                        **KATTEN MUCHIN ROSENMAN LLP**

By:     */s /Dustin P. Branch*
          Dustin P. Branch, Esq.
          2029 Century Park East, Suite 2600
          Los Angeles, California  90067-3012
          Telephone: 310.788.4400
          Facsimile: 310.788.4471
          E-mail: dustin.branch@kattenlaw.com

          Attorneys for Landlord Creditors
          Boulevard Invest, LLC and
          The Macerich Company

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

      On October 1, 2015, I served the foregoing document described as **AMENDED NOTICE OF APPEARANCE** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

### **SEE ATTACHED SERVICE LIST**

**(X)** **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)** Pursuant to Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 1, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(  )** **(BY MAIL – See attached service list)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(  )** **(BY ELECTRONIC MAIL – See attached list)** By transmitting electronically to the parties at the email address indicated above. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on October 1, 2015, at Los Angeles, California.

                                                    */s/ Donna Carolo*
                                                      Donna Carolo

## ECF SERVICE LIST

Justin R. Alberto on behalf of Creditor Committee Official Committee of Unsecured Creditors
jalberto@bayardlaw.com,
bankserve@bayardlaw.com;anwannunu@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

John R. Ashmead on behalf of Interested Party Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes
ashmead@sewkis.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Michael G. Busenkell on behalf of Interested Party Nicholas Drake
mbusenkell@gsbblaw.com

William E. Chipman, Jr. on behalf of Interested Party Industrial Property Fund VII, LLC
chipman@chipmanbrown.com,
bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party West County Commerce Realty Holding Co. LLC
chipman@chipmanbrown.com,
bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com

Andrew L. Cole on behalf of Creditor Annapolis Mall Owner LLC
andrew.cole@leclairryan.com

Andrew L. Cole on behalf of Creditor Westfield LLC
andrew.cole@leclairryan.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
Aconway@taubman.com

Dain A. De Souza on behalf of Debtor Quiksilver, Inc.
Dain.DeSouza@skadden.com,
debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com

Andrew P. DeNatale on behalf of Interested Party Industrial Property Fund VII, LLC
adenatale@stroock.com

Andrew P. DeNatale on behalf of Interested Party West County Commerce Realty Holding Co. LLC
adenatale@stroock.com

Robert J. Dehney on behalf of Interested Party Oaktree Capital Management, L.P.
rdehney@mnat.com,
rfusco@mnat.com;aconway@mnat.com;mmaddox@mnat.com;chare@mnat.com

John D. Demmy, Esq on behalf of Creditor Florida Power and Light Company
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Creditor San Diego Gas & Electric Company
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Creditor Southern California Edison Company
jdd@stevenslee.com

John P. Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Van C. Durrer, II on behalf of Debtor DC Direct, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor DC Shoes, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Fidra, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Hawk Designs, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Mt. Waimea, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Q.S. Optics, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor QS Retail, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor QS Wholesale, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver Entertainment, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver Wetsuits, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

David W Dykhouse on behalf of Interested Party 404 West LLC
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Joseph A. Eisenberg on behalf of Interested Party Wasserman Sports
jae@jmbm.com;bt@jmbm.com;vr@jmbm.com

Niclas A. Ferland on behalf of Creditor Annapolis Mall Owner LLC
niclas.ferland@leclairryan.com

Niclas A. Ferland on behalf of Creditor Westfield LLC
niclas.ferland@leclairryan.com

David M. Fournier on behalf of Creditor Committee Official Committee of Unsecured Creditors
flbank@pepperlaw.com, fournierd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

Steven E. Fox on behalf of Creditor Bank Of America, N.A.
sfox@riemerlaw.com, dromanik@riemerlaw.com

Steven T. Gubner on behalf of Creditor C & K Trading Co., Ltd.
sgubner@ebg-law.com, ecf@ebg-law.com

Mark F. Hebbeln on behalf of Creditor U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.000% Senior Notes due 2020
mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com

Leslie C. Heilman on behalf of Creditor Boulevard Invest LLC
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Federal Realty Investment Trust
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor GGP Limited Partnership
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Miracle Mile Shops
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor The Macerich Company
heilmanl@ballardspahr.com

Cathy Hershcopf on behalf of Creditor Committee Official Committee of Unsecured Creditors
chershcopf@cooley.com

Thomas M. Horan on behalf of Creditor Bank Of America, N.A.
thoran@wcsr.com, hsasso@wcsr.com;klytle@wcsr.com;jwray@wcsr.com;kdalton@wcsr.com

Jay R. Indyke on behalf of Creditor Committee Official Committee of Unsecured Creditors
jindyke@cooley.com

Laura Davis Jones on behalf of Debtor Quiksilver, Inc.
ljones@pszjlaw.com, efile1@pszyjw.com

Albert Kass on behalf of Claims Agent Kurtzman Carson Consultants LLC
ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Susan E. Kaufman on behalf of Creditor Taubman Landlords
skaufman@skaufmanlaw.com, suskaufman@comcast.net

Mark S. Kenney on behalf of U.S. Trustee United States Trustee
mark.kenney@usdoj.gov

Kurtzman Carson Consultants LLC
akass@kccllc.com

Meredith A. Lahaie on behalf of Creditor Committee Official Committee of Unsecured Creditors
mlahaie@akingump.com

Zi C. Lin on behalf of Creditor Travel Plus International, LLC.
zlin@garrett-tully.com

Donald K. Ludman on behalf of Creditor SAP Industries, Inc.
dludman@brownconnery.com

Dennis A. Meloro on behalf of Interested Party Gordon Brothers Retail Partners, LLC
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Interested Party Hilco Merchant Resources, LLC
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Tamara K. Minott on behalf of Interested Party Oaktree Capital Management, L.P.
tminott@mnat.com

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

John A. Morris on behalf of Debtor Quiksilver, Inc.
jmorris@pszjlaw.com

Kristen N. Pate on behalf of Creditor GGP Limited Partnership
ggpbk@ggp.com, ggpbk@ggp.com;

Morgan L. Patterson on behalf of Creditor Bank Of America, N.A.
mpatterson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com

Lars A. Peterson on behalf of Creditor U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.000% Senior Notes due 2020
lapeterson@foley.com, khall@foley.com

David L. Pollack on behalf of Creditor Federal Realty Investment Trust
pollack@ballardspahr.com, blunt@ballardspahr.com

David L. Pollack on behalf of Creditor GGP Limited Partnership
pollack@ballardspahr.com, blunt@ballardspahr.com

Jeffrey N. Pomerantz on behalf of Debtor Quiksilver, Inc.
jpomerantz@pszjlaw.com

Andrew R. Remming on behalf of Interested Party Oaktree Capital Management, L.P.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

John Henry Schanne, II on behalf of Creditor Committee Official Committee of Unsecured Creditors
schannej@pepperlaw.com,
wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

Jeffrey S. Shinbrot on behalf of Creditor Massive Prints, Inc.
jeffrey@shinbrotfirm.com

Thomas E. Shuck on behalf of Creditor Banc of America Leasing & Capital, LLC ("BALC")
malvarado@pmcos.com

Michael S. Stamer on behalf of Creditor Committee Official Committee of Unsecured Creditors
mstamer@akingump.com

Jason A. Starks on behalf of Creditor Texas Comptroller of Public Accounts
bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

David B. Stratton on behalf of Creditor Committee Official Committee of Unsecured Creditors
strattond@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com

Matthew Summers on behalf of Creditor Federal Realty Investment Trust
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor GGP Limited Partnership
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor Miracle Mile Shops
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor The Macerich Company
summersm@ballardspahr.com

Ronald Mark Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Seth Van Aalten on behalf of Creditor Committee Official Committee of Unsecured Creditors
svanaalten@cooley.com

Carolyn G. Wade on behalf of Interested Party State of Oregon, Department of Justice
carolyn.g.wade@doj.state.or.us

Pamela K. Webster on behalf of Creditor Port Logistics
pwebster@buchalter.com, smartin@buchalter.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com