IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
QUIKSILVER, INC., et al., : Case No. 15-11880 (BLS)
:
Debtors.[1] : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENTAL DECLARATION OF IAN FREDERICKS IN SUPPORT OF THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363, 365, AND 554 AND BANKRUPTCY RULES 6003 AND 6004 (I) AUTHORIZING THE DEBTORS TO ASSUME THE AGREEMENTS; (II) AUTHORIZING AND APPROVING THE CONDUCT OF STORE CLOSING OR SIMILAR THEMED SALES, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (III) AUTHORIZING CUSTOMARY BONUSES TO EMPLOYEES OF CLOSING STORE LOCATIONS**

I, Ian Fredericks, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I am Senior Vice President – Strategic Growth/Client Development and Chief Legal Officer of Hilco Merchant Resources, LLC ("Hilco"), located at 5 Revere Drive, Suite 206, Northbrook, Illinois.

2. On September 10, 2015, I filed my initial declaration in support of the Motion (as defined below).

3. I submit this supplemental declaration ("Supplemental Declaration") in support of the Debtors' *Motion For Interim and Final Orders Pursuant to Bankruptcy Code*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

*Sections 105, 363, 365, and 554 and Bankruptcy Rules 6003 and 6004 (I) Authorizing the Debtors to Assume the Agreements; (II) Authorizing and Approving the Conduct of Store Closing or Similar Themed Sales, With Such Sales to be Free and Clear of all Liens, Claims and Encumbrances; and (III) Authorizing Customary Bonuses to Employees of Closing Store Locations* (the "Motion").

4. The facts set forth in my Supplemental Declaration are based upon my personal knowledge, information, and belief, and upon records kept in the ordinary course of business that were reviewed by me or other employees of Hilco or Hilco Trading, LLC, Hilco's parent company and managing member, under my supervision and direction. If called as a witness, I would testify to the facts set forth in this Supplemental Declaration. I am authorized by the Debtors to submit this Supplemental Declaration.

5. In the ordinary course of its business, Hilco and its affiliates maintains a database for purposes of performing "conflicts checks." The database contains information regarding its present and past representations and transactions. I obtained a list of the Debtors, certain of the Debtors' creditors, and other parties in interest in the above-captioned cases from counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") for purposes of searching the aforementioned database and determining the connection(s) which Hilco or its affiliates has with such entities.

6. Hilco searched the aforementioned database for the parties in interest identified on the attached **Schedule 1**.

7. Hilco's search of the aforementioned database identified the connections listed on the attached **Schedule 2**.

2

8. Neither I nor any principal, partner, director, nor officer employed, nor professional retained by Hilco has agreed to share or will share any portion of the compensation to be received from the Debtors by Hilco with any other person other than the principals and regular employees of Hilco and Hilco's joint venture partner, Gordon Brothers Retail Partners, LLC.

9. To the best of my knowledge, neither I nor any principal, partner, director, nor officer employed, nor professional retained by Hilco, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which Hilco is engaged.

10. Neither I nor any principal, partner, director, or officer employed, nor professional retained by, Hilco, insofar as I have been able to ascertain, are (or within two (2) years before the date the Debtors filed these chapter 11 cases) a director or officer of the Debtors.

11. To the best of my knowledge, Hilco is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

12. Hilco is conducting further inquiries regarding Hilco's retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of Hilco's engagement if Hilco should discover any facts bearing on the matters described herein, Hilco will supplement the information contained in this Supplemental Declaration.

**[SIGNATURE PAGE FOLLOWS]**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2015

By: _____
Name: Ian S. Fredericks
Title: SVP & CLO

## Schedule 1

## Names Searched

<u>Quiksilver – Parties-In-Interest</u>

(1) **Debtors and affiliates**

*Debtors*

Quiksilver, Inc.
QS Wholesale, Inc.
DC Shoes, Inc.
Hawk Designs, Inc.
QS Retail, Inc.
QS Optics, Inc.
Quiksilver Wetsuits, Inc.
Mt. Waimea, Inc.
Quiksilver Entertainment, Inc.
DC Direct, Inc.
Fidra, Inc.

*Non-Debtor Affiliates*
Quiksilver Greater China Ltd.
Quiksilver Asia Sourcing Ltd.
Quiksilver Glorious Ltd.
Quiksilver Glorious Sun JV Ltd.
Quiksilver Glorious Sun Licensing Ltd.
Quiksilver Glorious Sun Trading
Quiksilver Asia Sourcing Co Ltd.
Main Bridge
Quiksilver Glorious Sun Apparels Ltd.
Mountain & Wave SARL
Boardrider S.A.
QS Holdings SARL
Biarritz Holdings SARL
Pilot SAS
Na Pali SAS
Meribel SAS
Na Pall Europe SARL
Caribo SARL
Tavarua SCI
Kokolo SARL
Emerald Coast
Drop In SARL
Quiksilver Travel
Distribution s.r.o.
Santocha Ltd.
Kauai GmbH
New Pier Trading Ltd.

Sumbawa SL
Haapiti SRL
Tarawa Lda.
Sunshine Diffusion SA
Lanai, Ltd.
Hanalei NV
Rawaki sp. Zoo
Pukalani BV
Namotu, Ltd
Uluwatu Arps
Fistral Oy
Molokai Ltd.
Vanuatu GmbH
Boardriders Club Bratislava s.r.o.
54th Street Holdings SARL
Quiksilver Do Brasil Franqueadora Ltda.
QSBR Inudstria e Comerico de Artigos Esportivos Ltda.
Quiksilver Deluxe SARL
Quiksilver Canada Corp.
Quiksilver Aus. Pty. Ltd.
Chloelys Investment Ltd.
Quiksilver Roxy Korea Ltd.
DC (Shanghai) Commercial Co. Ltd.
DC Shoes (Hong Kong) Ltd.
Quiksilver Singapore Ltd
QS Retail (Taiwan) Ltd.
QS Retail (Thailand) Ltd.
Quiksilver Foundation Australia Pt. Ltd.
Quiksilver Intl. Pty. Ltd
QS Retail, Pty. Ltd.
UMTT Pty. Ltd.
Quiksilver Japan K.K.
Pavilion Prod. Pty. Ltd.
QS Retail (NZ) Limited
QSJ Holdings Pty. Ltd.
Ug Mfg. Co. Pty. Ltd.
Caribbean Pty. Ltd.
Uf Mfg. Co. (NZ) Ltd.
PT Quiksilver
DC Shoes Australia Pty. Ltd.
DC Shoes (NZ) Limited

(2) **Directors and officers of the debtors and affiliates (current and previous two years)**

*Directors*:

Robert McKnight
William Barnum
Joseph Berardino
Michael Clarke
Bernd Beetz
Steven Langman
Pierre Agnes
Andrew Sweet

*Former Directors (3 years)*:
Robert Mettler
Paul Speaker
Andrew Sweet
James Ellis
Elizabeth Dolan
Brad Holman

*Officers and Managers*:
Linnsey Caya
Thomas Chambolle
Greg Healy
Andrew Bruejnes
Craig Johnson
Barbara McAndrews

*Former Officers (1 year):*
Andrew Mooney
Richard Shields
Charles Exon
Alan Vickers
Thomas Chambolle

(3) **Agent and all current members of any bank or other lending group**

*Global ABL*:
Bank of America, N.A.
Bank of America, National Association
General Electric Capital Corporation
Wells Fargo Bank, National Association
General Electric Capital Corporation
Wells Fargo Capital Finance Corporation Canada
GE Capital Finance Pty Ltd
Merrill Lynch, Pierce, Fenner & Smith Incorporated
GE Capital Markets

*US Secured Notes:*
Morgan Stanley
Wells Fargo Securities
Credit Agricole
BofA Merrill Lynch
Hotchkis & Wiley Capital Management
Janus Capital Management
Harris Associates LP
Pimco Canada Corp
Bank of Montreal
TD Asset Management
ING International Advisory SA
Manulife Asset Management
Arden Asset Management
Danke Bank
Stone Harbor Investment
Hancock Bank Trust Department
AllianceBerstein LP
Schroder Investment Management
Guggenheim Funds Distributors
Smith Barney Consulting Group
Morgan Stanley Dean Witter Advisors Inc
Permal Asset Management LLC

*US Unsecured Notes*:
U.S. Bank, N.A.
Wells Fargo Bank, National Association
Allianz SE
ING International Advisory SA
T Rowe Price Associates
Janus Capital Management LLC
Harris Associates LP
Hotchkis & Wiley Capital Management
TD Asset Management Inc
Danske Bank A/S
Valic Co I
ING Groep NV
Manulife Asset Management
Advanced Series Trust
Sun America Asset Management
Stone Harbor Investment Part
Skandia Investment Management
Smith Barney Consulting Group
Prudential Retirement Insurance and Annuity
Pinebridge Investments EUrope

*Euro Notes:*
Deutsche Trustee Company Limited
Deutsche Bank Luxembourg S.A.
Deustche Bank AG, London Branch
UBS Investment Bank
Societe Generale Corporate & Investment Banking
ING International Advisory SA
Allianz Global Investment of America LP
SydInvest International
Arden Asset Management
AXA
Danske Bank
SCOR Global Investments SE
Morgan Stanley Investment Management
Alliance Bernstein LP
BPI Financial Corp
ING Groep NV
Stone Harbor Investment Partners
Alps Advisors Inc
Janus Capital Trust Mgmt Ltd
Permal Asset Management LLC
Union Investment GMBH
Efigest Asset Management


*Other Secured Creditors:*
Rhone Group
Rhone Capital LLC

(4) **Holders of the 30 largest unsecured claims**
U.S. Bank NA
Samil Tong Sang Co.
Northstar Sourcing Group HK Ltd
Coins International Co. Ltd.
US Customs & Border Protection
Putian Xinxiesheng Footwear Co. Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
3 Times Square Associates, LLC
QTNP Apparels JSC
Sumec Textile and Light Industry Co.
404 West LLC
Deltina Trading Pty Ltd
Hong Kong Hesheng Intl
CPG Partners, LP
Xiamen C&D Light Industry Co., Ltd

Andrew P. Mooney
Full Creative Co., Ltd
Zhejiang Xishi Jiafang Textile Co. Ltd.
Merry Link Development
Eastman Exports Global Clothing
Original JY&T Co Ltd
Weihai Textile Import and Export Co
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Robert McKnight
Srinivasa Fashions Pvt Ltd
Jingzhou Mountain Leave Group
Fun Tees
East End Apparels


(5) **Equity holders (holding stake of 5% or more)**
Rhone Capital III
Invesco Ltd
T Rowe Price Associates
PRIMECAP Management Company
Offshore Exploration and Production, LLC


(6) **Cash Management Banks (other than Lenders)**
Bank of America, N.A.


(7) **Hedge Counterparties**
None


(8) **JV Counterparties**
Glorious Sun Overseas Company Limited
Charles Young

(9) **Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties**

FTI Consulting, Inc.
Peter J. Solomon
Kirkland & Ellis
Houlihan Lokey Capital Inc.
Riemer & Braunstein, LLP
Kurtzman Carson Consultants
Pachulski

(10) **Possible purchasers/investors and liquidators**

Oaktree Capital
Hilco Merchant Resources, LLC
Gordon Brothers Retail Partners, LLC
Tiger Capital Group
Great American Group
Yellen Partners
SB Capital Group

(11) **Landlords of the debtors**

Hilco Real Estate LLC
Banc of America Leasing Commercial
Disneyland Resort
WV Sub, LLC
3 Times Square Associates, LLC
Tanger Properties Limited Partnership
Seminole Properties, LLC
Queens Market LLC
Universal CityWalk Hollywood
Colorado Mills Mall Limited Partnership
Halelea Family Limited Partnership
Principle Life Insurance Co
Americredit Financial Services
El Paso Outlet Center LLC
Dolphin Mall Associates
Taubman Realty Group LP
Comtrans LTD
Simon/Chelsea Vegas Development
Prime Outlets at Pismo Beach LLC
CPG Mercedes LP
Tampa Westshore Associates LP
West County Commerce, LLC
West County Commerce Realty Holding Co LLC
Industrial Property Fund VII, LLC
G&S Reality I, LLC
Samis Foundation
Milen, LLC
Aventura Mall Venture (Turnberry)
Walt Disney World Co
Entertainment Center Development LLC
The Irvine Company LLC
Baruch LLC

Macerich Oaks LLC
Boulevard Invest LLC
First & Lenora LLC
Laguna Beach Center LLC
Glimcher Malibu, LLC
Del Amo Fashion Center Operating Company
Outrigger Hotels Hawaii
Outrigger Hotel and Resorts
404 West LLC
Peschke Realty Associates LLC
Lahain Waterfront LLC
740 Associates Ltd
Universal Studios LLC
South Coast Plaza
Queen Emma Land Company
RPAI Southwest Management LLC
Canyon Crossing Dunhill LLC
Pinewood Palm Beach Retail LLC
CP Deerfield LLC
Genevieve S. Felder
F.J. Felder
Calvin Felder
Rouse F.S. LLC
1021 Lincoln Road, Ltd
Gaslamp Phase One, LLC
Alfred A. Hunt Trusts
C&K Broadway 519 LLC
Loma Alta Corporation
Andrew T Varlow
Boulevard Invest LLC
ABW Holdings LLC
Sunrise Mills Limited Partnership
Rossland Ten Corporation
CPG Partners, LP
Second Horizon Group Limited Partnership
Prospect Development LP
Fashion Outlet of Las Vegas, LLC
Craig Realty Group Citadel LLC
Gulf Coast Factory Shops Limited Partnership
Simon/Premium
JG Elizabeth, LLC
F/C Gilroy Development LLC
Ontario Mills Limited Partnership
Craig Realty Group Woodburn LLC
1955 South Casino Drive Holdings LLC
CPG Houston Holdings

Katy Mills Mall Limited Partnership
Destiny USA Holdings, LLC
Paragon Outlets Livermore Valley LLC
Miromar Outlet East, LLC
Phoenix Premium Outlets Exchange, LLC
Outlets at Traverse Mountain, LLC
Fashion Outlets of Chicago, LLC
Jersey Shore Premium Outlets, LLC
Taubman Auburn Hills Associated Limited Partnership
Orlando Outlet Owner LLC
Chelsea Las Vegas Holdings LLC
Charlotte Outlets LLC
The Shops at Wailea, LP
570 Main Street, LLC
TSLV LLC
Annapolis Mall Limited Partnership
Halele'a Family Limited Partnership
Villa San Clemente LLC
First Queensborough Shopping Centres Ltd.
Florida Mall Assoc. LTD
Glendale Galleria Mall
Horizon Group Properties
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
Le Carrefour Laval Leaseholds, Inc (Cadillac Fairview)
Ontrea, Inc (Cadillac Fairview)
Oswald M. Treutler Holding LTD
Quiksilver Home Base
Silver Sands GL I LLC
The Outlet Collection (Niagara) Ltd.

*Pop-Up Stores:*
FR Crow Canyon, LLC
Federal Realty Investment Trust
Rouse Properties, Inc.
Regency Centers, LP
Spring Hill Mall LLC
NewPark Mall, LP
Mt Shasta Mall
Lakeland Square Mall LLC
RPI Chesterfield LLC
Tracy Mall Partners LP
Regency Petaluma LLC
FW CA-Bay Hill Shopping Center LLC
RCFL Anatasia LLC

Hoadley Regency LLC
REQ8 Tassajara Crossing LLC
MCD-RC CA-El Cerrito LLC
Woodholme Properties Limited Partnership
RW VA-Greenbriar Town Center LLC
Columbia Retail Dulles LLC

(12) **Major customers of the debtors**

Macys
Ross Stores, Inc.
MARMAXX
Sport Chek International
Amazon
Famous Footwear
Comercial Madison SA
Genesco
Journey's
Shoe Carnival Inc.
Winners Apparel Ltd.

(13) **Major/critical vendors of the debtors (over $100k)**

C & K Trading Co. Ltd.
Samil Tong Sang Co.
Coins International Co. Ltd.
Putian Xinxiesheng Footwear Co. Ltd
US Customs & Border Protection
Northstar Sourcing Group HK Ltd
Dragon Crowd Garment Inc
Full Creative Co., Ltd
Carmichael International Service
Hong Kong Hesheng Intl
Dubhe Corporation
Original JY&T Co Ltd
Merry Link Development
Adrem
Sheico (Thailand) Co. Ltd.
Xiamen C&D Light Industry Co., Ltd
QTNP Apparels JSC
Deltina Trading Pty Ltd
Newtimes Far East
O'Melveny & Myers LLP
Jade Kingdom International Ltd
Weihai Textile Import and Export Co
Ningbo Isun Fashion Co Ltd

Eastman Exports Global Clothing
Aptos, Inc.
Cores Accessories Ltd
China Smart Garment Limited
La Luminarc International Company
Fun Tees
Tanya Impex
Ningbo Seduno Import & Export Company, Ltd
Massive Prints
Diversified Distribution Systems
Everglory Int Grp App Inc
Parigi Group Ltd – Roxy Girls
Federal Express Corp
Asian Sourcing International Ltd
PT Busana Prima Global
AIT Freight Systems Inc
Min Heng Apparel Ltd
J.A. Stowell Construction, Inc.
Dalian Utec Dress Co
KHQ Investment LLC
PT Tyfountex Indonesia
Anhui Z and A Import and Export Co
Domex Co. Ltd
Aspiration Clothing
King Graphics
SAP Industries, Inc.
Golden Bond Inc. Limited
Owens Sportswear Co Ltd
Ching Kung Him Wo Garment
Tex Ray Industrial Co Ltd
Victory Footwear Co
Srinivasa Fashions Pvt Ltd
GST Global Sports Tech
Dane Reynolds Inc
Dydrek Enterprises
Kapilla Clothing Corp
Duff & Phelps LLC
LEED Advisors, Inc.
Vertex, Inc.
Deloitte Tax LLP
Thomson Reuters
Comptroller of Maryland
Mailroom Finance, Inc
Bolar Hirsch & Jennings LLP
Corporation Service Company
CCH Incorporated

Deloitte & Touche Products Company

(14) **Insurance Carriers, Insurance Brokers, and Premium Finance Parties**

Computershare Technology Services
Willis Insurance Services
Willis Insurance Services of CA
Willis of New York, Inc
Propel Insurance
Expeditors Intl
Arthur J Gallagher & Co Insurance
ACE American Insurance Company
National Union Fire Insurance Company of Pittsburgh
RSUI Indemnity Company
Continental Casualty Company
U.S. Specialty Insurance Company
Allied World Assurance Company (U.S.) Inc.
Lloyd's of London
XL Insurance America, Inc.
Endurance Risk Solutions Assurance Co.
Federal Insurance Company
Great Northern Insurance Company
Starr
Affiliated FM Insurance Company

(16) **Other parties in interest not otherwise listed, e.g., material contract, lease, or license counterparties, potential litigation parties**

*Litigation*:
World Marketing, Inc.
Patricia Stockman-Sann
Rox Volleyball, Inc.
1st Place Team Sales, Inc.
Yusef Onder Erin
Geotag
Glorious Sun Licensing Limited
Temeka Inc
Live Nation Merchandise Inc


(17) **Judges and Trustees**

Chief Judge Brendan L. Shannon
Judge Kevin J. Carey
Judge Kevin Gross
Judge Laurie Selber Silverstein
Judge Christopher S. Sontchi
Judge Mary F. Walrath
T. Patrick Tinker Assistant U.S. Trustee
David Buchbinder Trial Attorney
Linda Casey Trial Attorney
Natalie Cox Trial Attorney
Timothy J. Fox, Jr. Trial Attorne
Benjamin Hackman Trial Attorney
Mark Kenney Trial Attorney
Jane Leamy Trial Attorney
Hannah M. McCollum Trial Attorney
Tiiara Patton Trial Attorney
Juliet Sarkessian Trial Attorney
Richard Schepacarter Trial Attorney

## Schedule 2
## DISCLOSURES

a. Ian S. Fredericks, Senior Vice President and Chief Legal Officer of Hilco, and Joseph A. Malfitano, Executive Vice President, Special Situations of Hilco Trading LLC, the ultimate parent company of Hilco ("Hilco Trading") previously were associated with the Bankruptcy and Corporate Restructuring section of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST") in Wilmington, Delaware. While at YCST, the Honorable Brendan Linehan Shannon (District of Delaware) was a partner in the Bankruptcy and Corporate Restructuring section.

b. Ian S. Fredericks, Senior Vice President and Chief Legal Officer of Hilco and Eric Kaup previously were associated with, and John William "Jack" Butler was a partner in the Corporate Restructuring section of the law firm of Skadden, Arps, Slate, Meagher & Flom, LLP.

c. Prior to the Petition Date (as defined in the Motion), a joint venture in which Hilco was a participant was engaged (as of September 4, 2015) by Debtor QS Retail, Inc. ("QS Retail") to serve as a retail inventory and fixture ("FF&E") agent on a fee basis for purposes of conducting store closing or similar themed sales.

d. Prior to the Petition Date, a joint venture in which Hilco was a participant was engaged (as of June 8, 2015) by QS Retail to serve as a retail inventory and fixture agent on a fee basis for purposes of conducting certain "pop-up" store inventory/FF&E promotional sales.

e. Prior to the Petition Date, in connection the engagement described in (c) above, Hilco, QS Retail, and Tico Group, LLC entered into a staffing agreement, dated as of June 30, 2015, with respect to the personnel working in the "pop-up stores" and determined the roles, obligations, and responsibilities of such parties in connection with the "pop-up stores."

f. In connection with the engagement described in (c) above, an affiliate of Hilco, Hilco Real Estate, LLC ("HRE"), assisted QS Retail with identifying possible locations for the "pop-up" stores and negotiating agreements to open the "pop-up stores" with the landlords for such locations.

g. In matters unrelated to the Debtors, Hilco currently is or previously has partnered with the following: (i) Gordon Brothers Retail Partners, LLC, (ii) Tiger Capital Group, (iii) Great American Group, and (iv) SB Capital Group. Additionally, affiliates of Hilco are partners with, have partnered with, or may partner with such entities or affiliates of such entities in matters unrelated to the Debtors.

h. HRE provides lease acquisition, disposition, and restructuring services to its commercial real estate clients. In the course of providing such services, HRE may

have transacted with one or more of the parties-in-interest identified as landlords of the Debtors on matters unrelated to the Debtors.

i. In matters unrelated to the Debtors, HRE previously has provided lease disposition or restructuring services for (i) Oaktree Principal Fund, which may be an affiliate of Oaktree Capital, and (ii) Parigi Enterprises, LLC, an affiliate of Parigi Group Ltd.

j. Prior to the Petition Date, an affiliate of Hilco, Hilco Enterprise Valuation Services, LLC ("EVS") was engaged by the following entities to perform appraisals and/or valuations of various assets and aspects of the Debtors' businesses: (i) in 2009, JP Morgan Chase & Co.; (ii) in 2010, Bank of America/Merril Lynch; (iii) in 2013, Bank of America Retail Finance; and (iv) in 2015, Oaktree Capital Management and Centerbridge Partners.

k. In matters unrelated to the Debtors, FTI Consulting is currently providing expert witness services for a suit involving an affiliate of Hilco.

l. Hilco Trading is currently a defendant in an action for which it has filed claims with ACE American Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA.

m. Affiliates of Hilco have debt facilities in place with Bank of America, BMO Harris Bank N.A., JP Morgan Chase Bank, N.A., US Bank, and Wells Fargo Bank, N.A. Hilco is an obligor and borrower under such debt facilities.

n. In matters unrelated to the Debtors, affiliates of Hilco have performed or have previously performed consulting, asset appraisal, asset due diligence, or disposition services for, (or related to) loans made by or to the following entities: (i) Bank of America, N.A., (ii) Wells Fargo Bank, N.A., (iii) Wells Fargo Capital Finance, (iv) GE Capital, (v) Merrill Lynch, (vi) Morgan Stanley, (vii) TD Asset Finance, (viii) UBS Investment Bank, and (ix) U.S. Bank.

o. Kirkland and Ellis, and Reimer & Braunstein, LLP, currently represent creditors and other parties in interest in these Debtors' cases. Both firms currently represent or in the past have represented Hilco in matters unrelated to the Debtors and these chapter 11 cases.

p. Because of the magnitude of the entire creditor list in these cases, it is possible that Hilco may represent or may have represented other creditors of the Debtors but does not represent any such creditors in connection with these cases. Hilco presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtors or these cases, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.