## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :
QUIKSILVER, INC., et al.,                           :    Case No. 15-11880 (BLS)
                                                    :
                        Debtors.¹                   :    (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### SUPPLEMENTAL DECLARATION OF MICHAEL D. CHARTOCK IN SUPPORT OF THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363, 365, AND 554 AND BANKRUPTCY RULES 6003 AND 6004 (I) AUTHORIZING THE DEBTORS TO ASSUME THE AGREEMENTS; (II) AUTHORIZING AND APPROVING THE CONDUCT OF STORE CLOSING OR SIMILAR THEMED SALES, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (III) AUTHORIZING CUSTOMARY <u>BONUSES TO EMPLOYEES OF CLOSING STORE LOCATIONS</u>

I, Michael D. Chartock, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1.    I am a Senior Managing Director of Gordon Brothers Retail Partners, LLC ("GBRP"), a retail consulting firm that maintains offices at Prudential Tower, 800 Boylston Street, Boston, MA 02199. I am authorized to make this supplemental Declaration (the "Supplemental Declaration") on behalf of GBRP. I am over the age of twenty-one (21) years and am competent to make this Supplemental Declaration. I have undertaken a reasonable investigation of the facts stated in this Supplemental Declaration. This Supplemental Declaration supplements my declaration in support of the  Motion dated September  10,  2015 (the "Original

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Declaration") [Docket No. 45].    Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2.        I submit this Supplemental Declaration in support of the Debtors' Motion For Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 363, 365, and 554 and Bankruptcy Rules 6003 and 6004 (I) Authorizing the Debtors to Assume the Agreements; (II) Authorizing and Approving the Conduct of Store Closing or Similar Themed Sales, With Such Sales to be Free and Clear of all Liens, Claims and Encumbrances; and (III) Authorizing Customary Bonuses to Employees of Closing Store Locations (the "Motion").

3.        The facts set forth in my Supplemental Declaration are based upon my personal knowledge, information, and belief, and upon records kept in the ordinary course of business that were reviewed by me or other employees of GBRP or Gordon Brothers Group, LLC ("GBG"), GBRP's parent company, under my supervision and direction.  If called as a witness, I would testify to the facts set forth in this Supplemental Declaration.  I am authorized by the Debtors to submit this Supplemental Declaration.

4.        In the ordinary course of its business, GBRP, through GBG, maintains a database for purposes of performing "conflicts checks." The database contains information regarding the present and past representations and transactions of GBG and all other companies presently controlled by GBG.  I obtained a list of the Debtors, certain of the Debtors' creditors, and other parties in interest in the above-captioned cases from counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") for purposes of searching the aforementioned database and determining the connection(s) which GBRP or its affiliates has with such entities.

5.      GBRP searched the aforementioned database for the parties in interest identified on the attached **Schedule 1** (collectively, the "Parties-in-Interest").

6.      GBRP's search of the aforementioned database identified the connections listed on the attached **Schedule 2**.

7.      Neither I nor any principal, partner, director, nor officer employed, nor professional retained by GBRP has agreed to share or will share any portion of the compensation to be received from the Debtors by GBRP with any other person other than the principals and regular employees of GBRP and GBRP's joint venture partner, Hilco Merchant Resources, LLC.

8.      Except as otherwise set forth herein and in the Original Declaration, to the best of my knowledge, neither I nor any principal, partner, director, nor officer employed, nor professional retained by GBRP, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which GBRP is engaged.

9.      Neither I nor any principal, partner, director, or officer employed, nor professional retained by, GBRP, insofar as I have been able to ascertain, are (or within two (2) years before the date the Debtors filed these Chapter 11 cases) a director or officer of the Debtors.

10.     To the best of my knowledge, GBRP is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11.     GBRP is conducting further inquiries regarding GBRP's retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of GBRP's engagement if GBRP should discover any facts bearing on the matters described herein, GBRP will supplement the information contained in this Supplemental Declaration.

**[SIGNATURE PAGE FOLLOWS]**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:          October 1, 2015

By:          _____
             Name: Michael D. Chartock
             Title: Senior Managing Director

## Schedule 1

### Names Searched

Quiksilver – Parties-In-Interest

(1) **Debtors and affiliates**

*Debtors*

Quiksilver, Inc.
QS Wholesale, Inc.
DC Shoes, Inc.
Hawk Designs, Inc.
QS Retail, Inc.
QS Optics, Inc.
Quiksilver Wetsuits, Inc.
Mt. Waimea, Inc.
Quiksilver Entertainment, Inc.
DC Direct, Inc.
Fidra, Inc.

*Non-Debtor Affiliates*
Quiksilver Greater China Ltd.
Quiksilver Asia Sourcing Ltd.
Quiksilver Glorious Ltd.
Quiksilver Glorious Sun JV Ltd.
Quiksilver Glorious Sun Licensing Ltd.
Quiksilver Glorious Sun Trading
Quiksilver Asia Sourcing Co Ltd.
Main Bridge
Quiksilver Glorious Sun Apparels Ltd.
Mountain & Wave SARL
Boardrider S.A.
QS Holdings SARL
Biarritz Holdings SARL
Pilot SAS
Na Pali SAS
Meribel SAS
Na Pall Europe SARL
Caribo SARL
Tavarua SCI
Kokolo SARL
Emerald Coast
Drop In SARL
Quiksilver Travel

Distribution s.r.o.
Santocha Ltd.
Kauai GmbH
New Pier Trading Ltd.
Sumbawa SL
Haapiti SRL
Tarawa Lda.
Sunshine Diffusion SA
Lanai, Ltd.
Hanalei NV
Rawaki sp. Zoo
Pukalani BV
Namotu, Ltd
Uluwatu Arps
Fistral Oy
Molokai Ltd.
Vanuatu GmbH
Boardriders Club Bratislava s.r.o.
54th Street Holdings SARL
Quiksilver Do Brasil Franqueadora Ltda.
QSBR Inudstria e Comerico de Artigos Esportivos Ltda.
Quiksilver Deluxe SARL
Quiksilver Canada Corp.
Quiksilver Aus. Pty. Ltd.
Chloelys Investment Ltd.
Quiksilver Roxy Korea Ltd.
DC (Shanghai) Commercial Co. Ltd.
DC Shoes (Hong Kong) Ltd.
Quiksilver Singapore Ltd
QS Retail (Taiwan) Ltd.
QS Retail (Thailand) Ltd.
Quiksilver Foundation Australia Pt. Ltd.
Quiksilver Intl. Pty. Ltd
QS Retail, Pty. Ltd.
UMTT Pty. Ltd.
Quiksilver Japan K.K.
Pavilion Prod. Pty. Ltd.
QS Retail (NZ) Limited
QSJ Holdings Pty. Ltd.
Ug Mfg. Co. Pty. Ltd.
Caribbean Pty. Ltd.
Uf Mfg. Co. (NZ) Ltd.
PT Quiksilver
DC Shoes Australia Pty. Ltd.
DC Shoes (NZ) Limited

(2) **Directors and officers of the debtors and affiliates (current and previous two years)**

*Directors*:
Robert McKnight
William Barnum
Joseph Berardino
Michael Clarke
Bernd Beetz
Steven Langman
Pierre Agnes
Andrew Sweet

*Former Directors (3 years)*:
Robert Mettler
Paul Speaker
Andrew Sweet
James Ellis
Elizabeth Dolan
Brad Holman

*Officers and Managers*:
Linnsey Caya
Thomas Chambolle
Greg Healy
Andrew Bruejnes
Craig Johnson
Barbara McAndrews

*Former Officers (1 year)*:
Andrew Mooney
Richard Shields
Charles Exon
Alan Vickers
Thomas Chambolle

(3) **Agent and all current members of any bank or other lending group**

*Global ABL*:
Bank of America, N.A.
Bank of America, National Association
General Electric Capital Corporation
Wells Fargo Bank, National Association
General Electric Capital Corporation
Wells Fargo Capital Finance Corporation Canada
GE Capital Finance Pty Ltd
Merrill Lynch, Pierce, Fenner & Smith Incorporated

GE Capital Markets

*US Secured Notes:*
Morgan Stanley
Wells Fargo Securities
Credit Agricole
BofA Merrill Lynch
Hotchkis & Wiley Capital Management
Janus Capital Management
Harris Associates LP
Pimco Canada Corp
Bank of Montreal
TD Asset Management
ING International Advisory SA
Manulife Asset Management
Arden Asset Management
Danke Bank
Stone Harbor Investment
Hancock Bank Trust Department
AllianceBerstein LP
Schroder Investment Management
Guggenheim Funds Distributors
Smith Barney Consulting Group
Morgan Stanley Dean Witter Advisors Inc
Permal Asset Management LLC

*US Unsecured Notes*:
U.S. Bank, N.A.
Wells Fargo Bank, National Association
Allianz SE
ING International Advisory SA
T Rowe Price Associates
Janus Capital Management LLC
Harris Associates LP
Hotchkis & Wiley Capital Management
TD Asset Management Inc
Danske Bank A/S
Valic Co I
ING Groep NV
Manulife Asset Management
Advanced Series Trust
Sun America Asset Management
Stone Harbor Investment Part
Skandia Investment Management
Smith Barney Consulting Group
Prudential Retirement Insurance and Annuity
Pinebridge Investments EUrope

*Euro Notes:*
Deutsche Trustee Company Limited
Deutsche Bank Luxembourg S.A.
Deustche Bank AG, London Branch
UBS Investment Bank
Societe Generale Corporate & Investment Banking
ING International Advisory SA
Allianz Global Investment of America LP
SydInvest International
Arden Asset Management
AXA
Danske Bank
SCOR Global Investments SE
Morgan Stanley Investment Management
Alliance Bernstein LP
BPI Financial Corp
ING Groep NV
Stone Harbor Investment Partners
Alps Advisors Inc
Janus Capital Trust Mgmt Ltd
Permal Asset Management LLC
Union Investment GMBH
Efigest Asset Management


*Other Secured Creditors:*
Rhone Group
Rhone Capital LLC

(4) **Holders of the 30 largest unsecured claims**
U.S. Bank NA
Samil Tong Sang Co.
Northstar Sourcing Group HK Ltd
Coins International Co. Ltd.
US Customs & Border Protection
Putian Xinxiesheng Footwear Co. Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
3 Times Square Associates, LLC
QTNP Apparels JSC
Sumec Textile and Light Industry Co.
404 West LLC
Deltina Trading Pty Ltd
Hong Kong Hesheng Intl
CPG Partners, LP
Xiamen C&D Light Industry Co., Ltd

Andrew P. Mooney
Full Creative Co., Ltd
Zhejiang Xishi Jiafang Textile Co. Ltd.
Merry Link Development
Eastman Exports Global Clothing
Original JY&T Co Ltd
Weihai Textile Import and Export Co
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Robert McKnight
Srinivasa Fashions Pvt Ltd
Jingzhou Mountain Leave Group
Fun Tees
East End Apparels


(5) **Equity holders (holding stake of 5% or more)**
Rhone Capital III
Invesco Ltd
T Rowe Price Associates
PRIMECAP Management Company
Offshore Exploration and Production, LLC


(6) **Cash Management Banks (other than Lenders)**
Bank of America, N.A.


(7) **Hedge Counterparties**
None


(8) **JV Counterparties**
Glorious Sun Overseas Company Limited
Charles Young

(9) **Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties**

FTI Consulting, Inc.
Peter J. Solomon
Kirkland & Ellis
Houlihan Lokey Capital Inc.
Riemer & Braunstein, LLP
Kurtzman Carson Consultants
Pachulski

(10) **Possible purchasers/investors and liquidators**

Oaktree Capital
Hilco Merchant Resources, LLC
Gordon Brothers Retail Partners, LLC
Tiger Capital Group
Great American Group
Yellen Partners
SB Capital Group

(11) **Landlords of the debtors**

Hilco Real Estate LLC
Banc of America Leasing Commercial
Disneyland Resort
WV Sub, LLC
3 Times Square Associates, LLC
Tanger Properties Limited Partnership
Seminole Properties, LLC
Queens Market LLC
Universal CityWalk Hollywood
Colorado Mills Mall Limited Partnership
Halelea Family Limited Partnership
Principle Life Insurance Co
Americredit Financial Services
El Paso Outlet Center LLC
Dolphin Mall Associates
Taubman Realty Group LP
Comtrans LTD
Simon/Chelsea Vegas Development
Prime Outlets at Pismo Beach LLC
CPG Mercedes LP
Tampa Westshore Associates LP
West County Commerce, LLC
West County Commerce Realty Holding Co LLC
Industrial Property Fund VII, LLC
G&S Reality I, LLC
Samis Foundation
Milen, LLC
Aventura Mall Venture (Turnberry)
Walt Disney World Co
Entertainment Center Development LLC
The Irvine Company LLC
Baruch LLC

Macerich Oaks LLC
Boulevard Invest LLC
First & Lenora LLC
Laguna Beach Center LLC
Glimcher Malibu, LLC
Del Amo Fashion Center Operating Company
Outrigger Hotels Hawaii
Outrigger Hotel and Resorts
404 West LLC
Peschke Realty Associates LLC
Lahain Waterfront LLC
740 Associates Ltd
Universal Studios LLC
South Coast Plaza
Queen Emma Land Company
RPAI Southwest Management LLC
Canyon Crossing Dunhill LLC
Pinewood Palm Beach Retail LLC
CP Deerfield LLC
Genevieve S. Felder
F.J. Felder
Calvin Felder
Rouse F.S. LLC
1021 Lincoln Road, Ltd
Gaslamp Phase One, LLC
Alfred A. Hunt Trusts
C&K Broadway 519 LLC
Loma Alta Corporation
Andrew T Varlow
Boulevard Invest LLC
ABW Holdings LLC
Sunrise Mills Limited Partnership
Rossland Ten Corporation
CPG Partners, LP
Second Horizon Group Limited Partnership
Prospect Development LP
Fashion Outlet of Las Vegas, LLC
Craig Realty Group Citadel LLC
Gulf Coast Factory Shops Limited Partnership
Simon/Premium
JG Elizabeth, LLC
F/C Gilroy Development LLC
Ontario Mills Limited Partnership
Craig Realty Group Woodburn LLC
1955 South Casino Drive Holdings LLC
CPG Houston Holdings

Katy Mills Mall Limited Partnership
Destiny USA Holdings, LLC
Paragon Outlets Livermore Valley LLC
Miromar Outlet East, LLC
Phoenix Premium Outlets Exchange, LLC
Outlets at Traverse Mountain, LLC
Fashion Outlets of Chicago, LLC
Jersey Shore Premium Outlets, LLC
Taubman Auburn Hills Associated Limited Partnership
Orlando Outlet Owner LLC
Chelsea Las Vegas Holdings LLC
Charlotte Outlets LLC
The Shops at Wailea, LP
570 Main Street, LLC
TSLV LLC
Annapolis Mall Limited Partnership
Halele'a Family Limited Partnership
Villa San Clemente LLC
First Queensborough Shopping Centres Ltd.
Florida Mall Assoc. LTD
Glendale Galleria Mall
Horizon Group Properties
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
Le Carrefour Laval Leaseholds, Inc (Cadillac Fairview)
Ontrea, Inc (Cadillac Fairview)
Oswald M. Treutler Holding LTD
Quiksilver Home Base
Silver Sands GL I LLC
The Outlet Collection (Niagara) Ltd.


*Pop-Up Stores:*
FR Crow Canyon, LLC
Federal Realty Investment Trust
Rouse Properties, Inc.
Regency Centers, LP
Spring Hill Mall LLC
NewPark Mall, LP
Mt Shasta Mall
Lakeland Square Mall LLC
RPI Chesterfield LLC
Tracy Mall Partners LP
Regency Petaluma LLC
FW CA-Bay Hill Shopping Center LLC
RCFL Anatasia LLC

10

Hoadley Regency LLC
REQ8 Tassajara Crossing LLC
MCD-RC CA-El Cerrito LLC
Woodholme Properties Limited Partnership
RW VA-Greenbriar Town Center LLC
Columbia Retail Dulles LLC

(12) **Major customers of the debtors**

Macys
Ross Stores, Inc.
MARMAXX
Sport Chek International
Amazon
Famous Footwear
Comercial Madison SA
Genesco
Journey's
Shoe Carnival Inc.
Winners Apparel Ltd.

(13) **Major/critical vendors of the debtors (over $100k)**

C & K Trading Co. Ltd.
Samil Tong Sang Co.
Coins International Co. Ltd.
Putian Xinxiesheng Footwear Co. Ltd
US Customs & Border Protection
Northstar Sourcing Group HK Ltd
Dragon Crowd Garment Inc
Full Creative Co., Ltd
Carmichael International Service
Hong Kong Hesheng Intl
Dubhe Corporation
Original JY&T Co Ltd
Merry Link Development
Adrem
Sheico (Thailand) Co. Ltd.
Xiamen C&D Light Industry Co., Ltd
QTNP Apparels JSC
Deltina Trading Pty Ltd
Newtimes Far East
O'Melveny & Myers LLP
Jade Kingdom International Ltd
Weihai Textile Import and Export Co
Ningbo Isun Fashion Co Ltd

11

Eastman Exports Global Clothing
Aptos, Inc.
Cores Accessories Ltd
China Smart Garment Limited
La Luminarc International Company
Fun Tees
Tanya Impex
Ningbo Seduno Import & Export Company, Ltd
Massive Prints
Diversified Distribution Systems
Everglory Int Grp App Inc
Parigi Group Ltd – Roxy Girls
Federal Express Corp
Asian Sourcing International Ltd
PT Busana Prima Global
AIT Freight Systems Inc
Min Heng Apparel Ltd
J.A. Stowell Construction, Inc.
Dalian Utec Dress Co
KHQ Investment LLC
PT Tyfountex Indonesia
Anhui Z and A Import and Export Co
Domex Co. Ltd
Aspiration Clothing
King Graphics
SAP Industries, Inc.
Golden Bond Inc. Limited
Owens Sportswear Co Ltd
Ching Kung Him Wo Garment
Tex Ray Industrial Co Ltd
Victory Footwear Co
Srinivasa Fashions Pvt Ltd
GST Global Sports Tech
Dane Reynolds Inc
Dydrek Enterprises
Kapilla Clothing Corp
Duff & Phelps LLC
LEED Advisors, Inc.
Vertex, Inc.
Deloitte Tax LLP
Thomson Reuters
Comptroller of Maryland
Mailroom Finance, Inc
Bolar Hirsch & Jennings LLP
Corporation Service Company
CCH Incorporated

Deloitte & Touche Products Company

**(14) Insurance Carriers, Insurance Brokers, and Premium Finance Parties**

Computershare Technology Services
Willis Insurance Services
Willis Insurance Services of CA
Willis of New York, Inc
Propel Insurance
Expeditors Intl
Arthur J Gallagher & Co Insurance
ACE American Insurance Company
National Union Fire Insurance Company of Pittsburgh
RSUI Indemnity Company
Continental Casualty Company
U.S. Specialty Insurance Company
Allied World Assurance Company (U.S.) Inc.
Lloyd's of London
XL Insurance America, Inc.
Endurance Risk Solutions Assurance Co.
Federal Insurance Company
Great Northern Insurance Company
Starr
Affiliated FM Insurance Company

**(15) Major Utility providers of the debtor**

Southern California Edison Co
Telecheck Services, Inc.
Constellation New Energy, Inc.
Meco
Florida Power & Light Company
Nevada Power Company
Duke Energy Florida Inc
International Environmental
Waste Management Inc of Florida
IESI NY Corporation
Kaua'i Island Utility Cooperative
SMUD
PG&E
Royal Waste Services, Inc
Hawaiian Electric Co, Inc.
Gulf Power Company
Recology Golden Gate
Snohomish County PUD No 1
Sawnee Electric Membership Corp

SCE&G
Orange & Rockland Utilities Inc
Lehi City Utilities
Waste Management of NW Florida
CR&R Inc
City of Miami Beach
Sustainable Solutions Group
Salish Network Inc
Hawaiian Telecom Inc
Keter Environmental Services, Inc
Arakelian Enterprises, Inc.
Consolidated Communications
BGE
Los Angeles Department of Water
Waste Management of California, Inc.
Republic Silver State Disposal Serv
San Francisco Public Utilities
NJ Natural Gas Co
Charleston Water System
Central Hudson Gas & Electric Corp
Puget Sound Energy
Southwest Gas Corporation
Northwest Natural Gas Company
Questar Gas
South Walton Utility Co., Inc
Verizon California
AT&T
Bright house network
Cisco WebEx, LLC
City of Pasadena
City of Santa Monica
Comed
Consolidated Edison, Inc.
E.J. Harrison & Sons
Eastern Municipal Water District
Gila River Telecommunications
Granite Telecommunications, LLC
Industrial Retail Group (IRG)
Jersey Central Power & Light (JCP&L)
JT Tech
Level 3 Communications, LLC
Maui Disposal
MegaPath Inc.
Mesa Water District
Orlando Utilities Commission (OUC)
Pacific Gas and Electric Company

PacifiCorp
PAETEC (Windstream Corporation)
Park City Municipal Corp.
Premiere Global Services, Inc. (PGi)
Rainbow Environmental Services
San Diego Gas & Electric (SDG&E)
Seattle City Light
Snyderville Basin Water Reclamation District
Southern California Gas Company
Sprint
Time Warner Cable
T-Mobile
Trico Disposal, Inc.
Verizon New York
Verizon Wireless Services, LLC

(15) **Local, State and Federal Taxing Authorities**

State Board of Equalization
Receiver General - GST
Florida Department of Revenue
Nevada Department of Taxation
Minister of Revenue of Quebec
Hawaii State Tax Collector
Riverside County Assessor
New York State Sales Tax
Washington State
New York City Department of Finance
State Comptroller
County of Orange
Utah State Tax Commission
Delaware Secretary of State
South Carolina Department of Revenue
Ministry of Finance of Quebec
Illinois Department of Revenue
North Carolina Department of Revenue
Arizona Department of Revenue
State of Michigan
Georgia Department of Revenue
New York Department of Taxation
Colorado Department of Revenue
Richardson Kontogouris Emerson LLP
Hawaii Department of Tax
Commonwealth of Virginia
Orange County Treasurer

Texas Comptroller of Public Accounts
City of Lakewood
City of Philadelphia
Los Angeles County Tax Collector
Ohio Department of Taxation
State of New Jersey
Charleston County Treasurer
Minister of Finance (Manitoba)
HSF Program
City of Pasadena
Gila River Indian Community
CT Corporation System
City of Winnipeg
McInnes Cooper
Miami Dade County
Oklamhoma Tax Commission
Broward County Revenue Collector
City of Los Angeles
Pennsylvania Department of Revenue
City of Santa Monica
Internal Revenue Service
State of California
City of Seattle
Kentucky State Treasurer
Nebraska Department of Revenue
King County Treasury
Clark County Department of Business
San Bernardino County
Clark County Assessor
San Diego County
City of Auburn Hills
Fort Bend County Tax
San Luis Obispo County Tax Collector
County of Santa Clara
City of Elizabeth
North Carolina Department of Revenue
City of Richmond
Massachusetts Department of Revenue
Orange County Tax Collector
City of Huntington Beach
Pitkin County Treasurer
Hays County Tax Office
David Piwonka, RTA Cypress
Park City Municipal Corp.
City of Sunrise
City of Charleston

City of Las Vegas
Harris-Fort Bend M.U.D. #4
California State Controller's Office
Treasurer of Virginia
Anne Arundel County
Summit County Treasurer
Dept. of Financial Services State of Florida
Harris County
New Jersey Division of Revenue
City of Sweetwater
Federal Wage & Labor Law Institute
City of Katy
Lee County Tax Collector
Jefferson County Treasurer
State of Minnesota Department of Revenue
County of Ventura
City of Orlando
Rhonda Skipper, Tax Collector
Office of Finance, City of Los Angeles
Texas State Comptroller
Sacramento County
New York State Comptroller
Utah County Treasurer
Commissioner of Revenue Services
City of Torrance
Miami Dade Fire Rescue Department
Party City Municipal Corp

(16) **Other parties in interest not otherwise listed, e.g., material contract, lease, or license counterparties, potential litigation parties**

*Litigation*:
World Marketing, Inc.
Patricia Stockman-Sann
Rox Volleyball, Inc.
1st Place Team Sales, Inc.
Yusef Onder Erin
Geotag
Glorious Sun Licensing Limited
Temeka Inc
Live Nation Merchandise Inc

(17) **Judges and Trustees**

Chief Judge Brendan L. Shannon
Judge Kevin J. Carey
Judge Kevin Gross
Judge Laurie Selber Silverstein
Judge Christopher S. Sontchi
Judge Mary F. Walrath
T. Patrick Tinker Assistant U.S. Trustee
David Buchbinder Trial Attorney
Linda Casey Trial Attorney
Natalie Cox Trial Attorney
Timothy J. Fox, Jr. Trial Attorne
Benjamin Hackman Trial Attorney
Mark Kenney Trial Attorney
Jane Leamy Trial Attorney
Hannah M. McCollum Trial Attorney
Tiiara Patton Trial Attorney
Juliet Sarkessian Trial Attorney
Richard Schepacarter Trial Attorney

## Schedule 2

### Disclosures

### Connections to Quiksilver – Parties-In-Interest

a. Prior to the Petition Date (as defined in the Motion), a joint venture in which GBRP was a participant was engaged (as of September 4, 2015) by Debtor QS Retail, Inc. ("QS Retail") to serve as a retail inventory and fixture ("FF&E") agent on a fee basis for purposes of conducting store closing or similar themed sales.

b. Prior to the Petition Date, a joint venture in which GBRP was a participant was engaged (as of June 8, 2015) by QS Retail to serve as a retail inventory and fixture agent on a fee basis for purposes of conducting certain "pop-up" store inventory/FF&E promotional sales.

c. In matters unrelated to the Debtors, GBRP currently is or previously was part of joint venture arrangements with the following: (i) Hilco Merchant Resources, LLC, (ii) Tiger Capital Group, (iii) Great American Group, and (iv) SB Capital Group. Additionally, affiliates of GBRP are partners with, have partnered with, or may partner with such entities or affiliates of such entities in matters unrelated to the Debtors.

d. DJM Realty Services, LLC, an affiliate of GBRP, provides various real estate advisory and consulting services, including, lease and fee-owned acquisition, disposition, and restructuring services to its clients. In the course of providing such services, HRE may have transacted with one or more of the parties-in-interest identified as landlords of the Debtors on matters unrelated to the Debtors.

e. GBRP's parent entity, Gordon Brothers Group, LLC ("GBG") has a corporate banking relationship with a syndicate of lenders including, among others, Bank of America, N.A. and Wells Fargo Bank, National Association, each of whom are Parties-in-Interest as members of the Debtors' Global ABL Lending Group.

f. As a part of a large and diverse business operation, GBG and all other companies presently controlled by GBG (including GBRP) each has previously, is currently, and may in the future appear or participate in numerous cases, proceedings, transactions and engagements involving professional advisors (e.g., attorneys, accountants, investment bankers and financial consultants) as well as principals (e.g., operating companies, investment funds or other "financial investors"). In such interactions, GBG and all other companies presently controlled by GBG (including GBRP) each may act as advisor, agent/consultant (whether on a fee or equity basis), or principal investor or party, and in each such capacity may be a co-advisor, consultant, or principal acting in concert with, or as a counterparty to, such other professional advisors and principals. Such professional advisors and principals involved in the foregoing interactions with GBG and all other companies presently controlled by GBG (including GBRP) may be involved in these proceedings and may represent or may be Parties-in-Interest in these Chapter 11 cases, including, but not limited to, third-party vendors, insurance carriers and brokers, banks and other lenders, attorneys and other professionals, landlords. In addition, GBRP's affiliate Gordon Brothers Asset Advisors, LLC (doing business as "Gordon Brothers-AccuVal and referred to herein as "GB-A"), provides appraisal services in the ordinary course of business to many lenders who are also Parties-in-Interest as agents and/or members of the Debtors' bank or other lending groups. Further, in the ordinary course of

business GBG and/or any of the other companies presently controlled by GBG (including GBRP) have previously (or may have previously) retained each of the professionals to be employed in the case by the Debtors, lenders, purchaser/sponsor, committees, or other key parties.

g.  Except as disclosed herein and  in the Original Declaration, none of the interactions between or among GBG and all other companies presently controlled by GBG (including GBRP) on the one hand, and any of the Parties-in-Interest in these Chapter 11 cases on the other hand, are matters directly connected or relating to the Debtors or these Chapter 11 cases.  Further, except as previously disclosed  herein and in the Original Declaration, none of GBG and all other companies presently controlled by GBG (including GBRP) have represented, do represent, nor will any of them represent any of such Parties-in-Interest in connection with these Chapter 11 cases.  Insofar as other connections with Parties-in-Interest are concerned, it is possible that one or more associates or staff members of GBRP may have personal or social connections with certain Parties-in-Interest.  GBRP does not believe that any relationship, arrangement, investment, transaction or engagement with or relating to any of the Parties-in-Interest or other entities who may be involved in these Chapter 11 cases will interfere with or impair the services to be rendered to the Debtors by GBRP in these cases.