## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| Debtors. | : | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF ASHLEY R. BEANE

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Ashley R. Beane, Esq. of Akin Gump Strauss Hauer & Feld LLP to represent the Official Committee of Unsecured Creditors in the chapter 11 cases of the above-captioned debtors and debtors-in-possession.

Date: October 5, 2015
Wilmington, Delaware

/s/ David B. Stratton
David B. Stratton (DE No. 960)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Tel: (302) 777-6500

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#35807719 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bars of the State of Texas and the District of Columbia, and the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

/s/ Ashley R. Beane
Ashley R. Beane, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201-4624

Telephone: (214) 969-2800

Facsimile: (214) 969-4343
Email: abeane@akingump.com

#35807719 v1