IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                  : Chapter 11
                                                        : Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*                              :
                                                        : (Jointly Administered)
              Debtors.[1]                               :
                                                        :
                                                        : **Hrg. Date: Oct. 6, 2015 at 10:00 a.m. (Eastern)**
                                                        : **Related to Docket Nos. 27 and 195**
_____

## JOINDER TO OBJECTION TO DEBTORS' FIRST OMNIBUS MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 365(A) AND BANKRUPTCY RULES 6006 AND 9014 AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS

Former employees of Quiksilver, Inc., Stephen Finney, Kasey Mazzone, Lance Stern, Liam Devoy, Viki Love, John Graham, Brad Holman, Robert Oberschelp, Steve Swokowski, Darren Lott, Thomas Webster, Thomas Hartge, Alan Vickers, Kelly Ketner, Scott Fullerton, Kelley C. Graham, Andy Mooney, Roberta Turchi, and Joe O'Neil (the "**Additional Class Claimants**"), by and through below signed counsel, submit their joinder to the objection by Nicholas Drake on his own behalf and all similarly situated ("**Class Claimants**"), to the Debtor's First Omnibus Motion For Order Pursuant To Bankruptcy Code Sections 105(A) and 365(A) And Bankruptcy Rules 6006 and 9014 Authorizing Rejection Of Certain Executory Contracts (the "**Motion**"), Dkt. No. 27.

1. Class Claimants and recently retained Additional Class Claimants believe this "reply" leaves no doubt that the "rejection motion" was meant to obstruct Class Claimants pursuit of their administrative claim and to deprive them of due process.

2. Additional Class Claimants have recently retained counsel and join in the Objection filed by Class Claimants. Additional Class Claimants also object that the Debtor seeks to reject the Separation Agreements but maintain certain provisions of the Separation Agreements, *i.e.* the non-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

disclosure and confidentiality provisions in violation of Section 365 requiring an alleged "executory contract" to be rejected or assumed, *cum onere* (with all of the burdens or benefits that attach).

3. **WHEREFORE**, the Additional Class Claimants respectfully request that the Court (a) sustain the Objections by the Class Claimants, deny the Motion, and (b) grant such other further relief as the Court deems just and proper.

Dated: October 5, 2015

GELLERT SCALI BUSENKELL & BROWN, LLC

Michael Busenkell (DE 3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: 302-425-5812
Email: mbusenkell@gsbblaw.com

-and-

Blake J. Lindemann – Cal. Bar #255747
    (*pro hac vice application pending*)
Lindemann Law Firm
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: 310-279-5269
Facsimile: 310-300-0267
E-mail: blake@lawbl.com

-and-

Daren M. Schlecter – Cal. Bar #259537
    (*pro hac vice application pending*)
Law Office of Daren M. Schlecter, A Prof. Corp.
1925 Century Park East, Suite 830
Los Angeles, CA 90067
Telephone: 310-553-5747
Facsimile: 310-553-5487
E-mail:    daren@schlecterlaw.com

*Counsel to Stephen Finney, Kasey Mazzone, Lance Stern, Liam Devoy, Viki Love, John Graham, Brad Holman, Robert Oberschelp, Steve Swokowski, Darren Lott, Thomas Webster, Thomas Hartge, Alan Vickers, Kelly Ketner, Scott Fullerton, Kelley C. Graham, Andy Mooney, Roberta Turchi, and Joe O'Neil*