## CERTIFICATE OF SERVICE

I, Michael Busenkell, Esquire, hereby certify that on October 5, 2015, I caused a true and correct copy of the *Joinder to Objection to Debtors' First Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rules 6006 and 9014 Authorizing Rejection of Certain Executory Contracts* to be served via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed on the attached Service List.

Dated: October 5, 2015

Michael Busenkell (No. 3933)