| | | |
|---|---|---|
| 3 TIMES SQUARE ASSOCIATES LLC<br>JP MORGAN CHASE BANK<br>GPO P.O. BOX 27488<br>NEW YORK, NY 10087 | 404 WEST LLC<br>C/O WINTER MANAGEMENT CORP<br>730 FIFTH AVE<br>NEW YORK, NY 10019 | Akin Gump Strauss Hauer & Feld LLP<br>Michael S Stamer Meredith A Lahaie<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 |
| Assistant Attorney General<br>Jason A Starks<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Ballard Spahr LLP<br>David L Pollack<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Matthew Summers, Leslie Heilman<br>919 Market Street, 11th Floor<br>Wilmington, DE 19801 |
| Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 | Bewley Lassleben & Miller LLP<br>Ernie Zachary Park<br>13215 E Penn St Suite 510<br>Whittier, CA 90602-1797 | BLT Enterprises<br>Robert Solomon<br>501 Spectrum Circle<br>Oxnard, CA 93030 |
| Brown & Connery LLP<br>Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | C & K TRADING CO., LTD.<br>CK JUNG<br>867 Woo 1-Dong Haeundae-Gu<br>Busan, 13 612-822<br>South Korea | CARMICHAEL INTERNATIONAL SERVICE<br>P.O. Box 51025<br>Los Angeles, CA 90051 |
| Chipman Brown Cicero & Cole LLP<br>William E Chipman Jr<br>The Nemours Building<br>1007 N Orange St Ste 1110<br>Wilmington, DE 19801 | Clayton Blehm<br>770 Sycamore Avenue, Suite 122<br>Vista, CA 92083 | COINS INTERNATIONAL CO., LTD.<br>7F-1, No. 89 Bo Guan Road<br>Taichung, TWN 404<br>Taiwan |
| Cooch & Taylor PA<br>Susan E Kaufman<br>1000 West St 10th Fl<br>The Brandywine Building<br>Wilmington, DE 19899 | Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | CPG PARTNERS LP<br>P.O. BOX 827727<br>PHILADELPHIA, PA 19182 |
| Delaware Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | Delaware Dept of Justice<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 |
| Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 | DELTINA TRADING PTY LTD.<br>ALAN FENNEL<br>Unit 2, 32 Bell Street<br>Torquay, VIC 3228<br>Australia | DRAGON CROWD GARMENT INC<br>EDWARD<br>Fl/5 Bldg A, C&E Centre<br>Ningbo, 130 315040<br>China |
| DUBHE CORPORATION<br>Che-Il Bldg Rm 1501, 256-13<br>Seoul, 13 121-758<br>South Korea | EASTMAN EXPORTS GLOBAL CLOTHING<br>10, 12, KUMARANAGAR (SOUTH)<br>TIRUPUR, 641603<br>India | Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 |
| Ezra Brutzkus Gubner LLP<br>Steven T Gubner<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367 | Foley & Lardner LLP<br>Mark L Prager Mark F Hebbeln Lars A Peterson<br>321 N Clark St Ste 2800<br>Chicago, IL 60654-5313 | FULL CREATIVE CO, LTD<br>No.4 Jin-Ying 2Nd St.<br>Dongguan, 190 523942<br>China |

| | | |
|---|---|---|
| GGP Limited Partnership, as Agent<br>Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Global Brands Group<br>Attn Martin Leder<br>12 Princeton Dr<br>Tappan, NY 10903 | Goodsill Anderson Quinn & Stifel<br>Jonathan C Bolton<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813 |
| Greenberg Taurig LLP<br>Dennis A Meloro<br>The Nemours Building<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenberg Taurig LLP<br>Jeffrey M Wolf<br>One International Place<br>Boston, MA 02110 | HONG KONG HESHENG INT'L<br>TOME ZHENG<br>Rm 1102, Wofoo Commercial Building<br>Kowloon, KLN 999077<br>Hong Kong |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| Jeffer Mangels Butler & Mitchell LLP<br>Joseph A Eisenberg PC<br>1900 Avenue of the Stars 7th Fl<br>Los Angeles, CA 90067 | Jeffrey S Shinbrot APLC<br>Jeffrey S. Shinbrot<br>8200 Wilshire Blvd Suite 400<br>Beverly Hills, CA 90211 | Jung & Yuen, LLP<br>Curtis Jung, Esq.<br>888 S. Figueroa St., Suite 720<br>Los Angeles, CA 90017 |
| Katten Muchin Rosenman LLP<br>c/o Dustin P Branch<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Jessica Mickelsen Simon<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | KCC<br>Mike Hill<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 | Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M.<br>Kwasteniet, William A. Guerrieri, W.<br>Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 | LeClairRyan<br>Andrew Cole, Esq.<br>800 North King Street, Suite 303<br>Wilmington, DE 19801 |
| LeClairRyan<br>Niclas A Ferland Esq Ilan Markus Esq<br>545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| MCKNIGHT,ROBERT<br>167 Emerald Bay<br>Laguna Beach, CA 92651 | MERRY LINK DEVELOPMENT<br>(MACAO COMMERCIAL OFFSHORE)<br>LIMITED<br>Alameda Dr Caros D'Assumpcao No 336<br>Macau, MO 999078<br>Macau | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn Sheryl L Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| MOONEY,ANDREW P.<br>PO Box 69447<br>West Hollywood, CA 90069 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn Robert J. Dehney, Andrew R.<br>Remming, Tamara K. Minott<br>1201 North Market St 16th Fl<br>PO Box 1347<br>Wilmington, DE 19899-1347 | New Generation Advisors LLC<br>Attn Baily Dent<br>13 Elm St<br>Manchester, MA 01944 |
| NEWTIMES FAR EAST<br>Unit D, 7th Floor, Phase 5<br>Kowloon, KLN 999077<br>Hong Kong | NINGBO ISUN FASHION CO. LTD<br>East Fenghua Industrial<br>Ningbo, 130 315500<br>China | NORTHSTAR SOURCING GROUP HK LTD<br>DAVE PERKINS<br>Room 602, 6/F, Oriental Centre<br>Kowloon, KLN 999077<br>Hong Kong |

O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET, #1060
LOS ANGELES, CA 90071

O'MELVENY & MYERS LLP
PO BOX 894436
LOS ANGELES, CA 90189-4436

Office of the United States Trustee
Delaware
Attn Mark S. Kenney
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

ORIGINAL JY&T CO. LTD.
Sanchong Dist.
New Taipei City, TPE 241
Taiwan

Parker Milliken Clark O'Hara & Samuelian
Thomas E Shuck
555 S Flower St 30th Fl
Los Angeles, CA 90071-2440

Patterson Belknap Webb & Tyler LLP
David W Dykhouse Brian P Guiney
1133 Avenue of the Americas
New York, NY 10036-6710

Pepper Hamilton LLP
David B Stratton David M Fournier John H
Schanne II
Hercules Plaza, Suite 5100
1313 N Market St
Wilmington, DE 19899-1709

Perdue Brandon Fielder Collins & Mott LLP
Arlington ISD
c/o Elizabeth Banda Calvo
500 E Border St Ste 640
Arlington, TX 76010

Port Logistics
c/o Pamela Kohlman Webster, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

PUTIAN XINXIESHENG FOOTWEAR CO.,
LT
Liuxian, Laidian Town, Xianyou
Putian, 150 351251
China

QTNP APPARELS JSC
NO. 18, LOT 8, LONG BIEN RESETTLEME
HA NOI,  10000
Vietnam

Riemer & Braunstein LLP
Attn Steven Fox
Seven Times Square
Suite 2506
New York, NY 10036

Riemer & Braunstein LLP
David S. Berman
Three Center Plaza
Boston, MA 02108

Samil Tong Sang Co
Attn Ian Im
18-130 Gangdong-Dong
Busan,  13 618-800
South Korea

SAMIL TONG SANG CO.
BONG GYU LIM
18-130 Gangdong-Dong
Busan, 13 618-800
South Korea

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission
Sharon Binger Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

Securities & Exchange Commission NY
Office
Andrew Calamari Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

Seward & Kissel LLP
John R Ashmead
One Battery Park Plaza
New York, NY 10004

Simon Property Group, Inc
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Skadden, Arps, Slate, Meagher & Flom LLP
John K Lyons
155 N Wacker Dr
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Van C Durrer
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

SRINIVASA FASHIONS PVT LTD
Factory Unit #3
Plot No. AP4, 5th Avenue, 2nd Cross
Chengalpat, 22 603002
India

Stroock & Stroock & Lavan LLP
Andrew P DeNatale
180 Maiden Ln
New York, NY 10038

SUMEC TEXTILE & LIGHT INDUSTRY CO
13F, 198 Changjiang Road
Nanjing, 100 210018
China

T. Rowe Price Credit Opportunities Fund
c/o  T. Rowe Price Associates, Inc.
Attn Andrew Baek
100 E. Pratt Street
Baltimore, MD 21202

The Taubman Company
Andrew S Conway Esq
200 East Long Lake Road Ste 300
Bloomfield Hills, MI 48304

U.S. BANK AS INDENTURE TRUSTEE
U.S. BANK NATIONAL ASSOCIATION
60 LIVINGSTON AVE
ST. PAUL, MN 55107

U.S. Bank National Association
Justin L. Shearer Vice President
Global Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

WEIHAI TEXTILE IMP AND EXP CO
No. 16 Shichang Da Road
Weihai, 120 264200
China

Wilfrid Global Opportunity Fund
c/o Wilfrid Aubrey LLC
Attn Nicholas Walsh
465 Lexington Ave
New York, NY 10174

Womble Carlyle Sandridge & Rice, LLP
Attn Steven K Kortanek
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Womble Carlyle Sandridge & Rice, LLP
Steven K Kortanek Thomas M Horan
Morgan L Patterson
222 Delaware Ave Suite 1501
Wilmington, DE 19801

WORLD MARKETING, INC.
306 38TH STREET, 8TH FLOOR
NEW YORK, NY 10018

XIAMEN C&D LIGHT INDUSTRY CO., LTD.
15th Floor Seaside Bldg.
Xiamen, 150 361000
China

ZHEJIANG XISHI JIAFANG TEXTILE CO L
Paitou Village Paitou Town
Zhuji, 130 311825
China