IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
             Debtors[1]. : (Jointly Administered)
:
x **Hrg. Date: October 14, 2015 at 1:00 p.m. EST**
   **Obj. Due: October 14, 2015 at 1:00 p.m. EST**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MOTION TO SHORTEN NOTICE WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PROVIDING FOR LIMITED RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO THE PETITION DATE FOR THE SOLE PURPOSE OF PERMITTING BOARDRIDERS S.A, TO DECELERATE ITS OBLIGATIONS UNDER THE NOTES**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this motion (the "Motion to Shorten") seeking entry of an order substantially in the form annexed hereto as Exhibit A (the "Order"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), shortening the notice period with respect to the *Debtors' Motion for Entry of an Order Providing for Limited Relief from the Automatic Stay Nunc Pro Tunc to the Petition Date for the Sole Purpose of Permitting Boardriders S.A. to Decelerate its Obligations Under the Notes* (the "Motion"),[2] filed

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined in this Motion to Shorten shall have the meaning given in the Motion.

KE 29199943

concurrently herewith.  In support of this Motion to Shorten, Debtors respectfully state as follows:

### Relief Requested

1.     The Debtors request that the Court (a) set the Motion for the hearing scheduled October 14, 2015 at 1:00 p.m. (prevailing Eastern time) (the "Hearing"), and (b) shorten the period for notice of the hearing on the Motion, with objections, if any, to be made at the time of the Hearing.

### Basis for Relief

2.     Local Rule 9006-1(c)(i) provides that "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days if service is by instant delivery; nineteen (19) days if service is by overnight delivery; (twenty-one (21) days if service is by first class mail; prior to the hearing date."  Del. Bankr. LR 9006-1(c)(i).  Local Rule 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion specifying the exigencies justifying shortened notice."  Del. Bankr. LR 9006-1(e).

3.     The Debtors submit that exigencies exist to have the Motion heard on an expedited basis.  As explained in the Motion, Debtors require immediate relief from the automatic stay in order to effectuate the agreement between the Debtors and the Boardriders for the limited purpose of permitting the Boardriders and the Indenture Trustee to decelerate the obligations under the Notes.  The Debtors have worked cooperatively with their creditors and parties in interest, including Boardriders and the Indenture Trustee, to build the consensus necessary to successfully reorganize in a way that maximizes the value of the Debtors' estates towards a resolution of these Chapter 11 Cases.  Toward that end, the Debtors have agreed with

KE 29199943

Boardriders and the Indenture Trustee to allow Boardriders and the Indenture Trustee to decelerate the obligations owed under the Notes.  Denial of the relief would cause immediate and irreparable injury to the Debtors by jeopardizing the residual value of their equity interests in the Quiksilver Entities and impairing their ability, as debtors in possession, to operate their businesses, administer these Chapter 11 Cases, and confirm a plan of reorganization that maximizes the value of the Debtors' estates for the benefit of creditors.

      4.      The Debtors will serve the Motion on the following parties, or their counsel, if known: (a) the United States Trustee; (b) counsel to both agents for the Debtors' separate postpetition secured loan facilities; (c) counsel to the agent for the Debtors' prepetition revolving loan facility; (d) the agent for the Debtors' prepetition senior secured notes; (e) the agent for the Debtors' prepetition senior unsecured notes; (f) the Unsecured Creditors Committee; and (g) any party that has requested notice pursuant to Bankruptcy Rule 2002.

      5.      If the Court grants this Motion to Shorten and enters an order fixing a hearing date on the Motion, the Debtors will immediately serve a copy of such order, and a notice of hearing for the Motion, on the same parties who were served with the Motion by facsimile, electronic mail, hand delivery, overnight mail, or express mail.

      WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the form attached hereto as <u>Exhibit A</u> (a) setting the Motion for the hearing scheduled for October 14, 2015 at 1:00 p.m. (prevailing Eastern time); and (b) shortening the period for notice of the hearing on the Motion, with objections, if any, to be made at the time of the hearing.

| | |
|---|---|
| Dated: October 5, 2015<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Jeffrey N. Pomerantz (*admitted pro hac vice*)<br>John A. Morris (*admitted pro hac vice*)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>            joneill@pszjlaw.com<br>            pkeane@pszjlaw.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

4

KE 29199943