## EXHIBIT A

**Proposed Order**

5

KE 29199943

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
            Debtors[1]. : (Jointly Administered)
:
x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION TO SHORTEN NOTICE WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PROVIDING FOR LIMITED RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO THE PETITION DATE FOR THE SOLE PURPOSE OF PERMITTING BOARDRIDERS S.A, TO DECELERATE ITS OBLIGATIONS UNDER THE NOTES**

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) shortening notice of the *Debtors' Motion for Entry of an Order Providing for Limited Relief from the Automatic Stay Nunc Pro Tunc to the Petition Date for the Sole Purpose of Permitting Boardriders S.A. to Decelerate its Obligations Under the Notes* (the "Motion") filed by Quiksilver Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334 and (b) the Motion to Shorten is with respect to a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion to

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten.

Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing (the "Hearing") on the Motion shall be held on October 14, 2015 at 1:00 p.m. (prevailing Eastern time).

3. Any objections or responses to the relief requested in the Motion shall be filed with the court and served by October 14. 2015 at 1:00 p.m (prevailing Eastern time).

4. Immediately after the entry of this Order, counsel for the Debtors shall serve a copy of this Order and notice of the Motion on parties originally served with the Motion to Shorten and the Motion in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: _____
       Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge