**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QUICKSILVER, INC., *et al.,*[1] | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), the undersigned counsel hereby enters their appearance as counsel (the "Appearance") for First & Lenora LLC ("F & L") and requests that the F & L be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| John Rizzardi, Esquire | Matthew G. Summers, Esquire |
| CAIRNCROSS & HEMPELMANN | Leslie C. Heilman, Esquire |
| 524 Second Avenue, Suite 500 | BALLARD SPAHR LLP |
| Seattle, WA 98104-2323 | 919 North Market Street, 11th Floor |
| Telephone:   (206) 254-4444 | Wilmington, Delaware 19801 |
| Facsimile:    (206) 587-2308 | Telephone: (302) 252-4465 |
| Email: jrizzardi@cairncross.com | Facsimile: (302) 252-4466 |
| | E-mail: summersm@ballardspahr.com |
| |            heilmanl@ballardspahr.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal,

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the F & L's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the F & L are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 6, 2015
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Matthew G. Summers, Esquire (No. 5533)
Leslie C. Heilman, Esquire (No. 4716)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone:  (302) 252-4465
Facsimile:  (302) 252-4466
E-mail:  summersm@ballardspahr.com
            heilmanl@ballardspahr.com

        and

John Rizzardi, Esquire
CAIRNCROSS & HEMPELMANN
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone:     (206) 254-4444
Facsimile:     (206) 587-2308
Email: jrizzardi@cairncross.com

*Counsel for First & Lenora LLC*