**IN THE UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.,* | : | Case No. 15-11880 (BLS) |
| | : | (Jointly Administered) |
| Debtor. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John Rizzardi to represent First & Lenora LLC.

Dated: October 5, 2015        */s/ Leslie C. Heilman*
Wilmington, Delaware          Leslie C. Heilman (DE 4716)
                              BALLARD SPAHR LLP
                              919 N. Market Street, 11th Floor
                              Wilmington, DE 19801
                              Telephone: (302) 252-4465
                              Facsimile: (302) 252-4466
                              E-mail: heilmanl@ballardspahr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ John Rizzardi*
John Rizzardi, Esquire
CAIRNCROSS & HEMPELMANN
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone:    (206) 254-4444
Facsimile:    (206) 587-2308
Email:  jrizzardi@cairncross.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Local Form 105