UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:   Chapter 11

Case No. 15-11880 (BLS)

Debtor: QUICKSILVER, INC.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of <u>Carolyn G. Wade, Senior Assistant Attorney General</u>
to represent <u>Oregon Department of Justice</u>
in this action.

/s/ Carolyn G. Wade OSB #832120

Firm Name: Oregon Department of Justice
Address: 1162 Court Street NE
Salem, OR 97301-4096
Phone: (503) 934-4400

Email: carolyn.g.wade@doj.state.or.us

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>USDC - Oregon</u> and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

//s/ Carolyn G. Wade  OSB #832120

Firm Name: Oregon Department of Justice
Address: 1162 Court Street NE
Salem, OR 97301-4096
Phone: (503) 934-4400

Email: carolyn.g.wade@doj.state.or.us

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October 6th, 2015
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Local Form 105