**IN THE UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.,* | : | Case No. 15-11880 (BLS) |
| | : | (Jointly Administered) |
| Debtor. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John Rizzardi to represent First & Lenora LLC.

Dated: October 5, 2015                     */s/ Leslie C. Heilman*
Wilmington, Delaware                     Leslie C. Heilman (DE 4716)
                                                           BALLARD SPAHR LLP
                                                           919 N. Market Street, 11th Floor
                                                           Wilmington, DE 19801
                                                           Telephone: (302) 252-4465
                                                           Facsimile: (302) 252-4466
                                                           E-mail: heilmanl@ballardspahr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                           */s/ John Rizzardi*
                                                           John Rizzardi, Esquire
                                                           CAIRNCROSS & HEMPELMANN
                                                           524 Second Avenue, Suite 500
                                                           Seattle, WA 98104-2323
                                                           Telephone:    (206) 254-4444
                                                           Facsimile:    (206) 587-2308
                                                           Email:  jrizzardi@cairncross.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: October 6th, 2015                     **BRENDAN L. SHANNON**
Wilmington, Delaware                         **UNITED STATES BANKRUPTCY JUDGE**

Local Form 105