IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re:                           :   Chapter 11
:
QUIKSILVER, INC., et al.,        :   Case No. 15-11880 (BLS)
:
Debtors[1].                      :
:   Related Docket No. 115
x
---------------------------------

## ORDER GRANTING DEBTORS' APPLICATION FOR ORDER PURSUANT TO SECTIONS 327(A) AND 329 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014 AND 2016 AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1 AUTHORIZING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), seeking authorization to employ and retain Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") as co- counsel for the Debtors; and upon (i) the *Statement Under Rule 2016 of the Federal Rules of Bankruptcy Procedure and Section 329 of the Bankruptcy Code* (the "Statement"), and (ii) the *Declaration of Laura Davis Jones in Support of Debtors' Application for Order Pursuant to Sections 327(a) and 329 of The Bankruptcy Code and Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

*Counsel for the Debtors Nunc Pro Tunc to the Petition Date* (the "Jones Declaration"), which were submitted concurrently with the Application; and the Court being satisfied, based on the representations made in the Application, the Statement, and the Jones Declaration that the legal and factual bases establish just cause for the relief granted herein and the Court having determined that the relief sought in the Application is in the best interests of the Debtors and their estates; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application has been given and no further notice need be given; and upon the proceedings before the Court; and after due deliberation and good and sufficient cause appearing; it is

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized, pursuant to sections 327(a) and 329 of the Bankruptcy Code, and effective *nunc pro tunc* to the Petition Date, to employ and retain PSZ&J as co- counsel on the terms set forth in the Application, the Statement, and the Jones Declaration; and it is further

ORDERED that PSZ&J shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules and the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court. PSZ&J also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330 by Attorneys in Large Chapter 11 Cases, effective as of November 1, 2013 (the

"Revised U.S. Trustee Fee Guidelines"), both in connection with the Application and the interim and final fee applications to be filed by PSZ&J in the Chapter 11 Cases; and it is further

ORDERED that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: Oct. 6, 2015

Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge