# EXHIBIT 1

## Schedule of Ordinary Course Professionals

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Allen Matkins | 1900 Main Street, 5th Floor<br>Irvine, CA 92614 | Legal |
| Allen & Overy | 9th Floor, 3 Exchange Square<br>Hong Kong | Legal |
| Chaves, Gleman, Machado, Gilberto e Barboza | Av. Brig. Faria Lima, 1.663-5° andar<br>01452-001 - Sao Paulo, SP – Brazil | Legal |
| Deloitte Tax LLP | 695 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA  92626 | Tax preparation |
| Duff & Phelps | 311 S Wacker Drive<br>Suite 4200<br>Chicago, IL  60606 | Transfer pricing consultant |
| Law Offices of Julie L. Plisinski | 27762 Antonio Parkway<br>Suite L1-229<br>Ladera Ranch, CA 92694 | Legal |
| Fasken Martineau DuMoulin SENCRL, srl. | 800 Place Victoria, Bureau 3700<br>Montreal, Quebec H4Z 1E9 Canada | Legal |
| Gibson, Dunn & Crutcher LLP | 3161 Michelson Drive<br>Irvine, CA 92612-4412 | Legal |
| ICR, LLC | 685 Third Ave<br>2nd Floor<br>New York, NY 10017 | Public Relations |
| Jauregui y Navarrete | Paseo de Los Tamarindos, 400-B<br>Bosques de Las Lomas, Mexico D.F. | Legal |
| Jones Day | 3161 Michelson Dr<br>Irvine, CA 92612 | Legal |
| KPMG | 20 Pacifica Ste 700<br>Irvine, CA 92618 | Auditors |
| McInnes Cooper | 1300-1969 Upper Water Street<br>Halifax,  S B3J2V1 Canada | Legal |
| Montaury Pimenta | Av. Almirante Barroso, 139, 7° andar<br>Rio de Janeiro, Brazil | Legal |
| O'Melveny & Myers | 610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660 | Legal |
| O'Neil LLP | 19900 MacArthur Blvd, Ste 1050<br>Irvine, Ca 92616 | Legal |
| SL Consulting | 6805 Lebanon Road<br>#827<br>Frisco, TX  75034 | Tax preparation; miscellaneous tax advice |
| A J Park | P.O. Box 565<br>Auckland, NEW ZEALAND | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| A V Stagnetto, Triay Stagnetto Neish | Regal House, Queensway<br>Gibraltar<br>tsn@tsnlaw.com | Legal - Trademark |
| A.G. da Cunha Ferreira, Lda. | Rua das Flores, 74 - 4th Floor, 1200-195<br>Lisboa, PORTUGAL | Legal - Trademark |
| AAA Legal Services | P.O. Box 3926<br>10509 Talinn<br>Estonia | Legal - Trademark |
| ABENTE STEWART | avv@abentestewart.com.py | Legal - Trademark |
| Abu-Ghazaleh Intellectual (Oman) | Suite No. 120, First Floor<br>Hatat House, Al-Nahdha Street<br>Wadi Adai, Muscat<br>SULTANATE OF OMAN | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property | Palestine Tower, 3rd Floor<br>Al-Shuhada'a, Al-Rimal<br>Gaza | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property - Algeria | 175, Bd Krim Belkacem<br>Algiers, ALGERIA | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (AGIP in Jordan) | PO Box 921100 1/192<br>Amman, JORDAN | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Bahrian) | Unitag House, 4th Floor<br>Government Avenue<br>Manama, BAHRAIN | Legal – Trademark |
| Abu-Ghazaleh Intellectual Property (Egypt) | 9th Floor, 51 El-Hegaz Street<br>Mohandseen, Cairo, Egypt | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Iraq) | Al-Sadoun St., Mahala 101<br>Zuqaq 87, Ahmad Building<br>3rd Floor<br>Baghdad, IRAQ | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Kuwait) | Souk Al-Kabir Building, 9th Floor<br>East Wing, Fahed Al-Salem Street, Safat<br>STATE OF KUWAIT | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Lebanon) | Halabi Building, 1st Floor<br>Sanaeh, Beirut<br>LEBANON | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Libya) | P.O. Box 921100<br>Amman 11192<br>KINGDOM OF JORDAN | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Qatar) | Trans Orient Center Building<br>Airport Road, Doha<br>STATE OF QATAR | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (SUDAN) | Bank Islam Sudan Building, 6th Floor, Apartment No.1<br>Alqaser Street, Khartoum<br>SUDAN | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Abu-Ghazaleh Intellectual Property (Syria) | 7th Floor, Al-Badeen Building<br>Al-Thawra Bridge, Damascus<br>SYRIA | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Tunisia) | Appartment B.3.2.<br>7 rue 8002, Montplaisir<br>Tunis 1002<br>TUNISIA | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (UAE) | Hilal Tower, 12 comiche Al-Buhaira, Sharjah<br>UNITED ARAB EMIRATES | Legal – Trademark |
| Abu-Ghazaleh Intellectual Property (West Bank) | Green Tower Building<br>Al-Nuzha Street, Ramallah<br>WEST BANK | Legal - Trademark |
| Abu-Ghazaleh Intellectual Property (Yemen) | 4th Floor, Abdullah Bin Ishaq Building,<br>Al-Zubairi Street<br>Sana'a, REPUBLIC OF YEMEN | Legal - Trademark |
| Adams & Admas | P.O. Box 3511<br>Halfway House<br>REPUBLIC OF SOUTH AFRICA 1685 | Legal - Trademark |
| Adriana Villalba, Marcas/Trademarks Department | Not available | Legal - Trademark |
| Albihns Stockholm AB | P.O. Box 5581<br>Stockholm S-11485<br>SWEDEN | Legal - Trademark |
| Allen & Gledhill | One Marina Boulevard #28-00<br>SINGAPORE 018989 | Legal - Trademark |
| Andrew Radclyffe | Arad@welkam.solomon.com.sb | Legal - Trademark |
| Arochi, Marroquin & Lindner, S.C. | Insurgentes Sur 1605-Piso 20<br>Col. San Jose Insurgentes, 03900<br>MEXICO D.F. | Legal - Trademark |
| ASTURGÓ, MATEU & associats | Avda. Meritxell, 128 3-A<br>AD500 Andorra la Vella<br>Principality of Andorra | Legal - Trademark |
| Balco Ltd Patent and Trade Mark Agency | Central PO Box 1056<br>Ulaanbaatar-13<br>MONGOLIA | Legal – Trademark |
| Barbat & Cikato | P.O. Box 53<br>11.100 Montevideo<br>URUGUAY | Legal - Trademark |
| Barger, Piso & Partner | Wien 1, Mahlerstrasse 9<br>A-1015 Wien, AUSTRIA | Legal - Trademark |
| Barreda Moller | Av. Angamos Oeste 1200<br>Lima 18, PERU | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Bermeo Law Firm | World Trade Center, Tower II<br>12th Floor<br>Av.12 Octubre N-24-528 y<br>Cordero, Quito ECUADOR | Legal - Trademark |
| Beuchat, Barros & Pfenniger | Europa 2035, Providencia<br>Casilla 456-V<br>Santiago, Chile | Legal - Trademark |
| Bezzina & Mifsud | 3F, BOV Centre<br>High Street<br>Sliema  SLM 16<br>Malta | Legal - Trademark |
| Blake Dawson Waldron | PO Box 850<br>Port Moresby<br>PAPUA NEW GUINEA | Legal - Trademark |
| Bolet & Terrero | Av. Francisco de Miranda<br>Edificio Cavendes, Piso 12<br>Los Palos Grandes, Caracas 1062, VENEZUELA | Legal - Trademark |
| Borenius & Co Oy Ab | Kansakoulukuja 3<br>Helsinki Finland-00100 | Legal - Trademark |
| Boult Wade Tennant | Veralum Gardens<br>70 Gray's Inn Road<br>London WC1X 8BT<br>UNITED KINGDOM | Legal – Trademark |
| Brenes Lleras IP | Regus Corp. Center, Piso 6<br>Edificio Escazu Corporate Center<br>Escazú 10203, San José<br>Costa Rica | Legal - Trademark |
| Bufete Mejia & Asociados | P.O. Box 1744<br>San Pedro Sula<br>HONDURAS | Legal - Trademark |
| Bugnion S.A. | Case 375<br>CH-1211 Geneve 12<br>SWITZERLAND | Legal - Trademark |
| Cabinet Hudicourt Woolley | 27, Avenue Marie Jeanne<br>Cite de l'Exposition<br>Port-au-Prince, HAITI | Legal - Trademark |
| Cabinet José CURAU | 26 Bis Boulevard Princesse Charlotte<br>MONTE-CARLO 98000 Principauté de Monaco<br>P.O. BOX 54 MC 98001 MONACO CEDEX | Legal - Trademark |
| Castillo Grau & Associates | Carrera 13 No. 37-43<br>12th Floor<br>Bogota, Colombia | Legal - Trademark |
| Conyers Dill & Pearman | Clarendon House<br>2 Church Street<br>Hamilton<br>Bermuda HM CX | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Corrs Chambers Westgarth | 600 Bourke Street<br>Melbourne Victoria 3000<br>AUSTRALIA | Legal - Trademark |
| Cox Hallett Wilinson Milner House | 18 Parliament Street Hamilton HM FX<br>BERMUDA | Legal - Trademark |
| CPA Global | 2318 Mill Road, 12th Floor<br>Alexandria, VA 22314 | Legal – Trademark |
| Dancia Penn & Co | 49 Main Street<br>Road Town, Tortola<br>British Virgin Islands | Legal - Trademark |
| Danubia Patent & Trademark Attorneys | PO Box 198<br>H-1368 Budapest 5<br>HUNGARY | Legal - Trademark |
| Domnern Somgiat and Boonma | 719 Si Phya Road<br>Bangkok 10500<br>THAILAND | Legal - Trademark |
| Dr. Ing M Curell Sunol I.I.S.L | Passeig de Gracia 65 Bis<br>Barcelona 08008<br>SPAIN | Legal - Trademark |
| Drew & Napier | 20 Raffles Place<br>#17-00 Ocean Towers<br>Singapore 048620 | Legal - Trademark |
| DunnCox | 48 Duke Street<br>Kingston, JAMAICA | Legal - Trademark |
| Emil Arguelles & Company | 35 New Road,<br>PO Box 1846<br>Belize City, Belize | Legal - Trademark |
| Emilianides & Kyriakides | Kyriakides Buildings<br>P.O. Box No. 21090<br>1501 Nicosia, CYPRUS | Legal - Trademark |
| Estudio Caldera | P.O. Box 4597<br>Managua, NICARAGUA | Legal - Trademark |
| Euromarkpat Albania Ltd | Rr. Myslym Shyri, P. 60 Shk. 1, Apt 9<br>Tirana, ALBANIA | Legal – Trademark |
| F.R. Kelly & Co. | 27 Clyde Road<br>Ballsbridge<br>Dublin 4<br>IRELAND | Legal - Trademark |
| Federis & Associates | Suite 2005, 88 Corporate Center<br>141 Valero St., Salcedo Village<br>Makati City 1226<br>PHILIPPINES | Legal – Trademark |
| Fitzwilliam, Stone, Furness-Smith & Morgan | 48-50 Sackville Street<br>Port of Spain<br>TRINIDAD & TOBAGO | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Freshfields Bruckhaus Deringer LLP | Strawinskylaan 10<br>1077 XZ Amsterdam<br>The Netherlands | Legal - Trademark |
| Fungateiki Law Firm | Laifone Road, Kolofo'ou<br>Nuku'alofa,<br>Kingdom of TONGA | Legal - Trademark |
| G. Breuer | 25 de Mayo 460<br>1002 Buenos Aires<br>ARGENTINA | Legal - Trademark |
| Gabriel Patent & Trade Mark Office | Celle Cap. Ravelo No. 2366<br>P.O. Box 830<br>La Paz, BOLIVIA | Legal - Trademark |
| George C. J. Moore | 105 S. Narcissus Avenue, Suite 812<br>West Palm Beach, FL 33401 | Legal - Trademark |
| Gina Roca, LEXINCORP | groca@lexincorp.com | Legal - Trademark |
| Global Law Associates | G.P.O. Box 57, Ramshah Path<br>Putalisadak, Kathmandu<br>NEPAL | Legal – Trademark |
| Gowling Lafleur Henderson LLP | 120 King Street West<br>Suite 560<br>Hamilton, Ontario<br>CANADA L8N 3R4 | Legal - Trademark |
| Grünecker, Kinkeldey, Stockmair & Schwanhäusser | Leopoldstrasse 4<br>80802 München<br>Germany | Legal - Trademark |
| Guillaume Marchais | Avocat Associé<br>4, avenue Hoche<br>75008 Paris, France | Legal - Trademark |
| Holec, Zuska & Partneri | Vaclavske namesti 2 – 4<br>110 00 Praha 1<br>CZECH REPUBLIC | Legal - Trademark |
| INTELS | 1, Vasylkivska St.<br>Office 304/3<br>Kyiv 3040<br>Ukraine | Legal - Trademark |
| INTELS | 33/22 s.1, ul, Pokrovka<br>Moscow 103062<br>RUSSIA | Legal - Trademark |
| Inventa Patent & Trademark Agency | Palisady 50<br>81106 Bratislava 1<br>SLOVAK REPUBLIC | Legal - Trademark |
| INVESTIP | 1 Bis Yet Kieu Street<br>P.O. Box 418<br>Hanoi, VIETNAM | Legal - Trademark |
| IRIN Patent | 3 Leonardo da Vinci St<br>Sofia 1124<br>Bulgaria | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Isshiki & Co. | Rookin-Shinbashi Bldg 3F<br>12-7, Shinbashi, 2-Chome<br>Minato-Ku, Tokyo 105<br>JAPAN | Legal – Trademark |
| ITEM Patent & Trademark Agency | Resljeva 16<br>1000 Ljubljana, SLOVENIA | Legal - Trademark |
| Jimenez, Molino y Moreno | Cuba Avenue<br>Between 36 & 37 Street<br>REPUBLIC OF PANAMA | Legal - Trademark |
| John & Kernick (Bowman Gilfillan, Inc.) | + 27 11 315 7400 | Legal - Trademark |
| John Dyrud/Leah Nicols Webster Dyrud Mitchell | Victoria House, The Valley<br>ANGUILLA | Legal - Trademark |
| Johnson Stokes & Master | 16-19th Floors<br>Prince's Building<br>10 Chater Road<br>Hong Kong | Legal - Trademark |
| Jones Day | 3161 Michelson Drive, Suite 800<br>Irvine, CA 92612 | Legal - Trademark |
| Jones Day | 901 Lakeside Avenue<br>Cleveland, Ohio 44114 | Legal - Trademark |
| Kelsick & Kelsick | Logwood Road, Old Towne<br>MONTSERRAT | Legal - Trademark |
| Khine & Khine Trademarks | No.(162), First Floor, 35 Street<br>Yangon, MYANMAR | Legal - Trademark |
| Kruse, Enari & Barlow | 2nd Floor, N.P.F. Building<br>Beach Road, Apia<br>SAMOA | Legal – Trademark |
| Lall & Sethi | M-19A, 2nd Floor, South Extension – II<br>New Delhi - 110 049<br>INDIA | Legal - Trademark |
| Liu, Shen & Associates | A0601, Huibin Building No. 8, Beichen Dong St<br>Chaoyang District<br>Beijing 100101, CHINA | Legal - Trademark |
| Marchais & Associes | Guillaume.marchais@marchais.com | Legal - Trademark |
| Marchi & Partners | Via Pirelli 19<br>I-20124 Milano, ITALY | Legal - Trademark |
| MarkMonitor Client Services | Trisha.Ytuarte@markmonitor.com | Legal - Trademark |
| Mayer Brown JSM | 16th-19th Floors<br>Prince's Building<br>10 Chater Road<br>Central, Hong Kong | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Montaury Pimenta Machado Lioce | Almirante Barroso 139<br>7 andar Centro CEP 20031-005<br>Rio de Janeiro, Brazil | Legal - Trademark |
| Mosko & Co | 49 Collins Avenue<br>Nassau, Bahamas | Legal - Trademark |
| Mr Delwar Hossain | Bangladesh IP Law Office VIP Road<br>35/A Purana Paltan Line, Dhaka 1000<br>Bangladesh | Legal - Trademark |
| Ms. Fiona Hinds | Carrington & Sealy Belmont House<br>Belmont Road, St Michael<br>Barbados | Legal – Trademark |
| Munro Leys & Co | Level 3, Pacific House<br>Butt Street<br>Suva, Fiji | Legal - Trademark |
| Nassir Kadasa & Partners | Ibn Katheer Street<br>Riyadh 11465<br>SAUDI ARABIA | Legal - Trademark |
| Nicholas John & Co | 46 Micoud Street<br>PO Box 1209<br>Castries SAINT LUCIA | Legal - Trademark |
| PARASEC | 12631 E Imperial Hwy #212B<br>Santa Fe Springs, CA 90670 | Legal - Trademark |
| Patice - IP Law Firm | P.O. Box 8630<br>Reykjavik 128<br>ICELAND | Legal - Trademark |
| Pekin & Pekin | Lamartine Caddesi 10<br>Taksim 34437<br>Istanbul, Turkey | Legal - Trademark |
| Peyman Erginal Advocate | 20, Mustafa Cagatay Avenue<br>Girne, Via Mersin 10, Turkey | Legal - Trademark |
| Polservice | P.O. Box 335<br>Warszawa 00-950<br>POLAND | Legal - Trademark |
| Popovic Popovic Samardzija & Popovic | Takovska 19<br>11120 Belgrade 35<br>SERBIA AND MONTENEGRO | Legal - Trademark |
| Promes Van Doorne | L. G. Smith Boulevard 62<br>ARUBA | Legal – Trademark |
| R. Aghababian & Co. | Ave. Djomhoori Islami (Naderi)<br>Nowbahar Street, No. 18<br>Tehran 11354, IRAN | Legal - Trademark |
| Romero Pineda & Associates | 67 Avenida Sur<br>Pasaje A #11-C<br>Colonia Roma<br>San Salvador, El Salvador | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Rominvent S.A. | 35, E. Pangratti St., 1st Floor<br>Sector 1, Bucharest<br>ROMANIA | Legal - Trademark |
| Rouse & Co International | Suite 601, Wisma Pondok Indah<br>Jalan Sultan Iskandar Muda Blok -TA<br>Pondok Indah<br>Jakarta 12310<br>INDONESIA | Legal - Trademark |
| RP MACAU – Intellectual Property Services Ltd | No. 6, Travessa da Misericordia<br>1st and 2nd Floors 'A'<br>MACAU | Legal - Trademark |
| SABA & Co | Residence Zerktouni, 4th Fl., Flat No. 7,<br>185 Blvd Zerktouni<br>Casablanca, MOROCCO | Legal - Trademark |
| SALOMONI & ASOCIADOS | P.O. Box 727<br>Asunción - Paraguay | Legal - Trademark |
| Sanford T. Colb & Co. (AL) | PO Box 2273, Rehovot 76122<br>Tel-Aviv 64733<br>ISRAEL | Legal - Trademark |
| Sheppard Mullin Richter & Hampton LLP | 650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626-1993 | Legal - Trademark |
| Shook Lin & Bok | 20th Floor, Arab-Malaysian Building<br>55 Jalan Raja Chulan<br>50200 Kuala Lumpur<br>MALAYSIA | Legal – Trademark |
| Snell & Wilmer L.L.P. | 600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626 USA | Legal - Trademark |
| Soerensen Garcia Advogados Associados | Rua da Quitanda, 187 – 8° andar<br>20091-005 Rio de Janeiro, Brasil | Legal - Trademark |
| Spoor & Fisher | P.O. Box 281, St Helier<br>JERSEY JE4 9TW | Legal - Trademark |
| Sprenger Kolzoff Ospelt | Postfach 183<br>Austrasse 27<br>FL-9490 Vaduz<br>LIECHTENSTEIN | Legal - Trademark |
| Surinaamse Trustmaatschappij N.V. | Maatschappij N.V.<br>Gravenstraat 26-30<br>Paramaribo, SURINAME | Legal - Trademark |
| Taedonggang Patent and Trademark Law Office | Kangan 2-Dong, Songyo District<br>Pyongyang, DPR KOREA | Legal - Trademark |
| TANA N.V. | Svarcova 2<br>HR-10000<br>Zagreb, Croatia | Legal - Trademark |
| Tandbergs Patentkontor A/S | Uranienborg Terrasse 19<br>Oslo 0306,<br>NORWAY | Legal - Trademark |

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| Theodorides, P. D. & Papaconstantinou, H.G | 2 Coumbari Street<br>Athens 106 74<br>Greece | Legal - Trademark |
| Thomson Reuters | compumark.us@thomsonreuters.com | Legal – Trademark |
| Thu Anh Nguyen/Le Quang Minh, Investip | 1 Bis Yet Kieu Street<br>P.O. Box 418<br>Hanoi, VIETNAM | Legal - Trademark |
| Trademarks Department | Cameron and Shepard<br>2 Avenue of the Republic<br>Georgetown, Guyana | Legal - Trademark |
| Troncoso y Caceres | Socorro Sanchez 253<br>Apartado Postal 1182<br>Santo Domingo,<br>Republic of DOMINICA | Legal - Trademark |
| United Trade Mark and Patent Services | Top Floor, West End Building<br>61- The Mall Road<br>Lahore 54000, PAKISTAN | Legal - Trademark |
| Veira, Grant & Associates | 3 Church Street<br>Basseterre<br>St KITTS & NEVIS | Legal - Trademark |
| Vic C.Y. Shen/C.V. Chen, Lee and Li | 7th Floor<br>No. 201 Tun Hua North Road<br>Taipei 105, TAIWAN, R.O.C | Legal - Trademark |
| Watch Service, Saegis & IP Master | Not available | Legal - Trademark |
| Webber Wentzel Bowens | P.O. Box 61771<br>Marshalltown 2107<br>SOUTH AFRICA | Legal - Trademark |
| Y.P. Lee, Mock & Partners | The Cheonghwa Building<br>1571-18 Seocho-Dong, Seocho-gu, Seoul, 137-874<br>REPUBLIC OF KOREA | Legal - Trademark |
| Yusuf Nazroo, Georges Andre Robert | 8 Georges Guibert Street<br>Port Louis<br>MAURITIUS | Legal - Trademark |
| Zacco Denmark A/S | Msn@zacco.dk | Legal - Trademark |