## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |
|  | : | **Related Docket No. 113** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER PURSUANT TO BANKRUPTCY RULES 2015.3 AND 9006 AND LOCAL BANKRUPTCY RULE 9006-2 EXTENDING TIME TO FILE REPORTS OF FINANCIAL INFORMATION UNDER BANKRUPTCY RULE 2015.3 OR TO SEEK MODIFICATION OF SUCH REPORTING REQUIREMENT

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") providing the Debtors' an extension of time in which to file their Rule 2015.3 Reports or, alternatively, a motion seeking modification of the Bankruptcy Rule 2015.3 reporting requirement for cause; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

### ORDERED, ADJUDGED AND DECREED that:

1.    The Motion is GRANTED as set forth herein.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2.      The time by which the Debtors must file their Rule 2015.3 Reports or, alternatively, to file a motion seeking a modification of the requirements of Rule 2015.3 for cause, is extended for fifteen (15) days from the deadline imposed by Rule 2015.3(b).

3.      The entry of this Order shall be without prejudice to the Debtors' right to seek a further extension or modification of their reporting requirements under Bankruptcy Rule 2015.3.

4.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:  Wilmington, Delaware
        Oct. 6            , 2015


_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE