## SCHEDULE 1

Quiksilver, Inc. et al.
Schedule 1 - Utility Service List

| Utility Provider Name | Utility Type | Account Number | Utility Provider Address | | Adequate Assurance |
|---|---|---|---|---|---|
| T-Mobile | Cellular Phone | 942683850 | PO Box 37380 | Albuquerque, NM 87176 | $1,750 |
| Verizon Wireless | Cellular Phone | 270188101-00001 | PO Box 4005 | Acworth, GA 30101 | $6,566 |
| Baltimore Gas and Electric Company (BGE) | Electric | 951821000 | PO Box 13070 | Philadelphia, PA 19101 | $262 |
| City of Miami Beach | Electric | 002931-00 | PO Box 116649 | Atlanta, GA 30368 | $111 |
| City of Miami Beach | Electric | 514520-00 | PO Box 116649 | Atlanta, GA 30368 | $88 |
| City of Miami Beach | Electric | 57687100 | PO Box 116649 | Atlanta, GA 30368 | $24 |
| City of Pasadena | Electric | 510041-7 | 100 N Garfield Avenue Room N-106 | Pasadena, CA 91101 | $496 |
| City of Santa Monica | Electric | 0804001-01 | 333 Olympic Drive | Santa Monica, CA 90407-2200 | $33 |
| Commonwealth Edison | Electric | 0105167155 | PO Box 6111 | Carol Stream, IL 60197-6111 | $335 |
| Consolidated Edison, Inc. | Electric | 43-6213-2776-0003-0 | PO Box 1702 | New York, NY 10116 | $691 |
| Consolidated Edison, Inc. (1) | Electric | 43-2127-4245-0001-4 | PO Box 1702 | New York, NY 10116 | $0 |
| Consolidated Edison, Inc. (1) | Electric | 44-1103-0815-0100-8 | PO Box 1702 | New York, NY 10116 | $0 |
| Constellation NewEnergy, Inc. | Electric | 1-DUX-474 | 14217 Collections Center Dr. | Chicago, IL 60693 | $3,193 |
| Constellation NewEnergy, Inc. | Electric | 1-DUX-475 | 14217 Collections Center Dr. | Chicago, IL 60693 | $3,163 |
| Gulf Power Company | Electric | 51650-63048 | PO Box 830660 | Birmingham, AL 35283-0660 | $503 |
| Hawaiian Electric Companies | Electric | 201011486671 | PO Box 909 | Honolulu, HI 96808 | $17 |
| Hawaiian Electric Companies | Electric | 201011486697 | PO Box 909 | Honolulu, HI 96808 | $31 |
| Hawaiian Electric Companies | Electric | 201011486705 | PO Box 909 | Honolulu, HI 96808 | $186 |
| Hawaiian Electric Companies | Electric | 201011532482 | PO Box 909 | Honolulu, HI 96808 | $376 |
| Hawaiian Electric Companies | Electric | 202010527333 | PO Box 909 | Honolulu, HI 96808 | $1,593 |
| Jersey Central Power & Light (JCP&L) | Electric | 100 107 763 987 | PO Box 3687 | Akron, OH 44309-3687 | $293 |
| Kauai Island Utility Cooperative | Electric | 990099092-001 | PO Box 29560 | Honolulu, HI 96820-1960 | $702 |
| Kauai Island Utility Cooperative | Electric | 990099092-002 | PO Box 29560 | Honolulu, HI 96820-1960 | $63 |
| Lehi City Utilities | Electric | 40.6021.4.1 | 153 North 100 East Street | Lehi, UT 84043 | $243 |
| Los Angeles Department of Water and Power (LADWP) | Electric | 181 132 0000 | PO Box 30808 | Los Angeles, CA 90030-0890 | $54 |
| Maui Electric Company (MECO) | Electric | 201012105403 | PO Box 1670 | Honolulu, HI 96806 | $1,767 |
| Maui Electric Company (MECO) | Electric | 201012105718 | PO Box 1670 | Honolulu, HI 96806 | $133 |
| Maui Electric Company (MECO) | Electric | 202010374421 | PO Box 1670 | Honolulu, HI 96806 | $397 |
| Maui Electric Company (MECO) | Electric | 202010375246 | PO Box 1670 | Honolulu, HI 96806 | $793 |
| NV Energy | Electric | 3000156199112962682 | PO Box 30086 | Reno, NV 89520 | $80 |
| NV Energy | Electric | 3000156199116164665 | PO Box 30086 | Reno, NV 89520 | $498 |
| NV Energy | Electric | 3000156199116164897 | PO Box 30086 | Reno, NV 89520 | $353 |
| NV Energy | Electric | 3000156199119461837 | PO Box 30086 | Reno, NV 89520 | $349 |
| Orange and Rockland Utilities, Inc. | Electric | 10351-06034 | PO Box 1004 | Spring Valley, NY 10977 | $372 |
| Orlando Utilities Commission (OUC) | Electric | 3069100001 | PO Box 4901 | Orlando, FL 32802 | $432 |
| Pacific Gas and Electric Company | Electric | 1721145152-5 | PO Box 997300 | Sacramento, CA 95899 | $450 |
| Pacific Gas and Electric Company | Electric | 2105906462-2 | PO Box 997300 | Sacramento, CA 95899 | $1,455 |
| Pacific Gas and Electric Company | Electric | 5836707635-1 | PO Box 997300 | Sacramento, CA 95899 | $8 |
| Pacific Gas and Electric Company | Electric | 6064622371-3 | PO Box 997300 | Sacramento, CA 95899 | $758 |
| Pacific Gas and Electric Company | Electric | 6713031788-5 | PO Box 997300 | Sacramento, CA 95899 | $779 |
| Pacific Gas and Electric Company | Electric | 79227-752985-1 | PO Box 997300 | Sacramento, CA 95899 | $284 |
| Pacific Gas and Electric Company | Electric | 8938437260-6 | PO Box 997300 | Sacramento, CA 95899 | $11 |
| Pacific Gas and Electric Company | Electric | 9983991283-1 | PO Box 997300 | Sacramento, CA 95899 | $580 |
| PacifiCorp | Electric | 98405633-0033 | PO Box 26000 | Portland, OR 97256 | $180 |
| Park City Municipal Corporation | Electric | 3311-006 | PO Box 1480 | Park City, UT 84060 | $87 |
| Sacramento Municipal Utility District | Electric | 3173744 | PO Box 15555 | Sacramento, CA 95852 | $629 |
| Sacramento Municipal Utility District | Electric | 3173745 | PO Box 15555 | Sacramento, CA 95852 | $8 |
| Sawnee Electric Membership Corporation (Sawnee EMC) | Electric | 2404475000 | ID 1204 | Birmingham, AL 35246-1204 | $307 |
| SCE&G | Electric | 9-2100-5937-3850 | PO Box 100255 | Columbia, SC 29218 | $298 |
| Seattle City Light | Electric | 1-1624507-394268 | PO Box 34017 | Seattle, WA 98124-1017 | $228 |
| Snohomish County Public Utility District No. 1 | Electric | 2003-1138-9 | PO Box 1100 | Everett, WA 98206 | $160 |
| San Francisco Public Utilities Commission (SFPUC) | Electric / Water / Sewer | 6614700000 | PO Box 7369 | San Francisco, CA 94120 | $30 |
| New Jersey Natural Gas Company (NJNG) | Gas | 22-0015-4618-38 | PO Box 11743 | Newark, NJ 07101-4743 | $13 |
| New Jersey Natural Gas Company (NJNG) | Gas | 22-0015-5916-83 | PO Box 11743 | Newark, NJ 07101-4743 | $20 |
| NW Natural | Gas | 16350308 | PO Box 6017 | Portland, OR 97228-6017 | $29 |

Quiksilver, Inc. et al.
Schedule 1 - Utility Service List

| Utility Provider Name | Utility Type | Account Number | Utility Provider Address | | Adequate Assurance |
|---|---|---|---|---|---|
| Questar Corporation | Gas | 0350097965 | PO Box 45841 | Salt Lake City, UT 84139 | $16 |
| Questar Corporation | Gas | 5913193822 | PO Box 45841 | Salt Lake City, UT 84139 | $18 |
| Southern California Gas Company | Gas | 181-864-7577-0 | PO Box C | Monterey Park, CA 91756 | $392 |
| Southwest Gas Corporation | Gas | 211-6249623-002 | PO Box 98890 | Las Vegas, NV 89103 | $14 |
| The Gas Company | Gas | 031 174 08629 9 | PO Box C | Monterey Park, CA 91756 | $3 |
| Central Hudson Gas & Electric Corporation | Gas / Electric | 8660-2245-03-6 | 284 South Avenue | Poughkeepsie, NY 12601 | $20 |
| Puget Sound Energy | Gas / Electric | 200010182562 | PO Box 91269 | Bellevue, WA 98009 | $20 |
| Bright House Networks | Internet | 0050380206-01 | PO Box 30574 | Tampa, FL 33630 | $59 |
| Time Warner Cable | Internet | 8448 40 009 1510532 | PO Box 60074 | City of Industry, CA 91716 | $3,100 |
| Cisco WebEx, LLC | Network Conferencing / WebEx / Internet Meetings | 231768 | RTP4E, 7025-4 Kit Creek Road | Research Triangle Park, NC 27709 | $50 |
| Industrial Retail Group (IRG) | Network Service | AN1000000360 | PO Box 645096 | Pittsburgh, PA 15264 | $23,615 |
| Consolidated Communications, Inc. | Phone Service | 281-644-4910/0 | PO Box 66523 | Saint Louis, MO 63166 | $96 |
| Gila River Telecommunications | Phone Service | 0217005163 | 7065 West Allison Road | Chandler, AZ 85226-5209 | $61 |
| Granite Telecommunications, LLC | Phone Service | 01419053 | 100 Newport Avenue | Quincy, MA 02171 | $13,852 |
| Hawaiian Telcom, Inc. | Phone Service | 105816124500010 | PO Box 30770 | Honolulu, HI 96820 | $55 |
| Hawaiian Telcom, Inc. | Phone Service | 20000000160023 | PO Box 30770 | Honolulu, HI 96820 | $134 |
| Hawaiian Telcom, Inc. | Phone Service | 20000000325178 | PO Box 30770 | Honolulu, HI 96820 | $69 |
| Hawaiian Telcom, Inc. | Phone Service | 20000000553050 | PO Box 30770 | Honolulu, HI 96820 | $65 |
| PAETEC (Windstream Corporation) | Phone Service | 4000321 | PO Box 9001013 | Louisville, KY 40290-1013 | $3,769 |
| Premiere Global Services, Inc. (PGi) | Phone Service | 697377 | PO Box 404351 | Atlanta, GA 30384 | $305 |
| Salish Networks | Phone Service | 145 | 8825 34th Avenue NE Suite L148 | Quil Ceda Village, WA 98271-8252 | $159 |
| Sprint | Phone Service | 830435733 | 5040 Riverside Drive | Irving, TX 75039 | $16 |
| Verizon | Phone Service | 212.226.1193.252.21.7 | PO Box 15124 | Albany, NY 12212 | $177 |
| Verizon | Phone Service | 212.575.2256.551.74.0 | PO Box 15124 | Albany, NY 12212 | $61 |
| Level 3 Communications, LLC | Phone Service / Fax Service / Internet / Data Line | 0204948609 | 1025 Eldorado Blvd. | Broomfield, CO 80021 | $28,897 |
| MegaPath Inc. | Phone Service / Fax Service / Internet / Data Line | 2889996 | Department 0324 / PO Box 120324 | Dallas, TX 75312-0324 | $114 |
| AT&T | Phone Service / Internet | 951 360-6285 994 9 | PO Box 5025 | Carol Stream, IL 60197-5025 | $115 |
| JT Tech | Phone Service / Internet | N/A | 13715 E. Kronquist Road | Spokane, WA 99217 | $3,516 |
| Verizon California | Phone Service / Internet | 01 2891 1278442154 10 | PO Box 920041 | Dallas, TX 75392 | $630 |
| Arakelian Enterprises, Inc. | Trash Removal and/or Recycling | RV-1320-1 | 14048 Valley Blvd | City of Industry, CA 91716-0009 | $104 |
| CR&R Waste and Recycling Services | Trash Removal and/or Recycling | 32-00059977 | PO Box 7183 | Pasadena, CA 91109 | $135 |
| E.J. Harrison & Sons | Trash Removal and/or Recycling | 1-01416731 | Dept. Ch. #10544 | Palatine, IL 60055-0544 | $67 |
| IESI NY Corporation (Progressive Waste Solutions) | Trash Removal and/or Recycling | 101023365 | PO Box 660654 | Dallas, TX 75266-0654 | $668 |
| IESI NY Corporation (Progressive Waste Solutions) | Trash Removal and/or Recycling | 101052302 | PO Box 660654 | Dallas, TX 75266-0654 | $95 |
| Keter Environmental Services | Trash Removal and/or Recycling | 1516097 | PO Box 417468 | Boston, MA 02241-7468 | $107 |
| Maui Disposal | Trash Removal and/or Recycling | 0091176 | PO Box 30490 | Honolulu, HI 96820-0490 | $364 |
| Rainbow Environmental Services | Trash Removal and/or Recycling | 62344 | PO Box 78829 | Phoenix, AZ 85062-8829 | $226 |
| Rainbow Environmental Services | Trash Removal and/or Recycling | 183260 | PO Box 78829 | Phoenix, AZ 85062-8829 | $1,012 |
| Rainbow Environmental Services | Trash Removal and/or Recycling | 3-0605-0004945 | PO Box 78829 | Phoenix, AZ 85062-8829 | $216 |
| Recology Golden Gate | Trash Removal and/or Recycling | 010836312 | PO Box 60846 | Los Angeles, CA 90060-0846 | $548 |
| Republic Services, Inc. | Trash Removal and/or Recycling | 3-0620-0105061 | PO Box 78829 | Phoenix, AZ 85062-8829 | $51 |
| Republic Services, Inc. | Trash Removal and/or Recycling | 3-0620-0105792 | PO Box 78829 | Phoenix, AZ 85062-8829 | $107 |
| Royal Waste Services, Inc. | Trash Removal and/or Recycling | 14822 | 187-40 Hollis Avenue | Hollis, NY 11423 | $1,178 |
| Sustainable Solutions Group | Trash Removal and/or Recycling | QUI3612351 | 101 Harmony Lake Drive | Canton, GA 30115 | $157 |
| Trico Disposal, Inc. | Trash Removal and/or Recycling | 01-0T 460089 | 9820 Cherry Avenue | Fontana, CA 92335 | $787 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 3402271 | 24516 Network Place | Chicago, IL 60673 | $109 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 5611021 | 24516 Network Place | Chicago, IL 60673 | $127 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 7300073 | 24516 Network Place | Chicago, IL 60673 | $138 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 7300155 | 24516 Network Place | Chicago, IL 60673 | $205 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 7331126 | 24516 Network Place | Chicago, IL 60673 | $181 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 10420044 | 24516 Network Place | Chicago, IL 60673 | $132 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 10420045 | 24516 Network Place | Chicago, IL 60673 | $99 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 10570112 | 24516 Network Place | Chicago, IL 60673 | $190 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 156-0083802-0156-9 | 9081 Tujunga Avenue | Sun Valley, CA 91352 | $52 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 194-0111011-2194-2 | 2700 Wiles Road | Pompano Beach, FL 33073 | $682 |

**Quiksilver, Inc. et al.**
**Schedule 1 - Utility Service List**

| Utility Provider Name | Utility Type | Account Number | Utility Provider Address | | Adequate Assurance |
|---|---|---|---|---|---|
| Waste Management, Inc. | Trash Removal and/or Recycling | 194-0129233-2194-2 | 2700 Wiles Road | Pompano Beach, FL 33073 | $127 |
| Waste Management, Inc. | Trash Removal and/or Recycling | 322-0218438-2233-5 | 2700 Wiles Road | Pompano Beach, FL 33073 | $196 |
| Charleston Water System | Water / Sewer | 001330-05-9 | PO Box 568 | Charleston, SC 29402 | $28 |
| Eastern Municipal Water District | Water / Sewer | 229316-04 | PO Box 8301 | Perris, CA 92572-8301 | $9 |
| Mesa Water District | Water / Sewer | 068110000-086180 | PO Box 515474 | Los Angeles, CA 90051-6774 | $8 |
| South Walton Utility Company, Inc. | Water / Sewer | 30239 | 369 Miramar Beach Drive | Miramar Beach, FL 32550 | $15 |
| | | | | | $119,781 |

**Notes:**

(1) The Debtors maintain a prepetition deposit for the utility account that exceeds the estimated cost for two weeks of the related utility service. Therefore, no additional adequate assurance amount has been calculated for the utility account.