IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
        Debtors[1]. : (Jointly Administered)
: **Related to Docket No. 223, 224**
x
**Hrg. Date: October 14, 2015 at 10:00 a.m. EST**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Obj. Due: October 14, 2015 at 10:00 a.m. EST**

**NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER PROVIDING FOR LIMITED RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO THE PETITION DATE FOR THE SOLE PURPOSE OF PERMITTING BOARDRIDERS S.A. TO DECELERATE ITS OBLIGATIONS UNDER THE NOTES**

TO: (a) the United States Trustee; (b) counsel to both agents for the Debtors' separate postpetition secured loan facilities; (c) counsel to the agent for the Debtors' prepetition revolving loan facility; (d) the agent for the Debtors' prepetition senior secured notes; (e) the agent for the Debtors' prepetition senior unsecured notes; (f) the Official Committee of Unsecured Creditors; (g) counsel for Boardriders, S.A.; and (h) counsel for Deutsche Bank.

**PLEASE TAKE NOTICE** that on October 5, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order Providing for Limited Relief From the Automatic Stay Nunc Pro Tunc to the Petition Date for the Sole Purpose of Permitting Boardriders S.A., to Decelerate Its Obligations Under the Notes* (the "Motion" [Docket No. 223] (attached as Exhibit A) with the United States Bankruptcy Court for

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that at the hearing on October 6, 2015, the Bankruptcy Court orally granted the *Motion to Shorten Notice With Respect to the Debtors' Motion for Entry of an Order Providing for Limited Relief From the Automatic Stay Nunc Pro Tunc to the Petition Date for the Sole Purpose of Permitting Boardriders S.A., to Decelerate Its Obligations Under the Notes.*  An Order from the Court memorializing this determination is expected to be entered on the Court's docket shortly.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion is scheduled for **October 14, 2015 at 10:00 a.m. prevailing Eastern time** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **October 14, 2015 at 10:00 a.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) co-counsel to the Debtors, Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com);

(iii) counsel to the agent for the Debtors' postpetition term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., Esq. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iv) counsel to the agent for the Debtors' prepetition and postpetition secured ABL facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(v) the agent for the Debtors' prepetition senior secured notes and prepetition senior unsecured notes, U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Michael S. Stamer, Esq. and Meredith A. Lahaie, Esq; and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attention: Mark Kenney, Esq. (fax: (302) 573-6497)).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 6, 2015
      Wilmington, Delaware

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (*admitted pro hac vice*)
John A. Morris (*admitted pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
      joneill@pszjlaw.com
      jpomerantz@pszjlaw.com
      jmorris@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*