IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Nos. 190 and 191** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     )   SS
NEW CASTLE COUNTY    )

Kristin McCloskey, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, counsel to West County Commerce Realty Holding Co. LLC and Industrial Property Fund VII, LLC in the above referenced case, and on the 30th day of September, 2015, she caused a copy of the *LIMITED OBJECTION OF WEST COUNTY COMMERCE REALTY HOLDING CO. LLC TO DEBTORS' MOTION FOR ENTRY OF FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING ON A SUPER-PRIORITY, SENIOR SECURED BASIS AND (B) USE CASH COLLATERAL, (II) GRANTING (A) LIENS AND SUPER-PRIORITY CLAIMS AND (B) ADEQUATE PROTECTION TO CERTAIN PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) GRANTING RELATED RELIEF* and (2) *LIMITED OBJECTION OF INDUSTRIAL PROPERTY FUND VII, LLC TO DEBTORS' MOTION FOR ENTRY OF FINAL ORDER (I) AUTHORIZING THE DEBTORS TO*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

*(A) OBTAIN POSTPETITION FINANCING ON A SUPER-PRIORITY, SENIOR SECURED BASIS AND (B) USE CASH COLLATERAL, (II) GRANTING (A) LIENS AND SUPER-PRIORITY CLAIMS AND (B) ADEQUATE PROTECTION TO CERTAIN PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) GRANTING RELATED RELIEF* to be served upon the parties listed on the attached service list in the manner indicated.

_____
Kristin McCloskey

SWORN TO AND SUBCRIBED before me this 6th day of October, 2015.

_____
Notary Public

[Notary Seal: MICHELLE M. DERO, MY COMMISSION EXPIRES APRIL 1, 2016, NOTARY PUBLIC, STATE OF DELAWARE]

| | | |
|---|---|---|
| **VIA HAND DELIVERY**<br>Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 | **VIA FIRST CLASS MAIL**<br>Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | **VIA FIRST CLASS MAIL**<br>Akin Gump Strauss Hauer & Feld LLP<br>Michael S Stamer Meredith A Lahaie<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 |
| **VIA HAND DELIVERY**<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn Robert J. Dehney, Andrew R. Remming,<br>Tamara K. Minott<br>1201 North Market St 16th Fl<br>PO Box 1347<br>Wilmington, DE 19899-1347 | **VIA FIRST CLASS MAIL**<br>Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 | **VIA FIRST CLASS MAIL**<br>Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet,<br>William A. Guerrieri, W. Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| | | **VIA HAND DELIVERY**<br>Office of the United States Trustee Delaware<br>Attn Mark S. Kenney<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |
| **VIA HAND DELIVERY**<br>Pepper Hamilton LLP<br>David B Stratton, David M Fournier,<br>John H Schanne II<br>Hercules Plaza, Suite 5100<br>1313 N Market St<br>Wilmington, DE 19899-1709 | **VIA FIRST CLASS MAIL**<br>Riemer & Braunstein LLP<br>David S. Berman<br>Three Center Plaza<br>Boston, MA 02108 | **VIA FIRST CLASS MAIL**<br>Riemer & Braunstein LLP<br>Attn: Steven Fox<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 |
| **VIA FIRST CLASS MAIL**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>John K Lyons<br>155 N Wacker Dr<br>Chicago, IL 60606 | **VIA FIRST CLASS MAIL**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C Durrer<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | **VIA FIRST CLASS MAIL**<br>U.S. Bank National Association<br>Justin L. Shearer, Vice President<br>Global Corporate Trust Services<br>100 Wall Street, Suite 1600<br>New York, NY 10005 |
| **VIA HAND DELIVERY**<br>Womble Carlyle Sandridge & Rice, LLP<br>Attn: Steven K Kortanek<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | **VIA HAND DELIVERY**<br>Laura Davis Jones<br>Pachulski Stang Ziehl & Jones<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801 | |