IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

### RE-NOTICE OF DEPOSITION OF MATTHEW WILSON

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this matter by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel Pepper Hamilton LLP, will take the deposition upon oral examination of **Matthew Wilson of Oaktree Capital Management, L.P.,** commencing on October 9, 2015 at 9:30 a.m. Pacific Time, at the offices of Akin, Gump, Strauss, Hauer & Feld LLP, Suite 2400, 2029 Century Park East, Los Angeles, California, or such other time and place as the parties may agree.

The deposition will be conducted under oath before a court reporter, notary public, or other person authorized by law to administer oaths and take depositions. The deposition will be recorded by stenographic and videographic means, and will continue from time to time until complete or adjourned.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

#35852971 v2

Dated:  October 7, 2015
       Wilmington, Delaware

          PEPPER HAMILTON LLP

          */s/ David M. Fournier*
          David B. Stratton (DE No. 960)
          David M. Fournier (DE No. 2812)
          John H. Schanne, II (DE No. 5260)
          Hercules Plaza, Suite 5100
          1313 N. Market Street
          Wilmington, DE 19801
          Telephone: (302) 777-6500
          Facsimile: (302) 421-8390
          Email: strattond@pepperlaw.com
          Email: fournierd@pepperlaw.com
          Email: schannej@pepperlaw.com

          and

          AKIN GUMP STRAUSS HAUER & FELD LLP
          Michael S. Stamer (admitted *pro hac vice*)
          Abid Qureshi (admitted *pro hac vice*)
          Joseph L. Sorkin (admitted *pro hac vice*)
          Meredith A. Lahaie (admitted *pro hac vice*)
          One Bryant Park
          New York, NY 10036
          Telephone: (212) 872-1000
          Facsimile: (212) 872-1002
          Email: mstamer@akingump.com
          Email: aqureshi@akingump.com
          Email: jsorkin@akingump.com
          Email: mlahaie@akingump.com

          *Proposed Co-Counsel for the Official*
          *Committee of Unsecured Creditors*