# Notice Recipients

| | |
|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 10/8/2015 |
| Case: 15−11880−BLS | Form ID: ntcBK | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Dain A. De Souza | Dain.DeSouza@skadden.com |
| aty | Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com |
| aty | John A. Morris | jmorris@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Van C. Durrer, II | van.durrer@skadden.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Quiksilver, Inc. | 5600 Argosy Circle        Huntington Beach, CA 92649 |
| aty | Annie Z. Li | Skadden, Arps, Slate, Meagher & Flom LLP        300 South Grand Ave.        Suite 3400        Los Angeles, CA 90071 |
| aty | Jessica S. Kumar | Skadden, Arps, Slate, Meagher & Flom LLP        155 North Wacker Drive        Chicago, IL 60606−1720 |
| aty | John K. Lyons | Skadden Arps Slate Meagher & Flom LLP        155 North Wacker Drive        Suite 2700        Chicago, IL 60606−1720 |

TOTAL: 4