# SIGN-IN SHEET

**CASE NAME:** QUICKSILVER INC.
**CASE NO.:** 15-11880
**COURTROOM NO.:** 1   **JUDGE SHANNON**
**DATE:** OCTOBER 6, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Van Durrer | Skadden | Debtors |
| Annie Li | " | " |
| Steven Fox | Riemer Braunstein LLP | Bank of America, NA – DIP lender |
| Ashley Bearne | Akin Gump | Committee |
| Patrick Nash | Kirkland & Ellis | DIP lender |
| Rob Dehny | " | " |
| Leslie Kilman | Foley Hoag / Ballard Spahr | Federal Realty; General Growth; The Macerich Co. |
| David Pollack | Ballard Spahr | Federal Realty; Brixmor; Inst Trust; First & Lenoxa LLC |
| Michael Stamer | Akin Gump Strauss Hauer + Feld | Creditors' Committee |
| David Stratton | Pepper Hamilton | " |
| Steven Koversmire | Womble | DIP Lender |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Debtors |
| Shannon Dougherty Humiston | Gellert Scali Busenkell + Brown | |
| Susan Kaufman | Law Office of Susan Kaufman LLC | Touchman Landlords |
| Dennis A. Meloro | Greenberg Traurig LLP | Miles / Gordo Bros |
| Mark Kenney | U.S. Trustee | U.S. Trustee |

# SIGN-IN SHEET

**CASE NAME: QUICKSILVER INC.**

**CASE NO.: 15-11880**

**COURTROOM NO.: 1 JUDGE SHANNON**

**DATE: OCTOBER 6, 2015**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ana Lucia Hurtado | Skadden Arps | Quiksilver Debtors |
|  |  |  |
|  |  |  |

# Court Conference

**Calendar Date:** 10/06/2015
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

#1
Amended Calendar 10/06/2015 05:42 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7188251 | John D. Beck | (212) 918-3076 | Hogan Lovells US LLP | Creditor, Deustche Trustee Company Limited / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7192324 | John B. Bringardner | (646) 378-3143 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7189769 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7188162 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7190703 | Ian Fredericks | (847) 418-2075 | Hilco Global | Interested Party,Hilco Global / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7190791 | John Gibbons | (212) 325-2039 | Credit Suisse | Creditor, Bond Holders / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7191103 | Stephanie J. Gleason | (212) 416-2107 | Dow Jones | Interested Party, Stephanie Gleason / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7189474 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, 404 West LLC / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7190074 | Warren Klinger | (212) 819-8322 | White & Case LLP | Interested Party, Warren Klinger / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7186403 | Christopher S. Koenig | (212) 728-3593 | Willkie Farr & Gallagher LLP | Interested Party, Billabong / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7190615 | Jessica Kumar | (312) 407-0612 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc. / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7190144 | Lauren Lifland | (212) 872-8026 | Akin Gump Strauss Hauer & Feld LLP | Representing, Official Committee of Unsecured Creditors / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7184428 | Blake J. Lindemann | (310) 279-5269 | Lindemann Law Group | Interested Party, Nicholas Drake / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7189131 | John R. Rizzardi | (206) 254-4444 | Cairncross & Hempelmann, P.S. | Creditor, Peloton / LISTEN ONLY |

| Quiksilver, Inc. | 15-11880 | Hearing | 7185667 | Steven Ruggiero | (212) 832-6380 | RW Pressprich | Interested Party, Unsecured Creditor / LISTEN ONLY |
| Quicksilver Inc. | 15-11880 | Hearing | 7191057 | Daren M. Schlecter | (310) 553-5747 | Law Office of Daren M. Schlecter | Interested Party, Law Office of Daren M. Schlecter / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7190618 | Renu Shah | (312) 407-0663 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7178934 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & Garrison | Interested Party,Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7154805 | Brian I Swett | (312) 849-8100 | McGuireWoods | Creditor, GE Capital Corporation and Wells Fargo Bank, N.A. / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7191131 | Ting Ting Turski | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, TPG / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7187004 | Ilana Volkov | (201) 525-6269 | Cole, Schotz, Meisel, Forman & Leonard, P.A. | Creditor, 3 Times Square Associates / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7190693 | Jeffrey M. Wolf | (617) 310-6041 | Greenberg Traurig, LLP | Interested Party, Hilco & Gordon Brothers / LISTEN ONLY |