IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on October 5, 2015, the proposed counsel to Official Committee of Unsecured Creditors caused to be served true and correct copies of (i) **The Official Committee of Unsecured Creditors' Notice of Rule 30(B)(6) Deposition of Debtors**; and (ii) **The Official Committee of Unsecured Creditors' First Supplemental Request to the Debtors for Production of Documents** on the attached service list via electronic mail.

Date: October 8, 2015
Wilmington, Delaware

  /s/ David M. Fournier
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Telephone:  (302) 777-6500
Facsimile:   (302)421-8390

-AND-

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York  10036-6745
Telephone:    (212) 872-1000
Facsimile:     (212) 872-1002

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

#35858329 v1

Mark S. Chehi, Esq.
Van C. Durrer, II, Esq.
Annie Z. Li, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801
**Email:  mark.chehi@skadden.com,
    van.durrer@skadden.com,
    annie.li@skadden.com**

#35858329 v1