## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :   Chapter 11
In re:                                                         :
                                                               :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,                                      :
                                                               :   Jointly Administered
                              Debtors.                         :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jason D. Russell to represent the Debtors in the above captioned chapter 11 cases and any related adversary proceedings.

Dated: October 8, 2015      */s/ Robert A. Weber*
                             Robert A. Weber (I.D. No. 4013)
                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                             One Rodney Square, P.O. Box 636
                             Wilmington, Delaware 19899-0636

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 8, 2015      */s/ Jason D Russell*
                             Jason D. Russell
                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                             155 N. Wacker Drive
                             Chicago, Illinois 60606

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.