

## Rosenthal & Rosenthal

October 5, 2015

U. S. Bankruptcy Court
District of Delaware
824 N. Market Street 3rd Floor
Wilmington, DE 19801
Attn: Clerk

### REQUEST FOR SERVICE

RE: Quicksilver, Inc.
CASE#: 15-11880 (BLS)

Dear Clerk:

We would like to request to be put on a mailing list for all bankruptcy court notices pertaining to the above named **Chapter 11.**

Please send all notices via mail or via email to the following preferred address;

Rosenthal & Rosenthal, Inc
1370 Broadway
New York, NY 10018
Attention: Anthony DiTirro
Email: TDiTirro@rosenthalinc.com

Very truly yours,
Rosenthal & Rosenthal, Inc.

Melinda De Jesus
PH#: (212) 356-1452
FX#: (212) 356-3452
Email: mdejesus@rosenthalinc.com

MD
CL-P