**CERTIFICATE OF SERVICE**

I, John H. Schanne, II, hereby certify that on the 9th day of October, 2015, I caused the foregoing **Joint Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Related Break-Up Fee and Transaction Expenses** to be served upon the parties on the attached service list in the manner indicated.

    /s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#35878848 v1

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, California 90071<br>Attn: Van C. Durrer, II, Esq.<br>Email: van.durrer@skadden.com | Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>Attn: John K. Lyons, Esq.<br>Email: john.lyons@skadden.com |
| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Attn: Patrick J. Nash, Jr., Esq.<br>Email: patrick.nash@kirkland.com | Morris Nichols Arsht & Tunnell LLP 1201 North Market Street<br>16th Floor, P.O. Box 1347<br>Wilmington, Delaware 19899-1347 Attn: Robert J. Dehney, Esq.<br>Email: rdehney@mnat.com |
| Reimer & Braunstein LLP<br>Times Square Tower<br>Seven Times Square<br>Suite 2506<br>New York, New York 10036<br>Attn: Steven E. Fox, Esq.<br>Email: sfox@riemerlaw.com | Reimer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>Attn: David S. Berman, Esq.<br>Email: dberman@riemerlaw.com |
| Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, Delaware 19801<br>Attn: Steven K. Kortanek, Esq.<br>Email: skortanek@wcsr.com | Mark S. Kenney, Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Email: mark.kenney@usdoj.gov |
| U.S. Bank National Association<br>Global Corporate Trust Services<br>100 Wall Street<br>New York, New York 10005<br>Attn: Justin L. Shearer, Vice President<br>Email: justin.shearer@usbank.com | |

 /s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#35878848 v1