## **CERTIFICATE OF SERVICE**

I, John H. Schanne, II, hereby certify that on the 9th day of October, 2015, I caused the foregoing **Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to Exceed the Page Limits with Respect to the Joint Objection** to be served upon the parties on the attached service list by first-class mail postage prepaid.

      /s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#35882188 v1

| | | |
|---|---|---|
| 3 TIMES SQUARE ASSOCIATES LLC<br>JP MORGAN CHASE BANK<br>GPO P.O. BOX 27488<br>NEW YORK, NY 10087 | 404 WEST LLC<br>C/O WINTER MANAGEMENT CORP<br>730 FIFTH AVE<br>NEW YORK, NY 10019 | |
| Assistant Attorney General<br>Jason A Starks<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Ballard Spahr LLP<br>David L Pollack<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Matthew Summers, Leslie Heilman<br>919 Market Street, 11th Floor<br>Wilmington, DE 19801 |
| Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 | Bewley Lassleben & Miller LLP<br>Ernie Zachary Park<br>13215 E Penn St Suite 510<br>Whittier, CA 90602-1797 | BLT Enterprises<br>Robert Solomon<br>501 Spectrum Circle<br>Oxnard, CA 93030 |
| Brown & Connery LLP<br>Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | C & K TRADING CO., LTD.<br>CK JUNG<br>867 Woo 1-Dong Haeundae-Gu<br>Busan, 13 612-822<br>South Korea | CARMICHAEL INTERNATIONAL SERVICE<br>P.O. Box 51025<br>Los Angeles, CA 90051 |
| Chipman Brown Cicero & Cole LLP<br>William E Chipman Jr<br>The Nemours Building<br>1007 N Orange St Ste 1110<br>Wilmington, DE 19801 | Clayton Blehm<br>770 Sycamore Avenue, Suite 122<br>Vista, CA 92083 | COINS INTERNATIONAL CO., LTD.<br>7F-1, No. 89 Bo Guan Road<br>Taichung, TWN 404<br>Taiwan |
| Cooch & Taylor PA<br>Susan E Kaufman<br>1000 West St 10th Fl<br>The Brandywine Building<br>Wilmington, DE 19899 | Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | CPG PARTNERS LP<br>P.O. BOX 827727<br>PHILADELPHIA, PA 19182 |
| Delaware Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | Delaware Dept of Justice<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 |
| Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 | DELTINA TRADING PTY LTD.<br>ALAN FENNEL<br>Unit 2, 32 Bell Street<br>Torquay, VIC 3228<br>Australia | DRAGON CROWD GARMENT INC<br>EDWARD<br>Fl/5 Bldg A, C&E Centre<br>Ningbo, 130 315040<br>China |
| DUBHE CORPORATION<br>Che-Il Bldg Rm 1501, 256-13<br>Seoul, 13 121-758<br>South Korea | EASTMAN EXPORTS GLOBAL CLOTHING<br>10, 12, KUMARANAGAR (SOUTH)<br>TIRUPUR, 641603<br>India | Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 |

| | | |
|---|---|---|
| Ezra Brutzkus Gubner LLP<br>Steven T Gubner<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367 | Foley & Lardner LLP<br>Mark L Prager Mark F Hebbeln Lars A Peterson<br>321 N Clark St Ste 2800<br>Chicago, IL 60654-5313 | FULL CREATIVE CO, LTD<br>No.4 Jin-Ying 2Nd St.<br>Dongguan, 190 523942<br>China |
| GGP Limited Partnership, as Agent<br>Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Global Brands Group<br>Attn Martin Leder<br>12 Princeton Dr<br>Tappan, NY 10903 | Goodsill Anderson Quinn & Stifel<br>Jonathan C Bolton<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813 |
| Greenberg Taurig LLP<br>Dennis A Meloro<br>The Nemours Building<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenberg Taurig LLP<br>Jeffrey M Wolf<br>One International Place<br>Boston, MA 02110 | HONG KONG HESHENG INT'L<br>TOME ZHENG<br>Rm 1102, Wofoo Commercial Building<br>Kowloon, KLN 999077<br>Hong Kong |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| Jeffer Mangels Butler & Mitchell LLP<br>Joseph A Eisenberg PC<br>1900 Avenue of the Stars 7th Fl<br>Los Angeles, CA 90067 | Jeffrey S Shinbrot APLC<br>Jeffrey S. Shinbrot<br>8200 Wilshire Blvd Suite 400<br>Beverly Hills, CA 90211 | Jung & Yuen, LLP<br>Curtis Jung, Esq.<br>888 S. Figueroa St., Suite 720<br>Los Angeles, CA 90017 |
| Katten Muchin Rosenman LLP<br>c/o Dustin P Branch<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Jessica Mickelsen Simon<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | KCC<br>Mike Hill<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 | Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 | LeClairRyan<br>Andrew Cole, Esq.<br>800 North King Street, Suite 303<br>Wilmington, DE 19801 |
| LeClairRyan<br>Niclas A Ferland Esq Ilan Markus Esq<br>545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| MCKNIGHT,ROBERT<br>167 Emerald Bay<br>Laguna Beach, CA 92651 | MERRY LINK DEVELOPMENT (MACAO COMMERCIAL OFFSHORE) LIMITED<br>Alameda Dr Caros D'Assumpcao No 336<br>Macau, MO 999078<br>Macau | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn Sheryl L Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 |

#35882188 v1

| | | |
|---|---|---|
| MOONEY, ANDREW P.<br>PO Box 69447<br>West Hollywood, CA 90069 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott<br>1201 North Market St 16th Fl<br>PO Box 1347<br>Wilmington, DE 19899-1347 | New Generation Advisors LLC<br>Attn Baily Dent<br>13 Elm St<br>Manchester, MA 01944 |
| NEWTIMES FAR EAST<br>Unit D, 7th Floor, Phase 5<br>Kowloon, KLN 999077<br>Hong Kong | NINGBO ISUN FASHION CO. LTD<br>East Fenghua Industrial<br>Ningbo, 130 315500<br>China | NORTHSTAR SOURCING GROUP HK LTD<br>DAVE PERKINS<br>Room 602, 6/F, Oriental Centre<br>Kowloon, KLN 999077<br>Hong Kong |
| O'MELVENY & MYERS LLP<br>400 SOUTH HOPE STREET, #1060<br>LOS ANGELES, CA 90071 | O'MELVENY & MYERS LLP<br>PO BOX 894436<br>LOS ANGELES, CA 90189-4436 | Office of the United States Trustee Delaware<br>Attn Mark S. Kenney<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |
| ORIGINAL JY&T CO. LTD.<br>Sanchong Dist.<br>New Taipei City, TPE 241<br>Taiwan | Parker Milliken Clark O'Hara & Samuelian<br>Thomas E Shuck<br>555 S Flower St 30th Fl<br>Los Angeles, CA 90071-2440 | Patterson Belknap Webb & Tyler LLP<br>David W Dykhouse Brian P Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| | Perdue Brandon Fielder Collins & Mott LLP<br>Arlington ISD<br>c/o Elizabeth Banda Calvo<br>500 E Border St Ste 640<br>Arlington, TX 76010 | Port Logistics<br>c/o Pamela Kohlman Webster, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 |
| PUTIAN XINXIESHENG FOOTWEAR CO., LT<br>Liuxian, Laidian Town, Xianyou<br>Putian, 150 351251<br>China | QTNP APPARELS JSC<br>NO. 18, LOT 8, LONG BIEN RESETTLEME<br>HA NOI, 10000<br>Vietnam | Riemer & Braunstein LLP<br>Attn Steven Fox<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 |
| Riemer & Braunstein LLP<br>David S. Berman<br>Three Center Plaza<br>Boston, MA 02108 | Samil Tong Sang Co<br>Attn Ian Im<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea | SAMIL TONG SANG CO.<br>BONG GYU LIM<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 | Securities & Exchange Commission NY Office<br>Andrew Calamari Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 |
| Seward & Kissel LLP<br>John R Ashmead<br>One Battery Park Plaza<br>New York, NY 10004 | Simon Property Group, Inc<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Skadden, Arps, Slate, Meagher & Flom LLP<br>John K Lyons<br>155 N Wacker Dr<br>Chicago, IL 60606 |

#35882188 v1

| | | |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C Durrer<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | SRINIVASA FASHIONS PVT LTD<br>Factory Unit #3<br>Plot No. AP4, 5th Avenue, 2nd Cross<br>Chengalpat, 22 603002<br>India | Stroock & Stroock & Lavan LLP<br>Andrew P DeNatale<br>180 Maiden Ln<br>New York, NY 10038 |
| SUMEC TEXTILE & LIGHT INDUSTRY CO<br>13F, 198 Changjiang Road<br>Nanjing, 100 210018<br>China | T. Rowe Price Credit Opportunities Fund<br>c/o  T. Rowe Price Associates, Inc.<br>Attn Andrew Baek<br>100 E. Pratt Street<br>Baltimore, MD 21202 | The Taubman Company<br>Andrew S Conway Esq<br>200 East Long Lake Road Ste 300<br>Bloomfield Hills, MI 48304 |
| U.S. BANK AS INDENTURE TRUSTEE<br>U.S. BANK NATIONAL ASSOCIATION<br>60 LIVINGSTON AVE<br>ST. PAUL, MN 55107 | U.S. Bank National Association<br>Justin L. Shearer Vice President<br>Global Corporate Trust Services<br>100 Wall Street, Suite 1600<br>New York, NY 10005 | US Attorney for Delaware<br>Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 |
| WEIHAI TEXTILE IMP AND EXP CO<br>No. 16 Shichang Da Road<br>Weihai, 120 264200<br>China | Wilfrid Global Opportunity Fund<br>c/o Wilfrid Aubrey LLC<br>Attn Nicholas Walsh<br>465 Lexington Ave<br>New York, NY 10174 | Womble Carlyle Sandridge & Rice, LLP<br>Attn Steven K Kortanek<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 |
| Womble Carlyle Sandridge & Rice, LLP<br>Steven K Kortanek Thomas M Horan<br>Morgan L Patterson<br>222 Delaware Ave Suite 1501<br>Wilmington, DE 19801 | WORLD MARKETING, INC.<br>306 38TH STREET, 8TH FLOOR<br>NEW YORK, NY 10018 | XIAMEN C&D LIGHT INDUSTRY CO., LTD.<br>15th Floor Seaside Bldg.<br>Xiamen, 150 361000<br>China |
| ZHEJIANG XISHI JIAFANG TEXTILE CO L<br>Paitou Village Paitou Town<br>Zhuji, 130 311825<br>China | | |

#35882188 v1