Claims Register

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | A | R | A/R Date | Nature | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2015 | 2 | ADP, LLC Probusiness Payroll Services | | 4125 Hopyard Rd. | | | Pleasanton | CA | 94588 | | $7,407.49 | | | | Priority | Quiksilver, Inc. | 15-11880 |
| 09/16/2015 | 3 | Focus H.K. Company Limited | | Rm 4208-11, One Midtown, No. 11 Hoi Shing Road | Tsuen Wan, New Territories | | Hong Kong | | | China | $10,087.20 | | | | General Unsecured | QS Wholesale, Inc. | 15-11881 |
| 09/14/2015 | 1 | Val George Vollmer | | 230 Santa Isabel Avenue | | | Costa Mesa | 92627 | 92627 | | $26,578.12 | | | | Priority | Quiksilver, Inc. | 15-11880 |

In re Quiksilver, Inc., et al.
Case No. 15-11880 (BLS)

Page 1 of 1