Howard Marc Spector
TBA#00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorjohnson.com

ATTORNEY FOR VICTORIA WARD, LIMITED

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Quicksilver, Inc. | § | Case No. 15-11880-BLS |
| | § | |
| | § | Chapter 11 |
| Debtor. | § | |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY 2002(a)
AND (b), AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

Victoria Ward, Limited hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon their attorneys:

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorjohnson.com

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

Submitted on October 12, 2015.

                                                        Respectfully submitted,

By:    /s/ Howard Marc Spector
          Howard Marc Spector
          TBA #00785023

SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorjohnson.com

COUNSEL FOR
VICTORIA WARD, LIMITED

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing pleading will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, and via first class mail to the following parties listed below on October 12, 2015.

                                                        /s/ *Howard Marc Spector*
                                                    Howard Marc Spector

Dain A. De Souza
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801

Quiksilver, Inc.
5600 Argosy Circle
Huntington Beach, CA 92649

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035