# EXHIBIT A

**(Proposed Order)**

#35899610 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :     Chapter 11
                                                           :
QUIKSILVER, INC., *et al.*,[1]                             :     Case No. 15-11880 (BLS)
                                                           :
            Debtors.                 :     Jointly Administered
                                                           :
                                                           :     **Related Docket No. _____**
---------------------------------------------------------- x

## ORDER AUTHORIZING THE COMMITTEE TO FILE UNDER SEAL THE UNREDACTED GENEREUX DECLARATION

Upon the motion (the "<u>Motion</u>")[2] of the Committee for entry of an order, (a) pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the Committee to file under seal the unredacted Genereux Declaration, and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon and good and sufficient cause appearing therefor, it is

      **HEREBY ORDERED THAT:**

      1.      The Motion is GRANTED.

      2.      Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b), the Committee is authorized to file the unredacted Genereux Declaration under seal.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

-2-

3. The unredacted Genereux Declaration shall remain under seal, confidential, and not made available to anyone, except for the (i) Court, (ii) the Office of the U.S. Trustee, (iii) counsel to the Debtors, (iv) counsel to Oaktree, (v) counsel to Bank of America, N.A., and (vi) others only (a) at the discretion of the Committee upon consent of the Debtors or (b) upon further order of the Court.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _____
      Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

#35899610 v1