# EXHIBIT A

**(Proposed Order)**

#35899775 v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re:                                                    :    Chapter 11
:
QUIKSILVER, INC., *et al.*,[1]                            :    Case No. 15-11880 (BLS)
:
            Debtors.                   :    Jointly Administered
:
:    **Related Docket No. 276**
---------------------------------------------------------- x

**ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE OF THE HEARING ON, AND THE DEADLINE TO RESPOND TO, MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE COMMITTEE TO FILE UNDER SEAL THE UNREDACTED GENEREUX DECLARATION**

Upon the motion (the "<u>Motion to Shorten</u>")[2] of the Committee for entry of an order expediting consideration of, and shortening the notice periods applicable to, the Motion to Seal, and this Court possessing jurisdiction to consider the Motion to Shorten, and venue being proper, and notice of the Motion to Shorten having been sufficient under the circumstances, and having considered the Motion to Shorten and all papers related thereto hereto filed, and the relief requested in the Motion to Shorten being warranted,

    1.    The Motion to Shorten is GRANTED.

    2.    The Committee is authorized to submit the Motion to Seal with shortened notice.

    3.    The Motion to Seal will be heard at the Hearing.

    4.    Any objections to the Motion to Seal may be raised at the Hearing.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

-2-

     5.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _____
      Wilmington, Delaware

                                                   _____
                                                 The Honorable Brendan L. Shannon
                                                 Chief United States Bankruptcy Judge