**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket Nos: 274,275, 276, 277** |

**DECLARATION OF SERVICE**

I, John H. Schanne, II, hereby certify that on the 12th day of October, 2015, I caused the pleadings listed below to be served upon the parties listed on the attached service list , (Exhibit A) via first-class mail, postage prepaid.

- **[REDACTED] Declaration of Michael J. Genereux in Support of Joint Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Related Break-up Fee and Transaction Expenses** (Docket No. 274)

- **Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal the Unredacted Declaration of Michael J. Genereux in Support of Joint Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Related Break-up Fee and Transaction Expenses** (Docket No. 275)

- **Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal the Unredacted Declaration of Michael J. Genereux in Support of Joint Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Related Break-up Fee and Transaction Expenses** (Docket No. 277)

I further certify that I caused the **Sealed Declaration of Michael J. Genereux in Support of Joint Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for**


**Authority to Assume Plan Sponsor Agreement and Pay Related Break-up Fee and Transaction Expenses** (Docket No. 275) to be served via electronic mail on the parties listed on Exhibit B.

Date: October 12, 2015
Wilmington, Delaware

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302)421-8390

-AND-

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**Exhibit A**

3 TIMES SQUARE ASSOCIATES LLC
JP MORGAN CHASE BANK
GPO P.O. BOX 27488
NEW YORK, NY 10087

404 WEST LLC
C/O WINTER MANAGEMENT CORP
730 FIFTH AVE
NEW YORK, NY 10019

Assistant Attorney General
Jason A Starks
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Ballard Spahr LLP
David L Pollack
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Ballard Spahr LLP
Matthew Summers, Leslie Heilman
919 Market Street, 11th Floor
Wilmington, DE 19801

Bayard PA
Justin R Alberto
222 Delaware Ave Suite 900
Wilmington, DE 19801

Bewley Lassleben & Miller LLP
Ernie Zachary Park
13215 E Penn St Suite 510
Whittier, CA 90602-1797

BLT Enterprises
Robert Solomon
501 Spectrum Circle
Oxnard, CA 93030

Brown & Connery LLP
Donald K. Ludman
6 North Broad Street, Suite 100
Woodbury, NJ 08096

C & K TRADING CO., LTD.
CK JUNG
867 Woo 1-Dong Haeundae-Gu
Busan, 13 612-822
South Korea

CARMICHAEL INTERNATIONAL SERVICE
P.O. Box 51025
Los Angeles, CA 90051

Chipman Brown Cicero & Cole LLP
William E Chipman Jr
The Nemours Building
1007 N Orange St Ste 1110
Wilmington, DE 19801

Clayton Blehm
770 Sycamore Avenue, Suite 122
Vista, CA 92083

COINS INTERNATIONAL CO., LTD.
7F-1, No. 89 Bo Guan Road
Taichung, TWN 404
Taiwan

Cooch & Taylor PA
Susan E Kaufman
1000 West St 10th Fl
The Brandywine Building
Wilmington, DE 19899

Cooley LLP
Jay R Indyke Cathy Hershcopf
Seth Van Aalten Robert Winning
1114 Avenue of the Americas
New York, NY 10036

CPG PARTNERS LP
P.O. BOX 827727
PHILADELPHIA, PA 19182

Delaware Attorney General
Matthew Denn
Carvel State Office Building
820 N French St
Wilmington, DE 19801

Delaware Dept of Justice
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

DELTINA TRADING PTY LTD.
ALAN FENNEL
Unit 2, 32 Bell Street
Torquay, VIC 3228
Australia

DRAGON CROWD GARMENT INC
EDWARD
Fl/5 Bldg A, C&E Centre
Ningbo, 130 315040
China

DUBHE CORPORATION
Che-Il Bldg Rm 1501, 256-13
Seoul, 13 121-758
South Korea

EASTMAN EXPORTS GLOBAL CLOTHING
10, 12, KUMARANAGAR (SOUTH)
TIRUPUR, 641603
India

Environmental Protection Agency
1650 Arch St
Philadelphia, PA 19103-2029

# Exhibit A

Ezra Brutzkus Gubner LLP
Steven T Gubner
21650 Oxnard St Ste 500
Woodland Hills, CA 91367

Foley & Lardner LLP
Mark L Prager Mark F Hebbeln Lars A Peterson
321 N Clark St Ste 2800
Chicago, IL 60654-5313

FULL CREATIVE CO, LTD
No.4 Jin-Ying 2Nd St.
Dongguan, 190 523942
China

GGP Limited Partnership, as Agent
Kristen N. Pate
110 N. Wacker Drive
Chicago, IL 60606

Global Brands Group
Attn Martin Leder
12 Princeton Dr
Tappan, NY 10903

Goodsill Anderson Quinn & Stifel
Jonathan C Bolton
First Hawaiian Center
999 Bishop St Ste 1600
Honolulu, HI 96813

Greenberg Taurig LLP
Dennis A Meloro
The Nemours Building
1007 N Orange St Ste 1200
Wilmington, DE 19801

Greenberg Taurig LLP
Jeffrey M Wolf
One International Place
Boston, MA 02110

HONG KONG HESHENG INT'L
TOME ZHENG
Rm 1102, Wofoo Commercial Building
Kowloon, KLN 999077
Hong Kong

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Jeffer Mangels Butler & Mitchell LLP
Joseph A Eisenberg PC
1900 Avenue of the Stars 7th Fl
Los Angeles, CA 90067

Jeffrey S Shinbrot APLC
Jeffrey S. Shinbrot
8200 Wilshire Blvd Suite 400
Beverly Hills, CA 90211

Jung & Yuen, LLP
Curtis Jung, Esq.
888 S. Figueroa St., Suite 720
Los Angeles, CA 90017

Katten Muchin Rosenman LLP
c/o Dustin P Branch
2029 Century Park East Ste 2600
Los Angeles, CA 90067-3012

Katten Muchin Rosenman LLP
Jessica Mickelsen Simon
2029 Century Park East Ste 2600
Los Angeles, CA 90067-3012

KCC
Mike Hill
2335 Alaska Ave
El Segundo, CA 90245

Kirkland & Ellis LLP
Attn: David Nemecek
333 South Hope Street
Los Angeles, CA 90071

Kirkland & Ellis LLP
Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger
300 North LaSalle Street
Chicago, IL 60654

LeClairRyan
Andrew Cole, Esq.
800 North King Street, Suite 303
Wilmington, DE 19801

LeClairRyan
Niclas A Ferland Esq Ilan Markus Esq
545 Long Wharf Dr 9th Fl
New Haven, CT 06511

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Linebarger Goggan Blair & Sampson LLP
John P Dillman
PO Box 3064
Houston, TX 77253-3064

MCKNIGHT,ROBERT
167 Emerald Bay
Laguna Beach, CA 92651

MERRY LINK DEVELOPMENT (MACAO COMMERCIAL OFFSHORE) LIMITED
Alameda Dr Caros D'Assumpcao No 336
Macau, MO 999078
Macau

Missouri Department of Revenue
Bankruptcy Unit
Attn Sheryl L Moreau
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

**Exhibit A**

MOONEY,ANDREW P.
PO Box 69447
West Hollywood, CA 90069

Morris, Nichols, Arsht & Tunnell LLP
Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott
1201 North Market St 16th Fl
PO Box 1347
Wilmington, DE 19899-1347

New Generation Advisors LLC
Attn Baily Dent
13 Elm St
Manchester, MA 01944

NEWTIMES FAR EAST
Unit D, 7th Floor, Phase 5
Kowloon, KLN 999077
Hong Kong

NINGBO ISUN FASHION CO. LTD
East Fenghua Industrial
Ningbo, 130 315500
China

NORTHSTAR SOURCING GROUP HK LTD
DAVE PERKINS
Room 602, 6/F, Oriental Centre
Kowloon, KLN 999077
Hong Kong

O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET, #1060
LOS ANGELES, CA 90071

O'MELVENY & MYERS LLP
PO BOX 894436
LOS ANGELES, CA 90189-4436

Office of the United States Trustee Delaware
Attn Mark S. Kenney
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

ORIGINAL JY&T CO. LTD.
Sanchong Dist.
New Taipei City, TPE 241
Taiwan

Parker Milliken Clark O'Hara & Samuelian
Thomas E Shuck
555 S Flower St 30th Fl
Los Angeles, CA 90071-2440

Patterson Belknap Webb & Tyler LLP
David W Dykhouse Brian P Guiney
1133 Avenue of the Americas
New York, NY 10036-6710

Perdue Brandon Fielder Collins & Mott LLP
Arlington ISD
c/o Elizabeth Banda Calvo
500 E Border St Ste 640
Arlington, TX 76010

Port Logistics
c/o Pamela Kohlman Webster, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

PUTIAN XINXIESHENG FOOTWEAR CO., LT
Liuxian, Laidian Town, Xianyou
Putian, 150 351251
China

QTNP APPARELS JSC
NO. 18, LOT 8, LONG BIEN RESETTLEME
HA NOI, 10000
Vietnam

Riemer & Braunstein LLP
Attn Steven Fox
Seven Times Square
Suite 2506
New York, NY 10036

Riemer & Braunstein LLP
David S. Berman
Three Center Plaza
Boston, MA 02108

Samil Tong Sang Co
Attn Ian Im
18-130 Gangdong-Dong
Busan, 13 618-800
South Korea

SAMIL TONG SANG CO.
BONG GYU LIM
18-130 Gangdong-Dong
Busan, 13 618-800
South Korea

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission
Sharon Binger Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

Securities & Exchange Commission NY Office
Andrew Calamari Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

Seward & Kissel LLP
John R Ashmead
One Battery Park Plaza
New York, NY 10004

Simon Property Group, Inc
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Skadden, Arps, Slate, Meagher & Flom LLP
John K Lyons
155 N Wacker Dr
Chicago, IL 60606

**Exhibit A**

Skadden, Arps, Slate, Meagher & Flom LLP
Van C Durrer
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

SRINIVASA FASHIONS PVT LTD
Factory Unit #3
Plot No. AP4, 5th Avenue, 2nd Cross
Chengalpat, 22 603002
India

Stroock & Stroock & Lavan LLP
Andrew P DeNatale
180 Maiden Ln
New York, NY 10038

SUMEC TEXTILE & LIGHT INDUSTRY CO
13F, 198 Changjiang Road
Nanjing, 100 210018
China

T. Rowe Price Credit Opportunities Fund
c/o T. Rowe Price Associates, Inc.
Attn Andrew Baek
100 E. Pratt Street
Baltimore, MD 21202

The Taubman Company
Andrew S Conway Esq
200 East Long Lake Road Ste 300
Bloomfield Hills, MI 48304

U.S. BANK AS INDENTURE TRUSTEE
U.S. BANK NATIONAL ASSOCIATION
60 LIVINGSTON AVE
ST. PAUL, MN 55107

U.S. Bank National Association
Justin L. Shearer Vice President
Global Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

WEIHAI TEXTILE IMP AND EXP CO
No. 16 Shichang Da Road
Weihai, 120 264200
China

Wilfrid Global Opportunity Fund
c/o Wilfrid Aubrey LLC
Attn Nicholas Walsh
465 Lexington Ave
New York, NY 10174

Womble Carlyle Sandridge & Rice, LLP
Attn Steven K Kortanek
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Womble Carlyle Sandridge & Rice, LLP
Steven K Kortanek Thomas M Horan
Morgan L Patterson
222 Delaware Ave Suite 1501
Wilmington, DE 19801

WORLD MARKETING, INC.
306 38TH STREET, 8TH FLOOR
NEW YORK, NY 10018

XIAMEN C&D LIGHT INDUSTRY CO., LTD.
15th Floor Seaside Bldg.
Xiamen, 150 361000
China

ZHEJIANG XISHI JIAFANG TEXTILE CO L
Paitou Village Paitou Town
Zhuji, 130 311825
China

**Exhibit B**

Skadden, Arps, Slate, Meagher & Flom LLP
Van C Durrer
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
van.durrer@skadden.com\

Skadden, Arps, Slate, Meagher & Flom LLP
Dain A. De Souza
920 N. King Street, P.O. Box 636
Wilmington, DE 19801
Dain.DeSouza@skadden.com

Pachulski Stang Ziehl & Jones LLP
Jeffrey N. Pomerantz
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4100
jpomerantz@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
John A. Morris
780 Third Ave, 36th floor
New York, NY 10017
jmorris@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com

Office of the U.S. Trustee
Mark S. Kenney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
mark.kenney@usdoj.gov

Morris, Nichols, Arsht & Tunnell
Robert J. Dehney
Andrew R. Remming
Tamara K. Minott
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347
rdehney@mnat.com
aremming@mnat.com
tminott@mnat.com

Kirkland & Ellis LLP
William Guerrieri
Ross Kwasteniet
Patrick J. Nash
300 North LaSalle
Chicago, IL 60654
will.guerrieri@kirkland.com
ross.kwasteniet@kirkland.com
patrick.nash@kirkland.com

Womble Carlyle Sandridge & Rice, LLP
Thomas M. Horan
Steven K. Kortanek
Morgan L. Patterson
222 Delaware Avenue
Suite 1501
thoran@wcsr.com
skortanek@wcsr.com
mpatterson@wcsr.com

Riemer & Braunstein LLP
Steven E. Fox
David S. Berman
7 Times Sq., Suite 2506, Times Sq. Tower
25th Floor
New York, NY 10036-6524
sfox@riemerlaw.com
dberman@riemerlaw.com