IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :
QUIKSILVER, INC., *et al.*,[1]                             :  Case No. 15-11880 (BLS)
                                                           :
           Debtors.                      :  Jointly Administered
                                                           :
                                                           :  **Related Docket No. 288**
---------------------------------------------------------- x

**MOTION FOR ORDER TO SHORTEN TIME FOR NOTICE OF THE HEARING ON, AND THE DEADLINE TO RESPOND TO, MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE COMMITTEE TO FILE UNDER SEAL THE UNREDACTED JOINT OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING PAYMENT OF CRITICAL VENDORS AND (II) DEBTORS' APPLICATION TO RETAIN PETER J. SOLOMON COMPANY AS INVESTMENT BANKER *NUNC PRO TUNC* TO THE PETITION DATE**

The Official Committee of Unsecured Creditors (the "Committee") of Quiksilver, Inc. ("Quiksilver") and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned proposed counsel, hereby submits this motion (the "Motion to Shorten ") for entry of an order, substantially in the form annexed hereto as **Exhibit A**, to expedite consideration of, and shorten the deadline to respond to, the motion of the Committee (the "Motion to Seal") [Dkt. No. 288], (a) pursuant to section 107(b) of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.* as amended, the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

#35906672 v2

Rules"), authorizing the Committee to file under seal its unredacted joint objection (the "Joint Objection")[2] to the (i) *Debtors' Motion for Interim and Final Orders Pursuant to Sections 105(a), 363(b), 1107(a), and 1108 and Bankruptcy Rules 6003 and 6004 Authorizing Payment of Critical Vendors* [Dkt. No. 15] (the "Critical Vendor Motion") and (ii) *Debtors' Application Pursuant to Bankruptcy Code Sections 105(a), 327(a), and 328(a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-2 (A) Authorizing Employment and Retention of Peter J. Solomon Company as Investment Banker for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date, (B) Waiving Certain Timekeeping Requirements Pursuant to Local Bankruptcy Rules 2016-2(h), and (C) Granting Related Relief* [Dkt. No. 117] (the "PJSC Application" and, together with the Critical Vendor Motion, the "Debtors' Motions"). In support of this Motion to Shorten, the Committee respectfully states as follows:

### Jurisdiction

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are Bankruptcy Code section 105(a), Bankruptcy Rule 9006, and Local Rule 9006-1.

### Background

4. On the Petition Date, the Debtors each commenced a case (collectively, the "Chapter 11 Cases") by filing a petition for relief under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Joint Objection.

5. The Debtors continue to operate their business and manage their properties as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

6. On September 21, 2015, pursuant to Bankruptcy Code section 1102, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the initial Committee [Dkt. No. 129].[3] On September 28, 2015, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Dkt. No. 163], appointing two additional creditors to the Committee.[4] The Committee has selected the undersigned as its proposed co-counsel.

7. As more fully set forth in the Joint Objection, through the Debtors' Motions, the Debtors seek approval of yet another scheme designed to take value away from certain of their unsecured creditors, including the holders of more than $223 million in outstanding U.S. Unsecured Notes. The Debtors' Motions are set for hearing on October 14, 2015 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing"). Through the Joint Objection, the Committee provides its written response to both of the Debtors' Motions.

8. Concurrently herewith, the Committee is filing the Motion to Seal, pursuant to which the Committee seeks authority to file the unredacted Joint Objection under seal.

**Relief Requested**

9. By this Motion to Shorten, the Committee seeks entry of an order expediting consideration of, and shortening the notice periods applicable to, the Motion to Seal.

---

[3] The initial Committee was comprised of the following entities: (i) U.S. Bank National Association; (ii) New Generation Advisors, LLC; (iii) Samil Tong Sang, Co.; (iv) Simon Property Group, Inc.; and (v) Global Brands Group.

[4] The U.S. Trustee appointed T. Rowe Price Credit Opportunities Fund and Wilfrid Global Opportunity Fund to the Committee on September 28, 2015. Also on September 28, 2015, Global Brands Group resigned from the Committee.

## Basis for Relief

10.     Against this factual backdrop, and pursuant to this Motion to Shorten, the Committee respectfully requests that the Court consider the Motion to Seal at the Hearing. The Committee also respectfully requests that the Court approve a shortened objection deadline such that any objections to the Motion to Seal may be heard at the Hearing, which will allow parties-in-interest sufficient time to review and consider whether to oppose the Motion to Seal.

11.     Good cause exists to expedite consideration of the Motion to Seal. The hearing on the relief requested in the Debtors' Motions is set for the Hearing. Pursuant to the Motion to Seal, the Committee seeks authority to file the unredacted Joint Objection under seal. The Joint Objection will form an integral component of the record at the Hearing. The Committee respectfully submits that cause therefore exists to expedite ruling on the relief requested in the Motion to Seal.

12.     Pursuant to Local Rule 9006-1(e), the Court may rule on this Motion to Shorten without the need for a hearing, and the Committee requests that the Motion to Shorten be granted without further hearing.

[*remainder of page intentionally left blank*]

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, shortening the time for notice of the hearing on, and the deadline to respond to the Motion to Seal as set forth herein, and granting such other and further relief in favor of the Committee as the Court deems just and proper.

Dated: October 13, 2015
      Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ John H. Schanne II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19899-1709
Telephone:    (302) 777-6500
Facsimile:    (302) 421-8390
E-mail:       strattond@pepperlaw.com
              fournierd@pepperlaw.com
              schannej@pepperlaw.com

-AND-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York  10036-6745
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
E-mail:       mstamer@akingump.com
              aqureshi@akingump.com
              mlahaie@akingump.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*