IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket Nos: 286-290** |

## DECLARATION OF SERVICE

I, John H. Schanne, II, hereby certify that on the 13th day of October, 2015, I caused the pleadings listed below to be served upon the parties listed on the attached service list, (Exhibit A) via first-class mail, postage prepaid.

- **[REDACTED] Joint Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Critical Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date** (Docket No. 286)

- **Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal the Unredacted Joint Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Critical Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date** (Docket No. 288)

- **Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal the Unredacted Joint Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Critical Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date** (Docket No. 289)

- **Declaration of Michael J. Genereux in Support of Joint Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Critical Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date** (Docket No. 290)

I further certify that I caused the **Sealed Joint Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Critical Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date** (Docket No. 287) to be served via electronic mail on the parties listed on Exhibit B.

| | |
|---|---|
| Date: October 13, 2015<br>Wilmington, Delaware | /s/ John H. Schanne, II<br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>John H. Schanne, II (DE No. 5260)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19801<br>Telephone:  (302) 777-6500<br>Facsimile:   (302)421-8390<br><br>-AND-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael S. Stamer (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>One Bryant Park<br>Bank of America Tower<br>New York, New York  10036-6745<br>Telephone:    (212) 872-1000<br>Facsimile:     (212) 872-1002<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |

#35923374 v1

## Exhibit A

| | | |
|---|---|---|
| 3 TIMES SQUARE ASSOCIATES LLC<br>JP MORGAN CHASE BANK<br>GPO P.O. BOX 27488<br>NEW YORK, NY 10087 | 404 WEST LLC<br>C/O WINTER MANAGEMENT CORP<br>730 FIFTH AVE<br>NEW YORK, NY 10019 | |
| Assistant Attorney General<br>Jason A Starks<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Ballard Spahr LLP<br>David L Pollack<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Matthew Summers, Leslie Heilman<br>919 Market Street, 11th Floor<br>Wilmington, DE 19801 |
| Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 | Bewley Lassleben & Miller LLP<br>Ernie Zachary Park<br>13215 E Penn St Suite 510<br>Whittier, CA 90602-1797 | BLT Enterprises<br>Robert Solomon<br>501 Spectrum Circle<br>Oxnard, CA 93030 |
| Brown & Connery LLP<br>Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | C & K TRADING CO., LTD.<br>CK JUNG<br>867 Woo 1-Dong Haeundae-Gu<br>Busan, 13 612-822<br>South Korea | CARMICHAEL INTERNATIONAL SERVICE<br>P.O. Box 51025<br>Los Angeles, CA 90051 |
| Chipman Brown Cicero & Cole LLP<br>William E Chipman Jr<br>The Nemours Building<br>1007 N Orange St Ste 1110<br>Wilmington, DE 19801 | Clayton Blehm<br>770 Sycamore Avenue, Suite 122<br>Vista, CA 92083 | COINS INTERNATIONAL CO., LTD.<br>7F-1, No. 89 Bo Guan Road<br>Taichung, TWN 404<br>Taiwan |
| Cooch & Taylor PA<br>Susan E Kaufman<br>1000 West St 10th Fl<br>The Brandywine Building<br>Wilmington, DE 19899 | Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | CPG PARTNERS LP<br>P.O. BOX 827727<br>PHILADELPHIA, PA 19182 |
| Delaware Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | Delaware Dept of Justice<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 |
| Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 | DELTINA TRADING PTY LTD.<br>ALAN FENNEL<br>Unit 2, 32 Bell Street<br>Torquay, VIC 3228<br>Australia | DRAGON CROWD GARMENT INC<br>EDWARD<br>Fl/5 Bldg A, C&E Centre<br>Ningbo, 130 315040<br>China |
| DUBHE CORPORATION<br>Che-Il Bldg Rm 1501, 256-13<br>Seoul, 13 121-758<br>South Korea | EASTMAN EXPORTS GLOBAL CLOTHING<br>10, 12, KUMARANAGAR (SOUTH)<br>TIRUPUR,  641603<br>India | Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 |

## Exhibit A

| | | |
|---|---|---|
| Ezra Brutzkus Gubner LLP<br>Steven T Gubner<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367 | Foley & Lardner LLP<br>Mark L Prager Mark F Hebbeln Lars A Peterson<br>321 N Clark St Ste 2800<br>Chicago, IL 60654-5313 | FULL CREATIVE CO, LTD<br>No.4 Jin-Ying 2Nd St.<br>Dongguan, 190 523942<br>China |
| GGP Limited Partnership, as Agent<br>Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Global Brands Group<br>Attn Martin Leder<br>12 Princeton Dr<br>Tappan, NY 10903 | Goodsill Anderson Quinn & Stifel<br>Jonathan C Bolton<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813 |
| Greenberg Taurig LLP<br>Dennis A Meloro<br>The Nemours Building<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenberg Taurig LLP<br>Jeffrey M Wolf<br>One International Place<br>Boston, MA 02110 | HONG KONG HESHENG INT'L<br>TOME ZHENG<br>Rm 1102, Wofoo Commercial Building<br>Kowloon, KLN 999077<br>Hong Kong |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| Jeffer Mangels Butler & Mitchell LLP<br>Joseph A Eisenberg PC<br>1900 Avenue of the Stars 7th Fl<br>Los Angeles, CA 90067 | Jeffrey S Shinbrot APLC<br>Jeffrey S. Shinbrot<br>8200 Wilshire Blvd Suite 400<br>Beverly Hills, CA 90211 | Jung & Yuen, LLP<br>Curtis Jung, Esq.<br>888 S. Figueroa St., Suite 720<br>Los Angeles, CA 90017 |
| Katten Muchin Rosenman LLP<br>c/o Dustin P Branch<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Jessica Mickelsen Simon<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | KCC<br>Mike Hill<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 | Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 | LeClairRyan<br>Andrew Cole, Esq.<br>800 North King Street, Suite 303<br>Wilmington, DE 19801 |
| LeClairRyan<br>Niclas A Ferland Esq Ilan Markus Esq<br>545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| MCKNIGHT,ROBERT<br>167 Emerald Bay<br>Laguna Beach, CA 92651 | MERRY LINK DEVELOPMENT (MACAO COMMERCIAL OFFSHORE) LIMITED<br>Alameda Dr Caros D'Assumpcao No 336<br>Macau, MO 999078<br>Macau | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn Sheryl L Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 |

#35923374 v1

# Exhibit A

| | | |
|---|---|---|
| MOONEY, ANDREW P.<br>PO Box 69447<br>West Hollywood, CA 90069 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott<br>1201 North Market St 16th Fl<br>PO Box 1347<br>Wilmington, DE 19899-1347 | New Generation Advisors LLC<br>Attn Baily Dent<br>13 Elm St<br>Manchester, MA 01944 |
| NEWTIMES FAR EAST<br>Unit D, 7th Floor, Phase 5<br>Kowloon, KLN 999077<br>Hong Kong | NINGBO ISUN FASHION CO. LTD<br>East Fenghua Industrial<br>Ningbo, 130 315500<br>China | NORTHSTAR SOURCING GROUP HK LTD<br>DAVE PERKINS<br>Room 602, 6/F, Oriental Centre<br>Kowloon, KLN 999077<br>Hong Kong |
| O'MELVENY & MYERS LLP<br>400 SOUTH HOPE STREET, #1060<br>LOS ANGELES, CA 90071 | O'MELVENY & MYERS LLP<br>PO BOX 894436<br>LOS ANGELES, CA 90189-4436 | Office of the United States Trustee<br>Delaware<br>Attn Mark S. Kenney<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |
| ORIGINAL JY&T CO. LTD.<br>Sanchong Dist.<br>New Taipei City, TPE 241<br>Taiwan | Parker Milliken Clark O'Hara & Samuelian<br>Thomas E Shuck<br>555 S Flower St 30th Fl<br>Los Angeles, CA 90071-2440 | Patterson Belknap Webb & Tyler LLP<br>David W Dykhouse Brian P Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| | Perdue Brandon Fielder Collins & Mott LLP<br>Arlington ISD<br>c/o Elizabeth Banda Calvo<br>500 E Border St Ste 640<br>Arlington, TX 76010 | Port Logistics<br>c/o Pamela Kohlman Webster, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 |
| PUTIAN XINXIESHENG FOOTWEAR CO., LT<br>Liuxian, Laidian Town, Xianyou<br>Putian, 150 351251<br>China | QTNP APPARELS JSC<br>NO. 18, LOT 8, LONG BIEN RESETTLEME<br>HA NOI, 10000<br>Vietnam | Riemer & Braunstein LLP<br>Attn Steven Fox<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 |
| Riemer & Braunstein LLP<br>David S. Berman<br>Three Center Plaza<br>Boston, MA 02108 | Samil Tong Sang Co<br>Attn Ian Im<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea | SAMIL TONG SANG CO.<br>BONG GYU LIM<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 | Securities & Exchange Commission NY Office<br>Andrew Calamari Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 |
| Seward & Kissel LLP<br>John R Ashmead<br>One Battery Park Plaza<br>New York, NY 10004 | Simon Property Group, Inc<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Skadden, Arps, Slate, Meagher & Flom LLP<br>John K Lyons<br>155 N Wacker Dr<br>Chicago, IL 60606 |

#35923374 v1

## Exhibit A

Skadden, Arps, Slate, Meagher & Flom LLP
Van C Durrer
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

SRINIVASA FASHIONS PVT LTD
Factory Unit #3
Plot No. AP4, 5th Avenue, 2nd Cross
Chengalpat, 22 603002
India

Stroock & Stroock & Lavan LLP
Andrew P DeNatale
180 Maiden Ln
New York, NY 10038

SUMEC TEXTILE & LIGHT INDUSTRY CO
13F, 198 Changjiang Road
Nanjing, 100 210018
China

T. Rowe Price Credit Opportunities Fund
c/o  T. Rowe Price Associates, Inc.
Attn Andrew Baek
100 E. Pratt Street
Baltimore, MD 21202

The Taubman Company
Andrew S Conway Esq
200 East Long Lake Road Ste 300
Bloomfield Hills, MI 48304

U.S. BANK AS INDENTURE TRUSTEE
U.S. BANK NATIONAL ASSOCIATION
60 LIVINGSTON AVE
ST. PAUL, MN 55107

U.S. Bank National Association
Justin L. Shearer Vice President
Global Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

WEIHAI TEXTILE IMP AND EXP CO
No. 16 Shichang Da Road
Weihai, 120 264200
China

Wilfrid Global Opportunity Fund
c/o Wilfrid Aubrey LLC
Attn Nicholas Walsh
465 Lexington Ave
New York, NY 10174

Womble Carlyle Sandridge & Rice, LLP
Attn Steven K Kortanek
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Womble Carlyle Sandridge & Rice, LLP
Steven K Kortanek Thomas M Horan
Morgan L Patterson
222 Delaware Ave Suite 1501
Wilmington, DE 19801

WORLD MARKETING, INC.
306 38TH STREET, 8TH FLOOR
NEW YORK, NY 10018

XIAMEN C&D LIGHT INDUSTRY CO., LTD.
15th Floor Seaside Bldg.
Xiamen, 150 361000
China

ZHEJIANG XISHI JIAFANG TEXTILE CO L
Paitou Village Paitou Town
Zhuji, 130 311825
China

**Exhibit B**

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C Durrer<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>van.durrer@skadden.com\ | Skadden, Arps, Slate, Meagher & Flom LLP<br>Dain A. De Souza<br>920 N. King Street, P.O. Box 636<br>Wilmington, DE 19801<br>Dain.DeSouza@skadden.com |
| Pachulski Stang Ziehl & Jones LLP<br>Jeffrey N. Pomerantz<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067-4100<br>jpomerantz@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>John A. Morris<br>780 Third Ave, 36th floor<br>New York, NY 10017<br>jmorris@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com | Office of the U.S. Trustee<br>Mark S. Kenney<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>mark.kenney@usdoj.gov |
| Morris, Nichols, Arsht & Tunnell<br>Robert J. Dehney<br>Andrew R. Remming<br>Tamara K. Minott<br>1201 N. Market Street<br>P O. Box 1347<br>Wilmington, DE 19899-1347<br>rdehney@mnat.com<br>aremming@mnat.com<br>tminott@mnat.com | Kirkland & Ellis LLP<br>William Guerrieri<br>Ross Kwasteniet<br>Patrick J. Nash<br>300 North LaSalle<br>Chicago, IL 60654<br>will.guerrieri@kirkland.com<br>ross.kwasteniet@kirkland.com<br>patrick.nash@kirkland.com |
| Womble Carlyle Sandridge & Rice, LLP<br>Thomas M. Horan<br>Steven K. Kortanek<br>Morgan L. Patterson<br>222 Delaware Avenue<br>Suite 1501<br>thoran@wcsr.com<br>skortanek@wcsr.com<br>mpatterson@wcsr.com | Riemer & Braunstein LLP<br>Steven E. Fox<br>David S. Berman<br>7 Times Sq., Suite 2506, Times Sq. Tower<br>25th Floor<br>New York, NY 10036-6524<br>sfox@riemerlaw.com<br>dberman@riemerlaw.com |