IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                                Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 14, 2015 AT 10:00 A.M. (EASTERN)**

       Set forth below are the matters scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on October 14, 2015 beginning at 10:00 a.m. (Eastern).

---

**THE HEARING PREVIOUSLY SCHEDULED FOR OCTOBER 14, 2015 AT 1:00 P.M. IN THE ABOVE-CAPTIONED BANKRUPTCY CASES HAS BEEN RESCHEDULED TO OCTOBER 14, 2015 AT 10:00 A.M. (EASTERN) AT THE DIRECTION OF THE COURT.**

---

**I.    MATTERS GOING FORWARD**

1. **PSA MOTION:** Debtors' Motion For Entry Of An Order Authorizing And Approving (I) The Debtors Assumption Of The Plan Sponsor Agreement; And (II) The Payment Of The Break-Up Fee And Related Transaction Expenses (Docket No. 25) (Date Filed: 9/9/15)

   Related Documents:

   a.    Notice of Hearing (Docket No. 86) (Date Filed: 9/11/15)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] **Revisions to the prior version of the agenda appear in bold.**

    b.    Notice Of Filing Of Amended Exhibit To Debtors' Motion For Entry Of An Order Authorizing And Approving (I) The Debtors' Assumption Of The Plan Sponsor Agreement; And (II) The Payment Of The Break-Up Fee And Related Transaction Expenses (Docket No. 128) (Date Filed: 9/21/15)

Objection Deadline:    September 29, 2015 at 4:00 p.m. (Eastern), extended until October 9, 2015 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

Objections/ Responses Filed:

    a.    Joint Objection of the Official Committee of Unsecured Creditors to Debtors (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Related Break-Up Fee and Transaction Expenses (Docket No. 269) (Date Filed: 10/9/15)

        Related Document:

        i.    Declaration Of Michael J. Genereux In Supportof Joint Objection Of The Official Committee Of Unsecured Creditors [SEALED] (Docket No. 275) (Date Filed: 10/12/15)

    b.    Debtors' Omnibus Reply To Joint Objection Of The Official Committee Of Unsecured Creditors To Debtors' (I) Motion For Authorization To Obtain Postpetition Financing And (II) Motion For Authority To Assume Plan Sponsor Agreement And Pay Related Break-Up Fee And Transaction Expenses (Docket No. 281) (Date Filed: 10/13/15)

Status:    This matter is going forward.

2.    **CRITICAL VENDORS MOTION:** Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 363(b), 1107(a), and 1108 and Bankruptcy Rules 6003 And 6004 Authorizing Payment of Critical Vendors (Docket No. 83) (Date Filed: 9/11/15)

Objection Deadline:    September 29, 2015 at 4:00 p.m. (Eastern), extended until October 13, 2015 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

**Objections/ Responses Filed:**

a. **Joint Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Criticial Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date [SEALED] (Docket No. 286) (Date Filed: 10/13/15)**

   **Related Document:**

   i. **Declaration Of Michael J. Genereux In Support of Joint Objection Of The Official Committee Of Unsecured Creditors (Docket No. 290) (Date Filed: 10/13/15)**

Status:    This matter is going forward.

3. **DIP FINANCING MOTION:** Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing The Debtors To (A) Obtain Postpetition Financing On A Super-Priority, Senior Secured Basis And (B) Use Cash Collateral, (II) Granting (A) Liens And Super-Priority Claims And (B) Adequate Protection To Certain Prepetition Lenders, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief (Docket No. 84) (Date Filed: 9/11/15)

   Related Documents:

   a. Notice of Filing Exhibit C to Debtors' Motion (Docket No. 18) (Date Filed: 9/9/15)

   b. Declaration of Durc A. Savini In Support of Debtors' Motion (Docket No. 19) (Date Filed: 9/9/15)

   c. Notice Of Filing Of Executed Debtor-In-Possession Financing Credit Agreements (Docket No. 127) (Date Filed: 9/21/15)

   Objection Deadline:    September 29, 2015 at 4:00 p.m. (Eastern), extended until October 9, 2015 at 5:00 p.m. for the Official Committee of Unsecured Creditors and ACE American Insurance Company.

   Objections/ Responses Filed:

a. Limited Objection of Industrial Property Fund VII, LLC to Debtors' Motion (Docket No. 190) (Date Filed: 9/29/15)

   Status: This response has been resolved.

b. Limited Objection of West County Commerce Realty Holding Co. LLC to Debtors' Motion (Docket No. 191) (Date Filed: 9/29/15)

   Status: This response has been resolved.

c. Limited Objection Of The Macerich Company And Boulevard Invest, LLC to Debtors' Motion (Docket No. 200) (Date Filed: 10/1/15)

   Status: This response has been resolved.

d. Joinder of Federal Realty Investment Trust and GGP Limited Partnership in Limited Objection Of The Macerich Company And Boulevard Invest, LLC to Debtors' Motion (Docket No. 201) (Date Filed: 10/1/15)

   Status: This response has been resolved.

e. The Taubman Landlords' Joinder in Limited Objection Of The Macerich Company And Boulevard Invest, LLC to Debtors' Motion (Docket No. 205) (Date Filed: 10/1/15)

   Status: This response has been resolved.

f. Informal Response of ACE American Insurance Company

   Status: This response has been resolved.

g. Joint Objection of the Official Committee of Unsecured Creditors to Debtors (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Related Break-Up Fee and Transaction Expenses (Docket No. 269)
   (Date Filed: 10/9/15)

   Status: This response is going forward.

        Related Document:

        i.    Declaration Of Michael J. Genereux In Supportof Joint Objection Of The Official Committee Of Unsecured Creditors [SEALED] (Docket No. 275) (Date Filed: 10/12/15)

h.    Debtors' Omnibus Reply To Joint Objection Of The Official Committee Of Unsecured Creditors To Debtors' (I) Motion For Authorization To Obtain Postpetition Financing And (II) Motion For Authority To Assume Plan Sponsor Agreement And Pay Related Break-Up Fee And Transaction Expenses (Docket No. 281) (Date Filed: 10/13/15)

General Status:    This matter is going forward.

4.    **INTERIM COMPENSATION MOTION:** Debtors' Motion For Administrative Order Pursuant To Bankruptcy Code Sections 105(a) And 331 Establishing Interim Compensation Procedures (Docket No. 103) (Date Filed: 9/15/15)

    Objection Deadline:    September 29, 2015 at 4:00 p.m. (Eastern), extended until October 9, 2015 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

    Objections/Responses Filed:

    a.    Informal Response of the Office of the United States Trustee

    b.    Informal Response of the Official Committee of the Unsecured Creditors

    Status:    This matter is going forward.

5.    **PETER J. SOLOMON RETENTION APPLICATION:** Debtors' Application Pursuant To Bankruptcy Code Sections 105(a), 327(a), And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2 (A) Authorizing Employment And Retention Of Peter J. Solomon Company As Investment Banker For The Debtors And Debtors In Possession, *Nunc Pro Tunc* To The Petition Date, (B) Waiving Certain Timekeeping Requirements Pursuant To Local Bankruptcy Rule 2016-2(h), And (C) Granting Related Relief (Docket No. 117) (Date Filed: 9/17/15)

    Objection Deadline:    September 29, 2015 at 4:00 p.m. (Eastern), extended until October 13, 2015 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

Objections/
Responses
Filed:

a. Informal Response of the Office of the United States Trustee.

b. **Joint Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Critical Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date [SEALED] (Docket No. 286) (Date Filed: 10/13/15)**

    **Related Document:**

    i. **Declaration Of Michael J. Genereux In Support of Joint Objection Of The Official Committee Of Unsecured Creditors (Docket No. 290) (Date Filed: 10/13/15)**

Status: This matter is going forward.

6. **FTI RETENTION APPLICATION:** Debtors' Application Pursuant To Bankruptcy Code Sections 105(a) And 363(b) (I) Authorizing Debtors To (A) Retain FTI Consulting, Inc. To Provide The Debtors With Stephen Coulombe As Their Designated Chief Restructuring Officer And Other Temporary Employees, Effective As Of The Petition Date; And (II) Approving The Engagement Agreement Between The Debtors And FTI Consulting, Inc. (Docket No. 118) (Date Filed: 9/17/15)

Objection
Deadline: September 29, 2015 at 4:00 p.m. (Eastern), extended until October 9, 2015 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

Objections/
Responses
Filed:

a. Informal Response of the Office of the United States Trustee

Status: This matter is going forward.

7. **RELIEF FROM STAY MOTION:** Debtors' Motion for Entry of an Order Providing for Limited Relief From the Automatic Stay Nunc Pro Tunc to the Petition Date for the Sole Purpose of Permitting Boardriders S.A., to Decelerate Its Obligations Under the Notes (Docket No. 223)
(Date Filed: 10/5/15)

Related
Documents:

a.    Notice of Hearing (Docket No. 249) (Date Filed: 10/6/15)

Objection
Deadline:    October 14, 2015 at 10:00 a.m. (Eastern)

Objections/
Responses
Filed:    None at the time of filing this agenda.

Status:    This matter is going forward.

## II.    ADDITIONAL MATTERS

8.    Motion Of The Official Committee Of Unsecured Creditors For An Order Authorizing The Committee To Exceed The Page Limits With Respect To The Joint Objection (Docket No. 270) (Date Filed: 10/9/15)

Related
Documents:

a.    Joint Objection of the Official Committee of Unsecured Creditors to Debtors (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Related Break-Up Fee and Transaction Expenses (Docket No. 269)
(Date Filed: 10/9/15)

Objection
Deadline:    October 14, 2015 at 10:00 a.m. (Eastern)

Objections/
Responses
Filed:    None at the time of filing this agenda.

**Status:    No hearing is necessary. The Court has entered an order at Docket No. 285.**

9.    Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal the Unredacted Declaration of Michael J. Genereux in Support of Joint Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Relatede Break-up Fee and Transaction Expenses (Docket No. 277) (Date Filed: 10/12/15)

7

Related Documents:

a.    Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal the Unredacted Declaration of Michael J. Genereux in Support of Joint Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Authority to Assume Plan Sponsor Agreement and Pay Relatede Break-up Fee and Transaction Expenses (Docket No. 276) (Date Filed: 10/12/15)

b.    Declaration Of Michael J. Genereux In Supportof Joint Objection Of The Official Committee Of Unsecured Creditors [SEALED] (Docket No. 275) (Date Filed: 10/12/15)

Objection Deadline:    October 14, 2015 at 10:00 a.m. (Eastern)

Objections/ Responses Filed:    None at the time of filing this agenda.

**Status:**    **The Court has entered an order at Docket No. 284. This matter will go forward solely with respect Docket No. 276.**

10. **Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal the Unredacted Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Critical Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date (Docket No. 289) (Date Filed: 10/13/15)**

    **Related Documents:**

    a.    **Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal the Unredacted Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Critical Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date (Docket No. 288) (Date Filed: 10/13/15)**

  **b.** **Joint Objection of the Official Committee of Unsecured Creditors to (I) Debtors' Motion for Interim and Final Orders Authorizing Payment of Criticial Vendors and (II) Debtors' Application to Retain Peter J. Solomon Company as Investment Banker Nunc Pro Tunc to the Petition Date [SEALED] (Docket No. 286) (Date Filed: 10/13/15)**

  **Objection Deadline:** October 14, 2015 at 10:00 a.m. (Eastern)

  **Objections/ Responses Filed:** None at the time of filing this agenda.

  **Status:** This matter is going forward.

Dated: Wilmington, Delaware
   October 14, 2015

      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

      /s/ Van C. Durrer, II
      Van C. Durrer, II (I.D. No. 3827)
      Annie Li
      300 South Grand Avenue, Suite 3400
      Los Angeles, California 90071
      Telephone: (213) 687-5000
      Fax: (213) 687-5600

      - and -

      Mark S. Chehi, Esq. (I.D. No. 2855)
      Dain A. De Souza (I.D. No. 5737)
      One Rodney Square
      P.O. Box 636
      Wilmington, Delaware 19899-0636
      Telephone: (302) 651-3000
      Fax: (302) 651-3001

      - and -

      John K. Lyons
      Jessica Kumar
      155 N. Wacker Dr.
      Chicago, Illinois 60606/
      Telephone: (312) 407-0700
      Fax: (312) 407-0411

      *Counsel for Debtors and Debtors in Possession*