IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., et al.,[1] | Case No. 15-11880 (BLS) |
| Debtors. | [Jointly Administered] |

## REQUEST FOR SERVICE
## PURSUANT TO FED.R.BANKR.P. 2002

**PLEASE TAKE NOTICE** that **VICTORY FOOTWEAR CO., LTD.** ("Victory"), as a creditor and as a party in interest in the cases of the above captioned debtors and debtors in possession, hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Chapter 11 cases and copies of all papers served or required to be served in these Chapter 11 cases including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, Chapter 11 plans, disclosure statements, and all other matters arising herein or any related adversary proceeding, be given and served upon Victory through service on its attorney, James A. Shalvoy, at the address, telephone, and facsimile numbers set forth below:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtor's corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**James A. Shalvoy, Esq.**
**1201 Morningside Drive**
**Suite 215**
**Manhattan Beach, CA 90266**
**Tel 310-796-0447**
**Fax 310-796-0277**
**james.shalvoy@verizon.net**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders or notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering, opposition, or reply papers, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, electronic transmission, email, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, set-offs, or recoupments, under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and

//

//

//

//

//

recoupments are expressly reserved.

Dated: October 6, 2015

James A. Shalvoy, Esq.
1201 Morningside Drive
Suite 215
Manhattan Beach, CA 90266
Tel 310-796-0447
Fax 310-796-0277
jameshalvoy@verizon.net
Attorney for VICTORY FOOTWEAR CO., LTD.

## CERTIFICATE OF SERVICE

I, James A. Shalvoy, hereby certify that on October 6, 2015, I served or caused to be served the foregoing Request For Service Pursuant To Fed.R.Bankr.P. 2002 upon the following persons via U.S. first-class mail, postage fully pre-paid, or as indicated below.

Dain A. De Souza, Esq.
Van C. Durrer, II, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, PO Box 636
Wilmington, DE 19801

Mark S. Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

_____
James A. Shalvoy