IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
Debtors[2]. : (Jointly Administered)
:
x
Related to Docket No. 223
------------------------------------

### ORDER GRANTING DEBTORS' MOTION AN ORDER PROVIDING FOR LIMITED RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO THE PETITION DATE TO BOARDRIDERS S.A, SOLELY FOR THE PURPOSE OF ALLOWING DECELERATION OF THE OBLIGATIONS UNDER THE NOTES

Upon the motion (the "Motion")[3] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and upon consideration of the *Motion of the Debtors for and Order Granting Limited Relief from the Automatic Stay Nunc Pro Tunc to the Petition Date Solely for the Purpose of Allowing Deceleration of the Obligations Under the Notes* (the "Motion"), a copy of which is attached to this Order as Exhibit 1, as agreed to by and between Quiksilver, Inc. and Boardriders S.A.," (("Boardriders") and together with Quiksilver, Inc., the Indenture Trustee, and the Common Depository, the "Parties"), it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[2]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[3]  Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Motion.

KE 29199943

2. Boardriders, the Indenture Trustee, and the Common Depository are granted limited relief from the automatic stay of § 362(a) of the Bankruptcy Code *nunc pro tunc* to the Petition Date solely for the purpose of decelerating the obligations under the Notes.

3. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. Notwithstanding any of the Federal Rules of Bankruptcy Procedure to the contrary, this Order shall take effect immediately upon entry.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: Oct 14, 2015
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge