# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 10/16/2015 |
| Case: 15−11880−BLS | Form ID: ntcBK | Total: 12 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Dain A. De Souza | Dain.DeSouza@skadden.com |
| aty | Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com |
| aty | John A. Morris | jmorris@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Van C. Durrer, II | van.durrer@skadden.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Quiksilver, Inc. | 5600 Argosy Circle    Huntington Beach, CA 92649 |
| aty | Annie Z. Li | Skadden, Arps, Slate, Meagher & Flom LLP    300 South Grand Ave.    Suite 3400    Los Angeles, CA 90071 |
| aty | Jason D. Russell | Skadden Arps Slate Meagher & Flom LLP    155 N. Wacker Drive    Chicago, IL 60606 |
| aty | Jessica S. Kumar | Skadden, Arps, Slate, Meagher & Flom LLP    155 North Wacker Drive    Chicago, IL 60606−1720 |
| aty | John K. Lyons | Skadden Arps Slate Meagher & Flom LLP    155 North Wacker Drive    Suite 2700    Chicago, IL 60606−1720 |

TOTAL: 5