IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :    Chapter 11

In re:                        :

                        :    Case No. 15-11880 (BLS)

QUIKSILVER, INC., *et al.*,         :

                        :    Jointly Administered

             Debtors.[1]    :

                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION OF COUNSEL IN SUPPORT OF
OMNIBUS HEARING DATE SCHEDULING ORDER**

The undersigned counsel for above-captioned debtors and debtors-in-possession

(the "Debtors") hereby certifies that the undersigned has consulted with the United States

Bankruptcy Court for the District of Delaware (the "Court") regarding scheduling omnibus

hearing dates for the above referenced chapter 11 cases and has been informed the following date

and time is available for an omnibus hearing:

**November 17, 2015 at 10:30 a.m. (Eastern)**

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors'
corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed

omnibus hearing date scheduling order attached hereto as Exhibit A.


Dated:    Wilmington, Delaware
          October 16, 2015

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              /s/ Van C. Durrer, II
                              Van C. Durrer, II (I.D. No. 3827)
                              Annie Li
                              300 South Grand Avenue, Suite 3400
                              Los Angeles, California 90071
                              Telephone: (213) 687-5000
                              Fax: (213) 687-5600

                              - and -

                              Dain A. De Souza (I.D. No. 5737)
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              Telephone: (302) 651-3000
                              Fax: (302) 651-3001

                              - and -

                              John K. Lyons
                              Jessica Kumar
                              155 N. Wacker Dr.
                              Chicago, Illinois 60606
                              Telephone: (312) 407-0700
                              Fax: (312) 407-0411

                              *Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**
**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :    Chapter 11
In re:                              :
                                    :    Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,           :
                                    :    Jointly Administered
                    Debtors.        :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER SCHEDULING OMNIBUS HEARING DATE

Upon consideration of the Certification of Counsel in Support of Omnibus

Hearing Dates Scheduling Order dated October 16, 2015, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.     The following date and time has been scheduled as omnibus hearing (the

"Omnibus Hearing") in these chapter 11 proceedings:

**November 17, 2015 at 10:30 a.m. (Eastern)**

2.     Omnibus Hearings will occur thereafter as may be scheduled by the

United States Bankruptcy Court for the District of Delaware (the "Court").

3.     All matters in these cases shall be set for and heard on the dates scheduled

for Omnibus Hearings unless alternative hearing dates are approved by the Court for good cause

shown.