## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :     Chapter 11
                                            :
QUIKSILVER, INC., *et al.*,                 :     Case No. 15-11880 (BLS)
                                            :
                          Debtors.[1]       :     Jointly Administered
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SCHEDULES OF ASSETS AND LIABILITIES FOR QUIKSILVER, INC. (CASE NO. 15-11880)

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
QUIKSILVER, INC., *et al.*,               :     Case No. 15-11880 (BLS)
                                          :
                            Debtors.[1]   :     Jointly Administered
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### GLOBAL NOTES, METHODOLOGY AND SPECIFIC
### DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
### ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Quiksilver, Inc., QS Wholesale, Inc., DC Direct, Inc., DC Shoes, Inc., Fidra, Inc., Hawk Designs, Inc., Mt. Waimea, Inc., Q.S. Optics, Inc., QS Retail, Inc., Quiksilver Entertainment, Inc., and Quiksilver Wetsuits, Inc., the debtors and debtors-in-possession in the above-captioned cases (together, the "Debtors," and the Debtors together with their non-debtor subsidiaries and affiliates, the "Company"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]  These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or SOFAs.  The fact that the Debtors have prepared a "General Note" with respect to any of the Schedules and Statements and

*(cont'd)*

The Schedules and Statements do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Schedules and Statements. Although reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals. Andrew Bruenjes has signed the Schedules and Statements. Mr. Bruenjes is the Americas Chief Financial Officer of Quiksilver, Inc., and an authorized signatory for the Debtors. In reviewing and signing the Schedules and Statements, Mr. Bruenjes necessarily has relied upon the efforts, statements and representations of the Debtors' advisors and various personnel employed by the Debtors. Mr. Bruenjes has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, SOFAs and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of any of the Debtors. Due to numerous unliquidated, contingent, and/or disputed claims, summary statistics in the Schedules, SOFAs, and Global Notes are likely not an accurate representation of the Debtors' liabilities.**

## Global Notes and Overview of Methodology

1.  **Reservation of Rights**.

The Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim

---

*(cont'd from previous page)*
> not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such General Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

(including, but not limited to, amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim).  Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights or an admission with respect to the Chapter 11 Cases (as defined below), including, without limitation, with respect to matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this or the preceding paragraph.

2.    **Description of Cases and "as of" Information Date**.  On September 9, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").  The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. On September 10, 2015, the Bankruptcy Court entered an order (Docket No. 63) providing for the joint administration of these cases pursuant to Bankruptcy Rule 1015(b).

On September 22, 2015, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to Bankruptcy Code section 1102(a)(1). (Docket No. 129) and on September 28, 2015, filed an amended notice of the same (Docket No. 163).

The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of Petition Date, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the Petition Date.  As more fully described in Section 15 below, the Debtors were required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statements.

3.    **Basis of Presentation**.  The totals listed in the Schedules and Statements may not be comparable to the Company's consolidated financial reports prepared for public reporting purposes or otherwise as these reports include Quiksilver, Inc. and each of its subsidiaries, some of which are not Debtors in these proceedings.  Although these Schedules and Statements may, at times, incorporate information prepared in accordance with GAAP, the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Debtors reserve all rights to amend these Schedules and Statements.

4.    **Confidentiality**.  In certain limited instances in the Schedules and Statements, the Debtors have deemed it necessary and appropriate to omit or redact information such as names, addresses, or amounts.  The Debtors have generally used this approach because of a non-disclosure, confidentiality or similar agreement between the Debtors and a third party, confidentiality or similar provisions in agreements between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of an individual.

5.    **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

6.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under Bankruptcy Code section 503(b)(9).  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of all claims asserted under Bankruptcy Code section 503(b)(9).

7.    **Excluded Assets and Liabilities**.  In preparation of the Schedules and Statements, the Debtors may have excluded certain assets and liabilities.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  These balances primarily represent general estimates of assets or liabilities and do not reflect specific assets or claims as of the Petition Date.

8.    **Insiders**.  Solely for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of the Debtors (whether directly or indirectly); (d) relatives of (a) – (c) (to the extent known by the Debtors); and (e) non-Debtor affiliates.  Consistent with Section 9 below, with respect to category (e) of the foregoing, the Debtors have not listed any ordinary course intercompany payments between a Debtor and a non-Debtor affiliate.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of

liability or for any other purpose.  As such, the Debtors reserve all rights with respect to the foregoing issues.

9.  **Ordinary Course Intercompany Transactions**.  In the ordinary course of business, the Debtors engage in various transactions relating to the business relationship between and among themselves and their non-Debtor affiliates.  These ordinary course intercompany transactions are not reflected in the Schedules and Statements.

10.  **Contracts and Leases**.  Nothing contained in or omitted from the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid, and enforceable.  The Debtors reserve all rights with respect to all such issues.  In addition, the Debtors reserve all rights, claims, and causes of action with respect to the contracts and agreements listed in the Schedules and Statements, including the rights to dispute or challenge the characterization or the structure of any transaction or document or instrument.

11.  **Classifications**.  Listing a claim on Schedule D as "secured", on Schedule E as "priority" or Schedule F as "unsecured"; or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts.

12.  **Claims Description**.  Schedules E and F permit the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim on a given Schedule as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their Schedules on any grounds, including, but not limited to amount, liability, validity, priority or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Moreover, listing a claim does not constitute an admission of liability by the Debtors.

13.  **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have identified and/or listed as assets in the Schedules and Statements all of their causes of action or potential causes of action against third-parties (and in particular have not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim or recoupment; any claim on a contract or for breach of duty imposed by law or in equity; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or

pursuant to any other theory of law (collectively, "<u>Causes of Action</u>") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**14.    <u>Summary of Significant Reporting Policies</u>**.  The following is a summary of significant reporting policies:

(a)    <u>Currency.</u>  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(b)    <u>Undetermined Amounts.</u>  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

(c)    <u>Net Book Value of Assets.</u>  The Debtors do not have current market valuations for all assets.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  Wherever possible, unless otherwise indicated, net book values as of the Petition Date are presented.  When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined."  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed."

Accordingly, the Debtors reserve all rights to amend, supplement, or adjust the asset values set forth in the Schedules and Statements.  As applicable, assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, and therefore, have no net book value, are not included in the Schedules and Statements.

(d)    <u>Totals.</u>  To the extent there are unknown or undetermined amounts included in the Schedules and Statements, the actual totals may be different than the listed totals.

(e)    <u>Paid Claims.</u>  The Debtors were authorized (but not directed) to pay certain outstanding prepetition claims pursuant to various orders entered by the Bankruptcy Court (collectively, the "<u>First Day Orders</u>").  Except as otherwise indicated, such prepetition claims are generally reflected on the Schedules and Statements without regard to whether or not they have been paid as of the date of filing of these Schedules and Statements or are authorized to be paid under the First Day Orders.  To the extent the Debtors have paid or pay in the future claims listed in the Schedules and Statements pursuant to orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or to take action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.  Notwithstanding the foregoing, the Schedules and Statements may inadvertently reflect some of the Debtors' payments of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included in the Schedules and Statements.

(f)  Credits and Adjustments.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert objections and/or setoffs with respect to the same.

(g)  Liens.  Property and/or equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.  **Estimates**.  To prepare and file the Schedules and Statements in accordance with the deadlines established in the Chapter 11 Cases, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

16.  **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Specific Disclosures With Respect to the Debtors' Schedules of Assets and Liabilities**

**Schedule B.**  Unless otherwise noted, the amounts shown are based on closing account balances estimated as of the Petition Date, per the Debtors' books and records.

**Schedule B3:**  The Bankruptcy Court, pursuant to the *Debtors' Motion for Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Service* [Docket No. 2, approved on an interim basis at Docket No. 71 and on a final basis at Docket No. 244] has authorized the Debtors to provide adequate assurance of payment for future utility services, including by means of a deposit within the Utility Deposit Account, which was established and funded by the Debtors after the Petition Date.  The Debtors' deposit in the Utility Deposit Account, in addition to any adequate assurance deposits made directly with utility providers following the Petition Date, have not been listed on Schedule B3, which is meant to reflect amounts as of the Petition Date.

**Schedule B4:**  The items potentially includable in Schedule B4 are contained in Schedules B28 and B29.

**Schedule B16:**  Trade accounts receivable are presented net of any related reserves.  The Debtors have not included the balance of any intercompany receivables in response to Schedule B16.

**Schedule B21:**  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to causes of action, counterclaims, setoffs, refunds with their

customers and suppliers or potential claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, causes of action as a plaintiff or counterclaims as a defendant.  To the extent such rights are known and quantifiable, they are listed on Schedule B21; however, any such rights which are unknown to the Debtors or not quantifiable as of the Petition Date are not listed on Schedule B21 or have been listed as unknown in value.

**Schedule B22:**  The Debtors have not assigned value to, or identified the expiration date for, the trademarks, patents, copyrights and other intellectual property identified on Schedule B22, as the fair market value of such items is dependent on numerous variables and factors and may differ significantly from their net book value.  As of the submission of these Schedules and Statements, the Debtors had not been able to determine the applicable expiration date for items listed and the diligence in connection therewith remains ongoing.

**Schedule B24:**  The Debtors possess customer lists at the entity level; however, due to their confidential nature, the Debtors have not furnished customer lists for the purposes of Schedule B24.

**Schedules B25, B28 and B29:**  For purposes of Schedules B25, B28 and B29, amounts have been presented net of any accumulated depreciation on the related assets.  To the extent certain assets had been fully depreciated or amortized as of the Petition Date, resulting in a net book value of zero, such assets may not be set forth on Schedules B25, B28 or B29.

**Schedule B30:**  Inventories are presented net of related reserves.

**Schedule B35:**  The Debtors have prepaid various obligations, including, without limitation, certain leases and insurance premiums.  Such amounts, which are reflected as assets on the Debtors' books and records, have been listed at their respective net book values in response to Schedule B.  To the extent certain assets had been fully amortized as of the Petition Date, resulting in a net book value of zero, such assets may not be set forth on Schedule B35.

**Schedule D.**  The claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, such dates are not included for any claims.  To the best of the Debtors' knowledge, all claims listed on Schedule D appear to have arisen or to have been incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are solely intended to be a summary  of potential liability, not an admission of liability.

Reference to the applicable loan agreements, security agreements and/or base indentures and related documents is necessary for a complete description of the collateral and the nature, extent and priority of liens.  Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits may not have been listed on Schedule D.  The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreement should be reported on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant, deemed a modification or interpretation of the terms of such agreements, or considered a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory liens.

Pursuant to the terms of the Debtors' Second Amended and Restated and Senior Secured Super-Priority Debtor-in-Possession Credit Agreement with Bank of America, N.A., which provides for a $60 million debtor-in-possession ABL financing facility, in addition to the terms of the Debtors' Senior Secured Super-Priority Debtor-in-Possession Credit Agreement with Oaktree FIE, LLC, which provides for a $115 million debtor-in-possession term loan, the Debtors have paid-off the outstanding, prepetition balances due to Wells Fargo Bank, National Association and General Electric Capital Corporation (the "Prepetition ABL Facility").  For purposes of the Debtors' Schedules, the Prepetition ABL Facility is reflected as of the Petition Date; however, such debt was subsequently fully repaid.

Letters-of-credit falling into two categories, were outstanding under Prepetition ABL Facility as of the Petition Date and have been included in Schedule D as claims under the Prepetition ABL Facility.  Commercial letters-of-credit (the "Commercial L/Cs") were outstanding to various trade vendors as security against the vendors' prepetition claims.  The Commercial L/Cs are expected to be drawn upon by the trade vendors during the postpetition period to satisfy the vendors' prepetition claims.  Separately, standby letters-of-credit (the "Standby L/Cs") were outstanding to various beneficiary creditors as credit support against prepetition claims.  While it is undetermined as to whether the beneficiary creditors will draw on part or all of the outstanding Standby L/Cs during the postpetition period, out of an abundance of caution, the Debtors have included the Standby L/Cs as contingent claims on Schedule D.

**Schedule E.**  Certain claims listed on Schedule E are claims owing to various taxing authorities to which the Debtors may be potentially liable.  These claims may be the subject of ongoing audits and the Debtors are unable to determine with certainty the amount of many, if not all, of the claims listed on Schedule E.  Therefore, the Debtors listed all such claim amounts as "Unknown" in amount, pending final resolution of ongoing audits or other outstanding issues.

The claims listed on Schedule E arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, dates are not included for all claims.  To the best of the Debtors' knowledge, all claims listed on Schedule E appear to have arisen or to have been incurred before the Petition Date.

The Debtors have not listed on Schedule E any priority employee wage and/or benefit claims for which the Debtors have been granted authority (but not direction), on an interim basis, to pay pursuant to the First Day Orders, from the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course of business during these Chapter 11 Cases pursuant to the authority granted in relevant order(s).

The Debtors reserve the right to assert that any claim listed on Schedule E does not constitute a priority claim under section 507 on the Bankruptcy Code and thus constitutes an unsecured non-priority claim. The Debtors reserve the right to assert any such claims are contingent, unliquidated, and/or disputed, as applicable.

**Schedule F.** The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of the date that each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive; therefore, the Debtors do not list a date for all claims listed on Schedule F.

Schedule F does not include certain balances including deferred liabilities, accruals or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated and/or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and/or allowances, including the right to assert objections and/or setoffs with respect to same.

Schedule F contains information regarding pending litigation involving the Debtors. In certain instances, the amount that is the subject of the litigation is uncertain or undetermined. The dollar amount of potential claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statements. Schedule F may also include potential or threatened legal disputes that are not formally recognized by an administrative, judicial or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy. Any information contained in Schedule F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and administrative proceedings included therein.

In addition, although the Debtors have made reasonable efforts to attribute the Schedule F debt to the rightful Debtor entity, in certain instances, the Schedule F debt in fact, may properly be against another Debtor entity. Accordingly, the Debtors reserve all of their rights with respect to the attribution of the liabilities and reserve the right to amend the Schedules and Statements.

To the extent they are known, Schedule F represents the prepetition amounts owing to counterparties to contracts and leases.  Such prepetition amounts, however, may be paid in connection with the assumption or the assumption and assignment of an executory contract or unexpired lease.

**Schedule G.**  The Debtors' business is large and complex.  Although the Debtors' existing records and information have been relied upon to identify and schedule contracts and leases and reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtors reserve all rights to dispute the validity, status or enforceability if any contracts, agreements, or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements and leases listed therein may have expired or been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements which may not be listed therein.

Certain confidentiality or non-disclosure agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract or unexpired lease, a single contract or lease or multiple, severable or separate contracts or leases.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, non-disturbance and attornment agreements, side agreements, guarantees, supplemental agreements and amendments/letter agreements.  Such documents may not be set forth on Schedule G.  Furthermore, in the ordinary course of business, certain of the Debtors enter into standardized form agreements and related documents with wholesale customers in order to facilitate the product ordering process.  Due to the large number of customers party to these agreements, in addition to the time period over which such agreements have been entered into, it would be unduly burdensome to list all such agreements on Schedule G.  As such, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such contracts or leases becomes available.

Certain of the contract and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain contracts may not have been memorialized in writing and could be subject to dispute.  Agreements that are oral in nature have not been included in Schedule G.

**Schedule H.**  For purposes of Schedule H, the Debtors that are either the principal issuers, borrowers, obligors or guarantors under the prepetition revolving credit facility, 7.875% Senior Secured Notes Due 2018,  10.000% Senior Notes Due 2020, and the 8.875% Senior Notes Due 2017 are listed as Co-Debtors on Schedule H.  The Debtors may not have identified certain guarantees associated with the Debtors' contracts, leases, secured financings, debt instruments and other such agreements.  The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because all such claims are contingent, disputed and/or unliquidated, such claims have not been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule F and SOFA 4a, as applicable.

### Specific Disclosures With Respect to the Debtors' Statements of Financial Affairs

**SOFA 1.**  The revenue amounts shown in response to this question are inclusive of sales to customers, sales representative and employees, in addition to royalty and freight-related revenues.  The revenue amounts shown are presented net of associated returns, discounts and credits, which are incurred or issued during normal the course of business.

**SOFA 2.**  The revenue amounts shown in response to this question reflect gains associated with the disposal of fixed assets, in addition to interest income.

**SOFA 3b.**  The response to SOFA 3b includes any disbursement or other transfer made by the Debtors except for those made (a) to debt consultation or restructuring professionals (which payments appear in SOFA 9); (b) donations or charitable contributions made by the Debtors (which payments appear in SOFA 7); or (c) certain fringe benefit payments made by the Debtors on behalf of insiders (which payments appear in SOFA 3c).

Although the vast majority of disbursements made through the Debtors' cash management system are initiated and made through the accounts payable sub-ledger, in the ordinary course, specific payments are automatically debited from the Debtors' bank accounts. The Debtors have made reasonable efforts to identify and report all such payments in response to SOFA 3b.

For purposes of scheduling payroll disbursements, including salaries, wages, bonuses, severance and any other applicable payroll-related amounts paid to employees, such payments were listed with a creditor name of "*Employees – Gross Payroll,*" and have not been listed on an employee-by-employee basis.  Such amounts reflect a combination of funds transferred to ADP, LLC, the Debtors' payroll processor, for applicable employee tax and other withholdings that would have subsequently been remitted to the appropriate authorities, in addition to funds transferred directly into the Debtors' payroll accounts, upon which live/manual employee paychecks and direct deposits are drawn.  Benefit-related deductions, which are paid directly to the related benefits providers, are also included within the gross amounts.  Furthermore, the

gross payroll-related disbursements include amounts that were paid to insiders.  To that extent, their payments have also been listed in response to SOFA 3c.  By contrast, certain employee expense reimbursements and *de minimis* payments are scheduled as payments to the applicable employees.

Pursuant to the Debtors' cash management system, payments made to various parties may be made, from time to time, from a single Debtor on behalf of one or more Debtor entities. To the extent such payments were recorded as multiple disbursements for the appropriate allocated amounts amongst each of the related Debtors, a single payment may appear multiple times, with each instance representing the amount paid on behalf of each Debtor.  Otherwise, the aggregate payment will appear as a single entry on the paying Debtor's SOFA 3b.

Out of an abundance of caution, the Debtors have listed all known payments during the 90 day period immediately preceding the Petition Date.  However, payments made to certain parties included in response to SOFA 3b may not have, in the aggregate, exceeded the $6,225 threshold set forth in the required reporting criteria for this question.

Due to confidentiality concerns and sensitivity to employee's rights of privacy, employees' names have been redacted and addresses for employees receiving disbursements listed in SOFA 3b have been listed as the address of the Debtors' corporate headquarters.

**SOFA 3c.** The payroll-related amounts shown in response to this question for any form of salary, wages, bonus or additional compensation, and/or severance payments are gross amounts that do not include reductions for amounts including employee tax or benefit withholdings.  Bonus or additional compensation amounts may include certain "fringe benefits" paid either directly to the applicable insider, or to a third party creditor on their behalf, in the ordinary course of business. Amounts shown in response to this question also include any travel and business-related expense reimbursements that were reimbursed either directly to the applicable insider, or directly to a third party creditor on behalf of the insider.

In the ordinary course of business, certain corporate or personal credit cards utilized by an insider may be used to pay for travel and business-related expenses for various other individuals employed by the Debtors.  As it would be unduly burdensome for the Debtors to analyze which credit card expenses related to those incurred on behalf of an insider as opposed to another employee, the Debtors have listed the aggregate amount paid for such expenses.

Due to confidentiality concerns and sensitivity to employee's rights of privacy, insiders' names have been redacted and addresses for insiders receiving disbursements listed in SOFA 3b have been listed as the address of the Debtors' corporate headquarters.

**SOFA 4a.**  The actions described in response to SOFA 4a are the proceedings of which the Debtors are aware.  Except as otherwise indicated, the actions described in SOFA 4a include cases in which the Debtors are named as a party that are currently pending or were pending within one year of the Petition Date.  Environmental-related proceedings and notifications are excluded in SOFA 4a but are included in SOFA  17a, 17b, and 17c, to the extent they are applicable.

**SOFA 5.**  The Debtors occasionally return damaged, unsatisfactory or out of specification goods to vendors in the ordinary course of business.  These returns have not been listed in response to SOFA 5.

**SOFA 7.**  In the ordinary course, the Debtors may issue gift cards or other monetary rewards to employees.  Any such amounts are considered *de minimis* payments, and therefore, are not specifically tracked within the Debtors' books and records.  The donations and/or charitable contributions listed in response to SOFA 7 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records.

**SOFA 8.**  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses, as the extent of such losses did not have a material impact on the Debtors' businesses or were not reported for insurance purposes.  The losses presented in response to SOFA 8 related to a theft in which the Debtors filed an insurance claim seeking to receive reimbursement from the losses.  Any other losses or thefts for which the Debtors did not file an insurance claim were excluded.  Furthermore, the Debtors have excluded any payments made on account of workers compensation claims, which are both incurred and settled in the ordinary course of the Debtors' businesses.

**SOFA 9.**  Although the services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date were provided for the benefit of and on behalf of all the Debtors, payments for such services were made by a single Debtor for the benefit of all the Debtors, and are, therefore, listed on that Debtor's response to SOFA 9. Payments shown under SOFA 9 include all payments received by the entities who provided consultation concerning debt counseling or restructuring services, and as such, may not limited solely to the specific scope of services requested within SOFA 9.

**SOFA 11.**  In the ordinary course, the Debtors may establish, maintain, or be a party to certain financial instruments, such as, but not limited to, hedging agreements and letters of credit.  The Debtors have only considered actual bank accounts that were closed, sold or otherwise transferred within one year prior to the Petition Date in response to SOFA 11.

**SOFA 12.**  The Debtors' retail operations are large and complex, necessitating a sophisticated cash management system.  In the ordinary course, cash or check receipts accumulated at retail locations are collected by a third party and deposited at a number of strategically located vaults.  Those receipts are subsequently processed by the Debtors' banking institution.  Any information pertaining to the vaults is confidential and subject to change, as they are maintained and managed by a third party that performs such services on behalf of the Debtors.  Furthermore, the Debtors maintain a number of Lockbox Accounts and Receipt Accounts within their Cash Management System, as described within the Cash Management Motion [Docket No. 16], into which payments are collected.  The Debtors have not considered either of the Lockbox Accounts or Receipt Accounts as a "safe deposit" in response to SOFA 12.

**SOFA 13.**  Certain setoffs in the ordinary course of business may have been excluded from the response to this question.

**SOFA 14.**  The response to SOFA 14 does not include equipment leased by the Debtors that is located on the Debtors' premises.  These leases are included in Schedule G.

The Debtors routinely withhold or retain certain funds from employees for payment to certain governmental authorities.  These funds are held in trust for turnover to the applicable governmental authority.  Since the Debtors do not retain control of these funds, nor are these funds considered property of the estates, such amounts have not been itemized in response to SOFA 14.

**SOFA 19a – 19d.**  Each of DC Direct, Inc., Fidra, Inc., Mt. Waimea, Inc., Q.S. Optics, Inc., Quiksilver Entertainment, Inc., and Quiksilver Wetsuits, Inc., has been inactive during the entirety of the two year period preceding the Petition Date.  As a result, for this time period, these inactive entities have not maintained books, records, or financial statements, as there has been no financial activity to record or report for any of the inactive entities.  Accordingly, for each of the inactive entities, the Debtors have answered "N/A" in response to SOFA questions 19a – 19d.

**SOFA 19d.**  Prior to the commencement of these Chapter 11 Cases, the Debtors considered various restructuring alternatives.  As part of those processes, the Debtors disclosed certain financial information about the Debtors and their non-debtor affiliates to potential lenders, investors and advisors, subject to confidentiality agreements.  Pursuit of these restructuring alternatives necessitated discussions with third parties, including potential lenders, investors and advisors, who, subject to confidentiality agreements, may have been granted access to certain financial information as requested from the Debtors' books and records.  The Debtors also provided various financial information to banks, customers, suppliers, rating agencies, and other various interested parties, both in the ordinary course of business and in consideration of the aforementioned restructuring alternatives.  Accordingly, the Debtors are not providing a list of the various parties to whom they may have issued financial statements during the requested period because it would be unduly burdensome for them to produce such a list.

**SOFA 20a.**  The Debtors maintain finished goods at their various retail store locations and distribution centers.  Inventory is valued at the lower of cost or market using the standard cost method for retail inventory, and the moving average cost method for wholesale inventory.

Each retail store location, whose inventory balance is maintained on the books and records of QS Retail, Inc., performs a full physical inventory count of finished goods semi-annually, in accordance with the Debtors fiscal year.  Such inventory counts are typically performed around the midyear and year-end points of the fiscal year, and are conducted by a third party.  Additionally, inventory is tracked on a daily basis based upon receipts into and sales out of retail store locations; as shipments of inventory are received, they are scanned by store personnel and processed into the system.  As inventory is sold, the related goods are processed out of the system.

Inventory maintained on the books and records of QS Wholesale, Inc. and DC Shoes, Inc. is located at the Debtors' distribution center in Mira Loma, CA.  The distribution center is managed by a third party logistics provider, PLG.  Inventory is tracked on a daily basis based

upon receipts into the distribution center and transfers out of the facility to wholesale locations or other end-customers.  As inventory shipments are received, they are processed into the system by PLG; as inventory shipments occur, the related goods are processed out of the system.  Both the Debtors and PLG track inventory within the distribution center on a parallel basis; any discrepancies are subsequently reconciled and adjusted.  Inventory at the distribution center is not subject to a formal full physical inventory count process; rather, inventory is subject to a more frequent cycle count process.  Cycle counts are performed on a daily basis by zone, with each zone included within a cycle count at least once annually.  Inventory managers determine the zones subject to daily cycle counts based upon activity within the zones, inventory volume per zone, as well as available employee resources to assist with the cycle count process.  Furthermore, cycle counts may also be initiated if any inventory discrepancies are noted within the system.

The data presented in response to SOFA 20a reflects the two most recent full physical inventory counts performed at the retail store locations prior to the Petition Date for inventory held on the books of QS Retail, Inc.  The last full physical inventory count took place at the end of March 2015 as part of the Debtors' semi-annual inventory audit process.

**SOFA 21b.**  The response to SOFA 21b was limited only to each Debtor's direct parent entity, which maintains a 100% equity interest in the related Debtor, in addition to all current officers and directors.

**SOFA 23.**  Any and all known disbursements to insiders of the Debtors, as defined above, have been listed in response to SOFA 3c, including all forms of cash compensation paid directly to insiders, or paid to a third party on behalf of an insider.  As a result, certain of the payments listed in response to SOFA 3c were made to creditors that do not have a direct relationship with the Debtors and/or insiders; however, such payments have been listed as a payment to the related insider.  The items listed under SOFA 23 incorporate by reference any items listed under SOFA 3c, and vice versa.

**B6 Summary (Official Form 6 - Summary) (12/14)**
**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

In re: Quiksilver, Inc.                                                                                  **Case No. 15-11880 (BLS)**

**Chapter 11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D,
E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the
amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the
"Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 29 | $24,032,209.45 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $348,842,201.26 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 15 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $460,690,280.61 | |
| G - Executory Contracts and Unexpired Leases | YES | 17 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | |
| **TOTAL** | | 71 | **$24,032,209.45** | **$809,532,481.87** | |

B6A (Official Form 6A) (12/07)

**In re: Quiksilver, Inc.**                                                    **Case No. 15-11880 (BLS)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | $0.00 | |

(Report total also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

**In re: Quiksilver, Inc.**                                                                  **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007 (m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | $0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Schedule B2 Attachment | | $5,582,655.35 |

Subtotal (Total on this page)          **$5,582,655.35**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                                    **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | See Schedule B3 Attachment | | $40,853.58 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | $0.00 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | $0.00 |

Subtotal (Total on this page)      **$40,853.58**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                             **Case No. 15-11880 (BLS)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | $0.00 |
| 7.  Furs and jewelry. | X | | | $0.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | $0.00 |

Subtotal (Total on this page)      **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                                                    **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | $0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | $0.00 |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | $0.00 |

Subtotal (Total on this page)  |  **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                                     **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | $0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Schedule B13 Attachment | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | $0.00 |

Subtotal (Total on this page)   |   **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | $0.00 |
| 16.  Accounts Receivable. | X | | | $0.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | $0.00 |

Subtotal (Total on this page)　　　　**$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                   **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | $0.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | $0.00 |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | $0.00 |

Subtotal (Total on this page)          **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                 **Case No. 15-11880 (BLS)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | $0.00 |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | | See Schedule B22 Attachment | | Unknown |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | Business License City of Huntington Beach | | Unknown |

Subtotal (Total on this page)          **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                                     **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | $0.00 |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | $0.00 |
| 26.  Boats, motors, and accessories. | X | | | $0.00 |

Subtotal (Total on this page)    **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                    **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | | | $0.00 |
| 28.  Office equipment, furnishings, and supplies. | | See Schedule B28 Attachment | | $18,408,700.52 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | $0.00 |

Subtotal (Total on this page)     **$18,408,700.52**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                                    **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | $0.00 |
| 31.  Animals. | X | | | $0.00 |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | $0.00 |

Subtotal (Total on this page) | $0.00

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                                          **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | $0.00 |
| 34.  Farm supplies, chemicals, and feed. | X | | | $0.00 |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | $0.00 |

Subtotal (Total on this page)          **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                    **Case No. 15-11880 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | |
|---|---|
| Subtotal (Total on this page) | **$0.00** |
| Total | **$24,032,209.45** |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B2
Personal Property - Checking, saving or other financial accounts

| Bank/Institution | Address 1 | City | State | Zip | Account Number | Balance |
|---|---|---|---|---|---|---|
| Bank of America, N.A. | 100 Federal Street | Boston | MA | 02110-0000 | x7H96 | $156,938.65 |
| Bank of America, N.A. | 100 Federal Street | Boston | MA | 02110-0000 | x7023 | $5,332,638.59 |
| Bank of America, N.A. | 100 Federal Street | Boston | MA | 02110-0000 | x5012 | $0.00 |
| Bank of America, N.A. | 100 Federal Street | Boston | MA | 02110-0000 | x5290 | $0.00 |
| Bank of America, N.A. | 100 Federal Street | Boston | MA | 02110-0000 | x5017 | $93,078.11 |
| | | | | | **TOTAL:** | **$5,582,655.35** |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B3
Personal Property - Security deposits with public utilities, telephone companies, landlords, and others

| Description and Location | Deposit amount |
|---|---|
| Customs Surety Bond - China | $30,828.58 |
| Security Deposit - Huntington Beach Facility | $10,025.00 |
| **TOTAL:** | **$30,828.58** |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B13
Personal Property - Stock and interests in incorporated and unincorporated businesses

| Business Name | Ownership % or # of shares | Net Book Value of investment |
|---|---|---|
| QS Wholesale, Inc. | 100% Equity Interest | Unknown |
| Mountain & Wave SARL | 100% Equity Interest | Unknown |
| Quiksilver Greater China Ltd. | 100% Equity Interest | Unknown |
| | TOTAL: | **Unknown** |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Copyright Registrations)

| Country | Copyright Title | Status | Application No. | Application Date | Registration No. | Registration Date | Registrant | Net Book Value |
|---|---|---|---|---|---|---|---|---|
| China P.R. | HEART LOGO | Registered | 2012Z11L164687 | 11/29/2012 | 2012-F-00076483 | 12/13/2012 | Quiksilver, Inc | Undetermined |
| China P.R. | MOUNTAIN AND WAVE LOGO | Registered | 2010-F-029331 | 8/16/2010 | 2010F-029331 | 8/16/2010 | Quiksilver, Inc | Undetermined |
| United States | ALEX GOES SILHOUETTE LOGO | Registered | TXu 001055877 | 7/26/2001 | TXu 001055877 | 8/13/2001 | Quiksilver, Inc | Undetermined |
| United States | BLEEKER | Registered | 1-496765821 | 10/4/2010 | VA0001799373 | 10/4/2010 | Quiksilver, Inc | Undetermined |
| United States | BOARD GAMES / BY CATHY EAST DUBOWSKI | Registered | TX0005978829 | 5/21/2004 | TX0005978829 | 5/21/2004 | Quiksilver, Inc | Undetermined |
| United States | HAWAII FIVE-GO!/BY FRANCESS LANTZ | Registered | TX0005906716 | 2/2/2004 | TX0005906716 | 2/2/2004 | Quiksilver, Inc | Undetermined |
| United States | HEART BREAKERS / BY FRANCESS LANTZ | Registered | TX0005970684 | 5/21/2004 | TX0005970684 | 5/21/2004 | Quiksilver, Inc | Undetermined |
| United States | KELLY SLATER: FOR THE LOVE | Registered | TX0007151941 | 3/16/2010 | TX0007151941 | 3/16/2010 | Quiksilver, Inc | Undetermined |
| United States | KELLY SLATER: FOR THE LOVE | Registered | TX0007123444 | 12/15/2009 | TX0007123444 | 12/15/2009 | Quiksilver, Inc | Undetermined |
| United States | LUNA BAY WAVE GOOD-BYE / BY FRANCESS LANTZ | Registered | TX0005904911 | 1/2/2004 | TX0005904911 | 1/2/2004 | Quiksilver, Inc | Undetermined |
| United States | MOUNTAIN AND WAVE LOGO DESIGN | Registered | VA0001088115 | 3/26/2001 | VA0001088115 | 3/26/2001 | Quiksilver, Inc | Undetermined |
| United States | OH, BUOY! BY FRANCESS LANTZ | Registered | TX0005951508 | 3/5/2004 | TX0005951508 | 3/5/2004 | Quiksilver, Inc | Undetermined |
| United States | ORIGINAL MOUNTAIN AND WAVE LOGO DESIGN | Registered | VA0001088246 | 3/26/2001 | VA0001088246 | 3/26/2001 | Quiksilver, Inc | Undetermined |
| United States | PIRATE SURF | Registered | VA0000725841 | 5/22/1995 | VA0000725841 | 5/22/1995 | Quiksilver, Inc | Undetermined |
| United States | PIRATE SURF DESIGN; ARTWORK | Registered | VA0000725841 | 5/22/1995 | VA0000725841 | 5/22/1995 | Quiksilver, Inc | Undetermined |
| United States | QUIKSILVER (NATAS) | Registered | VAu971-239 | 9/3/2008 | VAu971-239 | 9/3/2008 | Quiksilver, Inc | Undetermined |
| United States | SURF GIRL ROXY | Registered | TX0007123447 | 12/15/2009 | TX0007123447 | 12/15/2009 | Quiksilver, Inc | Undetermined |
| United States | WEATHER OR NOT/BY FRANCESS LANTZ | Registered | TX0005950799 | 3/5/2004 | TX0005950799 | 3/5/2004 | Quiksilver, Inc | Undetermined |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| 162skate.org | Quiksilver, Inc. | 2017-05-03 | .org |
| amplasport.com | Quiksilver, Inc. | 2019-02-20 | .com |
| amplasports.com | Quiksilver, Inc. | 2018-11-22 | .com |
| andaska.com | Quiksilver, Inc. | 2017-05-03 | .com |
| boardrider.co.za | Quiksilver, Inc. | 2017-11-07 | .co.za |
| boardrider.com | Quiksilver, Inc. | 2016-01-11 | .com |
| boardriders.cl | Quiksilver, Inc. | 2016-05-31 | .cl |
| boardriders.co.ve | Quiksilver, Inc. | 2016-05-30 | .co.ve |
| boardriders.com | Quiksilver, Inc. | 2017-10-09 | .com |
| boardriders.com.es | Quiksilver, Inc. | 2016-02-09 | .com.es |
| boardriders.com.mx | Quiksilver, Inc. | 2016-02-08 | .com.mx |
| boardriders.com.pa | Quiksilver, Inc. | 2016-05-31 | .com.pa |
| boardriders.cr | Quiksilver, Inc. | 2016-05-30 | .cr |
| boardriders.ec | Quiksilver, Inc. | 2016-05-30 | .ec |
| boardriders.jp | Quiksilver, Inc. | 2016-02-28 | .jp |
| boardriders.mx | Quiksilver, Inc. | 2016-02-08 | .mx |
| boardriders.pe | Quiksilver, Inc. | 2016-05-31 | .pe |
| boardriders.pt | Quiksilver, Inc. | 2016-04-23 | .pt |
| boardriders-club.com | Quiksilver, Inc. | 2018-04-25 | .com |
| boardridersradio.com | Quiksilver, Inc. | 2017-02-24 | .com |
| boardriders-store.com | Quiksilver, Inc. | 2015-12-19 | .com |
| boardriderstore.com | Quiksilver, Inc. | 2015-12-19 | .com |
| boardrider-store.com | Quiksilver, Inc. | 2015-12-19 | .com |
| boardriderstv.com | Quiksilver, Inc. | 2016-12-29 | .com |
| boardriders-week.com | Quiksilver, Inc. | 2017-03-17 | .com |
| bowlriders.com | Quiksilver, Inc. | 2017-07-06 | .com |
| brdclub.com | Quiksilver, Inc. | 2017-01-29 | .com |
| brd-club.com | Quiksilver, Inc. | 2017-01-29 | .com |
| chickenjam.com | Quiksilver, Inc. | 2016-07-28 | .com |
| dc.cl | Quiksilver, Inc. | 2017-09-16 | .cl |
| dc.com.cm | Quiksilver Inc. | 2016-11-15 | .com.cm |
| dcnationals.com | Quiksilver, Inc. | 2017-06-10 | .com |
| dcshoecousa.cl | Quiksilver, Inc. | 2016-03-21 | .cl |
| dcshoes.biz | Quiksilver, Inc. | 2016-09-22 | .biz |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| dcshoes.ch | Quiksilver, Inc. | 2018-03-30 | .ch |
| dcshoes.cl | Quiksilver, Inc. | 2016-10-08 | .cl |
| dcshoes.cn.com | Quiksilver, Inc. | 2017-04-19 | .cn.com |
| dcshoes.co.il | Quiksilver, Inc. | 2017-09-23 | .co.il |
| dcshoes.co.ve | Quiksilver, Inc. | 2016-05-30 | .co.ve |
| dcshoes.com.pa | Quiksilver, Inc. | 2016-05-31 | .com.pa |
| dcshoes.com.pe | Quiksilver, Inc. | 2016-09-16 | .com.pe |
| dcshoes.com.ph | Quiksilver Inc. | 2016-07-28 | .com.ph |
| dcshoes.com.pk | Quiksilver, Inc. | 2017-04-06 | .com.pk |
| dcshoes.com.tr | Quiksilver Inc. | 2017-01-01 | .com.tr |
| dcshoes.com.tw | Quiksilver, Inc. | 2016-07-27 | .com.tw |
| dcshoes.com.vn | Quiksilver Inc. | 2016-07-28 | .com.vn |
| dcshoes.cr | Quiksilver, Inc. | 2016-05-30 | .cr |
| dcshoes.de | Quiksilver, Inc. | 2016-12-04 | .de |
| dcshoes.dk | Quiksilver, Inc. | 2018-01-31 | .dk |
| dcshoes.ec | Quiksilver, Inc. | 2016-05-30 | .ec |
| dcshoes.hk | Quiksilver, Inc. | 2017-04-07 | .hk |
| dcshoes.lu | Quiksilver, Inc. | 2016-02-09 | .lu |
| dcshoes.me | Quiksilver, Inc. | 2016-07-09 | .me |
| dcshoes.mx | Quiksilver, Inc. | 2016-02-08 | .mx |
| dcshoes.pe | Quiksilver, Inc. | 2016-05-31 | .pe |
| dcshoes.ph | Quiksilver Inc. | 2016-07-28 | .ph |
| dcshoes.pk | Quiksilver, Inc. | 2017-04-06 | .pk |
| dcshoes.sg | Quiksilver, Inc. | 2017-04-05 | .sg |
| dcshoes.surf | Quiksilver, Inc. | 2016-08-27 | .surf |
| dcshoes.tel | Quiksilver Inc. | 2016-03-22 | .tel |
| dcshoes.tw | Quiksilver, Inc. | 2016-07-27 | .tw |
| dcshoes.vn | Quiksilver Inc. | 2016-07-28 | .vn |
| dcshoes.xxx-block | Quiksilver Inc. | 2021-12-01 | .xxx-block |
| dcshoes-austria.at | Quiksilver, Inc. | 2016-10-23 | .at |
| dcshoes-belgium.be | Quiksilver, Inc. | 2016-10-23 | .be |
| dcshoescanada.com | Quiksilver, Inc. | 2017-05-09 | .com |
| dcshoes-germany.de | Quiksilver, Inc. | 2016-07-31 | .de |
| dcshoes-luxembourg.lu | Quiksilver, Inc. | 2016-11-26 | .lu |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| dcshoes-netherlands.nl | Quiksilver, Inc. | 2016-08-13 | .nl |
| dcshoes-poland.pl | Quiksilver, Inc. | 2017-03-04 | .pl |
| dcshoes-store.co.uk | Quiksilver, Inc. | 2016-03-05 | .co.uk |
| dc-shoes-store.co.uk | Quiksilver, Inc. | 2016-03-05 | .co.uk |
| dcshoesstore.com | Quiksilver, Inc. | 2016-11-14 | .com |
| dcshoes-store.com | Quiksilver, Inc. | 2016-03-05 | .com |
| dcshoes-store.gr | Quiksilver, Inc. | 2016-04-03 | .gr |
| dcshoes-stores.com | Quiksilver, Inc. | 2016-09-12 | .com |
| dcshoes-switzerland.ch | Quiksilver, Inc. | 2016-10-30 | .ch |
| dcshoes-uk.co.uk | Quiksilver, Inc. | 2016-07-31 | .co.uk |
| droors.xxx-block | Quiksilver, Inc. | 2021-12-01 | .xxx-block |
| ecoledesurf-quiksilver.com | Quiksilver, Inc. | 2016-01-16 | .com |
| enjoyandcare.com | Quiksilver, Inc. | 2017-02-28 | .com |
| goodwave.co.za | Quiksilver, Inc. | 2015-12-04 | .co.za |
| hawk.xxx-block | Quiksilver, Inc. | 2021-12-01 | .xxx-block |
| *hawk-city.com* | *Quiksilver, Inc.* | *7/28/2017* | *.com* |
| hawk-europe.com | Quiksilver, Inc. | 2017-06-14 | .com |
| *infoborn.com* | *Quiksilver, Inc.* | *2017-01-20* | *.com* |
| *inthecrib.com* | *Quiksilver, Inc.* | *2017-07-10* | *.com* |
| intranet-napali.com | Quiksilver, Inc. | 2016-04-20 | .com |
| *isaworldchamp.com* | *Quiksilver, Inc.* | *2017-02-14* | *.com* |
| kelson.com | Quiksilver, Inc. | 2019-11-23 | .com |
| mountaindivision.com | Quiksilver, Inc. | 2015-11-19 | .com |
| myboardshort.com | Quiksilver, Inc. | 2016-04-13 | .com |
| my-boardshort.com | Quiksilver, Inc. | 2016-04-13 | .com |
| napalionline.com | Quiksilver, Inc. | 2017-10-06 | .com |
| napali-quiksilver.com | Quiksilver, Inc. | 2017-07-16 | .com |
| quicksilver.cl | Quiksilver, Inc. | 2016-07-18 | .cl |
| quicksilver-europe.com | Quiksilver, Inc. | 2017-07-06 | .com |
| quik.to | Quiksilver, Inc. | 2016-11-29 | .to |
| quiksilver.ae | Quiksilver, Inc. | 2017-10-05 | .ae |
| quiksilver.asia | Quiksilver Inc. | 2015-11-26 | .asia |
| quiksilver.biz | Quiksilver, Inc. | 2016-11-06 | .biz |
| quiksilver.cc | Quiksilver Inc. | 2016-10-21 | .cc |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| quiksilver.cl | Quiksilver, Inc. | 2017-01-16 | .cl |
| quiksilver.cn | Quiksilver Inc. | 2017-04-10 | .cn |
| quiksilver.co | Quiksilver, Inc. | 2016-06-29 | .co |
| quiksilver.co.il | Quiksilver, Inc. | 2016-02-12 | .co.il |
| quiksilver.co.in | Quiksilver, Inc. | 2016-09-12 | .co.in |
| quiksilver.co.nl | Quiksilver, Inc. | 2017-03-12 | .co.nl |
| quiksilver.co.nz | Quiksilver Inc | 2017-01-10 | .co.nz |
| quiksilver.co.uk | Quiksilver, Inc. | 2015-12-03 | .co.uk |
| quiksilver.co.za | Quiksilver, Inc. | 2016-11-24 | .co.za |
| quiksilver.com | Quiksilver, Inc. | 2017-10-06 | .com |
| quiksilver.com.cm | Quiksilver Inc. | 2016-11-15 | .com.cm |
| quiksilver.com.eg | Quiksilver, Inc. | 2016-08-29 | .com.eg |
| quiksilver.com.mt | Quiksilver, Inc. | 2017-10-07 | .com.mt |
| quiksilver.com.mx | Quiksilver, Inc. | 2017-02-25 | .com.mx |
| quiksilver.com.pa | Quiksilver, Inc. | 2016-05-31 | .com.pa |
| quiksilver.com.pe | Quiksilver, Inc. | 2016-09-16 | .com.pe |
| quiksilver.com.ph | Quiksilver Inc. | 2016-09-13 | .com.ph |
| quiksilver.com.pk | Quiksilver Inc. | 2016-09-12 | .com.pk |
| quiksilver.com.uy | Quiksilver Inc. | 2017-05-24 | .com.uy |
| quiksilver.com.vn | Quiksilver Inc. | 2016-07-28 | .com.vn |
| quiksilver.cr | Quiksilver, Inc. | 2016-05-30 | .cr |
| quiksilver.de | Quiksilver, Inc. | 2017-04-04 | .de |
| quiksilver.dk | Quiksilver, Inc. | 2016-09-30 | .dk |
| quiksilver.ec | Quiksilver, Inc. | 2016-05-30 | .ec |
| quiksilver.ee | Quiksilver, Inc. | 2017-11-03 | .ee |
| quiksilver.es | Quiksilver, Inc. | 2017-02-19 | .es |
| quiksilver.eu | Quiksilver Inc. | 2016-12-31 | .eu |
| quiksilver.is | Quiksilver, Inc. | 2017-10-05 | .is |
| quiksilver.jp | Quiksilver, Inc. | 2017-03-31 | .jp |
| quiksilver.li | Quiksilver Inc. | 2017-07-30 | .li |
| quiksilver.lt | Quiksilver, Inc. | 2017-10-07 | .lt |
| quiksilver.lu | Quiksilver, Inc. | 2017-08-12 | .lu |
| quiksilver.ly | Quiksilver, Inc. | 2017-10-06 | .ly |
| quiksilver.ma | Quiksilver, Inc. | 2017-08-15 | .ma |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| quiksilver.me | Quiksilver, Inc. | 2016-07-09 | .me |
| quiksilver.mx | Quiksilver, Inc. | 2017-05-11 | .mx |
| quiksilver.pe | Quiksilver, Inc. | 2016-05-31 | .pe |
| quiksilver.ph | Quiksilver Inc. | 2016-09-13 | .ph |
| quiksilver.pk | Quiksilver Inc. | 2016-09-12 | .pk |
| quiksilver.pro | Quiksilver Inc. | 2016-09-08 | .pro |
| quiksilver.ru | Quiksilver Inc. | 2016-09-05 | .ru |
| quiksilver.sg | Quiksilver, Inc. | 2016-07-28 | .sg |
| quiksilver.surf | Quiksilver, Inc. | 2016-08-27 | .surf |
| quiksilver.tel | Quiksilver Inc. | 2016-03-22 | .tel |
| quiksilver.tw | Quiksilver, Inc. | 2017-07-23 | .tw |
| quiksilver.uk | Quiksilver, Inc. | 2016-07-10 | .uk |
| quiksilver.uy | Quiksilver Inc. | 2017-06-10 | .uy |
| quiksilver.vn | Quiksilver Inc. | 2016-07-28 | .vn |
| quiksilver.xxx-block | Quiksilver Inc. | 2021-12-01 | .xxx-block |
| quiksilverboardshort.com | Quiksilver, Inc. | 2017-04-29 | .com |
| quiksilver-boardshort.com | Quiksilver, Inc. | 2017-04-29 | .com |
| quiksilver-boardshorts.com | Quiksilver, Inc. | 2017-04-29 | .com |
| quiksilvercanada.com | Quiksilver, Inc. | 2016-12-06 | .com |
| quiksilver-card.com | Quiksilver, Inc. | 2016-12-03 | .com |
| quiksilver-eco.com | Quiksilver, Inc. | 2017-03-10 | .com |
| quiksilveredition.com | Quiksilver, Inc. | 2017-10-03 | .com |
| quiksilverentertainment.com | Quiksilver, Inc. | 2017-03-09 | .com |
| quiksilver-europe.at | Quiksilver, Inc. | 2017-02-07 | .at |
| quiksilver-europe.be | Quiksilver Inc. | 2017-01-26 | .be |
| quiksilver-europe.com | Quiksilver, Inc. | 2017-07-16 | .com |
| quiksilver-europe.cz | Quiksilver, Inc. | 2017-02-07 | .cz |
| quiksilver-europe.pl | Quiksilver, Inc. | 2017-02-07 | .pl |
| quiksilverfoundation.com | Quiksilver, Inc. | 2016-10-29 | .com |
| quiksilverfoundation.org | Quiksilver, Inc. | 2016-10-29 | .org |
| quiksilverinc.com | Quiksilver, Inc. | 2015-11-25 | .com |
| quiksilver-isa.com | Quiksilver, Inc. | 2017-02-06 | .com |
| quiksilverlive.com | Quiksilver, Inc. | 2017-07-27 | .com |
| quiksilver-live.com | Quiksilver, Inc. | 2017-09-05 | .com |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| quiksilverlive.info | Quiksilver, Inc. | 2017-09-05 | .info |
| quiksilvermobile.jp | Quiksilver, Inc. | 2016-10-31 | .jp |
| quiksilver-onlinestore.jp | Quiksilver, Inc. | 2016-05-31 | .jp |
| quiksilverplay.com | Quiksilver, Inc. | 2017-04-28 | .com |
| quiksilver-play.com | Quiksilver, Inc. | 2017-04-28 | .com |
| quiksilver-press.com | Quiksilver, Inc. | 2016-10-22 | .com |
| quiksilverpro.com | Quiksilver, Inc. | 2017-07-16 | .com |
| quiksilverprofrance.com | Quiksilver, Inc. | 2017-07-26 | .com |
| quiksilverpronewyork.com | Quiksilver, Inc. | 2017-03-07 | .com |
| quiksilver-session.com | Quiksilver, Inc. | 2016-07-18 | .com |
| quiksilver-sessions.com | Quiksilver, Inc. | 2016-07-18 | .com |
| quiksilver-skateboarding.com | Quiksilver, Inc. | 2016-02-11 | .com |
| quiksilver-store.com | Quiksilver, Inc. | 2016-09-07 | .com |
| quiksilver-stores.com | Quiksilver, Inc. | 2016-08-01 | .com |
| quiksilver-studio.com | Quiksilver, Inc. | 2017-03-13 | .com |
| quiksilver-surfschool.com | Quiksilver, Inc. | 2018-12-16 | .com |
| quiksilver-tech.com | Quiksilver, Inc. | 2016-01-27 | .com |
| quiksilvertravel.com | Quiksilver, Inc. | 2017-06-19 | .com |
| quiksilverwoman.com | Quiksilver, Inc. | 2017-05-29 | .com |
| rd0915aw.com | Quiksilver, Inc. | 2016-07-15 | .com |
| roxy.ae | Quiksilver, Inc. | 2017-10-05 | .ae |
| roxy.asia | Quiksilver Inc. | 2015-11-26 | .asia |
| roxy.biz | Quiksilver, Inc. | 2017-03-26 | .biz |
| roxy.cl | Quiksilver, Inc. | 2016-12-18 | .cl |
| roxy.cn | Quiksilver Inc. | 2017-04-10 | .cn |
| roxy.co | Quiksilver, Inc. | 2016-09-02 | .co |
| roxy.co.il | Quiksilver, Inc. | 2017-10-06 | .co.il |
| roxy.co.nl | Quiksilver, Inc. | 2017-03-09 | .co.nl |
| roxy.co.ve | Quiksilver, Inc. | 2016-05-30 | .co.ve |
| roxy.co.za | Quiksilver, Inc. | 2017-03-22 | .co.za |
| roxy.com | Quiksilver, Inc. | 2017-07-28 | .com |
| roxy.com.cm | Quiksilver Inc. | 2016-11-15 | .com.cm |
| roxy.com.cn | Quiksilver, Inc. | 2016-03-12 | .com.cn |
| roxy.com.es | Quiksilver, Inc. | 2016-10-13 | .com.es |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| roxy.com.mt | Quiksilver, Inc. | 2017-10-07 | .com.mt |
| roxy.com.mx | Quiksilver, Inc. | 2017-02-25 | .com.mx |
| roxy.com.pa | Quiksilver, Inc. | 2016-05-31 | .com.pa |
| roxy.com.pe | Quiksilver, Inc. | 2016-09-16 | .com.pe |
| roxy.com.ph | Quiksilver Inc. | 2016-07-28 | .com.ph |
| roxy.com.pk | Quiksilver, Inc. | 2017-04-06 | .com.pk |
| roxy.com.sg | Quiksilver, Inc. | 2016-07-28 | .com.sg |
| roxy.com.vn | Quiksilver Inc. | 2016-07-28 | .com.vn |
| roxy.cr | Quiksilver, Inc. | 2016-05-30 | .cr |
| roxy.dk | Quiksilver, Inc. | 2017-01-31 | .dk |
| roxy.ec | Quiksilver, Inc. | 2016-05-30 | .ec |
| roxy.es | Quiksilver, Inc. | 2016-12-05 | .es |
| roxy.eu | Quiksilver Inc. | 2017-01-31 | .eu |
| roxy.fitness | Quiksilver, Inc. | 2017-03-03 | .fitness |
| roxy.is | Quiksilver, Inc. | 2017-10-05 | .is |
| roxy.jp | Quiksilver, Inc. | 2016-05-30 | .jp |
| roxy.lu | Quiksilver, Inc. | 2017-08-12 | .lu |
| roxy.ma | Quiksilver, Inc. | 2017-10-05 | .ma |
| roxy.me | Quiksilver, Inc. | 2016-07-09 | .me |
| roxy.mx | Quiksilver, Inc. | 2017-05-28 | .mx |
| roxy.ph | Quiksilver Inc. | 2016-07-28 | .ph |
| roxy.pk | Quiksilver, Inc. | 2017-04-06 | .pk |
| roxy.pro | Quiksilver Inc. | 2016-09-08 | .pro |
| roxy.sg | Quiksilver, Inc. | 2016-07-28 | .sg |
| roxy.surf | Quiksilver, Inc. | 2016-08-27 | .surf |
| roxy.tel | Quiksilver Inc. | 2016-03-22 | .tel |
| roxy.xxx-block | Quiksilver Inc. | 2021-12-01 | .xxx-block |
| roxyaustralia.com | Quiksilver, Inc. | 2017-04-07 | .com |
| roxy-austria.at | Quiksilver, Inc. | 2016-08-20 | .at |
| roxy-belgium.be | Quiksilver, Inc. | 2016-07-12 | .be |
| roxybrasil.com.br | Quiksilver, Inc. | 2016-11-04 | .com.br |
| roxycalifornia.com | Quiksilver, Inc. | 2015-11-12 | .com |
| roxychickenjam.com | Quiksilver, Inc. | 2016-10-29 | .com |
| roxychile.cl | Quiksilver, Inc. | 2017-02-23 | .cl |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| roxy-czechrepublic.cz | Quiksilver, Inc. | 2016-07-12 | .cz |
| roxy-denmark.dk | Quiksilver, Inc. | 2016-08-31 | .dk |
| roxy-eu.at | Quiksilver, Inc. | 2016-01-31 | .at |
| roxy-eu.be | Quiksilver, Inc. | 2016-01-31 | .be |
| roxy-eu.biz | Quiksilver, Inc. | 2016-01-30 | .biz |
| roxy-eu.ch | Quiksilver, Inc. | 2016-01-30 | .ch |
| roxy-eu.co.uk | Quiksilver, Inc. | 2016-01-31 | .co.uk |
| roxy-eu.com | Quiksilver, Inc. | 2016-01-31 | .com |
| roxy-eu.cz | Quiksilver, Inc. | 2016-01-31 | .cz |
| roxy-eu.de | Quiksilver, Inc. | 2016-01-31 | .de |
| roxy-eu.dk | Quiksilver, Inc. | 2016-02-28 | .dk |
| roxy-eu.es | Quiksilver, Inc. | 2016-01-31 | .es |
| roxy-eu.info | Quiksilver, Inc. | 2016-01-31 | .info |
| roxy-eu.lu | Quiksilver, Inc. | 2016-01-31 | .lu |
| roxy-eu.net | Quiksilver, Inc. | 2016-01-31 | .net |
| roxy-eu.org | Quiksilver, Inc. | 2016-01-31 | .org |
| roxy-eu.pl | Quiksilver, Inc. | 2016-01-31 | .pl |
| roxy-eu.ru | Quiksilver, Inc. | 2016-02-08 | .ru |
| roxyeurope.com | Quiksilver, Inc. | 2017-02-06 | .com |
| roxy-europe.com | Quiksilver, Inc. | 2017-10-07 | .com |
| roxy-germany.de | Quiksilver, Inc. | 2016-07-12 | .de |
| roxygirl.com | Quiksilver, Inc. | 2017-07-07 | .com |
| roxyhardgoods.com | Quiksilver, Inc. | 2015-11-13 | .com |
| roxy-heart.com | Quiksilver, Inc. | 2016-11-19 | .com |
| roxyjam.com | Quiksilver, Inc. | 2017-04-26 | .com |
| roxyjapan.jp | Quiksilver, Inc. | 2015-11-30 | .jp |
| roxylive.com | Quiksilver, Inc. | 2017-09-03 | .com |
| roxymobile.com | Quiksilver, Inc. | 2017-05-20 | .com |
| roxymobile.jp | Quiksilver, Inc. | 2016-10-31 | .jp |
| roxy-newzealand.co.nz | Quiksilver, Inc. | 2016-12-04 | .co.nz |
| roxyparfum.com | Quiksilver, Inc. | 2017-03-14 | .com |
| roxyparfums.com | Quiksilver, Inc. | 2016-06-28 | .com |
| roxyplay.com | Quiksilver, Inc. | 2017-03-13 | .com |
| roxy-poland.pl | Quiksilver, Inc. | 2016-07-12 | .pl |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Domain Name Registrations)

| Domain Name | Reg. Organization | Paid Through Date | TLD |
|---|---|---|---|
| roxy-press.com | Quiksilver, Inc. | 2016-10-22 | .com |
| roxy-radio.com | Quiksilver, Inc. | 2017-04-30 | .com |
| roxyridedays.com | Quiksilver, Inc. | 2017-09-29 | .com |
| roxysailing.com | Quiksilver, Inc. | 2017-04-05 | .com |
| roxysnowboarding.com | Quiksilver, Inc. | 2016-05-14 | .com |
| roxy-stores.com | Quiksilver, Inc. | 2016-08-01 | .com |
| roxystylesquad.com | Quiksilver, Inc. | 2017-03-01 | .com |
| roxy-uk.co.uk | Quiksilver, Inc. | 2016-07-12 | .co.uk |
| roxyusa.tw | Quiksilver, Inc. | 2017-03-18 | .tw |
| secretspot.com | Quiksilver, Inc. | 2017-06-25 | .com |
| secret-spot.com | Quiksilver, Inc. | 2017-10-23 | .com |
| teeniewahine.com | Quiksilver, Inc. | 2017-10-12 | .com |
| teeniewahine.com.cn | Quiksilver Inc. | 2017-06-29 | .com.cn |
| teeniewahine.eu | Quiksilver Inc. | 2016-12-31 | .eu |
| *testemale-photos.com* | *Quiksilver, Inc.* | *2016-10-26* | *.com* |
| thedcembassy.com | Quiksilver, Inc. | 2016-06-22 | .com |
| *thedcembassy.tv* | *Quiksilver, Inc.* | *2016-06-22* | *.tv* |
| themountainandthewave.com | Quiksilver, Inc. | 2017-08-24 | .com |
| themountainandwave.com | Quiksilver, Inc. | 2016-04-07 | .com |
| thequiksilverinitiative.com | Quiksilver, Inc. | 2017-08-25 | .com |
| the-quiksilver-initiative.com | Quiksilver, Inc. | 2017-08-25 | .com |
| theroxyinitiative.com | Quiksilver, Inc. | 2017-10-04 | .com |
| tonyhawk.xxx-block | Quiksilver, Inc. | 2021-12-01 | .xxx-block |
| toroxy.com | Quiksilver, Inc. | 2017-08-14 | .com |
| *vstr.xxx-block* | *Quiksilver, Inc.* | *2021-12-01* | *.xxx-block* |
| waikikipaddlefestival.com | Quiksilver, Inc. | 2017-01-15 | .com |
| xn--bw2a99j.tw 迪西.tw | Quiksilver, Inc. | 2016-07-30 | .tw |
| zqkconnect.com | Quiksilver, Inc. | 2017-06-11 | .com |
| zqkpublicrelations.com | Quiksilver, Inc. | 2016-07-16 | .com |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Patents)

| Country | Title | Inventor | Filing Date | Application No. | Issue Date | Patent No. | Status | Net Book Value |
|---|---|---|---|---|---|---|---|---|
| Australia | Garment with Improved Fly Closure | Steven Fontes | 6/10/2005 | 2005254028 | 10/30/2008 | 2005254028 | Issued | Undetermined |
| Australia | Technical Wetsuit | Troy Brooks<br>Josh Rush<br>David Mas-Bertrand | 11/2/2012 | 20133201144 | | | Pending | Undetermined |
| Australia | Tide Display Device (GPS) | Alain Marhic<br>Nicolas Foulet<br>Carnie Viduodez<br>Todd Finney<br>Juan Gonzalez Vega<br>Matt Andersen | 2/10/2005 | 2005200572 | 3/10/2011 | 2005200572 | Issued | Undetermined |
| Australia | Tide Display Device with Global Positioning System, Timing and Navigation (DEEP X) | Sean Kelly<br>Alain Marhic<br>Xavier Faucher<br>Jeff Rowley | 9/10/2007 | 2007216704 | 8/12/2010 | 2007216704 | Issued | Undetermined |
| Europe | Technical Wetsuit | Troy Brooks<br>Josh Rush<br>David Mas-Bertrand | 11/2/2011 | EP 11306410.9 | | | Pending | Undetermined |
| Europe | Tide Display Device (GPS) | Alain Marhic<br>Nicolas Foulet<br>Carnie Viduodez<br>Todd Finney<br>Juan Gonzalez Vega<br>Matt Andersen | 2/16/2005 | 5003343 | 4/10/2013 | 1582946 | Granted; See France, Germany, United Kingdom | Undetermined |
| France | Tide Display Device (GPS) | Alain Marhic<br>Nicolas Foulet<br>Carnie Viduodez<br>Todd Finney<br>Juan Gonzalez Vega<br>Matt Andersen | 2/16/2005 | 5003343 | 4/10/2013 | 1582946 | Issued | Undetermined |
| Germany | Tide Display Device (GPS) | Alain Marhic<br>Nicolas Foulet<br>Carnie Viduodez<br>Todd Finney<br>Juan Gonzalez Vega<br>Matt Andersen | 2/16/2005 | 5003343 | 4/10/2013 | 602005038950.4-08 | Issued | Undetermined |
| Japan | Tide Display Device (GPS) | Alain Marhic<br>Nicolas Foulet<br>Carnie Viduodez<br>Todd Finney<br>Juan Gonzalez Vega<br>Matt Andersen | 1/27/2006 | 2005-35847 | 8/28/2009 | 4364137 | Issued | Undetermined |
| PCT | Shoe with Elastically Flexible Extension | David Bond<br>Marcus Elliott | 8/13/2014 | PCT/US14/50807 | | | Pending | Undetermined |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property
(Patents)

| Country | Title | Inventor | Filing Date | Application No. | Issue Date | Patent No. | Status | Net Book Value |
|---------|-------|----------|-------------|-----------------|------------|------------|--------|----------------|
| PCT | Technical Wetsuit | Troy Brooks<br>Josh Rush<br>David Mas-Bertrand | 11/2/2012 | PCT/IB2012/056118 | | | See US and Australia below | Undetermined |
| Provisional | Cushioned Outsoles for Sports and Casual Shoes | Wei-En Chang<br>Justin Chambers | 8/5/2014 | 62/033143 | | | Pending | Undetermined |
| United Kingdom | Tide Display Device (GPS) | Alain Marhic<br>Nicolas Foulet<br>Carnie Viduodez<br>Todd Finney<br>Juan Gonzalez Vega<br>Matt Andersen | 2/16/2005 | 5003343 | 4/10/2013 | 1582946 | Issued | Undetermined |
| US | Footwear Mounting System | Roger T. Neiley | 5/19/1999 | 09/314,598 | 10/24/2000 | 6,135,486 | Issued | Undetermined |
| US | Footwear Sole with a Removable Heel Insert | Ryan W. Keenan | 8/6/2008 | 12/187,328 | 3/6/2012 | 8,127,469 | Issued | Undetermined |
| US | Garment with Improved Fly Closure | Steven Fontes | 6/10/2004 | 10/865,072 | 2/13/2007 | 7,174,574 | Issued | Undetermined |
| US | Minimal Seamed Fitted Garment | Alistair Zorica | 6/23/2005 | 10/516,850 | 2/23/2010 | 7,665,148 | Issued | Undetermined |
| US | Shoe with Elastically Flexible Extension | David Bond<br>Marcus Elliott | 8/13/2014 | 14/458328 | | | Pending | Undetermined |
| US | Technical Wetsuit | Troy Brooks<br>Josh Rush<br>David Mas-Bertrand | 11/2/2012 | 14/355,146 | | | Pending | Undetermined |
| US | Tide Display Device (GPS) | Alain Marhic<br>Nicolas Foulet<br>Carnie Viduodez<br>Todd Finney<br>Juan Gonzalez Vega<br>Matt Andersen | 2/7/2005 | 11/053,162 | 6/12/2007 | 7,230,883 | Issued | Undetermined |
| US | Tide Display Device with Global Positioning System, Timing and Navigation (DEEP X) | Sean Kelly<br>Alain Marhic<br>Xavier Faucher<br>Jeff Rowley | 9/11/2007 | 11/853,580 | 12/14/2010 | 7,852,710 | Issued | Undetermined |
| US | Watch Strap Closing System | Xavier Faucher et al. | 5/28/2009 | 12/474,220 | 10/4/2011 | 8,029,185 | Issued | Undetermined |
| US | Zipper Securing Devices | Christopher B. Pitts<br>Casey D. Fleming | 5/18/2004 | 10/849,278 | 4/10/2007 | 7,200,901 | Issued | Undetermined |
| US Continuation | Tide Display Device (GPS) | Alain Marhic<br>Nicolas Foulet<br>Carnie Viduodez<br>Todd Finney<br>Juan Gonzalez Vega<br>Matt Andersen | 5/1/2007 | 11/743,093 | 9/21/2010 | 7,800,982 | Issued | Undetermined |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule B28
Personal Property - Office equipment, furnishings, and supplies

| Description | Net Book Value |
|---|---|
| Furniture and Fixtures, Net | $14,753.63 |
| Computer Equipment & Software, Net | $18,393,946.89 |
| **TOTAL:** | $18,408,700.52 |

B6D (Official Form 6D) (12/07)

**In re: Quiksilver, Inc.**                                                                        Case No. 15-11880 (BLS)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Bank of America, N.A. (Including Through its Global Branches and Affiliates), as Administrative Agent Counsel for Bank of America, N.A Riemer & Braunstein LLP Attn Steven Fox Seven Times Square Suite 2506 New York, NY 10036 | X | | Revolving Credit Facility Issued Pursuant to Amended and Restated Credit Agreement, dated as of May 24, 2013, as amended July 16, 2013 | | | | $42,760,387.00 | None |

|  | Subtotal(s) (Total(s) on this page) | **$42,760,387.00** | **$0.00** |
|---|---|---|---|

Page 1 of 3

B6D (Official Form 6D) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                                                    **Case No. 15-11880 (BLS)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Bank of America, N.A. (Including Through its Global Branches and Affiliates), as Administrative Agent Counsel for Bank of America, N.A Riemer & Braunstein LLP Attn Steven Fox Seven Times Square Suite 2506 New York, NY 10036 | X | | Commercial LCs Issued Pursuant to Amended and Restated Credit Agreement, dated as of May 24, 2013, as amended July 16, 2013 | X | | | $15,321,644.26 | None |
| Bank of America, N.A. (Including Through its Global Branches and Affiliates), as Administrative Agent Counsel for Bank of America, N.A Riemer & Braunstein LLP Attn Steven Fox Seven Times Square Suite 2506 New York, NY 10036 | X | | Standby LCs Issued Pursuant to Amended and Restated Credit Agreement, dated as of May 24, 2013, as amended July 16, 2013 | X | | | $8,432,670.00 | None |

Subtotal(s) (Total(s) on this page)         | **$23,754,314.26** | **$0.00** |

B6D (Official Form 6D) (12/07) - Cont.

**In re: Quiksilver, Inc.**                                                                 **Case No. 15-11880 (BLS)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent Attn Trust Adminstration 2711 Centerville Rd Wilmington, DE 19808 | X | | Indenture dated as of July 16, 2013 for 7.875% Senior Secured Notes due 2018 | | | | $282,327,500.00 | Unknown |

| | | |
|---|---|---|
| Subtotal(s) (Total(s) on this page) | **$282,327,500.00** | **$0.00** |
| Total(s) (Use only on last page) | **$348,842,201.26** | **$0.00** |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

**In re: Quiksilver, Inc.**                                                                                      **Case No. 15-11880 (BLS)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIM  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) - Cont.

**In re: Quiksilver, Inc.**                                    **Case No. 15-11880 (BLS)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) - Cont.

**In re: Quiksilver, Inc.**                                                                                    **Case No. 15-11880 (BLS)**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| See Schedule E Attachment | | | | | | | Unknown | Unknown | Unknown |

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|
| Subtotals (Totals on this page): | **$0.00** | **$0.00** | **$0.00** |
| Total: (Report also on the Summary of Schedules) | **$0.00** | | |
| Totals: (Report also on the Statistical Summary of Certain Liabilities Related Data) | | **$0.00** | **$0.00** |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama Dept of Revenue | Attn Legal Division | 50 North Ripley St | | | Montgomery | AL | 36132 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Alaska Dept of Revenue | | PO Box 110400 | | | Juneau | AK | 99811-0400 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Alberta Treasury Board and Finance | | Room 534 Oxbridge Place | 9820-106 Street | | Edmonton | AB | T5K 2L6 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ANNE ARUNDEL COUNTY | OFFICE OF FIN/BILLING & CUST SER | P.O. BOX 427 | | | ANNAPOLIS | MD | 21404-0427 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ARIZONA CORPORATION COMMISSION | | C/O ANNUAL REPORTS - CORPORATIONS D | | | PHOENIX | AZ | 85007 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ARIZONA DEPARTMENT OF REVENUE | | 1600 WEST MONROE STREET | | | PHOENIX | AZ | 85007 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ARIZONA DEPT OF REVENUE | | P.O. Box 29010 | | | PHOENIX | AZ | 85038-9010 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Arizona Dept of Revenue | Attn Bankruptcy Dept | 1600 West Monroe St | | | Phoenix | AZ | 85007 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Arkansas Dept of Finance & Administration | | 1509 West 7th St | | | Little Rock | AR | 72201 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Arkansas Dept of Finance & Administration | Attn Revenue Legal Counsel | Ledbetter Building | 1816 W 7th St, Room 2380 | | Little Rock | AR | 72201 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Arkansas Dept of Finance & Administration | DFA, Revenue Legal Counsel | PO Box 1272 - Room 2380 | | | Little Rock | AR | 72203-1272 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Attorney General of the State of Ohio | Collection Enforcement | 150 E. Gay Street 21st Floor | | | Columbus | OH | 43215 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| BALTIMORE COUNTY, MARYLAND | OFFICE OF BUDGET & FINANCE | 400 WASHINGTON AVE. ROOM 150 | | | TOWSON | MD | 21204 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| BEXAR COUNTY | ALBERT URESTI, MPA | 233 N PECOS LA TRINIDAD | | | SAN ANTONIO | TX | 78207 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| BOARD OF EQUALIZATION | | P.O. Box 942879 | | | Sacramento | CA | 94279 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| BOLAR HIRSCH & JENNINGS LLP | | 18101 VON KARMAN AVE., #1440 | | | IRVINE | CA | 92612 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| BREVARD COUNTY TAX COLLECTOR | | ROD NORTHCUTT | | | TITUSVILLE | FL | 32781 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| British Columbia Finance Dept | | PO Box 9417 | STN PROV GOVT | | Victoria | BC | V8W 9V1 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| BROWARD COUNTY REVENUE COLLECT | | 115 S ANDREWS AVE | | | FORT LAUDERDALE | FL | 33301 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CA Franchise Tax Board | | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CA Franchise Tax Board | Attn Bankruptcy Dept | 3321 Power Inn Rd Ste 250 | | | Sacramento | CA | 95826-3893 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CALIFORNIA SECRETARY OF STATE | STATEMENT OF INFORMATION UNIT | P.O. BOX 944230 | | | SACRAMENTO | CA | 94244-2300 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| California State Board of Equalization | Sales & Use Tax | PO Box 942879 | | | Sacramento | CA | 94279-0001 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CALIFORNIA STATE CONTROLLERS OFFIC | UNCLAIMED PROPERTY DIVISION | PO BOX 942850 | | | SACRAMENTO | CA | 94250 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CALIFORNIA TRAVEL AND TOURISM COMMISSION | | 1809 S. STREET, SUITE 101-182 | | | SACRAMENTO | CA | 95811 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CCH INCORPORATED | | P.O BOX 4307 | | | CAROL STREAM | IL | 60197 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CETERIS US, LLC | | 100 E. COOK AVE., # 201 | | | LIBERTYVILLE | IL | 60048 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CHARLESTON COUNTY TREASURE | | P.O. BOX 100242 | | | COLUMBIA | SC | 29202-3242 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY & COUNTY OF HONOLULU | | P.O. BOX 29610 | | | HONOLULU | HI | 96820-2010 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY AND COUNTY DENVER | | TREASURY DIVISION | | | DENVER | CO | 80217 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF ANAHEIM | BUSINESS LICENSE DIVISION | 200 S. ANAHEIM BLVD. | | | ANAHEIM | CA | 92803 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF ASPEN | | 130 SOUTH GALENA STREET | | | ASPEN | CO | 81611 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF AUBRUN HILLS | | 1827 N. SQUIRREL ROAD | | | AUBURN HILLS | MI | 48326 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF AVENTURA | | 19200 WEST COUNTY CLUB DRIVE | | | AVENTURA | FL | 33180 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF CAMARILLO | BUSINESS TAX DIVISION | 601 CARMENT DR. PO BOX 37 | | | CAMARILLO | CA | 93011-0037 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF CHANDLER | | P.O. BOX 15001, MAIL STOP 701 | | | CHANDLER | AZ | 85244 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF CHARLESTON | | REVENUE COLLECTION | | | CHARLESTON | SC | 29401 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF COMMERCE | | 2535 COMMERCE WAY | | | LOS ANGELES | CA | 90040 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF CONCORD | FINANCE DEPARTMENT | 1950 PARKSIDE DRIVE, MS/06 | | | CONCORD | CA | 94519-2578 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF CORONA | BUSINESS LICENSE TAX | 400 S. VICENTIA AVE, PO BOX 940 | | | CORONA | CA | 92878-0940 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF CORONADO | | 1001 6Th St. | | | Coronado | CA | 92118 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF COSTA MESA | | TREASURY MANAGEMENT DIVISION | | | COSTA MESA | CA | 92628 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF COSTA MESA | BUSINESS LICENSE RENEWAL | P.O. BOX 1200 | | | COSTA MESA | CA | 92628 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF DEERFIELD BEACH | | 150 NE 2ND AVE | | | DEERFIELD | FL | 33441 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF DEERFIELD BEACH | | 150 NE 2ND AVENUE | | | DEERFIELD BEACH | FL | 33441 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF DOUGLAS | | 425 10TH STREET | | | DOUGLAS | AZ | 85607 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF EL CERRITO | FINANCE DEPARTMENT | 10890 San Pablo Avenue | | | El Cerrito | CA | 94530 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF ELIZABETH | TAX COLLECTOR | 50 WINFIELD SCOTT PLAZA | | | ELIZABETH | NJ | 07201 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF FOLSOM | | 50 NATOMA STREET | | | FOLSOM | CA | 95630 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF GILROY | | 7351 ROSANNA STREET | | | GILROY | CA | 95020 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF GLENDALE | | P.O. BOX 800 | | | GLENDALE | AZ | 85311 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF HALF MOON BAY | C/O MUNISERVICES, LLC | 80 N. CABRILLO HWY SUITE 8-502 | | | HALF MOON BAY | CA | 94019 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF HIGHLAND PARK | | 1707 ST. JOHNS AVE. | | | HIGHLAND PARK | IL | 60035 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF HUNTINGTON BEACH | CITY TREASURER | PO BOX 711 | | | HUNTINGTON BEACH | CA | 92648-0711 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF IRVINE | | FINANCE DEPARTMENT | | | IRVINE | CA | 92623 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF IRVINE | FINANCE DEPARTMENT | P.O. BOX 19575 | | | IRVINE | CA | 92623 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF JURUPA VALLEY | | 8304 LIMONITE AVE., SUITE M | | | JURUPA VALLEY | CA | 92509 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF KATY | | 5718 SECOND STREET | | | KATY | TX | 77493 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF LAGUNA BEACH | POLICE DEPARTMENT | 505 FOREST AVE | | | LAGUNA BEACH | CA | 92651 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF LAKELAND | | 228 S. MASSACHUSETTS AVE. | | | LAKELAND | FL | 33801 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF LAKEWOOD | | P.O. BOX 17479 | | | DENVER | CO | 80217 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF LAS VEGAS | DEPT OF PLANNING & BUSINESS LICENSE | P.O. BOX 748018 | | | LOS ANGELES | CA | 90074-8018 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF LOS ANGELES | HARBOR DEPARTMENT | PO BOX 514300 | | | LOS ANGELES | CA | 90051-4300 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF NEWARK | | 37101 NEWARK BLVD | | | NEWARK | CA | 94560 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF NEWPORT BEACH | | P.O. BOX 3080 | | | NEWPORT BEACH | CA | 92658 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF ONTARIO | | LICENSE DIVISION | | | ONTARIO | CA | 91764 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF ORLANDO | | CITY HALL | | | ORLANDO | FL | 32802 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF PASADENA | | 100 N. GARFIELD AVE ROOM N-106 | | | PASADENA | CA | 91101 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF PETALUMA | | 11 ENGLISH STREET | | | PETALUMA | CA | 94952 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF PISMO BEACH | | 760 MATTIE ROAD | | | PISMO BEACH | CA | 93449 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF REDDING | | 777 CYPRESS AVE. 3RD FLR | | | REDDING | CA | 96049 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF RIVERSIDE | | FINANCE DEPARTMENT | | | RIVERSIDE | CA | 92522 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SALISBURY | | 125 N. DIVISION ST. | | | SALISBURY | MD | 21801 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SAN BRUNO | FINANCE DEPARTMENT - BUSINESS TAX | 567 EL CAMINO REAL - | | | SAN BRUNO | CA | 94066 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SAN DIEGO | BUSINESS TAX PROGRAM | PO BOX 121536 | | | SAN DIEGO | CA | 92112-1536 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SAN JOSE | | 200 E. SANTA CLARA 1ST FL | | | SAN JOSE | CA | 95113 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SAN MARCOS | | P.O. BOX 140336 | | | IRVING | TX | 75014-0336 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SAN RAMON | | 2401 CROW CANYON ROAD | | | SAN RAMON | CA | 94583 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SANTA MONICA | BUSINESS & REV. OPERATIONS | BUSINESS LICENSE UNIT | | | SANTA MONICA | CA | 90407-2200 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SANTA MONICA POLICE DEPT | | 333 OLYMPIC DR | | | SANTA MONICA | CA | 90401 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SCOTTSDALE | | PO BOX 1949 | | | SCOTTSDALE | AZ | 85252-1949 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SEATTLE | | P.O. BOX 34017 | | | SEATTLE | WA | 98124 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SUNRISE | | 1607 N. W. 136TH AVE (BLDG B) | | | SUNRISE | FL | 33323 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF SWEETWATER | BUSINESS TAX DEPARTMENT | 500 SW 109TH AVE | | | SWEETWATER | FL | 33174 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF TEMPE | SALES AND USE TAX | P.O. BOX 29618 | | | PHOENIX | AZ | 85038 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF THOUSAND OAKS | | Finance Department - Business Licen | | | THOUSAND OAKS | CA | 91362 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF TORRANCE | | 3031 TORRANCE BLVD | | | TORRANCE | CA | 90503 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF TRACY | | 333 CIVIC CENTER PLAZA | | | TRACY | CA | 95376 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY OF WOODBURN | | 270 MONTGOMERY STREET | | | WOODBURN | OR | 97071 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CITY-COUNTY TAX COLLECTOR | | P.O. BOX 1400 | | | CHARLOTTE | NC | 28201 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CLARK COUNTY ASSESSOR | | 500 S. GRAND CENTRAL Pkwy, 2ND FL | | | LAS VEGAS | NV | 89155 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CLARK COUNTY DEPT OF BUS | 500 S GRAND CENTRAL PKWY 3RD FL | P.O. BOX 551810 | | | LAS VEGAS | NV | 89155 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CLERK OF THE COURT | | 8 CHURCH CIR, RM H-101 | | | ANNAPOLIS | MD | 21404 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COLLIER COUNTY TAX COLLECTOR | | 3291 E. TAMIANI TR. | | | NAPLES | FL | 34112-5758 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLORADO DEPARTMENT OF REVENUE | | 1375 SHERMAN STREET | | | DENVER | CO | 80261 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Colorado Department of Revenue | Attn Bankruptcy Unit | 1375 Sherman St, Rm 504 | | | Denver | CO | 80261-0004 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COLORADO DEPARTMENT OF TREASURY | | UNCLAIMED PROPERTY DIVISION | | | DENVER | CO | 80203 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Colorado Dept of Revenue | | 1375 Sherman St | | | Denver | CO | 80261-0004 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COMAL COUNTY TAX OFFICE | CATHY C. TALCOTT | PO BOX 659480 | | | SAN ANTONIO | TX | 78265-9480 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Commonwealth of KY Department of Revenue | Legal Support Branch | PO Box 5222 | | | Frankfort | KY | 40602 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COMPTROLLER OF MARYLAND | | 301 WEST PRESTON STREET RM 310 | | | BALTIMORE | MD | 21201-2383 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Comptroller of Maryland | Attn Bankruptcy Dept | 80 Calvert St | | | Annapolis | MD | 21401 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Comptroller of Maryland | Revenue Administration Center | Taxpayer Service Center | 110 Carroll St | | Annapolis | MD | 21411-0001 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COMPTROLLER OF MARYLAND-SUT | REVENUE ADMINISTRATION DIVIVSION | P.O. BOX 17405 | | | BALTIMORE | MD | 21297-1405 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Connecticut Department of Revenue Services | C&E Division, Bankruptcy Section | 25 Sigourney Street | | | Hartford | CT | 06106-5032 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF ALAMEDA | | 224 W WINTON AVE, RM 184 | | | HAYWARD | CA | 94544 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF ORANGE | | PO BOX 1438 | | | SANTA ANA | CA | 92702 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF RIVERSIDE | | P.O. BOX 1208 | | | RIVERSIDE | CA | 92502 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF RIVERSIDE | DEPARTMENT OF WEIGHTS | P.O. BOX 1089 | | | RIVERSIDE | CA | 92502-1089 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF RIVERSIDE | DEPT OF ENVIRONMENTL HEALTH | P.O. BOX 7600 | | | RIVERSIDE | CA | 92513 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF SACRAMENTO | | 4137 BRANCH CENTER ROAD | | | SAN DIEGO | CA | 95827-3823 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF SAN DIEGO/DEPT. OF | AGRICULTURE, WEIGHTS & MEASURES | 9325 HAZARD WAY, #100 | | | SAN DIEGO | CA | 92123 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF SANTA CLARA | WEIGHTS AND MEASURES DIV. | 1553 BERGER DR., BLDG. 1 | | | SAN JOSE | CA | 95112 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF VENTURA | | 800 SOUTH VICTORIA AVE | | | VENTURA | CA | 93009 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF VOLUSIA | | P.O BOX 31336 | | | TAMPA | FL | 33631 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| COUNTY OF WAKE, NC | | P.O. BOX 96084 | | | CHARLOTTE | NC | 28296-0087 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| CT CORPORATION SYSTEM | | PO BOX 4349 | | | CAROL STREAM | IL | 60197 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DALLAS COUNTY TAX OFFICE | OHN R. AMES, CTA | P.O. BOX 139066 | | | DALLAS | TX | 75313-9066 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DARE COUNTY TAX DEPARTMENT | | P.O BOX 1323 | | | CHARLOTTE | NC | 28201-1323 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DAVID PIWONKA, RTA CYPRESS | FAIRBANKS ISD TAX ASSESS/COLLECTOR | P.O. BOX 203908 | | | HOUSTON | TX | 77216-3908 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DAWSON COUNTY | | 25 JUSTICE WAY, STE 2322 | | | DAWSONVILLE | GA | 30534 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DC Office of Tax and Revenue | | P O Box 37559 | | | Washington DC | MD | 20013 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DEBORAH M. HUNT, CTA- TAX ASSESSOR C | WILLIAMSON COUNTY | 940 S. MAIN ST | | | GEORGETOWN | TX | 78626 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Delaware Division of Revenue Bankruptcy Service | Bankruptcy Administrator | Carvel State Office Building 8th Floor | 820 N French St | | Wilmington | DE | 19801 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELAWARE SEC. OF STATE | DIVISIONS OF CORPORATIONS | P.O. BOX 5509 | | | BINGHAMTON | NY | 13902-5509 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DELOITTE TAX, LLP | | P.O. BOX 2079 | | | CAROL STREAM | IL | 60132 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Department if the Treasury, Internal Revenue Service | | 1352 Marrows Rd Ste 204 | | | Newark | DE | 19711-5445 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DEPARTMENT OF COMMERCE | & CONSUMER AFFAIRS | P.O. BOX 40 | | | HONOLULU | HI | 96810 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DEPARTMENT OF COMMERCE & CONSU | | P.O. BOX 113600 | | | HONOLULU | HI | 96811 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DEPARTMENT OF REVENUE | STATE OF WASHINGTON | BUSINESS LICENSING SERVICE | | | SEATTLE | WA | 98124-1456 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Department of the Treasury - Internal Revenue Service | | 31 Hopkins Plaza, RM 1150 | | | Baltimore | MD | 21201 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Department of the Treasury - Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DEPT OF COMMERCE AND CONSUMER AFFAI | | Annual Filing-Breg Po Box 40 | | | Honolulu | HI | 96810 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DEPT. OF FINANCIAL SERV. ST OF FL. | BUREAU OF UNCLAIMED PROPERTY | PO BOX 6350 | | | TALLAHASSEE | FL | 32314-3650 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Deputy Minister of Finance and Secretary of the FMB | Govt of Northwest Territories Dept of Finance | 5th Fl Arthur Laing Bldg | 5003 49th St | PO Box 1320 | Yellowknife | NT | X1A 2L9 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DIRECTOR OF FINANCE - BALTIMORE | | 200 HOLIDAY STREET | | | BALTIMORE | MD | 21202 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DON SUMNERS | TAX-ASSESSOR COLLECTOR | P.O. BOX 3547 | | | HOUSTON | TX | 77253-3547 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DONALD R. WHITE, TAX COLLECTOR | | ALAMEDA COUNTY | | | OAKLAND | CA | 94612 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DPH | WEIGHTS AND MEASURES | 1390 MARKET STREET, STE 210 | | | SAN FRANCISCO | CA | 94102 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| DUFF & PHELPS, LLC | | 55 EAST 52ND STREET, 31ST FLOOR | | | NEW YORK | NY | 10055 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| EDD | | 2099 S. ST COLLEGE BLVD., STE 401 | | | ANAHEIM | CA | 92806 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| FEDERAL WAGE & LABOR LAW INSTITUTE | | 7001 W. 43RD STREET | | | HOUSTON | TX | 77092 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| FLORIDA DEPARTMENT OF REVENUE | LOS ANGELES SERVICE CENTER | 5050 W. TENNESSEE ST | | | TALLAHASSEE | FL | 32399 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| FLORIDA DEPARTMENT OF STATE | DIVISION OF CORPORATIONS | P.O. BOX 6198 | | | TALLAHASSEE | FL | 32314 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Florida Dept of Revenue | Attn Bankruptcy Dept | 5050 West Tennessee St | | | Tallahassee | FL | 32399-0100 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| FORT BEND COUNTY TAX | ASSESSOR-COLLECTOR, PATSY SCHULTZ R | P.O. BOX 1028 | | | SUGARLAND | TX | 77487-1028 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| GALVESTON COUNTY TAX ASSESSOR COL. | CHERYL E. JOHNSTON, RTA | 722 MOODY | | | GALVESTON | TX | 77550 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| GEORGIA DEPARTMENT OF REVENUE | PROCESSING CENTER | P.O.BOX 740317 | | | ATLANTA | GA | 30374-0317 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Georgia Dept of Revenue | Attn Bankruptcy Dept | 1800 Century Blvd. NE | | | Atlanta | GA | 30345 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| GILA RIVER INDIAN COMMUNITY | OFFICE OF THE TREASURER | PO BOX 2160 | | | SACATON | AZ | 85147 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| GUILFORD COUNTY | | PO BOX 71072 | | | CHARLOTTE | NC | 28272 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARRIS COUNTY | HARRIS COUNTY M.U.D. #358 | 11111 KATY FREEWAY #725 | | | HOUSTON | TX | 77079-2197 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| HARRIS-FORT BEND M.U.D. #4 | | 873 DULLES AVE., STE A | | | STAFFORD | TX | 77477-5753 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| HAWAII DEPARTMENT OF TAX | | P.O. Box 1425 | | | Honolulu | HI | 96806 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Hawaii Dept of Taxation | Attn Bankruptcy Dept | PO Box 259 | | | Honolulu | HI | 96809 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| HAWAII STATE TAX COLLECTOR | OAHU DISTRICT OFFICE | P.O. BOX 1425 | | | HONOLULU | HI | 96806 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| HAYS COUNTY TAX OFFICE | LUANNE CARAWAY, TAX ASSESSOR | 712 S. STAGECOACH TRAIL | | | SAN MARCOS | TX | 78666-5071 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| HILLSBOROUGH COUNTY TAX COLLEC | | P.O. BOX 30012 | | | TAMPA | FL | 33630-3012 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| HSF PROGRAM | EMPLOYER PAYMENT CENTER | 201 THIRD STREET, 7TH FLOOR | | | SAN FRANCISCO | CA | 94103 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Idaho State Tax Commission | | 800 E. Park Blvd | Plaza IV | | Boise | ID | 83712-7742 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Idaho State Tax Commission | Attn Bankruptcy Dept | PO Box 36 | | | Boise | ID | 83722-0410 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ILLINOIS DEPT OF REVENUE | Bankruptcy Section | RETAILERS OCCUPATION TAX | | | SPRINGFIELD | IL | 62796-0001 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Illinois Dept of Revenue | Bankruptcy Section | PO Box 64338 | | | Chicago | IL | 60664-0338 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Illinois Secretary of State | Dept. of Business Services | 350 Howlett Building | | | Springfield | IL | 62711 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Indiana Dept of Revenue | | Bankruptcy Section MS 108 | 100 N Senate Ave N240 | | Indianapolis | IN | 46204 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| INTERNAL REVENUE SERVICE | | INTERNAL REVENUE SERVICE | | | OGDEN | UT | 84201 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Iowa Department of Revenue | | Hoover State Office Building | 1305 E Walnut | | Des Moines | IA | 50319 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Iowa Dept of Revenue and Finance | Attn Bankruptcy Unit | PO Box 10471 | | | Des Moines | IA | 50306 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| JEFFERSON COUNTY TREASURER | | 100 JEFFERSON COUNT PKWY 2520 | | | GOLDEN | CO | 80419-2525 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| JOE G. TEDDER, TAX COLLECTOR | TAX COLLECTOR FOR POLK COUNY FL | | | | BARTOW | FL | 33831-2016 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Kansas Dept of Revenue | Attn Bankruptcy Collection | 915 SW Harrison St Rm 230 | | | Topeka | KS | 66612 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| KEN BURTON, JR. | | MANATEE CO TAX COLLECTOR | | | BRADENTON | FL | 34206 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Kentucky Dept of Revenue | Attn Bankruptcy Dept | 501 High St | | | Frankfort | KY | 40601-2103 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| KING COUNTY TREASURY | | 500 FOURTH AVE. | | | SEATTLE | WA | 98104 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| LA PAZ COUNTY TREASURER | LEAH CASTRO | 1112 JOSHUA AVE. #203 | | | PARKER | AZ | 85344 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| LEE COUNTY TAX COLLECTOR | | P.O. BOX 1549 | | | FORT MYERS | FL | 33902-1549 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| LOS ANGELES COUNTY TAX COLLECT | | P.O. BOX 54027 | | | LOS ANGELES | CA | 90054 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| LOS ANGELES COUNTY TREASURER | | P.O. BOX 512399 | | | LOS ANGELES | CA | 90051-0399 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Louisiana Dept of Revenue | Attn Bankruptcy Division | 617 N 3rd St | | | Baton Rouge | LA | 70821 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MAILROOM FINANCE, INC. | DBA TOTALFUNDS BY HASLER | PO BOX 30193 | | | TAMPA | FL | 33630 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Maine Revenue Services | | PO Box 1065 | | | Augusta | ME | 04332-1065 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Maine Revenue Services | | PO Box 1060 | | | Augusta | ME | 04332-1060 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MANATEE COUNTY | FALSE ALARM UNIT | 600 US HWY 301 BLVD, W. STE 202 | | | BRADENTON | FL | 34205 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Manitoba Finance Dept | Taxation Administration Branch | 101-401 York Ave | | | Winnipeg | MB | R3C 0P8 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MARICOPA COUNTY TREASURER | | P.O. BOX 52133 | | | PHOENIX | AZ | 85070-2133 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MARION COUNTY TAX COLLECTOR | | P.O BOX 3416 | | | PORTLAND | OR | 97208-3416 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Massachusetts Department of Revenue | Attn Bankruptcy Unit/Litigation Bureau | 100 Cambridge St 7th Floor | | | Boston | MA | 02114 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Massachusetts Department of Revenue | Bankruptcy Unit | P.O. Box 9564 | | | Boston | MA | 02114 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MECKLENBURG COUNTY TAX COLLECTOR | | PO BOX 71063 | | | CHARLOTTE | NC | 28272-1063 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MIAMI DADE COUNTY | TAX COLLECTOR | 140 W. FLAGLER ST. | | | MIAMI | FL | 33130-1575 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MIAMI DADE FIRE RESCUE DEPT | FINANCE BUREAU | 9300 NW 41ST STREET | | | MIAMI | FL | 33178-2424 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MICHAEL CORRIIGAN | TAX COLLECTOR | 231 E FORSYTH ST., #130 | | | JACKSONVILLE | FL | 32202-3370 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Michigan Dept of Treasury | Attn Bankruptcy Dept | | | | Lansing | MI | 48922 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Michigan Dept of Treasury | Revenue & Collections Division | PO Box 30754 | | | Lansing | MI | 48909 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MIKE SULLIVAN | TAX ASSESSOR-COLLECTOR | P.O. BOX 4622 | | | HOUSTON | TX | 77210-4622 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Minnesota Dept of Revenue | Attn Bankruptcy Dept | 600 N Robert St | | | St Paul | MN | 55101 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Mississippi Department of Revenue | Attn Bankruptcy Dept | 500 Clinton Center Drive | | | Clinton | MS | 39056 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Mississippi Department of Revenue | Attn Bankruptcy Section | PO Box 22808 | | | Jackson | MS | 39225-2808 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Missouri Department of Revenue | | PO Box 475 | | | Jefferson City | MO | 65105 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Missouri Dept of Revenue | Attn Bankruptcy Unit | Harry S Truman State Office Building | 301 W High St | | Jefferson City | MO | 65101 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| MOHAVE COUNTY TREASURER | | P.O. BOX 712 | | | KINGMAN | AZ | 86402-0712 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Montana Dept of Revenue | Attn Bankruptcy Dept | 125 N Roberts 3rd Floor | | | Helena | MT | 59604 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Nebraska Dept of Revenue | Attn Bankruptcy Unit | PO Box 94818 | | | Lincoln | NE | 68509-4818 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Nebraska Dept of Revenue | Attn Bankruptcy Unit | Nebraska State Office Building | 301 Centennial Mall South | | Lincoln | NE | 68508 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEVADA | UNCLAIMED PROPERTY | 555 E. WASHINGTON AVE., # 4200 | | | LAS VEGAS | NV | 89101 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEVADA DEPARTMENT OF TAXATION | | P.O. BOX 52609 | | | PHOENIX | AZ | 85072-2609 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 555 E Washington Ave Ste 1300 | | | Las Vegas | NV | 89101 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 1550 College Pkwy Ste 115 | | | Carson City | NV | 89706 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| New Brunswick Dept of Finance | Attn Bankruptcy | Marysville Place 4th Floor | PO Box 3000 | | Fredericton | NB | E3B 5G5 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | ATTN LEGAL BUREAU | 109 PLEASANT ST | PO BOX 457 | | CONCORD | NH | 03302-0457 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEW HANOVER COUNTY TAX OFFICE | | PO BOX 580070 | | | CHARLOTTE | NC | 28258-0070 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW JERSEY DIVISION OF REVENUE | | P.O. BOX 455 | | | TRENTON | NJ | 08625 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEW YORK CITY DEPT. OF FINANCE | NYC DEPARTMENT OF FINANCE | P.O. BOX 3931 | | | NEW YORK | NY | 10008-3931 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEW YORK DEPT. OF TAXATION | | JAF BUILDING | | | NEW YORK | NY | 10116 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEW YORK STATE COMPTROLLER | | 110 STATE STREET, 8TH FLOOR | | | ALBANY | NY | 12236-0001 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEW YORK STATE CORP. TAX | NYS CORP TAX/PROCESSING UNIT | PO BOX 22038 | | | ALBANY | NY | 12201-2038 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | | Albany | NY | 12227 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| New York State Dept of Taxation and Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NEW YORK STATE SALES TAX | NYS SALES TAX PROCESSING | P.O. BOX 15168 | | | ALBANY | NY | 12212-5168 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Newfoundland & Labrador Dept of Finance | | 3rd Fl East Block Confederation Bldg | PO Box 8700 | | St Johns | NL | A1B 4J6 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NORTH CAROLINA DEPT OF REVENUE | | P.O. BOX 28000 | | | RALEIGH | NC | 27640-0650 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| North Carolina Dept of Revenue | Attn Bankruptcy Dept | 501 N Wilmington St | | | Raleigh | NC | 27604 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| North Carolina Dept of Revenue | Attn Bankruptcy Dept | PO Box 25000 | | | Raleigh | NC | 27640-0640 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NORTH CAROLINA DEPT. OF REVENU | NCDOR | P.O. BOX 25000 | | | RALEIGH | NC | 27640-0700 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NORTH CAROLINA SECRETARY OF STATE | COPORATE DIVISION | PO BOX 2962 | | | Raleigh | NC | 27626-0622 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Nova Scotia Dept of Finance | | PO Box 187 | 1723 Hollis St | | Halifax | NS | B3J 2N3 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NUECES COUNTY TAX COLLECTOR | | P.O. BOX 2810 | | | CORPUS CHRISTI | TX | 78403 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Nunavut Department of Finance | | PO Box 1000 Station 220 | | | Iqaluit | NU | X0A 0H0 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NY DEPARTMENT OF STATE | DIVISION OF CORPORATIONS | ONE COMMERCE PLAZA 99 WASHINGTON AV | | | ALBANY | NY | 12231-0002 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| NYS DEPARTMENT OF STATE | | Division Of Corporations 41 State S | | | Albany | NY | 12231 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| OFFICE OF FINANCE, CITY OF LOS | | FILE 57065 | | | LOS ANGELES | CA | 90074 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Office of State Tax Commissioner | | 600 E Boulevard Ave Dept 127 | | | Bismarck | ND | 58505-0599 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| OFFICE OF THE TREASURER & TAX COL. | SAN FRANCISCO TAX COLLECTOR | P.O. BOX 7427 | | | SAN FRANCISCO | CA | 94120-7427 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Ohio Dept of Taxation | | 30 East Broad Street 23rd Fl | | | Columbus | OH | 43215 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Ohio Dept of Taxation | Attn Bankruptcy Division Rebecca Daum | PO Box 530 | | | Columbus | OH | 43216-0530 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Oklahoma Tax Commission | | 2501 North Lincoln Blvd | | | Oklahoma City | OK | 73194-0009 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Oklahoma Tax Commission | General Counsels Office | 120 N Robinson Suite 2000 W | | | Oklahoma City | OK | 73102-7895 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Ontario Ministry of Finance | | 33 King St West | | | Oshawa | ON | L1H 8H5 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ORANGE COUNTY TAX COLLECTOR | | P.O. BOX 545100 | | | ORLANDO | FL | 32854-5100 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORANGE COUNTY TREASURER | | P.O. BOX 4005 | | | SANTA ANA | CA | 92702-4005 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| OREGON DEPARTMENT OF REVENUE | | P.O. BOX 14780 | | | SALEM | OR | 97309-0469 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Oregon Dept of Revenue | Attn Bankruptcy Unit | 955 Center St NE | | | Salem | OR | 97301-2555 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| PALM BEACH COUNTY TAX COLLECTOR | | P.O. BOX 3353 | | | WEST PALM BEACH | FL | 33402-3353 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| PARK CITY MUNICIPAL CORP. | | P.O. BOX 1480 | | | PARK CITY | UT | 84060 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION | PO BOX 280946 | | | HARRISBURG | PA | 17128-0946 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Pennsylvania Dept of Revenue | Attn Compliance & Bankruptcy | Strawberry Square Lobby | 4th & Walnut Sts | Dept 280946 | Harrisburg | PA | 17128 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| PHOENIX CITY TREASURER | | PO BOX 2005 | | | PHOENIX | AZ | 85001-2005 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| PITKIN COUNTY TREASURER | | 506 E. MAIN ST | | | ASPEN | CO | 81611 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| PITT COUNTY TAX COLLECTOR | | P.O BOX 875 | | | GREENVILLE | NC | 27835 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Prince Edward Island Dept of Finance | | Shaw Bldg 2nd Fl S | 95 Rochford St | PO Box 2000 | Charlottetown | PE | C1A 7N8 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| PRINCE GEORGES COUNTY | | P.O. BOX 17578 | | | BALTIMORE | MD | 21297 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| QUEENSTOWN COMMISSIONERS | | P.O. BOX 4 | | | QUEENSTOWN | MD | 21658 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Revenu Quebec | | 3800 rue de Marly | | | Quebec | QB | G1X 4A5 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Rhode Island Division of Taxation | | One Capitol Hill | | | Providence | RI | 02908 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| RHONDA SKIPPER - TAX COLLECTOR | | P.O. BOX 25300 | | | BRADENTON | FL | 34206 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| RICHARDSON KONTOGOURIS EMERSON LLP | | 2942 COLUMBIA ST | | | TORRANCE | CA | 90503 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| RIVERSIDE COUNTY ASSESSOR | RIVERSIDE COUNTY TREASURER | P.O. BOX 12005 | | | RIVERSIDE | CA | 92502 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| RIVERSIDE COUNTY FIRE DEPARTMENT | PLANNING SECTION | 2300 MARKET ST., #150 | | | RIVERSIDE | CA | 92501 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ROUND ROCK TAX OFFICE TAX ASSESSOR- | | FORREST C. CHILD, JR RTA | | | ROUND ROCK | TX | 78681 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ROUTT COUNTY TREASURER | | PO BOX 770907 | | | STEAMBOAT SPRINGS | CO | 80477 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SACRAMENTO COUNTY | | UNSECURED TAX UNIT | | | SACRAMENTO | CA | 95812 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SALT LAKE COUNTY ASSESSOR | | 2001 S STATE STREET #N2300A | | | SALT LAKE CITY | UT | 84190 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SAN BERNARDINO COUNTY | | 222 WEST HOSPITALITY LANE | | | SAN BERNARDINO | CA | 92415 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SAN DIEGO COUNTY | | TREASURER-TAX COLLECTOR | | | SAN DIEGO | CA | 92112 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SAN LUIS OBISPO COUNTY TAX COLLECTO | | 1055 MONTEREY ST. RM D-290 | | | SAN LUIS OBISPO | CA | 93408 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SAN MATEO COUNTY CLERK | | 555 COUNTY CENTER 1ST FLOOR | | | REDWOOD CITY | CA | 94063 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Saskatchewan Department of Finance | Revenue Division | 2350 Albert St | | | Regina | SK | S4P 4A6 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SCOTT MACGLASHAN, | CLERK OF CIRCUIT COURT | 100 COURT HOUSE SQUARE | | | CENTREVILLE | MD | 21617 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SECRETARY OF STATE - GA | | P.O. BOX 23038 | | | COLUMBUS | GA | 31902 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SECRETARY OF STATE - NV | | 202 NORTH CARSON STREET | | | CARSON CITY | NV | 89701 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SECRETARY OF STATE OR | CORPORATION DIVISION | 255 CAPITOL ST NE, STE 151 | | | SALEM | OR | 97310-1327 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SECRETARY OF STATE CORPORATION - NC | | P.O. BOX 29525 | | | RALEIGH | NC | 27626-0525 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SECRETARY OF STATE CORPORATION - NC | CORPORATION DIVISION | P.O. BOX 29525 | | | RALEIGH | NC | 27626 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SECRETARY OF STATE JESSE WHITE | | DEPARTMENT OF BUSINESS SERVICES | | | SPRINGFIELD | IL | 62756 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SMITH COUNTY TAX OFFICE | GARY B. BARBER | P.O. BOX 2011 | | | TYLER | TX | 75710 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SNOHOMISH COUNTY PUD NO 1 | | P.O. BOX 1100 | | | EVERETT | WA | 98206 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SNOHOMISH COUNTY TREASURER | | P.O. BOX 34171 | | | SEATTLE | WA | 98124 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| South Carolina Dept of Revenue | | 300A Outlet Pointe Blvd | | | Columbia | SC | 29210 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| South Carolina Dept of Revenue | | PO Box 12265 | | | Columbia | SC | 29211 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SOUTH CAROLINA DEPT OF REVENUE | | SALES TAX RETURN | | | COLUMBIA | SC | 29214 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| South Dakota Dept of Revenue | Attn Bankruptcy Dept | 445 E Capitol Ave | | | Pierre | SD | 57501-3185 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ST JOHNS COUNTY | TAX COLLECTOR | 4040 LEWIS SPEEDWAY | | | ST. AUGUSTINE | FL | | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| ST. JOHNS COUNTY | PLANNING AND ZONING DEPARTMENT | 4040 LEWIS SPEEDWAY | | | ST. AUGUSTINE | FL | 32084 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE BAR OF CALIFORNIA | | 180 HOWARD STREET | | | SAN FRANCISCO | CA | 94105-1617 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE BOARD OF EQUALIZATION | ENVIRONMENTAL FEES DIVISION | P.O. BOX 942879 | | | SACRAMENTO | CA | 94279 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE COMPTROLLER | | 111 E. 17th STREET | | | AUSTIN | TX | 78774 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of Alabama Department of Revenue | Legal Division | PO Box 320001 | | | Montgomery | AL | 36132-0001 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of California | | 3321 Power Inn Rd Ste 210 | | | Sacramento | CA | 95826-3889 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF CALIFORNIA | DEPT. OF INDUSTRIAL RELATIONS | P.O. BOX 420603 | | | SAN FRANCISCO | CA | 94142-0603 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD | P.O. BOX 942857 | | | SACRAMENTO | CA | 94257 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of Delaware - Division of Revenue | | PO Box 8763 | | | Wilmington | DE | 19899-1863 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION | PO BOX 6668 | | | TALLAHASSEE | FL | 32314-6668 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF HAWAII | | P.O. BOX 150 | | | HONOLULU | HI | 96810 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of Hawaii | Department of Taxation | 830 Punchbowl St | Room 221 | | Honolulu | HI | 96813 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF HAWAII | DEPT OF LAND & NATURAL RESOURCES | 1151 PUNCHBOWL ST., #311 | | | HONOLULU | HI | 96813 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of Louisiana | Department of Revenue | PO Box 66658 | | | Baton Rouge | LA | 70896 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF MARYLAND, DEPARTMENT OF ASSESSMENT AND TAXATION | PERSONAL PROPERTY DIVISION | 301 WEST PRESTON ST. ROOM 801 | | | BALTIMORE | MD | 21201-2395 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of Michigan | Department of Treasury | Cadillac Place, Suite 10-200 | 3030 W. Grand Blvd | | Detroit | MI | 48202 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF MICHIGAN | DEPARTMENT OF TREASURY | DEPARTMENT 78205 | | | Detroit | MI | 48278 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF NEW JERSEY | | Corporation Tax Po Box 193 | | | Trenton | NJ | 08646 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of New Jersey | Department of Treasury | Division of Taxation | 50 Barrack St 1st Fl Lobby | | Trenton | NJ | 08646-0269 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF NEW JERSEY | DEPT. OF LABOR AND WORKFORCE | P.O. BOX 929 | | | TRENTON | NJ | 08646 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of New Jersey | Division of Taxation | Compliance Activity | PO Box 245 | | Trenton | NJ | 08646 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF NEW JERSEY | REV. PROCESSING CTR./CORP. BUS.TAX | P.O. BOX 257 | | | TRENTON | NJ | 08646 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| State of New Mexico Taxation & Revenue Department | Bankruptcy Section | 5301 Central NE | PO Box 8575 | | Albuquerque | NM | 87198-8575 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF SOUTH CAROLINA | STATE TREASURERS OFFICE | PO BOX 11778 | | | COLUMBIA | SC | 29211 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| STATE OF UTAH | | P.O. BOX 146705 | | | SALT LAKE CITY | UT | 84114 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| SUMMIT COUNTY TREASURER | | P.O.BOX 128 | | | COALVILLE | UT | 84017 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TARRANT COUNTY TAX COLLECTOR | RON WRIGHT | P.O. BOX 961018 | | | FORT WORTH | TX | 76161-0018 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TAX ASSESSOR/COLLECTOR | | P.O. BOX 660271 | | | DALLAS | TX | 75266-0271 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TAX TRUST ACCOUNT | CITY OF FOLSOM, C/O MUNISERVICES, L | 438 EAST SHAW AVE BOX 367 | | | FRESNO | CA | 93710 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Tennessee Dept of Revenue | | Andrew Jackson Building | 500 Deaderick St | | Nashville | TN | 37242 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Tennessee Dept of Revenue | c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNT | | 5601 SLAUSON | | | CULVER CITY | CA | 90230 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | | Austin | TX | 78774 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy - Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TEXAS STATE COMPTROLLER | | P.O. BOX 149354 | | | Austin | TX | 78714-9354 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TEXAS STATE COMPTROLLER | UNCLAIMED PROPERTY DIVISION | P.O. BOX 12019 | | | AUSTIN | TX | 78711 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| THOMSON REUTERS | (TAX & ACCOUNTING) | P.O. BOX 6016 | | | CAROL STREAM | IL | 60197-6016 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| THOMSON REUTERS | TAX & ACCOUNTING - CHECKPOINT | P.O. BOX 71687 | | | CHICAGO | IL | 60694-1687 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TONY YZAGUIRRE, JR. | | TAX ASSESSOR-COLLECTOR | | | BROWNSVILLE | TX | 78522 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TOWN OF DANVILLE | | 510 LA GONDA WAY | | | DANVILLE | CA | 94523 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TOWN OF NAGS HEAD | | P.O BOX 99 | | | NAGS HEAD | NC | 27959 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TOWN OF OAKLAND | | 15 SOUTH THIRD STREET | | | OAKLAND | MD | 21550 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TOWN OF OCEAN CITY | | P.O. BOX 5000 | | | OCEAN CITY | MD | 21843 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| TRAVIS COUNTY TAX OFFICE | | P.O. BOX 149328 | | | AUSTIN | TX | 78714-9328 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Treasurer of the State of Illinois | Legal Dept | James R Thompson Center | 100 W Randolph St Suite 15-600 | | Chicago | IL | 60601 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| UDAF | | P.O. BOX 146705 | | | SALT LAKE CITY | UT | 84114 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| UNITED STATES POSTAL SERVICE | | MIRA LOMA | | | MIRA LOMA | CA | 91752 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| UNITED STATES TREASURY | | Internal Revenue Service | | | Ogden | UT | 84201 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UTAH COUNTY TREASURER | | 100 EAST CENTER STREET, STE 1200 | | | PROVO | UT | 84606 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Utah Dept of Taxation | Attn Bankruptcy Section | 210 North 1950 West | | | Salt Lake City | UT | 84134 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| UTAH STATE TAX COMMISSION | | 210 N 1950 W | | | SALT LAKE CITY | UT | 84134 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| UTAH STATE TREASURER | | | | | Salt Lake City | UT | 84114 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| UTAH STATE TREASURER | UNCLAIMED PROPERTY DIVISION | P.O. BOX 140530 | | | SALT LAKE CITY | UT | 84114-0530 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Vermont Dept of Taxes | | 133 State St | | | Montpelier | VT | 05633-1401 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| VERTEX, INC. | | 25528 NEWTWORK PLACE | | | CHICAGO | IL | 60673-1255 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| VILLAGE OF CARPENTERSVILLE | | 1200 L.W. BESINGER DRIVE | | | CARPENTERSVILLE | CA | 60110 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| VILLAGE OF ROSEMONT | | 9501 W. DEVON AVE | | | ROSEMONT | IL | 60018 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Virginia Department of Taxation | | 1957 Westmoreland St | | | Richmond | VA | 23230 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Virginia Department of Taxation | | PO Box 2156 | | | Richmond | VA | 23218 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Washington DC Office of Tax and Revenue | | 1101 4th Street SW | Suite 270 West | | Washington | DC | 20024 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Washington Dept of Revenue | Attn Bankruptcy Unit | PO Box 47450 | | | Olympia | WA | 98504 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| WASHINGTON STATE | DEPARTMENT OF REVENUE | P.O. BOX 34052 | | | SEATTLE | WA | 98124 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| WASHINGTON STATE | DEPT OF LABOR & INDUSTRIES | P.O. Box 24106 | | | SEATTLE | WA | 98124-6524 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| WASHINGTON STATE | DEPTATMENT OF REVENUE | PO BOX 34053 | | | SEATTLE | WA | 98124 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| WELLS FARGO BANK WEST, N.A. | C/O CITY OF LAKEWOOD REVENUE DIV | P.O. BOX 280989 | | | LAKEWOOD | CO | 80228-0989 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| West Virginia State Tax Dept | Attn Bankruptcy Unit | 1206 Quarrier St | | | Charleston | WV | 25301 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| West Virginia State Tax Dept | Attn Legal Division Bankruptcy Unit | PO Box 766 | | | Charleston | WV | 25323-0766 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| WICOMICO COUNTY, MD | | P.O. BOX 4036 | | | SALISBURY | MD | 21803 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Wisconsin Dept of Revenue | | 2135 Rimrock Rd | | | Madison | WI | 53713 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| WORCESTER COUNTY GOVERNMENT | | P.O. BOX 64390 | | | BALTIMORE | MD | 21264 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| WRIGHT FORD YOUNG & CO. | | 16140 SAND CANYON AVE. 2ND FLR | | | IRVINE | CA | 92618 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Wyoming Dept of Revenue | | 122 W 25th St 2nd Floor West | | | Cheyenne | WY | 82002 | | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |
| Yukon Dept of Finance | | Yukon Government Administration Bldg | 3rd Fl Finance | 2071 2nd Ave | Whitehorse | YT | Y1A 2C6 | Canada | | | X | X | X | Unknown | Unknown | Unknown | Tax Claim |

B6F (Official Form 6F) (12/07)

In re: **Quiksilver, Inc.**                                                                                   Case No. 15-11880 (BLS)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.   See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| See Schedule F Attachment | | | | | | | $460,690,280.61 |
| | | | | Subtotal (Total on this page) | | | **$460,690,280.61** |
| | | | | Total | | | **$460,690,280.61** |
| | | | | (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule F
Creditors Holding Unsecured Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Codebtor | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOBE SYSTEMS INCORPORATED | | 75 REMITTANCE DRIVE, SUITE 1025 | | | CHICAGO | IL | 60675 | | Trade Payable | | | | | | $34,755.20 |
| ADVANCNE LLC | | 201 SOUTH LAKES AVENUES | | | PASADENA | CA | 91101 | | Trade Payable | | | | | | $5,482.70 |
| ALLEN & OVERY | | EDOUARD VII | | | PARIS | | 75009 | France | Trade Payable | | | | | | $69,998.63 |
| AMERICAN ARBITRATION ASSOCIATION | | 120 BROADWAY | | | NEW YORK | NY | 10271 | | Trade Payable | | | | | | $3,625.00 |
| AMERICAN STOCK TRANSFER &TRUST | ATTN ACCOUNTS PAYABLE | P.O. BOX 12893 | | | PHILADELPHIA | PA | 19176-0893 | | Trade Payable | | | | | | $4,833.50 |
| An Vu Derivative Litigation | BOTTINI & BOTTINI, INC | Attorneys for Plaintiff An H. Vu | Francis A. Bottini, Jr. & Albert Y. Chang & Yury A. Kolesnikov | 7817 Ivanhoe Avenue, Suite 102 | La Jolla | CA | 92037 | | Pending Litigation | | | x | x | x | Undetermined |
| ANTE GALIC | | 5A RIDLEY PARK #03-04 | | | SINGAPORE | SG | 248477 | Singapore | Trade Payable | | | | | | $13,777.30 |
| ARPIN INTERNATIONAL GROUP, INC. | | PO BOX 1306 | | | EAST GREENWICH | RI | 02818-0993 | | Trade Payable | | | | | | $17,146.79 |
| ASCENT ENTERPRISE SOLUTIONS LLC | | 2248 E 250 N | | | LAYTON | UT | 84040 | | Trade Payable | | | | | | $55,587.96 |
| Astor BK Realty Trust (State Claim) Patricia Stockman - San (Federal Claim) vs. Quiksilver, Inc. | Green & Noblin PC | Attorney for Astor BK Realty Trust | Attn James Robert Noblin | 4500 E Pacific Coast Hwy 4th Fl | Long Beach | CA | 90804 | | Pending Litigation | | | x | x | x | Undetermined |
| ATHLETICISM, INC | | 3905 STATE ST., STE 7-102 | | | SANTA BARBARA | CA | 93105 | | Trade Payable | | | | | | $66,668.00 |
| BALBOA TRAVEL INC | | 5414 OBERLIN DR. STE 300 | | | SAN DIEGO | CA | 92121 | | Trade Payable | | | | | | $1,478.38 |
| BARREDA MOLLER | | Av. Angamos Oeste 1200 | | | Lima 18 | | | PERU | Trade Payable | | | | | | $617.14 |
| BAYONE SOLUTIONS INC | | 4637 CHABOT DR., STE 250 | | | PLEASANTON | CA | 94588 | | Trade Payable | | | | | | $18,636.00 |
| BERARDINO & ASSOCIATES, LLC. | | 4 AVON LANE | | | GREENWICH | CT | 06830 | | Trade Payable | | | | | | $2,378.68 |
| Beth Grossbard v. Quiksilver, Inc. | Walkup Melodia Kelly & Schoenberger | Attorney for Plantiff Beth Grossbard | Khaldoun A Baghdadi Andrew P McDevitt | 650 California St 26th Fl | San Francisco | CA | 94108-2615 | | Pending Litigation | | | x | x | x | Undetermined |
| BOLET & TERRERO | | Av. Francisco de Miranda | Edificio Cavendes, Piso 12 | Los Palos Grandes | Caracas | | 1062 | VENEZUELA | Trade Payable | | | | | | $2,721.60 |
| BOULT WADE TENNANT | | Veralum Gardens | 70 Grays Inn Road | | London | | WC1X 8BT | UNITED KINGDOM | Trade Payable | | | | | | $1,280.91 |
| BRANDT TODD RICHARDS | | 880 CORNISH DRIVE | | | ENCINITAS | CA | 92024 | | Trade Payable | | | | | | $888.89 |
| BRIGHT PEOPLE INC | C/O WASSERMAN MEDIA GROUP | 2052 CORTE DEL NOGAL #150 | | | CARLSBAD | CA | 92011 | | Trade Payable | | | | | | $79,166.67 |
| BUFETE MEJIA & ASOCIADOS | | P.O. Box 1744 | | | San Pedro Sula | | | HONDURAS | Trade Payable | | | | | | $700.00 |
| BUSINESS WIRE, INC | DEPARTMENT 34182 | P.O. BOX 39000 | | | SAN FRANCISCO | CA | 94139 | | Trade Payable | | | | | | $394.00 |
| Carmelo Velazquez v. Tarquin Callen, QS Retail, Inc., Quiksilver, Inc. and DC Shoes, Inc. | Dervishi Levine & Morgan PC | Attorney for Carmelo Velazquez | Jared T Levine Esq | 11 Broadway Ste 615 | New York | NY | 10004 | | Pending Litigation | | | x | x | x | Undetermined |
| CHANDRAKANT M. JOSHI | | 5TH & 6TH VISHWA NANAK, CHAKALA ROA | | | MUMBAI | | 400099 | India | Trade Payable | | | | | | $350.00 |
| CHAVES, GELMAN, MACHADO, GILBERTO E | BARBOZA SOCIEDADE DE ADVOGADOS | AV. BRIG. FARIA LIMA | | | SAO PAULO | SP | 01452-001 | Brazil | Trade Payable | | | | | | $9,521.32 |
| COLLEEN KOTTWITZ | | 875 RIDGEWAY ST. | | | MORRO BAY | CA | 93442 | | Trade Payable | | | | | | $360.00 |
| CONCUR TECHNOLOGIES | | 62157 COLLECTIONS CTR DR. | | | CHICAGO | IL | 60693 | | Trade Payable | | | | | | $1,579.15 |
| CORPORATE EXECUTIVE BOARD | | 3393 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 | | Trade Payable | | | | | | $3,875.00 |
| CPA GLOBAL | | LIBERATION HOUSE, CASTLE STREET | | | ST. HELIER | JI | JE1 1BL | United Kingdom | Trade Payable | | | | | | $60,733.00 |
| D3 LED, LLC | | 11370 SUNRISE PARK DRIVE | | | RANCHO CORDOVA | CA | 95742 | | Trade Payable | | | | | | $4,084.99 |
| DELOITTE & ASSOCIES | | 185, AVENUE CHARLES-DE-GAULLE | | | CEDEX | | 92524 | France | Trade Payable | | | | | | $15,262.52 |
| DELOITTE & TOUCHE, LLP | | PO BOX 7247-6446 | | | PHILADELPHIA | PA | 19170-6446 | | Trade Payable | | | | | | $115,000.00 |
| DELOITTE TAX, LLP | | 695 Town Center Drive | Suite 1200 | | Costa Mesa | CA | 92626 | | Trade Payable | | | | | | $101,300.00 |
| DEMANDWARE INC | | 5 WALL STREET | | | BURLINGTON | MA | 01803 | | Trade Payable | | | | | | $243,005.55 |
| Deutsche Trustee Company Limited as Trustee | Attn Debt & Agency Services | Winchester House | 1 Great Winchester Street | | London | | EC2N 2DB | United Kingdom | Indenture dated as of December 10, 2010 for 8.875% Senior Notes due 2017 | | x | x | x | | $227,677,274.36 |
| Dirtball Fashion, LLC / William Joseph Fox v. DC Shoes, Inc., Quiksilver, Inc. | DIRTBALL FASHION LLC | 7 14TH STREET SW | | | HICKORY | NC | 23602 | | Pending Litigation | | | x | x | x | Undetermined |
| DMV RENEWAL | | P.O. Box 942869 | | | Sacramento | CA | 94269-0001 | | Trade Payable | | | | | | $479.00 |
| DREW & NAPIER LLC | OCEAN FINANCIAL CENTRE | 10 COLLYER QUAY #10-01 | | | SINGAPORE | SG | 49315 | Singapore | Trade Payable | | | | | | $2,638.49 |
| DUANE MORRIS LLP | | 30 S. 17TH STREET | | | PHILADELPHIA | PA | 19103 | | Trade Payable | | | | | | $5,567.16 |
| DUO SECURITY INC | | 617 DETROIT ST | | | ANN ARBOR | MI | 48104 | | Trade Payable | | | | | | $540.00 |
| Employee 17 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Severance & COBRA | N/A | | | x | | $1,215,487.97 |
| Employee 3 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Severance | N/A | | | x | | $1,674.12 |
| Employee 3 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Severance | N/A | | | x | | $1,982,966.53 |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule F
Creditors Holding Unsecured Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Codebtor | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee 325 | | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Severance & COBRA | N/A | | X | | | $17,401.05 |
| Employee 333 | | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Severance & COBRA | N/A | | X | | | $235,999.00 |
| ENTERPRISE FLEET MANAGEMENT | | P.O. BOX 800089 | | | KANSAS CITY | MO | 64180 | | Trade Payable | | | | | | $2,454.62 |
| FACEBOOK, INC. | | 15161 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693 | | Trade Payable | | | | | | $22,039.65 |
| FASKEN MARTINEAU DUMOULIN LLP | | 800 PLACE VICTORIA, SUITE 3700 | | | MONTREAL | QC | H4Z 1E9 | Canada | Trade Payable | | | | | | $39,036.33 |
| FIBERLINK COMMUNICATIONS CORP. | | DEPT. 3012 PO BOX 123012 | | | DALLAS | TX | 75312-3012 | | Trade Payable | | | | | | $36,900.00 |
| FLUID, INC | | 222 SUTTER STREET, 8TH FLOOR | | | SAN FRANCISCO | CA | 94108 | | Trade Payable | | | | | | $20,125.00 |
| FRAGOMEN, DEL REY, | BERNSEN & LOEWY, LLP | 75 REMITTANCE DR., STE 6072 | | | CHICAGO | IL | 60675-6072 | | Trade Payable | | | | | | $18,110.26 |
| FRONTECH SOLUTIONS INC. | | 118 ADVANCED TECHNOLOGY CENTRE | | | EDMONTON | AB | A9A 9A9 | Canada | Trade Payable | | | | | | $22,240.00 |
| GBT US III LLC | DBA AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL | 2401 W. BEHREND DR, STE 55 | | | PHOENIX | AZ | 85027 | | Trade Payable | | | | | | $871.00 |
| Geotag, Inc. v. Yakira, LLC, et al. | Reese, Gordon, Marketos | Attorneys for GeoTag | 750 N. Saint Paul St. Suite 610 | | Dallas | Texas | 75201 | | Pending Litigation | | | X | X | X | Undetermined |
| GLENHILL ASSET MANAGEMENT | | 30262 CROWN VALLEY PKWY B306 | | | LAGUNA NIGUEL | CA | 92677 | | Trade Payable | | | | | | $4,960.00 |
| GLOBAL CROSSING TELECOMMUNICATIONS, | | P.O. BOX 741276 | | | CINCINNATI | OH | 45274 | | Trade Payable | | | | | | $56,222.51 |
| GOOGLE, INC | | PO BOX 39000 DEPT 33654 | | | SAN FRANCISCO | CA | 94139 | | Trade Payable | | | | | | $9,841.06 |
| GOWLING LAFLEUR HENDERSON LLP | | | | | | | | | Trade Payable | | | | | | $767.17 |
| HOLIHAN LAW | | 1101 N LAKE DESTINY RD STE275 | | | MAITLAND | FL | 32751 | | Trade Payable | | | | | | $157.50 |
| HOME DEPOT CREDIT SERVICES | DEPT. 32-2504997077 | PO BOX 183176 | | | COLUMBUS | OH | 43218-3176 | | Trade Payable | | | | | | $1,852.49 |
| ICR LLC | | 761 MAIN AVE | | | NORWALK | CT | 06851 | | Trade Payable | | | | | | $7,500.00 |
| INVESTIP | | 1 Bis Yet Kieu Street | P.O. Box 418 | | Hanoi | | | VIETNAM | Trade Payable | | | | | | $528.86 |
| JAUREGUI Y DEL VALLE, S.C. | | PASEO DE LOS TAMARINDOS | | | BOSQUES DE LAS LOMAS | DF | 05120 | Mexico | Trade Payable | | | | | | $4,700.62 |
| JOHN D. MCCLOUD, JR. | | 304 N. CARTER ST UNIT 203 | | | PALATINE | IL | 60067 | | Trade Payable | | | | | | $980.00 |
| JONES DAY | | 901 Lakeside Avenue | | | Cleveland | OH | 44114 | | Trade Payable | | | | | | $634.50 |
| JSM | | 16TH-19TH Floors Princes Central | | | | HK | 999077 | Hong Kong | Trade Payable | | | | | | $3,905.00 |
| JT TECH INC | | 13715 E KRONQUIST ROAD | | | SPOKANE | WA | 99217 | | Trade Payable | | | | | | $134,052.56 |
| Kamco Supply Corp. v. Jeta LLC, including Hartford Dire Insurance Company | | | | | | | | | Pending Litigation | | | X | X | X | Undetermined |
| KPMG LLP | | DEPT 0922 PO BOX 120922 | | | DALLAS | TX | 75312 | | Trade Payable | | | | | | $17,547.00 |
| LAW OFFICE OF JULIE L. PLISINSKI | | 27762 ANTONIO PKWY, STE L1-229 | | | LADERA RANCH | CA | 92694 | | Trade Payable | | | | | | $7,410.00 |
| LIU, SHEN & ASSOCIATES | | | | | | | | | Trade Payable | | | | | | $1,549.26 |
| MARCHAIS DE CANDE | | 29 Rue Marbeuf | | | Paris | | 75008 | France | Trade Payable | | | | | | $7,325.57 |
| MARK MONITOR, INC. | | P.O. BOX 71398 | | | CHICAGO | IL | 60694-1398 | | Trade Payable | | | | | | $2,284.00 |
| Matthew Gainey v. Quiksilver | Butler & Dodge LLP | Attorney for Gainey | 409 N Camden Dr Ste 200 | | Beverly Hills | CA | 90210 | | Pending Litigation | | | X | X | X | Undetermined |
| MICROPATENT, LLC | | P.O. BOX 71386 | | | CHICAGO | IL | 60694-1386 | | Trade Payable | | | | | | $1,400.00 |
| MONYCA ELEOGRAM | DBA MONYCA SURFING LLC | P.O. BOX 875 | | | HANA | HI | 96713 | | Trade Payable | | | | | | $4,888.89 |
| MOODY'S INVESTORS SERVICE | | PO BOX 102597 | | | ATLANTA | GA | 30368 | | Trade Payable | | | | | | $70,000.00 |
| NETWORK PROVIDENCE LLC | | 2020 MONO ST | | | OXNARD | CA | 93036 | | Trade Payable | | | | | | $93.75 |
| O'MELVENY & MYERS LLP | | | | | | | | | Trade Payable | | | | | | $425,026.56 |
| ONEIL LLP | | | | | | | | | Trade Payable | | | | | | $5,693.54 |
| PARACORP INCORPORATED | dba PARASEC | 1225 NORTHMEADOW | | | Sacramento | CA | | | Trade Payable | | | | | | $176.75 |
| PAYMETRIC, INC | | PARKWAY, SUITE 110 | | | ROSWELL | GA | 30076 | | Trade Payable | | | | | | $7,500.00 |
| PEKIN & PEKIN | | LAMARTINE CADDESI 10 | | | TAKSIM | | 99999 | Germany | Trade Payable | | | | | | $5,502.40 |
| POLSERVICE PATENT | & TM ATTORNEYS | 00-950 WARSAW PO BOX 335 | | | WARSAW | PDK | 99-999 | Poland | Trade Payable | | | | | | $4,670.84 |
| PORTLAND COLLECTIVE, LLC | | THE WESTGATE BLDG | | | PORTLAND | OR | 97221 | | Trade Payable | | | | | | $3,601.49 |
| POWERREVIEWS, INC. | | 440 N. WELLS STREET SUITE 720 | | | CHICAGO | IL | 60654 | | Trade Payable | | | | | | $9,131.87 |
| PRYOR CASHMAN LLP | | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | | Trade Payable | | | | | | $357.57 |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule F
Creditors Holding Unsecured Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Codebtor | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quiksilver, Inc. v. L&M Construction Management, Inc. | | | | | | | | | Pending Litigation | | | x | x | x | Undetermined |
| Quiksilver, Inc., QS Wholesale, Inc. v. Rox Volleyball, Inc., 1st Place Team Sales, Inc. | IRELL & MANELLA LLP | Attorney for Rox Volleyball | A. Matthew Ashley & Lisa S. Glasser | 840 Newport Center Drive, Suite 400 | Newport Beach | CA | 92660-6324 | | Pending Litigation | | | x | x | x | Undetermined |
| RHONE GROUP LLC | | 630 FIFTH AVE | | | NEW YORK | NY | 10111 | | Trade Payable | | | | | | $21,158.77 |
| ROBBY NAISH | | 600 HAUMANA ROAD | | | HAIKU | HI | 96708 | | Trade Payable | | | | | | $9,500.00 |
| ROBERT B. MCKNIGHT, JR. | | 167 EMERALD BAY | | | LAGUNA BEACH | CA | 92651 | | Trade Payable | | | | | | $1,888.62 |
| ROSANNE HODGE | | P.O. BOX 8031 | | | EAST LONDON | NW | 09999 | South Africa | Trade Payable | | | | | | $459.87 |
| RR DONNELLEY FINANCIAL INC. | | P.O. BOX 932721 | | | CLEVELAND | OH | 44193 | | Trade Payable | | | | | | $1,127.00 |
| RSA SECURITY LLC | | P.O. BOX 49951 | | | ATLANTA | GA | 31192 | | Trade Payable | | | | | | $38,888.96 |
| RYAN KEITH NEWSOME | | 2503 E. 21ST ST. #206 | | | SIGNAL HILL | CA | 90755 | | Trade Payable | | | | | | $4,417.50 |
| SCHOUTEN & ASSOCIATES | | PERU 697 ESQ FORTIN TOLEDO | | | ASUNCION | CEN | 99999 | Paraguay | Trade Payable | | | | | | $300.00 |
| SHEPPARD MULLIN RICHTER | & HAMPTON, LLP | 333 SOUTH HOPE ST., 43RD FLOOR | | | LOS ANGELES | CA | 90071 | | Trade Payable | | | | | | $56,123.39 |
| SINGH & SINGH LALL & SETHI | | D-17 S. EXTENSION PART-II | | | NEW DELHI | | 110049 | India | Trade Payable | | | | | | $1,095.00 |
| SNELL & WILMER L.L.P. | | 600 Anton Boulevard, Suite 1400 | | | Costa Mesa | CA | 92626 | | Trade Payable | | | | | | $12,206.56 |
| STEEL TECHNOLOGY, LLC | DBA HYDRO FLASK | 561 NW YORK DR | | | BEND | OR | 97701 | | Trade Payable | | | | | | $65,798.58 |
| Stevens Shareholder Litigation | Westerman Law Corp | Attorneys for Lead Plantiff Babulal Parmar and Lead Counsel for Class | Jeff S Westerman | 1900 Avenue of the Stars 11th Fl | Los Angeles | CA | 90067 | | Pending Litigation | | | x | x | x | Undetermined |
| TEALIUM INC. | | 11085 TORREYANA RD STE 200 | | | SAN DIEGO | CA | 92121 | | Trade Payable | | | | | | $6,000.00 |
| THE NASDAQ OMX CORP SOLUTIONS LLC | | LOCKBOX 11700 | | | PHILADELPHIA | PA | 19178-0700 | | Trade Payable | | | | | | $3,600.00 |
| THOMSON REUTERS (MARKETS) LLC | | PO BOX 415983 | | | BOSTON | MA | 02241 | | Trade Payable | | | | | | $1,896.00 |
| TIBCO SOFTWARE, INC | | LOCKBOX# 7514, PO BOX 7247 | | | PHILADELPHIA | PA | 19170-7514 | | Trade Payable | | | | | | $37,080.00 |
| TRAVIS RICE, INC | C/O WASSERMAN MEDIA GROUP, LLC | 2052 CORTE DEL NOGAL, STE 150 | | | Carlsbad | CA | 92011 | | Trade Payable | | | | | | $5,555.55 |
| U.S. Bank National Association | Justin Shearer | 100 Wall Street, Suite 1600 | | | New York | NY | 10005 | | Indenture dated as of July 16, 2013 for 10.00% Senior Notes due 2020 | | x | | | | $227,375,000.00 |
| WEBFILINGS LLC | | 2900 UNIVERSITY BLVD | | | AMES | IA | 50010 | | Trade Payable | | | | | | $6,000.00 |
| XEROX CORP. | | P.O. BOX 7405 | | | PASADENA | CA | 91109-7405 | | Trade Payable | | | | | | $4,567.65 |
| YUKSELKARKINKUCUK | ATTORNEY PARTNERSHIP | ASTORIA A KULE KAT 6-24-26-27 | | | ISTANBUL | | | Turkey | Trade Payable | | | | | | $341.98 |
| | | | | | | | | | | | | | | TOTAL: | $460,690,280.61 |

B6G (Official Form 6G) (12/07)

**In re: Quiksilver, Inc.**                                                      **Case No. 15-11880 (BLS)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST.  STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| See Schedule G Attachment | |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| 24 Seven Talen Source ULC | | 2431 WEST COAST HIGHWAY | SUITE 204 | | NEWPORT BEACH | CA | 92663 | | Contract dated February 17, 2011 |
| 24 Seven Talen Source ULC | | 2431 WEST COAST HIGHWAY | SUITE 204 | | NEWPORT BEACH | CA | 92663 | | Payroll Services Agreement dated June 17, 2015 |
| A&G Realty Partners, LLC | | 445 BROADHOLLOW RD., #410 | | | MELVILLE | NY | 11747 | | Real Estate Services Agreement dated September 4, 2015 |
| AA Data Company | | 6650 W INDIANTOWN RD | | | JUPITER | FL | 33458 | | ActionWatch Subscription Agreement 10APR2014 |
| Adobe | | 75 REMITTANCE DRIVE, SUITE 1025 | | | CHICAGO | IL | 60675 | | Adobe Analytics services ($220,000) - Term: 11/30/2016 |
| Adobe Systems Incorporated | | 75 REMITTANCE DRIVE, SUITE 1025 | | | CHICAGO | IL | 60675 | | Adobe Analytics Standard Edition - Service Level Agreement dated December 1, 2014 |
| Adobe Systems, Inc. | | 75 REMITTANCE DRIVE, SUITE 1025 | | | CHICAGO | IL | 60675 | | Service Order Addendum No. 2 7MAY2013 |
| ADP, Inc. | Attention: General Manager | 10407 Centurion Parkway North | | | Jacksonville | FL | 32256 | | Master Services Agreement  - Term: Through January 19, 2019 |
| ADP, Inc. | Attention: General Manager | 10407 Centurion Parkway North | | | Jacksonville | FL | 32256 | | National Account Services Master Services Agreement dated September 27, 2006 |
| Adrem Co., Ltd. | WILSON SHIM | 104-2304 World Merdian | | | Gyeonggi-Do | | 423-010 | South Korea | Quiksilver Vendor Agreement dated June 17, 2014 |
| Aikau Family LLC | | 352 AUWAIOLIMU STREET | | | HONOLULU | HI | 96813 | | Eddie event license - Term: Through April 30, 2016 |
| AIMERITO, INC | | 4007 PARAMOUNT BLVD | | | LAKEWOOD | CA | 90712 | | IT Agreement |
| AIT Worldwide Logistics, Inc. | | 19901 Hamilton Avenue | Unit D | | Torrance | CA | 90502 | | Logistics agreement dated May 28, 2015 |
| Alexandre Barbier | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated April 10, 2014 (revised May 22, 2014) |
| Andersen, Lisa | | 5008 CAMINO ESCOLLO | | | SAN CLEMENTE | CA | 92673 | | Athlete Agreement - End Date: 10/31/2017 |
| Andres Castillo | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated June 1, 2002 |
| Andrew Bruejnes | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated May 22, 2015 |
| Andrew Sweet | | 20 BEVERLY PLACE | | | DARIEN | CT | 06820 | | Indemnity Agreement dated July 31, 2009 |
| Anhui ZA Import and Export Co Litd | QAS | Z&A Building | | | Hefei | | 230022 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Antoine Blaquart | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated March 1, 2015 |
| APTOS, INC. | FKA EPICOR RSG (US), INC. | 15 GOVERNOR DRIVE | | | NEWBURGH | NY | 12550 | | IT Agreement |
| Aryan's SARL | | BD Chefchaouini, km 10, lot. Zakia | | | Casablanca | | 20250 | Morocco | Quiksilver Vendor Agreement dated April 20, 2014 |
| Ascent Enterprise Solutions | | 2248 E 250 N | | | LAYTON | UT | 84040 | | Consulting Services Agreement 1APR2014 |
| ASCENT ENTERPRISE SOLUTIONS LLC | | 2248 E 250 N | | | LAYTON | UT | 84040 | | Consulting Services Agreement  - Term: October 31, 2014 |
| Asmara International Limited | TNG | Unit 88, Tong Yuen Factory Bldg | | | HONG KONG | KLN | 999077 | Hong Kong | Quiksilver Vendor Agreement dated April 15, 2014 |
| Association of Surfing Professionals LLC | | 2140 South DuPont Highway | | | Camden | DE | 19934 | | Specialty Event License Renewal Agreement dated August 13, 2014 |
| AtakBrand LLC | Patricia T. Stambelos  Esq. | 543 Country Club Drive | Suite B209 | Re David Bond | Simi Valley | CA | 93065 | | Assignment Agreement  - Term: Indefinitely with buy out option |
| AtakBrand LLC | Kim R. McDaniel | Howell  Moore & Gough LLP | 812 Presidio Avenue | Re Marcus Elliott, M.D. | Santa Barbara | CA | 93101 | | Assignment Agreement  - Term: Indefinitely with buy out option |

**In re: Quiksilver, Inc.**
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| AtakBrand LLC | David Bond | 5270 Via Quinto | | | Newbury Park | CA | 91320 | | Assignment Agreement  - Term: Indefinitely with buy out option |
| AtakBrand LLC | Marcus Elliott  M.D. | 3905 State St. | Suite 7-102 | | Santa Barbara | CA | 93105 | | Assignment Agreement  - Term: Indefinitely with buy out option |
| Athleisure, Inc. d.b.a. Sun Diego Boardshops | | 1350 SPECIALTY DR STE F | | | VISTA | CA | 92801 | | Sub-Sponsorship Agreement 3APR2015 |
| Athleticism, Inc dba Sun Diego | | 1350 SPECIALTY DR STE F | | | VISTA | CA | 92801 | | Sub-Sponsorship Agreement (Sun Diego store at Padres stadium) - Term: Through October 31, 2017 |
| Athleticism, Inc. | | 3905 STATE ST., STE 7-102 | | | SANTA BARBARA | CA | 93105 | | Consulting Services Agreement (AMPLA) - Term: 12/20/2016 |
| AustinCSI, LLC | | 5340 LEGACY DRIVE, SUITE 180 | | | PLANO | TX | 75024 | | Consulting Services Agreement 16SEP2013 |
| Balboa Travel, Inc. | | 5414 OBERLIN DR. STE 300 | | | SAN DIEGO | CA | 92121 | | Balboa Travel Services Agreement  - Term: 43172 |
| Balboa Travel, Inc. | | 5414 OBERLIN DR. STE 300 | | | SAN DIEGO | CA | 92121 | | Corporate Travel Services Agreement 13MAR2015 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Amendment and Extension to Lease Agreement dated December 29, 2013 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 4 SOUTH | | | TUCKER | GA | 30084 | | Amendment and Extension to Lease Agreement dated December 29, 2013 |
| Banc of America Leasing & Capital, LLC | | 2069 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Amendment and Extension to Lease Agreement dated December 29, 2013 |
| Banc of America Leasing & Capital, LLC | | LEASE ADMINISTRATION CENTER | | | ATLANTA | GA | 30384 | | Amendment and Extension to Lease Agreement dated December 29, 2013 |
| Banc of America Leasing & Capital, LLC | | ONE FINANCIAL PLAZA | | | PROVIDENCE | RI | 02903 | | Amendment and Extension to Lease Agreement dated December 29, 2013 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 4 SOUTH | | | TUCKER | GA | 30084 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | 2069 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | LEASE ADMINISTRATION CENTER | | | ATLANTA | GA | 30384 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | ONE FINANCIAL PLAZA | | | PROVIDENCE | RI | 02903 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 4 SOUTH | | | TUCKER | GA | 30084 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | 2069 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | LEASE ADMINISTRATION CENTER | | | ATLANTA | GA | 30384 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Banc of America Leasing & Capital, LLC | | ONE FINANCIAL PLAZA | | | PROVIDENCE | RI | 02903 | | Amendment Number 1 to Lease Agreement No. 16419-00400 19APR2012 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated December 27, 2006 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 4 SOUTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated December 27, 2006 |
| Banc of America Leasing & Capital, LLC | | 2069 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated December 27, 2006 |
| Banc of America Leasing & Capital, LLC | | LEASE ADMINISTRATION CENTER | | | ATLANTA | GA | 30384 | | Schedule to Lease Agreement dated December 27, 2006 |
| Banc of America Leasing & Capital, LLC | | ONE FINANCIAL PLAZA | | | PROVIDENCE | RI | 02903 | | Schedule to Lease Agreement dated December 27, 2006 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated February 8, 2008 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 4 SOUTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated February 8, 2008 |
| Banc of America Leasing & Capital, LLC | | 2069 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated February 8, 2008 |
| Banc of America Leasing & Capital, LLC | | LEASE ADMINISTRATION CENTER | | | ATLANTA | GA | 30384 | | Schedule to Lease Agreement dated February 8, 2008 |
| Banc of America Leasing & Capital, LLC | | ONE FINANCIAL PLAZA | | | PROVIDENCE | RI | 02903 | | Schedule to Lease Agreement dated February 8, 2008 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated October 23, 2007 |
| Banc of America Leasing & Capital, LLC | | 2059 NORTHLAKE PARKWAY 4 SOUTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated October 23, 2007 |
| Banc of America Leasing & Capital, LLC | | 2069 NORTHLAKE PARKWAY 3RD FLOOR NORTH | | | TUCKER | GA | 30084 | | Schedule to Lease Agreement dated October 23, 2007 |
| Banc of America Leasing & Capital, LLC | | LEASE ADMINISTRATION CENTER | | | ATLANTA | GA | 30384 | | Schedule to Lease Agreement dated October 23, 2007 |
| Banc of America Leasing & Capital, LLC | | ONE FINANCIAL PLAZA | | | PROVIDENCE | RI | 02903 | | Schedule to Lease Agreement dated October 23, 2007 |
| BayOne Solutions, Inc. | | 4637 CHABOT DR., STE 250 | | | PLEASANTON | CA | 94588 | | Bayone Consulting Services Agreement (developers to assist with integration for Demandware, SAP, etc.) - Term: Through March 1, 2016 |
| BayOne Solutions, Inc. | | 4637 CHABOT DR., STE 250 | | | PLEASANTON | CA | 94588 | | Consulting Services Agreement 1MAR2015 |
| Bernd Beetz | | 665 FIFTH AVENUE, 2ND FLOOR | | | NEW YORK | NY | 10022 | | Indemnity Agreement dated May 12, 2014 |
| Biotherm | | 1 Rue Du Tenao | | | Roc Fleuri | | 98000 | Monaco | License Agreement |
| Blue Ocean Far East Co. Ltd. | | 12/F.. PAT TAT INDUSTRIAL BUILDING | | | KOWLOON | KLN | 999077 | Hong Kong | Quiksilver Vendor Agreement dated May 23, 2014 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Blueseas Enterprise Co., Ltd. | | RM 1307, 13/F, BLOCK B, SEA VIEW ES | | | HONG KONG | HK | 999077 | Hong Kong | Quiksilver Vendor Agreement dated May 23, 2014 |
| Borderfree, Inc. | | 292 Madison Ave 5th Fl | | | New York | NY | 10017 | | Borderfree (International shipping from US e-commerce sites) - Term: 02/11/2020 |
| BOTTINI & BOTTINI, INC | Attorneys for Plaintiff An H. Vu | Francis A. Bottini, Jr. & Albert Y. Chang & Yury A. Kolesnikov | 7817 Ivanhoe Avenue, Suite 102 | | La Jolla | CA | 92037 | | Litigation |
| Brand ID HK Ltd. | STELLA | Flat A, 15/F, Yam Hop Hing Ind. Bld | | | Kwai Chung, N.T. | NT | 999077 | Hong Kong | Quiksilver Vendor Agreement between Quiksilver, Inc. and Brand ID HK Ltd. Dated May 2, 2014 |
| Branding Brand, LLC | | P.O. BOX 10719 | | | PITTSBURGH | PA | 15203 | | Mobile and Social Master Services Agreement 25OCT2012 |
| Bremer Whyte Brown & O'Meara | | 20320 S.W. BIRCH STREET, 2ND FLOOR | | | NEWPORT BEACH | CA | 92660 | | Modaddy Sanford Settlement Agreement and General Release of Claims MAR2015 |
| Brian Sininger | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated July 17, 2015 |
| Bridge - X | | 104 WINDSOR CENTER DR., #500 | | | EAST WINDSOR | NJ | 08520 | | Bridge-X  - Term: 01/01/2016 |
| Bridge-X-Technologies, Inc. | | 104 WINDSOR CENTER DR., #500 | | | EAST WINDSOR | NJ | 08520 | | Software License Agreement 20MAY2013 |
| Bright, Torah | C0 WASSERMAN MEDIA GR. LLC | 2052 CORTE DEL NOGAL, STE# 150 | | | CARLSBAD | CA | 92011 | | Athlete Agreement - End Date: 10/31/2017 |
| Brinco Mechanical Services, Inc. | | 125 SOUTH MAIN ST | | | FREEPORT | NY | 11520 | | National HVAC Agreement dated May 23, 2013 |
| Butler & Dodge LLP | Attorney for Gainey | 409 N Camden Dr Ste 200 | | | Beverly Hills | CA | 90210 | | Litigation |
| Byrne-Wickey, Monyca | C/O OCTAGON, INC. | 7950 JONES BRANCH DRIVE, SUITE 700N | | | MCLEAN | VA | 22107 | | Athlete Agreement - End Date: 01/31/2017 |
| Carol Scherman | | 25 Arrowhead | | | Irvine | CA | 92618 | | Consulting Services Agreement dated August 16, 2015 |
| Cegid Corporation | | 274 MADISON AVENUE, SUITE 1404 | | | NEW YORK | NY | 10016 | | Supply of Computer Products and Services  - Term: Not clear from the schedules |
| Channel Advisor Corporation | | 2701 Aerial Center Parkway | | | Morrisville | NC | 27560 | | Master Services Agreement  - Term: December 2014 with auto-renewing periods of 1 year |
| Channel Advisor Corporation | | 2701 Aerial Center Parkway | | | Morrisville | NC | 27560 | | Master Services Agreement dated December 30, 2013 |
| China Smart Garment | | No 288. Lihe Road | | | Dongguan | | 523056 | China | Quiksilver Vendor Agreement dated April 15, 2014 |
| China Smart Garment | | 489-491 Castle Peak Road | | | Kowloon | KLN | 999077 | Hong Kong | Quiksilver Vendor Agreement dated April 15, 2014 |
| China Smart Garment | QAS | 489-491 Castle Peak Road | | | Kowloon | KLN | 999077 | Hong Kong | Quiksilver Vendor Agreement dated April 15, 2014 |
| Ching Kung Him Wo Garment Fty Ltd | QAS | NO. 83 Dong Nin Road | | | Jiangmen | | 523560 | China | Quiksilver Vendor Agreement dated June 17, 2014 |
| Ching Kung Him Wo Garment Fty Ltd | QAS | Block D, 11/F., Hoover Ind. Bldg. | | | Kwai Chung | NT | 999077 | Hong Kong | Quiksilver Vendor Agreement dated June 17, 2014 |
| Christa (Kiki) Prince | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated September 10, 2013 |
| Cinthya Garza | | 15849 Quail Summit Ct. | | | Victorville | CA | 92394 | | Separation Agreement dated August 21, 2015 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| CitrusBits, Inc. | | 5776 STONERIDGE MALL RD. | | | PLEASANTON | CA | 94588 | | Consulting Services Agreement 14OCT2015 |
| City of Los Angeles | HARBOR DEPARTMENT | PO BOX 514300 | | | LOS ANGELES | CA | 90051-4300 | | FTZ with LA Harbor - Term: Through February 2018 |
| Column5 Consulting, LLC | | 4800 N. SCOTTSDALE ROAD, STE 2300 | | | SCOTTSDALE | AZ | 85251 | | Consulting Services Agreement - Term: 10/31/2014 |
| Column5 Consulting, LLC | | 4800 N. SCOTTSDALE ROAD, STE 2300 | | | SCOTTSDALE | AZ | 85251 | | Consulting Services Agreement 21MAR2014 |
| Commercial Madison, SA | Attention: Sebastian Barros A. | San Ignacio 500 8107 | Quilicura | | Santiago | | | CHILE | Distribution Agreement - Expiration Date: 10/31/2016 |
| Computer Protection Technology | | 1215 PACIFIC OAKS PL #106 | | | ESCONDIDO | CA | 92029-2910 | | Equipment Maintenance Renewal Agreement 20NOV2014 |
| Computer Protection Technology, Inc. | | 1215 PACIFIC OAKS PL #106 | | | ESCONDIDO | CA | 92029-2910 | | Equipment Maintenance Renewal Agreement (maintenance for generators at HQ and MLDC) - Term: Through February 19, 206 |
| Cores Accessories, Ltd. | | 9F-3, No. 57, Sec. 3 | | | Taipei | TPE | 00111 | Taiwan | Quiksilver Vendor Agreement between Quiksilver, Inc. and cores Accessories Ltd. Dated April 29, 2014 |
| CoreTrust Purchasing Group | Chief Legal Officer | 155 Franklin Road | Suite 400 | | Brentwood | TN | 37027 | | Participation Agreement - Term: August 2015; auto-renews for additional one year terms |
| CPA Global | | 2318 Mill Road, 12th Floor | | | Alexandria | VA | 22314 | | Trade Mark Payment Services Agreement 30SEP2013 |
| CPA Global | | LIBERATION HOUSE, CASTLE STREET | | | ST. HELIER | JI | JE1 1BL | United Kingdom | Trade Mark Payment Services Agreement 30SEP2013 |
| CPA Global Limited | | 2318 MILL ROAD, 12 FL | | | ALEXANDRIA | VA | 22314 | | Trade Mark Payment Services Agreement - Term: Through December 31, 2015 |
| Creative Logistics Solutions, Inc. | | 2135 ESPEY COURT, SUITE 1 | | | CROFTON | MD | 21114 | | Software Update Agreement Amendment No. 1 2MAR2015 |
| CRITEO CORP | | 100 AVENUE OF THE AMERICAS, FL 5 | | | NEW YORK | NY | 10013 | | Insertion Order - Term: Until terminated |
| Criteo S.A. | | 100 AVENUE OF THE AMERICAS, FL 5 | | | NEW YORK | NY | 10013 | | Universal Insertion Order - Criteo Service |
| D3 LED, LLC | | 11370 SUNRISE PARK DRIVE | | | RANCHO CORDOVA | CA | 95742 | | Services Agreement Modification 12JUN2012 |
| Dada Moland | | | | | | | | | Quiksilver Vendor Agreement between Quiksilver, Inc. and Dada Moland dated May 23, 2014 |
| Dalian Utec Dress Co., Ltd | | No. 19 Xingxian Street | | | Dalian | | 116025 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Damco USA, Inc. | | 180 PARK AVE BLDG 105 | | | FLORHAM PARK | NJ | 07932 | | Logistics Services Agreement - Term: Until terminated |
| Delta Global Sourcing Limited | | 3/F, Fook Cheong Building | | | Hong Kong | HK | 999077 | Hong Kong | Quiksilver Vendor Agreement dated May 23, 2014 |
| Demandware, Inc. | | 5 WALL STREET | | | BURLINGTON | MA | 01803 | | Master Subscription and Services Agreement 7SEP2011 |
| Denimatrix, S.A. | WILSON AVALOS WILSON AVA | 70 West 40th Street,11th Floor | | | New York | NY | 10018 | | Quiksilver Vendor Agreement dated September 2, 2014 |
| Dennis Hayer | Harwood Feffer LLP | Robert I Harwood Esq Tanya Korkhov Esq | 488 Madison Ave 8th Fl | | New York | NY | 10022 | | Litigation |
| Dennis Hayer | | 1500 Jackson St No. 602 | | | Dallas | TX | 75201 | | Litigation |
| Dervishi Levine & Morgan PC | Attorney for Carmelo Velazquez | Jared T Levine Esq | 11 Broadway Ste 615 | | New York | NY | 10004 | | Litigation |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Did-it.com, LLC | | 330 OLD COUNTRY RD., STE. 206 | | | MINEOLA | NY | 11501 | | Master Services Agreement dated January 30, 2013 |
| Do-Gree Fashions Ltd USA | MATTHEW TOCK | 3205 Bedford St | | | Montreal | QC | H3S 1G3 | Canada | Quiksilver Vendor Agreement dated May 21, 2014 |
| Domex Company Limited | QAS | Cheung Yue Street | | | Cheung Sha Wan | KLN | 999077 | Hong Kong | Quiksilver Vendor Agreement dated April 11, 2014 |
| Dotcom-Monitor.com | | P.O. BOX 220 | | | MOUND | MN | 55364 | | Subscription Agreement 27NOV2013 |
| Dragon Crowd Garment, Inc. | EDWARD | Fl/5 Bldg A, C&E Centre | | | Ningbo | | 315040 | China | Quiksilver Vendor Agreement dated April 23, 2014 |
| DSS Staffing, Inc. | | P.O. BOX 327 | | | WILLAMSVILLE | NY | 14231 | | Temporary Staffing Services Agreement 5APR2014 |
| Dubhe Corporation | | Che-Il Bldg Rm 1501, 256-13 | | | Seoul | | 121-758 | South Korea | Quiksilver Vendor Agreement dated April 16, 2014 |
| E. Gluck Corporation | Attn: Barbara Weichselbaum | 29-10 Thomson Street | | | Long Island City | NY | 11101 | | License Agreement - Expiration Date: 12/31/2020 |
| East End Apparels | | C-19, SECTOR- 3 | | | Noida, Gautam Budh Nagar, U.P. | | 201301 | India | Quiksilver Vendor Agreement dated May 23, 2014 |
| Eastman Exports Global Clothing (P) Ltd. | | 10, 12, KUMARANAGAR (SOUTH) | | | TIRUPUR | | 641603 | India | Quiksilver Vendor Agreement dated September 2, 2014 |
| EBAY ENTERPRISE MARKETING SOLUTIONS | | P.O. BOX 204113 | | | DALLAS | TX | 75320-4114 | | IT Agreement |
| EDO Interactive, Inc. | | 3841 GREEN HILLS VILLAGE DR. | | | NASHVILLE | TN | 37215 | | Insertion Order 1MAY2014 |
| Elizabeth Dolan | | 854 18TH STREET, #9 | | | SANTA MONICA | CA | 90403 | | Indemnity Agreement dated January 13, 2014 |
| EnPointe Technologies Sales, Inc. | | PO BOX 514429 | | | LOS ANGELES | CA | 90051-4429 | | MSA dated July 8, 2015 |
| EP Holdings, Inc. | | 15202 GRAHAM STREET | | | HUNTINGTON BEACH | CA | 92649 | | License Agreement - Expiration Date: 12/31/2016 |
| EP Holdings, Inc. | | 30065 COMERCIO | | | RANCHO SANTA MARGARITA | CA | 92688 | | License Agreement - Expiration Date: 12/31/2016 |
| Epic Designers Ltd. | | 6TH, 7TH & 9TH FLOOR, EGL TOWER | | | HONG KONG | KLN | 999077 | Hong Kong | Quiksilver Vendor Agreement dated May 13, 2014 |
| Epicor Retail Solutions Corporation | | 2800 TRANSCANADA HIGHWAY | | | POINTE-CLAIRE | QC | H9R 1B1 | Canada | Statement of Work 23JAN2014 |
| Eric Boes | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated February 25, 2014 |
| Euroglass SARL; Equity Bell | | 15202 GRAHAM STREET | | | HUNTINGTON BEACH | CA | 92649 | | License Agreement - Expiration Date: 12/31/2018 |
| Euroglass SARL; Equity Bell | | 15202 GRAHAM STREET | | | HUNTINGTON BEACH | CA | 92649 | | License Agreement - Expiration Date: 12/31/2018 |
| Ever-Glory International Group Apparel, Inc. | | NO. 509 CHENGXIN THOROUGHFARE | | | NANJING | | 211100 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Federal Express Corporation, FedEx Ground Package System, Inc. and FedEx Smartpost, Inc. | | 15362 Graham St. | | | Huntington Beach | CA | 92649 | | Pricing Agreement Amendments dated October 3, 2014 and August 10, 2015 |
| Federal Express Corporation, FedEx Ground Package System, Inc. and FedEx Smartpost, Inc. | | P.O. Box 7221 | | | Pasadena | CA | 91109 | | Pricing Agreement Amendments dated October 3, 2014 and August 10, 2015 |
| FedEX | | | | | | | | | FedEx Pricing Agreement  - Term: Through September 24, 2017 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| FIBERLINK COMMUNICATIONS CORP. | | DEPT. 3012 PO BOX 123012 | | | DALLAS | TX | 75312-3012 | | IT Agreement |
| Flexfit, LLC | JD KIM | 2325 Raymer Ave | | | Fullerton | CA | 92833 | | Quiksilver Vendor Agreement between Quiksilver, Inc. and Flexfit, LLC dated April 23, 2014 |
| FLUID, INC | | 222 SUTTER STREET, 8TH FLOOR | | | SAN FRANCISCO | CA | 94108 | | Interim Agreement  - Term: Until terminated |
| Fluid, Inc. | | 222 SUTTER STREET, 8TH FLOOR | | | SAN FRANCISCO | CA | 94108 | | Professional Services Order 19DEC2013 |
| Fo Shan Nan Hai Shan Huei Dressing Co | | | | | | | | | Quiksilver Vendor Agreement dated April 10, 2014 |
| Focus HK Co. Ltd | | ROOM 4208-11, ONE MIDTOWN | | | TSUEN WAN | NT | 999077 | Hong Kong | Quiksilver Vendor Agreement dated April 10, 2014 |
| Fortune Mint Limited | | | | | | | | | Quiksilver Vendor Agreement dated September 2, 2014 |
| FREUDENBERG IT LP | | 601 KEYSTONE PRK DR, STE 600 | | | MORRISVILLE | NC | 27560 | | IT Agreement |
| Frontech Solutions, Inc. | | 118 ADVANCED TECHNOLOGY CENTRE | | | EDMONTON | AB | A9A 9A9 | Canada | PLM Enhancements Software Development Agreement 30OCT2013 |
| Frontech Solutions, Inc. | | 118 ADVANCED TECHNOLOGY CENTRE | | | EDMONTON | AB | A9A 9A9 | Canada | PLM Software Development Agreement 7MAY2012 |
| Frontech Solutions, Inc. | | 118 ADVANCED TECHNOLOGY CENTRE | | | EDMONTON | AB | A9A 9A9 | Canada | Software Development Agreement  - Term: 10/31/2016 |
| Fung Kei Raincoat Factory Limited | JOE TAM | Room 708, 7/F, Goodluck Ind. Centre | | | Kowloon | KLN | 999077 | Hong Kong | Quiksilver Vendor Agreement dated May 23, 2014 |
| Funtees, a division of Delta Apparel, Inc. | | DIVISION OF DELTA APPAREL, INC | | | ATLANTA | GA | 31193 | | Quiksilver Vendor Agreement dated June 17, 2014 |
| Funtees, a division of Delta Apparel, Inc. | A DIV. OF DELTA APPAREL | ERIC CROCKER | P.O. BOX 930419 | | ATLANTA | GA | 31193 | | Quiksilver Vendor Agreement dated June 17, 2014 |
| G&S Realty 1, LLC | | 530 Seventh Avenue, Suite 401 | | | New York | NY | 10018 | | Lease dated June 1, 2008 |
| Geena Garments | | SF N.10 NAGAR | | | TIRUPUR | | 641603 | India | Quiksilver Vendor Agreement dated April 15, 2014 |
| George Downing | | 3021 WAIALAE AVE. | | | HONOLULU | HI | 96816 | | Contest Director Agreement dated November 29, 2012 |
| Gilmore, Stephanie | | 28 Dinsey Street | | | Kingscliff | NSW | 2487 | Australia | Athlete Agreement - End Date: 12/31/2015 |
| GLOBAL CROSSING TELECOMMUNICATIONS, | | P.O. BOX 741276 | | | CINCINNATI | OH | 45274 | | IT Agreement |
| GOOGLE, INC | | PO BOX 39000 DEPT 33654 | | | SAN FRANCISCO | CA | 94139 | | IT Agreement |
| Green & Noblin PC | Attorney for Astor BK Realty Trust | Attn James Robert Noblin | 4500 E Pacific Coast Hwy 4th Fl | | Long Beach | CA | 90804 | | Litigation |
| Greg Healy | | | | | | | | | Amendment to Employment Agreement dated April 7, 2015 |
| Greg Healy | | | | | | | | | Indemnity Agreement dated March 31, 2015 |
| Gustavo Da Rosa Belloc | | 15202 Graham Street | | | Huntington Beach | CA | 92649 | | Indemnity Agreement dated November 1, 2014 |
| Hangzhou A&C (Hong Kong) International Co. Ltd. | | Tongbao Building, 6F, No. 10 | | | Hangzhou | | 310004 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Helferich Patent Licensing | | | | | | | | | Litigation |
| Highjump Software, Inc. | | NW 5230 P.O. BOX 1450 | | | MINNEAPOLIS | MN | 55485 | | Assignment Assumption and Consent 1MAR2015 |
| ICR, LLC | | 685 Third Ave | 2nd Floor | | New York | NY | 10017 | | Addendum to Consulting Agreement dated May 1, 2015 |
| ICR, LLC | | 761 MAIN AVE | | | NORWALK | CT | 06851 | | Addendum to Consulting Agreement dated May 1, 2015 |
| ICR, LLC | | 685 Third Ave | 2nd Floor | | New York | NY | 10017 | | Consulting Agreement 31JAN2015 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| IMS Worldwide, Inc. | | 309 HENRIETTA STREET | | | WEBSTER | TX | 77598 | | Task Authorization 1NOV2011 |
| Industrial Property Fund VII, LLC | | 1100 PEACHTREE RD., STE 1100 | | | ATLANTA | GA | 30309 | | Lease Agreement dated December 15, 2005 |
| Integration Point, Inc. | | PO BOX 49175 | | | CHARLOTTE | NC | 28277 | | Integration Point Master Subscription Agreement (FTZ) - Term: Auto renewing |
| Integration Point, Inc. | | PO BOX 49175 | | | CHARLOTTE | NC | 28277 | | Master Subscription Agreement dated June 15, 2012 |
| Intelligent Reach Limited | | | | | | | | | Management Services Contract dated April 20, 2015 |
| IRELL & MANELLA LLP | Attorney for Rox Volleyball | A. Matthew Ashley & Lisa S. Glasser | 840 Newport Center Drive, Suite 400 | | Newport Beach | CA | 92660-6324 | | Litigation |
| Jiangmen Kapark Garment Manufacture Co Ltd. | | | | | | | | | Quiksilver Vendor Agreement dated September 2, 2014 |
| JOE GARCIA CONSULTING INC. | DBA NEW ELEVATION | 820 MOUNTAIN VIEW DRIVE | | | LAFAYETTE | CA | 94549 | | Statement of Work |
| John Hunt | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated February 13, 2014 |
| Joseph Berardino | | 15202 Graham Street | | | Huntington Beach | CA | 92649 | | Indemnity Agreement dated May 13, 2011 |
| Julien David | PR Consulting | 304 Hudson St 7th Fl | | | New York | NY | 10013 | | License Agreement - Expiration Date: May 1, 2014- December 31, 2016 |
| Julien Dewez | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated April 1, 2015 |
| Kahn Swick & Foti | Attorney for Jayson Zilkie | Attn Melinda A Nicholson | 206 Covington St | | Madisonville | LA | 70447 | | Litigation |
| Kapilla Clothing Corp | ANUP GANJU | 206 - 1715 Cook St. | | | Vancouver | BC | V6Y 3J6 | Canada | Quiksilver Vendor Agreement dated May 23, 2014 |
| Ke Nui Partners LLC | | 1923 MAKIKI ST | | | HONOLULU | HI | 96822 | | Lease Agreement dated September 27, 2013 |
| Ketchum, Inc. | | 6 PPG PLACE, 12TH FLOOR | | | PITTSBURGH | PA | 15222 | | Client Agreement 10JUL2013 |
| KHQ Investment LLC | | 15202 GRAHAM STREET | | | HUNTINGTON BEACH | CA | 92649 | | License Agreement - Expiration Date: 06/30/2019 |
| KHQ Investment LLC | | 350 5TH AVE 9TH FLOOR | | | NEW YORK | NY | 10118 | | License Agreement - Expiration Date: 06/30/2019 |
| KHQ Investment LLC | | 350 5TH AVE 9TH FLOOR | | | NEW YORK | NY | 10118 | | License Agreement 19NOV2013 |
| Kurtzman Carson Consultants LLC | | 2335 Alaska Ave | | | El Segundo | CA | 90245 | | KCC Agreement for Services dated August 30, 2015 |
| Laurent Padovan | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated September 9, 2013 |
| Laurie Blanton | | 23 Meadowood | | | Rancho Santa Margarita | CA | 92688 | | Letter Agreement dated April 4, 2015 |
| Laurie Blanton | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated January 13, 2014 (revised January 15, 2014) |
| Law Offices of Brandon A Block | Attorney for Defendant Temeka Incorporated | 433 N Camden Dr Ste 600 | | | Beverly Hills | CA | 90210 | | Litigation |
| Level 3 Communications, LLC | Acct No 204948609 | 1025 Eldorado Blvd. | | | Broomfield | CO | 80021 | | Master Services Agreement (undated) |
| Levi & Korsinky LLP | Attorneys for Lead Plaintiff Babulal Parmar and Lead Counsel for Class | Nicholas I Porritt Adam M Apton | 101 30th St NW Ste 115 | Re Stevens Shareholder Litigation | Washington | DC | 20007 | | Litigation |
| Levi & Korsinky LLP | Attorney for Astor BK Realty Trust | Attn Michael H Rosner | 30 Broad St 24th Fl | | New York | NY | 10004 | | Litigation |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Levi & Korsinky LLP | Attorney for Astor BK Realty Trust | Attn Steven J Purcell | 30 Broad St 24th Fl | | New York | NY | 10004 | | Litigation |
| LF Fashion Pte. Ltd. | | RM 1502,TOWER BL, LIF FUNG | | | SHANGHAI | | 201103 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| LF Fashion Pte. Ltd. | | ROOM 1502, TOWER BLOCK | | | SHANGHAI | | 201103 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Linea Aqua (Pvt) Limited | | THANAHENPITIYA ESTATE | | | KAPUGODA | | 12400 | Sri Lanka | Quiksilver Vendor Agreement dated June 17, 2014 |
| Linkshare Corporation | Quiksilver Royalties | 15202 Graham St | | | HUNTINGTON BEACH | CA | 92649 | | Affiliate Marketing Agreement |
| Linnsey Caya | | 7861 E. Portico Terrace | | | Orange | CA | 92867 | | Indemnity Agreement dated November 1, 2014 |
| Live Nation Merchandise, Inc. / FEA Merchandising LLC / Wu Tang Clan | | DEPT LA23616 | | | PASADENA | CA | 91185 | | Litigation |
| Madiba, Inc. | | 23461 SOUTH POINTE DRIVE, SUITE 18 | | | LAGUNA HILLS | CA | 92653 | | Consulting Services Agreement 19JUL2013 |
| Madison 88 LTD | POLLY TONDO | 15 West 36th Street | | | New York | NY | 10018 | | Quiksilver Vendor Agreement between Quiksilver, Inc. and Madison 88 Ltd. Dated June 17, 2014 |
| Majestic City International Limited | | Unit 212-215 2F | | | Kowloon | KLN | 99977 | Hong Kong | Quiksilver Vendor Agreement dated April 10, 2014 |
| Major League Baseball Properties, LLC | | 245 Park Avenue | | | New York | NY | 10167 | | Major League Baseball Properties, Inc. Apparel License Agreement dated November 1, 2012 |
| Manifolds Industrial Company Limited | | RM 2910, ONE MIDTOWN | | | TSUEN WAN | NT | 999077 | Hong Kong | Quiksilver Vendor Agreement between Quiksilver, Inc. and Manifolds Industrial Company Limited dated May 23, 2014 |
| Master Data Center, Inc. | | PO BOX 673451 | | | DETROIT | MI | 48267-3451 | | Software License and Support Agreement (IP MASTER) - Term: Until terminated |
| Matrix Sourcing | | | | | | | | | Quiksilver Vendor Agreement dated June 17, 2014 |
| Matteson Capital | Attn: Scot Matteson | 450 Newport Center Drive | Suite 570 | | Newport Beach | CA | 92660 | | License Agreement - Expiration Date: 11/08/2033 |
| Media Forum d.b.a Mediaforge | | 32049 COLLECTION CENTER DR. | | | CHICAGO | IL | 60693-0320 | | Consulting Services Agreement |
| Media Forum d.b.a Mediaforge | | 32049 COLLECTION CENTER DR. | | | CHICAGO | IL | 60693-0320 | | Consulting Services Agreement 1FEB2013 |
| MegaPath | MEGAPATH CORPORATION | 6800 KOLL CENTER DR., STE 200 | | | PLEASANTON | CA | 94566 | | Proposal for MegaPath Services dated August 4, 2014 |
| MegaPath | MegaPath Inc. | Acct No 2889996 | Department 0324 / PO Box 120324 | | Dallas | TX | 75312-0324 | | Proposal for MegaPath Services dated August 4, 2014 |
| MegaPath | MEGAPATH INC. | DEPT 0324 | | | DALLAS | TX | 75312 | | Proposal for MegaPath Services dated August 4, 2014 |
| MegaPath Services | Acct No 2889996 | Department 0324 / PO Box 120324 | | | Dallas | TX | 75312-0324 | | Service Proposal 20JUN2014 |
| Merry Link Development | (MACAO COMMERCIAL OFFSHORE) LIMITED | Alameda Dr Caros DAssumpcao No 336 | | | Macau | MO | 99978 | Macau | Quiksilver Vendor Agreement dated April 25, 2014 |
| Mervin Manufacturing, Inc. | | 15202 GRAHAM STREET | | | HUNTINGTON BEACH | CA | 92649 | | License Agreement - Expiration Date: 10/31/2018 |
| Mervin Manufacturing, Inc. | | P.O. BOX 31001-2201 | | | PASADENA | CA | 91110-2201 | | License Agreement - Expiration Date: 10/31/2018 |
| Mfield Art LLC | | 120 BIRMINGHAM DR #230 | | | CARDIFF BY THE SEA | CA | 92007 | | Trademark License and Design Services Agreement dated April 18, 2013 |
| Michael Clarke | | WOODPECKERS, CHANCTONBURY DR | | | ASCOT | | SL5 9PT | United Kingdom | Indemnity Agreement dated April 16, 2013 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Michael Leon/Architip/Dane R | Arkitip, Inc. as an Agent for Michael Leon, an individual (the "artist", collectively the "Licensor") | 23838 Pacific Coast Highway #743 | | | Malibu | CA | 90265 | | License Agreement - Expiration Date: May 1, 2014- December 31, 2015 (Confirm) |
| Michel of Hong Kong Ltd | KITTY | 11F, Hecny Tower | | | Tsimshatsui East | KLN | 999077 | Hong Kong | Quiksilver Vendor Agreement dated May 23, 2014 |
| Microsoft | C/O BANK OF AMERICA | 1950 N STEMMONS FWY STE 5010 | | | DALLAS | TX | 75202 | | Volume Licensing Program Signature Form 27JUN2013 |
| Mike Reilly | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated May 21, 2010 |
| Min Heng Apparel Limited | | RM 2102, FL 21 LUCKY COMMERICAL CTR | | | HONG KONG | HK | 999077 | Hong Kong | Quiksilver Vendor Agreement between Quiksilver, Inc. and Min Heng Apparel Limited (undated) |
| Mountain Leave Group (Hong Kong) Limited | | Weiyuan Industry Zone | | | Shenzhen | | 518132 | China | Quiksilver Vendor Agreement between Quiksilver, Inc. and Mountain Leave Group (HK) Limited dated May 23, 2014 |
| Mountain Leave Group (Hong Kong) Limited | | Weiyuan Industry Zone | | | Shenzhen | | 518132 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| MSA Co., Ltd. | | | | | | | | | Quiksilver Vendor Agreement dated May 23, 2014 |
| Naish, Robby | | 600 HAUMANA ROAD | | | HAIKU | HI | 96708 | | Athlete Agreement - End Date: 10/31/2015 |
| Nancy Chon | | 6763 VERDE RIDGE ROAD | | | RANCHO PALOS VERDES | CA | 90275 | | Consulting Services Agreement 26MAY2015 |
| Neocase, Inc. | QAS | No. 115 Wooin 2 | | | Kyungki Ilsan | | 425-11 | South Korea | Quiksilver Vendor Agreement between Quiksilver, Inc. and Neocase, Inc. dated April 28, 2014 |
| Neustar, Inc. | BANK OF AMERICA | P.O. BOX 277833 | | | ATLANTA | GA | 3353 | | Service Order for Webmetrics Load Testing Service 2013 |
| Ningbo Isun Fashion Co., Ltd. | | East Fenghua Industrial | | | Ningbo | | 3155 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Ningbo Mengdi Import & Export Co., Ltd. | | YaQian XiaoGang | | | Ningbo | | 315821 | China | Quiksilver Vendor Agreement dated April 25, 2014 |
| Ningbo Seduno Import & Export Co., Ltd. | | No.281 Qiyun Rd Duantang | | | Ningbo | | 315012 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Ningbo Zhenhai Tianyu Apparel Co., Ltd. | | 3rd Fl, Bldg 4, Qingqing Road #168 | | | Ningbo | | 315105 | China | Quiksilver Vendor Agreement (undated) |
| North Store Boardriders | | 66-250 Kam Hwy #G-100 | | | Haleiwa | HI | 96712 | | Retail License |
| NSB Retail Solutions, Inc. | | | | | | | | | Master Software License and Services Agreement dated September 29, 2006 |
| o9 Solutions, Inc. | | 11494 LUNA RD., SUITE 222 | | | DALLAS | TX | 75234 | | Software License Agreement 18SEP2012 |
| o9 Solutions, Inc. | | 11494 LUNA RD., SUITE 222 | | | DALLAS | TX | 75234 | | Master Services Agreement - Term: Until terminated |
| Oaktree Principal Fund V (Delaware), L.P. | | | | | | | | | Letter Agreement re: Reimbursement of Fees and Expenses dated July 13, 2015 |
| Okta, Inc. | | 301 BRANNAN ST., STE# 300 | | | SAN FRANCISCO | CA | 94107 | | License Agreement 12OCT2012 |
| Ola y Montana | | Av. Camino Real 1278 | | | San Isidro | | 27 | Peru | Distribution Agreement - Expiration Date: 10/31/2014 |
| Ola y Montana | | CAMINO REAL AV. 1278, SAN ISIDRO | | | LIMA | | 00511 | Peru | Distribution Agreement - Expiration Date: 10/31/2014 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| O'Melveny & Myers LLP | Attorney for Astor BK Realty Trust | Attn Erika Maki Rasch | 610 Newport Center Dr Ste 1700 | | Newport Beach | CA | 92660 | | Litigation |
| Oracle America Inc | | 500 ORACLE PARKWAY | | | REDWOOD CITY | CA | 94065 | | Oracle Ordering Document (for recruiting premium cloud service) - Term: 05/01/2016 |
| Oracle America Inc | | PO BOX 44471 | | | SAN FRANCISCO | CA | 94144 | | Oracle Ordering Document (for recruiting premium cloud service) - Term: 05/01/2016 |
| Oracle Americas, Inc. | | 500 ORACLE PARKWAY | | | REDWOOD CITY | CA | 94065 | | Oracle License and Services Agreement dated August 31, 2011 |
| Oracle Americas, Inc. | | PO BOX 44471 | | | SAN FRANCISCO | CA | 94144 | | Oracle License and Services Agreement dated August 31, 2011 |
| OVERTURE SERVICES, INC | DBA YAHOO! SERCH MARKETING | P.O. BOX 89-4147 | | | LOS ANGELES | CA | 90189 | | IT Agreement |
| PAC Holdings Pty Ltd | | Po Box 3420 Tamarama | | | Sydney | NSW | 02026 | Australia | Quiksilver Vendor Agreement between Quiksilver, Inc. and PAC Holdings Pty Ltd dated July 5, 2014 |
| Paganini Cioco Pinter Cusumano & Farole | Attorney for Tarquin Callen | Peter A Cusumano | 1979 Marcus Ave Ste 220 | re Velazquez Litigation | Lake Success | NY | 11042 | | Litigation |
| Parigi Group Ltd. | | 15202 GRAHAM STREET | | | HUNTINGTON BEACH | CA | 92649 | | License Agreement - Expiration Date: 12/31/2019 |
| PAYMETRIC, INC | | 1225 NORTHMEADOW PARKWAY, SUITE 110 | | | ROSWELL | GA | 30076 | | IT Agreement |
| Paymetric, Inc. | | 1225 NORTHMEADOW PARKWAY, SUITE 110 | | | ROSWELL | GA | 30076 | | Master Services Agreement dated April 30, 2013 |
| Peter J. Solomon Securities Company, LLC | | 1345 Avenue of the Americas | | | New York | NY | 10105 | | Letter Agreement dated June 1, 2015 |
| Peter J. Solomon Securities Company, LLC | | 1345 Avenue of the Americas | | | New York | NY | 10105 | | Letter Agreement dated September 4, 2015 |
| Pierre Agnes | | | | | | | | | Indemnity Agreement dated October 18, 2013 |
| Planes Moving & Storage, Inc. | | P.O. BOX 636589 | | | CINCINNATI | OH | 45263 | | Planes Specialized Logistics Master Services Agreement 4SEP2014 |
| Poipu | | 3105 Akahi St | | | Lihue | HI | 96766 | | Retail License |
| Port Logistics Group, Inc. | | 15530 SALT LAKE AVE. | | | CITY OF INDUSTRY | CA | 91745 | | Warehouse Services Agreement  - Term: Through January 31, 2017 |
| PowerReviews, Inc. | | 440 N. WELLS STREET SUITE 720 | | | CHICAGO | IL | 60654 | | Service Order dated April 11, 2011 |
| PR Consulting, Inc. | | 304 Hudson St 7th Floor | | | NEW YORK | NY | 10013 | | Notice of Termination 16JAN2014 |
| Pratibha Syntex Limited | | PLOT NO. 15-16 APPAREL PARK, | | | PITHAMPUR | | 454775 | India | Quiksilver Vendor Agreement dated September 2, 2014 |
| Proofpoint, Inc. | | DEPT CH 17670 | | | PALATINE | IL | 60055-7670 | | General Terms and Conditions dated June 28, 2013 |
| PS Brands, LLC | | 15202 GRAHAM STREET | | | HUNTINGTON BEACH | CA | 92649 | | License Agreement - Expiration Date: 12/31/2018 |
| PS Brands, LLC | PLANET SOX | 463 SEVENTH AVENUE, 4TH FLOOR | | | NEW YORK | NY | 10018 | | License Agreement - Expiration Date: 12/31/2018 |
| PT Ameya Living Style | | DUSUN GUPAKWARAK, DESA | | | YOGYAKARTA | | 55751 | Indonesia | Quiksilver Vendor Agreement dated May 23, 2014 |
| PT Busana Prima Global | MOUNTAIN | Jl. Mercedes Benz | | | Bogor | | 16964 | Indonesia | Quiksilver Vendor Agreement dated May 23, 2014 |
| PT SC Enterprises | | JL BUGISAN RAYA RT01 / RW06 | | | JAWA TENGAH | | 75264 | Indonesia | Quiksilver Vendor Agreement dated May 23, 2014 |
| PT Tyfountex Indonesia | | GUMPANG KARTASURA | | | SUKOHARJO | | 57169 | Indonesia | Quiksilver Vendor Agreement dated May 23, 2014 |
| QPD International, Inc. | KENNY | 3Fl, No. 381 Yangguang St. | | | Taipei | TPE | 00114 | Taiwan | Quiksilver Vendor Agreement between Quiksilver, Inc. and QPD International, Inc. dated May 23, 2014 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| QS Wholesale, Inc. v. World Marketing, Inc. | | 306 38TH STREET, 8TH FLOOR | | | NEW YORK | NY | 10018 | | Litigation |
| QS Wholesale, Inc. v. World Marketing, Inc. | | 306 W 38TH STREET, 8TH FLOOR | | | NEW YORK | NY | 10018 | | Litigation |
| QTNP | | NO. 18, LOT 8, LONG BIEN RESETTLEME | | | HA NOI | | 10000 | Vietnam | Quiksilver Vendor Agreement dated May 23, 2014 |
| QUIKSILVER -  GRAND WAILEA | GRAND WAILEA RESORT HOTEL & SPA | KSL RECREATION CORPORATION | T. JORGENSEN, T. SNELLING, A. BARRECA | 3850 WAILEA ALANUI DRIVE | WAILEA | HI | 96573 | | Retail License |
| QUIKSILVER - POIPU (KUKUI'ULA) | KUKUI'ULA VILLAGE | ERIC MIURA; CATHY KUA | 2829 ALA KALANIKAUMAKA SUITE 131 | | KOLOA | HI | 96756 | | Retail License |
| QUIKSILVER - POIPU (KUKUI'ULA) | M. MIURA STORE, INC. | ATTN: QUIKSILVER | 3105 AKAHI STREET | | LIHUE | HI | 96766 | | Retail License |
| Quiksilver Greater China, Limited v. Quiksilver Glorious Sun Licensing Limited | | 97 How Ming St | | | Kwun Tong | HK | | Hong Kong | Litigation |
| Quiksilver Kahala Mall | JAKE MIZUNO & SHYRAH MAURER | 4211 WAIALAE AVE. | | | HONOLULU | HI | 96816 | | Retail License |
| Quiksilver Mexico S. de R.L. de C.V. | | Amores 112 Piso 2 | | | MEXICO DF CP | DF | 31 | Mexico | Brand License Agreement dated November 1, 2006 |
| RAKUTEN MARKETING LLC | | 215 PARK AVENUE SOUTH, 8TH FLOOR | | | NEW YORK | NY | 10003 | | Order Form and Pricing Schedule  - Term: 10/01/2015 |
| RCS Real Estate Advisors | RETAIL CONS. SERVICES, INC. | DBA RCS REAL ESTATE ADVISORS | 460 WEST 34TH ST | | NEW YORK | NY | 10001 | | First Amendment to Letter Agreement dated November 1, 2013 |
| Recall Total Information Management, Inc. | MANAGEMENT, INC. | 015295 COLLECTIONS CTR. DR. | | | CHICAGO | IL | 60693-0100 | | Recall Data Protection Services Agreement 13APR2012 |
| Recreational Equipment, Inc. | REI | 1700 45TH STREET E | | | SUMNER | WA | 98390 | | Purchase Order Terms and Conditions dated October 3, 2014 |
| Red Bull Media House | BEN BRYAN | 1740 Stewart Street | | | Santa Monica | CA | 90404 | | Sponsorship, License, and Revenue Share Agreement 1AUG2012 |
| Reese, Gordon, Marketos | Attorneys for GeoTag | 750 N. Saint Paul St. Suite 610 | | | Dallas | Texas | 75201 | | Litigation |
| Reynolds, Dane | C/0 WASSERMAN MEDIA GROUP | 2052 CORTE DEL NOGAL SUITE 150 | | | CARLSBAD | CA | 92011 | | Athlete Agreement - End Date: 10/31/2017 |
| Reynolds, Dane | C/O WASSERMAN MEDIA GROUP, LLC | 2052 CORTE DEL NOGAL,Ste 150 | | | Carlsbad | CA | 92011 | | Athlete Agreement - End Date: 10/31/2017 |
| Reynolds, Dane | DBA MARINE LAYER PRODUCTIONS, LLC | 2052 CORTE DEL NOGAL, SUITE 150 | | | CARLSBAD | CA | 92011 | | Athlete Agreement - End Date: 10/31/2017 |
| Richardo Estevez | | 5650 SPRINTER LANE | | | BONITA | CA | 91902 | | Photo Assignment Agreement 1JUL2014 |
| Ricoh | | 5 Dedrick Place | | | West Caldwell | NJ | 07006 | | Ricoh |
| Ricoh Americas Corporation | | 1111 OLD EAGLE SCHOOL ROAD | | | WAYNE | PA | 19087 | | Purchasing Agreement 2SEP2014 |
| Rising Sun Garments & Accessory Ltd | MR. XU SHOUZHENG | Unit 1208, No. 2 Henghua Bldg. | | | Tianjin | | 300202 | China | Quiksilver Vendor Agreement dated September 2, 2014 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Robert B. McKnight, Jr. | | 167 EMERALD BAY | | | LAGUNA BEACH | CA | 92651 | | Retirement Agreement 31OCT2014 |
| Robert DeLong (Promotional Agreement) | | 14522 NE NORTH WOODINVILLE WAY | | | WOODINVILLE | WA | 98072 | | License Agreement - Expiration Date: June 1, 2014 - May 31, 2016 |
| Robert McKnight | | 167 Emerald Bay | | | Laguna Beach | CA | 92651 | | Indemnity Agreement dated March 29, 1988 |
| RSA Security LLC | | P.O. BOX 49951 | | | ATLANTA | GA | 31192 | | RSA Software license Agreement  - Term: June 2015, unclear if renewed |
| Ryan Kaneshiro | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated January 13, 2014 |
| Ryan Newsome | | | | | | | | | Consulting Services Agreement dated June 2, 2014 |
| Sales Force | | The Landmark @ One Market, Suite 300 | | | San Francisco | CA | 94105 | | Sales Force |
| salesforce.com, inc. | | P.O. BOX 203141 | | | DALLAS | TX | 75320-3141 | | Professional Services Agreement dated May 7, 2012 |
| Sam Ho International Co., Ltd | DAVID LEE | #A-134, Daesung D-Polis | | | Seoul | | 153-719 | South Korea | Quiksilver Vendor Agreement dated May 23, 2014 |
| Sam Ho International Co., Ltd | DAVID LEE | #A-134, Daesung D-Polis | | | Seoul | | 153-719 | South Korea | Quiksilver Vendor Agreement dated May 23, 2014 |
| SAP America, Inc. | | 3999 West Chester Pike | | | Newtown Square | PA | 19073 | | SAP Software License  - Term: Until terminated |
| SAP Industries, Inc. | | P.O. BOX 822986 | | | PHILADEPHIA | PA | 19182 | | Software License Agreement 4FEB2015 |
| Scott Miller | | 1200 W. Sycamore Avenue | | | Orange | CA | 92868 | | Letter Agreement dated July 10, 2015 |
| Sean O'Kelly | Attorneys for GeoTag | 901 N. Market St. | Suite 1000 | | Wilmington | DE | 19801 | | Litigation |
| Sesame Street | | 1900 Broadway | | | New York | NY | 10023 | | License Agreement - Expiration Date: July 1, 2015 - December 31, 2017 |
| Shanghai Hicon Industrial Co., Ltd | | RM 162, NO. 58 JINXIN ROAD | | | SHANGHAI | | 2126 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Sony Mobile Communications | | 5600 ARGOSY CIRCLE #100 | | | HUNTINGTON BEACH | CA | 92649 | | License Agreement - Expiration Date: 09/01/2015 |
| Soto & Sanchez Investment Inc | | 13701 Cimarron Ave | | | Gardena | CA | 90249 | | Retail License |
| Southern Counties Express, Inc. | | P.O. Box 4249 | | | Compton | CA | 90224 | | Letter Agreement dated February 8, 2011 |
| SOXHUB, Inc. | | 6 CENTERPOINTE DR, STE 700 | | | LA PALMA | CA | 90623 | | Subscription Agreement 5MAY2015 |
| Soxhub, Inc. | | 6 CENTERPOINTE DR, STE 700 | | | LA PALMA | CA | 90623 | | Subscription Agreement  - Term: 12/31/2017 |
| Spark Red, LLC | | 4812 134TH PL SE | | | BELLEVUE | WA | 986 | | Hosting Agreement Addendum 19APR2013 |
| Srinivasa Fashions Pvt Ltd. | Factory Unit #3 | Plot No. AP4, 5th Avenue, 2nd Cross | | | Chengalpat | | 632 | India | Quiksilver Vendor Agreement dated September 4, 2014 |
| Srinivasa Fashions Pvt Ltd. | N.S.NITHIYANANDAMAN@SRIBA | Nungambakkam High Road, Nungambakka | | | Chennai | | 634 | India | Quiksilver Vendor Agreement dated September 4, 2014 |
| SSI Venture LLC | SPECIALTY SPORTS INC. | 299 MILWAUKEE ST. | | | DENVER | CO | 80206 | | Retail License |
| SSI Venture LLC | SPECIALTY SPORTS VENTURE | SHERIE WHITE & MELANIE REED | 1001 HEAVENLY VILLAGE WAY SUITE 3 | | SOUTH LAKE TAHOE | CA | 96150 | | Retail License |
| SSI Venture LLC | SPECIALTY SPORTS VENTURE | ERIN MALONEY | 492 E. LIONSHEAD CIRCLE | | VAIL | CO | 81657 | | Retail License |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Stephen Langman | | 1133 FIFTH AVE. | | | NEW YORK | NY | 10128 | | Indemnity Agreement dated July 31, 2009 |
| Steven Loius Teregis | DBA AMPHIBIAN USA | 2825 LA SALLE AVE. | | | COSTA MESA | CA | 92626 | | Amphibian Settlement Agreement 24FEB2015 |
| Stuart Jones | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated August 10, 2015 |
| Style West | | 1500 E. Wooley Road | Unit C | | Oxnard | CA | 93030 | | Quiksilver and Roxy License Agreement dated August 1, 2013 |
| Style West | | 1500 E. Wooley Road | Unit C | | Oxnard | CA | 93030 | | License Agreement - Expiration Date: 10/31/2016 |
| Sumec Textile & Light Industry Co., Ltd. | | 13F, 198 Changjiang Road | | | Nanjing | | 210018 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Surf Hardware International, Inc. | | 7615 OTHELLO AVE., SUITE B | | | SAN DIEGO | CA | 92111 | | License Agreement 5DEC2011 |
| Surf Technicians, LLC | | 2685 MATTISON LANE | | | SANTA CRUZ | CA | 95062 | | License Agreement 11OCT2007 |
| Surfstitch Holdings Pty Limited | | 225 Burleigh Heads Connection Road | | Burleigh Heads | Queensland | | 4220 | Australia | Authorized Customer Agreement dated December 15, 2014 |
| Taian Xinyi Garment Co., Ltd. | | EAST AREA HIGH-TEC DEVELOPMENT ZONE | | | TAIAN CITY | | 271 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Takley Apparel (Hangzhou) Co., Ltd. | QAS | Minfeng Industrial Zone | | | Hangzhou | | 311256 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Tatiana Matranga | | 39 PEMBERTON PLACE | | | Laguna Niguel | CA | 92677 | | Separation Agreement dated August 13, 2015 |
| Taylor Whisenand | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated March 29, 2012 (Revised April 9, 2012) |
| Tealium, Inc. | | 1185 TORREYANA RD STE 2 | | | SAN DIEGO | CA | 92121 | | Master Services Agreement 24JUL2012 |
| Ted Li | | 15202 Graham Street | | | Huntington Beach | CA | 92649 | | Indemnity Agreement dated May 4, 2015 |
| Terrorbird Media, LLC | | 455 FDR DRIVE B-13 | | | NEW YORK | NY | 12 | | Master Use and Synchronization License Agreement 8MAR2013 |
| Tevora Business Solutions, Inc. | | 1 SPECTRUM POINT DR., # 200 | | | LAKE FOREST | CA | 92630 | | Proposal for Services 10APR2014 |
| Tex-Ray Industrial Co., Ltd. | | 6F, NO426, LINSEN N. RD | | | TAIPEI | | 00104 | Taiwan | Quiksilver Vendor Agreement dated May 23, 2014 |
| The Faction Collection SA | | Chemin du Vieux-Canal 15 | 1950 Sion | | | | | Switzerland | License Agreement - Expiration Date: 04/30/2018 |
| The Law Offices of Malouf & Nockels | Attorneys for GeoTag | 3811 Turtle Creek Blvd., Suite 800 | | | Dallas | TX | 75219 | | Litigation |
| The Northwest Company, LLC | | P.O. BOX 1036 | | | CHARLOTTE | NC | 28201-1036 | | License Agreement - Expiration Date: 12/31/2017 |
| The Sauce Suppliers | | | | | | | | | Quiksilver Vendor Agreement between Quiksilver, Inc. and The Sauce Suppliers (undated) |
| Thomas Chambolle | | 15202 Graham Street | | | Huntington Beach | CA | 92649 | | Indemnity Agreement dated March 31, 2015 |
| Thomson & Thomson Inc. | DBA THOMSON COMPUMARK | P.O. BOX 71892 | | | CHICAGO | IL | 60694-1892 | | IP Saegis Subscription  - Term: Through November 30, 2015 |
| Thomson & Thomson, Inc. | DBA THOMSON COMPUMARK | P.O. BOX 71892 | | | CHICAGO | IL | 6694-1892 | | Saigis Subscription 1DEC2013 |
| Thomson CompuMark | DBA THOMSON COMPUMARK | P.O. BOX 71892 | | | CHICAGO | IL | 60694-1892 | | Watch Notice Service  - Term: 42614 |
| Thomson Reuters, Inc. | | PO BOX 415983 | | | BOSTON | MA | 02241 | | Multi Year Order Form and License Agreement dated September 23, 2014 |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Thomson Reuters, Inc. | | PO BOX 415983 | | | BOSTON | MA | 02241 | | Order Form and Statement of Work dated April 17, 2015 |
| Thomson Reuters, Inc. | | PO BOX 415983 | | | BOSTON | MA | 02241 | | Order Form dated October 22, 2013 |
| Thomson Reuters, Inc. | (TAX & ACCOUNTING) | P.O. BOX 6016 | | | CAROL STREAM | IL | 60197-6016 | | Multi Year Order Form and License Agreement dated September 23, 2014 |
| Thomson Reuters, Inc. | (TAX & ACCOUNTING) | P.O. BOX 6016 | | | CAROL STREAM | IL | 60197-6016 | | Order Form and Statement of Work dated April 17, 2015 |
| Thomson Reuters, Inc. | (TAX & ACCOUNTING) | P.O. BOX 6016 | | | CAROL STREAM | IL | 60197-6016 | | Order Form dated October 22, 2013 |
| Thomson Reuters, Inc. | TAX & ACCOUNTING - CHECKPOINT | P.O. BOX 71687 | | | CHICAGO | IL | 60694-1687 | | Multi Year Order Form and License Agreement dated September 23, 2014 |
| Thomson Reuters, Inc. | TAX & ACCOUNTING - CHECKPOINT | P.O. BOX 71687 | | | CHICAGO | IL | 60694-1687 | | Order Form and Statement of Work dated April 17, 2015 |
| Thomson Reuters, Inc. | TAX & ACCOUNTING - CHECKPOINT | P.O. BOX 71687 | | | CHICAGO | IL | 60694-1687 | | Order Form dated October 22, 2013 |
| Tiffany Van Twist | | Address Redacted | | | | | | | Letter Agreement re: Employment at Quiksilver dated July 27, 2015 |
| Time Warner Cable | Acct No 8448 40 009 1510532 | PO Box 60074 | | | City of Industry | CA | 91716 | | Time Warner (Internet Services)  - Term: 08/12/2016 |
| TradeLink Technologies, Inc. | | 725 Providence Rd | Suite 319 | | Charlotte | NC | 28207 | | Software License Agreement  - Term: Until terminated |
| TradeLink Technologies, Inc. | | 725 Providence Rd | Suite 319 | | Charlotte | NC | 28207 | | Tradelink Technologies Software License Agreements April 2011 |
| Travel Plus International, LLC | | 831 MONTEREY PASS ROAD | | | MONTEREY PARK | CA | 91754 | | License Agreement - Expiration Date: 07/31/2018 |
| Union Trend International Limited | | UNIT B, 2/F., HUNG MOU INDUSTRIAL B | | | KOWLOON | KLN | 99977 | Hong Kong | Quiksilver Vendor Agreement between Quiksilver, Inc. and Union Trend International Limited dated April 25, 2014 |
| Union Trend International Limited | | UNIT B, 2/F., HUNG MOU INDUSTRIAL B | | | KOWLOON | KLN | 99977 | Hong Kong | Quiksilver Vendor Agreement dated April 25, 2014 |
| Union Trend International Limited | | UNIT B, 2/F., HUNG MOU INDUSTRIAL B | | | KOWLOON | KLN | 99977 | Hong Kong | Quiksilver Vendor Agreement dated April 25, 2014 |
| Union Trend International Limited | | UNIT B, 2/F., HUNG MOU INDUSTRIAL B | | | KOWLOON | KLN | 99977 | Hong Kong | Quiksilver Vendor Agreement dated April 25, 2014 |
| Universal Music France | | 21/22 RUE DES FOSSES SAINT-JACQUES | | | PARIS | | 75005 | France | License Agreement - Expiration Date: 11/01/2015 |
| Urchin Associates PTY LTD | | 1/108 MOOR STREET | | | FITZROY | VIC | 99999 | Australia | Services Agreement 12AUG2014 |
| Vector Intelligent Solutions dba IRG | DBA INDUSTRY RETAIL GROUP, A VECTOR SECURITY CO. | 2000 ERICSSON DRIVE | | | WARRENDALE | PA | 15086 | | IRG Customer Service Agreement |
| Vector Intelligent Solutions, LLC | DBA INDUSTRY RETAIL GROUP, A VECTOR SECURITY CO. | 2000 ERICSSON DRIVE | | | WARRENDALE | PA | 15086 | | Addendum to Customer Service Agreement 5MAR2015 |
| Vertex, Inc. | | 25528 NEWTWORK PLACE | | | CHICAGO | IL | 6673-1255 | | Vertex, Inc. Software License Agreement dated September 28, 2012 |
| Walkup Melodia Kelly & Schoenberger | Attorney for Plantiff Beth Grossbard | Khaldoun A Baghdadi Andrew P McDevitt | 650 California St 26th Fl | | San Francisco | CA | 94108-2615 | | Litigation |

In re: Quiksilver, Inc.
**Case No. 15-11880**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|---|
| Weihai Textile Group Import & Export Co., Ltd. | | No. 16 Shichang Da Road | | | Weihai | | 264200 | China | Quiksilver Vendor Agreement dated May 23, 2014 |
| Weiss Law LLP | Attorney for Robert B McKnight | Attn Richard A Acocelli | 1500 Broadway 16th Fl | | New York | NY | 10036 | | Litigation |
| Well Mart Merit Co., Ltd. | THERESA FU | No.28, Xinqiang Road | | | Kaohsiung | KSH | 86 | Taiwan | Quiksilver Vendor Agreement dated June 17, 2014 |
| Wells Fargo Bank | | P.O. BOX 1450 | | | MINNEAPOLIS | MN | 55485-8113 | | Agreement of Resignation, Appointment and Acceptance 15JUL2015 |
| West County Commerce Realty Holding Co., LLC | | 18802 BARDEEN AVENUE | | | IRVINE | CA | 92612 | | Standard Industrial/Commercial Multi-Tenant Lease dated May 1, 2010 |
| West County Commerce Realty Holding Co., LLC | | 18802 BARDEEN AVENUE | | | IRVINE | CA | 92612 | | Standard Industrial/Commercial Multi-Tenant Lease dated November 1, 2002 |
| West County Commerce, LLC | | 18802 BARDEEN AVENUE | | | IRVINE | CA | 92612 | | Standard Industrial/Commercial Single-Tenant Lease dated March 5, 1998 |
| Westerman Law Corp | Attorneys for Lead Plaintiff Babulal Parmar and Lead Counsel for Class | Jeff S Westerman | 1900 Avenue of the Stars 11th Fl | Re Stevens Shareholder Litigation | Los Angeles | CA | 90067 | | Litigation |
| WILBERT & WILBERT LLP | Attorney for Rox Volleyball | Joseph R. Wilbert | 2 Park Plaza, Suite 820 | | Irvine | CA | 92614 | | Litigation |
| William Barnum | BRENTWOOD ASSOCIATES | 11150 SANTA MONICA BLVD STE.1200 | | | LOS ANGELES | CA | 90025 | | Indemnity Agreement dated November 8, 1991 |
| Win Gear International Co. Ltd. | QAS | 21/F MAN HING COMMERCIAL BLDG | | | Hong Kong | HK | 99977 | Hong Kong | Quiksilver Vendor Agreement dated April 24, 2014 |
| Wright, Mikey | Michael Wright | Lot 1 Skennars Head Rd | | | Skennars Head 2478 | NSW | 2478 | Australia | Athlete Agreement - End Date: 12/31/2015 |
| Xerox Corporation | | P.O. BOX 7405 | | | PASADENA | CA | 91109-7405 | | Lease Agreement dated July 19, 2011 |
| Zao Zhuang HiYoung Garment Co., Ltd. | QAS | No. 36 Xinyuan Road | | | Zaozhuang | | 2771 | China | Quiksilver Vendor Agreement dated September 2, 2014 |
| Zappos Merchandising, Inc. | | P.O. BOX 7469 | | | LAS VEGAS | NV | 89125-7469 | | Vendor Allowance and Co-Op Agreement 1JAN2013 |
| Zhejiang Xishi Jiafang Textile Co., Ltd. | | Paitou Village Paitou Town | | | Zhuji | | 311825 | China | Quiksilver Vendor Agreement dated May 23, 2014 |

B6H (Official Form 6H) (12/07)

**In re: Quiksilver, Inc.**                                                    **Case No. 15-11880 (BLS)**

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. Bankr. P. 1007(m)

☐ Check this box if debtor has no codebtors.

| NAME AND  ADDRESS OF CODEBTOR | NAME AND  ADDRESS OF CREDITOR |
|---|---|
| See Schedule H Attachment | |

In re: Quiksilver, Inc.
Case No. 15-11880
Schedule H
Codebtors

| Name of codebtor | Address 1 | City | State | Zip | Name of creditor | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC Shoes, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Bank of America, N.A. (Including Through its Global Branches and Affiliates), as Administrative Agent | Counsel for Bank of America, N.A | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square Suite 2506 | New York | NY | 10036 | |
| DC Shoes, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Attn Trust Adminstration | 2711 Centerville Rd | | | Wilmington | DE | 19808 | |
| DC Shoes, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Deutsche Trustee Company Limited as Trustee | Attn Debt & Agency Services | 1 Great Winchester Street | | | London | | EC2N 2DB | United Kingdom |
| DC Shoes, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | U.S. Bank National Association as Indenture Trustee | Justin Shearer | 100 Wall Street, Suite 1600 | | | New York | NY | 10005 | |
| Hawk Designs, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Attn Trust Adminstration | 2711 Centerville Rd | | | Wilmington | DE | 19808 | |
| Hawk Designs, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Deutsche Trustee Company Limited as Trustee | Attn Debt & Agency Services | Winchester House | 1 Great Winchester Street | | London | | EC2N 2DB | United Kingdom |
| Hawk Designs, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | U.S. Bank National Association as Indenture Trustee | Justin Shearer | 100 Wall Street, Suite 1600 | | | New York | NY | 10005 | |
| Hawk Designs, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Bank of America, N.A. (Including Through its Global Branches and Affiliates), as Administrative Agent | Counsel for Bank of America, N.A | Riemer & Braunstein LLP, Attn Steven Fox | Seven Times Square Suite 2506 | | New York | NY | 10036 | |
| QS Retail, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Bank of America, N.A. (Including Through its Global Branches and Affiliates), as Administrative Agent | Counsel for Bank of America, N.A | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square Suite 2506 | New York | NY | 10036 | |
| QS Retail, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Attn Trust Adminstration | 2711 Centerville Rd | | | Wilmington | DE | 19808 | |
| QS Retail, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Deutsche Trustee Company Limited as Trustee | Attn Debt & Agency Services | 1 Great Winchester Street | | | London | | EC2N 2DB | United Kingdom |
| QS Retail, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | U.S. Bank National Association as Indenture Trustee | Justin Shearer | 100 Wall Street, Suite 1600 | | | New York | NY | 10005 | |
| QS Wholesale, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Bank of America, N.A. (Including Through its Global Branches and Affiliates), as Administrative Agent | Counsel for Bank of America, N.A | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square Suite 2506 | New York | NY | 10036 | |
| QS Wholesale, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Attn Trust Adminstration | 2711 Centerville Rd | | | Wilmington | DE | 19808 | |
| QS Wholesale, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | Deutsche Trustee Company Limited as Trustee | Attn Debt & Agency Services | Winchester House | 1 Great Winchester Street | | London | | EC2N 2DB | United Kingdom |
| QS Wholesale, Inc. | 5600 Argosy Circle | Huntington Beach | CA | 92649 | U.S. Bank National Association as Indenture Trustee | Justin Shearer | 100 Wall Street, Suite 1600 | | | New York | NY | 10005 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re: Quiksilver, Inc.**                                                                    **Case No. 15-11880 (BLS)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

I, Andrew Bruenjes, Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 89 sheets , and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/16/2015
_____                Signature: ____/ s / Andrew Bruenjes_____
                                                                **Andrew Bruenjes**

                                                                **Chief Financial Officer**

--------------------------------------------------------------------------------------------------------------------------------------------------

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§
152 and 3571.**