UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-11880 |
| QUIKSILVER, INC. | § | |
| DEBTORS(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF EL PASO**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on <u>20th</u> day of <u>October, 2015</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

VAN C. DURRER, II
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
300 GRAND AVE.
LOS ANGELES, CA 90071

US TRUSTEE (DELAWARE)
844 KING STREET, RM 2207
LOCK BOX #35
WILMINGTON, DE 19899-0035

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 Navarro Street, Ste 300
SAN ANTONIO, TX 78205
Telephone: (210) 225-6763
Facsimile: (210) 225-6410
Email: sanantonio.bankruptcy@publicans.com

By: /s/ David G. Aelvoet
David G. Aelvoet
SBN: 00786959 TX