**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Alan J. Friedman (SBN 132580)
afriedman@wgllp.com
Reem J. Bello (SBN 198840)
rbello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone     714-966-1000
Facsimile      714-966-1002

Attorneys for Creditor, Dragon Crowd Garment, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., et al.,[1] | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that creditor Dragon Crowd Garment, Inc., a California corporation ("DCG") hereby enters its appearance by and through its counsel, Lobel Weiland Golden Friedman LLP, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). DCG requests that copies of all notices given in this case, and copies of all pleadings or papers served in this case be sent to:

Alan J. Friedman
Email: afriedman@wgllp.com
LOBEL WEILAND GOLDEN FRIEDMAN LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

---

[1] The Debtors are as follows: Quiksilver, Inc., QS Wholesale, Inc., DC Direct, Inc., DC Shoes, Inc., Fidra, Inc., Hawk Designs, Inc., Mt. Waimea, Inc., Q.S. Optics, Inc., QS Retail, Inc., Quiksilver Entertainment, Inc., and Quiksilver Wetsuits, Inc. (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any request to dismiss or convert the case, notices of any claims bar dates, orders, pleadings, motions, applications, complaints, demands, hearings, objections or oppositions, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, fax, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that DCG additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix list of creditors to be prepared or existing in the above-reference case.

This Notice of Appearance and Request for Notice shall not be deemed to be a waiver of any of DCG's rights, including (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which DCG is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments DCG expressly reserves for itself.

DATED: October 19, 2015          LOBEL WEILAND GOLDEN FRIEDMAN LLP


By:   /s/ Reem J. Bello
      Alan J. Friedman
      Reem J. Bello
      Attorneys for Creditor, Dragon Crowd Garment, Inc.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002