# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **QUIKSILVER, INC.,** *et al.*, ) | **Bk. No. 15-11880 (BLS)** |
| ) | **Jointly Administered** |
| Debtors. ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Susan E. Kaufman, Esquire of Cooch and Taylor, P.A., 1000 West Street, 10th Floor, Wilmington, DE 19801 hereby withdrawals as counsel for the Taubman Landlords in the above-captioned matter and that Susan E. Kaufman, Esquire of Law Office of Susan E. Kaufman, LLC, 919 North Market Street, Suite 460, Wilmington, DE 19801 hereby enters her appearance as attorney for the Taubman Landlords the above captioned matter. This substitution of counsel does not affect the appearance of Andrew Conway, Esquire from the Taubman Company who remains as counsel for the Taubman Landlords

| COOCH AND TAYLOR, P.A. | LAW OFFICE OF SUSAN E. KAUFMAN, LLC |
|---|---|
| */s/ Susan E. Kaufman* | */s/ Susan E. Kaufman* |
| Susan E. Kaufman, (DSB#3381) | Susan E. Kaufman, (DSB#3381) |
| 1000 West Street, 10th Floor | 919 North Market Street, Suite 460 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-3800 | (302) 472-7420 |
| (302) 984-3939 Fax | (302) 792-7420 Fax |
| skaufman@coochtaylor.com | skaufman@skaufmanlaw.com |
| Attorney for the Taubman Landlords | Attorney for the Taubman Landlords |
| Dated: October 20, 2015 | Dated: October 20, 2015 |