**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| QUIKSILVER, INC., ET AL., | § | CASE NO. 15-11880 (BLS) |
| | § | |
| DEBTORS. | § | (JOINTLY ADMINISTERED) |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002 AND 9010**

      WRI Marshalls Plaza, LP (WRI), a creditor and party-in-interest herein, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> WRI Marshalls Plaza, LP
> c/o Weingarten Realty Investors
> 2600 Citadel Plaza Drive, Suite 125
> Houston, TX  77008
> Attention:  Jenny J. Hyun, Esq.
> Telephone:  713-866-6057
> Facsimile:  713-880-6146
> Email:  bankruptcycases@weingarten.com

      This request encompasses all notices, pleadings and papers filed in this case or referred to in Title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules including, without limitation, claim deadlines, motions and notices of hearing.

      Debtor is a party to a lease contract for nonresidential real property between QS Retail, Inc. as tenant, Quiksilver, Inc. as guarantor, and WRI as landlord.  The address of the leased premises is 3440 McHenry Ave., Suite D12, Modesto, CA 95350.

DATED:  October 08, 2015

                    Respectfully submitted,

                    WEINGARTEN REALTY INVESTORS
                    For WRI Marshalls Plaza, LP

      By:  *Lisa Seabron Williams*
                    Lisa Seabron Williams
                    Legal Administrator - Litigation
                    2600 Citadel Plaza, Suite 125
                    Houston, Texas 77008
                    Telephone: (713) 866-6028
                    Facsimile: (713) 880-6146
                    Email: lwilliams@weingarten.com