# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Weihai Textile Group Import & Export Co., Ltd. ("Weihai Textile"), appearing through their counsel, Katten Muchin Rosenman LLP, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

> Matthew W. Olsen, Esq.
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022-2585
> Telephone:  212-940-8800
> Facsimile:  212-940-8776
> E-mail: matthew.olsen@kattenlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier, personal delivery, telephone, facsimile, email or otherwise:

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945); Haw Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

112782455_1

(1) Which affect or seek to affect in any way any rights or interests of Weihai Textile with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Weihai Textile claims an interest; (d) property or proceeds thereof in possession, custody or control of Weihai Textile which the Debtors may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Weihai Textile.

Dated: October 21, 2015           **KATTEN MUCHIN ROSENMAN LLP**

By:   */s /Matthew W. Olsen*
         Matthew W. Olsen, Esq.
         575 Madison Avenue
         New York, NY 10022-2585
         Telephone: 212-940-8800
         Facsimile: 212-940-8776
         E-mail: matthew.olsen@kattenlaw.com

         *Attorneys for Weihai Textile Group Import & Export Co., Ltd.*