**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| Debtors.[1] | : | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF THE NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES IN THE LOS ANGELES TIMES (NATIONAL EDITION), THE NEW YORK TIMES (NATIONAL EDITION), THE ORANGE COUNTY REGISTER AND THE NEW YORK TIMES (INTERNATIONAL EDITION)**

This Affidavit of Publication includes the sworn statement verifying that the Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing Certain Dates was published and incorporated by reference herein as follows:

1. In the *Los Angeles Times (National Edition)* on September 25, 2015, attached hereto as **Exhibit A**;

2. In *The New York Times (National Edition)* on September 25, 2015, attached hereto as **Exhibit B**;

3. In *The Orange County Register* on September 25, 2015, attached hereto as **Exhibit C**; and

4. In the *International New York Times* on September 28, 2015, attached hereto as **Exhibit D**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

# Exhibit A

Los Angeles Times
MEDIA GROUP

**PROOF OF PUBLICATION**
**(2015.5 C.C.P.)**

**STATE OF ILLINOIS**
**County of Cook**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.

I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):

Sep 25, 2015

**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Dated at Chicago, Illinois
on this 25 day of Sept, 2015.

[signature]

435 N. Michigan Ave.
Chicago, IL 60611

Los Angeles Times
MEDIA GROUP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUIKSILVER, INC., *et al.*, | ) Case No. 15-11880 (BLS) |
| Debtors. | ) Jointly Administered |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 9, 2015, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and last four (4) digits of their federal tax identification numbers are as follows: **DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets), CASE NO., EID #:** Quiksilver, Inc., 15-11880, xx-xxx-9426; QS Wholesale, Inc., 15-11881, xx-xxx-8795; DC Direct, Inc., 15-11882, xx-xxx-8364; DC Shoes, Inc., 15-11883, xx-xxx-0965; Fidra, Inc., 15-11884, xx-xxx-8945; Hawk Designs, Inc., 15-11885, xx-xxx-1121; Mt. Waimea, Inc., 15-11886, xx-xxx-5846; Q.S. Optics, Inc., 15-11887, xx-xxx-2493; QS Retail, Inc., 15-11888, xx-xxx-0505; Quiksilver Entertainment, Inc., 15-11889, xx-xxx-9667; Quiksilver Wetsuits, Inc., 15-11890, xx-xxx-9599. **The address for all Debtors is:** 5600 Argosy Circle, Huntington Beach, California 92649.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **October 15, 2015 at 1:00 p.m. Eastern Time**, J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

PROPOSED COUNSEL FOR THE DEBTORS. Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- John K. Lyons, Jessica S. Kumar, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411.

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the case administration website maintained by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for these Chapter 11 proceedings, at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. All documents filed with the Court may also be obtained at the Office of the Clerk of the Bankruptcy Court at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are available at the case administration website at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. Proof of claim forms are also available at the Bankruptcy Court website at www.deb.uscourts.gov. KCC can be reached as follows: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Toll Free: 877-709-4757, Email: QuiksilverInfo@kccllc.com, Website: http://www.kccllc.net/quiksilver.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court: /s/ David D. Bird
Clerk of the U.S. Bankruptcy Court

Dated: September 22, 2015

Los Angeles Times

Publication Date: 09/25/2015

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Ad Number:
Insertion Number:
Size:
Color Type:
Client Name:
Advertiser:
Section/Page/Zone: BUSINESS/C004/LA
Description:

# State AGs launch Volkswagen probe

ASSOCIATED PRESS

California and 26 other states are opening an investigation into Volkswagen after it admitted rigging vehicles to pass U.S. emissions tests.

Michigan Atty. Gen. Bill Schuette's office said Thursday that he and at least 26 other attorneys general will send subpoenas to the German automaker. Spokeswoman Andrea Bitely says many states will investigate both through their consumer protection and environmental protection divisions.

Volkswagen is reeling from revelations it used secret software to thwart diesel emissions tests on nearly a half-million vehicles in the U.S.

The other participating states are Alabama, Arizona, Connecticut, Delaware, Florida, Illinois, Indiana, Iowa, Kentucky, Maine, Maryland, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, Oklahoma, Oregon, Pennsylvania, Rhode Island, Tennessee, Texas, Vermont and Virginia. Washington, D.C., also is involved.

## Major stock indexes

| Index | Close | Daily change | Daily % change | YTD % change |
|---|---|---|---|---|
| Dow industrials | 16,201.32 | -78.57 | -0.48 | -9.10 |
| S&P 500 | 1,932.24 | -6.52 | -0.34 | -6.15 |
| Nasdaq composite | 4,734.48 | -18.26 | -0.38 | -0.03 |
| S&P 400 | 1,390.62 | -6.50 | -0.47 | -4.26 |
| Russell 2000 | 1,137.53 | -2.52 | -0.22 | -5.58 |
| EuroStoxx 50 | 2,905.70 | -59.01 | -1.99 | -2.83 |
| Nikkei (Japan) | 17,571.83 | -498.38 | -2.76 | +0.69 |
| Hang Seng (Hong Kong) | 21,095.98 | -206.93 | -0.97 | -10.63 |

Source: AP

MARKET ROUNDUP

# Indexes decline for a third day

ASSOCIATED PRESS

More evidence that global economic growth is slowing pushed the U.S. stock market down for a third straight day Thursday.

Caterpillar, a bellwether for industrial companies, fell sharply after cutting its sales outlook for this year and announcing that it would eliminate as many as 10,000 jobs to cut costs.

Also, the government reported that orders for long-lasting U.S. manufactured goods dropped in August. A key category that tracks business investment plans was especially weak.

"We're looking for that good news and we're not getting any," said John Toohey, vice president of equity investments at USAA.

The Standard & Poor's 500 index fell 6.52 points, or 0.3%, to 1,932.24. The Dow Jones industrial average lost 78.57 points, or 0.5%, to 16,201.32. The Nasdaq composite fell 18.27 points, or 0.4%, to 4,734.48.

The market has been in a funk for the last month as investors worry that slowing growth overseas, particularly in China, will hurt U.S. companies. A decision by the Federal Reserve to hold its benchmark interest rate close to zero last week also made investors uneasy.

Policymakers held the Fed's benchmark interest rate despite an improving job market and a steady economy. Fed Chairwoman Janet Yellen told reporters after the meeting that worries about China and emerging markets were a factor in their decision. Many economists expected that the central bank would instead focus on the health of the U.S. economy.

Yellen said in a speech late Thursday that she expects the Fed to begin raising interest rates by the end of the year. She also suggested that global economic weakness will not be significant enough to alter the central bank's plan to raise its key short-term rate from zero by December. Her remarks came after the market had closed.

On Thursday, Caterpillar posted the biggest decline in the S&P 500.

The company slumped after cutting its 2015 revenue forecast by $1 billion to about $48 billion. Caterpillar also said sales would fall an additional 5% next year. The maker of mining and construction equipment is suffering as a global slump in commodity prices hurts mining companies. The stock dropped $4.40, or 6.3%, to $65.80.

European markets also fell. Germany's DAX dropped 1.9%, Britain's FTSE 100 declined 1.2% and France's CAC 40 lost 1.9%.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
QUIKSILVER, INC., *et al.*, ) Case No. 15-11880 (BLS)
Debtors. ) Jointly Administered

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 9, 2015, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and last four (4) digits of their federal tax identification numbers are as follows: **DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets), CASE NO., EID #:** Quiksilver, Inc., 15-11880, xx-xxx-9426; QS Wholesale, Inc. , 15-11881, xx-xxx-8795; DC Direct, Inc. , 15-11882, xx-xxx-8364; DC Shoes, Inc., 15-11883, xx-xxx-0965; Fidra, Inc., 15-11884, xx-xxx-8945; Hawk Designs, Inc., 15-11885, xx-xxx-1121; Mt. Waimea, Inc., 15-11886, xx-xxx-5846; Q.S. Optics, Inc., 15-11887, xx-xxx-2493; QS Retail, Inc., 15-11888, xx-xxx-0505; Quiksilver Entertainment, Inc. , 15-11889, xx-xxx-9667; Quiksilver Wetsuits, Inc., 15-11890, xx-xxx-9599. **The address for all Debtors is:** 5600 Argosy Circle, Huntington Beach, California 92649.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **October 15, 2015 at 1:00 p.m. Eastern Time**, J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

PROPOSED COUNSEL FOR THE DEBTORS. Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- John K. Lyons, Jessica S. Kumar, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411.

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the case administration website maintained by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for these Chapter 11 proceedings, at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. All documents filed with the Court may also be obtained at the Office of the Clerk of the Bankruptcy Court at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are available at the case administration website at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. Proof of claim forms are also available at the Bankruptcy Court website at www.deb.uscourts.gov. KCC can be reached as follows: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Toll Free: 877-709-4757, Email: QuiksilverInfo@kccllc.com, Website: http://www.kccllc.net/quiksilver.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court: /s/ David D. Bird
Clerk of the U.S. Bankruptcy Court

Dated: September 22, 2015

# Diesel's future in doubt

[Diesel, from C1]
vehicles in the U.S.

That percentage could drop, said Allen Schaeffer, executive director of the industry group Diesel Technology Forum.

"But diesel is a proven technology," he said. "Nothing has changed in the laws of physics. This is still the most energy-efficient internal combustion engine."

Echoing that, the California Air Resources Board urged consumers not to blame diesel for Volkswagen's actions.

"These diesel engines can perform cleanly," the agency's David Clegern said. "There are diesel engines that meet the current diesel emission standards."

The Environmental Protection Agency has said it will now retest all diesel vehicles in the U.S., including those using six-cylinder engines, and will not limit the testing to cars made by the Volkswagen Group.

That will mean a lot of testing. According to the Diesel Technology Forum, there are 39 diesel-powered passenger vehicles being sold in the U.S., made by Audi, BMW, Chevrolet, Jaguar, Jeep, Land Rover, Mercedez-Benz, Porsche, Ram and Volkswagen.

That number will grow, the forum said, by 15 more vehicles within the next year. Among the new entries will be light trucks from GMC, Chevrolet and Nissan.

Not among them will be Mazda. The company has been expected for several years to begin offering a diesel option in the U.S. This week the company said the North American sale of that vehicle has been delayed "to ensure customers were able to get the performance befitting a Mazda."

Current headlines are not the first difficulties to affect diesel sales. The last few years have posed less-than-ideal conditions.

"This is a technology that's used to head winds," Schaeffer said, citing the recent economic recession and record high prices for diesel fuel in the U.S.

At the same time, automakers were offering new alternative fuel vehicle options, including hybrids, plug-in hybrids, battery electric and even hydrogen fuel cell vehicles.

But in 44 of the 48 months from 2008 to 2012, sales of diesel vehicles grew steadily, Schaeffer said.

Anger at Volkswagen percolated to a boil on social media after the company admitted that it had cheated. Volkswagen's diesel deception has damaged brand loyalty — particularly in those who doted on their vee-dubs.

"I loved mine!" said Amy Grey, a film and TV publicist who had been driving Sportwagen TDIs for the last six years and was thinking of buying another one. "But my feelings have changed. I feel betrayed by the brand. I'm not going to support a company that is deceptive."

Some of those owners now believe that they're stuck with polluting cars they dislike — cars they bought specifically to avoid polluting.

Conchita Lozano-Batista, a San Francisco lawyer and mother of two, said she and her husband liked their Golf diesel so much that they bought a 2009 Sportwagen as soon as it hit the market. She liked it so much that she declined her employer's offer to buy her a company car, preferring to drive her own "clean" diesel.

Lozano-Batista now takes quite a different view.

"It's like an albatross around my neck, and frankly I hate driving the damn thing," she said. "We put our kids in it yesterday. It was a bitter moment. 'Let's go pollute in our falsely advertised vehicle.' I'll never buy a VW again."

charles.fleming@latimes.com




SCOTT OLSON Getty Images

**A VOLKSWAGEN PASSAT,** one of the models marketed by VW as using a "clean" diesel power train, is for sale at a dealership in Evanston, Ill.

# Rate hike is likely this year

[Yellen, from C1]
opments on the U.S. economy will prove to be large enough to have a significant effect on the path for policy," Yellen said.

The lengthy address looked at the effects of inflation on monetary policy in the past and how price expectations play into the Fed's decision making now as it considers lifting the federal funds rate from the near zero-level it has been at since late 2008.

Strong job growth in recent years has pushed the U.S. closer to what experts consider full employment — the unemployment rate fell to 5.1% in August — but inflation has remained well below the Fed's annual 2% target.

Yellen said sharply lower oil prices and the rising value of the dollar have kept inflation down recently. But Fed policymakers were confident that those were temporary factors and that "inflation will gradually return to 2% over the next two or three years."

In economic forecasts released last week, Fed officials projected inflation would be 0.4% this year and not hit the central bank's annual 2% target until 2018.

The Fed has a dual mandate to maximize employment and keep prices stable. Yellen said she and most Fed policymakers anticipate that "achieving these conditions will likely entail an initial increase in the federal funds rate later this year, followed by a gradual pace of tightening thereafter."

"But if the economy surprises us, our judgments about appropriate monetary policy will change," Yellen said.

Some analysts have said the Fed should wait to raise rates until the economy is at full employment and inflation is back to 2%. Acknowledging the argument, Yellen said that would risk harming the economy because there is a lag in the effects of monetary policy changes.

"If the FOMC were to delay the start of the policy normalization process for too long, we would likely end up having to tighten policy relatively abruptly to keep the economy from significantly overshooting both of our goals," she said.

"Such an abrupt tightening would risk disrupting financial markets and perhaps even inadvertently push the economy into recession," Yellen said.

After their meeting last week, Yellen said she and her colleagues wanted "a little bit more time to evaluate the likely impacts on the United States" of the recent financial market turmoil, which could be a signal of a global economic slowdown.

Fed officials could act as soon as their next meeting in late October. But Fed policymakers might have trouble determining the effects on the U.S. if a budget dispute leads to a federal government shutdown.

The fiscal year ends Wednesday. If Congress and the White House can't agree on at least a short-term spending bill, the next batch of data — including the September jobs report scheduled to be released next Friday — could be delayed until the government reopens.

A 16-day partial government shutdown in October 2013 caused the Labor Department to delay releasing the September jobs report for 2½ weeks.

The next meeting of Fed policymakers is Oct. 27-28, and Fed officials probably would need updated data on jobs and other economic indicators to decide on an interest rate hike.

Obama administration officials hope there will not be a shutdown, but as a precaution they are reviewing contingency plans, Labor Department spokesman Stephen Barr said Thursday.

jim.puzzanghera@latimes.com

# Gemdale lured by glamour

[Hollywood, from C1]
has projects in the Los Angeles neighborhoods of Silver Lake and Glassell Park, among others.

By contrast, Gemdale, based on the mainland in Shenzhen, is listed on the Hong Kong stock exchange and has built more than 30,000 condominiums in 25 Chinese cities in 2013 alone, the company said.

Its move into Hollywood comes after other large Chinese developers, including Greenland Group, Oceanwide Real Estate Group and Shenzhen Hazens Real Estate Group Co., have started work on billions of dollars worth of new condominium, hotel and retail projects near Staples Center.

Wanda Group, another Chinese firm, is set to build a $1-billion condominium and hotel complex in Beverly Hills on the former site of a Robinsons-May department store on Wilshire Boulevard.

Gemdale sees opportunity in Hollywood beyond the glitz: Demand for rental housing is growing there as the community has transformed in recent years into a hub of businesses that meld entertainment, technology and digital media — and hire lots of younger workers.

For example, video-streaming service Netflix, which has started making its own television shows, will move its Southern California headquarters from Beverly Hills to Hollywood late next year in an expansion that will nearly triple its office space in the region.

"Now the job base is more diverse. Netflix is not Paramount Studios," said Paul Darrow, an apartment sales broker at Marcus & Millichap who is not involved in the development. "People who were living with their parents and taking those unpaid internships are now getting jobs."

That jobs growth has made the Hollywood apartment market the most improved for landlords in Los Angeles County over the last year, according to the brokerage. Vacancy fell to 3.4% in the second quarter, and average monthly rents rose 5.3% to $2,187 from a year earlier.

Gemdale and LaTerra plan to appeal to young workers by keeping units small enough to be affordable to renters who can pay about $2,000 a month. They intend to build more than 200 apartments over street-level shops at 1350 N. Western Ave.

The 4-acre site has an empty three-story office building that was formerly home to entertainment post-production firm Deluxe Laboratories.

The new apartment building and a parking structure will rise on a parking lot next to the office, which will be upgraded and rented to new tenants as part of the project, said Charles Tourtellotte, chief executive of LaTerra.

Construction should start on the garage by the end of this year, he said, and the entire project should be finished by early 2018. An outstanding question is the exact number of units. The plan is to build as many as 254, more than typically would be allowed on the property, by setting aside 21 apartments for "very low-income" residents, Tourtellotte said. Developers can be rewarded when they include affordable housing in a project.

Gemdale's announcement of its project is the first since the recent slowdown in the Chinese economy and dramatic losses on the country's stock exchange prompted worries that the tidal wave of Chinese investment in Los Angeles might come to a halt.

Simone Liu of Wells Fargo Advisors in Beverly Hills, who gives investment advice to Chinese clients, said the opposite dynamic appears to be in play.

"After what happened in China, people are looking for ways to diversify their portfolios," he said "They feel like the U.S. is more transparent and there are more opportunities in the real estate market here."

Gemdale's Zhu said L.A. has special appeal to Chinese visitors and investors.

"The first place many people come to in the United States is Los Angeles," he said. "It's very famous in China."

roger.vincent@latimes.com
Twitter: @rogervincent

facebook.com/latimes

# **Exhibit B**



The New York Times
620 8TH AVENUE • NEW YORK, NY 10018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 9, 2015, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.§§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and last four (4) digits of their federal tax identification numbers are as follows: **DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets), CASE NO., EID #:** Quiksilver, Inc., 15-11880, xx-xxx-9426; QS Wholesale, Inc., 15-11881, xx-xxx-8795; DC Direct, Inc., 15-11882, xx-xxx-8364; DC Shoes, Inc., 15-11883, xx-xxx-0965; Fidra, Inc., 15-11884, xx-xxx-8945; Hawk Designs, Inc., 15-11885, xx-xxx-1121; Mt. Waimea, Inc., 15-11886, xx-xxx-5846; Q.S. Optics, Inc., 15-11887, xx-xxx-2493; QS Retail, Inc., 15-11888, xx-xxx-0505; Quiksilver Entertainment, Inc., 15-11889, xx-xxx-9667; Quiksilver Wetsuits, Inc., 15-11890, xx-xxx-9599. **The address for all Debtors is:** 5600 Argosy Circle, Huntington Beach, California 92649.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **October 15, 2015 at 1:00 p.m. Eastern Time,** J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

PROPOSED COUNSEL FOR THE DEBTORS. Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- John K. Lyons, Jessica S. Kumar, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411.

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the case administration website maintained by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for these Chapter 11 proceedings, at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. All documents filed with the Court may also be obtained at the Office of the Clerk of the Bankruptcy Court at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are available at the case administration website at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. Proof of claim forms are also available at the Bankruptcy Court website at www.deb.uscourts.gov. KCC can be reached as follows: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Toll Free: 877-709-4757, Email: QuiksilverInfo@kccllc.com, Website: http://www.kccllc.net/quiksilver.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court: /s/ David D. Bird
Clerk of the U.S. Bankruptcy Court

Dated: September 22, 2015

## CERTIFICATION OF PUBLICATION

SEP 25 2015 20 ____

I, [signature], in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

SEP 25 2015 20 ____

[signature]

Approved: [signature: Maria Pannullo]

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**

# Volkswagen Expected to Name C.E.O. as Pressure Mounts on Company

By JACK EWING and MELISSA EDDY

FRANKFURT — Volkswagen is expected to name a new chief executive on Friday to replace Martin Winterkorn, who resigned on Wednesday in the face of a widening emissions scandal that has engulfed the automaker.

A leading candidate is Matthias Müller, who is in charge of the division of Volkswagen that makes Porsche sports cars, according to people close to the company's supervisory board, which meets on Friday. But those people said it was too early to confirm that a decision had been made.

Mr. Müller, 62, leads a division that is untouched by revelations that VW used software in diesel cars to fool emissions tests in the United States. Porsche, along with the Audi division, accounts for most of the parent company's profit.

The board that oversees the management of Volkswagen, the world's largest automaker, is also expected to announce further management changes as the company tries to quell the growing outcry over the deception.

Still, pressure continued to mount on the company. On Thursday, Germany's transportation minister, Alexander Dobrindt, said that software might have been used to fool official emissions tests on millions of cars in Europe, not just in the United States.

Mr. Dobrindt indicated that the 10 million cars in Europe with the diesel engines could be affected by the manipulation. If so, the Volkswagen software used to deceive emissions tests would have been more widely used than the company had disclosed.



KRISZTIAN BOCSI/BLOOMBERG

Volkswagen-built automobiles in towers awaiting delivery in Wolfsburg, Germany, where the automaker has its headquarters.

Volkswagen said on Tuesday that 11 million cars worldwide were equipped with the same software that the Environmental Protection Agency said was used to evade emissions tests in the United States. About half a million of those cars are in the United States, and analysts say about 10 million are in Europe.

But it had been unclear whether the software was dormant in cars sold in Europe or actively used to evade pollution standards, as Volkswagen admitted was the case in the United States.

Disclosures of larger problems would add to the widespread damage to the reputation of Volkswagen, which is a leader in an industry that forms the bedrock of the German economy.

As an indication that other European officials are growing wary, the European Commission on Thursday urged the 28 member nations of the European Union to test vehicles on their roads and report the findings. France indicated its intentions to begin random testing.

Investors, too, have become nervous that the scandal could spread beyond Volkswagen. Shares of the rival German carmaker BMW fell on Thursday after a German auto magazine reported that one of BMW's models produced suspicious test results. BMW denied the accusation.

The testing group cited in the article, which is the same group that raised early alarms about Volkswagen's deception, also questioned the validity of the magazine's report.

Mr. Dobrindt said on Thursday that Volkswagens in Europe were also "affected by the manipulations," although he added that officials were still investigating. He did not elaborate, and officials in his office did not answer their phones on Thursday. Volkswagen declined to comment.

Mr. Dobrindt spoke in Berlin after German officials met with Volkswagen representatives in Wolfsburg, where the company is based. He said that cars with 1.6-liter engines were affected, not just those with two-liter engines.

Volkswagen has been in crisis since revealing last week that cars with two-liter engines sold in the United States were equipped with software to detect when emissions testing was taking place and turn on features that lowered pollution levels.

When the controls were off, levels of nitrogen oxide, a component of smog linked to respiratory ailments, could rise to 40 times the allowed amount, the E.P.A. said last week.

Environmental groups have long complained that diesel vehicles often produce much more pollution under road conditions than when undergoing official tests, even if other companies were not cheating as blatantly as Volkswagen in the United States.

In a statement, the European Commission said that it called on national authorities "to look into the implications for vehicles sold in Europe and ensure that E.U. pollutant emission standards are scrupulously respected."

Ségolène Royal, the French environment minister, said on Thursday that French authorities would conduct random tests on about 100 cars around the country to ensure that they met pollution standards and that they did not have software installed to cheat on emissions tests.

"Manufacturers have assured me that in France, with French automakers, there is no fraud," she told the French broadcaster BFMTV after a meeting with carmakers. "And what we have all agreed on is that today there had to be proof of what is being said."

Mr. Dobrindt, the German official, said that members of a governmental investigatory committee were continuing to question Volkswagen representatives and comb through documents at the company's headquarters.

In addition, the Transportation Ministry had asked the emissions authorities to carry out lab and road tests on Volkswagen vehicles, as well as on cars made by other German automakers.

***Germany and France are to test emissions after the United States revealed tampering.***

"We will continue to intensively work together with Volkswagen to determine which cars are affected so that we can inform the public," Mr. Dobrindt said in Berlin.

If the chief's job falls to Mr. Müller, Volkswagen would acquire a leader widely regarded as more approachable than Mr. Winterkorn, who was known for his autocratic style. Mr. Müller, however, might be seen as a transitional leader because of his age. And many commentators have said Volkswagen should bring in an outsider better able to fix flaws in the company that allowed the scandal to arise.

Mr. Müller has been president and chief executive of Volkswagen's Porsche unit for nearly five years. According to the Porsche website, he began his career at Volkswagen's Audi unit in 1977 before eventually rising to head of product management there in 1995.

After eventually overseeing all Audi and Lamborghini product lines, Mr. Müller was put in charge of all vehicle projects and brands for the parent company, the Volkswagen Group, before taking the top job at Porsche in October 2010.

*Nicola Clark, Aurelien Breeden and David Jolly contributed reporting from Paris.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| Debtors. | ) | Jointly Administered |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 9, 2015, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.§§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and last four (4) digits of their federal tax identification numbers are as follows: **DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets), CASE NO., EID #:** Quiksilver, Inc., 15-11880, xx-xxx-9426; QS Wholesale, Inc. , 15-11881, xx-xxx-8795; DC Direct, Inc. , 15-11882, xx-xxx-8364; DC Shoes, Inc., 15-11883, xx-xxx-0965; Fidra, Inc., 15-11884, xx-xxx-8945; Hawk Designs, Inc., 15-11885, xx-xxx-1121; Mt. Waimea, Inc., 15-11886, xx-xxx-5846; Q.S. Optics, Inc., 15-11887, xx-xxx-2493; QS Retail, Inc., 15-11888, xx-xxx-0505; Quiksilver Entertainment, Inc. , 15-11889, xx-xxx-9667; Quiksilver Wetsuits, Inc., 15-11890, xx-xxx-9599. **The address for all Debtors is:** 5600 Argosy Circle, Huntington Beach, California 92649.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **October 15, 2015 at 1:00 p.m. Eastern Time**, J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

PROPOSED COUNSEL FOR THE DEBTORS. Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- John K. Lyons, Jessica S. Kumar, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411.

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the case administration website maintained by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for these Chapter 11 proceedings, at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. All documents filed with the Court may also be obtained at the Office of the Clerk of the Bankruptcy Court at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are available at the case administration website at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. Proof of claim forms are also available at the Bankruptcy Court website at www.deb.uscourts.gov. KCC can be reached as follows: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Toll Free: 877-709-4757, Email: QuiksilverInfo@kccllc.com, Website: http://www.kccllc.net/quiksilver.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court: /s/ David D. Bird
Clerk of the U.S. Bankruptcy Court

Dated: September 22, 2015

**COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES**

**OFFICE SPACE** (100)

**Offices–Manhattan 105**

5th-Lex Offices, Showrooms, Retail
B/t GRAND CENTRAL & PENN STA.
185 Mad., 353 Lex., 385 5th,
390 5th, 5 W 37th
620 SF to 8,620 SF
Owner Management
212-843-5400 Floor Plans on Website
www.HilsonManagement.com

**RETAIL SPACE** (200)

**Manhattan 205**

NOLITA RETAIL SPACE
2,400 sq ft
www.262mott.com 917-750-6701

RESTAURANT
Unique opportunity! Existing ground floor restaurant in superb MIDTOWN MANHATTAN location NEAR MOMA!
Long Term Lease available
(212) 586-6756 -Mr. Alpert-

**Manhattan 205**

SOHO
137 Thompson St. 450 sq. ft.
$8,250/mo. Call owner, 917-750-6701

**COMMERCIAL & INDUSTRIAL PROPERTIES** (300)

**Orange County 351**

FUNERAL HOME FOR SALE
(Casa de Funeral)
Affordable, stately Victorian funeral home with 3 income apartments on a major highway in a large ethnically diverse Orange County, NY community. Call Melissa Drake (800) 832-6232

**INVESTMENT PROPERTIES** (600)

**Investment Properties Manhattan 603**

Inwood-Excl: 5-story corner building with 29 apartments. 60 wide corner. 22,320 SF. $6.9M. Near Dyckman St [1] subway. Call Shallini Mehra at BESEN & ASSOCIATES (212) 951-8414

**Investment Properties Other Areas 605**

Brooklyn PRIME BUSHWICK
For Sale - Exclusive. 6 Units, Vacant
Call Marcus 646-278-4674 epic-cr.com

Qns-Sunnyside: 3-story mixed use bldg w/4 apts, retail space, carriage house w/2 apts. 3,913 SF. Greenpoint Ave. $1.8M. Call Shallini Mehra at BESEN & ASSOCIATES (212) 951-8414

**COMMERCIAL LOTS & ACREAGE** (700)

**Brooklyn 711**

BROOKLYN - Leasing now, vacant land for long-term lease. Coming up soon. 50,000sf - 75,000sf. Great terms. By owner. Call for info, 347-408-7044




# Problems at VW Start at the Boardroom

From First Business Page

of North Korea, adding that its "autocratic leadership style has long been out of date." It said "a functioning corporate governance is missing."

Until a forced resignation this spring, the company was dominated by Ferdinand Piëch, 78, the grandson of Ferdinand Porsche and the father of 12 children. He reigned over Volkswagen's supervisory board and directed a successful turnaround at the luxury brand Audi before taking the reins at its parent, Volkswagen, in 1993. Mr. Piëch set the goal of Volkswagen's becoming the world's largest automaker by sales, a goal the company achieved this past year. He stepped down as chairman in April after unsuccessfully trying to oust the company's chief executive, Martin Winterkorn, who himself was forced out this week.

One measure of Mr. Piëch's influence: In 2012, shareholders elected his fourth wife, Ursula, a former kindergarten teacher who had been the Piëch family's governess before her marriage to Ferdinand, to the company's supervisory board.

Although many shareholders protested her lack of qualifications and independence, they have little or no influence. Porsche and Piëch family members own over half the voting shares and vote them as a bloc under a family agreement. Labor representatives hold three of the five seats on the powerful executive committee, and half the board seats are held by union officials and labor.

Of the remaining seats, two are appointed by the government of Lower Saxony, the northwestern German state that owns 20 percent of the voting shares. Two are representatives of Qatar Holding, Qatar's sovereign wealth fund, which owns 17 percent of Volkswagen's voting shares. Members of the Piëch and Porsche families hold three more seats, and a management representative holds another.

Outside views rarely penetrate. "It's an echo chamber," Professor Elson said.

I spoke this week to a longtime former senior Volkswagen executive, who agreed that a scandal, especially one involving emissions, was all but inevitable at Volkswagen. He cited the company's isolation, its clannish board and a deep-rooted hostility to environmental regulations among its engineers.



MARIJAN MURAT/EUROPEAN PRESSPHOTO AGENCY

Martin Winterkorn, foreground, and Ferdinand Piëch during a Porsche company meeting in 2012 in Germany.

The former executive, who spoke on the condition of anonymity because he now works at a competing global automaker, said that Wolfsburg, where Volkswagen is based in Lower Saxony and the city with the highest per capita income in Germany, is even more remote and isolated than Detroit was in its heyday. "The entire economy is automotive," he said. "People have a completely uncritical view of cars and their impact on the environment because they all make a living from the industry."

Moreover, "there's no other company where the owners and the unions are working so closely together as Volkswagen," he said. Volkswagen "guarantees jobs for over half the supervisory board. What management, the government and the unions all want is full employment, and the more jobs, the better. Volkswagen is seen as having a national mission to provide employment to the German people. That's behind the push to be No. 1 in the world. They'll look the other way about anything."

From an employment standpoint, the company has succeeded. Volkswagen said it employed nearly 600,000 people last year to produce about 10 million vehicles. By comparison, No. 2 Toyota employed 340,000 to produce just under nine million vehicles.

The problem, Professor Elson emphasized, is that maximizing employment shouldn't be a primary goal of a board, whose purpose is to monitor management for a company's investors and ensure the long-term health and profitability of a company.

"Management's goal is to keep their jobs, and the unions' is to save jobs and benefits and create more," Professor Elson said. "That's a fundamental conflict."

In this regard, Volkswagen is similar to other large companies in Germany, which, under a policy known as co-determination, or Mitbestimmung, requires company boards to be equally divided between workers and members elected by shareholders. The model has come under sharp criticism from other eurozone members and pension funds outside Germany that invest in German companies.

The Volkswagen scandal seems sure to intensify pressure for change, but Professor Roth was skeptical. "The unions won't give up co-determination without a fight," he said, "and the German public is used to it."

***An insular governing structure helped make the emissions scandal possible.***

The Volkswagen board has been especially slow to move on environmental issues, investing less in electric and hybrid engine technology than industry leaders.

"There's an attitude among the German public that it's very unfair for the U.S. to target the auto industry over emissions," Professor Roth said. "If you have electric cars and a coal-fired plant producing the electricity, you gain nothing."

The former Volkswagen executive said Volkswagen's engineer-driven culture takes the notion even further. He said the engineers felt that the politicians were guilty of rank hypocrisy, especially in the United States, also grumbling that electric cars make no sense as long as power plants are burning fossil fuels.

"There's an attitude of moral superiority there," he said. "The engineers think they know best."

That Volkswagen is nonetheless obliged to obey applicable environmental laws, he said, is a notion likely to fall on deaf ears in Wolfsburg, especially compared to demands to be No. 1 in sales. (The motive for the software evasion is widely believed to have been to increase sales of diesel-powered cars in the United States.)

Such attitudes are hardly confined to Volkswagen, and a willingness to circumvent environmental regulations may emerge at other automakers. But Volkswagen's board may be especially insulated from outside opinion, given its paucity of independent directors.

Considering the damage to Volkswagen from the still-unfolding scandal, its attitudes and approach to governance may have to change. Volkswagen faces a staggering number of investigations and lawsuits. Volkswagen said it set aside $7.3 billion, which doesn't seem nearly enough; legal fees are likely to run into the billions, and the Environmental Protection Agency alone could fine the company up to $18 billion. It also has to figure out how to recall the 11 million affected cars, since it still isn't clear how the company can remove the software and meet emissions standards without compromising automotive performance.

Volkswagen shares were trading at about €160, or $180, last Friday before the Environmental Protection Agency announced its investigation. They have dropped about 30 percent in the days after the news broke, wiping out over $26 billion in shareholder value.

A spokeswoman at Volkswagen declined to comment on the company's governance.

Whether the company's insular corporate structure gives it the flexibility to manage successfully through the scandal remains to be seen. Given the serious financial and reputational damage, the long-term survival of Volkswagen is a real question. Professor Elson says he believes the company won't disappear.

"A board like this doesn't give investors a lot of confidence," he said. "They'll get through this eventually, but I wouldn't be surprised if the German government ends up having to bail them out."

# **Exhibit C**

**AFFIDAVIT OF PUBLICATION**

STATE OF CALIFORNIA, )
) ss.
County of Orange )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of **The Orange County Register**, a newspaper of general circulation, published in the city of Santa Ana, County of Orange, and which newspaper has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of November 19, 1905, Case No. A-21046, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

September 25, 2015

"I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct":

Executed at Santa Ana, Orange County, California, on

Date: September 25, 2015

Signature

**The Orange County Register**
**625 N. Grand Ave.**
**Santa Ana, CA 92701**
**(714) 796-2209**

# PROOF OF PUBLICATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
QUIKSILVER, INC., *et al.*, ) Case No. 15-11880 (BLS)
Debtors. ) Jointly Administered

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 9, 2015, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and last four (4) digits of their federal tax identification numbers are as follows: **DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets), CASE NO., EID #:** Quiksilver, Inc., 15-11880, xx-xxx-9426; QS Wholesale, Inc., 15-11881, xx-xxx-8795; DC Direct, Inc., 15-11882, xx-xxx-8364; DC Shoes, Inc., 15-11883, xx-xxx-0965; Fidra, Inc., 15-11884, xx-xxx-8945; Hawk Designs, Inc., 15-11885, xx-xxx-1121; Mt. Waimea, Inc., 15-11886, xx-xxx-5846; Q.S. Optics, Inc., 15-11887, xx-xxx-2493; QS Retail, Inc., 15-11888, xx-xxx-0505; Quiksilver Entertainment, Inc., 15-11889, xx-xxx-9667; Quiksilver Wetsuits, Inc., 15-11890, xx-xxx-9599. **The address for all Debtors is:** 5600 Argosy Circle, Huntington Beach, California 92649.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **October 15, 2015 at 1:00 p.m. Eastern Time,** J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

PROPOSED COUNSEL FOR THE DEBTORS. Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- John K. Lyons, Jessica S. Kumar, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411.

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the case administration website maintained by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for these Chapter 11 proceedings, at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. All documents filed with the Court may also be obtained at the Office of the Clerk of the Bankruptcy Court at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are available at the case administration website at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. Proof of claim forms are also available at the Bankruptcy Court website at www.deb.uscourts.gov. KCC can be reached as follows: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Toll Free: 877-709-4757, Email: QuiksilverInfo@kccllc.com, Website: http://www.kccllc.net/quiksilver.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court: /s/ David D. Bird
Clerk of the U.S. Bankruptcy Court

Dated: September 22, 2015

# GIANT SEQUOIAS AMONG DROUGHT'S VICTIMS, STUDY SHOWS

Researchers studying the trees say patches of brown, dead foliage are appearing more than before.

BY SCOTT SMITH
THE ASSOCIATED PRESS



THE ASSOCIATED PRESS

**Visitors explore the Tunnel Log, a passage cut through a giant sequoia tree that fell in 1937, at Sequoia National Park. Researchers are studying how California's drought is affecting the giant sequoias.**

SEQUOIA NATIONAL PARK • Giant sequoias growing in California's Sierra Nevada are among the largest and oldest living things on Earth, but scientists climbing high up into their green canopies say they are seeing symptoms of stress caused by the state's historic drought.

Patches of brown, dead foliage are appearing more than in past years, say researchers studying the iconic trees, which grow naturally only in the Sierra Nevada. By taking stock of groves that are most vulnerable, scientists say they can better manage the forest through the hotter, drier droughts expected in the future.

"They're beautiful, majestic trees," said Koren Nydick, a National Park Service ecologist and part of the research team focused on the treasured trees. "People come from all over the world to see the giant sequoias."

Some living more than 3,000 years, giant sequoias grow to nearly 300 feet tall. There are other trees that live longer and some that grow taller, but researchers say the giant sequoias are unique for their combined size and longevity.

Roughly 75 distinct groves that grow mostly in the southern Sierra Nevada were critical to founding the Sequoia National Park 120 years ago.

They have endured past wildfires and droughts, but Nydick said this fourth year of drought in California is marked by a record-low snowpack and some of the hottest temperatures recorded in the park.

The data they collect will be another important piece of information helping forestry officials to identify which groves need to be thinned through prescribed burns to allow in more sunlight and give certain trees a larger share of the scarce underground water. Nydick said that a single tree can require up to 800 gallons a day.

Anthony Ambrose, a tree biologist with UC Berkeley, hiked deep into the Giant Forest east of Visalia one day recently.

Ambrose and his team collected foliage from 50 of the giant sequoias for testing and retrieved gauges they installed weeks earlier from several of them to measure temperature and humidity.

"It's a really humbling experience because you feel just so small in the face of this thing that's so big and so old," said Ambrose, noting an emotional tie he feels with the giant sequoias. "If there's some impacts from drought or climate change on the trees, we need to understand that."

Scientists will link information they have collected from the individual trees with field surveys done by U.S. Geological Survey researchers observing thousands more trees on foot and overhead images collected from a plane operated by the Carnegie Airborne Observatory.

Combing their research, scientists say they'll be able to identify patterns of drought stress revealed in the trees. While the drought is taking its toll, UC Berkeley tree biologist Anthony Ambrose said it's not causing an abnormally high numbers of giant sequoias to die, like millions of other conifers throughout the state.

A massive wildfire this summer burning an hour's drive north of the study area had threatened to sweep through a grove home to the General Grant tree, one of the tallest giant sequoias. Firefighters built fire lines and installed sprinklers to protect it, although the resilient trees evolved to resist fire.

About one year into the study, USGS ecologist Adrian Das said researchers are now taking data collected in the field into the laboratory to answer a key question.

"Which parts of the sequoia groves should we be more worried about?" Das said. "Potentially, it's the sequoias telling us, 'Hey, these are the areas where we're more stressed.'"

# WATER: Gaining Superfund status would take 2 to 3 years

FROM PAGE 1

the groundwater basin underneath north and central Orange County, and 2.4 million people in 22 cities tap into it. Only a small fraction of the water is contaminated so far, but water managers worry the pollutants will spread.

Superfund status would not prevent residents from drinking the water. The EPA manages Superfund sites that produce a total of 90 million gallons a day of drinking water for Southern California.

Piecemeal cleanup efforts have been ongoing for years in Orange County, with roughly 50 sites completed or in progress, and application of pollutants to the soil has long since stopped. Bill Hunt, the director of special projects at Orange County Water District, the county's groundwater manager, praised the current cleanup efforts but said more needed to be done.

"If the contaminants were just released on the site yesterday, then a source-area cleanup would be appropriate because it hasn't impacted the groundwater and hasn't migrated any distance," Hunt said. But "they've spread with the water several miles down-gradient."

The county's main business group, the Orange County Business Council, is unhappy the EPA is involved and denies there's a regionwide pollution problem.

"There is no major groundwater contamination. That groundwater is actually safe," said Lucy Dunn, the CEO of the business council. She said she believes the old adage, "the solution to pollution is dilution."

A Superfund designation would harm the county's image, Dunn said. "It affects economic development. It affects the ability of Anaheim and Fullerton to attract businesses. It gives our residents discomfort with the water coming out of the tap."

Twelve years ago, the OCWD started suing businesses above contaminated sites to force them to cough up money to pay for a regional cleanup effort. Nine businesses have paid $21.4 million in settlement money, while three lawsuits for three contaminated regions are stuck in appeals, including one for the North Basin.

It's not clear how the EPA's involvement in groundwater cleanup would affect the lawsuits.

The EPA will soon finish a preliminary probe to see if the basin's problems are severe enough to place it on a priority list. From there, a formal review starts – a two- to three-year process that requires asking the governor's opinion, an initial rule writing, a public comment period and finalization of a rule.

In California, the EPA takes the governor's opinion seriously and the agency usually doesn't pursue Superfund status without his concurrence. Only if it's placed on the Superfund list would the North Basin site be eligible for federal funds, though the polluters may also be required to pay.

The North Basin resembles other groundwater Superfund sites, with legacy industrial contaminants that have migrated beyond their source and co-mingled to the point where it's hard to tell which pollutants came from which businesses – businesses that may not still exist.

Forty years ago, some Superfund sites in Los Angeles County looked like the North Basin today, said John Lyons, the acting assistant director of the EPA's Region 9 Superfund Division.

"This looks like an opportunity to nip a problem in the bud and avoid some bigger and more widespread problem like in the L.A. area," Lyons said.

The EPA got involved in the North Basin after OCWD approached it in 2013 with concerns about the growing plume of pollution, Lyons said. OCWD has offered to assist or even lead investigations into the groundwater contamination, an offer that is very rare for such an agency, Lyons said.

Since it isn't a polluter, OCWD can't be mandated to do any of the cleanup, however.

While the EPA's effort will address the regionwide plume, the cleanup efforts at individual sites will continue to cut off the pollution at the source and are part of a comprehensive cleanup. Those cleanups are coordinated by the state Department of Toxic Substances Control and the Santa Ana Regional Water Quality Control Board, both of which are also working with EPA.

Orange County's most prominent recent Superfund site was the 4,700-acre El Toro Marine Base, which was added to the list in 1990 and removed in January 2014.

CONTACT THE WRITER: aorlowski@ocregister.com
On Twitter: @aaronorlowski

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUIKSILVER, INC., *et al.*, | ) Case No. 15-11880 (BLS) |
| Debtors. | ) Jointly Administered |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 9, 2015, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and last four (4) digits of their federal tax identification numbers are as follows: **DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets), CASE NO., EID #:** Quiksilver, Inc., 15-11880, xx-xxx-9426; QS Wholesale, Inc. , 15-11881, xx-xxx-8795; DC Direct, Inc. , 15-11882, xx-xxx-8364; DC Shoes, Inc., 15-11883, xx-xxx-0965; Fidra, Inc., 15-11884, xx-xxx-8945; Hawk Designs, Inc., 15-11885, xx-xxx-1121; Mt. Waimea, Inc., 15-11886, xx-xxx-5846; Q.S. Optics, Inc., 15-11887, xx-xxx-2493; QS Retail, Inc., 15-11888, xx-xxx-0505; Quiksilver Entertainment, Inc. , 15-11889, xx-xxx-9667; Quiksilver Wetsuits, Inc., 15-11890, xx-xxx-9599. **The address for all Debtors is:** 5600 Argosy Circle, Huntington Beach, California 92649.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **October 15, 2015 at 1:00 p.m. Eastern Time**, J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

PROPOSED COUNSEL FOR THE DEBTORS. Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- John K. Lyons, Jessica S. Kumar, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411.

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the case administration website maintained by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for these Chapter 11 proceedings, at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. All documents filed with the Court may also be obtained at the Office of the Clerk of the Bankruptcy Court at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are available at the case administration website at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. Proof of claim forms are also available at the Bankruptcy Court website at www.deb.uscourts.gov. KCC can be reached as follows: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Toll Free: 877-709-4757, Email: QuiksilverInfo@kccllc.com, Website: http://www.kccllc.net/quiksilver.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court: /s/ David D. Bird
Clerk of the U.S. Bankruptcy Court

Dated: September 22, 2015

REUPHOLSTERY
Riviera…We'll Reupholster *ANYTHING!*
10,010 Fabrics Available
Open 7 Days A Week
FREE In-Home Estimate
Factory Direct Since 1954
714-520-7801



• Angie's List Super Service Award Winners 3 Years In A Row
• Family Owned & Operated
• In Business Since 1976
• Free Estimates

Free Paint Upgrade This Month Only $500 dollar value

Senior Discount 10%










949.234.8983
Licensed & Insured #316265



If osteoarthritis knee pain makes it difficult for you to stand, walk, and engage in life, you may be a candidate for our safe and non-surgical Joint Cushioning Therapy.

*Healthy knees start with natural "cushion" that osteoarthritis wears down until bone is grinding on bone. This results in painful, unstable knees that limit normal living. "Joint Cushioning Therapy" replaces some of the cartilage cushion lost to arthritis. Your knees receive this highly purified cushion substitute through our comfortable, ultrasound-guided injection process. Joint instability, scar tissue, and structural abnormalities must also be treated so you can regain activity and avoid risky knee replacement surgery.*

We have helped hundreds of patients with moderate to severe knee osteoarthritis avoid or delay surgery.



Services are covered by most PPO and Medicare insurance.

NONSURGICAL MEDICAL GROUP

# **Exhibit D**

# International New York Times

620 Eighth Avenue, New York, NY 10018 USA
Tel: (212) 556-7723 Fax: (212) 556-7706

**DECLARATION OF PUBLICATION**
**KCC**

The undersigned says:

I am over the age of 18 years and a citizen of the United States. I am not a party to and have no interest in this matter. I am a principal of the International New York Times, a newspaper published in Paris, France and circulated in major cities in Europe, North Africa, the Middle East. Far East and the Americas. The notice, a true copy of which is attached, was published on the following date(s):

September 28, 2015

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on October 9, 2015

Judith King

Sworn before me on this 9th day of October 2015 in the state of New York.

Notary Public

DEBORAH BESHAW-FARRELL
Notary Public, State of New York
No. 01BE5076617
Qualified in New York County
Commission Expires April 21, 2019

THE WORLD'S DAILY NEWSPAPER




JASON HENRY FOR THE NEW YORK TIMES

**Chris Gerdes, a professor of mechanical engineering at Stanford University, noted that without software innovations, automakers could not meet emissions standards in the United States.**

# Complex software makes cars vulnerable

## Systems can be attacked by hackers or corrupted to serve automakers' aims

BY DAVID GELLES, HIROKO TABUCHI AND MATTHEW DOLAN

Shwetak N. Patel looked over the 2013 Mercedes C300 and saw not a sporty all-wheel-drive sedan, but a bundle of technology.

There were the obvious features, like a roadside assistance service that communicates to a satellite. But Dr. Patel, a computer science professor at the University of Washington in Seattle, flipped up the hood to show the real brains of the operation: the engine control unit, a computer attached to the side of the motor that governs performance, fuel efficiency and emissions.

To most car owners, this is an impregnable black box. But to Dr. Patel, it is the entry point for the modern car tinkerer — the gateway to the code.

''If you look at all the code in this car,'' Dr. Patel said, ''it's easily as much as a smartphone if not more.''

New high-end cars are among the most sophisticated machines on the planet, containing 100 million or more lines of code. Compare that with about 60 million lines of code in all of Facebook or 50 million in the Large Hadron Collider.

The sophistication of new cars brings numerous benefits; forward-collision warning systems and automatic emergency braking that keep drivers safer are just two examples. But with new technology comes new risks — and new opportunities for malevolence.

The unfolding scandal at Volkswagen, in which 11 million vehicles were outfitted with software that gave false emissions results, showed how a carmaker could take advantage of complex systems to flout regulations.

Carmakers and consumers are also at risk. Dr. Patel has worked with security researchers who have shown it is possible to disable a car's brakes with an infected MP3 file inserted into a car's CD

**"Cars already have very complex computer systems across the board. We're at the beginning of this evolution."**

player. A hacking demonstration by security researchers exposed how vulnerable new Jeep Cherokees can be. A series of software-related recalls has raised safety concerns and cost automakers millions of dollars.

The increasing reliance on code raises questions about how these hybrids of digital and mechanical engineering are being regulated. Even officials at the United States National Highway Traffic Safety Administration acknowledge that the agency does not have the capacity to scrutinize the millions of lines of code that now control automobiles.

**FEAR OF HACKING**

Andy Greenberg steered a 2014 white Jeep Cherokee down a highway in St. Louis, cruising along at 70 miles per hour. Miles away, two local hackers, Charlie Miller and Chris Valasek, sat on a leather couch at Mr. Miller's house, laptops open, ready to wreak havoc.

As Mr. Greenberg sped along, both hands on the wheel, his ride began to go awry. First, the air-conditioning began blasting. Then an image of the hackers in tracksuits appeared on the digital display screen. Rap music began blaring at full volume, and Mr. Greenberg could not adjust the sound. The windshield wipers started and cleaning fluid sprayed, obstructing his view. Finally, the engine quit.

The episode was in fact a stunt orchestrated by the hackers and Mr. Greenberg, a writer for Wired magazine, to demonstrate the Jeep's very real vulnerabilities. The article appeared on July 21.

Days later, Fiat Chrysler, the maker of Jeep, announced a recall of 1.4 million vehicles to fix the flaws the hackers had identified — the first known recall intended to address a possible hacking threat.

Elliot Garbus, vice president for transportation at Intel, the computer chip maker, which has a fast-growing autos division, said, ''Cars already have very complex computer systems across the board.'' He added, ''We're at the beginning of this evolution, and there's a question of how do we do a better job of securing the vehicle from cyberthreats, and those threats are significant.''

Aware of the threats, most major carmakers have started to explore the idea of sharing critical information about security. General Motors last year appointed a chief product cybersecurity officer, the first automaker to create such a position.

Tesla has hired a new security chief from Google, who previously oversaw security for the Chrome web browser. And in early August, the company began offering $10,000 to outsiders who find security problems. (It had been giving $1,000.) ''We are hiring!'' the automaker wrote on a whiteboard at Def Con, a premier computer hackers' conference in Las Vegas, in announcing the prize.

Congress has moved to pressure automakers to more urgently address such risks. In July, Senators Edward J. Markey, Democrat of Massachusetts, and Richard Blumenthal, Democrat of Connecticut, introduced legislation that would require cars sold in the United States to meet tough standards of protection against computer attacks.

While a future of malevolent hackers taking over steering wheels across the land still feels a bit like science fiction, more mundane issues are already turning up. Recalls over software are mounting. In July, Ford said that it would recall 432,000 Focus, C-Max and Escape vehicles because of a software bug that could keep the cars' engines running even after drivers tried to shut them off.

Last month, Toyota recalled 625,000 hybrid cars over a software malfunction that could bring the cars to a sudden stop; it recalled 1.9 million Prius hybrid cars last year for a similar problem.

**HIDDEN IN CODE**

Software has made cars better. In fact, without software innovations, automakers could not meet tightening emissions standards in the United States, said Chris Gerdes, a professor of mechanical engineering at Stanford University.

When a new car is stopped at a light, or in gridlock, for example, its engine might rev without prompting from the driver. That might feel like unintended acceleration to the driver, but inside what Mr. Gerdes called ''the chemical plant'' in your car, tightly controlled reactions are taking place. The internal emissions system has realized that the catalyst is getting cool, and if it gets cool, it won't be as effective at reducing emissions. So the brains of the car command the engine to rev, creating hotter exhaust that keeps the catalyst warm.

And as the Volkswagen case has shown, these complexities create openings for automakers to game the system. Software in many of the German carmaker's diesel engines was rigged to fool emissions tests.

Errors in software, too, can be notoriously difficult to identify.

Jean Bookout was driving a 2005 Camry eight years ago on an Oklahoma highway when the car accelerated through an intersection and slammed into an embankment. Ms. Bookout, then 76, was injured, and her passenger, Barbara Schwarz, 70, died.

Experts who reviewed the source code for Toyota's electronic throttle system — and testified in a lawsuit arising from the Oklahoma case — found that it contained bugs. They also testified that Toyota had failed to follow proper coding rules and protocols. The resulting code, as one expert described it, was ''spaghetti.''

An Oklahoma jury awarded $3 million in compensation to the plaintiffs. Toyota settled before the jury could consider awarding additional damages; to this day, the carmaker disputes that its electronic throttle system is flawed.

**ENLISTING THE PUBLIC**

Nat Beuse heads the office of vehicle safety research at N.H.T.S.A., America's auto safety regulator. At a sprawling research lab in East Liberty, Ohio, a team of engineers from Mr. Beuse's office are hacking into vehicles, tracking down safety defects as well as vulnerab-

**"Keeping source code secret does not prevent attacks. Either the code is vulnerable or it's not."**

ilities that might allow an outsider to manipulate the critical functions of a car, like its brakes or steering.

It was in Ohio that the agency confirmed that a patch meant to fix the Jeep hacking would actually work. Now, N.H.T.S.A. investigators at the test facility are looking at other systems.

The agency is also testing a standard for writing code recently developed by the automakers. And it is studying whether black boxes in cars that record data, like a vehicle's speed in a crash, can be programmed to record electronic faults. But Mr. Beuse acknowledges that checking the millions of lines of code in automobiles is too gargantuan a task for regulators. In some cases, automakers can use two or three different versions of code in the same model year, he said.

''Whether you can actually police every little piece of software and electronics in a vehicle — I think the scope of that question is too large almost to answer,'' he said. ''What we're focused on are very, very critical systems that affect safety — steering, throttle, braking and anything to do with battery systems.''

One model that N.H.T.S.A. has studied is the one now used by the Federal Aviation Administration, which regulates commercial aircraft in the United States. The F.A.A. dispatches representatives to plane manufacturers to directly oversee the software design process for the critical systems that control flying.

''They go in periodically, and say, 'Show me what you're doing and convince me that you're doing a good job — or else I'm not signing off, and it's not going in an airplane,''' Philip Koopman, an associate professor at Carnegie Mellon University, said. ''Can you tailor this so that it works for the car business? That's a question I don't have an answer for. But it's clearly an option.''

If it were to carry out those inspections, N.H.T.S.A. would need skilled people. The agency estimates that it has 0.3 staff member for every 100 fatalities in automobile crashes; the F.A.A. has at its disposal over 10,000 staff members for every 100 fatalities on commercial aircraft, according to N.H.T.S.A.

''Companies are trying to use state-of-the-art software,'' said Mr. Gerdes of Stanford. ''If you are going to attempt to regulate that, you need to have similar expertise in-house, and that can be challenging from a recruiting and compensation and talent perspective.''

Given the challenges of regulating complex software, some experts are calling for automakers to put their code in the public domain, a practice that has become increasingly commonplace in the tech world. Then, they say, automakers can tap the vast skills and resources of coding and security experts everywhere to identify potential problems.

''We should be allowed to know how the things we buy work,'' Eben Moglen, a Columbia University law professor and technologist, said. ''Let's say everybody who bought a Volkswagen were guaranteed the right to read the source code of everything in the car.

''Ninety-nine percent of the buyers would never read anything. But out of the 11 million people whose car was cheating, one of them would have found it,'' he said. ''And Volkswagen would have been caught in 2009, not 2015.''

Automakers are not buying the idea.

Fiat Chrysler's security chief, Scott G. Kunselman, told the hackers in the Jeep incident that it would be inappropriate and irresponsible for them to publish technical details about the breach because it would amount to a how-to guide for criminals to remotely attack a vehicle, according to a summary of the correspondence provided by the company. The company declined to make Mr. Kunselman available for an interview.

Volkswagen, through its trade association, has been one of the most vocal and forceful opponents of an exemption to a copyright rule that would allow independent researchers to look at a car's source code, said Kit Walsh, a staff attorney at the Electronic Frontier Foundation, a nonprofit advocacy group for user privacy and free expression.

''If copyright law were not an impediment,'' he said, ''then we could have independent researchers go in and look at the code and find this kind of intentional wrongdoing, just as we have independent watchdogs that check vehicle safety with crash-test dummies.''

''Keeping source code secret does not prevent attacks,'' Mr. Koopman of Carnegie Mellon said. ''Either the code is vulnerable or it's not.''

In the past, the United States Environmental Protection Agency has sided with automakers and opposed making automotive code public. There is a community of computer car tinkerers who tweak code to improve performance. The E.P.A.'s logic was that car owners might try to reprogram their cars to beat emissions rules.

The Volkswagen trickery has turned that argument on its head. The agency declined to comment on the copyright issue, and recently it announced it would conduct additional emissions testing on carmakers.

''Is the problem of individuals modifying their cars individually more serious than the risk of large-scale cheating by manufacturers?'' said Mr. Moglen.

''The reality is that more and more decisions, including decisions about life and death, are being made by software,'' Thomas Dullien, a security researcher and reverse engineer, wrote in an email. ''But for the vast majority of software you interact with, you are not allowed to examine how it functions,'' he said. ''The misbehavior of Volkswagen's cars would have been easily spotted if someone had looked at the code.''

*Nick Wingfield contributed reporting.*

# Satisfying customers will be no simple task

## Compensation may hang on how VW fixes cars to meet emission standards

BY BARRY MEIER

When Steve Berman, a plaintiffs' lawyer in Seattle, heard about the Volkswagen scandal, he quickly posted a video on YouTube urging vehicle owners to contact him.

''We are going to launch a lawsuit on behalf of consumers against Volkswagen, and you are welcome to join,'' said Mr. Berman, who has been involved in class-action lawsuits against carmakers, drug companies and the tobacco industry.

Mr. Berman was one of dozens of lawyers who raced to the courthouse after Volkswagen disclosed last week that it had used rigged software to enable its vehicles with diesel engines to pass air emissions tests. Shareholders have also sued the company, and regulators have said they plan to take action against it, but legal experts said Volkswagen's biggest test would be the steps it takes to make its customers whole.

''I assume they have teams working round the clock on how to manage the litigation exposure and the P.R. exposure, and in this kind of case, the two go hand-in-hand,'' said Samuel Issacharoff, a professor at New York University School of Law.

One part of the company's strategy might be to offer financial compensation soon to affected consumers both to foreclose some lawsuits and to try to repair the company's reputation. After the explosion of the Deepwater Horizon oil rig in the Gulf of Mexico in 2010, BP started such a program to try to resolve claims brought against it.

''You sweep up folks without paying attorneys' fees and get the low-hanging fruit,'' said Francis McGovern, a law professor at Duke University.

In some ways, the Volkswagen case should be straightforward, Mr. McGovern and others said. The company has already admitted liability and acknowledged that the fraudulent software was used in specific vehicles, facts that regulators or plaintiffs' lawyers often have to spend time digging out through pretrial investigation.

Also, unlike many other automotive cases such as those recently involving General Motors and Toyota, the Volkswagen episode does not involve deaths, injuries or vehicle safety. Instead, the case's issues — and the potential difficulties in resolving it — will involve assessing the type and amount of economic damages suffered by car owners.

''There are likely to be significant damage questions about the current value of these cars,'' said Jerry Martin, a lawyer in Nashville who has sued Volkswagen on behalf of a client.

But experts said the types of economic damages suffered by consumers would largely be determined by the type of plan Volkswagen announces to bring the cars into compliance with federal Environmental Protection Agency air pollution regulations.

For example, if the company decides to keep the software used to reduce air emissions running constantly, the vehicle's performance and gas mileage will suffer. On the other hand, if the company finds a fix to meet E.P.A. standards that does not affect vehicle performance, it could beat back economic claims made by its customers.

For now, however, Mr. Berman, the plaintiffs' lawyer, said he anticipated making three possible financial claims as part of his lawsuit.

The first claims will be that consumers overpaid for their cars because

**"I assume they have teams working round the clock on how to manage the litigation exposure and the P.R. exposure."**

vehicles equipped with a diesel-powered engine cost several thousand dollars more than one that runs on gasoline. The second anticipated claim will be that the future costs of operating these cars will be higher because they will run less efficiently, and the third will be that the resale value of the vehicles will be lower.

Mr. McGovern, the Duke law professor, said he would not be surprised if Volkswagen made a financial offer to consumers not long after it announced its fix.

''What you are saying is that we made a mistake and are trying to rectify it,'' said Mr. McGovern, who added that the company's offer could take the form of cash, a credit on the purchase of a new car, or vouchers to be used for purchases like gasoline.

Mr. Issacharoff, the professor at New York University, said he also anticipated that Volkswagen would try to get this case behind it quickly through unilateral offers to its customers, quick settlements with plaintiffs' lawyers or a combination of the two.

''Most corporate conspiracy cases involve someone doing something wrong and the company covering it up,'' he said. ''But this was designed to be wrong from the start.''



# INYT Classifieds

**TO PLACE AN AD CALL** **France / Italy / UK** +44 (0)20 7061 3534 / 3533 **The Americas** +866 459 1121 **Asia** +601 2697 4088



## Legal Notices

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: QUIKSILVER, INC., *et al.*, Debtors. ) Chapter 11, Case No. 15-11880 (BLS) ) Jointly Administered

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 9, 2015, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and last four (4) digits of their federal tax identification numbers are as follows: **DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets), CASE NO., EID #:** Quiksilver, Inc., 15-11880, xx-xxx-9426; QS Wholesale, Inc., 15-11881, xx-xxx-8795; DC Direct, Inc., 15-11882, xx-xxx-8364; DC Shoes, Inc., 15-11883, xx-xxx-0965; Fidra, Inc., 15-11884, xx-xxx-8945; Hawk Designs, Inc., 15-11885, xx-xxx-1121; Mt. Waimea, Inc., 15-11886, xx-xxx-5846; Q.S. Optics, Inc., 15-11887, xx-xxx-2493; QS Retail, Inc., 15-11888, xx-xxx-0505; Quiksilver Entertainment, Inc., 15-11889, xx-xxx-9667; Quiksilver Wetsuits, Inc., 15-11890, xx-xxx-9599. **The address for all Debtors is:** 5600 Argosy Circle, Huntington Beach, California 92649.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **October 15, 2015 at 1:00 p.m. Eastern Time**, J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

PROPOSED COUNSEL FOR THE DEBTORS. Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- John K. Lyons, Jessica S. Kumar, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411.

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the case administration website maintained by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for these Chapter 11 proceedings, at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. All documents filed with the Court may also be obtained at the Office of the Clerk of the Bankruptcy Court at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are available at the case administration website at http://www.kccllc.net/quiksilver or you may request copies of documents filed with the Court from KCC directly by telephone at 877-709-4757 (toll-free) or if calling from outside the United States or Canada, 424-236-7235 or by email request to: QuiksilverInfo@kccllc.com. Proof of claim forms are also available at the Bankruptcy Court website at www.deb.uscourts.gov. KCC can be reached as follows: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Toll Free: 877-709-4757, Email: QuiksilverInfo@kccllc.com, Website: http://www.kccllc.net/quiksilver.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court: /s/ David D. Bird
Clerk of the U.S. Bankruptcy Court
Dated: September 22, 2015

**STATE OF CONNECTICUT**
Superior Court/Juvenile Matters
**ORDER OF NOTICE**
**NOTICE TO:**
**Sandro Castillo**
of parts unknown

A petition has been filed seeking: Commitment of minor child(ren) of the above named or vesting of custody and care of said child(ren) of the above named in a lawful, private or public agency or a suitable and worthy person. The petition, whereby the court's decision can affect your parental rights, if any, regarding minor child(ren) will be heard on September 29, 2015 at 10:00am at Superior Court for Juvenile Matters, 239 Whalley Avenue, New Haven, CT 06511. Therefore, ORDERED, that notice of the hearing of this petition be given by publishing this Order of Notice once, immediately upon receipt, in the International New York Times, a newspaper having circulation in the country of Ecuador.

Hon. Judge Marcus
Donna Nevins, Clerk,
date signed: September 21, 2015

Right to Counsel: Upon proof of inability to pay for a lawyer, the court will provide one for you at court expense. Any such request should be made immediately at the court office where your hearing is to be held.

**To place an ad from Kosovo, Montenegro, and Albania**

Please contact
Mark Rodiqi
+377 44 18 61 51
markrodiqi@dioklecian.com

