**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| QUIKSILVER, INC., *et al.*, | : Case No. 15-11880 (BLS) |
| | : |
| Debtors.[1] | : Jointly Administered |
| | : |
| | : **Related Docket No. 240** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

**FIRST NOTICE OF FILING OF
ORDINARY COURSE PROFESSIONAL DECLARATIONS**

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the

Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To

Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240]

(the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors") hereby file the First Notice of Filing of Ordinary

Course Professional Declarations with respect to the professionals listed on Exhibit A hereto (the

"Ordinary Course Professionals").  In support of the retention of the Ordinary Course

Professionals, the Debtors have attached declarations executed by the Ordinary Course

Professionals, attached hereto as Exhibits B through F.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of

the Ordinary Course Professional must be made in writing, filed with the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors'
corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be received by **November 5, 2015 at**

**4:00 p.m. (Eastern)** (the "Objection Deadline") by the applicable Ordinary Course Professional

and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn:  Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com) and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) proposed counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com) and Pepper Hamilton LLP,  Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:    Wilmington, Delaware
          October 22, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## EXHIBIT A

### List of Ordinary Course Professional Declarations

Chaves, Gleman, Machado, Gilberto e Barboza
Domnern Somgiat & Boonma Law Office Limited
ISSHIKI & CO.
O'Melveny & Myers LLP
Pekin & Pekin

## EXHIBIT B

**Ordinary Course Professional Declaration for
Chaves, Gleman, Machado, Gilberto e Barboza**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, ANDRÉ MARQUES GILBERTO PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.   Name and address of firm:

CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE
ADVOGADOS ("CGM LAW") - AVENIDA BRIGADEIRO FARIA LIMA,
No. 1663, 5TH FLOOR, SÃO PAULO - SP, BRAZIL, ZIP CODE
01452 - 001

2.   Date of retention:   SEPTEMBER 2014

3.   Type of services provided (accounting, legal, etc.):

LEGAL SERVICES

4. Brief description of services to be provided:

LEGAL SERVICES IN CONNECTION WITH THE DEBTORS' ACTIVI-
TIES IN BRAZIL, SPECIALLY IN RESPECT OF GENERAL CORPORA-
TE MATTERS, CONTRACTUAL MATTERS, TAX MATTERS, AND
REGULATORY AND CENTRAL BANK MATTERS.

5. Arrangements for compensation (hourly, contingent, etc.):
HOURLY RATES, WHICH VARY ACCORDING TO THE LEVEL OF EXPERIENCE OF
EACH PROFESSIONAL, PLUS OUT-OF-POCKET EXPENSES.

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was
employed prepetition):

N/A

7. Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ EUROS 15,876.60

Date claim arose: JUNE, JULY, AUGUST AND SEPTEMBER 2015.
Source of claim: PLEASE REFER TO THE ATTACHED INVOICES (ISSUED ON
JUNE, JULY, AUGUST AND SEPTEMBER 2015).

8. Prepetition claims against any of the Debtors held individually by any member, associate,
or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim: $ N/A

Date claim arose: N/A

Source of claim: N/A

9. Stock of any of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares: N/A

10.   Stock of any of the Debtors currently held individually by any member, associate, or
      professional employee of the firm:

Name: N|A

Status: N|A

Kind of shares: N|A

No. of shares: N/A

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with
      respect to the matters on which the firm is to be employed, except as disclosed below.
      (Provide nature and brief description of any such adverse interest.)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: OCTOBER 6, 2015

Name: ANDRÉ MARQUES GILBERTO
Title: PARTNER
Company: CGM LAW
Address: AV. BRIGADEIRO FARIA LIMA,
1663, 5TH FLOOR, SÃO PAULO | SP, BRAZIL, 01452-001
Telephone: + 55 11 2394 8900
Facsimile:

3

Internal CM/ECF Live Database                                                    Page 1 of 6

## File a Motion:

15-11880-BLS Quiksilver, Inc.

Type: bk                    Chapter: 11 v              Office: 1 (Delaware)
Assets: y                   Judge: BLS                 Case Flag: LEAD, MEGA,
                                                       PlnDue, DsclsDue, CLMSAGNT

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Van C. Durrer entered on 9/17/2015 at 4:12 PM EDT and filed on
9/17/2015
**Case Name:**       Quiksilver, Inc.
**Case Number:**     15-11880-BLS
**Document Number:** 114

**Docket Text:**
Motion to Authorize *Debtors To Employ And Pay Professionals Utilized In The Ordinary Course Of Business*
Filed by Quiksilver, Inc.. Hearing scheduled for 10/6/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St.,
6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 9/29/2015. (Attachments: # (1) Notice # (2)
Proposed Form of Order) (Durrer, Van)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**H:\temp\Convert\01 OCP Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/17/2015] [FileNumber=13371287-0
] [70054acaacb32532950c3f1a0579c1640db1c0d39342ab82b34fbaebf4d526ddeea
d8e3bfa5f5d5a3504e6f8a684ba434c4657738ceafd34495409780b2c8182]]
**Document description:**Notice
**Original filename:**H:\temp\Convert\02 Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/17/2015] [FileNumber=13371287-1
] [15315fe67a62431ae82c5c1a926df2190eb761b16a8c3420b0ec536766e94e496fd
6273fc4f3f2ca219240c252b7febffc57d933985c53d908239c9b73aa6b18]]
**Document description:**Proposed Form of Order
**Original filename:**H:\temp\Convert\03 Proposed Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/17/2015] [FileNumber=13371287-2
] [3560cdd2a1e4e2bbcf6a2f3ecec6fb454d588634fce352e3e147e125f5a101c5a86
8a06fe3e151a59fb0e091adba087c5f6e6428145dad39f2130d27af1a2469]]

## 15-11880-BLS Notice will be electronically mailed to:

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Dustin Parker Branch on behalf of Creditor Boulevard Invest LLC
dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com



# Invoice Nº 2224

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA, CA 92649

At.: Mrs. Linnsey Caya

Re.: Legal Services provided in May/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 5,857.75 |
| Discount | EURO 585.77 |
| **Total:** | **EURO  5,272.00** |

**3. Due Date:** June 25, 2015

**4. Wire Instructions:**

**Euro – EUR**
> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1

São Paulo, June 15, 2015

> **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> CNPJ n.º 21.011.701/0001-04
> Av. Brig. Faria Lima, 1.663 – 5º andar
> CEP 01452-001  l  São Paulo, SP  l  Brasil



# DEBIT NOTE Nº 2225

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA, CA 92649

At.: Mrs. Linnsey Caya

Re.: Reimbursement of Expenses May/2015

**2. Amount:**

Expenses:                                                                              EURO 57.59

**Total:**                                                                              **EURO 57.59**

**3. Due Date:** June 25, 2015

**4. Wire Instructions:**

**Euro – EUR**
 Account with: Commerzbank Ag – Frankfurt
 Swift code: COBADEFF
 Account nr: 50040000/400871856100EUR
 IBAN BR11 6070 1190 0084 5000 0084 631C 1
 In favor of Itaú Unibanco S.A.
 Swift code: ITAUBRSP
 For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
 Branch number: 0845
 Account number: 08463-1

São Paulo, June 15, 2015

       **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
       CNPJ n.º 21.011.701/0001-04
       Av. Brig. Faria Lima, 1.663 – 5º andar
       CEP 01452-001  l  São Paulo, SP  l  Brasil



# Invoice Nº 2406

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in June/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 2,989.31 |
| Discount | EURO 298.93 |
| **Total:** | **EURO  2,690.38** |

**3. Due Date:** July 16, 2015

**4. Wire Instructions:**

**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1

São Paulo, July 06, 2015

> **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> CNPJ n.º 21.011.701/0001-04
> Av. Brig. Faria Lima, 1.663 – 5º andar
> CEP 01452-001 l São Paulo, SP l Brasil



# DEBIT NOTE Nº 2407

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Reimbursement of Expenses June/2015

**2. Amount:**

Expenses:                                                                                                  US$ 39.49

**Total:**                                                                                                  **US$ 39.49**


**3. Due Date:** July 16, 2015


**4. Wire Instructions:**


**Euro – EUR**


     Account with: Commerzbank Ag – Frankfurt
     Swift code: COBADEFF
     Account nr: 50040000/400871856100EUR
     IBAN BR11 6070 1190 0084 5000 0084 631C 1
     In favor of Itaú Unibanco S.A.
     Swift code: ITAUBRSP
     For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
     Branch number: 0845
     Account number: 08463-1


São Paulo, July 06, 2015


     **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
     CNPJ n.º 21.011.701/0001-04
     Av. Brig. Faria Lima, 1.663 – 5º andar
     CEP 01452-001  l  São Paulo, SP  l  Brasil



# Invoice Nº 2691

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.: Mrs.  Linnsey Caya

Re.: Legal Services provided in July/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 1,442.37 |
| Discount | EURO 144.24 |
| **Total:** | **EURO 1,298.12** |

**3. Due Date:** August 31, 2015

**4. Wire Instructions:**

**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1

São Paulo, August 19, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001  l  São Paulo, SP  l  Brasil



# DEBIT NOTE Nº 2692

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Reimbursement of Expenses July/2015

**2. Amount:**

Expenses:                                                            EURO 440.01

**Total:**                                                            **EURO 440.01**


**3. Due Date:** August 31, 2015


**4. Wire Instructions:**


**Euro – EUR**
      Account with: Commerzbank Ag – Frankfurt
      Swift code: COBADEFF
      Account nr: 50040000/400871856100EUR
      IBAN BR11 6070 1190 0084 5000 0084 631C 1
      In favor of Itaú Unibanco S.A.
      Swift code: ITAUBRSP
      For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
      Branch number: 0845
      Account number: 08463-1


São Paulo, August 19, 2015

                           **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
                           CNPJ n.º 21.011.701/0001-04
                           Av. Brig. Faria Lima, 1.663 – 5º andar
                           CEP 01452-001  |  São Paulo, SP  |  Brasil



# INVOICE Nº 2936

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in August/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 4,205.23 |
| Discount | EURO 420,52 |
| **Total:** | **EURO 3.784,70** |

**3. Due Date:** September 21, 2015

**4. Wire Instructions:**

**Euro – EUR**

Account with: Commerzbank Ag – Frankfurt
Swift code: COBADEFF
Account nr: 50040000/400871856100EUR
IBAN BR11 6070 1190 0084 5000 0084 631C 1
In favor of Itaú Unibanco S.A.
Swift code: ITAUBRSP
For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
Branch number: 0845
Account number: 08463-1

São Paulo, September 09, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001  l  São Paulo, SP  l  Brasil



# DEBIT NOTE Nº 2939

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in August/2015

**2. Amount:**

Expenses:                                                                                    EURO 186.19

**Total:**                                                                                    **EURO 186.19**

**3. Due Date:** September 21, 2015

**4. Wire Instructions:**

**Euro – EUR**

Account with: Commerzbank Ag – Frankfurt
Swift code: COBADEFF
Account nr: 50040000/400871856100EUR
IBAN BR11 6070 1190 0084 5000 0084 631C 1
In favor of Itaú Unibanco S.A.
Swift code: ITAUBRSP
For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA
SOCIEDADE DE ADVOGADOS**
Branch number: 0845
Account number: 08463-1

São Paulo, September 09, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E
BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001 ׀ São Paulo, SP ׀ Brasil



# Invoice Nº 2965

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in September/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 755.85 |
| Discount | EURO 75.59 |
| **Total:** | **EURO 680.26** |

**3. Due Date:** September 24, 2015

**4. Wire Instructions:**

**Euro – EUR**

Account with: Commerzbank Ag – Frankfurt
Swift code: COBADEFF
Account nr: 50040000/400871856100EUR
IBAN BR11 6070 1190 0084 5000 0084 631C 1
In favor of Itaú Unibanco S.A.
Swift code: ITAUBRSP
For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
Branch number: 0845
Account number: 08463-1

São Paulo, September 14, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001  l  São Paulo, SP  l  Brasil



# INVOICE Nº 3050

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in September/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 1,523.87 |
| Discount | EURO 152.39 |
| **Total:** | **EURO 1,371.47** |

**3. Due Date:** October 15, 2015

**4. Wire Instructions:**

**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1

São Paulo, October 05, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001  l  São Paulo, SP  l  Brasil



# Invoice Nº 3054

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in September/2015

**2. Amount:**

Fees:                                                                                          EURO 56.41

**Total:**                                                                                **EURO 56.41**

**3. Due Date:** October 15, 2015

**4. Wire Instructions:**

**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1

São Paulo, October 05, 2015

> **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> CNPJ n.º 21.011.701/0001-04
> Av. Brig. Faria Lima, 1.663 – 5º andar
> CEP 01452-001  |  São Paulo, SP  |  Brasil

# <u>EXHIBIT C</u>

**Ordinary Course Professional Declaration for
Domnern Somgiat & Boonma Law Office Limited**

**EXHIBIT 2**

OCP Declaration

In re Quiksilver, Inc., et al.
Chapter 11 Case No. 15-11880 (BLS)

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Rutorn Nopakun_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.  Name and address of firm:

    Domnern Somgiat & Boonma Law Office Limited

    719 Si Phraya Road, Bangrak, Bangrak. Bangkok 10500
    Thailand

2.  Date of retention:        Early 2015

3.  Type of services provided (accounting, legal, etc.):

    We provided legal advice to Quiksilver, Inc. on trademark opposition in Thailand
    and issued our Invoice No. BI031(2015) to the company (copy of which is

    attached herewith).

4.   Brief description of services to be provided:

     We will provide legal advice to Quiksilver, Inc. on trademark prosecution

     and enforcement in Thailand.

5.   Arrangements for compensation (hourly, contingent, etc.):

     Fixed-fee basis

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on prepetition retention (if firm was
     employed prepetition):

7.   Prepetition claims against any of the Debtors held by the firm:

     Amount of claim: $   313.47

     Date claim arose:    18 September 2015

     Source of claim:    Trademark opposition work done by the firm.

8.   Prepetition claims against any of the Debtors held individually by any member, associate,
     or professional employee of the firm:

     Name:

     Status:

     Amount of Claim: $

     Date claim arose:

     Source of claim:

9.   Stock of any of the Debtors currently held by the firm:

     Kind of shares:

     No. of shares:

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  29 September 2015

Name:  Rutorn Nopakun
Title:  Partner / Managing Director
Company:  Domnarn Somgiat & Boonma Law Office Ltd.
Address:  719 Si Phraya Road, Bangrak,
  Bangrak, Bangkok 10500, Thailand
Telephone:  +662 639 1955
Facsimile:  +662 639 1956

3

บริษัท สำนักกฎหมาย ดำเนิน สมเกียรติ และบุญมา จำกัด

สำนักงานใหญ่ : 719 ถนนสี่พระยา แขวงบางรัก เขตบางรัก กรุงเทพฯ 10500

เลขประจำตัวผู้เสียภาษีอากร **0105528017636**

Phone : (66 2) 639 - 1955 (26 lines) E-mail : mail@dsb.co.th

Fax : (66 2) 639 - 1956 to 57 Trademark, (66 2) 639 - 1958 Patent

**ใบแจ้งหนี้ / ใบกำกับภาษี**
**DEBIT NOTE / TAX INVOICE**

No. BI031

(2015)



**DOMNERN SOMGIAT & BOONMA LAW OFFICE LIMITED**
Head Office : 719 Si Phraya Road, Bangrak, Bangkok 10500, Thailand
Mailing address • G P O Box 203 Bangkok 10500

TO  Quiksilver, Inc.
15202 Graham Street
Huntington Beach, CA 92649
U.S.A.

September 18, 2015        CQ009

                          CQUII

**สำเนา / COPY**

Re:   Thailand: Trademark SHOWDC, App.No.926341
Our Ref .    NA/Opp962341

PROFESSIONAL SERVICES :

Advising on the opposition                      USD .      290.00

EXPENSES :

Postage                                                     2.96

                                                          292.96

                            VAT  7 %                        20.51

                            TOTAL          USD            313.47

(The current exchange rate is BAHT35.643600 to USD1.000000)

NOTE :  Please remit to The Hongkong and Shanghai Banking Corporation Limited
        HSBC Building, 968 Rama IV Road, Silom, Bangrak, Bangkok 10500, Thailand. Swift Code. HSBC THBK
        Account No . 001-049346-001. Account Name : Domnern Somgiat & Boonma Law Office Limited.
        If payment is made by cheque, Please cross "A/C Payee Only" and note D/N No.
        on the cheque mail it to our office at G.P.O Box 203, Bangkok 10500, Thailand.

Page : 1 of 1

# EXHIBIT D

**Ordinary Course Professional Declaration for**
**ISSHIKI & CO.**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

>   Skadden, Arps, Slate, Meagher & Flom LLP
>   300 S. Grand Ave., Suite 3400
>   Los Angeles, CA 90071
>   Attn: Annie Li, Esq.
>   Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Noritaka Harashima PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.  Name and address of firm:

    ISSHIKI & CO.

    ROOKIN-SHINBASHI BLDG.

    12-7, SHINBASHI 2-CHOME, MINATO-KU,

    TOKYO 105-0004, JAPAN

2.  Date of retention:    January 19, 2004

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.    Brief description of services to be provided:

Obtaining protection of trademarks through registrations, and maintaining registrations.

5.    Arrangements for compensation (hourly, contingent, etc.):

Fixed rate.

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

US$ 1,300

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim:  $ None

Date claim arose:

Source of claim:

8.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  None

Status:

Amount of Claim:  $

Date claim arose:

Source of claim:

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:  None

No. of shares:

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:   None _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

None _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 20/10/15

Name: Noritaka Harashima
Title: Director
Company: ISSHIKI & CO.
Address: ROOKIN-SHINBASHI BLDG. 12-7, SHINBASHI 2-CHOME, MINATO-KU, TOKYO, JAPAN
Telephone: +81-3-3508-0336
Facsimile: +81-3-5532-8514

3

## <u>EXHIBIT E</u>

**Ordinary Course Professional Declaration for
O'Melveny & Myers LLP**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :    Chapter 11
In re:                                   :
                                         :    Case No. 15-11880 (BLS)
Quiksilver, Inc., et al.,                :
                                         :    (Jointly Administered)
                       Debtors.¹         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, MICHAEL YODER, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.    Name and address of firm:

> O'Melveny & Myers LLP
> 400 South Hope Street, 18th Floor
> Los Angeles, CA 90071-2899

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2.    Date of retention:

O'Melveny & Myers LLP ("**OMM**") will continue to represent certain of the above-captioned debtors and debtors in possession (the "**Debtors**") and certain of their non-debtor affiliates in respect of three separate matters:

(i)    Litigation related to the following cases (hereinafter, "**World Marketing**"):  *QS Wholesale, Inc. & Quiksilver, Inc. v. World Marketing, Inc.*, United States District Court for the Central District of California, Case No. SACV-12-0451-DOC (RNBx); and *QS Wholesale, Inc. & Quiksilver, Inc. v. World Marketing, Inc.*, United States Court of Appeals for the Ninth Circuit, Case No. 14-55207.

The Debtors first retained OMM with respect to this matter on or about **April 11, 2012**.

(ii)   Litigation related to the following cases (hereinafter, "**Rox Volleyball**"):  *QS Wholesale, Inc., et al. v. Rox Volleyball, Inc., et al.*, United States District Court for the Central District of California, Case No. SACV 13-00512 AG (JPRx); and *QS Wholesale, Inc., et al. v. Rox Volleyball, Inc., et al.*, United States Court of Appeals for the Ninth Circuit, Case No. 15-56435.

The Debtors first retained OMM with respect to this matter on or about **February 28, 2013**.

(iii)  Litigation related to the following case (hereinafter, "**Glorious Sun**"):  *Glorious Sun Overseas Company Limited v. Quiksilver Greater China Limited*, International Centre for Dispute Resolution (Case No. 50 20 1300 1141).

The Debtors and certain of their non-debtor affiliates first retained OMM with respect to this matter on or about **December 30, 2013**.

3.    Type of services provided (accounting, legal, etc.).

Legal services.

4.    Brief description of services to be provided.

(i)    **World Marketing**:  OMM will continue to represent the Debtors in connection with their appeal to the U.S. Court of Appeals for the Ninth Circuit (the "**Ninth Circuit**") of the judgment awarding damages, attorneys' fees, and costs entered in the U.S. District Court for the Central District of California (the "**District Court**").

(ii)   **Rox Volleyball**:  OMM will continue to represent the Debtors in connection with ongoing settlement discussions, and, if necessary, post-trial proceedings involving the Debtors' claims for attorneys' fees and costs, and Rox Volleyball's appeal of the District Court's judgment awarding the Debtors damages and injunctive relief.

(iii)   **Glorious Sun**:  OMM will continue to represent the Debtors and certain of their non-debtor affiliates in connection with an arbitration before the International Centre for Dispute Resolution in the event there are further proceedings in the matter.  (By agreement of the parties, a November 2015 "phase II" hearing was taken off calendar.)

5.   Arrangements for compensation (hourly, contingent, etc.):

OMM is compensated on an hourly basis with respect to each matter.

With respect to the Rox Volleyball engagement, OMM agreed to defer 15% of hourly fees charged for advice in relation to trial in the District Court.  Such deferred fees are payable from cash proceeds of the Debtors' claims for attorneys' fees.

With respect to the World Marketing engagement, OMM's hourly compensation is capped at $100,000 in the aggregate for time recorded on and after May 1, 2014, in connection with the Debtors' appeal of the adverse judgment entered by the District Court.  OMM's hourly compensation is not so limited for work performed in the District Court, including for any proceedings should the pending appeal to the Ninth Circuit be remanded to the District Court.  Further, the Debtors agreed to pay OMM a success fee, which may not exceed $375,000 in the aggregate, equal to 30% of the dollar amount that the final judgment in the matter is reduced below $2,591,934.47.  (If the Debtors' judgment debt is reversed in an aggregate amount of $500,000, for example, the success fee would be $150,000.)

6.   Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition).

As of the date of this declaration, the standard hourly billing rates for attorneys working on these matters are set forth in the table below.  The average rate is approximately $807 per hour.

| Attorney Name | Title | Billing Rate |
|---|---|---|
| Ang, Desmond | Counsel | $865 |
| Byron, Tim | Associate | $675 |
| Cingel, Ivana | Counsel | $750 |
| Raphael, Jordan | Counsel | $745 |
| Whittaker, Christopher S. | Associate | $675 |
| Yeoh, Friven | Partner | $945 |
| Yoder, Michael | Partner | $995 |
| **Average** | | **$807** |

OMM's hourly billing rates are subject to periodic adjustment to reflect economic and other conditions.  OMM's hourly billing rates for professionals are not intended to cover out-of-pocket expenses and certain elements of overhead that are typically billed separately.  Accordingly, OMM regularly charges its clients for the expenses and

disbursements incurred in connection with the client's case, including, among other things, word processing, telecommunications, photocopying, postage and package delivery charges, court fees, transcript costs, travel expenses, expenses for "working meals" and computer-aided research.

Subject to the contingency fee arrangements described above, estimated average monthly compensation is approximately $30,000 per month in the aggregate.

7.    Prepetition claims against any of the Debtors held by the firm:

OMM's prepetition claims arising from the Rox Volleyball, World Marketing, and Glorious Sun matters total $1,206,843.33.

OMM's prepetition claims arising from other prepetition matters total $7,161.47.

8.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Through diligent inquiry by professionals of OMM at my direction, no member, associate, or professional employee of OMM, insofar as I have been able to ascertain, or have been informed, has any prepetition claims against any of the Debtors.

In the interest of full disclosure, I have been informed that two attorneys performed services, in their individual capacities, for certain of the Debtors for brief periods of time in the prepetition period: one was employed as an intern in the Legal Department from May 2011 to July 2011; the other was hired as an independent contractor for modeling services in 2008 or 2009. I have been informed that the attorneys do not have claims against any of the Debtors. Out of an abundance of caution, however, the attorneys will be "screened" from the matters on which OMM is to be employed, meaning (i) the attorneys may not participate in the subject matters in any capacity, (ii) no other attorney or staff member shall discuss the subject matters with the attorneys or in or near their presence, or attempt, either directly or indirectly, to obtain their assistance in connection with the subject matters, (iii) no other attorney or staff member shall pose hypothetical questions to the attorneys based upon the facts of the subject matters, and (iv) no other attorney or staff member shall provide to the attorneys, nor shall such attorneys request or seek access to, any files or other information related to the subject matters.

9.    Stock of any of the Debtors currently held by the firm:

None.

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Through diligent inquiry by professionals of OMM at my direction, no member, associate, or professional employee of OMM, insofar as I have been able to ascertain, or have been informed, holds any equity interests in any of the Debtors other than as set forth below.

I have been informed that an attorney owns or has recently owned shares of Quiksilver, Inc. Out of an abundance of caution, the attorney will be "screened" from the matters on which OMM is to be employed, meaning (i) the attorney may not participate in the subject matters in any capacity, (ii) no other attorney or staff member shall discuss the subject matters with the attorney or in or near his presence, or attempt, either directly or indirectly, to obtain his assistance in connection with the subject matters, (iii) no other attorney or staff member shall pose hypothetical questions to the attorney based upon the facts of the subject matters, and (iv) no other attorney or staff member shall provide to the attorney, nor shall he request or seek access to, any files or other information related to the subject matters.

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

In connection with its proposed retention as an ordinary course professional, I directed that a conflicts check be undertaken to determine whether OMM has any conflicts or other connections with parties in interest that might cause OMM to hold or represent an interest adverse to the Debtors with respect to the matters on which OMM is to be employed.

I have been informed that OMM previously has represented, currently represents, and may represent in the future such parties in interest in matters wholly unrelated to the chapter 11 cases. I have not been informed of any other connections of OMM to the chapter 11 cases other than those disclosed herein. Accordingly, to the best of my knowledge, information, and belief, OMM holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: October 20, 2015

Michael Yoder
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**EXHIBIT F**

**Ordinary Course Professional Declaration for
Pekin & Pekin**

## **EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT. RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Ahmed Pekin_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    _Pekin & Pekin_
    _Lamartin Caddesi Nb:10 Taksim 34437 Istanbul, Turkey_

2.  Date of retention:   _January 2007_

3.  Type of services provided (accounting, legal, etc.):

    _Legal Services_

4.   Brief description of services to be provided:

File No. 2014/799 E. before the Istanbul 15th Commercial Court of First Instance - representing Quiksilver as defendant in a compensation lawsuit.

5.   Arrangements for compensation (hourly, contingent, etc.):

Hourly

6.   Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

N/A

7.   Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ 925 (original amount is 826€) $4,625 (orig am 4,130€) Total $5,550 (4,956€)

Date claim arose: June 01, 2015 / June 30, 2015

Source of claim: Legal Services

8.   Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares: _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  N/A

Status:

Kind of shares:

No. of shares:

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: September 29, 2015

PEKİN & PEKİN
AHMED PEKİN
Lamartin Cad. No:10 Taksim-İST.
Beyoğlu V.D. 726 002 9796
T.C. Kimlik No: 50 491 545 474

Name:  Ahmed Pekin
Title:  Senior Founding Partner
Company:  Pekin & Pekin
Address:  Lamartin Caddesi No:10
Taksim 34437 Istanbul, Turkey
Telephone:  00 90 212 813 35 00
Facsimile:  00 90 212 813 35 35

3

# PEKİN & PEKİN

Lamartine Caddesi 10
Taksim 34437, ISTANBUL
Email         billing@pekin-pekin.com
Telephone    +90 (212) 313 35 00
Fax          +90 (212) 313 35 35

**Invoice submitted to:**

Quiksilver, Inc.
Attn: Linnsey Caya
Senior Corporate Counsel
15202 Graham Street
Huntington Beach CA 92649
USA

June 01 , 2015

Our ref: 6368
Re: Compensation Lawsuit

Invoice#   37982

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 08.05.2015 | SA-EA | Visit to Istanbul 24th Commercial Court of First Instance to follow up on the Court file (File No. 2011/12 E.) | 2.0 | 700.00 |
|  | For professional services |  | 2.0 | €700.00 |
|  | VAT 18% |  |  | €126.00 |
|  | Total fees |  |  | €826.00 |
|  | **Total amount of this bill** |  |  | **€826.00** |

Future invoices will not be sent as a hard copy

| BILLING CODES: | INVOICES ARE PAYABLE UPON RECEIPT TO THE ACCOUNT INDICATED BELOW: |
|---|---|
| SFP  Sr. Founding Partner<br>SP    Senior Partner<br>PT    Partner<br>SA   Senior Associate<br>AS   Associate<br>TR   Trainee | *All bank charges and handling fees are to be borne by the client, and are not to be deducted from the Balance Due.*<br>*Please indicate Our Ref. and Invoice No. on all remittances.*<br><br>Beneficiary:          Pekin & Pekin, Ahmed Pekin<br>Beneficiary Bank:   Credit Suisse AG, Paradeplatz 8, 8070, Zürich<br>Beneficiary Account No:  0835-917758-82<br>IBAN :             CH27 0483 5091 7758 8200 0<br>SWIFT Code:      CRESCHZZ80A |
| Tax ID: | 7260029796 / Beyoglu V.D. (Istanbul, Türkiye) |

# PEKİN & PEKİN

Lamartine Caddesi 10
Taksim 34437, ISTANBUL
Email        billing@pekin-pekin.com
Telephone    +90 (212) 313 35 00
Fax          +90 (212) 313 35 35

**Invoice submitted to:**

Quiksilver, Inc.
Attn: Linnsey Caya
Senior Corporate Counsel
15202 Graham Street
Huntington Beach CA 92649
USA

June 30 , 2015

Our ref: 6368

Re: Compensation Lawsuit

Invoice#    38092

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 04.06.2015 | SA-EA | Court hearing at Istanbul 15th Commercial Court of First Instance (File No. 2014/799 E.) | 4.0 | 1,400.00 |
| 08.06.2015 | SA-EA | Preparation of the petition against the expert report | 6.0 | 2,100.00 |

| | | Hours | Amount |
|---|---|---|---|
| For professional services | | 10.0 | €3,500.00 |
| VAT 18% | | | €630.00 |
| Total fees | | | €4,130.00 |
| **Total amount of this bill** | | | **€4,130.00** |

Future invoices will not be sent as a hard copy

---

**BILLING CODES:**

| SFP | Sr. Founding Partner |
|---|---|
| SP | Senior Partner |
| PT | Partner |
| SA | Senior Associate |
| AS | Associate |
| TR | Trainee |

**INVOICES ARE PAYABLE UPON RECEIPT TO THE ACCOUNT INDICATED BELOW:**

*All bank charges and handling fees are to be borne by the client, and are not to be deducted from the Balance Due. Please indicate Our Ref. and Invoice No. on all remittances.*

| Beneficiary: | Pekin & Pekin, Ahmed Pekin |
|---|---|
| Beneficiary Bank: | Credit Suisse AG, Paradeplatz 8, 8070, Zürich |
| Beneficiary Account No: | 0835-917758-82 |
| IBAN : | CH27 0483 5091 7758 8200 0 |
| SWIFT Code: | CRESCHZZ80A |

Tax ID:    7260029796 / Beyoglu V.D. (Istanbul, Türkiye)