## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al*[1] | Case No. 15-11880 (BLS)<br>Jointly Administered |
| Debtors. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Parigi Group Ltd. ("Parigi") in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors"). Parigi demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, (i) that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned attorneys, at the addresses set forth below and (ii) that the undersigned attorneys be added to the mailing matrix of file with the Clerk of the Bankruptcy Court and any claims and noticing agent as set forth below:

**POTTER ANDERSON & CORROON LLP**
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman
Boris I. Mankovetskiy
Lucas F. Hammonds
One Riverfront Plaza
Newark, NJ  07102
Telephone:  (973) 643-6982
Facsimile:  (973) 643-6500

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise, which (i) affect the Debtors or property of the Debtors or (ii) affect the rights of Parigi, including by requiring any act, delivery of any property, payment or other conduct by Parigi.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance includes and constitutes a request to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of Parigi (1) to have final orders in non-core matters and proceedings in which a Bankruptcy Court Does not have the power to enter a final order under Article III of the Constitution entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Parigi is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Parigi expressly reserves.  Nor shall this Notice of Appearance and Request for Service of Papers be deemed to constitute consent to electronic

service of any pleading or papers for which mailed or personal service is required under the

applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: October 23, 2015        **POTTER ANDERSON & CORROON LLP**
      Wilmington, Delaware

                                            _____

                                            Jeremy W. Ryan (DE Bar No. 4057)
                                            Etta R. Mayers (DE Bar No. 4164)
                                            1313 North Market Street, Sixth Floor
                                            P.O. Box 951
                                            Wilmington, DE  19899-0951
                                            Telephone:  (302) 984-6000
                                            Facsimile:  (302) 658-1192

                                            -and-

                                            **SILLS CUMMIS & GROSS P.C.**
                                            Andrew H. Sherman
                                            Boris I. Mankovetskiy
                                            Lucas F. Hammonds
                                            One Riverfront Plaza
                                            Newark, NJ  07102
                                            Telephone:  (973) 643-6982
                                            Facsimile:  (973) 643-6500

                                            *Counsel to Parigi Group Ltd.*