**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Quiksilver, Inc., *et al.*,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: November 17, 2015 at 10:30 a.m.<br>Objection Deadline: November 10, 2015 at 4:00 p.m. |

**NOTICE OF FILING OF FIRST AND FINAL APPLICATION FOR
COMPENSATION OF COOLEY LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL.*__**

PLEASE TAKE NOTICE that on October 26, 2015, Cooley LLP ("Cooley") filed and served the *First and Final Application for Compensation of Cooley LLP as Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al.* (the "Application").

PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 10, 2015 at 4:00 p.m. prevailing Eastern time**.

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of any response or objection upon the following: (a) counsel to the Debtors: (i) Skadden, Arps, Slate, Meagher &Flom LLP, 300 South Grand Avenue, Suite 3400, Los

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Angeles, California 90071, Attn: Van C. Durrer II, Esq. and 55 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. and (ii) Pachulski Stang Ziehl & Jones, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones; (b) counsel to the agent for the Debtors' postpetition secured term loan facility: (i) Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. and (ii) Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq.; (c) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities: (i) Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq., and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. and (ii) Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq.; (d) the agent for the Debtors' prepetition senior secured notes and prepetition senior unsecured notes, U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President; (e) counsel to the Official Committee of Unsecured Creditors: (i) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. and (ii) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq.; and (f) the Office of the United

States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Mark S. Kenney, Esq.

PLEASE TAKE FURTHER NOTICE that, if any objections or other responses to the Application are filed, a hearing to consider the Application will take place on **November 17, 2015 at 10:30 a.m. prevailing Eastern time**, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware, 19801, before The Honorable Brendan L. Shannon, 6th Floor, Courtroom 1.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 100% OF THE FEES AND EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID WITHOUT FURTHER HARING OR ORDER OF THE COURT.

Dated:  October 26 2015
         Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email: jalberto@bayardlaw.com

-and-

        COOLEY LLP
        Jay R. Indyke
        Cathy Hershcopf
        Seth Van Aalten
        Robert Winning
        1114 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 479-6000
        Facsimile: (212) 479-6275
        Email: jindyke@cooley.com
              chershcopf@cooley.com
              svanaalten@cooley.com
              rwinning@cooley.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*