# **EXHIBIT A**

{BAY:01752961v1}

**EXHIBIT A**

**Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Non-Bankruptcy (NY) 2014 Fiscal Year[1] | Billed This Application |
| Sr. Partner | $910.00 | $966.61 |
| Jr. Partner | $740.00 | $815.00 |
| Counsel[2] | $716.00 | $835.00 |
| Associates (7+ Years)[3] | $586.00 | $755.00 |
| Associates (4-6 Years) | $493.00 | $646.27 |
| Associates (1-3 Years) | $393.00 | $526.37 |

---

[1] The blended rates may be higher in this case than in fiscal year 2014 due to the annual step-up rate increase on January 1, 2015.

[2] Applicant sets billing rates for counsel on an individualized basis.

[3] Applicant's customary billing rates associates are generally lockstep for each associate class. The blended rates for senior and mid-level bankruptcy associates may appear higher because: (i) certain non-bankruptcy associates who recently lateralled to Cooley with particular practice groups were billed at a substantial discount pursuant to agreements made with particular clients before the practice group joined Cooley (or as a condition to the practice group joining Cooley); and (ii) Applicant will, under certain circumstances, agree to a discount of attorney rates for a particular client, particularly a large or repeat client.



| | |
|---|---|
| | ATTORNEYS AT LAW |
| | |
| | 101 California |
| | 5th floor |
| | San Francisco, CA |
| | 94111-5800 |
| | MAIN 415 693-2000 |

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

October 8, 2015

Quiksilver, Inc., et al. Official Committee of Unsecured
Creditors
5600 Argosy Circle
Huntington Beach, CA  92649

www.cooley.com                Boston, MA

Taxpayer ID Number            Shanghai, P. R. China
94-1140085                    London, United Kingdom

**Invoice Number:  1556954**
CL 01 60726

**326330-201**
**Committee**

*For services rendered through September 28, 2015*

Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $        201,609.50

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $        **201,609.50**



Page      2

**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

**For services rendered through September 28, 2015**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| **ASSET DISPOSITION** | | | | |
| 09/22/15 | Jay R. Indyke | Reach out to prospective bidder | 0.10 | 105.00 |
| 09/22/15 | Robert B. Winning | Review PSA and prepare initial list of objectionable issues | 2.20 | 1,441.00 |
| 09/22/15 | Robert B. Winning | Legal research: re business judgment standard and motion to assume RSA | 1.10 | 720.50 |
| 09/22/15 | Cathy Rae Hershcopf | Confer with VF, DLA/Galardi and other potential purchasers (1.4); FU with PJSC, FTI and Skadden re: same (.9) | 2.30 | 2,185.00 |
| 09/23/15 | Melissa H. Boyd | Quiksilver - draft objection to plan sponsor agreement - including review of agreement, term sheets and motion to assume agreement (1.5) and research 3rd Circuit case law re: break up fees and milestones (10.4) | 11.90 | 6,307.00 |
| 09/23/15 | Seth Van Aalten | Reviewed GOB sale pleadings and Agency Agreement | 2.40 | 1,812.00 |
| 09/24/15 | Melissa H. Boyd | Quiksilver - draft PSA objection - including additional case law research (4.0) and drafting arguments against break-up fees and milestones (3.1) | 7.10 | 3,763.00 |
| 09/24/15 | Seth Van Aalten | Call with Province re: sale process update | 0.60 | 453.00 |
| 09/24/15 | Seth Van Aalten | Telephone call with P.J. Solomon re: pre- and post-petition marketing | 0.70 | 528.50 |
| 09/24/15 | Robert B. Winning | Review and analyze draft bid process letter from PJS | 0.60 | 393.00 |
| 09/24/15 | Cathy Rae Hershcopf | Call with PJSC re: pre-petition marketing process (mostly Mark Cooper and plans for post-petition (mostly Durc Savino) (1.6) and confer with Province (.7) and members (.6) re: same | 2.90 | 2,755.00 |
| 09/25/15 | Melissa H. Boyd | Quiksilver - calls with Committee (1.0) and with Committee and Debtors re: marketing process prepetition and potential purchasers (1.3); edit PSA objection Debtors (1.6) | 3.90 | 2,067.00 |



**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 09/28/15 | Melissa H. Boyd | Quiksilver - calls and emails re: editing PSA objection (.4); editing objection per RW comments (4.4) | 4.80 | 2,544.00 |
| 09/28/15 | Eric J. Haber | Review declarations in support of DIP financing and first day declaration re: business and capital structure | 0.80 | 668.00 |
| 09/28/15 | Eric J. Haber | Review motion to approve plan sponsor agreement and term sheet (1.2); review draft objection re: same (.4) | 1.60 | 1,336.00 |
| 09/28/15 | Seth Van Aalten | Reviewed Province comps re: proposed break up fee | 0.60 | 453.00 |
| 09/28/15 | Robert B. Winning | Call with M. Boyd re: RSA objection | 0.70 | 458.50 |
| 09/28/15 | Cathy Rae Hershcopf | Review and revise draft objection to Oaktree bid protections (2.7) | 2.70 | 2,565.00 |
| | | **Task Total:** | 47.00 | 30,554.50 |

**BUSINESS OPERATIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 09/22/15 | Cathy Rae Hershcopf | TC with Coulombe re: operation of business in past and future and strategy for case (.7) and F/U call with him and Durrer (.4) | 1.10 | 1,045.00 |
| 09/23/15 | Cathy Rae Hershcopf | Review and comment on bid process letter (.3) | 0.30 | 285.00 |
| 09/27/15 | Robert B. Winning | Analysis of US retail operations and email to Tucker re: same | 0.40 | 262.00 |
| 09/28/15 | Jay R. Indyke | Review FA financial presentation relative to background and insights on proposed committee strategies | 2.20 | 2,310.00 |
| | | **Task Total:** | 4.00 | 3,902.00 |

**CASE ADMINISTRATION**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 09/21/15 | Seth Van Aalten | Conference with C. Hershcopf re: DIP and sale strategy for UCC | 1.30 | 981.50 |
| 09/21/15 | Robert B. Winning | Review first day affidavit and other first day motions | 2.60 | 1,703.00 |

# Cooley

**326330-201**
**Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/22/15 | Jeremy H. Rothstein | Confer with M. Boyd re: Committee formation documents | 0.20 | 94.00 |
| 09/22/15 | Melissa H. Boyd | Review PJT and Province financial advisor materials (.6); call with RW re: case status following retention (.2); call with Committee and financial advisors to select advisor (2.5); prepare new case materials including conflicts check, expense forms, v card, and emails re: calendar and bylaws (1.6) | 4.90 | 2,597.00 |
| 09/22/15 | Mollie N. Canby | Further discuss with M. Boyd re running conflicts | 0.20 | 42.00 |
| 09/22/15 | Robert B. Winning | Review materials prepared by Committee FA candidates | 2.20 | 1,441.00 |
| 09/22/15 | Robert B. Winning | Attention to initial case matters re: bylaws (.3), Committee member expense reimbursement (.1), contact sheet (.4) and critical dates (.8) | 1.60 | 1,048.00 |
| 09/22/15 | Cathy Rae Hershcopf | Confer with Durrer re: access to info for professional eyes only (.4) and need for call on 9/23 at 6 pm PT re: marketing, etc. (.3) | 0.70 | 665.00 |
| 09/23/15 | Cathy Rae Hershcopf | Review and comment on NDA (.4) | 0.40 | 380.00 |
| 09/24/15 | Jay R. Indyke | Review memos for Committee on PSA and DIP financing | 0.50 | 525.00 |
| 09/24/15 | Jay R. Indyke | Review draft NDA with Debtors and note comments | 0.20 | 210.00 |
| 09/24/15 | Jeremy H. Rothstein | Confer with R. Winning re: Committee contacts | 0.20 | 94.00 |
| 09/24/15 | Jeremy H. Rothstein | Assemble Committee contact information | 0.50 | 235.00 |
| 09/24/15 | Mollie N. Canby | Receive and review email from R. Winning re reviewing critical dates memo; email R. Winning re preparation of retention application and discuss same with M. Boyd | 0.20 | 42.00 |
| 09/24/15 | Robert B. Winning | Review Debtors' presentation to Committee | 0.90 | 589.50 |
| 09/24/15 | Robert B. Winning | Mark-up NDA and circulate to Cooley team for additional comment | 1.40 | 917.00 |
| 09/24/15 | Robert B. Winning | Initial review of data room contents | 1.10 | 720.50 |

# Cooley

**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/24/15 | Robert B. Winning | Finalize Committee organizational materials | 0.80 | 524.00 |
| 09/24/15 | Cathy Rae Hershcopf | Call with US Bank & Foley re: administration of Committee and formalities that would give structure to process (.8); obtain agreement from chairman re: same (.4) | 1.20 | 1,140.00 |
| 09/25/15 | Mollie N. Canby | Review and confirm the dates contained in the critical dates memo | 0.80 | 168.00 |
| 09/26/15 | Robert B. Winning | Draft email to Committee re: status of discovery and NDA | 0.70 | 458.50 |
| 09/28/15 | Jeremy H. Rothstein | Legal research re: Debtors' investment bankers' fees | 0.40 | 188.00 |
| 09/28/15 | Seth Van Aalten | Correspondence with C. Hershcopf re: reconstitution of UCC | 0.40 | 302.00 |
| 09/28/15 | Seth Van Aalten | Correspondence with Huggens re: constitution of UCC | 0.30 | 226.50 |
| | | **Task Total:** | 23.70 | 15,291.50 |

**CLAIMS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/22/15 | Jay R. Indyke | Email exchange with Leder on LC draw down issues | 0.10 | 105.00 |
| 09/26/15 | Seth Van Aalten | Correspondence with Province re: critical vendor program | 0.40 | 302.00 |
| 09/28/15 | Seth Van Aalten | Correspondence with Neiger re: preference law question | 0.60 | 453.00 |
| | | **Task Total:** | 1.10 | 860.00 |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/21/15 | Seth Van Aalten | Correspondence with FA's re: 9/22 interview scheduling and logistics | 0.70 | 528.50 |
| 09/22/15 | Seth Van Aalten | Reviewed financial advisor materials for interview process | 2.60 | 1,963.00 |
| 09/22/15 | Seth Van Aalten | Participated in interviews for Committee financial advisor | 2.30 | 1,736.50 |

# Cooley

**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/22/15 | Seth Van Aalten | Multiple correspondence with committee members re: FA selection/interview process | 0.40 | 302.00 |
| 09/23/15 | Seth Van Aalten | Reviewed P.J. Solomon retention motion | 1.70 | 1,283.50 |
| 09/24/15 | Jeremy H. Rothstein | Confer with R. Winning re: Debtor's investment bankers' retention | 0.20 | 94.00 |
| 09/25/15 | Jeremy H. Rothstein | Revise email memo to Cooley team re: investment banker retention | 0.30 | 141.00 |
| 09/25/15 | Jeremy H. Rothstein | Confer with C. Hershcopf and R. Winning re: investment banker pre-petition payments | 0.30 | 141.00 |
| 09/27/15 | Cathy Rae Hershcopf | Review and respond to emails re: debtors' retention applications and grounds for objecting to PJSC (.7) | 0.70 | 665.00 |
| 09/28/15 | Mollie N. Canby | Prepare and draft Cooley's retention application | 1.00 | 210.00 |
| | | **Task Total:** | 10.20 | 7,064.50 |

**FEE/EMPLOYMENT OBJECTIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/28/15 | Eric J. Haber | Review Committee materials re: plan support agreement and key issues in case in connection with objection to Peter J. Solomon retention | 0.30 | 250.50 |
| 09/28/15 | Eric J. Haber | Discuss objection to Peter J. Solomon retention with R. Winning (.2) and J. Rothstein (.1) | 0.30 | 250.50 |
| 09/28/15 | Eric J. Haber | Review application to retain Peter J. Solomon and engagement letter | 1.40 | 1,169.00 |
| 09/28/15 | Eric J. Haber | Prepare objection to Peter J. Solomon retention as investment banker | 2.80 | 2,338.00 |
| 09/28/15 | Eric J. Haber | Prepare objection to Peter J. Solomon retention | 1.30 | 1,085.50 |
| 09/28/15 | Robert B. Winning | Attention to matters re: PJS retention objection | 0.80 | 524.00 |
| | | **Task Total:** | 6.90 | 5,617.50 |



**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| **FINANCING AND CASH COLLATERAL** | | | | |
| 09/22/15 | Seth Van Aalten | Telephone call with Huggens re: action list for DIP objection | 0.60 | 453.00 |
| 09/22/15 | Robert B. Winning | Review Debtors' prepetition indentures | 1.60 | 1,048.00 |
| 09/22/15 | Cathy Rae Hershcopf | Review DIP agreement and related documents (1.9); prepare issue list and confer internally re: same (.7); call with Reimer and reach agreement not to encumber leases, avoidance actions (.8) | 3.40 | 3,230.00 |
| 09/23/15 | Seth Van Aalten | Call with Skadden to discuss sale and DIP issues | 0.70 | 528.50 |
| 09/23/15 | Seth Van Aalten | Reviewed first day Declaration and other pleadings to prepare for DIP and other potential objections | 3.60 | 2,718.00 |
| 09/23/15 | Seth Van Aalten | Prepared memo on potential issues/objections to DIP financing | 2.90 | 2,189.50 |
| 09/24/15 | Seth Van Aalten | Reviewed DIP financing motion and contract for objection preparation | 3.90 | 2,944.50 |
| 09/24/15 | Seth Van Aalten | Telephone call with I. Shapiro re: deposition prep for contested DIP hearing | 0.60 | 453.00 |
| 09/24/15 | Robert B. Winning | Legal research re: NOL's as unencumbered assets and 552 equities of care | 1.60 | 1,048.00 |
| 09/24/15 | Robert B. Winning | Meeting with tax team re: deemed divided issue | 0.40 | 262.00 |
| 09/24/15 | Robert B. Winning | Begin review of postpetition financing motion | 1.60 | 1,048.00 |
| 09/24/15 | Robert B. Winning | Analysis of budget and proposed section 506(c) waiver | 2.10 | 1,375.50 |
| 09/25/15 | Seth Van Aalten | Call with Committee re: status of DIP negotiations and litigation preparation | 0.80 | 604.00 |
| 09/25/15 | Seth Van Aalten | Call with Committee and Debtors re: sale process and DIP negotiations | 0.70 | 528.50 |
| 09/25/15 | Seth Van Aalten | Meeting with litigation team to discuss document requests and depo notices | 1.30 | 981.50 |
| 09/25/15 | Seth Van Aalten | Deposition preparation for contested DIP hearing | 4.60 | 3,473.00 |

# Cooley

**326330-201**
**Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/25/15 | Robert B. Winning | Call with Province re: budget issues | 0.40 | 262.00 |
| 09/26/15 | Seth Van Aalten | Correspondence with Berkowitz and Shapiro re: DIP depo prep | 0.70 | 528.50 |
| 09/26/15 | Robert B. Winning | Research re: doctrine of marshaling | 3.60 | 2,358.00 |
| 09/27/15 | Seth Van Aalten | Multiple correspondence with Berkowitz re: discovery with Oaktree on DIP and sale | 1.40 | 1,057.00 |
| 09/27/15 | Robert B. Winning | Thorough review of DIP defaults and research on comparable postpetition financing facilities | 6.20 | 4,061.00 |
| 09/27/15 | Robert B. Winning | Analysis of flow of funds to foreign entities during chapter 11 proceeding | 1.80 | 1,179.00 |
| 09/28/15 | Seth Van Aalten | Correspondence with Berkowitz and Shapiro re: depo prep for DIP hearing | 0.80 | 604.00 |
| 09/28/15 | Robert B. Winning | Begin drafting DIP objection | 2.40 | 1,572.00 |
| 09/28/15 | Robert B. Winning | Continue analysis of DIP agreement and intercreditor issues | 2.80 | 1,834.00 |
| | | **Task Total:** | 50.50 | 36,340.50 |

**LITIGATION**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/21/15 | Jay R. Indyke | Contact FAs on interest in representing committee. | 0.20 | 210.00 |
| 09/22/15 | Robert B. Winning | Legal research re: unfair discrimination and fair and equitable plan confirmation requirements | 1.40 | 917.00 |
| 09/23/15 | Cathy Rae Hershcopf | Review org chart and develop theories for investigation of intercompany dealings and support of non-debtors to the detriment of the US business (2.2) | 2.20 | 2,090.00 |
| 09/24/15 | Robert B. Winning | Meeting with litigation team re: DIP and PSA objections | 0.70 | 458.50 |
| 09/24/15 | Ian Ross Shapiro | Prepare for contested DIP hearing | 1.00 | 815.00 |
| 09/24/15 | Ian Ross Shapiro | Prepare for contested DIP hearing | 0.50 | 407.50 |
| 09/24/15 | Cathy Rae Hershcopf | Develop litigation strategy while obtaining as much information as possible cooperatively from the Debtors (3.9) | 3.90 | 3,705.00 |

# Cooley

**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/24/15 | Cathy Rae Hershcopf | Confer with Durrer and Coulombe re: litigation (.9) | 0.90 | 855.00 |
| 09/24/15 | Cathy Rae Hershcopf | Call with USBank re: Committee (.4) | 0.40 | 380.00 |
| 09/25/15 | Michael J. Berkovits | Review case background materials (1.8); legal research and analysis re DIP litigation (2.6); strategy discussions with working team (1.4); finalize and file document requests and notices of deposition (4.8) | 10.60 | 6,943.00 |
| 09/25/15 | Robert B. Winning | Draft document request of Debtors | 2.40 | 1,572.00 |
| 09/25/15 | Robert B. Winning | Revise document request of Debtors | 1.70 | 1,113.50 |
| 09/25/15 | Robert B. Winning | Analysis of issues for depositions | 1.30 | 851.50 |
| 09/25/15 | Robert B. Winning | Analysis of service issues | 0.40 | 262.00 |
| 09/25/15 | Robert B. Winning | Attention to matters re: finalizing and serving discovery on Debtors, PJS, Oaktree, and certain individuals | 2.10 | 1,375.50 |
| 09/25/15 | Robert B. Winning | Research re: scope of discovery for contested DIP hearing | 0.70 | 458.50 |
| 09/25/15 | Ian Ross Shapiro | Attend to matters re discovery requests and deposition prep | 1.60 | 1,304.00 |
| 09/25/15 | Gary J. Jaskula | Research judge information and pull docket for Delaware 15-11880 and pull specified pleadings for M. Berkovits | 0.50 | 112.50 |
| 09/25/15 | Cathy Rae Hershcopf | Confer with litigation team re: strategic discovery and factual issues (1.7); review and respond to emails re: same (.9) | 2.60 | 2,470.00 |
| 09/26/15 | Nicholas A. Flath | E-mails with I. Shapiro and M. Berkovits re: DIP & PSA litigation | 0.30 | 178.50 |
| 09/26/15 | Michael J. Berkovits | Review case filings (0.4); prepare for depositions (5.3) | 5.70 | 3,733.50 |
| 09/26/15 | Robert B. Winning | Calls and correspondence with litigation team re: DIP objection and discovery | 1.10 | 720.50 |
| 09/26/15 | Robert B. Winning | Analysis of break-up fee in RSA | 0.90 | 589.50 |
| 09/26/15 | Robert B. Winning | Review Debtors' marketing materials for refinancing in June 2015 | 1.40 | 917.00 |

# Cooley

**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/26/15 | Ian Ross Shapiro | Review first day affidavits (1.9); e-mails with team re: litigation strategy (.4) | 2.30 | 1,874.50 |
| 09/26/15 | Cathy Rae Hershcopf | Review and respond to emails re: discovery issues (.9); confer with litigation team (.7); call with FTI (.8); call with Kirkland/Oaktree (.7) | 2.30 | 2,185.00 |
| 09/27/15 | Nicholas A. Flath | Emails and telephone calls with M. Berkovits regarding new matter (1.8); review DIP motion and cases cited (3.3); research re 364 and draft case squibs (4.5); conference call with team and financial advisor (1.6) | 11.20 | 6,664.00 |
| 09/27/15 | Michael J. Berkovits | Strategy discussions with working team (1.3); meet-and-confer with debtors' counsel and Oaktree counsel re documents and depositions (1.7); conference call with financial advisor re fact development in preparation for depositions (1.4); other fact development in preparation for depositions (7.7) | 12.10 | 7,925.50 |
| 09/27/15 | Robert B. Winning | Calls and correspondence with FA and litigation team re: DIP and PSA litigation | 2.40 | 1,572.00 |
| 09/27/15 | Robert B. Winning | Analysis of need for additional discovery | 0.80 | 524.00 |
| 09/27/15 | Robert B. Winning | Revise RSA objection and related correspondence | 1.40 | 917.00 |
| 09/27/15 | Robert B. Winning | Begin outlining DIP objection | 0.90 | 589.50 |
| 09/27/15 | Ian Ross Shapiro | Continue review of DIP and related pleadings (3.3); correspondence re discovery need and related discovery disputes (1.0) | 4.30 | 3,504.50 |
| 09/27/15 | Cathy Rae Hershcopf | Review and respond to emails on discovery issues | 0.90 | 855.00 |
| 09/27/15 | Cathy Rae Hershcopf | Preliminary settlement discussions with Nash (.6) and discuss Oaktree's exposure with Committee advisors and members (.9) | 1.50 | 1,425.00 |
| 09/28/15 | Nicholas A. Flath | Conferences with R. Winning, M. Berkovits, and I. Shapiro re DIP/PSA litigation (1.3); research and fact development (5.4) | 6.70 | 3,986.50 |



**326330-201**
**Committee**

**Invoice Number: 1556954**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/28/15 | Jay R. Indyke | Review Notices of Deposition and discovery requests from committee | 0.90 | 945.00 |
| 09/28/15 | Michael J. Berkovits | Fact development in preparation for depositions (6.6); strategize and meet-and-confer re discovery requests (1.5) | 8.10 | 5,305.50 |
| 09/28/15 | Robert B. Winning | Draft search terms with litigation team | 0.80 | 524.00 |
| 09/28/15 | Ian Ross Shapiro | Attend to discovery matters | 1.10 | 896.50 |
| 09/28/15 | Cathy Rae Hershcopf | Review and respond to emails (.8) and confer with litigation team (.9) re: discovery issues; confer with Debtors (.6); FTI (.4) and Kirkland (.7) re: same | 3.40 | 3,230.00 |
| 09/28/15 | Cathy Rae Hershcopf | Confer with UST and Committee members re: addition of 2 bondholders to Committee (1.3) | 1.30 | 1,235.00 |
| | | **Task Total:** | 106.90 | 76,598.00 |

**MEETINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/21/15 | Cathy Rae Hershcopf | Meeting with Committee (.9); and emails with members (1.7); Skadden (.9) and FTI (.8) | 4.30 | 4,085.00 |
| 09/22/15 | Jay R. Indyke | Conference call with Committee to interview financial advisors | 2.50 | 2,625.00 |
| 09/22/15 | Robert B. Winning | Committee call re: FA selection | 1.90 | 1,244.50 |
| 09/22/15 | Cathy Rae Hershcopf | Meet with Committee and interview of 6 financial advisors (2.2); calls with Committee members (.9) and FA candidates (1.1) and Province (.7) after the interviews. | 4.90 | 4,655.00 |
| 09/23/15 | Robert B. Winning | Prepare for and participate in call with Debtors' professionals | 0.90 | 589.50 |
| 09/23/15 | Robert B. Winning | Call with Province re: initial call with Debtors and follow-up | 0.90 | 589.50 |
| 09/24/15 | Jay R. Indyke | Call with Province on strategies relative to DIP financing and PSA issues | 0.70 | 735.00 |
| 09/25/15 | Jay R. Indyke | Call with Committee on financing and PSA strategies | 0.80 | 840.00 |
| 09/25/15 | Jay R. Indyke | Call with Committee and Debtor on sale process, PSA, financing and financials | 1.40 | 1,470.00 |

# Cooley

**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/25/15 | Jay R. Indyke | Follow up call with Committee after discussion with Debtors on strategies going forward | 0.20 | 210.00 |
| 09/25/15 | Robert B. Winning | Prepare for and participate in call with Committee and Debtors' professionals | 2.40 | 1,572.00 |
| 09/25/15 | Cathy Rae Hershcopf | Prepare for meeting with Committee and Debtors (1.4); meeting with just Committee (.8); meeting with both Debtors and Committee (1.4); meeting with Committee to authorize next steps (.8); calls with Durrer (.4) and to Nash (.1) re: next steps | 4.90 | 4,655.00 |
| | | **Task Total:** | 25.80 | 23,270.50 |

**TRAVEL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/21/15 | Seth Van Aalten | Travel from Wilmington to New York from formation meeting (billed at half time) | 0.80 | 604.00 |
| | | **Task Total:** | 0.80 | 604.00 |

**TAX ISSUES**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/24/15 | Robert B. Winning | Legal research re: potential "deemed dividend" from DIP | 1.10 | 720.50 |
| 09/24/15 | Stephanie Gentile | Attention to Section 956 question re: deemed dividend | 1.20 | 786.00 |
| | | **Task Total:** | 2.30 | 1,506.50 |

**Total Fees**                                                              **$201,609.50**



**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---:|---:|---:|
| Jay R. Indyke | Partner | 1050 | 9.80 | 10,290.00 |
| Cathy Rae Hershcopf | Partner | 950 | 49.20 | 46,740.00 |
| Ian Ross Shapiro | Partner | 815 | 10.80 | 8,802.00 |
| Eric J. Haber | Special Counsel | 835 | 8.50 | 7,097.50 |
| Robert B. Winning | Associate | 655 | 69.20 | 45,326.00 |
| Nicholas A. Flath | Associate | 595 | 18.20 | 10,829.00 |
| Jeremy H. Rothstein | Associate | 470 | 2.10 | 987.00 |
| Michael J. Berkovits | Associate | 655 | 36.50 | 23,907.50 |
| Stephanie Gentile | Associate | 655 | 1.20 | 786.00 |
| Melissa H. Boyd | Associate | 530 | 32.60 | 17,278.00 |
| Seth Van Aalten | Associate | 755 | 38.40 | 28,992.00 |
| Mollie N. Canby | Paralegal | 210 | 2.20 | 462.00 |
| Gary J. Jaskula | Other Timekeepers | 225 | .50 | 112.50 |

**Total:** **$201,609.50**

# Cooley

ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

October 8, 2015

Quiksilver, Inc., et al. Official Committee of Unsecured
Creditors
5600 Argosy Circle
Huntington Beach, CA  92649

**326330-201**
**Committee**

**Invoice Number:  1556954**
CL 01 60726

### R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| | | |
|---|---|---|
| **For current services rendered through 9/28/2015-Invoice No. 1556954:** | | |
| Fees | $ | 201,609.50 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **201,609.50** |

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)**
**and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.