# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------- x
:                    Chapter 11
In re:                               :
:                    Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,[1]       :
:                    Jointly Administered
         Debtor                      :
:
:                    **Re: Docket No. ___**
------------------------------------- x

## ORDER GRANTING THE FIRST AND FINAL APPLICATION OF COOLEY LLP, FORMER CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL.*, FOR COMPENSATION

Upon the application (the "<u>Application</u>") of Cooley LLP ("**<u>Cooley</u>**" or "**<u>Applicant</u>**"), former co-counsel to the Official Committee of Unsecured Creditors (the "**<u>Committee</u>**") of Quiksilver, Inc., *et al.* (collectively, the "**<u>Debtors</u>**"), in the above-captioned chapter 11 cases, pursuant to section 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**<u>Bankruptcy Rules</u>**") and the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,* for approval, allowance, and payment of compensation for actual and necessary professional services, totaling $201,609.50, during the period September 21, 2015 through September 28, 2015 (the "<u>Application Period</u>"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Application is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED THAT:**

1. The Application is approved, and the fees requested in the Application are allowed on a final basis in the amount of **$201,609.50** for payment of compensation.

2. Applicant is authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

3. Notwithstanding Bankruptcy Rule 6004, this Order shall be immediately effective and enforceable upon its entry, and the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: November ___, 2015
      Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge