**<u>Exhibit A</u>**

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

Official Committee of Unsecured Creditors
222 Delaware Avenue
Suite 900
Wilmington,  DE  19801

Invoice  1012907
October 8, 2015

ID: 37820-00001 - JRA

Re:  Quiksilver, Inc.

For Services Rendered Through   9/28/2015

| | | |
|---|---|---|
| Current Fees | 30,034.50 | |
| Current Disbursements | 123.24 | |
| Total Current Charges | | $30,157.74 |
| **Total Amount Due** | | **$30,157.74** |

**Bayard, P.A.**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | | October 8, 2015 |
| I.D. 37820-00001 - JRA | | Invoice  1012907 |
| Re: Quiksilver, Inc. | | Page  2 |

| Fees by Task Code | | | | |
|---|---|---|---|---|
| **Date** | **Description of Services** | **Atty** | **Hours** | **Amount** |
| AA | Asset Analysis and Recovery | | | |
| 09/28/15 | Emails with R. Winning & L. Morton re: pro hac motions | JRA | 0.20 | 90.00 |
| AP | Litigation/Adversary Proceedings | | | |
| 09/25/15 | Draft certificate of service re: Notice of Depositions and Notice of Service of Discovery. | LM | 0.60 | 177.00 |
| 09/25/15 | Assist with filing preparations for five Notices of Deposition and three Notices of Discovery re: Oaktree Capital, Debtors, and Solomon Co. | LM | 4.20 | 1,239.00 |
| 09/25/15 | File, circulate and organize service of five Notices of Deposition and three Notices of Discovery re: Oaktree Capital, Debtors, and Solomon Co. | LM | 1.30 | 383.50 |
| 09/25/15 | Revise Deposition notices for Cooper, Savini, Wilson, Bruenjes & Coulombe & related documents requests | JRA | 1.70 | 765.00 |
| 09/26/15 | Emails with M. Berkovits re: discovery requests | JRA | 0.50 | 225.00 |
| 09/27/15 | Reviewing QS discovery filings | AN | 0.50 | 147.50 |
| 09/27/15 | Emails with V. Durrer, P. Nash & M. Berkovits re: depositions & document requests | JRA | 0.70 | 315.00 |
| 09/27/15 | Emails with I. Shapiro, P. Nash & M. Berkovits re: e-discovery | JRA | 0.10 | 45.00 |
| 09/27/15 | Prepare & coordinate filing & service of deposition notices & document requests for Berardino, Clarke & Sweet | JRA | 2.80 | 1,260.00 |
| 09/27/15 | Telephone calls with M. Berkovits re: deposition notices & document requests | JRA | 0.30 | 135.00 |
| 09/27/15 | Telephone calls with A. Nwannunu & L. Morton re: service of deposition notices & document requests | JRA | 0.20 | 90.00 |
| 09/28/15 | File and circulate three Notices of Service of Discovery. | LM | 0.40 | 118.00 |
| 09/28/15 | Research re: subpoenas for review strategy committee | JRA | 0.80 | 360.00 |
| 09/28/15 | Emails with I. Shapiro, M. Berkovits & A. Nwannunu re: subpoenas & document requests | JRA | 0.60 | 270.00 |
| 09/28/15 | Prepare & coordinate filing of notices of service of discovery for SRC members | JRA | 1.10 | 495.00 |
| 09/28/15 | Draft notices of subpoenas, and subpoenas | AN | 2.20 | 649.00 |
| CA | Case Administration | | | |
| 09/22/15 | Drafting contact list for Cooley | AN | 2.50 | 737.50 |
| 09/22/15 | Drafting pro hacs for Cooley | AN | 0.80 | 236.00 |
| 09/22/15 | Finalize and efile notice of appearance and pro hac vice motions of J. Indyke, C. Herscopf, S. Van Aalten and R. Winning (.7); Call to Parcels to arrange service of notice of appearance (.1); Emails with J. Alberto and K. Mirto re filings and service (.2) | TS | 1.00 | 295.00 |
| 09/22/15 | Email correspondence with JA and UCC co-counsel re: Notice of Appearance, contact list, critical dates calendar, and pro hac motions | AN | 0.50 | 147.50 |

**Bayard, P.A.**

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors | | | October 8, 2015 |
| I.D. 37820-00001 - JRA | | | Invoice  1012907 |
| Re: Quiksilver, Inc. | | | Page 3 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/22/15 | Office conference with A. Nwannunu re: committee engagement & governance logistics | JRA | 0.40 | 180.00 |
| 09/22/15 | Revise draft notice of appearance | JRA | 0.40 | 180.00 |
| 09/22/15 | Emails with R. Winning & A. Nwannunu re: notice of appearance & pro hacs | JRA | 0.30 | 135.00 |
| 09/22/15 | Further revise notice of appearance | JRA | 0.10 | 45.00 |
| 09/22/15 | Emails with L. Morton & A. Nwannunu re: case service logistics | JRA | 0.30 | 135.00 |
| 09/22/15 | Office conference with L. Morton re: working group list & governance matters | JRA | 0.20 | 90.00 |
| 09/22/15 | Revise pro hac motions for J. Indyke, C. Hershcopf, S. Van Aalten & R. Winning | JRA | 0.40 | 180.00 |
| 09/22/15 | Emails with A. Nwannunu & R. Winning re: governance & working group list logistics | JRA | 0.30 | 135.00 |
| 09/22/15 | Telephone call with S. Van Aalten re: governance & critical dates | JRA | 0.20 | 90.00 |
| 09/22/15 | Emails with S. Van Aalten, R. Winning, A. Nwannunu & L. Morton re: working group & distribution logistics | JRA | 0.50 | 225.00 |
| 09/22/15 | Emails with D. Calderon re: Epiq email service list | JRA | 0.10 | 45.00 |
| 09/22/15 | Draft committee bylaws | JRA | 1.30 | 585.00 |
| 09/22/15 | Research re: committee bylaws | JRA | 0.40 | 180.00 |
| 09/22/15 | Review & revise draft working group list | JRA | 0.60 | 270.00 |
| 09/22/15 | Draft immediate action items memo | JRA | 0.90 | 405.00 |
| 09/22/15 | Review Bankruptcy Court docket and draft/revise initial critical dates calendar and forward to AN and JA for review and comments. | LM | 1.30 | 383.50 |
| 09/22/15 | Research/Compile 2002 service list. | LM | 0.30 | 88.50 |
| 09/23/15 | Revisions to critical dates calendar | AN | 1.80 | 531.00 |
| 09/23/15 | Further updates to contact list | AN | 1.70 | 501.50 |
| 09/23/15 | Emails with L. Morton re: committee distribution mechanics | JRA | 0.20 | 90.00 |
| 09/23/15 | Review & revise critical dates | JRA | 1.10 | 495.00 |
| 09/23/15 | Emails with L. Morton re: Cooley pro hac motions | JRA | 0.10 | 45.00 |
| 09/23/15 | Update case action item list | JRA | 0.30 | 135.00 |
| 09/23/15 | Draft and file affidavit of service regarding Notice of Appearance. | LM | 0.40 | 118.00 |
| 09/23/15 | Arrange e-noticing for co-counsel. | LM | 0.30 | 88.50 |
| 09/23/15 | Review Trustee Requirements and update critical dates calendar and circulate to attorneys. | LM | 0.40 | 118.00 |
| 09/24/15 | Updates to working group list | AN | 0.60 | 177.00 |
| 09/24/15 | Review L. Morton's updated action item list | JRA | 0.10 | 45.00 |
| 09/24/15 | Emails with R. Winning & L. Morton re: critical dates | JRA | 0.20 | 90.00 |
| 09/24/15 | Emails with C. Hershcopf, R. winning & A. Nwannunu re: initial correspondence with Debtors & committee | JRA | 0.50 | 225.00 |
| 09/24/15 | Emails with A. Nwannunu & C. Hershcopf re: critical dates & working group list | JRA | 0.30 | 135.00 |
| 09/24/15 | Review action items email and update status. | LM | 0.20 | 59.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | | October 8, 2015 |
| I.D. 37820-00001 - JRA | | | | Invoice  1012907 |
| Re: Quiksilver, Inc. | | | | Page 4 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/24/15 | Update the Bankruptcy Calendar with objection deadlines, filing deadlines and hearing dates. | LM | 0.50 | 147.50 |
| 09/24/15 | Review first day pleadings | AN | 1.80 | 531.00 |
| 09/25/15 | Prepare V-Card groups for Committee Members and Professionals and forward to A. Nwannunu. | LM | 0.40 | 118.00 |
| 09/25/15 | Update the Bankruptcy Calendar with objection deadlines, DIP Milestones and filing deadlines. | LM | 0.50 | 147.50 |
| 09/25/15 | Revise/Edit critical dates calendar and forward to attorneys for review. | LM | 0.40 | 118.00 |
| 09/25/15 | Emails with A. Nwannunu re: changes to distribution logistics, committee communications & critical dates | JRA | 0.50 | 225.00 |
| 09/26/15 | Emails with S. Van Aalten & R. Winning re: critical dates | JRA | 0.10 | 45.00 |
| 09/26/15 | Update internal task memo | JRA | 0.40 | 180.00 |
| 09/27/15 | Revise critical dates draft | JRA | 0.30 | 135.00 |
| 09/28/15 | Draft and circulate to attorneys three pro hac vice motions re: N. Flath, M. Berkovits and I. Shapiro. | LM | 0.60 | 177.00 |

**CH     Court Hearings**

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/27/15 | Emails with A. Nwannunu & L. Morton re: 10/6 hearing | JRA | 0.10 | 45.00 |
| 09/28/15 | Emails with A. Nwannunu & L. Morton re: 10/6 hearing | JRA | 0.20 | 90.00 |

**CR     Cash Collateral/DIP Financing**

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/25/15 | Telephone call with S. Van Aalten re: DIP & PSA discovery | JRA | 0.20 | 90.00 |
| 09/25/15 | Emails with C. Hershcopf & V. Durrer re: DIP objection deadline | JRA | 0.20 | 90.00 |
| 09/25/15 | Emails with R. Winning & M. Berkovits re: DIP & PSA discovery & tasks related to same | JRA | 0.30 | 135.00 |
| 09/25/15 | Work on DIP & PSA - related discovery requests & depositions | JRA | 4.80 | 2,160.00 |
| 09/25/15 | Further emails with R. Winning, M. Berkovits, A. Nwannunu & L. Morton re: DIP discovery & research re: same | JRA | 0.40 | 180.00 |
| 09/25/15 | Research re: DIP & PSA - related discovery | JRA | 1.30 | 585.00 |
| 09/25/15 | Emails with M. Berkovits re: DIP deposition logistics & strategy | JRA | 0.30 | 135.00 |
| 09/25/15 | Emails with C. Hershcopf, V. Durrer, P. Nash & M. Berkovits re: DIP discovery service & deposition timing & logistics | JRA | 0.40 | 180.00 |
| 09/26/15 | Emails with S. Van Aalten re: DIP discovery | JRA | 0.20 | 90.00 |

**EA1     Bayard Retention Application**

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/23/15 | Drafting Bayard retention application | AN | 1.20 | 354.00 |
| 09/23/15 | Emails with S. Cousins re: Bayard's retention app | JRA | 0.20 | 90.00 |
| 09/23/15 | Office conference with A. Nwannunu re: retention app, conflict disclosures & attendant declaration | JRA | 0.20 | 90.00 |
| 09/24/15 | Verifying parties for conflicts check | AN | 1.30 | 383.50 |
| 09/24/15 | Office conference with A. Nwannunu re: Bayard retention app | JRA | 0.10 | 45.00 |
| 09/24/15 | Emails with a. Nwannunu, R. Winning & L. Morton re: retention disclosures | JRA | 0.40 | 180.00 |
| 09/26/15 | Begin preparing retention app disclosures | JRA | 1.20 | 540.00 |
| 09/26/15 | Revise retention application & related declaration | JRA | 2.10 | 945.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | | October 8, 2015 |
| I.D. 37820-00001 - JRA | | | | Invoice 1012907 |
| Re: Quiksilver, Inc. | | | | Page 5 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/27/15 | Further revisions to retention application | JRA | 1.60 | 720.00 |
| 09/28/15 | Drafting Bayard Retention Application, & JRA Declaration | AN | 5.90 | 1,740.50 |
| 09/28/15 | Emails with A. Nwannunu re: Bayard retention app | JRA | 0.40 | 180.00 |
| EA2 | Other Professional Retention Applications | | | |
| 09/22/15 | Emails with P. Huygens re: Province retention | JRA | 0.20 | 90.00 |
| 09/23/15 | Email to R. Winning re: Province & Cooley retention apps | JRA | 0.20 | 90.00 |
| 09/24/15 | Emails with R. Winning, A. Nwannunu & L. Morton re: retention apps | JRA | 0.30 | 135.00 |
| 09/24/15 | Emails with R. Winning & A. Nwannunu re; Province retention app | JRA | 0.30 | 135.00 |
| 09/28/15 | Edit Retention Application for Province and prepare for filing and forward to J. Alberto. | LM | 0.60 | 177.00 |
| 09/28/15 | Review & revise draft Province retention application | JRA | 0.90 | 405.00 |
| MC | Meetings with Creditors | | | |
| 09/22/15 | Review notice of commencement & 341 meeting | JRA | 0.10 | 45.00 |
| SC | Statutory Committee and Committee Meetings | | | |
| 09/22/15 | Emails with S. Van Aalten re: FA pitches | JRA | 0.20 | 90.00 |
| 09/25/15 | Committee conference call with committee members and Cooley | AN | 2.20 | 649.00 |
| 09/25/15 | Recap of conference call with JRA | AN | 0.20 | 59.00 |
| 09/25/15 | Emails with S. Cousins, C. Hershcopf & A. Nwannunu re: committee call today & meeting with Debtors | JRA | 0.60 | 270.00 |
| 09/25/15 | Office conference with A. Nwannunu re: initial call with Debtors & summary of same | JRA | 0.40 | 180.00 |
| 09/25/15 | Review Debtors' presentation to UCC advisors & members | JRA | 0.50 | 225.00 |
| 09/25/15 | Participate in weekly committee call with Committee members, Cooley and Providence | SDC | 0.70 | 472.50 |
| 09/25/15 | Participate in call with the Committee members and debtors' professionals (Skadden Arps, Peter J. Solomon and FTI) regarding status of case and sales process | SDC | 1.50 | 1,012.50 |
| 09/25/15 | Follow-up call with the Committee, Cooley and Providence following call with the debtors and their advisors | SDC | 0.30 | 202.50 |
| 09/28/15 | Emails with C. Hershcopf & M. Kenney re: additional committee members | JRA | 0.10 | 45.00 |
| TR | Trustee Reporting/Schedules | | | |
| 09/23/15 | Emails with L. Attix, S. VanAalten & A. Nwannunu re: claims trading certification | JRA | 0.30 | 135.00 |
| UM | Utility Matters | | | |
| 09/23/15 | Review FPL's utilities motion objection | JRA | 0.80 | 360.00 |
| | **Total Fees** | | | **$30,034.50** |

**Bayard, P.A.**

| | |
|---|---|
| Official Committee of Unsecured Creditors | October 8, 2015 |
| I.D. 37820-00001 - JRA | Invoice  1012907 |
| Re: Quiksilver, Inc. | Page  6 |

## Fee Recap by Activity Code

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| AA | Asset Analysis and Recovery | | | |
| | Alberto, Justin R. | 0.20 | $450.00 | 90.00 |
| | Subtotal | 0.20 | | $90.00 |
| AP | Litigation/Adversary Proceedings | | | |
| | Alberto, Justin R. | 8.80 | $450.00 | 3,960.00 |
| | Morton, Larry | 6.50 | $295.00 | 1,917.50 |
| | Nwannunu, Amara | 2.70 | $295.00 | 796.50 |
| | Subtotal | 18.00 | | $6,674.00 |
| CA | Case Administration | | | |
| | Alberto, Justin R. | 10.50 | $450.00 | 4,725.00 |
| | Morton, Larry | 5.30 | $295.00 | 1,563.50 |
| | Nwannunu, Amara | 9.70 | $295.00 | 2,861.50 |
| | Stoner, Tammy | 1.00 | $295.00 | 295.00 |
| | Subtotal | 26.50 | | $9,445.00 |
| CH | Court Hearings | | | |
| | Alberto, Justin R. | 0.30 | $450.00 | 135.00 |
| | Subtotal | 0.30 | | $135.00 |
| CR | Cash Collateral/DIP Financing | | | |
| | Alberto, Justin R. | 8.10 | $450.00 | 3,645.00 |
| | Subtotal | 8.10 | | $3,645.00 |
| EA1 | Bayard Retention Application | | | |
| | Alberto, Justin R. | 6.20 | $450.00 | 2,790.00 |
| | Nwannunu, Amara | 8.40 | $295.00 | 2,478.00 |
| | Subtotal | 14.60 | | $5,268.00 |
| EA2 | Other Professional Retention Applications | | | |
| | Alberto, Justin R. | 1.90 | $450.00 | 855.00 |
| | Morton, Larry | 0.60 | $295.00 | 177.00 |
| | Subtotal | 2.50 | | $1,032.00 |
| MC | Meetings with Creditors | | | |
| | Alberto, Justin R. | 0.10 | $450.00 | 45.00 |
| | Subtotal | 0.10 | | $45.00 |
| SC | Statutory Committee and Committee Meetings | | | |

**Bayard, P.A.**

| Official Committee of Unsecured Creditors | | | October 8, 2015 |
|---|---|---|---|
| I.D. 37820-00001 - JRA | | | Invoice 1012907 |
| Re: Quiksilver, Inc. | | | Page 7 |

| | | | | |
|---|---|---|---|---|
| Alberto, Justin R. | | 1.80 | $450.00 | 810.00 |
| Cousins, Scott D | | 2.50 | $675.00 | 1,687.50 |
| Nwannunu, Amara | | 2.40 | $295.00 | 708.00 |
| | Subtotal | 6.70 | | $3,205.50 |
| TR   Trustee Reporting/Schedules | | | | |
| Alberto, Justin R. | | 0.30 | $450.00 | 135.00 |
| | Subtotal | 0.30 | | $135.00 |
| UM   Utility Matters | | | | |
| Alberto, Justin R. | | 0.80 | $450.00 | 360.00 |
| | Subtotal | 0.80 | | $360.00 |
| | **Totals** | **78.10** | | **$30,034.50** |

| Disbursements | |
|---|---|
| **Disbursement Description** | **Amount** |
| Phone | 0.40 |
| Print Images | 29.40 |
| Outside Copy Charges | 77.39 |
| Westlaw Services | 16.05 |
| **Total Disbursements** | **$123.24** |

**Bayard, P.A.**

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors | | | October 8, 2015 |
| I.D. 37820-00001 - JRA | | | Invoice  1012907 |
| Re: Quiksilver, Inc. | | | Page  8 |

## Monthly Summary of Professional Fees

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| Scott D Cousins | Director | 675.00 | 2.50 | 1,687.50 |
| Justin R. Alberto | Associate | 450.00 | 39.00 | 17,550.00 |
| Amara Nwannunu | Associate | 295.00 | 23.20 | 6,844.00 |
| Larry Morton | Paralegal | 295.00 | 12.40 | 3,658.00 |
| Tammy Stoner | Paralegal | 295.00 | 1.00 | 295.00 |
| | **Totals** | | **78.10** | **30,034.50** |

## Monthly Summary of Fees

| September | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery | 0.20 | 90.00 |
| Litigation/Adversary Proceedings | 18.00 | 6,674.00 |
| Case Administration | 26.50 | 9,445.00 |
| Court Hearings | 0.30 | 135.00 |
| Cash Collateral/DIP Financing | 8.10 | 3,645.00 |
| Bayard Retention Application | 14.60 | 5,268.00 |
| Other Professional Retention Applications | 2.50 | 1,032.00 |
| Meetings with Creditors | 0.10 | 45.00 |
| Statutory Committee and Committee Meetings | 6.70 | 3,205.50 |
| Trustee Reporting/Schedules | 0.30 | 135.00 |
| Utility Matters | 0.80 | 360.00 |
| **Totals** | **78.10** | **$30,034.50** |

## Disbursement Summary by Month

| September | | |
|---|---|---|
| Outside Copy Charges | | 77.39 |
| Phone | | 0.40 |
| Print Images | | 29.40 |
| Westlaw Services | | 16.05 |
| Total for September | $123.24 | |
| **Total Disbursements** | **$123.24** | |