**Exhibit B**

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

Official Committee of Unsecured Creditors
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Invoice 1012907
October 8, 2015

ID: 37820-00001 - JRA

Re: Quiksilver, Inc.

For Services Rendered Through 9/28/2015

| Expense Summary | |
|---|---|
| **Expense Category** | **Amount** |
| Phone | 0.40 |
| Print Images | 29.40 |
| Outside Copy Charges | 77.39 |
| Westlaw Services | 16.05 |
| **Total Expenses** | **$123.24** |

| Detailed Disbursement Description | | |
|---|---|---|
| **Date** | **Disbursement Description** | **Amount** |
| 09/22/15 | Phone | 0.20 |
| 09/23/15 | Outside Copy Charges | 77.39 |
| 09/23/15 | Print Images | 1.20 |
| 09/24/15 | Print Images | 1.40 |
| 09/24/15 | Print Images | 22.80 |
| 09/24/15 | Print Images | 1.80 |
| 09/28/15 | Phone | 0.20 |
| 09/28/15 | Print Images | 2.20 |
| 09/28/15 | Westlaw Services | 16.05 |
| | **Total Disbursements** | **123.24** |

# BAYARD, P.A.