**Exhibit C**

**CUSTOMARY AND COMPARABLE COMPENSATION**
**DISCLOSURE WITH FEE APPLICATION**

| Category of Timekeepers | Blended Hourly Rate Billed for Period of January 1, 2014 through December 31, 2014 (excluding bankruptcy matters) | Blended Hourly Rate Billed in this Application |
|---|---|---|
| Directors | $438.92 | $675.00 |
| Associates | $315.49 | $392.19 |
| **Blended Rate for Attorneys** | **$382.00** | **$386.97** |
| | | |
| Paraprofessionals | $203.44 | $295.00 |
| **Blended Rate for Paraprofessionals** | **$203.44** | **$295.00** |
| | | |
| **All Timekeepers Aggregated** | **$344.00** | **$384.56** |

{BAY:02786472v2}