# EXHIBIT A
**Certification**

{BAY:02792308v1}

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Quiksilver, Inc., *et al.,*[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 17, 2015 at 10:30 a.m.**<br>**Objection Deadline: November 10, 2015 at 4:00 p.m.** |

## **CERTIFICATION**

Paul Huygens, a Certified Fraud Examiner and a Certified Public Accountant duly admitted in good standing to practice in the State of Nevada, after being duly sworn according to law, deposes and says:

1. I am a Principal of the applicant firm Province, Inc. ("Province"), with offices located in the Las Vegas, Los Angeles, and Miami metro areas. I am duly authorized to make this verification on behalf of Province. Province was retained as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") on September 22, 2015 and Province's employment application is currently pending before the Court.

2. I have personally performed many of the services rendered by Province as financial advisor to the Committee and am familiar with the other work performed on behalf of the Committee by the other professionals in the firm.

3. The *First and Final Monthly Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor to the Official*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02792308v1}

*Committee of Unsecured Creditors, for the Period from September 22, 2015 through October 5, 2015* (the "Application") was prepared at my direction. The facts set forth in the foregoing Application are true to the best of my knowledge, information and belief.

   4. Province's rates for the services rendered by its professionals in these Chapter 11 cases are similar to the rates Province charges for professional services rendered in comparable bankruptcy and non-bankruptcy cases in a competitive national market for financial advisory services.

   5. I have reviewed the Court's Local Rule 2016-2 and the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. s.330 (the "Guidelines"). The Application substantially complies with Local Rule 2016-2 and the Guidelines.

   Executed under penalty of perjury of the laws of the United States on this 26th day of October 2015.

                *Paul Huygens*
                Paul Huygens, Principal
                Province, Inc.