**EXHIBIT B**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

{BAY:02792308v1}

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM SEPTEMBER 22, 2015 THROUGH OCTOBER 5, 2015**

|  | **HOURLY RATE** | **APPLICATION HOURS** | **TOTAL FEES** |
|---|---:|---:|---:|
| Peter Kravitz, Principal | $670 | 6.1 | $4,087.00 |
| Paul Huygens, Principal | $635 | 51.4 | $32,639.00 |
| Victor Delaglio, Managing Director | $550 | 61.7 | $33,935.00 |
| Carol Cabello, Director | $495 | 55.8 | $27,621.00 |
| Stilian Morrison, Director | $485 | 14.6 | $7,081.00 |
| James McFadden, Senior Analyst | $380 | 24.3 | $9,234.00 |
| **Grand Total** | | **213.9** | **$114,597.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis | 126.8 | $65,586.00 |
| Case Administration | 41.7 | $23,851.50 |
| Committee Activities | 25.4 | $13,969.00 |
| Fee/Employment Applications | 11.2 | $6,190.50 |
| Plan and Disclosure Statement | 8.8 | $5,000.00 |
| **Grand Total** | | **$114,597.00** |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-22 | Paul Huygens | Call with Samil counsel to discuss case status and strategize. | Committee Activities | 0.60 | $381.00 |
| 2015-09-22 | Carol Cabello | Evaluated liquidity position of the Debtors' and borrowing needs over the next few weeks. | Business Analysis | 1.50 | $742.50 |
| 2015-09-22 | Paul Huygens | Analyze and consider store closing motion and agency agreements relative to recent comps. | Business Analysis | 0.80 | $508.00 |
| 2015-09-22 | Carol Cabello | Evaluated store closing motion and related agency agreements to determine reasonableness relative to recent comparables. | Business Analysis | 1.30 | $643.50 |
| 2015-09-22 | Carol Cabello | Reviewed and commented on preliminary valuation analysis prepared by S. Morrison. | Business Analysis | 1.20 | $594.00 |
| 2015-09-22 | Carol Cabello | Analyzed DIP budget and developed sensitivities around cash shortfalls and unexpected expenses. | Business Analysis | 1.10 | $544.50 |
| 2015-09-22 | Carol Cabello | Analyzed financial position of company on a consolidated basis versus US-only operations. | Business Analysis | 1.80 | $891.00 |
| 2015-09-22 | Carol Cabello | Prepared data request list to be delivered to Debtors and their financial advisers to assist in committee analysis. | Business Analysis | 0.70 | $346.50 |
| 2015-09-22 | Paul Huygens | Call with Seth Van Aalten to discuss committee meeting, concerns, the marketing process and to start scheduling meetings and pulling data requests together. | Case Administration | 0.80 | $508.00 |
| 2015-09-22 | Paul Huygens | Call with Cabello to get her up to speed on today's conversations with committee members and counsel and to get started on conflicts check. | Case Administration | 0.30 | $190.50 |
| 2015-09-22 | Paul Huygens | Meeting with Delaglio to get him up to speed and oriented on the case and started on the analysis required. | Case Administration | 0.60 | $381.00 |
| 2015-09-22 | Victor Delaglio | Meeting with Paul Huygens to discuss basics of case and assembly of deal team. | Case Administration | 0.60 | $330.00 |
| 2015-09-22 | Peter Kravitz | Extensive confer with committee members and representatives re client priorities | Committee Activities | 0.90 | $603.00 |
| 2015-09-22 | Paul Huygens | Call with Baily Dent at New Generation advisors to kick off the engagement and get his thoughts on the case. Correspond with Cooley re same following the call. | Committee Activities | 0.70 | $444.50 |
| 2015-09-22 | Paul Huygens | Call with Gubner on behalf Samil to discuss case strategy. | Committee Activities | 0.50 | $317.50 |
| 2015-09-22 | Paul Huygens | Prepare initial draft of employment application. | Fee/Employment Applications | 1.70 | $1,079.50 |
| 2015-09-22 | Carol Cabello | Reviewed draft of employment application, compiled related parties list for conflicts checks, and identified disclosures. | Fee/Employment Applications | 1.70 | $841.50 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-22 | Carol Cabello | Analyzed and read Plan Sponsor agreement and proposed treatment of claims. | Plan and Disclosure Statement | 2.00 | $990.00 |
| 2015-09-22 | Paul Huygens | Downloaded and reviewed case filings to date and start reviewing plan sponsor agreement. | Plan and Disclosure Statement | 2.30 | $1,460.50 |
| 2015-09-23 | Jim McFadden | Reviewed Quiksilver's SEC filings and Ch. 11 filings and details. | Business Analysis | 1.50 | $570.00 |
| 2015-09-23 | Jim McFadden | Reviewed Quiksilver's revenue composition between the U.S. and internal sales sources. | Business Analysis | 1.30 | $494.00 |
| 2015-09-23 | Victor Delaglio | Built a screen to identify recent transaction comparables within the apparel, accessories, and footwear industries and reviewed output to isolate the best comparables. | Business Analysis | 1.80 | $990.00 |
| 2015-09-23 | Paul Huygens | Start reviewing recent public financial reports and capital structure to understand capital structure and liquidity situation. | Business Analysis | 1.70 | $1,079.50 |
| 2015-09-23 | Paul Huygens | Review DIP budget in detail and discuss with Delaglio. | Business Analysis | 1.10 | $698.50 |
| 2015-09-23 | Paul Huygens | Review and consider debtor's committee slide materials and correspond with Skadden with questions. | Business Analysis | 0.80 | $508.00 |
| 2015-09-23 | Paul Huygens | Review draft bid process letter and Org Chart with IP overlay and take notes. | Business Analysis | 0.90 | $571.50 |
| 2015-09-23 | Carol Cabello | Evaluated debtors' DIP budget and underlying assumptions. | Business Analysis | 2.50 | $1,237.50 |
| 2015-09-23 | Carol Cabello | Evaluated business plan. | Business Analysis | 1.30 | $643.50 |
| 2015-09-23 | Carol Cabello | Analyzed initial MOR filed on 9/18/15, including insurance certificates and level of coverage and listing of bank accounts and their purposes. | Business Analysis | 0.80 | $396.00 |
| 2015-09-23 | Carol Cabello | Commenced review of documents in virtual data room and updated data request list.  Sent to counsel for review. | Business Analysis | 2.40 | $1,188.00 |
| 2015-09-23 | Carol Cabello | Prepared summary analysis of budget in advance of call with counsel. | Business Analysis | 0.60 | $297.00 |
| 2015-09-23 | Jim McFadden | Participated in deal conference call with attorneys and investment bankers. | Business Analysis | 1.00 | $380.00 |
| 2015-09-23 | Jim McFadden | Reviewed information on Quiksilver's DIP financing and assumptions in future 17 weeks' projections. | Business Analysis | 1.70 | $646.00 |
| 2015-09-23 | Victor Delaglio | Meeting with Paul Huygens to discuss valuation, financing, and marketing. | Business Analysis | 0.90 | $495.00 |
| 2015-09-23 | Victor Delaglio | Analyzed latest version of DIP forecast budget. | Business Analysis | 0.90 | $495.00 |
| 2015-09-23 | Victor Delaglio | Read the CRT Capital and R.W. Pressprich & Co. debt research reports on Quiksilver and converted relevant tables into spreadsheet format. | Business Analysis | 2.10 | $1,155.00 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-23 | Victor Delaglio | Started researching individual transaction comparables returned from the screens for mergers and acquisitions and private placements in the last three years within the apparel, footwear, and accessories industries. | Business Analysis | 2.20 | $1,210.00 |
| 2015-09-23 | Victor Delaglio | Built several screens for identifying mergers and acquisitions in the last three years within the apparel, footwear, and accessories industries to identify potential transaction comparables. | Business Analysis | 1.20 | $660.00 |
| 2015-09-23 | Victor Delaglio | Built several screens for identifying private placements in the last three years within the apparel, footwear, and accessories industries to identify potential transaction comparables. | Business Analysis | 1.00 | $550.00 |
| 2015-09-23 | Victor Delaglio | Meeting with Paul Huygens to discuss DIP forecast budget and division of labor. | Business Analysis | 0.80 | $440.00 |
| 2015-09-23 | Paul Huygens | Meeting with V Delaglio regarding valuation and financing. | Business Analysis | 0.90 | $571.50 |
| 2015-09-23 | Peter Kravitz | Review and analyze DIP financing and sales process pleadings. | Case Administration | 0.90 | $603.00 |
| 2015-09-23 | Paul Huygens | Review draft information request list and have call with Cabello to discuss, along with scheduling and related issues. | Case Administration | 0.80 | $508.00 |
| 2015-09-23 | Paul Huygens | Prepare for and participate in kickoff call with Skadden, FTI, PJS, Cooley and Province teams. | Case Administration | 1.20 | $762.00 |
| 2015-09-23 | Carol Cabello | Call and correspondence with counsel to discuss case strategy. | Case Administration | 0.50 | $247.50 |
| 2015-09-23 | Carol Cabello | Revised data request list to incorporate comments from P. Huygens and counsel. | Case Administration | 0.50 | $247.50 |
| 2015-09-23 | Carol Cabello | Call with P. Huygens and V. Delaglio to discuss case strategy and plan next steps. | Case Administration | 0.50 | $247.50 |
| 2015-09-23 | Victor Delaglio | Set up Intralinks account and email alerts. | Case Administration | 0.20 | $110.00 |
| 2015-09-23 | Carol Cabello | Call with P. Huygens to discuss case strategy. | Case Administration | 0.30 | $148.50 |
| 2015-09-23 | Stilian Morrison | Teleconference with FTI, PFC, Skadden, Cooley. UCC kick-off call. Discussion of available dataroom materials, etc. | Case Administration | 0.90 | $436.50 |
| 2015-09-23 | Victor Delaglio | Call with Robert Winning from Cooley LLP and Paul Huygens to discuss next steps. | Case Administration | 0.70 | $385.00 |
| 2015-09-23 | Carol Cabello | Corresponded with Debtors' advisors with respect to scheduling of calls, contact information, etc. | Case Administration | 0.30 | $148.50 |
| 2015-09-23 | Stilian Morrison | Access and review of dataroom. | Case Administration | 1.80 | $873.00 |
| 2015-09-23 | Paul Huygens | Meeting with Delaglio and include Cabello via telephone (for part of the meeting) re strategy and to discuss liquidity, value and the marketing process. | Case Administration | 0.90 | $571.50 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-23 | Paul Huygens | Call with Morrison to discuss the marketing process and the names spoken to. | Case Administration | 0.40 | $254.00 |
| 2015-09-23 | Paul Huygens | Call with Kravitz to get him caught up on what we've heard and seen today and to discuss the timeline and strategy. Following call, draft and send email update to counsel re same. | Case Administration | 0.80 | $508.00 |
| 2015-09-23 | Paul Huygens | Call with Winning at Cooley re strategy and to download from call with debtor professionals. | Case Administration | 0.70 | $444.50 |
| 2015-09-23 | Peter Kravitz | Strategize re process and valuation related issues with Huygens | Case Administration | 0.80 | $536.00 |
| 2015-09-23 | Carol Cabello | Attended kick-off call with Debtors' advisors to discuss timeline of events, status of sale process, data room, data requests, etc. | Case Administration | 1.00 | $495.00 |
| 2015-09-23 | Stilian Morrison | Telephone call with Paul Huygens regarding marketing process. | Case Administration | 0.40 | $194.00 |
| 2015-09-23 | Victor Delaglio | Call with Paul Huygens and Carol Cabello to discuss next steps. | Case Administration | 0.90 | $495.00 |
| 2015-09-23 | Victor Delaglio | Prepared for unsecured creditors' committee kick-off call by reviewing materials put together thus far. | Committee Activities | 0.80 | $440.00 |
| 2015-09-23 | Victor Delaglio | Joined the unsecured creditors' committee kick-off call. | Committee Activities | 0.90 | $495.00 |
| 2015-09-23 | Paul Huygens | Finish review plan sponsor agreement and DIP agreement and consider. | Plan and Disclosure Statement | 1.80 | $1,143.00 |
| 2015-09-24 | Carol Cabello | Evaluated budget to actual results for the three weeks ended 9/19/15 and prepared questions for FTI. | Business Analysis | 1.30 | $643.50 |
| 2015-09-24 | Carol Cabello | Continued to review data and documents uploaded in data room. | Business Analysis | 0.90 | $445.50 |
| 2015-09-24 | Carol Cabello | Prepared for call with Debtors' financial advisors to discuss budget. | Business Analysis | 1.30 | $643.50 |
| 2015-09-24 | Carol Cabello | Evaluated DIP model and supporting schedules. | Business Analysis | 1.10 | $544.50 |
| 2015-09-24 | Carol Cabello | Call with FTI to discuss budget assumptions and underlying details. | Business Analysis | 0.80 | $396.00 |
| 2015-09-24 | Jim McFadden | Gathered and analyzed data on the enterprise value to revenue ratios for consumer companies that are comparable to Quiksilver. | Business Analysis | 1.90 | $722.00 |
| 2015-09-24 | Jim McFadden | Used Wall Street research to search for comparable companies to Quiksilver to check for valuation comparables. | Business Analysis | 1.80 | $684.00 |
| 2015-09-24 | Jim McFadden | Compiled enterprise values and revenues of consumer companies that are similar to Quiksilver. | Business Analysis | 1.80 | $684.00 |
| 2015-09-24 | Paul Huygens | Start analyzing the excel DIP budget and long dated financial model. | Business Analysis | 1.00 | $635.00 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-24 | Victor Delaglio | Continued researching individual transaction comparables returned from the screens for mergers and acquisitions and private placements in the last three years within the apparel, footwear, and accessories industries. | Business Analysis | 1.80 | $990.00 |
| 2015-09-24 | Victor Delaglio | Finished researching individual transaction comparables returned from the screens for mergers and acquisitions and private placements in the last three years within the apparel, footwear, and accessories industries. | Business Analysis | 1.30 | $715.00 |
| 2015-09-24 | Victor Delaglio | Started reading the key terms of the amended and restated ABL credit agreement and amendments and exhibits thereto. | Business Analysis | 1.80 | $990.00 |
| 2015-09-24 | Paul Huygens | Meeting with Delaglio to discuss his progress on valuation work. | Business Analysis | 0.80 | $508.00 |
| 2015-09-24 | Paul Huygens | Call with FTI and province teams to start thru the long dated financial model and to discuss our data request. | Business Analysis | 0.80 | $508.00 |
| 2015-09-24 | Jim McFadden | Participated in financial modeling conference calls on Quiksilver. | Business Analysis | 1.00 | $380.00 |
| 2015-09-24 | Jim McFadden | Discussion with Victor Delaglio regarding valuation project. | Business Analysis | 0.50 | $190.00 |
| 2015-09-24 | Victor Delaglio | Reviewed the DIP actuals template 3-week variance report sent by FTI Consulting. | Business Analysis | 0.60 | $330.00 |
| 2015-09-24 | Jim McFadden | Searched the CapIQ and the web for comparable transactions to Oaktree's deal with Quiksilver. | Business Analysis | 1.60 | $608.00 |
| 2015-09-24 | Stilian Morrison | Research and prepare of breakup fee comps against Oaktree PSA. | Business Analysis | 2.70 | $1,309.50 |
| 2015-09-24 | Stilian Morrison | Prepare preliminary valuation of the debtors with comp set. | Business Analysis | 3.70 | $1,794.50 |
| 2015-09-24 | Victor Delaglio | Meeting with Jim McFadden to discuss the valuation exercise. | Business Analysis | 0.50 | $275.00 |
| 2015-09-24 | Victor Delaglio | Meeting with Paul Huygens to discuss the valuation project. | Business Analysis | 0.80 | $440.00 |
| 2015-09-24 | Victor Delaglio | Call to discuss budget and DIP financing projections with FTI. | Business Analysis | 0.80 | $440.00 |
| 2015-09-24 | Victor Delaglio | Call to discuss marketing process with Peter J Solomon Company. | Business Analysis | 0.80 | $440.00 |
| 2015-09-24 | Victor Delaglio | Meeting with Paul Huygens to discuss this morning's calls. | Case Administration | 0.30 | $165.00 |
| 2015-09-24 | Victor Delaglio | Reviewed the unsecured creditors' committee formation meeting presentation, draft non-disclosure agreement, organizational chart marked to show intellectual property licenses, and the draft bid process letter in preparation of this morning's calls. | Case Administration | 2.00 | $1,100.00 |
| 2015-09-24 | Victor Delaglio | Reviewed the redline of the draft non-disclosure agreement from Cooley LLP. | Case Administration | 0.50 | $275.00 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-24 | Paul Huygens | Call with Cabello, then loop in Hershcopf to download on the day's events and each of our respective calls with debtor professionals and committee members. | Case Administration | 0.90 | $571.50 |
| 2015-09-24 | Paul Huygens | Prepare for and attend call with Cooley and Province team re near term strategy. | Case Administration | 1.00 | $635.00 |
| 2015-09-24 | Stilian Morrison | Teleconference with PJSC, FTI, Skadden, and Cooley to discuss marketing process to date. | Case Administration | 0.80 | $388.00 |
| 2015-09-24 | Victor Delaglio | Call with Cooley to discuss prioritizing workflow. | Case Administration | 0.70 | $385.00 |
| 2015-09-24 | Carol Cabello | Call with committee counsel to discuss timeline and develop case strategy. | Case Administration | 1.00 | $495.00 |
| 2015-09-24 | Carol Cabello | Call with P. Huygens and C. Hershcopf to plan case strategy. | Case Administration | 0.90 | $445.50 |
| 2015-09-24 | Peter Kravitz | Participate in strategy conference call and follow up with counsel and province team | Case Administration | 0.90 | $603.00 |
| 2015-09-24 | Carol Cabello | Prepared initial draft of presentation for committee. | Committee Activities | 2.00 | $990.00 |
| 2015-09-24 | Paul Huygens | Call with Kravitz re employment disclosures, then draft his comments into our app. Call with Cabello to merge her comments into the latest draft. | Fee/Employment Applications | 1.10 | $698.50 |
| 2015-09-24 | Carol Cabello | Call with Paul Huygens regarding comments to employment application. | Fee/Employment Applications | 0.30 | $148.50 |
| 2015-09-24 | Peter Kravitz | Further draft retention application and supporting declaration and have call with Huygens to discuss | Fee/Employment Applications | 0.50 | $335.00 |
| 2015-09-25 | Victor Delaglio | Finished reading the key terms of the amended and restated ABL credit agreement and amendments and exhibits thereto. | Business Analysis | 1.30 | $715.00 |
| 2015-09-25 | Victor Delaglio | Began analyzing the Quiksilver 2014 10-K and 3rd quarter 2015 10-Q and footnotes and converting key tables into spreadsheet format to calculate last twelve month financials by geographic location and brand and capital structure over time. | Business Analysis | 1.80 | $990.00 |
| 2015-09-25 | Victor Delaglio | Finished analyzing the Quiksilver 2014 10-K and 3rd quarter 2015 10-Q and footnotes and converting key tables into spreadsheet format to calculate last twelve month financials by geographic location and brand and capital structure over time. | Business Analysis | 1.70 | $935.00 |
| 2015-09-25 | Victor Delaglio | Read the key terms of the Quiksilver Inc. and QS Wholesale Inc. offering memorandum and indenture for the senior secured and senior unsecured notes and pricing supplements thereto. | Business Analysis | 2.90 | $1,595.00 |
| 2015-09-25 | Carol Cabello | Call with FTI (A. Emrikian) to get status of data requests. | Business Analysis | 0.50 | $247.50 |
| 2015-09-25 | Carol Cabello | Evaluated most recent financial information posted to the data room. | Business Analysis | 1.50 | $742.50 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-25 | Jim McFadden | Started detailed financial analysis of Billabong, the most comparable company to Quiksilver by searching SEC filings and the company website. | Business Analysis | 1.50 | $570.00 |
| 2015-09-25 | Jim McFadden | Started analysis of the progress global sports apparel market by searching industry and company websites. | Business Analysis | 1.50 | $570.00 |
| 2015-09-25 | Jim McFadden | Participated in conference calls with lawyers and investment bankers regarding the path that Quiksilver took to bankruptcy, the attempts to find an investor, and details of Oaktree's investment in Quiksilver. | Business Analysis | 2.00 | $760.00 |
| 2015-09-25 | Paul Huygens | Continue reviewing the dip budget and assumptions. | Business Analysis | 1.80 | $1,143.00 |
| 2015-09-25 | Paul Huygens | Review and consider Quiksilver CIM dated July 2015. | Business Analysis | 0.60 | $381.00 |
| 2015-09-25 | Paul Huygens | Review and consider management presentation dated 8/20/2015. | Business Analysis | 1.30 | $825.50 |
| 2015-09-25 | Paul Huygens | Review DIP budget to actual for first 3 weeks. Brief call with Cabello to discuss. | Business Analysis | 0.70 | $444.50 |
| 2015-09-25 | Carol Cabello | Call with Paul Huygens regarding DIP budget. | Business Analysis | 0.20 | $99.00 |
| 2015-09-25 | Paul Huygens | Review draft NDA and committee bylaws and provide comments to counsel. | Case Administration | 1.30 | $825.50 |
| 2015-09-25 | Carol Cabello | Call with Committee and Cooley to provide update on status of case and pre-call with Debtors. | Committee Activities | 0.80 | $396.00 |
| 2015-09-25 | Carol Cabello | Prepare for call with Committee to provide status update. | Committee Activities | 0.70 | $346.50 |
| 2015-09-25 | Peter Kravitz | Attend committee call re case status | Committee Activities | 0.80 | $536.00 |
| 2015-09-25 | Peter Kravitz | Review debtors written materials and attend sale process description call with debtor professionals | Committee Activities | 1.30 | $871.00 |
| 2015-09-25 | Victor Delaglio | Committee call to discuss materials received thus far and upcoming call with Debtor's. | Committee Activities | 0.80 | $440.00 |
| 2015-09-25 | Victor Delaglio | Committee call with Debtor's to discuss marketing process and materials received thus far. | Committee Activities | 1.30 | $715.00 |
| 2015-09-25 | Carol Cabello | Revised and supplemented report for committee. | Committee Activities | 1.80 | $891.00 |
| 2015-09-25 | Carol Cabello | Continued to update report for Committee to incorporate information from Debtors. | Committee Activities | 2.10 | $1,039.50 |
| 2015-09-25 | Paul Huygens | Prepare for and have brief call with Cabello in preparation for committee call, then attend committee call. | Committee Activities | 0.90 | $571.50 |
| 2015-09-25 | Paul Huygens | Attend conference call with debtor professionals and full committee. | Committee Activities | 1.30 | $825.50 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-25 | Paul Huygens | Participate in another committee call to download on what we learned on our collective call with the debtor professionals. | Committee Activities | 0.40 | $254.00 |
| 2015-09-25 | Carol Cabello | Call with committee, Debtors and Debtor's advisors (FTI, PJSC) to discuss Debtors' prepetition marketing efforts and financial performance. Follow up call with just committee after. | Committee Activities | 1.70 | $841.50 |
| 2015-09-25 | Carol Cabello | Call with P. Huygens to prepare for Committee call. | Committee Activities | 0.30 | $148.50 |
| 2015-09-25 | Paul Huygens | Call with Robert Winning re dip and PSA objection deadlines and the dip budget. | Plan and Disclosure Statement | 0.50 | $317.50 |
| 2015-09-26 | Carol Cabello | Analyzed debtors' capital structure, including that of non-debtors and consolidated company. | Business Analysis | 1.80 | $891.00 |
| 2015-09-26 | Carol Cabello | Prepared financial analysis based on most recent earnings release. | Business Analysis | 1.20 | $594.00 |
| 2015-09-26 | Paul Huygens | Analyzed segment level financial information globally. | Business Analysis | 0.90 | $571.50 |
| 2015-09-26 | Paul Huygens | Review initial operating report, insurance coverage, cash mgmt., bank account, biz forms and interco order along with schedule of retainers paid. | Business Analysis | 0.80 | $508.00 |
| 2015-09-26 | Paul Huygens | Review and consider Euro Notes indentures and U.S. Secured and Unsecured Notes and related guarantees. | Business Analysis | 2.30 | $1,460.50 |
| 2015-09-26 | Paul Huygens | Reviewed dip comps and related pricing and comment thereon. | Business Analysis | 0.80 | $508.00 |
| 2015-09-26 | Victor Delaglio | Built a recent transaction comparables slide and added it to the combined valuation slide deck. | Business Analysis | 1.30 | $715.00 |
| 2015-09-26 | Victor Delaglio | Built a valuation table based on enterprise value to revenue multiples using the last twelve month revenue numbers by brand and geography and applying the appropriate multiples to each respective number. | Business Analysis | 2.10 | $1,155.00 |
| 2015-09-26 | Victor Delaglio | Built a valuation approach slide and added it to the combined valuation slide deck. | Business Analysis | 1.50 | $825.00 |
| 2015-09-26 | Victor Delaglio | Built an existing debt structure slide and added it to the combined valuation slide deck. | Business Analysis | 1.60 | $880.00 |
| 2015-09-26 | Victor Delaglio | Built a hypothetical bankruptcy waterfall slide and added it to the combined valuation slide deck. | Business Analysis | 1.40 | $770.00 |
| 2015-09-26 | Victor Delaglio | Finalized analysis of debt documentation and charted the upstream and downstream obligations and guarantees, first and second lien security interests, domestic and foreign assets, and corporate structure overlaid with capital structure. | Business Analysis | 2.80 | $1,540.00 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-26 | Victor Delaglio | Calculated the waterfall of claims and recovery based on asset valuation and capital structure within the organizational structure to determine recovery of the general unsecured class. | Business Analysis | 2.00 | $1,100.00 |
| 2015-09-26 | Paul Huygens | Review critical vendor program deck along with rough internal 502b6 claim calcs. Correspond with team and counsel re same. | Business Analysis | 0.90 | $571.50 |
| 2015-09-26 | Carol Cabello | Download, read through and analyzed recent filings. | Business Analysis | 1.60 | $792.00 |
| 2015-09-26 | Carol Cabello | Corresponded with counsel regarding data requests. | Case Administration | 0.30 | $148.50 |
| 2015-09-26 | Paul Huygens | Discussion with V Delaglio re valuation and capital structure project status and work allocation. | Case Administration | 1.10 | $698.50 |
| 2015-09-26 | Victor Delaglio | Meeting with Paul Huygens to discuss status of valuation and capital structure exercise. | Case Administration | 1.10 | $605.00 |
| 2015-09-26 | Carol Cabello | Evaluated case filings, including Plan Sponsor Agreement terms and treatment of various classes of claims. | Plan and Disclosure Statement | 2.20 | $1,089.00 |
| 2015-09-27 | Carol Cabello | Evaluated debt and valuation analysis prepared by V. Delaglio. | Business Analysis | 0.70 | $346.50 |
| 2015-09-27 | Jim McFadden | Prepared detailed analysis on Oaktree's 2013 investment in Billabong. | Business Analysis | 1.80 | $684.00 |
| 2015-09-27 | Jim McFadden | Prepared analysis of global sports apparel business and the trajectory of Quiksilver's main products. | Business Analysis | 1.50 | $570.00 |
| 2015-09-27 | Jim McFadden | Reviewed Quiksilver's financials and projections per the DIP financing. Used that data to compare Quiksilver's current situation to Billabong's in 2013. | Business Analysis | 1.20 | $456.00 |
| 2015-09-27 | Paul Huygens | Review and consider current litigation list. | Business Analysis | 0.50 | $317.50 |
| 2015-09-27 | Paul Huygens | Analyze 4 wall operating metrics by store. | Business Analysis | 0.80 | $508.00 |
| 2015-09-27 | Victor Delaglio | Read and provided comments on the analysis of Quiksillver vs. Billabong put together by Jim McFadden. | Business Analysis | 0.60 | $330.00 |
| 2015-09-27 | Victor Delaglio | Incorporated the analysis of Quiksilver vs. Billabong put together by Jim McFadden into placeholders for slides already put together. | Business Analysis | 0.90 | $495.00 |
| 2015-09-27 | Victor Delaglio | Read the DIP Term and Intercreditor Agreement files uploaded to the dataroom including the DIP Credit Agreement. | Business Analysis | 1.90 | $1,045.00 |
| 2015-09-27 | Victor Delaglio | Call with Paul Huygens to discuss transactions comparables, business valuation, and capital structure. | Business Analysis | 0.50 | $275.00 |
| 2015-09-27 | Paul Huygens | Review and consider transactions comps valuation and capital structure charts. Exchange emails with Cabello then call with Delaglio to discuss. | Business Analysis | 1.10 | $698.50 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-27 | Paul Huygens | Prepare for and attend conference call with Province and Cooley teams to discuss strategy. Follow up call with winning following. | Case Administration | 2.00 | $1,270.00 |
| 2015-09-27 | Carol Cabello | Read through discovery documents sent by counsel and prepared for call. | Case Administration | 0.50 | $247.50 |
| 2015-09-27 | Carol Cabello | Call with Cooley, P. Huygens and V. Delaglio to discuss case strategy with respect to the upcoming hearing. | Case Administration | 1.80 | $891.00 |
| 2015-09-27 | Paul Huygens | Review and correspond re requests for the production of documents to Oaktree pjs and the Debtors. | Case Administration | 0.80 | $508.00 |
| 2015-09-27 | Victor Delaglio | Call with Cooley LLP, Paul Huygens, and Carol Cabello to discuss case strategy and the upcoming hearing regarding proposed stalking horse agreement and DIP financing. | Case Administration | 1.80 | $990.00 |
| 2015-09-27 | Victor Delaglio | Read and provided comments on the latest draft on the unsecured creditors' committee update presentation. | Committee Activities | 1.50 | $825.00 |
| 2015-09-27 | Victor Delaglio | Consolidated notes from calls and updated presentation materials based on discussions. | Committee Activities | 0.80 | $440.00 |
| 2015-09-28 | Victor Delaglio | Read the DIP Term and Intercreditor Agreement files uploaded to the dataroom including the Security Agreement and Exhibits and Pledge Agreement. | Business Analysis | 1.10 | $605.00 |
| 2015-09-28 | Victor Delaglio | Read the DIP Term and Intercreditor Agreement files uploaded to the dataroom including the IP Security Agreement, Oaktree Closing Certificate, and Executed Quiksilver Omnibus Secretary Certificate. | Business Analysis | 1.20 | $660.00 |
| 2015-09-28 | Victor Delaglio | Read the DIP Term and Intercreditor Agreement files uploaded to the dataroom including Intercreditor Agreement and Quiksilver OCM Opinion. | Business Analysis | 0.90 | $495.00 |
| 2015-09-28 | Paul Huygens | Call with Cabello to discuss the proposed dip collateral package and collateral valuation. | Business Analysis | 0.30 | $190.50 |
| 2015-09-28 | Carol Cabello | Call with Paul Huygens regarding proposed DIP collateral and collateral value. | Business Analysis | 0.30 | $148.50 |
| 2015-09-28 | Carol Cabello | Prepared transition document for new advisors, received comments from P. Huygens. | Case Administration | 0.80 | $396.00 |
| 2015-09-28 | Paul Huygens | Exchange emails with committee members, have call with two committee members, and then have initial transition discussion with Blackstone team. | Case Administration | 1.20 | $762.00 |
| 2015-09-28 | Carol Cabello | Various calls with P. Huygens to discuss status of case. | Case Administration | 0.70 | $346.50 |
| 2015-09-28 | Paul Huygens | Correspondence and calls with Carol Cabello re case status and update. | Case Administration | 0.80 | $508.00 |

| Date | Professional | Services | Category | Hours | Amount |
|---|---|---|---|---|---|
| 2015-09-28 | Carol Cabello | Completed draft report prepared for committee covering analysis of DIP budget, valuation, actual results to date compared to budget and debt structure, among others. | Committee Activities | 1.80 | $891.00 |
| 2015-09-28 | Jim McFadden | Reviewed the presentation material on weekly presentation to GUC. | Committee Activities | 0.70 | $266.00 |
| 2015-09-28 | Carol Cabello | Sent committee chair draft employment application for review and comment. | Fee/Employment Applications | 0.10 | $49.50 |
| 2015-09-30 | Carol Cabello | Correspond with Huygens re providing all materials and work product to Blackstone. Review folders and transmit to Blackstone. | Case Administration | 0.80 | $396.00 |
| 2015-09-30 | Paul Huygens | Review network and organize materials within a drop box to provide Blackstone in transition. Correspond with Cabello re same. | Case Administration | 0.90 | $571.50 |
| 2015-10-02 | Paul Huygens | Start reviewing time entries to ensure consistency of tasks and compliance with OUST guidelines. | Fee/Employment Applications | 0.40 | $254.00 |
| 2015-10-02 | Stilian Morrison | Begin preparation of Province/Quiksilver fee application. | Fee/Employment Applications | 1.90 | $921.50 |
| 2015-10-05 | Stilian Morrison | Teleconference with Paul Huygens regarding fee application status. Finish preparation of Province fee application. | Fee/Employment Applications | 2.40 | $1,164.00 |
| 2015-10-05 | Paul Huygens | Finish reviewing and commenting on LTD time and expense entries to ensure OUST guidelines. Call with Morrison to discuss the status of the draft fee app. | Fee/Employment Applications | 1.10 | $698.50 |
| | | | **Total** | **213.90** | **$114,597.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Telephone | Conference call charges | $23.19 |