# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Quiksilver, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. ___** |

## ORDER GRANTING FIRST AND FINAL MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM SEPTEMBER 22, 2015 THROUGH OCTOBER 5, 2015

Upon consideration of the First and Final Monthly Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period From September 22, 2015 Through October 5, 2015 (the "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Application, and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and (b) notice of the Application was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; it is hereby

ORDERED that the Application is approved and granted in its entirety on a final basis; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02792309v1}

2

ORDERED that the $114,597.00 of fees and $23.19 of expenses sought by Province for services rendered during the Application Period are hereby allowed on a final basis; and it is further

ORDERED, that the Debtors are directed to immediately remit payment to Province on account of the fees and expenses approved by this Order in the amount of $114,620.19; and it is further

ORDERED that this Court shall retain jurisdiction with respect to the interpretation and implementation of this Order.


Dated: November ___, 2015
　　　　　Wilmington, Delaware　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Brendan L. Shannon
　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge