# **EXHIBIT B**

**Stamer Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------ x

In re:

QUIKSILVER, INC., *et al.*,[1]

                         Debtors.

------------------------------------------------------------------ x

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 15-11880 (BLS)

Jointly Administered

**DECLARATION OF MICHAEL S. STAMER IN SUPPORT
OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL.* TO
RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP
AS CO-COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 28, 2015**

Under 28 U.S.C. § 1746, I, Michael S. Stamer, declare as follows under the penalty of

perjury:

      1.      I am an attorney at law admitted to practice before the state courts of New York

and New Jersey and the United States District Courts for the Eastern, Northern and Southern

Districts of New York and the District of New Jersey.  I am a member of the firm of Akin Gump

Strauss Hauer & Feld LLP ("Akin Gump"), which firm maintains offices at, among other places,

One Bryant Park, New York, New York 10036.

      2.      I am familiar with the matters set forth herein and make this declaration

(the "Declaration") in support of the application (the "Application")[2] of the Official Committee

of Unsecured Creditors (the "Committee") of Quiksilver, Inc., *et al.* (collectively, the "Debtors")

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors'
corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

seeking approval to retain and employ Akin Gump, *nunc pro tunc* to September 28, 2015, as counsel to the Committee.

3.      On September 21, 2015, pursuant to Bankruptcy Code section 1102, the U.S. Trustee appointed the initial five members of the Committee [Dkt. No. 129].[3]  On September 28, 2015, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Dkt. No. 163] (the "Amended Notice"), appointing two additional creditors to the Committee.[4]  Following the filing of the Amended Notice, the Committee selected Akin Gump to serve as lead co-counsel to the Committee and Pepper Hamilton LLP to serve as Delaware co-counsel.   On September 29, 2015, the Committee selected PJT Partners Inc. to serve as its investment banker.

4.      I am not, nor is Akin Gump, an insider of the Debtors.  Except as set forth below, neither Akin Gump nor I hold directly any claim, debt or equity security of the Debtors.

5.      To the best of my knowledge and information, no member of Akin Gump has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of the Debtors as specified in Bankruptcy Code section 101(14)(B).

6.      Akin Gump does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in Bankruptcy Code section 101(14)(C), or for any other reason.

---

[3]   The initial Committee was comprised of the following entities:  (i) U.S. Bank National Association; (ii) New Generation Advisors, LLC; (iii) Samil Tong Sang, Co.; (iv) Simon Property Group, Inc.; and (v) Global Brands Group.

[4]   The U.S. Trustee appointed T. Rowe Price Credit Opportunities Fund, Inc. and Wilfrid Global Opportunity Fund to the Committee on September 28, 2015.  Also on September 28, 2015, Global Brands Group resigned from the Committee.

7. Akin Gump does not currently represent the Debtors or to the best of my knowledge and information, any of their related parties, affiliates, partners, or subsidiaries. Moreover, Akin Gump will not undertake the representation of any party other than the Committee in connection with the Debtors' chapter 11 cases.

8. To the best of my knowledge and information, Akin Gump neither holds nor represents any interest adverse to the Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in these chapter 11 cases. Based upon information available to me, I believe that Akin Gump is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

9. In preparing this Declaration, through my colleagues, I submitted to Akin Gump's computerized client and conflict database (the "Conflict Database") the names set forth in a list of parties in interest identified by the Debtors and additional parties identified by Akin Gump, which included: (i) the Debtors and their affiliates; (ii) lenders under the Debtors' debtor-in-possession credit facilities; (iii) the Debtors' prepetition lenders, agents, and UCC-1 parties; (iv) the Debtors' current and former directors and officers; (v) holders of the Debtors' 30 largest unsecured claims; (vi) noteholders; (vii) significant equity holders; (viii) the Debtors' insurance carriers; (ix) landlords; (x) potential litigation parties; (xi) JV counterparties; (xii) major customers of the Debtors; (xiii) significant vendors of the Debtors; (xiv) the Debtors' legal and other professional advisors; (xv) taxing and regulatory authorities; (xvi) utility providers; (xvii) professionals from the Office of the United States Trustee and judges; (xviii) other potential parties in interest; (xix) parties filing a notice of appearance prior to October 12, 2015; and (xx) members of the Committee. A copy of the list of the parties searched by Akin Gump is annexed hereto as Schedule 1 (collectively, the "Searched Parties").

3

10.    The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.  Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

<u>**Representation of Parties in Interest**</u>

11.    Set forth in <u>Schedule 2</u> annexed hereto is a listing of the Searched Parties from <u>Schedule 1</u> that Akin Gump either (i) currently represents (the "<u>Current Clients</u>") in matters wholly unrelated to the Debtors' chapter 11 cases, or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases.  Specifically, Akin Gump currently represents, and has in the past represented, Oaktree Capital Management on matters wholly unrelated to the Debtors or their chapter 11 cases.  In connection with the services to be rendered to the Committee, Akin Gump will not commence a lawsuit against any Current Client with respect to the Debtors' chapter 11 cases, unless Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such an action.  In connection with these chapter 11 cases, to the extent any lawsuits are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, the Committee will retain conflicts counsel to represent the interests of the Debtors' unsecured creditors.

4

12.      Set forth in Schedule 3 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

**Connections with Parties Representing 1% or More of
Akin Gump's Revenues for 2012, 2013, 2014 and Through June 30, 2015**

13.      At the inception of each engagement for which a declaration is required pursuant to Bankruptcy Rule 2014, Akin Gump reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of Akin Gump and, as a result, made payments to Akin Gump for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceeds 1% of Akin Gump's total revenues for such calendar year.  In connection with this Declaration, Akin Gump has reviewed similar information for the years 2012, 2013, 2014 and 2015.

14.      With the exception of AT&T (as defined below), Gila River Indian Community, and Southern California Edison Co., each of which is discussed below, Akin Gump's revenues for services rendered on behalf of each of the parties in interest identified in Schedule 2 and/or related parties of such entities total less than 1% of Akin Gump's annual revenues in each of calendar years 2012, 2013, 2014, and through June 30, 2015.

15.      Akin Gump has in the past represented and currently represents AT&T Corp. and/or certain of its affiliates (collectively, "AT&T") in numerous matters unrelated to the Debtors' chapter 11 cases, including litigation, intellectual property, corporate, employment and telecommunications services.  The total fees from AT&T represented approximately 1.79% of Akin Gump's 2014 revenue and 3% of Akin Gump's receivables for the six-month period ending June 30, 2015.

16.     Akin Gump has in the past represented and currently represents Gila River Indian Community and/or certain related parties on matters unrelated to the Debtors' chapter 11 cases. The total fees from Gila River Indian Community represented approximately 1% of Akin Gump's receivables for the six-month period ending June 30, 2015.

17.     Southern California Edison Co. is a related entity of Edison Mission Energy. Akin Gump represented the committee of unsecured creditors in the chapter 11 cases of *Edison Mission Energy*, Case No. 12-49219 (JPC) (the "Edison Mission Committee"), which were pending before the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. The total fees from Akin Gump's representation of the Edison Mission Committee represented 1.8% of Akin Gump's 2013 revenue.

### Connections with Members of the Official Committee of Unsecured Creditors

18.     On September 11, 2015, the Ad Hoc Group retained Akin Gump as its counsel. Upon formation of the Committee, the Ad Hoc Group disbanded and released Akin Gump to represent the Committee.  Committee members New Generation Advisors, LLC, T. Rowe Price Credit Opportunities Fund, Inc. and Wilfrid Global Opportunity Fund were also members of the Ad Hoc Group.

19.     From September 11, 2015 through September 28, 2015 (the "Pre-Retention Period"), Akin Gump rendered professional services to the Ad Hoc Group as requested, necessary and appropriate in furtherance of the interests of the members of the Ad Hoc Group, including the review of the Debtors' debtor-in-possession financing motion [Dkt. No. 17], motion to assume the plan sponsor agreement [Dkt. No. 25] and motion to pay certain critical vendors [Dkt. No. 15].  Akin Gump was not compensated for any services rendered during the Pre-Retention Period to the Ad Hoc Group and reserves the right to file an application with the

Court seeking allowance and payment of compensation for any services rendered during the Pre-Retention Period pursuant to Bankruptcy Code section 503(b).

20.     Akin Gump serves as counsel to informal and official committees of creditors in many restructurings and/or chapter 11 cases.  Of the current Committee members, T. Rowe Price Credit Opportunities Fund, Inc., U.S. Bank National Association, as Indenture Trustee and Wilfrid Global Opportunity Fund have in the past served and/or currently serve as members of one or more official creditors' committees that are represented by Akin Gump.  In addition, certain affiliates of T. Rowe Price Credit Opportunities Fund, Inc. have served and/or currently serve as a member of one or more official creditors' committees that are represented by Akin Gump.

**Connections with the Debtors**

21.     Akin Gump has not represented any of the Debtors nor any of the Debtors' non-debtor affiliates.

**Searched Parties Which Currently Serve or Have Served
on Informal and/or Official Creditors' Committees Represented By
Akin Gump During the Period January 1, 2005 Through the Present**

22.     Set forth in Schedule 4 annexed hereto is a list of those Searched Parties that currently serve or have served on one or more informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

**Other Connections and General Disclosures**

23.     The Debtors have retained Kurtzman Carson Consultants LLC ("KCC") as their claims and noticing agent and as their administrative agent.  Drake Foster, who was employed as an Akin Gump attorney between August 2000 and May 2008 is currently the general counsel of KCC.  Mr. Foster's work at Akin Gump was unrelated to the Debtors or these chapter 11 cases.  In addition, Akin Gump attorney Patrick Ivie joined KCC in 2009.  Mr. Ivie was an attorney with

Akin Gump from October 2002 to May 2009.  Mr. Ivie's work at Akin Gump was unrelated to the Debtors or these chapter 11 cases.

24.      Akin Gump may have represented in the past and/or may currently represent or in the future represent entities (other than parties in the attached schedules) not currently known to Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases.  To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

25.      In addition to the foregoing, after reasonable inquiry, I do not believe there is any connection between Akin Gump and the U.S. Trustee or any person known by me to be employed as an attorney with the office of such U.S. Trustee.

26.      On September 30, 2015, Akin Gump solicited information by firm-wide email from its partners, associates and staff to determine if any person employed by Akin Gump holds any of the Debtors' equity or notes.  To the best of my knowledge and information based on the responses received to the foregoing information request, no member or employee of Akin Gump holds any of the Debtors' equity or notes.  It is possible that a professionally managed retirement plan on behalf of Akin Gump employees or members of a 401(k) type plan may hold equity interests in or other securities of the Debtors, but it is unknown to me at this time.

27.      None of Akin Gump's representations of creditors or other parties in interest who are involved in these chapter 11 cases comprise a material component of Akin Gump's practice, nor does Akin Gump currently represent such parties on any issue relating to these chapter 11 cases.  For the reasons stated herein, Akin Gump represents no interests adverse to the Debtors'

individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee.

## COMPENSATION

28.    Akin Gump is willing to be retained by the Committee as its counsel and will make appropriate applications to this Court pursuant to Bankruptcy Code section 330 for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any orders of this Court.  Akin Gump will bill at its standard hourly rates which currently are:

| Billing Category | Range |
| --- | --- |
| Partners | $700 – $1,300 |
| Senior Counsel and Counsel | $545 – $930 |
| Associates | $410 – $775 |
| Paralegals | $160 – $375 |

The names, positions and current hourly rates of the Akin Gump attorneys currently expected to have primary responsibility for providing services to the Committee are as follows: Michael S. Stamer (Partner – Financial Restructuring Department) – $1,250.00/hour; Meredith A. Lahaie (Partner – Financial Restructuring Department) – $850.00/hour; Ashley R. Beane (Counsel – Financial Restructuring Department) – $750.00/hour; and Lauren R. Lifland (Associate – Financial Restructuring Department) – $650.00/hour.  The foregoing hourly rates are subject to periodic increase (typically in January of each year) in the normal course of Akin Gump's business.  Other attorneys and paralegals will, from time to time, assist in the representation of the Committee in connection with these cases at Akin Gump's standard hourly rates in effect for those personnel.  The hourly rates set forth above are Akin Gump's standard hourly rates for work of this nature.  These rates are set at a level designated to fairly compensate Akin Gump for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Akin

Gump operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance and reputation, the nature of the work involved and other factors. Because the sub-markets for legal services are fragmented and are affected by a variety of individualized and interdependent factors, Akin Gump rates for certain individual attorneys may vary as a function of the type of matter, the nature of certain long-term client relationships, and various factors, including those enumerated above.  Akin Gump specifically reserves its right to file an application for allowance of an enhanced fee award at the end of this proceeding, subject to the discretion of the Committee.

29.     It is Akin Gump's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, photocopying charges, travel expenses, expenses for "working meals" and computerized research.  Akin Gump will seek reimbursement for such expenses pursuant to, among other things, any applicable guidelines established by the Office of the U.S. Trustee.

30.     No agreement exists, nor will any be made, to share any compensation received by Akin Gump for its services with any other person or firm other than members of Akin Gump.

31.     For the reasons stated herein, Akin Gump represents no interest adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee and the unsecured creditors that the Committee represents.

32.     Akin Gump intends to apply pursuant to Bankruptcy Code section 330 for allowances of compensation for professional services rendered in these chapter 11 cases and for reimbursement of actual and necessary expenses incurred in connection therewith in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any order entered in these

chapter 11 cases establishing procedures for interim compensation and reimbursement of expenses of professionals and any other applicable order of the Court.

33.     The foregoing constitutes the statement of Akin Gump pursuant to Bankruptcy Code sections 327(a), 329 and 504, Bankruptcy Rules 2014(a) and 2016(b) and Local Rules 2014-1 and 2016-1.

**Statement Regarding U.S. Trustee Guidelines**

34.     The Committee and Akin Gump intend to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Revised UST Guidelines, both in connection with this application and the interim and final fee applications to be filed by Akin Gump in the course of its engagement.  In doing so, however, the Committee and Akin Gump reserve all rights as to the relevance and substantive legal effect of the Revised UST Guidelines in respect of any application for employment or compensation in these cases that falls within the ambit of the Revised UST Guidelines.

35.     The following is provided in response to the request for additional information set forth in Section D of the Revised UST Guidelines.

    (a)     Akin Gump did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

    (b)     No rate for any of the professionals included in this engagement varies based on the geographic location of the bankruptcy case.

    (c)     Akin Gump represented the Ad Hoc Group in connection with the Debtors' chapter 11 cases prior to its retention by the Committee.

    (d)     Akin Gump expects to develop a prospective budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Akin Gump reserves all rights.  The Committee has approved Akin Gump's proposed hourly billing rates.  The Akin Gump attorneys and paraprofessionals staffed on the Debtors' chapter 11 cases, subject to modification depending upon further development, are set forth above in paragraph 28.

11

I declare under penalty of perjury that the foregoing is true and correct on this 27th day of October, 2015.

Date: October 27, 2015

/s/  *Michael S. Stamer*
Name: Michael S. Stamer

**SCHEDULE 1**

**Schedule of Searched Parties**

**Debtors and Affiliates**

Debtors
DC Direct, Inc.
DC Shoes, Inc.
Fidra, Inc.
Hawk Designs, Inc.
Mt. Waimea, Inc.
Q.S. Optics, Inc.
QS Retail, Inc.
QS Wholesale, Inc.
Quiksilver Entertainment, Inc.
Quiksilver, Inc.
Quiksilver Wetsuits, Inc.

Non-Debtor Affiliates
54th Street Holdings SARL
Biarritz Holdings SARL
Boardriders Club Bratislava s.r.o.
Boardriders S.A.
Caribbean Pty. Ltd.
Caribo SARL
Chloelys Investment Ltd.
DC (Shanghai) Commercial Co. Ltd.
DC Shoes (Hong Kong) Ltd.
DC Shoes (NZ) Limited
DC Shoes Australia Pty. Ltd.
Distribution s.r.o.
Drop In SARL
Emerald Coast
Fistral Oy
Haapiti SRL
Hanalei NV
Kauai GmbH
Kokolo SARL
Lanai, Ltd.
Main Bridge
Meribel SAS
Molokai Ltd.
Mountain & Wave SARL
Na Pali SAS
Na Pall Europe SARL

Namotu, Ltd
New Pier Trading Ltd.
Pavilion Prod. Pty. Ltd.
Pilot SAS
PT Quiksilver
Pukalani BV
QS Holdings SARL
QS Retail (NZ) Limited
QS Retail (Taiwan) Ltd.
QS Retail (Thailand) Ltd.
QS Retail, Pty. Ltd.
QSBR Inudstria e Comerico de Artigos
   Esportivos Ltda.
QSJ Holdings Pty. Ltd.
Quiksilver Asia Sourcing Co Ltd.
Quiksilver Asia Sourcing Ltd.
Quiksilver Aus. Pty. Ltd.
Quiksilver Canada Corp.
Quiksilver Deluxe SARL
Quiksilver Do Brasil Franqueadora Ltda.
Quiksilver Foundation Australia Pt. Ltd.
Quiksilver Glorious Ltd.
Quiksilver Glorious Sun Apparels Ltd.
Quiksilver Glorious Sun JV Ltd.
Quiksilver Glorious Sun Licensing Ltd.
Quiksilver Glorious Sun Trading
Quiksilver Greater China Ltd.
Quiksilver Intl. Pty. Ltd
Quiksilver Japan K.K.
Quiksilver Roxy Korea Ltd.
Quiksilver Singapore Ltd
Quiksilver Travel
Rawaki sp. Zoo
Santocha Ltd.
Sumbawa SL
Sunshine Diffusion SA
Tarawa Lda.
Tavarua SCI
Uf Mfg. Co. (NZ) Ltd.
Ug Mfg. Co. Pty. Ltd.

Uluwatu Arps                                    Vanuatu GmbH
UMTT Pty. Ltd.

**Directors and Officers of the Debtors and Affiliates (current and previous two years)**

Directors:
Agnes, Pierre                                   Langman, Steven
Barnum, William                                 McKnight, Robert
Berardino, Joseph                               Sweet, Andrew
Clarke, Michael

Former Directors (3 years):
Beetz, Bernd                                    Holman, Brad
Dolan, Elizabeth                                Mettler, Robert
Ellis, James                                    Shields, Richard
Charles Exon                                    Speaker, Paul

Officers and Managers:
Bruejnes, Andrew Bruejnes                        Healy, Greg Healy
Caya, Linnsey                                   Johnson, Craig Johnson
Chambolle, Thomas                               McAndrews, Barbara

Former Officers (1 year):
Mooney, Andrew                                  Vickers, Alan

**Global ABL**

Bank of America, N.A.
Bank of America, National Association
GE Capital Finance Pty Ltd
GE Capital Markets
General Electric Capital Corporation
Merrill Lynch, Pierce, Fenner & Smith
   Incorporated
Wells Fargo Bank, National Association
Wells Fargo Capital Finance Corporation
   Canada

**Noteholders**

U.S. Secured Notes:
AllianceBerstein LP
Arden Asset Management
Bank of Montreal
BofA Merrill Lynch
Credit Agricole
Danke Bank
Guggenheim Funds Distributors
Hancock Bank Trust Department
Harris Associates LP
Hotchkis & Wiley Capital Management
ING International Advisory SA
Janus Capital Management

Manulife Asset Management
Morgan Stanley
Morgan Stanley Dean Witter Advisors Inc
Oaktree Capital Management
Permal Asset Management LLC
Pimco Canada Corp
Schroder Investment Management
Smith Barney Consulting Group
Stone Harbor Investment
TD Asset Management
U.S. Bank, N.A.
Wells Fargo Securities

U.S. Unsecured Notes:
Allianz SE
AST High Yield
City Of New York Fire Commingled Account
  High Yield
City Of New York Police Pension Fund High
  Yield
City Of New York Teachers Retirement
  System High Yield
Danske Bank A/S
Harris Associates LP
Hotchkis & Wiley Capital Management
ING Groep NV
ING International Advisory SA
Janus Capital Management LLC
JHF II-SPI-High Yield
Kapitalforeningen TRP Invest Global High
  Yield
Lucent Technologies, Inc. Master Pension
  Trust
Manulife Asset Management
New Generation Advisors, LLC
New York City Employees Retirement
  Systems Enhanced Yield
Penn Series-High Yield Bond Fund

Pinebridge Investments Europe
Portico Benefit Services Unscreened - High
  Yield
Prudential Retirement Insurance and Annuity
Skandia Investment Management
Smith Barney Consulting Group
Stone Harbor Investment Part
Sun America Asset Management
T Rowe Price Associates
T. Rowe Price Credit Opportunities Fund, Inc.
T. Rowe Price High Yield Fund
T. Rowe Price Institutional Credit
  Opportunities Fund
T. Rowe Price U.S. High Yield Trust
TD Asset Management Inc
The New America High Income Fund
TRP Institutional High Yield Fund
TRP SICAV Global High Yield Bond Fund
TRP SICAV II Credit Opportunities
  FundAdvanced Series Trust
U.S. Bank, N.A.
Valic Co I
Wells Fargo Bank, National Association
Wilfrid Global Opportunity Fund

Euro Notes[1]:
AllianceBernstein LP
Allianz Global Investment of America LP
Alps Advisors Inc
Arden Asset Management
AXA
BPI Financial Corp
Danske Bank
Deustche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Deutsche Trustee Company Limited
Efigest Asset Management
ING Groep NV
ING International Advisory SA
Janus Capital Trust Mgmt Ltd
Morgan Stanley Investment Management
Permal Asset Management LLC
SCOR Global Investments SE
Societe Generale Corporate & Investment
   Banking
Stone Harbor Investment Partners
SydInvest International
UBS Investment Bank
Union Investment GMBH

**Holders of the 30 Largest Unsecured Claims**

3 Times Square Associates, LLC
404 West LLC
Andrew P. Mooney
C & K Trading Co., Ltd.
Carmichael International Service
Coins International Co. Ltd.
CPG Partners, LP
Deltina Trading Pty Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
Eastman Exports Global Clothing
Full Creative Co., Ltd
Hong Kong Hesheng Intl
Merry Link Development
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Northstar Sourcing Group HK Ltd
O'Melveny & Myers LLP
Original JY&T Co Ltd
Putian Xinxiesheng Footwear Co. Ltd
QTNP Apparels JSC
Robert McKnight
Samil Tong Sang Co.
Srinivasa Fashions Pvt Ltd
Sumec Textile and Light Industry Co.
U.S. Bank NA
Weihai Textile Import and Export Co
World Marketing, Inc.
Xiamen C&D Light Industry Co., Ltd
Zhejiang Xishi Jiafang Textile Co. Ltd.

---

[1] Akin Gump has searched the parties in interest provided by the Debtors through Akin Gump's conflicts database, and will update this schedule if additional holders are identified.

**Equity Holders (holding stake of 5% or more)**

Invesco Ltd                                             Rhone Capital III
Offshore Exploration and Production, LLC               T. Rowe Price Associates
PRIMECAP Management Company

**Cash Management Bank**

Bank of America, N.A.

**JV Counterparties**

Glorious Sun Overseas Company Limited                  Young, Charles

**Possible Purchasers/Investors and Liquidators**

Gordon Brothers Retail Partners, LLC                   Oaktree Capital Management
Hilco Merchant Resources, LLC

**Landlords of the Debtors**

| | |
|---|---|
| 1021 Lincoln Road, Ltd | Craig Realty Group Citadel LLC |
| 1955 South Casino Drive Holdings LLC | Craig Realty Group Woodburn LLC |
| 3 Times Square Associates, LLC | Del Amo Fashion Center Operating Company |
| 404 West LLC | Destiny USA Holdings, LLC |
| 570 Main Street, LLC | Disneyland Resort |
| 740 Associates Ltd | Dolphin Mall Associates |
| ABW Holdings LLC | El Paso Outlet Center LLC |
| Alfred A. Hunt Trusts | Entertainment Center Development LLC |
| Americredit Financial Services | F.J. Felder |
| Andrew T Varlow | F/C Gilroy Development LLC |
| Annapolis Mall Limited Partnership | Fashion Outlet of Las Vegas, LLC |
| Aventura Mall Venture (Turnberry) | Fashion Outlets of Chicago, LLC |
| Banc of America Leasing Commercial | First & Lenora LLC |
| Baruch LLC | First Queensborough Shopping Centres Ltd. |
| Boulevard Invest LLC | Florida Mall Assoc. LTD |
| C&K Broadway 519 LLC | G&S Realty I, LLC |
| Calvin Felder | Gaslamp Phase One, LLC |
| Canyon Crossing Dunhill LLC | Genevieve S. Felder |
| Charlotte Outlets LLC | Glendale Galleria Mall |
| Chelsea Las Vegas Holdings LLC | Glimcher Malibu, LLC |
| Colorado Mills Mall Limited Partnership | Gulf Coast Factory Shops Limited Partnership |
| Comtrans LTD | Halelea Family Limited Partnership |
| CP Deerfield LLC | Hilco Real Estate LLC |
| CPG Houston Holdings | Horizon Group Properties |
| CPG Mercedes LP | Industrial Property Fund VII, LLC |
| CPG Partners, LP | Ivanhoe Cambridge Inc. |

Ivanhoe Cambridge II Inc.
Jersey Shore Premium Outlets, LLC
JG Elizabeth, LLC
Katy Mills Mall Limited Partnership
Laguna Beach Center LLC
Lahain Waterfront LLC
Le Carrefour Laval Leaseholds, Inc (Cadillac
  Fairview)
Loma Alta Corporation
Macerich Oaks LLC
Milen, LLC
Miromar Outlet East, LLC
Ontario Mills Limited Partnership
Ontrea, Inc (Cadillac Fairview)
Orlando Outlet Owner LLC
Oswald M. Treutler Holding LTD
Outlets at Traverse Mountain, LLC
Outrigger Hotel and Resorts
Outrigger Hotels Hawaii
Paragon Outlets Livermore Valley LLC
Peschke Realty Associates LLC
Phoenix Premium Outlets Exchange, LLC
Pinewood Palm Beach Retail LLC
Prime Outlets at Pismo Beach LLC
Principle Life Insurance Co
Prospect Development LP
Queen Emma Land Company
Queens Market LLC
Quiksilver Home Base

Rossland Ten Corporation
Rouse F.S. LLC
RPAI Southwest Management LLC
Samis Foundation
Second Horizon Group Limited Partnership
Seminole Properties, LLC
Silver Sands GL I LLC
Simon/Chelsea Vegas Development
Simon/Premium
South Coast Plaza
Sunrise Mills Limited Partnership
Tampa Westshore Associates LP
Tanger Properties Limited Partnership
Taubman Auburn Hills Associated Limited
  Partnership
Taubman Realty Group LP
The Irvine Company LLC
The Outlet Collection (Niagara) Ltd.
The Shops at Wailea, LP
TSLV LLC
Universal CityWalk Hollywood
Universal Studios LLC
Villa San Clemente LLC
Walt Disney World Co
West County Commerce, LLC
West County Commerce Realty Holding Co
  LLC
WV Sub, LLC

Pop-Up Stores
Columbia Retail Dulles LLC
Federal Realty Investment Trust
FR Crow Canyon, LLC
FW CA-Bay Hill Shopping Center LLC
Hoadley Regency LLC
Lakeland Square Mall LLC
MCD-RC CA-El Cerrito LLC
Mt Shasta Mall
NewPark Mall, LP
RCFL Anatasia LLC

Regency Centers, LP
Regency Petaluma LLC
REQ8 Tassajara Crossing LLC
Rouse Properties, Inc.
RPI Chesterfield LLC
RW VA-Greenbriar Town Center LLC
Spring Hill Mall LLC
Tracy Mall Partners LP
Woodholme Properties Limited Partnership

## Major Customers of the Debtors

Amazon
Comercial Madison SA

Famous Footwear
Genesco

Journey's
Macys
MARMAXX
Ross Stores, Inc.

Shoe Carnival Inc.
Sport Chek International
Winners Apparel Ltd.

**Major/Critical Vendors of the Debtors (over $100,000)**

Adrem
AIT Freight Systems Inc
Anhui Z and A Import and Export Co
Aptos, Inc.
Asian Sourcing International Ltd
Aspiration Clothing
Bolar Hirsch & Jennings LLP
C & K Trading Co. Ltd.
Carmichael International Service
CCH Incorporated
China Smart Garment Limited
Ching Kung Him Wo Garment
Coins International Co. Ltd.
Comptroller of Maryland
Cores Accessories Ltd
Corporation Service Company
Dalian Utec Dress Co
Dane Reynolds Inc
Deloitte & Touche Products Company
Deloitte Tax LLP
Deltina Trading Pty Ltd
Diversified Distribution Systems
Domex Co. Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
Duff & Phelps LLC
Dydrek Enterprises
East End Apparels
Eastman Exports Global Clothing
Everglory Int Grp App Inc
Federal Express Corp
Full Creative Co., Ltd
Fun Tees
Golden Bond Inc. Limited
GST Global Sports Tech
Hong Kong Hesheng Intl
J.A. Stowell Construction, Inc.

Jade Kingdom International Ltd
Jingzhou Mountain Leave Group
Kapilla Clothing Corp
KHQ Investment LLC
King Graphics
La Luminarc International Company
LEED Advisors, Inc.
Mailroom Finance, Inc
Massive Prints
Merry Link Development
Min Heng Apparel Ltd
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Ningbo Seduno Import & Export Company,
   Ltd
Northstar Sourcing Group HK Ltd
O'Melveny & Myers LLP
Original JY&T Co Ltd
Owens Sportswear Co Ltd
Parigi Group Ltd – Roxy Girls
PT Busana Prima Global
PT Tyfountex Indonesia
Putian Xinxiesheng Footwear Co. Ltd
QTNP Apparels JSC
Samil Tong Sang Co.
SAP Industries, Inc.
Sheico (Thailand) Co. Ltd.
Srinivasa Fashions Pvt Ltd
Tanya Impex
Tex Ray Industrial Co Ltd
Thomson Reuters
US Customs & Border Protection
Vertex, Inc.
Victory Footwear Co
Weihai Textile Import and Export Co
Xiamen C&D Light Industry Co., Ltd

**Insurance Carriers, Insurance Brokers, and Premium Finance Parties**

ACE American Insurance Company
Affiliated FM Insurance Company
Allied World Assurance Company (U.S.) Inc.
Arthur J Gallagher & Co Insurance
Computershare Technology Services
Continental Casualty Company
Endurance Risk Solutions Assurance Co.
Expeditors Intl
Federal Insurance Company
Great Northern Insurance Company
Lloyd's of London

National Union Fire Insurance Company of
   Pittsburgh
Propel Insurance
RSUI Indemnity Company
Starr
U.S. Specialty Insurance Company
Willis Insurance Services
Willis Insurance Services of CA
Willis of New York, Inc
XL Insurance America, Inc.

**Major Utility Providers of the Debtor**

Arakelian Enterprises, Inc.
AT&T
BGE
Brighthouse Network
Central Hudson Gas & Electric Corp
Charleston Water System
Cisco WebEx, LLC
City of Miami Beach
City of Pasadena
City of Santa Monica
Comed
Consolidated Communications
Consolidated Edison, Inc.
Constellation New Energy, Inc.
CR&R Inc
Duke Energy Florida Inc
E.J. Harrison & Sons
Eastern Municipal Water District
Florida Power & Light Company
Gila River Telecommunications
Granite Telecommunications, LLC
Gulf Power Company
Hawaiian Electric Co, Inc.
Hawaiian Telecom Inc
IESI NY Corporation
Industrial Retail Group (IRG)
Internatigonal Environmental
Jersey Central Power & Light (JCP&L)
JT Tech
Kaua'i Island Utility Cooperative
Keter Environmental Services, Inc

Lehi City Utilities
Level 3 Communications, LLC
Los Angeles Department of Water
Maui Disposal
Meco
MegaPath Inc.
Mesa Water District
Nevada Power Company
NexEra Energy
NJ Natural Gas Co
Northwest Natural Gas Company
Orange & Rockland Utilities Inc
Orlando Utilities Commission (OUC)
Pacific Gas and Electric Company
PacifiCorp
PAETEC (Windstream Corporation)
Park City Municipal Corp.
PG&E
Premiere Global Services, Inc. (PGi)
Puget Sound Energy
Questar Gas
Rainbow Environmental Services
Recology Golden Gate
Republic Silver State Disposal Serv
Royal Waste Services, Inc
Salish Network Inc
San Diego Gas & Electric (SDG&E)
San Francisco Public Utilities
Sawnee Electric Membership Corp
SCE&G
Seattle City Light

SMUD
Snohomish County PUD No 1
Snyderville Basin Water Reclamation District
South Walton Utility Co., Inc
Southern California Edison Co
Southern California Gas Company
Southwest Gas Corporation
Sprint
Sustainable Solutions Group
Telecheck Services, Inc.

Time Warner Cable
T-Mobile
Trico Disposal, Inc.
Verizon California
Verizon New York
Verizon Wireless Services, LLC
Waste Management Inc. of Florida
Waste Management of California, Inc.
Waste Management of NW Florida

**<u>Local, State and Federal Taxing Authorities</u>**

Anne Arundel County
Arizona Department of Revenue
Broward County Revenue Collector
California State Board of Equalization
California State Controller's Office
Charleston County Treasurer
City of Auburn Hills
City of Charleston
City of Elizabeth
City of Huntington Beach
City of Katy
City of Lakewood
City of Las Vegas
City of Los Angeles
City of Orlando
City of Pasadena
City of Philadelphia
City of Richmond
City of Santa Monica
City of Seattle
City of Sunrise
City of Sweetwater
City of Torrance
City of Winnipeg
Clark County Assessor
Clark County Department of Business
Colorado Department of Revenue
Commissioner of Revenue Services
Commonwealth of Virginia
County of Orange
County of Santa Clara
County of Ventura
CT Corporation System

David Piwonka, RTA Cypress
Delaware Secretary of State
Dept. of Financial Services State of Florida
Federal Wage & Labor Law Institute
Florida Department of Revenue
Fort Bend County Tax
Georgia Department of Revenue
Gila River Indian Community
Harris County
Harris-Fort Bend M.U.D. #4
Hawaii Department of Tax
Hawaii State Tax Collector
Hays County Tax Office
HSF Program
Illinois Department of Revenue
Internal Revenue Service
Jefferson County Treasurer
Kentucky State Treasurer
King County Treasury
Lee County Tax Collector
Los Angeles County Tax Collector
Massachusetts Department of Revenue
McInnes Cooper
Miami Dade County
Miami Dade Fire Rescue Department
Minister of Finance (Manitoba)
Minister of Revenue of Quebec
Ministry of Finance of Quebec
Nebraska Department of Revenue
Nevada Department of Taxation
New Jersey Division of Revenue
New York City Department of Finance
New York Department of Taxation

New York State Comptroller
New York State Sales Tax
North Carolina Department of Revenue
North Carolina Department of Revenue
Office of Finance, City of Los Angeles
Ohio Department of Taxation
Oklahoma Tax Commission
Orange County Tax Collector
Orange County Treasurer
Park City Municipal Corp.
Party City Municipal Corp
Pennsylvania Department of Revenue
Pitkin County Treasurer
Receiver General - GST
Rhonda Skipper, Tax Collector
Richardson Kontogouris Emerson LLP
Riverside County Assessor

Sacramento County
San Bernardino County
San Diego County
San Luis Obispo County Tax Collector
South Carolina Department of Revenue
State Comptroller
State of California
State of Michigan
State of Minnesota Department of Revenue
State of New Jersey
Summit County Treasurer
Texas Comptroller of Public Accounts
Texas State Comptroller
Treasurer of Virginia
Utah County Treasurer
Utah State Tax Commission
Washington State

## Professionals

FTI Consulting, Inc.
Houlihan Lokey Capital Inc.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Pachulski Stang Ziehl and Jones, LLP
Pepper Hamilton LLP

Peter J. Solomon Company
PJT Partners L.P. (formerly Blackstone Group LP)
Riemer & Braunstein, LLP
Skadden, Arps, Slate, Meagher & Flom LLP

## Judges and United States Trustees

### Judges
Carey, Kevin J. (Judge)
Gross, Kevin (Judge)
Shannon, Brendan L. (Judge)

Silverstein, Laurie Selber (Judge)
Sontchi, Christopher S. (Judge)
Walrath, Mary F. (Judge)

### Office of the U.S. Trustee
Attix, Lauren
Buchbinder, David
Casey, Linda
Cox, Natalie
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Kenney, Mark
Leamy, Jane

McCollum, Hannah M.
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Vinson, Ramona
West, Michael

Wynn, Dion

**Notice of Appearance Parties as of October 12, 2015**

404 West LLC
Annapolis Mall Owner, LLC
Arlington ISD
Banc of America Leasing & Capital, LLC
Bank of America, N.A.
Boulevard Invest LLC
C & K Trading Co., Ltd.
Cypress-Fairbanks ISD
Dallas County
Delaware Trust Company
Deutsche Trustee Company Limited
Federal Realty Investment Trust
First & Lenora LLC
Galveston County
GGP Limited Partnership
Gordon Brothers Retail Partners, LLC
Harris County
Hilco Merchant Resources, LLC
Industrial Property Fund VII, LLC

Massive Prints Inc.
Miracle Mile Shops
Missouri Department of Revenue
Oaktree Capital Management
Port Logistics
Queens' Market
SAP Industries
Simon Property Group, Inc.
Taubman Landlords
Tennessee Department of Revenue
Texas Comptroller of Public Accounts
The Irvine Company LLC
The Macerich Company
U.S. Bank National Association
Wasserman Sports
West County Commerce Realty Holding Co.
  LLC
Westfield, LLC

**Committee Members**

Global Brands Group
New Generation Advisors, LLC.
Simon Property Group, Inc.
Samil Tong Sang, Co.
T. Rowe Price Credit Opportunities Fund, Inc.
U.S. Bank National Association, as Indenture
  Trustee
Wilfrid Global Opportunity Fund

**Other Parties in Interest**

1st Place Team Sales, Inc.
Geotag
Glorious Sun Licensing Limited
Live Nation Merchandise Inc
Patricia Stockman-Sann
Rox Volleyball, Inc.
Temeka Inc
World Marketing, Inc.
Yusef Onder Erin

## SCHEDULE 2

**Schedule of Searched Parties and/or Certain Related Parties that Akin Gump
Currently Represents, or Has in the Past Represented, in Matters
Unrelated to these Chapter 11 Cases**

### Debtors and Affiliates

*Akin Gump has not represented any of these companies.*

### Directors and Officers of the Debtors and Affiliates (current and previous two years)

*Akin Gump has not represented any of these individuals.*

### Global ABL

*Akin Gump has in the past represented and currently represents the following companies and/or
certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11
cases:*

Bank of America, N.A.
Bank of America, National Association
GE Capital Finance Pty Ltd.
GE Capital Markets
Merrill Lynch, Pierce, Fenner & Smith
Incorporated

Wells Fargo Bank, National Association
Wells Fargo Capital Finance Corporation
Canada

### Noteholders

*Akin Gump has in the past represented and currently represents the following companies and/or
certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11
cases:*

AllianceBerstein LP
Allianz Global Investment of America LP
Allianz SE
Arden Asset Management
AXA
BofA Merrill Lynch
Deutsche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Deutsche Trustee Company Limited
General Electric Capital Corporation
Guggenheim Funds Distributors
ING Groep NV
ING International Advisory SA
Janus Capital Management
Janus Capital Trust Mgmt. Ltd.

Morgan Stanley
Morgan Stanley Dean Witter Advisors Inc.
Morgan Stanley Investment Management
Oaktree Capital Management
Permal Asset Management LLC
PIMCO Canada Corp.
Pinebridge Investments Europe
Prudential Retirement Insurance and
Annuity
Smith Barney Consulting Group
Societe Generale Corporate & Investment
Banking
Stone Harbor Investment
Stone Harbor Investment Partners
Sun America Asset Management

U.S. Bank, N.A.                              Valic Co I
UBS Investment Bank

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Advanced Series Trust                       Manulife Asset Management
Bank of Montreal                            SCOR Global Investments SE
BPI Financial Corp.                         Schroder Investment Management
Credit Agricole                             T. Rowe Price Associates
Danske Bank                                 TD Asset Management
Hancock Bank Trust Department               TD Asset Management Inc.
Harris Associates LP                        Union Investment GMGH
Hotchkis & Wiley Capital Management

### Holders of 30 Largest Unsecured Claims

*Akin Gump has in the past represented and currently represents U.S. Bank, N.A. and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

*Akin Gump has in the past represented CPG Partners, LP and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

### Equity Holders (holding 5% or more)

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Invesco Ltd.                                T. Rowe Price Associates

### Cash Management Bank

*Akin Gump has in the past represented and currently represents Bank of America, N.A. and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

### JV Counterparties

*Akin Gump has not represented any of these parties.*

### Possible Purchases/Investors and Liquidators

*Akin Gump has in the past represented and currently represents Oaktree Capital Management and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

Gordon Brothers Retail Partners, LLC         Hilco Merchant Resources, LLC

**Landlords of the Debtors**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Banc of America Leasing Corporation | Walt Disney World Co. |
| Disneyland Resort | |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Annapolis Mall Limited Partnership | Rouse F.S. LLC |
| Boulevard Invest LLC | Simon/Chelsea Vegas Development |
| CPG Houston Holdings | Simon/Premium |
| CPG Mercedes LP | Spring Hill Mall LLC |
| CPG Partners, LP | Tracy Mall Partners LP |
| Hilco Real Estate LLC | Universal CityWalk Hollywood |
| Macerich Oaks LLC | Universal Studios, LLC |
| NewPark Mall, LP | |

**Major Customers of the Debtors**

*Akin Gump has in the past represented and currently represents Amazon and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Genesco | Macys |

**Major/Critical Vendors of the Debtors (over $100,000)**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Deloitte & Touch Products Company | Duff & Phelps LLC |
| Deloitte Tax LLP | |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Federal Express Corp. | Vertex, Inc. |
| SAP Industries, Inc. | |

**Insurance Carriers, Insurance Brokers, and Premium Finance Parties**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| ACE American Insurance Company | Lloyd's of London |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Affiliated FM Insurance Company | National Union Fire Insurance Company of |
| Arthur J. Gallagher & Co. Insurance | Pittsburgh |
| Computershare Technology Services | Starr |
| Continental Casualty Company | XL Insurance America, Inc. |
| Federal Insurance Company | |

**Major Utility Providers of the Debtor**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| AT&T | PAETEC (Windstream Corporation) |
| Gila River Telecommunications | PG&E |
| Level 3 Communications, LLC | Southern California Edison Co. |
| Los Angeles Department of Water | Time Warner Cable |
| Pacific Gas and Electric Company | T-Mobile |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Constellation New Energy, Inc. | Sprint |
| Duke Energy Florida Inc. | Trico Disposal, Inc. |
| Florida Power & Light Company | Verizon California |
| IESI NY Corporation | Verizon New York |
| Meco | Verizon Wireless Services, LLC |
| Orlando Utilities Commission (OUC) | Waste Management of California, Inc. |
| Questar Gas | Waste Management of NW Florida |
| Republic Silver State Disposal | Waste Management Inc. |
| San Diego Gas & Electric (SDG&E) | Waste Management Inc. of Florida |
| Southern California Gas Corporation | |
| Southwest Gas Corporation | |

4

**Local, State and Federal Taxing Authorities**

*Akin Gump has in the past represented and currently represents Gila River Indian Community and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

**Professionals**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| FTI Consulting, Inc. | PJT Partners L.P. (formerly Blackstone |
| Houlihan Lokey Capital Inc. | Group LP) |

*Akin Gump has in the past represented Kurtzman Carson Consultants LLC and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

**Judges and United States Trustee**

*Akin Gump has not represented any of these individuals.*

**Notice of Appearance Parties as of October 12, 2015**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Banc of America Leasing & Capital, LLC | Deutsch Trustee Company Limited |
| Bank of America, N.A. | Oaktree Capital Management |
| Dallas County | U.S. Bank National Association |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases*:

| | |
|---|---|
| Annapolis Mall Owner, LLC | Hilco Merchant Resources, LLC |
| Arlington ISD | Miracle Mile Shops |
| Boulevard Invest LLC | SAP Industries |
| Federal Realty Investment Trust | Simon Property Group, Inc. |
| GGP Limited Partnership | The Macerich Company |
| Gordon Brothers Retail Partners, LLC | Westfield, LLC |

**Committee Members**

*Akin Gump has in the past represented and currently represents U.S. Bank National Association, as Indenture Trustee and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Simon Property Group, Inc.                                   T. Rowe Price Credit Opportunities Fund, Inc.

**Other Parties in Interest**

*Akin Gump has in the past represented and currently represents Live Nation Merchandise Inc. and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.*

**Schedule 3**

**Schedule of Searched Parties and/or Certain Related Parties that are Currently, or Have in the Past Been, Adverse to Clients of Akin Gump**

ACE American Insurance Company
Advanced Series Trust
AllianceBerstein LP
Allianz Global Investment of America LP
Allianz SE
Allied World Assurance Company (U.S.) Inc.
Amazon
Americredit Financial Services
Annapolis Mall Limited Partnership
Annapolis Mall Owner, LLC
Arden Asset Management
Arlington ISD
Arthur J. Gallagher & Co. Insurance
AT&T
AXA
Banc of America Leasing & Capital, LLC
Banc of America Leasing Commercial
Bank of America, N.A.
Bank of America, National Association
Bank of Montreal
Baruch LLC
BofA Merrill Lynch
Boulevard Invest LLC
BPI Financial Corp.
California State Board of Equalization
CCH Incorporated
Central Hudson Gas & Electric Corp.
City of Los Angeles
City of Pasadena
City of Philadelphia
City of Richmond
City of Santa Monica
City of Seattle
Commonwealth of Virginia
Computershare Technology Services
Consolidated Communications
Consolidated Edison
Constellation New Energy, Inc.
Continental Casualty Company
County of Orange
County of Santa Clara
CPG Houston Holdings

CPG Mercedes LP
CPG Partners, LP
Craig Realty Group Citadel LLC
Craig Realty Group Woodburn LLC
Credit Agricole
Dallas County
Danske Bank
Danske Bank A/S
Del Amo Fashion Center Operating Company
Delaware Trust Company
Deloitte & Touch Products Company
Deloitte Tax LLP
Deutsche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Deutsche Trustee Company Limited
Dolphin Mall Associates
Duff & Phelps LLC
Duke Energy Florida Inc.
Eastern Municipal Water District
Federal Express
Federal Insurance Company
Federal Realty Investment Trust
Florida Department of Revenue
Florida Power & Light Company
FTI Consulting, Inc.
Galveston County
GE Capital Finance Pty Ltd.
GE Capital Markets
General Electric Capital Corporation
Genesco
GGP Limited Partnership
Gila River Indian Community
Geotag
Glorious Sun Licensing Limited
Glorious Sun Overseas Company Limited
Gordon Brothers Retail Partners, LLC
Guggenheim Funds Distributors
Harris Associates LP
Harris County
Hawaiian Electric Co., Inc.
Hawaiian Telecom Inc.
Hilco Merchant Resources, LLC

Hilco Real Estate LLC
Horizon Group Properties
Hotchkis & Wiley Capital Management
Houlihan Lokey Capital Inc.
Industrial Property Fund VII, LLC
ING Groep NV
ING International Advisory SA
Internal Revenue Service
Invesco
Janus Capital Management
Janus Capital Trust Mgmt. Ltd.
Jersey Central Power & Light (JCP&L)
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Level 3 Communications, LLC
Live Nation Merchandise Inc.
Lloyd's of London
Los Angeles Department of Water
Macerich Oaks LLC
Macys
Manulife Asset Management
MARMAXX
Megapath Inc.
Merrill Lynch, Pierce, Fenner & Smith
  Incorporated
Miracle Mile Shops
Miromar Outlet East, LLC
Morgan Stanley
Morgan Stanley Dean Witter Advisors Inc.
Morgan Stanley Investment Management
National Union Fire Insurance Company of
  Pittsburgh
NewPark Mall, LP
Nevada Power Company
O'Melveny & Meyers LLP
Oaktree Capital Management
Ontario Mills Limited Partnership
Orange & Rockland Utilities Inc.
Orange County Tax Collector
Outrigger Hotel and Resorts
Outrigger Hotel Hawaii
Pacific Gas and Electric Company
PacifiCorp
Permal Asset Management LLC
PG&E
PIMCO Canada Corp.

Pinebridge Investments Europe
PJT Partners L.P. (formerly Blackstone Group
  LP)
Premier Global Services, Inc. (PGI)
PRIMECAP Management Company
Prudential Retirement Insurance and Annuity
Puget Sound Energy
Regency Centers, LP
Rhone Capital III
Rouse F.S. LLC
Sacramento County
San Diego County
San Diego Gas & Electric (SDG&E)
SAP Industries
SAP Industries, Inc.
Schroder Investment Management
Shoe Carnival
Simon/Chelsea Vegas Development
Simon/Premium
Simon Property Group, Inc.
Smith Barney Consulting Group
SMUD
Snohomish County PUD No. 1
Societe Generale Corporate & Investment
  Banking
Southern California Edison Co.
Spring Hill Mall LLC
Sprint
Starr
State of California
State of Michigan
State of New Jersey
Sun America Asset Management
T. Rowe Price Associates
T. Rowe Price Credit Opportunities Fund, Inc.
Taubman Auburn Hills Associated Limited
  Partnership
Taubman Landlords
Taubman Realty Group LP
TD Asset Management
TD Asset Management Inc.
Telecheck Services, Inc.
Time Warner Cable
Tennessee Department of Revenue
Texas Comptroller of Public Accounts
Texas State Comptroller

2

The Irvine Company
The Macerich Company
Thomson Reuters
T-Mobile
Tracy Mall Partners LP
Trico Disposal, Inc.
U.S. Bank, N.A.
U.S. Bank National Association
U.S. Specialty Insurance Company
UBS Investment Bank
US Customs & Border Protection
Union Investment GMGH
Universal CityWalk Hollywood
Universal Studios, LLC
Valic Co I
Verizon California
Verizon New York

Verizon Wireless Services, LLC
Villa San Clemente
Waste Management Inc.
Waste Management Inc. of Florida
Waste Management of California, Inc.
Waste Management of NW Florida
Washington State
Wells Fargo Bank, National Association
Wells Fargo Capital Finance Corporation
    Canada
Westfield, LLC
Willis Insurance Services
Willis Insurance Services of CA
Willis of New York, Inc.
World Marketing, Inc.
Xiamen C&D Light Industry Co., Ltd.
XL Insurance America, Inc.

## Schedule 4

**Schedule of Searched Parties that are Currently Serving, or Have in the Past Served, on Other Informal and/or Official Creditors' Committees Represented by Akin Gump**

AllianceBerstein LP
AT&T
AXA
Banc of America Leasing & Capital, LLC
Banc of America Leasing Commercial
Bank of America, N.A.
Bank of America, National Association
BofA Merrill Lynch
Delaware Trust Company
Deutsche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Deutsche Trustee Company Limited
GE Capital Finance Pty Ltd.
GE Capital Markets
General Electric Capital Corporation
Guggenheim Funds Distributors
ING Groep NV
ING International Advisory SA
Invesco Ltd.
Janus Capital Management
Janus Capital Trust Mgmt. Ltd.
Manulife Asset Management
Merrill Lynch, Pierce, Fenner & Smith
  Incorporated
Morgan Stanley

Morgan Stanley Dean Witter Advisors Inc.
Morgan Stanley Investment Management
Oaktree Capital Management
PIMCO Canada Corp.
Pinebridge Investments Europe
Smith Barney Consulting Group
Sun America Asset Management
T. Rowe Price Associates
T. Rowe Price Credit Opportunities Fund,
  Inc.
TD Asset Management Inc.
Time Warner Cable
U.S. Bank, N.A.
U.S. Bank National Association
U.S. Bank National Association, as
  Indenture Trustee
UBS Investment Bank
Verizon California
Verizon New York
Verizon Wireless Services, LLC
Wells Fargo Bank, National Association
Wells Fargo Capital Finance Corporation
  Canada
Wilfrid Global Opportunity Fund
Valic Co I