IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
:
In re:                                         :    Chapter 11
:
QUIKSILVER, INC., *et al.*,[1]                 :    Case No. 15-11880 (BLS)
:
               Debtors.    :    Jointly Administered
:
:    **Hearing Date:  November 17, 2015 at 10:30 am (ET)**
:    **Objection Deadline:  November 10, 2015 at 4:00 pm (ET)**
:
---------------------------------------------- x

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL*. FOR AN ORDER (I) AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY PJT PARTNERS INC. AS ITS INVESTMENT BANKER *NUNC PRO TUNC* TO SEPTEMBER 29, 2015 AND (II) WAIVING CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2**

      PLEASE TAKE NOTICE that, on October 27, 2015, the Official Committee of Unsecured Creditors (the "Committee") filed the **Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. for Entry of an Order (I) Authorizing the Committee to Retain and Employ PJT Partners Inc. as its Investment Banker *Nunc Pro Tunc* to September 29, 2015 and (II) Waiving Certain Requirements Local Rule 2016-2** (the "Application").

      PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before November 10, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned proposed counsel to the Committee.

      PLEASE TAKE FURTHER NOTICE that a hearing to consider the Application is scheduled to be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801 on **November 17, 2015 at 10:30 a.m. (Eastern Time)**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING**.

Dated: October 27, 2015
      Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ John H. Schanne II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: strattond@pepperlaw.com
        fournierd@pepperlaw.com
        schannej@pepperlaw.com

-AND-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: mstamer@akingump.com
        aqureshi@akingump.com
        mlahaie@akingump.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

#36022042 v1