**EXHIBIT D**

**Kim-Rosen Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*,[15] : Case No. 15-11880 (BLS)
:
Debtors. : Jointly Administered
:
:
---------------------------------------------------------------- x

**DECLARATION OF ANNAH KIM-ROSEN IN SUPPORT OF THE
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF QUIKSILVER, INC., *ET AL.* FOR AN ORDER (I) AUTHORIZING THE
COMMITTEE TO RETAIN AND EMPLOY PJT PARTNERS INC. AS ITS
INVESTMENT BANKER *NUNC PRO TUNC* TO SEPTEMBER 29, 2015
AND (II) WAIVING CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2**

Under 28 U.S.C. § 1746, I, Annah Kim-Rosen, declare as follows under penalty of perjury:

1. I am the Chief Compliance Officer of PJT Partners LP ("PJT"). As part of my job, I am responsible for maintaining, for purposes of monitoring and avoiding conflicts of interest, a list of companies with which PJT or one of its affiliates is doing business, either as an advisor or with respect to which PJT or one of its affiliates is in possession of material, nonpublic information or has entered into a confidentiality agreement.

2. On October 19, 2015, I received a list of Parties-In-Interest ("PII") from Akin Gump Strauss Hauer & Feld LLP, proposed counsel to the Official Committee of Unsecured

---

[15] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), which is attached hereto as Schedule 1.

    3.      I have undertaken a review of the PII to determine possible conflicts relating to the Debtors and, subject to the foregoing limitations and the following disclosures, no material conflicts have been found.

    a.  PJT has been engaged to provide financial advisory services to a company whose identity cannot be disclosed for confidentiality reasons. Kirkland & Ellis LLP, one of the PII, is counsel to PJT's client in such engagement. This engagement is wholly unrelated to the Debtors and these chapter 11 cases, and PJT does not believe that the interests of the Debtors, their estates, the Committee, or the Debtors' unsecured creditors are adversely affected by this engagement.

    b.  PJT has been engaged to provide financial advisory services to Samson Resources Corporation in connection with its pending chapter 11 proceeding. Kirkland & Ellis LLP, one of the PII, is restructuring counsel to Samson Resources Corporation. This engagement is wholly unrelated to the Debtors and these chapter 11 cases, and PJT does not believe that the interests of the Debtors, their estates, the Committee, or the Debtors' unsecured creditors are adversely affected by this engagement.

    c.  PJT has been engaged to provide financial advisory services to a company in which one of the PII, whose identity cannot be disclosed for confidentiality reasons, holds an interest, in connection with a potential transaction the nature of which cannot be disclosed for confidentiality reasons. This engagement is wholly unrelated to the Debtors and these chapter 11 cases, and PJT does not believe that the interests of the Debtors, their estates, the Committee or the Debtors' unsecured creditors are adversely affected by this engagement.

    4.      PJT currently holds no direct or indirect interest in any debt or equity securities of the Debtors.

5. PJT has performed reasonable due diligence for possible conflicts with the PII in the Debtors' chapter 11 cases. The following is a list of the categories that PJT has searched with respect to the PII:

a. Debtors and Non-Debtor Affiliates;

b. Directors and Officers of the Debtors and Affiliates (Current and Previous Two Years);

c. Global ABL;

d. Noteholders;

e. Holders of the 30 Largest Unsecured Claims;

f. Equity Holders (5% or Greater);

g. Cash Management Bank;

h. JV Counterparties;

i. Possible Purchasers/ Investors and Liquidators;

j. Landlords of the Debtors;

k. Major Customers of the Debtors;

l. Major/ Critical Vendors of the Debtors (Over $100,000);

m. Insurance Carriers, Insurance Brokers, and Premium Finance Parties;

n. Major Utility Providers of the Debtors;

o. Local, State and Federal Taxing Authorities;

p. Professionals;

q. Bankruptcy Judges and Attorneys for the United States Trustee's Office for the District of Delaware;

r. Notice of Appearance Parties as of October 12, 2015;

s. Committee Members; and

t. Other Parties in Interest.

6. The list of PII was provided by counsel to the Committee and may change during the pendency of the Debtors' chapter 11 cases. Should PJT learn that a relationship with any of the PII should be disclosed in the future, a supplemental declaration with such disclosure will be promptly filed.

I declare under penalty of perjury that the foregoing is true and correct on this 27th day of October, 2015.

*/s/ Annah Kim-Rosen*
Annah Kim-Rosen
Chief Compliance Officer, PJT Partners LP

# SCHEDULE 1

## Schedule of Searched Parties

**Debtors and Affiliates**

Debtors
DC Direct, Inc.
DC Shoes, Inc.
Fidra, Inc.
Hawk Designs, Inc.
Mt. Waimea, Inc.
Q.S. Optics, Inc.
QS Retail, Inc.
QS Wholesale, Inc.
Quiksilver Entertainment, Inc.
Quiksilver, Inc.
Quiksilver Wetsuits, Inc.

Non-Debtor Affiliates
54th Street Holdings SARL
Biarritz Holdings SARL
Boardriders Club Bratislava s.r.o.
Boardriders S.A.
Caribbean Pty. Ltd.
Caribo SARL
Chloelys Investment Ltd.
DC (Shanghai) Commercial Co. Ltd.
DC Shoes (Hong Kong) Ltd.
DC Shoes (NZ) Limited
DC Shoes Australia Pty. Ltd.
Distribution s.r.o.
Drop In SARL
Emerald Coast
Fistral Oy
Haapiti SRL
Hanalei NV
Kauai GmbH
Kokolo SARL
Lanai, Ltd.
Main Bridge
Meribel SAS
Molokai Ltd.
Mountain & Wave SARL
Na Pali SAS
Na Pall Europe SARL

Namotu, Ltd
New Pier Trading Ltd.
Pavilion Prod. Pty. Ltd.
Pilot SAS
PT Quiksilver
Pukalani BV
QS Holdings SARL
QS Retail (NZ) Limited
QS Retail (Taiwan) Ltd.
QS Retail (Thailand) Ltd.
QS Retail, Pty. Ltd.
QSBR Inudstria e Comerico de Artigos Esportivos Ltda.
QSJ Holdings Pty. Ltd.
Quiksilver Asia Sourcing Co Ltd.
Quiksilver Asia Sourcing Ltd.
Quiksilver Aus. Pty. Ltd.
Quiksilver Canada Corp.
Quiksilver Deluxe SARL
Quiksilver Do Brasil Franqueadora Ltda.
Quiksilver Foundation Australia Pt. Ltd.
Quiksilver Glorious Ltd.
Quiksilver Glorious Sun Apparels Ltd.
Quiksilver Glorious Sun JV Ltd.
Quiksilver Glorious Sun Licensing Ltd.
Quiksilver Glorious Sun Trading
Quiksilver Greater China Ltd.
Quiksilver Intl. Pty. Ltd
Quiksilver Japan K.K.
Quiksilver Roxy Korea Ltd.
Quiksilver Singapore Ltd
Quiksilver Travel
Rawaki sp. Zoo
Santocha Ltd.
Sumbawa SL
Sunshine Diffusion SA
Tarawa Lda.
Tavarua SCI
Uf Mfg. Co. (NZ) Ltd.
Ug Mfg. Co. Pty. Ltd.

Uluwatu Arps
UMTT Pty. Ltd.

Vanuatu GmbH

**Directors and Officers of the Debtors and Affiliates (current and previous two years)**

Directors:
Agnes, Pierre
Barnum, William
Berardino, Joseph
Clarke, Michael

Langman, Steven
McKnight, Robert
Sweet, Andrew

Former Directors (3 years):
Beetz, Bernd
Dolan, Elizabeth
Ellis, James
Charles Exon

Holman, Brad
Mettler, Robert
Shields, Richard
Speaker, Paul

Officers and Managers:
Bruejnes, Andrew Bruejnes
Caya, Linnsey
Chambolle, Thomas

Healy, Greg Healy
Johnson, Craig Johnson
McAndrews, Barbara

Former Officers (1 year):
Mooney, Andrew

Vickers, Alan

**Global ABL**

Bank of America, N.A.
Bank of America, National Association
GE Capital Finance Pty Ltd
GE Capital Markets
General Electric Capital Corporation
Merrill Lynch, Pierce, Fenner & Smith
  Incorporated
Wells Fargo Bank, National Association
Wells Fargo Capital Finance Corporation
  Canada

**Noteholders**

U.S. Secured Notes:
AllianceBerstein LP
Arden Asset Management
Bank of Montreal
BofA Merrill Lynch
Credit Agricole
Danke Bank
Guggenheim Funds Distributors
Hancock Bank Trust Department
Harris Associates LP
Hotchkis & Wiley Capital Management
ING International Advisory SA
Janus Capital Management

Manulife Asset Management
Morgan Stanley
Morgan Stanley Dean Witter Advisors Inc
Oaktree Capital Management
Permal Asset Management LLC
Pimco Canada Corp
Schroder Investment Management
Smith Barney Consulting Group
Stone Harbor Investment
TD Asset Management
U.S. Bank, N.A.
Wells Fargo Securities

U.S. Unsecured Notes:
Advanced Series Trust
Allianz SE
Danske Bank A/S
Harris Associates LP
Hotchkis & Wiley Capital Management
ING Groep NV
ING International Advisory SA
Janus Capital Management LLC
Manulife Asset Management
New Generation Advisors, LLC
Pinebridge Investments Europe

Prudential Retirement Insurance and Annuity
Skandia Investment Management
Smith Barney Consulting Group
Stone Harbor Investment Part
Sun America Asset Management
T. Rowe Price Associates
TD Asset Management Inc
U.S. Bank, N.A.
Valic Co I
Wells Fargo Bank, National Association
Wilfrid Global Opportunity Fund

| Euro Notes[1]: | Holders of the 30 Largest Unsecured Claims |
|---|---|
| AllianceBernstein LP | |
| Allianz Global Investment of America LP | |
| Alps Advisors Inc | 3 Times Square Associates, LLC |
| Arden Asset Management | 404 West LLC |
| AXA | Andrew P. Mooney |
| BPI Financial Corp | C & K Trading Co., Ltd. |
| Danske Bank | Carmichael International Service |
| Deustche Bank AG, London Branch | Coins International Co. Ltd. |
| Deutsche Bank Luxembourg S.A. | CPG Partners, LP |
| Deutsche Trustee Company Limited | Deltina Trading Pty Ltd |
| Efigest Asset Management | Dragon Crowd Garment Inc |
| ING Groep NV | Dubhe Corporation |
| ING International Advisory SA | Eastman Exports Global Clothing |
| Janus Capital Trust Mgmt Ltd | Full Creative Co., Ltd |
| Morgan Stanley Investment Management | Hong Kong Hesheng Intl |
| Permal Asset Management LLC | Merry Link Development |
| SCOR Global Investments SE | Newtimes Far East |
| Societe Generale Corporate & Investment Banking | Ningbo Isun Fashion Co Ltd |
| | Northstar Sourcing Group HK Ltd |
| Stone Harbor Investment Partners | O'Melveny & Myers LLP |
| SydInvest International | Original JY&T Co Ltd |
| UBS Investment Bank | Putian Xinxiesheng Footwear Co. Ltd |
| Union Investment GMBH | QTNP Apparels JSC |
| | Robert McKnight |
| | Samil Tong Sang Co. |
| | Srinivasa Fashions Pvt Ltd |
| | Sumec Textile and Light Industry Co. |
| | U.S. Bank NA |
| | Weihai Textile Import and Export Co |
| | World Marketing, Inc. |
| | Xiamen C&D Light Industry Co., Ltd |
| | Zhejiang Xishi Jiafang Textile Co. Ltd. |

---

[1] Akin Gump has searched the parties in interest provided by the Debtors through Akin Gump's conflicts database, and will update this schedule if additional holders are identified.

4

**Equity Holders (holding stake of 5% or more)**

Invesco Ltd
Offshore Exploration and Production, LLC
PRIMECAP Management Company
Rhone Capital III
T. Rowe Price Associates

**Cash Management Bank**

Bank of America, N.A.

**JV Counterparties**

Glorious Sun Overseas Company Limited          Young, Charles

**Possible Purchasers/Investors and Liquidators**

Gordon Brothers Retail Partners, LLC          Oaktree Capital Management
Hilco Merchant Resources, LLC

**Landlords of the Debtors**

1021 Lincoln Road, Ltd
1955 South Casino Drive Holdings LLC
3 Times Square Associates, LLC
404 West LLC
570 Main Street, LLC
740 Associates Ltd
ABW Holdings LLC
Alfred A. Hunt Trusts
Americredit Financial Services
Andrew T Varlow
Annapolis Mall Limited Partnership
Aventura Mall Venture (Turnberry)
Banc of America Leasing Commercial
Baruch LLC
Boulevard Invest LLC
C&K Broadway 519 LLC
Calvin Felder
Canyon Crossing Dunhill LLC
Charlotte Outlets LLC
Chelsea Las Vegas Holdings LLC
Colorado Mills Mall Limited Partnership
Comtrans LTD
CP Deerfield LLC
CPG Houston Holdings
CPG Mercedes LP
CPG Partners, LP
Craig Realty Group Citadel LLC
Craig Realty Group Woodburn LLC
Del Amo Fashion Center Operating Company
Destiny USA Holdings, LLC
Disneyland Resort
Dolphin Mall Associates
El Paso Outlet Center LLC
Entertainment Center Development LLC
F.J. Felder
F/C Gilroy Development LLC
Fashion Outlet of Las Vegas, LLC
Fashion Outlets of Chicago, LLC
First & Lenora LLC
First Queensborough Shopping Centres Ltd.
Florida Mall Assoc. LTD
G&S Reality I, LLC
Gaslamp Phase One, LLC
Genevieve S. Felder
Glendale Galleria Mall
Glimcher Malibu, LLC
Gulf Coast Factory Shops Limited Partnership
Halelea Family Limited Partnership
Hilco Real Estate LLC
Horizon Group Properties
Industrial Property Fund VII, LLC
Ivanhoe Cambridge Inc.

5

Ivanhoe Cambridge II Inc.
Jersey Shore Premium Outlets, LLC
JG Elizabeth, LLC
Katy Mills Mall Limited Partnership
Laguna Beach Center LLC
Lahain Waterfront LLC
Le Carrefour Laval Leaseholds, Inc (Cadillac Fairview)
Loma Alta Corporation
Macerich Oaks LLC
Milen, LLC
Miromar Outlet East, LLC
Ontario Mills Limited Partnership
Ontrea, Inc (Cadillac Fairview)
Orlando Outlet Owner LLC
Oswald M. Treutler Holding LTD
Outlets at Traverse Mountain, LLC
Outrigger Hotel and Resorts
Outrigger Hotels Hawaii
Paragon Outlets Livermore Valley LLC
Peschke Realty Associates LLC
Phoenix Premium Outlets Exchange, LLC
Pinewood Palm Beach Retail LLC
Prime Outlets at Pismo Beach LLC
Principle Life Insurance Co
Prospect Development LP
Queen Emma Land Company
Queens Market LLC
Quiksilver Home Base

Rossland Ten Corporation
Rouse F.S. LLC
RPAI Southwest Management LLC
Samis Foundation
Second Horizon Group Limited Partnership
Seminole Properties, LLC
Silver Sands GL I LLC
Simon/Chelsea Vegas Development
Simon/Premium
South Coast Plaza
Sunrise Mills Limited Partnership
Tampa Westshore Associates LP
Tanger Properties Limited Partnership
Taubman Auburn Hills Associated Limited Partnership
Taubman Realty Group LP
The Irvine Company LLC
The Outlet Collection (Niagara) Ltd.
The Shops at Wailea, LP
TSLV LLC
Universal CityWalk Hollywood
Universal Studios LLC
Villa San Clemente LLC
Walt Disney World Co
West County Commerce, LLC
West County Commerce Realty Holding Co LLC
WV Sub, LLC

Pop-Up Stores
Columbia Retail Dulles LLC
Federal Realty Investment Trust
FR Crow Canyon, LLC
FW CA-Bay Hill Shopping Center LLC
Hoadley Regency LLC
Lakeland Square Mall LLC
MCD-RC CA-El Cerrito LLC
Mt Shasta Mall
NewPark Mall, LP
RCFL Anatasia LLC

Regency Centers, LP
Regency Petaluma LLC
REQ8 Tassajara Crossing LLC
Rouse Properties, Inc.
RPI Chesterfield LLC
RW VA-Greenbriar Town Center LLC
Spring Hill Mall LLC
Tracy Mall Partners LP
Woodholme Properties Limited Partnership

**Major Customers of the Debtors**

Amazon
Comercial Madison SA

Famous Footwear
Genesco

Journey's
Macys
MARMAXX
Ross Stores, Inc.

Shoe Carnival Inc.
Sport Chek International
Winners Apparel Ltd.

**Major/Critical Vendors of the Debtors (over $100,000)**

Adrem
AIT Freight Systems Inc
Anhui Z and A Import and Export Co
Aptos, Inc.
Asian Sourcing International Ltd
Aspiration Clothing
Bolar Hirsch & Jennings LLP
C & K Trading Co. Ltd.
Carmichael International Service
CCH Incorporated
China Smart Garment Limited
Ching Kung Him Wo Garment
Coins International Co. Ltd.
Comptroller of Maryland
Cores Accessories Ltd
Corporation Service Company
Dalian Utec Dress Co
Dane Reynolds Inc
Deloitte & Touche Products Company
Deloitte Tax LLP
Deltina Trading Pty Ltd
Diversified Distribution Systems
Domex Co. Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
Duff & Phelps LLC
Dydrek Enterprises
East End Apparels
Eastman Exports Global Clothing
Everglory Int Grp App Inc
Federal Express Corp
Full Creative Co., Ltd
Fun Tees
Golden Bond Inc. Limited
GST Global Sports Tech
Hong Kong Hesheng Intl
J.A. Stowell Construction, Inc.

Jade Kingdom International Ltd
Jingzhou Mountain Leave Group
Kapilla Clothing Corp
KHQ Investment LLC
King Graphics
La Luminarc International Company
LEED Advisors, Inc.
Mailroom Finance, Inc
Massive Prints
Merry Link Development
Min Heng Apparel Ltd
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Ningbo Seduno Import & Export Company, Ltd
Northstar Sourcing Group HK Ltd
O'Melveny & Myers LLP
Original JY&T Co Ltd
Owens Sportswear Co Ltd
Parigi Group Ltd – Roxy Girls
PT Busana Prima Global
PT Tyfountex Indonesia
Putian Xinxiesheng Footwear Co. Ltd
QTNP Apparels JSC
Samil Tong Sang Co.
SAP Industries, Inc.
Sheico (Thailand) Co. Ltd.
Srinivasa Fashions Pvt Ltd
Tanya Impex
Tex Ray Industrial Co Ltd
Thomson Reuters
US Customs & Border Protection
Vertex, Inc.
Victory Footwear Co
Weihai Textile Import and Export Co
Xiamen C&D Light Industry Co., Ltd

**Insurance Carriers, Insurance Brokers, and Premium Finance Parties**

ACE American Insurance Company
Affiliated FM Insurance Company
Allied World Assurance Company (U.S.) Inc.
Arthur J Gallagher & Co Insurance
Computershare Technology Services
Continental Casualty Company
Endurance Risk Solutions Assurance Co.
Expeditors Intl
Federal Insurance Company
Great Northern Insurance Company
Lloyd's of London

National Union Fire Insurance Company of Pittsburgh
Propel Insurance
RSUI Indemnity Company
Starr
U.S. Specialty Insurance Company
Willis Insurance Services
Willis Insurance Services of CA
Willis of New York, Inc
XL Insurance America, Inc.

**Major Utility Providers of the Debtor**

Arakelian Enterprises, Inc.
AT&T
BGE
Brighthouse Network
Central Hudson Gas & Electric Corp
Charleston Water System
Cisco WebEx, LLC
City of Miami Beach
City of Pasadena
City of Santa Monica
Comed
Consolidated Communications
Consolidated Edison, Inc.
Constellation New Energy, Inc.
CR&R Inc
Duke Energy Florida Inc
E.J. Harrison & Sons
Eastern Municipal Water District
Florida Power & Light Company
Gila River Telecommunications
Granite Telecommunications, LLC
Gulf Power Company
Hawaiian Electric Co, Inc.
Hawaiian Telecom Inc
IESI NY Corporation
Industrial Retail Group (IRG)
Internatigonal Environmental
Jersey Central Power & Light (JCP&L)
JT Tech
Kaua'i Island Utility Cooperative

Keter Environmental Services, Inc
Lehi City Utilities
Level 3 Communications, LLC
Los Angeles Department of Water
Maui Disposal
Meco
MegaPath Inc.
Mesa Water District
Nevada Power Company
NexEra Energy
NJ Natural Gas Co
Northwest Natural Gas Company
Orange & Rockland Utilities Inc
Orlando Utilities Commission (OUC)
Pacific Gas and Electric Company
PacifiCorp
PAETEC (Windstream Corporation)
Park City Municipal Corp.
PG&E
Premiere Global Services, Inc. (PGi)
Puget Sound Energy
Questar Gas
Rainbow Environmental Services
Recology Golden Gate
Republic Silver State Disposal Serv
Royal Waste Services, Inc
Salish Network Inc
San Diego Gas & Electric (SDG&E)
San Francisco Public Utilities
Sawnee Electric Membership Corp

SCE&G
Seattle City Light
SMUD
Snohomish County PUD No 1
Snyderville Basin Water Reclamation District
South Walton Utility Co., Inc
Southern California Edison Co
Southern California Gas Company
Southwest Gas Corporation
Sprint
Sustainable Solutions Group

Telecheck Services, Inc.
Time Warner Cable
T-Mobile
Trico Disposal, Inc.
Verizon California
Verizon New York
Verizon Wireless Services, LLC
Waste Management Inc. of Florida
Waste Management of California, Inc.
Waste Management of NW Florida

**Local, State and Federal Taxing Authorities**

Anne Arundel County
Arizona Department of Revenue
Broward County Revenue Collector
California State Board of Equalization
California State Controller's Office
Charleston County Treasurer
City of Auburn Hills
City of Charleston
City of Elizabeth
City of Huntington Beach
City of Katy
City of Lakewood
City of Las Vegas
City of Los Angeles
City of Orlando
City of Pasadena
City of Philadelphia
City of Richmond
City of Santa Monica
City of Seattle
City of Sunrise
City of Sweetwater
City of Torrance
City of Winnipeg
Clark County Assessor
Clark County Department of Business
Colorado Department of Revenue
Commissioner of Revenue Services
Commonwealth of Virginia
County of Orange
County of Santa Clara
County of Ventura

CT Corporation System
David Piwonka, RTA Cypress
Delaware Secretary of State
Dept. of Financial Services State of Florida
Federal Wage & Labor Law Institute
Florida Department of Revenue
Fort Bend County Tax
Georgia Department of Revenue
Gila River Indian Community
Harris County
Harris-Fort Bend M.U.D. #4
Hawaii Department of Tax
Hawaii State Tax Collector
Hays County Tax Office
HSF Program
Illinois Department of Revenue
Internal Revenue Service
Jefferson County Treasurer
Kentucky State Treasurer
King County Treasury
Lee County Tax Collector
Los Angeles County Tax Collector
Massachusetts Department of Revenue
McInnes Cooper
Miami Dade County
Miami Dade Fire Rescue Department
Minister of Finance (Manitoba)
Minister of Revenue of Quebec
Ministry of Finance of Quebec
Nebraska Department of Revenue
Nevada Department of Taxation
New Jersey Division of Revenue

New York City Department of Finance
New York Department of Taxation
New York State Comptroller
New York State Sales Tax
North Carolina Department of Revenue
North Carolina Department of Revenue
Office of Finance, City of Los Angeles
Ohio Department of Taxation
Oklahoma Tax Commission
Orange County Tax Collector
Orange County Treasurer
Park City Municipal Corp.
Party City Municipal Corp
Pennsylvania Department of Revenue
Pitkin County Treasurer
Receiver General - GST
Rhonda Skipper, Tax Collector
Richardson Kontogouris Emerson LLP

Riverside County Assessor
Sacramento County
San Bernardino County
San Diego County
San Luis Obispo County Tax Collector
South Carolina Department of Revenue
State Comptroller
State of California
State of Michigan
State of Minnesota Department of Revenue
State of New Jersey
Summit County Treasurer
Texas Comptroller of Public Accounts
Texas State Comptroller
Treasurer of Virginia
Utah County Treasurer
Utah State Tax Commission
Washington State

## **Professionals**

FTI Consulting, Inc.
Houlihan Lokey Capital Inc.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Pachulski Stang Ziehl and Jones, LLP

Pepper Hamilton LLP
Peter J. Solomon Company
Riemer & Braunstein, LLP
Skadden, Arps, Slate, Meagher & Flom LLP

## **Judges and United States Trustees**

Judges
Carey, Kevin J. (Judge)
Gross, Kevin (Judge)
Shannon, Brendan L. (Judge)

Silverstein, Laurie Selber (Judge)
Sontchi, Christopher S. (Judge)
Walrath, Mary F. (Judge)

Office of the U.S. Trustee
Attix, Lauren
Buchbinder, David
Casey, Linda
Cox, Natalie
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Kenney, Mark
Leamy, Jane

McCollum, Hannah M.
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Vinson, Ramona
West, Michael

Wynn, Dion

**Notice of Appearance Parties as of October 12, 2015**

| | |
|---|---|
| 404 West LLC | Massive Prints Inc. |
| Annapolis Mall Owner, LLC | Miracle Mile Shops |
| Arlington ISD | Missouri Department of Revenue |
| Banc of America Leasing & Capital, LLC | Oaktree Capital Management |
| Bank of America, N.A. | Port Logistics |
| Boulevard Invest LLC | Queens' Market |
| C & K Trading Co., Ltd. | SAP Industries |
| Cypress-Fairbanks ISD | Simon Property Group, Inc. |
| Dallas County | Taubman Landlords |
| Delaware Trust Company | Tennessee Department of Revenue |
| Deutsche Trustee Company Limited | Texas Comptroller of Public Accounts |
| Federal Realty Investment Trust | The Irvine Company LLC |
| First & Lenora LLC | The Macerich Company |
| Galveston County | U.S. Bank National Association |
| GGP Limited Partnership | Wasserman Sports |
| Gordon Brothers Retail Partners, LLC | West County Commerce Realty Holding Co. LLC |
| Harris County | |
| Hilco Merchant Resources, LLC | Westfield, LLC |
| Industrial Property Fund VII, LLC | |

**Committee Members**

Global Brands Group
New Generation Advisors, LLC.
Simon Property Group, Inc.
Samil Tong Sang, Co.
T. Rowe Price Credit Opportunities Fund, Inc.
U.S. Bank National Association, as Indenture Trustee
Wilfrid Global Opportunity Fund

**Other Parties in Interest**

1st Place Team Sales, Inc.
Geotag
Glorious Sun Licensing Limited
Live Nation Merchandise Inc
Patricia Stockman-Sann
Rox Volleyball, Inc.
Temeka Inc
World Marketing, Inc.
Yusef Onder Erin