## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 27th day of October, 2015, I caused the foregoing **Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. for Entry of an Order (I) Authorizing the Committee to Retain and Employ PJT Partners Inc. as its Investment Banker *Nunc Pro Tunc* to September 29, 2015 and (II) Waiving Certain Requirements Local Rule 2016-2** to be served upon the parties on the attached service list by first-class mail, postage prepaid.

    /s/ John H. Schanne, II  
John H. Schanne, II (DE No. 5260)

#36022042 v1

| | | |
|---|---|---|
| 3 TIMES SQUARE ASSOCIATES LLC<br>JP MORGAN CHASE BANK<br>GPO P.O. BOX 27488<br>NEW YORK, NY 10087 | | Assistant Attorney General<br>Jason A Starks<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Ballard Spahr LLP<br>David L Pollack<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Matthew Summers, Leslie Heilman<br>919 Market Street, 11th Floor<br>Wilmington, DE 19801 | Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 |
| Bewley Lassleben & Miller LLP<br>Ernie Zachary Park<br>13215 E Penn St Suite 510<br>Whittier, CA 90602-1797 | BLT Enterprises<br>Robert Solomon<br>501 Spectrum Circle<br>Oxnard, CA 93030 | Brown & Connery LLP<br>Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| C & K TRADING CO., LTD.<br>CK JUNG<br>867 Woo 1-Dong Haeundae-Gu<br>Busan, 13 612-822<br>South Korea | Cairncross & Hempelmann<br>John Rizzardi<br>524 Second Ave Ste 500<br>Seattle, WA 98104-2323 | CARMICHAEL INTERNATIONAL SERVICE<br>P.O. Box 51025<br>Los Angeles, CA 90051 |
| Chipman Brown Cicero & Cole LLP<br>William E Chipman Jr<br>The Nemours Building<br>1007 N Orange St Ste 1110<br>Wilmington, DE 19801 | Clayton Blehm<br>770 Sycamore Avenue, Suite 122<br>Vista, CA 92083 | COINS INTERNATIONAL CO., LTD.<br>7F-1, No. 89 Bo Guan Road<br>Taichung, TWN 404<br>Taiwan |
| Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | CPG PARTNERS LP<br>P.O. BOX 827727<br>PHILADELPHIA, PA 19182 | Delaware Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 |
| Delaware Dept of Justice<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| DELTINA TRADING PTY LTD.<br>ALAN FENNEL<br>Unit 2, 32 Bell Street<br>Torquay, VIC 3228<br>Australia | Deutsche Trustee Company Limited<br>Attn Debt & Agency Services<br>Winchester House<br>1 Great Winchester Street<br>London, EC2N 2DB<br>United Kingdom | DRAGON CROWD GARMENT INC<br>EDWARD<br>Fl/5 Bldg A, C&E Centre<br>Ningbo, 130 315040<br>China |
| DUBHE CORPORATION<br>Che-Il Bldg Rm 1501, 256-13<br>Seoul, 13 121-758<br>South Korea | EASTMAN EXPORTS GLOBAL CLOTHING<br>10, 12, KUMARANAGAR (SOUTH)<br>TIRUPUR, 641603<br>India | Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 |

#36022042 v1

Ezra Brutzkus Gubner LLP  
Steven T Gubner  
21650 Oxnard St Ste 500  
Woodland Hills, CA 91367

Foley & Lardner LLP  
Mark L Prager Mark F Hebbeln Lars A Peterson  
321 N Clark St Ste 2800  
Chicago, IL 60654-5313

FULL CREATIVE CO, LTD  
No.4 Jin-Ying 2Nd St.  
Dongguan, 190 523942  
China

GGP Limited Partnership, as Agent  
Kristen N. Pate  
110 N. Wacker Drive  
Chicago, IL 60606

Global Brands Group  
Attn Martin Leder  
12 Princeton Dr  
Tappan, NY 10903

Goodsill Anderson Quinn & Stifel  
Jonathan C Bolton  
First Hawaiian Center  
999 Bishop St Ste 1600  
Honolulu, HI 96813

Greenberg Taurig LLP  
Dennis A Meloro  
The Nemours Building  
1007 N Orange St Ste 1200  
Wilmington, DE 19801

Greenberg Taurig LLP  
Jeffrey M Wolf  
One International Place  
Boston, MA 02110

Hogan Lovells US LLP  
Christopher R Donoho III John D Beck  
875 Third Ave  
New York, NY 10022

HONG KONG HESHENG INT'L  
TOME ZHENG  
Rm 1102, Wofoo Commercial Building  
Kowloon, KLN 999077  
Hong Kong

Internal Revenue Service  
Centralized Insolvency Operation  
2970 Market St  
Philadelphia, PA 19104

Internal Revenue Service  
Centralized Insolvency Operation  
PO Box 7346  
Philadelphia, PA 19101-7346

Internal Revenue Service  
Insolvency Section  
31 Hopkins Plz Rm 1150  
Baltimore, MD 21201

James A Shalvoy Esq  
1201 Morningside Dr  
Suite 215  
Manhattan Beach, CA 90266

Jeffer Mangels Butler & Mitchell LLP  
Joseph A Eisenberg PC  
1900 Avenue of the Stars 7th Fl  
Los Angeles, CA 90067

Jeffrey S Shinbrot APLC  
Jeffrey S. Shinbrot  
8200 Wilshire Blvd Suite 400  
Beverly Hills, CA 90211

Jung & Yuen, LLP  
Curtis Jung, Esq.  
888 S. Figueroa St., Suite 720  
Los Angeles, CA 90017

Katten Muchin Rosenman LLP  
c/o Dustin P Branch  
2029 Century Park East Ste 2600  
Los Angeles, CA 90067-3012

Katten Muchin Rosenman LLP  
Jessica Mickelsen Simon  
2029 Century Park East Ste 2600  
Los Angeles, CA 90067-3012

Katten Muchin Rosenman LLP  
Matthew W Olsen  
575 Madison Avenue  
New York, NY 10022-2585

KCC  
Mike Hill  
2335 Alaska Ave  
El Segundo, CA 90245

Kirkland & Ellis LLP  
Attn: David Nemecek  
333 South Hope Street  
Los Angeles, CA 90071

Kirkland & Ellis LLP  
Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger  
300 North LaSalle Street  
Chicago, IL 60654

Law Office of Susan E Kaufman LLC  
Susan E Kaufman  
919 North Market Street, Suite 460  
Wilmington, DE 19801

LeClairRyan  
Andrew Cole, Esq.  
800 North King Street, Suite 303  
Wilmington, DE 19801

LeClairRyan  
Niclas A Ferland Esq Ilan Markus Esq  
545 Long Wharf Dr 9th Fl  
New Haven, CT 06511

Linebarger Goggan Blair & Sampson LLP  
David G Aelvoet  
711 Navarro St Ste 300  
San Antonio, TX 78205

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Lobel Weiland Golden Friedman LLP<br>Alan J Friedman<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 |
| MCKNIGHT,ROBERT<br>167 Emerald Bay<br>Laguna Beach, CA 92651 | MERRY LINK DEVELOPMENT (MACAO COMMERCIAL OFFSHORE) LIMITED<br>Alameda Dr Caros D'Assumpcao No 336<br>Macau, MO 999078<br>Macau | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn Sheryl L Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| MOONEY,ANDREW P.<br>PO Box 69447<br>West Hollywood, CA 90069 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott<br>1201 North Market St, 16th Floor<br>PO Box 1347<br>Wilmington, DE 19899-1347 | New Generation Advisors LLC<br>Attn Baily Dent<br>13 Elm St<br>Manchester, MA 01944 |
| NEWTIMES FAR EAST<br>Unit D, 7th Floor, Phase 5<br>Kowloon, KLN 999077<br>Hong Kong | NINGBO ISUN FASHION CO. LTD<br>East Fenghua Industrial<br>Ningbo, 130 315500<br>China | NORTHSTAR SOURCING GROUP HK LTD<br>DAVE PERKINS<br>Room 602, 6/F, Oriental Centre<br>Kowloon, KLN 999077<br>Hong Kong |
| O'MELVENY & MYERS LLP<br>MICHAEL F LOTITO ESQ<br>TIMES SQUARE TOWER<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Office of the United States Trustee<br>Delaware<br>Attn Mark S. Kenney<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | ORIGINAL JY&T CO. LTD.<br>Sanchong Dist.<br>New Taipei City, TPE 241<br>Taiwan |
| Parker Milliken Clark O'Hara & Samuelian<br>Thomas E Shuck<br>555 S Flower St 30th Fl<br>Los Angeles, CA 90071-2440 | Patterson Belknap Webb & Tyler LLP<br>David W Dykhouse Brian P Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | |
| Perdue Brandon Fielder Collins & Mott LLP<br>Arlington ISD<br>c/o Elizabeth Banda Calvo<br>500 E Border St Ste 640<br>Arlington, TX 76010 | Port Logistics<br>c/o Pamela Kohlman Webster, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 | Potter Anderson & Corroon LLP<br>Jeremy W Ryan Etta R Mayers<br>1313 N Market St 6th Fl<br>PO Box 951<br>Wilmington, DE 19899-0951 |
| PUTIAN XINXIESHENG FOOTWEAR CO., LT<br>Liuxian, Laidian Town, Xianyou<br>Putian, 150 351251<br>China | QTNP APPARELS JSC<br>NO. 18, LOT 8, LONG BIEN RESETTLEME<br>HA NOI, 10000<br>Vietnam | Riemer & Braunstein LLP<br>Attn Steven Fox<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 |
| Riemer & Braunstein LLP<br>David S. Berman<br>Three Center Plaza<br>Boston, MA 02108 | Rosenthal & Rosenthal Inc<br>Attn Anthony DiTirro<br>1370 Broadway<br>New York, NY 10018 | Samil Tong Sang Co<br>Attn Ian Im<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea |

| | | |
|---|---|---|
| SAMIL TONG SANG CO.<br>BONG GYU LIM<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 |
| Securities & Exchange Commission NY Office<br>Andrew Calamari Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | Seward & Kissel LLP<br>John R Ashmead<br>One Battery Park Plaza<br>New York, NY 10004 | Sills Cummis & Gross PC<br>Andrew H Sherman Boris I Mankovetskiy<br>Lucas F Hammonds<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Simon Property Group, Inc<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Skadden, Arps, Slate, Meagher & Flom LLP<br>John K Lyons<br>155 N Wacker Dr<br>Chicago, IL 60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C Durrer<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| Spector & Johnson PLLC<br>Howard Marc Spector<br>12770 Coit Rd Ste 1100<br>Dallas, TX 75251 | SRINIVASA FASHIONS PVT LTD<br>Factory Unit #3<br>Plot No. AP4, 5th Avenue, 2nd Cross<br>Chengalpat, 22 603002<br>India | Stroock & Stroock & Lavan LLP<br>Andrew P DeNatale<br>180 Maiden Ln<br>New York, NY 10038 |
| SUMEC TEXTILE AND LIGHT INDUSTRY CO<br>13F, 198 Changjiang Road<br>Nanjing, 100 210018<br>China | T. Rowe Price Credit Opportunities Fund<br>c/o T. Rowe Price Associates, Inc.<br>Attn Andrew Baek<br>100 E. Pratt Street<br>Baltimore, MD 21202 | The Taubman Company<br>Andrew S Conway Esq<br>200 East Long Lake Road Ste 300<br>Bloomfield Hills, MI 48304 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202 | U.S. Bank National Association<br>Justin L. Shearer Vice President<br>Global Corporate Trust Services<br>100 Wall Street, Suite 1600<br>New York, NY 10005 | US Attorney for Delaware<br>Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 |
| WEIHAI TEXTILE IMP AND EXP CO<br>No. 16 Shichang Da Road<br>Weihai, 120 264200<br>China | Wilfrid Global Opportunity Fund<br>c/o Wilfrid Aubrey LLC<br>Attn Nicholas Walsh<br>465 Lexington Ave<br>New York, NY 10174 | Womble Carlyle Sandridge & Rice, LLP<br>Attn Steven K Kortanek<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 |
| Womble Carlyle Sandridge & Rice, LLP<br>Steven K Kortanek Thomas M Horan<br>Morgan L Patterson<br>222 Delaware Ave Suite 1501<br>Wilmington, DE 19801 | WORLD MARKETING, INC.<br>306 38TH STREET, 8TH FLOOR<br>NEW YORK, NY 10018 | WRI Marshalls Plaza, LP<br>c/o Weingarten Realty Investors<br>Attention: Jenny J. Hyun, Esq<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX 77008 |
| XIAMEN C&D LIGHT INDUSTRY CO., LTD.<br>15th Floor Seaside Bldg.<br>Xiamen, 150 361000<br>China | ZHEJIANG XISHI JIAFANG TEXTILE CO L<br>Paitou Village Paitou Town<br>Zhuji, 130 311825<br>China | |

#36022042 v1