# EXHIBIT A

**(Stratton Declaration)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x

In re:                                         :        Chapter 11

QUIKSILVER, INC., *et al.*,[1]                 :        Case No. 15-11880 (BLS)

                Debtors. :        Jointly Administered

                              :

---------------------------------------------- x

### DECLARATION OF DAVID B. STRATTON IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL.*, *NUNC PRO TUNC* TO SEPTEMBER 28, 2015

STATE OF DELAWARE      )
                             )   ss:
COUNTY OF NEW CASTLE  )

I, David B. Stratton, being duly sworn, state as follows:

1.     I am a partner of the law firm of Pepper Hamilton LLP ("Pepper Hamilton") which maintains offices at, among other locations, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801.

2.     This declaration (the "Declaration") is being submitted in support of the Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., *et al.*, *Nunc Pro Tunc* to September 28, 2015 (the "Application"). I make this Declaration

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016

and Local Rule 2014-1. All capitalized terms not defined herein shall have the meanings

ascribed to them in the Application.

3.      Unless otherwise stated, I have personal knowledge of the facts set forth

hereinafter. To the extent that any information disclosed herein requires amendment or

modification upon Pepper Hamilton's completion of further analysis or as additional party-in-

interest information becomes available to me, I will submit a supplemental verified statement to

this Court.

### PEPPER HAMILTON'S PROCEDURES

4.      In preparing this Declaration, I utilized a set of procedures established by

Pepper Hamilton to ensure compliance with the Bankruptcy Code and the Bankruptcy Rules

regarding the employment of professionals serving bankruptcy estates under the Bankruptcy

Code.

5.      In that regard, I caused to be submitted the names of significant parties-in-

interest in these cases that were provided to Pepper Hamilton by Debtors' counsel for review

under the conflict check system maintained by Pepper Hamilton. Using information provided by

the Debtors and additional information identified by Pepper Hamilton, I compared the names of

the Debtors and other key parties-in-interest (collectively, the "Searched Parties") to the names

that Pepper Hamilton has compiled into its conflict check system and adverse party index. A list

of the Searched Parties is attached to this Declaration as **Exhibit 1**.

6.      Pepper Hamilton maintains and systematically updates this system in the

regular course of business of the firm, and it is the regular practice of the firm to make and

maintain these records. The conflict check system maintained by Pepper Hamilton is designed to

include (i) every matter for which the firm is now or has been engaged; (ii) the entity by which

#35987945 v4

the firm is now or has been engaged; (iii) the identity of known related parties; (iv) the identity of known adverse parties; and (v) the attorney in the firm that is knowledgeable about the matter. It is the policy of Pepper Hamilton that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system and adverse party index the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Pepper Hamilton. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter. Any matches between Pepper Hamilton's conflict check system and the Searched Parties were identified ("Client Match List"), together with the names of the respective Pepper Hamilton personnel responsible for current and former matters for the entities on such Client Match. From time to time, Pepper Hamilton will update its disclosures as necessary.

## PEPPER HAMILTON'S CONNECTIONS

7.      In accordance with Bankruptcy Rule 2014(a), Pepper Hamilton hereby discloses its connections with the Debtors, their creditors, all other parties-in-interest, and their respective attorneys as follows:

a.      Prior to Pepper Hamilton's retention by the Committee, Pepper Hamilton represented an ad hoc group of certain holders (the "Ad Hoc Group of Unsecured Noteholders") of the 10.000% senior unsecured notes due August 1, 2020 issued pursuant to that certain Indenture dated July 16, 2013, as amended, supplemented or otherwise modified from time to time, by and among Quiksilver, Inc. and QS Wholesale, Inc., as issuers, DC Shoes, Inc., Hawk Designs, Inc., and QS Retail, Inc., as guarantors, and U.S. Bank National Association, as trustee and collateral agent in the Chapter 11 Cases. Pepper Hamilton did not represent the

Committee prior to the Petition Date or the Retention Date.  Pepper Hamilton began representing the Committee on or about September 28, 2015.

> b.    Douglas D. Herrmann is a partner in the Commercial Litigation Practice Group of Pepper Hamilton.  Prior to joining Pepper Hamilton, Mr. Herrmann practiced with Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") and was employed by Skadden as of the Petition Date.  Mr. Herrmann was not involved in this matter while at Skadden and is not involved in this engagement for Pepper Hamilton.

> c.    Skadden is a current client of Pepper Hamilton in a matter unrelated to these Chapter 11 Cases.

> d.    Except as disclosed herein or on **Exhibit 2** attached hereto, Pepper Hamilton is not a creditor of the Debtors and has no direct or indirect relationship to, connection with, or interest in the Debtors.

8.    Through diligent inquiry, I have ascertained that there is no connection – as such term is utilized in section 101(14)(e) of the Bankruptcy Code and Bankruptcy Rule 2014(a) – between Pepper Hamilton and (i) the United States Trustee or any person employed by the Office of the United States Trustee and (ii) any other party-in-interest, except as disclosed herein or on **Exhibit 2** attached hereto.

9.    As part of its everyday practice, Pepper Hamilton appears in numerous bankruptcy, litigation and other cases, proceedings and transactions, in which it has worked and is working with and against numerous attorneys, accountants, financial consultants, investment bankers and other professionals who represent or may in the future represent creditors or other parties-in-interest in these cases.  Pepper Hamilton has not and will not represent any of such entities in relation to the Debtors and these Chapter 11 Cases or have any relationship with any

-4-

such entity, attorneys, accountants, financial consultants and investment bankers which would be adverse to the Debtors or their estates.

10.    Pepper Hamilton represented in the past five years, currently represents, and/or may represent in the future the entities listed on **Exhibit 2.**  Certain of the entities listed on **Exhibit 2** are former or inactive clients at this time.  In the case of each of the entities listed on **Exhibit 2**, the revenues derived from such client during the past calendar year represents less than 1% of the firm's revenues.  Except for the representation of the Ad Hoc Group of Unsecured Noteholders in this case prior to its retention by the Committee, Pepper Hamilton has not in the past represented, does not currently represent, and will not in the future represent, any of the entities listed on **Exhibit 2** in connection with these cases or in any matter adverse to the Debtors.

## PEPPER HAMILTON IS DISINTERESTED

11.    To the best of my knowledge, information and belief, except as otherwise disclosed herein, neither I nor Pepper Hamilton, its partners, counsel and associates (a) are creditors, equity security holders or insiders of the Debtors, (b) are and were, within two years before the Petition Date, directors, officers or employees of the Debtors, (c) hold or represent any interest materially adverse to the interest of the Debtors' estates and (d) are related to any judge of this Court, the United States Trustee for the District of Delaware (the "U.S. Trustee") or any employee of the U.S. Trustee in this District, except that Edward C. Toole, Jr., Of Counsel at Pepper Hamilton, is the husband of The Honorable Mary F. Walrath.  Mr. Toole is not involved in this engagement.

12.    Based upon the information available to me, after following the procedures described herein, and except as otherwise described herein, neither Pepper Hamilton nor any partner, associate, or counsel of the firm, insofar as I have been able to ascertain, holds

#35987945 v4

or represents any interest adverse to the Debtors or their estates. Accordingly, I submit that Pepper Hamilton is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

## UST GUIDELINES

13.     In accordance with the U.S. Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "U.S. Trustee Guidelines"), I provide responses to the questions set forth in Section D of the U.S. Trustee Guidelines as follows:

(a)     Pepper Hamilton did not agree to a variation of its standard or customary billing arrangement for this engagement;

(b)     None of the professionals included in this engagement have varied their rate based on the geographic location of these chapter 11 cases; and

(c)     Pepper Hamilton represented the Ad Hoc Group of Unsecured Noteholders in connection with the debtors' chapter 11 proceedings prior to its retention by the Committee. Pepper Hamilton did not represent the Committee prior to the Retention Date.

14.     Pepper Hamilton expects to develop a prospective budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Pepper Hamilton reserves all rights. The Committee has approved Pepper Hamilton's proposed rates.[2]

---

[2] Pepper Hamilton intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines in connection with the Application and any interim and final fee applications to be filed by Pepper Hamilton in these Chapter 11 Cases. The foregoing was based exclusively on the facts and circumstances of the Debtors' Chapter 11 Cases and Pepper Hamilton fully reserves the right to object to such requirements, or any other requirements contained in the U.S. Trustee Guidelines in future cases should it determine that it is appropriate to do so.

#35987945 v4

## PEPPER HAMILTON'S FEES AND EXPENSES

15.    Pepper Hamilton intends to apply to the Court for allowance of

compensation and reimbursement of expenses in accordance with applicable provisions of the

Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any orders entered by this Court.

16.    Pepper Hamilton will bill for its services at its usual and customary hourly

rates for the professionals involved, which rates are traditionally adjusted by Pepper Hamilton

each January 1.  The hourly rates of the professionals that Pepper Hamilton presently expects to

utilize in these cases are as follows:

| Name | Title | Hourly Rate |
|---|---|---|
| David B. Stratton | Partner | $790 |
| David M. Fournier | Partner | $720 |
| Angelo A. Stio III | Partner | $575 |
| John H. Schanne II | Associate | $425 |
| Christopher Lano | Paralegal | $250 |
| Rebecca S. Hudson | Paralegal | $210 |

From time to time, it may be necessary for professionals and paraprofessionals employed by

Pepper Hamilton, other than those set forth above, to provide services to the Committee.

17.    I hereby represent that Pepper Hamilton has not agreed to share with any

person (except attorneys of Pepper Hamilton) the compensation to be paid for the services

rendered in these cases.

18.    Pepper Hamilton has not received a retainer.

## PROFESSIONAL SERVICES TO BE RENDERED BY PEPPER HAMILTON

19.    The professional services that Pepper Hamilton will render to the

Committee include, but shall not be limited to, the following:

#35987945 v4

(a)   providing legal advice regarding local rules, practices and procedures and providing substantive and strategic advice on how to accomplish Committee goals, bearing in mind that the United States Bankruptcy Court for the District of Delaware relies on Delaware counsel such as Pepper Hamilton to be involved in all aspects of each bankruptcy proceeding;

(b)   preparing, reviewing and/or commenting on drafts of documents to ensure compliance with local rules, practices, and procedures;

(c)   appearing in Court hearings and at any meeting with the U.S. Trustee and any meeting of creditors at any given time on behalf of the Committee as their co-counsel;

(d)   performing various services in connection with the administration of these Chapter 11 Cases, including, without limitation, (i) preparing certificates of no objection, certifications of counsel, notices of fee applications and hearings, and hearing binders of documents and pleadings, (ii) monitoring the docket for filings and coordinating with Akin Gump on pending matters that need responses, (iii) preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates and other matters and the deadlines associated with the same, (iv) handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these Chapter 11 Cases and coordinating with Akin Gump on any necessary responses, and (v) providing additional administrative support to Akin Gump, as requested;

(e)   providing litigation services to the Committee as requested by the Committee or Akin Gump;

(f)   participating in calls and meetings with the Committee, the Debtors and other interested parties in these Chapter 11 Cases;

(g)   assisting the Committee as conflicts counsel, should the need arise; and

(h)   performing all other services assigned by the Committee, in consultation with Akin Gump, to Pepper Hamilton as co-counsel counsel to the Committee.

20.    In accordance with Part F of the U.S. Trustee Guidelines, Pepper Hamilton is proposed to serve as co-counsel for the Committee with Akin Gump as lead counsel. To be clear, Pepper Hamilton expects that Akin Gump shall have primary responsibility for the services

#35987945 v4

disclosed in the Committee's application to retain Akin Gump filed with the Court. That being said, Pepper Hamilton also expects that it will be asked to provide substantive advice and services to the Committee. In such instances, Pepper Hamilton intends to work closely with Akin Gump to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

      21.    The retention of Pepper Hamilton as co-counsel to the Committee will result in savings for the Debtors' estates because of Pepper Hamilton's competitive fee structure. Moreover, because Pepper Hamilton maintains an office in Wilmington, Delaware, the retention of Pepper Hamilton as co-counsel to the Committee will result in additional costs savings for the estates since the Delaware attorneys at Pepper Hamilton will not need to bill for travel time or expenses related to such travel.[3]

      22.    Pepper Hamilton will represent no entity other than the Committee in connection with the Debtors' Chapter 11 Cases. However, Pepper Hamilton reserves the right to represent any successor in interest to the Committee or the unsecured creditors that is formed pursuant to a confirmed plan in these Chapter 11 Cases or a creditor trust agreement.

## FURTHER DISCLOSURES

      I will amend this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.

---

[3] Furthermore, pursuant to Local Rules 9010-l(c) and 9010-1(d), the Committee is required to retain Delaware counsel.

#35987945 v4

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Dated:  October 27, 2015

David B. Stratton, Esq.

#35987945 v4

## EXHIBIT 1

### (SEARCHED PARTIES)

| Party Name | Role in Bankruptcy Case / Firm |
|---|---|
| 1021 Lincoln Road, Ltd | Landlords of the debtors |
| 1955 South Casino Drive Holdings LLC | Landlords of the debtors |
| 1st Place Team Sales, Inc. | Other parties in interest not otherwise listed |
| 3 Times Square Associates, LLC | Holders of the 30 largest unsecured claims / Landlords of the debtors |
| 404 West LLC | Holders of the 30 largest unsecured claims / Landlords of the debtors |
| 54th Street Holdings SARL | Non-Debtor Affiliates |
| 570 Main Street, LLC | Landlords of the debtors |
| 740 Associates Ltd | Landlords of the debtors |
| ABW Holdings LLC | Landlords of the debtors |
| ACE American Insurance Company | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Adrem | Major/critical vendors of the debtors |
| Advanced Series Trust | US Unsecured Notes |
| Affiliated FM Insurance Company | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Agnes, Pierre | Directors / Officers and Managers |
| AIT Freight Systems Inc | Major/critical vendors of the debtors |
| Akin Gump Strauss Hauer & Feld LLP | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties |
| Alfred A. Hunt Trusts | Landlords of the debtors |
| AllianceBernstein L.P. | Euro Notes / US Secured Notes |
| Allianz Global Investment of America LP | Euro Notes |
| Allianz SE | US Unsecured Notes |
| Allied World Assurance Company (U.S.) Inc. | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Alps Advisors Inc | Euro Notes |
| Amazon | Major customers of the debtors |
| Americredit Financial Services | Landlords of the debtors |
| Anhui Z and A Import and Export Co | Major/critical vendors of the debtors |
| Annapolis Mall Limited Partnership | Landlords of the debtors |
| Anne Arundel County | Local, State and Federal Taxing Authorities |
| Aptos, Inc. | Major/critical vendors of the debtors |
| Arakelian Enterprises, Inc. | Major Utility providers of the debtor |
| Arden Asset Management | US Secured Notes / Euro Notes |
| Arizona Department of Revenue | Local, State and Federal Taxing Authorities |
| Arthur J Gallagher & Co Insurance | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Asian Sourcing International Ltd | Major/critical vendors of the debtors |
| Aspiration Clothing | Major/critical vendors of the debtors |
| AST HIGH YIELD | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| AT&T | Major Utility providers of the debtor |
| Aventura Mall Venture (Turnberry) | Landlords of the debtors |
| AXA | Euro Notes |
| Banc of America Leasing Commercial | Landlords of the debtors |

| | |
|---|---|
| Bank of America Merrill Lynch | US Secured Notes |
| Bank of America, N.A. | Global ABL / Cash Management Banks (other than Lenders) |
| Bank of Montreal | US Secured Notes |
| Barnum, William | Directors |
| Baruch LLC | Landlords of the debtors |
| Beetz, Bernd | Former Directors (3 years) |
| Berardino, Joseph | Directors |
| BGE | Major Utility providers of the debtor |
| Biarritz Holdings SARL | Non-Debtor Affiliates |
| Boardrider S.A. | Non-Debtor Affiliates |
| Boardriders Club Bratislava s.r.o. | Non-Debtor Affiliates |
| BofA Merrill Lynch | US Secured Notes |
| Bolar Hirsch & Jennings LLP | Major/critical vendors of the debtors |
| Boulevard Invest LLC | Landlords of the debtors |
| BPI Financial Corp | Euro Notes |
| Brighthouse Network | Major Utility providers of the debtor |
| Broward County Revenue Collector | Local, State and Federal Taxing Authorities |
| Bruejnes, Andrew | Officers and Managers |
| Buchbinder, David, Trial Attorney | Judges and Trustees |
| C & K Trading Co., Ltd. | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| C&K Broadway 519 LLC | Landlords of the debtors |
| California State Board of Equalization | Local, State and Federal Taxing Authorities |
| California State Controller's Office | Local, State and Federal Taxing Authorities |
| Calvin Felder | Landlords of the debtors |
| Canyon Crossing Dunhill LLC | Landlords of the debtors |
| Carey, Kevin J., Judge | Judges and Trustees |
| Caribbean Pty. Ltd. | Non-Debtor Affiliates |
| Caribo SARL | Non-Debtor Affiliates |
| Carmichael International Service | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Casey, Linda, Trial Attorney | Judges and Trustees |
| Caya, Linnsey | Officers and Managers |
| CCH Incorporated | Major/critical vendors of the debtors |
| Central Hudson Gas & Electric Corp | Major Utility providers of the debtor |
| Chambolle, Thomas | Officers and Managers |
| Charles Young | JV Counterparties |
| Charleston County Treasurer | Local, State and Federal Taxing Authorities |
| Charleston Water System | Major Utility providers of the debtor |
| Charlotte Outlets LLC | Landlords of the debtors |
| Chelsea Las Vegas Holdings LLC | Landlords of the debtors |
| China Smart Garment Limited | Major/critical vendors of the debtors |
| Ching Kung Him Wo Garment | Major/critical vendors of the debtors |
| Chloelys Investment Ltd. | Non-Debtor Affiliates |
| Cisco WebEx, LLC | Major Utility providers of the debtor |
| City of Auburn Hills | Local, State and Federal Taxing Authorities |
| City of Charleston | Local, State and Federal Taxing Authorities |

| | |
|---|---|
| City of Elizabeth | Local, State and Federal Taxing Authorities |
| City of Huntington Beach | Local, State and Federal Taxing Authorities |
| City of Katy | Local, State and Federal Taxing Authorities |
| City of Lakewood | Local, State and Federal Taxing Authorities |
| City of Las Vegas | Local, State and Federal Taxing Authorities |
| City of Los Angeles | Local, State and Federal Taxing Authorities |
| City of Miami Beach | Major Utility providers of the debtor |
| CITY OF NEW YORK FIRE COMMINGLED ACCOUNT HIGH YIELD | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| CITY OF NEW YORK POLICE PENSION FUND HIGH YIELD | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| CITY OF NEW YORK TEACHERS RETIREMENT SYSTEM HIGH YIELD | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| City of Orlando | Local, State and Federal Taxing Authorities |
| City of Pasadena | Major Utility providers of the debtor / Local, State and Federal Taxing Authorities |
| City of Philadelphia | Local, State and Federal Taxing Authorities |
| City of Richmond | Local, State and Federal Taxing Authorities |
| City of Santa Monica | Major Utility providers of the debtor / Local, State and Federal Taxing Authorities |
| City of Seattle | Local, State and Federal Taxing Authorities |
| City of Sunrise | Local, State and Federal Taxing Authorities |
| City of Sweetwater | Local, State and Federal Taxing Authorities |
| City of Torrance | Local, State and Federal Taxing Authorities |
| City of Winnipeg | Local, State and Federal Taxing Authorities |
| Clark County Assessor | Local, State and Federal Taxing Authorities |
| Clark County Department of Business | Local, State and Federal Taxing Authorities |
| Clarke, Michael | Directors |
| Coins International Co. Ltd. | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Colorado Department of Revenue | Local, State and Federal Taxing Authorities |
| Colorado Mills Mall Limited Partnership | Landlords of the debtors |
| Columbia Retail Dulles LLC | Pop-Up Stores |
| Comed | Major Utility providers of the debtor |
| Comercial Madison SA | Major customers of the debtors |
| Commissioner of Revenue Services | Local, State and Federal Taxing Authorities |
| Commonwealth of Virginia | Local, State and Federal Taxing Authorities |
| Comptroller of Maryland | Major/critical vendors of the debtors |
| Computershare Technology Services | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Comtrans LTD | Landlords of the debtors |
| Consolidated Communications | Major Utility providers of the debtor |
| Consolidated Edison, Inc. | Major Utility providers of the debtor |
| Constellation New Energy, Inc. | Major Utility providers of the debtor |
| Continental Casualty Company | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Cores Accessories Ltd | Major/critical vendors of the debtors |
| Corporation Service Company | Major/critical vendors of the debtors |
| County of Orange | Local, State and Federal Taxing Authorities |

#35987945 v4

| | |
|---|---|
| County of Santa Clara | Local, State and Federal Taxing Authorities |
| County of Ventura | Local, State and Federal Taxing Authorities |
| Cox, Natalie, Trial Attorney | Judges and Trustees |
| CP Deerfield LLC | Landlords of the debtors |
| CPG Houston Holdings | Landlords of the debtors |
| CPG Mercedes LP | Landlords of the debtors |
| CPG Partners, LP | Holders of the 30 largest unsecured claims / Landlords of the debtors |
| CR&R Inc | Major Utility providers of the debtor |
| Craig Realty Group Citadel LLC | Landlords of the debtors |
| Craig Realty Group Woodburn LLC | Landlords of the debtors |
| Credit Agricole | US Secured Notes |
| CT Corporation System | Local, State and Federal Taxing Authorities |
| Dalian Utec Dress Co | Major/critical vendors of the debtors |
| Dane Reynolds Inc | Major/critical vendors of the debtors |
| Danke Bank | US Secured Notes |
| Danske Bank | Euro Notes |
| Danske Bank A/S | US Unsecured Notes |
| David Piwonka, RTA Cypress | Local, State and Federal Taxing Authorities |
| DC (Shanghai) Commercial Co. Ltd. | Non-Debtor Affiliates |
| DC Direct, Inc. | Debtors |
| DC Shoes (Hong Kong) Ltd. | Non-Debtor Affiliates |
| DC Shoes (NZ) Limited | Non-Debtor Affiliates |
| DC Shoes Australia Pty. Ltd. | Non-Debtor Affiliates |
| DC Shoes, Inc. | Debtors |
| Del Amo Fashion Center Operating Company | Landlords of the debtors |
| Delaware Secretary of State | Local, State and Federal Taxing Authorities |
| Deloitte & Touche Products Company | Major/critical vendors of the debtors |
| Deloitte Tax LLP | Major/critical vendors of the debtors |
| Deltina Trading Pty Ltd | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Dept. of Financial Services State of Florida | Local, State and Federal Taxing Authorities |
| Destiny USA Holdings, LLC | Landlords of the debtors |
| Deustche Bank AG, London Branch | Euro Notes |
| Deutsche Bank Luxembourg S.A. | Euro Notes |
| Deutsche Trustee Company Limited | Euro Notes |
| Disneyland Resort | Landlords of the debtors |
| Distribution s.r.o. | Non-Debtor Affiliates |
| Diversified Distribution Systems | Major/critical vendors of the debtors |
| Dolan, Elizabeth | Former Directors (3 years) |
| Dolphin Mall Associates | Landlords of the debtors |
| Domex Co. Ltd | Major/critical vendors of the debtors |
| Dragon Crowd Garment Inc | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Drop In SARL | Non-Debtor Affiliates |
| Dubhe Corporation | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |

-4-

#35987945 v4

| | |
|---|---|
| Duff & Phelps LLC | Major/critical vendors of the debtors |
| Duke Energy Florida Inc | Major Utility providers of the debtor |
| Dydrek Enterprises | Major/critical vendors of the debtors |
| E.J. Harrison & Sons | Major Utility providers of the debtor |
| East End Apparels | Major/critical vendors of the debtors |
| Eastern Municipal Water District | Major Utility providers of the debtor |
| Eastman Exports Global Clothing | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Efigest Asset Management | Euro Notes |
| El Paso Outlet Center LLC | Landlords of the debtors |
| Ellis, James | Former Directors (3 years) |
| Emerald Coast | Non-Debtor Affiliates |
| Endurance Risk Solutions Assurance Co. | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Entertainment Center Development LLC | Landlords of the debtors |
| Everglory Int Grp App Inc | Major/critical vendors of the debtors |
| Exon, Charles | Former Officers (1 year) / Former Directors (3 years) |
| Expeditors Intl | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| F.J. Felder | Landlords of the debtors |
| F/C Gilroy Development LLC | Landlords of the debtors |
| Famous Footwear | Major customers of the debtors |
| Fashion Outlet of Las Vegas, LLC | Landlords of the debtors |
| Fashion Outlets of Chicago, LLC | Landlords of the debtors |
| Federal Express Corp | Major/critical vendors of the debtors |
| Federal Insurance Company | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Federal Realty Investment Trust | Pop-Up Stores |
| Federal Wage & Labor Law Institute | Local, State and Federal Taxing Authorities |
| Fidra, Inc. | Debtors |
| First & Lenora LLC | Landlords of the debtors |
| First Queensborough Shopping Centres Ltd. | Landlords of the debtors |
| Fistral Oy | Non-Debtor Affiliates |
| Florida Department of Revenue | Local, State and Federal Taxing Authorities |
| Florida Mall Assoc. LTD | Landlords of the debtors |
| Florida Power & Light Company | Major Utility providers of the debtor |
| Fort Bend County Tax | Local, State and Federal Taxing Authorities |
| Fox, Timothy J., Jr., Trial Attorney | Judges and Trustees |
| FR Crow Canyon, LLC | Pop-Up Stores |
| FTI Consulting, Inc. | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties |
| Full Creative Co., Ltd | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Fun Tees | Major/critical vendors of the debtors |
| FW CA-Bay Hill Shopping Center LLC | Pop-Up Stores |
| G&S Realty I, LLC | Landlords of the debtors |
| Gaslamp Phase One, LLC | Landlords of the debtors |
| GE Capital Finance Pty Ltd | Global ABL |
| GE Capital Markets | Global ABL |
| General Electric Capital Corporation | Global ABL |

#35987945 v4

| | |
|---|---|
| Genesco | Major customers of the debtors |
| Genevieve S. Felder | Landlords of the debtors |
| Georgia Department of Revenue | Local, State and Federal Taxing Authorities |
| Geotag | Other parties in interest not otherwise listed |
| Gila River Indian Community | Local, State and Federal Taxing Authorities |
| Gila River Telecommunications | Major Utility providers of the debtor |
| Glendale Galleria Mall | Landlords of the debtors |
| Glimcher Malibu, LLC | Landlords of the debtors |
| Global Brands Group | Former Member of the Committee |
| Glorious Sun Licensing Limited | Other parties in interest not otherwise listed |
| Glorious Sun Overseas Company Limited | JV Counterparties |
| Golden Bond Inc. Limited | Major/critical vendors of the debtors |
| Gordon Brothers Retail Partners, LLC | Possible purchasers/investors and liquidators |
| Granite Telecommunications, LLC | Major Utility providers of the debtor |
| Great Northern Insurance Company | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Gross, Kevin, Judge | Judges and Trustees |
| GST Global Sports Tech | Major/critical vendors of the debtors |
| Guggenheim Funds Distributors | US Secured Notes |
| Gulf Coast Factory Shops Limited Partnership | Landlords of the debtors |
| Gulf Power Company | Major Utility providers of the debtor |
| Haapiti SRL | Non-Debtor Affiliates |
| Hackman, Benjamin, Trial Attorney | Judges and Trustees |
| Halele'a Family Limited Partnership | Landlords of the debtors |
| Halelea Family Limited Partnership | Landlords of the debtors |
| Hanalei NV | Non-Debtor Affiliates |
| Hancock Bank Trust Department | US Secured Notes |
| Harris Associates LP | US Secured Notes / US Unsecured Notes |
| Harris County | Local, State and Federal Taxing Authorities |
| Harris-Fort Bend M.U.D. #4 | Local, State and Federal Taxing Authorities |
| Hawaii Department of Tax | Local, State and Federal Taxing Authorities |
| Hawaii State Tax Collector | Local, State and Federal Taxing Authorities |
| Hawaiian Electric Co, Inc. | Major Utility providers of the debtor |
| Hawaiian Telecom Inc | Major Utility providers of the debtor |
| Hawk Designs, Inc. | Debtors |
| Hays County Tax Office | Local, State and Federal Taxing Authorities |
| Healy, Greg | Officers and Managers |
| Hilco Merchant Resources, LLC | Possible purchasers/investors and liquidators |
| Hilco Real Estate LLC | Landlords of the debtors |
| Hoadley Regency LLC | Pop-Up Stores |
| Holman, Brad | Former Directors (3 years) |
| Hong Kong Hesheng Intl | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Horizon Group Properties | Landlords of the debtors |
| Hotchkis & Wiley Capital Management | US Secured Notes / US Unsecured Notes |
| Houlihan Lokey Capital Inc. | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties |

| HSF Program | Local, State and Federal Taxing Authorities |
|---|---|
| IESI NY Corporation | Major Utility providers of the debtor |
| Illinois Department of Revenue | Local, State and Federal Taxing Authorities |
| Industrial Property Fund VII, LLC | Landlords of the debtors |
| Industrial Retail Group (IRG) | Major Utility providers of the debtor |
| ING Groep NV | US Unsecured Notes / Euro Notes |
| ING International Advisory SA | US Secured Notes / US Unsecured Notes / Euro Notes |
| Internal Revenue Service | Local, State and Federal Taxing Authorities |
| Internatigonal Environmental | Major Utility providers of the debtor |
| Invesco Ltd | Equity holders (holding stake of 5% or more) |
| Ivanhoe Cambridge II Inc. | Landlords of the debtors |
| Ivanhoe Cambridge Inc. | Landlords of the debtors |
| J.A. Stowell Construction, Inc. | Major/critical vendors of the debtors |
| Jade Kingdom International Ltd | Major/critical vendors of the debtors |
| Janus Capital Management | US Secured Notes |
| Janus Capital Management LLC | US Unsecured Notes |
| Janus Capital Trust Mgmt Ltd | Euro Notes |
| Jefferson County Treasurer | Local, State and Federal Taxing Authorities |
| Jersey Central Power & Light (JCP&L) | Major Utility providers of the debtor |
| Jersey Shore Premium Outlets, LLC | Landlords of the debtors |
| JG Elizabeth, LLC | Landlords of the debtors |
| JHF II-SPI-HIGH YIELD | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| Jingzhou Mountain Leave Group | Major/critical vendors of the debtors |
| Johnson, Craig | Officers and Managers |
| Journey's | Major customers of the debtors |
| JT Tech | Major Utility providers of the debtor |
| Kapilla Clothing Corp | Major/critical vendors of the debtors |
| KAPITALFORENINGEN TRP INVEST GLOBAL HIGH YIELD | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| Katy Mills Mall Limited Partnership | Landlords of the debtors |
| Kaua'i Island Utility Cooperative | Major Utility providers of the debtor |
| Kauai GmbH | Non-Debtor Affiliates |
| Kenney, Mark, Trial Attorney | Judges and Trustees |
| Kentucky State Treasurer | Local, State and Federal Taxing Authorities |
| Keter Environmental Services, Inc | Major Utility providers of the debtor |
| KHQ Investment LLC | Major/critical vendors of the debtors |
| King County Treasury | Local, State and Federal Taxing Authorities |
| King Graphics | Major/critical vendors of the debtors |
| Kirkland & Ellis | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties |
| Kokolo SARL | Non-Debtor Affiliates |
| Kurtzman Carson Consultants | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties |
| La Luminarc International Company | Major/critical vendors of the debtors |
| Laguna Beach Center LLC | Landlords of the debtors |
| Lahain Waterfront LLC | Landlords of the debtors |
| Lakeland Square Mall LLC | Pop-Up Stores |
| Lanai, Ltd. | Non-Debtor Affiliates |

#35987945 v4

| | |
|---|---|
| Langman, Steven | Directors |
| Le Carrefour Laval Leaseholds, Inc (Cadillac Fairview) | Landlords of the debtors |
| Leamy, Jane, Trial Attorney | Judges and Trustees |
| Lee County Tax Collector | Local, State and Federal Taxing Authorities |
| LEED Advisors, Inc. | Major/critical vendors of the debtors |
| Lehi City Utilities | Major Utility providers of the debtor |
| Level 3 Communications, LLC | Major Utility providers of the debtor |
| Live Nation Merchandise Inc | Other parties in interest not otherwise listed |
| Lloyd's of London | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Loma Alta Corporation | Landlords of the debtors |
| Los Angeles County Tax Collector | Local, State and Federal Taxing Authorities |
| Los Angeles Department of Water | Major Utility providers of the debtor |
| LUCENT TECHNOLOGIES, INC. MASTER PENSION TRUST | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| Macerich Oaks LLC | Landlords of the debtors |
| Macys | Major customers of the debtors |
| Mailroom Finance, Inc | Major/critical vendors of the debtors |
| Main Bridge | Non-Debtor Affiliates |
| Manulife Asset Management | US Unsecured Notes / US Secured Notes |
| MARMAXX | Major customers of the debtors |
| Massachusetts Department of Revenue | Local, State and Federal Taxing Authorities |
| Massive Prints | Major/critical vendors of the debtors |
| Maui Disposal | Major Utility providers of the debtor |
| McAndrews, Barbara | Officers and Managers |
| McCollum, Hannah M., Trial Attorney | Judges and Trustees |
| MCD-RC CA-El Cerrito LLC | Pop-Up Stores |
| McInnes Cooper | Local, State and Federal Taxing Authorities |
| McKnight, Robert | Directors / Holders of the 30 largest unsecured claims |
| Meco | Major Utility providers of the debtor |
| MegaPath Inc. | Major Utility providers of the debtor |
| Meribel SAS | Non-Debtor Affiliates |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Global ABL |
| Merry Link Development | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Mesa Water District | Major Utility providers of the debtor |
| Mettler, Robert | Former Directors (3 years) |
| Miami Dade County | Local, State and Federal Taxing Authorities |
| Miami Dade Fire Rescue Department | Local, State and Federal Taxing Authorities |
| Milen, LLC | Landlords of the debtors |
| Min Heng Apparel Ltd | Major/critical vendors of the debtors |
| Minister of Finance (Manitoba) | Local, State and Federal Taxing Authorities |
| Minister of Revenue of Quebec | Local, State and Federal Taxing Authorities |
| Ministry of Finance of Quebec | Local, State and Federal Taxing Authorities |
| Miromar Outlet East, LLC | Landlords of the debtors |
| Molokai Ltd. | Non-Debtor Affiliates |
| Mooney, Andrew | Former Officers (1 year) |

-8-

| | |
|---|---|
| Mooney, Andrew P. | Holders of the 30 largest unsecured claims |
| Morgan Stanley | US Secured Notes |
| Morgan Stanley Dean Witter Advisors Inc | US Secured Notes |
| Morgan Stanley Investment Management | Euro Notes |
| Mountain & Wave SARL | Non-Debtor Affiliates |
| Mt Shasta Mall | Pop-Up Stores |
| | Debtors |
| Mt. Waimea, Inc. | |
| Na Pali SAS | Non-Debtor Affiliates |
| Na Pall Europe SARL | Non-Debtor Affiliates |
| Namotu, Ltd | Non-Debtor Affiliates |
| National Union Fire Insurance Company of Pittsburgh | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Nebraska Department of Revenue | Local, State and Federal Taxing Authorities |
| Nevada Department of Taxation | Local, State and Federal Taxing Authorities |
| Nevada Power Company | Major Utility providers of the debtor |
| New Generation Advisors, LLC | Committee Member |
| New Jersey Division of Revenue | Local, State and Federal Taxing Authorities |
| New Pier Trading Ltd. | Non-Debtor Affiliates |
| New York City Department of Finance | Local, State and Federal Taxing Authorities |
| NEW YORK CITY EMPLOYEES RETIREMENT SYSTEMS ENHANCED YIELD | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| New York Department of Taxation | Local, State and Federal Taxing Authorities |
| New York State Comptroller | Local, State and Federal Taxing Authorities |
| New York State Sales Tax | Local, State and Federal Taxing Authorities |
| NewPark Mall, LP | Pop-Up Stores |
| Newtimes Far East | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| NexEra Energy | Major Utility providers of the debtor |
| Ningbo Isun Fashion Co Ltd | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Ningbo Seduno Import & Export Company, Ltd | Major/critical vendors of the debtors |
| NJ Natural Gas Co | Major Utility providers of the debtor |
| North Carolina Department of Revenue | Local, State and Federal Taxing Authorities |
| Northstar Sourcing Group HK Ltd | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Northwest Natural Gas Company | Major Utility providers of the debtor |
| O'Melveny & Myers LLP | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Oaktree Capital Management | Possible purchasers/investors and liquidators |
| Office of Finance, City of Los Angeles | Local, State and Federal Taxing Authorities |
| Offshore Exploration and Production, LLC | Equity holders (holding stake of 5% or more) |
| Ohio Department of Taxation | Local, State and Federal Taxing Authorities |
| Oklahoma Tax Commission | Local, State and Federal Taxing Authorities |
| Ontario Mills Limited Partnership | Landlords of the debtors |
| Ontrea, Inc (Cadillac Fairview) | Landlords of the debtors |
| Orange & Rockland Utilities Inc | Major Utility providers of the debtor |

| | |
|---|---|
| Orange County Tax Collector | Local, State and Federal Taxing Authorities |
| Orange County Treasurer | Local, State and Federal Taxing Authorities |
| Original JY&T Co Ltd | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Orlando Outlet Owner LLC | Landlords of the debtors |
| Orlando Utilities Commission (OUC) | Major Utility providers of the debtor |
| Oswald M. Treutler Holding LTD | Landlords of the debtors |
| Outlets at Traverse Mountain, LLC | Landlords of the debtors |
| Outrigger Hotel and Resorts | Landlords of the debtors |
| Outrigger Hotels Hawaii | Landlords of the debtors |
| Owens Sportswear Co Ltd | Major/critical vendors of the debtors |
| Pachulski Stang Ziehl and Jones, LLP | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties |
| Pacific Gas and Electric Company | Major Utility providers of the debtor |
| PacifiCorp | Major Utility providers of the debtor |
| PAETEC (Windstream Corporation) | Major Utility providers of the debtor |
| Paragon Outlets Livermore Valley LLC | Landlords of the debtors |
| Parigi Group Ltd – Roxy Girls | Major/critical vendors of the debtors |
| Park City Municipal Corp. | Major Utility providers of the debtor / Local, State and Federal Taxing Authorities |
| Party City Municipal Corp | Local, State and Federal Taxing Authorities |
| Patricia Stockman-Sann | Other parties in interest not otherwise listed |
| Patton, Tiiara, Trial Attorney | Judges and Trustees |
| Pavilion Prod. Pty. Ltd. | Non-Debtor Affiliates |
| PENN SERIES-HIGH YIELD BOND FUND | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| Pennsylvania Department of Revenue | Local, State and Federal Taxing Authorities |
| Permal Asset Management LLC | US Secured Notes / Euro Notes |
| Peschke Realty Associates LLC | Landlords of the debtors |
| Peter J. Solomon | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties |
| PG&E | Major Utility providers of the debtor |
| Phoenix Premium Outlets Exchange, LLC | Landlords of the debtors |
| Pilot SAS | Non-Debtor Affiliates |
| Pimco Canada Corp | US Secured Notes |
| Pinebridge Investments EUrope | US Unsecured Notes |
| Pinewood Palm Beach Retail LLC | Landlords of the debtors |
| Pitkin County Treasurer | Local, State and Federal Taxing Authorities |
| PORTICO BENEFIT SERVICES UNSCREENED - HIGH YIELD | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| Premiere Global Services, Inc. (PGi) | Major Utility providers of the debtor |
| Prime Outlets at Pismo Beach LLC | Landlords of the debtors |
| PRIMECAP Management Company | Equity holders (holding stake of 5% or more) |
| Principle Life Insurance Co | Landlords of the debtors |
| Propel Insurance | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Prospect Development LP | Landlords of the debtors |
| Prudential Retirement Insurance and Annuity | US Unsecured Notes |

-10-

| | |
|---|---|
| PT Busana Prima Global | Major/critical vendors of the debtors |
| PT Quiksilver | Non-Debtor Affiliates |
| PT Tyfountex Indonesia | Major/critical vendors of the debtors |
| Puget Sound Energy | Major Utility providers of the debtor |
| Pukalani BV | Non-Debtor Affiliates |
| Putian Xinxiesheng Footwear Co. Ltd | Holders of the 30 largest unsecured claims |
| Putian Xinxiesheng Footwear Co. Ltd | Major/critical vendors of the debtors |
| QS Holdings SARL | Non-Debtor Affiliates |
| QS Optics, Inc. | Debtors |
| QS Retail (NZ) Limited | Non-Debtor Affiliates |
| QS Retail (Taiwan) Ltd. | Non-Debtor Affiliates |
| QS Retail (Thailand) Ltd. | Non-Debtor Affiliates |
| QS Retail, Inc. | Debtors |
| QS Retail, Pty. Ltd. | Non-Debtor Affiliates |
| QS Wholesale, Inc. | Debtors |
| QSBR Inudstria e Comerico de Artigos Esportivos Ltda. | Non-Debtor Affiliates |
| QSJ Holdings Pty. Ltd. | Non-Debtor Affiliates |
| QTNP Apparels JSC | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Queen Emma Land Company | Landlords of the debtors |
| Queens Market LLC | Landlords of the debtors |
| Questar Gas | Major Utility providers of the debtor |
| Quiksilver Asia Sourcing Co Ltd. | Non-Debtor Affiliates |
| Quiksilver Asia Sourcing Ltd. | Non-Debtor Affiliates |
| Quiksilver Aus. Pty. Ltd. | Non-Debtor Affiliates |
| Quiksilver Canada Corp. | Non-Debtor Affiliates |
| Quiksilver Deluxe SARL | Non-Debtor Affiliates |
| Quiksilver Do Brasil Franqueadora Ltda. | Non-Debtor Affiliates |
| Quiksilver Entertainment, Inc. | Debtors |
| Quiksilver Foundation Australia Pt. Ltd. | Non-Debtor Affiliates |
| Quiksilver Glorious Ltd. | Non-Debtor Affiliates |
| Quiksilver Glorious Sun Apparels Ltd. | Non-Debtor Affiliates |
| Quiksilver Glorious Sun JV Ltd. | Non-Debtor Affiliates |
| Quiksilver Glorious Sun Licensing Ltd. | Non-Debtor Affiliates |
| Quiksilver Glorious Sun Trading | Non-Debtor Affiliates |
| Quiksilver Greater China Ltd. | Non-Debtor Affiliates |
| Quiksilver Home Base | Landlords of the debtors |
| Quiksilver Intl. Pty. Ltd | Non-Debtor Affiliates |
| Quiksilver Japan K.K. | Non-Debtor Affiliates |
| Quiksilver Roxy Korea Ltd. | Non-Debtor Affiliates |
| Quiksilver Singapore Ltd | Non-Debtor Affiliates |
| Quiksilver Travel | Non-Debtor Affiliates |
| Quiksilver Wetsuits, Inc. | Debtors |
| Quiksilver, Inc. | Debtors |
| Rainbow Environmental Services | Major Utility providers of the debtor |
| Rawaki sp. Zoo | Non-Debtor Affiliates |

#35987945 v4

| | |
|---|---|
| RCFL Anatasia LLC | Pop-Up Stores |
| Receiver General - GST | Local, State and Federal Taxing Authorities |
| Recology Golden Gate | Major Utility providers of the debtor |
| Regency Centers, LP | Pop-Up Stores |
| | Pop-Up Stores |
| Regency Petaluma LLC | |
| Republic Silver State Disposal Serv | Major Utility providers of the debtor |
| REQ8 Tassajara Crossing LLC | Pop-Up Stores |
| Rhonda Skipper, Tax Collector | Local, State and Federal Taxing Authorities |
| Rhone Capital III | Equity holders (holding stake of 5% or more) |
| Richardson Kontogouris Emerson LLP | Local, State and Federal Taxing Authorities |
| Riemer & Braunstein, LLP | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties |
| Riverside County Assessor | Local, State and Federal Taxing Authorities |
| Ross Stores, Inc. | Major customers of the debtors |
| Rossland Ten Corporation | Landlords of the debtors |
| Rouse F.S. LLC | Landlords of the debtors |
| Rouse Properties, Inc. | Pop-Up Stores |
| Rox Volleyball, Inc. | Other parties in interest not otherwise listed |
| Royal Waste Services, Inc | Major Utility providers of the debtor |
| RPAI Southwest Management LLC | Landlords of the debtors |
| RPI Chesterfield LLC | Pop-Up Stores |
| RSUI Indemnity Company | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| RW VA-Greenbriar Town Center LLC | Pop-Up Stores |
| Sacramento County | Local, State and Federal Taxing Authorities |
| Salish Network Inc | Major Utility providers of the debtor |
| Samil Tong Sang Co. | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Samis Foundation | Landlords of the debtors |
| San Bernardino County | Local, State and Federal Taxing Authorities |
| San Diego County | Local, State and Federal Taxing Authorities |
| San Diego Gas & Electric (SDG&E) | Major Utility providers of the debtor |
| San Francisco Public Utilities | Major Utility providers of the debtor |
| San Luis Obispo County Tax Collector | Local, State and Federal Taxing Authorities |
| Santocha Ltd. | Non-Debtor Affiliates |
| SAP Industries, Inc. | Major/critical vendors of the debtors |
| Sarkessian, Juliet, Trial Attorney | Judges and Trustees |
| Sawnee Electric Membership Corp | Major Utility providers of the debtor |
| SCE&G | Major Utility providers of the debtor |
| Schepacarter, Richard, Trial Attorney | Judges and Trustees |
| Schroder Investment Management | US Secured Notes |
| SCOR Global Investments SE | Euro Notes |
| Seattle City Light | Major Utility providers of the debtor |
| Second Horizon Group Limited Partnership | Landlords of the debtors |
| Selber Silverstein, Laurie, Judge | Judges and Trustees |
| Seminole Properties, LLC | Landlords of the debtors |
| Shannon, Brendan L., Chief Judge | Judges and Trustees |

#35987945 v4

| | |
|---|---|
| Sheico (Thailand) Co. Ltd. | Major/critical vendors of the debtors |
| Shields, Richard | Former Directors (3 years) / Former Officers (1 year) |
| Shoe Carnival Inc. | Major customers of the debtors |
| Silver Sands GL I LLC | Landlords of the debtors |
| Simon Property Group, Inc. | Committee Member |
| Simon/Chelsea Vegas Development | Landlords of the debtors |
| Simon/Premium | Landlords of the debtors |
| Skandia Investment Management | US Unsecured Notes |
| Smith Barney Consulting Group | US Secured Notes / US Unsecured Notes |
| SMUD | Major Utility providers of the debtor |
| Snohomish County PUD No 1 | Major Utility providers of the debtor |
| Snyderville Basin Water Reclamation District | Major Utility providers of the debtor |
| Societe Generale Corporate & Investment Banking | Euro Notes |
| Sontchi, Christopher S., Judge | Judges and Trustees |
| South Carolina Department of Revenue | Local, State and Federal Taxing Authorities |
| South Coast Plaza | Landlords of the debtors |
| South Walton Utility Co., Inc | Major Utility providers of the debtor |
| Southern California Edison Co | Major Utility providers of the debtor |
| Southern California Gas Company | Major Utility providers of the debtor |
| Southwest Gas Corporation | Major Utility providers of the debtor |
| Speaker, Paul | Former Directors (3 years) |
| Sport Chek International | Major customers of the debtors |
| Spring Hill Mall LLC | Pop-Up Stores |
| Sprint | Major Utility providers of the debtor |
| Srinivasa Fashions Pvt Ltd | Holders of the 30 largest unsecured claims |
| Srinivasa Fashions Pvt Ltd | Major/critical vendors of the debtors |
| Starr | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| State Comptroller | Local, State and Federal Taxing Authorities |
| State of California | Local, State and Federal Taxing Authorities |
| State of Michigan | Local, State and Federal Taxing Authorities |
| State of Minnesota Department of Revenue | Local, State and Federal Taxing Authorities |
| State of New Jersey | Local, State and Federal Taxing Authorities |
| Stone Harbor Investment | US Secured Notes |
| Stone Harbor Investment Part | US Unsecured Notes |
| Stone Harbor Investment Partners | Euro Notes |
| Sumbawa SL | Non-Debtor Affiliates |
| Sumec Textile and Light Industry Co. | Holders of the 30 largest unsecured claims |
| Summit County Treasurer | Local, State and Federal Taxing Authorities |
| Sun America Asset Management | US Unsecured Notes |
| Sunrise Mills Limited Partnership | Landlords of the debtors |
| Sunshine Diffusion SA | Non-Debtor Affiliates |
| Sustainable Solutions Group | Major Utility providers of the debtor |
| Sweet, Andrew | Directors / Former Directors (3 years) |
| SydInvest International | Euro Notes |

| | |
|---|---|
| T Rowe Price Associates | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| T. Rowe Price Credit Opportunities Fund | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| T. ROWE PRICE HIGH YIELD FUND | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| T. ROWE PRICE INSTITUTIONAL CREDIT OPPORTUNITIES FUND | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| T. ROWE PRICE U.S. HIGH YIELD TRUST | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| Tampa Westshore Associates LP | Landlords of the debtors |
| Tanger Properties Limited Partnership | Landlords of the debtors |
| Tanya Impex | Major/critical vendors of the debtors |
| Tarawa Lda. | Non-Debtor Affiliates |
| Taubman Auburn Hills Associated Limited Partnership | Landlords of the debtors |
| Taubman Realty Group LP | Landlords of the debtors |
| Tavarua SCI | Non-Debtor Affiliates |
| TD Asset Management | US Secured Notes |
| TD Asset Management Inc | US Unsecured Notes |
| Telecheck Services, Inc. | Major Utility providers of the debtor |
| Temeka Inc | Other parties in interest not otherwise listed |
| Tex Ray Industrial Co Ltd | Major/critical vendors of the debtors |
| Texas Comptroller of Public Accounts | Local, State and Federal Taxing Authorities |
| Texas State Comptroller | Local, State and Federal Taxing Authorities |
| The Irvine Company LLC | Landlords of the debtors |
| THE NEW AMERICA HIGH INCOME FUND | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| The Outlet Collection (Niagara) Ltd. | Landlords of the debtors |
| The Shops at Wailea, LP | Landlords of the debtors |
| Thomson Reuters | Major/critical vendors of the debtors |
| Time Warner Cable | Major Utility providers of the debtor |
| Tinker, T. Patrick, Assistant U.S. Trustee | Judges and Trustees |
| T-Mobile | Major Utility providers of the debtor |
| Tracy Mall Partners LP | Pop-Up Stores |
| Treasurer of Virginia | Local, State and Federal Taxing Authorities |
| Trico Disposal, Inc. | Major Utility providers of the debtor |
| TRP INSTITUTIONAL HIGH YIELD FUND | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| TRP SICAV GLOBAL HIGH YIELD BOND FUND | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| TRP SICAV II CREDIT OPPORTUNITIES FUND | US Unsecured Notes / Equity holders (holding stake of 5% or more) |
| TSLV LLC | Landlords of the debtors |
| U.S. Bank NA | Holders of the 30 largest unsecured claims / US Secured Notes / US Unsecured Notes |
| U.S. Specialty Insurance Company | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| UBS Investment Bank | Euro Notes |
| Uf Mfg. Co. (NZ) Ltd. | Non-Debtor Affiliates |
| Ug Mfg. Co. Pty. Ltd. | Non-Debtor Affiliates |
| Uluwatu Arps | Non-Debtor Affiliates |
| UMTT Pty. Ltd. | Non-Debtor Affiliates |

-14-

| | |
|---|---|
| Union Investment GMBH | Euro Notes |
| Universal CityWalk Hollywood | Landlords of the debtors |
| Universal Studios LLC | Landlords of the debtors |
| US Customs & Border Protection | Major/critical vendors of the debtors |
| Utah County Treasurer | Local, State and Federal Taxing Authorities |
| Utah State Tax Commission | Local, State and Federal Taxing Authorities |
| Valic Co I | US Unsecured Notes |
| Vanuatu GmbH | Non-Debtor Affiliates |
| Vara, Andrew R., Acting U.S. Trustee | Judges and Trustees |
| Varlow, Andrew T. | Landlords of the debtors |
| Verizon California | Major Utility providers of the debtor |
| Verizon New York | Major Utility providers of the debtor |
| Verizon Wireless Services, LLC | Major Utility providers of the debtor |
| Vertex, Inc. | Major/critical vendors of the debtors |
| Vickers, Alan | Former Officers (1 year) |
| Victory Footwear Co | Major/critical vendors of the debtors |
| Villa San Clemente LLC | Landlords of the debtors |
| Walrath, Mary F., Judge | Judges and Trustees |
| Walt Disney World Co | Landlords of the debtors |
| Washington State | Local, State and Federal Taxing Authorities |
| Waste Management Inc of Florida | Major Utility providers of the debtor |
| Waste Management of California, Inc. | Major Utility providers of the debtor |
| Waste Management of NW Florida | Major Utility providers of the debtor |
| Weihai Textile Import and Export Co | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| Wells Fargo Bank, N.A. | Global ABL / US Unsecured Notes |
| Wells Fargo Capital Finance Corporation Canada | Global ABL |
| Wells Fargo Securities | US Secured Notes |
| West County Commerce Realty Holding Co LLC | Landlords of the debtors |
| West County Commerce, LLC | Landlords of the debtors |
| Wilfrid Global Opportunity Fund | Committee Member |
| Willis Insurance Services | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Willis Insurance Services of CA | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Willis of New York, Inc | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Winners Apparel Ltd. | Major customers of the debtors |
| Woodholme Properties Limited Partnership | Pop-Up Stores |
| World Marketing, Inc. | Holders of the 30 largest unsecured claims / Other parties in interest not otherwise listed |
| WV Sub, LLC | Landlords of the debtors |
| Xiamen C&D Light Industry Co., Ltd | Holders of the 30 largest unsecured claims / Major/critical vendors of the debtors |
| XL Insurance America, Inc. | Insurance Carriers, Insurance Brokers, and Premium Finance Parties |
| Yusef Onder Erin | Other parties in interest not otherwise listed |
| Zhejiang Xishi Jiafang Textile Co. Ltd. | Holders of the 30 largest unsecured claims |

#35987945 v4

**EXHIBIT 2**

(DISCLOSURES)

| Name | Relationship to Debtors | Relationship to Pepper |
|---|---|---|
| ACE American Insurance Company | Insurance Carriers, Insurance Brokers, and Premium Finance Parties | Affiliate of a current client of the Firm (Ace Insurance Co.) in unrelated matters. |
| AXA | Euro Notes | Believed to be an affiliate of a current client of the Firm (AXA Private Equity) in an unrelated matter. |
| Banc of America Leasing Commercial<br><br>Bank of America, N.A. | Landlords of the debtors<br><br>Global ABL / Cash Management Banks (other than Lenders) | Affiliate of a current client of the Firm (Banc of America Merchant Services, LLC) in unrelated matters. |
| Casey, Linda, Esq. | Trial Attorney for the Office of the United States Trustee, Region 3 | Formerly employed by Pepper Hamilton. |
| CCH Incorporated | Major/critical vendors of the debtors | Former client of the Firm in an unrelated matter. |
| City of Philadelphia | Local, State and Federal Taxing Authorities | Current client of the Firm in unrelated matters. |
| City of Richmond | Local, State and Federal Taxing Authorities | Former client of the Firm in an unrelated matter. |
| Constellation New Energy, Inc. | Major Utility providers of the debtor | Believed to be an affiliate of a current client of the Firm (Constellation Energy Group) in an unrelated matter. |
| Corporation Service Company | Major/critical vendors of the debtors | Current client of the Firm in unrelated matters. |
| Destiny USA Holdings, LLC | Landlords of the debtors | Believed to be an affiliate of a former client of the Firm (Destiny USA) in unrelated matters. |
| Duff & Phelps LLC | Major/critical vendors of the debtors | Current client of the Firm in unrelated matters. |
| Emerald Coast | Non-Debtor Affiliates | Believed to be an affiliate of former client of the Firm (Hearthstone Senior Communities, Inc.) in unrelated matters. |

| General Electric Capital Corporation<br><br>GE Capital Markets<br><br>GE Capital Finance Pty Ltd | Global ABL | Former client of the Firm (GECC, Inc. / General Electric Company) in unrelated matters. |
|---|---|---|
| Gordon Brothers Retail Partners, LLC | Possible purchasers/investors and liquidators | Current client of the Firm in unrelated matters. |
| Granite Telecommunications, LLC | Major Utility providers of the debtor | Current client of the Firm in an unrelated matter. |
| Hilco Merchant Resources, LLC | Possible purchasers/investors and liquidators | Current client of the Firm in an unrelated matter. |
| ING Groep NV<br><br>ING International Advisory SA | US Unsecured Notes / Euro Notes<br><br>US Secured Notes / US Unsecured Notes / Euro Notes | Believed to be an affiliate of a current client of the Firm (ING Financial Services LLC) in an unrelated matter. |
| Kirkland & Ellis | Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties | Former client of the Firm in unrelated matters. |
| Level 3 Communications, LLC | Major Utility providers of the debtor | Former client of the Firm in unrelated matters. |
| Macerich Oaks LLC<br><br>Le Carrefour Laval Leaseholds, Inc. (Cadillac Fairview) | Landlords of the debtors<br><br>Landlords of the debtors | Believed to be an affiliate of a current client of the Firm (The Macerich Company) in unrelated matters. |
| Manulife Asset Management | US Unsecured Notes / US Secured Notes | Affiliate of a current client of the Firm (Manulife Asset Management (US) LLC) in unrelated matters. |
| McCollum, Hannah M., Esq. | Trial Attorney for the Office of the United States Trustee, Region 3 | Formerly employed by Pepper Hamilton. |
| MegaPath Inc. | Major Utility providers of the debtor | Believed to be an affiliate of a current client of the Firm (Comcast Corporation) in unrelated matters. |
| Morgan Stanley | US Secured Notes | Former client of the Firm in an unrelated matter. |

#35987945 v4

| Morgan Stanley Dean Witter Advisors Inc.<br><br>Morgan Stanley Investment Management | US Secured Notes<br><br>Euro Notes | Affiliate of a former client of the Firm (Morgan Stanley) in an unrelated matter. |
|---|---|---|
| Permal Asset Management LLC | US Secured Notes / Euro Notes | Believed to be an affiliate of a former client of the Firm (Legg Mason, Inc.) in an unrelated matter. |
| Pimco Canada Corp | US Secured Notes | Believed to be an affiliate of a current client of the Firm (SCC-Canyon II, LLC) in an unrelated matter. |
| Prudential Retirement Insurance and Annuity | US Unsecured Notes | Affiliate of a former client of the Firm (The Prudential Insurance Company of America) in unrelated matters. |
| SAP Industries, Inc. | Major/critical vendors of the debtors | Believed to be an affiliate of a current client of the Firm (Axon Solutions, Inc., SAP Services Division) in unrelated matters. |
| Societe Generale Corporate & Investment Banking | Euro Notes | Believed to be an affiliate of a current client of the Firm (ING Bank N.V.) in an unrelated matter. |
| Southern California Gas Company | Major Utility providers of the debtor | Former client of the Firm in an unrelated matter. |
| State of California | Local, State and Federal Taxing Authorities | Affiliate of a former client of the Firm ((CalSTRS) California Teachers Retirement System) in an unrelated matter. |
| State of Michigan | Local, State and Federal Taxing Authorities | Affiliate of a current client of the Firm (Michigan State University) in an unrelated matter. |
| Thomson Reuters | Major/critical vendors of the debtors | Current client of the Firm in unrelated matters. |
| U.S. Bank NA | Holders of the 30 largest unsecured claims / US Secured Notes / US Unsecured Notes | Former client of the Firm in an unrelated matter. |
| UBS Investment Bank | Euro Notes | Affiliate of a former client of the Firm (UBS Financial Services Inc.) in unrelated matters. |

#35987945 v4

| | | |
|---|---|---|
| Verizon Wireless Services, LLC<br><br>Verizon California<br><br>Verizon New York | Major Utility providers of the debtor | Former client of the Firm (Cellco Partnership D/B/A Verizon Wireless) in unrelated matters |
| Walt Disney World Co. | Landlords of the debtors | Former client of the Firm in unrelated matters. |
| Wells Fargo Bank, N.A.<br><br>Wells Fargo Capital Finance Corporation Canada<br><br>Wells Fargo Securities | Global ABL / US Unsecured Notes<br><br>Global ABL<br><br>US Secured Notes | Current client of the Firm (Wells Fargo Bank, N.A.) in unrelated matters. |
| XL Insurance America, Inc. | Insurance Carriers, Insurance Brokers, and Premium Finance Parties | Affiliate of a current client of the Firm (XL Insurance Company) in unrelated matters. |

#35987945 v4