# EXHIBIT B

**(Tucker Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------ x
                                                 :
In re:                                           :   Chapter 11
                                                 :
QUIKSILVER, INC., et al.,¹                       :   Case No. 15-11880 (BLS)
                                                 :
                       Debtors.                  :   Jointly Administered
                                                 :
                                                 :
------------------------------------------------ x
```

**DECLARATION OF RONALD M. TUCKER, AS REPRESENTATIVE OF SIMON PROPERTY GROUP, INC., CHAIRMAN OF THE COMMITTEE, IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF <u>QUIKSILVER, INC., *ET AL.*, *NUNC PRO TUNC* TO SEPTEMBER 28, 2015</u>**

I, Ronald M. Tucker, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. This declaration is being submitted in support of the Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP ("<u>Pepper Hamilton</u>") as Co-Counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Quiksilver, *et al*. (the "<u>Debtors</u>"), *Nunc Pro Tunc* to September 28, 2015 (the "<u>Application</u>").

2. Unless otherwise stated, I have personal knowledge of the facts set forth hereinafter. All capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

-2-

3.      On September 21, 2015, pursuant to Bankruptcy Code section 1102, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the initial Committee [Dkt. No. 129].[2]  On September 28, 2015, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Dkt. No. 163], appointing two additional creditors to the Committee.[3]

4.      Simon Property Group, Inc. ("Simon") was selected by the members of the Committee to be the Chair of the Committee.  I am the authorized representative of Simon participating on the Committee.

5.      The Committee interviewed several law firms interested in serving as counsel to the Committee in these Chapter 11 Cases.  During each interview, the Committee sought information with respect to each of the firms' bankruptcy and non-bankruptcy billing practices, hourly rates and experience.

6.      Ultimately, on September 28, 2015, the Committee selected Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") to serve as its lead counsel and Pepper Hamilton to serve as its co-counsel.

7.      Pepper Hamilton was selected to serve as co-counsel to the Committee based upon, among other things, its experience representing official committees in chapter 11 cases before this Court, its expertise in Delaware law and its hourly rates.

---

[2] The initial Committee was comprised of the following entities: (i) U.S. Bank National Association; (ii) New Generation Advisors, LLC; (iii) Samil Tong Sang, Co.; (iv) Simon Property Group, Inc.; and (v) Global Brands Group.

[3] The U.S. Trustee appointed T. Rowe Price Credit Opportunities Fund, Inc. and Wilfrid Global Opportunity Fund to the Committee on September 28, 2015.  Also on September 28, 2015, Global Brands Group resigned from the Committee.

8.  The Committee confirmed that (i) the Pepper Hamilton attorneys staffed to this engagement will not be charging a premium or in any way increasing their hourly rates over the fees charged to non-bankruptcy clients and (ii) the material terms for the engagement are comparable to terms of other comparably skilled professionals whom the Committee interviewed.

9.  The Committee and Pepper Hamilton expect to develop a prospective budget and staffing plan to reasonably comply the U.S. Trustee's request for information and additional disclosures, as to which they reserve all rights. The Committee has approved Pepper Hamilton's proposed hourly rates.

10. Throughout these cases, the Committee will supervise Pepper Hamilton's fees and expenses to manage costs. In particular, the Committee will review Pepper Hamilton's invoices and monthly applications for payment of fees and reimbursement of expenses. The Committee understands that Pepper Hamilton historically increases its hourly billing rates for its professionals and paraprofessionals periodically, typically as of January 1 of each year. The Committee has consented to such ordinary course rate increases.

11. The Committee has been advised that the primary Pepper Hamilton attorneys and paraprofessionals staffed on these cases, subject to modification depending upon further development, are as set forth below:

| Name | Title | Hourly Rate |
| --- | --- | --- |
| David B. Stratton | Partner | $790 |
| David M. Fournier | Partner | $720 |
| Angelo A. Stio III | Partner | $575 |
| John H. Schanne II | Associate | $425 |
| Christopher Lano | Paralegal | $250 |
| Rebecca S. Hudson | Paralegal | $210 |

#35990590 v2

-4-

12. Based on the foregoing, the Committee is of the opinion that it is necessary to employ Pepper Hamilton and that such employment is in the best interest of the Committee and the Debtors' estates.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*Ronald M. Tucker*
Name: Ronald M. Tucker

#35990590 v2