IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quiksilver, Inc., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Blue Diamond Crossing II, LLC ("Blue Diamond"), hereby appears in the above-captioned cases through its co-counsel, Rice Reuther Sullivan & Carroll, LLP and Ashby & Geddes, P.A., and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **RICE REUTHER SULLIVAN & CARROLL, LLP** | **ASHBY & GEDDES, P.A.** |
|---|---|
| David A. Carroll, Esq. | William P. Bowden, Esq. |
| Anthony J. DiRaimondo, Esq. | Aaron H. Stulman, Esq. |
| 3800 Howard Hughes Parkway, Suite 1200 | 500 Delaware Avenue, 8th Floor |
| Las Vegas, NV  89169 | P.O. Box 1150 |
| Telephone: (702) 732-9099 | Wilmington, DE  19899-1150 |
| Facsimile: (702) 732-7110 | Telephone:  (302) 654-1888 |
| Email: dcarroll@rrsc-law.com | Facsimile:  (302) 654-2067 |
| Email: adiraimondo@rrsc-law.com | Email: wbowden@ashby-geddes.com |
| | Email: astulman@ashby-geddes.com |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retails, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{01054479;v1 }

unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Blue Diamond intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Blue Diamond is or may be entitled under agreements in law or in equity.

Dated: October 28, 2015          **ASHBY & GEDDES, P.A.**

/s/ Aaron H. Stulman
William P. Bowden (#2553)
Aaron H. Stulman (#5807)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: astulman@ashby-geddes.com

-and-

**RICE REUTHER SULLIVAN & CARROLL, LLP**
David A. Carroll
Anthony J. DiRaimondo
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
Email: dcarroll@rrsc-law.com
Email: adiraimondo@rrsc-law.com

*Attorneys for Blue Diamond Crossing II, LLC*