# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | |
| In re: : | Chapter 11 |
| : | |
| QUIKSILVER, INC., *et al.*, : | Case No. 15-11880 (BLS) |
| : | |
| Debtors.[1] : | Jointly Administered |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:x | **Related Docket Nos. 17, 18, 19** |

## NOTICE OF FILING OF PROFESSIONAL FEES SUMMARY

PLEASE TAKE NOTICE that attached as <u>Exhibit A</u> hereto is the Professional Fee Summary filed in connection with the Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing The Debtors To (A) Obtain Postpetition Financing On A Super-Priority, Senior Secured Basis And (B) Use Cash Collateral, (II) Granting (A) Liens And Super-Priority Claims And (B) Adequate Protection To Certain Prepetition Lenders, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief (Docket No. 17).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: Wilmington, Delaware
October 28, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        /s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

774752-WILSR01A - MSW

**Quiksilver**
**ABL Perimeter**
**Professional Fees Summary**

QUIKSILVER

| ($000's) | Week # Scenario Week ending | Retainer | 1 Forecast 24-Oct-15 | 2 Forecast 31-Oct-15 | 3 Forecast 7-Nov-15 | 4 Forecast 14-Nov-15 | 5 Forecast 21-Nov-15 | 6 Forecast 28-Nov-15 | 7 Forecast 5-Dec-15 | 8 Forecast 12-Dec-15 | 9 Forecast 19-Dec-15 | 10 Forecast 26-Dec-15 | 11 Forecast 2-Jan-16 | 12 Forecast 9-Jan-16 | 13 Forecast 16-Jan-16 | Emergence 14 Forecast 23-Jan-16 | DIP Period 14-Week Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I. Fees Incurred** | | | | | | | | | | | | | | | | | |
| **Company Professionals** | | | | | | | | | | | | | | | | | |
| Peter J. Solomons (IB) | | 300 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 7,038 | 7,525 |
| FTI (FA) | | 250 | 300 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 1,200 | 3,900 |
| FTI (CRO) | | - | - | - | 125 | - | - | - | 125 | - | - | - | 125 | - | - | - | 375 |
| ICR (communications) | | 50 | - | 35 | - | - | - | 35 | - | - | - | 35 | - | - | - | 35 | 140 |
| Skadden Arps (Counsel) | | 250 | 200 | 200 | 200 | 200 | 200 | 200 | 500 | 200 | 200 | 200 | 200 | 500 | 200 | 200 | 3,400 |
| Pachulski (Eurobond Counsel) | | 150 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 700 |
| A&G (Real Estate) | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 750 | 750 |
| Subtotal | | 1,000 | 588 | 523 | 613 | 488 | 488 | 523 | 913 | 488 | 488 | 523 | 613 | 788 | 488 | 9,273 | 16,790 |
| **Bond Holder Professionals** | | | | | | | | | | | | | | | | | |
| IB | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Houlihan Lokey (FA) | | - | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 3,038 | 3,525 |
| Kirkland & Ellis (Counsel) | | - | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,750 |
| Subtotal | | - | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 3,163 | 5,275 |
| **ABL Professionals** | | | | | | | | | | | | | | | | | |
| IB | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Foreign Counsel | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Reimer (Counsel) | | - | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 20 | 20 | 20 | 610 |
| Subtotal | | - | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 20 | 20 | 20 | 610 |
| **Unsecured Creditor Committee Professionals** | | | | | | | | | | | | | | | | | |
| PJT (FA) | | - | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 2,038 | 2,525 |
| Akin Gump (Legal) | | - | 300 | 100 | 100 | 100 | 100 | 100 | 250 | 100 | 100 | 100 | 100 | 250 | 100 | 100 | 1,900 |
| Pepper Hamilton (Legal) | | - | 26 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 189 |
| Subtotal | | - | 364 | 150 | 150 | 150 | 150 | 150 | 300 | 150 | 150 | 150 | 150 | 300 | 150 | 2,150 | 4,614 |
| **Other Professionals** | | | | | | | | | | | | | | | | | |
| KCC (Claims Administrator) | | 30 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 560 |
| Fee Examiner | | - | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 70 |
| IP Valuation | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| U.S. Trustee | | - | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 140 |
| Subtotal | | 30 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 770 |
| **Total Fees Incurred** | | **1,030** | **1,219** | **940** | **1,030** | **905** | **905** | **940** | **1,480** | **905** | **905** | **940** | **1,030** | **1,325** | **875** | **14,660** | **28,059** |

**Quiksilver**
**ABL Perimeter**
**Professional Fees Summary**

($000's)

| | Subject to Holdback? | Week # Scenario Week ending | 1 Forecast 24-Oct-15 | 2 Forecast 31-Oct-15 | 3 Forecast 7-Nov-15 | 4 Forecast 14-Nov-15 | 5 Forecast 21-Nov-15 | 6 Forecast 28-Nov-15 | 7 Forecast 5-Dec-15 | 8 Forecast 12-Dec-15 | 9 Forecast 19-Dec-15 | 10 Forecast 26-Dec-15 | 11 Forecast 2-Jan-16 | 12 Forecast 9-Jan-16 | 13 Forecast 16-Jan-16 | Emergence 14 Forecast 23-Jan-16 | DIP Period 14-Week Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. Fees Disbursed** | | | | | | | | | | | | | | | | | |
| **Company Professionals** | 20% | | | | | | | | | | | | | | | | |
| Peter J. Solomons (IB) | YES | | - | 90 | - | - | - | - | 150 | - | - | - | 258 | - | - | - | 498 |
| FTI (FA) | YES | | - | 799 | - | - | - | - | 1,146 | - | - | - | 1,286 | - | - | - | 3,232 |
| FTI (CRO) | NO | | - | 125 | - | - | 125 | - | - | - | 125 | - | - | 125 | - | 125 | 625 |
| ICR (communications) | YES | | - | 84 | - | - | - | - | 56 | - | - | - | 70 | - | - | - | 210 |
| Skadden Arps (Counsel) | YES | | - | 960 | - | - | - | - | 1,040 | - | - | - | 1,510 | - | - | - | 3,510 |
| Pachulski (Eurobond Counsel) | YES | | - | 120 | - | - | - | - | 200 | - | - | - | 280 | - | - | - | 600 |
| A&G (Real Estate) | YES | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Subtotal | | | - | 2,178 | - | - | 125 | - | 2,592 | - | 125 | - | 3,405 | 125 | - | 125 | 8,675 |
| **Bond Holder Professionals** | | | | | | | | | | | | | | | | | |
| IB | NO | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Houlihan Lokey (FA) | NO | | - | 113 | - | - | - | - | 188 | - | - | - | 150 | - | - | - | 450 |
| Kirkland & Ellis (Counsel) | NO | | - | 375 | - | - | - | - | 625 | - | - | - | 500 | - | - | - | 1,500 |
| Subtotal | | | - | 488 | - | - | - | - | 813 | - | - | - | 650 | - | - | - | 1,950 |
| **ABL Professionals** | | | | | | | | | | | | | | | | | |
| IB | NO | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Foreign Counsel | NO | | - | 250 | - | - | - | - | - | - | - | - | - | - | - | - | 250 |
| Reimer (Counsel) | NO | | - | 350 | - | - | - | - | 250 | - | - | - | 200 | - | - | - | 800 |
| Subtotal | | | - | 600 | - | - | - | - | 250 | - | - | - | 200 | - | - | - | 1,050 |
| **Unsecured Creditor Committee Professionals** | | | | | | | | | | | | | | | | | |
| PJT (FA) | YES | | - | - | - | - | - | - | 150 | - | - | - | 188 | - | - | - | 338 |
| Akin Gump (Legal) | YES | | - | - | - | - | - | - | 1,040 | - | - | - | 660 | - | - | - | 1,700 |
| Pepper Hamilton (Legal) | YES | | - | - | - | - | - | - | 94 | - | - | - | 74 | - | - | - | 168 |
| Subtotal | | | - | - | - | - | - | - | 1,284 | - | - | - | 921 | - | - | - | 2,205 |
| **Other Professionals** | | | | | | | | | | | | | | | | | |
| KCC (Claims Administrator) | YES | | - | 96 | - | - | - | - | 160 | - | - | - | 224 | - | - | - | 480 |
| Fee Examiner | NO | | - | 15 | - | - | - | - | 25 | - | - | - | 20 | - | - | - | 60 |
| IP Valuation | NO | | - | - | - | - | - | - | 250 | - | - | - | - | - | - | - | 250 |
| U.S. Trustee | NO | | - | 30 | - | - | - | - | 50 | - | - | - | 40 | - | - | - | 120 |
| Subtotal | | | - | 141 | - | - | - | - | 485 | - | - | - | 284 | - | - | - | 910 |
| **Total Fees Disbursed** | | | - | 3,407 | - | - | 125 | - | 5,424 | - | 125 | - | 5,460 | 125 | - | 125 | 14,790 |