# SIGN-IN SHEET

**CASE NAME:** QUIKSILVER, INC.
**CASE NO.:** 15-11880
**COURTROOM NO.:** 1 JUDGE SHANNON
**DATE:** OCTOBER 28, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ross Kwasteniet | Kirkland & Ellis | Oaktree |
| Will Guerrieri | " | " |
| Rob Devinney | " | " |
| Andrew Remming | Morris, Nichols, Arsht & Tunnell | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Debtors |
| Mark Kenney | US Trustee | |
| Steven Fox | Riemer Braunstein LLP | |
| Meredith Lahaie | Akin Gump Strauss Hauer & Feld | Creditors' Committee |
| Morgan Patterson | Womble Carlyle | Bank of America, NA |
| Michael Starner | " | " |
| David Stratton | Pepper Hamilton | " |
| Jessica Watt | Ballard Spahr | Federal Realty Investment, GGP Lim |
| Van Durrer | Skadden | Quiksilver Debtors |
| Jessica Kumar | " | " |
| Dain De Souza | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

Calendar Date: 10/28/2015
Calendar Time: 01:30 PM ET

#1
2nd Revision 10/27/2015 03:28 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7230688 | John R. Ashmead | (212) 574-1366 | Seward & Kissel LLP | Trustee, Delaware Trust Company / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7230616 | John D. Beck | (212) 918-3076 | Hogan Lovells US LLP | Creditor, Deustche Trustee Company Limited / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7235537 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7233233 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7234704 | Andrew DeNatale | (212) 806-5400 ext. 00 | Stroock & Stroock & Lavan LLP | Creditor, Industrial Property Funds, West County Commerce Reality / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7230661 | Stephanie J. Gleason | (212) 416-2107 | Dow Jones | Interested Party, Stephanie Gleason / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7231559 | Warren Klinger | (212) 819-8322 | White & Case LLP | Interested Party, Warren Klinger / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7230932 | Jessica Kumar | (312) 407-0612 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc. / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7233610 | Annie Li | (213) 687-5107 | Skadden Arps Slate Meagher Flom | Debtor, Quiksilver, Inc. / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7229502 | Lauren Lifland | (212) 872-8026 | Akin Gump Strauss Hauer & Feld LLP | Representing, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7233002 | Blake J. Lindemann | (310) 279-5269 | Lindemann Law Group | Interested Party, Nicholas Drake on behalf of himself and others similarly situated / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7230690 | Patrick J. Nash | (312) 861-2287 | Kirkland & Ellis LLP | Interested Party, Oaktree Capital Management, L.P. / LIVE |

Peggy Drasal ext. 802    Copyright © 2015 CourtCall, LLC. All Rights Reserved.    Page 2 of 3

| | | | | | |
|---|---|---|---|---|---|
| Quiksilver, Inc. | 15-11880 | Hearing | 7230531 | Jamie Netznik | (312) 862-2000 | Kirkland & Ellis LLP | Creditor, Oaktree / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7232555 | Jonathan Newman | (212) 530-5345 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Jonathan Newman / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7230939 | Renu Shah | (312) 407-0663 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7230701 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7230503 | Brian I Swett | (312) 849-8100 | McGuireWoods | Creditor, GE Capital Corporation and Wells Fargo Bank, N.A. / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7230711 | Ting Ting Turski | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, TPG / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7232122 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg L.P. / LISTEN ONLY |