# SIGN-IN SHEET

**CASE NAME:** QUICKSILVER, INC.  
**CASE NO.:** 15-11880  
**COURTROOM NO.:** 1 **JUDGE SHANNON**  
**DATE:** OCTOBER 15, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Fox | Reres Braunstein LLP | Bank of America, NA |
| David Berman | " | " |
| Joseph Sorkin | Akin Gump | Official Committee of Unsecured Creditors |
| Michael Stamer | " | " |
| Abid Qureshi | Skadden | |
| Van Durrer | " | Quiksilver |
| Annie Li | " | " |
| Mark Somerstein | Ropes & Gray LLP | Wilmington Trust, as agent |
| Morgan Patterson | Womble Carlyle | Bank of America |
| Ana Lucia Hurtado | Skadden | Debtors (Quiksilver) |
| David Kinnick | Pepper Hamilton | Creditors' Committee |
| Meredith LaHaie | Akin Gump | Official Cttee of Unsecured Creditors |
| Mark Oliven | Chipman Brown | East Rock Fund / West Cliff Comm Partners |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

**Calendar Date:** 10/15/2015
**Calendar Time:** 09:00 AM ET

Amended Calendar 10/15/2015 05:31 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210493 | John R. Ashmead | (212) 574-1366 | Seward & Kissel LLP | Trustee, Delaware Trust Company / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210446 | Patricia Chen | (617) 951-7553 | Ropes & Gray LLP | Interested Party, Wilmington Trust FSB / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210769 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210496 | Andrew DeNatale | (212) 806-5400 ext. 00 | Stroock & Stroock & Lavan LLP | Creditor, Industrial Property Funds, West County Commerce Reality / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7211557 | John Gibbons | (212) 325-2039 | Credit Suisse | Creditor, Bond Holders / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210508 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, MergerMarket / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210534 | Warren Klinger | (212) 819-8322 | White & Case LLP | Interested Party, Warren Klinger / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210569 | Christopher S. Koenig | (212) 728-3593 | Willkie Farr & Gallagher LLP | Interested Party, Billabong / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210573 | Jessica Kumar | (312) 407-0612 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc. / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210687 | Lauren Lifland | (212) 872-8026 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210491 | Jamie Netznik | (312) 862-2000 | Kirkland & Ellis LLP | Creditor, Oaktree / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7209952 | Jonathan Newman | (212) 530-5345 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Jonathan Newman / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7210801 | Amara Nwannunu | (302) 429-4235 | Bayard P.A. | Interested Party, Bayard P.A. / LISTEN ONLY |

| Case Name | Case # | Proceeding | CourtCall ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Quiksilver, Inc. | 15-11880 | Hearing | 7210483 | Steven Ruggiero | (212) 832-6380 | RW Pressprich | Interested Party, Unsecured Creditor / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7210611 | Gilbert R. Saydah Jr. | (212) 808-7612 | Kelley Drye & Warren LLP | Creditor, Regency Centers & Rouse Properties, et. al. / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7210577 | Renu Shah | (312) 407-0663 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7210560 | Brian I Swett | (312) 849-8100 | McGuireWoods | Creditor, GE Capital Corporation and Wells Fargo Bank, N.A. / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7210474 | Nancy Swift | (213) 891-5664 | Buchalter Nemer, A Professional Law Corporation | Creditor, Port Logistics / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7210375 | Michael Venezia | (516) 317-9099 | Michael Venezia - In Pro Per/Pro Se | Interested Party, Michael Venezia / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7210473 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg L.P. / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Raymond Reyes ext. 881