IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
                 Debtors.[1] : (Jointly Administered)
:
------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On September 29, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Interim Order and Final Hearing Pursuant to Bankruptcy Code Sections 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service and (IV) Scheduling a Final Hearing** [Docket No. 82]

Furthermore, on or before October 1, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates** [Docket No. 131]

Dated: October 2, 2015

_____
Stephanie Delgado

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2nd day of October, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

**Exhibit A**
**Utilities First Class Service List**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Orlando Utilities Commission (OUC) | PO Box 31329 | Tampa | FL | 33631-3329 |

# Exhibit B

Exhibit B
Creditor Matrix

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| 818 Skate Shop | | 7418 Kyle St | Tujunga | CA | 91042-1304 |
| Adeline Grover | | Address Redacted | | | |
| All American Rack Company LLC | | 1124 Santa Anita Ave | S El Monte | CA | 91733-3833 |
| Allison Caban | | Address Redacted | | | |
| Alyssa Johnson | | Address Redacted | | | |
| Amanda Holtkamp | | Address Redacted | | | |
| Andy Cedeno | | Address Redacted | | | |
| Aquan Sports | | 385 Wasatch Way | Park City | UT | 84098-5513 |
| Ashley Gentry | | Address Redacted | | | |
| Ashley Hermosillo | | Address Redacted | | | |
| Asia James | | Address Redacted | | | |
| Austin Marshall Lane | | 1237 Greenlake Dr | Cardiff | CA | 92007-1020 |
| Bel Solutions LLC | | 5 Elderberry | Irvine | CA | 92603-3703 |
| Binneboese Shoes & Etc | | 34707 300th St | Hinton | IA | 51024-8533 |
| Brandon Wasserman | | 59-345 KE Nui Rd | Heleiwa | HI | 96712-8600 |
| BZ | | 3025 Central Ave NE | Albuquerque | NM | 87106-2214 |
| Chad Cress | | Address Redacted | | | |
| Challen Carland | | Address Redacted | | | |
| Chelsie Springer | | Address Redacted | | | |
| Chris Michael | | Address Redacted | | | |
| Christina Arenas | | Address Redacted | | | |
| Christina Jimenez | | Address Redacted | | | |
| Christopher Pena | | Address Redacted | | | |
| Colby Carlisle | | Address Redacted | | | |
| Courtney Houck | | Address Redacted | | | |
| Danielle N. Beck | | Address Redacted | | | |
| Darlene Perez | | Address Redacted | | | |
| Drew Dolkas | | Address Redacted | | | |
| Dylan Petrenka | | Address Redacted | | | |
| Empire Graphics Inc. | | 1354 S Claudina St | Anaheim | CA | 92805-6234 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 3

**Exhibit B**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Epic Boards LLC | | 44 S Rio Grande St | Salt Lake Cty | UT | 84101-1179 |
| Extreme Footwear and Apparel Inc | Shoes n Shoes | 12565 Slauson Ave | Whittier | CA | 90606-2826 |
| FFS 172 BM & F II. LLC | BM & D II, LLC | 155 Richter Ln | New Braunfels | TX | 78130-2524 |
| Flexfit LLC | JD Kim | 625 Columbia St | Brea | CA | 92821-2913 |
| Frank 151 Media Group, LLC | DBA Bon | 8321 Beverly Blvd | Los Angeles | CA | 90048-2607 |
| Ghost Town, Inc | | 5331 Mount Helena Ave | Los Angeles | CA | 90041-1525 |
| Gisela Garcia | | Address Redacted | | | |
| Haley Russo | | Address Redacted | | | |
| Harold McNeil | | Address Redacted | | | |
| Heather Fielder | | 24335 Titus Dr | Dana Point | CA | 92629-1089 |
| Heidi OFlynn | | Address Redacted | | | |
| Island Style (Sea Bright) | | 90 Avenue of Two Rivers | Rumson | NJ | 07760-1704 |
| Jalenda Brantner | | Address Redacted | | | |
| Jazale Williams | | Address Redacted | | | |
| John Cotton | | Address Redacted | | | |
| Jonathan Lucas | | Address Redacted | | | |
| Kayla Klapperick | | Address Redacted | | | |
| Laura Bailey | | Address Redacted | | | |
| Laura Bauer | | Address Redacted | | | |
| Laura Conway | | 1210 Vince Blvd Apt 505 | Venice | CA | 90291-5946 |
| Lilikoi | | 324 Narcissus Ave | Corona Dl Mar | CA | 92625-3005 |
| Linda Hymel | | Address Redacted | | | |
| Love Surf Inc. | | 107 Avenida De La Estrella Ste 102 | San Clemente | CA | 92672-1723 |
| Madison Enloe | | Address Redacted | | | |
| Matt Miller | | 2138 E 1st St Apt 10 | Long Beach | CA | 90803-2463 |
| Matthew De La Cruz | | Address Redacted | | | |
| Matthew Langille | dba Matthew Langille Design LLC | 1441 Trenton Harbourton Rd | Pennington | NJ | 08534-4011 |
| Michael Talavera | | Address Redacted | | | |
| Michelle Cammarano | | Address Redacted | | | |
| Milrose Consultants, Inc. | | 498 Fashion Ave # 17 | New York | NY | 10018-6798 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 3

Exhibit B
Creditor Matrix

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Mixtape Music Ltd | | 1654 5th Ave | Los Angeles | CA | 90019-6101 |
| Natasha Danskine | | Address Redacted | | | |
| Nathan Hutsenpiller | | Address Redacted | | | |
| Nest Environments, Inc. | | 530 E Dyer Rd | Santa Ana | CA | 92707-3737 |
| Nicholas Canal | | Address Redacted | | | |
| Nishid R. Patel | | Address Redacted | | | |
| Nitrodesk, Inc. | | 10500 NE 8th St Ste 1450 | Bellevue | WA | 98004-5192 |
| Notting Hill Music Inc. | Attn Sebek Sanyika | 8961 W Sunset Blvd Ste 2E | W Hollywood | CA | 90069-1898 |
| Ocean Adventures Program Inc. | | 211 Groom Ln | Langley | WA | 98260-9308 |
| Ouruse Creative Inc. | | 160 Washington Park Apt 4 | Brooklyn | NY | 11205-3215 |
| Pension Benefits Unlimited, Inc. | | 18008 Sky Park Cir Ste 200 | Irvine | CA | 92614-6488 |
| R&C Campos Enterprises Inc | Feeldz | 318 S Palm Ave Ste C | Alhambra | CA | 91803-1557 |
| Randall Ziska | | Address Redacted | | | |
| Robert Brown Photography | | 27141 Paseo Del Este | San Juan Capo | CA | 92675-4927 |
| Robert Martin | | Address Redacted | | | |
| Robert S. Wise | | 1512 Oakridge Dr | Layton | UT | 84040-2933 |
| Robert S. Wise (Royalties) | | 1512 Oakridge Dr | Layton | UT | 84040-2933 |
| Ronald Ayau | | Address Redacted | | | |
| Rossland Ten, LLC | c/o The Remm Group | 15991 Red Hill Ave Ste 200 | Tustin | CA | 92780-7320 |
| Ryan Dearth | | 1716 S 900 E Apt B | Salt Lake Cty | UT | 84105-3257 |
| Scottsdale Fashion Square Partnersh | | PO Box 31001-2156 | Pasadena | CA | 91110-0001 |
| Sean Truttmann | | Address Redacted | | | |
| Snowboard Connection | Attn A/P | 9253 24th Ave NW | Seattle | WA | 98117-2806 |
| Soyoung Cho | | Address Redacted | | | |
| Steven Cogan | | Address Redacted | | | |
| The Board Room Inc | | 1508 Fox Hollow Trl | Knoxville | TN | 37923-6846 |
| Thomas Holbrook | | 439 Cambridge Cir | Costa Mesa | CA | 92627-4703 |
| Tyson Clarke | | Address Redacted | | | |
| Verna-May Faatoafe | | Address Redacted | | | |
| Wax Research, Inc. | | 1212 Distribution Way | Vista | CA | 92081-8816 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 3 of 3