IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On or before October 7, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

*[Space Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates** [Docket No. 131]

Dated: October 9, 2015

_____
Stephanie Delgado

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of October, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

> LYDIA PASTOR NINO
> Commission # 1960751
> Notary Public - California
> Los Angeles County
> My Comm. Expires Nov 18, 2015

# Exhibit A

**Exhibit A**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Jessica L Bryant | | 365 Esther St | Costa Mesa | CA | 92627-2339 |
| Jill Mason Cust Jm Under The NY Unif | Tran Min Act | 9320 County Route 5 | Chaumont | NY | 13622-3109 |
| John Pooley | | 31132 Via Colinas | Trabuco Cyn | CA | 92679-4005 |
| Kim Sasseen Cust TS UTMA/CA | | 3725 Ocana Ave | Long Beach | CA | 90808-2119 |
| Louis C Sander & Lucille M Sander Jt Ten | | 3891 E Latham Way | Gilbert | AZ | 85297-9422 |
| Nathan M Bryant | | 365 Esther St | Costa Mesa | CA | 92627-2339 |
| Phillip Couch Cust JC Utma/ak | | 1711 2nd Ave E | Bradenton | FL | 34212-9642 |
| Robert Manzo | | 17302 Almelo Ln | Huntingtn Bch | CA | 92649-4621 |
| Ryan Divel Cust PRD Under The Ca Unif | Tran Min Act | 24302 Cortes Dr | Dana Point | CA | 92629-1603 |
| Thomas Mark Bryant & Penny L Bryant Jt Ten | | 365 Esther St | Costa Mesa | CA | 92627-2339 |