IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>QUIKSILVER, INC., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                                      §    SS:
NEW CASTLE COUNTY  §

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., proposed counsel for the Official Committee of Unsecured Creditors, in the above-captioned case and that on the 26th day of October, 2015, he caused copies of the following pleadings listed below to be served upon the parties listed on Exhibit A via first class mail:

- **Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel Nunc Pro Tunc to September 21, 2015 (Docket No. 354)**

- **Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to September 22, 2015 Through and Including September 28, 2015 (Docket No. 355)**

- **Application for Entry for an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 22, 2015 (Docket No. 356)**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers areas follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02797009v1}

- First and Final Application for Compensation of Cooley LLP as Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. (Docket No. 357)

- First Fee and Final Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 22, 2015 Through September 28, 2015 (Docket No. 360)

- First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from September 22, 2015 through October 5, 2015 (Docket No. 361)

_____
Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: October 30, 2015

_____
Notary Public

[Notary Seal: JACQUELINE LATELY, MY COMMISSION EXPIRES July 15, 2017, NOTARY PUBLIC, STATE OF DELAWARE]

{BAY:02797009v1}

# Exhibit A

Skadden, Arps, Slate, Meagher &Flom LLP
Attn: Van C. Durrer II, Esq.
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Skadden, Arps, Slate, Meagher &Flom LLP
Attn: John K. Lyons, Esq.
55 North Wacker Drive
Chicago, IL 60606

Pachulski Stang Ziehl & Jones
Attn: Laura Davis Jones, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801

Kirkland & Ellis LLP
Attn: Patrick J. Nash, Jr.
300 North LaSalle
Chicago, IL 60654

Morris Nichols Arsht & Tunnell LLP
Attn: Robert J. Dehney, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Reimer & Braunstein LLP
Attn: David S. Berman, Esq.
Three Center Plaza
Boston, MA 02108

Reimer & Braunstein LLP
Steven E. Fox, Esq.
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036

Womble Carlyle Sandridge & Rice, LLP
Attn: Steven K. Kortanek, Esq.
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

U.S. Bank National Association
Global Corporate Trust Services
Attn: Justin L. Shearer, Vice President
100 Wall Street
New York, NY 10005

Akin Gump Strauss Hauer & Feld LLP
Attn: Michael S. Stamer, Esq.
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Pepper Hamilton LLP
Attn: David B. Stratton, Esq.
Hercules Plaza
1313 N. Market Street, Suite 5100
Wilmington, DE 19899-1709

Office of the United States Trustee
for the District of Delaware
Attn: Mark S. Kenney, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

{BAY:02797009v1}