IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
QUIKSILVER, INC., et al.,                                      :   Case No. 15-11880 (BLS)
                                                               :
                              Debtors.¹                        :   Jointly Administered
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Related Docket No. __
```

**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND
BANKRUPTCY RULE 2015.3 WAIVING THE DEBTORS' REPORTING
REQUIREMENTS UNDER BANKRUPTCY RULE 2015.3**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") waiving the requirement for the Debtors to file Rule 2015.3 Reports for cause; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The requirement for the Debtors to file Rule 2015.3 Reports is hereby waived for cause.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
_____, 2015

_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE