IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
In re: :
: Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*, :
: Jointly Administered
Debtors.[1] :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x  **Related Docket No. 240**

## SECOND NOTICE OF FILING OF
## ORDINARY COURSE PROFESSIONAL DECLARATIONS

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240] (the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby file the Second Notice of Filing of Ordinary Course Professional Declarations with respect to the professionals listed on Exhibit A hereto (the "Ordinary Course Professionals"). In support of the retention of the Ordinary Course Professionals, the Debtors have attached declarations executed by the Ordinary Course Professionals, attached hereto as Exhibits B through D.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of the Ordinary Course Professional must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be received by **November 16, 2015 at 4:00 p.m. (Eastern)** (the "Objection Deadline") by the applicable Ordinary Course Professional and the following parties:

   (i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

   (ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

   (iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

   (iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

   (v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com) and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

   (vi) proposed counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com) and Pepper Hamilton LLP,  Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

   (vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:   Wilmington, Delaware
         November 2, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

3

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## **EXHIBIT A**

**List of Ordinary Course Professional Declarations**

Duane Morris, LLP
Gibson, Dunn & Crutcher LLP
Law Office of Julie L. Plisinski, P.C.

## **EXHIBIT B**

**Ordinary Course Professional Declaration for
Duane Morris, LLP**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Paul Rosenlund, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   Duane Morris, LLP, One Market Plaza, Spear Tower, Suite 2200

   San Francisco, CA 94105

   (billing address: 30 South 17th Street, Philadelphia, PA 19103)

2. Date of retention:   April 29, 2015

3. Type of services provided (accounting, legal, etc.):

   Legal

2

4. Brief description of services to be provided:

   Defense of Quiksilver, Inc. in product liability litigation.

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly.

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $390 to $455 per hour. Monthly billings vary, $3,000 - $10,000.

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ 6,573 (estimated)

   Date claim arose: April 28, 2015 and continuing

   Source of claim: Engagement to provide legal services.

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None known.

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: None.

   No. of shares:

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: None known.

    Status: 

    Kind of shares: 

    No. of shares: 

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    None known, but with conflict waivers the firm represents an insurer that has provided insurance to the debtor.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: October 27, 2015

/s/ Paul S. Rosenlund
Name: Paul S. Rosenlund
Title: Partner
Company: Duane Morris LLP
Address: One Market, Spear Tower Suite 2200, San Francisco, CA 94105
Telephone: 415-957-3178
Facsimile: 415-520-5479

3

## **EXHIBIT C**

**Ordinary Course Professional Declaration for
Gibson, Dunn & Crutcher LLP**

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, MICHAEL E. FLYNN, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

    Gibson, Dunn & Crutcher LLP

    3161 Michelson Dr.

    Irvine, CA 92612

2. Date of retention: November 19, 2014

3. Type of services provided (accounting, legal, etc.):

    Legal

4. Brief description of services to be provided:

    Representing the Debtor in *Vu v. Mooney*, currently pending in the Superior Court of

the State of California for the County of Orange (Case No. 30-2015-00790891).

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly

6. Average hourly rate (if applicable): Approximately $900 per hour.
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   Approximately $25,000 per month.

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $33,149.25

   Date claim arose: August and September 2015

   Source of claim: Representation in litigation matter

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: $N/A

   Date claim arose: N/A

   Source of claim: N/A

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: N/A

    Status: N/A

    Kind of shares: N/A

2

No. of shares:   N/A

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

  N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  October 26, 2015

/s/ Michael E. Flynn
Name:  Michael E. Flynn
Title:  Partner
Company:  Gibson Dunn & Crutcher LLP
Address:  3161 Michelson Dr.
                 Irvine, CA 92612
Telephone:  949-451-3800
Facsimile:  949.451.4220

3

# EXHIBIT D

**Ordinary Course Professional Declaration for
Law Office of Julie L. Plisinski, P.C.**

775105-WILSR01A - MSW

## EXHIBIT 2

OCP Declaration

In re Quiksilver, Inc., et al.
Chapter 11 Case No. 15-11880 (BLS)

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Skadden, Arps, Slate, Meagher & Flom LLP
    300 S. Grand Ave., Suite 3400
    Los Angeles, CA 90071
    Attn: Annie Li, Esq.
    Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Julie L. Plisinski_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

    _Law Office of Julie L. Plisinski_
    _27762 Antonio Pkwy, Suite L1-229_
    _Ladera Ranch, CA 92694_

2. Date of retention: _8/15/2014_

3. Type of services provided (accounting, legal, etc.):

    _Legal services_



4. Brief description of services to be provided:

   _Legal services pertaining to real property leases_

5. Arrangements for compensation (hourly, contingent, etc.):

   _Hourly_

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   _$300/hr. Cannot provide average -- workload depends upon real estate needs._

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ _7410.00_

   Date claim arose: _July and August 2015_

   Source of claim: _legal services for leasing/real property matters_

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _—_

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _—_

   No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____
    _____
    _____
    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 10/30/2015

Name: Julie L. Plisinski
Title: Owner / Partner
Company: Law Office of Julie L. Plisinski
Address: 27762 Antonio Pkwy, Ste L1-228, Ladera Ranch, CA 92694
Telephone: 949.275.3233
Facsimile: 949.613.7450