IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
                                   :
In re:                             :  Chapter 11
                                   :
QUIKSILVER, INC., *et al.*,        :  Case No. 15-11880 (BLS)
                                   :
            Debtors.[1]            :  Jointly Administered
                                   :
---------------------------------- x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On October 16, 2015, at my direction and under my supervision, employees of KCC caused to be served the following documents via Overnight mail on the service list attached hereto as **Exhibit A**:

- **Schedules of Assets and Liabilities for Quiksilver, Inc. (Case No. 15-11880)** [Docket No. 303]

- **Schedules of Assets and Liabilities for QS Wholesale, Inc. (Case No. 15-11881)** [Docket No. 304]

- **Schedules of Assets and Liabilities for DC Direct, Inc. (Case No. 15-11882)** [Docket No. 305]

- **Schedules of Assets and Liabilities for DC Shoes, Inc. (Case No. 15-11883)** [Docket No. 306]

- **Schedules of Assets and Liabilities for Fidra, Inc. (Case No. 15-11884)** [Docket No. 307]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Schedules of Assets and Liabilities for Hawk Designs, Inc. (Case No. 15-11885)** [Docket No. 308]

- **Schedules of Assets and Liabilities for Mt. Waimea, Inc. (Case No. 15-11886)** [Docket No. 309]

- **Schedules of Assets and Liabilities for Q.S. Optics, Inc. (Case No. 15-11887)** [Docket No. 310]

- **Schedules of Assets and Liabilities for QS Retail, Inc. (Case No. 15-11888)** [Docket No. 311]

- **Schedules of Assets and Liabilities for Quiksilver Entertainment, Inc. (Case No. 15-11889)** [Docket No. 312]

- **Schedules of Assets and Liabilities for Quiksilver Wetsuits, Inc. (Case No. 15-11890)** [Docket No. 313]

- **Statement of Financial Affairs for Quiksilver, Inc. (Case No. 15-11880)** [Docket No. 314]

- **Statement of Financial Affairs for QS Wholesale, Inc. (Case No. 15-11881)** [Docket No. 315]

- **Statement of Financial Affairs for DC Direct, Inc. (Case No. 15-11882)** [Docket No. 316]

- **Statement of Financial Affairs for DC Shoes, Inc. (Case No. 15-11883)** [Docket No. 317]

- **Statement of Financial Affairs for Fidra, Inc. (Case No. 15-11884)** [Docket No. 318]

- **Statement of Financial Affairs for Hawk Designs, Inc. (Case No. 15-11885)** [Docket No. 319]

- **Statement of Financial Affairs for Mt. Waimea, Inc. (Case No. 15-11886)** [Docket No. 320]

- **Statement of Financial Affairs for Q.S. Optics, Inc. (Case No. 15-11887)** [Docket No. 321]

- **Statement of Financial Affairs for QS Retail, Inc. (Case No. 15-11888)** [Docket No. 322]

- **Statement of Financial Affairs for Quiksilver Entertainment, Inc. (Case No. 15-11889)** [Docket No. 323]

- **Statement of Financial Affairs for Quiksilver Wetsuits, Inc. (Case No. 15-11890)** [Docket No. 324]

Dated: November 3, 2015

_____
Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 3rd day of November, 2015, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

MARK JOSEPH SCHONEBERGER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 20__

3

# EXHIBIT A

**Exhibit A**
**US Trustee Overnight Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1