**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | :   Chapter 11 |
| | : |
| QUIKSILVER, INC., *et al.*, | :   Case No. 15-11880 (BLS) |
| | : |
|                Debtors.[1] | :   (Jointly Administered) |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On or before October 16, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

*[Space Intentionally Left Blank]*

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates** [Docket No. 131]

Dated: October 16, 2015

Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of October, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Chris Rung | | 54 Florence Dr | Richeboro | PA | 19854-1445 |
| Cynthia Buro Carr | | 189 Avendia Majorca Unit G | Laguna Woods | CA | 92637-6744 |
| Helen Ball & Marc Goldberg Jt Ten | | 244 Rye St | Broad Brook | CT | 06016-9560 |
| Josey Edmondson | | PO Box 254 | Granby | CO | 80446-0254 |
| Krisztina Rocco Cust LR Utma/FL | | 21346 Saint Andrews Blvd #203 | Boca Raton | FL | 33433-2432 |
| Mary Tchiprout Cust Under the VA | Unif Tran Min Act | 12711 Hunt Manor Ct | Fairfax | VA | 22033-2216 |
| Matthew J Whitcomb Jr | | 419 Cantor | Irvine | CA | 92620-3840 |
| Oleg Sinyavskiy | | 15969 Avenida Villaha Unit 22 | San Diego | CA | 92128-3147 |
| Paul B Henley Cust DGK Under the CA | Unif Tran Min Act | 626 Lucylle Ln | Encinitas | CA | 92024-6529 |
| Rob Stephens Cust MS UTMA/FL | | 107 W Pigeon Plum Dr Apt 108 | Jupiter | FL | 33458-7869 |