IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
: 
　　　　　　　　　　Debtors.[1] : (Jointly Administered)
: 
------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

　　I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

　　On or before October 22, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service lists attached hereto as **Exhibit A** and **Exhibit B**:

*[Space Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates** [Docket No. 131]

Dated: October 23, 2015

_____
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of October, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Gary Nylund | 47 Congamond Rd | Southwick | MA | 01077-9404 |
| Otis W Ricks Cust Car UTMA/VA | 734 Emerald Lake Dr Apt 103 | Virginia Bch | VA | 23544-6337 |
| Spencer Farland | 10 Henricks Isle Apt 8 | Ft Lauderdale | FL | 33301-3715 |

# Exhibit B

**Exhibit B**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| 1 Plus 1 Management LLC | DBA 1+1 Management LLC | 386 Park Ave S FL 18 | New York | NY | 10016-8804 |
| Aaron Browne | | Address Redacted | | | |
| Aaron Porter | | Address Redacted | | | |
| Adam Boyd | | Address Redacted | | | |
| Aja Dunlap | | Address Redacted | | | |
| Alfredo Lenon Gonzalez | | Address Redacted | | | |
| Alicia Dugan | | Address Redacted | | | |
| Alistair Zorica | | Address Redacted | | | |
| Allison Hormann | | Address Redacted | | | |
| Altrec.com | | 170 SW Scalehouse Loop # 8 | Bend | OR | 97702-1255 |
| Alyshia Chavez | | Address Redacted | | | |
| Alyssa Batilaran | | Address Redacted | | | |
| Alyssa Roberts | | Address Redacted | | | |
| Ambar Lopez | | Address Redacted | | | |
| Amy Jo Imburgia | | Address Redacted | | | |
| Ana Gonzalez | | Address Redacted | | | |
| Andrew Weilbacher | | Address Redacted | | | |
| Andrew Wood | | Address Redacted | | | |
| Andy Lao | | Address Redacted | | | |
| Angelica Sinisterra-Rincon | | Address Redacted | | | |
| Anthony Arrington | | Address Redacted | | | |
| Anthony Ayala | | Address Redacted | | | |
| Antoinette Jones | | Address Redacted | | | |
| Arielle Lee | | Address Redacted | | | |
| Armando Gonzales | | Address Redacted | | | |
| Art Munoz | | Address Redacted | | | |
| Ashley Czarnowski | | Address Redacted | | | |
| Ashley Gaffney | | Address Redacted | | | |
| Ashley Lessig | | Address Redacted | | | |
| Austin Zumbrunnen | | Address Redacted | | | |
| Boards in Motion (Calif) | | 571 Clipper Gap Rd | Auburn | CA | 95603-9309 |
| Bob Rohmann | | 11 Shay Pl | Tequesta | FL | 33469-2509 |
| Brad Bradley | | Address Redacted | | | |
| Brian Ogle | | Address Redacted | | | |
| Bridge Terminal Transport Inc. | | 9140 Arrowpoint Blvd Ste 300 | Charlotte | NC | 28273-8115 |
| Briten Doran | | Address Redacted | | | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 6

Exhibit B
Creditor Matrix

| CreditorName | CreditorNoticeName | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Bryson Pescado | | Address Redacted | | | |
| C4Waterman, Inc | | 515 Ward Ave Ste B | Honolulu | HI | 96814-4168 |
| Calvin Molan | | Address Redacted | | | |
| Catch Some Air | Air & Earth | 2308 Chadbury Ln | Mt Pleasant | SC | 29466-8839 |
| Chaim Pollak | | Address Redacted | | | |
| Cherie Ramsay | | Address Redacted | | | |
| Chloe Wood | | Address Redacted | | | |
| Christine Brown | | Address Redacted | | | |
| Christopher Heidrich | | Address Redacted | | | |
| Christopher Tucker | | Address Redacted | | | |
| Cilas Shetler | | Address Redacted | | | |
| Cinthya Garrido | | Address Redacted | | | |
| City Shoes | | 6109 Laurel Dr | Paradise | CA | 95969-3016 |
| Clara Kennedy | | Address Redacted | | | |
| Claudia Onsurez | | Address Redacted | | | |
| Coastal Kicks | Alan Murphy | 271 N Front St Apt B | Wilmington | NC | 28401-4054 |
| Cody Karr | | Address Redacted | | | |
| Corinne Leigh Peitz | | Address Redacted | | | |
| CPG Partners LP | c/o Simon Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| Cynthia Small | DBA Paper Chase International | 12308 9th Helena Dr | Los Angeles | CA | 90049-3934 |
| Daniel Birx | | Address Redacted | | | |
| Daniel John Shetron | BDA Dan Shetron Productions LLC | 239 Wisconsin Ave | Long Beach | CA | 90803-5729 |
| Daniell Ojeda da Silva | | Address Redacted | | | |
| Daphne Einhorn | | Address Redacted | | | |
| David Lira | | Address Redacted | | | |
| David Mendelson | | Address Redacted | | | |
| Deborah Zembala | | Address Redacted | | | |
| Deidre E. Schneider | | 917 Palomino Way | Windsor | CO | 80550-3138 |
| Denise Mora | | Address Redacted | | | |
| Dillon McArthur | | Address Redacted | | | |
| Desirae Sabala | | Address Redacted | | | |
| Eduardo Molina | | Address Redacted | | | |
| Edwin Livingston | | Address Redacted | | | |
| Emily Meraz | | Address Redacted | | | |
| Endurance Sports, Inc. | | 600 NW 22nd Ct | Wilton Manors | FL | 33311-3742 |
| Eric Roberts | | Address Redacted | | | |

**Exhibit B**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Erik Holmes | | Address Redacted | | | |
| Exit Real World | | 1650 Hidden Hills Ln S | Salem | OR | 97306-8100 |
| Faith Gravenstreter | | Address Redacted | | | |
| Falynn Woods | | Address Redacted | | | |
| Fawn Knadler | | Address Redacted | | | |
| FFS 181 3 Dogs Flips Inc | | 6043 Songbird Dr | Pensacola | FL | 32503-7067 |
| Fletchers for Children | | 2336 Douglas Dr | Eugene | OR | 97405-1711 |
| Flor Rullier | | Address Redacted | | | |
| Folded LLC | | Address Redacted | | | |
| Frank 151 Media Group, LLC | DBA Bon | 7669 Melrose Ave | Los Angeles | CA | 90046-7442 |
| Freestyle Ski Shop | | 890 Maple Ave | Atco | NJ | 08004-1105 |
| Gema Pena | | 6612 Cedar Creek Rd | Eastvale | CA | 92880-8652 |
| Gildardo Afre | | Address Redacted | | | |
| Guys N Dolls | | 8519 Highway 62 E | Harrison | AR | 72601-7417 |
| Hannah DeBello | | Address Redacted | | | |
| Hayli Staffiero | | Address Redacted | | | |
| Impulse | | 243 E Main St | Batesville | AR | 72501-5512 |
| Irinea Yerba Navarro | | Address Redacted | | | |
| Jade | | Address Redacted | | | |
| James Dixon | | Address Redacted | | | |
| James Tootill | | Address Redacted | | | |
| Jane Titchenal | | Address Redacted | | | |
| Jared Williams | | Address Redacted | | | |
| Jazlynn Johnson | | Address Redacted | | | |
| Jenna Jones | | Address Redacted | | | |
| Jeoffre Palmer | | Address Redacted | | | |
| Jeremy Morgan | | Address Redacted | | | |
| Jessica Klauser | | Address Redacted | | | |
| John Jackson | | Address Redacted | | | |
| John Zell | | Address Redacted | | | |
| Joshua Zuwalick | | Address Redacted | | | |
| Juan Rizo | | Address Redacted | | | |
| Julie Berning | | Address Redacted | | | |
| Justin Taylor Smith | DBA Mills Novelty Film Co | PO Box 6904 | Jackson | WY | 83002-6904 |
| Kainoa Ulsh | | Address Redacted | | | |
| Kalynn Drummond | | Address Redacted | | | |

Exhibit B
Creditor Matrix

| CreditorName | CreditorNoticeName | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Kathrynn Evans | | Address Redacted | | | |
| Katie Phillips | | Address Redacted | | | |
| Kendall Mckinney | | Address Redacted | | | |
| Kovan Fujimoto | | Address Redacted | | | |
| KPG Enterprise LLC | Upstairs | 1401 Greenbrier Pkwy Ste 2056 | Chespeake | VA | 23320-2869 |
| Kyre Malkemes | | Address Redacted | | | |
| Laurel Mitchell | | Address Redacted | | | |
| Lauren McReady | | Address Redacted | | | |
| Lenore Lum Smith | | Address Redacted | | | |
| Leon Smith | | 2428 Oakes Ave Apt 4 | Everett | WA | 98201-3000 |
| Lester Fish | | Address Redacted | | | |
| Lil Sproutz | | 770 Redwood Dr | Garberville | CA | 95542-3105 |
| Lilian De Godoy | | Address Redacted | | | |
| Logan Blair | | Address Redacted | | | |
| Luis Chavarria | | Address Redacted | | | |
| Madison Moller | | Address Redacted | | | |
| Mandalay Surf & Sport Inc | | 1833 Magnolia Dr | Clearwater | FL | 33764-4610 |
| Mario Cortez | | Address Redacted | | | |
| Marisa Dahlgren | | Address Redacted | | | |
| Marlene Barrett | | Address Redacted | | | |
| Mary Lopez | | Address Redacted | | | |
| MaryBeth Luu | | Address Redacted | | | |
| Matthew Potts | | Address Redacted | | | |
| Matthias Smith | | Address Redacted | | | |
| Maxwell Heffernan | | Address Redacted | | | |
| Meads Dept Store | | 43676 Yellow Wood Rd | Sauk Centre | MN | 56378-8213 |
| Megan McCormick | | Address Redacted | | | |
| Megan Ybarra | | Address Redacted | | | |
| Melissa Larson | | Address Redacted | | | |
| Mia Russi | | Address Redacted | | | |
| Michael Dahilig | | Address Redacted | | | |
| Michael Szitar | | Address Redacted | | | |
| Michael Trujillo | | Address Redacted | | | |
| Michael Wyss | | Address Redacted | | | |
| Michelle Terry | | Address Redacted | | | |
| Michelle Ziskovicz | | Address Redacted | | | |

Exhibit B
Creditor Matrix

| CreditorName | CreditorNoticeName | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Midland Clothing | | 740 E Valley Rd | Basalt | CO | 81621-8388 |
| Mikayla Tuders | | Address Redacted | | | |
| Minh-Tam Le | | Address Redacted | | | |
| Mustafiz Rahman | | Address Redacted | | | |
| Nathan Johnson | | Address Redacted | | | |
| Nelson Monge Garcia | | Address Redacted | | | |
| Nicole Truesdelle | | Address Redacted | | | |
| Nivah Kaplan-Nadel | | Address Redacted | | | |
| Nomads | | Address Redacted | | | |
| NTT Data Enterprise Services, Inc. | | 1231 Greenway Dr Ste 110 | Irving | TX | 75038-7530 |
| Nurudeen Obalaja | | Address Redacted | | | |
| On the Waterfront | | 2432 Lakeshore Blvd | Lakeport | CA | 95453-3218 |
| Once Upon a Time | | 22 Lake Huron Dr | Ltl Egg Hbr | NJ | 08087-1606 |
| Orlando Utilities Commission | | PO Box 31329 | Tampa | FL | 33631-3329 |
| Orlando Utilities Commission (OUC) | Acct No 3069100001 | PO Box 31329 | Tampa | FL | 33631-3329 |
| Our Nations Best Sports | | 4350 Fossil Creek Blvd | Fort Worth | TX | 76137-2740 |
| Paige Straughan | | Address Redacted | | | |
| Paragraph LLC | | Address Redacted | | | |
| Patrick Pelayo | | Address Redacted | | | |
| Paul Nicholas | | Address Redacted | | | |
| Peter Chambers | | Address Redacted | | | |
| Rachel Rundle | | Address Redacted | | | |
| Rachelle Ricardo | | Address Redacted | | | |
| Red Star Holdings LLC | | 1218 East Market St | Charlottesvle | VA | 22902-5446 |
| R-Five, Inc | BDA King America Textile Group | 122 W 22nd St Ste 1 | Oak Brook | IL | 60523-1562 |
| Richard Cubillo | | Address Redacted | | | |
| Ripple Surf Shop | | 200 W Carmel DR | Carmel | IN | 46032-2528 |
| Rosalio Nava Zambrano | | Address Redacted | | | |
| Russell Nadel | | Address Redacted | | | |
| Sanda Lalicic | | Address Redacted | | | |
| Sandra Salazar | | Address Redacted | | | |
| Sara Emanuel | | Address Redacted | | | |
| Sebastian Montoya Villegas | | Address Redacted | | | |
| Shanell Edwards | | Address Redacted | | | |
| Stephanie Eggeling | | Address Redacted | | | |
| Stephen Jones | | Address Redacted | | | |

| CreditorName | CreditorNoticeName | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Steve Morse | | Address Redacted | | | |
| Steven Patry | | Address Redacted | | | |
| Tara Ridge | | Address Redacted | | | |
| Taylor Bonola | | Address Redacted | | | |
| The Shoe Tree | | 131 Delaware Dr | Sterling | CO | 80751-2320 |
| Theresa Diaz | | Address Redacted | | | |
| Thomas Howes | | Address Redacted | | | |
| Thomas Walles | | Address Redacted | | | |
| Travis Nagle | | Address Redacted | | | |
| Trent D. Ludwig | | 2339 NW Labiche Ln Unit 5 | Bend | OR | 97703-6776 |
| Trent Ludwig, Sole MBR | DBA Seek Creative, LLC | 2339 NW Labiche Ln Unit 5 | Bend | OR | 97703-6776 |
| Vail Skate Supply | | PO Box 2365 | Edwards | CO | 81632-2365 |
| Vanesa Lomeli | | Address Redacted | | | |
| W.E.L Dressed | | 7322 Palm Beach Ave | Benton | AR | 72019-1849 |
| Wee Chic | | 2360 W Joppa Rd Ste 115 | Lutherville | MD | 21093-4626 |
| Wesley Bergstrom | | Address Redacted | | | |
| Whitney Larson | | Address Redacted | | | |
| Workers Compensation Board | | 328 State St Ste 2 | Schenctady | NY | 12305-3200 |
| Xiomara Romero | | Address Redacted | | | |
| X-Shoes Inc. | | 29642 SW 158th Pl | Homestead | FL | 33033-3463 |
| Yvette Smith | | Address Redacted | | | |
| Zachariah Jones | | Address Redacted | | | |
| Zack Yanik | | Address Redacted | | | |
| Zacks Investment Research, Inc. | | 10 S Riverside Plz Ste 1600 | Chicago | IL | 60606-3830 |
| ZLT Darrenebberts | Acct No 3069100001 | 1493 E Bentley Dr Ste 101 | Corona | CA | 92879-5102 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 6 of 6