**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :      Chapter 11
                                            :
QUIKSILVER, INC., *et al.*,                 :      Case No. 15-11880 (BLS)
                                            :
                            Debtors.[1]     :      Jointly Administered
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**AFFIDAVIT OF SERVICE**</u>

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On October 26, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **<u>Exhibit A</u>**, via Facsimile on the service list attached hereto as **<u>Exhibit B</u>**, and via Overnight mail on the service list attached hereto as **<u>Exhibit C</u>**:

- **Notice of Canceled Telephonic Status Conference** [Docket No. 352]

Furthermore, on October 26, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **<u>Exhibit A</u>**, via Facsimile on the service lists attached hereto as **<u>Exhibit B</u>** and **<u>Exhibit D</u>**, and via Overnight mail on the service lists attached hereto as **<u>Exhibit C</u>** and **<u>Exhibit E</u>**:

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Notice of Agenda of Matters Scheduled for Hearing on October 28, 2015 at 1:30 P.M. (Eastern)** [Docket No. 353]

Dated: November 9, 2015

_____
Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 9th day of November, 2015, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

NADINE GISELE SEIVERT
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2016

2

# EXHIBIT A

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | mstamer@akingump.com; mlahaie@akingump.com |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | jason.starks@texasattorneygeneral.gov |
| Counsel for for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | pollack@ballardspahr.com |
| Counsel for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops; First & Lenora LLC | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | summersm@ballardspahr.com; heilmanl@ballardspahr.com |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Bayard PA | Justin R Alberto | jalberto@bayardlaw.com; ANwannunu@bayardlaw.com |
| Attorneys for The Irvine Company LLC | Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | rsolomon@blt-enterprises.com |
| Attorneys for SAP Industries, Inc. | Brown & Connery LLP | Donald K. Ludman | dludman@brownconnery.com |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | kevin@shoenet.org |
| Counsel for First & Lenora LLC | Cairncross & Hempelmann | John Rizzardi | jrizzardi@cairncross.com |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | info@carmnet.com |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Chipman Brown Cicero & Cole LLP | William E Chipman Jr | chipman@chipmanbrown.com |
| Interested Party | Clayton Blehm | | clayblehm@cblehm.com |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Cooley LLP | Jay R Indyke Cathy Hershcopf | jindyke@cooley.com; chershcopf@cooley.com; svanaalten@cooley.com; rwinning@cooley.com |
| Top 30 Creditor | CPG PARTNERS LP | | IRContact@simon.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | tss-gds.eur@db.com |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | info@dragoncrowd.com |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | sathish.sourcing@eastmanexports.com |
| Counsel for  C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | sgubner@ebg-law.com; ecf@ebg-law.com |
| Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 | Foley & Lardner LLP | Mark L Prager Mark F Hebbeln Lars A Peterson | mprager@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | ggpbk@ggp.com |
| Counsel to Queens' Market LLC | Goodsill Anderson Quinn & Stifel | Jonathan C Bolton | jbolton@goodsill.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | melorod@gtlaw.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | wolfje@gtlaw.com |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Hogan Lovells US LLP | Christopher R Donoho III John D Beck | chris.donoho@hoganlovells.com; john.beck@hoganlovells.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Victoria Footwear Co Ltd | James A Shalvoy Esq | | james.shalvoy@verizon.net |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | jae@jmbm.com |
| Counsel for Massive Prints Inc | Jeffrey S Shinbrot APLC | Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com |
| Interested Party | Jung & Yuen, LLP | Curtis Jung, Esq. | Curtis@jyllp.com |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | dustin.branch@kattenlaw.com |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | jessica.mickelsensimon@kattenlaw.com |
| Attorneys for Weihai Textile Group Import & Export Co., Ltd. | Katten Muchin Rosenman LLP | Matthew W Olsen | matthew.olsen@kattenlaw.com |
| Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 3

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | david.nemecek@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | skaufman@kaufmanlaw.com |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Andrew Cole, Esq. | andrew.cole@leclairryan.com |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Niclas A Ferland Esq Ilan Markus Esq | niclas.ferland@leclairryan.com; ilan.markus@leclairryan.com |
| Attorney for City of El Paso | Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@lgbs.com |
| Attorneys for Dragon Crowd Garment, Inc. | Lobel Weiland Golden Friedman LLP | Alan J Friedman | afriedman@wgllp.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | rdehney@mnat.com; aremming@mnat.com; tminott@mnat.com |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | steve@nbisun.com |
| Top 30 Creditor | O'MELVENY & MYERS LLP | MICHAEL F LOTITO ESQ | mlotito@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | mark.kenney@usdoj.gov |
| Counsel for Banc of America Leasing & Capital, LLC | Parker Milliken Clark O'Hara & Samuelian | Thomas E Shuck | tshuck@pmcos.com; malvarado@pmcos.com |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | strattod@pepperlaw.com; fournierd@pepperlaw.com; schannej@pepperlaw.com |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | ebcalvo@pbfcm.com |
| Attorneys for Port Logistics | Port Logistics | c/o Pamela Kohlman Webster, Esq. | pwebster@buchalter.com |
| Top 30 Creditor | QTNP APPARELS JSC | | INFO@QTNPAPPARELS.COM |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Interested Party | Rosenthal & Rosenthal Inc | Attn Anthony DiTirro | TDiTirro@rosenthalinc.com |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | kevin@shoenet.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | ashmead@sewkis.com |
| Party in Interest, Landlord; Committee of Unsecured Creditors | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Counsel for Victoria Ward, Limited | Spector & Johnson PLLC | Howard Marc Spector | hspector@spectorjohnson.com |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | contact@srinivasafashions.com |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Stroock & Stroock & Lavan LLP | Andrew P DeNatale | adenatale@stroock.com |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | textile@sumec.com.cn |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | aconway@taubman.com |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | justin.shearer@usbank.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | skortanek@wcsr.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 3

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | skortanek@wcsr.com; thoran@wcsr.com; mpatterson@wcsr.com |
| Top 30 Creditor | WORLD MARKETING, INC. | | results@worldmarkinc.com |
| Interested Party | WRI Marshalls Plaza, LP | c/o Weingarten Realty Investors | bankruptcycases@weingarten.com |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | cndchain@chinacnd.com |

# EXHIBIT B

**Exhibit B**
**Core/2002 Fax Service List**

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| Top 30 Creditor | 3 TIMES SQUARE ASSOCIATES LLC | JP MORGAN CHASE BANK | 212-270-1648 |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | 212-872-1002 |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | 512-936-1409 |
| Counsel for for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | 215-864-9473 |
| Counsel for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops; First & Lenora LLC | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | 302-252-4466 |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Bayard PA | Justin R Alberto | 302-658-6395 |
| Attorneys for The Irvine Company LLC | Bewley Lassleben & Miller LLP | Ernie Zachary Park | 562-309-8063 |
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | 805-278-8221 |
| Attorneys for SAP Industries, Inc. | Brown & Connery LLP | Donald K. Ludman | 856-853-9933 |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | 82-51-747-2425 |
| Counsel for First & Lenora LLC | Cairncross & Hempelmann | John Rizzardi | 206-587-2308 |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | 213-250-0710 |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Chipman Brown Cicero & Cole LLP | William E Chipman Jr | 302-295-0199 |
| Top 30 Creditor | COINS INTERNATIONAL CO., LTD. | | 886-4-23298638 |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Cooley LLP | Jay R Indyke Cathy Hershcopf | 212-479-6275 |
| DE AG Office | Delaware Attorney General | Matthew Denn | 302-577-6499 |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 302-739-5831 |
| DE State Treasury | Delaware State Treasury | | 302-739-5635 |
| Top 30 Creditor | DELTNA TRADING PTY LTD. | ALAN FENNEL | 61-3-52614555 03 5261 4470 |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | 44 (0) 20 7547 6149 |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | 0086-574-87703108 |
| Top 30 Creditor | DUBHE CORPORATION | | 82 2 719 7025 |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | 91-421-4301205 |
| Environmental Protection Agency | Environmental Protection Agency | | 215-814-5103 |
| Counsel for  C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | 818-827-9099 |
| Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 | Foley & Lardner LLP | Mark L Prager Mark F Hebbeln Lars A Peterson | 312-832-4700 |
| Top 30 Creditor | FULL CREATIVE CO, LTD | | 86-769-89981002 |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | 312-442-6374 |
| Counsel to Queens' Market LLC | Goodsill Anderson Quinn & Stifel | Jonathan C Bolton | 808-547-5880 |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | 302-6617360 |

**Exhibit B**
**Core/2002 Fax Service List**

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | 617-279-8447 |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Hogan Lovells US LLP | Christopher R Donoho III John D Beck | 212-918-3100 |
| Top 30 Creditor | HONG KONG HESHENG INT'L | TOME ZHENG | 86-594-762817 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Counsel to Victoria Footwear Co Ltd | James A Shalvoy Esq | | 310-796-0277 |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | 310-203-0567 |
| Interested Party | Jung & Yuen, LLP | Curtis Jung, Esq. | 213-689-8887 |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | 310-788-4471 |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | 310-788-4471 |
| Attorneys for Weihai Textile Group Import & Export Co., Ltd. | Katten Muchin Rosenman LLP | Matthew W Olsen | 212-940-8776 |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | 213-680-8500 |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | 312-862-2200 |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | 302-472-7420 |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Andrew Cole, Esq. | 410-224-0098 |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Niclas A Ferland Esq Ilan Markus Esq | 203-672-3232 |
| Attorney for City of El Paso | Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 210-225-6410 |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 469-221-5003 |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | 713-844-3503 |
| Attorneys for Dragon Crowd Garment, Inc. | Lobel Weiland Golden Friedman LLP | Alan J Friedman | 714-966-1002 |
| Top 30 Creditor | MCKNIGHT,ROBERT | | 714-889-3700 |
| Top 30 Creditor | MERRY LINK DEVELOPMENT | (MACAO COMMERCIAL OFFSHORE) LIMITED | 853-2878-3744 |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | 573-751-7232 |
| Top 30 Creditor | MOONEY,ANDREW P. | | 480-596-1384 |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | 302-658-3989 |
| Committee of Unsecured Creditors | New Generation Advisors LLC | Attn Baily Dent | 978-704-6210 |
| Top 30 Creditor | NEWTIMES FAR EAST | | 886-2-2716-228452 852 2454 3111 212 997 7283 |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | 86-574-88950166 86-574-88950000 |
| Top 30 Creditor | NORTHSTAR SOURCING GROUP HK LTD | DAVE PERKINS | 86-769-8503-2121 |
| Top 30 Creditor | O'MELVENY & MYERS LLP | MICHAEL F LOTITO ESQ | 212-326-2061 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | 302-573-6497 |
| Top 30 Creditor | ORIGINAL JY&T CO. LTD. | | 886-2-2999-1960 |
| Counsel for Banc of America Leasing & Capital, LLC | Parker Milliken Clark O'Hara & Samuelian | Thomas E Shuck | 213-683-6669 |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | 212-336-2222 |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | 302-421-8390 |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | 817-860-6509 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 3

**Exhibit B**
**Core/2002 Fax Service List**

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| Attorneys for Port Logistics | Port Logistics | c/o Pamela Kohlman Webster, Esq. | 213-896-0400 |
| Counsel to Parigi Group Ltd. | Potter Anderson & Corroon LLP | Jeremy W Ryan Etta R Mayers | 302-658-1192 |
| Top 30 Creditor | PUTIAN XINXIESHENG FOOTWEAR CO., LT | | 0594-8673799 |
| Top 30 Creditor | QTNP APPARELS JSC | | 84-4-36369091 |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | 212-789-3195 |
| Interested Party | Rosenthal & Rosenthal Inc | Attn Anthony DiTirro | 212-356-3452 |
| Committee of Unsecured Creditors | Samil Tong Sang Co | Attn Ian Im | 82-51-973-6756 |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | 82-51-979-1729 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317 or 202-772-9318 |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | 215-597-3194 |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | 212-480-8421 |
| Counsel to Parigi Group Ltd. | Sills Cummis & Gross PC | Andrew H Sherman Boris I Mankovetskiy Lucas F Hammonds | 973-643-6500 |
| Party in Interest, Landlord; Committee of Unsecured Creditors | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | 317-263-7901 |
| Counsel for Victoria Ward, Limited | Spector & Johnson PLLC | Howard Marc Spector | 214-237-3380 |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | 91-44- 45560304 |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Stroock & Stroock & Lavan LLP | Andrew P DeNatale | 212-806-6006 |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | 852-23290040 86-025-89695000 |
| Committee of Unsecured Creditors | T. Rowe Price Credit Opportunities Fund | c/o  T. Rowe Price Associates, Inc. | 410-345-6575 |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | 248-258-7481 |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | 615-741-3334 |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | 212-514-6841 |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 302-573-6431 |
| Top 30 Creditor | WEIHAI TEXTILE IMP AND EXP CO | | 0086-631-5692171 86 63 1522 0773 |
| Committee of Unsecured Creditors | Wilfrid Global Opportunity Fund | c/o Wilfrid Aubrey LLC | 212-675-3626 |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 302-661-7728 |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | 302-252-4330 |
| Interested Party | WRI Marshalls Plaza, LP | c/o Weingarten Realty Investors | 713-880-6146 |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | 86-592-2100118 86-592-2987067 |
| Top 30 Creditor | ZHEJIANG XISHI JIAFANG TEXTILE CO L | | 0575-87512877 |

# EXHIBIT C

Exhibit C
Core/2002 Overnight Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | 3 TIMES SQUARE ASSOCIATES LLC | JP MORGAN CHASE BANK | GPO P.O. BOX 27488 | | NEW YORK | NY | 10087 | |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | 867 Woo 1-Dong Haeundae-Gu | | Busan | 13 | 612-822 | South Korea |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | P.O. Box 51025 | | Los Angeles | CA | 90051 | |
| Interested Party | Clayton Blehm | | 770 Sycamore Avenue, Suite 122 | | Vista | CA | 92083 | |
| Top 30 Creditor | COINS INTERNATIONAL CO., LTD. | | 7F-1, No. 89 Bo Guan Road | | Taichung | TWN | 404 | Taiwan |
| Top 30 Creditor | CPG PARTNERS LP | | P.O. BOX 827727 | | PHILADELPHIA | PA | 19182 | |
| Top 30 Creditor | DELTINA TRADING PTY LTD. | ALAN FENNEL | Unit 2, 32 Bell Street | | Torquay | VIC | 3228 | Australia |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | Winchester House | 1 Great Winchester Street | London | | EC2N 2DB | United Kingdom |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | Fl/5 Bldg A, C&E Centre | | Ningbo | 130 | 315040 | China |
| Top 30 Creditor | DUBHE CORPORATION | | Che-Il Bldg Rm 1501, 256-13 | | Seoul | 13 | 121-758 | South Korea |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | 10, 12, KUMARANAGAR (SOUTH) | | TIRUPUR | | 641603 | India |
| Environmental Protection Agency | Environmental Protection Agency | | 1650 Arch St | | Philadelphia | PA | 19103-2029 | |
| Top 30 Creditor | FULL CREATIVE CO, LTD | | No.4 Jin-Ying 2Nd St. | | Dongguan | 190 | 523942 | China |
| Committee of Unsecured Creditors | Global Brands Group | Attn Martin Leder | 12 Princeton Dr | | Tappan | NY | 10903 | |
| Top 30 Creditor | HONG KONG HESHENG INT'L | TOME ZHENG | Rm 1102, Wofoo Commercial Building | | Kowloon | KLN | 999077 | Hong Kong |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | Chicago | IL | 60654 | |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | 919 North Market Street, Suite 460 | | Wilmington | DE | 19801 | |
| Top 30 Creditor | MCKNIGHT,ROBERT | | 167 Emerald Bay | | Laguna Beach | CA | 92651 | |
| Top 30 Creditor | MERRY LINK DEVELOPMENT | (MACAO COMMERCIAL OFFSHORE) LIMITED | Alameda Dr Caros D'Assumpcao No 336 | | Macau | MO | 999078 | Macau |
| Top 30 Creditor | NEWTIMES FAR EAST | | Unit D, 7th Floor, Phase 5 | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | East Fenghua Industrial | | Ningbo | 130 | 315500 | China |
| Top 30 Creditor | NORTHSTAR SOURCING GROUP HK LTD | DAVE PERKINS | Room 602, 6/F, Oriental Centre | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | ORIGINAL JY&T CO. LTD. | | Sanchong Dist. | | New Taipei City | TPE | 241 | Taiwan |
| Top 30 Creditor | PUTIAN XINXIESHENG FOOTWEAR CO., LT | | Liuxian, Laidian Town, Xianyou | | Putian | 150 | 351251 | China |
| Top 30 Creditor | QTNP APPARELS JSC | | NO. 18, LOT 8, LONG BIEN RESETTLEME | | HA NOI | | 10000 | Vietnam |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | New York | NY | 10036 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | Boston | MA | 02108 | |
| Committee of Unsecured Creditors | Samil Tong Sang Co | Attn Ian Im | 18-130 Gangdong-Dong | | Busan | | 13 618-800 | South Korea |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | 18-130 Gangdong-Dong | | Busan | 13 | 618-800 | South Korea |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | Plot No. AP4, 5th Avenue, 2nd Cross | | Chengalpat | 22 | 603002 | India |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | 13F, 198 Changjiang Road | | Nanjing | 100 | 210018 | China |

**Exhibit C**
**Core/2002 Overnight Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | 200 East Long Lake Road Ste 300 | | Bloomfield Hills | MI | 48304 | |
| Top 30 Creditor | WEIHAI TEXTILE IMP AND EXP CO | | No. 16 Shichang Da Road | | Weihai | 120 | 264200 | China |
| Committee of Unsecured Creditors | Wilfrid Global Opportunity Fund | c/o Wilfrid Aubrey LLC | Attn Nicholas Walsh | 465 Lexington Ave | New York | NY | 10174 | |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | 222 Delaware Ave Suite 1501 | | Wilmington | DE | 19801 | |
| Top 30 Creditor | WORLD MARKETING, INC. | | 306 38TH STREET, 8TH FLOOR | | NEW YORK | NY | 10018 | |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | 15th Floor Seaside Bldg. | | Xiamen | 150 | 361000 | China |
| Top 30 Creditor | ZHEJIANG XISHI JIAFANG TEXTILE CO L | | Paitou Village Paitou Town | | Zhuji | 130 | 311825 | China |

# EXHIBIT D

**Exhibit D**
**Specia Parties Fax Service List**

| NAME | NOTICE NAME | FAX |
|------|-------------|-----|
| Akin Gump Strauss Hauer & Feld LLP | Abid Qureshi | 212-872-1002 |

# EXHIBIT E

**Exhibit E**
**Special Parties Overnight Service List**

| NAME | ADDRESS1 | CITY | STATE | ZIP |
|------|----------|------|-------|-----|
| ACE USA | DEPT. CH 10123 | PALATINE | IL | 60055 |

Quiksilver, Inc., et al.
Case No.: 15-11880