## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| QUIKSILVER, INC., *et al.*, | : Case No. 15-11880 (BLS) |
| | : |
| Debtors.[1] | : Jointly Administered |
| | : |
| | : **Related Docket No. 240** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

## THIRD NOTICE OF FILING OF
## <u>ORDINARY COURSE PROFESSIONAL DECLARATIONS</u>

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the

Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To

Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240]

(the "<u>Ordinary Course Professionals Order</u>"), the debtors and debtors in possession in the above-

captioned cases (collectively, the "<u>Debtors</u>") hereby file the Third Notice of Filing of Ordinary

Course Professional Declarations with respect to the professionals listed on <u>Exhibit A</u> hereto (the

"<u>Ordinary Course Professionals</u>").  In support of the retention of the Ordinary Course

Professionals, the Debtors have attached declarations executed by the Ordinary Course

Professionals, attached hereto as <u>Exhibits B through E</u>.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of

the Ordinary Course Professional must be made in writing, filed with the United States

Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), 824 North Market

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be received by **November 25, 2015 at**

**4:00 p.m. (Eastern)** (the "Objection Deadline") by the applicable Ordinary Course Professional

and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com) and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) proposed counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com) and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:   Wilmington, Delaware
         November 11, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

**List of Ordinary Course Professional Declarations**

Chaves, Gelman, Machado, Gilberto e Barboza Sociedade de Advogados
CPA Global Limited
Kane Kessler, P.C.
Munro Leys

# EXHIBIT B

**<u>Amended</u> Ordinary Course Professional Declaration for
Chaves, Gelman, Machado, Gilberto e Barboza Sociedade de Advogados**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, ADRIANO CHAVES , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.   Name and address of firm:

     CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA
     SOCIEDADE DE ADVOGADOS ("CGM LAW") - AV. BRIGA-
     DEIRO FARIA LIMA, No 1663, 5th FLOOR, SÃO
     PAULO-SP, BRAZIL, ZIP CODE 01452-001

2.   Date of retention:   SEPTEMBER 2014

3.   Type of services provided (accounting, legal, etc.):

     LEGAL SERVICES



4. Brief description of services to be provided:

   LEGAL SERVICES IN CONNECTION WITH THE DEBTORS'
   ACTIVITIES IN BRAZIL, SPECIALLY IN RESPECT OF
   GENERAL CORPORATE MATTERS, CONTRACTUAL MATTERS,
   TAX MATTERS, AND REGULATORY AND CENTRAL BANK
   MATTERS.

5. Arrangements for compensation (hourly, contingent, etc.):
   HOURLY RATES, WHICH VARY ACCORDING TO THE LEVEL OF
   EXPERIENCE OF EACH PROFESSIONAL, PLUS OUT-OF-POCKET
   EXPENSES

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was
   employed prepetition):

   N/A

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ EUROS 17,229.62

   Date claim arose: JUNE, JULY, AUGUST, SEPTEMBER AND OCTOBER 2015
   Source of claim: PLEASE REFER TO THE ATTACHED INVOICES (ISSUED ON
   JUNE, JULY, AUGUST, SEPTEMBER AND OCTOBER 2015)

8. Prepetition claims against any of the Debtors held individually by any member, associate,
   or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: $ N/A

   Date claim arose: N/A

   Source of claim: N/A

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Kind of shares: N/A

No. of shares: N/A

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: NOVEMBER 5, 2015

Name: ADRIANO CHAVES
Title: PARTNER
Company: CGM LAW
Address: AV. BRIG. FARIA LIMA, 1663
5th FLOOR, SÃO PAULO-SP, BRAZIL, 01452-001
Telephone: +55 11 2394 8900
Facsimile: _____

772537.05-WILSR01A - MSW



Chaves, Gelman, Machado, Gilberto e Barboza

# INVOICE Nº 2224

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA, CA 92649

At.: Mrs. Linnsey Caya

Re.: Legal Services provided in May/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 5,857.75 |
| Discount | EURO 585.77 |
| **Total:** | **EURO 5,272.00** |

**3. Due Date:** June 25, 2015

**4. Wire Instructions:**

**Euro – EUR**
Account with: Commerzbank Ag – Frankfurt
Swift code: COBADEFF
Account nr: 50040000/400871856100EUR
IBAN BR11 6070 1190 0084 5000 0084 631C 1
In favor of Itaú Unibanco S.A.
Swift code: ITAUBRSP
For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
Branch number: 0845
Account number: 08463-1

São Paulo, June 15, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001 I São Paulo, SP I Brasil



Chaves, Gelman, Machado, Gilberto e Barboza

# DEBIT NOTE Nº 2225

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA, CA 92649

At.: Mrs. Linnsey Caya

Re.: Reimbursement of Expenses May/2015

**2. Amount:**

Expenses:                                                          EURO 57.59

**Total:**                                                          **EURO 57.59**

**3. Due Date:** June 25, 2015

**4. Wire Instructions:**

**Euro – EUR**
        Account with: Commerzbank Ag – Frankfurt
        Swift code: COBADEFF
        Account nr: 50040000/400871856100EUR
        IBAN BR11 6070 1190 0084 5000 0084 631C 1
        In favor of Itaú Unibanco S.A.
        Swift code: ITAUBRSP
        For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA**
        **SOCIEDADE DE ADVOGADOS**
        Branch number: 0845
        Account number: 08463-1

São Paulo, June 15, 2015

                                        **CHAVES, GELMAN, MACHADO, GILBERTO E**
                                        **BARBOZA SOCIEDADE DE ADVOGADOS**
                                        CNPJ n.º 21.011.701/0001-04
                                        Av. Brig. Faria Lima, 1.663 – 5º andar
                                        CEP 01452-001 l São Paulo, SP l Brasil



## INVOICE Nº 2406

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in June/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 2,989.31 |
| Discount | EURO 298.93 |
| **Total:** | **EURO  2,690.38** |

**3. Due Date:** July 16, 2015

**4. Wire Instructions:**

**Euro – EUR**

Account with: Commerzbank Ag – Frankfurt
Swift code: COBADEFF
Account nr: 50040000/400871856100EUR
IBAN BR11 6070 1190 0084 5000 0084 631C 1
In favor of Itaú Unibanco S.A.
Swift code: ITAUBRSP
For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
Branch number: 0845
Account number: 08463-1

São Paulo, July 06, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001  I  São Paulo, SP  I  Brasil



# DEBIT NOTE Nº 2407

### 1. Client:

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Reimbursement of Expenses June/2015

### 2. Amount:

Expenses:                                                                                    US$ 39.49

**Total:**                                                                                   **US$ 39.49**


**3. Due Date:** July 16, 2015


**4. Wire Instructions:**


**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA**
> **SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1


São Paulo, July 06, 2015

> **CHAVES, GELMAN, MACHADO, GILBERTO E**
> **BARBOZA SOCIEDADE DE ADVOGADOS**
> CNPJ n.º 21.011.701/0001-04
> Av. Brig. Faria Lima, 1.663 – 5º andar
> CEP 01452-001 | São Paulo, SP | Brasil



## Invoice Nº 2691

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.: Mrs.  Linnsey Caya

Re.: Legal Services provided in July/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 1,442.37 |
| Discount | EURO 144.24 |
| **Total:** | **EURO 1,298.12** |

**3. Due Date:** August 31, 2015

**4. Wire Instructions:**

**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1

São Paulo, August 19, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001 | São Paulo, SP | Brasil



Chaves, Gelman, Machado, Gilberto e Barboza

# DEBIT NOTE Nº 2692

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Reimbursement of Expenses July/2015

**2. Amount:**

Expenses:                                                                               EURO 440.01

**Total:**                                                                              **EURO 440.01**

**3. Due Date:** August 31, 2015

**4. Wire Instructions:**

**Euro – EUR**
      Account with: Commerzbank Ag – Frankfurt
      Swift code: COBADEFF
      Account nr: 50040000/400871856100EUR
      IBAN BR11 6070 1190 0084 5000 0084 631C 1
      In favor of Itaú Unibanco S.A.
      Swift code: ITAUBRSP
      For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA**
      **SOCIEDADE DE ADVOGADOS**
      Branch number: 0845
      Account number: 08463-1

São Paulo, August 19, 2015

                                 **CHAVES, GELMAN, MACHADO, GILBERTO E**
                                 **BARBOZA SOCIEDADE DE ADVOGADOS**
                                 CNPJ n.º 21.011.701/0001-04
                                 Av. Brig. Faria Lima, 1.663 – 5º andar
                                 CEP 01452-001 l São Paulo, SP l Brasil



Chaves, Gelman, Machado, Gilberto e Barboza

## INVOICE Nº 2936

**1. Client:**

Name: **QUIKSILVER, INC.**

Address: GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.: Mrs. Linnsey Caya

Re.: Legal Services provided in August/2015

**2. Amount:**

| | |
|---|---|
| Fees: | EURO 4,205.23 |
| Discount | EURO 420,52 |
| **Total:** | **EURO 3.784,70** |

**3. Due Date:** September 21, 2015

**4. Wire Instructions:**

**Euro – EUR**

Account with: Commerzbank Ag – Frankfurt
Swift code: COBADEFF
Account nr: 50040000/400871856100EUR
IBAN BR11 6070 1190 0084 5000 0084 631C 1
In favor of Itaú Unibanco S.A.
Swift code: ITAUBRSP
For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
Branch number: 0845
Account number: 08463-1

São Paulo, September 09, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001 | São Paulo, SP | Brasil



Chaves, Gelman, Machado, Gilberto e Barboza

# DEBIT NOTE Nº 2939

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in August/2015

**2. Amount:**

Expenses:                                                                                          EURO 186.19

**Total:**                                                                                          **EURO 186.19**

**3. Due Date:** September 21, 2015

**4. Wire Instructions:**

**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA**
> **SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1

São Paulo, September 09, 2015

> **CHAVES, GELMAN, MACHADO, GILBERTO E**
> **BARBOZA SOCIEDADE DE ADVOGADOS**
> CNPJ n.º 21.011.701/0001-04
> Av. Brig. Faria Lima, 1.663 – 5º andar
> CEP 01452-001 | São Paulo, SP | Brasil



Chaves, Gelman, Machado, Gilberto e Barboza

## INVOICE Nº 2965

**1. Client:**

Name: **QUIKSILVER, INC.**

Address: GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.: Mrs. Linnsey Caya

Re.: Legal Services provided in September/2015

**2. Amount:**

| | |
|---|---:|
| Fees: | EURO 755.85 |
| Discount | EURO 75.59 |
| **Total:** | **EURO 680.26** |

**3. Due Date:** September 24, 2015

**4. Wire Instructions:**

**Euro – EUR**

```
Account with: Commerzbank Ag – Frankfurt
Swift code: COBADEFF
Account nr: 50040000/400871856100EUR
IBAN BR11 6070 1190 0084 5000 0084 631C 1
In favor of Itaú Unibanco S.A.
Swift code: ITAUBRSP
For further credit to: CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA
SOCIEDADE DE ADVOGADOS
Branch number: 0845
Account number: 08463-1
```

São Paulo, September 14, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E
BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001 | São Paulo, SP | Brasil



Chaves, Gelman, Machado, Gilberto e Barboza

## INVOICE Nº 3050

### 1. Client:

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  Mrs. Linnsey Caya

Re.: Legal Services provided in September/2015

### 2. Amount:

Fees:                                                                                EURO 1,523.87

Discount                                                                         EURO 152.39

**Total:**                                                                        **EURO 1,371.47**


**3. Due Date:** October 15, 2015


### 4. Wire Instructions:

**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1


São Paulo, October 05, 2015


**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001 | São Paulo, SP | Brasil



Chaves, Gelman, Machado, Gilberto e Barboza

## INVOICE Nº 3054

**1. Client:**

Name: **QUIKSILVER, INC.**

Address: GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.: Mrs. Linnsey Caya

Re.: Legal Services provided in September/2015

**2. Amount:**

Fees:                                                                                                                    EURO 56.41

**Total:**                                                                                                           **EURO 56.41**

**3. Due Date:** October 15, 2015

**4. Wire Instructions:**

**Euro – EUR**

        Account with: Commerzbank Ag – Frankfurt
        Swift code: COBADEFF
        Account nr: 50040000/400871856100EUR
        IBAN BR11 6070 1190 0084 5000 0084 631C 1
        In favor of Itaú Unibanco S.A.
        Swift code: ITAUBRSP
        For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
        Branch number: 0845
        Account number: 08463-1

São Paulo, October 05, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001 | São Paulo, SP | Brasil



Chaves, Gelman, Machado, Gilberto e Barboza

## INVOICE Nº 3277

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.:  MRS. LINNSEY CAYA

Re.: Legal Services provided in October/2015

**2. Amount:**

Fees:                                                                              EURO 1,320.42

Discount                                                                          EURO 132.04

**Total:**                                                                        **EURO 1,188.38**

**3. Due Date:** November 16, 2015

**4. Wire Instructions:**

**Euro – EUR**

> Account with: Commerzbank Ag – Frankfurt
> Swift code: COBADEFF
> Account nr: 50040000/400871856100EUR
> IBAN BR11 6070 1190 0084 5000 0084 631C 1
> In favor of Itaú Unibanco S.A.
> Swift code: ITAUBRSP
> For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
> Branch number: 0845
> Account number: 08463-1

São Paulo, November 05, 2015

**CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA SOCIEDADE DE ADVOGADOS**
CNPJ n.º 21.011.701/0001-04
Av. Brig. Faria Lima, 1.663 – 5º andar
CEP 01452-001  l  São Paulo, SP  l  Brasil

Av. Brig. Faria Lima, 1.663 – 5º andar  l  CEP 01452-001  l  São Paulo, SP  l  Brasil



# Debit Note Nº 3279

**1. Client:**

Name: **QUIKSILVER, INC.**

Address:  GRAHAM STREET, HUNTINGTON BEACH, CALIFÓRNIA/, CA 92649

At.: MRS. LINNSEY CAYA

Re.: Reimbursement of Expenses October/2015

**2. Amount:**

Expenses:                                                            EURO 164.65

**Total:**                                                         **EURO 164.65**

**3. Due Date:** November 16, 2015

**4. Wire Instructions:**

**Euro – EUR**
        Account with: Commerzbank Ag – Frankfurt
        Swift code: COBADEFF
        Account nr: 50040000/400871856100EUR
        IBAN BR11 6070 1190 0084 5000 0084 631C 1
        In favor of Itaú Unibanco S.A.
        Swift code: ITAUBRSP
        For further credit to: **CHAVES, GELMAN, MACHADO, GILBERTO E BARBOZA**
        **SOCIEDADE DE ADVOGADOS**
        Branch number: 0845
        Account number: 08463-1

São Paulo, November 05, 2015

> **CHAVES, GELMAN, MACHADO, GILBERTO E**
> **BARBOZA SOCIEDADE DE ADVOGADOS**
> CNPJ n.º 21.011.701/0001-04
> Av. Brig. Faria Lima, 1.663 – 5º andar
> CEP 01452-001 | São Paulo, SP | Brasil

## <u>EXHIBIT C</u>

**Ordinary Course Professional Declaration for
CPA Global Limited**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Skadden, Arps, Slate, Meagher & Flom LLP
      300 S. Grand Ave., Suite 3400
      Los Angeles, CA 90071
      Attn: Annie Li, Esq.
      Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _JOHN RIEDEL_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

      _CPA GLOBAL LIMITED_
      _LIBERATION HOUSE, CASTLE STREET_
      _JERSEY JE1 1BL_
      _CHANNEL ISLANDS_

2.    Date of retention: _01/01/15_

3.    Type of services provided (accounting, legal, etc.):

      _GLOBAL TRADEMARK QUARTERLY RENEWALS_
      _SERVICES_

4.  Brief description of services to be provided:

PAYMENT OF OFFICIAL AND COUNTRY RENEWAL FEES AND ASSOCIATED DOCUMENTATION PREPARATION AND FILING FOR RENEWALS OF TRADEMARKS WORLDWIDE

5.  Arrangements for compensation (hourly, contingent, etc.):

PER CASE SERVICE CHARGE AND OFFICIAL AND COUNTRY CHARGES

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

CIRCA $20,000

7.  Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ 70,277.60

Date claim arose: INVOICES BETWEEN 5-JUNE-2015 AND PETITION DATE

Source of claim: INVOICE FOR SERVICES

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: N/A

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm: N/A

Kind of shares: _____

No. of shares: _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:    *N/A*

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ *N/A* _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __11/5/2015__

Name: __JOHN RIEDEL__
Title: __ASSOCIATE GENERAL COUNSEL__
Company: __CPA GLOBAL LIMITED__
Address: __2318 MILL ROAD 12F__
__ALEXANDRIA, VA 22314__
Telephone: __703 739 1267__
Facsimile: _____



CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com

| | |
|---|---|
| Quiksilver Inc<br>Attn: Victor Choco<br>15202 Graham Street<br>Huntington Beach CA 92649<br>United States of America | **INVOICE NO  206442**<br><br>The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.<br>Credit terms are: 30 days from invoice date.<br><br>Account number: [8882448]<br>Purchase order number: [ N/A ]<br>Invoice Date: 5 June 2015 |

| Action narrative: | Fees from our agent for recording themselves as address for service in Oman - charged at cost |
|---|---|

| Country: | Oman |
|---|---|
| **Trademark No.** | 36810 |
| **Property Type:** | Trademark |
| **Case reference:** | T8310558OM |
| **Your reference:** | 01427OM |
| **Trademark: Class** | QUIK:25 |
| **Owner:** | QS Holdings, S.á.r.l. |
| **Due Date:** | 21 June 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$60.00 |
|---|---|

---

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  206442 | Account:  [8882448] | Reference No:  T8310558OM |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total:<br>US$60.00 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**

Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

| | | |
|---|---|---|
| CPA Global North America LLC<br>2318 Mill Road, 12th Floor<br>Alexandria, Virginia 22314<br>United States of America<br>Tel: 866 739 2239<br>Fax: 703 739 2815<br>patents@cpaglobal.com<br>trademark@cpaglobal.com | CPA Global (Australia) Pty Ltd:<br>Level 4, 10 Barrack Street<br>Sydney, NSW 2000<br>PO Box Q263, QVB Post Shop,<br>Sydney NSW 1230<br>Tel: +61 (0)2 9993 3010<br>Fax: +61 (0)2 9993 3099<br>patents@cpaglobal.com<br>trademark@cpaglobal.com | CPA Global Deutschland GMbH<br>Am Hochacker 3 (Technopark)<br>D-85630 Neukeferloh bei München<br>Germany<br>Tel +49 (89) 4567850<br>Fax: +49 (89) 4567855<br>deutschland@cpaglobal.com |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com

**CPA GLOBAL**

Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

## INVOICE NO  207591

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 25 June 2015

| Action narrative: | Recording a change of address and Fees from our agent for obtaining 1st and 2nd extension of time in Republic of Korea |
|---|---|

| Country: | Republic of Korea |
|---|---|
| Trademark No. | 0024280 |
| Property Type: | Trademark |
| Case reference: | T0118347KR |
| Your reference: | 00795KR |
|  | 00795KR |
| Trademark: Class | QUIKSILVER SHOP:35 |
| Owner: | QS Holdings, S.á.r.l. |
| Due Date: | 29 June 2024 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$759.08 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  207591 | Account:  [8882448] | Reference No:  T0118347KR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$759.08 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**

CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**

Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

| CPA Global North America LLC | CPA Global (Australia) Pty Ltd: | CPA Global Deutschland GMbH |
|---|---|---|
| 2318 Mill Road, 12th Floor | Level 4, 10 Barrack Street | Am Hochacker 3 (Technopark) |
| Alexandria, Virginia 22314 | Sydney, NSW 2000 | D-85630 Neukeferloh bei München |
| United States of America | PO Box Q263, QVB Post Shop, | Germany |
| Tel: 866 739 2239 | Sydney NSW 1230 | Tel +49 (89) 4567850 |
| Fax: 703 739 2815 | Tel: +61 (0)2 9993 3010 | Fax: +49 (89) 4567855 |
| patents@cpaglobal.com | Fax: +61 (0)2 9993 3099 | deutschland@cpaglobal.com |
| trademark@cpaglobal.com | patents@cpaglobal.com | |
| | trademark@cpaglobal.com | |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey

Phone: +44 1534 888711   Fax: +44 1534 826202

trademarks@cpaglobal.com   www.cpaglobal.com

**CPA GLOBAL**

Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  207592

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 25 June 2015

| Action narrative: | Recording a change of address and Fees from our agent for obtaining 1st and 2nd extension of time in Republic of Korea |
|---|---|

| Country: | Republic of Korea |
|---|---|
| Trademark No. | 0024277 |
| Property Type: | Trademark |
| Case reference: | T0118346KR |
| Your reference: | 01108KR |
| | 01108KR |
| Trademark: Class | BOARDRIDERS CLUB:35 |
| Owner: | QS Holdings, S.á.r.l. |
| Due Date: | 29 June 2014 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$759.08 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  207592 | Account:  [8882448] | Reference No:  T0118346KR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$759.08 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**

CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**

Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

| | | |
|---|---|---|
| CPA Global North America LLC | CPA Global (Australia) Pty Ltd: | CPA Global Deutschland GMbH |
| 2318 Mill Road, 12th Floor | Level 4, 10 Barrack Street | Am Hochacker 3 (Technopark) |
| Alexandria, Virginia 22314 | Sydney, NSW 2000 | D-85630 Neukeferloh bei München |
| United States of America | PO Box Q263, QVB Post Shop, | Germany |
| Tel: 866 739 2239 | Sydney NSW 1230 | Tel +49 (89) 4567850 |
| Fax: 703 739 2815 | Tel: +61 (0)2 9993 3010 | Fax: +49 (89) 4567855 |
| patents@cpaglobal.com | Fax: +61 (0)2 9993 3099 | deutschland@cpaglobal.com |
| trademark@cpaglobal.com | patents@cpaglobal.com | |
| | trademark@cpaglobal.com | |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey

Phone: +44 1534 888711   Fax: +44 1534 826202

trademarks@cpaglobal.com   www.cpaglobal.com



Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  210807

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 21 July 2015

| Action narrative: | Fee for the extension of protection in French Polynesian |
|---|---|

| Country: | France |
|---|---|
| Trademark No. | 95557659 |
| Property Type: | Trademark |
| Case reference: | T8309021FR |
| Your reference: | |
| | 00855FR |
| Trademark: Class | BOARDRIDERS CLUB:25 |
| Owner: | Biarritz Holdings |
| Due Date: | 10 February 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$162.65 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  210807 | Account:  [8882448] | Reference No:  T8309021FR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$162.65 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

---

| | | |
|---|---|---|
| CPA Global North America LLC<br>2318 Mill Road, 12th Floor<br>Alexandria, Virginia 22314<br>United States of America<br>Tel: 866 739 2239<br>Fax: 703 739 2815<br>patents@cpaglobal.com<br>trademark@cpaglobal.com | CPA Global (Australia) Pty Ltd:<br>Level 4, 10 Barrack Street<br>Sydney, NSW 2000<br>PO Box Q263, QVB Post Shop,<br>Sydney NSW 1230<br>Tel: +61 (0)2 9993 3010<br>Fax: +61 (0)2 9993 3099<br>patents@cpaglobal.com<br>trademark@cpaglobal.com | CPA Global Deutschland GMbH<br>Am Hochacker 3 (Technopark)<br>D-85630 Neukeferloh bei München<br>Germany<br>Tel +49 (89) 4567850<br>Fax: +49 (89) 4567855<br>deutschland@cpaglobal.com |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey

Phone: +44 1534 888711   Fax: +44 1534 826202

trademarks@cpaglobal.com   www.cpaglobal.com



Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  210995

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 23 July 2015

| Action narrative: | Fee for the extension of protection in French Polynesian. |
|---|---|

| | |
|---|---|
| **Country:** | France |
| **Trademark No.** | 95570764 |
| **Property Type:** | Trademark |
| **Case reference:** | T8309024FR |
| **Your reference:** | |
| | 06465FR |
| **Trademark: Class** | DROORS:25 |
| **Owner:** | DC Shoes, Inc. |
| **Due Date:** | 9 May 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$163.05 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  210995 | Account:  [8882448] | Reference No:  T8309024FR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$163.05 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

| CPA Global North America LLC | CPA Global (Australia) Pty Ltd: | CPA Global Deutschland GMbH |
|---|---|---|
| 2318 Mill Road, 12th Floor | Level 4, 10 Barrack Street | Am Hochacker 3 (Technopark) |
| Alexandria, Virginia 22314 | Sydney, NSW 2000 | D-85630 Neukeferloh bei München |
| United States of America | PO Box Q263, QVB Post Shop, | Germany |
| Tel: 866 739 2239 | Sydney NSW 1230 | Tel +49 (89) 4567850 |
| Fax: 703 739 2815 | Tel: +61 (0)2 9993 3010 | Fax: +49 (89) 4567855 |
| patents@cpaglobal.com | Fax: +61 (0)2 9993 3099 | deutschland@cpaglobal.com |
| trademark@cpaglobal.com | patents@cpaglobal.com | |
| | trademark@cpaglobal.com | |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey

Phone: +44 1534 888711   Fax: +44 1534 826202

trademarks@cpaglobal.com   www.cpaglobal.com

**CPA GLOBAL**

Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  211002

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 23 July 2015

| Action narrative: | Fee for the extension of protection in French Polynesian. |
|---|---|

| Country: | France |
|---|---|
| Trademark No. | 95559871 |
| Property Type: | Trademark |
| Case reference: | T8309023FR |
| Your reference: | |
| | 01242FR |
| Trademark: Class | BOARDRIDERS CLUB:09,14,18,25,28 |
| Owner: | Biarritz Holdings, S.a.r.l. |
| Due Date: | 23 February 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$163.05 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  211002 | Account:  [8882448] | Reference No:  T8309023FR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$163.05 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**

CPA Global Account Number: 69417697

SORT Code: 40-05-15

SWIFT Code: MIDLGB22

IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**

Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

| | | |
|---|---|---|
| CPA Global North America LLC<br>2318 Mill Road, 12th Floor<br>Alexandria, Virginia 22314<br>United States of America<br>Tel: 866 739 2239<br>Fax: 703 739 2815<br>patents@cpaglobal.com<br>trademark@cpaglobal.com | CPA Global (Australia) Pty Ltd:<br>Level 4, 10 Barrack Street<br>Sydney, NSW 2000<br>PO Box Q263, QVB Post Shop,<br>Sydney NSW 1230<br>Tel: +61 (0)2 9993 3010<br>Fax: +61 (0)2 9993 3099<br>patents@cpaglobal.com<br>trademark@cpaglobal.com | CPA Global Deutschland GMbH<br>Am Hochacker 3 (Technopark)<br>D-85630 Neukeferloh bei München<br>Germany<br>Tel +49 (89) 4567850<br>Fax: +49 (89) 4567855<br>deutschland@cpaglobal.com |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2



CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com

Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  211071

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 24 July 2015

| Action narrative: | Fee for Confirmation of French Polynesia designation before Tahiti office |
|---|---|

| Country: | France |
|---|---|
| Trademark No. | 043306420 |
| Property Type: | Trademark |
| Case reference: | T8101280FR |
| Your reference: | 04395FR |
|  | 04395FR |
| Trademark: Class | HEART (DEVICE):03,09,14,16,18,24,25,28,32,35,41 |
| Owner: | Biarritz Holdings, S.a.r.l. |
| Due Date: | 30 July 2014 |

Full payment of this invoice is expected within 30 days of invoice date.

| Grand Total | US$84.13 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  211071 | Account:  [8882448] | Reference No:  T8101280FR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$84.13 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**
This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697
**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.
**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.
**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA
You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.
If you have any questions, please contact us.

| CPA Global North America LLC | CPA Global (Australia) Pty Ltd: | CPA Global Deutschland GMbH |
|---|---|---|
| 2318 Mill Road, 12th Floor | Level 4, 10 Barrack Street | Am Hochacker 3 (Technopark) |
| Alexandria, Virginia 22314 | Sydney, NSW 2000 | D-85630 Neukeferloh bei München |
| United States of America | PO Box Q263, QVB Post Shop, | Germany |
| Tel: 866 739 2239 | Sydney NSW 1230 | Tel +49 (89) 4567850 |
| Fax: 703 739 2815 | Tel: +61 (0)2 9993 3010 | Fax: +49 (89) 4567855 |
| patents@cpaglobal.com | Fax: +61 (0)2 9993 3099 | deutschland@cpaglobal.com |
| trademark@cpaglobal.com | patents@cpaglobal.com | |
| | trademark@cpaglobal.com | |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com



Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  211073

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 24 July 2015

| Action narrative: | Fee for Confirmation of French Polynesia designation before Tahiti office |
|---|---|

| Country: | France |
|---|---|
| Trademark No. | 043306417 |
| Property Type: | Trademark |
| Case reference: | T8101285FR |
| Your reference: | 04333FR |
| | 04333FR |
| Trademark: Class | ROXY:03,09,14,16,18,24,25,28,32,35,41 |
| Owner: | Biarritz Holdings, S.a.r.l. |
| Due Date: | 30 July 2014 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$84.13 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  211073 | Account:  [8882448] | Reference No:  T8101285FR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$84.13 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**
This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

---

| CPA Global North America LLC | CPA Global (Australia) Pty Ltd: | CPA Global Deutschland GMbH |
|---|---|---|
| 2318 Mill Road, 12th Floor | Level 4, 10 Barrack Street | Am Hochacker 3 (Technopark) |
| Alexandria, Virginia 22314 | Sydney, NSW 2000 | D-85630 Neukeferloh bei München |
| United States of America | PO Box Q263, QVB Post Shop, | Germany |
| Tel: 866 739 2239 | Sydney NSW 1230 | Tel +49 (89) 4567850 |
| Fax: 703 739 2815 | Tel: +61 (0)2 9993 3010 | Fax: +49 (89) 4567855 |
| patents@cpaglobal.com | Fax: +61 (0)2 9993 3099 | deutschland@cpaglobal.com |
| trademark@cpaglobal.com | patents@cpaglobal.com | |
| | trademark@cpaglobal.com | |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

CPA Global Limited, Liberation House, Castle Street, St. Helier, JE1 1BL, Jersey

Phone: +44 (0)1534 888711   Fax: +44 (0)1534 826202

trademarks@cpaglobal.com   www.cpaglobal.com

<table>
<tr><td>

Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach
California
92649
United States of America

</td><td>

**INVOICE**

The costs of maintaining these cases are shown below. Please see overleaf for details on how to pay.

Credit terms are: 30 days from invoice date.

</td><td>

**Invoice No:** 213230

**Invoice Date:** 28 July 2015

**Purchase Order No:** N/A

**Account No:** 8882448

</td></tr>
</table>

| Item No. Ref | Action: Type | Country: Your Ref. | Case Ref. | Official Number | Case Due Date | Trademark: Class: Owner | Total Cost |
|---|---|---|---|---|---|---|---|
| 1/7 | Renewal: Trademark Registration | Argentina: 02213AR | T8308247AR | 2056939 | 12-Dec-15 | BOARDRIDERS CLUB: 35: 54TH Street Holdings SARL | US$339.66 |
| 2/17 | Renewal: Trademark Registration | Chile: 02282CL | T8308966CL | 726602 | 02-Oct-15 | BOARDRIDERS CLUB: 25: 54TH Street Holdings SARL | US$847.00 |
| 3/21 | Renewal: Trademark Registration | Hong Kong: 02732HK | T8309244HK | 4865/1996 | 04-Nov-15 | BOARDRIDERS CLUB: 25: Quiksilver International Pty Ltd | US$600.87 |
| 4/22 | Renewal: Trademark Registration | Hong Kong: 02409HK | T8309246HK | 11550/1996 | 04-Nov-15 | BOARDRIDERS CLUB: 42: Quiksilver International Pty Ltd | US$600.87 |
| 5/36 | Renewal: Trademark Registration | New Zealand: 01510NZ | T8310543NZ | 242694 | 04-Nov-15 | BOARDRIDERS CLUB: 42: QS Holdings, S.á.r.l. | US$347.60 |
| 6/37 | Renewal: Trademark Registration | New Zealand: 01579NZ | T8310546NZ | 242693 | 04-Nov-15 | BOARDRIDERS CLUB: 25: QS Holdings, S.á.r.l. | US$347.60 |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

CPA Global Limited, Liberation House, Castle Street, St. Helier, JE1 1BL, Jersey
Phone: +44 (0)1534 888711   Fax: +44 (0)1534 826202
trademarks@cpaglobal.com    www.cpaglobal.com

| Item No. Ref | Action: Type | Country: Your Ref. | Case Ref. | Official Number | Case Due Date | Trademark: Class: Owner | Total Cost |
|---|---|---|---|---|---|---|---|
| 7/40 | Renewal: Trademark Registration | Portugal: 01236PT | T8310590PT | 305009 | 02-Oct-15 | BOARDRIDERS CLUB: 25: Biarritz Holdings, S.a.r.l. | US$338.82 |
| 8/11 | Renewal: Trademark Registration | Australia: 00868AU | T8308433AU | 1091085 | 08-Nov-15 | BOARDRIDERS TV: 25: QS Holdings, S.á.r.l. | US$337.61 |
| 9/4 | Renewal: Trademark Registration | European Community: 04597EM | T8307997EM | 5431820 | 08-Nov-15 | BOARDRIDERS TV: 25, 38, 41: Biarritz Holdings, S.a.r.l. | US$1,729.25 |
| 10/42 | Renewal: Trademark Registration | South Africa: 00522ZA | T8310614ZA | 2005/27220 | 19-Dec-15 | BOARDRIDERS TV: 25: Biarritz Holdings, S.a.r.l. | US$168.34 |
| 11/43 | Renewal: Trademark Registration | South Africa: 00428ZA | T8310615ZA | 2005/27221 | 19-Dec-15 | BOARDRIDERS TV: 38: Biarritz Holdings, S.a.r.l. | US$168.34 |
| 12/44 | Renewal: Trademark Registration | South Africa: 01306ZA | T8310616ZA | 2005/27222 | 19-Dec-15 | BOARDRIDERS TV: 41: Biarritz Holdings, S.a.r.l. | US$168.34 |
| 13/12 | Renewal: Trademark Registration | Australia: 00517AU | T8308437AU | 1092048 | 21-Dec-15 | CHICKEN JAM: 16: QS Holdings, S.á.r.l. | US$337.61 |
| 14/5 | Renewal: Trademark Registration | European Community: 01222EM | T8308002EM | 004806568 | 26-Dec-15 | CHICKEN JAM: 16, 18, 25, 28, 35, 41: Biarritz Holdings, S.a.r.l. | US$3,136.90 |
| 15/28 | Renewal: Trademark Registration | Italy: 06468IT | T8309287IT | RM2006C001045 | 14-Nov-15 | DROORS: 25: DC Shoes, Inc. | US$490.51 |
| 16/45 | Renewal: Trademark Registration | Sweden: 06473SE | T8310623SE | 307253 | 22-Dec-15 | DROORS: 25: DC Shoes, Inc. | US$390.08 |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

CPA Global Limited, Liberation House, Castle Street, St. Helier, JE1 1BL, Jersey
Phone: +44 (0)1534 888711   Fax: +44 (0)1534 826202
trademarks@cpaglobal.com    www.cpaglobal.com



| Item No. Ref | Action: Type | Country: Your Ref. | Case Ref. | Official Number | Case Due Date | Trademark: Class: Owner | Total Cost |
|---|---|---|---|---|---|---|---|
| 17/8 | Renewal: Trademark Registration | Argentina: 02677AR | T8308264AR | 2051063 | 08-Nov-15 | HEART (DEVICE): 32: 54TH Street Holdings SARL | US$339.66 |
| 18/1 | Renewal: Cautionary Notice | Maldives: 01488MV | T7984358MV | HEART (DEVICE) | 02-Dec-15 | HEART (DEVICE): 25: QS Holdings, S.á.r.l. | US$945.48 |
| 19/47 | Renewal: Trademark Registration | Taiwan: 00632TW | T8310636TW | 1180434 | 31-Oct-15 | HEART (DEVICE): 32, 41: QS Holdings, S.á.r.l. | US$481.64 |
| 20/50 | Renewal: Trademark Registration | Venezuela: 00854VE | T8310810VE | N-046285 | 11-Nov-15 | HEART (DEVICE): 35: QS Holdings, S.á.r.l. | US$2,687.31 |
| 21/3 | Renewal: Cautionary Notice | Maldives: 01797MV | T7984360MV | ROXY | 02-Dec-15 | HEART DEVICE,ROXY & QUIKSILVER, MOUNTAIN AND WAVE DEVICE: 25: QS Holdings, S.á.r.l. | US$945.48 |
| 22/13 | Renewal: Trademark Registration | Australia: 04208AU | T8308439AU | 1090800 | 15-Dec-15 | LEAD AND OTHERS WILL FOLLOW: 16, 18, 25, 35, 41: DC Shoes, Inc. | US$1,262.93 |
| 23/14 | Renewal: Trademark Registration | Australia: 01571AU | T8308440AU | 1090689 | 14-Dec-15 | METHOD: 05, 29, 30, 32: QS Holdings, S.á.r.l. | US$1,031.60 |
| 24/6 | Renewal: Trademark Registration | European Community: 04192EM | T8308012EM | 4787611 | 16-Dec-15 | METHOD: 05, 29, 30, 32: Biarritz Holdings, S.a.r.l. | US$2,198.47 |
| 25/9 | Renewal: Trademark Registration | Argentina: 01902AR | T8308268AR | 2051061 | 08-Nov-15 | MOUNTAIN AND WAVE (DEVICE): 32: 54TH Street Holdings SARL | US$339.66 |
| 26/10 | Renewal: Trademark Registration | Argentina: 02841AR | T8308313AR | 2051062 | 08-Nov-15 | MOUNTAIN AND WAVE (DEVICE): 41: 54TH Street Holdings SARL | US$339.66 |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

CPA Global Limited, Liberation House, Castle Street, St. Helier, JE1 1BL, Jersey
Phone: +44 (0)1534 888711   Fax: +44 (0)1534 826202
trademarks@cpaglobal.com    www.cpaglobal.com

| Item No. Ref | Action: Type | Country: Your Ref. | Case Ref. | Official Number | Case Due Date | Trademark: Class: Owner | Total Cost |
|---|---|---|---|---|---|---|---|
| 27/26 | Renewal: Trademark Registration | Iceland: 01603IS | T8309253IS | 819 | 03-Oct-15 | MOUNTAIN AND WAVE (DEVICE): 25: Biarritz Holdings, S.a.r.l. | US$515.16 |
| 28/30 | Renewal: Trademark Registration | Japan: 02101JP | T8309358JP | 3083053 | 31-Oct-15 | MOUNTAIN AND WAVE (DEVICE): 25: QS Holdings, S.á.r.l. | US$743.43 |
| 29/34 | Renewal: Trademark Registration | Kuwait: 01082KW | T8310521KW | 29402 | 19-Nov-15 | MOUNTAIN AND WAVE (DEVICE): 25: QS Holdings, S.á.r.l. | US$222.00 |
| 30/48 | Renewal: Trademark Registration | Taiwan: 02563TW | T8310639TW | 1180435 | 31-Oct-15 | MOUNTAIN AND WAVE (DEVICE): 32, 41: QS Holdings, S.á.r.l. | US$481.64 |
| 31/27 | Renewal: Trademark Registration | Iceland: 01426IS | T8309254IS | 818/2005 | 03-Oct-15 | QUIKSILVER: 25: Biarritz Holdings, S.a.r.l. | US$515.16 |
| 32/31 | Renewal: Trademark Registration | Japan: 02697JP | T8309361JP | 2711019 | 30-Nov-15 | QUIKSILVER: 06, 08, 09, 15, 18, 19, 20, 21, 22, 24, 25, 27, 28, 31: QS Holdings, S.á.r.l. | US$7,826.89 |
| 33/35 | Renewal: Trademark Registration | Kuwait: 01284KW | T8310525KW | 29400 | 19-Nov-15 | QUIKSILVER: 25: QS Holdings, S.á.r.l. | US$222.00 |
| 34/57 | Renewal: Trademark Registration | Saudi Arabia: | T8354421SA | 401/04 | 06-Nov-15 | QUIKSILVER: 25: Biarritz Holdings, S.a.r.l. | US$1,227.00 |
| 35/56 | Renewal: Trademark Registration | Taiwan: 02540TW | T8311402TW | 1180436 | 31-Oct-15 | QUIKSILVER: 32, 41: QS Holdings, S.á.r.l. | US$481.64 |
| 36/51 | Renewal: Trademark Registration | Venezuela: 01378VE | T8310820VE | S-029310 | 11-Nov-15 | QUIKSILVER: 41: QS Holdings, S.á.r.l. | US$2,687.31 |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

Page 4 of 10

CPA Global Limited, Liberation House, Castle Street, St. Helier, JE1 1BL, Jersey

Phone: +44 (0)1534 888711   Fax: +44 (0)1534 826202

trademarks@cpaglobal.com   www.cpaglobal.com

| Item No. Ref | Action: Type | Country: Your Ref. | Case Ref. | Official Number | Case Due Date | Trademark: Class: Owner | Total Cost |
|---|---|---|---|---|---|---|---|
| 37/52 | Renewal: Trademark Registration | Venezuela: 00968VE | T8310821VE | P-265088 | 11-Nov-15 | QUIKSILVER: 32: QS Holdings, S.á.r.l. | US$2,687.31 |
| 38/19 | Renewal: Trademark Registration | China: 02193CN | T8309007CN | 3738741 | 13-Nov-15 | QUIKSILVER (JI SU IN CHINESE CHARACTERS): 16: Quiksilver International Pty Ltd | US$492.00 |
| 39/20 | Renewal: Trademark Registration | China: 01849CN | T8309009CN | 3738742 | 13-Nov-15 | QUIKSILVER (JI SU IN CHINESE CHARACTERS): 14: Quiksilver International Pty Ltd | US$492.00 |
| 40/53 | Renewal: Trademark Registration | Venezuela: 01109VE | T8310823VE | F-139315 | 09-Oct-15 | QUIKSILVER (UNDERLINED) & MOUNTAIN AND WAVE (DEVICE): 25: QS Holdings, S.á.r.l. | US$2,687.31 |
| 41/54 | Renewal: Trademark Registration | Venezuela: 01623VE | T8310832VE | F-139316 | 09-Oct-15 | QUIKSILVER (UNDERLINED) & MOUNTAIN AND WAVE (DEVICE): 18: QS Holdings, S.á.r.l. | US$2,687.31 |
| 42/2 | Renewal: Cautionary Notice | Maldives: 02284MV | T7984359MV | QUIKSILVER AND MOUNTAIN | 02-Dec-15 | QUIKSILVER AND MOUNTAIN AND WAVE (DEVICE): 25: QS Holdings, S.á.r.l. | US$945.48 |
| 43/55 | Renewal: Trademark Registration | Venezuela: 01408VE | T8310835VE | N-046286 | 11-Nov-15 | QUIKSILVER AND MOUNTAIN AND WAVE (DEVICE): 35: QS Holdings, S.á.r.l. | US$2,687.31 |
| 44/46 | Renewal: Trademark Registration | Switzerland: 01435CH | T8310627CH | 541219 | 18-Oct-15 | QUIKSILVER BOARDRIDERS CLUB: 35: Biarritz Holdings, S.a.r.l. | US$947.13 |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

CPA Global Limited, Liberation House, Castle Street, St. Helier, JE1 1BL, Jersey

Phone: +44 (0)1534 888711   Fax: +44 (0)1534 826202

trademarks@cpaglobal.com    www.cpaglobal.com

| Item No. Ref | Action: Type | Country: Your Ref. | Case Ref. | Official Number | Case Due Date | Trademark: Class: Owner | Total Cost |
|---|---|---|---|---|---|---|---|
| 45/15 | Renewal: Trademark Registration | Australia: 00903AU | T8308532AU | 674061 | 03-Oct-15 | ROXY: 14: QS Holdings, S.á.r.l. | US$337.61 |
| 46/16 | Renewal: Trademark Registration | Australia: 01555AU | T8308582AU | 674060 | 03-Oct-15 | ROXY: 09: QS Holdings, S.á.r.l. | US$337.61 |
| 47/18 | Renewal: Trademark Registration | Chile: 02655CL | T8309004CL | 743029 | 20-Dec-15 | ROXY: 41: 54TH Street Holdings SARL | US$847.00 |
| 48/23 | Renewal: Trademark Registration | Hong Kong: 02372HK | T8309250HK | 199913018 | 29-Dec-15 | ROXY: 03: Quiksilver International Pty Ltd | US$600.87 |
| 49/24 | Renewal: Trademark Registration | Hong Kong: 02191HK | T8309251HK | 199913019 | 29-Dec-15 | ROXY: 09: Quiksilver International Pty Ltd | US$600.87 |
| 50/25 | Renewal: Trademark Registration | Hong Kong: 02311HK | T8309252HK | 199913020 | 29-Dec-15 | ROXY: 14: Quiksilver International Pty Ltd | US$600.87 |
| 51/38 | Renewal: Trademark Registration | New Zealand: 00958NZ | T8310548NZ | 300142 | 20-Oct-15 | ROXY: 18: QS Holdings, S.á.r.l. | US$347.60 |
| 52/39 | Renewal: Trademark Registration | New Zealand: 00750NZ | T8310552NZ | 301316 | 13-Nov-15 | ROXY: 25: QS Holdings, S.á.r.l. | US$347.60 |
| 53/41 | Renewal: Trademark Registration | Portugal: 04354PT | T8310595PT | 307258 | 03-Nov-15 | ROXY: 09: Biarritz Holdings, S.a.r.l. | US$338.82 |
| 54/49 | Renewal: Trademark Registration | Taiwan: 02167TW | T8310645TW | 1180239 | 31-Oct-15 | ROXY: 41: QS Holdings, S.á.r.l. | US$347.87 |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

Page 6 of 10

CPA Global Limited, Liberation House, Castle Street, St. Helier, JE1 1BL, Jersey
Phone: +44 (0)1534 888711   Fax: +44 (0)1534 826202
trademarks@cpaglobal.com    www.cpaglobal.com



| Item No. Ref | Action: Type | Country: Your Ref. | Case Ref. | Official Number | Case Due Date | Trademark: Class: Owner | Total Cost |
|---|---|---|---|---|---|---|---|
| 55/29 | Renewal: Trademark Registration | Italy: 04392IT | T8309357IT | 1138504 | 12-Oct-15 | ROXY BLEU: 09, 18: Biarritz Holdings, S.a.r.l. | US$570.29 |
| 56/32 | Renewal: Trademark Registration | Japan: 03685JP | T8309362JP | 4914577 | 09-Dec-15 | SURF COUTURE: 09, 18, 25: QS Holdings, S.á.r.l. | US$1,833.20 |
| 57/33 | Renewal: Trademark Registration | Japan: 03722JP | T8309363JP | 4914578 | 09-Dec-15 | SURF COUTURE (DEVICE): 09, 18, 25: QS Holdings, S.á.r.l. | US$1,833.20 |

| Total | US$58,412.78 |
|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

CPA Global Limited, Liberation House, Castle Street, St. Helier, JE1 1BL (Jersey)
Phone: +44 (0)1534 888711   Fax: +44 (0)1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com

# INVOICE SUMMARY

| Country | No of Actions | Total |
|---|---|---|
| Argentina | 4 | US$1,358.64 |
| Australia | 6 | US$3,644.97 |
| Chile | 2 | US$1,694.00 |
| China | 2 | US$984.00 |
| European Community | 3 | US$7,064.62 |
| Hong Kong | 5 | US$3,004.35 |
| Iceland | 2 | US$1,030.32 |
| Italy | 2 | US$1,060.80 |
| Japan | 4 | US$12,236.72 |
| Kuwait | 2 | US$444.00 |
| Maldives | 3 | US$2,836.44 |
| New Zealand | 4 | US$1,390.40 |
| Portugal | 2 | US$677.64 |
| Saudi Arabia | 1 | US$1,227.00 |
| South Africa | 3 | US$505.02 |
| Sweden | 1 | US$390.08 |
| Switzerland | 1 | US$947.13 |
| Taiwan | 4 | US$1,792.79 |
| Venezuela | 6 | US$16,123.86 |
| | **Grand Total:** | US$58,412.78 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

�in Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA, 22314, USA

Fax: 703 739 2815

| Invoice No: 213230 | Account: 8882448 | Reference No: |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$58,412.78 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
Sort Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to:
North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

| CPA Global North America LLC | CPA Global (Australia) Pty Ltd | CPA Global Deutschland GmbH |
|---|---|---|
| 2318 Mill Road, 12th Floor | Level 4, 10 Barrack Street | Am Hochacker 3 (Technopark) |
| Alexandria, VA 22314 | Sydney NSW 2000 | D-85630 Neukeferloh bei München |
| Tel: 866 739 2239 | PO Box Q263, QVB Post Shop, Sydney NSW 1230 | Germany |
| Fax: 703 739 2815 | Tel: +61 (0) 2 9993 3010 | Tel +49 (0) 89 4567850 |
| patents@cpaglobal.com | Fax: +61 (0) 2 9993 3009 | Fax: +49 (0) 89 45678555 |
| trademarks@cpaglobal.com | patents@cpaglobal.com | deutschland@cpaglobal.com |
| | trademarks@cpaglobal.com | |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL
CPA Global Limited previously registered as Computer Patent Annuities Limited

Page 10 of 10

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com



<table>
<tr><td>

Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

</td><td>

# INVOICE NO  213368

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 28 July 2015

</td></tr>
</table>

| Action narrative: | Fee for Confirmation of French Polynesia designation before Tahiti office |
| --- | --- |

| | |
| --- | --- |
| Country: | France |
| Trademark No. | 95559871 |
| Property Type: | Trademark |
| Case reference: | T8309023FR |
| Your reference: | 01242FR |
| Trademark: Class | BOARDRIDERS CLUB:09,14,18,25,28 |
| Owner: | Biarritz Holdings, S.a.r.l. |
| Due Date: | 23 February 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$85.05 |
| --- | --- |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  213368 | Account:  [8882448] | Reference No:  T8309023FR |
| --- | --- | --- |

| Credit Note Amount: | Credit Note No: | Grand Total: US$85.05 | Actual Amount Paid: |
| --- | --- | --- | --- |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

CPA Global North America LLC
2318 Mill Road, 12th Floor
Alexandria, Virginia 22314
United States of America
Tel: 866 739 2239
Fax: 703 739 2815
patents@cpaglobal.com
trademark@cpaglobal.com

CPA Global (Australia) Pty Ltd:
Level 4, 10 Barrack Street
Sydney, NSW 2000
PO Box Q263, QVB Post Shop,
Sydney NSW 1230
Tel: +61 (0)2 9993 3010
Fax: +61 (0)2 9993 3099
patents@cpaglobal.com
trademark@cpaglobal.com

CPA Global Deutschland GMbH
Am Hochacker 3 (Technopark)
D-85630 Neukeferloh bei München
Germany
Tel +49 (89) 4567850
Fax: +49 (89) 4567855
deutschland@cpaglobal.com

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com



Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  214349

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 13 August 2015

| Action narrative: | Fee for the extension of protection in French Polynesian |
|---|---|

| Country: | France |
|---|---|
| Trademark No. | 083579113 |
| Property Type: | Trademark |
| Case reference: | T8309025FR |
| Your reference: | |
| | 05647FR |
| Trademark: Class | ONO CAFE:25,32,33,43 |
| Owner: | Biarritz Holdings, S.a.r.l. |
| Due Date: | 23 June 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$165.33 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  214349 | Account:  [8882448] | Reference No:  T8309025FR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$165.33 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**

CPA Global Account Number: 69417697

SORT Code: 40-05-15

SWIFT Code: MIDLGB22

IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**

Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

| CPA Global North America LLC | CPA Global (Australia) Pty Ltd: | CPA Global Deutschland GMbH |
|---|---|---|
| 2318 Mill Road, 12th Floor | Level 4, 10 Barrack Street | Am Hochacker 3 (Technopark) |
| Alexandria, Virginia 22314 | Sydney, NSW 2000 | D-85630 Neukeferloh bei München |
| United States of America | PO Box Q263, QVB Post Shop, | Germany |
| Tel: 866 739 2239 | Sydney NSW 1230 | Tel +49 (89) 4567850 |
| Fax: 703 739 2815 | Tel: +61 (0)2 9993 3010 | Fax: +49 (89) 4567855 |
| patents@cpaglobal.com | Fax: +61 (0)2 9993 3099 | deutschland@cpaglobal.com |
| trademark@cpaglobal.com | patents@cpaglobal.com | |
| | trademark@cpaglobal.com | |

CPA Global Limited

Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.

CPA Global Limited previously registered as Computer Patent Annuities Limited.

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com



Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  215039

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 25 August 2015

| Action narrative: | Fee for Confirmation of French Polynesia designation before Tahiti office |
|---|---|

| Country: | France |
|---|---|
| Trademark No. | 083579113 |
| Property Type: | Trademark |
| Case reference: | T8309025FR |
| Your reference: | 05647FR |
| Trademark: Class | ONO CAFE:25,32,33,43 |
| Owner: | Biarritz Holdings, S.a.r.l. |
| Due Date: | 23 June 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$88.65 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No: 215039 | Account: [8882448] | Reference No: T8309025FR |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$88.65 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

| | | |
|---|---|---|
| CPA Global North America LLC<br>2318 Mill Road, 12th Floor<br>Alexandria, Virginia 22314<br>United States of America<br>Tel: 866 739 2239<br>Fax: 703 739 2815<br>patents@cpaglobal.com<br>trademark@cpaglobal.com | CPA Global (Australia) Pty Ltd:<br>Level 4, 10 Barrack Street<br>Sydney, NSW 2000<br>PO Box Q263, QVB Post Shop,<br>Sydney NSW 1230<br>Tel: +61 (0)2 9993 3010<br>Fax: +61 (0)2 9993 3099<br>patents@cpaglobal.com<br>trademark@cpaglobal.com | CPA Global Deutschland GMbH<br>Am Hochacker 3 (Technopark)<br>D-85630 Neukeferloh bei München<br>Germany<br>Tel +49 (89) 4567850<br>Fax: +49 (89) 4567855<br>deutschland@cpaglobal.com |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com



Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  217490

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 9 September 2015

| Action narrative: | Increase in official renewal fees in Venezuela - charged at cost |
|---|---|

| Country: | Venezuela |
|---|---|
| Trademark No. | P-262522 |
| Property Type: | Trademark |
| Case reference: | T8310815VE |
| Your reference: | 00987VE |
| Trademark: Class | HEART (DEVICE):24 |
| Owner: | QS Holdings, S.á.r.l. |
| Due Date: | 26 September 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$2,322.52 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  217490 | Account:  [8882448] | Reference No:  T8310815VE |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$2,322.52 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**
This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697
**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.
**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.
**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA
You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.
If you have any questions, please contact us.

| CPA Global North America LLC | CPA Global (Australia) Pty Ltd: | CPA Global Deutschland GMbH |
| --- | --- | --- |
| 2318 Mill Road, 12th Floor | Level 4, 10 Barrack Street | Am Hochacker 3 (Technopark) |
| Alexandria, Virginia 22314 | Sydney, NSW 2000 | D-85630 Neukeferloh bei München |
| United States of America | PO Box Q263, QVB Post Shop, | Germany |
| Tel: 866 739 2239 | Sydney NSW 1230 | Tel +49 (89) 4567850 |
| Fax: 703 739 2815 | Tel: +61 (0)2 9993 3010 | Fax: +49 (89) 4567855 |
| patents@cpaglobal.com | Fax: +61 (0)2 9993 3099 | deutschland@cpaglobal.com |
| trademark@cpaglobal.com | patents@cpaglobal.com | |
| | trademark@cpaglobal.com | |

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com



| Quiksilver Inc<br>Attn: Victor Choco<br>15202 Graham Street<br>Huntington Beach CA 92649<br>United States of America | **INVOICE NO  217491**<br><br>The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.<br>Credit terms are: 30 days from invoice date.<br><br>Account number: [8882448]<br>Purchase order number: [ N/A ]<br>Invoice Date: 9 September 2015 |
|---|---|

| Action narrative: | Increase in official renewal fees in Venezuela - charged at cost |
|---|---|

| Country: | Venezuela |
|---|---|
| Trademark No. | P-262762 |
| Property Type: | Trademark |
| Case reference: | T8310839VE |
| Your reference: | 01458VE |
| Trademark: Class | ROXY:28 |
| Owner: | QS Holdings, S.á.r.l. |
| Due Date: | 26 September 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$2,322.52 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  217491 | Account:  [8882448] | Reference No:  T8310839VE |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total:<br>US$2,322.52 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**
CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**
Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

---

CPA Global North America LLC
2318 Mill Road, 12th Floor
Alexandria, Virginia 22314
United States of America
Tel: 866 739 2239
Fax: 703 739 2815
patents@cpaglobal.com
trademark@cpaglobal.com

CPA Global (Australia) Pty Ltd:
Level 4, 10 Barrack Street
Sydney, NSW 2000
PO Box Q263, QVB Post Shop,
Sydney NSW 1230
Tel: +61 (0)2 9993 3010
Fax: +61 (0)2 9993 3099
patents@cpaglobal.com
trademark@cpaglobal.com

CPA Global Deutschland GMbH
Am Hochacker 3 (Technopark)
D-85630 Neukeferloh bei München
Germany
Tel +49 (89) 4567850
Fax: +49 (89) 4567855
deutschland@cpaglobal.com

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey

Phone: +44 1534 888711   Fax: +44 1534 826202

trademarks@cpaglobal.com   www.cpaglobal.com

**CPA GLOBAL**

Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  217492

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 9 September 2015

| Action narrative: | Increase in official renewal fees in Venezuela - charged at cost |
|---|---|

| Country: | Venezuela |
|---|---|
| Trademark No. | P-262519 |
| Property Type: | Trademark |
| Case reference: | T8310834VE |
| Your reference: | 01405VE |
| Trademark: Class | QUIKSILVER AND MOUNTAIN AND WAVE (DEVICE):03 |
| Owner: | QS Holdings, S.á.r.l. |
| Due Date: | 26 September 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| **Grand Total** | US$2,322.52 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  217492 | Account:  [8882448] | Reference No:  T8310834VE |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$2,322.52 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**

CPA Global Account Number: 69417697

SORT Code: 40-05-15

SWIFT Code: MIDLGB22

IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**

Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

CPA Global North America LLC
2318 Mill Road, 12th Floor
Alexandria, Virginia 22314
United States of America
Tel: 866 739 2239
Fax: 703 739 2815
patents@cpaglobal.com
trademark@cpaglobal.com

CPA Global (Australia) Pty Ltd:
Level 4, 10 Barrack Street
Sydney, NSW 2000
PO Box Q263, QVB Post Shop,
Sydney NSW 1230
Tel: +61 (0)2 9993 3010
Fax: +61 (0)2 9993 3099
patents@cpaglobal.com
trademark@cpaglobal.com

CPA Global Deutschland GMbH
Am Hochacker 3 (Technopark)
D-85630 Neukeferloh bei München
Germany
Tel +49 (89) 4567850
Fax: +49 (89) 4567855
deutschland@cpaglobal.com

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

CPA Global Limited, Liberation House, Castle Street, St.Helier JE1 1BL, Jersey
Phone: +44 1534 888711   Fax: +44 1534 826202
trademarks@cpaglobal.com   www.cpaglobal.com



---

Quiksilver Inc
Attn: Victor Choco
15202 Graham Street
Huntington Beach CA 92649
United States of America

# INVOICE NO  217493

The costs of maintaining the case are shown below. Please see overleaf for details on how to pay.
Credit terms are: 30 days from invoice date.

Account number: [8882448]
Purchase order number: [ N/A ]
Invoice Date: 9 September 2015

| Action narrative: | Increase in official renewal fees in Venezuela - charged at cost |
|---|---|

| Country: | Venezuela |
|---|---|
| Trademark No. | P-262520 |
| Property Type: | Trademark |
| Case reference: | T8310818VE |
| Your reference: | 01415VE |
| Trademark: Class | HEART (DEVICE):03 |
| Owner: | QS Holdings, S.á.r.l. |
| Due Date: | 26 September 2015 |

Full payment of this invoice is expected within 30 days of invoice date.

| Grand Total | US$2,322.52 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE ADVICE

In order to submit payment and use credit notes please refer to details on how to pay this invoice overleaf.

☐ Please tick this box if you would like CPA Global to confirm that your payment has been received.

Post/Fax to:
CPA Global North America LLC
2318 Mill Road, 12th Floor,
Alexandria, VA,
22314, USA
Fax: 703 739 2815

| Invoice No:  217493 | Account:  [8882448] | Reference No:  T8310818VE |
|---|---|---|

| Credit Note Amount: | Credit Note No: | Grand Total: US$2,322.52 | Actual Amount Paid: |
|---|---|---|---|

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.

**PAYING THIS INVOICE**

This invoice has been issued by CPA Global Limited in Jersey, Channel Islands.

**BANK DETAILS:**

CPA Global Account Number: 69417697
SORT Code: 40-05-15
SWIFT Code: MIDLGB22
IBAN Number: GB24MIDL40051569417697

**Instructions on how to pay.**

Your credit terms, if applicable, are detailed on this invoice. Interest will be charged on any overdue amounts at the rate of 1.5% per month or part thereof.

**Credit Notes:** If you are using a credit note as part of your payment, please write the Credit Note Number and value in the boxes provided on the remittance slip. Please submit your credit note with your payment.

**Bank Transfer:** Where possible, please pay directly to our bank. The details are shown on your invoice. Please give your CPA Global account number and invoice number(s) as the reference or fax the enclosed remittance advice to us on +44 (0) 1534 888747.

**Cheque:** Cheques should be made payable to CPA Global Limited. Please attach the remittance advice slip and send it to: North American Client Service Centre, CPA Global North America LLC, 2318 Mill Road, 12th Floor, Alexandria, VA, 22314, USA

You can also telephone or send your payment directly to our local liaison offices, listed at the bottom of this page.

If you have any questions, please contact us.

CPA Global North America LLC
2318 Mill Road, 12th Floor
Alexandria, Virginia 22314
United States of America
Tel: 866 739 2239
Fax: 703 739 2815
patents@cpaglobal.com
trademark@cpaglobal.com

CPA Global (Australia) Pty Ltd:
Level 4, 10 Barrack Street
Sydney, NSW 2000
PO Box Q263, QVB Post Shop,
Sydney NSW 1230
Tel: +61 (0)2 9993 3010
Fax: +61 (0)2 9993 3099
patents@cpaglobal.com
trademark@cpaglobal.com

CPA Global Deutschland GMbH
Am Hochacker 3 (Technopark)
D-85630 Neukeferloh bei München
Germany
Tel +49 (89) 4567850
Fax: +49 (89) 4567855
deutschland@cpaglobal.com

CPA Global Limited
Registered as a Company under the Companies (Jersey) Law 1991, number 93743. Registered Office Liberation House, Castle Street, St Helier, Jersey JE1 1BL.
CPA Global Limited previously registered as Computer Patent Annuities Limited.
Page 2 of 2

## <u>EXHIBIT D</u>

**Ordinary Course Professional Declaration for**
**Kane Kessler, P.C.**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

<u>OCP DECLARATION</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "<u>Debtors</u>")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, **Adam M. Cohen**, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.  Name and address of firm:

    **Kane Kessler, P.C.**

    **1350 Avenue of the Americas**

    **26th Floor**

    **New York, NY 10019**

2.  Date of retention:   **11/2/15**

3.  Type of services provided (accounting, legal, etc.):

    **Legal**

4.　　Brief description of services to be provided:

　　**Representation of DC Shoes, Inc. in a trademark opposition proceeding at**

　　**Trademark Trial and Appeal Board against Trademark Application Serial**

　　**No. 86/520,490 (DC REPUBLIC DC & Design)**

5.　　Arrangements for compensation (hourly, contingent, etc.):

　　**Hourly**

6.　　Average hourly rate (if applicable):
　　Estimated average monthly compensation based on prepetition retention (if firm was
　　employed prepetition):

　　**$462.50; $3,500 per month estimate**

7.　　Prepetition claims against any of the Debtors held by the firm:

　　Amount of claim: $　**N/A**

　　Date claim arose:　**N/A**

　　Source of claim:　**N/A**

8.　　Prepetition claims against any of the Debtors held individually by any member, associate,
　　or professional employee of the firm:

　　Name:　**N/A**

　　Status: _____

　　Amount of Claim: $_____

　　Date claim arose: _____

　　Source of claim: _____

9.　　Stock of any of the Debtors currently held by the firm:

　　Kind of shares:　**N/A**

　　No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: __N/A_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __November 6, 2015_____

_____

Name:  Adam M. Cohen
Title:  Partner
Company:  Kane Kessler, P.C.
Address:  1350 Avenue of the Americas, 26th Fl.
 New York, NY 10019
Telephone:  (212) 541-6222
Facsimile:  (212) 245-3009

3

## EXHIBIT E

**Ordinary Course Professional Declaration for
Munro Leys**

775711.01A-WILSR01A - MSW

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc, et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, **JON LESLIE APTED**, PURSUANT TO 29 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    **MUNRO LEYS**

    **LEVEL 3, PACIFIC HOUSE**

    **BUTT STREET, SUVA**

    **FIJI ISLANDS**

2.  Date of retention: **As required.**

3.  Type of services provided (accounting, legal, etc.):

    **Trademark/legal**

4.  Brief description of services to be provided:

    **Registration, renewal and recordal of changes in particulars, of trademarks in**

    **Fiji and Pacific Islands, and associated legal services.**

5.    Arrangements for compensation (hourly, contingent, etc):

      **Fixed for basic trademark services and hourly for any related legal advice.**

6.    Average hourly rate (if applicable):

      Estimated average monthly compensation based on prepetition retention (if firm was
      employed prepetition):

      **Not applicable.**

7.    Prepetition claims against any of the Debtors held by the firm:

      Amount of claim: $ **Not applicable**

      Date claim arose: **Not applicable**

      Source of claim: **Not applicable**

8.    Prepetition claims against any of the Debtors held individually by any member, associate, or
      professional employee of the firm:

      Name: **Not applicable**

      Status: **Not applicable**

      Amount of Claim: $ **Not applicable**

      Date claim arose: **Not applicable**

      Source of claim: **Not applicable**

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares: **Not applicable**

      No. of shares: **Not applicable**

10.   Stock of any of the Debtors currently held individually by any member, associate, or
      professional employee of the firm:

      Name: **Not applicable**

Status: **Not applicable**

Kind of shares: **Not applicable**

No. of shares: **Not applicable**

11.  The above–named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

**Not applicable**


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _5 November 2015_

Name: **JON LESLIE APTED**

Title: **PARTNER**

Company: **MUNRO LEYS**

Address: **LEVEL 3, PACIFIC HOUSE**

**BUTT STREET, SUVA**

**FIJI ISLANDS**

Telephone: **(+679) 331 4188**

Facsimile: **(+679) 330 2672**