**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                              :    Chapter 11
:
QUIKSILVER, INC., *et al.*,         :    Case No. 15-11880 (BLS)
:
                              Debtors.[1]    :    Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

      I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

      On October 30, 2015, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit A**, and on November 2, 2015 on the service list attached hereto as **Exhibit B** via First Class mail:

- **Disclosure Statement With Respect To The Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession** [Docket No. 396]

- **Debtors' Motion For Entry of an Order (A) Approving The Adequacy of The Debtors' Disclosure Statement, (B) Approving Solicitation and Notice Procedures With Respect To Confirmation of The Debtors Proposed Plan of Reorganization, (C) Approving The Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates With Respect Thereto** [Docket No. 397]

- **Debtors' Motion For Entry of an Order Authorizing and Approving (I) (A) Entry Into The Backstop Commitment Letter and (B) Payment of the Commitment Fees and (II) The Rights Offering Procedures and Related Forms** [Docket No. 398]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Furthermore, on November 2, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit C**, and via First Class mail on the service lists attached hereto as **Exhibit D** and **Exhibit E**:

- **Notice of Filing of First Supplement to Schedule of Ordinary Course Professionals** [Docket No. 400]

Furthermore, on November 2, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit C**, and via First Class mail on the service lists attached hereto as **Exhibit D** and **Exhibit F**:

- **Second Notice of Filing of Ordinary Course Professional Declarations** [Docket No. 401]

Furthermore, on November 2, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service list attached hereto as **Exhibit B**:

- **Corrected Notice of Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates With Respect Thereto** [Docket No. 402]

Dated: November 11, 2015

/s/ Darlene Calderon
Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 11th day of November, 2015, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

JAMES E. SLOCUM
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

# EXHIBIT A

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | mstamer@akingump.com; mlahaie@akingump.com |
| Attorneys for Blue Diamond Crossing II, LLC | Ashby & Geddes PA | William P Bowden Aaron H Stulman | wbowden@ashby-geddes.com; astulman@ashby-geddes.com |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | jason.starks@texasattorneygeneral.gov |
| Counsel for for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | pollack@ballardspahr.com |
| Counsel for for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops; First & Lenora LLC | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | summersm@ballardspahr.com; heilmanl@ballardspahr.com |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Bayard PA | Justin R Alberto | jalberto@bayardlaw.com; ANwannunu@bayardlaw.com |
| Attorneys for The Irvine Company LLC | Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | rsolomon@blt-enterprises.com |
| Attorneys for SAP Industries, Inc. | Brown & Connery LLP | Donald K. Ludman | dludman@brownconnery.com |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | kevin@shoenet.org |
| Counsel for First & Lenora LLC | Cairncross & Hempelmann | John Rizzardi | jrizzardi@cairncross.com |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | info@carmnet.com |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Chipman Brown Cicero & Cole LLP | William E Chipman Jr | chipman@chipmanbrown.com |
| Interested Party | Clayton Blehm | | clayblehm@cblehm.com |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Cooley LLP | Jay R Indyke Cathy Hershcopf | jindyke@cooley.com; chershcopf@cooley.com; svanaalten@cooley.com; rwinning@cooley.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | tss-gds.eur@db.com |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | info@dragoncrowd.com |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | sathish.sourcing@eastmanexports.com |
| Counsel for C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | sgubner@ebg-law.com; ecf@ebg-law.com |
| Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 | Foley & Lardner LLP | Mark L Prager Mark F Hebbeln Lars A Peterson | mprager@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | ggpbk@ggp.com |
| Counsel to Queens' Market LLC | Goodsill Anderson Quinn & Stifel | Jonathan C Bolton | jbolton@goodsill.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | melorod@gtlaw.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | wolfje@gtlaw.com |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Hogan Lovells US LLP | Christopher R Donoho III John D Beck | chris.donoho@hoganlovells.com; john.beck@hoganlovells.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Victoria Footwear Co Ltd | James A Shalvoy Esq | | james.shalvoy@verizon.net |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | jae@jmbm.com |
| Counsel for Massive Prints Inc | Jeffrey S Shinbrot APLC | Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com |
| Interested Party | Jung & Yuen, LLP | Curtis Jung, Esq. | Curtis@jyllp.com |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | dustin.branch@kattenlaw.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 3

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | jessica.mickelsensimon@kattenlaw.com |
| Attorneys for Weihai Textile Group Import & Export Co., Ltd. | Katten Muchin Rosenman LLP | Matthew W Olsen | matthew.olsen@kattenlaw.com |
| Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | david.nemecek@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | skaufman@kaufmanlaw.com |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Andrew Cole, Esq. | andrew.cole@leclairryan.com |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Niclas A Ferland Esq Ilan Markus Esq | niclas.ferland@leclairryan.com; ilan.markus@leclairryan.com |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@lgbs.com |
| Attorney for City of El Paso | Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Attorneys for Dragon Crowd Garment, Inc. | Lobel Weiland Golden Friedman LLP | Alan J Friedman | afriedman@wgllp.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | rdehney@mnat.com; aremming@mnat.com; tminott@mnat.com |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | steve@nbisun.com |
| Top 30 Creditor | O'MELVENY & MYERS LLP | MICHAEL F LOTITO ESQ | mlotito@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | mark.kenney@usdoj.gov |
| Counsel for Banc of America Leasing & Capital, LLC | Parker Milliken Clark O'Hara & Samuelian | Thomas E Shuck | tshuck@pmcos.com; malvarado@pmcos.com |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | strattod@pepperlaw.com; fournierd@pepperlaw.com; schannej@pepperlaw.com |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | ebcalvo@pbfcm.com |
| Attorneys for Port Logistics | Port Logistics | c/o Pamela Kohlman Webster, Esq. | pwebster@buchalter.com |
| Top 30 Creditor | QTNP APPARELS JSC | | INFO@QTNPAPPARELS.COM |
| Attorneys for Blue Diamond Crossing II, LLC | Rice Reuther Sullivan & Carroll LLP | David A Carroll Anthony J DiRaimondo | dcarroll@rrsc-law.com; adiraimondo@rrsc-law.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Interested Party | Rosenthal & Rosenthal Inc | Attn Anthony DiTirro | TDiTirro@rosenthalinc.com |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | kevin@shoenet.org |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | ashmead@sewkis.com |
| Counsel to G&S Realty 1, LLC | Shenwick & Associates | James H Shenwick | jshenwick@gmail.com |
| Party in Interest, Landlord; Committee of Unsecured Creditors | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |
| Counsel for Victoria Ward, Limited | Spector & Johnson PLLC | Howard Marc Spector | hspector@spectorjohnson.com |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | contact@srinivasafashions.com |

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Stroock & Stroock & Lavan LLP | Andrew P DeNatale | adenatale@stroock.com |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | textile@sumec.com.cn |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | aconway@taubman.com |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | justin.shearer@usbank.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | skortanek@wcsr.com |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | skortanek@wcsr.com; thoran@wcsr.com; mpatterson@wcsr.com |
| Top 30 Creditor | WORLD MARKETING, INC. | | results@worldmarkinc.com |
| Interested Party | WRI Marshalls Plaza, LP | c/o Weingarten Realty Investors | bankruptcycases@weingarten.com |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | cndchain@chinacnd.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 3 of 3

# EXHIBIT B

Exhibit B
Core/2002 First Class Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | 3 TIMES SQUARE ASSOCIATES LLC | JP MORGAN CHASE BANK | GPO P.O. BOX 27488 | | | NEW YORK | NY | 10087 | |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | One Bryant Park | Bank of America Tower | | New York | NY | 10036-6745 | |
| Attorneys for Blue Diamond Crossing II, LLC | Ashby & Geddes PA | William P Bowden Aaron H Stulman | 500 Delaware Ave 8th Fl | PO Box 1150 | | Wilmington | DE | 19899-1150 | |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | Bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Counsel for for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | 51st Floor - Mellon Bank Center | 1735 Market Street | | Philadelphia | PA | 19103 | |
| Counsel for for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops; First & Lenora LLC | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | 919 Market Street, 11th Floor | | | Wilmington | DE | 19801 | |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Bayard PA | Justin R Alberto | 222 Delaware Ave Suite 900 | | | Wilmington | DE | 19801 | |
| Attorneys for The Irvine Company LLC | Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Suite 510 | | | Whittier | CA | 90602-1797 | |
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | 501 Spectrum Circle | | | Oxnard | CA | 93030 | |
| Attorneys for SAP Industries, Inc. | Brown & Connery LLP | Donald K. Ludman | 6 North Broad Street, Suite 100 | | | Woodbury | NJ | 08096 | |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | 867 Woo 1-Dong Haeundae-Gu | | | Busan | 13 | 612-822 | South Korea |
| Counsel for First & Lenora LLC | Cairncross & Hempelmann | John Rizzardi | 524 Second Ave Ste 500 | | | Seattle | WA | 98104-2323 | |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | P.O. Box 51025 | | | Los Angeles | CA | 90051 | |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Chipman Brown Cicero & Cole LLP | William E Chipman Jr | The Nemours Building | 1007 N Orange St Ste 1110 | | Wilmington | DE | 19801 | |
| Interested Party | Clayton Blehm | | 770 Sycamore Avenue, Suite 122 | | | Vista | CA | 92083 | |
| Top 30 Creditor | COINS INTERNATIONAL CO., LTD. | | 7F-1, No. 89 Bo Guan Road | | | Taichung | TWN | 404 | Taiwan |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Cooley LLP | Jay R Indyke Cathy Hershcopf | Seth Van Aalten Robert Winning | 1114 Avenue of the Americas | | New York | NY | 10036 | |
| Top 30 Creditor | CPG PARTNERS LP | | P.O. BOX 827727 | | | PHILADELPHIA | PA | 19182 | |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | DELTINA TRADING PTY LTD. | ALAN FENNEL | Unit 2, 32 Bell Street | | | Torquay | VIC | 3228 | Australia |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | Winchester House | 1 Great Winchester Street | | London | | EC2N 2DB | United Kingdom |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | Fl/5 Bldg A, C&E Centre | | | Ningbo | 130 | 315040 | China |
| Top 30 Creditor | DUBHE CORPORATION | | Che-Il Bldg Rm 1501, 256-13 | | | Seoul | 13 | 121-758 | South Korea |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | 10, 12, KUMARANAGAR (SOUTH) | | | TIRUPUR | | 641603 | India |
| Environmental Protection Agency | Environmental Protection Agency | | 1650 Arch St | | | Philadelphia | PA | 19103-2029 | |
| Counsel for C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | 21650 Oxnard St Ste 500 | | | Woodland Hills | CA | 91367 | |
| Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 | Foley & Lardner LLP | Mark L Prager Mark F Hebbeln Lars A Peterson | 321 N Clark St Ste 2800 | | | Chicago | IL | 60654-5313 | |
| Top 30 Creditor | FULL CREATIVE CO, LTD | | No.4 Jin-Ying 2Nd St. | | | Dongguan | 190 | 523942 | China |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | 110 N. Wacker Drive | | | Chicago | IL | 60606 | |
| Committee of Unsecured Creditors | Global Brands Group | Attn Martin Leder | 12 Princeton Dr | | | Tappan | NY | 10903 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 4

Exhibit B
Core/2002 First Class Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Queens' Market LLC | Goodsill Anderson Quinn & Stifel | Jonathan C Bolton | First Hawaiian Center | 999 Bishop St Ste 1600 | | Honolulu | HI | 96813 | |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | The Nemours Building | 1007 N Orange St Ste 1200 | | Wilmington | DE | 19801 | |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | One International Place | | | Boston | MA | 02110 | |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Hogan Lovells US LLP | Christopher R Donoho III John D Beck | 875 Third Ave | | | New York | NY | 10022 | |
| Top 30 Creditor | HONG KONG HESHENG INT'L | TOME ZHENG | Rm 1102, Wofoo Commercial Building | | | Kowloon | KLN | 999077 | Hong Kong |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| Counsel to Victoria Footwear Co Ltd | James A Shalvoy Esq | | 1201 Morningside Dr | Suite 215 | | Manhattan Beach | CA | 90266 | |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | 1900 Avenue of the Stars 7th Fl | | | Los Angeles | CA | 90067 | |
| Interested Party | Jung & Yuen, LLP | Curtis Jung, Esq. | 888 S. Figueroa St., Suite 720 | | | Los Angeles | CA | 90017 | |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Attorneys for Weihai Textile Group Import & Export Co., Ltd. | Katten Muchin Rosenman LLP | Matthew W Olsen | 575 Madison Avenue | | | New York | NY | 10022-2585 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | 333 South Hope Street | | | Los Angeles | CA | 90071 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | | Chicago | IL | 60654 | |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | 919 North Market Street, Suite 460 | | | Wilmington | DE | 19801 | |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Andrew Cole, Esq. | 800 North King Street, Suite 303 | | | Wilmington | DE | 19801 | |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Niclas A Ferland Esq Ilan Markus Esq | 545 Long Wharf Dr 9th Fl | | | New Haven | CT | 06511 | |
| Attorney for City of El Paso | Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro St Ste 300 | | | San Antonio | TX | 78205 | |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Attorneys for Dragon Crowd Garment, Inc. | Lobel Weiland Golden Friedman LLP | Alan J Friedman | 650 Town Center Drive, Suite 950 | | | Costa Mesa | CA | 92626 | |
| Top 30 Creditor | MCKNIGHT,ROBERT | | 167 Emerald Bay | | | Laguna Beach | CA | 92651 | |
| Top 30 Creditor | MERRY LINK DEVELOPMENT | (MACAO COMMERCIAL OFFSHORE) LIMITED | Alameda Dr Caros D'Assumpcao No 336 | | | Macau | MO | 999078 | Macau |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | Attn Sheryl L Moreau | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Top 30 Creditor | MOONEY,ANDREW P. | | PO Box 69447 | | | West Hollywood | CA | 90069 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | 1201 North Market Street | 16th Floor | PO Box 1347 | Wilmington | DE | 19899-1347 | |
| Committee of Unsecured Creditors | New Generation Advisors LLC | Attn Baily Dent | 13 Elm St | | | Manchester | MA | 01944 | |
| Top 30 Creditor | NEWTIMES FAR EAST | | Unit D, 7th Floor, Phase 5 | | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | East Fenghua Industrial | | | Ningbo | 130 | 315500 | China |
| Top 30 Creditor | NORTHSTAR SOURCING GROUP HK LTD | DAVE PERKINS | Room 602, 6/F, Oriental Centre | | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | O'MELVENY & MYERS LLP | MICHAEL F LOTITO ESQ | TIMES SQUARE TOWER | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Top 30 Creditor | ORIGINAL JY&T CO. LTD. | | Sanchong Dist. | | | New Taipei City | TPE | 241 | Taiwan |

Exhibit B
Core/2002 First Class Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Banc of America Leasing & Capital, LLC | Parker Milliken Clark O'Hara & Samuelian | Thomas E Shuck | 555 S Flower St 30th Fl | | | Los Angeles | CA | 90071-2440 | |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | 1133 Avenue of the Americas | | | New York | NY | 10036-6710 | |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | Hercules Plaza, Suite 5100 | 1313 N Market St | | Wilmington | DE | 19899-1709 | |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | c/o Elizabeth Banda Calvo | 500 E Border St Ste 640 | | Arlington | TX | 76010 | |
| Attorneys for Port Logistics | Port Logistics | c/o Pamela Kohlman Webster, Esq. | Buchalter Nemer | 1000 Wilshire Blvd., Suite 1500 | | Los Angeles | CA | 90017 | |
| Counsel to Parigi Group Ltd. | Potter Anderson & Corroon LLP | Jeremy W Ryan Etta R Mayers | 1313 N Market St 6th Fl | PO Box 951 | | Wilmington | DE | 19899-0951 | |
| Top 30 Creditor | PUTIAN XINXIESHENG FOOTWEAR CO., LT | | Liuxian, Laidian Town, Xianyou | | | Putian | 150 | 351251 | China |
| Top 30 Creditor | QTNP APPARELS JSC | | NO. 18, LOT 8, LONG BIEN RESETTLEME | | | HA NOI | | 10000 | Vietnam |
| Attorneys for Blue Diamond Crossing II, LLC | Rice Reuther Sullivan & Carroll LLP | David A Carroll Anthony J DiRaimondo | 3800 Howard Hughes Parkway Ste 1200 | | | Las Vegas | NV | 89169 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | | New York | NY | 10036 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | | Boston | MA | 02108 | |
| Interested Party | Rosenthal & Rosenthal Inc | Attn Anthony DiTirro | 1370 Broadway | | | New York | NY | 10018 | |
| Committee of Unsecured Creditors | Samil Tong Sang Co | Attn Ian Im | 18-130 Gangdong-Dong | | | Busan | | 13 618-800 | South Korea |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | 18-130 Gangdong-Dong | | | Busan | 13 | 618-800 | South Korea |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 | |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | One Battery Park Plaza | | | New York | NY | 10004 | |
| Counsel to G&S Realty 1, LLC | Shenwick & Associates | James H Shenwick | 655 Third Ave 20th Fl | | | New York | NY | 10017 | |
| Counsel to Parigi Group Ltd. | Sills Cummis & Gross PC | Andrew H Sherman Boris I Mankovetskiy Lucas F Hammonds | One Riverfront Plaza | | | Newark | NJ | 07102 | |
| Party in Interest, Landlord; Committee of Unsecured Creditors | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | | Indianapolis | IN | 46204 | |
| Counsel for Victoria Ward, Limited | Spector & Johnson PLLC | Howard Marc Spector | 12770 Coit Rd Ste 1100 | | | Dallas | TX | 75251 | |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | Plot No. AP4, 5th Avenue, 2nd Cross | | | Chengalpat | 22 | 603002 | India |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Stroock & Stroock & Lavan LLP | Andrew P DeNatale | 180 Maiden Ln | | | New York | NY | 10038 | |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | 13F, 198 Changjiang Road | | | Nanjing | 100 | 210018 | China |
| Committee of Unsecured Creditors | T. Rowe Price Credit Opportunities Fund | c/o T. Rowe Price Associates, Inc. | Attn Andrew Baek | 100 E. Pratt Street | | Baltimore | MD | 21202 | |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | 200 East Long Lake Road Ste 300 | | | Bloomfield Hills | MI | 48304 | |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202 | |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | Global Corporate Trust Services | 100 Wall Street, Suite 1600 | | New York | NY | 10005 | |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Top 30 Creditor | WEIHAI TEXTILE IMP AND EXP CO | | No. 16 Shichang Da Road | | | Weihai | 120 | 264200 | China |
| Committee of Unsecured Creditors | Wilfrid Global Opportunity Fund | c/o Wilfrid Aubrey LLC | Attn Nicholas Walsh | 465 Lexington Ave | | New York | NY | 10174 | |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | | Wilmington | DE | 19801 | |

**Exhibit B**
**Core/2002 First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | 222 Delaware Ave Suite 1501 | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | WORLD MARKETING, INC. | | 306 38TH STREET, 8TH FLOOR | | | NEW YORK | NY | 10018 | |
| Interested Party | WRI Marshalls Plaza, LP | c/o Weingarten Realty Investors | Attention: Jenny J. Hyun, Esq | 2600 Citadel Plaza Drive, Suite 125 | | Houston | TX | 77008 | |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | 15th Floor Seaside Bldg. | | | Xiamen | 150 | 361000 | China |
| Top 30 Creditor | ZHEJIANG XISHI JIAFANG TEXTILE CO L | | Paitou Village Paitou Town | | | Zhuji | 130 | 311825 | China |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 4 of 4

# EXHIBIT C

**Exhibit C**
**Core Parties Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | mstamer@akingump.com; mlahaie@akingump.com |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | kevin@shoenet.org |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | info@carmnet.com |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | info@dragoncrowd.com |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | sathish.sourcing@eastmanexports.com |
| Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.net |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | rdehney@mnat.com; aremming@mnat.com; tminott@mnat.com |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | steve@nbisun.com |
| Top 30 Creditor | O'MELVENY & MYERS LLP | MICHAEL F LOTITO ESQ | mlotito@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | mark.kenney@usdoj.gov |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | strattod@pepperlaw.com; fournierd@pepperlaw.com; schannej@pepperlaw.com |
| Top 30 Creditor | QTNP APPARELS JSC | | INFO@QTNPAPPARELS.COM |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | kevin@shoenet.org |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | contact@srinivasafashions.com |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | textile@sumec.com.cn |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | justin.shearer@usbank.com |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | skortanek@wcsr.com |
| Top 30 Creditor | WORLD MARKETING, INC. | | results@worldmarkinc.com |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | cndchain@chinacnd.com |

# EXHIBIT D

Exhibit D
Core Parties First Class Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | 3 TIMES SQUARE ASSOCIATES LLC | JP MORGAN CHASE BANK | GPO P.O. BOX 27488 | | | NEW YORK | NY | 10087 | |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | One Bryant Park | Bank of America Tower | | New York | NY | 10036-6745 | |
| Top 30 Creditor | C & K TRADING CO., LTD. | CK JUNG | 867 Woo 1-Dong Haeundae-Gu | | | Busan | 13 | 612-822 | South Korea |
| Top 30 Creditor | CARMICHAEL INTERNATIONAL SERVICE | | P.O. Box 51025 | | | Los Angeles | CA | 90051 | |
| Top 30 Creditor | COINS INTERNATIONAL CO., LTD. | | 7F-1, No. 89 Bo Guan Road | | | Taichung | TWN | 404 | Taiwan |
| Top 30 Creditor | CPG PARTNERS LP | | P.O. BOX 827727 | | | PHILADELPHIA | PA | 19182 | |
| Top 30 Creditor | DELTINA TRADING PTY LTD. | ALAN FENNEL | Unit 2, 32 Bell Street | | | Torquay | VIC | 3228 | Australia |
| Top 30 Creditor | DRAGON CROWD GARMENT INC | EDWARD | Fl/5 Bldg A, C&E Centre | | | Ningbo | 130 | 315040 | China |
| Top 30 Creditor | DUBHE CORPORATION | | Che-Il Bldg Rm 1501, 256-13 | | | Seoul | 13 | 121-758 | South Korea |
| Top 30 Creditor | EASTMAN EXPORTS GLOBAL CLOTHING | | 10, 12, KUMARANAGAR (SOUTH) | | | TIRUPUR | | 641603 | India |
| Top 30 Creditor | FULL CREATIVE CO, LTD | | No.4 Jin-Ying 2Nd St. | | | Dongguan | 190 | 523942 | China |
| Top 30 Creditor | HONG KONG HESHENG INT'L | TOME ZHENG | Rm 1102, Wofoo Commercial Building | | | Kowloon | KLN | 999077 | Hong Kong |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | | Chicago | IL | 60654 | |
| Top 30 Creditor | MCKNIGHT,ROBERT | | 167 Emerald Bay | | | Laguna Beach | CA | 92651 | |
| Top 30 Creditor | MERRY LINK DEVELOPMENT | (MACAO COMMERCIAL OFFSHORE) LIMITED | Alameda Dr Caros D'Assumpcao No 336 | | | Macau | MO | 999078 | Macau |
| Top 30 Creditor | MOONEY,ANDREW P. | | PO Box 69447 | | | West Hollywood | CA | 90069 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | 1201 North Market Street | 16th Floor | PO Box 1347 | Wilmington | DE | 19899-1347 | |
| Top 30 Creditor | NEWTIMES FAR EAST | | Unit D, 7th Floor, Phase 5 | | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | NINGBO ISUN FASHION CO. LTD | | East Fenghua Industrial | | | Ningbo | 130 | 315500 | China |
| Top 30 Creditor | NORTHSTAR SOURCING GROUP HK LTD | DAVE PERKINS | Room 602, 6/F, Oriental Centre | | | Kowloon | KLN | 999077 | Hong Kong |
| Top 30 Creditor | O'MELVENY & MYERS LLP | MICHAEL F LOTITO ESQ | TIMES SQUARE TOWER | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Top 30 Creditor | ORIGINAL JY&T CO. LTD. | | Sanchong Dist. | | | New Taipei City | TPE | 241 | Taiwan |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | 1133 Avenue of the Americas | | | New York | NY | 10036-6710 | |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | Hercules Plaza, Suite 5100 | 1313 N Market St | | Wilmington | DE | 19899-1709 | |
| Top 30 Creditor | PUTIAN XINXIESHENG FOOTWEAR CO., LT | | Liuxian, Laidian Town, Xianyou | | | Putian | 150 | 351251 | China |
| Top 30 Creditor | QTNP APPARELS JSC | | NO. 18, LOT 8, LONG BIEN RESETTLEME | | | HA NOI | | 10000 | Vietnam |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | | New York | NY | 10036 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | | Boston | MA | 02108 | |
| Top 30 Creditor | SAMIL TONG SANG CO. | BONG GYU LIM | 18-130 Gangdong-Dong | | | Busan | 13 | 618-800 | South Korea |
| Top 30 Creditor | SRINIVASA FASHIONS PVT LTD | Factory Unit #3 | Plot No. AP4, 5th Avenue, 2nd Cross | | | Chengalpat | 22 | 603002 | India |
| Top 30 Creditor | SUMEC TEXTILE AND LIGHT INDUSTRY CO | | 13F, 198 Changjiang Road | | | Nanjing | 100 | 210018 | China |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 2

**Exhibit D**
**Core Parties First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | Global Corporate Trust Services | 100 Wall Street, Suite 1600 | | New York | NY | 10005 | |
| Top 30 Creditor | WEIHAI TEXTILE IMP AND EXP CO | | No. 16 Shichang Da Road | | | Weihai | 120 | 264200 | China |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | | Wilmington | DE | 19801 | |
| Top 30 Creditor | WORLD MARKETING, INC. | | 306 38TH STREET, 8TH FLOOR | | | NEW YORK | NY | 10018 | |
| Top 30 Creditor | XIAMEN C&D LIGHT INDUSTRY CO., LTD. | | 15th Floor Seaside Bldg. | | | Xiamen | 150 | 361000 | China |
| Top 30 Creditor | ZHEJIANG XISHI JIAFANG TEXTILE CO L | | Paitou Village Paitou Town | | | Zhuji | 130 | 311825 | China |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 2

# EXHIBIT E

**Exhibit E**
**Affected Parties First Class Service List**

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Duane Morris LLP | One Market Plaza, Spear Tower | Suite 2200 | San Francisco | CA | 94105-1127 |
| Kane Kessler, P.C. | 1350 Avenue of the Americas | | New York | NY | 10019 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# EXHIBIT F

**Exhibit F**
**Affected Parties First Class Service List**

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Duane Morris LLP | One Market Plaza | Spear Tower | Suite 2200 | San Francisco | CA | 94105 |
| Gibson, Dunn & Crutcher LLP | 3161 Michelson Drive | | | Irvine | CA | 92612-4412 |
| Law Offices of Julie L. Plisinski | 27762 Antonio Parkway | Suite L1-229 | | Ladera Ranch | CA | 92694 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1