IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 355** |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BAYARD, P.A. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, NUNC PRO TUNC TO SEPTEMBER 22, 2015 THROUGH AND INCLUDING SEPTEMBER 28, 2015**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to September 22, 2015 Through and Including September 28, 2015** [D.I. 355] (the "Application"), filed on October 26, 2015. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 10, 2015 at 4:00 p.m.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02805193v1}

It is hereby respectfully requested that an order approving the Application be entered at the Court's earliest convenience.

Dated: November 12, 2015
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com

-and-

COOLEY LLP
Jay R. Indyke
Cathy Hershcopf
Seth Van Aalten
Robert Winning
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: jindyke@cooley.com
       chershcopf@cooley.com
       svanaalten@cooley.com
       rwinning@cooley.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*