IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 356** |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR ENTRY FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PROVINCE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 22, 2015**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Application for Entry for an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 22, 2015** [D.I. 356] (the "Application"), filed on October 26, 2015. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 10, 2015 at 4:00 p.m.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02805196v1}

It is hereby respectfully requested that an order approving the Application be entered at the Court's earliest convenience.

Dated: November 12, 2015
       Wilmington, Delaware

                              BAYARD, P.A.

                              */s/ Justin R. Alberto*
                              Justin R. Alberto (No. 5126)
                              222 Delaware Avenue, Suite 900
                              Wilmington, Delaware 19801
                              Telephone:  (302) 655-5000
                              Facsimile:  (302) 658-6395
                              Email: jalberto@bayardlaw.com

                                   -and-

                              COOLEY LLP
                              Jay R. Indyke
                              Cathy Hershcopf
                              Seth Van Aalten
                              Robert Winning
                              1114 Avenue of the Americas
                              New York, New York 10036
                              Telephone: (212) 479-6000
                              Facsimile: (212) 479-6275
                              Email: jindyke@cooley.com
                                       chershcopf@cooley.com
                                       svanaalten@cooley.com
                                       rwinning@cooley.com

                              *Proposed Co-Counsel for the Official*
                              *Committee of Unsecured Creditors*