# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 360** |

## CERTIFICATE OF NO OBJECTION REGARDING FIRST FEE AND FINAL APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 22, 2015 THROUGH SEPTEMBER 28, 2015

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **First Fee and Final Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 22, 2015 Through September 28, 2015** [D.I. 360] (the "Application"), filed on October 26, 2015.  The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than November 10, 2015 at 4:00 p.m.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02805222v1}

It is therefore respectfully requested that the Court enter an order approving the Application at its earliest convenience.

Dated:  November 12, 2015
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email: jalberto@bayardlaw.com

-and-

COOLEY LLP
Jeffrey L. Cohen
Seth Van Aalten
Robert Winning
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: jcohen@cooley.com
      svanaalten@cooley.com
      rwinning@cooley.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*