**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 361** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST AND FINAL
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF PROVINCE, INC., AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD
FROM SEPTEMBER 22, 2015 THROUGH OCTOBER 5, 2015**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from September 22, 2015 through October 5, 2015** [D.I. 361] (the "Application"), filed on October 26, 2015.  The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than November 10, 2015 at 4:00 p.m.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02805223v1}

It is therefore respectfully requested that the Court enter an order approving the

Application at its earliest convenience.

Dated:  November 12, 2015
      Wilmington, Delaware

               BAYARD, P.A.

               */s/ Justin R. Alberto*
               Justin R. Alberto (No. 5126)
               222 Delaware Avenue, Suite 900
               Wilmington, Delaware 19801
               Telephone:  (302) 655-5000
               Facsimile:  (302) 658-6395
               Email: jalberto@bayardlaw.com

                   -and-

               COOLEY LLP
               Jeffrey L. Cohen
               Seth Van Aalten
               Robert Winning
               1114 Avenue of the Americas
               New York, New York 10036
               Telephone: (212) 479-6000
               Facsimile: (212) 479-6275
               Email: jcohen@cooley.com
                     svanaalten@cooley.com
                     rwinning@cooley.com

               *Co-Counsel for the Official*
               *Committee of Unsecured Creditors*