IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
QUIKSILVER, INC., et al.,[1]                        :   Case No. 15-11880 (BLS)
                                                    :
                         Debtors.                   :   Jointly Administered
                                                    :
                                                    :   **Related Docket No.: 370**
--------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF DAVID B. STRATTON IN SUPPORT OF
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF PEPPER HAMILTON LLP AS CO-COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
QUIKSILVER, INC., *ET AL., NUNC PRO TUNC* TO SEPTEMBER 28, 2015**

STATE OF DELAWARE    )
                     )   ss:
COUNTY OF NEW CASTLE )

I, David B. Stratton, being duly sworn, state as follows:

1. I am a partner of the law firm of Pepper Hamilton LLP ("Pepper Hamilton") which maintains offices at, among other locations, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801.

2. This supplemental declaration (this "Supplemental Declaration") is being submitted in support of the *Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Co-Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Quiksilver, Inc., et al., Nunc Pro Tunc to September 28, 2015*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

#36371334 v2

(the "Application") [Docket No. 370], filed by the Committee on October 27, 2015. Concurrently with the Application and in support thereof, Pepper Hamilton filed the *Declaration of David B. Stratton in Support of the Application* (the "Original Declaration"). This Supplemental Declaration is intended to supplement but not replace the Original Declaration.

3. I make this Declaration pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1. All capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

4. Unless otherwise stated, I have personal knowledge of the facts set forth hereinafter. To the extent that any information disclosed herein requires amendment or modification upon Pepper Hamilton's completion of further analysis or as additional party-in-interest information becomes available to me, I will submit a supplemental verified statement to this Court.

5. In accordance with Federal Rule of Bankruptcy Procedure 2014(a), Pepper Hamilton hereby discloses, in supplement to its previous disclosures, its connections with the Debtors, their creditors, all other parties-in-interest, and their respective attorneys as follows:

| Name | Relationship to Debtors | Relationship to Pepper |
|---|---|---|
| City of El Paso | Creditor | Believed to be an affiliate of a current client of the Firm (The Housing Authority of the City of El Paso, Texas) in an unrelated matter. |
| The Macerich Company | Landlord | Current client of the Firm in an unrelated matter. |

6. I will amend this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.

#36371334 v2


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Dated: November 12, 2015

_____
David B. Stratton, Esq.

#36371334 v2