IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
: 
In re:                                        :   Chapter 11
                                              :
QUIKSILVER, INC., *et al.*,[1]                :   Case No. 15-11880 (BLS)
                                              :
           Debtors.      :   Jointly Administered
                                              :
                                              :   **Related Docket No. 370**
                                              :
                                              :   **Hearing Date:  November 17, 2015 at 10:30 am (ET)**
---------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR
ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
PEPPER HAMILTON LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL*.,
*NUNC PRO TUNC* TO SEPTEMBER 28, 2015**

The undersigned hereby certifies that he has received no formal objection or response to the **Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., *et al., Nunc Pro Tunc* to September 28, 2015** [Docket No. 370] (the "Application") filed and served by the undersigned on October 27, 2015.  The undersigned further certifies that he has reviewed the docket in these cases and that no objection or response to the Application appears thereon.  The notice attached to the Application established a deadline of November 10, 2015 at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the Application.   Accordingly, it is respectfully requested that the Court enter the proposed form of order filed with the Application attached hereto as **Exhibit A**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

#36370505 v1

| | |
|---|---|
| Dated: November 12, 2015<br>Wilmington, Delaware | **PEPPER HAMILTON LLP**<br><br>/s/ John H. Schanne II<br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>John H. Schanne II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware  19899-1709<br>Telephone:    (302) 777-6500<br>Facsimile:      (302) 421-8390<br>E-mail:          strattond@pepperlaw.com<br>                      fournierd@pepperlaw.com<br>                      schannej@pepperlaw.com<br><br>-AND-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Michael S. Stamer (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>One Bryant Park<br>Bank of America Tower<br>New York, New York  10036-6745<br>Telephone:    (212) 872-1000<br>Facsimile:      (212) 872-1002<br>E-mail:          mstamer@akingump.com<br>                      aqureshi@akingump.com<br>                      mlahaie@akingump.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |

#36370505 v1