IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., *et al.*,[1] : Case No. 15-11880 (BLS)
: 
Debtors. : Jointly Administered
: 
: **Related Docket No. 369**
: 
: **Hearing Date: November 17, 2015 at 10:30 am (ET)**
: 
---------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
QUIKSILVER, INC., *ET AL*. FOR AN ORDER (I) AUTHORIZING THE COMMITTEE
TO RETAIN AND EMPLOY PJT PARTNERS INC. AS ITS INVESTMENT BANKER
*NUNC PRO TUNC* TO SEPTEMBER 29, 2015 AND (II) WAIVING CERTAIN
<u>REQUIREMENTS OF LOCAL RULE 2016-2</u>**

The undersigned hereby certifies that he has received no formal objection or response to the **Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., *et al.* for Entry of an Order (I) Authorizing the Committee to Retain and Employ PJT Partners Inc. as its Investment Banker *Nunc Pro Tunc* to September 29, 2015 and (II) Waiving Certain Requirements Local Rule 2016-2** [Docket No. 369] (the "<u>Application</u>") filed and served by the undersigned on October 27, 2015. The undersigned further certifies that he has reviewed the docket in these cases and that no objection or response to the Application appears thereon. The notice attached to the Application established a deadline of November 10, 2015 at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Application. Accordingly, it is respectfully requested that the Court enter the proposed form of order filed with the Application attached hereto as **Exhibit A**.

Dated: November 12, 2015
      Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ John H. Schanne II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19899-1709
Telephone:     (302) 777-6500
Facsimile:     (302) 421-8390
E-mail:     strattond@pepperlaw.com
      fournierd@pepperlaw.com
      schannej@pepperlaw.com

-AND-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York  10036-6745
Telephone:     (212) 872-1000
Facsimile:     (212) 872-1002
E-mail:     mstamer@akingump.com
      aqureshi@akingump.com
      mlahaie@akingump.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*