IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                     Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 17, 2015 AT 10:30 A.M. (EASTERN)**

       Set forth below are the matters scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on November 17, 2015 beginning at 10:30 a.m. (Eastern).

I. **UNCONTESTED MATTERS WITH CERTIFICATIONS**

1. **COOLEY LLP RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel *Nunc Pro Tunc* to September 21, 2015 (Docket No. 354) (Date Filed: 10/26/15)

    Related Documents:

    a.    Certificate of No Objection (Docket No. 428) (Date Filed: 11/12/15)

    b.    Proposed Form of Order

    Objection Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

    Objections/
    Responses
    Filed:       None.

    Status:      No hearing is necessary. Counsel has filed a certificate of no objection and respectfully requests the relief sought in the application be granted.

2. **BAYARD, P.A. RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to September 22, 2015 Through and Including September 28, 2015 (Docket No. 355) (Date Filed: 10/26/15)

    Related Documents:

    a.    Certificate of No Objection (Docket No. 429) (Date Filed: 11/12/15)

    b.    Proposed Form of Order

    Objection
    Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

    Objections/
    Responses
    Filed:       None.

    Status:      No hearing is necessary. Counsel has filed a certificate of no objection and respectfully requests the relief sought in the application be granted.

3. **PROVINCE, INC. RETENTION APPLICATION:** Application for Entry for an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 22, 2015 (Docket No. 356) (Date Filed: 10/26/15)

    Related Documents:

    a.    Certificate of No Objection (Docket No. 430) (Date Filed: 11/12/15)

    b.    Proposed Form of Order

    Objection
    Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

|   |   |
|---|---|
| Objections/<br>Responses<br>Filed: | None. |
| Status: | No hearing is necessary.  Counsel has filed a certificate of no objection and respectfully requests the relief sought in the application be granted. |

4. **AKIN GUMP RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel, *Nunc Pro Tunc* to September 28, 2015 (Docket No. 368) (Date Filed: 10/27/15)

   Related Documents:

   a. Certificate of No Objection (Docket No. 437) (Date Filed: 11/12/15)

   b. Proposed Form of Order

   Objection Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

   Objections/Responses Filed:    None.

   Status:    No hearing is necessary.  Counsel has filed a certificate of no objection and respectfully requests the relief sought in the application be granted.

5. **PJT PARTNERS RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. for Entry of an Order (I) Authorizing the Committee to Retain and Employ PJT Partners Inc. as its Investment Banker *Nunc Pro Tunc* to September 29, 2015 and (II) Waiving Certain Requirements Local Rule 2016-2 (Docket No. 369) (Date Filed: 10/27/15)

   Related Documents:

   a. Certificate of No Objection (Docket No. 438) (Date Filed: 11/12/15)

   b. Proposed Form of Order

   Objection Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

    Objections/
    Responses
    Filed:

    a.    Informal Response of the Office of the United States Trustee

    Status:    The informal response has been resolved. Counsel has filed a certificate of no objection and respectfully requests the relief sought in the application be granted.

6.    **PEPPER HAMILTON RETENTION APPLICATION:** Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al., *Nunc Pro Tunc* to September 28, 2015 (Docket No. 370) (Date Filed: 10/27/15)

    Related Documents:

    a.    Supplemental Declaration of David B. Stratton in Support of Application (Docket No. 435) (Date Filed: 11/12/15)

    b.    Certificate of No Objection (Docket No. 436) (Date Filed: 11/12/15)

    c.    Proposed Form of Order

    Objection Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

    Objections/ Responses Filed:    None.

    Status:    No hearing is necessary. Counsel has filed a certificate of no objection and respectfully requests the relief sought in the application be granted.

## II.    MATTERS GOING FORWARD

7.    **365(d)(4) MOTION:** Debtors' Motion For Order Under Bankruptcy Code Sections 105 And 365 And Bankruptcy Rule 9006 Extending Time Within Which Debtors May Assume Or Reject Unexpired Leases Of Nonresidential Real Property (Docket No. 339) (Date Filed: 10/22/15)

    Objection Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

        Objections/
        Responses
        Filed:

        a.    Limited Objection Of Regency Centers, L.P. To Debtors Motion (Docket No. 421) (Date Filed: 11/10/15)

        Status:    The objection has been resolved. The Debtors intend to submit the revised form of order under certification of counsel at the time permitted under the local rules.

8. **MODIFY STAY MOTION:** Debtors' Motion For Entry Of Order Approving Stipulation Modifying Automatic Stay To Allow For Advancement/Payment Of Costs And Fees Under Directors And Officers Insurance Policy (Docket No. 340)
(Date Filed: 10/22/15)

        Objection
        Deadline:    November 10, 2015 at 4:00 p.m. (Eastern), extended until November 12, 2015 for ACE Insurance.

        Objections/
        Responses
        Filed:    None.

        Status:    This matter is going forward.

9. **A&G RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2(h) (I) Authorizing Employment And Retention Of A&G Realty Partners, LLC As Their Real Estate Advisor, *Nunc Pro Tunc* To The Petition Date, (II) Waiving Certain Information Requirements Of Local Bankruptcy Rule 2016-2(d), And (III) Granting Related Relief (Docket No. 341)
(Date Filed: 10/22/15)

        Objection
        Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

        Objections/
        Responses
        Filed:

        a.    Informal Response of the Office of the United States Trustee

        Status:    The informal response has been resolved. The Debtors intend to submit the revised form of order under certification of counsel at the time permitted under the local rules.

10. **DELOITTE & TOUCHE LLP RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2 Authorizing Employment And Retention Of Deloitte & Touche LLP As Their Independent Auditor, *Nunc Pro Tunc* To The Petition Date Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy (Docket No. 342) (Date Filed: 10/22/15)

    Objection
    Deadline:      November 10, 2015 at 4:00 p.m. (Eastern), extended until November 13, 2015 for the Office of the United States Trustee.

    Objections/
    Responses
    Filed:         None at the time of filing this agenda.

    Status:        This matter is going forward.

11. **ICR, LLC RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014(a) And 2016, And Local Bankruptcy Rules 2014-1 And 2016 Authorizing The Employment And Retention Of ICR, LLC As Corporate Communications And Public Relations Consultants To The Debtors *Nunc Pro Tunc* To The Petition Date (Docket No. 343) (Date Filed: 10/22/15)

    Objection
    Deadline:      November 10, 2015 at 4:00 p.m. (Eastern)

    Objections/
    Responses
    Filed:

    a.    Informal Response of the Office of the United States Trustee

    Status:        The informal response has been resolved. The Debtors intend to submit the revised form of order under certification of counsel at the time permitted under the local rules.

12. **EXTEND TIME TO FILE REPORTS MOTION:** Debtors' Motion For Order Pursuant To Bankruptcy Rules 2015.3 And 9006 And Local Bankruptcy Rule 9006-2 Further Extending Time To File Reports Of Financial Information Under Bankruptcy Rule 2015.3 Or To Seek Modification Of Such Reporting Requirement (Docket No. 347) (Date Filed: 10/23/15)

    Objection
    Deadline:      November 10, 2015 at 4:00 p.m. (Eastern)

| | | |
|---|---|---|
| Objections/<br>Responses<br>Filed: | None. | |
| Status: | No formal or informal objections were received.  The Debtors intend to submit the proposed form of order under certificate of no objection at the time permitted under the local rules. | |

13. **DELOITTE TAX LLP RETENTION APPLICATION:** Debtors' Application For Entry Of An Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2 Authorizing Employment And Retention Of Deloitte Tax LLP As Tax Advisor To The Debtors *Nunc Pro Tunc* To October 1, 2015 (Docket No. 371) (Date Filed: 10/27/15)

   Objection
   Deadline:   November 10, 2015 at 4:00 p.m. (Eastern), extended until November 13, 2015 for the Office of the United States Trustee.

   Objections/
   Responses
   Filed:   None at the time of filing this agenda.

   Status:   This matter is going forward.

14. **DE MINIMIS SALE MOTION:** Debtors' Motion For Order Under Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 6004 (I) Authorizing And Approving The Sale Of Certain De Minimis Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests; (II) Approving The Purchase Agreement; And (III) Granting Other Related Relief (Docket No. 372) (Date Filed: 10/27/15)

   Related
   Documents:

   a.   Declaration Of Andrew Bruenjes, Americas Chief Financial Officer Of Quiksilver, Inc., In Support Of The Debtors' Motion (Docket No. 374) (Date Filed: 10/27/15)

   Objection
   Deadline:   November 10, 2015 at 4:00 p.m. (Eastern)

   Objections/
   Responses
   Filed:   None.

   Status:   No formal or informal objections were received.  The Debtors intend to submit the proposed form of order under certificate of no objection at the time permitted under the local rules.

**III.    FINAL FEE APPLICATION MATTER**

15.    First and Final Application for Compensations with respect to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al.[2]

    Related Documents:

    a.    Certificate of No Objection to First and Final Application for Compensation of Cooley LLP (Docket No. 431) (Date Filed: 11/12/15)

    b.    Proposed Form of Final Order to First and Final Application for Compensation of Cooley LLP

    c.    Certificate of No Objection to First Fee and Final Application of Bayard, P.A. (Docket No. 432) (Date Filed: 11/12/15)

    d.    Proposed Form of Final Order to First Fee and Final Application of Bayard, P.A.

    e.    Certificate of No Objection to First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc., (Docket No. 433) (Date Filed: 11/12/15)

    f.    Proposed Form of Final Order to First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc.,

    Status:    This matter is going forward if the proposed forms of order are not entered prior to the hearing. Please see <u>Exhibit A</u> attached hereto for index of pleadings.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

---

[2]    Fee Application binders were previously submitted to the Court on November 10, 2015.

Dated:    Wilmington, Delaware
           November 13, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## **EXHIBIT A**

|  | |
|---|---|
| In re<br><br>Quiksilver, Inc., *et al.,*[1]<br><br><br>                              Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered) |

# INDEX TO FEE APPLICATION BINDER FOR MATTERS SCHEDULED FOR HEARING ON NOVEMBER 17, 2015 AT 10:30 A.M.

1. First and Final Application for Compensation of Cooley LLP as Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. [Filing Date: 10/26/15; D.I. 357]

2. First Fee and Final Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 22, 2015 Through September 28, 2015 [Filing Date: 10/26/15; D.I. 360]

3. First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from September 22, 2015 through October 5, 2015 [Filing Date: 10/26/15; D.I. 361]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02800831v1}