# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.* | Case No. 15-11880 (BLS) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Eric A. Rosen, Esq., of the law firm of Fowler White Burnett, P.A., hereby enters his appearance as counsel of record on behalf of 55 Thompson Street Investments, L.P., a creditor and party in interest in this case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure requests that all pleadings, announcements, notices, court documentation, and any and all notices given or required to be served in this case, be given to and served upon him via CM/ECF at the e-mail address set forth below.

/s/ Eric A. Rosen
Eric A. Rosen
Fla. Bar No. 36426
Email: erosen@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:   (561) 802-9044
Facsimile:    (561) 802-9976

4829-3004-9578, v. 1