IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Quiksilver, Inc., *et al.*,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered)<br><br>Related Docket No. 356, 430 |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT
OF PROVINCE, INC. AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>EFFECTIVE AS OF SEPTEMBER 22, 2015</u>**

This matter came before the Court on the *Application for Entry of an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of the Quicksilver, Inc., a Delaware Corporation, et al., Effective as of September 22, 2015* (the "<u>Application</u>")[2] and the Declaration of Paul Huygens filed in support of the Application (the "<u>Huygens Declaration</u>") both filed by the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Quicksilver , Inc. (the "<u>Debtors</u>"), pursuant to sections 328(a) and 1103(a) Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>") for an order authorizing and approving the retention and employment of Province, Inc. as financial advisor for the Committee in these cases; and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

{BAY:02792304v1}

the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and it appearing to the Court that the said Application should be approved, it is, therefore, ORDERED that:

1. The Application is granted.

2. Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Del. Bankr. L.R. 2014-1, the Committee is authorized to employ and retain and employ Province, Inc. as financial advisor to the Committee effective as of September 22, 2015.

3. Province shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' cases as set forth in the Application and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

4. The Committee and Province are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. Province is authorized to sign and file electronically all notices, orders, motions, applications and other requests for relief, all briefs, memoranda, affidavits, declarations, replies and other documents filed in support of such documents and all

objections and responses related to any such documents filed by any party in the Debtors' chapter 11 cases.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: November 13, 2015
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge