IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Quiksilver, Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 354, 428 |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COOLEY LLP AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases for entry of an order authorizing the Committee to employ and retain Cooley LLP ("Cooley") as its attorneys *nunc pro tunc* to September 21, 2015, the date the Committee determined to employ Cooley as lead counsel in these cases, pursuant to section 1103 of title 11 of the United States Code; and upon the Declaration of Cathy Hershcopf of Cooley LLP (the "Hershcopf Declaration") attached to the Application as **Exhibit B**; and upon the Declaration of Ronald M. Tucker, Chairperson of the Committee attached to the Application as **Exhibit C**; and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and the Court being satisfied that notice of this Application and the opportunity for a hearing on this Application was appropriate under

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02792310v1}
122230375 v1

the particular circumstances and no further or other notice need by given; and the Court being satisfied, based on the representations made in the Application and the Hershcopf Declaration, that Cooley does not represent or hold any interest adverse to the Debtors or its estates as to the matters upon which Cooley has been and is to be employed, and that Cooley is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code; and the Court having determined that the relief sought in the Application is in the best interests of the Committee, the Debtors, their creditors, and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Application and in the Hershcopf Declaration establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Application is GRANTED to the extent set forth herein.

2. In accordance with section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Committee is authorized to employ and to retain Cooley LLP as its lead counsel, *nunc pro tunc* to September 21, 2015, solely for the period from September 1, 2015 through September 28, 2015, on the terms and conditions set forth in the Application and in the Hershcopf Declaration.

3. Cooley shall apply for compensation and reimbursement in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules, the Local Rules, and any fee and expense guidelines of this Court.

4. Cooley will provide notice of any rate increases by notifying the Committee and filing a notice with the Court. The Committee, United States Trustee,

and all parties-in-interest retain all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. The Committee and Cooley are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: November 13, 2015
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge