IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :   Chapter 11
In re:                                    :
                                          :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,                 :
                                          :   Jointly Administered
                  Debtors.¹               :
                                          :
                                          :   Related Docket Nos. 339, 421
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CERTIFICATION OF COUNSEL TO DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 105 AND 365 AND BANKRUPTCY RULE 9006 EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

The undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") hereby certifies that on October 22, 2015, the Debtors filed the Debtors' Motion For Order Under Bankruptcy Code Sections 105 And 365 And Bankruptcy Rule 9006 Extending Time Within Which Debtors May Assume Or Reject Unexpired Leases Of Nonresidential Real Property (Docket No. 339) (the "Motion").

The undersigned further certifies that the notice provided with the Motion set November 10, 2015 at 4:00 p.m. (Eastern) as the response deadline for any objections or responses to the Motion.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

The undersigned further certifies that the Debtors received an objection (the "<u>Objection</u>") from Regency Centers, L.P. (the "<u>Regency</u>") [Docket No. 421], whose leases are subject to the Motion.

The undersigned further certifies that Regency has provided comments to the proposed Order which have been incorporated into the revised proposed Order attached as <u>Exhibit 1</u> hereto.

The undersigned further certifies that counsel for the Debtors has communicated with a representative from Regency and such representative has approved the proposed Order as revised. For the Court's convenience, a redline showing changes to the proposed Order filed with the Application is annexed as <u>Exhibit 2</u>.

Accordingly, it is respectfully requested that the Court enter the proposed form of order, attached hereto as <u>Exhibit 1</u>.

Dated: Wilmington, Delaware
November 13, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

<u>/s/ Van C. Durrer, II</u>
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

2

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT 1**
**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: :  Chapter 11
:
:  Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*, :
:  Jointly Administered
Debtors.[1] :
:
:  **Related Docket No. 339, 421**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER UNDER BANKRUPTCY CODE SECTIONS 105 AND 365 AND BANKRUPTCY RULE 9006 EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the motion (the "Motion")[2] of the Debtors for entry of an order, under Bankruptcy Code sections 105 and 365 and Bankruptcy Rule 9006, extending the time within which the Debtors must assume or reject unexpired leases of nonresidential real property, including subleases or other agreements to which any of the Debtors are a party that may be considered an unexpired lease of nonresidential real property (the "Leases"); and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

2. The period within which the Debtors may seek, by motion or pursuant to a plan of reorganization, to assume or reject any or all of the Leases is extended through and including April 6, 2016; provided, however, that such period is not extended with respect to the lease for that certain premises located in Anastasia Plaza in St. Augustine Beach, Florida (store number 726).

3. The entry of this Order is without prejudice to (i) the right of any landlord to request from this Court, upon reasonable notice to the Debtors and all other necessary parties in interest, an order compelling the Debtors to assume or reject any Lease for cause or (ii) the Debtors' right to oppose any such request.

4. The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Leases, in accordance with the requirements of Bankruptcy Code section 365(d)(4)(B)(ii).

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
_____, 2015

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

773212.02-WILSR01A - MSW

**EXHIBIT 2**
**Redline Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
:
In re: : Case No. 15-11880 (BLS)
:
QUIKSILVER, INC., *et al.*, : Jointly Administered
:
Debtors.[1] :
x  **Related Docket No. —339, 421**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -


### ORDER UNDER BANKRUPTCY CODE SECTIONS 105 AND 365 AND BANKRUPTCY RULE 9006 EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the motion (the "Motion")[2] of the Debtors for entry of an order, under Bankruptcy Code sections 105 and 365 and Bankruptcy Rule 9006, extending the time within which the Debtors must assume or reject unexpired leases of nonresidential real property, including subleases or other agreements to which any of the Debtors are a party that may be considered an unexpired lease of nonresidential real property (the "Leases"); and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Redline QS - 365(d)(4) Order 773212v1 and QS - 365(d)(4) Order 773212v2 11/13/2015 8:57:13 AM

parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

2. The period within which the Debtors may seek, by motion or pursuant to a plan of reorganization, to assume or reject any or all of the Leases is extended through and including April 6, 2016; provided, however, that such period is not extended with respect to the lease for that certain premises located in Anastasia Plaza in St. Augustine Beach, Florida (store number 726).

3. The entry of this Order is without prejudice to (i) the right of any landlord to request from this Court, upon reasonable notice to the Debtors and all other necessary parties in interest, an order compelling the Debtors to assume or reject any Lease for cause or (ii) the Debtors' right to oppose any such request.

4. The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Leases, in accordance with the requirements of Bankruptcy Code section 365(d)(4)(B)(ii).

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
            _____, 2015

2

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

3

Redline QS - 365(d)(4) Order 773212v1 and QS - 365(d)(4) Order 773212v2 11/13/2015 8:57:13 AM

| Summary report:<br>Litéra® Change-Pro TDC 7.5.0.155 Document comparison done on 11/13/2015 8:57:13 AM | |
|---|---|
| **Style name:** Option 3a Strikethrough Double Score No Moves | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** dm://WILSR01A/773212/1 | |
| **Modified DMS:** dm://WILSR01A/773212/2 | |
| **Changes:** | |
| Add | 7 |
| Delete | 1 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 8 |