## **CERTIFICATE OF SERVICE**

I, Patrick J. Reilley, hereby certify that on November 13, 2015, I caused a copy of the foregoing document to be served to be served via First-Class Mail, postage prepaid, on the parties listed below.

                                                     */s/ Patrick J. Reilley*

| | |
|---|---|
| Quicksilver<br>5600 Argosy Circle<br>Huntington Beach, California 92649 | Michael S. Stamer, Esq.<br>Meredith A. Lahaie, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036, Attn:; and |
| Ana Lucía Hurtado<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801 | Prada USA Corp.<br>610 W 52nd Street<br>New York, NY 10019 |
| Mark Kenney, Esq.<br>United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801 | VZW LA Acquisition Group, LLC<br>150 E. 58th St.<br>Penthouse, NY 10155 |
| Patrick J. Nash, Jr.<br>Ross M. Kwasteniet<br>William A. Guerrieri<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois, 60654 | QS Retail, Inc.<br>Attn: Lease Administrator<br>15202 Graham Street<br>Huntington Beach, CA 92649 |
| David S. Berman, Esq.<br>Riemer & Braunstein<br>Three Center Plaza,<br>Boston, Massachusetts 02108 | O'Neil LLP<br>Attn: Leasing Counsel<br>199900 MacArthur Blvd – Suite 1050<br>Irvine, CA 92660, |
| | Eric G. Menkes, Esq.<br>Duval & Stachenfeld LLP<br>300 East 42nd Street<br>New York, NY 10017 |