## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re: : Chapter 11
 :
QUIKSILVER, INC., *et al.*,[1] : Case No. 15-11880 (BLS)
                     Debtors. :
 : Jointly Administered
 :
 : **Related Docket Nos.: 442, 443, 444**
------------------------------------------------- x

### DECLARATION OF SERVICE

       I, John H. Schanne, II, hereby declare that on the 13th day of November, 2015, I caused the following to be served upon the parties on the attached service list by first-class mail, postage prepaid.

- Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et at., Nunc Pro Tunc to September 28, 2015 (Docket No. 442)

- Order (I) Authorizing the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. to Retain and Employ PJT Partners Inc. as its Investment Banker Nunc Pro Tunc to September 29, 2015 and (II) Waiving Certain Requirements of Local 2016-2 (Docket No. 443)

- Order Authorizing the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al., to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel, Nunc Pro Tunc to September 28, 2015 (Docket No. 444)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: November 13, 2015
      Wilmington, Delaware

PEPPER HAMILTON LLP

 /s/ John H. Schanne, II
David B. Stratton (DE No. 960)
Henry Jaffe (DE No. 2987)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19899-1709
Telephone:   (302) 777-6500
Facsimile:    (302) 421-8390
Email:        strattond@pepperlaw.com
                jaffeh@pepperlaw.com
                schannej@pepperlaw.com

Co-Counsel for the Official Committee of Unsecured Creditors of Quiksilver, Inc., et *al.*

#36394464 v1

| | | |
|---|---|---|
| 3 TIMES SQUARE ASSOCIATES LLC<br>JP MORGAN CHASE BANK<br>GPO P.O. BOX 27488<br>NEW YORK, NY 10087 | | Assistant Attorney General<br>Jason A Starks<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Ballard Spahr LLP<br>David L Pollack<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Matthew Summers, Leslie Heilman<br>919 Market Street, 11th Floor<br>Wilmington, DE 19801 | Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 |
| Bewley Lassleben & Miller LLP<br>Ernie Zachary Park<br>13215 E Penn St Suite 510<br>Whittier, CA 90602-1797 | BLT Enterprises<br>Robert Solomon<br>501 Spectrum Circle<br>Oxnard, CA 93030 | Brown & Connery LLP<br>Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| C & K TRADING CO., LTD.<br>CK JUNG<br>867 Woo 1-Dong Haeundae-Gu<br>Busan, 13 612-822<br>South Korea | Cairncross & Hempelmann<br>John Rizzardi<br>524 Second Ave Ste 500<br>Seattle, WA 98104-2323 | CARMICHAEL INTERNATIONAL SERVICE<br>P.O. Box 51025<br>Los Angeles, CA 90051 |
| Chipman Brown Cicero & Cole LLP<br>William E Chipman Jr<br>The Nemours Building<br>1007 N Orange St Ste 1110<br>Wilmington, DE 19801 | Clayton Blehm<br>770 Sycamore Avenue, Suite 122<br>Vista, CA 92083 | COINS INTERNATIONAL CO., LTD.<br>7F-1, No. 89 Bo Guan Road<br>Taichung, TWN 404<br>Taiwan |
| Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | CPG PARTNERS LP<br>P.O. BOX 827727<br>PHILADELPHIA, PA 19182 | Delaware Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 |
| Delaware Dept of Justice<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| DELTINA TRADING PTY LTD.<br>ALAN FENNEL<br>Unit 2, 32 Bell Street<br>Torquay, VIC 3228<br>Australia | Deutsche Trustee Company Limited<br>Attn Debt & Agency Services<br>Winchester House<br>1 Great Winchester Street<br>London,  EC2N 2DB<br>United Kingdom | DRAGON CROWD GARMENT INC<br>EDWARD<br>Fl/5 Bldg A, C&E Centre<br>Ningbo, 130 315040<br>China |
| DUBHE CORPORATION<br>Che-Il Bldg Rm 1501, 256-13<br>Seoul, 13 121-758<br>South Korea | EASTMAN EXPORTS GLOBAL CLOTHING<br>10, 12, KUMARANAGAR (SOUTH)<br>TIRUPUR,  641603<br>India | Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 |

#36394464 v1

| | | |
|---|---|---|
| Ezra Brutzkus Gubner LLP<br>Steven T Gubner<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367 | Foley & Lardner LLP<br>Mark L Prager Mark F Hebbeln Lars A Peterson<br>321 N Clark St Ste 2800<br>Chicago, IL 60654-5313 | FULL CREATIVE CO, LTD<br>No.4 Jin-Ying 2Nd St.<br>Dongguan, 190 523942<br>China |
| GGP Limited Partnership, as Agent<br>Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Global Brands Group<br>Attn Martin Leder<br>12 Princeton Dr<br>Tappan, NY 10903 | Goodsill Anderson Quinn & Stifel<br>Jonathan C Bolton<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813 |
| Greenberg Taurig LLP<br>Dennis A Meloro<br>The Nemours Building<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenberg Taurig LLP<br>Jeffrey M Wolf<br>One International Place<br>Boston, MA 02110 | Hogan Lovells US LLP<br>Christopher R Donoho III John D Beck<br>875 Third Ave<br>New York, NY 10022 |
| HONG KONG HESHENG INT'L<br>TOME ZHENG<br>Rm 1102, Wofoo Commercial Building<br>Kowloon, KLN 999077<br>Hong Kong | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | James A Shalvoy Esq<br>1201 Morningside Dr<br>Suite 215<br>Manhattan Beach, CA 90266 | Jeffer Mangels Butler & Mitchell LLP<br>Joseph A Eisenberg PC<br>1900 Avenue of the Stars 7th Fl<br>Los Angeles, CA 90067 |
| Jeffrey S Shinbrot APLC<br>Jeffrey S. Shinbrot<br>8200 Wilshire Blvd Suite 400<br>Beverly Hills, CA 90211 | Jung & Yuen, LLP<br>Curtis Jung, Esq.<br>888 S. Figueroa St., Suite 720<br>Los Angeles, CA 90017 | Katten Muchin Rosenman LLP<br>c/o Dustin P Branch<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 |
| Katten Muchin Rosenman LLP<br>Jessica Mickelsen Simon<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Matthew W Olsen<br>575 Madison Avenue<br>New York, NY 10022-2585 | KCC<br>Mike Hill<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 | Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 | Law Office of Susan E Kaufman LLC<br>Susan E Kaufman<br>919 North Market Street, Suite 460<br>Wilmington, DE 19801 |
| LeClairRyan<br>Andrew Cole, Esq.<br>800 North King Street, Suite 303<br>Wilmington, DE 19801 | LeClairRyan<br>Niclas A Ferland Esq Ilan Markus Esq<br>545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 | Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>711 Navarro St Ste 300<br>San Antonio, TX 78205 |

#36394464 v1

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Lobel Weiland Golden Friedman LLP<br>Alan J Friedman<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 |
| MCKNIGHT,ROBERT<br>167 Emerald Bay<br>Laguna Beach, CA 92651 | MERRY LINK DEVELOPMENT<br>(MACAO COMMERCIAL OFFSHORE)<br>LIMITED<br>Alameda Dr Caros D'Assumpcao No 336<br>Macau, MO 999078<br>Macau | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn Sheryl L Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| MOONEY,ANDREW P.<br>PO Box 69447<br>West Hollywood, CA 90069 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn Robert J. Dehney, Andrew R.<br>Remming, Tamara K. Minott<br>1201 North Market St, 16th Floor<br>PO Box 1347<br>Wilmington, DE 19899-1347 | New Generation Advisors LLC<br>Attn Baily Dent<br>13 Elm St<br>Manchester, MA 01944 |
| NEWTIMES FAR EAST<br>Unit D, 7th Floor, Phase 5<br>Kowloon, KLN 999077<br>Hong Kong | NINGBO ISUN FASHION CO. LTD<br>East Fenghua Industrial<br>Ningbo, 130 315500<br>China | NORTHSTAR SOURCING GROUP HK LTD<br>DAVE PERKINS<br>Room 602, 6/F, Oriental Centre<br>Kowloon, KLN 999077<br>Hong Kong |
| O'MELVENY & MYERS LLP<br>MICHAEL F LOTITO ESQ<br>TIMES SQUARE TOWER<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Office of the United States Trustee<br>Delaware<br>Attn Mark S. Kenney<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | ORIGINAL JY&T CO. LTD.<br>Sanchong Dist.<br>New Taipei City, TPE 241<br>Taiwan |
| Parker Milliken Clark O'Hara & Samuelian<br>Thomas E Shuck<br>555 S Flower St 30th Fl<br>Los Angeles, CA 90071-2440 | Patterson Belknap Webb & Tyler LLP<br>David W Dykhouse Brian P Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | |
| Perdue Brandon Fielder Collins & Mott LLP<br>Arlington ISD<br>c/o Elizabeth Banda Calvo<br>500 E Border St Ste 640<br>Arlington, TX 76010 | Port Logistics<br>c/o Pamela Kohlman Webster, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 | Potter Anderson & Corroon LLP<br>Jeremy W Ryan Etta R Mayers<br>1313 N Market St 6th Fl<br>PO Box 951<br>Wilmington, DE 19899-0951 |
| PUTIAN XINXIESHENG FOOTWEAR CO.,<br>LT<br>Liuxian, Laidian Town, Xianyou<br>Putian, 150 351251<br>China | QTNP APPARELS JSC<br>NO. 18, LOT 8, LONG BIEN RESETTLEME<br>HA NOI, 10000<br>Vietnam | Riemer & Braunstein LLP<br>Attn Steven Fox<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 |
| Riemer & Braunstein LLP<br>David S. Berman<br>Three Center Plaza<br>Boston, MA 02108 | Rosenthal & Rosenthal Inc<br>Attn Anthony DiTirro<br>1370 Broadway<br>New York, NY 10018 | Samil Tong Sang Co<br>Attn Ian Im<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea |

#36394464 v1

| | | |
|---|---|---|
| SAMIL TONG SANG CO.<br>BONG GYU LIM<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 |
| Securities & Exchange Commission NY Office<br>Andrew Calamari Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | Seward & Kissel LLP<br>John R Ashmead<br>One Battery Park Plaza<br>New York, NY 10004 | Sills Cummis & Gross PC<br>Andrew H Sherman Boris I Mankovetskiy<br>Lucas F Hammonds<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Simon Property Group, Inc<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Skadden, Arps, Slate, Meagher & Flom LLP<br>John K Lyons<br>155 N Wacker Dr<br>Chicago, IL 60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C Durrer<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| Spector & Johnson PLLC<br>Howard Marc Spector<br>12770 Coit Rd Ste 1100<br>Dallas, TX 75251 | SRINIVASA FASHIONS PVT LTD<br>Factory Unit #3<br>Plot No. AP4, 5th Avenue, 2nd Cross<br>Chengalpat, 22 603002<br>India | Stroock & Stroock & Lavan LLP<br>Andrew P DeNatale<br>180 Maiden Ln<br>New York, NY 10038 |
| SUMEC TEXTILE AND LIGHT INDUSTRY CO<br>13F, 198 Changjiang Road<br>Nanjing, 100 210018<br>China | T. Rowe Price Credit Opportunities Fund<br>c/o T. Rowe Price Associates, Inc.<br>Attn Andrew Baek<br>100 E. Pratt Street<br>Baltimore, MD 21202 | The Taubman Company<br>Andrew S Conway Esq<br>200 East Long Lake Road Ste 300<br>Bloomfield Hills, MI 48304 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202 | U.S. Bank National Association<br>Justin L. Shearer Vice President<br>Global Corporate Trust Services<br>100 Wall Street, Suite 1600<br>New York, NY 10005 | US Attorney for Delaware<br>Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 |
| WEIHAI TEXTILE IMP AND EXP CO<br>No. 16 Shichang Da Road<br>Weihai, 120 264200<br>China | Wilfrid Global Opportunity Fund<br>c/o Wilfrid Aubrey LLC<br>Attn Nicholas Walsh<br>465 Lexington Ave<br>New York, NY 10174 | Womble Carlyle Sandridge & Rice, LLP<br>Attn Steven K Kortanek<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 |
| Womble Carlyle Sandridge & Rice, LLP<br>Steven K Kortanek Thomas M Horan<br>Morgan L Patterson<br>222 Delaware Ave Suite 1501<br>Wilmington, DE 19801 | WORLD MARKETING, INC.<br>306 38TH STREET, 8TH FLOOR<br>NEW YORK, NY 10018 | WRI Marshalls Plaza, LP<br>c/o Weingarten Realty Investors<br>Attention: Jenny J. Hyun, Esq<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX 77008 |
| XIAMEN C&D LIGHT INDUSTRY CO., LTD.<br>15th Floor Seaside Bldg.<br>Xiamen, 150 361000<br>China | ZHEJIANG XISHI JIAFANG TEXTILE CO L<br>Paitou Village Paitou Town<br>Zhuji, 130 311825<br>China | |

#36394464 v1