IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Quiksilver, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 360 |

## ORDER GRANTING FIRST FEE AND FINAL APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 22, 2015 THROUGH SEPTEMBER 28, 2015

Upon consideration of the First and Final Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period From September 22, 2015 Through September 28, 2015 (the "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Application, and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and (b) notice of the Application was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; it is hereby

ORDERED that the Application is approved and granted in its entirety on a final basis; and it is further

ORDERED that the $30,034.50 of fees and $123.24 of expenses sought by Bayard for services rendered during the Compensation Period are hereby allowed on a final basis; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02786472v2}

ORDERED, that the Debtors are directed to immediately remit payment to Bayard on account of the fees and expenses approved by this Order in the amount of $30,141.69; and it is further

ORDERED that this Court shall retain jurisdiction with respect to the interpretation and implementation of this Order.

Dated: November 15, 2015
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge