IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                 Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 17, 2015 AT 10:30 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on November 17, 2015 beginning at 10:30 a.m. (Eastern).

I. **UNCONTESTED MATTERS WITH CERTIFICATIONS**

1. **COOLEY LLP RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel *Nunc Pro Tunc* to September 21, 2015 (Docket No. 354) (Date Filed: 10/26/15)

    Related
    Documents:

    a.    Certificate of No Objection (Docket No. 428) (Date Filed: 11/12/15)

    b.    Proposed Form of Order

    Objection
    Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] **Revisions to the prior version of the agenda appear in bold.**

|   |   |   |
|---|---|---|
| | Objections/ Responses Filed: | None. |
| | **Status:** | **No hearing is necessary. The Court has entered an order at Docket No. 446.** |

2. **BAYARD, P.A. RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to September 22, 2015 Through and Including September 28, 2015 (Docket No. 355) (Date Filed: 10/26/15)

   Related Documents:

   a. Certificate of No Objection (Docket No. 429) (Date Filed: 11/12/15)

   b. Proposed Form of Order

   Objection Deadline: November 10, 2015 at 4:00 p.m. (Eastern)

   Objections/ Responses Filed: None.

   Status: No hearing is necessary. Counsel has filed a certificate of no objection and respectfully requests the relief sought in the application be granted.

3. **PROVINCE, INC. RETENTION APPLICATION:** Application for Entry for an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 22, 2015 (Docket No. 356) (Date Filed: 10/26/15)

   Related Documents:

   a. Certificate of No Objection (Docket No. 430) (Date Filed: 11/12/15)

   b. Proposed Form of Order

   Objection Deadline: November 10, 2015 at 4:00 p.m. (Eastern)

|   |   |
|---|---|
| | Objections/<br>Responses<br>Filed:        None. |
| | **Status:        No hearing is necessary.  The Court has entered an order at Docket No. 445.** |

4. **AKIN GUMP RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel, *Nunc Pro Tunc* to September 28, 2015 (Docket No. 368) (Date Filed: 10/27/15)

   Related Documents:

   a.   Certificate of No Objection (Docket No. 437) (Date Filed: 11/12/15)

   b.   Proposed Form of Order

   Objection Deadline:   November 10, 2015 at 4:00 p.m. (Eastern)

   Objections/Responses Filed:   None.

   **Status:   No hearing is necessary.  The Court has entered an order at Docket No. 444.**

5. **PJT PARTNERS RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al. for Entry of an Order (I) Authorizing the Committee to Retain and Employ PJT Partners Inc. as its Investment Banker *Nunc Pro Tunc* to September 29, 2015 and (II) Waiving Certain Requirements Local Rule 2016-2 (Docket No. 369) (Date Filed: 10/27/15)

   Related Documents:

   a.   Certificate of No Objection (Docket No. 438) (Date Filed: 11/12/15)

   b.   Proposed Form of Order

   Objection Deadline:   November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a. Informal Response of the Office of the United States Trustee

**Status:** **No hearing is necessary. The Court has entered an order at Docket No. 443.**

6. **PEPPER HAMILTON RETENTION APPLICATION:** Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al., *Nunc Pro Tunc* to September 28, 2015 (Docket No. 370) (Date Filed: 10/27/15)

Related
Documents:

a. Supplemental Declaration of David B. Stratton in Support of Application (Docket No. 435) (Date Filed: 11/12/15)

b. Certificate of No Objection (Docket No. 436) (Date Filed: 11/12/15)

c. Proposed Form of Order

Objection
Deadline:    November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:    None.

**Status:** **No hearing is necessary. The Court has entered an order at Docket No. 442.**

II. **MATTERS GOING FORWARD**

7. **365(d)(4) MOTION:** Debtors' Motion For Order Under Bankruptcy Code Sections 105 And 365 And Bankruptcy Rule 9006 Extending Time Within Which Debtors May Assume Or Reject Unexpired Leases Of Nonresidential Real Property (Docket No. 339) (Date Filed: 10/22/15)

**Related Documents:**

a. **Certification of Counsel (Docket No. 447) (Date Filed: 11/13/15)**

4

      **b.**      **Proposed Form of Order**

      Objection Deadline:      November 10, 2015 at 4:00 p.m. (Eastern)

      Objections/ Responses Filed:

      a.      Limited Objection Of Regency Centers, L.P. To Debtors Motion (Docket No. 421) (Date Filed: 11/10/15)

      **Status:**      **The objection has been resolved. The Debtors have filed a certification of counsel and respectfully request that the relief sought in the revised form of order be granted.**

8.      **MODIFY STAY MOTION:** Debtors' Motion For Entry Of Order Approving Stipulation Modifying Automatic Stay To Allow For Advancement/Payment Of Costs And Fees Under Directors And Officers Insurance Policy (Docket No. 340) (Date Filed: 10/22/15)

      **Related Documents:**

      **a.**      **Certification of Counsel (Docket No. 458) (Date Filed: 11/16/15)**

      **b.**      **Proposed Form of Order**

      Objection Deadline:      November 10, 2015 at 4:00 p.m. (Eastern), extended until November 12, 2015 for ACE Insurance.

      Objections/ Responses Filed:      None.

      **Status:**      **The Debtors have filed a certification of counsel and respectfully request that the relief sought in the revised form of order be granted**.

9.      **A&G RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2(h) (I) Authorizing Employment And Retention Of A&G Realty Partners, LLC As Their Real Estate Advisor, *Nunc Pro Tunc* To The Petition Date, (II) Waiving Certain Information Requirements Of Local Bankruptcy Rule 2016-2(d), And (III) Granting Related Relief (Docket No. 341) (Date Filed: 10/22/15)

**Related Documents:**

a. **Certification of Counsel (Docket No. 448) (Date Filed: 11/13/15)**

b. **Proposed Form of Order**

Objection Deadline: November 10, 2015 at 4:00 p.m. (Eastern)

Objections/ Responses Filed:

a. Informal Response of the Office of the United States Trustee

**Status:** **The informal response has been resolved. The Debtors have filed a certification of counsel and respectfully request that the relief sought in the revised form of order be granted.**

10. **DELOITTE & TOUCHE LLP RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2 Authorizing Employment And Retention Of Deloitte & Touche LLP As Their Independent Auditor, *Nunc Pro Tunc* To The Petition Date Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy (Docket No. 342) (Date Filed: 10/22/15)

**Related Documents:**

a. **Certification of Counsel (Docket No. 459) (Date Filed: 11/16/15)**

b. **Proposed Form of Order**

Objection Deadline: November 10, 2015 at 4:00 p.m. (Eastern), extended until November 13, 2015 for the Office of the United States Trustee.

Objections/ Responses Filed: None at the time of filing this agenda.

**Status:** **The Debtors have filed a certification of counsel and respectfully request that the relief sought in the form of order be granted.**

11. **ICR, LLC RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014(a) And 2016, And Local Bankruptcy Rules 2014-1 And 2016 Authorizing The Employment And Retention Of ICR, LLC As Corporate Communications And Public Relations Consultants To The Debtors *Nunc Pro Tunc* To The Petition Date (Docket No. 343) (Date Filed: 10/22/15)

    **Related Documents:**

    a. **Certification of Counsel (Docket No. 449) (Date Filed: 11/13/15)**

    b. **Proposed Form of Order**

    Objection Deadline: November 10, 2015 at 4:00 p.m. (Eastern)

    Objections/ Responses Filed:

    a. Informal Response of the Office of the United States Trustee

    **Status: The informal response has been resolved. The Debtors have filed a certification of counsel and respectfully request that the relief sought in the revised form of order be granted.**

12. **EXTEND TIME TO FILE REPORTS MOTION:** Debtors' Motion For Order Pursuant To Bankruptcy Rules 2015.3 And 9006 And Local Bankruptcy Rule 9006-2 Further Extending Time To File Reports Of Financial Information Under Bankruptcy Rule 2015.3 Or To Seek Modification Of Such Reporting Requirement (Docket No. 347) (Date Filed: 10/23/15)

    **Related Documents:**

    a. **Certificate of No. Objection (Docket No. 450) (Date Filed: 11/13/15)**

    b. **Proposed Form of Order**

    Objection Deadline: November 10, 2015 at 4:00 p.m. (Eastern)

    Objections/ Responses Filed: None.

**Status:** **No formal or informal objections were received. The Debtors have filed a certificate of no objection and respectfully request that the relief sought in the proposed form of order be granted.**

13. **DELOITTE TAX LLP RETENTION APPLICATION:** Debtors' Application For Entry Of An Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2 Authorizing Employment And Retention Of Deloitte Tax LLP As Tax Advisor To The Debtors *Nunc Pro Tunc* To October 1, 2015 (Docket No. 371) (Date Filed: 10/27/15)

    **Related Documents:**

    a. **Certification of Counsel (Docket No. 460) (Date Filed: 11/16/15)**

    b. **Proposed Form of Order**

    Objection Deadline: November 10, 2015 at 4:00 p.m. (Eastern), extended until November 13, 2015 for the Office of the United States Trustee.

    Objections/Responses Filed: None at the time of filing this agenda.

    **Status:** **The Debtors have filed a certification of counsel and respectfully request that the relief sought in the form of order be granted.**

14. **DE MINIMIS SALE MOTION:** Debtors' Motion For Order Under Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 6004 (I) Authorizing And Approving The Sale Of Certain De Minimis Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests; (II) Approving The Purchase Agreement; And (III) Granting Other Related Relief (Docket No. 372) (Date Filed: 10/27/15)

    Related Documents:

    a. Declaration Of Andrew Bruenjes, Americas Chief Financial Officer Of Quiksilver, Inc., In Support Of The Debtors' Motion (Docket No. 374) (Date Filed: 10/27/15)

    b. **Certificate of No Objection (Docket No. 451) (Date Filed: 11/13/15)**

    c. **Proposed Form of Order**

    Objection Deadline: November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:     None.

**Status:     No formal or informal objections were received.  The Debtors have filed a certificate of no objection and respectfully request that the relief sought in the proposed form of order be granted.**

### III.  FINAL FEE APPLICATION MATTER

15. First and Final Application for Compensations with respect to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al.[3]

    Related Documents:

    a.  Certificate of No Objection to First and Final Application for Compensation of Cooley LLP (Docket No. 431) (Date Filed: 11/12/15)

    b.  Proposed Form of Final Order to First and Final Application for Compensation of Cooley LLP

    c.  Certificate of No Objection to First Fee and Final Application of Bayard, P.A. (Docket No. 432) (Date Filed: 11/12/15)

    d.  Proposed Form of Final Order to First Fee and Final Application of Bayard, P.A.

    e.  Certificate of No Objection to First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc., (Docket No. 433) (Date Filed: 11/12/15)

    f.  Proposed Form of Final Order to First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc.,

---

[3]  Fee Application binders were previously submitted to the Court on November 10, 2015.

**Status:** **No hearing is necessary  The Court has entered orders at Docket Nos. 455-457.**

Dated: Wilmington, Delaware
November 16, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*