IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Quiksilver Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br>(Jointly Administered)<br><br>Re: Docket No. 355, 429 |

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BAYARD, P.A. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO SEPTEMBER 22, 2015 THROUGH AND INCLUDING SEPTEMBER 28, 2015

Upon the application (the "Application") of the official committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order, pursuant to sections 328, 330 and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), authorizing the Committee to employ and retain Bayard, P.A. ("Bayard") as the Committee's co-counsel in these cases, *nunc pro tunc* to September 22, 2015 (the "Retention Date"), through and including September 28, 2015; and upon the declaration of Justin R. Alberto (the "Alberto Declaration"); and it appearing that due and proper notice of the Application has been given; and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §157(b); and it appearing that Bayard is eligible for retention

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{BAY:02778013v2}

pursuant to sections 328 and 1103 of the Bankruptcy Code in that Bayard does not represent or hold any interest adverse to the Debtors as to the matters upon which Bayard was employed, and that Bayard is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, the terms of the engagement were reasonable and appropriate and this Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation, and sufficient cause appearing therefore; it is hereby

ORDERED that the Application is APPROVED, as set forth herein; and it is further

ORDERED that, pursuant to sections 328 and 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain Bayard as its bankruptcy co-counsel in these chapter 11 cases, *nunc pro tunc* to the Retention Date through and including September 28, 2015, and Bayard is authorized to be compensated for the services set forth in the Application and the Alberto Declaration; and it is further

ORDERED that Bayard shall file a first and final fee application and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that the Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application and the Alberto Declaration; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: November 16, 2015

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge