IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
: Chapter 11
In re: :
: Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*, :
: Jointly Administered
Debtors.[1] :
:
: **Related Docket No. 339, 421, 447**
------------------------------ x

**ORDER UNDER BANKRUPTCY CODE SECTIONS 105 AND 365 AND BANKRUPTCY RULE 9006 EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order, under Bankruptcy Code sections 105 and 365 and Bankruptcy Rule 9006, extending the time within which the Debtors must assume or reject unexpired leases of nonresidential real property, including subleases or other agreements to which any of the Debtors are a party that may be considered an unexpired lease of nonresidential real property (the "Leases"); and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

2. The period within which the Debtors may seek, by motion or pursuant to a plan of reorganization, to assume or reject any or all of the Leases is extended through and including April 6, 2016; provided, however, that such period is not extended with respect to the lease for that certain premises located in Anastasia Plaza in St. Augustine Beach, Florida (store number 726).

3. The entry of this Order is without prejudice to (i) the right of any landlord to request from this Court, upon reasonable notice to the Debtors and all other necessary parties in interest, an order compelling the Debtors to assume or reject any Lease for cause or (ii) the Debtors' right to oppose any such request.

4. The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Leases, in accordance with the requirements of Bankruptcy Code section 365(d)(4)(B)(ii).

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
       Nov. 16, 2015

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

773212.02-WILSR01A - MSW