IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
| --- | --- |
| In re: | : Chapter 11 |
|  | : |
| QUIKSILVER, INC., *et al.*, | : Case No. 15-11880 (BLS) |
|  | : |
|  | : Jointly Administered |
| Debtors.[1] | : |
|  | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS PREVIOUSLY
SCHEDULED FOR HEARING ON NOVEMBER 17, 2015 AT 10:30 A.M. (EASTERN)**

---

**GIVEN THE STATUS OF THE MATTERS SET FORTH BELOW, THE HEARING
HAS BEEN CANCELED AT THE DIRECTION OF THE COURT.**

---

Set forth below are the matters previously scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on November 17, 2015 beginning at 10:30 a.m. (Eastern).

## I.    UNCONTESTED MATTERS WITH CERTIFICATIONS

1.    **COOLEY LLP RETENTION APPLICATION:** Application of the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel *Nunc Pro Tunc* to September 21, 2015 (Docket No. 354) (Date Filed: 10/26/15)

   Related
   Documents:

   a.    Certificate of No Objection (Docket No. 428) (Date Filed: 11/12/15)

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    **Revisions to the prior version of the agenda appear in bold.**

b.      Proposed Form of Order

Objection
Deadline:        November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:          None.

Status:         No hearing is necessary.  The Court has entered an order at Docket No.
                446.

2.      **BAYARD, P.A. RETENTION APPLICATION:** Application of the Official
        Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and
        Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured
        Creditors, *Nunc Pro Tunc* to September 22, 2015 Through and Including September 28,
        2015 (Docket No. 355) (Date Filed: 10/26/15)

        Related
        Documents:

        a.      Certificate of No Objection (Docket No. 429) (Date Filed: 11/12/15)

        b.      Proposed Form of Order

        Objection
        Deadline:        November 10, 2015 at 4:00 p.m. (Eastern)

        Objections/
        Responses
        Filed:          None.

        **Status:         No hearing is necessary.  The Court has entered an order at Docket
                         No. 463.**

3.      **PROVINCE, INC. RETENTION APPLICATION:** Application for Entry for an Order
        Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the
        Official Committee of Unsecured Creditors Effective as of September 22, 2015
        (Docket No. 356) (Date Filed: 10/26/15)

        Related
        Documents:

        a.      Certificate of No Objection (Docket No. 430) (Date Filed: 11/12/15)

        b.      Proposed Form of Order

Objection
Deadline:        November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:           None.

Status:          No hearing is necessary.  The Court has entered an order at Docket No.
                 445.

4.    **AKIN GUMP RETENTION APPLICATION:** Application of the Official Committee
      of Unsecured Creditors of Quiksilver, Inc., et al. to Retain and Employ Akin Gump
      Strauss Hauer & Feld LLP as Co-Counsel, *Nunc Pro Tunc* to September 28, 2015
      (Docket No. 368) (Date Filed: 10/27/15)

      Related
      Documents:

      a.       Certificate of No Objection (Docket No. 437) (Date Filed: 11/12/15)

      b.       Proposed Form of Order

      Objection
      Deadline:        November 10, 2015 at 4:00 p.m. (Eastern)

      Objections/
      Responses
      Filed:           None.

      Status:          No hearing is necessary.  The Court has entered an order at Docket No.
                       444.

5.    **PJT PARTNERS RETENTION APPLICATION:** Application of the Official
      Committee of Unsecured Creditors of Quiksilver, Inc., et al. for Entry of an Order (I)
      Authorizing the Committee to Retain and Employ PJT Partners Inc. as its Investment
      Banker *Nunc Pro Tunc* to September 29, 2015 and (II) Waiving Certain Requirements
      Local Rule 2016-2 (Docket No. 369) (Date Filed: 10/27/15)

      Related
      Documents:

      a.       Certificate of No Objection (Docket No. 438) (Date Filed: 11/12/15)

      b.       Proposed Form of Order

      Objection
      Deadline:        November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

    a.      Informal Response of the Office of the United States Trustee

Status:      No hearing is necessary.  The Court has entered an order at Docket No. 443.

6.    **PEPPER HAMILTON RETENTION APPLICATION:** Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al., *Nunc Pro Tunc* to September 28, 2015 (Docket No. 370) (Date Filed: 10/27/15)

Related
Documents:

    a.      Supplemental Declaration of David B. Stratton in Support of Application (Docket No. 435) (Date Filed: 11/12/15)

    b.      Certificate of No Objection (Docket No. 436) (Date Filed: 11/12/15)

    c.      Proposed Form of Order

Objection
Deadline:      November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:      None.

Status:      No hearing is necessary.  The Court has entered an order at Docket No. 442.

## II.    MATTERS GOING FORWARD

7.    **365(d)(4) MOTION:** Debtors' Motion For Order Under Bankruptcy Code Sections 105 And 365 And Bankruptcy Rule 9006 Extending Time Within Which Debtors May Assume Or Reject Unexpired Leases Of Nonresidential Real Property (Docket No. 339) (Date Filed: 10/22/15)

Related
Documents:

    a.      Certification of Counsel (Docket No. 447) (Date Filed: 11/13/15)

b.      Proposed Form of Order

Objection
Deadline:        November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.      Limited Objection Of Regency Centers, L.P. To Debtors Motion (Docket No. 421)
        (Date Filed: 11/10/15)

**Status:        No hearing is necessary.  The Court has entered an order at Docket
No. 464.**

8.      **MODIFY STAY MOTION:** Debtors' Motion For Entry Of Order Approving
        Stipulation Modifying Automatic Stay To Allow For Advancement/Payment Of Costs
        And Fees Under Directors And Officers Insurance Policy (Docket No. 340)
        (Date Filed: 10/22/15)

Related
Documents:

a.      Certification of Counsel (Docket No. 458) (Date Filed: 11/16/15)

b.      Proposed Form of Order

Objection
Deadline:        November 10, 2015 at 4:00 p.m. (Eastern), extended until November 12,
                 2015 for ACE Insurance.

Objections/
Responses
Filed:           None.

**Status:        No hearing is necessary.  The Debtors intend to file an amended
certification of counsel incorporating comments to a further revised
form of order and respectfully request that the relief sought in the
revised form of order be granted.**

9.    **A&G RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2(h) (I) Authorizing Employment And Retention Of A&G Realty Partners, LLC As Their Real Estate Advisor, *Nunc Pro Tunc* To The Petition Date, (II) Waiving Certain Information Requirements Of Local Bankruptcy Rule 2016-2(d), And (III) Granting Related Relief (Docket No. 341) (Date Filed: 10/22/15)

Related
Documents:

a.    Certification of Counsel (Docket No. 448) (Date Filed: 11/13/15)

b.    Proposed Form of Order

Objection
Deadline:        November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.    Informal Response of the Office of the United States Trustee

**Status:        No hearing is necessary.  The Court has entered an order at Docket No. 465.**

10.    **DELOITTE & TOUCHE LLP RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2 Authorizing Employment And Retention Of Deloitte & Touche LLP As Their Independent Auditor, *Nunc Pro Tunc* To The Petition Date Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy (Docket No. 342) (Date Filed: 10/22/15)

Related
Documents:

a.    Certification of Counsel (Docket No. 459) (Date Filed: 11/16/15)

b.    Proposed Form of Order

Objection
Deadline:        November 10, 2015 at 4:00 p.m. (Eastern), extended until November 13, 2015 for the Office of the United States Trustee.

Objections/
Responses
Filed:                    None at the time of filing this agenda.

**Status:**            **No hearing is necessary.  The Court has entered an order at Docket
                       No. 466.**

11.    **ICR, LLC RETENTION APPLICATION:** Debtors' Application For Entry Of Order
       Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014(a)
       And 2016, And Local Bankruptcy Rules 2014-1 And 2016 Authorizing The Employment
       And Retention Of ICR, LLC As Corporate Communications And Public Relations
       Consultants To The Debtors *Nunc Pro Tunc* To The Petition Date (Docket No. 343)
       (Date Filed: 10/22/15)

       Related
       Documents:

       a.     Certification of Counsel (Docket No. 449) (Date Filed: 11/13/15)

       b.     Proposed Form of Order

       Objection
       Deadline:          November 10, 2015 at 4:00 p.m. (Eastern)

       Objections/
       Responses
       Filed:

       a.     Informal Response of the Office of the United States Trustee

       **Status:**            **No hearing is necessary.  The Court has entered an order at Docket
                              No. 467.**

12.    **EXTEND TIME TO FILE REPORTS MOTION:** Debtors' Motion For Order
       Pursuant To Bankruptcy Rules 2015.3 And 9006 And Local Bankruptcy Rule 9006-2
       Further Extending Time To File Reports Of Financial Information Under Bankruptcy
       Rule 2015.3 Or To Seek Modification Of Such Reporting Requirement (Docket No. 347)
       (Date Filed: 10/23/15)

       Related
       Documents:

       a.     Certificate of No. Objection (Docket No. 450) (Date Filed: 11/13/15)

       b.     Proposed Form of Order

Objection
Deadline:          November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:             None.

**Status:          No hearing is necessary.  The Court has entered an order at Docket No. 468.**

13.    **DELOITTE TAX LLP RETENTION APPLICATION:** Debtors' Application For Entry Of An Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2 Authorizing Employment And Retention Of Deloitte Tax LLP As Tax Advisor To The Debtors *Nunc Pro Tunc* To October 1, 2015 (Docket No. 371) (Date Filed: 10/27/15)

Related
Documents:

a.     Certification of Counsel (Docket No. 460) (Date Filed: 11/16/15)

b.     Proposed Form of Order

Objection
Deadline:          November 10, 2015 at 4:00 p.m. (Eastern), extended until November 13, 2015 for the Office of the United States Trustee.

Objections/
Responses
Filed:             None at the time of filing this agenda.

**Status:          No hearing is necessary.  The Court has entered an order at Docket No. 469.**

14.    **DE MINIMIS SALE MOTION:** Debtors' Motion For Order Under Bankruptcy Code Sections 105 And 363 And Bankruptcy Rule 6004 (I) Authorizing And Approving The Sale Of Certain De Minimis Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests; (II) Approving The Purchase Agreement; And (III) Granting Other Related Relief (Docket No. 372) (Date Filed: 10/27/15)

Related
Documents:

a.     Declaration Of Andrew Bruenjes, Americas Chief Financial Officer Of Quiksilver, Inc., In Support Of The Debtors' Motion (Docket No. 374) (Date Filed: 10/27/15)

b.     Certificate of No Objection (Docket No. 451) (Date Filed: 11/13/15)

c.      Proposed Form of Order

Objection
Deadline:        November 10, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:            None.

**Status:        No hearing is necessary.  The Court has entered an order at Docket No. 468.**


## III.    FINAL FEE APPLICATION MATTER

15.    First and Final Application for Compensations with respect to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al.[3]

Related
Documents:

a.      Certificate of No Objection to First and Final Application for Compensation of Cooley LLP (Docket No. 431) (Date Filed: 11/12/15)

b.      Proposed Form of Final Order to First and Final Application for Compensation of Cooley LLP

c.      Certificate of No Objection to First Fee and Final Application of Bayard, P.A. (Docket No. 432) (Date Filed: 11/12/15)

d.      Proposed Form of Final Order to First Fee and Final Application of Bayard, P.A.

e.      Certificate of No Objection to First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc., (Docket No. 433) (Date Filed: 11/12/15)

f.      Proposed Form of Final Order to First and Final Application for Compensation and Reimbursement of Expenses of Province, Inc.,

---

[3]    Fee Application binders were previously submitted to the Court on November 10, 2015.

Status:         No hearing is necessary  The Court has entered orders at Docket Nos. 455-457.

Dated:    Wilmington, Delaware
          November 16, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*