IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                            :   Chapter 11
                                                  :
QUIKSILVER, INC., *et al.*,                       :   Case No. 15-11880 (BLS)
                                                  :
                                                  :   Jointly Administered
            Debtors.[1]                           :
                                                  :
                                                  :   **Related Docket No. 398**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF AMENDED EXHIBIT 2 TO THE PROPOSED ORDER WITH RESPECT TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING (I) (A) ENTRY INTO THE BACKSTOP COMMITMENT LETTER AND (B) PAYMENT OF THE COMMITMENT FEES AND (II) THE RIGHTS OFFERING PROCEDURES AND RELATED FORMS**

**PLEASE TAKE NOTICE** that, on October 31, 2015, the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed those certain rights offering procedures (the "Rights Offering Procedures") as Exhibit 2 to the proposed order with respect to the Debtors' Motion For Entry Of An Order Authorizing And Approving (I) (A) Entry Into The Backstop Commitment Letter And (B) Payment Of The Commitment Fees And (II) The Rights Offering Procedures And Related Forms (Docket No. 398) (the "Backstop Commitment Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Rights Offering Procedures to, among other things, reflect comments from parties in interest and provide

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

additional information (the "Amended Rights Offering Procedures"), a copy of which is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that a blackline version of the Amended Rights Offering Procedures is attached hereto as Exhibit 2, which blackline reflects all revisions to the Rights Offering Procedures since they were filed on October 31, 2015.

Dated: Wilmington, Delaware
November 17, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*