## EXHIBIT C

**DISBURSEMENT SUMMARY**
**SEPTEMBER 28, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---:|
| Computerized Legal Research | $6,126.42 |
| Courier Service/Messenger Service – Off Site | $14.75 |
| Duplication – In House | $4,281.60 |
| Meals – Business | $235.46 |
| Meals (100%) | $1,066.21 |
| Photographs/Video | $688.63 |
| Transcripts | $8,577.22 |
| Travel – Airfare | $13,106.80 |
| Travel – Ground Transportation | $1,476.05 |
| Travel – Lodging (Hotel, Apt, Other) | $1,448.70 |
| Travel – Parking | $82.00 |
| Travel – Telephone & Fax | $4.95 |
| Travel – Train Fare | $776.00 |
| Committee Chair Expenses | $1,122.94 |
| **TOTAL** | **$39,007.73** |