**EXHIBIT D**

**EXPENSE DETAIL**



**Akin Gump**
Strauss Hauer & Feld LLP

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  
ATTN: ANDREW BRUENJES  
5600 ARGOSY CIRCLE  
HUNTINGTON BEACH, CA  92649

| | |
|---|---|
| Invoice Number | 1628957 |
| Invoice Date | 11/17/15 |
| Client Number | 695956 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/30/15 | Travel - Airfare  VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Airfare, 09/30/15, Airfare | $773.20 |
| 10/01/15 | Meals - Business  VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Dinner, 10/01/15, Dinner - working late, Jimmy Johns, ASHLEY BEANE | $13.54 |
| 10/03/15 | Travel - Airfare  VENDOR: JOSEPH L. SORKIN INVOICE#: 0996553710222302 DATE: 10/22/2015 Airfare, 10/03/15, Airfare travel from deposition in LA. | $2,846.10 |
| 10/05/15 | Meals - Business  VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Lunch, 10/05/15, Lunch, The Grove, ASHLEY BEANE | $9.85 |
| 10/06/15 | Travel - Ground Transportation VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Taxi/Car Service/Public Transport, 10/06/15, Car service, Eagle | $113.32 |
One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com

| Date | Description | Amount |
|---|---|---|
| 10/06/15 | Travel - Lodging (Hotel, Apt, Other) VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Hotel - Lodging, 10/06/15, Hotel, Hotel DuPont | $482.90 |
| 10/06/15 | Meals - Business  VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Hotel - Dinner, 10/06/15, Dinner @ Hotel, Hotel DuPont, ASHLEY BEANE | $19.40 |
| 10/06/15 | Meals - Business  VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Breakfast, 10/06/15, Breakfast, Brew HaHa, ASHLEY BEANE | $4.50 |
| 10/06/15 | Meals - Business  VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Lunch, 10/06/15, Lunch, Currito, ASHLEY BEANE | $11.30 |
| 10/07/15 | Travel - Parking  VENDOR: ASHLEY R. BEANE INVOICE#: 0979555810081908 DATE: 10/8/2015 Parking, 10/07/15, Parking, DFW Airport | $29.00 |
| 10/07/15 | Travel - Ground Transportation VENDOR: RACHEL J. PRESA INVOICE#: 0981914810121503 DATE: 10/12/2015 Taxi/Car Service/Public Transport, 10/07/15, Late night at the office., UBER | $75.94 |
| 10/07/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 10/7/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $211.18 |
| 10/07/15 | Meals - Business  VENDOR: EZEKIEL J. PARISER INVOICE#: 0981143310131700 DATE: 10/13/2015 Dinner, 10/07/15, Overtime Meal, Seamless, Zeke Pariser | $20.00 |
| 10/07/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: ACKERRAMIREZ REFUGIO; Charge Type: LA DOCUMENT ACCESS; Quantity: 8.0 | $417.60 |
| 10/07/15 | Computerized Legal Research - Lexis Service: LEXIS PUBLIC RECORDS; Employee: ACKERRAMIREZ REFUGIO; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 10/07/15 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: LIFLAND  LAUREN; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 10/07/15 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: LIFLAND  LAUREN; Charge | $45.00 |

| | | |
|---|---|---|
| | Type: TOC DOCUMENT LINKS; Quantity: 1.0 | |
| 10/07/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 2221970; DATE: 10/11/2015 - Madeline Perez - A Asosan Sushi - 10/05/2015 | $20.00 |
| 10/07/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 2221970; DATE: 10/11/2015 - Dagmara Krasa Berstell - Authentic - 10/06/2015 | $20.00 |
| 10/07/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 2221970; DATE: 10/11/2015 - Frankie Francisco) Alvarez - The Red Flame Diner Coffee House - 10/06/2015 | $20.00 |
| 10/07/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 2221970; DATE: 10/11/2015 - Bill William) Mongan - Croton Reservoir Tavern - 10/06/2015 | $20.00 |
| 10/07/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 2221970; DATE: 10/11/2015 - Dagmara Krasa Berstell - Akdeniz - 10/05/2015 | $20.00 |
| 10/07/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 2221970; DATE: 10/11/2015 - Carolyn Joyce Carolyn Mattus) Cornell - Abeca Sushi - 10/07/2015 Late night at office, shared meal between C. Mattus, W. Mongan, A. Delgado, J. Sorkin and A. Qureski, R. Presa re: depo prep. | $120.00 |
| 10/07/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 2221970; DATE: 10/11/2015 - Bill William) Mongan - Bella Vita 43rd/8th) - 10/07/2015 | $20.00 |
| 10/08/15 | Duplication - In House Photocopy - User # 990100, NY, 982 page(s) | $196.40 |
| 10/08/15 | Duplication - In House Photocopy - User # 990100, NY, 940 page(s) | $188.00 |
| 10/08/15 | Duplication - In House Photocopy - User # 990100, NY, 1240 page(s) | $248.00 |
| 10/08/15 | Duplication - In House Photocopy - User # 990100, NY, 532 page(s) | $106.40 |
| 10/08/15 | Duplication - In House Photocopy - User # 990100, NY, 180 page(s) | $36.00 |
| 10/08/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0980233210091549 DATE: 10/9/2015 Taxi/Car Service/Public Transport, 10/08/15, Taxi from home to OBP to prepare for PJS deposition in Quiksilver case., NYC Taxi Cab | $12.36 |
| 10/08/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 10/8/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $422.36 |

| | | |
|---|---|---|
| 10/08/15 | Computerized Legal Research - Westlaw User: MONGAN,BILL Date: 10/8/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 10/08/15 | Travel - Ground Transportation VENDOR: ANTONIO R. DELGADO INVOICE#: 0983455610122103 DATE: 10/12/2015 Taxi/Car Service/Public Transport, 10/08/15, Overtime, UBER | $71.53 |
| 10/08/15 | Travel - Ground Transportation VENDOR: CAROLYN C. MATTUS INVOICE#: 0984362710131605 DATE: 10/13/2015 Taxi/Car Service/Public Transport, 10/08/15, Taxi ride from home to office regarding document production., New York City Taxi | $14.76 |
| 10/08/15 | Travel - Ground Transportation VENDOR: JOSEPH L. SORKIN INVOICE#: 0996553710222302 DATE: 10/22/2015 Taxi/Car Service/Public Transport, 10/08/15, Train fare travel to Kennedy Airport for deposition in Los Angeles, LIRR/NYC Subway/Air Tran | $23.75 |
| 10/08/15 | Travel - Airfare  VENDOR: JOSEPH L. SORKIN INVOICE#: 0996553710222302 DATE: 10/22/2015 Airfare, 10/08/15, Airfare travel to LA for deposition | $2,846.10 |
| 10/08/15 | Travel - Telephone & Fax  VENDOR: JOSEPH L. SORKIN INVOICE#: 0996553710222302 DATE: 10/22/2015 Travel - WiFi, 10/08/15, Wifi services purchased while traveling to LA for deposition., Delta Go Go Air | $4.95 |
| 10/08/15 | Duplication - In House  Copy-B/W | $151.00 |
| 10/09/15 | Duplication - In House  Photocopy - User # 990100, NY, 2169 page(s) | $433.80 |
| 10/09/15 | Duplication - In House  Photocopy - User # 990100, NY, 5855 page(s) | $1,171.00 |
| 10/09/15 | Travel - Airfare  VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Airfare, 10/09/15, Travel to LA for Bruenjes Deposition. | $2,721.10 |
| 10/09/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/09/15, Taxi from LAX airport to Akin office for Bruenjes Deposition in Quiksilver case., Uber | $51.10 |
| 10/09/15 | Meals - Business  VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Lunch, 10/09/15, Working lunch during | $58.23 |

| | | |
|---|---|---|
| | break from Bruenjes Deposition in Quiksilver case., Tres/SLS at Beverly Hills, Josh Abramson-PJT Partners, ABID QURESHI, JOSEPH SORKIN, Jake Itzkowitz | |
| 10/09/15 | Travel - Airfare  VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Airfare, 10/09/15, Travel from LAX airport to NYC after attending Bruenjes Deposition in Quiksilver case. | $2,721.10 |
| 10/09/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/09/15, Taxi from home to JFK airport for travel to attend Bruenjes Deposition in Quiksilver., Uber | $58.46 |
| 10/09/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2221970 DATE: 10/11/2015 Antonio Delgado - Bangkok House Restaurant - 10/09/2015 | $20.00 |
| 10/09/15 | Travel - Ground Transportation VENDOR: JOSEPH L. SORKIN INVOICE#: 0996553710222302 DATE: 10/22/2015 Taxi/Car Service/Public Transport, 10/09/15, Taxi fare from LA Airport to deposition, UBER | $9.32 |
| 10/10/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/10/15, Taxi cab from JFK airport to home after travel back from Quiksilver deposition in LA., Uber | $60.07 |
| 10/10/15 | Travel - Ground Transportation VENDOR: JOSEPH L. SORKIN INVOICE#: 0996553710222302 DATE: 10/22/2015 Taxi/Car Service/Public Transport, 10/10/15, Taxi fare to airport for travel to LA for deposition, UBER | $95.64 |
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 30 page(s) | $6.00 |
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 48 page(s) | $9.60 |
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 30 page(s) | $6.00 |
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 30 page(s) | $6.00 |
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 30 page(s) | $6.00 |
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 30 page(s) | $6.00 |
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 20 page(s) | $4.00 |

| Date | Description | Amount |
|---|---|---|
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 30 page(s) | $6.00 |
| 10/12/15 | Duplication - In House  Photocopy - User # 990050, DA, 30 page(s) | $6.00 |
| 10/12/15 | Travel - Airfare VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Airfare, 10/12/15, Airfare | $1,174.20 |
| 10/12/15 | Meals - Business VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Dinner, 10/12/15, Dinner, Jimmy Johns, ASHLEY BEANE | $13.54 |
| 10/12/15 | Travel - Ground Transportation VENDOR: ANTONIO R. DELGADO INVOICE#: 0991933210201702 DATE: 10/20/2015 Taxi/Car Service/Public Transport, 10/12/15, Overtime, UBER | $67.42 |
| 10/12/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015 Bill William) Mongan - Bella Vita 43rd/8th) - 10/12/2015 | $20.00 |
| 10/12/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015 Antonio Delgado - Muscle Maker Grill 2nd Ave) - 10/12/2015 | $18.85 |
| 10/12/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015 Joseph Sorkin - Jackson Hole  Third Ave - 10/12/2015 | $18.17 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 8 page(s) | $1.60 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 8 page(s) | $1.60 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 8 page(s) | $1.60 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 4 page(s) | $0.80 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 4 page(s) | $0.80 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 4 page(s) | $0.80 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 32 page(s) | $6.40 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 42 page(s) | $8.40 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990050, DA, 28 page(s) | $5.60 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990100, NY, 142 page(s) | $28.40 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990100, NY, 144 page(s) | $28.80 |
| 10/13/15 | Duplication - In House  Photocopy - User # 990100, NY, 480 page(s) | $96.00 |

| Date | Description | Amount |
|---|---|---|
| 10/13/15 | Duplication - In House Photocopy - User # 990100, NY, 3256 page(s) | $651.20 |
| 10/13/15 | Duplication - In House Photocopy - User # 990100, NY, 696 page(s) | $139.20 |
| 10/13/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/13/15, Taxi cab to Genereux Deposition in Quiksilver., NYC Taxi Cab | $12.36 |
| 10/13/15 | Travel - Train Fare VENDOR: ABID QURESHI INVOICE#: 0987897610161505 DATE: 10/16/2015 Rail Fare, 10/13/15, Train fare from NY to Wilmington for Quiksilver court hearing., Amtrak | $124.00 |
| 10/13/15 | Travel - Train Fare VENDOR: ABID QURESHI INVOICE#: 0987897610161505 DATE: 10/16/2015 Rail Fare, 10/13/15, Train fare from Wilmington to NY after attending Quiksilver court hearing., Amtrak | $124.00 |
| 10/13/15 | Travel - Ground Transportation VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Taxi/Car Service/Public Transport, 10/13/15, Car service, Eagle Chauffeured Services | $113.32 |
| 10/13/15 | Meals - Business VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Dinner, 10/13/15, Dinner, Eastside Marios, ASHLEY BEANE | $8.75 |
| 10/13/15 | Computerized Legal Research - Westlaw User: MATTUS,CAROLYN Date: 10/13/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $683.20 |
| 10/13/15 | Computerized Legal Research - Westlaw User: MONGAN,BILL Date: 10/13/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 10/13/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: D'ADDESE SARAH; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 10/13/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015 Bill William) Mongan - Amma - 10/13/2015 | $20.00 |
| 10/13/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015 Carolyn Joyce Carolyn Mattus) Cornell - Abeca Sushi - 10/13/2015; Late night preparing for DIP/PSA hearing. Shared | $160.00 |

| Date | Description | Amount |
|---|---|---|
| | meal by C. Mattus, A. Delgado, J. Sorkin, A. Qureshi, PJT Partners representatives (4). | |
| 10/14/15 | Travel - Ground Transportation VENDOR: CAROLYN C. MATTUS INVOICE#: 0986156110141804 DATE: 10/14/2015 Taxi/Car Service/Public Transport, 10/14/15, Taxi ride home from office in preparation for DIP hearing., Uber | $13.45 |
| 10/14/15 | Travel - Ground Transportation VENDOR: CAROLYN C. MATTUS INVOICE#: 0987874710151906 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/14/15, Car service to bring documents needed for DIP/PSA Hearing to Delaware Bankruptcy Court., NY BlackCar | $332.20 |
| 10/14/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/14/15, Taxi cab from office to home after working very late (10/13) on Quiksilver case., Uber | $9.30 |
| 10/14/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/14/15, Taxi cab from home to office to prep for Quiksilver court hearing., Uber | $8.05 |
| 10/14/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/14/15, Taxi from Office to Penn Station for travel to Quiksilver court hearing., Uber | $8.00 |
| 10/14/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 0987897610152306 DATE: 10/15/2015 Taxi/Car Service/Public Transport, 10/14/15, Taxi from train station in Wilmington to Local Counsel's office to prep for Quiksilver court hearing., Uber | $6.70 |
| 10/14/15 | Meals - Business  VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Breakfast, 10/14/15, Breakfast coffee, Brew Ha Ha, ASHLEY BEANE | $4.20 |
| 10/14/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 10/14/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 10/14/15 | Computerized Legal Research - Westlaw User: MATTUS,CAROLYN Date: 10/14/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $10.45 |

| | | |
|---|---|---|
| 10/14/15 | Computerized Legal Research - Westlaw User: BEANE,ASHLEY Date: 10/14/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $41.31 |
| 10/14/15 | Travel - Ground Transportation VENDOR: ANTONIO R. DELGADO INVOICE#: 0991933210201702 DATE: 10/20/2015 Taxi/Car Service/Public Transport, 10/14/15, Overtime plus travel to hearing, UBER | $131.75 |
| 10/14/15 | Travel - Ground Transportation VENDOR: ANTONIO R. DELGADO INVOICE#: 0991933210201702 DATE: 10/20/2015 Taxi/Car Service/Public Transport, 10/14/15, Travel from hearing, UBER | $19.48 |
| 10/14/15 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: BEANE ASHLEY; Charge Type: TOC DOCUMENT LINKS; Quantity: 1.0 | $45.00 |
| 10/14/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: PEREZ MADELINE; Charge Type: LA DOCUMENT ACCESS; Quantity: 75.0 | $1,552.50 |
| 10/14/15 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 53117 DATE: 10/18/2015 SENDER'S NAME:  ; JOB NUMBER: 964294; PICKUP: One Bryant Park; DESTINATION: 260 West 72nd Street; DATE: 10/14/2015 | $14.75 |
| 10/14/15 | Travel - Ground Transportation VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Taxi/Car Service/Public Transport, 10/14/15, Taxi to hearing, NYC, NYC Taxi | $7.80 |
| 10/14/15 | Travel - Ground Transportation VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Taxi/Car Service/Public Transport, 10/14/15, Taxi from hearing (NYC) to Office, NYC Taxi | $7.30 |
| 10/14/15 | Meals - Business  VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Meals Other, 10/14/15, Coffee at hearing, Brew Ha Ha, JOSEPH SORKIN, ABID QURESHI | $7.60 |
| 10/14/15 | Transcripts  VENDOR: TSG REPORTING INC INVOICE#: 100815-442362 DATE: 10/14/2015 For certified transcripts and exhibits in | $2,172.11 |

| Date | Description | Amount |
|---|---|---|
| | the deposition of Marc S. Cooper regarding the Quiksilver case. | |
| 10/14/15 | Transcripts VENDOR: TSG REPORTING INC INVOICE#: 100815-442365 DATE: 10/14/2015 For certified transcripts and exhibits in the deposition of Durc Savini regarding the Quiksilver case. | $1,162.62 |
| 10/15/15 | Travel - Lodging (Hotel, Apt, Other) VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Hotel - Lodging, 10/15/15, Hotel, Hotel DuPont | $965.80 |
| 10/15/15 | Travel - Airfare VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Baggage Fee, 10/15/15, Baggage fee, American Airlines | $25.00 |
| 10/15/15 | Meals - Business VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Lunch, 10/15/15, Lunch, Angelina's Panini Bar, ASHLEY BEANE | $10.54 |
| 10/15/15 | Travel - Ground Transportation VENDOR: ASHLEY R. BEANE INVOICE#: 0987844510191903 DATE: 10/19/2015 Taxi/Car Service/Public Transport, 10/15/15, Cab fare, Camara Taxi Service | $100.00 |
| 10/15/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 10/15/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 10/15/15 | Computerized Legal Research - Westlaw User: MONGAN,BILL Date: 10/15/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 10/15/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN  RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 13.0 | $269.10 |
| 10/15/15 | Travel - Parking VENDOR: ASHLEY R. BEANE INVOICE#: 0995154810212302 DATE: 10/21/2015 Parking, 10/15/15, Parking, DFW Airport | $53.00 |
| 10/15/15 | Travel - Train Fare VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Rail Fare, 10/15/15, Train fare to Wilmington Delaware for court hearing, Amtrak | $124.00 |
| 10/15/15 | Travel - Train Fare VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Rail Fare, 10/15/15, Train fare from Wilmington Delaware; attended court | $124.00 |

| Date | Description | Amount |
|---|---|---|
| | hearing., Amtrak | |
| 10/15/15 | Travel - Ground Transportation VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Taxi/Car Service/Public Transport, 10/15/15, Taxi to Wilmington DE train station from court hearing., UBER | $6.19 |
| 10/15/15 | Travel - Ground Transportation VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Taxi/Car Service/Public Transport, 10/15/15, Taxi from NY Penn Station Re: returning from hearing in Wilmington, DE., NYC Taxi | $6.80 |
| 10/15/15 | Meals - Business  VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Dinner, 10/15/15, Meal purchased while traveling back from hearing in Wilmington, DE., Amtrak, JOSEPH SORKIN | $18.25 |
| 10/15/15 | Meals - Business  VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Lunch, 10/15/15, Meal purchased while attending hearing in Wilmington, DE., Jimmy Johns, JOSEPH SORKIN | $8.25 |
| 10/15/15 | Meals - Business  VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Breakfast, 10/15/15, Meal purchased while traveling to hearing in Wilmington, DE., Starbucks, JOSEPH SORKIN | $7.51 |
| 10/15/15 | Travel - Ground Transportation VENDOR: JOSEPH L. SORKIN INVOICE#: 0996328010221903 DATE: 10/22/2015 Taxi/Car Service/Public Transport, 10/15/15, Taxi from Wilmington DE train station to court for hearing, Maani Taxi Cab | $12.00 |
| 10/15/15 | Transcripts  VENDOR: TSG REPORTING INC INVOICE#: 100915-442368 DATE: 10/15/2015 For certified transcripts and exhibits in the deposition of Andrew Bruenjes regarding the Quiksilver case. | $1,261.43 |
| 10/15/15 | Transcripts  VENDOR: TSG REPORTING INC INVOICE#: 101215-442456 DATE: 10/15/2015 Transcription services provided on 10/12/2015 Re: Stephen Coulombe | $900.45 |
| 10/15/15 | Photographs/Video  VENDOR: TSG REPORTING INC INVOICE#: 100915-442453 DATE: 10/15/2015 Videography services provided on | $688.63 |

| Date | Description | Amount |
|---|---|---|
| 10/15/15 | 10/9/2015 Re: Matthew Charles Wilson Transcripts VENDOR: TSG REPORTING INC INVOICE#: 100915-442452 DATE: 10/15/2015 Transcription services provided on 10/9/2015 Re: Matthew Charles Wilson | $1,770.63 |
| 10/15/15 | Meals - Business VENDOR: ABID QURESHI INVOICE#: 1001031810281607 DATE: 10/28/2015 Lunch, 10/15/15, Travel meal after attending Quiksilver court hearing in DE., Amtrak Food Service, ABID QURESHI | $20.00 |
| 10/15/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1001031810281607 DATE: 10/28/2015 Taxi/Car Service/Public Transport, 10/15/15, Taxi from home to Penn Station for travel to Quiksilver court hearing., Uber | $8.00 |
| 10/15/15 | Travel - Train Fare VENDOR: ABID QURESHI INVOICE#: 1001031810281607 DATE: 10/28/2015 Rail Fare, 10/15/15, Train fare from NY Penn to Wilmington for Quiksilver court hearing., Amtrak | $124.00 |
| 10/15/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1001031810281607 DATE: 10/28/2015 Taxi/Car Service/Public Transport, 10/15/15, Taxi from Quiksilver court hearing to Wilmington train station., Uber | $5.75 |
| 10/15/15 | Travel - Train Fare VENDOR: ABID QURESHI INVOICE#: 1001031810281607 DATE: 10/28/2015 Rail Fare, 10/15/15, Train fare for travel from Wilmington to NY Penn after attending Quiksilver court hearing., Amtrak | $156.00 |
| 10/15/15 | Meals (100%) 10/12/15 - Stephanie Sin VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800380; DATE: 10/15/2015 - CUSTOMER NUMBER: F203380000; Breakfast for depo attendees on 10/8, which included A. Qureshi, J. Sorkin, A. Delgado, R. Presa, C. Mattus, W. Mongan and Debtors' counsel. | $191.18 |
| 10/15/15 | Meals (100%) 10/13/15 - Stephanie Sin VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800380; DATE: 10/15/2015 - CUSTOMER NUMBER: F203380000; Breakfast for depo attendees on 10/9, which included A. Qureshi, J. Sorkin, A. Delgado, R. Presa, C. Mattus, W. Mongan and Debtors' counsel. | $191.18 |
| 10/15/15 | Meals (100%) 10/13/15 - Stephanie Sin VENDOR: RESTAURANT | $112.79 |

| Date | Description | Amount |
|---|---|---|
| | ASSOCIATES; INVOICE#: 2033800380; DATE: 10/15/2015 - CUSTOMER NUMBER: F203380000; Lunch for depo attendees on 10/9, which included A. Qureshi, J. Sorkin, A. Delgado, C. Mattus, W. Mongan and Debtors' counsel. | |
| 10/15/15 | Meals (100%)  10/13/15 - Stephanie Sin VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800380; DATE: 10/15/2015 - CUSTOMER NUMBER: F203380000; Beverages for depo attendees on 10/8, which included A. Qureshi, J. Sorkin, A. Delgado, C. Mattus, W. Mongan and Debtors' counsel. | $74.04 |
| 10/16/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN  RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 6.0 | $124.20 |
| 10/18/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN  RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 6.0 | $124.20 |
| 10/19/15 | Transcripts  VENDOR: TSG REPORTING INC INVOICE#: 101315-442593 DATE: 10/19/2015 Transcription services provided on 10/13/15 Re: Michael Genereux | $1,309.98 |
| 10/19/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN  RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 15.0 | $310.50 |
| 10/19/15 | Travel - Ground Transportation VENDOR: MEREDITH A. LAHAIE INVOICE#: 1003048611060103 DATE: 11/6/2015 Taxi/Car Service/Public Transport, 10/19/15, Taxi from office to home after working late on ZQK case., Uber | $13.93 |
| 10/26/15 | Duplication - In House  Photocopy - User # 990100, NY, 468 page(s) | $93.60 |
| 10/26/15 | Duplication - In House  Photocopy - User # 990100, NY, 197 page(s) | $39.40 |
| 10/27/15 | Duplication - In House  Photocopy - User # 990100, NY, 588 page(s) | $117.60 |
| 10/27/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN  RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 18.0 | $372.60 |
| 10/28/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN  RACHELLE; Charge Type: LA DOCUMENT ACCESS; | $269.10 |

| Date | Description | Amount |
|---|---|---|
| 10/29/15 | Duplication - In House Photocopy - Alvarez, Frankie, NY, 2368 page(s) Quantity: 13.0 | $473.60 |
| 10/29/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 10/30/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 10/30/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 10/30/15 | Computerized Legal Research - Westlaw User: RUBIN,RACHELLE Date: 10/30/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $190.28 |
| 10/30/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 6.0 | $124.20 |
| 10/31/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: ACKERRAMIREZ REFUGIO; Charge Type: LA DOCUMENT ACCESS; Quantity: 16.0 | $331.20 |

|  |  |  |
|---|---|---|
|  | Current Expenses | $37,884.79 |

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | Invoice Number 1628957 |
| ATTN: ANDREW BRUENJES | Invoice Date 11/17/15 |
| 5600 ARGOSY CIRCLE | Client Number 695956 |
| HUNTINGTON BEACH, CA 92649 | Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 695956/0001, Invoice No. 1628957

(For wires originating outside the US reference Swift ID# CITIUS33)

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
QUIKSILVER, INC., *ET AL.*

EXPENSE REIMBURSEMENT REPORT

1. Name of Company          Simon Property Group
2. Date of Meeting          9-22-15
3. Location of Meeting      Wilmington, DE
4. Name of Representative Attending Meeting   Ronald M. Tucker
5. Reimbursable Expenses:

    (a) Transportation:

    (1) Air or Rail Fare                                    $ 704.20
    (2) Personal automobile miles at $.575 per mile         $
    (3) ~~Taxi~~ (Rental Car)                               $ 122.11
    (4) Parking/Tolls                                       $ 47.00
    (5) Other (describe) fuel                               $ 5.32

    (b) Lodging:

    (1) Hotel (excluding meals)                             $ 213.40

    (c) Meals:

    (1) Breakfast                                           $ 3.25
    (2) Lunch                                               $ 17.00
    (3) Dinner                                              $ 10.66

    TOTAL REIMBURSEMENT SOUGHT                              $ 1122.94

I hereby certify that the above expenses were incurred by me in connection with attendance at the Committee meeting or other authorized Committee business.

*Ronald M. Tucker*
_____
(Signature of Member's Representative Incurring Expenses)

120160975 v1

# Expense Report
## Employee and Expense Summary

### REPORT INFORMATION

| | |
|---|---|
| Employee Name | Ronald M Tucker |
| Employee Number | 150753 |
| Expense dates | 09/21/15-09/22/15 |
| Report Name | Quiksilver Committee Formation Meeting 9-21 to 9-22 |
| Purpose | Quiksilver Committee Formation Meeting 9-21 to 9-22 |
| Form ID | TEA000159822 |
| Approver | Patrick T O'Malley |

### REPORT TOTALS

| | |
|---|---|
| Total Expenses | 1122.94 USD |
| Personal | 0.00 USD |
| Net Reimbursable | 1122.94 USD |
| Net Due Credit Card | 1109.03 USD |
| Net due Employee | 13.91 USD |

** Charges are in USD unless otherwise noted

### EXPENSE DATA SUMMARY

| Date | Expense Item | Amount | Payment Type | Country | Ex. Rate | Charge to | USD |
|---|---|---|---|---|---|---|---|
| 09/21/15 | Air Travel | 704.20 | Corporate Card | United States (US | 1.00 | | 704.20 |
| 09/22/15 | Lodging | 213.40 | Corporate | United States (US | 1.00 | | 213.40 |
| 09/21/15 | Room Rate | 194.00 | Corporate Card | United States (US | 1.00 | | 194.00 |
| 09/21/15 | Room Tax | 15.52 | Corporate Card | United States (US | 1.00 | | 15.52 |
| 09/21/15 | Room Tax | 3.88 | Corporate Card | United States (US | 1.00 | | 3.88 |
| 09/22/15 | Fuel | 5.32 | Corporate Card | United States (US | 1.00 | | 5.32 |
| 09/22/15 | Other Ground Transportation | 11.00 | Corporate Card | United States (US | 1.00 | | 11.00 |
| 09/22/15 | Individual Meals | 17.00 | Corporate Card | United States (US | 1.00 | | 17.00 |
| 09/22/15 | Car Rental | 122.11 | Corporate Card | United States (US | 1.00 | | 122.11 |
| 09/22/15 | Other Ground Transportation | 36.00 | Corporate Card | United States (US | 1.00 | | 36.00 |
| 09/22/15 | Individual Meals | 10.66 | Cash | United States (US | 1.00 | | 10.66 |
| 09/22/15 | Individual Meals | 3.25 | Cash | United States (US | 1.00 | | 3.25 |

### Charge to

Charge to:   HO-3638-106 Default

Ref: TEA000159822                                   Page 2                                   Printed on 10/05/15

# Expense Report
## Expense and Miscellaneous Detail

| EXPENSE DETAIL SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| Date | Expense Item | Amount | Expense is | Purpose | Category | Receipt Required |
| 09/21/15 | Air Travel | 704.20 | Reimbursable | | General Travel | No |
| **09/22/15** | **Lodging** | **213.40** | **Reimbursable** | | **General Travel** | **Yes** |
| 09/21/15 | *Room Rate* | *194.00* | *Reimbursable* | | *General Travel* | *Yes* |
| 09/21/15 | *Room Tax* | *15.52* | *Reimbursable* | | *General Travel* | *Yes* |
| 09/21/15 | *Room Tax* | *3.88* | *Reimbursable* | | *General Travel* | *Yes* |
| 09/22/15 | Fuel | 5.32 | Reimbursable | | General Travel | No |
| 09/22/15 | Other Ground Transportation | 11.00 | Reimbursable | | General Travel | No |
| 09/22/15 | Individual Meals | 17.00 | Reimbursable | | General Travel | No |
| 09/22/15 | Car Rental | 122.11 | Reimbursable | | General Travel | No |
| 09/22/15 | Other Ground Transportation | 36.00 | Reimbursable | | General Travel | No |
| 09/22/15 | Individual Meals | 10.66 | Reimbursable | | General Travel | No |
| 09/22/15 | Individual Meals | 3.25 | Reimbursable | | General Travel | No |

### Fuel
**Describe:** Fuel for Rental car refill

### Other Ground Transportation
**Describe:** Parking at Hotel in Wilmington DE

### Other Ground Transportation
**Description:** Parking at Indianapolis Airport