# EXHIBIT E

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 28, 2015 THROUGH OCTOBER 31, 2015

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Joseph Sorkin | Partner for 4 years; Admitted in 2001; Litigation Department | $865.00 | 156.50 | $135,372.50 |
| Howard Jacobson | Partner for 17 years; Admitted in 1979; Tax Department | $865.00 | 2.40 | $2,076.00 |
| Michael Stamer | Partner for 17 years; Admitted in 1989; Financial Restructuring Department | $1,250.00 | 80.30 | $100,375.00 |
| Stephen Kuhn | Partner for 15 years; Admitted in 1991; Corporate Department | $975.00 | 37.70 | $36,757.50 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095.00 | 99.10 | $108,514.50 |
| Frederick Lee | Partner for 2 years; Admitted in 2005; Corporate Department | $850.00 | 7.30 | $6,205.00 |
| Meredith Lahaie | Partner for 1 year; Admitted in 2007; Financial Restructuring Department | $850.00 | 147.80 | $125,630.00 |
| Carlos Villota | Senior Counsel for 5 years; Admitted in 1997; Corporate Department | $680.00 | 5.10 | $3,468.00 |

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Angeline Koo | Senior Counsel for 2 years; Admitted in 2005; Litigation Department | $695.00 | 1.90 | $1,320.50 |
| Michael Cooley | Senior Counsel for 5 years; Admitted in 2000; Financial Restructuring Department | $800.00 | 41.30 | $33,040.00 |
| Ashley Beane | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $750.00 | 258.90 | $194,175.00 |
| Antonio Delgado | Counsel for 1 year; Admitted in 2009; Litigation Department | $675.00 | 138.10 | $93,217.50 |
| Rachel Presa | Associate for 5 years; Admitted in 2011; Litigation Department | $630.00 | 63.50 | $40,005.00 |
| William Mongan | Associate for 4 years; Admitted in 2012; Litigation Department | $610.00 | 63.10 | $38,491.00 |
| Lech Wilkiewicz | Associate for 2 years; Admitted in 2013; Corporate Department | $430.00 | 4.70 | $2,021.00 |
| Jacob Itzkowitz | Associate for 1 year; Admitted in 2015; Litigation Department | $430.00 | 7.20 | $3,096.00 |

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Lauren Lifland | Associate for 2 years; Admitted in 2012; Financial Restructuring Department | $650.00 | 202.10 | $131,365.00 |
| Rachelle Rubin | Associate for 2 months; Bar Admission Pending; Financial Restructuring Department | $430.00 | 73.30 | $31,519.00 |
| Carolyn Mattus Cornell | Associate for 1 year; Admitted in 2011; Litigation Department | $615.00 | 103.80 | $63,837.00 |
| Dmitry Iofe | EDiscovery Project Coordinator for 3 years | $280.00 | 9.70 | $2,716.00 |
| Kwan Koehler | Trademark Specialist for 1 year; Intellectual Property Department | $270.00 | 3.00 | $810.00 |
| Risa Slavin | Legal Assistant for 20 years; Litigation Department | $275.00 | 4.50 | $1,237.50 |
| Brenda Kemp | Legal Assistant for 12 years; Financial Restructuring Department | $255.00 | 3.40 | $867.00 |
| Tracy Southwell | Legal Assistant for 22 years; Financial Restructuring Department | $275.00 | 84.90 | $23,347.50 |

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $275.00 | 55.20 | $15,180.00 |
| Ezekiel Pariser | Legal Assistant for 2 years; Litigation Department | $210.00 | 10.90 | $2,289.00 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $210.00 | 33.80 | $7,098.00 |
| Francisco Alvarez | Legal Assistant for 6 months; Financial Restructuring Department | $195.00 | 21.10 | $4,114.50 |
| Madeline Perez | Legal Assistant for 4 months; Litigation Department | $195.00 | 40.90 | $7,975.50 |

Total Amount of Fees:        $1,216,120.50
Total Number of Hours:              1761.50
Blended Hourly Rate:               $690.38