## **CERTIFICATE OF SERVICE**

I, John H. Schanne, II, hereby certify that on the 17th day of November, 2015, I caused the foregoing **First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors of Quiksilver, Inc.,** *et al.*, **for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period September 28, 2015 through October 31, 2015** to be served upon the parties on the attached service list via first-class mail, postage prepaid.

      /s/ John H. Schanne, II
      John H. Schanne, II (DE No. 5260)

#36435394 v1

Dain A. De Souza, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801

Mark S. Kenney, Esq.
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801

Van C. Durrer, II, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071

Quiksilver, Inc.
5600 Argosy Circle, #100
Huntington Beach, CA 92649

Steven E. Fox , Esq.
Riemer & Braunstein LLP
7 Times Sq., Suite 2506, Times Sq. Tower
25th Floor
New York, NY 10036-6524

Patrick J. Nash, Jr., Esq.
Ross M. Kwasteniet, Esq.
William A. Guerrieri, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois, 60654