## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |
|  | : |  |
|  | : | **Related Docket No. 396** |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF FILING OF FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that, on October 30, 2015, the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed the Disclosure Statement With Respect To The Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 396) (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Disclosure Statement to, among other things, reflect comments from parties in interest and provide additional information (the "First Amended Disclosure Statement"), a copy of which is attached hereto as Exhibit 1.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE** that a blackline version of the First Amended

Disclosure Statement is attached hereto as <u>Exhibit 2</u>, which blackline reflects all revisions to the

Disclosure Statement since it was filed on October 30, 2015.

Dated:    Wilmington, Delaware
          November 17, 2015

                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                           /s/ Van C. Durrer, II
                           Van C. Durrer, II (I.D. No. 3827)
                           Annie Z. Li
                           300 South Grand Avenue, Suite 3400
                           Los Angeles, California 90071
                           Telephone: (213) 687-5000
                           Fax: (213) 687-5600

                           - and -

                           Mark S. Chehi, Esq. (I.D. No. 2855)
                           One Rodney Square
                           P.O. Box 636
                           Wilmington, Delaware 19899-0636
                           Telephone: (302) 651-3000
                           Fax: (302) 651-3001

                           - and -

                           John K. Lyons
                           Jessica S. Kumar
                           155 N. Wacker Dr.
                           Chicago, Illinois 60606
                           Telephone: (312) 407-0700
                           Fax: (312) 407-0411

                           *Counsel for Debtors and Debtors in Possession*