## EXHIBIT B

**Financial Projections**

**QUIKSILVER, INC.**
Financial Projections

## FINANCIAL PROJECTIONS

The Company developed financial projections (the "Financial Projections") to support the feasibility of the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of Quiksilver, Inc. and Its Company Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Court (the "Plan").[1] The Financial Projections are reflective of the "Company", which is comprised of the Debtors and Quiksilver Inc.'s non-Debtor Affiliates.

**THE FINANCIAL PROJECTIONS ARE BASED UPON A NUMBER OF SIGNIFICANT ASSUMPTIONS. ACTUAL OPERATING RESULTS AND VALUES MAY VARY SIGNIFICANTLY FROM THESE FINANCIAL PROJECTIONS.**

*Overview of Financial Projections*

As a condition to Confirmation, the Bankruptcy Code requires, among other things, the Bankruptcy Court to find that Confirmation is not likely to be followed by either a liquidation or the need to further reorganize the Company. In connection with developing the Plan, and for purposes of determining whether the Plan satisfies feasibility standards, the Company's management has, through the development of the Financial Projections, analyzed the Reorganized Company's ability to meet their obligations under the Plan and to maintain sufficient liquidity and capital resources to conduct their businesses. The Financial Projections will also assist each holder of a Claim in determining whether to vote to accept or reject the Plan. The Company prepared the Financial Projections in good faith, based upon estimates and assumptions made by the Company's management. The estimates and assumptions in the Financial Projections, while considered reasonable by management, may not be realized, and are inherently subject to uncertainties and contingencies. They are also based on factors such as industry performance, general business, economic, competitive, regulatory, market and financial conditions, all of which are difficult to predict and generally beyond the Company's control. Because future events and circumstances may well differ from those assumed and unanticipated events or circumstances may occur, the Company expects that the actual and projected results will differ and the actual results may be materially greater or less than those contained in the Financial Projections. No representations can be made as to the accuracy of the Financial Projections or the Company's ability to achieve the projected results. Therefore, the Financial Projections may not be relied upon as a guarantee or as any other form of assurance as to the actual results that will occur. The inclusion of the Financial Projections herein should not be regarded as an indication that the Company considered or consider the Financial Projections to reliably predict future performance. The Financial Projections are subjective in many respects, and thus are susceptible to multiple interpretations and periodic revisions based on actual experience and future developments. The Company does not intend to update or otherwise revise the Financial Projections to reflect the occurrence of future events, even in the event that assumptions underlying the Financial Projections are not borne out. The Financial Projections should be read in conjunction with the assumptions and qualifications set forth herein.

---

[1]       Capitalized terms used in the Plan and not otherwise defined shall have the meanings ascribed to such terms in the Plan.

In general, as illustrated by the Financial Projections, the Company believes that with a significantly deleveraged capital structure and proper execution of certain operational turnaround initiatives, the Company's business will return to viability. The reduction of debt on the Company's balance sheet will substantially reduce interest expense and improve cash flow. Based on the Financial Projections, the Company should have sufficient cash flow to pay and service their debt obligations, and to operate their businesses. The Company believes that Confirmation and Consummation are not likely to be followed by the liquidation or further reorganization of the Company. Accordingly, the Company believes that the Plan satisfies the feasibility requirement of section 1129(a)(ll) of the Bankruptcy Code.

**THE COMPANY DID NOT PREPARE THE FINANCIAL PROJECTIONS WITH A VIEW TOWARDS COMPLYING WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS. THE COMPANY'S INDEPENDENT AUDITOR HAS NEITHER COMPILED NOR EXAMINED THE ACCOMPANYING PROSPECTIVE FINANCIAL INFORMATION TO DETERMINE THE REASONABLENESS THEREOF AND, ACCORDINGLY, HAS NOT EXPRESSED AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT THERETO. THE COMPANY DOES NOT, AS A MATTER OF COURSE, PUBLISH FINANCIAL PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION, RESULTS OF OPERATIONS OR CASH FLOWS.**

**ACCORDINGLY, NEITHER THE COMPANY NOR THE REORGANIZED COMPANY INTEND TO, AND EACH DISCLAIMS ANY OBLIGATION TO: (A) FURNISH UPDATED FINANCIAL PROJECTIONS TO HOLDERS OF CLAIMS OR EQUITY INTERESTS PRIOR TO THE EFFECTIVE DATE OR TO ANY OTHER PARTY AFTER THE EFFECTIVE DATE; (B) INCLUDE ANY SUCH UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SECURITIES AND EXCHANGE COMMISSION; OR (C) OTHERWISE MAKE SUCH UPDATED INFORMATION PUBLICLY AVAILABLE.**

The Company prepared the Financial Projections based on, among other things, the anticipated future financial condition and results of operations of the Company using the business plan. Management developed and refined the business plan and prepared consolidated financial projections of the global enterprise of the Company for the years ending October 31, 2016 through October 31, 2018 (the "**Projection Period**").

The Financial Projections assume that the Plan will be consummated in accordance with its terms and that all transactions contemplated by the Plan will be consummated by January 31, 2016 (the "**Assumed Effective Date**"). Any significant delay in the Assumed Effective Date may have a significant negative impact on the operations and financial performance of the Company including, but not limited to, an increased risk or inability to meet sales forecasts and the incurrence of higher reorganization expenses.

Although the Financial Projections represent the Company's best estimates and good faith judgment (for which the Company believes it has a reasonable basis), of the results of future operations, financial position, and cash flows of the Company, they are only estimates and actual results may vary considerably from such Financial Projections. Consequently, the inclusion of the Financial Projections herein should not be regarded as a representation by the Company, the Company's advisors or any other

person that the projected results of operations, financial position, and cash flows of the Company will be achieved.

The Company does not intend to update or otherwise revise the Financial Projections to reflect circumstances that may occur after their preparation, or to reflect the occurrence of unanticipated events, even in the event that any or all of the underlying assumptions are shown to be in error.

Additional information relating to the principal assumptions used in preparing the Financial Projections are set forth below.

*General Assumptions and Methodology*

The Company is organized under four operating segments (the "Operating Segments") consisting of the Americas, EMEA and APAC, each of which sells a full range of products, as well as Corporate Operations, which primarily provide support functions to the other three segments. The Financial Projections consist of the following unaudited pro forma financial statements: projected consolidated statements of operations for each year in the Projection Period; projected as of October 31 for each year in the Projection Period; and projected statements of cash flows for each year in the Projection Period. The Financial Projections are based on the Company's 2016 – 2018 business plan.

The Financial Projections: a) are based upon current and projected market conditions in each of the Company's respective markets; b) utilize by channel and region forecasts; c) assume emergence from Chapter 11 on the Assumed Effective Date under terms substantially similar to those set forth in the Plan; d) reflect anticipated openings and closings of certain retail locations; and e) reflect capital expenditures related to planned store openings and normal course maintenance capital expenditures.

*Income Statement Assumptions*

Net Sales: The Company operates in the outdoor market of the sporting goods industry in which they design, develop and distribute branded apparel, footwear, accessories and related products through the Quiksilver, Roxy and DC brand names. The Company utilizes three distribution channels: wholesale, retail and e-commerce. The Company also earns royalties from various licensees in other international territories, which are categorized in Corporate Operations along with revenues from sourcing services licensees. Projected product sales are approximately $1.2 billion in 2016, $1.3 billion in 2017 and $1.4 billion in 2018, and include the impact of the Company's plan to phase out third-party licensed products and assume associated revenues in-house through the Company's wholesale channel. As of the Petition Date, wholesale sales for the Company represent approximately 62% of total net sales; retail sales represent approximately 30% and; e-commerce and licensing sales represent approximately 8%.

Global wholesale revenues in 2016 are projected to decline compared to the prior year, primarily impacted by decreased volume, particularly in North America, and will partially be offset by increased selling prices. Growth is projected to be 7% in both 2017 and 2018 and will be largely driven by sales volume and increased revenues from ex-licensed categories.

Global retail sales in 2016 are projected to decline compared to the prior year due to the impact of store closures, a majority of which will occur in the U.S. New store openings and store growth, focusing on Boardriders and shop-in shop retail concepts, will drive sales growth in through 2018.

Global e-commerce sales are projected to experience double digit growth between 2016 and 2018 as the Company launches online sales in Brazil and other international markets beginning in 2016.

*Americas – United States, Canada, Mexico, and Brazil*

Wholesale sales are projected to be $385 million in 2016. Sales are projected to increase by 7% in 2017 and 5% in 2018 to $413 million and $435 million, respectively. Sales in 2016 are largely impacted by a decline in North American orders as the Company exits certain distribution channels. Going forward, sales growth is projected to be driven by increased revenues from sales of previously licensed product categories and growth in Mexico and Brazil, with modest growth in North American orders.

Retail sales are projected to be $119 million in 2016. 2016 retail sales reflect numerous store closures (60 total; 15 full-price stores, 19 factory outlets, and 26 liquidation stores) and very modest growth in comparable store sales. Retail sales are projected to be $106 million and $113 million in 2017 and 2018, respectively. Sales in 2017 assume 1.8% growth in comparable store sales (1.5% in North America and 6.7% in Latin America) and a net one (1) store opening (2 Boardriders store openings and 1 full price store closure). Sales in 2018 assume 2.7% growth in comparable store sales (2.0% in North America and 11.1% in Latin America) and one (1) Boardriders store opening.

E-commerce sales are projected to be $35 million in 2016. E-commerce is expected to grow by 14% and 13% in 2017 and 2018. Strong U.S. growth will be supplemented by e-commerce expansion to Brazil and other international markets in 2016.

*EMEA – Europe, Middle East, and Africa*

Wholesale sales are projected to be $273 million in 2016. Sales in 2016 are negatively impacted by decreased orders in Core EMEA, offset by higher sales volumes and price increases in Russia and South Africa. EMEA sales are expected to return to growth in 2017 and 2018, growing 8% and 11% respectively, primarily due largely to higher sales volumes.

Retail sales are projected to be $151 million in 2016. Store closings (21) are projected to outpace openings (1 Boardrider store) during 2016. Sales are expected to be relatively flat, declining by 1.0% in 2017 and growing by 2.0% in 2018. Comparable store sales in 2016 are projected to be 2.0%, with a majority of the growth stemming from Russia (13.0%) and South Africa (9.6%) while Core EMEA remains flat. Comparable store sales are projected to grow approximately 2.0% per year through 2018.

E-commerce sales are projected to experience continued growth throughout the forecast period. Sales are expected to be $36 million in 2016, thereafter growing by 22% and 19% in 2017 and 2018, respectively. This growth is driven by positive trends in online shopping and the Company's entry into Switzerland and other new online channels.

*APAC – Asia and the Pacific Rim*

4

Wholesale sales are projected to be $118 million in 2016. Sales are expected to grow modestly by 4% and 4% in 2017 and 2018, respectively. Sales will be driven by the region's growing customer base, as well as price increases, particularly in North APAC, Indonesia, and Thailand.

Retail sales are projected to be $98 million in 2016. Sales in 2016 are impacted by 22 store closures, comprised of 10 in China, 2 in Australia and New Zealand, 6 in North Asia and 4 in South East Asia, combined with 3.5% growth in comparable store sales (1.8% in Australia and New Zealand, 4.3% in North Asia and 5.5% in South East Asia). Going forward, the region plans to expand its base of shop-in-shop stores, with 40 shop-in-shop stores and 1 Boardrider store opening in 2017 and 41 shop-in-shop stores opening in 2018. Sales will initially remain flat in 2017, and the effects of the expansion are expected to result in an 8% year over year sales growth in 2018.

E-commerce sales are projected to be $20 million in 2016 due to strong marketplace growth in Japan, and Australia. E-commerce is expected to experience sustained growth throughout the forecast period. Sales in 2017 and 2018 are projected to be $24 million and $28 million respectively.

Cost of Sales ("COS"): COS primarily includes merchandise and freight cost involved in procuring inventory required to support wholesale and retail sales.

The Financial Projections assume a stable global currency environment and commodity environment. Cost reduction initiatives are assumed to offset any economic increases throughout the Projection Period. COS decreases as a percent of total sales during the Projection Period driving increases in the Company's gross margin as a percentage of sales from 48.2% in 2016 to 49.3%, 50.1% during 2017 and 2018, respectively. The decrease in COS relative to sales during the Projection Period is generally due to assumed cost savings associated with ongoing cost optimization activities.

*Americas*

Wholesale gross margins are projected to be 35% in 2016, with improvements driven by reductions in freight costs, as well as reduced discounting and markdowns offset by foreign exchange translation in Brazil, Mexico, and Canada. Improvements in 2016 are expected to continue via increases in bookings revenues and previously licensed categories, bringing gross margins to 39% and 40% in 2017 and 2018, respectively.

Retail gross margins are projected to be 53% in 2016 and are driven by closure of full priced stores, which increases the Company's overall mix of lower margin outlet stores. Gross margins in 2016 are also impacted as a result of inventory clearances from going out of business sales and foreign exchange impacts in Mexico. Going forward, full price gross margins will stabilize and rise to 56% and 56% in 2017 and 2018.

E-commerce gross margins are projected to be 66% in 2016, impacted by shifts in the Company's U.S. promotions strategy, negative foreign exchange impact from the launch of the Company's Canadian e-commerce site and increased revenues from marketplace promotions in the U.S. Gross margins are expected to remain at similar levels through 2018.

*EMEA*

Wholesale gross margins are projected to be 44.5% in 2016, impacted by currency rate fluctuations in Core EMEA and Russia. In South Africa, gross margins are expected to improve due to price adjustments in the apparel category. Going forward, gross margins are projected to be 46% and 47% in 2017 and 2018, respectively.

Retail gross margins are projected to be 63% in 2016, impacted by foreign exchange effects, partially offset by price increases. Gross margins are expected to remain at 63% in 2017 and 2018.

E-commerce gross margins are projected to be 69% in 2016, impacted by hedged rate depreciations in Core EMEA and Russia. Gross margins are expected to be 68% and 69% in 2017 and 2018, respectively.

*APAC*

Wholesale gross margins are projected to be 43% in 2016, impacted by depreciation of regional currencies relative to the U.S. dollar, and partially offset by reductions in freight costs and efficiencies in on-time fulfillments. Gross margins are projected to remain relatively flat at 43% and 44% in 2017 and 2018, respectively.

Retail gross margins are projected to be 64% in 2016, impacted by foreign exchange costs across all Asia-Pacific subsidiaries. Gross margins are projected to remain flat at 64 in both 2017 and 2018.

E-commerce gross margins are projected to decline by 2% to 63% in 2016, due primarily to margin reduction in Australasia and Japan. Gross margins are projected to continue declining within the region, reaching 62% and 61% in 2017 and 2018, respectively.

Selling, General & Administrative Expenses ("SG&A"): SG&A expenses include salaries and benefits for corporate and sales personnel, marketing / advertising costs, professional fees, insurance, rent, bad debt expense, and other corporate administrative costs not allocated to cost of sales.

*Global*

SG&A expenses are projected to be $607 million or 49% of sales in 2016, and include the impact of assumed savings associated with the Company's continued cost reduction activities, a majority of which will occur in North America.

Going forward, SG&A is expected to rise in support of incremental sales. SG&A expenses are projected to be $609 million, or 47% of net sales in 2017 and $632 million or 45% of net sales in 2018.

*Americas*

The Company plans to implement SG&A improvements in 2016, reducing SG&A to $234 million, or 43% of net sales. Key cost reduction initiatives include reducing and reorganizing headcounts; closing non-profitable retail stores; eliminating non-profitable product lines; implementing operating efficiencies in distribution and logistics; reducing marketing costs; and consolidating corporate functions. Going

forward, SG&A is projected to be $234 million, or 42% of net sales in 2017 and $240 million, or 40% of net sales in 2018.

*EMEA*

The Company plans to implement SG&A improvements in 2016, reducing SG&A to $240 million, or 52% of net sales. Key cost reduction initiatives include rightsizing the wholesale salesforce, reflecting EMEA business trends; closing non-profitable retail stores; optimizing store labor; consolidating distribution centers in Core EMEA; shifting the Company's global marketing structure to EMEA; and re-organizing corporate overhead functions. Going forward, SG&A is projected to be $239 million, or 49% of net sales in 2017 and $248 million, or 47% of net sales in 2018.

*APAC*

The Company plans to implement SG&A improvements in 2016, reducing SG&A to $127 million, or 53% of net sales. Key cost reduction initiatives include rightsizing the wholesale salesforce in Australia; closing non-profitable retail stores; re-organizing the design, production and development teams as well as corporate overhead functions; and reducing marketing costs. Going forward, the region is expected to achieve continual improvements in SG&A, resulting in projected SG&A of 53% and 52% of net sales in 2017 and 2018, respectively.

Restructuring Expenses: Restructuring expenses consist of estimated fees for Chapter 11 professional and other costs directly attributable to the Chapter 11 Cases. Restructuring expenses also include income related to the cancelation of U.S indebtedness.

Interest Expense: Interest expense for 2016 in the U.S. includes: (1) the projected expense associated with the DIP Financing related to the Chapter 11 bankruptcy in the U.S.; and (2) the projected expense related to the Company's anticipated debt structure following Consummation of the Plan. For 2016 through 2018, interest expense is based upon the Company's anticipated debt structure following Consummation of the Plan.  The capital structure and interest expense assumptions for entities outside the U.S. remain the substantially the same as those in place prior to the U.S. Chapter 11 filing.

Income Tax Expense: Consolidated income tax expense increases over the Projection Period due to increasing profitability levels during the Projection Period.  Income Tax Expense reflects the application of regional effective tax rates to taxable income, and also assumes the utilization of tax attribute to offset taxable income in certain Non-Debtor Subsidiary tax jurisdictions.

*Balance Sheet Assumptions*

The Company's projected balance sheet and cash flow statement were developed based upon the Company's pre-emergence balance sheet as of January 2016, adjusted for the impact of the exit transaction, and further adjusted for projected results of operations and cash flows over the Projection Period.

The projected balance sheet reflects the satisfaction per the Plan of Reorganization of the: i) DIP ABL, ii) DIP Term Loan, iii)  Secured Notes, and iv) Unsecured Notes outstanding as of the Assumed

Effective Date.  For the periods following the Assumed Effective Date, the projected balance sheet reflects a capital structure comprised of the i) Exit Facility, ii) European lines of credit, iii) the Euro Notes, (net of the Euro Notes Rights Offering), along with iv) $122.5 million of proceeds from Exit Rights Offering to satisfy the DIP Term Loan and to fund the Unsecured Cash Consideration.

Other assumptions impacting the projected balance sheet are outlined in further detail in the "Cash Flow Statement Assumptions" below.  The projected balance sheet does not reflect the impact of "fresh start" accounting, which could result in a material change to the projected values of assets and liabilities.

***Cash Flow Statement Assumptions***

The Company's projected cash flow statement was developed based on the evaluation of Chapter 11 exit costs followed by the cash needed in support of operating, investing, and financing activities during the Projection Period.  Specific items impacting the cash flow statement projections included:

Proforma EBITDA:  Proforma EBITDA reflects cash generated from operations and includes intercompany allocations of shared overhead costs at the Operating Segment level.

Restructuring and Exit Cost:  Restructuring and Exit Costs are primarily incurred prior to, and / or in conjunction with the Debtors' exit from Chapter 11 and are comprised of i) professional fees, ii) administrative and priority claims, and iii) exit financing transaction fees.

AP Subject to Compromise:  AP Subject to Compromise is comprised of projected payments pursuant to the Critical Vendor Order.

Cash Paid for Taxes:  Cash taxes reflect the application of regional effective tax rates to taxable income, and also assumes the utilization of tax attributes to offset taxable income in certain Non-Debtor Subsidiary tax jurisdictions.

Changes in Working Capital:  Investments in working capital are primarily driven by sales growth assumptions during the Projection Period.

Capital Expenditures:  Capital expenditures are driven by a combination of i) retail store expansion requirements and ii) information technology infrastructure requirements during the Projection Period.

Royalties:  Royalty payments and royalty receipts are based on providing consideration to the Operating Segments which own the Quiksilver, Roxy, and DC Shoes trademarks.  These payments and receipts reflect the Company's historical methodology for calculating intercompany royalties and may not be reflective of market rates realizable from third parties.

Cash Paid for Interest:  Interest payments reflect cash pay interest on the Debtors Exit Financing Facility along with ongoing interest on Non-Debtor Subsidiary debt.

Intercompany Cash Flows:  Intercompany Cash Flows are generated at the Operating Segment level when interim funding requirements of one Operating Segment are satisfied from excess cash and / or financing availability from a separate Operating Segment.

Asset Sales:  Asset Sales include projected proceeds from the sale of various assets of the Non-Debtor Subsidiaries.

Borrowings / Repayments:  Borrowings and Repayments are driven by cash consumed and / or generated from operations, investing, and financing activities.

Equity Rights Offering:  The Exit Rights Offering of $122.5 million provides the capital required to satisfy the DIP Term Loan outstanding and to fund the Unsecured Cash Consideration.

## Quiksilver, Inc.
## Unaudited Projected Consolidating Statements of Operations
### (Dollars in Millions)

| | AMERICAS | | | EMEA | | | APAC | | | CORP | | | GLOBAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 |
| **Income Statement** | | | | | | | | | | | | | | | |
| **Net Sales** | | | | | | | | | | | | | | | |
| Wholesale | 385.2 | 413.0 | 435.2 | 272.5 | 294.3 | 325.1 | 118.4 | 122.9 | 128.3 | 1.1 | 1.1 | 1.1 | 777.2 | 831.3 | 889.6 |
| Retail | 118.5 | 105.9 | 112.9 | 151.1 | 149.6 | 152.6 | 98.1 | 99.3 | 107.4 | 0.0 | 0.0 | 0.0 | 367.7 | 354.7 | 373.0 |
| Ecommerce | 35.1 | 39.9 | 44.9 | 36.1 | 44.1 | 52.5 | 20.1 | 24.0 | 28.3 | 0.0 | 0.0 | 0.0 | 91.4 | 108.1 | 125.7 |
| Licensing | 10.6 | 3.0 | 3.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.6 | 3.0 | 3.1 |
| **Total Net Sales** | 549.5 | 561.9 | 596.1 | 459.7 | 488.0 | 530.2 | 236.7 | 246.2 | 264.1 | 1.1 | 1.1 | 1.1 | 1,246.9 | 1,297.1 | 1,391.4 |
| **Cost of Sales** | | | | | | | | | | | | | | | |
| Wholesale | 248.9 | 251.7 | 260.8 | 151.3 | 160.1 | 173.1 | 67.1 | 69.7 | 72.2 | 0.7 | 0.7 | 0.7 | 468.0 | 482.3 | 506.8 |
| Retail | 56.1 | 46.9 | 49.5 | 55.5 | 55.5 | 56.8 | 35.6 | 36.1 | 38.7 | 0.0 | 0.0 | 0.0 | 147.1 | 138.4 | 144.9 |
| Ecommerce | 11.8 | 13.4 | 15.2 | 11.1 | 14.1 | 16.3 | 7.4 | 9.2 | 10.9 | 0.0 | 0.0 | 0.0 | 30.3 | 36.8 | 42.4 |
| Licensing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Cost of Sales** | 316.9 | 312.0 | 325.5 | 217.8 | 229.8 | 246.2 | 110.1 | 115.0 | 121.8 | 0.7 | 0.7 | 0.7 | 645.4 | 657.5 | 694.1 |
| **Gross Margin** | 232.6 | 249.9 | 270.7 | 241.9 | 258.2 | 284.0 | 126.6 | 131.2 | 142.3 | 0.4 | 0.4 | 0.4 | 601.5 | 639.6 | 697.2 |
| **SG&A** | | | | | | | | | | | | | | | |
| Selling | 97.3 | 94.5 | 99.0 | 125.0 | 122.1 | 125.6 | 65.9 | 67.9 | 74.3 | 0.3 | 0.1 | 0.1 | 288.5 | 284.6 | 299.0 |
| G&A | 124.9 | 127.7 | 129.2 | 111.4 | 112.6 | 117.5 | 47.2 | 47.9 | 49.5 | 35.4 | 36.0 | 36.7 | 319.0 | 324.2 | 332.9 |
| Intercompany Expense / (Income) | 11.7 | 11.5 | 11.5 | 3.1 | 4.7 | 5.2 | 13.4 | 14.1 | 14.3 | (28.3) | (30.3) | (30.9) | 0.0 | 0.0 | 0.0 |
| **Total SG&A** | 234.0 | 233.8 | 239.6 | 239.5 | 239.4 | 248.2 | 126.5 | 129.9 | 138.2 | 7.5 | 5.7 | 5.9 | 607.5 | 608.8 | 631.9 |
| **Operating Income / (Loss)** | (1.4) | 16.1 | 31.0 | 2.4 | 18.8 | 35.7 | 0.2 | 1.3 | 4.1 | (7.1) | (5.4) | (5.5) | (6.0) | 30.9 | 65.3 |
| Interest Expense / (Income) | 5.1 | 3.8 | 3.5 | 4.6 | 1.6 | 1.6 | 1.1 | 1.1 | 1.4 | 16.7 | 14.8 | 14.8 | 27.5 | 21.3 | 21.3 |
| Restructuring Expense / (Income) | (6.3) | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | (148.2) | 0.0 | 0.0 | (149.2) | 0.0 | 0.0 |
| Royalties Expense / (Income) | (2.3) | (2.5) | (2.7) | 11.0 | 9.9 | 10.9 | 5.4 | 3.6 | 3.8 | (14.2) | (11.1) | (12.0) | 0.0 | 0.0 | 0.0 |
| Tax Expense / (Income) | 3.9 | 5.2 | 8.3 | 2.3 | 2.5 | 4.2 | 0.8 | 1.7 | 2.8 | 2.5 | 2.5 | 2.5 | 9.7 | 11.9 | 17.8 |
| **Net Income / (Loss)** | (1.8) | 9.6 | 21.9 | (19.5) | 4.8 | 19.0 | (8.5) | (5.1) | (3.8) | 136.0 | (11.6) | (10.8) | 106.1 | (2.3) | 26.2 |
| **Memo** | | | | | | | | | | | | | | | |
| **Operating Income / (Loss)** | (1.4) | 16.1 | 31.0 | 2.4 | 18.8 | 35.7 | 0.2 | 1.3 | 4.1 | (7.1) | (5.4) | (5.5) | (6.0) | 30.9 | 65.3 |
| Plus: Non Cash Stock Comp | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.1 |
| Plus: Depreciation And Amortization | 12.0 | 11.1 | 11.3 | 11.8 | 10.4 | 9.9 | 6.4 | 6.2 | 6.6 | 3.3 | 2.5 | 2.6 | 33.5 | 30.2 | 30.5 |
| **Proforma EBITDA** | 10.7 | 27.2 | 42.4 | 14.2 | 29.2 | 45.8 | 6.5 | 7.5 | 10.7 | 0.2 | 1.1 | 1.1 | 31.6 | 65.0 | 99.9 |

# Quiksilver, Inc.
## Unaudited Projected Consolidating Balance Sheet
### (Dollars in Millions)

| Balance Sheet | AMERICAS | | | EMEA | | | APAC | | | CORP | | | GLOBAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 |
| **Assets** | | | | | | | | | | | | | | | |
| Cash & Equivalents | 6.2 | 10.3 | 15.3 | 7.0 | 7.0 | 7.0 | 17.9 | 20.4 | 23.1 | 3.0 | 3.0 | 3.0 | 34.1 | 40.7 | 48.4 |
| Accounts Receivable, Net | 110.9 | 119.7 | 126.4 | 79.8 | 86.2 | 95.2 | 33.4 | 34.2 | 35.2 | 0.0 | 0.0 | 0.0 | 224.0 | 240.1 | 256.9 |
| Inventory, Net | 119.1 | 115.4 | 118.9 | 102.2 | 108.3 | 114.1 | 70.2 | 69.2 | 72.1 | 0.0 | (0.0) | (0.0) | 291.5 | 292.9 | 305.1 |
| Other Current Assets | 23.2 | 23.2 | 23.2 | 35.9 | 35.9 | 35.9 | 14.6 | 14.6 | 14.6 | 5.6 | 5.6 | 5.6 | 79.3 | 79.3 | 79.3 |
| Total Current Assets | 259.4 | 268.6 | 283.8 | 224.9 | 237.4 | 252.2 | 136.1 | 138.5 | 145.0 | 8.6 | 8.6 | 8.6 | 629.0 | 653.1 | 689.7 |
| | | | | | | | | | | | | | | | |
| PP&E, Net | 48.0 | 45.0 | 38.5 | 79.1 | 73.6 | 70.3 | 15.1 | 14.4 | 12.1 | 17.4 | 17.1 | 16.5 | 159.6 | 150.2 | 137.4 |
| Other Long Term Assets | 52.3 | 52.3 | 52.3 | 12.6 | 12.6 | 12.6 | 14.7 | 14.7 | 14.7 | 93.9 | 93.9 | 93.9 | 173.6 | 173.6 | 173.6 |
| **Total Assets** | **359.8** | **365.9** | **374.6** | **316.6** | **323.7** | **335.1** | **166.0** | **167.6** | **171.9** | **119.9** | **119.6** | **119.0** | **962.2** | **976.9** | **1000.6** |
| | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | |
| Accounts Payable | 70.1 | 70.0 | 72.5 | 52.1 | 57.2 | 61.5 | 28.3 | 28.6 | 29.9 | 10.6 | 10.6 | 10.6 | 161.1 | 166.4 | 174.5 |
| Intercompany | (24.5) | (27.1) | (30.9) | (2.1) | (5.9) | (8.5) | 72.5 | 72.5 | 72.5 | (45.9) | (39.5) | (33.1) | 0.0 | 0.0 | 0.0 |
| Other Current Liabilities | 22.7 | 22.7 | 22.6 | 36.5 | 35.2 | 35.6 | (0.5) | (1.0) | (1.0) | 124.2 | 129.1 | 132.9 | 182.8 | 186.0 | 190.2 |
| Total Current Liabilities | 68.3 | 65.7 | 64.3 | 86.4 | 86.5 | 88.5 | 100.3 | 100.1 | 101.4 | 88.9 | 100.2 | 110.4 | 343.9 | 352.4 | 364.7 |
| | | | | | | | | | | | | | | | |
| Debt | 56.4 | 55.6 | 43.8 | 24.8 | 27.1 | 17.4 | 14.2 | 21.2 | 28.0 | 166.9 | 166.9 | 166.9 | 262.3 | 270.7 | 256.1 |
| Other Long Term Liabilities | 15.9 | 15.9 | 15.9 | 5.3 | 5.3 | 5.3 | 1.2 | 1.2 | 1.2 | 28.9 | 28.9 | 28.9 | 51.3 | 51.3 | 51.3 |
| AP Subject to Compromise | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Liabilities** | **140.6** | **137.1** | **123.9** | **116.5** | **118.8** | **111.2** | **115.7** | **122.5** | **130.6** | **284.7** | **296.0** | **306.3** | **657.5** | **674.4** | **672.0** |
| | | | | | | | | | | | | | | | |
| Shareholder's Equity / (Deficit) | 219.2 | 228.8 | 250.7 | 200.1 | 204.9 | 223.9 | 50.2 | 45.2 | 41.3 | (164.8) | (176.4) | (187.3) | 304.7 | 302.4 | 328.7 |
| | | | | | | | | | | | | | | | |
| **Total Liabilities and Shareholder's Equity** | **359.8** | **365.9** | **374.6** | **316.6** | **323.7** | **335.1** | **166.0** | **167.6** | **171.9** | **119.9** | **119.6** | **119.0** | **962.2** | **976.9** | **1,000.6** |

## Quiksilver, Inc.
## Unaudited Projected Consolidating Statements of Cash Flows
### (Dollars in Millions)

| Cash Flow Statement | AMERICAS | | | EMEA | | | APAC | | | CORP | | | GLOBAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 |
| **Proforma EBITDA** | **10.7** | **27.2** | **42.4** | **14.2** | **29.2** | **45.8** | **6.5** | **7.5** | **10.7** | **0.2** | **1.1** | **1.1** | **31.6** | **65.0** | **99.9** |
| Restructuring and Exit Costs | (0.2) | 0.0 | 0.0 | (3.4) | (0.8) | 0.0 | (1.3) | 0.0 | 0.0 | (70.5) | 0.0 | 0.0 | (75.4) | (0.8) | 0.0 |
| AP Subject to Compromise | (22.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (22.5) | 0.0 | 0.0 |
| Cash Paid for Taxes | (3.9) | (5.2) | (8.3) | (2.3) | (2.5) | (4.2) | (0.8) | (1.7) | (2.8) | (2.5) | (2.5) | (2.5) | (9.7) | (11.9) | (17.8) |
| Change in Working Capital | (3.3) | (5.1) | (7.8) | (0.1) | (7.5) | (10.5) | 6.9 | 0.4 | (2.6) | (0.2) | 0.0 | 0.0 | 3.2 | (12.1) | (20.9) |
| Capital Expenditures | (5.0) | (8.1) | (4.8) | (6.2) | (4.9) | (6.6) | (3.5) | (5.5) | (4.3) | (2.0) | (2.2) | (2.0) | (16.6) | (20.8) | (17.7) |
| Royalties | 2.3 | 2.5 | 2.6 | (8.1) | (10.4) | (10.6) | (5.4) | (4.1) | (3.7) | 11.2 | 12.0 | 11.7 | 0.0 | 0.0 | 0.0 |
| **Free cash flow** | **(22.0)** | **11.3** | **24.1** | **(6.0)** | **3.1** | **13.9** | **2.4** | **(3.4)** | **(2.7)** | **(63.9)** | **8.5** | **8.3** | **(89.4)** | **19.4** | **43.6** |
| Cash Paid for Interest | (5.1) | (3.8) | (3.5) | (4.6) | (1.6) | (1.6) | (1.1) | (1.1) | (1.4) | (16.7) | (14.8) | (14.8) | (27.5) | (21.3) | (21.3) |
| Other Intercompany | (15.0) | (2.6) | (3.8) | 8.4 | (3.7) | (2.6) | 1.6 | 0.0 | 0.0 | 5.0 | 6.3 | 6.5 | 0.0 | 0.0 | 0.0 |
| Asset Sales | 0.0 | 0.0 | 0.0 | 15.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.6 | 0.0 | 0.0 |
| Borrowings/Repayments | 21.1 | (0.8) | (11.8) | (23.0) | 2.3 | (9.6) | (12.2) | 7.0 | 6.8 | (50.6) | (0.0) | (0.0) | (64.8) | 8.4 | (14.7) |
| Exit Rights Offering | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 122.5 | 0.0 | 0.0 | 122.5 | 0.0 | 0.0 |
| **Total Change in Cash** | **(21.1)** | **4.1** | **4.9** | **(9.6)** | **0.0** | **0.0** | **(9.4)** | **2.5** | **2.7** | **(3.6)** | **0.0** | **(0.0)** | **(43.6)** | **6.6** | **7.6** |
| **Beginning Cash Balance** | **27.3** | **6.2** | **10.3** | **16.6** | **7.0** | **7.0** | **27.3** | **17.9** | **20.4** | **6.6** | **3.0** | **3.0** | **77.7** | **34.1** | **40.7** |
| **Ending Cash Balance** | **6.2** | **10.3** | **15.3** | **7.0** | **7.0** | **7.0** | **17.9** | **20.4** | **23.1** | **3.0** | **3.0** | **3.0** | **34.1** | **40.7** | **48.4** |