# EXHIBIT D

**Debtors' Corporate Structure Chart**

Quiksilver, Inc. Delaware
100% Mountain & Wave SARL Luxembourg
100% QS Wholesale, Inc. California
100% Quiksilver Greater China Ltd. Hong Kong
100% QS Holdings SARL Luxembourg
100% Boardrider S.A. Luxembourg
100% QS Holdings SARL Swiss Financing Branch
100% QS Holdings SARL Swiss Branc
100% QS Optics, Inc. California
100% Quiksilver Wetsuits, Inc. California
100% Mt. Waimea, Inc. California
100% Quiksilver Ent., Inc. California
100% DC Shoes, Inc. California
100% Fidra, Inc. California
100% Hawk Designs, Inc. California
100% QS Retail, Inc. California
100% Quiksilver Mexico, S. de R.L. de C.V. Mexico
100% Ventas Gama, S. de R.L. de C.V. Mexico
100% Quiksilver Commercial S. de R.L. de C.V. Mexico
DC Direct, Inc. California
100% Biarritz Holdings SARL Luxembourg
100% Biarritz Holdings SARL Swiss Branch
100% 54th Street Holdings SARL Luxembourg
100% 54th Street Holdings SARL Swiss Branch
100% Quiksilver Aus. Pty. Ltd. Australia
60% Chloelys Investment Ltd. Cyprus
100% Quiksilver Roxy Korea Ltd. Korea
100% DC (Shanghai) Commercial Co. Ltd. China
100% DC Shoes(Hong Kong) Ltd. Hong Kong
100% QSBR Industria e Comercio de Artigos Esportivos Ltda. Brazil
100% Quiksilver Deluxe SARL Luxembourg
100% Quiksilver Canada Corp. Canada
100% Quiksilver Singapore Ltd. Singapore
100% Quiksilver Foundation Australia Pty. Ltd. Australia
100% Quiksilver Intl. Pty. Ltd. Australia
100% QS Retail, Pty. Ltd. Australia
100% UMTT Pty. Ltd. Australia
50% 50% Quiksilver Japan K.K. Japan
100% QS Retail (Taiwan) Ltd. Taiwan
100% QS Retail (Thailand) Ltd. Thailand
100% Pavilion Prod. Pty. Ltd. Australia
100% QS Retail (NZ) Limited New Zealand
100% QSJ Holdings Pty. Ltd. Australia
1% 99% Ug Mfg. Co. Pty. Ltd. Australia
100% Quiksilver Sourcing Aust. Hong Kong
100% Caribbean Pty. Ltd. Australia
100% Ug Mfg. Co. (NZ) Ltd. New Zealand
99.9% PT Quiksilver Indonesia
100% DC Shoes Australia Pty. Ltd. Australia
100% DC Shoes (NZ) Limited New Zealand
100% Quiksilver Asia Sourcing Ltd. Hong Kong
50% Quiksilver Glorious (Longmen) Ltd. China
50% Quiksilver Glorious Sun JV Ltd. Hong Kong
50% Quiksilver Glorious Sun Licensing Ltd. Hong Kong
50% Quiksilver Glorious Sun Trading China
100% Quiksilver Asia Sourcing (Shanghai) Co. Ltd. China
100% Main Bridge Hong Kong
100% Quiksilver Glorious Sun Apparels (HZ) Ltd. China
100% Pilot SAS France
100% Na Pali SAS France
100% Meribel SAS France
100% Na Pali Europe SARL France
100% Cariboo SARL France
100% Tavarua SCI France
100% Kokolo SARL France (KO)
100% Emerald Coast France
100% Drop In SARL France
100% Quiksilver Travel France (QT)
10% 90% 1.Distribution s.r.o. Czech Republic
100% Boardriders Club Bratislava s.r.o. Slovakia
100% Santocha Ltd. Russia (ST)
100% Kauai GmbH Germany
100% Vanuatu GmbH Austria
100% New Pier Trading Ltd. South Africa (NP)
99.8% Sumbawa SL Spain
99% Haapiti SRL Italy
100% Tarawa Lda. Portugal
100% Sunshine Diffusion SA Switzerland
100% Lanai, Ltd. United Kingdom
100% Molokai Ltd. United Kingdom
100% Hanalei NV Belgium
100% Rawaki sp. Zoo Poland
100% Pukalani BV Netherlands
100% Namotu, Ltd. Ireland
100% Uluwatu Aps Denmark
100% Fistral Oy Finland
LEGEND
Debtor
Non-Debtor

