IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                        Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:
: **Related Docket No. 240**

## FOURTH NOTICE OF FILING OF
## ORDINARY COURSE PROFESSIONAL DECLARATIONS

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240] (the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby file the Fourth Notice of Filing of Ordinary Course Professional Declarations with respect to the professionals listed on Exhibit A hereto (the "Ordinary Course Professionals"). In support of the retention of the Ordinary Course Professionals, the Debtors have attached declarations executed by the Ordinary Course Professionals, attached hereto as Exhibits B and C.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of the Ordinary Course Professional must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be <u>received</u> by **December 2, 2015 at**

**4:00 p.m. (Eastern)** (the "<u>Objection Deadline</u>") by the applicable Ordinary Course Professional

and the following parties:

      (i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), <u>and</u> 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

      (ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), <u>and</u> Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

      (iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), <u>and</u> Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), <u>and</u> Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

      (iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

      (v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), <u>and</u> U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

      (vi) proposed counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), <u>and</u> Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

      (vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:   Wilmington, Delaware
         November 18, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

# **EXHIBIT A**

**List of Ordinary Course Professional Declarations**

INVESTIP
Polservice

# **EXHIBIT B**

**Ordinary Course Professional Declaration for
INVESTIP**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _NGUYEN TAI LONG_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   _INVESTIP INDUSTRIAL PROPERTY JOINT STOCK COMPANY_
   _No 5B, Lane 55, Huynh Thuc Khang str., Dong Da Dist., Hanoi, Vietnam_
   _P.O. BOX: 418 Hanoi - Vietnam_

2. Date of retention: _____

3. Type of services provided (accounting, legal, etc.):

   _- IP Law Firms in Vietnam, Legal_
       _+ Intellectual Property Agency_
       _+ Investment & Business Consultancy_
       _+ Full services IP Law Firm_

4. Brief description of services to be provided:

- Filing & granting 2 trademark applications + "DC & Star device" in the name of DC Shoes, Inc
- Filing & granting trademark application "Quiksilver" in the name of QS Holdings SARL

5. Arrangements for compensation (hourly, contingent, etc.):

    Hourly

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7. Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $ 400.93

    Date claim arose: 30 Aug. 2013 ; 21 Nov. 2013 ; 04 March 2015

    Source of claim: Fee for services/law ; the fee for legal

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

Quiksilver had outstanding invoices for a long time since 2013. They always delay payment when receiving our reminder mails. We had to use our own money to help them complete their work on time.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 15 November 2015

Name: NGUYEN TAI LONG
Title: General Director
Company: INVESTIP
Address: No 5B, Lane 55, Huynh Thuc Khang str., Dong Da Dist, Hanoi, Vietnam P.O.Box 48 Hanoi
Telephone: +84 4 37472500 / 37472507
Facsimile: +84 4 37472504 / 37472505

3

# EXHIBIT C

**Ordinary Course Professional Declaration for Polservice**

# EXHIBIT 2

OCP Declaration

In re Quiksilver, Inc., et al.
Chapter 11 Case No. 15-11880 (BLS)

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

>  Skadden, Arps, Slate, Meagher & Flom LLP
>  300 S. Grand Ave., Suite 3400
>  Los Angeles, CA 90071
>  Attn: Annie Li, Esq.
>  Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

We, Anna Stopińska-Ślefarska and Elżbieta Wilamowska-Maracewicz
I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   POLSERVICE

   Patent and Trademark Attorneys Office

   Bluszczańska Str. 73, 00-712 Warsaw, Poland

   P.O. Box 335, Warsaw, Poland

2. Date of retention:   September, 2006

3. Type of services provided (accounting, legal, etc.):

   legal services

1

4. Brief description of services to be provided:
   1. Representing Quiksilver, Inc. at the Polish Patent Office and other Polish authorities in the trademark matters.
   2. Preparing legal opinions for Quiksilver regarding protection and enforcement of their trademark rights in Poland.
   3. Filing opposition, litigation, cancellation cases with the Polish Patent Office in the name of Quiksilver, Inc.

5. Arrangements for compensation (hourly, contingent, etc.):

   ACCORDING TO THE SCHEDULE OF CHARGES

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ EUR 4 642,36
   Date claim arose: 14 January 2015; 13 April 2015; 7 July 2015, 7 July 2015; 7 October 2015 (please refer to the attached invoices)
   Source of claim: trademark opposition work done by the firm

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: $ N/A

   Date claim arose: N/A

   Source of claim: N/A

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

2

...
...

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   _____

   _____

   _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 17 November 2015

MEMBER OF THE BOARD
Anna Stopińska-Ślefarska

MEMBER OF THE BOARD
Elżbieta Wilamowska-Maracewicz

Name:
Title:
Company: POLSERVICE Patent and Trademark Attorneys Office
Address: 73 Błuszczańska Street
00-712 WARSAW, Poland
Telephone: +4822 4474 600
Facsimile: +4822 4474 646

Enclosures: copies of invoices

3

# POLSERVICE
## PATENT AND TRADEMARK ATTORNEYS OFFICE

Phone: (+48) 22 44 74 600
Fax: (+48) 22 44 74 646
(+48) 22 44 74 666
e-mail: ip@polservice.com.pl

Postal address:
00-950 Warsaw
P..O. Box 335, Poland

Quiksilver, Inc.
15202 Graham Street
92649 Huntington Beach CA
United States of America
VAT No. :

Telephone: (48-22) 44 74

**RCS**

Warszawa, 14 January 2015
Date of services: 14 January 2015

Our ref.:ZT/13 OT2139PL00/　　　　　　　　　　　　Your ref.:07613PL
**INVOICE NO. 9970407 Reverse Charge**
Faktura odwrotne obciążenie
Re:　　Poland - Opposition against R-262494 ROXY

| | |
|---|---:|
| **official fee** | |
| Power fee | 3,97 |
| **service charge** | |
| Late filing of documents | 25,00 |
| Administrative costs and postage | 20,00 |
| **disbursements** | |
| Costs of sworn translation into Polish | 54,60 |
| EUR | 103,57 |

Kindly remit your payment within 30 days

(78748)
Jolanta Turzańska

POLSERVICE PATENT AND TRADEMARK ATTORNEYS OFFICE
Bluszczanska 73, 00-712 Warszawa, www.polservice.com.pl
The District Court of Warsaw, XIII Department of Commerce, KRS: 000024 07 36, Initial capital: PLN 4.250.000
Bank Ochrony Środowiska SA., III Oddział w Warszawie, SWIFT: EBOSPLPW287
PL 64 1540 1287 2001 6870 1024 0002 (USD account), PL 37 1540 1287 2001 6870 1024 0003 (EUR account)
VAT (EU): PL 5213358857, NIP: 521-33-58-857, REGON: 14 023 48 21

# POLSERVICE

PATENT AND TRADEMARK
ATTORNEYS OFFICE

Phone: (+48) 22 44 74 600
Fax:     (+48) 22 44 74 646
          (+48) 22 44 74 666
e-mail: ip@polservice.com.pl

Postal address:
00-950 Warsaw
P..O. Box 335, Poland

Quiksilver, Inc.
15202 Graham Street
92649 Huntington Beach CA
United States of America
VAT No. :

Telephone: (48-22) 44 74

RCS

Warszawa, 13 April 2015
Date of services: 13 April 2013

Our ref.:ZT-13  OT2175PL00/
INVOICE NO. 9975392 Reverse Charge
Faktura odwrotne obciążenie
Re:   Poland - Opposition Against Reg. 266329 ROXA

Your ref.:

```
official fee

Filing an opposition                                            248.77
Approval of Power of Attorney                                     4.23

service charge

Filing an opposition                                            900.00
Administrative costs and postage                                 20.00

                                                  EUR     1 173.00
```

Kindly remit your payment within 30 days

(78748)
Jolanta Turzańska

POLSERVICE PATENT AND TRADEMARK ATTORNEYS OFFICE
Bluszczanska 73, 00-712 Warszawa, www.polservice.com.pl
The District Court of Warsaw, XIII Department of Commerce, KRS: 000024 07 36, Initial capital: PLN 4.250.000
Bank Ochrony Środowiska SA., III Oddział w Warszawie, SWIFT: EBOSPLPW287
PL 64 1540 1287 2001 6870 1024 0002 (USD account), PL 37 1540 1287 2001 6870 1024 0003 (EUR account)
VAT (EU): PL 5213358857, NIP: 521-33-58-857, REGON: 14 023 48 21

# POLSERVICE
PATENT AND TRADEMARK
ATTORNEYS OFFICE

Phone:  (+48) 22 44 74 600
Fax:    (+48) 22 44 74 646
        (+48) 22 44 74 666
e-mail: ip@polservice.com.pl

Postal address:
00-950 Warsaw
P.O. Box 335, Poland

Quiksilver, Inc.
15202 Graham Street
92649 Huntington Beach CA
United States of America
VAT No. :

Telephone: (48-22) 44 74 708

RCS

**REGISTERED**
**AIR MAIL**

Warszawa, 07 July 2015
Date of services: July 7, 2015

Our ref.:ZT/31/ OT2094PL00/                                      Your ref.: 07526PL
INVOICE NO. 9979901 Reverse Charge
Faktura odwrotne obciążenie
Re:             Opposition against the Polish Trademark Registration ROXY No. R.258187
on the base of:  Biarritz Holdings' trademarks ROXY

| | |
|---|---:|
| <u>disbursement</u> | |
| Sworn translation of CTM ROXY into Polish | 6.91 |
| <u>service charge</u> | |
| Reporting the PPO's letter with the counter party's standpoint | 80.00 |
| Reporting the term of Hearing | 60.00 |
| Obtaining and elaborating documents to translation | 50.00 |
| Preparing to the Hearing | 200.00 |
| Attending at the Hearing | 200,00 |
| Correspondence in the matter (our eml of June 26, 30, 2014 May 7, 2014 and July 7, 2015) | 100.00 |
| Administrative costs and postage | 20.00 |
| **EUR** | **716.91** |

Kindly remit your payment within 30 days

(78748)
Grażyna Graczyk

POLSERVICE PATENT AND TRADEMARK ATTORNEYS OFFICE
Bluszczanska 73, 00-712 Warszawa, www.polservice.com.pl
The District Court of Warsaw, XIII Department of Commerce, KRS: 000024 07 36, Initial capital: PLN 4.250.000
Bank Ochrony Środowiska SA., III Oddzial w Warszawie, SWIFT: EBOSPLPW287
PL 64 1540 1287 2001 6870 1024 0002 (USD account), PL 37 1540 1287 2001 6870 1024 0003 (EUR account)
VAT (EU): PL 5213358857, NIP: 521-33-58-857, REGON: 14 023 48 21

# POLSERVICE
## PATENT AND TRADEMARK ATTORNEYS OFFICE

Phone: (+48) 22 44 74 600
Fax: (+48) 22 44 74 646
(+48) 22 44 74 666
e-mail: ip@polservice.com.pl

Postal address:
00-950 Warsaw
P.O. Box 335, Poland

Quiksilver, Inc.
15202 Graham Street
92649 Huntington Beach CA
United States of America
VAT No. :

Telephone: (48-22) 44 74 708

RCS

**REGISTERED**
**AIR MAIL**

Warszawa, 07 July 2015
Date of services: July 7, 2015

Our ref.:ZT/31/ OT2060PL00/
**INVOICE NO. 9979910 Reverse Charge**
**Faktura odwrotne obciążenie**
Re: Poland - Opposition against the trademark ROXY 258187
on the base of: QS Wholesale, Inc. the Polish part of IR trademark ROXY LIFE

Your ref.:07526PL

```
official fee

Filing an opposition                                            238.15
Approval of Power of Attorney                                     4.05

disbursement

Sworn translation of documents into Polish                       76.68

service charge

Analyzing the matter and preparing the opinion in the matter
(our eml dated February 12, 2014)                               120.00
Preparing and directing to the counter party the warning
letter (June 02, 2014)                                          350.00
Obtaining and elaboration documents to translation              100.00
Preparing and filing an opposition                              850.00
Reporting the PPO's letter with the counter party's standpoint   80.00
Reporting the term of Hearing                                    60.00
Preparing to the Hearing                                        200.00
Attending the Hearing                                           200.00
The whole costs of correspondences in the matter                100.00
Administrative costs and postage                                 20.00

                                                      EUR   2 398.88
```

Kindly remit your payment within 30 days

(78748)
Grażyna Graczyk

POLSERVICE PATENT AND TRADEMARK ATTORNEYS OFFICE
Bluszczanska 73, 00-712 Warszawa, www.polservice.com.pl
The District Court of Warsaw, XIII Department of Commerce, KRS: 000024 07 36, Initial capital: PLN 4.250.000
Bank Ochrony Środowiska SA., III Oddział w Warszawie, SWIFT: EBOSPLPW287
PL 64 1540 1287 2001 6870 1024 0002 (USD account), PL 37 1540 1287 2001 6870 1024 0003 (EUR account)
VAT (EU): PL 5213358857, NIP: 521-33-58-857, REGON: 14 023 48 21

# POLSERVICE

## PATENT AND TRADEMARK
## ATTORNEYS OFFICE

Phone: (+48) 22 44 74 500
Fax: (+48) 22 44 74 646
(+48) 22 44 74 666
e-mail: ip@polservice.com.pl

Postal address:
00-950 Warsaw
P.O. Box 335, Poland

Quiksilver, Inc.
15202 Graham Street
92649 Huntington Beach CA
United States of America
VAT No. :

Telephone: (48-22) 44 74

RCS

Warszawa, 07 October 2015
Date of services: 07 October 2015

Our ref.:ZT-13 OT2175PL00/
**INVOICE NO. 9984571 Reverse Charge**
**Faktura odwrotne obciążenie**
Re:
In the name of:

Your ref.:  please quote

```
oservice charge

Filing  POA  with  the  PPO
50.00
Poland - Opposition against ROXA reg. No. 266329
Correspondence  in  the  case  /adverse  party:   April-October  2015
200.00
```

|  | EUR | 250.00 |
|---|---|---|

Kindly remit your payment within 30 days

(78748)
Jolanta Turzańska

POLSERVICE PATENT AND TRADEMARK ATTORNEYS OFFICE
Bluszczańska 73, 00-712 Warszawa, www.polservice.com.pl
The District Court of Warsaw, XIII Department of Commerce, KRS 0000240736, Initial capital: PLN 4.250.000
Bank Ochrony Środowiska S.A., III Oddział w Warszawie, SWIFT: EBOSPLPW2S7
PL 61 1540 1287 2001 6870 1024 0002 (USD account), PL 37 1540 1287 2001 6870 1024 0003 (EUR account)
VAT (EU): PL 5213358857, NIP: 521-33-58-857, REGON: 14 023 48 21