# EXHIBIT C

## (Staffing Plan - Pepper Hamilton LLP)

| CATEGORY OF TIMEKEEPER (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE (2015 BILLING RATES) |
|---|---|---|
| Partner | 3 | $695.00 |
| Of Counsel | 0 | N/A |
| Associate | 3 | $393.00 |
| Paralegal | 3 | $238.33 |
| Case Management Assistant | 1 | $60.00 |

#36424530 v1