# EXHIBIT E

## (Summary of Total Fees Incurred and Hours Billed During Fee Period)

| Timekeeper Name | Position (Year of Bar Admission) | Department | Fees Billed IN THIS FEE APPLICATION | Hours Billed IN THIS FEE APPLICATION | Hourly Rate Billed IN THIS FEE APPLICATION | Number of Rate Increases |
|---|---|---|---|---|---|---|
| David B. Stratton | Partner (1978) | Corporate Restructuring & Bankruptcy | $24,964.00 | 31.60 | $790.00 | None |
| David M. Fournier | Partner (1990) | Corporate Restructuring & Bankruptcy | $22,032.00 | 30.60 | $720.00 | None |
| Angelo A. Stio, III | Partner (2007) | Commercial Litigation | $25,070.00 | 43.60 | $575.00 | None |
| Christopher Soper | Associate (2012) | Commercial Litigation | $7,222.00 | 15.70 | $460.00 | None |
| John H. Schanne, II | Associate (2009) | Corporate Restructuring & Bankruptcy | $41,947.50 | 98.70 | $425.00 | None |
| Suzanne M. Noyes | Associate (2014) | Commercial Litigation | $1,711.00 | 5.80 | $295.00 | None |
| Susan Henry | Paralegal | Corporate Restructuring & Bankruptcy | $994.50 | 3.90 | $255.00 | None |
| Christopher Lano | Paralegal | Corporate Restructuring & Bankruptcy | $6,500.00 | 26.00 | $250.00 | None |
| Rebecca S. Hudson | Paralegal | Corporate Restructuring & Bankruptcy | $4,599.00 | 21.90 | $210.00 | None |
| David Smith | Case Management Assistant | N/A | $684.00 | 11.40 | $60.00 | None |
| **TOTALS:** | | | **$135,724.00** | **289.20** | | |

#36424530 v1