## **EXHIBIT F**

**(Detailed Description of Services Rendered During Fee Period)**

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

## Time Detail by Task Code

TASK CODE:  B110   Case Administration

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 09/28/15 | J.H. Schanne, II | Email to A. Beane re appearance papers (.1); email to R. Hudson re same (.1). | 0.20 | 425.00 | 85.00 |
| 09/28/15 | J.H. Schanne, II | Review and revise notice of appearance (.1); confer with R. Hudson re same (.1). | 0.20 | 425.00 | 85.00 |
| 09/28/15 | J.H. Schanne, II | Confer with R. Hudson re M. Lahare pro hac (.1); review and revise same (.1). | 0.20 | 425.00 | 85.00 |
| 09/28/15 | J.H. Schanne, II | Confer with R. Hudson re M. Stamer pro hac (.1); review and revise same (.1). | 0.20 | 425.00 | 85.00 |
| 09/28/15 | R.S. Hudson | Revise notice of appearance and pro hacs. | 0.30 | 210.00 | 63.00 |
| 09/29/15 | J.H. Schanne, II | Email to C. Lano re J. Sockin pro hac (.1); review and revise same (.1); email to L. Lifland re same (.1). | 0.30 | 425.00 | 127.50 |
| 09/29/15 | J.H. Schanne, II | Email to C. Lano re A. Querski pro hac (.1); review and revise same (.1); email to L. Lifland re same (.1). | 0.30 | 425.00 | 127.50 |
| 09/29/15 | J.H. Schanne, II | Email to A. Sgalippi re notification issues. | 0.10 | 425.00 | 42.50 |
| 09/29/15 | J.H. Schanne, II | Follow-up re notification issues. | 0.20 | 425.00 | 85.00 |
| 09/29/15 | J.H. Schanne, II | Follow up with C. Lano and L. Lifland re appearance and pro hacs. | 0.30 | 425.00 | 127.50 |
| 09/29/15 | R.S. Hudson | File pro hac vice motions for M. Lahaie and M. Stamer of | 0.60 | 210.00 | 126.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 4

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| | | Akin Gump. | | | |
| 09/29/15 | C. Lano | Prepare Pro hac vices re A. Qureshi and J. Sorkin. | 0.60 | 250.00 | 150.00 |
| 09/29/15 | C. Lano | File Notice of Appearance. | 0.30 | 250.00 | 75.00 |
| 09/29/15 | C. Lano | Serve Notice of Appearance. | 0.10 | 250.00 | 25.00 |
| 09/30/15 | D. Fournier | Review correspondence from S. Finney. | 0.30 | 720.00 | 216.00 |
| 09/30/15 | J.H. Schanne, II | Prepare initial case calendar. | 2.90 | 425.00 | 1,232.50 |
| 09/30/15 | J.H. Schanne, II | Email to C. Lano re J. Sockin and A. Quershi pro hacs (.1); email to L. Lifland re same (.1). | 0.20 | 425.00 | 85.00 |
| 09/30/15 | R.S. Hudson | Prepare index to first day pleadings binder. | 0.50 | 210.00 | 105.00 |
| 09/30/15 | C. Lano | Review critical dates calendar. | 0.10 | 250.00 | 25.00 |
| 09/30/15 | C. Lano | Revise Pro Hac Vice per J. Schanne. | 0.10 | 250.00 | 25.00 |
| 09/30/15 | C. Lano | Confer with J. Schanne re reviewing docket and first day pleadings (.2); Organizing and first day pleadings (1.6). | 1.80 | 250.00 | 450.00 |
| 10/01/15 | J.H. Schanne, II | Email to L. Lifland re pro hacs (.1); email to C. Lano re filing and service of same (.1). | 0.20 | 425.00 | 85.00 |
| 10/01/15 | J.H. Schanne, II | Review and execute certification re J. Sockin pro hac (.1); review and execute certification re A. Jureski pro hac (.1). | 0.20 | 425.00 | 85.00 |
| 10/01/15 | C. Lano | Email J. Schanne re status of First Day Filings. | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 5

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/01/15 | C. Lano | Update First Day binders. | 1.30 | 250.00 | 325.00 |
| 10/01/15 | D. Smith | Review docket for entries and e-mail documents to A. Stio per D. Fournier. | 0.80 | 60.00 | 48.00 |
| 10/02/15 | J.H. Schanne, II | Prepare initial case calendar. | 1.40 | 425.00 | 595.00 |
| 10/02/15 | J.H. Schanne, II | Emails to L. Lifland re potential filings. | 0.10 | 425.00 | 42.50 |
| 10/02/15 | R.S. Hudson | File pro hac vice motions for A. Qureshi and J. Sorkin. | 0.50 | 210.00 | 105.00 |
| 10/02/15 | D. Smith | Review and print documents for agenda binder per D. Stratton. | 1.00 | 60.00 | 60.00 |
| 10/05/15 | C. Lano | File A. Beane pro hac vice motion. | 0.30 | 250.00 | 75.00 |
| 10/05/15 | C. Lano | Email A. Beane filed pro hac vice motion. | 0.10 | 250.00 | 25.00 |
| 10/06/15 | D. Smith | Review and print documents from docketing system then assemble agenda binder. | 0.50 | 60.00 | 30.00 |
| 10/06/15 | D. Smith | Organize pleadings files. | 1.20 | 60.00 | 72.00 |
| 10/07/15 | D. Smith | Organize pleadings files. | 1.20 | 60.00 | 72.00 |
| 10/08/15 | C. Lano | Prepare A. Stio Pro Hac Vice. | 0.30 | 250.00 | 75.00 |
| 10/08/15 | C. Lano | Email A. Stio proposed Pro Hac Vice. | 0.10 | 250.00 | 25.00 |
| 10/08/15 | C. Lano | Confer with D. Fournier re A. Stio's pro hac motion. | 0.10 | 250.00 | 25.00 |
| 10/08/15 | C. Lano | File A. Stio's pro hac motion. | 0.20 | 250.00 | 50.00 |
| 10/08/15 | C. Lano | Confer with J. Schanne re status of filing. | 0.10 | 250.00 | 25.00 |
| 10/09/15 | D. Smith | Organize pleadings files. | 0.80 | 60.00 | 48.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                                    Invoice: 10957679
November 17, 2015                                                              Page 6

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/12/15 | J.H. Schanne, II | Prepare critical dates calendar. | 0.90 | 425.00 | 382.50 |
| 10/13/15 | C. Lano | Email A. Stio requesting signed pro hac. | 0.10 | 250.00 | 25.00 |
| 10/13/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 10/13/15 | D. Smith | Review docket then print documents from docketing system and assemble agenda binder per C. Lano. | 1.60 | 60.00 | 96.00 |
| 10/14/15 | D. Smith | Deliver documents to J. Schanne at Bankruptcy court per J. Schanne then organized pleadings files. | 1,20 | 60.00 | 72.00 |
| 10/16/15 | D. Stratton | Review dates calendar and note 341 meeting (.1); email to J. Schanne re omnibus hearing date (.1). | 0.20 | 790.00 | 158.00 |
| 10/16/15 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 425.00 | 127.50 |
| 10/16/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 10/16/15 | C. Lano | Email A. Sgalippi re ECF notifications. | 0.10 | 250.00 | 25.00 |
| 10/19/15 | C. Lano | Email A. Sgalippi re ECF notifications. | 0.10 | 250.00 | 25.00 |
| 10/19/15 | D. Smith | Organize pleadings files. | 0.80 | 60.00 | 48.00 |
| 10/20/15 | C. Lano | Email exchange with A. Sgalippi and R. Rubin re ECF notifications. | 0.20 | 250.00 | 50.00 |
| 10/21/15 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 425.00 | 85.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 7

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/23/15 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 425.00 | 127.50 |
| 10/23/15 | C. Lano | Review critical dates calendar. | 0.10 | 250.00 | 25.00 |
| 10/26/15 | D. Smith | Assemble agenda binder per C. Lano. | 0.30 | 60.00 | 18.00 |
| 10/27/15 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 425.00 | 127.50 |
| 10/27/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 10/27/15 | D. Smith | Revise agenda binders per C. Lano. | 0.80 | 60.00 | 48.00 |
| 10/28/15 | D. Smith | Organize pleadings file. | 0.60 | 60.00 | 36.00 |
| 10/30/15 | J.H. Schanne, II | Update critical dates calendar (.3); circulate same to PH team (.1). | 0.40 | 425.00 | 170.00 |
| Total B110 Case Administration | | | 29.10 | | 7,041.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

TASK CODE:  B112   General Creditor Inquiries

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/21/15 | J.H. Schanne, II | Telephone call from creditor re case status issues. | 0.20 | 425.00 | 85.00 |
| Total B112  General Creditor Inquiries | | | 0.20 | | 85.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 9

TASK CODE:  B113   Pleadings Review/Memos

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/05/15 | D. Stratton | Review declaration in support of 1st day relief. | 0.70 | 790.00 | 553.00 |
| 10/08/15 | J.H. Schanne, II | Review first day affidavit. | 0.90 | 425.00 | 382.50 |
| 10/11/15 | J.H. Schanne, II | Review first day affidavit. | 0.30 | 425.00 | 127.50 |
| Total B113 Pleadings Review/Memos | | | 1.90 | | 1,063.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 10

TASK CODE:  B150  Creditors' Committee

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/06/15 | D. Fournier | Emails from and to L. Lifland re Committee meeting. | 0.10 | 720.00 | 72.00 |
| 10/06/15 | D. Stratton | Pre-call and call with Creditors' committee. | 0.70 | 790.00 | 553.00 |
| 10/13/15 | D. Stratton | Participate in pre-call and weekly call with the committee. | 0.60 | 790.00 | 474.00 |
| 10/27/15 | D. Fournier | Emails to and from M. Lahaia re 341 meeting. | 0.10 | 720.00 | 72.00 |
| 10/27/15 | D. Fournier | Review Agenda for Committee call (.1); emails to and from A. Beane re same (.1). | 0.20 | 720.00 | 144.00 |
| 10/27/15 | D. Stratton | Participate in pre-call and committee conference call. | 1.20 | 790.00 | 948.00 |
| 10/27/15 | J.H. Schanne, II | Review reports to committee. | 0.30 | 425.00 | 127.50 |
| 10/28/15 | J.H. Schanne, II | Prepare for and attend 341 meeting. | 2.30 | 425.00 | 977.50 |
| 10/28/15 | J.H. Schanne, II | Draft summary of 341 meeting for Committee. | 0.50 | 425.00 | 212.50 |
| Total B150  Creditors' Committee | | | 6.00 | | 3,580.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number:  143678.00002
November 17, 2015

Invoice: 10957679
Page 11

TASK CODE:  B155   Court Hearings

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/02/15 | D. Stratton | Review agenda and have pleadings assembled for 10/6 hearing (.1); emails re same (.1). | 0.20 | 790.00 | 158.00 |
| 10/02/15 | C. Lano | Confer with D. Stratton re 10/6/15 hearing. | 0.10 | 250.00 | 25.00 |
| 10/02/15 | C. Lano | Confer with D. Smith re 10/6/15 hearing binder. | 0.30 | 250.00 | 75.00 |
| 10/02/15 | C. Lano | Revise 10/6/15 hearing binder. | 0.40 | 250.00 | 100.00 |
| 10/02/15 | C. Lano | Coordinate with Courtcall re L. Lifland's 10/6/15 telephonic appearance. | 0.30 | 250.00 | 75.00 |
| 10/02/15 | C. Lano | Confer with J. Schanne re L. Lifland's 10/6/15 telephonic appearance. | 0.10 | 250.00 | 25.00 |
| 10/04/15 | J.H. Schanne, II | Multiple emails to Akin and Pepper teams re pro hacs, binders and hearing preparation. | 0.30 | 425.00 | 127.50 |
| 10/05/15 | D. Stratton | Prepare for omnibus hearing. | 1.60 | 790.00 | 1,264.00 |
| 10/05/15 | C. Lano | Telephone CourtCall re status of L. Lifland's 10/6/15 telephonic appearance. | 0.30 | 250.00 | 75.00 |
| 10/05/15 | C. Lano | Email L. Lifland's 10/6/15 telephonic confirmation. | 0.10 | 250.00 | 25.00 |
| 10/05/15 | C. Lano | Review Amended 10/6/15 Agenda. | 0.10 | 250.00 | 25.00 |
| 10/05/15 | C. Lano | Confer with D .Smith re Amended 10/6/15 Agenda. | 0.10 | 250.00 | 25.00 |
| 10/05/15 | C. Lano | Prepare supplemental | 0.40 | 250.00 | 100.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | 10/6/15 hearing binder for L. Lifland. | | | |
| 10/05/15 | C. Lano | Confer with R. Hudson re additional supplemental filings for hearing. | 0.10 | 250.00 | 25.00 |
| 10/06/15 | D. Fournier | Confer with A. Stio re 10/14 hearing. | 0.10 | 720.00 | 72.00 |
| 10/06/15 | D. Stratton | Prepare for hearing. | 1.60 | 790.00 | 1,264.00 |
| 10/06/15 | D. Stratton | Attend omnibus hearing and follow-up. | 2.10 | 790.00 | 1,659.00 |
| 10/06/15 | D. Stratton | Telephone call with M. Stamer and M. Lahaie results of hearing. | 0.20 | 790.00 | 158.00 |
| 10/06/15 | C. Lano | Update supplemental 10/6/15 hearing documents for D. Stratton. | 0.30 | 250.00 | 75.00 |
| 10/06/15 | C. Lano | Update hearing calendar. | 0.10 | 250.00 | 25.00 |
| 10/09/15 | C. Lano | Confer with J. Schanne re 10/14/15 hearing. | 0.10 | 250.00 | 25.00 |
| 10/09/15 | C. Lano | Coordinate with CourtCall re L. Lifland's 10/14/15 telephonic appearance. | 0.30 | 250.00 | 75.00 |
| 10/09/15 | C. Lano | Email L. Lifland's 10/14/15 telephonic confirmation and Agenda. | 0.10 | 250.00 | 25.00 |
| 10/12/15 | D. Stratton | Confer with D. Fournier re 10/14 hearing and follow up. | 0.20 | 790.00 | 158.00 |
| 10/12/15 | D. Stratton | Emails to and from M. Lahaie re hearing. | 0.20 | 790.00 | 158.00 |
| 10/12/15 | D. Stratton | Attend to logistics for hearing. | 0.50 | 790.00 | 395.00 |
| 10/12/15 | R.S. Hudson | Prepare and organize hearing binders. | 4.00 | 210.00 | 840.00 |
| 10/13/15 | D. Fournier | Meet wit D. Stratton and J. Schanne re preparation for | 0.30 | 720.00 | 216.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 13

| | | | | | |
|---|---|---|---|---|---|
| | | 10/14 hearing. | | | |
| 10/13/15 | D. Stratton | Telephone call with Akin litigation team re hearing. | 0.20 | 790.00 | 158.00 |
| 10/13/15 | D. Stratton | Meet with Pepper team to discuss preparations for hearing. | 0.30 | 790.00 | 237.00 |
| 10/13/15 | D. Stratton | Prepare for omnibus hearing. | 3.70 | 790.00 | 2,923.00 |
| 10/13/15 | J.H. Schanne, II | Prepare hearing materials. | 1.10 | 425.00 | 467.50 |
| 10/13/15 | J.H. Schanne, II | Prepare materials for contested hearing. | 1.60 | 425.00 | 680.00 |
| 10/13/15 | J.H. Schanne, II | Meet with D. Stratton, D. Fournier and C. Lano re open items for hearing. | 0.30 | 425.00 | 127.50 |
| 10/13/15 | C. Lano | Organize 10/14/15 hearing binders. | 2.70 | 250.00 | 675.00 |
| 10/13/15 | C. Lano | Confer with J. Schanne re 10/14/15 hearing binders. | 0.20 | 250.00 | 50.00 |
| 10/13/15 | C. Lano | Review Amended 10/14/15 Agenda. | 0.10 | 250.00 | 25.00 |
| 10/13/15 | C. Lano | Confer with D. Smith re 10/14/15 hearing binders. | 0.40 | 250.00 | 100.00 |
| 10/13/15 | C. Lano | Confer with D. Fournier, D. Stratton, and J. Schanne re 10/14/15 hearing preparation. | 0.30 | 250.00 | 75.00 |
| 10/13/15 | C. Lano | Confer with R. Hudson re supplemental 10/14/15 hearing documents. | 0.30 | 250.00 | 75.00 |
| 10/13/15 | C. Lano | Prepare 10/14/15 supplemental hearing documents. | 0.70 | 250.00 | 175.00 |
| 10/14/15 | D. Fournier | Emails to and from M. Stamer re hearing (.1); confer with D. Stratton re same (.2). | 0.30 | 720.00 | 216.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 14

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/15 | D. Stratton | Prepare for omnibus hearing. | 1.70 | 790.00 | 1,343.00 |
| 10/14/15 | D. Stratton | Attend omnibus hearing. | 7.90 | 790.00 | 6,241.00 |
| 10/14/15 | J.H. Schanne, II | Prepare for and attend contested hearing. | 8.60 | 425.00 | 3,655.00 |
| 10/14/15 | J.H. Schanne, II | Prepare materials for continued hearing. | 0.80 | 425.00 | 340.00 |
| 10/14/15 | C. Lano | Prepare supplemental 10/14/15 hearing documents. | 1.70 | 250.00 | 425.00 |
| 10/14/15 | C. Lano | Confer with J. Schanne re supplemental 10/14/15 hearing documents. | 0.20 | 250.00 | 50.00 |
| 10/15/15 | D. Fournier | Attend hearing on DIP/PSA. | 7.10 | 720.00 | 5,112.00 |
| 10/15/15 | J.H. Schanne, II | Prepare for and attend contested DIP financing hearing. | 7.70 | 425.00 | 3,272.50 |
| 10/15/15 | C. Lano | Email L. Lifland 10/14/15 hearing transcript. | 0.10 | 250.00 | 25.00 |
| 10/22/15 | C. Lano | Coordinate with CourtCall re D. Fournier's, M. Stamer's and M. Lahaie's 10/26/15 telephonic appearances. | 0.30 | 250.00 | 75.00 |
| 10/22/15 | C. Lano | Confer with D. Fournier re 10/26/15 10/26/15 telephonic appearances. | 0.10 | 250.00 | 25.00 |
| 10/23/15 | J.H. Schanne, II | Review notice of telephonic hearing (.1); email to D. Stratton and D. Fournier re Pepper Hamilton coverage for same (.1). | 0.20 | 425.00 | 85.00 |
| 10/23/15 | C. Lano | Review 10/26/15 telephonic confirmations and forward same. | 0.10 | 250.00 | 25.00 |
| 10/23/15 | C. Lano | Email J. Schanne status of 10/28/15 telephonic hearing. | 0.10 | 250.00 | 25.00 |
| 10/23/15 | C. Lano | Coordinate with CourtCall re | 0.20 | 250.00 | 50.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                                    Invoice: 10957679
November 17, 2015                                                              Page 15

|          |                |                                                                      |      |        |          |
|----------|----------------|----------------------------------------------------------------------|------|--------|----------|
|          |                | L. Lifland's 10/28/15 telephonic appearance.                         |      |        |          |
| 10/26/15 | D. Fournier    | Review 10/28 hearing agenda.                                         | 0.10 | 720.00 | 72.00    |
| 10/26/15 | C. Lano        | Review 10/26/15 Amended Agenda.                                     | 0.10 | 250.00 | 25.00    |
| 10/26/15 | C. Lano        | Review 10/28/15 Agenda.                                              | 0.10 | 250.00 | 25.00    |
| 10/26/15 | C. Lano        | Review 10/28/15 telephonic confirmation and forward same.           | 0.10 | 250.00 | 25.00    |
| 10/26/15 | C. Lano        | Organize 10/28/15 hearing binder.                                   | 1.20 | 250.00 | 300.00   |
| 10/26/15 | C. Lano        | Confer with D. Smith re 10/28/15 hearing binder.                    | 0.20 | 250.00 | 50.00    |
| 10/27/15 | J.H. Schanne, II | Email to C. Lano re hearing coverage.                             | 0.10 | 425.00 | 42.50    |
| 10/27/15 | C. Lano        | Email J. Schanne re 10/28/15 hearing.                               | 0.10 | 250.00 | 25.00    |
| 10/27/15 | C. Lano        | Email L. Lifland re 10/28/15 hearing binder.                        | 0.10 | 250.00 | 25.00    |
| 10/27/15 | C. Lano        | Organize supplemental 10/28/15 hearing binder.                      | 0.40 | 250.00 | 100.00   |
| 10/27/15 | C. Lano        | Confer with D. Smith re 10/28/15 hearing binder.                    | 0.20 | 250.00 | 50.00    |
| 10/27/15 | C. Lano        | Email M. Lahaie re 10/28/15 telephonic appearances.                 | 0.10 | 250.00 | 25.00    |
| 10/27/15 | C. Lano        | Revise 10/28/15 hearing binder.                                     | 0.30 | 250.00 | 75.00    |
| 10/28/15 | D. Fournier    | Review email from A. Beane re hearing.                              | 0.10 | 720.00 | 72.00    |
| 10/28/15 | D. Stratton    | Prepare for and attend omnibus hearing.                             | 4.40 | 790.00 | 3,476.00 |
| 10/28/15 | J.H. Schanne, II | Emails with Reliable re hearing transcript (.2); emails with L. Lifland re | 0.30 | 425.00 | 127.50   |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                                    Invoice: 10957679
November 17, 2015                                                        Page 16


                              same (.1).
                                                        _____        _____
Total B155  Court Hearings                                71.40            38,517.00

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                          Invoice: 10957679
November 17, 2015                                                      Page 17

TASK CODE:  B160   Fees

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/29/15 | J.H. Schanne, II | Prepare Pepper Hamilton's first monthly fee application. | 1.40 | 425.00 | 595.00 |
| Total B160  Fees | | | 1.40 | | 595.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 18

TASK CODE:  B170  Employment of Professionals

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 09/30/15 | D. Stratton | Confer with J. Schanne re retention application and next steps. | 0.20 | 790.00 | 158.00 |
| 09/30/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 2.50 | 425.00 | 1,062.50 |
| 10/01/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 1.10 | 425.00 | 467.50 |
| 10/01/15 | S. Henry | Research re potential relationships with parties in interest. | 0.50 | 255.00 | 127.50 |
| 10/01/15 | S. Henry | Discussion with J. Schanne re research concerning potential relationships with parties in interest. | 0.10 | 255.00 | 25.50 |
| 10/01/15 | S. Henry | Prepare e-mail to R. Hudson re research concerning potential relationships with parties in interest. | 0.10 | 255.00 | 25.50 |
| 10/02/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 0.50 | 425.00 | 212.50 |
| 10/02/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 2.20 | 425.00 | 935.00 |
| 10/02/15 | S. Henry | Research re potential relationships with parties in interest (0.8); prepare e-mails to R. Hudson re same (0.2). | 1.00 | 255.00 | 255.00 |
| 10/02/15 | R.S. Hudson | Preparation of Pepper retention application. | 1.00 | 210.00 | 210.00 |
| 10/05/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 0.20 | 425.00 | 85.00 |
| 10/05/15 | S. Henry | Research re potential | 0.60 | 255.00 | 153.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 19

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| | | relationships with parties in interest. | | | |
| 10/05/15 | R.S. Hudson | Preparation of Pepper's retention application. | 1.00 | 210.00 | 210.00 |
| 10/06/15 | S. Henry | Research re potential relationships with parties in interest (0.9); prepare e-mail to R. Hudson re same (0.1). | 1.00 | 255.00 | 255.00 |
| 10/07/15 | R.S. Hudson | Preparation of Pepper's retention application. | 2.00 | 210.00 | 420.00 |
| 10/08/15 | R.S. Hudson | Preparation of Pepper retention application. | 1.50 | 210.00 | 315.00 |
| 10/15/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 1.20 | 425.00 | 510.00 |
| 10/15/15 | R.S. Hudson | Preparation of Pepper's retention application. | 0.50 | 210.00 | 105.00 |
| 10/16/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 0.40 | 425.00 | 170.00 |
| 10/16/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 3.90 | 425.00 | 1,657.50 |
| 10/19/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 3.70 | 425.00 | 1,572.50 |
| 10/20/15 | D. Stratton | Review and respond to emails re Pepper budget. | 0.20 | 790.00 | 158.00 |
| 10/20/15 | D. Stratton | Respond to emails re disclosures for retention application. | 0.20 | 790.00 | 158.00 |
| 10/20/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 2.10 | 425.00 | 892.50 |
| 10/20/15 | R.S. Hudson | Preparing Pepper's retention application. | 1.00 | 210.00 | 210.00 |
| 10/20/15 | R.S. Hudson | Confer with J. Schanne re Pepper's retention application. | 0.20 | 210.00 | 42.00 |
| 10/21/15 | J.H. Schanne, II | Prepare Pepper Hamilton's | 2.30 | 425.00 | 977.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 20

| | | | | | |
|---|---|---|---|---|---|
| | | retention application. | | | |
| 10/21/15 | C. Lano | Prepare draft Notice of Pepper Hamilton Retention Application. | 0.20 | 250.00 | 50.00 |
| 10/22/15 | J.H. Schanne, II | Prepare quarterly budget. | 0.90 | 425.00 | 382.50 |
| 10/22/15 | J.H. Schanne, II | Prepare quarterly staffing plan. | 0.20 | 425.00 | 85.00 |
| 10/22/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 0.80 | 425.00 | 340.00 |
| 10/23/15 | D. Fournier | Review and revise draft Pepper Hamilton retention papers. | 1.40 | 720.00 | 1,008.00 |
| 10/23/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 1.50 | 425.00 | 637.50 |
| 10/27/15 | J.H. Schanne, II | Prepare Pepper Hamilton's retention application. | 4.70 | 425.00 | 1,997.50 |
| 10/27/15 | R.S. Hudson | File Pepper's retention application. | 0.50 | 210.00 | 105.00 |
| 10/27/15 | R.S. Hudson | Serve Pepper's retention application. | 0.20 | 210.00 | 42.00 |
| 10/27/15 | C. Lano | Prepare Certificate of Service re Pepper Hamilton Retention Application. | 0.10 | 250.00 | 25.00 |
| 10/27/15 | C. Lano | Email J. Schanne re Notice of Pepper Hamilton's Retention Application. | 0.10 | 250.00 | 25.00 |
| 10/27/15 | C. Lano | Prepare Pepper Hamilton's Retention Application for filing. | 0.30 | 250.00 | 75.00 |
| 10/27/15 | C. Lano | Confer with J. Schanne re status of filing Pepper Hamilton's Retention Application. | 0.10 | 250.00 | 25.00 |
| 10/29/15 | J.H. Schanne, II | Email to R. Hudson re retention issues. | 0.10 | 425.00 | 42.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 10/29/15 | R.S. Hudson | Review court's docket re supplemental disclosures. | 1.00 | 210.00 | 210.00 |
| | Total B170 Employment of Professionals | | 43.30 | | 16,420.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 22

TASK CODE:  B170.1 Retention of Others

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/26/15 | J.H. Schanne, II | Emails to and from A. Beane re retention issues. | 0.20 | 425.00 | 85.00 |
| 10/26/15 | J.H. Schanne, II | Respond to retention issues from Akin. | 0.70 | 425.00 | 297.50 |
| 10/27/15 | J.H. Schanne, II | Review service issues re retention application (.2); telephone call to L. Lifland re same. (.1). | 0.30 | 425.00 | 127.50 |
| 10/27/15 | J.H. Schanne, II | Multiple emails to L. Lifland and I. Beane re retention issues. | 0.30 | 425.00 | 127.50 |
| 10/27/15 | J.H. Schanne, II | Emails with C. Lano re preparation for filing and service of retention application. | 0.20 | 425.00 | 85.00 |
| 10/27/15 | J.H. Schanne, II | Attend to finalizing of PJT retention application. | 1.20 | 425.00 | 510.00 |
| 10/27/15 | J.H. Schanne, II | Attend to finalizing of Akin retention application. | 1.20 | 425.00 | 510.00 |
| 10/27/15 | R.S. Hudson | File Akin's retention application. | 0.50 | 210.00 | 105.00 |
| 10/27/15 | R.S. Hudson | Serve Akin's retention application. | 0.20 | 210.00 | 42.00 |
| 10/27/15 | R.S. Hudson | File PJT's retention application. | 0.50 | 210.00 | 105.00 |
| 10/27/15 | R.S. Hudson | Serve PJT's retention application. | 0.20 | 210.00 | 42.00 |
| 10/27/15 | C. Lano | Prepare Notice of Retention Application re Akin Gump. | 0.20 | 250.00 | 50.00 |
| 10/27/15 | C. Lano | Prepare Notice of Retention Application re PJT Partners. | 0.20 | 250.00 | 50.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number:  143678.00002
November 17, 2015

Invoice: 10957679
Page 23

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 10/27/15 | C. Lano | Confer with R. Hudson re filing Retention Applications. | 0.20 | 250.00 | 50.00 |
| | | Total B170.1 Retention of Others | 6.10 | | 2,186.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number:  143678.00002
November 17, 2015

Invoice: 10957679
Page 24

TASK CODE:  B190   Contested Matters/Motions

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 09/29/15 | D. Stratton | Review motion to continue and note comments. | 0.20 | 790.00 | 158.00 |
| 09/29/15 | D. Stratton | Teleconference with M. Laharie re continued hearing and next steps. | 0.20 | 790.00 | 158.00 |
| 09/30/15 | D. Fournier | Telephone call with D. Stratton and Akin Gump team re case background (.4); initial review of pleadings (1.3); telephone call with A. Stio re Oaktree discovery (.2); review DIP loan terms (.6); telephone call with A. Stio re discovery on same (.3); teleconference call with A. Stio and A. Qureshi re same (.3). | 3.10 | 720.00 | 2,232.00 |
| 10/01/15 | D. Stratton | Review background facts. | 0.70 | 790.00 | 553.00 |
| 10/08/15 | D. Fournier | Emails to and from M. Lahaie re CV motion (2); confer with A. Beane re motion to seal (.1); emails from and to A. Stio re Oaktree (.2). | 0.50 | 720.00 | 360.00 |
| 10/09/15 | D. Fournier | Follow-up with A. Beane and M. Lahaie re objection to CV motion (.2); review revised objection to DIP/PSA (1.1); confer with J. Schanne re filing of same (.2); emails from and to A. Beane re same (.1). | 1.60 | 720.00 | 1,152.00 |
| 10/09/15 | D. Fournier | Telephone call with A. Stio re issue for Oaktree | 0.20 | 720.00 | 144.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number:  143678.00002                                    Invoice: 10957679
November 17, 2015                                                            Page 25

|            |                  | deposition.                                                                                                                                                                                                                      |      |        |        |
|------------|------------------|--------------------------------------------------------------------------|------|--------|--------|
| 10/09/15   | D. Fournier      | Telephone call with A. Stio re issues for Wilson deposition.                                                                                                                     | 0.20 | 720.00 | 144.00 |
| 10/09/15   | C. Lano          | Prepare Certificates of Service re Motion to Shorten Time and File under Seal.                                                                                                  | 0.10 | 250.00 | 25.00  |
| 10/12/15   | D. Fournier      | Review transcript from Wilson deposition (.6); emails from and to J. Schanne re Genereux Declaration (.2).                                                                       | 0.80 | 720.00 | 576.00 |
| 10/12/15   | J.H. Schanne, II | Prepare motions to seal and shorten.                                                                                                                                            | 1.90 | 425.00 | 807.50 |
| 10/12/15   | S. Henry         | Prepare e-mail to J. Schanne re fling pleadings (0.1); preparation for filing motion to file under seal and related documents (0.5); telephone call to US Bankruptcy Court re filing document under seal. | 0.60 | 255.00 | 153.00 |
| 10/12/15   | R.S. Hudson      | File redacted declaration of M. Genereux in support to joint objection.                                                                                                        | 0.50 | 210.00 | 105.00 |
| 10/12/15   | R.S. Hudson      | File under seal unredacted declaration of M. Genereux in support to joint objection.                                                                                           | 0.50 | 210.00 | 105.00 |
| 10/12/15   | R.S. Hudson      | File motion to file under seal unredacted declaration of M. Genereux in support to joint objection.                                                                            | 0.30 | 210.00 | 63.00  |
| 10/12/15   | R.S. Hudson      | File motion to shorten notice re motion to file under seal unredacted declaration of M. Genereux in support to joint objection.                                                | 0.40 | 210.00 | 84.00  |
| 10/12/15   | R.S. Hudson      | Serve redacted declaration of                                                                                                                                                   | 0.30 | 210.00 | 63.00  |

OCUC of Quiksilver, Inc.
Client/Matter Number:  143678.00002
November 17, 2015

Invoice: 10957679
Page 26

| | | | | | |
|---|---|---|---|---|---|
| | | M. Genereux in support to joint objection and related pleadings. | | | |
| 10/12/15 | R.S. Hudson | Prepare DOS re declaration of M. Genereux in support to joint objection and related pleadings. | 0.30 | 210.00 | 63.00 |
| 10/12/15 | R.S. Hudson | File DOS re declaration of M. Genereux in support to joint objection and related pleadings. | 0.20 | 210.00 | 42.00 |
| 10/13/15 | D. Fournier | Telephone call with A. Stio (2x) re hearing on DIP-PSA (.2); emails with D. Stratton re same (.1); review Debtors' counter designations on Wilson (.3); confer with D. Stratton re hearing (.2); teleconference call with D. Stratton, A. Stio and J. Sorkin re hearing (.1); confer with J. Schanne re pleadings to be filed (.3); review Debtors's Reply (.2). | 1.40 | 720.00 | 1,008.00 |
| 10/13/15 | D. Stratton | Draft motion to shorten hearing on seal motion. | 0.40 | 790.00 | 316.00 |
| 10/13/15 | J.H. Schanne, II | Prepare joint committee objection. | 2.20 | 425.00 | 935.00 |
| 10/13/15 | J.H. Schanne, II | Prepare joint objection to critical vendor and retention application. | 2.20 | 425.00 | 935.00 |
| 10/13/15 | R.S. Hudson | File redacted joint objection re motion for interim and final orders re critical vendors and application to retain Peter J. Solomon Company. | 0.50 | 210.00 | 105.00 |
| 10/13/15 | R.S. Hudson | File under seal unredacted joint objection re motion for | 0.30 | 210.00 | 63.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                                    Invoice: 10957679
November 17, 2015                                                            Page 27

| | | | | | |
|---|---|---|---|---|---|
| | | interim and final orders re critical vendors and application to retain Peter J. Solomon Company. | | | |
| 10/13/15 | R.S. Hudson | File motion to file under seal joint objection re motion for interim and final orders re critical vendors and application to retain Peter J. Solomon Company. | 0.30 | 210.00 | 63.00 |
| 10/13/15 | R.S. Hudson | File motion to shorten notice re motion to file under seal joint objection re motion for interim and final orders re critical vendors and application to retain Peter J. Solomon Company. | 0.40 | 210.00 | 84.00 |
| 10/13/15 | R.S. Hudson | File declaration of M. Genereux re joint objection re motion for interim and final orders re critical vendors and application to retain Peter J. Solomon Company. | 0.30 | 210.00 | 63.00 |
| 10/13/15 | R.S. Hudson | Serve joint objection re motion for interim and final orders re critical vendors and application to retain Peter J. Solomon Company and related pleadings. | 0.30 | 210.00 | 63.00 |
| 10/13/15 | R.S. Hudson | Prepare DOS re joint objection re motion for interim and final orders re critical vendors and application to retain Peter J. Solomon Company and related pleadings. | 0.30 | 210.00 | 63.00 |
| 10/13/15 | R.S. Hudson | File DOS re joint objection re motion for interim and final orders re critical | 0.20 | 210.00 | 42.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number:  143678.00002
November 17, 2015

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | vendors and application to retain Peter J. Solomon Company and related pleadings. | | | |
| 10/13/15 | R.S. Hudson | Confer with J. Schanne filing of joint objection re motion for interim and final orders re critical vendors and application to retain Peter J. Solomon Company and related pleadings. | 0.20 | 210.00 | 42.00 |
| 10/15/15 | D. Fournier | Review materials for CV cross examination. | 0.20 | 720.00 | 144.00 |
| 10/16/15 | J.H. Schanne, II | Review docket re orders on motion to seal (.1); confer with C. Lano re same (.1). | 0.20 | 425.00 | 85.00 |
| 10/16/15 | C. Lano | Confer with J. Schanne re outstanding Motion to Seal Orders. | 0.10 | 250.00 | 25.00 |
| 10/16/15 | C. Lano | Review docket re outstanding Motion to Seal Orders. | 0.10 | 250.00 | 25.00 |
| 10/16/15 | C. Lano | Telephone call to Bankruptcy Court re outstanding Motion to Seal Orders. | 0.10 | 250.00 | 25.00 |
| 10/21/15 | C. Lano | Telephone call to Bankruptcy Court re status of Motion to Seal Orders. | 0.10 | 250.00 | 25.00 |
| 10/28/15 | J.H. Schanne, II | Review local rules re response deadlines (.1); email to D. Stratton re same (.1). | 0.20 | 425.00 | 85.00 |
| 10/30/15 | J.H. Schanne, II | E-mail to R. Hudson re filings. | 0.10 | 425.00 | 42.50 |
| Total B190  Contested Matters/Motions | | | 22.70 | | 11,226.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 29

TASK CODE:  B191   General Litigation

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 09/30/15 | D. Fournier | Telephone call with Akin team, V. Durrer and M. Chehi re discovery. | 0.60 | 720.00 | 432.00 |
| 09/30/15 | A. Stio | Review First day petition (.2); confer with David Fournier about case (.5); strategize with Aiken Gump on depositions (1.1). | 1.80 | 575.00 | 1,035.00 |
| 09/30/15 | D. Stratton | Teleconference with Akin team re litigation strategy (.2); teleconference with Pepper and Akin litigation teams re next steps (.3). | 0.50 | 790.00 | 395.00 |
| 10/01/15 | D. Fournier | Pre-call with J. Sorkin and A. Stio re discovery (.3); analysis of issues for discovery (1.5); telephone call with J. Sorkin, A. Stio and B. Echols of K&E re Oaktree discovery (.5); follow-up call with A. Stio (.1); review Echols response (.1); emails to and from J. Sorkin re discovery (.2). | 2.70 | 720.00 | 1,944.00 |
| 10/01/15 | A. Stio | Review confidentiality agreement. | 1.00 | 575.00 | 575.00 |
| 10/01/15 | A. Stio | Review first day motion; PSA and DIP financing in preparation for deposition. | 4.60 | 575.00 | 2,645.00 |
| 10/01/15 | A. Stio | Discuss production with Barack Echols. | 0.50 | 575.00 | 287.50 |
| 10/01/15 | D. Stratton | Confer with D. Fournier re litigation staffing and strategy. | 0.30 | 790.00 | 237.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number:  143678.00002
November 17, 2015

Invoice: 10957679
Page 30

| | | | | | |
|---|---|---|---|---|---|
| 10/02/15 | A. Stio | Review and analyze PSA (1.3); confer with Barack Evhols on confidentiality (.6). | 1.90 | 575.00 | 1,092.50 |
| 10/06/15 | A. Stio | Draft confidentiality order. | 0.80 | 575.00 | 460.00 |
| 10/06/15 | A. Stio | Confer with Barack Echols on production of documents. | 0.50 | 575.00 | 287.50 |
| 10/06/15 | A. Stio | Participate in conference call with all counsel to discuss depositions and document production. | 0.60 | 575.00 | 345.00 |
| 10/06/15 | A. Stio | Review Hilco valuation reports; exchange emails with Barak Echols regarding production and confidentiality order. | 3.80 | 575.00 | 2,185.00 |
| 10/07/15 | A. Stio | Review chronology of relevant documents. | 2.10 | 575.00 | 1,207.50 |
| 10/07/15 | A. Stio | Prepare outline for deposition. | 2.10 | 575.00 | 1,207.50 |
| 10/07/15 | A. Stio | Review term sheets of PSA, term loan, and line of credit in preparation for deposition. | 0.30 | 575.00 | 172.50 |
| 10/07/15 | S.M. Noyes | Review Oaktree documents for Oaktree deposition. | 3.50 | 295.00 | 1,032.50 |
| 10/07/15 | R.S. Hudson | File re-notice of deposition of M. Wilson. | 0.30 | 210.00 | 63.00 |
| 10/07/15 | R.S. Hudson | Serve as field copy of re-notice of deposition of M. Wilson. | 0.10 | 210.00 | 21.00 |
| 10/08/15 | A. Stio | Review Oaktree documents (5.6); review deposition transcript of PJSC representative (1.9); review revised outline in preparation for Oaktree deposition (2.8). | 10.30 | 575.00 | 5,922.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/15 | S.M. Noyes | Review Oaktree documents for Oaktree deposition. | 1.30 | 295.00 | 383.50 |
| 10/08/15 | J.H. Schanne, II | Prepare DIP financing objection. | 3.10 | 425.00 | 1,317.50 |
| 10/08/15 | C.P. Soper | Prepare potential exhibits for M. Wilson deposition (1.8). Review binder of potential exhibits and identify exhibits for use in M. Wilson deposition (5.2).  Review OakTree proposed financing documents (1.6). | 8.60 | 460.00 | 3,956.00 |
| 10/08/15 | C. Lano | Email A. Stio DIP Term Loan Credit Agreement. | 0.10 | 250.00 | 25.00 |
| 10/08/15 | C. Lano | Prepare Notice of Service re Discovery Request. | 0.20 | 250.00 | 50.00 |
| 10/08/15 | C. Lano | File Notice of Service re Discovery Request. | 0.20 | 250.00 | 50.00 |
| 10/09/15 | A. Stio | Prepare deposition outline; Strategize with J. Sorkin about deposition (4.3); take deposition of M. Wilson (2.8). | 7.10 | 575.00 | 4,082.50 |
| 10/09/15 | C.P. Soper | Prepare for deposition of M. Wilson with A. Stio and J. Sorkin (4.3). attend deposition of M. Wilson (2.8). | 7.10 | 460.00 | 3,266.00 |
| 10/09/15 | D. Smith | Review and print documents then e-mail to A. Stio per D. Fournier. | 0.60 | 60.00 | 36.00 |
| 10/12/15 | A. Stio | Review Bruenjes deposition transcript | 1.90 | 575.00 | 1,092.50 |
| 10/13/15 | A. Stio | Review Wilson Deposition transcript (1.8); review Oaktree errata sheet (.7); review deposition | 2.50 | 575.00 | 1,437.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | designations (.3). | | | |
| 10/13/15 | A. Stio | Review Genereux deposition transcript in preparation for hearing. | 1.80 | 575.00 | 1,035.00 |
| 10/13/15 | D. Stratton | Emails to and from Akin team re filing joint objection to critical vendor and PJSC retention. | 0.20 | 790.00 | 158.00 |
| 10/13/15 | D. Stratton | Confer with J. Schanne re joint objection and motion to seal. | 0.30 | 790.00 | 237.00 |
| Total B191 | General Litigation | | 73.30 | | 38,673.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 33

TASK CODE:  B230   Financing/Cash Collateral

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 09/29/15 | J.H. Schanne, II | Research re DIP objection. | 3.40 | 425.00 | 1,445.00 |
| 09/29/15 | C. Lano | Review bankruptcy filings re Committee Standing to Challenge Actions. | 1.20 | 250.00 | 300.00 |
| 09/29/15 | C. Lano | Confer with J. Schanne re bankruptcy filings on Committee Standing to Challenge Actions. | 0.20 | 250.00 | 50.00 |
| 09/30/15 | J.H. Schanne, II | Review docket re pleadings re plan and financing. | 1.20 | 425.00 | 510.00 |
| 10/07/15 | D. Fournier | Work on review of and revisions to draft objection to DIP/PSA (4.7); research re break-up fee issue (1.4); email to M. Cooley re same (.2). | 6.30 | 720.00 | 4,536.00 |
| 10/07/15 | J.H. Schanne, II | Emails with L. Lifland re DIP financing issues. | 0.10 | 425.00 | 42.50 |
| 10/08/15 | C. Lano | Email A. Stio Interim DIP Order. | 0.10 | 250.00 | 25.00 |
| 10/09/15 | J.H. Schanne, II | Prepare DIP financing and PJA objection. | 2.60 | 425.00 | 1,105.00 |
| 10/09/15 | J.H. Schanne, II | Prepare joint objection to financing and plan support agreement. | 2.60 | 425.00 | 1,105.00 |
| 10/09/15 | C. Lano | Confer with J. Schanne re objection to DIP motion. | 0.10 | 250.00 | 25.00 |
| 10/09/15 | C. Lano | File Joint Objection to DIP Financing. | 0.40 | 250.00 | 100.00 |
| 10/09/15 | C. Lano | Confer with J. Schanne re service of Joint Objection to DIP Financing. | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                          Invoice: 10957679
November 17, 2015                                                          Page 34

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/15 | C. Lano | Serve Joint Objection to DIP Financing. | 0.30 | 250.00 | 75.00 |
| 10/09/15 | C. Lano | File Motion to Exceed Page Limits. | 0.40 | 250.00 | 100.00 |
| 10/09/15 | C. Lano | Email Joint Objection to DIP Financing to service group. | 0.10 | 250.00 | 25.00 |
| 10/09/15 | C. Lano | Serve Motion to Exceed Page Limits. | 0.20 | 250.00 | 50.00 |
| 10/09/15 | C. Lano | Confer with J. Schanne re delivery Motion to Exceed Page Limits to Bankruptcy Court. | 0.10 | 250.00 | 25.00 |
| 10/09/15 | C. Lano | Prepare Order and related Documents for Bankruptcy Court. | 0.30 | 250.00 | 75.00 |
| 10/11/15 | J.H. Schanne, II | Review DIP finance pleadings. | 1.90 | 425.00 | 807.50 |
| 10/11/15 | J.H. Schanne, II | Review pleadings re proposed DIP financing. | 0.90 | 425.00 | 382.50 |
| 10/12/15 | J.H. Schanne, II | Prepare committee pleadings in response to DIP financing. | 2.70 | 425.00 | 1,147.50 |
| 10/13/15 | J.H. Schanne, II | Telephone call from BofA re DIP financing objection. | 0.10 | 425.00 | 42.50 |
| 10/13/15 | J.H. Schanne, II | Review DIP financing pleading. | 0.70 | 425.00 | 297.50 |
| 10/13/15 | J.H. Schanne, II | Review DIP financing pleadings. | 1.80 | 425.00 | 765.00 |
| 10/19/15 | D. Fournier | Emails from and to A. Beane re DIP Budget. | 0.10 | 720.00 | 72.00 |
| 10/29/15 | J.H. Schanne, II | Review DIP financing pleadings. | 1.70 | 425.00 | 722.50 |
| Total B230  Financing/Cash Collateral | | | 29.60 | | 13,855.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 35

TASK CODE:  B320   Plan and Disclosure Statement

| Date | Name | Services | Time | Rate | Fees |
|------|------|----------|------|------|------|
| 10/02/15 | D. Fournier | Analysis of PSA Motion including exhibits (2.6); email to D. Stratton re same (.2). | 2.80 | 720.00 | 2,016.00 |
| 10/05/15 | S.M. Noyes | Research re standard for approval of restructuring plan. | 1.00 | 295.00 | 295.00 |
| 10/20/15 | J.H. Schanne, II | Review motion to assume PSA. | 0.40 | 425.00 | 170.00 |
| Total B320  Plan and Disclosure Statement | | | 4.20 | | 2,481.00 |