# EXHIBIT G

## (Summary of Expenses Incurred During Fee Period)

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | EXPENSE SUB-TOTAL |
|---|---|---:|
| Meals | Urban Café | $129.15 |
| Duplicating & Reproduction | In-house + Parcels, Inc. | $2,011.42 |
| Filing Fees | CourtCall | $150.00 |
| General | Parcels, Inc. | $50.00 |
| Data Base Research | Lexis | $53.42 |
| Messenger Services | Parcels, Inc. - Courier Services | $160.10 |
| Messenger Services | Overnight Courtier | $29.61 |
| Professional Fees & Expenses | Parcels, Inc. – Additional Staffing | $78.00 |
| Online Services | Pacer | $108.70 |
| Local Transportation | | $57.00 |
| **TOTAL:** | | **$2,827.40** |