# EXHIBIT H
## (Detailed Description of Expenses Incurred During Fee Period)

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 49

**Summary of Expenses**

| Expenses | Value |
|---|---:|
| Meals | 129.15 |
| Duplicating | 2,011.42 |
| Filing Fees | 150.00 |
| General | 50.00 |
| Data Base Research | 53.42 |
| Messenger Service | 160.10 |
| Messenger Service - Overnight Courier | 29.61 |
| Professional Fees & Expenses | 78.00 |
| Online Services/Internet Web Sites | 108.70 |
| Local Transportation | 57.00 |
| Total | 2,827.40 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 50

**Detail of Expenses**

| Date | Code | Description | Units | Cost | Value |
|---|---|---|---|---|---|
| 10/05/15 | LEX | LEX - Noyes Suzanne M. - 10/05/2015 | 1 | 53.42 | 53.42 |
| 10/08/15 | DUP | Duplicating : QUICK SILVER | 836 | 0.10 | 83.60 |
| 10/08/15 | DUP | Duplicating : QUICK SILVER | 2,480 | 0.10 | 248.00 |
| 10/13/15 | DUP | Duplicating : QUIKSILVER / JHS | 1,400 | 0.10 | 140.00 |
| 10/19/15 | DUP | DUP - Parcels - 10/19/2015 | 33 | 0.10 | 3.30 |
| 10/20/15 | MES4 | FedEx: MICHAEL STAMER NEW YORK | 1 | 17.20 | 17.20 |
| 10/20/15 | MES4 | FedEx: Carolyn Mattus Corne NEW YORK | 1 | 12.41 | 12.41 |
| 10/21/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - 9/30/15 COURTCALL | 1 | 50.00 | 50.00 |
| 10/21/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - 10/2/15 USDC FILING - PRO HAC (2) | 1 | 50.00 | 50.00 |
| 10/21/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - 10/6/15 USDC FILING - PROHAC | 1 | 25.00 | 25.00 |
| 10/21/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - USDC FILING - PRO HAC | 1 | 25.00 | 25.00 |
| 10/21/15 | TXI | Local Transportation - AMERICAN EXPRESS DALY - 10/7/15 CLIENT TRANSPORTATION TO AIRORT | 1 | 57.00 | 57.00 |
| 10/23/15 | CON | Meals - URBAN CAFE VERNON 10/15 CATERING | 1 | 119.90 | 119.90 |
| 10/26/15 | MES | Messenger Service - PARCELS, INC. COURIER BILLS | 1 | 37.50 | 37.50 |
| 10/26/15 | MES | Messenger Service - PARCELS, INC. COURIER BILLS | 1 | 7.50 | 7.50 |
| 10/27/15 | DUP | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 233.65 | 233.65 |
| 10/27/15 | DUP | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 577.13 | 577.13 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
November 17, 2015

Invoice: 10957679
Page 51

| Date | Code | Description | Units | Cost | Value |
|---|---|---|---|---|---|
| 10/27/15 | DUP | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 725.74 | 725.74 |
| 10/27/15 | GEN | General - PARCELS, INC. 2 16 GB FLASH DRIVES AND DELIVERY | 1 | 50.00 | 50.00 |
| 10/27/15 | MES | Messenger Service - PARCELS, INC. COURIER BILLS | 1 | 37.60 | 37.60 |
| 10/27/15 | MES | Messenger Service - PARCELS, INC. COURIER BILLS | 1 | 62.50 | 62.50 |
| 10/27/15 | PFE1 | Professional Fees & Expenses - PARCELS, INC. ADDITIONAL STAFFING HOURS 10/2/15 | 1 | 39.00 | 39.00 |
| 10/27/15 | PFE1 | Professional Fees & Expenses - PARCELS, INC. ADDITIONAL STAFFING HOURS 10/14/15 | 1 | 39.00 | 39.00 |
| 10/28/15 | REF4 | PACER SERVICES - 070115 - 093015 - Online Services/Internet Web Sites | 1 | 108.70 | 108.70 |
| 10/29/15 | CON | Meals - DAVID A. SMITH SCHANNE - LUNCH DURING COURT RECESS 10/15/15 | 1 | 9.25 | 9.25 |
| 10/30/15 | MES | 101915 - MESSENGER SERVICE | 1 | 7.50 | 7.50 |
| 10/30/15 | MES | 101915 - MESSENGER SERVICE | 1 | 7.50 | 7.50 |
| | | Total | | | 2,827.40 |