-2-

# **EXHIBIT I**

## **(Attorney Biographies)**

---

David B. Stratton – Mr. Stratton is a Partner in, and co-chair of, the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP and has been practicing law since 1978. He is co-chair of the firm's Corporate Restructuring and Bankruptcy Practice Group. He is a member of the American Bar Association Business Law Section and a member of the Bankruptcy Subcommittee of the Banking Committee. He is also a member of the bar of Delaware.

David M. Fournier – Mr. Fournier is a Partner in and Vice-Chair of the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP, and has been practicing law since 1990. He is a former chair of the Delaware State Bar Association International Law Section, and is current co-chair of the USA/Canada Membership Development Committee of INSOL International. He is also co-chair of the Chapter 11 Subcommittee of the ABA Business Law Section Business Bankruptcy Committee. Mr. Fournier is a member of the bars of Delaware and Pennsylvania.

Angelo A. Stio, III – Mr. Stio is a Partner in the Litigation and Dispute Resolution Department of Pepper Hamilton LLP, and has been practicing law since 2001. He is a member of the bars of New Jersey, New York, and Pennsylvania.

Christopher Soper – Mr. Soper is an Associate in the Commercial Litigation Group of Pepper Hamilton LLP, and has been practicing law since 2012. He is a member of the bars of New Jersey, New York, and Pennsylvania.

John H. Schanne, II – Mr. Schanne is an Associate in the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP and has been practicing law since 2009. He is a member of the bar of Delaware.

Suzanne M. Noyes – Ms. Noyes is an Associate in the Commercial Litigation Group of Pepper Hamilton LLP, and has been practicing law since 2014. She is a member of the bars of New Jersey and Pennsylvania.

#36424530 v1