**CERTIFICATE OF SERVICE**

I, David B. Stratton, hereby certify that on the 18th day of November, 2015, I caused the foregoing **First Monthly Application of Pepper Hamilton as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc.,** *et al.* **for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From September 28, 2015 through October 31, 2015** to be served upon the following parties by first-class mail, postage prepaid.

| | |
|---|---|
| Van C Durrer, II, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Andrew Bruenjes<br>5600 Argosy Circle<br>#100<br>Huntington Beach, CA 92649 |
| Mark S. Kenney, Esq.<br>Office of the United States Trustee<br>Delaware<br>844 King St<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | Steven Fox, Esq.<br>Riemer & Braunstein LLP<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 |
| Patrick J. Nash, Jr., Esq.<br>Ross M. Kwasteniet, Esq.<br>William A. Guerrieri, Esq.<br>W. Benjamin Winger, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | |

  /s/ David B. Stratton
David B. Stratton (DE No. 960)

#36439874 v1