IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
Debtors.[1] : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**AFFIDAVIT OF PUBLICATION OF THE NOTICE OF DISCLOSURE STATEMENT HEARING IN THE NEW YORK TIMES (NATIONAL EDITION), THE LOS ANGELES TIMES (NATIONAL EDITION), THE ORANGE COUNTY REGISTER AND <u>THE NEW YORK TIMES (INTERNATIONAL EDITION)</u>**

This Affidavit of Publication includes the sworn statement verifying that the Notice of Disclosure Statement Hearing was published and incorporated by reference herein as follows:

1. In *The New York Times (National Edition)* on November 4, 2015, attached hereto as **<u>Exhibit A</u>**;

2. In the *Los Angeles Times (National Edition)* on November 4, 2015, attached hereto as **<u>Exhibit B</u>**;

3. In *The Orange County Register* on November 4, 2015, attached hereto as **<u>Exhibit C</u>**; and

4. In the *International New York Times* on November 5, 2015, attached hereto as **<u>Exhibit D</u>**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

# **<u>Exhibit A</u>**

**The New York Times**

620 8TH AVENUE · NEW YORK, NY 10018

# CERTIFICATION OF PUBLICATION

NOV 06 2015

I, _Alice Weber_____, in my capacity as a Principal Clerk of the Publisher of **The New York Times**, a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

NOV 04 2015

Approved: _____

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                  ) Chapter 11
QUIKSILVER, INC., et al.,               ) Case No. 15-11880 (BLS)
                    Debtors.            ) Jointly Administered

**NOTICE OF DISCLOSURE STATEMENT HEARING**

TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the above-captioned Debtors and Debtors in possession (the "Debtors") have filed the (a) *Disclosure Statement With Respect to the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") [Docket No. 295]; (b) *Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as amended from time to time and including all exhibits and supplements thereto, the "Plan") [Docket No. 292]; and (c) *Motion for Entry of an Order (A) Approving the Adequacy of the Debtors Disclosure Statement, (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto* (the "Motion") [Docket No. 297].

PLEASE TAKE FURTHER NOTICE THAT a hearing will commence on **December 1, 2015 at 10:30 a.m. Eastern Time** (the "Disclosure Statement Hearing") before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Court") to consider the Motion, which seeks the entry of an order (the "Disclosure Statement Order") finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning set forth in section 1125 of the Bankruptcy Code and approving the Disclosure Statement, certain other materials related to the solicitation of acceptances of the Plan (the "Solicitation Package"), and the Solicitation Procedures. The Disclosure Statement Hearing may be continued from time to time without further notice other than an adjournment announced in open court at the Disclosure Statement Hearing or at any subsequent adjourned Disclosure Statement Hearing.

PLEASE TAKE FURTHER NOTICE THAT the Plan, the Disclosure Statement, the Motion, the Disclosure Statement Order, and other documents and materials related thereto, including certain solicitation materials, once they are filed, may be obtained by: (a) accessing the Debtors' restructuring website at http://www.kccllc.net/quiksilver; (b) emailing Quiksilverinfo@kccllc.com; or (c) calling the Debtors' restructuring hotline at (877) 709-4757, within the U.S. or Canada, or (424) 236-7225, outside of the U.S. or Canada.

**PLEASE TAKE FURTHER NOTICE THAT** responses and objections, if any, to the approval of the Disclosure Statement or the Solicitation Procedures, or any of the other relief sought by the Motion must: (a) be in writing; (b) conform to the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; (c) state the name and address of the objecting party or state with particularity the basis and nature of any Claim or Interest of such entity; and (d) state with particularity the basis and nature of any objection and, if practicable, a proposed modification to the Disclosure Statement or materials comprising the Solicitation Package that would resolve such objection. Responses or objections, if any, must be filed with the Court and served upon each of the following parties so as to be actually received no later than **12:00 p.m. Eastern Time on November 20, 2015**: (i) Quiksilver, Inc, 5600 Argosy Circle, Huntington Beach, California 92649, Attn: Linsey Carr; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com) and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com); (iii) counsel to the agent for the Debtors' postpetition term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com); (iv) counsel to the agent for the Debtors' prepetition and postpetition secured ABL facilities, Riemer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com); (v) counsel to the Indenture trustee for the Debtors prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, John R. Ashmead, Esq. (ashmead@sewkis.com); (vi) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Mark L. Prager, Esq. (mprager@foley.com) and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com); (vii) proposed counsel to the official committee of unsecured creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Michael S. Stamer, Esq. and Meredith A. Lahaie, Esq. and (viii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark Kenney, Esq. (fax: (302) 573-6497).

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS OR RESPONSES NOT TIMELY FILED, SERVED AND RECEIVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

* The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9420), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (5559). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

* Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan, the Disclosure Statement, or the Motion, as applicable.

# **<u>Exhibit B</u>**

# Los Angeles Times
## MEDIA GROUP

**PROOF OF PUBLICATION**
**(2015.5 C.C.P.)**

**STATE OF ILLINOIS**
**County of Cook**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.
I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):
Nov 04, 2015

I certify (or declare) under penalty of perjury
under the laws of the State of California that the foregoing is true and correct.

Dated at Chicago, Illinois
on this 4 day of Nov, 20 15.

_[signature]_

435 N. Michigan Ave.
Chicago, IL 60611

# Los Angeles Times
## MEDIA GROUP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., et al., | Case No. 15-11880 (BLS) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF DISCLOSURE STATEMENT HEARING

TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors and Debtors in possession (the "**Debtors**") have filed the (a) *Disclosure Statement With Respect to the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as amended from time to time and including all exhibits and supplements thereto, the "**Disclosure Statement**") [Docket No. 396]; (b) *Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as amended from time to time and including all exhibits thereto, the "**Plan**") [Docket No. 292]; and (c) *Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement, (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto* (the "**Motion**") [Docket No. 397].[2]

**PLEASE TAKE FURTHER NOTICE THAT** a hearing will commence on **December 1, 2015 at 10:30 a.m. Eastern Time** (the "**Disclosure Statement Hearing**") before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Court**") to consider the Motion, which seeks the entry of an order (the "**Disclosure Statement Order**") finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning set forth in section 1125 of the Bankruptcy Code and approving the Disclosure Statement, certain other materials related to the solicitation of acceptances of the Plan (the "**Solicitation Package**"), and the Solicitation Procedures. The Disclosure Statement Hearing may be continued from time to time without further notice other than an adjournment announced in open court at the Disclosure Statement Hearing or at any subsequent adjourned Disclosure Statement Hearing. **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** the Plan, the Disclosure Statement, the Motion, the Disclosure Statement Order, and other documents and materials related thereto, including certain solicitation materials, once they are filed, may be obtained by: (a) accessing the Debtors' restructuring website at http://www.kccllc.net/quiksilver, (b) emailing QuiksilverInfo@kccllc.com or (c) calling the Debtors' restructuring hotline at (877) 709-4757, within the U.S. or Canada, or (424) 236-7235, outside of the U.S. or Canada.

**PLEASE TAKE FURTHER NOTICE THAT** responses and objections, if any, to the approval of the Disclosure Statement or the Solicitation Procedures, or any of the other relief sought by the Debtors in the Motion must (a) be in writing, (b) conform to the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such entity, and (d) state with particularity the basis and nature of any objection and, if practicable, a proposed modification to the Disclosure Statement or materials comprising the Solicitation Package that would resolve such objection. **Responses or objections, if any, must be filed with the Court and served upon each of the following parties so as to be actually received no later than 12:00 p.m. Eastern Time on November 30, 2015:** (i) Quiksilver, Inc., 5600 Argosy Circle, Huntington Beach, California 92649, Attn: Linnsey Caya; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com); (iii) counsel to the agent for the Debtors' postpetition term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com); (iv) counsel to the agent for the Debtors' prepetition and postpetition secured ABL facilities, Riemer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com); (v) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, John R. Ashmead, Esq. (ashmead@sewkis.com); (vi) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Mark L. Prager, Esq. (mprager@foley.com) and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com); (vii) proposed counsel to the official committee of unsecured creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Michael S. Stamer, Esq. and Meredith A. Lahaie, Esq.; and (viii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark Kenney, Esq. (fax: (302) 573-6497).

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS OR RESPONSES NOT TIMELY FILED, SERVED AND RECEIVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan, the Disclosure Statement, or the Motion, as applicable.

Los Angeles Times

Client Name:
Advertiser:
Section/Page/Zone: BUSINESS/C002/LA
Description:

Ad Number:
Insertion Number:
Size:
Color Type:

Publication Date: 11/04/2015

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# BUSINESS BEAT

## Google feature replies to email

ASSOCIATED PRESS

Google is putting a twist on the concept of "automated reply" with a new tool that aims to write artificially intelligent responses to your email.

The technology is part of an update to Google's Inbox app for managing and organizing email. The feature announced Tuesday is the latest example of Google's effort to teach machines how to take over some of the tasks typically handled by humans.

The most conspicuous example so far has been Google's 6-year-old project developing cars that can drive without a human steering the wheel. Google also has been using an artificial intelligence program called RankBrain to help determine the pecking order in its influential Internet search results.

In this instance, Google says it has created a program that identifies which incoming emails merit quick responses and then figures out the appropriate wording. Up to three choices will be offered as a reply before it's sent. The responses that people select are supposed to help Google's computers learn which work best.

Google expects its new "smart reply" option to be particularly popular when people are checking emails on smartphones equipped with smaller, touch-screen keyboards.

The new feature is available to all consumers who use the free version of Inbox, as well as the more than 2 million businesses who pay for Google's suite of applications designed for work.

Google unveiled Inbox a year ago as a more sophisticated alternative to its popular Gmail service. The Mountain View, Calif., company hasn't said how many people have installed Inbox. Gmail has more than 400 million worldwide users, according to the research firm ComScore.

Google is part of a recently formed parent company, Alphabet Inc.

## China ties to radio firm under scrutiny

ASSOCIATED PRESS

Federal regulators are investigating a Los Angeles radio broadcasting company that is reportedly majority-owned by a unit of a Chinese government broadcaster.

A spokesman for the Federal Communications Commission confirmed Tuesday that the agency will open a probe into G&E Studio Inc , reportedly owned by James Su, a naturalized U.S. citizen from Shanghai.

The company leases stations and air time, and broadcasts in more than 19 cities across the U.S., including Philadelphia, Washington D.C. and San Francisco.

Its operations were disclosed in a report by Reuters.

By U.S. law, foreign governments or their representatives are barred from directly holding licenses for radio stations and from owning more than 25% in a radio licensee for a station without FCC approval.

"The FCC will initiate an inquiry into the facts surrounding the foreign ownership issues" raised by the Reuters report, including whether the agency's foreign-ownership rules have been violated, spokesman Neil Grace said in a statement.

The owners of the stations involved in the G&E studio case are said to have signed agreements with the company to lease air time to it. On its website, G&E Studio says it produces more than 100 hours of local radio programs in Chinese and English each week.

The programs run on stations in the U.S., Canada and Mexico, according to the company.

Reuters reported that the company is 60% owned by a subsidiary of China Radio International, a state-run broadcaster.

## Helping kids improve their screen-time habits

A survey shows that teens spend an average of nine hours a day with media.

By TRACEY LIEN
AND MICHELLE MALTAIS

Millennials might be obsessed with social media, but among the kids, television is still king, according to a survey by Common Sense Media, an organization that monitors media use among young people.

Surveying 2,658 tweens and teens, ages 8 to 18, the organization found that tweens (8 to 12) spend an average of six hours a day with media and teens spend nine hours a day.

The survey also found that 68% of respondents said they watch television every day, while two-thirds of respondents said the same about listening to music.

By contrast, 45% said they use social media every day, and only about a third of those social-media users said they liked it "a lot."

In terms of video consumption, half of respondents said they watch a TV program at the time it originally airs, while the rest is spent with DVDs, online video or time-delayed viewing.

And although that's a lot of screen time, James Steyer, Common Sense Media's founder and chief executive, said the more concerning part is that half the teens surveyed watched TV,



Godung U/G via Getty Images

HALF OF THE TEENS surveyed watched TV, sent text messages or consumed other forms of media while doing homework, Common Sense Media said.

sent text messages or consumed other forms of media while doing homework.

"As a parent and educator, there's clearly more work to be done around the issue of multitasking," Steyer said. "Nearly two-thirds of teens today tell us they don't think watching TV or texting while doing homework makes any difference to their ability to study and learn, even though there's more and more research to the contrary."

Here are some of Steyer's suggestions for creating more healthy media-consumption habits for our families:

■ Set limits: Devices are a huge part of screen time and kids need support in establishing balance and setting limits. Depending on your family, these rules can be as simple as "no phones at the dinner table" or "no texting after 9 p.m."

■ Don't be passive: Media can be productive, educational and empowering. Helping younger kids find great content and have access to quality books, complex movies, challenging games, and safe apps and websites fosters a positive relationship with media.

■ Beware of multitasking: Research shows tweens and teens think that multitasking has no effect on the quality of their homework. Parents know that helping kids stay focused strengthens interpersonal skills and school performance. Encourage them to manage one task at a time, shutting down social media while working online for homework or engaging in conversation.

■ Walk the walk: Parents need to lead by example by putting their own devices away during family time. Kids will be more open and willing participants when the house rules don't just apply to them.

tracey.lien@latimes.com
Twitter: @traceylien
michelle.maltais
@latimes.com
Twitter: @mmaltaisla

## 20th Century Fox World to open in Dubai in 2018

By HUGO MARTIN

The latest theme park project to be built abroad by a U.S. media giant will be in Dubai and will feature attractions based on movies such as "Aliens," "Titanic," "The Simpsons," "Ice Age" and "Planet of the Apes."

20th Century Fox announced Tuesday that it is teaming up with Al Ahli Holding Group, a conglomerate based in the United Arab Emirates, to build a 75-acre theme park valued at more than $850 million outside Dubai.

The park, to be dubbed 20th Century Fox World, would be the second of its kind for the U.S. media giant, which is building a 20th Century Fox World in Malaysia.

The project reflects U.S. media companies' growing interest in investing in Asia and the Middle East, where disposable income and demand for American-themed entertainment is on the rise. As many as 59 theme parks are under construction in China alone, according to Los Angeles-based engineering firm Aecom.

The $4-billion Shanghai Disney resort is expected to open late this year with two hotels and a Downtown Disney shopping center. The $1.8-billion Hong Kong Disneyland opened in 2005. Universal Studios is scheduled to open its own $3.3-billion movie theme park in Beijing in 2019.

"It is where consumer spending is beginning to meet the appetite for entertainment," Greg Lombardo, senior vice president of global live and location-based entertainment for 20th Century Fox Consumer Products, said of Asia and the Middle East.

He declined to discuss details about the attractions in the new theme park but an artist's rendition of the project shows more than a dozen rides plus a Fox-themed resort hotel.

Experts estimate that the park could draw as many as 3 million visitors in the first year. In comparison, Disneyland in Anaheim drew an estimated 16.7 million visitors last year and Universal Studios Hollywood had nearly 7 million visitors, according to an Aecom estimate.

Lombardo pointed out that the new park will enjoy many built-in advantages, including proximity to Dubai International Airport, one of the world's busiest airports with more than 70 million passengers per year.

Schematics for the park have already been drawn, with construction expected to begin within a year. The theme park is expected to open in 2018.

hugo.martin@latimes.com
Twitter: @hugomartin

## Army is moving into L.A. tech hub

By PARESH DAVE

U.S. Army researchers are moving into Los Angeles' sprouting technology hub in Playa Vista, aiming to make what will become their largest outpost outside Maryland into a key source of ideas on data analysis, robotics and virtual reality.

The U.S. Army Research Laboratory office will inhabit USC's Institute for Creative Technologies, which the Army kick-started with funding at the height of the dot-com boom. Now the Army group will maintain as many as 70 researchers there starting next year, it announced Tuesday.

Under Defense Secretary Ashton Carter, the Pentagon has sought a deeper relationship with the technology industry in hopes of harnessing new technology faster. This year Carter announced the opening of an innovation center in Silicon Valley and a $75-million investment into a consortium of 100 companies working on wearable electronics.

But to combat tight budgets, the military also is looking to collaborate differently with colleges and universities. The USC deal is part of an Army initiative launched last year known as Open Campus, which gives academic researchers access to unclassified information and unique problems. But rather than provide funding upfront, the Army is looking to jointly develop technology and potentially pay for it afterward.

USC was a natural spot for the Army group to land in Southern California. The Institute for Creative Technologies' work with the military and Hollywood already has had a role in big developments, including stress therapy and disaster response apps, graphics technology used in the film "Avatar" and the recent reemergence of virtual reality headsets.

paresh.dave@latimes.com
Twitter: @peard3



ADVERTISEMENT — Bankrate.com

LOS ANGELES TIMES CD & DEPOSIT GUIDE
Yields Available to Los Angeles Area Residents    http://latimes.interest.com

VISIBILITY, RESPONSE, RESULTS Call 800-509-4636 for information regarding advertising opportunities

CHECK OUT OUR MORTGAGE GUIDE IN THE SATURDAY HOMES & SUNDAY REAL ESTATE SECTION

# **<u>Exhibit C</u>**

## AFFIDAVIT OF PUBLICATION

STATE OF CALIFORNIA, )
                     ) ss.
County of Orange     )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of **The Orange County Register**, a newspaper of general circulation, published in the city of Santa Ana, County of Orange, and which newspaper has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of November 19, 1905, Case No. A-21046, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

November 4, 2015

"I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct":

Executed at Santa Ana, Orange County, California, on

Date: November 4, 2015

_[signature]_
Signature
The Orange County Register
625 N. Grand Ave.
Santa Ana, CA 92701
(714) 796-2209

**PROOF OF PUBLICATION**

Laguna Niguel house for $6.3 million. They are renting in Laguna Beach. Her husband's income and the Nearly all of the liabilities for the three were because of mortgages, as Rohrabacher spokesman Ken pending legislation that will affect the market. One indication that officials are abusing that knowledge is if

**CONTACT THE WRITER:**
mwisckol@ocregister.com;
@MartinWisckol

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                        Chapter 11
QUIKSILVER, INC., et al.,     Case No. 15-11880 (BLS)
        Debtors.[1]           Jointly Administered

**NOTICE OF DISCLOSURE STATEMENT HEARING**

**TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE THAT the above-captioned Debtors and Debtors in possession (the "Debtors") have filed the (a) *Disclosure Statement With Respect to the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") [Docket No. 396]; (b) *Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as amended from time to time and including all exhibits thereto, the "Plan") [Docket No. 292]; and (c) *Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement, (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto* (the "Motion") [Docket No. 397].[2]

PLEASE TAKE FURTHER NOTICE THAT a hearing will commence on **December 1, 2015 at 10:30 a.m. Eastern Time** (the "Disclosure Statement Hearing") before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Court") to consider the Motion, which seeks the entry of an order (the "Disclosure Statement Order") finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning set forth in section 1125 of the Bankruptcy Code and approving the Disclosure Statement, certain other materials related to the solicitation of acceptances of the Plan (the "Solicitation Package"), and the Solicitation Procedures. The Disclosure Statement Hearing may be continued from time to time without further notice other than an adjournment announced in open court at the Disclosure Statement Hearing or at any subsequent adjourned Disclosure Statement Hearing. **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

PLEASE TAKE FURTHER NOTICE THAT the Plan, the Disclosure Statement, the Motion, the Disclosure Statement Order, and other documents and materials related thereto, including certain solicitation materials, once filed, may be obtained by: (a) accessing the Debtors' restructuring website at http://www.kccllc.net/quiksilver, (b) emailing QuiksilverInfo@kccllc.com or (c) calling the Debtors' restructuring hotline at (877) 709-4757, within the U.S. or Canada, or (424) 236-7235, outside of the U.S. or Canada.

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement or the Solicitation Procedures, or any of the other relief sought by the Debtors in the Motion must: (a) be in writing, (b) conform to the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such entity, and (d) state with particularity the basis and nature of any objection and, if practicable, a proposed modification to the Disclosure Statement or materials comprising the Solicitation Package that would resolve such objection. Responses or objections, if any, must be filed with the Court and served upon each of the following parties so as to be actually received no later than 12:00 p.m. Eastern Time on November 30, 2015: (i) Quiksilver, Inc., 5600 Argosy Circle, Huntington Beach, California 92649, Attn: Linnsey Caya; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and John K. Lyons, Esq. (John.Lyons@skadden.com); Kirkland & Ellis LLP, 300 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com); (iii) counsel to the agent for the Debtors' postpetition term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com); (iv) counsel to the agent for the Debtors' prepetition and postpetition secured ABL facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com); (v) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, John R. Ashmead, Esq. (ashmead@sewkis.com); (vi) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Mark L. Prager, Esq. (mprager@foley.com) and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com); (vii) proposed counsel to the official committee of unsecured creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Michael S. Stamer, Esq. and Meredith A. Lahaie, Esq.; and (viii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark Kenney, Esq. (fax:(302) 573-6497)).

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS OR RESPONSES NOT TIMELY FILED, SERVED AND RECEIVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan, the Disclosure Statement, or the Motion, as applicable.

# **<u>Exhibit D</u>**

# International New York Times

620 Eighth Avenue, New York, NY 10018 USA
Tel: (212) 556-7723   Fax: (212) 556-7706

**DECLARATION OF PUBLICATION**

**Quiksilver**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter. I am a principal
of the International New York Times, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East, Far East and the Americas. The notice, a true copy of which is attached,
was published on the following date(s):

November 5, 2015

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on November 5, 2015

_____
Judith King

Sworn before me on this 5th day of November 2015 in the state of New York.

_____
Notary Public

DEBORAH BESHAW-FARRELL
Notary Public, State of New York
No. 01BE5076617
Qualified in New York County
Commission Expires April 21, 2019

THE WORLD'S DAILY NEWSPAPER

once they could vote. Because Canada's immigration rules favour educated and affluent migrants, ethic communities are also an important source of donations to political parties, not least because the country's campaign fi-

refugees and when it tried to ban the niqab, or face covering, during citizenship ceremonies. Mr. Harper's use of the phrase "old-stock Canadians" on the campaign trail made matters worse.

Mr. Griffith reckons that there are 33

Ca
the
grant
Cana
But I
was "
Vot

---

# Schools hesita

CHICAGO

## Some policies requiring private facilities draw complaints about bias

BY JULIE BOSMAN
AND MOTOKO RICH

Asked to call a transgender boy by a male name he has chosen for himself, teachers and administrators around the United States have leaned toward a simple response: Sure. Allow a high school student who was born male but identifies as female to join the volleyball team? Fine.

But as transgender students assert themselves more, schools have hesitated at the locker room and the bathroom. Many have developed policies that require transgender students to use private changing and showering facilities, drawing opposition from these students, their parents and advocates who say the rules are discriminatory.

The Education Department on Monday gave school officials at a suburban Chicago high school 30 days to resolve a dispute with a transgender student who identifies as a girl and has sought to change and shower in the girls' locker room without restrictions; otherwise, the school risks forfeiting funding under the anti-discrimination law known as Title IX. The confrontation was an echo of battles nationwide, where the locker room and often the restroom are the stage for a fierce fight over how extensively transgender students should be accommodated.

"I think it's an issue that people are thinking about a lot," said Thad Ballard, the president of the Elko County school board in northeast Nevada, which voted in September to keep transgender students out of bathrooms and locker rooms that correspond with their gender identity. He said the move was intended to preserve "the centuries-long tradition of respecting the difference in the sexes."

"When has it ever been appropriate for a biological boy or a biological girl to be in the opposite restroom of their gender?" Mr. Ballard said. "We're all trying to think of the best way to protect

the rig
they'r
Cali
nectic
the D
adopte
mit tr
rooms
studer
State S
under
a trans
rooms
with w
Elev
discrin
that m
transg
Michae
tor of
and Ed
But s
to mov
publica
propose
gender
that con
tity, a i
discrim
the Stat
crats, d
Some
threats
vention
dents fi
ponds to
In Ar
entered
Departn
tion Dep
after a t
fies as n
being for
cabin di
outing.
federal c
that allov
to all sex
the gend
David
Arcadia,
than 10,0
town Los
the stude
trict had
who was
other par
ing with
student.

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:                    ) Chapter 11
QUIKSILVER, INC., et al., ) Case No. 15-11880 (BLS)
           Debtors.¹      ) Jointly Administered

**NOTICE OF DISCLOSURE STATEMENT HEARING**

TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the above-captioned Debtors and Debtors in possession (the "Debtors") have filed the (a) Disclosure Statement With Respect to the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") [Docket No. 396]; (b) Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession (as amended from time to time and including all exhibits thereto, the "Plan") [Docket No. 292]; and (c) Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement, (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto (the "Motion") [Docket No. 397].²

PLEASE TAKE FURTHER NOTICE THAT a hearing will commence on **December 1, 2015 at 10:30 a.m. Eastern Time** (the "Disclosure Statement Hearing") before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Court") to consider the Motion, which seeks the entry of an order (the "Disclosure Statement Order") finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning set forth in section 1125 of the Bankruptcy Code and approving the Disclosure Statement, certain other materials related to the solicitation of acceptances of the Plan (the "Solicitation Package"), and the Solicitation Procedures. The Disclosure Statement Hearing may be continued from time to time without further notice other than an adjournment announced in open court at the Disclosure Statement Hearing or at any subsequent adjourned Disclosure Statement Hearing. THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.

PLEASE TAKE FURTHER NOTICE THAT the Plan, the Disclosure Statement, the Motion, the Disclosure Statement Order, and other documents and materials related thereto, including certain solicitation materials, once they are filed, may be obtained by: (a) accessing the Debtors' restructuring website at http://www.kccllc.net/quiksilver, (b) emailing Quiksilverinfo@kccllc.com or (c) calling the Debtors' restructuring hotline at (877) 709-4757, within the U.S. or Canada, or (424) 236-7235, outside of the U.S. or Canada.

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement or the Solicitation Procedures, or any of the other relief sought by the Debtors in the Motion must: (a) be in writing, (b) conform to the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such entity, and (d) state with particularity the basis and nature of any objection and, if practicable, a proposed modification to the Disclosure Statement or materials comprising the Solicitation Package that would resolve such objection. **Responses or objections, if any, must be filed with the Court and served upon each of the following parties so as to be actually received no later than 12:00 p.m. Eastern Time on November 30, 2015:** (i) Quiksilver, Inc., 5600 Argosy Circle, Huntington Beach, California 92649, Attn: Linnsey Caya; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com); (iii) counsel to the agent for the Debtors' postpetition term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com); (iv) counsel to the agent for the Debtors' prepetition and postpetition secured ABL facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com); (v) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, John R. Ashmead, Esq. (ashmead@sewkis.com); (vi) counsel to the Indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Mark L. Prager, Esq. (mprager@foley.com) and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com); (vii) proposed counsel to the official committee of unsecured creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Michael S. Stamer, Esq. and Meredith A. Lahaie, Esq.; and (viii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark Kenney, Esq. (fax: (302) 573-6497)).

PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS OR RESPONSES NOT TIMELY FILED, SERVED AND RECEIVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

² Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan, the Disclosure Statement, or the Motion, as applicable.