UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Kasowitz, Benson, Torres & Friedman LLP and Saul Ewing LLP appear as counsel for and on behalf of **E. Gluck Corporation** ("EGC") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that EGC requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served upon the following:

| | |
|---|---|
| David M. Friedman, Esquire | Mark Minuti, Esquire |
| Daniel A. Fliman, Esquire | Saul Ewing LLP |
| Kasowitz, Benson, Torres | 222 Delaware Avenue, Suite 1200 |
| & Friedman LLP | P.O. Box 1266 |
| 1633 Broadway | Wilmington, DE 19899 |
| New York, New York 10019 | Telephone: (302) 421-6840 |
| Telephone: (212) 506-1700 | Facsimile: (302) 421-5873 |
| Facsimile: (212) 506-1800 | Email: mminuti@saul.com |
| Email: DFriedman@kasowitz.com | |
| DFliman@kasowitz.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing, demand, order, or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Federal Rule of Bankruptcy Procedure 3017(a), EGC requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of (a) the rights of EGC (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which EGC may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of EGC, and that such

647102.1 11/19/2015

service must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

Dated: November 19, 2015

**SAUL EWING LLP**

By: /s/ Mark Minuti
Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone:   (302) 421-6840
Facsimile:    (302) 421-5873
mminuti@saul.com

-and

David M. Friedman, Esquire
Daniel A. Fliman, Esquire
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email:   DFriedman@kasowitz.com
              DFliman@kasowitz.com

*Counsel for E. Gluck Corporation*