**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
In re: : Chapter 11
: 
QUICKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
: 
Debtors : Jointly Administered
: 
---------------------------------------------------------------X

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that C & K Broadway 519 LLC ("C & K"), in its capacity as a creditor, hereby appears in the above-captioned cases pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases and all adversary and related proceedings be given and served upon the persons listed below at the following address:

LOEB & LOEB LLP
P. Gregory Schwed
Bethany D. Simmons
345 Park Avenue
New York, New York  10154
Telephone:  (212) 407-4000
Facsimile:  (212) 407-4990
gschwed@loeb.com
bsimmons@loeb.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail,

NY1379187.1
205961-10002

facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by C & K: (1) to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to challenge the constitutionality of any part of 28 U.S.C. § 157; or (5) of any other rights, claims, actions, setoffs, or recoupments to which C & K is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments C & K expressly reserves.

Dated: November 20, 2015

LOEB & LOEB LLP

*/s/* P. Gregory Schwed
LOEB & LOEB LLP
P. Gregory Schwed
Bethany D. Simmons
345 Park Avenue
New York, New York  10154
Telephone:  (212) 407-4000
Facsimile:  (212) 407-4990
gschwed@loeb.com
bsimmons@loeb.com

*Counsel for C & K Broadway 519 LLC*