IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUICKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

Objection Deadline: December 14, 2015 at 4:00 p.m.
Hearing Date: Only If Objections Are Timely Filed

## NOTICE OF FILING OF FEE APPLICATION

PLEASE TAKE NOTICE that on November 23, 2015, Pachulski Stang Ziehl & Jones LLP, co-counsel to the above-captioned debtors and debtors in possession (the "Debtors") filed and served the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors In Possession, for the Period from September 9, 2015 through September 30, 2015* (the "Fee Application"), seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $32,947.50, and reimbursement for actual and necessary expenses in the amount of $436.40.

PLEASE TAKE FURTHER NOTICE that objections or responses to the Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on or before **December 14, 2015, at 4:00 p.m. Prevailing Eastern Time.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

The Fee Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on October 22, 2012 [Docket No. 321] (the "Administrative Order").

At the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) Quiksilver, Inc., 5600 Argosy Circle, #100, Huntington Beach, California 92649, Attn: Andrew Bruenjes; (ii) counsel to the Debtors: (a) Skadden, Arps, Slate, Meagher & Flom LLP, 300 S. Grand Ave., Los Angeles, CA 90071, Attn: Van C. Durrer, II, Esquire (van.durrer@skadden.com) and (b) Skadden, Arps, Slate, Meagher & Flom LLP, 920 North King Street, P.O. Box 636, Wilmington, Delaware 19801, Attn: Dain A. De Souza, Esquire (Dain.DeSouza@skadden.com); (iii) co-counsel to the Debtors: (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-4100, Attn: Jeffrey N. Pomerantz, Esquire (jpomerantz@pszjlaw.com) and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire (ljones@pszjlaw.com); (iv) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Mark S. Kenney, Esquire (mark.kenney@usdoj.gov); (v) counsel to the agent under the Debtors' prepetition revolving loan facility and postpetition debtor-in-possession revolving loan facility, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, NY 10036, Attn: Steven Fox, Esquire (sfox@riemerlaw.com); (vi) counsel to the agent under the Debtors' postpetition debtor-in-possession term loan facility, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL

60654, Attn: Patrick J. Nash, Jr., Esquire (patrick.nash@kirkland.com), Ross M. Kwasteniet, Esquire (ross.kwasteniet@kirkland.com), and William A. Guerrieri, Esquire (will.guerrieri@kirkland.com); (vii) counsel to the Official Committee of Unsecured Creditors: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Michael S. Stamer, Esquire (mstamer@akingump.com) and Meredith A. Lahaie, Esquire (mlahaie@akingump.com); and (b) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 North Market Street, Wilmington, DE 19899-1709, Attn: David B. Stratton, Esquire (strattod@pepperlaw.com) and David M. Fournier, Esquire (fournierd@pepperlaw.com).

IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE FEE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER.

A HEARING ON THE FEE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR RESPONSES ARE TIMELY FILED.

Dated: November 23, 2015          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:    ljones@pszjlaw.com
          joneill@pszjlaw.com
          jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession