# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

QuickSilver, Inc.
5600 Argosy Circle
Huntington Beach, CA

September 30, 2015
Invoice    111420
Client     72779
Matter     00002
           **JNP**

RE:  Post-Petition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   09/30/2015**

| | |
|---|---:|
| FEES | $32,947.50 |
| EXPENSES | $436.40 |
| **TOTAL CURRENT CHARGES** | $33,383.90 |
| **TOTAL BALANCE DUE** | $33,383.90 |

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002  

Page:    2  
Invoice 111420  
September 30, 2015  

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 15.40 | $12,976.50 |
| CA | Case Administration [B110] | 17.10 | $5,392.50 |
| CP | Compensation Prof. [B160] | 0.20 | $120.00 |
| EC | Executory Contracts [B185] | 1.10 | $434.50 |
| RP | Retention of Prof. [B160] | 3.70 | $3,132.50 |
| SL | Stay Litigation [B140] | 15.50 | $10,891.50 |
| | | 53.00 | $32,947.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | Case Man. Asst. | 225.00 | 0.10 | $22.50 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 0.80 | $180.00 |
| JAM | Morris, John A. | Partner | 875.00 | 2.20 | $1,925.00 |
| JEO | O'Neill, James E. | Partner | 750.00 | 8.30 | $6,225.00 |
| JMM | Mulvihill, Joseph M. | Associate | 395.00 | 7.30 | $2,883.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 0.60 | $537.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 1.50 | $337.50 |
| LDJ | Jones, Laura Davis | Partner | 1025.00 | 15.30 | $15,682.50 |
| MM | Molitor, Monica | Paralegal | 305.00 | 16.90 | $5,154.50 |
| | | | | 53.00 | $32,947.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Delivery/Courier Service | $13.00 |
| Pacer - Court Research | $17.40 |
| Reproduction Expense [E101] | $333.70 |

Pachulski Stang Ziehl & Jones LLP                                          Page:     3
Quiksilver                                                                 Invoice 111420
72779    00002                                                             September 30, 2015

## Summary of Expenses

Description                                                                                Amount

Reproduction/ Scan Copy                                                                    $72.30

                                                                                           $436.40

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002

Page: 4  
Invoice 111420  
September 30, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | | |
| 09/09/2015 | JNP | BL | | Review emails regarding case filing and first day hearings. | 0.20 | 895.00 | $179.00 |
| 09/09/2015 | LDJ | BL | | Telephone conference with clients and Skadden regarding preparations for 9/10/15 hearing | 1.00 | 1025.00 | $1,025.00 |
| 09/09/2015 | LDJ | BL | | Review first day motions and prepare for 9/10/15 hearing | 2.70 | 1025.00 | $2,767.50 |
| 09/09/2015 | JEO | BL | | Finalize TRO documents for possible filing. | 2.00 | 750.00 | $1,500.00 |
| 09/09/2015 | JEO | BL | | Conference with John Morris and Laura Davis Jones regarding possible TRO filing. | 0.40 | 750.00 | $300.00 |
| 09/09/2015 | JAM | BL | | Review TRO papers for Euro Notes (.5); e-mail to PSZ&J team re Euro Notes papers and filing (.1); telephone conference with L. Jones, J. O'Neil re status (.2). | 0.80 | 875.00 | $700.00 |
| 09/09/2015 | MM | BL | | Confer with James E. O'Neill regarding adversary proceeding and Temporary restraining order pleadings and exhibits | 0.10 | 305.00 | $30.50 |
| 09/09/2015 | MM | BL | | Review first day hearing agenda (.2); email exchange with Sheryle Pitman and Andrea Paul regarding hearing binder for Laura Davis Jones (.2); obtain and refer first day declaration for Laura Davis Jones (.1) | 0.50 | 305.00 | $152.50 |
| 09/09/2015 | MM | BL | | Conferences and email exchanges with James E. O'Neill regarding adversary proceeding | 0.30 | 305.00 | $91.50 |
| 09/10/2015 | LDJ | BL | | Final preparations for 9/10/15 hearing | 2.50 | 1025.00 | $2,562.50 |
| 09/10/2015 | LDJ | BL | | Attend 9/10/15 hearing | 3.00 | 1025.00 | $3,075.00 |
| 09/10/2015 | MM | BL | | Email to Laura Davis Jones and James E. O'Neill regarding hearing transcripts | 0.10 | 305.00 | $30.50 |
| 09/24/2015 | JEO | BL | | Review critical dates memo. | 0.30 | 750.00 | $225.00 |
| 09/25/2015 | KSN | BL | | Prepare hearing binders for 10/6/15 hearing. | 1.50 | 225.00 | $337.50 |
|  |  |  |  |  | **15.40** |  | **$12,976.50** |
| **Case Administration [B110]** | | | | | | | |
| 09/09/2015 | BMK | CA | | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 09/09/2015 | MM | CA | | Update dockets and review (3 times) (.3); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.6); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.50 | 305.00 | $457.50 |

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002

Page:    5  
Invoice 111420  
September 30, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/09/2015 | MM | CA | Coordinate 2002 service data updates regarding Simon Property and GGP Limited Partnership | 0.10 | 305.00 | $30.50 |
| 09/10/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 09/11/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.7); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 1.50 | 305.00 | $457.50 |
| 09/11/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for C & K Trading Company | 0.10 | 305.00 | $30.50 |
| 09/11/2015 | MM | CA | Coordinate 2002 service updates regarding counsel for Oaktree Capital Management and Tax Comptroller of Public Accounts | 0.10 | 305.00 | $30.50 |
| 09/11/2015 | MM | CA | Coordinate 2002 service updates regarding 404 West LLC, Arlington ISD, Taubman Landlords and Hilco Merchant Resources | 0.20 | 305.00 | $61.00 |
| 09/14/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.6); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 1.10 | 305.00 | $335.50 |
| 09/14/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for licensor | 0.10 | 305.00 | $30.50 |
| 09/14/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for GGP Limited Partnership | 0.10 | 305.00 | $30.50 |
| 09/14/2015 | MM | CA | Coordinate 2002 service data updates regarding State of Texas Taxing Authorities | 0.10 | 305.00 | $30.50 |
| 09/14/2015 | MM | CA | Coordinate 2002 service data update regarding counsel for Taubman Landlords | 0.10 | 305.00 | $30.50 |
| 09/15/2015 | MM | CA | Coordinate 2002 service data updates regarding Dallas County, Texas | 0.10 | 305.00 | $30.50 |
| 09/15/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 09/16/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Boulevard Investment and Macerich | 0.10 | 305.00 | $30.50 |

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002

Page:    6  
Invoice 111420  
September 30, 2015

| Date | Atty | Client | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/16/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.6); update critical dates memorandum (.1) | 0.80 | 305.00 | $244.00 |
| 09/17/2015 | LDJ | CA | Correspondence with Monica Molitor regarding critical dates memo | 0.10 | 1025.00 | $102.50 |
| 09/17/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 09/17/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Macerich Company and Miracle Mile Shops | 0.10 | 305.00 | $30.50 |
| 09/18/2015 | JNP | CA | Conference with V. Durrer regarding case issues. | 0.30 | 895.00 | $268.50 |
| 09/21/2015 | CJB | CA | Maintain document control. | 0.50 | 225.00 | $112.50 |
| 09/21/2015 | MM | CA | Coordinate 2002 service data updates regarding The Irvine Company, LLC | 0.10 | 305.00 | $30.50 |
| 09/21/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 09/22/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.5); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.20 | 305.00 | $366.00 |
| 09/22/2015 | MM | CA | Coordinate 2002 service data updates regarding Counsel for Banc of America Leasing and Counsel for Delaware Trust Company | 0.10 | 305.00 | $30.50 |
| 09/23/2015 | MM | CA | Coordinate 2002 service updates regarding Committee of Unsecured Creditors | 0.10 | 305.00 | $30.50 |
| 09/23/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 09/24/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.3); email critical dates memo to | 1.10 | 305.00 | $335.50 |

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002

Page:    7  
Invoice 111420  
September 30, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
|  |  |  | James E. O'Neill for review and comment (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) |  |  |  |  |
| 09/24/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Massive Prints and State of Missouri Department of Revenue | | 0.20 | 305.00 | $61.00 |
| 09/24/2015 | MM | CA | Coordinate 2002 service updates regarding counsel for Banc of America Leasing | | 0.10 | 305.00 | $30.50 |
| 09/24/2015 | MM | CA | Email to Linda Miazza regarding adjustments to 2002 service data regarding top 30 creditors and Creditors' Committee counsel | | 0.10 | 305.00 | $30.50 |
| 09/24/2015 | MM | CA | Email to Kathe F. Finlayson regarding schedule of statutory deadlines for master calendar | | 0.10 | 305.00 | $30.50 |
| 09/24/2015 | MM | CA | Coordinate 2002 service data updates regarding Counsel for SAP Industries | | 0.10 | 305.00 | $30.50 |
| 09/25/2015 | CJB | CA | Maintain document control. | | 0.30 | 225.00 | $67.50 |
| 09/25/2015 | MM | CA | Coordinate 2002 service data update regarding Counsel for SAP Industries | | 0.10 | 305.00 | $30.50 |
| 09/25/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | | 0.50 | 305.00 | $152.50 |
| 09/28/2015 | MM | CA | Email exchange with Karen Neil regarding hearing binders | | 0.10 | 305.00 | $30.50 |
| 09/28/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | | 0.70 | 305.00 | $213.50 |
| 09/28/2015 | MM | CA | Coordinate 2002 service updates regarding Counsel for Annapolis Mall Owner | | 0.10 | 305.00 | $30.50 |
| 09/29/2015 | MM | CA | Coordinate 2002 service data updates regarding Counsel for Queens Market | | 0.10 | 305.00 | $30.50 |
| 09/29/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | | 0.80 | 305.00 | $244.00 |
| 09/30/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates | | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002

Page:     8  
Invoice 111420  
September 30, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) |  |  |  |
|  |  |  |  | 17.10 |  | $5,392.50 |

### Compensation Prof. [B160]

| 09/23/2015 | JNP | CP | Review and forward prepetition bill to Skadden. | 0.10 | 895.00 | $89.50 |
|---|---|---|---|---|---|---|
| 09/24/2015 | MM | CP | Email to William Ramseyer regarding Committee appointment date and PSZJ retention application | 0.10 | 305.00 | $30.50 |
|  |  |  |  | 0.20 |  | $120.00 |

### Executory Contracts [B185]

| 09/27/2015 | JMM | EC | Finalize motion to shorten for 365(d)(4) motion | 0.20 | 395.00 | $79.00 |
|---|---|---|---|---|---|---|
| 09/27/2015 | JMM | EC | Comments to 365(d)(4) motion to Laura Davis Jones and James E. O'Neill | 0.60 | 395.00 | $237.00 |
| 09/28/2015 | JMM | EC | Emails with Laura Davis Jones and Skadden regarding 365 motion | 0.10 | 395.00 | $39.50 |
| 09/28/2015 | JMM | EC | Reviewing comments form Steven Fox regarding 365 motion | 0.20 | 395.00 | $79.00 |
|  |  |  |  | 1.10 |  | $434.50 |

### Retention of Prof. [B160]

| 09/11/2015 | JEO | RP | Draft PSZ&J retention application. | 1.00 | 750.00 | $750.00 |
|---|---|---|---|---|---|---|
| 09/14/2015 | LDJ | RP | Correspondence with Annie Li regarding PSZ&J retention | 0.10 | 1025.00 | $102.50 |
| 09/15/2015 | LDJ | RP | Work on PSZ&J retention application | 0.30 | 1025.00 | $307.50 |
| 09/15/2015 | LDJ | RP | Correspondence with Van Durrer regarding PSZ&J retention application | 0.20 | 1025.00 | $205.00 |
| 09/15/2015 | LDJ | RP | Further revisions to PSZ&J retention application | 0.20 | 1025.00 | $205.00 |
| 09/15/2015 | JEO | RP | Review and update PSZ&J retention app. | 0.60 | 750.00 | $450.00 |
| 09/16/2015 | LDJ | RP | Correspondence with Annie Li regarding PSZ&J retention application revisions | 0.20 | 1025.00 | $205.00 |
| 09/17/2015 | LDJ | RP | Correspondence with James E. O'Neill regarding final charges to PSZ&J retention application | 0.10 | 1025.00 | $102.50 |
| 09/17/2015 | LDJ | RP | Correspondence with Annie Li regarding final retention application | 0.20 | 1025.00 | $205.00 |
| 09/17/2015 | JEO | RP | Work on retention app for PSZ&J. | 0.80 | 750.00 | $600.00 |
|  |  |  |  | 3.70 |  | $3,132.50 |

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002

Page:    9  
Invoice 111420  
September 30, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Stay Litigation [B140]** | | | | | | | |
| 09/24/2015 | LDJ | SL | | Telephone call with Van Durrer regarding stay relief motion for deceleration of notes | 0.30 | 1025.00 | $307.50 |
| 09/25/2015 | LDJ | SL | | Correspondence with James E. O'Neill regarding stay relief motion for deceleration of notes | 0.30 | 1025.00 | $307.50 |
| 09/25/2015 | LDJ | SL | | Review and revise stay relief motion | 2.10 | 1025.00 | $2,152.50 |
| 09/25/2015 | LDJ | SL | | Review and revise motion to shorten regarding motion for stay relief | 0.40 | 1025.00 | $410.00 |
| 09/25/2015 | LDJ | SL | | Correspondence with Annie Li regarding stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/25/2015 | JEO | SL | | Review stay motion and provide comments. | 0.80 | 750.00 | $600.00 |
| 09/25/2015 | JEO | SL | | Work on draft of stay motion. | 2.00 | 750.00 | $1,500.00 |
| 09/25/2015 | JEO | SL | | Emails with Joseph Mulvihill regarding stay motion. | 0.40 | 750.00 | $300.00 |
| 09/25/2015 | JAM | SL | | Telephone conference with L. Jones re stay relief motion (.1); telephone conference with L. Jones, A. Li re stay relief motion (.1); review draft stay relief motion (.4); telephone conference with L. Jones re stay relief (.1); review revised motion (.3); communications with J. O'Neil, J. Mulvihill re motion (.2). | 1.20 | 875.00 | $1,050.00 |
| 09/25/2015 | JMM | SL | | Drafting relief from stay motion | 2.70 | 395.00 | $1,066.50 |
| 09/25/2015 | JMM | SL | | Emails with Laura Davis Jones, James E. O'Neill and co-counsel regarding relief from stay motion | 0.20 | 395.00 | $79.00 |
| 09/25/2015 | JMM | SL | | Phone call with Laura Davis Jones and John Morris regarding relief from stay motion | 0.20 | 395.00 | $79.00 |
| 09/25/2015 | JMM | SL | | Draft motion to shorten | 0.80 | 395.00 | $316.00 |
| 09/25/2015 | JMM | SL | | Emails with Laura Davis Jones regarding filing a motion to shorten | 0.10 | 395.00 | $39.50 |
| 09/25/2015 | JMM | SL | | Adding indenture to motion per James E. O'Neill email | 0.10 | 395.00 | $39.50 |
| 09/26/2015 | LDJ | SL | | Review revisions to stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/27/2015 | LDJ | SL | | Correspondence with Pat Nash regarding stay relief motion for deceleration of notes | 0.20 | 1025.00 | $205.00 |
| 09/27/2015 | LDJ | SL | | Correspondence with Steve Fox regarding stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/27/2015 | LDJ | SL | | Correspondence with Robert Ripin regarding stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/27/2015 | JMM | SL | | Review Skadden changes to motion | 0.20 | 395.00 | $79.00 |
| 09/28/2015 | LDJ | SL | | Review and revise stay relief motion | 0.40 | 1025.00 | $410.00 |
| 09/28/2015 | JAM | SL | | E-mails with L. Jones, Skadden re Euro Notes Motion (.2). | 0.20 | 875.00 | $175.00 |

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002

Page:    10  
Invoice 111420  
September 30, 2015

|  |  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 09/29/2015 | LDJ | SL | | Update stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/29/2015 | JMM | SL | | Research regarding Steven Fox's comments to stay relief motion | 0.20 | 395.00 | $79.00 |
| 09/30/2015 | JMM | SL | | Emails with Laura Davis Jones and Skadden regarding lift stay motion and motion to shorten | 0.30 | 395.00 | $118.50 |
| 09/30/2015 | JMM | SL | | Research regarding comments on life stay motion | 1.40 | 395.00 | $553.00 |
|  |  |  |  |  | 15.50 |  | $10,891.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                 $32,947.50

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002

Page:   11  
Invoice 111420  
September 30, 2015

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/09/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/09/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/09/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/09/2015 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 09/10/2015 | RE | ( 148 @0.10 PER PG) | 14.80 |
| 09/10/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/10/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/10/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2015 | RE | ( 172 @0.10 PER PG) | 17.20 |
| 09/11/2015 | RE | ( 152 @0.10 PER PG) | 15.20 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   12
Quiksilver                                                           Invoice 111420
72779    00002                                                       September 30, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/11/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/11/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2015 | RE | ( 34 @0.10 PER PG) | 3.40 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 09/11/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/11/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 09/11/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 919 @0.10 PER PG) | 91.90 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

| Pachulski Stang Ziehl & Jones LLP | | | Page: 13 |
|---|---|---|---|
| Quiksilver | | | Invoice 111420 |
| 72779    00002 | | | September 30, 2015 |

| Date | | Description | Amount |
|---|---|---|---|
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/14/2015 | RE | ( 39 @0.10 PER PG) | 3.90 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/14/2015 | RE | ( 430 @0.10 PER PG) | 43.00 |
| 09/14/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/15/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/15/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/15/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/15/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    14
Invoice 111420
September 30, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/15/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/15/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/15/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 09/16/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/16/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/16/2015 | RE | ( 563 @0.10 PER PG) | 56.30 |
| 09/16/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/16/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/17/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/18/2015 | DC | 72779.00001 Digital Legal Charges for 09-18-15 | 6.50 |
| 09/18/2015 | RE | ( 35 @0.10 PER PG) | 3.50 |
| 09/18/2015 | RE | ( 64 @0.10 PER PG) | 6.40 |
| 09/18/2015 | RE | ( 37 @0.10 PER PG) | 3.70 |
| 09/18/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/18/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                                              Page:   15
Quiksilver                                                                     Invoice 111420
72779    00002                                                                 September 30, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/18/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 09/21/2015 | RE  | ( 28 @0.10 PER PG) | 2.80 |
| 09/21/2015 | RE  | ( 22 @0.10 PER PG) | 2.20 |
| 09/21/2015 | RE  | ( 5 @0.10 PER PG) | 0.50 |
| 09/21/2015 | RE  | ( 194 @0.10 PER PG) | 19.40 |
| 09/21/2015 | RE  | ( 2 @0.10 PER PG) | 0.20 |
| 09/21/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 09/21/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 09/21/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 09/21/2015 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 09/22/2015 | RE  | ( 7 @0.10 PER PG) | 0.70 |
| 09/22/2015 | RE  | ( 7 @0.10 PER PG) | 0.70 |
| 09/22/2015 | RE  | ( 3 @0.10 PER PG) | 0.30 |
| 09/22/2015 | RE  | ( 6 @0.10 PER PG) | 0.60 |
| 09/23/2015 | RE  | ( 4 @0.10 PER PG) | 0.40 |
| 09/23/2015 | RE  | ( 52 @0.10 PER PG) | 5.20 |
| 09/23/2015 | RE  | ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 09/24/2015 | DC  | 72779.00001 Digital Legal Charges for 09-24-15 | 6.50 |
| 09/24/2015 | RE  | ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2015 | RE  | ( 2 @0.10 PER PG) | 0.20 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 16 |
| Quiksilver | | | Invoice 111420 |
| 72779    00002 | | | September 30, 2015 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/24/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 09/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/24/2015 | RE | ( 32 @0.10 PER PG) | 3.20 |
| 09/24/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/24/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/24/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/24/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/24/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 09/25/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 09/28/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/28/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/28/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 09/28/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 09/28/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2015 | RE | ( 36 @0.10 PER PG) | 3.60 |

Pachulski Stang Ziehl & Jones LLP  
Quiksilver  
72779    00002  

Page: 17  
Invoice 111420  
September 30, 2015  

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/29/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 09/30/2015 | PAC | Pacer - Court Research | 17.40 |
| 09/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/30/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/30/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/30/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/30/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |

**Total Expenses for this Matter**                                      **$436.40**

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 18 |
| Quiksilver | Invoice 111420 |
| 72779   00002 | September 30, 2015 |

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 09/30/2015

| | |
|---|---:|
| Total Fees | $32,947.50 |
| Chargeable costs and disbursements | $436.40 |
| Total Due on Current Invoice................... | $33,383.90 |

Outstanding Balance from prior Invoices as of 09/30/2015   (May not reflect recent payments)

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| | | | | |

**Total Amount Due on Current and Prior Invoices**                                      $33,383.90