IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUICKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 23rd day of November, 2015, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

*Notice of Filing of Fee Application;* and

*First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors In Possession, for the Period from September 9, 2015 through September 30, 2015 (including Exhibit A thereto).*

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Quiksilver, Inc. Fee App Service List
Case No. 15-11880(KJC)
Document No. 203401
03 – Hand Delivery
05– First Class Mail

**Hand Delivery**
Office of the U.S. Trustee
Mark Kenney, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Quiksilver, Inc.)
Dain A. De Souza, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
920 North King Street
P.O. Box 636
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Official Committee of Unsecured Creditors)
David B. Stratton, Esquire
David M. Fournier, Esquire
John H. Schanne II, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19899-1709

**First Class Mail**
(Debtor)
Quiksilver, Inc.
5600 Argosy Circle
Huntington Beach, CA 92649

**First Class Mail**
(Counsel to Quiksilver, Inc.)
Van C. Durrer, II, Esquire
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144

**First Class Mail**
(Counsel to Bank of America, N.A.)
Steven E. Fox, Esquire
Riemer & Braunstein LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036

**First Class Mail**
(Counsel to Oaktree Capital Management, L.P.)
Patrick J. Nash, Jr., P.C.
Ross M. Kwasteniet, Esquire
William A. Guerrieri, Esquire
W. Benjamin Winger, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**First Class Mail**
(Counsel to the Official Committee of Unsecured Creditors)
Michael S. Stamer, Esquire
Meredith A. Lahaie, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745