**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |
|  | : | **Related Docket No. 240** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

**FIFTH NOTICE OF FILING OF
<u>ORDINARY COURSE PROFESSIONAL DECLARATIONS</u>**

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the

Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To

Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240]

(the "<u>Ordinary Course Professionals Order</u>"), the debtors and debtors in possession in the above-

captioned cases (collectively, the "<u>Debtors</u>") hereby file the Fifth Notice of Filing of Ordinary

Course Professional Declarations with respect to the professionals listed on <u>Exhibit A</u> hereto (the

"<u>Ordinary Course Professionals</u>").  In support of the retention of the Ordinary Course

Professionals, the Debtors have attached declarations executed by the Ordinary Course

Professionals, attached hereto as <u>Exhibits B and JJ</u>.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of

the Ordinary Course Professional must be made in writing, filed with the United States

Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), 824 North Market

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be received by **December 8, 2015 at**

**4:00 p.m. (Eastern)** (the "Objection Deadline") by the applicable Ordinary Course Professional

and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) proposed counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:   Wilmington, Delaware
         November 24, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## <u>EXHIBIT A</u>

**List of Ordinary Course Professional Declarations**

AAA Legal Services
ABENTE STEWART
Abu-Ghazaleh Intellectual Property (AGIP in Jordan)
Agency of Intellectual Property Tagbergenova & Partners, Ltd
Barreda Moller
Beuchat, Barros & Pfenniger
Boult Wade Tennant
BRANN AB
Bryn & Aarflot A/S
Castillo Grau & Associates
Corrs Chambers Westgarth
Gowling Lafleur Henderson LLP
Grunecker
Holec, Zuska & Partneri
INTELS
Jimenez, Molino y Moreno
KNIJFF
Kulikowska & Kulikowski
Lall & Sethi
Liu, Shen & Associates
Marchais & Associes
Montaury Pimenta Machado Lioce
Mosko & Co
Patrick Mirandah Co.
Popovic Popovic Samardzija & Popovic
Romero Pineda & Associates
Rouse & Co International
SABA & Co
Sanford T. Colb & Co.
Soerensen Garcia Advogados Associados
Spoor & Fisher
Stowe & Co.
Vic C.Y. Shen/C.V. Chen, Lee and Li
Y.P. Lee, Mock & Partners
Yusuf Nazroo, Georges Andre Robert

**<u>EXHIBIT B</u>**

**Ordinary Course Professional Declaration for
AAA Legal Services**

## **EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

     Skadden, Arps, Slate, Meagher & Flom LLP
     300 S. Grand Ave., Suite 3400
     Los Angeles, CA 90071
     Attn: Annie Li, Esq.
     Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _URMAS KERNY_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

    _AAA PATENDIBÜROO OÜ (known also as AAA legal services)_
    _Tartu mnt. 16, 10117 Tallinn, Estonia_

2.    Date of retention:   _20 November 2015_

3.    Type of services provided (accounting, legal, etc.):

    _Legal_

4. Brief description of services to be provided:

   *legal protection of Intellectual Property*

5. Arrangements for compensation (hourly, contingent, etc.):

   *fixed, hourly*

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   *170 €*

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ _____

   Date claim arose: _____

   Source of claim: _____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   Amount of Claim: $ _____

   Date claim arose: _____

   Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____

   No. of shares: _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _20 November 2015_

Name: _____

Title: _Managing Partner_

Company: _A&A Ilegal Juories_

Address: _Tarthi drut 16_
_10117 Tallinn, Estonia_

Telephone: _+372 660 5910_

Facsimile: _+372 660 5912_

# EXHIBIT C

**Ordinary Course Professional Declaration for**
**ABENTE STEWART**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Victor Abente Brun , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.  Name and address of firm:

    Abente Stewart Abogados

    El Dorado 313 - Asuncion 1586, Paraguay

2.  Date of retention:

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

    _Intellectual Property legal services_

5.  Arrangements for compensation (hourly, contingent, etc.):

    _Contingent (Flat fee basis)_

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was
    employed prepetition):

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $ _730.-_

    Date claim arose: _July 06, 2015_

    Source of claim: _Opposition proceedings against the trademark applications for "THE
    ROXY", Classes 41 and 43, Serial No. 1403346 and 1403345_

8.  Prepetition claims against any of the Debtors held individually by any member, associate,
    or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____

    No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _November 19, 2015_

Name: _VICTOR ABENTE BRUN_
Title: _Partner_
Company: _Abente Stewart Abogados_
Address: _El Dorado No 212, Asuncion_
_1586 Paraguay_
Telephone: _595-21-23730_
Facsimile: _595-21-214100_

772537.05-WILSR01A - MSW                3

## <u>EXHIBIT D</u>

**Ordinary Course Professional Declaration for
Abu-Ghazaleh Intellectual Property (AGIP in Jordan)**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

        Skadden, Arps, Slate, Meagher & Flom LLP
        300 S. Grand Ave., Suite 3400
        Los Angeles, CA 90071
        Attn: Annie Li, Esq.
        Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Abu-Ghazaleh_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

    _Abu-Ghazaleh Intellectual Property_
    _P.O.Box: 921100, Amman, 11192 Jordan, TAGI House,_
    _No.26, Prince Shakir bin Zaid Street, Shmeisani_

2.    Date of retention: _Nov/18/2015_

3.    Type of services provided (accounting, legal, etc.):

    _Intellectual property (trademarks)._

4.    Brief description of services to be provided:

   - Filing trademark application in Iraq, Kuwait and UAE
   - Assignment of trademark registration in Egypt.
   - Renewal application in Egypt

5.    Arrangements for compensation (hourly, contingent, etc.):

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on prepetition retention (if firm was
      employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

      Amount of claim: $ USD 1700.00

      Date claim arose: Nov, 18, 2015

      Source of claim: Abu- Ghazaleh Intellectual Property

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
      or professional employee of the firm:

      Name: _____

      Status: _____

      Amount of Claim: $ _____

      Date claim arose: _____

      Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares: _____

      No. of shares: _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _Nov, 15, 2015_

Name: _Mohannad Obeidat_
Title: _Invoicing and Reconciliation manager_
Company: _Abu-Ghazaleh Intellectual property_
Address: _P.O. Box 921100, Amman, 11192 Jordan,_
_TAGI House, no. 26, Prince Shaker Bin Zaid Street,_
Telephone: _00 962 6 5100 900_        Shmeisani
Facsimile: _00 962 6 5100 901_

## <u>EXHIBIT E</u>

**Ordinary Course Professional Declaration for**
**Agency of Intellectual Property Tagbergenova & Partners, Ltd**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., <u>et al.</u>**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "<u>Debtors</u>")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.   Name and address of firm:

*Agency of Intellectual Property Taglergenova &
Partners, Ltd*

2.   Date of retention:   *20.11.2015*

3.   Type of services provided (accounting, legal, etc.):

*legal.*

4.  Brief description of services to be provided:

5.  Arrangements for compensation (hourly, contingent, etc.):

6.  Average hourly rate (if applicable):       —
    Estimated average monthly compensation based on prepetition retention (if firm was
    employed prepetition):

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim:  $_____

    Date claim arose: _____

    Source of claim: _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate,
    or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim:  $_____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____

    No. of shares: _____

2

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _20. 11. 15_

Name: _Sayagbld Shynar_
Title: _Chief Accountant_
Company: _Agency of Intellectual Property "Tazabekbenova and Partners, Ltd_
Address: _65, Str. Kazibek bi,_
_Almaty, Kazakhstan, 050000_
Telephone: _+7 (727) 2611847_
Facsimile: _+7 (727) 2503538_

## <u>EXHIBIT F</u>

**Ordinary Course Professional Declaration for
Barreda Moller**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Skadden, Arps, Slate, Meagher & Flom LLP
    300 S. Grand Ave., Suite 3400
    Los Angeles, CA 90071
    Attn:  Annie Li, Esq.
    Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Alfredo Barreda_____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.    Name and address of firm:

    BARREDA MOLLER

2.    Date of retention:    N/A

3.    Type of services provided (accounting, legal, etc.):

    Legal services

4.     Brief description of services to be provided:

Legal opinion dated 31 March 2015, respondse to Office Action , Cost of

Publication, Obtaining and Review of  Resolution and certificate of registration

and vigilance of trademark KELSON in cl 25 -  Registration No~561088

5.     Arrangements for compensation (hourly, contingent, etc.):

Hourly rate per fees US$280.00

6.     Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was
employed prepetition):

N/A

7.     Prepetition claims against any of the Debtors held by the firm:

Amount of claim:  $___617.14_____

Date claim arose:  ___November 2014_____

Source of claim:  ___Legal services_____

8.     Prepetition claims against any of the Debtors held individually by any member, associate,
or professional employee of the firm:

Name:  ___N/A_____

Status:  _____

Amount of Claim:  $_____

Date claim arose:  _____

Source of claim:  _____

9.     Stock of any of the Debtors currently held by the firm:

Kind of shares:  ___N/A_____

No. of shares:  _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ N/A _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___17 November 2015____

Name: ___Alfredo Barreda_____
Title: ___Partner_____
Company: Barreda Moller_____
Address: __Av. Angamos Oeste 1200____
Lima 18, Lima - PERU_____
Telephone: __(0051-1)221-5715_____
Facsimile: __(0051-1)-441-1916_____

Case 15-11880-BLS    Doc 494    Filed 11/24/15    Page 26 of 70



## Monthly Invoice N° 005-A

Billing Period: From 1 March 2015 to 30 November 2014

To: **QUIKSILVER, INC.**
15202 Graham Street
Huntington Beach, CA 92649
ESTADOS UNIDOS DE AMERICA

Ref : Invoices issued for work perfomed on behalf of 54TH STREET HOLDINGS SARL
Country PERU

| Invoice No. | Lawyer | Description of services | Fees | Expenses | Official Fees | Time (hours) | Hourly Rate | VAT 18% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 230908 | Alfredo Barreda (Partner) | Report dated 31 March (Trademark KELSON in class 25. Application No. 561088, Y/Ref : 07514PE O/Ref : SD201400055) | $55.00 | - | | 0.20 | $280.00 | $9.90 | $64.90 |
| 230908 | Alfredo Barreda (Partner) | Response to office action (Trademark KELSON in class 25. Application No. 561088 Y/Ref : 07514PE O/Ref : SD201400055) | $190.00 | | - | 0.68 | $280.00 | $34.20 | $224.20 |
| 230908 | Alfredo Barreda (Partner) | Cost of publication (Trademark KELSON in class 25. Application No. 561088 Y/Ref : 07514PE. O/Ref SD201400055) | | $73.00 | | - | $280.00 | $13.14 | $86.14 |
| 230908 | Alfredo Barreda (Partner) | Obtaining and review of resolution and certificate of registration, and vigilance (Trademark KELSON in class 25. Application No. 561088 Y/Ref : 07514PE O/Ref : SD201400055) (Date of service rendered on 20 November 2014) | $155.00 | $50.00 | - | 0.55 | $280.00 | $36.90 | $241.90 |
| | | **TOTAL** | $ 400.00 | $123.00 | $0.00 | | | $94.14 | |

TOTAL Fees/Exp excluding VAT:    $523.00
Official fees:                              $0.00
Sales Tax /VAT 18%                    $94.14

## TOTAL AMOUNT DUE:    $617.14

[SIX HUNDRED SEVENTEEN AND 14/100 US DOLLARS]

Payments by check: crossed check with indication "FOR DEPOSIT ONLY".

Payments by wire transfer: Beneficiary BARREDA MOLLER; Bank Name: SCOTIABANK PERU; Bank Address: Av. Dionisio Derteano 102, Lima 27. Account No.036-0008776; Swift BSUDPEPL; Reference: number of invoice(s) being paid.

When making payment, please inform us mentioning the number(s) of the invoice(s) being paid and the exact amount transferred.

1 of 1

<u>**EXHIBIT G**</u>

**Ordinary Course Professional Declaration for
Beuchat, Barros & Pfenniger**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Skadden, Arps, Slate, Meagher & Flom LLP
      300 S. Grand Ave., Suite 3400
      Los Angeles, CA 90071
      Attn: Annie Li, Esq.
      Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Andrés Melossi_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.     Name and address of firm:

    _Beuchat, Barros S/Pfenniger_

    _Europa 2035, Providencia_
    _Santiago - Chile_

2.     Date of retention: _____

3.     Type of services provided (accounting, legal, etc.):

    _Intellectual Property (Trademarks, designs,_
    _Patents and copyrights.)_

4.   Brief description of services to be provided:

*Prosecution and litigation in trademark, designs, patents, utility models, copyrights.*

5.   Arrangements for compensation (hourly, contingent, etc.):

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on prepetition retention (if firm was
     employed prepetition):

7.   Prepetition claims against any of the Debtors held by the firm:

     Amount of claim:  $

     Date claim arose:

     Source of claim:

8.   Prepetition claims against any of the Debtors held individually by any member, associate,
     or professional employee of the firm:

     Name:

     Status:

     Amount of Claim:  $

     Date claim arose:

     Source of claim:

9.   Stock of any of the Debtors currently held by the firm:

     Kind of shares:

     No. of shares:

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _November 20, 2015_

Name: _André Melero_
Title: _Partner_
Company: _Benedut, Barron & Pfenniger_
Address: _Europa 2035_
_Providencia - Santiago_
Telephone: _+56 225996500_
Facsimile: _+56 225996501_

# EXHIBIT H

**Ordinary Course Professional Declaration for**
**Boult Wade Tennant**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Tuesdee Stewart_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

_BOULT WADE TENNANT_
_VERULAM GARDENS_
_70 GRAYS INN ROAD_
_LONDON, WC1X 8BT  ENGLAND_

2.    Date of retention:  _5/12/2003_

3.    Type of services provided (accounting, legal, etc.):

_IP Copyright Law_

4.  Brief description of services to be provided:

    _____

    _____

    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.):

    _____

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was
    employed prepetition):

    _____

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $ 2,476.27

    Date claim arose: 28/8/15

    Source of claim: _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate,
    or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____

    No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 17/11/2015

Name: MS TUESDEE STEWART
Title: CREDIT CONTROLLER
Company: BOULT WADE TENNANT
Address: VERULAM GARDENS
70 GRAYS INN ROAD LONDON WC1X 8BT
Telephone: 0207 430 7500
Facsimile: 0207 430 7600

## **EXHIBIT I**

**Ordinary Course Professional Declaration for
BRANN AB**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, ____Mats Owe____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.   Name and address of firm:

> BRANN AB
> P.O. Box 12246
> 102 26 STOCKHOLM
> Sweden

2.   Date of retention: _____

3.   Type of services provided (accounting, legal, etc.):

Assistance in Trademark matters (legal)

4.    Brief description of services to be provided:

Assistance in Trademark Matters (legal)

5.    Arrangements for compensation (hourly, contingent, etc.):

hourly

6.    Average hourly rate (if applicable):    285-330 (EURO)
Estimated average monthly compensation based on prepetition retention (if firm was
employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim:  $

Date claim arose:

Source of claim:

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
or professional employee of the firm:

Name:

Status:

Amount of Claim:  $

Date claim arose:

Source of claim:

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:

No. of shares:

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____

Name: _____ MATS OLSSE _____
Title: _____ CEO _____
Company: _____ BRANN AB _____
Address: _____ P.O. BOX 12246 _____
_____ 10226 Sthlm, Sweden _____
Telephone: _____ +468 429 1000 _____
Facsimile: _____

## **EXHIBIT J**

**Ordinary Course Professional Declaration for
Bryn & Aarflot A/S**

## EXHIBIT 2

### OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Skadden, Arps, Slate, Meagher & Flom LLP
    300 S. Grand Ave., Suite 3400
    Los Angeles, CA 90071
    Attn:  Annie Li, Esq.
    Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Cecile Berglund PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.    Name and address of firm:

    Bryn Aarflot AS, P.O. Box 449 Sentrum, NO-0104 Oslo, Norway

2.    Date of retention: n/a - We have not performed work for Quiksilver since 2012.

3.    Type of services provided (accounting, legal, etc.):

    Legal, trademark prosecution

4.    Brief description of services to be provided:

Trademark protection, prosecution and enforcement

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly

6.    Average hourly rate (if applicable):  NOK 2800
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

n/a

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $_____‐_____

Date claim arose: _____‐_____

Source of claim: _____‐_____

8.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____‐_____

Status: _____‐_____

Amount of Claim: $_____‐_____

Date claim arose: _____‐_____

Source of claim: _____‐_____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____‐_____

No. of shares: _____‐_____

2

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  –

Status:  –

Kind of shares:  –

No. of shares:  –

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

–


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  19 November 2015

Name:  Cecilie Berglund
Title:  Attorney-at-law
Company:  Bryn Aarflot AS
Address:  P.O. Box 449 Sentrum
N-0104 Oslo, Norway
Telephone:  +47 46 90 30 00
Facsimile:

## **<u>EXHIBIT K</u>**

**Ordinary Course Professional Declaration for
Castillo Grau & Associates**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, LUIS FELIPE CASTILLO PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

CASTILLO GRAU & ASSOCIATES
CARRERA 13 NO. 37-43   12 FLOOR
BOGOTA, COLOMBIA

2.    Date of retention: _____

3.    Type of services provided (accounting, legal, etc.):

LEGAL SERVICES ON INTELLECTUAL
PROPERTY MATTERS

4.    Brief description of services to be provided:

REGISTRATION OF TRADEMARKS

RENEWAL OF TRADEMARKS

FILING OF OPPOSITIONS

LEGAL COUNSELING AND ADVISE

5.    Arrangements for compensation (hourly, contingent, etc.):

FIXED FEES

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on prepetition retention (if firm was
      employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ 600 =

Date claim arose: SEPTEMBER 2014

Source of claim: LEGAL SERVICES

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
      or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  2 0 NOV. 2015 _____

Name: LUIS FELIPE CASTILLO
Title: PARTNER
Company: CASTILLO GRAU ASSOCIATES
Address: CARRERA 13 No. 39-43
BOGOTA - COLOMBIA
Telephone: (57-1) 2857460
Facsimile: (57-1) 2849267

3

772537.05-WILSR01A - MSW

## <u>EXHIBIT L</u>

**Ordinary Course Professional Declaration for
Corrs Chambers Westgarth**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn:  Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _TIM ALLEN_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

_CORRS CHAMBERS WESTGARTH_

_567 COLLINS STREET_

_MELBOURNE VIC AUSTRALIA 3000_

2.    Date of retention: _2005 for DC Shoes, Inc.; 1995 for other Quiksilver related companies not subject to this Chapter 11 Case_

3.    Type of services provided (accounting, legal, etc.):

_Legal_

4.  Brief description of services to be provided:

Range of commercial legal work, primarily in the field of intellectual property and especially trade marks

5.  Arrangements for compensation (hourly, contingent, etc.):

Mix of "fixed fees" for certain tasks and hourly rates for other tasks

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

DC Shoes Inc last invoiced in 2013 ; QS Holdings SARL has

7.  Prepetition claims against any of the Debtors held by the firm:

been invoiced
AU$19,345.50 since
1 JANUARY 2014 ;

Amount of claim: $ Nil

Date claim arose: _____

Source of claim: _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _N/A_____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_N/A_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _20 November 2015___

Name: _TIM ALLEN___
Title: _PARTNER___
Company: _CORRS CHAMBERS WESTGART___
Address: _567 COLLINS STREET___
_MELBOURNE VIC 3000 AUSTRALIA___
Telephone: _61 3 9672 3247___
Facsimile: _____

3

772537.05-WILSR01A - MSW

# EXHIBIT M

**Ordinary Course Professional Declaration for
Gowling Lafleur Henderson LLP**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Sheldon Connely PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    Gowling Lafleur Henderson LLP
    1 First Canadian Place,
    100 King Street W, Suite 1600
    Toronto, ON M5X 1G5 Canada

2.  Date of retention:  2003

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

Corporate, Intellectual Property and Employment law.

5.  Arrangements for compensation (hourly, contingent, etc.):

Hourly & flat fee

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

$610

7.  Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $    Nothing outstanding

Date claim arose: _____

Source of claim: _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____ No _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ No _____

No. of shares: _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ N/A _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ N/A . _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: November 20, 2015

Name: Shelagh Carnegie
Title: Partner
Company: Gowling Lafleur Henderson LLP
Address: 1 First can Pl., 1 King St W
Suite 1600 Toronto, ON M5X 1G5
Telephone: 416-862-4682
Facsimile: 416-862-7661

772537.05-WILSR01A - MSW

# EXHIBIT N

**Ordinary Course Professional Declaration for Grunecker**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn:  Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _ANJA FRANKE_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    **GRÜNECKER**
    **PATENT- UND RECHTSANWÄLTE**
    **PartG mbB**
    LEOPOLDSTR. 4, 80802 MÜNCHEN
    
    GERMANY

2.  Date of retention: _____

3.  Type of services provided (accounting, legal, etc.):

    _____

    _____

    _____

4.    Brief description of services to be provided:

5.    Arrangements for compensation (hourly, contingent, etc.):

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on prepetition retention (if firm was
      employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

      Amount of claim:  $ __0__

      Date claim arose: _____

      Source of claim: _____

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
      or professional employee of the firm:

      Name: _____

      Status: _____

      Amount of Claim:  $ __0__

      Date claim arose: _____

      Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares: _____

      No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 23. 11. 2015

Name: ANJA FRANKE
Title: PARTNER
Company: GRÜNECKER Patent und
Address: Rechtsanwälte PartGmbB
LEOPOLDSTR. 4; D - 80802 MUNICH
Telephone: +49 89 212850
Facsimile: +49 89 220287

772537.05-WILSR01A-MSW

3

E

# EXHIBIT O

**Ordinary Course Professional Declaration for
Holec, Zuska & Partneri**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, OLDRICH TROJAN, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    MULEC, ZUSKA & Partners, Attorneys-at-Law Office
    Palác Andel - Radlicka 1c/3185
    15000 Pvague 5
    Czech Republic

2.  Date of retention:

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.    Brief description of services to be provided:

_Intellectual Property rights - protection, enforcement_

5.    Arrangements for compensation (hourly, contingent, etc.):

_Hourly_

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

      Amount of claim: $

      Date claim arose:

      Source of claim:

8.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

      Name:

      Status:

      Amount of Claim: $

      Date claim arose:

      Source of claim:

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares:

      No. of shares:

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____19 Nov 2015_____

Name: _____Oldrich Trojan_____
Title: _____Lawyer_____
Company: _____Holec, Zuska & Partners_____
Address: _____see above_____

Telephone: _____+420 296 325 235_____
Facsimile: _____+420 296 325 240_____

## EXHIBIT P

**Ordinary Course Professional Declaration for
INTELS**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.  Name and address of firm:

    _INTELS GROUP S.A._
    _17, rue Gappenhiehl_
    _Montfort , L-5335_
    _LUXEMBOURG_

2.  Date of retention: _N/A_

3.  Type of services provided (accounting, legal, etc.):

    _legal_

4.    Brief description of services to be provided:

_Intellectual Property Services_

5.    Arrangements for compensation (hourly, contingent, etc.):

N/A

6.    Average hourly rate (if applicable):
       Estimated average monthly compensation based on prepetition retention (if firm was
       employed prepetition):

N/A

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $_____ N/A _____

Date claim arose: _____ N/A _____

Source of claim: _____ N/A _____

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
       or professional employee of the firm:

Name: _____ N/A _____

Status: _____ N/A _____

Amount of Claim: $_____ N/A _____

Date claim arose: _____ N/A _____

Source of claim: _____ N/A _____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ N/A _____

No. of shares: _____ N/A _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ N/A _____

Status: _____ N/A _____

Kind of shares: _____ N/A _____

No. of shares: _____ N/A _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ N/A _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _20 November, 2015_

Name: _SILAEVA_
Title: _Finance Assistant_
Company: _INTELS Group S.A_
Address: _17, rue Gappenhiehl_
_Moutfort, L-5335, LUXEMBOURG_
Telephone: _+7495 921 4080 ; +352487270_
Facsimile: _+7495 921 4089_

<u>**EXHIBIT Q**</u>

**Ordinary Course Professional Declaration for
Jimenez, Molino y Moreno**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Attn: Annie Li, Esq.
Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Edgardo Molino_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1. Name and address of firm:

   _Jimenez, Molino y Moreno._
   _Global Plaza Building, 50th Floor, 50th St._
   _Panama City, Republic of Panama._

2. Date of retention: _October 13, 2015_

3. Type of services provided (accounting, legal, etc.):

   _LEGAL_

4.    Brief description of services to be provided:

Trademark Opposition in Panama Against the Company Latex Unica, S.A. Owners of the trademark Application QuiKsurf device N° 239540.

5.    Arrangements for compensation (hourly, contingent, etc.):

US$ 1,300.⁰⁰ For First Instance in Professional Fees Plus the expenses of the case estimated initialy in US$ 300, but

6.    Average hourly rate (if applicable):  it could be more.
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

N/A

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $  N/A

Date claim arose:  N/A

Source of claim:  N/A

8.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  N/A

Status:  N/A

Amount of Claim: $  N/A

Date claim arose:  N/A

Source of claim:  N/A

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:  N/A

No. of shares:  N/A

2

10.     Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _N/A_

Status: _N/A_

Kind of shares: _N/A_

No. of shares: _N/A_

11.     The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_NO ADVERSE INTEREST_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _11/17/2015_

Name: _EDGARDO MOLINO_
Title: _PARTNER_
Company: _Jiménez, Molino y Moreno_
Address: _Global Plaza Building, 50th Floor, 50th St., Panama City, Republic of Panama_
Telephone: _+507 393-4472/2253790_
Facsimile: _+507 393-4470._