## <u>EXHIBIT R</u>

**Ordinary Course Professional Declaration for
KNIJFF**

## **EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

>Skadden, Arps, Slate, Meagher & Flom LLP
>300 S. Grand Ave., Suite 3400
>Los Angeles, CA 90071
>Attn: Annie Li, Esq.
>Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _S van Donjen_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    _Merkenbureau Knijff X Partners B.V._
    _Leeuwenveldseweg 12_
    _1382 LX Weesp_
    _The Netherlands_

2.  Date of retention: _27/07/2015 (July 27, 2015)_ –

3.  Type of services provided (accounting, legal, etc.):

    _legal services of a trademark_
    _attorney_

4.   Brief description of services to be provided:

_Activities in the field of trademark applications, registrations, renewals, oppositions and infringements._

5.   Arrangements for compensation (hourly, contingent, etc.):

_Both: hourly + fixed fees._

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

     _€ 235_

7.   Prepetition claims against any of the Debtors held by the firm:

     Amount of claim: $ _€ 2.453,25_

     Date claim arose: _31/08/2015 (August 31, 2015)_

     Source of claim: _preparing and filing opposition_

8.   Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

     Name: _____

     Status: _____

     Amount of Claim: $ _____

     Date claim arose: _____

     Source of claim: _____

9.   Stock of any of the Debtors currently held by the firm:

     Kind of shares: _not applicable_

     No. of shares: _not applicable_

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_not applicable_ _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _November 19, 2015_

Name: _Sandra van Dongen_
Title: _Trademark attorney_
Company: _Merkenbureau Knijff Partners BV_
Address: _Leeuwenveldseweg 12_
_1382 LX Weesp, The Netherlands._
Telephone: _+31 (0) 2 94 490 900_
Facsimile: _+31 (0) 2 94 416 722_

## <u>EXHIBIT S</u>

**Ordinary Course Professional Declaration for
Kulikowska & Kulikowski**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Attn: Annie Li, Esq.
Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, BEATA WOJTKOWSKA, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.  Name and address of firm:

    KULIKOWSK & KULIKOWSKI SP. J.
    ROMA OFFICE CENTER
    ul. NOWOGRODZKA 47 A, 00-695 WARSAW
    POLAND

2.  Date of retention:     N/A

3.  Type of services provided (accounting, legal, etc.):
    Legal services: IP matters
    covering protection of Trademarks
    and litigation.

4.  Brief description of services to be provided:

    *Renewal of protection regarding the Trademarks - in 2019*

5.  Arrangements for compensation (hourly, contingent, etc.):

    *N/A*

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    *N/A*

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $_____ *N/A*

    Date claim arose: _____ *N/A*

    Source of claim: _____ *N/A*

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____ *N/A*

    Status: _____ *N/A*

    Amount of Claim: $_____ *N/A*

    Date claim arose: _____ *N/A*

    Source of claim: _____ *N/A*

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____ *N/A*

    No. of shares: _____ *N/A*

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ *N / A*_____

Status: _____ *N / A*_____

Kind of shares: _____ *N / A*_____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: *November 18, 2015*_____

Name: *BEATA WOJTKOWSKA*

Title: *TRADEMARK ATTORNEY*

Company: *KULIKOWSKA & KULIKOWSKI SP. J.*

Address: *ROMA OFFICE CENTER,*

*ul. Nowogrodzka 47A, 00-695 WARSAW, POLAND*

Telephone: *+48 22 621 52 02*

Facsimile: *+48 22 621 61 50*

## <u>EXHIBIT T</u>

**Ordinary Course Professional Declaration for
Lall & Sethi**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Skadden, Arps, Slate, Meagher & Flom LLP
      300 S. Grand Ave., Suite 3400
      Los Angeles, CA 90071
      Attn:  Annie Li, Esq.
      Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I SINGH & SINGH LALL SETHI, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

      SINGH & SINGH LALL & SETHI

      D-17, SOUTH EXTENSION-II

      NEW DELHI - 110049

      INDIA

2.    Date of retention:   14-01-2009

3.    Type of services provided (accounting, legal, etc.):

      LEGAL SERVICES

4.  Brief description of services to be provided:

PROFESSIONAL FEE FOR LEGAL SERVICES

5.  Arrangements for compensation (hourly, contingent, etc.):

HOURLY

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was
    employed prepetition):

$250

7.  Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ 5743

Date claim arose: _____

Source of claim: _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate,
    or professional employee of the firm:

Name: NOT APPLICABLE

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: NOT APPLICABLE

No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>NOT APPLICABLE</u>

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

<u>NOT APPLICABLE</u>

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>18/11/2015</u>

Name: <u>NIKHIL BHAT</u>
Title: <u>CHIEF OPERATIONS OFFICER</u>
Company: <u>SINGH & SINGH LALL & SETHI</u>
Address: <u>D-17, SOUTH EXTENSION -II</u>
<u>NEW DELHI-110049, INDIA</u>
Telephone: <u>91-11-42 899999</u>
Facsimile: <u>91-11-42899900</u>

# **<u>EXHIBIT U</u>**

**Ordinary Course Professional Declaration for
Liu, Shen & Associates**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

**OCP DECLARATION**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Changxin LEI , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    Lin, Shen & Associates
    10th Floor, Building 1, 10 Caihefang Road,
    Haidian District, Beijing 100080,
    China

2.  Date of retention: 20 August 2015 ; 22 September 2015 ; 10 February 2015

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

Preparing and filing opposition to a trademark application ;

Reporting decision on opposition ;

Preparing and filing review .

5.  Arrangements for compensation (hourly, contingent, etc.):

Hourly

6.  Average hourly rate (if applicable):    $295
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7.  Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ __2730.89__

Date claim arose: __20 August 2015 ;  22 September 2015 ;  10 February 2015__

Source of claim: _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: __Chang xin LEI__

Status: __Partner__

Amount of Claim: $__2730.89__

Date claim arose: __20 August 2015 ;  22 September 2015 ;  10 February 2015__

Source of claim: __Victor Choco__

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: __N/A__

No. of shares: __N/A__

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____N/A_____

Status: _____N/A_____

Kind of shares: _____N/A_____

No. of shares: _____N/A_____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____N/A_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____19 Nov. 2015_____

_____CHANGXIN LEI_____

Name: _____CHANGXIN LEI_____
Title: _____PARTNER_____
Company: _____LIU, SHEN & ASSOCIATES_____
Address: _____
_____BEIJING CHINA_____
Telephone: +86 10 62687616 - 6005
Facsimile: +86 10 62681818

3

## EXHIBIT V

**Ordinary Course Professional Declaration for
Marchais & Associes**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Skadden, Arps, Slate, Meagher & Flom LLP
      300 S. Grand Ave., Suite 3400
      Los Angeles, CA 90071
      Attn: Annie Li, Esq.
      Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Guillaume MARCHAIS_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.    Name and address of firm:

      _MARCHAIS & ASSOCIES_
      _4, avenue Hoche_
      _75008 PARIS_
      _FRANCE_

2.    Date of retention: _____

3.    Type of services provided (accounting, legal, etc.):

      _Legal services in the field of Intellectual Property_

4.  Brief description of services to be provided:

*Trademark and design filings, renewals, oppositions, litigation, consultations, contracts*

5.  Arrangements for compensation (hourly, contingent, etc.):

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $ *7522,50*

    Date claim arose: _____

    Source of claim: *Invoices May, June, July and August 2015*

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____

    No. of shares: _____

2

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _November 20, 2015_

Name: _Guillaume MARCHAIS_
Title: _Lawyer, Partner_
Company: _MARCHAIS & Associés_
Address: _4 avenue Hoche_
_75008 PARIS FRANCE_
Telephone: _+33 1 56 59 76 76_
Facsimile: _+33 1 56 59 76 75_

## EXHIBIT W

**Ordinary Course Professional Declaration for
Montaury Pimenta Machado Lioce**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I,Montaury Pimenta PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.   Name and address of firm:

Montaury Pimenta, Machado & Vieira de Mello Advogados

Av. Almirante Barroso, 139 – 7º andar

Centro – Rio de Janeiro – RJ

Brazil – ZipCode 20031-005

2.   Date of retention:   August 2000

3.   Type of services provided (accounting, legal, etc.):

Legal / Intellectual Property services in Brazil

4.     Brief description of services to be provided:

Registration of Marks, Patents, Designs in Brazil

Oppositions / Nullity Actions in Brazil

Domain Names Disputes in Brazil

IP Litigation in Brazil

5.     Arrangements for compensation (hourly, contingent, etc.):

Fixed rates / Hourly rates

6.     Average hourly rate (if applicable): US$ 360.00
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7.     Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $_____

Date claim arose: _____

Source of claim: _____

8.     Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.     Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: November 18th, 2015

Name: Luiz Edgard Montaury Pimenta

Title: Senior Partner

Company: Montaury Pimenta

Address: Av. Almirante Barroso, 139 - 7° and
Rio de Janeiro - RJ - Brazil

Telephone: 55 21 25240510

Facsimile: 55 21 22401524

# <u>EXHIBIT X</u>

**Ordinary Course Professional Declaration for
Mosko & Co**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

 Skadden, Arps, Slate, Meagher & Flom LLP
 300 S. Grand Ave., Suite 3400
 Los Angeles, CA 90071
 Attn: Annie Li, Esq.
 Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, KATINA MOSKO , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1. Name and address of firm:

 MOSKO & ASSOCIATES
 49 COLLINS AVE.
 BOX N-7816
 NASSAU, BAHAMAS.

2. Date of retention:

3. Type of services provided (accounting, legal, etc.):

 LEGAL

ful -

4.    Brief description of services to be provided:

        TRADEMARK SERVICES .

        _____

        _____

        _____

5.    Arrangements for compensation (hourly, contingent, etc.):

        PER SERVICE PROVIDED .

6.    Average hourly rate (if applicable):
       Estimated average monthly compensation based on prepetition retention (if firm was
       employed prepetition):

        N/A .

7.    Prepetition claims against any of the Debtors held by the firm:    N/A .

       Amount of claim: $_____

       Date claim arose: _____

       Source of claim: _____

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
       or professional employee of the firm:    N/A .

       Name: _____

       Status: _____

       Amount of Claim: $_____

       Date claim arose: _____

       Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:    N/A

       Kind of shares: _____

       No. of shares: _____ full .

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:  N/A .

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)  N / A .

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 20 Nov. 2015 .

Keyosuo.
Name: KATINA MOSKO
Title: BENEFICIAL OWNER
Company: MOSKO + ASSOCIATES .
Address: 49 COLLINS AVE
BOX N7816 NASSAU BAHAMAS .
Telephone: 242 322 1565 .
Facsimile: 242 326 6629

## <u>EXHIBIT Y</u>

**Ordinary Course Professional Declaration for
Patrick Mirandah Co.**

## **EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Skadden, Arps, Slate, Meagher & Flom LLP
    300 S. Grand Ave., Suite 3400
    Los Angeles, CA 90071
    Attn: Annie Li, Esq.
    Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, PATRICK MIRANDAH, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

    MIRANDAH ASIA (MALAYSIA) SDN BHD
    SUITE 3B-19-3 PLAZA SENTRAL, JALAN STESEN SENTRAL 5
    50470 KUALA LUMPUR, MALAYSIA.

2.    Date of retention:    15th June 2015

3.    Type of services provided (accounting, legal, etc.):

    INTELLECTUAL PROPERTY SERVICES

4.    Brief description of services to be provided:

   _Registration of Trade Mark._

5.    Arrangements for compensation (hourly, contingent, etc.):

   _Per Invoice._

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on prepetition retention (if firm was
      employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

      Amount of claim: $ _1329.20_

      Date claim arose: _29|06|2015_

      Source of claim: _Invoice nos: IL50600585MY & IL50600586MY_

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
      or professional employee of the firm:

      Name: _____

      Status: _____

      Amount of Claim: $_____

      Date claim arose: _____

      Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares: _____

      No. of shares: _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____17 th November 2015_____

Name: _Patrick Cap M.G Mirandah_
Title: _CEO_
Company: _Mirandah Asia (Malaysia) Sdn Bhd_
Address: _Suite 3B-19-3 Plaza Central_
_Jln Stesen Sentral 5, 50470 Kuala Lumpur_
Telephone: _603-22788686_
Facsimile: _603-22746677_

3

## **EXHIBIT Z**

**Ordinary Course Professional Declaration for
Popovic Popovic Samardzija & Popovic**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Lidija B. Djeric , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.     Name and address of firm:

LAW OFFICE POPOVIC, POPOVIC, SAMARDZIJA & POPOVIC

Takovska 19, Belgrade, Serbia

2.     Date of retention:     /

3.     Type of services provided (accounting, legal, etc.):

legal services

4. Brief description of services to be provided:

   Legal services in IP matters

5. Arrangements for compensation (hourly, contingent, etc.):

   /

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   /

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim:  $____/_____

   Date claim arose: _____/_____

   Source of claim: _____/_____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: __/_____

   Status: __/_____

   Amount of Claim:  $____/_____

   Date claim arose: _____/_____

   Source of claim: _____/_____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____

   No. of shares: _____

2

10.    Stock of any of the Debtors currently held individually by any member, associate, or
       professional employee of the firm:

       Name: _____

       Status: _____

       Kind of shares: _____

       No. of shares:  _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with
       respect to the matters on which the firm is to be employed, except as disclosed below.
       (Provide nature and brief description of any such adverse interest.)

       _____

       _____

       _____

       _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: _____17 November 2015_____

                                        _____
                                        Name:  Lidija B. Djeric
                                        Title:  Attorney at Law
            **LAW OFFICES**             Company: Popovic, Popovic, Samardžija & Popov
    **Popović, Popović, Samardžija & Popović**   Address: Takovska 19, Belgrade, Serbia
         **Takovska 19, Belgrade**
              **SERBIA**                _____
      **Telephone: +381 11 3239-442**   Telephone:  -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-442
                                        Facsimile:  -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-646


3

772537.05-WILSR01A - MSW

## <u>EXHIBIT AA</u>

**Ordinary Course Professional Declaration for
Romero Pineda & Associates**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

**OCP DECLARATION**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

**DO NOT FILE THIS DECLARATION WITH THE COURT.**
**RETURN IT TO THE DEBTORS AT:**

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Attn: Annie Li, Esq.
Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, ROXANA ROMERO      , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

ROMERO PINEDA & ASOCIADOS, EDIFICIO AVANTE, SUITE 5-01 BLVD. LUIS POMA, SANTA ELENA,

ANTIGUO CUSCATLAN, EL SALVADOR, C.A.


2.    Date of retention:        JANUARY 2010

3.    Type of services provided (accounting, legal, etc.):

LEGAL – INTELLECTUAL PROPERTY SERVICES

4.    Brief description of services to be provided:

TRADEMARK REGISTRATIONS

TRADEMARK ASSIGNMENTS

5.    Arrangements for compensation (hourly, contingent, etc.):

FIXED FEES

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm: N/A

Amount of claim:  $_____

Date claim arose: _____

Source of claim: _____

8.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: N/A

Name: _____

Status: _____

Amount of Claim:  $_____

Date claim arose: _____

Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm: N/A

Kind of shares: _____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: **N/A**

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: NOVEMBER 19, 2015

Name: ROXANA ROMERO
Title: PARTNER
Company: ROMERO PINEDA & ASOCIADOS
Address: EDIF. AVANTE, SUITE 5-01, BLVD. LUIS POMA, SANTA ELENA, ANTIGUO CUSCATLAN
Telephone: 503 2505-5555
Facsimile: 503 2505-5500

## __EXHIBIT BB__

**Ordinary Course Professional Declaration for**
**Rouse & Co International**

## **EXHIBIT 2**

OCP Declaration

**In re Quicksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL
(The "Debtors")

DO NOT FILE THIS DECLATARION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, ANGELO WARDANA, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and Address of firm:
   PT Rouse Consulting International
   Pondok Indah Office Tower 2, Suite 701
   Jl. Sultan Iskandar Muda Kav. V-TA, Pondok Indah
   Jakarta 12310 | Indonesia

2. Date of retention: 25-August-2015

3. Type of services provided (accounting, legal, etc.):
   Legal

4. Brief description of services to be provided:
   Intellectual Property (IP) rights, Trademark

5. Arrangements for compensation (hourly, contingent, etc.):
   Hourly charge, Fixed fee

6. Average hourly rate (if applicable): US$335
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition): N/A

7. Prepetition claims against any of the Debtors held by the firm:
   Amount of claims: US$748.19
   Date of claim arose: 25-August-2015
   Source of claim: invoice no. 10628866 dated 11-September-2015

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: N/A
   Name:
   Status:
   Amount of claims: $
   Date of claim arose:
   Source of claim:

9. Stock of any of the Debtors currently held by the firm: N/A
   Kind of shares:
   No. of shares:

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: N/A
    Name:
    Status:
    Kind of shares:
    No. of shares:

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below.
    (Provide nature and brief description of any such adverse interest.)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 17-November-2015

Name: Angelo Wardana
Title: Finance Manager
Company: PT Rouse Consulting International
Address: Suite 701, Pondok Indah Office Tower 2,
Jl. Sultan I skandar Muda Kav. V-TA, Pondok
Indah, Jakarta 12310, Indonesia
Telephone: +62 21 769 7333
Facsimile: +62 21 769 7505

## **EXHIBIT CC**

**Ordinary Course Professional Declaration for
SABA & Co**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

_SABA & CO_

_Address: Résidence Zerktoni, 1st floor, Flat 7,_
_Casablanca, Morocco_

2.    Date of retention: _____

3.    Type of services provided (accounting, legal, etc.):

_trademark application_

4.    Brief description of services to be provided:

_Industrial property_      (_Marque, Patente_

_etc_ )

5.    Arrangements for compensation (hourly, contingent, etc.):

_Hourly_

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim:  $_____

Date claim arose:  _____

Source of claim:  _____

8.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  _____

Status:  _____

Amount of Claim:  $_____

Date claim arose:  _____

Source of claim:  _____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:  _____

No. of shares:  _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____19.11.20.15_____

| | |
|---|---|
| Name: | CHAooLi ABDALLAH |
| Title: | Financial Department |
| Company: | SABA A ® |
| Address: | Red ZAKTouni 4th Floor |
| | Flat |
| Telephone: | +212 5222 51530 |
| Facsimile: | +212 522 25 16 03 |

## EXHIBIT DD

**Ordinary Course Professional Declaration for
Sanford T. Colb & Co.**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn:  Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, **David Colb**, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.   Name and address of firm:

**Sanford T. Colb % CO.**

**8 Shaul Hamelech Blvd., Tel-Aviv, Israel 6473307**

2.   Date of retention:  **2002**

3.   Type of services provided (accounting, legal, etc.):

**Legal - Intellectual Property**

4.      Brief description of services to be provided:

**Trademark prosecution and enforcement**

5.      Arrangements for compensation (hourly, contingent, etc.):

**Hourly**

6.      Average hourly rate (if applicable): **N/A**
        Estimated average monthly compensation based on prepetition retention (if firm was
        employed prepetition):

**N/A**

7.      Prepetition claims against any of the Debtors held by the firm:

        Amount of claim:  $**None**

        Date claim arose:  **N/A**

        Source of claim: **N/A**

8.      Prepetition claims against any of the Debtors held individually by any member, associate,
        or professional employee of the firm:

        Name: **N/A**

        Status: **N/A**

        Amount of Claim:  $**None**

        Date claim arose: **N/A**

        Source of claim: **N/A**

9.      Stock of any of the Debtors currently held by the firm:

        Kind of shares: **N/A**

        No. of shares:  **N/A**

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: **None**

Status: **N/A**

Kind of shares: **N/A**

No. of shares: **N/A**

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

**N/A**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: **November 23, 2015**

Name: David Colb

Title: **Attorney**

Company: **Sanford T.Colb & Co.**

Address: **8 Shaul Hamelech Blvd.**

**Tel-Aviv, Israel 6473307**

Telephone: **+972 (3) 7180800**

Facsimile: **+972 (3) 7180801**

**<u>EXHIBIT EE</u>**

**Ordinary Course Professional Declaration for
Soerensen Garcia Advogados Associados**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Attn: Annie Li, Esq.
Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, MARIO SOERENSEN , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.  Name and address of firm:

    SOERENSEN GARCIA ADVOGADOS ASSOCIADOS

    RUA DA QUITANDA, 187  8°ANDAR

    20091-005 RIO DE JANEIRO - BRAZIL

2.  Date of retention:  11/07/13

3.  Type of services provided (accounting, legal, etc.):

    LEGAL SERVICES - INDUSTRIAL PROPERTY

4.  Brief description of services to be provided:

LEGAL SERVICES IN THE INTELLECTUAL
PROPERTY AREA.

5.  Arrangements for compensation (hourly, contingent, etc.):

PER TASK

6.  Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

US$ 500.00 PER MONTH

7.  Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ N/A

Date claim arose:

Source of claim:

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares:

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ___ N/A _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

N/A _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: NOVEMBER 19, 2015

Tania Lima FOR MARIO SOERENSEN GARCIA
Name: TANIA LIMA
Title: ADM. MANAGER
Company: SOERENSEN GARCIA ADV. ASSOC.
Address: RUA DA QUITANDA,
187 - 8° ANDAR - RJ BRAZIL
Telephone: 55-21- 22211651
Facsimile: 55-21 - 38524713

## EXHIBIT FF

**Ordinary Course Professional Declaration for
Spoor & Fisher**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

       Skadden, Arps, Slate, Meagher & Flom LLP
       300 S. Grand Ave., Suite 3400
       Los Angeles, CA 90071
       Attn:  Annie Li, Esq.
       Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, MICHAEL BERRY , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

       VIRBELA LIMITED  T/A  SPOOR & FISHER JERSEY

       AFRICA HOUSE, 11 CASTLE STREET

       ST HELIER, JERSEY  JE4 9TW

       CHANNEL ISLANDS

2.    Date of retention: _____

3.    Type of services provided (accounting, legal, etc.):

       LEGAL SERVICES  (INTELLECTUAL PROPERTY)

4.   Brief description of services to be provided:

ADMINISTRATION, PROSECUTION AND LITIGATION SERVICES

FOR   TRADEMARKS, PATENTS AND DESIGNS

5.   Arrangements for compensation (hourly, contingent, etc.):

TARIFF

6.   Average hourly rate (if applicable):   N/A
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

NO INSTRUCTIONS SINCE 2011

7.   Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $_____ NONE

Date claim arose: _____

Source of claim: _____

8.   Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____ NONE

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ NONE

No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ NoNé

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

NoNé

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____ 2 o Nov 2015 _____

Name: _____ Michael Berry _____
Title: _____ Chief Operating Officer _____
Company: _____ Smwr = Fisher Jersey _____
Address: _____ Africa House 11 Castle St. _____
_____ St Helier Jersey JE4 9TU _____
Telephone: _____ 00 44 1534 837083 _____
Facsimile: _____ 00 44 1534 837001 _____

## <u>EXHIBIT GG</u>

**Ordinary Course Professional Declaration for
Stowe & Co.**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

**TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.**
(the "Debtors")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Duncan Stowe , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.   Name and address of firm:

> Stowe & Co.
> 58 River Bank
> Roseau
> Commonwealth of Dominica

2.   Date of retention: _____

3.   Type of services provided (accounting, legal, etc.):

> Legal Services

4.  Brief description of services to be provided:

_Trade Mark   Registration,  renewal,_
_Assignment,  Change of  name/address_

5.  Arrangements for compensation (hourly, contingent, etc.):

6.  Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

_N/A_

7.  Prepetition claims against any of the Debtors held by the firm:

Amount of claim:  $_____  _N/A_

Date claim arose:  _____

Source of claim:  _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  _____  _N/A_

Status:  _____

Amount of Claim:  $_____

Date claim arose:  _____

Source of claim:  _____

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares:  _____  _N/A_

No. of shares:  _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ N/A _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ N/A _____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 20/11/2015

Stowe & Co., Inc.
58 River Bank
Roseau, Dominica
Tel: 1(767) 449 8737
Fax: 1(767) 448 5939
Email: dgstowe@gmail.com

Name: Vanessa Detoe
Title: Office Manager
Company: Stowe & Co
Address: 58 Rwer Bank
Roseau
Telephone: 767 449 8737
Facsimile: 767 448 5939

## **<u>EXHIBIT HH</u>**

**Ordinary Course Professional Declaration for**
**Vic C.Y. Shen/C.V. Chen, Lee and Li**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn:  Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Cathy C. W. Ting_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.    Name and address of firm:
      Lee and Li, Attorneys-At-Law

      7th Floor, 201 Tun Hua N. Road, Taipei, Taiwan 10508 R.O.C.


2.    Date of retention:    19 November 2015

3.    Type of services provided (accounting, legal, etc.):
      Providing Legal Service and Consultancy Services

4.    Brief description of services to be provided:

Lee and Li is a full-service law firm.  Our Trademark Practice provides full-solution services

from acquisition, maintenance, dispute resolution to trademark exploitation for clients.  Our

team members assist clients in protecting trademarks not only in Taiwan but also in China,

Hong Kong and other territories.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was
employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim:  $ 0

Date claim arose:

Source of claim:

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
or professional employee of the firm:

Name:

Status:

Amount of Claim:  $

Date claim arose:

Source of claim:

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:

No. of shares:

2

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _19 November 2015_

Name: Cathy C. W. Ting
Title: Senior Counselor
Company: Lee and Li, Attorneys-At-Law
Address: 7th Floor, 201 Tun Hua Road
Taipei, Taiwan 10508 R.O.C.
Telephone: 886-2-2715-3300 ext. 2357
Facsimile: 886-2-2713-3999

3

**<u>EXHIBIT II</u>**

**Ordinary Course Professional Declaration for**
**Y.P. Lee, Mock & Partners**

## **EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, ___Sunmi Lee___, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.   Name and address of firm:

> Y. P. LEE, Mock & PARTNERS
>
> 12F Daelim Acrotel
>
> 13 Eonju-ro 3a gil, Gangnam-gu
>
> Seoul, 06292 KOREA

2.   Date of retention:   ___n/a___

3.   Type of services provided (accounting, legal, etc.):

> legal services

4.  Brief description of services to be provided:

legal advice on protecting the Debtors' intellectual properties in Korea

5.  Arrangements for compensation (hourly, contingent, etc.):

n/a

6.  Average hourly rate (if applicable):   us $ 250
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

n/a

7.  Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ none

Date claim arose: n/a

Source of claim: n/a

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: none

Status: n/a

Amount of Claim: $ none

Date claim arose: n/a

Source of claim: n/a

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: n/a

No. of shares: none

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  none

Status:  n/a

Kind of shares:  n/a

No. of shares:  none

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  November 18, 2015

Name:  Sunmi Lee

Title:  Trademark Attorney

Company:  Y. P. LEE, Mock & PARTNERS

Address:  12F Daelim Acrotel, 13 Eonju-ro 30 gil, Gangnam-gu, Seoul, 06292 KOREA

Telephone:  +82  2  588  8585

Facsimile:  +82  2  588  8586

772537.05-WILSR01A - MSW

**<u>EXHIBIT JJ</u>**

**Ordinary Course Professional Declaration for**
**Yusuf Nazroo, Georges Andre Robert**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    ANDRÉ ROBERT
    8, Georges Guibert Street.
    Portlouis - Republic of Mauritius.

2.  Date of retention: _____

3.  Type of services provided (accounting, legal, etc.):

    legal, Intellectual property -

4.  Brief description of services to be provided:

    Trade Marks and Patent Services.

5.  Arrangements for compensation (hourly, contingent, etc.):

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was
    employed prepetition):

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $

    Date claim arose:

    Source of claim:

8.  Prepetition claims against any of the Debtors held individually by any member, associate,
    or professional employee of the firm:

    Name:

    Status:

    Amount of Claim: $

    Date claim arose:

    Source of claim:

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares:

    No. of shares:

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __18/11/2015__

Name: ANDRE ROBERT
Title: Attorney-at-law
Company: ANDRE ROBERT
Address: 8, George Guibert St.
Port Louis Mauritius
Telephone: (230) 212-2150
Facsimile: (230) 212-3147