## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 24, 2015, I caused to be served a copy/copies of the United

States Trustee's Objection to the Debtors' Motion for Entry of an Order Approving the

Implementation of the Key Employee Incentive and Retention Plan via electronic mail to the

following:

Van C. Durrer, II, Esquire
John K. Lyons, Esquire
SKADDEN ARPS SLATE MEAGHER
& Flom, LLP
van.durrer@skadden.com
john.lyons@skadden.com

Patrick J. Nash, Jr.
KIRKLAND & ELLIS, LLP
patrick.nash@kirkland.com

Robert J. Dehney, Esquire
MORRIS NICHOLS ARSHT
& TUNNELL, LLP
rdehney@mnat.com

David S. Berman, Esquire
Steven E. Fox, Esquire
RIEMER & BRAUNSTEIN LLP
dberman@riemerlaw.com
sfox@riemerlaw.com

Steven K. Kortanek, Esquire
WOMBLE CARLYLE SANDRIDGE
& RICE LLP
skortanek@wcsr.com

John R. Ashmead, Esquire
SEWARD & KISSEL LLP
ashmead@sewkis.com

Michael S. Stamer, Esquire
Meredith Lahaie, Esquire
AKIN GUMP STRAUSS HAUER
& FELD LLP
mstamer@akingump.com
mlahaie@akingump.com

David B. Stratton, Esquire
PEPPER HAMILTON, LLP
strattond@pepperlaw.com


/s/ Mark S. Kenney
Mark S. Kenney