IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON DECEMBER 1, 2015 AT 10:30 A.M. (EASTERN)**

Set forth below are the matters previously scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on December 1, 2015 beginning at 10:30 a.m. (Eastern).

I.  **MATTERS GOING FORWARD**

1.  **RULE 2015.3 WAIVER MOTION:** Debtors' Motion For Order Pursuant To Bankruptcy Code Section 105(a) And Bankruptcy Rule 2015.3 Waiving The Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3 (Docket No. 395) (Date Filed: 10/30/15)

    Objection Deadline: November 24, 2015 at 4:00 p.m. (Eastern)

    Objections/Responses Filed: None

    Status: No formal or informal objections were received. The Debtors intend to submit the proposed form of order under certificate of no objection at the time permitted under the local rules.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2. **KEY EMPLOYEE MOTION:** Debtors' Motion For Order Approving The Implementation Of The Key Employee Incentive And Retention Plan (Docket No. 418) (Date Filed: 11/10/15)

   Related Documents:

   a. Declaration Of Dewey Imhoff In Support Of Debtors' Motion (Docket No. 419) (Date Filed: 11/10/15)

   Objection Deadline: November 24, 2015 at 4:00 p.m. (Eastern)

   Objections/ Responses Filed:

   a. United States Trustee's Objection To Debtors' Motion (Docket No. 495) (Date Filed: 11/24/15)

   Status: This matter is going forward.

3. **MOTION TO FILE EXHIBIT UNDER SEAL:** Debtors' Motion For Order Under Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, And Local Bankruptcy Rule 9018-1(b) Authorizing The Debtors To File Under Seal Of Portions Of Exhibit A To Debtors' Motion For Order Approving The Implementation Of The Key Employee Incentive And Retention Plan (Docket No. 420) (Date Filed: 11/10/15)

   Related Documents:

   a. Debtors' Motion For Order Approving The Implementation Of The Key Employee Incentive And Retention Plan (Docket No. 418) (Date Filed: 11/10/15)

   Objection Deadline: November 24, 2015 at 4:00 p.m. (Eastern)

   Objections/ Responses Filed: None.

   Status: No formal or informal objections were received. The Debtors intend to submit the proposed form of order under certificate of no objection at the time permitted under the local rules.

## II. SOLICITATION MATTERS

4. **SOLICITATION MOTION:** Debtors' Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtors' Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtors' Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto (Docket No. 397) (Date Filed: 10/30/15)

    Related Documents:

    a. Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 292) (Date Filed: 10/13/15)

    b. Disclosure Statement With Respect To The Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 396) (Date Filed: 10/30/15)

    c. Corrected Notice Of Hearing (Docket No. 402) (Date Filed: 11/2/15)

    d. Notice Of Filing Of First Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 476) (Date Filed: 11/17/15)

    e. Notice Of Filing Of First Amended Disclosure Statement With Respect To The First Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 477) (Date Filed: 11/17/15)

    Objection Deadline: November 30, 2015 at 12:00 p.m. (Eastern)

    Objections/Responses Filed: None at the time of filing this agenda.

    Status: This matter is going forward

5. **RIGHTS OFFERING MOTION:** Debtors Motion For Entry Of An Order Authorizing And Approving (I) (A) Entry Into The Backstop Commitment Letter And (B) Payment Of The Commitment Fees And (II) The Rights Offering Procedures And Related Forms (Docket No. 398) (Date Filed: 10/31/15)

Related
Documents:

a. Notice Of Filing Of Amended Exhibit 2 To The Proposed Order With Respect To The Debtors Motion For Entry Of An Order Authorizing And Approving (I) (A) Entry Into The Backstop Commitment Letter And (B) Payment Of The Commitment Fees And (II) The Rights Offering Procedures And Related Forms (Docket No. 474) (Date Filed: 11/17/15)

Objection
Deadline: November 24, 2015 at 4:00 p.m. (Eastern), extended until November 25, 2015 for the Official Committee of Unsecured Creditors.

Objections/
Responses
Filed: None at the time of filing this agenda.

Status: This matter is going forward.

Dated: Wilmington, Delaware
November 25, 2015

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    /s/ Van C. Durrer, II
    Van C. Durrer, II (I.D. No. 3827)
    Annie Z. Li
    300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
    Telephone: (213) 687-5000
    Fax: (213) 687-5600

    - and -

    Mark S. Chehi, Esq. (I.D. No. 2855)
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    Fax: (302) 651-3001

    - and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

776606-WILSR01A - MSW