# Exhibit A

| Compensation | Amount Before Holdback | Holdback | Amount After Holdback |
|---|---|---|---|
| Financing Fee | $1,750,000 | 20.0% | $1,400,000 |
| Monthly Advisory Fee | 150,000 | 20.0% | 120,000 |
| **Total** | **$1,900,000** | | **$1,520,000** |