# Exhibit B

| Expenses | |
|---|---:|
| Prepetition Expenses | $34,520 |
| Fee Period Expenses | 24,704 |
| **Total** | **$59,224** |