# Exhibit C

# Details of Hours Expended

**Quiksilver Inc.**
**Peter J. Solomon Company, L.P.**
**Summary of Services Rendered by Project**

**September 9, 2015 – October 31, 2015**

| Project # | Project Description | Hours |
|---|---|---:|
| 1 | Interface with Professionals, Official Committees, and other Parties-In-Interest | 249.50 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis | 128.00 |
| 3 | Preparation and/or review of Court Filings | 95.00 |
| 4 | Court Testimony/Deposition and Preparation | 42.50 |
| 5 | Valuation Analysis | 132.50 |
| 6 | Capital Structure Review and Analysis | 59.00 |
| 7 | Merger & Acquisition Activity | 88.00 |
| 8 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 10.00 |
| 9 | Fee Application, Engagement | 12.50 |
| **TOTAL** | | **817** |

**Summary of Services Rendered by Professional**

| Name | Hours |
|---|---:|
| Marc Cooper, Managing Director, Vice Chairman | 26.50 |
| Durc Savini, Managing Director, Head of Restructuring | 105.00 |
| Ajay Bijoor, Director | 169.00 |
| Ben Zinder, Associate Director | 166.00 |
| Chris Moynihan, Analyst | 182.00 |
| Ben Freeberg, Analyst | 168.50 |
| **TOTAL** | **817** |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Marc Cooper – Managing Director, Vice Chairman

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 10/5/2015 | Deposition Preparation | 2.0 | 4 |
| 10/5/2015 | Sale Process Calls | 2.0 | 7 |
| 10/7/2015 | Deposition Preparation | 4.5 | 4 |
| 10/7/2015 | Sale Process Calls | 3.0 | 7 |
| 10/8/2015 | Deposition | 3.0 | 4 |
| 10/13/2015 | Sale Process Calls | 2.0 | 7 |
| 10/13/2015 | M&A Call | 1.0 | 7 |
| 10/19/2015 | Sale Process Calls | 2.0 | 7 |
| 10/21/2015 | Sale Process Calls | 2.0 | 7 |
| 10/26/2015 | Sale Process Calls | 2.0 | 7 |
| 10/29/2015 | Sale Process Calls | 3.0 | 7 |
| | **Total Hours:** | **26.5** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Durc Savini – Managing Director, Head of Restructuring

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 9/9/2015 | Internal Call | 1.0 | 1 |
| 9/10/2015 | Court | 5.0 | 4 |
| 9/10/2015 | Preparation at Skadden | 2.0 | 4 |
| 9/10/2015 | Travel | 3.0 | 1 |
| 9/18/2015 | Review of materials for UCC | 3.0 | 3 |
| 9/21/2015 | Business Plan | 2.0 | 2 |
| 9/23/2015 | Prep for UCC discussions | 1.5 | 1 |
| 9/23/2015 | Business Plan | 5.0 | 2 |
| 9/23/2015 | UCC Discussion | 2.0 | 1 |
| 9/24/2015 | Diligence requests | 3.0 | 7 |
| 9/25/2015 | UCC Discussion | 2.0 | 1 |
| 9/25/2015 | Plan of reorganization discussion | 1.0 | 6 |
| 9/28/2015 | ZQK and Advisors Call | 2.0 | 1 |
| 9/28/2015 | Process Discussion | 1.0 | 7 |
| 9/30/2015 | UCC / Advisors Discussion | 1.0 | 1 |
| 9/30/2015 | Tax Discussion | 1.0 | 5 |
| 9/30/2015 | DIP Discussion | 1.0 | 2 |
| 10/1/2015 | UCC / Advisors Discussion | 3.0 | 1 |
| 10/1/2015 | Deposition Preparation | 3.0 | 4 |
| 10/2/2015 | UCC / Advisors Discussion | 1.0 | 1 |
| 10/3/2015 | Board Call | 2.0 | 1 |
| 10/4/2015 | Process Call | 1.0 | 1 |
| 10/5/2015 | Process Call | 1.0 | 1 |
| 10/5/2015 | DIP Discussion | 1.0 | 2 |
| 10/5/2015 | Deposition Preparation | 2.0 | 4 |
| 10/6/2015 | Disclosure Statement Call | 1.0 | 8 |
| 10/6/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/7/2015 | Update Call | 0.5 | 1 |
| 10/7/2015 | Disclosure Statement Call | 1.0 | 8 |
| 10/7/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/7/2015 | Deposition Preparation | 8.0 | 4 |
| 10/8/2015 | Deposition | 3.0 | 4 |
| 10/8/2015 | Disclosure Statement Call | 1.0 | 8 |
| 10/8/2015 | Tax Call | 1.0 | 5 |
| 10/11/2015 | DIP Discussion | 1.0 | 2 |
| 10/11/2015 | Board Meeting Call | 1.0 | 1 |
| 10/11/2015 | Financial Analysis | 1.0 | 5 |
| 10/12/2015 | Board of Directors Call | 1.0 | 1 |
| 10/13/2015 | Sale Process Calls | 3.0 | 7 |
| 10/14/2015 | Update Call | 0.5 | 1 |
| 10/16/2015 | Internal Call | 1.0 | 1 |
| 10/19/2015 | Discussion with Advisors | 0.5 | 1 |
| 10/20/2015 | Travel | 7.0 | 1 |
| 10/21/2015 | Discussion with Advisors | 3.0 | 1 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Durc Savini – Managing Director, Head of Restructuring

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 10/21/2015 | Update Call | 0.5 | 1 |
| 10/22/2015 | Discussion with Advisors | 3.0 | 1 |
| 10/22/2015 | Model Discussion | 0.5 | 5 |
| 10/22/2015 | Meeting | 3.0 | 1 |
| 10/22/2015 | Travel | 7.0 | 1 |
| 10/25/2015 | Update Call | 0.5 | 1 |
| 10/26/2015 | Model Discussion | 1.0 | 5 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/30/2015 | Discussion with Advisors | 1.5 | 1 |
| 10/30/2015 | Disclosure Statement Call | 1.0 | 8 |

**Total Hours:** **105.0**

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ajay Bijoor – Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 9/9/2015 | Internal Call | 1.0 | 1 |
| 9/9/2015 | Business Plan | 2.0 | 2 |
| 9/10/2015 | Court | 5.0 | 4 |
| 9/10/2015 | Preparation at Skadden | 2.0 | 4 |
| 9/10/2015 | Travel | 3.0 | 1 |
| 9/11/2015 | Prepare Retention Application | 3.0 | 3 |
| 9/14/2015 | Prepare Retention Application | 2.0 | 3 |
| 9/15/2015 | Travel to CA | 7.0 | 1 |
| 9/16/2015 | Business Plan | 5.0 | 2 |
| 9/16/2015 | Prepare materials for UCC | 4.0 | 3 |
| 9/17/2015 | Business Plan | 5.0 | 2 |
| 9/17/2015 | Travel | 7.0 | 1 |
| 9/18/2015 | Business Plan | 3.0 | 2 |
| 9/18/2015 | Review of materials for UCC | 3.0 | 3 |
| 9/21/2015 | Business Plan | 2.0 | 2 |
| 9/22/2015 | Travel | 6.0 | 1 |
| 9/23/2015 | Prep for UCC discussions | 1.5 | 1 |
| 9/23/2015 | Business Plan | 5.0 | 2 |
| 9/23/2015 | UCC Discussion | 2.0 | 1 |
| 9/24/2015 | Diligence requests | 3.0 | 7 |
| 9/24/2015 | UCC / Advisors Discussion | 4.0 | 1 |
| 9/25/2015 | Travel | 7.0 | 1 |
| 9/25/2015 | Business Plan | 2.0 | 2 |
| 9/25/2015 | UCC Discussion | 2.0 | 1 |
| 9/25/2015 | Plan of reorganization discussion | 2.0 | 6 |
| 9/28/2015 | Business Plan | 2.0 | 2 |
| 9/28/2015 | ZQK and Advisors Call | 2.0 | 1 |
| 9/28/2015 | Process Discussion | 1.0 | 7 |
| 9/29/2015 | Financial Analysis | 3.0 | 5 |
| 9/30/2015 | UCC / Advisors Discussion | 1.0 | 1 |
| 9/30/2015 | Tax Discussion | 1.0 | 5 |
| 9/30/2015 | DIP Discussion | 1.0 | 2 |
| 10/1/2015 | UCC / Advisors Discussion | 3.0 | 1 |
| 10/1/2015 | Deposition Preparation | 3.0 | 4 |
| 10/1/2015 | Financial Analysis | 1.0 | 5 |
| 10/2/2015 | UCC / Advisors Discussion | 1.0 | 1 |
| 10/3/2015 | Board Call | 2.0 | 1 |
| 10/4/2015 | Process Call | 1.0 | 1 |
| 10/5/2015 | Process Call | 1.0 | 1 |
| 10/5/2015 | DIP Discussion | 1.0 | 2 |
| 10/6/2015 | Disclosure Statement Call | 1.0 | 8 |
| 10/6/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/7/2015 | Update Call | 0.5 | 1 |
| 10/7/2015 | Disclosure Statement Call | 1.0 | 8 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ajay Bijoor – Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 10/7/2015 | Sale Process Calls | 3.0 | 7 |
| 10/7/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/8/2015 | Disclosure Statement Call | 1.0 | 8 |
| 10/8/2015 | Tax Call | 1.0 | 5 |
| 10/11/2015 | DIP Discussion | 1.0 | 2 |
| 10/11/2015 | Board Meeting Call | 1.0 | 1 |
| 10/11/2015 | Financial Analysis | 1.0 | 5 |
| 10/12/2015 | Board of Directors Call | 1.0 | 1 |
| 10/13/2015 | Sale Process Calls | 2.0 | 7 |
| 10/14/2015 | Update Call | 0.5 | 1 |
| 10/16/2015 | Internal Call | 1.0 | 1 |
| 10/19/2015 | Discussion with Advisors | 0.5 | 1 |
| 10/20/2015 | Travel | 7.0 | 1 |
| 10/21/2015 | Discussion with Advisors | 3.0 | 1 |
| 10/21/2015 | Update Call | 0.5 | 1 |
| 10/22/2015 | Discussion with Advisors | 3.0 | 1 |
| 10/22/2015 | Model Discussion | 0.5 | 5 |
| 10/22/2015 | Meeting | 3.0 | 1 |
| 10/22/2015 | Travel | 7.0 | 1 |
| 10/23/2015 | Financial Analysis | 3.0 | 5 |
| 10/25/2015 | Update Call | 0.5 | 1 |
| 10/26/2015 | Model Discussion | 1.0 | 5 |
| 10/26/2015 | Admins Fees Call | 1.0 | 9 |
| 10/26/2015 | Admins Fees Discussion | 2.0 | 9 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/27/2015 | Creditor Call | 0.5 | 1 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/28/2015 | Advisor Discussion | 0.5 | 1 |
| 10/29/2015 | Financial Analysis | 4.0 | 5 |
| 10/30/2015 | Discussion with Advisors | 1.5 | 1 |
| 10/30/2015 | Disclosure Statement Call | 1.0 | 8 |
| | **Total Hours:** | **169.00** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Zinder – Associate Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 9/9/2015 | Marketing Process Preparation | 3.0 | 7 |
| 9/9/2015 | Internal Call | 1.0 | 1 |
| 9/9/2015 | Business Plan | 2.0 | 2 |
| 9/10/2015 | Internal Call | 2.0 | 1 |
| 9/10/2015 | Valuation Material | 3.0 | 5 |
| 9/11/2015 | Prepare Retention Application | 2.0 | 3 |
| 9/14/2015 | Prepare Retention Application | 2.0 | 3 |
| 9/14/2015 | Prepare Materials for UCC Advisors | 2.0 | 1 |
| 9/15/2015 | Travel to CA | 7.0 | 1 |
| 9/16/2015 | Business Plan | 5.0 | 2 |
| 9/16/2015 | Prepare materials for UCC | 4.0 | 3 |
| 9/17/2015 | Business Plan | 5.0 | 2 |
| 9/17/2015 | Travel | 7.0 | 1 |
| 9/18/2015 | Prepare Materials for UCC Advisors | 6.0 | 3 |
| 9/18/2015 | Internal Call | 1.0 | 1 |
| 9/19/2015 | Prepare Materials for UCC Advisors | 3.0 | 3 |
| 9/20/2015 | Prepare Materials for UCC Advisors | 5.0 | 3 |
| 9/21/2015 | Prepare Materials for UCC Advisors | 3.0 | 3 |
| 9/21/2015 | Financial Analysis | 1.0 | 1 |
| 9/21/2015 | Call on Business Plan | 1.0 | 2 |
| 9/21/2015 | Comparable Company Analysis | 3.0 | 5 |
| 9/23/2015 | Call with UCC Advisors | 2.0 | 1 |
| 9/23/2015 | Internal Call | 1.0 | 1 |
| 9/23/2015 | Business Plan | 2.0 | 2 |
| 9/23/2015 | Valuation Material | 2.0 | 5 |
| 9/24/2015 | DIP Budget Review | 1.0 | 2 |
| 9/24/2015 | Diligence requests | 4.0 | 7 |
| 9/24/2015 | Call with UCC Advisors | 4.0 | 1 |
| 9/25/2015 | Business Plan | 2.0 | 2 |
| 9/25/2015 | UCC Discussion | 2.0 | 1 |
| 9/25/2015 | Call with UCC Advisors | 1.0 | 1 |
| 9/25/2015 | Plan of Reorganization Discussion | 1.0 | 6 |
| 9/27/2015 | Financial Analysis | 3.0 | 5 |
| 9/28/2015 | Diligence Requests | 3.0 | 7 |
| 9/28/2015 | Company and Advisors Call | 1.0 | 1 |
| 9/29/2015 | Financial Analysis | 2.0 | 5 |
| 9/29/2015 | Presentation Materials | 2.0 | 5 |
| 9/30/2015 | UCC / Advisors Discussion | 1.0 | 1 |
| 9/30/2015 | DIP Discussion | 1.0 | 2 |
| 9/30/2015 | Diligence Requests | 3.0 | 7 |
| 10/4/2015 | Internal Call | 0.5 | 1 |
| 10/4/2015 | Diligence Requests | 2.0 | 7 |
| 10/5/2015 | Internal Call | 0.5 | 1 |
| 10/5/2015 | Valuation Material | 3.0 | 5 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Zinder – Associate Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 10/5/2015 | DIP Discussion | 1.0 | 2 |
| 10/5/2015 | Sales Process | 2.0 | 7 |
| 10/6/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/6/2015 | Process Discussion | 1.0 | 7 |
| 10/6/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/7/2015 | Update Call with advisors | 0.5 | 1 |
| 10/7/2015 | Business Plan | 3.0 | 2 |
| 10/7/2015 | Disclosure Statement Call | 1.0 | 8 |
| 10/7/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/8/2015 | Disclosure Statement Call | 1.0 | 8 |
| 10/8/2015 | Tax Call | 1.0 | 6 |
| 10/11/2015 | DIP Discussion | 1.0 | 2 |
| 10/11/2015 | Board Meeting Call | 1.0 | 1 |
| 10/12/2015 | Board of Directors Call | 1.0 | 1 |
| 10/13/2015 | M&A Call | 1.0 | 7 |
| 10/14/2015 | Update Call with advisors | 0.5 | 1 |
| 10/16/2015 | Internal Call | 1.0 | 1 |
| 10/19/2015 | Call with UCC Advisors | 0.5 | 1 |
| 10/21/2015 | Call with UCC Advisors | 3.0 | 1 |
| 10/21/2015 | Update Call with advisors | 0.5 | 1 |
| 10/22/2015 | Model Discussion | 0.5 | 5 |
| 10/22/2015 | Meeting | 3.0 | 1 |
| 10/23/2015 | Administrative Fees Call | 0.5 | 9 |
| 10/25/2015 | Update Call with advisors | 0.5 | 1 |
| 10/26/2015 | Model Discussion | 1.0 | 5 |
| 10/26/2015 | Liquidity Analysis | 5.0 | 6 |
| 10/26/2015 | Admins Fees Call | 1.0 | 9 |
| 10/26/2015 | Admins Fees Discussion | 2.0 | 9 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/27/2015 | Call with Advisors | 0.5 | 1 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/27/2015 | Liquidity Analysis | 6.0 | 6 |
| 10/28/2015 | Internal Call | 0.5 | 1 |
| 10/29/2015 | Valuation Material | 2.0 | 5 |
| 10/29/2015 | Liquidity Analysis | 5.0 | 6 |
| 10/30/2015 | Valuation Material | 3.0 | 5 |
| 10/30/2015 | Disclosure Statement Call | 1.0 | 1 |
| | **Total Hours:** | **166.00** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Chris Moynihan – Senior Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 9/9/2015 | Marketing Process Preparation | 2.0 | 7 |
| 9/9/2015 | Internal Call | 1.0 | 1 |
| 9/9/2015 | Business Plan | 2.0 | 2 |
| 9/10/2015 | Internal Call | 2.0 | 1 |
| 9/10/2015 | Valuation Material | 3.0 | 5 |
| 9/11/2015 | Prepare Retention Application | 2.0 | 3 |
| 9/14/2015 | Prepare Retention Application | 2.0 | 3 |
| 9/14/2015 | Prepare Materials for UCC Advisors | 2.0 | 3 |
| 9/16/2015 | Business Plan | 5.0 | 2 |
| 9/14/2015 | Presentation Materials | 2.0 | 2 |
| 9/15/2015 | Valuation Material | 3.0 | 5 |
| 9/15/2015 | Business Plan | 3.0 | 2 |
| 9/15/2015 | Diligence Requests | 1.0 | 7 |
| 9/16/2015 | Internal Call | 1.0 | 1 |
| 9/16/2015 | Business Plan | 5.0 | 2 |
| 9/17/2015 | Prepare Materials for UCC Advisors | 8.0 | 3 |
| 9/17/2015 | Business Plan | 1.0 | 2 |
| 9/17/2015 | Internal Call | 1.0 | 1 |
| 9/18/2015 | Prepare Materials for UCC Advisors | 8.0 | 3 |
| 9/18/2015 | Internal Call | 1.0 | 1 |
| 9/19/2015 | Prepare Materials for UCC Advisors | 3.0 | 3 |
| 9/20/2015 | Prepare Materials for UCC Advisors | 9.0 | 3 |
| 9/21/2015 | Prepare Materials for UCC Advisors | 3.0 | 3 |
| 9/21/2015 | Call with UCC Advisors | 1.0 | 1 |
| 9/21/2015 | Call on Business Plan | 1.0 | 2 |
| 9/21/2015 | Financial Analysis | 3.0 | 5 |
| 9/23/2015 | Call with UCC Advisors | 2.0 | 1 |
| 9/23/2015 | Internal Call | 1.0 | 1 |
| 9/23/2015 | Business Plan | 3.0 | 2 |
| 9/23/2015 | Valuation Material | 3.0 | 5 |
| 9/24/2015 | DIP Budget Review | 1.0 | 2 |
| 9/24/2015 | Diligence requests | 2.0 | 7 |
| 9/24/2015 | Call with UCC Advisors | 4.0 | 1 |
| 9/25/2015 | Business Plan | 2.0 | 2 |
| 9/25/2015 | UCC Discussion | 2.0 | 1 |
| 9/25/2015 | Call with UCC Advisors | 1.0 | 1 |
| 9/25/2015 | Plan of Reorganization Discussion | 1.0 | 6 |
| 9/27/2015 | Financial Analysis | 3.0 | 5 |
| 9/28/2015 | Diligence Requests | 3.0 | 7 |
| 9/28/2015 | Company and Advisors Call | 1.0 | 1 |
| 9/29/2015 | Financial Analysis | 3.0 | 5 |
| 9/29/2015 | Presentation Materials | 2.0 | 2 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Chris Moynihan – Senior Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 9/30/2015 | UCC / Advisors Discussion | 1.0 | 1 |
| 9/30/2015 | DIP Discussion | 1.0 | 2 |
| 9/30/2015 | Diligence Requests | 4.0 | 7 |
| 10/4/2015 | Internal Call | 0.5 | 1 |
| 10/4/2015 | Diligence Requests | 2.0 | 7 |
| 10/5/2015 | Internal Call | 0.5 | 1 |
| 10/5/2015 | Valuation Material | 3.0 | 5 |
| 10/5/2015 | DIP Discussion | 1.0 | 2 |
| 10/5/2015 | Sale Process | 2.0 | 7 |
| 10/6/2015 | Critical Vendors Call | 0.5 | 1 |
| 10/6/2015 | Process Discussion | 1.0 | 7 |
| 10/6/2015 | Critical Vendors Call | 0.5 | 1 |
| 10/7/2015 | Update Call with Advisors | 0.5 | 1 |
| 10/7/2015 | Business Plan | 3.0 | 2 |
| 10/7/2015 | Disclosure Statement Call | 1.0 | 1 |
| 10/7/2015 | Critical Vendors Call | 0.5 | 1 |
| 10/8/2015 | Disclosure Statement Call | 1.0 | 1 |
| 10/8/2015 | Tax Call | 1.0 | 1 |
| 10/11/2015 | DIP Discussion | 1.0 | 2 |
| 10/11/2015 | Board Meeting Call | 1.0 | 1 |
| 10/12/2015 | Board of Directors Call | 1.0 | 1 |
| 10/14/2015 | Update Call with Advisors | 0.5 | 1 |
| 10/16/2015 | Internal Call | 1.0 | 1 |
| 10/19/2015 | Call with UCC Advisors | 0.5 | 1 |
| 10/21/2015 | Call with UCC Advisors | 3.0 | 1 |
| 10/21/2015 | Update Call with Advisors | 0.5 | 1 |
| 10/22/2015 | Model Discussion | 0.5 | 5 |
| 10/22/2015 | Meeting | 3.0 | 1 |
| 10/23/2015 | Administrative Fees Call | 0.5 | 1 |
| 10/25/2015 | Update Call with Advisors | 0.5 | 1 |
| 10/26/2015 | Model Discussion | 1.0 | 5 |
| 10/26/2015 | Liquidity Analysis | 8.0 | 6 |
| 10/26/2015 | Admins Fees Call | 1.0 | 9 |
| 10/26/2015 | Admins Fees Discussion | 2.0 | 9 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/27/2015 | Call with Advisors | 0.5 | 1 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/27/2015 | Liquidity Analysis | 8.0 | 6 |
| 10/28/2015 | Internal Call | 0.5 | 1 |
| 10/29/2015 | Valuation Material | 2.0 | 5 |
| 10/29/2015 | Liquidity Analysis | 6.0 | 6 |
| 10/30/2015 | Valuation Material | 5.0 | 5 |
| 10/30/2015 | Disclosure Statement Call | 1.0 | 1 |
| | **Total Hours:** | **182.00** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Freeberg – Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 9/9/2015 | Marketing Process Preparation | 2.0 | 7 |
| 9/9/2015 | Internal Call | 1.0 | 1 |
| 9/9/2015 | Business Plan | 2.0 | 2 |
| 9/10/2015 | Internal Call | 2.0 | 1 |
| 9/11/2015 | Prepare Retention Application | 2.0 | 3 |
| 9/14/2015 | Prepare Retention Application | 2.0 | 3 |
| 9/14/2015 | Business Plan | 2.0 | 2 |
| 9/15/2015 | Valuation Material | 4.0 | 5 |
| 9/16/2015 | Business Plan | 5.0 | 2 |
| 9/17/2015 | Business Plan | 3.0 | 2 |
| 9/17/2015 | Prepare Materials for UCC Advisors | 5.0 | 3 |
| 9/17/2015 | Internal Call | 1.0 | 1 |
| 9/18/2015 | Business Plan | 4.0 | 2 |
| 9/18/2015 | Prepare Materials for UCC Advisors | 3.0 | 3 |
| 9/20/2015 | Prepare Materials for UCC Advisors | 4.0 | 3 |
| 9/21/2015 | Business Plan | 3.0 | 2 |
| 9/21/2015 | Financial Analysis | 4.0 | 5 |
| 9/21/2015 | Prepare Materials for UCC Advisors | 2.0 | 3 |
| 9/23/2015 | Call with UCC Advisors | 2.0 | 1 |
| 9/23/2015 | Internal Call | 1.0 | 1 |
| 9/23/2015 | Business Plan | 3.0 | 2 |
| 9/23/2015 | Valuation Material | 3.0 | 5 |
| 9/24/2015 | Diligence Requests | 3.0 | 7 |
| 9/24/2015 | Call with UCC Advisors | 4.0 | 1 |
| 9/25/2015 | Business Plan | 4.0 | 2 |
| 9/25/2015 | Call with UCC Advisors | 1.0 | 1 |
| 9/25/2015 | Plan of Reorganization Discussion | 1.0 | 6 |
| 9/27/2015 | Valuation Material | 4.0 | 5 |
| 9/28/2015 | Valuation Material | 3.0 | 5 |
| 9/28/2015 | Process Discussion | 1.0 | 1 |
| 9/29/2015 | Business Plan | 2.0 | 2 |
| 9/29/2015 | Financial Analysis | 3.0 | 5 |
| 9/30/2015 | Call with UCC Advisors | 1.0 | 1 |
| 10/1/2015 | Sale Process | 4.0 | 7 |
| 10/2/2015 | Call with UCC Advisors | 1.0 | 1 |
| 10/2/2015 | Sale Process | 3.0 | 7 |
| 10/5/2015 | DIP Discussion | 1.0 | 2 |
| 10/5/2015 | Sale Process | 3.0 | 7 |
| 10/5/2015 | Valuation Material | 3.0 | 5 |
| 10/5/2015 | Internal Call | 0.5 | 1 |
| 10/6/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/6/2015 | Process Discussion | 1.0 | 1 |
| 10/6/2015 | Critical Vendors Call | 0.5 | 6 |
| 10/7/2015 | Update Call with Advisors | 0.5 | 1 |
| 10/7/2015 | Critical Vendors Call | 0.5 | 6 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Freeberg – Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 10/7/2015 | Business Plan | 2.0 | 2 |
| 10/8/2015 | Tax Call | 1.0 | 6 |
| 10/8/2015 | Disclosure Statement Call | 1.0 | 1 |
| 10/11/2015 | DIP Discussion | 1.0 | 2 |
| 10/11/2015 | Board Meeting Call | 1.0 | 1 |
| 10/12/2015 | Board of Directors Call | 1.0 | 1 |
| 10/13/2015 | Valuation Material | 3.0 | 5 |
| 10/14/2015 | Update Call with Advisors | 0.5 | 1 |
| 10/14/2015 | Fee Runs | 2.0 | 6 |
| 10/15/2015 | Debt Pricing | 1.0 | 6 |
| 10/15/2015 | Valuation Material | 2.0 | 5 |
| 10/16/2015 | Sale Process | 3.0 | 7 |
| 10/16/2015 | Internal Call | 1.0 | 1 |
| 10/19/2015 | Call with UCC Advisors | 0.5 | 1 |
| 10/21/2015 | Call with UCC Advisors | 3.0 | 1 |
| 10/21/2015 | Update Call with Advisors | 0.5 | 1 |
| 10/22/2015 | Internal Meeting | 3.0 | 1 |
| 10/23/2015 | Valuation Material | 2.0 | 5 |
| 10/25/2015 | Call with UCC Advisors | 0.5 | 1 |
| 10/26/2015 | Admins Fees Call | 1.0 | 9 |
| 10/26/2015 | Admins Fees Discussion | 2.0 | 9 |
| 10/27/2015 | Internal Call | 0.5 | 1 |
| 10/27/2015 | Model Discussion | 0.5 | 5 |
| 10/27/2015 | Valuation Material | 1.0 | 5 |
| 10/27/2015 | Sale Process | 1.0 | 7 |
| 10/27/2015 | Liquidity Analysis | 5.0 | 6 |
| 10/28/2015 | Valuation Material | 8.0 | 5 |
| 10/29/2015 | Model Discussion | 1.0 | 5 |
| 10/29/2015 | Valuation Material | 4.0 | 5 |
| 10/30/2015 | Valuation Material | 5.0 | 5 |
| 10/30/2015 | Disclosure Statement Call | 1.0 | 1 |
| 10/31/2015 | Valuation Material | 4.0 | 5 |
| | **Total Hours:** | **168.50** | |