**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On or before October 29, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates** [Docket No. 131]

Furthermore, on or before October 29, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Deadline for Filing Proofs of Claim** [Docket No. 345]

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **[Customized] B10 Proof of Claim Form**

Dated: October 30, 2015

_____
Stephanie Delgado

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of October, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

**Exhibit A**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Frank 151 Media Group, LLC | DBA Bon | 600 S La Brea Ave # 3 | Los Angeles | CA | 90036-3580 |
| Keith Collier | | Address Redacted | | | |
| Laura Bauer | | Address Redacted | | | |
| Rachel, Rundle | | Address Redacted | | | |
| Sebastian Montoya Villegas | | Address Redacted | | | |
| Silver Sands GL I LLC | c/o Simon Property Group - Premuim Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| Steve Morse | | Address Redacted | | | |
| Trent D. Ludwig | | 826 Cornell St | Lake Oswego | OR | 97034-4716 |
| Trent Ludwig, Sole MBR | DBA Seek Creative, LLC | 826 Cornell St | Lake Oswego | OR | 97034-4716 |

# Exhibit B

**Exhibit B**

**Creditor Matrix**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Adriana Barrientos | Address Redacted | | | |
| Alyssa Batilaran | Address Redacted | | | |
| Ana-Marie Tatsanaram | Address Redacted | | | |
| Ben Kelly | Address Redacted | | | |
| Cherice, Fredericks | Address Redacted | | | |
| Dilpreet Singh | Address Redacted | | | |
| Donald La Curan | Address Redacted | | | |
| Dylan Hatt | Address Redacted | | | |
| Dylan Heyden | Address Redacted | | | |
| Eric Alvarez Anaya | Address Redacted | | | |
| Erica Guido | Address Redacted | | | |
| Erica Rodriguez | Address Redacted | | | |
| Gavin Schuck | Address Redacted | | | |
| Gibon Dobbs | Address Redacted | | | |
| Golden State Design | Address Redacted | | | |
| Graham Walzer | Address Redacted | | | |
| Ivee Ruiz | Address Redacted | | | |
| JaiAnn Haskins | Address Redacted | | | |
| Jenny Pham | Address Redacted | | | |
| Jeremiah Smith | 233 Sunrise Ter | State College | PA | 16801-6013 |
| Jodi Mestrin | Address Redacted | | | |
| Joseph Hernandez | Address Redacted | | | |
| Justin Brown | Address Redacted | | | |
| Katie Rose Dunn | Address Redacted | | | |
| Kelly Serena Shew | Address Redacted | | | |
| Kim Pham | Address Redacted | | | |
| Kindell Diaz | Address Redacted | | | |
| Krystal Hernandez | Address Redacted | | | |
| Kyle Steneide | 8221 Zelzah Ave | Reseda | CA | 91335-1553 |
| Lauren Beck | Address Redacted | | | |
| Leeanica Garcia | Address Redacted | | | |
| Leonard Castrence | Address Redacted | | | |

**Exhibit B**

**Creditor Matrix**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Luis Montes | Address Redacted | | | |
| Mario Miller | Address Redacted | | | |
| Matthew Langwell | Address Redacted | | | |
| Miller, Matt | 2138 E 1st St Apt 10 | Long Beach | CA | 90803-2463 |
| Niagara Distributing, LLC | 2560 E Philadelphia St | Ontario | CA | 91761-7768 |
| Noah West | Address Redacted | | | |
| Pedro Longo | Address Redacted | | | |
| Quality Mechanical Contractors, LLC | 5701 W Sunset Rd | Las Vegas | NV | 89118-3451 |
| Ryan Hanser | Address Redacted | | | |
| Samantha Durbin | 626 Rose Ave Apt 7 | Venice | CA | 90291-2782 |
| Sarah Larson | Address Redacted | | | |
| Savannah Johnson | Address Redacted | | | |
| Shauna Freese | Address Redacted | | | |
| Sophia Beres-Charter | Address Redacted | | | |
| Stephanie DeJesus | Address Redacted | | | |
| Steve A. Hernandez | Address Redacted | | | |
| Steve Morse | Address Redacted | | | |
| Susan L. Bugg | Address Redacted | | | |
| Tatevik Sayadyan | 126 N Cedar St | Glendale | CA | 91206-4434 |
| Thomas P. Holbrook | Address Redacted | | | |
| Tina Parks | Address Redacted | | | |
| Todd Janda | Address Redacted | | | |
| Victoria Smith | Address Redacted | | | |
| West Coast Rideshop | 2218 Alpine Blvd # A | Alpine | CA | 91901-2115 |
| Zebb Tveit | 83 Chicken Coop Rd | Sequim | WA | 98382-7628 |

Quiksilver, Inc., et al.

Case No.: 15-11880