Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

**In re:** QS Retail, Inc.,
**Case No.** 15-11888 Jointly Administered Under Case No. 15-11880

### *AMENDED* NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
*SEE DOCKET NUMBER 358*

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Fair Harbor Capital, LLC**
 As assignee of Honolua Underground

Name of Transferor:
**Honolua Underground**

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Court Claim # (if known):  none-
Amount of Claim:  $999.50
Date Claim Filed:

Name and Address of Transferor:

Honolua Underground
1334 Hoapili Street
Mark & Renee Anderson
Lahaina, HI  96761

Phone:   212 967 4035
Last Four Digits of Acct #:      n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:          n/a
Last Four Digits of Acct #:       n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:          /s/*Fredric Glass*                                        Date:    November 30, 2015
       Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re: QS Retail, Inc.,
Case No. 15-11888 Jointly Administered Under Case No. 15-11880

### AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
*SEE DOCKET NUMBER 358*

**Claim No.  NONE (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 30, 2015.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Honolua Underground**

Name of Alleged Transferor:
**Honolua Underground**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Honolua Underground
1334 Hoapili Street
Mark & Renee Anderson
Lahaina, HI  96761

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                          Clerk of the Court



