IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                Debtors.[1]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:
: **Related Docket Nos. 395**

**CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION FOR ORDER
PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND BANKRUPTCY RULE
2015.3 WAIVING THE DEBTORS' REPORTING REQUIREMENTS UNDER
BANKRUPTCY RULE 2015.3**

The undersigned hereby certifies that he is aware of no formal or informal objection or response to the Debtors' Motion For Order Pursuant To Bankruptcy Code Section 105(a) And Bankruptcy Rule 2015.3 Waiving The Debtors' Reporting Requirements Under Bankruptcy Rule 2015.3 (Docket No. 395) (the "Motion"), filed by the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") on October 30, 2015. He has reviewed the Court's docket and no objection to the Motion appears thereon.

The notice of the Motion established November 24, 2015 at 4:00 p.m. (Eastern) as the deadline (the "Objection Deadline") for receipt of objections to the Motion, and no extension of the Objection Deadline was granted.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Accordingly, it is respectfully requested that the Court enter the proposed form of order filed with the Motion, a copy of which order (modified only to reflect the docket number of the Motion) is attached hereto as <u>Exhibit 1</u>.

Dated:    Wilmington, Delaware
            November 30, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT 1**
**Proposed Order**

777283-WILSR01A - MSW

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                              :    Chapter 11
                                                    :
QUIKSILVER, INC., *et al.*,              :    Case No. 15-11880 (BLS)
                                                    :
                   Debtors.[1]    :    Jointly Administered
                                                    :
                                                    :    **Related Docket No.** 395,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND**
**BANKRUPTCY RULE 2015.3 WAIVING THE DEBTORS' REPORTING**
**REQUIREMENTS UNDER BANKRUPTCY RULE 2015.3**

Upon the motion (the "<u>Motion</u>")[2] of the Debtors for entry of an order (this "<u>Order</u>") waiving the requirement for the Debtors to file Rule 2015.3 Reports for cause; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

                **ORDERED, ADJUDGED AND DECREED that:**

        1.        The Motion is GRANTED as set forth herein.

        2.        The requirement for the Debtors to file Rule 2015.3 Reports is hereby waived for cause.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
_____, 2015

_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE