IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : | Chapter 11 |
| In re: | : | |
|  | : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, | : | |
|  | : | Jointly Administered |
| Debtors.[1] | : | |
|  | : | **Related Docket Nos. 420** |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION FOR ORDER UNDER
BANKRUPTCY CODE SECTION 107(B), BANKRUPTCY RULE 9018, AND LOCAL
BANKRUPTCY RULE 9018-1(B) AUTHORIZING THE DEBTORS TO FILE UNDER
SEAL OF PORTIONS OF EXHIBIT A TO DEBTORS' MOTION FOR ORDER
APPROVING THE IMPLEMENTATION OF THE KEY EMPLOYEE
INCENTIVE AND RETENTION PLAN**

The undersigned hereby certifies that he is aware of no formal or informal

objection or response to the Debtors' Motion For Order Under Bankruptcy Code Section 107(b),

Bankruptcy Rule 9018, And Local Bankruptcy Rule 9018-1(b) Authorizing The Debtors To File

Under Seal Of Portions Of Exhibit A To Debtors' Motion For Order Approving The

Implementation Of The Key Employee Incentive And Retention Plan (Docket No. 420) (the

"Motion"), filed by the debtors and debtors-in-possession in the above-captioned jointly

administered bankruptcy cases (collectively, the "Debtors") on November 10, 2015.  He has

reviewed the Court's docket and no objection to the Motion appears thereon.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors'
corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

The notice of the Motion established November 24, 2015 at 4:00 p.m. (Eastern) as the deadline (the "Objection Deadline") for receipt of objections to the Motion, and no extension of the Objection Deadline was granted.

Accordingly, it is respectfully requested that the Court enter the proposed form of order filed with the Motion, a copy of which order (modified only to reflect the docket number of the Motion) is attached hereto as Exhibit 1.

Dated:    Wilmington, Delaware
          November 30, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT 1**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|                                              |     |                                    |
|----------------------------------------------|-----|------------------------------------|
|                                              | :   | Chapter 11                         |
| In re:                                       | :   |                                    |
|                                              | :   | Case No. 15-11880 (BLS)            |
| QUIKSILVER, INC., *et al.*,                  | :   |                                    |
|                                              | :   | Jointly Administered               |
|                              Debtors.[3]     | :   |                                    |
|                                              | :   |                                    |
|                                              | :   | **Related Docket Nos. 418, _420**  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER UNDER BANKRUPTCY CODE SECTION 107(b), BANKRUPTCY RULE 9018, AND LOCAL BANKRUPTCY RULE 9018-1(B) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL OF PORTIONS OF EXHIBIT A TO DEBTORS' MOTION FOR ORDER APPROVING THE IMPLEMENTATION OF THE KEY EMPLOYEE INCENTIVE AND RETENTION PLAN**

Upon the motion (the "Motion to Seal")[4] of the Debtors for entry of an order (this "Order"), under Bankruptcy Code section 107(b), Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1(B), authorizing the Debtors to file under seal Exhibits A and B (the "Confidential Employee Exhibits") to the proposed key employee incentive and retention plan (the "Plan"), which Plan is attached as Exhibit A to the to the *Debtors' Motion for Order Approving the Implementation of the Key Employee Incentive and Retention Plan* [Docket No. 418] (the "KEIP/KERP Motion"); and the Court having reviewed the Motion to Seal; and due and sufficient notice of the Motion to Seal having been given under the particular circumstances; and it appearing that no other or

---

[3]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[4]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

further notice is necessary; and it appearing that the relief requested by the Motion to Seal is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1.      The Motion is GRANTED.

2.      Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1(b), the Debtors are authorized to file the Confidential Employee Exhibits under seal.

3.      The Confidential Employee Exhibits shall remain under seal, confidential, and not made available to anyone, except for the (i) Court, (ii) the Office of the U.S. Trustee for the District of Delaware, (iii) counsel to any statutory committee appointed in these Chapter 11 Cases, (iv) counsel to the DIP Lenders, and (v) others only (a) at the discretion of the Debtors (subject to an appropriate non-disclosure agreement) or (b) upon further order of the Court.

4.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:  Wilmington, Delaware
         _____, 2015

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE