IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x

In re:                               : Chapter 11
                                     :
                                     : Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,          :
                                     : Jointly Administered
            Debtors.[1]              :
                                     : **Related Docket Nos. 418, 419, 495**

------------------------------x

## ORDER APPROVING THE IMPLEMENTATION
## OF THE KEY EMPLOYEE INCENTIVE AND RETENTION PLAN

Upon the motion (the "Motion")[2] of the Debtors for an order (this "Order") under Bankruptcy Code sections 105(a), 363(b), and 503(c)(3) of title 11 of the United States Code (the "Bankruptcy Code") authorizing, but not directing, the implementation of the Debtors' proposed key employee incentive and retention plan; and upon the Imhoff Declaration; and upon the Dempsey Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. Implementation of the key employee incentive and retention plan (as described in the Motion, the "Plan") is based on the Debtors' sound business judgment and is justified by the facts and circumstances of the Debtors' Chapter 11 Cases.

3. Pursuant to Bankruptcy Code sections 105(a), 363(b), and 503(c)(3), the Debtors are authorized to take all necessary actions to implement the Plan and to make all payments pursuant thereto.

4. The claims of the Participants under the Plan are entitled to and shall be accorded administrative expense status and priority under Bankruptcy Code sections 503(b)(1)(A) and 507(a)(2).

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
       Dec 1, 2015

_____
UNITED STATES BANKRUPTCY JUDGE

769536-LACSR02A - MSW