# SIGN-IN SHEET

**CASE NAME: QUIKSILVER, INC** **COURTROOM NO.1: JUDGE SHANNON**

**CASE NO.: 15-11880** **DATE: DECEMBER 1, 2015**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Van Durrer | Skadden | Quiksilver Debtors |
| Annie Li | " | " |
| Ross Kwasteniet | Kirkland Ellis | DIP Lender |
| Rob Daly | MoFo | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Debtors |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Timothy Fox | " | " |
| Ana Lucía Hurtado | Skadden | Quiksilver Debtors |
| Steven Fox | Riemer + Braunstein | Bank of America |
| Steven K Kortanek | Womble Carlyle | " " " |
| Abid Qureshi | Akin Gump | Creditors' Committee |
| Meredith Lahaie | " " | " " |
| David Stratton | Pepper | " " " |
| | | |
| | | |

## Court Conference

Calendar Date: **12/01/2015**

Calendar Time: **11:30 AM ET**

## U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Brendan L. Shannon

## #1

*Amended Calendar 12/01/2015 06:47 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7291949 | John R. Ashmead | (212) 574-1366 | Seward & Kissel LLP | Trustee,Delaware Trust Company / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7294716 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party,Reorg Research, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7297917 | Stephanie J. Gleason | (212) 416-2107 | Dow Jones | Interested Party, Stephanie Gleason / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7296822 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party,MergerMarket / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7283157 | Warren Klinger | (212) 819-8322 | White & Case LLP | Interested Party,Warren Klinger / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7292036 | Jessica Kumar | (312) 407-0612 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor,Quiksilver, Inc. / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7294847 | Lauren Lifland | (212) 872-8026 | Akin Gump Strauss Hauer & Feld LLP | Representing,Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7296622 | Blake J. Lindemann | (310) 279-5269 | Lindemann Law Group | Interested Party,Nicholas Drake on behalf of himself and others similarly situated / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7293702 | Jessica M. Mickelsen Simon | (310) 788-4425 | Katten Muchin Rosenman LLP | Creditor,The Macerich Company and Boulevard Invest, LLC / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7294959 | Jamie Netznik | (312) 862-2000 | Kirkland & Ellis LLP | Creditor,Oaktree / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7286495 | Steven Ruggiero | (212) 832-6380 | RW Pressprich | Interested Party,Steven Ruggiero / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7292047 | Renu Shah | (312) 407-0663 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor,Quiksilver, Inc / LIVE |



Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Quiksilver, Inc. | 15-11880 | Hearing | 7295089 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party,CRT Capital Group, LLC / LISTEN ONLY |


Copyright © 2015 CourtCall, LLC. All Rights Reserved.