IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:  :  Chapter 11
 :
 :  Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,  :
 :  Jointly Administered
    Debtors.[1]  :
 :
 :  **Related Docket No. 240**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

**NOTICE OF FILING OF THIRD SUPPLEMENT TO
SCHEDULE OF ORDINARY COURSE PROFESSIONALS**

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240] (the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby file the Third Supplement to Schedule of Ordinary Course Professionals, attached hereto as Exhibit 1 (the "Third Supplement"), identifying certain Additional Ordinary Course Professionals.

PLEASE TAKE FURTHER NOTICE that the Ordinary Course Professionals listed on the Third Supplement shall provide to the Debtor for filing and service upon the Notice Parties (as defined herein) an OCP Declaration[2] within two weeks of the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] The form of OCP Declaration is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of the Ordinary Course Professional must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, Wilmington, Delaware 19801, and served so as to be received by **December 16, 2015 at 4:00 p.m. (Eastern)** (the "Objection Deadline") by the applicable Ordinary Course Professional and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) proposed counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:   Wilmington, Delaware
         December 2, 2015

                                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                        /s/ Van C. Durrer, II
                                        Van C. Durrer, II (I.D. No. 3827)
                                        Annie Z. Li
                                        300 South Grand Avenue, Suite 3400
                                        Los Angeles, California 90071
                                        Telephone: (213) 687-5000
                                        Fax: (213) 687-5600

                                        - and -

                                        Mark S. Chehi, Esq. (I.D. No. 2855)
                                        One Rodney Square
                                        P.O. Box 636
                                        Wilmington, Delaware 19899-0636
                                        Telephone: (302) 651-3000
                                        Fax: (302) 651-3001

                                        - and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## **EXHIBIT 1**

**Third Supplement to Schedule of Ordinary Course Professionals**

| Name of Ordinary Course Professional | Address | Service Provided to Debtors |
|---|---|---|
| DSL Lawyers | Av. da Praia Grande 409, Law Building, 16/F<br>Macau, CHINA | Legal |

# EXHIBIT 2

**OCP Declaration**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

>Skadden, Arps, Slate, Meagher & Flom LLP
>300 S. Grand Ave., Suite 3400
>Los Angeles, CA 90071
>Attn: Annie Li, Esq.
>Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

2. Date of retention: _____

3. Type of services provided (accounting, legal, etc.):

2

4. Brief description of services to be provided:

_____

_____

_____

_____

5. Arrangements for compensation (hourly, contingent, etc.):

_____

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

_____

7. Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $_____

Date claim arose: _____

Source of claim: _____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

3

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____

Name: _____
Title: _____
Company: _____
Address: _____

Telephone: _____
Facsimile: _____

3