**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |
|  | : |  |
|  | : | **Related Docket No. 240** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

**SIXTH NOTICE OF FILING OF
ORDINARY COURSE PROFESSIONAL DECLARATIONS**

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the

Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To

Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240]

(the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors") hereby file the Sixth Notice of Filing of Ordinary

Course Professional Declarations with respect to the professionals listed on Exhibit A hereto (the

"Ordinary Course Professionals").  In support of the retention of the Ordinary Course

Professionals, the Debtors have attached declarations executed by the Ordinary Course

Professionals, attached hereto as Exhibits B and E.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of

the Ordinary Course Professional must be made in writing, filed with the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors'
corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be received by **December 16, 2015 at**

**4:00 p.m. (Eastern)** (the "Objection Deadline") by the applicable Ordinary Course Professional

and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) proposed counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:    Wilmington, Delaware
          December 2, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## <u>EXHIBIT A</u>

**List of Ordinary Course Professional Declarations**

Adams and Adams
DSL Lawyers
Mayer Brown JSM
Thomson Reuters

## **EXHIBIT B**

**Ordinary Course Professional Declaration for
Adams and Adams**

## **EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn:  Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Eugene Honey_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    _Adams and Adams, Lynnwood Bridge_
    _4 Daventry Street, Lynnwood Manor, Pretoria,_
    _South Africa_

2.  Date of retention:  _Ongoing_

3.  Type of services provided (accounting, legal, etc.):

    _legal._

4.    Brief description of services to be provided:

Attorneys | Legal.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly rates & Tariff based Rates.

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was
employed prepetition):

Dependant on complexity of the case and seniority of the attorney.

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ 3,977.61

Date claim arose: 26 May 2015, 24 June 2015.

Source of claim: Legal services rendered

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

2



10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 23 November 2015

Name: Eugene Horn

Title: Partner

Company: Adams + Adams

Address: 56 Fredman Drive, Sandton CBD

Telephone: 011 595 (000)

Facsimile: _____

772537.05-WILSR01A - MSW

## <u>EXHIBIT C</u>

**Ordinary Course Professional Declaration for
DSL Lawyers**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

**OCP DECLARATION**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

>    Skadden, Arps, Slate, Meagher & Flom LLP
>    300 S. Grand Ave., Suite 3400
>    Los Angeles, CA 90071
>    Attn:  Annie Li, Esq.
>    Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

      DSL LAWYERS

      AV. DA PRAIA GRANDE 409, LAW BUILDING, 16/F, MACAO, CHINA

2.    Date of retention:    N/A

3.    Type of services provided (accounting, legal, etc.):

      LEGAL SERVICES

4.  Brief description of services to be provided:

    LAW FIRM IN MACAO PROVIDES LEGAL SERVICES : CORPORATE , PROPERTY ; BANKING
    & FINANCE . LITIGATION & ARBITRATION ; INTELLECTUAL PROPERTY ; EMPLOYMENT ;
    GAMING & HOSPITALITY , TAX ; CONSTRUCTION & INFRASTRUCTURE ; TELECOMMUNICATIONS ,
    IT & MEDIA .

5.  Arrangements for compensation (hourly, contingent, etc.):

    BOTH

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was
    employed prepetition):

    VS $ 250

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $ ____N/A_____

    Date claim arose: ____N/A_____

    Source of claim: ____N/A_____

8.  Prepetition claims against any of the Debtors held individually by any member, associate,
    or professional employee of the firm:

    Name: ____N/A_____

    Status: ____N/A_____

    Amount of Claim: $ ____N/A_____

    Date claim arose: ____N/A_____

    Source of claim: ____N/A_____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: ____NONE_____

    No. of shares: ____NONE_____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _N/A_

Status: _N/A_

Kind of shares: _NONE_

No. of shares: _NONE_

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_NO ADVERSE INTEREST_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _24th November 2015_

Name: _CARLOS DUQUE SIMOES_
Title: _PARTNER_
Company: _DSL LAWYERS_
Address: _AV. DA PRAIA GRANDE, 409, LAW BUILDING, 16/F, MACAU, CHINA_
Telephone: _(853) 85 90 07 18_
Facsimile: _(853) 28 72 55 88_

## <u>EXHIBIT D</u>

**Ordinary Course Professional Declaration for
Mayer Brown JSM**

In re Quiksilver, Inc., et al.,
Chapter 11 Case No. 15-11880 (BLS)

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, NOELEEN FARRELL, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  **Name and address of firm:**

    Mayer Brown JSM[1]
    $16^{th} - 19^{th}$ Floors
    Prince's Building
    10 Chater Road
    Central Hong Kong

2.  **Date of retention:** Of the active matters that Mayer Brown JSM currently are handling for Quiksilver, Inc., the oldest matter began in November 2013 and the most recent matter was opened in June 2015. Mayer Brown JSM was contacted by Quiksilver, Inc. on or about November 17, 2015 to be an ordinary course professional in its chapter 11 case.

3.  **Type of services provided (accounting, legal, etc.):**

    Legal services

---

[1]    Mayer Brown JSM is a Hong Kong general partnership.  It is part of Mayer Brown, a global legal services provider comprising legal practices that are separate entities located around the world.  Mayer Brown JSM is the only Mayer Brown entity providing legal services to Quicksilver, Inc. and, therefore, is the only Mayer Brown entity on whose behalf this Declaration is being provided.

4.      **Brief description of services to be provided:**

The legal services provided by Mayer Brown JSM arise in the ordinary course of Quiksilver Inc.'s business activities.  These services primarily involve intellectual property matters, including trade mark registration, trade mark renewal, providing legal opinions concerning such matters, trade mark registration, advising and representing Quiksilver, Inc. with respect to opposing third party trade marks, including preparing pleadings, attending hearings, seeking cancellation of third party trade marks and reporting on the outcome of opposition in matters pending in Beijing and other areas through-out Asia.

5.      **Arrangements for compensation (hourly, contingent, etc.):**

Fees are charged based on a scale for services rendered or actual time spent on the matter with such fee criteria agreed to by the parties on the terms set forth in the applicable engagement letter agreement pertaining to such matter

6.      **Average hourly rate (if applicable):**
        **Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):**

Over the last six months, Mayer Brown JSM's invoices to Quiksilver Inc averaged approximately $2000 per month (in U.S. dollars).

7.      **Prepetition claims against any of the Debtors held by the firm:** Yes

        **Amount of claim:**      US$4,905.00

        **Date claim arose:**     Between 1 July 2015 and Petition Date

        **Source of claim:**      Invoices for legal services rendered

8.      **Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:**

        **Name:**                 None

        **Status:**

        **Amount of Claim:**
        **$**

        **Date claim arose:**

Source of claim: _____

9.     Stock of any of the Debtors currently held by the firm: None.

       Kind of shares:  Not applicable _____

       No. of shares:   Not applicable _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

       Name:         Not applicable _____

       Status:       _____

       Kind of
       shares:       _____

       No. of shares:  _____

11.    Mayer Brown JSM holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

       _____
       _____
       _____
       _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: November 26, 2015

                    By: _____
                    Name: Noeleen Mary Farrell
                    Title: Partner and Regional General Counsel (Asia)
                    Address: Mayer Brown JSM, 16th -19th Floors, Prince's
                    Building 10 Chater Road, Central, Hong Kong
                    Telephone: 852-2843-2211
                    Facsimile: 852-2103-5434

# EXHIBIT E

**Ordinary Course Professional Declaration for
Thomson Reuters**

**EXHIBIT 2**

OCP Declaration

In re Quiksilver, Inc., _et al_.
Chapter 11 Case No. 15-11880 (BLS)

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Attn: Annie Li, Esq.
Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Kristi Popowitz, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   Thomson Reuters CompuMark
   22 Thomson Place 26T3
   Boston MA 02210

2. Date of retention: 10-20-15

3. Type of services provided (accounting, legal, etc.):

   Legal goods + services provided.

4.   Brief description of services to be provided:

*Watch + SAEGIS subscriptions.*

5.   Arrangements for compensation (hourly, contingent, etc.):

*Annual pricing per contract:*

*$ 20,714.68 Watch
See invoice
+
$18,050.00 SAEGIS
See contract*

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on prepetition retention (if firm was
     employed prepetition):

*N/A*

7.   Prepetition claims against any of the Debtors held by the firm.

     Amount of claim: $ *TRTA @ $26,043.00*     *Sister company to
Thomson Reuters +
Thomson CompuMark*

     Date claim arose: *4-10-15 thru 9-9-15*

     Source of claim: *Unpaid invoices for goods + Services Provided*

8.   Prepetition claims against any of the Debtors held individually by any member, associate,
     or professional employee of the firm.

     Name: *N/A*

     Status: _____

     Amount of Claim: $ _____

     Date claim arose: _____

     Source of claim: _____

9.   Stock of any of the Debtors currently held by the firm:

     Kind of shares: *N/A*

     No. of shares: _____

2

10.    Stock of any of the Debtors currently held individually by any member, associate, or
       professional employee of the firm:

       Name: _____ N/A _____

       Status: _____

       Kind of shares: _____

       No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with
       respect to the matters on which the firm is to be employed, except as disclosed below.
       (Provide nature and brief description of any such adverse interest.)

       _____ N/A _____

       _____

       _____

       _____

       _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: _____11-24-15_____

                    Name: Kristi Popowitz
                    Title: 3rd Party Finance Coordinator
                    Company: Thomson Reuters
                    Address: 610 OPPERMAN DRIVE
                    EAGAN MN 55123
                    Telephone: 651-244-2838
                    Facsimile: 651-687-4601

3

 **THOMSON REUTERS**

QUIKSILVER INC
Attn. Mr VICTOR CHOCO
15202 GRAHAM STREET
HUNTINGTON BEACH, CA 92649
UNITED STATES OF AMERICA

**MAIL PAYMENT TO:**
Thomson CompuMark
P.O. Box 71892
Chicago, IL  60694-1892

**Fed. ID # 03-0492946**

# Adjusted Renewal Invoice

| Invoice number | | Invoice date | Due date | Client number |
|---|---|---|---|---|
| 2015053800  *please quote when making payment* | | 10/20/2015 | 11/20/2015 | 206206 |

| October 01 2015 - September 30 2016 | | | | |
|---|---|---|---|---|
| **October 01 2015 - September 30 2016** | | Current Charges | | $ 21,805.00 |
| Worldwide Watch | 10,012.50 | Total Discount | | (1,090.32) |
| Worldwide Watch | 11,792.50 | Subtotal | | 20,714.68 |
| | **21,805.00** | Nontaxable | 20,714.68 | 0.00 |
| | | **Total invoice** | | **$ 20,714.68** |

Thomson CompuMark          Phone (888) 649-1741

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remittance copy - please return with a payment**

 **THOMSON REUTERS**

**Thomson CompuMark**
Phone (888) 649-1741
Fax (651) 848-3551
Email Credit Card Payments
west.arcreditcard@thomsonreuters.com

VISA ☐   MASTERCARD ☐          AMEX ☐

Cardholder Name: _____

Card Number: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Exp. Date (MM/YY): ☐☐ ☐☐   Verification Code ☐☐☐☐

Signature: _____

| Date of Invoice | Amount due | Amount Paid |
|---|---|---|
| **10/20/2015** | **20,714.68 USD** | |

**QUIKSILVER INC**
**Attn. Mr VICTOR CHOCO**
**15202 GRAHAM STREET**
**HUNTINGTON BEACH, CA 92649**
**UNITED STATES OF AMERICA**

**MAIL PAYMENT TO:**
Thomson CompuMark
P.O. Box 71892
Chicago, IL  60694-1892

**Invoice number:2015053800**

Wire Transfer:        Harris N.A., ABA No. 071000288
                      Account No. 426-265-5
                      Swift Code HATRUS44

Terms of Subscription Services

The subscription period shall begin immediately upon Thomson CompuMark's receipt and acceptance of the client's Watch order. Delivery shall have occurred when Thomson CompuMark receives and accepts the client's initial order. The subscription shall continue for twelve (12) successive month periods, initiating at its commencement date (unless otherwise stated) and shall be renewed for successive twelve (12) month periods (unless otherwise stated) at then-current rate (less applicable volume-based firm discount, plus all applicable taxes). Thomson CompuMark shall inform the client that the ongoing trademark watch services are up for renewal sixty (60) days prior to the expiry of the current service.

This agreement will continue in force until terminated by either party upon at least thirty (30) days prior written notice of termination by the other party. For changes to this Watch subscription, please call 1-800-692-8833.

2/2

**From:** USL
**Office:** QUIKSILVER INC (206206)
15202 GRAHAM STREET, 92649 HUNTINGTON BEACH

**Watch period:** 10/01/2015 - 9/30/2016

**Annex to invoice:** 2015053800
**Invoice date:** 10/20/2015

| Your reference | Attention | Order reference | Trademarks/names | Classes/categories/activities | Product description | Registers / Service(s) | List Price | Additional Class Charge | Total | Tax ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| DC SHOES | CHOCO VICTOR | 96375 | DES. DC STAR | 18, 25, 28, 35 | Worldwide Watch | Worldwide | 445.00 | 150.00% | 1,112.50 / $ 1,112.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 366334 | DESIGN OF A HEART | 03, 09, 14, 16, 18, 21, 24, 25, 28, 32, 35, 41 | Worldwide Watch | Worldwide | 445.00 | 550.00% | 2,892.50 / $ 2,892.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 171710 | DES. MOUNTAIN AND WAVE | 03, 09, 14, 16, 18, 21, 24, 25, 28, 32, 35, 41 | Worldwide Watch | Worldwide | 445.00 | 550.00% | 2,892.50 / $ 2,892.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 585973 | DES OF OLD MOUNTAIN AND WAVE | 18, 25 | Worldwide Watch | Worldwide | 445.00 | 50.00% | 667.50 / $ 667.50 | CA |
| DC SHOES | CHOCO VICTOR | 846432 | DESIGN OF DC & STAR | 09, 18, 25, 28 | Worldwide Watch | Worldwide | 445.00 | 150.00% | 1,112.50 / $ 1,112.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 899120 | DESIGN OF SWAN | 18, 25 | Worldwide Watch | Worldwide | 445.00 | 50.00% | 667.50 / $ 667.50 | CA |
| DC SHOES | CHOCO VICTOR | 899122 | DESIGN OF BROKEN STAR | 18, 25 | Worldwide Watch | Worldwide | 445.00 | 50.00% | 667.50 / $ 667.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 411752 | QUIKSILVER | 03, 09, 14, 16, 18, 21, 24, 25, 28, 32, 35, 41 | Worldwide Watch | Worldwide | 445.00 | 550.00% | 2,892.50 / $ 2,892.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 411756 | ROXY | 03, 09, 14, 16, 18, 21, 24, 25, 28, 32, 35, 41 | Worldwide Watch | Worldwide | 445.00 | 550.00% | 2,892.50 / $ 2,892.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 420737 | BOARDRIDERS | 18, 25, 35 | Worldwide Watch | Worldwide | 445.00 | 100.00% | 890.00 / $ 890.00 | CA |
| DC SHOES | CHOCO VICTOR | 420738 | DCSHOECOUSA | 18, 25 | Worldwide Watch | Worldwide | 445.00 | 50.00% | 667.50 / $ 667.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 498867 | TEENIE WAHINE | 18, 25 | Worldwide Watch | Worldwide | 445.00 | 50.00% | 667.50 / $ 667.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 673469 | CHICKEN JAM | 41 | Worldwide Watch | Worldwide | 445.00 | | 445.00 / $ 445.00 | CA |
| DC SHOES | CHOCO VICTOR | 721457 | DROORS | 25 | Worldwide Watch | Worldwide | 445.00 | | 445.00 / $ 445.00 | CA |
| DC SHOES | CHOCO VICTOR | 846433 | NYFBRKN | 18, 25 | Worldwide Watch | Worldwide | 445.00 | 50.00% | 667.50 / $ 667.50 | CA |
| QUIKSILVER | CHOCO VICTOR | 899118 | QUIK | 25 | Worldwide Watch | Worldwide | 445.00 | | 445.00 / $ 445.00 | CA |
| QUIKSILVER | CHOCO VICTOR | 899119 | QS | 25 | Worldwide Watch | Worldwide | 445.00 | | 445.00 / $ 445.00 | CA |
| QUIKSILVER | CHOCO VICTOR | 899121 | DC | 18, 25 | Worldwide Watch | Worldwide | 445.00 | 50.00% | 667.50 / $ 667.50 | CA |
| DC SHOES | CHOCO VICTOR | 969840 | MODERN ORIGINAL | 18, 25 | Worldwide Watch | Worldwide | 445.00 | 50.00% | 667.50 / $ 667.50 | CA |

**Current Charges** $ 21,805.00
**Corporate Discount** $ -1,090.32
**SubTotal (before tax)** $ 20,714.68

**THOMSON REUTERS**

**INTELLECTUAL PROPERTY & SCIENCE**

**Thomson Reuters SAEGIS Subscription**

| Cover Sheet – SAEGIS Subscription | | |
|---|---|---|
| **THOMSON REUTERS CONTRACTING ENTITY** ("TR") | Thomson & Thomson, Inc. | |
| | Thomson CompuMark, 22 Thomson Place, 26T3, Boston, MA  02210 | |
| | Account representative name: | Shawna Williams |
| | Account representative address: | Thomson CompuMark, 22 Thomson Place, 26T3, Boston, MA  02210 |
| | Account representative email: | Shawna.williams@thomsonreuters.com |
| **CLIENT CONTRACTING ENTITY** ("CLIENT") | QUIKSILVER Inc. | |
| | 15202 Graham St Huntington Beach, CA 92649 | |
| | Client representative name: | Victor Choco |
| | Client representative address: | QUIKSILVER Inc 15202 Graham St. Huntington Beach, CA 92649 |
| | Client representative email: | Victor.choco@quiksilver.com |

| Access to SERION | Subscription Databases | Term | Renewal | Usage Cap Per Year | Discount | Fees | | Frequency of Payment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Subscription Fee(s) | New Databases Added during the term of this agreement | |
| Primarily accessed by Client via the website at: trademarks.thomsonreuters.com | See chart below | Effective Date: 12/1/2015 End Date: 11/30/2016 | Fixed term | $100,000 | Except as noted below, no other discount applies. | Year 1: $18,050 (No other discount applies) | New databases may be included at an additional charge to be determined by TCM and agreed upon by Client. | Annual |
| | | | | Discount , if applicable | | 0 | | |
| | | | | Total Fees (with Discount, if applicable) | | Year 1: $18,050 | | |


THOMSON REUTERS

| Currency | USD |
|---|---|

**Notes:**

1. The use of the Subscription Databases is limited to the value of the Usage Cap.
2. If Usage exceeds the Usage Cap or if Client uses a database not included in Client's Subscription Databases, the usage will be charged to Client on a Transactional Price basis according to the then-current official prices in the Product Guide and also published on the trademarks.thomsonreuters.com website.

**Subscription Databases:**

This SAEGIS Subscription Agreement is valid for the databases checked below. Such checked databases may be accessed through the Custom Search or AutoScreen interface on the SERION Online Service.

### A. SAEGIS Trademark Databases Included:

| | International Register | | European Union | | Europe | | Africa | | South America |
|---|---|---|---|---|---|---|---|---|---|
| X | IR | X | Austria | | Albania | | Algeria | X | Argentina |
| | **North America** | X | Benelux | | Andorra | | Angola | | Bolivia |
| X | Bermuda | X | Bulgaria | | Armenia | | Botswana | X | Brazil |
| X | Canada | X | CTM | | Azerbaijan | | Burundi | X | Chile |
| X | Mexico | X | Cyprus | | Belarus | | Cape Verde | X | Colombia |
| X | US Federal | X | Czech Republic | | Bosnia-Herzegovina | | Congo (Democratic Republic) | | Ecuador |
| | US State | X | Denmark | | Croatia | | Ethiopia | | Guyana |
| | **Asia** | X | Estonia | | Georgia | | Gambia | | Paraguay |
| | Afghanistan | X | Finland | | Gibraltar | | Ghana | x | Peru |
| | Bangladesh | X | France | | Guernsey | | Kenya | | Suriname |
| | Bhutan | X | Germany | | Jersey | | Liberia | | Uruguay |
| | Brunei | X | Greece | | Iceland | | Libya | x | Venezuela |
| | Cambodia | X | Hungary | | Kazakhstan | | Lesotho | | **Caribbean** |
| X | China | X | Ireland | | Kosovo | | Madagascar | | Anguilla |
| X | Hong Kong | X | Italy | | Kyrgyzstan | | Malawi | | Aruba |
| X | India | | Latvia | | Liechtenstein | | Mauritius | | Antigua & Barbuda |
| X | Indonesia | | Lithuania | | Macedonia | | Morocco | | Bahamas |
| X | Japan | | Malta | | Moldova | | Mozambique | | Barbados |
| | Laos | X | Poland | | Monaco | | Namibia | | Bes Islands |
| | Macao | X | Portugal | | Montenegro | | Nigeria | | British Virgin Islands |
| X | Malaysia | | Romania | | Northern Cyprus | | OAPI | | Cayman Islands |
| | Maldives | | Slovak Republic | X | Norway | | Rwanda | | Cuba |
| | Mongolia | | Slovenia | X | Russian Federation | | Sao Tome & Principe | | Curacao |
| | Myanmar | X | Spain | | Serbia | | Seychelles | | Dominica |
| X | Nepal | X | Sweden | X | Switzerland | | Sierra Leone | | Dominican Republic |
| | Pakistan | X | United Kingdom | | Tajikistan | X | South Africa | | Grenada |
| X | Philippines | | **Middle East** | X | Turkey | | Sudan | | Haiti |
| X | Singapore | | Bahrain | | Turkmenistan | | Swaziland | | Jamaica |
| X | Sri Lanka | | Egypt | X | Ukraine | | Tanzania | | Montserrat |
| X | South Korea | | Gaza | | Uzbekistan | | Tunisia | | Saint Kitts and Nevis |
| X | Taiwan | | Israel | | **Oceania** | | Uganda | | St. Lucia |
| X | Thailand | | Iran | X | Australia | | Zambia | | St. Martin |
| X | Vietnam | | Iraq | | Fiji | | Zanzibar | | St. Vincent and The Grenadines |
| | | | Jordan | X | New Zealand | | Zimbabwe | | Trinidad and Tobago |
| | | | Kuwait | | Papua New Guinea | | **Central America** | | Turks and Caicos Islands |
| | | | Lebanon | | Samoa | | Belize | | |
| | | | Oman | X | Solomon Island | | Costa Rica | | |
| | | | Qatar | | Tonga | | El Salvador | | |
| | | X | Saudi Arabia | | | | Guatemala | | |
| | | | Syrian Arab Republic | | | | Honduras | | |
| | | | United Arab Emirates | | | | Nicaragua | | |
| | | | West Bank of Jordan (Judea & | | | X | Panama | | |

THOMSON REUTERS

| | | Samaria) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Yemen | | | | | | |

**B.  Other SAEGIS databases included:**

None

**Note:**  If Client subscribes to the Finland, Norway, Spain or Sweden SAEGIS Trademark databases, they will have access to the corresponding Shop Signs/Company Names (Industrial Names) databases at no additional charge.  In addition, if Client subscribes to the Finland and Sweden SAEGIS databases, they will have access to the corresponding Surnames (Industrial Names) databases at no additional charge.

## License Level

This licence entitles the Client to allow End Users at the below Client Offices or Authorized Affiliates Offices to access the SERION Online Service with Login Details provided by TR.

**Offices:**

| Name | Address |
|---|---|
| QUIKSILVER Inc. | Huntington Beach, CA |
| Quiksilver Europe | St. Jean de Luz, France |
| Quiksilver APAC | Torquay, Australia |

This Cover Sheet is subject to the Thomson CompuMark General Terms and Conditions (Version 3.2) (US Law English Language) (which are accessible via our website at: http://ip-science.thomsonreuters.com/terms-of-business/ or by contacting our SERION Support team at Saegis.support.us@thomsonreuters.com to obtain a hard copy.  Client acknowledges that by signing this Cover Sheet it has read and accepts Thomson CompuMark General Terms and Conditions and that they are hereby incorporated by reference.

**Duly authorized and executed for and on behalf of:**

| Thomson & Thomson, Inc.  **by:** | | QUIKSILVER **by:** | |
|---|---|---|---|
| Signature: | | Signature: | |
| Print Name: | | Print Name: | |
| Position: | | Position: | |
| Date: | | Date: | |