IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors. | Jointly Administered |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Upon consideration of the Certification of Counsel in Support of Omnibus Hearing Dates Scheduling Order dated November 18, 2015, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The following date and time has been scheduled as omnibus hearing (the "Omnibus Hearing") in these chapter 11 proceedings:

**December 17, 2015 at 9:00 a.m. (Eastern)**

2. Omnibus Hearings will occur thereafter as may be scheduled by the United States Bankruptcy Court for the District of Delaware (the "Court").

3. All matters in these cases shall be set for and heard on the dates scheduled for Omnibus Hearings unless alternative hearing dates are approved by the Court for good cause shown.

**Dated: December 1st, 2015**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**