IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:
QUIKSILVER, INC., *et al.*,
                    Debtors.[1]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:
: **Related Docket Nos. 398, 474**

## CERTIFICATION OF COUNSEL IN SUPPORT OF ORDER AUTHORIZING AND APPROVING (I) (A) ENTRY INTO A BACKSTOP COMMITMENT LETTER AND (B) PAYMENT OF THE COMMITMENT FEES AND (II) THE RIGHTS OFFERING PROCEDURES AND RELATED FORMS

The undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") hereby certifies as follows:

On December 1, 2015, the Bankruptcy Court for the District of Delaware held a hearing (the "Hearing") in these cases with respect to the *Debtors' Motion For Entry Of An Order Authorizing And Approving (I) (A) Entry Into The Backstop Commitment Letter And (B) Payment Of The Commitment Fees And (II) The Rights Offering Procedures And Related Forms* [Docket No. 398] (the "Motion").

The undersigned further certifies that it has revised the proposed order with respect to the Motion (the "Order") and the exhibits thereto to reflect the changes discussed on the record at the Hearing and make other clarifying revisions. The revised proposed Order and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

exhibits are attached as <u>Exhibit 1</u> hereto.  For the Court's convenience, redlines showing changes to the proposed Order and its exhibits, as filed with the Motion, are attached as <u>Exhibit 2</u> hereto.

The undersigned further certifies that counsel for the Debtors has communicated with representatives from the Committee and such representatives have expressed no objection to the proposed Order as revised.

Accordingly, it is respectfully requested that the Court enter the proposed form of Order, attached hereto as <u>Exhibit 1</u>.

Dated:   Wilmington, Delaware
         December 4, 2015

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*