IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :   Chapter 11

In re:                                          :

                                                 :   Case No. 15-11880 (BLS)

QUIKSILVER, INC., *et al.*,                 :

                                               :   Jointly Administered

                    Debtors.[1]     :

                                               :

                                               :   **Related Docket No. 292, 476**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF SECOND AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS
AND DEBTORS IN POSSESSION**

**PLEASE TAKE NOTICE** that, on October 13, 2015, the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed the *Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession* [Docket No. 292].

**PLEASE TAKE FURTHER NOTICE** that, on November 17, 2015, the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed the *First Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession* [Docket No. 476] (the "First Amended Joint Plan").

**PLEASE TAKE FURTHER NOTICE** that, on December 1, 2015, the Bankruptcy Court for the District of Delaware held a hearing (the "Hearing") in these cases with respect to the *Debtors' Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtors' Disclosure*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

*Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtors' Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto* [Docket No. 397] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the First Amended Joint Plan to, among other things, reflect the changes discussed on the record at the Hearing, incorporate comments from parties in interest, provide additional information, and correct certain clerical and typographical errors (the "Second Amended Plan"). A copy of the Second Amended Plan is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that a blackline version of the Second Amended Plan is attached hereto as Exhibit 2, which blackline reflects all revisions to the First Amended Joint Plan since it was filed.

Dated:  Wilmington, Delaware
December 4, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*