IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | **Related Docket Nos. 396, 397, 477, 527** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF ORDER (A) APPROVING THE ADEQUACY OF THE DEBTORS' DISCLOSURE STATEMENT, (B) APPROVING SOLICITATION AND NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF THE DEBTORS' PROPOSED PLAN OF REORGANIZATION, (C) APPROVING THE FORM OF VARIOUS BALLOTS AND NOTICES IN CONNECTION THEREWITH, AND (D) SCHEDULING <u>CERTAIN DATES WITH RESPECT THERETO</u>**

The undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "<u>Debtors</u>") hereby certifies as follows:

On December 1, 2015, the Bankruptcy Court for the District of Delaware held a hearing (the "<u>Hearing</u>") in these cases with respect to the *Debtors' Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtors' Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtors' Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto* [Docket No. 397] (the "<u>Motion</u>").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

The undersigned further certifies that it has revised the proposed order with respect to the Motion (the "Order") and the exhibits thereto to reflect the changes discussed on the record at the Hearing, incorporate certain comments from the United States Trustee, and make other clarifying revisions. The revised proposed Order and exhibits are attached as Exhibit 1 hereto. For the Court's convenience, redlines showing changes to the proposed Order and its exhibits, as filed with the Motion, are attached as Exhibit 2 hereto.

The undersigned further certifies that counsel for the Debtors has communicated with representatives from the Committee and such representatives have expressed no objection to the proposed Order as revised; provided, however, for the avoidance of doubt, that all parties reserve their rights with respect to confirmation of the Debtors' proposed plan of reorganization.

Accordingly, it is respectfully requested that the Court enter the proposed form of Order, attached hereto as Exhibit 1.

Dated:   Wilmington, Delaware
         December 4, 2015

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

          /s/ Van C. Durrer, II
          Van C. Durrer, II (I.D. No. 3827)
          Annie Z. Li
          300 South Grand Avenue, Suite 3400
          Los Angeles, California 90071
          Telephone: (213) 687-5000
          Fax: (213) 687-5600

          - and -

          Mark S. Chehi, Esq. (I.D. No. 2855)
          One Rodney Square
          P.O. Box 636
          Wilmington, Delaware 19899-0636
          Telephone: (302) 651-3000
          Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*