## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**QUIKSILVER, INC.,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-11880 (BLS)<br><br>(Jointly Administered) |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM MAILING LIST

**PLEASE TAKE NOTICE** that, Banc of America Leasing & Capital, LLC ("BALC"), secured creditor, by its attorneys, the law firm of Parker, Milliken, Clark, O'Hara & Samuelian, hereby withdraws its Request for Service of Notices filed with the Court on September 21, 2015, as Docket No. 133 and its Notice of Appearance and Request for Service filed with the Court on September 24, 2015, as Docket No. 148.

//

//

///

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), QS Optics, Inc. (2493), Quiksilver Wetsuits, Inc. (9599), Mt. Waimea, Inc. (5846), Quiksilver Entertainment, Inc. (9667), DC Shoes, Inc. (0965), DC Direct, Inc. (8364), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), and QS Retail, Inc. (0505). The address of the Debtors' corporate headquarters is 15202 Graham Street, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE** that. BALC further requests to be removed from the court's mailing list in the above-captioned matter.

Dated: December 4, 2015

**PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN**

      **By:**      <u>*/s/ Thomas E. Shuck*</u>
                    **THOMAS E. SHUCK**

555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
E-mail: tshuck@pmcos.com
**Attorneys for BANC OF AMERICA LEASING & CAPITAL, LLC**