# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Quiksilver, Inc.
5600 Argosy Circle
Huntington Beach, CA 92649
 **EIN:** 33–0199426

**Chapter:** 11

*Case No*.: 15–11880–BLS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 12/1/2015 was filed on 12/2/2015 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/23/2015 .

If a request for redaction is filed, the redacted transcript is due 1/4/2016 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 3/1/2016 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

David D. Bird, Clerk of Court

Date: 12/2/15

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                              Case No. 15-11880-BLS
Quiksilver, Inc.                                                      Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1            User: Brandon                 Page 1 of 1                   Date Rcvd: Dec 02, 2015
                          Form ID: ntcBK               Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2015.
db           +Quiksilver, Inc.,    5600 Argosy Circle,    Huntington Beach, CA 92649-1011
aty          +Annie Z. Li,    Skadden, Arps, Slate, Meagher & Flom LLP,    300 South Grand Ave.,    Suite 3400,
               Los Angeles, CA 90071-3137
aty          +Jason D. Russell,    Skadden Arps Slate Meagher & Flom LLP,    155 N. Wacker Drive,
               Chicago, IL 60606-1787
aty          +Jessica S. Kumar,    Skadden, Arps, Slate, Meagher & Flom LLP,    155 North Wacker Drive,
               Chicago, IL 60606-1787
aty           John K. Lyons,    Skadden Arps Slate Meagher & Flom LLP,    155 North Wacker Drive,    Suite 2700,
               Chicago, IL  60606-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2015                                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
NONE.                                                                                                                                         TOTAL: 0