**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**WITHDRAWAL OF CLAIM**

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Weihai Textile Group Import & Export Co., Ltd, by and through its undersigned counsel, hereby withdraws the following claims against the Debtors:

| Debtor | Date Filed | Claim No. | Amount |
|---|---|---|---|
| QS Wholesale, Inc. | 11/18/2015 | 615 | $415,585.22 |
| DC Shoes, Inc. | 11/18/2015 | 617 | $51,532.88 |

Dated: December 7, 2015
       New York, New York

*/s/ Matthew W. Olsen*
Matthew W. Olsen, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Email: matthew.olsen@kattenlaw.com

*Counsel to Weihai Textile Group Import & Export Co., Ltd.*

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945); Haw Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

115247304