IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re:                           : Chapter 11
:
QUIKSILVER, INC., *et al.*,      : Case No. 15-11880 (BLS)
:
                    Debtors.[1]  : (Jointly Administered)
:
---------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 17, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates** [Docket No. 131]

Furthermore, on or before November 19, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class mail on the service list attached hereto as **Exhibit B** and to the registered holders of Common Stock on the service list attached hereto as **Exhibit C**:

- **Notice of Deadline for Filing Proofs of Claim** [Docket No. 345]

- **[Customized] B10 Proof of Claim Form**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Furthermore, on November 17, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion for Order Under Bankruptcy Code Sections 105 and 365 and Bankruptcy Rule 9006 Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property** [Docket No. 339]

Dated: November 20, 2015

/s/ Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of November, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Andrew Weilbacher | Address Redacted | | | |
| Austin Zumbrunnen | Address Redacted | | | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# Exhibit B

**Exhibit B**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Christian Alindato | | Address Redacted | | | |
| Daniel Hartloff | | Address Redacted | | | |
| F/C Gilroy Development LLC ( Simon/Premium) | c/o Chelsea Property Group, Inc. | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| Filter Music Media Marketing | Attn Alan Miller | 5810 W 3rd St | Los Angeles | CA | 90036-2830 |
| Lifted | | 620 William St | Rome | NY | 11440-1112 |
| Maxime Doucet | | Address Redacted | | | |
| Silver Sands GL I LLC | c/o Simon Property Group - Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |

# Exhibit C

**Exhibit C**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Barclays Bank Inc LE | Giovanna Laurella | 400 Jefferson Park | Whippany | NJ | 07981-1059 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# Exhibit D

**Exhibit D**
**Counterparites First Class Service List**

| CreditorName | CreditorNoticeN ame | Address | City | State | Zip |
|---|---|---|---|---|---|
| CPG Partners LP | c/o Simon Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| CPG Partners, LP (Simon/Premium) | c/o Simon Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| F/C Gilroy Development LLC ( Simon/Premium) | c/o Chelsea Property Group, Inc. | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| Silver Sands GL I LLC | c/o Simon Property Group - Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |