## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :   Chapter 11
                                            :
QUIKSILVER, INC., *et al.*,                 :   Case No. 15-11880 (BLS)
                                            :
                        Debtors.[1]         :   Jointly Administered
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On November 18, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A** and **Exhibit B** and to the registered holders of Common Stock on the service list attached hereto as **Exhibit C**:

*(Space Intentionally Left Blank)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Notice of Disclosure Statement Hearing** [attached hereto as **Exhibit D**]

Dated: November 20, 2015

Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of November, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Aaron Tollefson | | Address Redacted | | | |
| Adam King | | Address Redacted | | | |
| Alexis Clemente-Vogele | | Address Redacted | | | |
| Andrew Paynter | | Address Redacted | | | |
| Aurora Novus, LLC | DBA Novus Select | 30 Danforth St Ste 305 | Portland | ME | 04101-4574 |
| Bergstroms | | 1662 La Loma Dr | Santa Ana | CA | 92705-3078 |
| Blackfoot Motorsports | | 1615 W Bridge Rd | Blackfoot | ID | 83221-5671 |
| Brendan Smith | | Address Redacted | | | |
| Cameron Gill | | Address Redacted | | | |
| Christian Alindato | | Address Redacted | | | |
| Christopher Savage | | Address Redacted | | | |
| Dare Crusade | | Address Redacted | | | |
| Douglas Vensel | | Address Redacted | | | |
| Elizabeth Aiello | | Address Redacted | | | |
| Erika Franceschi | | Address Redacted | | | |
| Gretchen | | Address Redacted | | | |
| JacksThreads | | 445 N High St Fl 5 | Columbus | OH | 43215-2071 |
| Jadde Sporting Goods | | 358 Ronnie Way | Mesquite | NV | 89027-4181 |
| Jason Stanwood | | Address Redacted | | | |
| Joash Pangilinan | | Address Redacted | | | |
| Jose, Zambrano-Galvan | | Address Redacted | | | |
| Justin Brock Company, Inc. | | 557 E Tujunga Ave Apt H | Burbank | CA | 91501-2259 |
| Justin Sutherland | | Address Redacted | | | |
| Keoni Mckeague | | Address Redacted | | | |
| KimaPaul Rivera | | Address Redacted | | | |
| Kind Bike & Skis | | Address Redacted | | | |
| Kristen Linero | | Address Redacted | | | |
| Lacey Marks | | Address Redacted | | | |
| Laquesha Clifton | | Address Redacted | | | |
| Laura Facey-Moore | | Address Redacted | | | |
| Lifted | | 620 William St | Rome | NY | 13440-3112 |
| Madison Linehan | | Address Redacted | | | |
| Maydee Rodriguez | | Address Redacted | | | |
| Michaela Cuellar | | Address Redacted | | | |
| Motive Skate Shop & Apparel | | 2025 N Cedar St | Fremont | NE | 68025-2842 |
| Newt & Harolds | | 5408 E Branchwood Ct | Boise | ID | 83716-8630 |

Quiksilver, Inc., et al.
Case No.: 15-11880

**Exhibit A**

**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Olivia Rubano | | Address Redacted | | | |
| Phase II | | 18110 W Bluemound Rd Stop 5 | Brookfield | WI | 53045-2917 |
| Polka Dots and Pearls | | 2105 Buster Ln | Southside | AL | 35907-7249 |
| Preveyor LLC | | 214 E 9th St Apt 4C | New York | NY | 10003-7555 |
| Rachel Wright | | Address Redacted | | | |
| Richard Marulli | | Address Redacted | | | |
| Rodrigo Souza | | Address Redacted | | | |
| Scott Young | | Address Redacted | | | |
| Sean Silveira | | Address Redacted | | | |
| Sofia, Delikari-Yenidounia | | Address Redacted | | | |
| Stephanie Stone | | Address Redacted | | | |
| Tawni Ricketts | | Address Redacted | | | |
| The Great American Ski Renting Co | | PO Box 24 | N Woodstock | NH | 3262-0024 |
| Too Cute Inc | | 212 S Main St | Stuttgart | AR | 72160-4355 |
| Tranissa Crème | | Address Redacted | | | |
| Turning Point | | 3662 Sussex Dr NE | Milledgeville | GA | 31061-9339 |
| William Torres | | Address Redacted | | | |
| Yliana Andrade | | Address Redacted | | | |

# Exhibit B

**Exhibit B**

| CreditorName | CreditorName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Barclays Capital Inc. | Teresa Woo | 400 Jefferson Park | Whippany | NJ | 07981-1059 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# Exhibit C

**Exhibit C**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Chris Rung | | 54 Florence Dr | Richboro | PA | 18954-1445 |
| Danae Lambert C/F | OS UTMA/CA | 60267 Evening Star Ln | Bend | OR | 97702-8124 |
| Gary Nylund | | 47 Congamond Rd | Southwick | MA | 01077-9404 |
| Helen Ball & | Marc Goldberg Jt Ten | 244 Rye St | Broad Brook | CT | 06016-9560 |
| Joseph Gaudet III C/F | JG IV UGMA/FL | 148 Santiago Dr | Jupiter | FL | 33458-2721 |
| Matthew J Whitcomb Jr | | 419 Cantor | Irvine | CA | 92620-3840 |
| Robert Hardman Cust | MH UTMA/FL | 205 Deer Haven Dr | Ponte Vedra | FL | 32082-2108 |

# Exhibit D

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
QUIKSILVER, INC., *et al.*,                 :    Case No. 15-11880 (BLS)
                                            :
                          Debtors.[1]       :    Jointly Administered
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DISCLOSURE STATEMENT HEARING

TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:

　　**PLEASE TAKE NOTICE THAT** the above-captioned Debtors and Debtors in possession (the "Debtors") have filed the (a) *Disclosure Statement With Respect to the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") [Docket No. 396]; (b) *Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as amended from time to time and including all exhibits thereto, the "Plan") [Docket No. 292]; and (c) *Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement, (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto* (the "Motion") [Docket No. 397].[2]

　　**PLEASE TAKE FURTHER NOTICE THAT** a hearing will commence on **December 1, 2015 at 10:30 a.m. Eastern Time** (the "Disclosure Statement Hearing") before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Court") to consider the Motion, which seeks the entry of an order (the "Disclosure Statement Order") finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning set forth in section 1125 of the Bankruptcy Code and approving the Disclosure Statement, certain other materials related to the solicitation of acceptances of the Plan (the "Solicitation Package"), and the Solicitation Procedures. The Disclosure Statement Hearing may be continued from time to time without further notice other than an adjournment announced in open court at the Disclosure Statement Hearing or at any subsequent adjourned Disclosure Statement Hearing.  **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO**

---

[1]　　The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]　　Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan, the Disclosure Statement, or the Motion, as applicable.

ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.

PLEASE TAKE FURTHER NOTICE THAT the Plan, the Disclosure Statement, the Motion, the Disclosure Statement Order, and other documents and materials related thereto, including certain solicitation materials, once they are filed, may be obtained by: (a) accessing the Debtors' restructuring website at http://www.kccllc.net/quiksilver, (b) emailing QuiksilverInfo@kccllc.com or (c) calling the Debtors' restructuring hotline at (877) 709-4757, within the U.S. or Canada, or (424) 236-7235, outside of the U.S. or Canada.

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement or the Solicitation Procedures, or any of the other relief sought by the Debtors in the Motion must: (a) be in writing, (b) conform to the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such entity, and (d) state with particularity the basis and nature of any objection and, if practicable, a proposed modification to the Disclosure Statement or materials comprising the Solicitation Package that would resolve such objection. **Responses or objections, if any, must be filed with the Court and served upon each of the following parties so as to be actually received no later than 12:00 p.m. Eastern Time on November 30, 2015:** (i) Quiksilver, Inc., 5600 Argosy Circle, Huntington Beach, California 92649, Attn: Linnsey Caya; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com); (iii) counsel to the agent for the Debtors' postpetition term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);  (iv) counsel to the agent for the Debtors' prepetition and postpetition secured ABL facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com); (v) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, John R. Ashmead, Esq. (ashmead@sewkis.com); (vi) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Mark L. Prager, Esq. (mprager@foley.com) and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);  (vii) proposed counsel to the official committee of unsecured creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Michael S. Stamer, Esq. and Meredith A. Lahaie, Esq.; and (viii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark Kenney, Esq. (fax: (302) 573-6497)).

PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS OR RESPONSES NOT TIMELY FILED, SERVED AND RECEIVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.