# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors.[1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Sydney Vinson being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 13, 2015, I caused copies of the
- [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re Docket No. 334, 362, 363 and 364]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore on or before November 13, 2015, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket No. 422]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

*This space intentionally left blank*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Furthermore on or before November 23, 2015, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket No. 358]

to be served on the parties attached hereto as **Exhibit C** via First Class Mail.

Dated: November 23, 2015

_____
Sydney Vinson

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of November, 2015, by Sydney Vinson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zipcode | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC | As Assignee of Glassy LLC | Ansonia Finance Station | PO Box 237037 | New York | NY | 10023 | $22,535.75 | $2,996.63 | 334 | Transferee |
| Glassy LLC | | 413 Vineyard Dr. | | Simi Valley | CA | 93065 | $22,535.75 | $2,996.63 | 334 | Transferor |
| Nameplate, Inc. | | 16502 Marquardt Ave. | | Cerritos | CA | 90703 | $906.69 | $906.69 | 363 | Transferor |
| Sierra Liquidity Fund, LLC | | 19772 MacArthur Blvd., Suite 200 | | Irvine | CA | 92612 | $711.70 | $131.94 | 362 | Transferee |
| Sierra Liquidity Fund, LLC | | 19772 MacArthur Blvd., Suite 200 | | Irvine | CA | 92612 | $906.69 | $906.69 | 363 | Transferee |
| Sierra Liquidity Fund, LLC | | 19772 MacArthur Blvd., Suite 200 | | Irvine | CA | 92612 | $891.76 | $891.76 | 364 | Transferee |
| Surf Grass Mats LLC | | 1225 Juliette Place | | Fallbrook | CA | 92028 | $711.70 | $131.94 | 362 | Transferor |
| Surf Hardware International | | 7615 Othello Ave., Suite B | | San Diego | CA | 92111 | $891.76 | $891.76 | 364 | Transferor |

In re: Quiksilver, Inc., et al.
USBC Case No. 15-11880 (BLS)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Rule 3001(e)(2) or 3001(e)(4)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC | As Assignee of SP United Inc. | Ansonia Finance Station | PO Box 237037 | New York | NY | 10023 | 65 | $13,301.31 | $5,300.38 | 422 | Transferee |
| SP United USA Inc | | 3700 Newport Blvd, Suite 200 | | Newport Beach | CA | 92663 | 65 | $13,301.31 | $5,300.38 | 422 | Transferor |

In re: Quiksilver, Inc., et al.
USBC Case No. 15-11880 (BLS)

Page 1 of 1

# Exhibit C

**Exhibit C**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC | As Assignee of Honolua Underground | PO Box 237037 | New York | NY | 10023 | 358 | Transferee |
| Honolua Underground | Mark & Renee Anderson | 1334 Hoapili Street | Lahaina | HI | 96761 | 358 | Transferor |