IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                                           :   Chapter 11
                                                                                 :
                                                                                 :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,                                :
                                                                                 :   Jointly Administered
                                                        Debtors.   :
                                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER SCHEDULING OMNIBUS HEARING DATES

Upon consideration of the Certification of Counsel in Support of Omnibus Hearing Dates Scheduling Order dated December 1, 2015, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The following dates and times have been scheduled as omnibus hearings (the "Omnibus Hearings") in these chapter 11 proceedings:

> **January 13, 2016 at 11:30 a.m. (Eastern)**
> **February 10, 2016 at 11:30 a.m. (Eastern)**

2. Omnibus Hearings will occur thereafter as may be scheduled by the United States Bankruptcy Court for the District of Delaware (the "Court").

3. All matters in these cases shall be set for and heard on the dates scheduled for Omnibus Hearings unless alternative hearing dates are approved by the Court for good cause shown.

**Dated: December 8th, 2015**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**