**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

QUIKSILVER, INC., *et al.*,

Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
: **Related Docket No. 240**

**SEVENTH NOTICE OF FILING OF**
**ORDINARY COURSE PROFESSIONAL DECLARATIONS**

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the

Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To

Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240]

(the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors") hereby file the Seventh Notice of Filing of Ordinary

Course Professional Declarations with respect to the professionals listed on Exhibit A hereto (the

"Ordinary Course Professionals").  In support of the retention of the Ordinary Course

Professionals, the Debtors have attached declarations executed by the Ordinary Course

Professionals, attached hereto as Exhibits B and G.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of

the Ordinary Course Professional must be made in writing, filed with the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be received by **December 23, 2015 at**

**4:00 p.m. (Eastern)** (the "Objection Deadline") by the applicable Ordinary Course Professional

and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn:  Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) proposed counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), and Pepper Hamilton LLP,  Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:    Wilmington, Delaware
          December 9, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## <u>EXHIBIT A</u>

**List of Ordinary Course Professional Declarations**

Carrascosa & Associados
Deriş Patents and Trademark Agency A.Ş.
G. Breuer
ITEM Patent & Trademark Agency
Sheppard Mullin Richter & Hampton LLP
Snell & Wilmer L.L.P.

**EXHIBIT B**

**Ordinary Course Professional Declaration for
Carrascosa & Associados**

## EXHIBIT 2

OCP Declaration

In re Quiksilver, Inc., et al.
Chapter 11 Case No. 15-11880 (BLS)

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.   Name and address of firm:

CARRASCOSA & ASOCIADOS
Address: Esquina de Jesuitas, Torre
Bandagro, P.H., CARACAS, Parroquia
ALTAGRACIA 1010-A - Venezuela

2.   Date of retention: _____

3.   Type of services provided (accounting, legal, etc.):

Legal Services

4.  Brief description of services to be provided:

Trademark Registrations of foreign applications in Venezuela

5.  Arrangements for compensation (hourly, contingent, etc.):

Per service rendered

6.  Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

US$ 600

7.  Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ 2200

Date claim arose: June 6, 2008

Source of claim: Trademark search & filing applications

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: December 2, 2015

Name: HILDANIA PANIZ
Title: _____
Company: CARRASCOSA & ASOCIADOS
Address: ESQUINA DE JESUITAS, TORRE Bandagro, P.H., CARACAS-Venezuela
Telephone: 0058-212-8647677
Facsimile: 0058-212-8612671.

CARRASCOSA
& ASOCIADOS

772537.05-WILSR01A - MSW

**<u>EXHIBIT C</u>**

**Ordinary Course Professional Declaration for
Deriş Patents and Trademark Agency A.Ş.**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Skadden, Arps, Slate, Meagher & Flom LLP
      300 S. Grand Ave., Suite 3400
      Los Angeles, CA 90071
      Attn: Annie Li, Esq.
      Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Gökçen Uzer Genpelci, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

    Deris Patent & Trademarks Agency A.Ş
    Inebolu sokak, No. 5, Desis Patent Building,
    Kabataş / Setüstü 34427 istanbul
                            Turkey

2.    Date of retention:  _____

3.    Type of services provided (accounting, legal, etc.):

          intellectual property Services

4.  Brief description of services to be provided:

_Trademark protection in Turkey_

5.  Arrangements for compensation (hourly, contingent, etc.):

_hourly_

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was
    employed prepetition): _X_

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $ _1'547_

    Date claim arose: _10 / 19 / 2015_

    Source of claim: _outstanding invoices attached._

8.  Prepetition claims against any of the Debtors held individually by any member, associate,
    or professional employee of the firm: _X_

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm: _X_

    Kind of shares: _____

    No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or
X  professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with
X  respect to the matters on which the firm is to be employed, except as disclosed below.
   (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: 04/17/2015

Name: Gökeen Uzer Cenpelar
Title: Attorney At Low
Company: Desis Potent & Trodeuorks Agency
Address: inebolu st, No.5 Desis
Potent Building, Kobatos / Setistu
Telephone: 0212 252 61 22   Turkey
Facsimile: 0212 293 76 76

SEDIN SA
24, rue Merle d'Aubigne
P.O. Box 6211
1211 Geneva 6 - Switzerland
Tel: + 41 22 707 48 80
Fax: + 41 22 736 56 48
sedin@sedin.ch - www.sedin.ch

QUIKSILVER
15362 GRAHAM STREET
HUNTINGTON BEACH CA 92649
United States

**Invoice**  15005987

Customer    2537

Our VAT No    CHE-107.911.185 TVA                Geneva,   19/10/2015

TURKEY/TRADE/SERVICE MARK, OPPOSITION/2013/100907/QUIK/ QUIKSILVER

Concern:QS HOLDINGS S.A.R.L.

O/R :51744 Y/R :07703TR

| Item N° | Description | Qty | Price | Total | Tax |
|---------|-------------|-----|-------|-------|-----|
| 10701_6 | TIME SPENT BY  SENIOR ASSOCIATE -PER 6 MINUTES- | 9 | 44.20 | 397.80 | Y |

|  |  |  |
|---|---|---|
|  | Sub Total Without VAT | 397.80 |
| Y) Taxable    397.80 | VAT  0 % | 0.00 |
|  | **TOTAL PAYABLE    USD** | **397.80** |

PLEASE ALWAYS STATE OUR INVOICE NUMBER ON ALL YOUR REMITTANCES

Net Due Date        18/11/2015

Payment Terms :  Net 30 Days
All bank charges are to be paid by the client

To be paid to :    CREDIT SUISSE - Paradeplatz 8   CH - 8070- ZURICH - SWIFT: CRESCHZZ80A
Account N°     4835-989671-02-1 IBAN:  CH18 0483 5098 9671 0200 1

SEDIN SA
24, rue Merle d'Aubigne
P.O. Box 6211
1211 Geneva 6 - Switzerland
Tel: + 41 22 707 48 80
Fax: + 41 22 736 56 48
sedin@sedin.ch - www.sedin.ch

QUIKSILVER
15362 GRAHAM STREET
HUNTINGTON BEACH CA 92649

**Invoice**    15005988

United States

| Customer | 2537 | |
|---|---|---|
| Our VAT No | CHE-107.911.185 TVA | Geneva,   19/10/2015 |

**TURKEY/TRADE/SERVICE MARK, OPPOSITION/2014/78222/DC/DC DEVICE**
**Concern:DC SHOES, INC.**
**O/R :51250 Y/R :07678TR**

| Item N° | Description | Qty | Price | Total | Tax. |
|---|---|---|---|---|---|
| 10701_6 | TIME SPENT BY  SENIOR ASSOCIATE -PER 6 MINUTES- | 6 | 44.20 | **265.20** | Y |

| | | | Sub Total Without VAT | **265.20** |
|---|---|---|---|---|
| | Y) Taxable | 265.20 | VAT  0 % | **0.00** |
| | | | **TOTAL PAYABLE    USD** | **265.20** |

PLEASE ALWAYS STATE OUR INVOICE NUMBER ON ALL YOUR REMITTANCES

Payment Terms :  Net 30 Days                                                      **Net Due Date**          18/11/2015
All bank charges are to be paid by the client

To be paid to :    CREDIT SUISSE - Paradeplatz 8  CH - 8070- ZURICH -  SWIFT:  CRESCHZZ80A
Account N°      4835-989671-02-1 IBAN:  CH18 0483 5098 9671 0200 1

SEDIN SA
24, rue Merle d'Aubigne
P.O. Box 6211
1211 Geneva 6 - Switzerland
Tel: + 41 22 707 48 80
Fax: + 41 22 736 56 48
sedin@sedin.ch - www.sedin.ch

QUIKSILVER
15362 GRAHAM STREET
HUNTINGTON BEACH CA 92649

**Invoice**   15005989
United States

| Customer | 2537 | |
|---|---|---|
| Our VAT No | CHE-107.911.185 TVA | Geneva,   19/10/2015 |

TURKEY/TRADE/SERVICE MARK, OPPOSITION/2014/54753/DC DIARA COLLECTION/DC
**Concern:DC SHOES, INC.**
O/R :50992 Y/R :07659TR

| Item N° | Description | Qty | Price | Total | Tax |
|---|---|---|---|---|---|
| 10701_6 | TIME SPENT BY  SENIOR ASSOCIATE -PER 6 MINUTES- | 6 | 44.20 | **265.20** | Y |

| | | | Sub Total Without VAT | **265.20** |
|---|---|---|---|---|
| | Y) Taxable | 265.20 | VAT  0  % | **0.00** |
| | | | **TOTAL PAYABLE    USD** | **265.20** |

PLEASE ALWAYS STATE OUR INVOICE NUMBER ON ALL YOUR REMITTANCES

Payment Terms :  Net 30 Days
All bank charges are to be paid by the client

Net Due Date          18/11/2015

To be paid to :   CREDIT SUISSE - Paradeplatz 8   CH - 8070- ZURICH -  SWIFT:  CRESCHZZ80A
Account N°      4835-989671-02-1  IBAN:  CH18 0483 5098 9671 0200 1

SEDIN SA
24, rue Merle d'Aubigne
P.O. Box 6211
1211 Geneva 6 - Switzerland
Tel: + 41 22 707 48 80
Fax: + 41 22 736 56 48
sedin@sedin.ch - www.sedin.ch

QUIKSILVER
15362 GRAHAM STREET
HUNTINGTON BEACH CA 92649
**Invoice**   15005990    United States

| Customer | 2537 | |
|---|---|---|
| Our VAT No | CHE-107.911.185 TVA | Geneva,   19/10/2015 |

TURKEY/TRADE/SERVICE MARK, OPPOSITION/2013/70589/DC DEVICE/DC
**Concern: DC SHOES, INC.**
O/R : 49613 Y/R :07547TR

| Item N° | Description | Qty | Price | Total | Tax |
|---|---|---|---|---|---|
| 10701_6 | TIME SPENT BY  SENIOR ASSOCIATE -PER 6 MINUTES- | 6 | 44.20 | **265.20** | Y |

|  |  |  |
|---|---|---|
| | Sub Total Without VAT | **265.20** |
| Y) Taxable    265.20 | VAT  0 % | **0.00** |
| | **TOTAL PAYABLE    USD** | **265.20** |

PLEASE ALWAYS STATE OUR INVOICE NUMBER ON ALL YOUR REMITTANCES

Payment Terms :  Net 30 Days
All bank charges are to be paid by the client

Net Due Date        18/11/2015

To be paid to :   CREDIT SUISSE - Paradeplatz 8   CH - 8070- ZURICH - SWIFT:  CRESCHZZ80A
Account N°     4835-989671-02-1 IBAN:  CH18 0483 5098 9671 0200 1

SEDIN SA
74, rue Merle d'Aubigne
P.O. Box 6211
1211 Geneva 6 - Switzerland
Tel: + 41 22 707 48 80
Fax: + 41 22 736 56 48
sedin@sedin.ch - www.sedin.ch

QUIKSILVER
15362 GRAHAM STREET
HUNTINGTON BEACH CA 92649
**Invoice**   15005991                United States

| Customer | 2537 | | |
|----------|------|--|--|
| Our VAT No | CHE-107.911.185 TVA | Geneva,  19/10/2015 | |

**TURKEY/TRADE/SERVICE MARK, OPPOSITION/2013/42931/ROXY/ROXY**
**Concern:QS HOLDINGS S.A.R.L.**
**O/R :49080 Y/R :07493TR**

| Item N° | Description | Qty | Price | Total | Tax. |
|---------|-------------|-----|-------|-------|------|
| 10701_6 | TIME SPENT BY  SENIOR ASSOCIATE -PER 6 MINUTES- | 5 | 44.20 | **221.00** | Y |

|  |  |  | Sub Total Without VAT | **221.00** |
|--|--|--|----------------------|------------|
| Y) Taxable | 221.00 | VAT  0 % | | **0.00** |
|  |  | **TOTAL PAYABLE    USD** | | **221.00** |

**PLEASE ALWAYS STATE OUR INVOICE NUMBER ON ALL YOUR REMITTANCES**

Payment Terms :  Net 30 Days                                        **Net Due Date**        18/11/2015
All bank charges are to be paid by the client

To be paid to :   CREDIT SUISSE - Paradeplatz 8  CH - 8070- ZURICH - SWIFT: CRESCHZZ80A
Account N°     4835-989671-02-1 IBAN:  CH18 0483 5098 9671 0200 1

SEDIN SA
24, rue Merle d'Aubigne
P.O. Box 6211
1211 Geneva 6 - Switzerland
Tel: + 41 22 707 48 80
Fax: + 41 22 736 56 48
sedin@sedin.ch - www.sedin.ch

QUIKSILVER
15362 GRAHAM STREET
HUNTINGTON BEACH CA 92649

**Invoice**  15005992

United States

Customer    2537

Our VAT No    CHE-107.911.185 TVA              Geneva,  19/10/2015

TURKEY/TRADE/SERVICE MARK, OPPOSITION/2013/12866/DC TEEN/DC
Concern:DC SHOES, INC.
O/R :48574 Y/R :07463TR

| Item N° | Description | Qty | Price | Total | Tax. |
|---------|-------------|-----|-------|-------|------|
| 10701_6 | **TIME SPENT BY  SENIOR ASSOCIATE -PER 6 MINUTES-** | 3 | 44.20 | **132.60** | Y |

|  |  |  |  |
|--|--|--|--|
|  |  | Sub Total Without VAT | **132.60** |
| Y) Taxable | 132.60 | VAT  0 % | **0.00** |
|  |  | **TOTAL PAYABLE    USD** | **132.60** |

PLEASE ALWAYS STATE OUR INVOICE NUMBER ON ALL YOUR REMITTANCES

Payment Terms :  Net 30 Days                                                    **Net Due Date**        18/11/2015
All bank charges are to be paid by the client

To be paid to :   CREDIT SUISSE - Paradeplatz 8   CH - 8070- ZURICH -  SWIFT: CRESCHZZ80A
Account N°    4835-989671-02-1 IBAN: CH18 0483 5098 9871 0200 1

Sedin SA
Rue Merle d'Aubigné 24
CH - 1207 Genève

**QUIKSILVER**
**15362 GRAHAM STREET**
**HUNTINGTON BEACH CA 92649**
**UNITED STATES**

Geneva, October 19, 2015

## Invoice No 15005987

Customer    2537
Our VAT N° CHE-107.911.185 TVA

Turkey/Trade/Service Mark, Opposition : 2013/100907/QUIK/QUIKSILVER
Turkey/Trade/Service Mark, Opposition : 2014/78222/DC/DC DEVICE
Turkey/Trade/Service Mark, Opposition : 2014/54753/DC DIARA COLLECTION/DC
Turkey/Trade/Service Mark, Opposition : 2013/70589/DC DEVICE/DC
Turkey/Trade/Service Mark, Opposition : 2013/42931/ROXY/ROXY
Turkey/Trade/Service Mark, Opposition : 2013/12866/DC TEEN/DC

Concern : DC SHOES, INC.
O/R : 51744/51250/50992/49613/49080/48574
Y/R : 07703TR/07678TR/07659TR/07547TR/07493TR/07463TR

| Item | | Qty | Price | Total |
|------|------|-----|-------|-------|
| 10701_6 | TIME SPENT BY SENIOR ASSOCIATE - PER 6 MINUTES - | 35 | 44.20 | 1'547.00 |

|  | | |
|---|---|---|
| Sub-total without VAT | **USD** | 1'547.00 |
| VAT    0.00% | | 0.00 |
| **TOTAL PAYABLE USD** | **USD** | **1'547.00** |

Due date, May 10, 2015

Payment Terms : Net 30 days - interest or overdue payment will be applied at the yearly rate of 5%
All bank charges are to be paid by the client

To be paid to : CREDIT SUISSE - CH 1211 GENEVE 70
IBAN : CH18 0483 5098 9671 0200 1          IBAN : CH18 0483 5098 9671 0200 1
Account : 4835-989671-02-1
SWIFT : CRESCHZZ80A

## EXHIBIT D

**Ordinary Course Professional Declaration for
G. Breuer**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

>       Skadden, Arps, Slate, Meagher & Flom LLP
>       300 S. Grand Ave., Suite 3400
>       Los Angeles, CA 90071
>       Attn:  Annie Li, Esq.
>       Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, JORGE DANIEL PARACHA    , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

      G. BRUER S.C.

      25 DE MAYO 460 - 1ST. FLOOR

      C1002ABJ - CIUDAD DE BUENOS AIRES

      ARGENTINA

2.    Date of retention:

3.    Type of services provided (accounting, legal, etc.):

      LEGAL - TRADEMARKS REGISTRATION

4.    Brief description of services to be provided:

TRADEMARKS REGISTRATION

5.    Arrangements for compensation (hourly, contingent, etc.):

FEES

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on prepetition retention (if firm was
      employed prepetition):

N/A

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ 907.11

Date claim arose: 31/08/2015

Source of claim: DEBIT NOTE

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
      or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 30/11/ 2 01 5 _____

Name: JORGE DANIEL PARACHA
Title: PARTNER
Company: G . BREUER S.C.
Address: 25 DE MAYO 460-1st.FLOOR
C1002ABJ-BUENOS AIRES-ARGENTINA
Telephone: 54-11-4312-5678
Facsimile: 54-11-4313-3740

3

## <u>EXHIBIT E</u>

**Ordinary Course Professional Declaration for
ITEM Patent & Trademark Agency**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

        Skadden, Arps, Slate, Meagher & Flom LLP
        300 S. Grand Ave., Suite 3400
        Los Angeles, CA 90071
        Attn:  Annie Li, Esq.
        Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, GREGOR MAČEK, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

    ITEM D.O.O.

    RESLJEVA 16

    1000 LJUBLJANA

    SLOVENIA

2.    Date of retention:

3.    Type of services provided (accounting, legal, etc.):

    IP SERVICES

4.  Brief description of services to be provided:

TRADEMARK, PATENT AND DESIGN PROSECUTION, LEGAL IP SERVICES, PORTFOLIO MANAGEMENT, TRADEMARK WATCHING

5.  Arrangements for compensation (hourly, contingent, etc.):

PARTLY FLAT FEES, PARTLY CHARGED UPON HOURLY RATES

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

PATENT OR TRADEMARK ATTORNEY, LAWYER 190 EUR; PATENT OR TRADEMARK PARALEGAL, ASSOCIATE 120 EUR

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $ _____

    Date claim arose: _____

    Source of claim: _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim: $ _____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____

    No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: DECEMBER 4, 2015

●item

ITEM d.o.o. • Resljeva cesta 16
SI-1000 Ljubljana • Slovenija

Name: GREGOR MAČEK
Title: MANAGING DIRECTOR
Company: ITEM D.O.O.
Address: RESLJEVA 16
1000 LJUBLJANA, SLOVENIA
Telephone: +386 1 432 0167
Facsimile: +386 1 438 39 25

**<ins>EXHIBIT F</ins>**

**Ordinary Course Professional Declaration for
Sheppard Mullin Richter & Hampton LLP**

### EXHIBIT 2

OCP Declaration

In re **Quiksilver, Inc., et al.**
**Chapter 11** Case No. **15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Carlo F. Van den Bosch, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.   Name and address of firm:
     Sheppard Mullin Richter & Hampton LLP

     650 Town Center Drive, 4th Floor

     Costa Mesa, CA 92626

2.   Date of retention:   September 9, 2015

3.   Type of services provided (accounting, legal, etc.):

     Legal services in the field of intellectual property.

4.    Brief description of services to be provided:

Ongoing legal services relating to the company's trademark portfolio.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly

6.    Average hourly rate (if applicable): $500
Estimated average monthly compensation based on prepetition retention (if firm was
employed prepetition):

15K

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim:   $56,089.20

Date claim arose:   September 9, 2015

Source of Claim:   Receivable for past legal services.

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
or professional employee of the firm:

Name:   N/A

Status:

Amount of Claim:  $

Date claim arose:

Source of claim:

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:   N/A

No. of shares:

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 12/8/15

Name: CARLO F. VAN DEN BOSCH
Title: PARTNER
Company: SHEPPARD MULLIN
Address: 650 TOWN CENTER DR., 4TH FL.
         COSTA MESA, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

# EXHIBIT G

**Ordinary Course Professional Declaration for
Snell & Wilmer L.L.P.**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Skadden, Arps, Slate, Meagher & Flom LLP
      300 S. Grand Ave., Suite 3400
      Los Angeles, CA 90071
      Attn:  Annie Li, Esq.
      Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Ketan S. Vakil_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

      _Snell & Wilmer L.L.P._
      _600 Anton Blvd., Suite 1400_
      _Costa Mesa, CA ~~92612~~ 92626_

2.    Date of retention: _April 24, 2006_

3.    Type of services provided (accounting, legal, etc.):

      _legal services_

4. Brief description of services to be provided:

*Patent prosecution, renewal and maintenance.*

5. Arrangements for compensation (hourly, contingent, etc.):

*Hourly*

6. Average hourly rate (if applicable): *$555*
Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

*$1,000.*

7. Prepetition claims against any of the Debtors held by the firm:

Amount of claim: $ *None*

Date claim arose: _____

Source of claim: _____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: *None*

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

Kind of shares: *None*

No. of shares: _____

2

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  _None_

Status:  _____

Kind of shares:  _____

No. of shares:  _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_None_

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  _12-4-15_

Name:  KETAN S. VAKIL
Title:  PARTNER
Company:  SNELL & WILMER L.L.P.
Address:  600 Anton Blvd., Suite 1400
          Costa Mesa, CA 92626
Telephone:  714-427-7000
Facsimile:  714-427-7799

3

772537.05-WILSR01A - MSW