**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| QUIKSILVER, INC., *et al.,* | ) | |
| | ) | Case No. 15-11880 (BLS) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that eBay Enterprise, Inc. ("***eBay***") hereby appears in the above-captioned cases and requests pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Katherine S. Pell, Esquire
> Assistant General Counsel
> eBay Enterprise, Inc.
> 935 First Avenue
> King of Prussia, PA 19406
> P:  (610) 491-7145
> F:  (610) 265-2866
> kpell@ebay.com

***PLEASE TAKE FURTHER NOTICE***, that the foregoing demand includes, without limitation, the notices and papers referred to in Bankruptcy Rule 2002, any orders and notice of any application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

103315.01600/101774362v.1

**PLEASE TAKE FURTHER NOTICE**, that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural rights of eBay, including, without limitation, to: (i) have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "**District Court**"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which eBay is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: December 9, 2015

**eBay Enterprise, Inc.**

 */s/ Katherine S. Pell*
Katherine S. Pell, Esquire
Assistant General Counsel
935 First Avenue
King of Prussia, PA 19406
P:  (610) 491-7145
F:  (610) 265-2866
kpell@ebay.com