**CERTIFICATE OF SERVICE**

I, Katherine S. Pell, hereby certify that on December 9, 2015, I did serve the **Notice of Appearance and Request for Service of Papers** by causing a true and correct copy thereof to be served upon the parties listed below via first class mail.

Office of the United States Trustee
Mark S. Kenney
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Van C. Durrer, II
Annie Li
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071

John K. Lyons
Jessica Kumar
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606

Dated:  December 9, 2015            */s/ Katherine S. Pell*
                                    Katherine S. Pell, Esquire

103315.01600/101774362v.1