## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 9, 2015, the counsel to Official Committee of Unsecured Creditors caused to be served true and correct copies of (i) **The Official Committee of Unsecured Creditors' Second Request to Oaktree Capital Management, L.P. for the Production of Documents**; and this (ii) **Notice of Service** on the attached service list via electronic mail.

Date: December 9, 2015
Wilmington, Delaware

PEPPER HAMILTON LLP


 /s/ David M. Fournier
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Telephone:  (302) 777-6500
Facsimile:   (302) 421-8390

-AND-

Angelo A. Stio, III (admitted *pro hac vice*)
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543-5276
Telephone:    (609) 951-4125
Facsimile:    (609) 452-1147

*Co-Counsel for the Official Committee of Unsecured Creditors of Quiksilver, Inc.*

#36874354 v1

**Electronic Mail**:
Patrick J. Nash,Jr., P.C., Esq.
Ross M. Kwasteniet, Esq.
W. Benjamin Winger, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
**Email:** patrick.nash@kirkland.com
        ross.kwasteniet@kirkland.com
        benjamin.winger@kirkland.com

**Electronic Mail**:
Robert J. Dehney, Esq.
Andrew R. Remming, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347
**Email:** rdehney@mnat.com
        aremming@mnat.com

**Electronic Mail**
Dain A. De Souza, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801
**Email**: Dain.DeSouza@skadden.com

**Electronic Mail**
Van C. Durrer, II , Esq.
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
**Email:** van.durrer@skadden.com