# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quiksilver, Inc., *et al.*, | ) Case No. 15-11880 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on December 10, 2015, I caused a copy of **E. Gluck Corporation's Objection To Debtors' Motion For Entry Of An Order Pursuant To Bankruptcy Code Sections 105(A) And 365(A) And Bankruptcy Rules 6006 And 9014 Authorizing Rejection Of License Agreement** *Nunc Pro Tunc* **To November 25, 2015** to be served on the parties on the attached service list in the manner indicated therein.

SAUL EWING LLP

By: /s/ Mark Minuti
Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6840

*Counsel for Debtors and Debtors-in-Possession*

Dated: December 10, 2015

647737.1 12/10/15

# Quiksilver, Inc., *et al.*
## Service List

**Via Electronic Mail and Hand Delivery:**

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Mark S. Kenney, Esquire
Office of the United States Trustee
 for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2007
Wilmington, DE 19801
mark.kenney@usdoj.gov

David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899
strattond@pepperlaw.com

Robert J. Dehney, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@mnat.com

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
skortanek@wcsr.com

**Via Electronic Mail and First Class Mail:**
Van C. Durrer, II, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
van.durrer@skadden.com

John K. Lyons, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
john.lyons@skadden.com

Michael S. Stamer, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
mstamer@akingump.com

Patrick J. Nash, Jr., Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
patrick.nash@kirkland.com

Steven E. Fox, Esquire
Riemer & Braunstein LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
sfox@riemerlaw.com

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108
dberman@riemerlaw.com

John Ashmead, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com

2

Mark L. Prager, Esquire
Foley & Lardner, LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
mprager@foley.com

Justin L. Shearer, Vice President
U.S. Bank National Association
Global Corporate Trust Services
100 Wall Street
New York, NY 10005
Justin.shearer@usbank.com