# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
In re: :
: Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*, :
: Jointly Administered
               Debtors.[1] :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, the undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") hereby certifies as follows:

I am not less than 18 years of age, and on December 9, 2015, I caused copies of the following document to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

- The Debtors' Request For Production Of Documents Directed To Global Brands Group In Connection With Confirmation Of The Debtors' Second Amended Plan Of Reorganization

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:   Wilmington, Delaware
             December 10, 2015

                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                    /s/ Van C. Durrer, II
                                    Van C. Durrer, II (I.D. No. 3827)
                                    Annie Z. Li
                                    300 South Grand Avenue, Suite 3400
                                    Los Angeles, California 90071
                                    Telephone: (213) 687-5000
                                    Fax: (213) 687-5600

                                    - and -

                                    Mark S. Chehi, Esq. (I.D. No. 2855)
                                    Robert A. Weber (I.D. No. 4013)
                                    Dain A. De Souza (I.D. No. 5737)
                                    One Rodney Square
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    Telephone: (302) 651-3000
                                    Fax: (302) 651-3001

                                    - and -

                                    John K. Lyons
                                    Jessica S. Kumar
                                    155 N. Wacker Dr.
                                    Chicago, Illinois 60606
                                    Telephone: (312) 407-0700
                                    Fax: (312) 407-0411

                                    *Counsel for Debtors and Debtors in Possession*

# **EXHIBIT 1**

Attn: Dina Casper
4620 Grandover Parkway
Greensboro, NC 27407
**(By Overnight Courier)**

Attn: Martin Leder
12 Princeton Dr.
Tappan, NY 10903
**(By Overnight Courier)**