**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                        Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that, the undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") hereby certifies as follows:

I am not less than 18 years of age, and on December 9, 2015, I caused copies of the following document to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

- The Debtors' Request For Production Of Documents Directed To Simon Property Group, Inc. In Connection With Confirmation Of The Debtors' Second Amended Plan Of Reorganization

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: Wilmington, Delaware
December 10, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        /s/ Van C. Durrer, II
        Van C. Durrer, II (I.D. No. 3827)
        Annie Z. Li
        300 South Grand Avenue, Suite 3400
        Los Angeles, California 90071
        Telephone: (213) 687-5000
        Fax: (213) 687-5600

        - and -

        Mark S. Chehi, Esq. (I.D. No. 2855)
        Robert A. Weber (I.D. No. 4013)
        Dain A. De Souza (I.D. No. 5737)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        John K. Lyons
        Jessica S. Kumar
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Counsel for Debtors and Debtors in Possession*

# **EXHIBIT 1**

Attn: Ronald M. Tucker, Esq.
225 W. Washington Street
Indianapolis, IN 46204
**(By Overnight Courier and Electronic Mail)**

778292-WILSR01A - MSW