**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :    Chapter 11
In re:                                :
                                      :    Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,             :
                                      :    Jointly Administered
                    Debtors.¹         :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

<u>**NOTICE OF SERVICE OF DISCOVERY**</u>

PLEASE TAKE NOTICE that, the undersigned counsel for the debtors and

debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively,

the "<u>Debtors</u>") hereby certifies as follows:

I am not less than 18 years of age, and on December 9, 2015, I caused copies of

the following document to be served upon the parties listed on <u>Exhibit 1</u> attached hereto in the

manner indicated.

- The Debtors' Request For Production Of Documents Directed To T. Rowe Price
  Credit Opportunities Fund, Inc. In Connection With Confirmation Of The
  Debtors' Second Amended Plan Of Reorganization

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors'
corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:    Wilmington, Delaware
          December 10, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
Robert A. Weber (I.D. No. 4013)
Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## **EXHIBIT 1**

c/o T. Rowe Price Associates, Inc.
Attn:  Andrew Baek,
100 E. Pratt Street
Baltimore, MD 21202
**(By Overnight Courier)**