# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                              Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:  Chapter 11
:
:  Case No. 15-11880 (BLS)
:
:  Jointly Administered
:
:

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, the undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") hereby certifies as follows:

I am not less than 18 years of age, and on December 9, 2015, I caused copies of the following document to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

- The Debtors' Request For Production Of Documents Directed To U.S. Bank National Association In Connection With Confirmation Of The Debtors' Second Amended Plan Of Reorganization

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:   Wilmington, Delaware
            December 10, 2015

                                  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                  /s/ Van C. Durrer, II
                                  Van C. Durrer, II (I.D. No. 3827)
                                  Annie Z. Li
                                  300 South Grand Avenue, Suite 3400
                                  Los Angeles, California 90071
                                  Telephone: (213) 687-5000
                                  Fax: (213) 687-5600

                                  - and -

                                  Mark S. Chehi, Esq. (I.D. No. 2855)
                                  Robert A. Weber (I.D. No. 4013)
                                  Dain A. De Souza (I.D. No. 5737)
                                  One Rodney Square
                                  P.O. Box 636
                                  Wilmington, Delaware 19899-0636
                                  Telephone: (302) 651-3000
                                  Fax: (302) 651-3001

                                  - and -

                                  John K. Lyons
                                  Jessica S. Kumar
                                  155 N. Wacker Dr.
                                  Chicago, Illinois 60606
                                  Telephone: (312) 407-0700
                                  Fax: (312) 407-0411

                                  *Counsel for Debtors and Debtors in Possession*

# **EXHIBIT 1**

Attn: Mark L. Prager, Esq.
Mark F. Hebbeln, Esq.
Lars A. Peterson, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
**(By Overnight Courier and Electronic Mail)**

Attn: Justin Shearer
U.S. Bank National Association
100 Wall Street, Suite 1600
New York, NY 10005
**(By Overnight Courier and Electronic Mail)**