# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:    Chapter 11
In re:    :
:    Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,    :
:    Jointly Administered
                  Debtors.[1]    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, the undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") hereby certifies as follows:

I am not less than 18 years of age, and on December 9, 2015, I caused copies of the following document to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

- The Debtors' Request For Production Of Documents Directed To The Official Committee Of Unsecured Creditors In Connection With Confirmation Of The Debtors' Second Amended Plan Of Reorganization

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:   Wilmington, Delaware
         December 10, 2015

                               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
Robert A. Weber (I.D. No. 4013)
Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## **EXHIBIT 1**

Meredith A. Lahaie, Esq.
Abid Qureshi, Esq.
Joseph L. Sorkin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
**(By Electronic Mail)**