## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 10th day December, 2015, I caused the foregoing **Certification of No Objection Regarding First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors of Quiksilver, Inc.,** *et al.*, **for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period September 28, 2015 through October 31, 2015** to be served upon the parties on the attached service list by first-class mail, postage prepaid.

    /s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#36862518 v3

-1-

| | | |
|---|---|---|
| 3 TIMES SQUARE ASSOCIATES LLC<br>JP MORGAN CHASE BANK<br>GPO P.O. BOX 27488<br>NEW YORK, NY 10087 | | Assistant Attorney General<br>Jason A Starks<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Ballard Spahr LLP<br>David L Pollack<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Matthew Summers, Leslie Heilman<br>919 Market Street, 11th Floor<br>Wilmington, DE 19801 | Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 |
| Bewley Lassleben & Miller LLP<br>Ernie Zachary Park<br>13215 E Penn St Suite 510<br>Whittier, CA 90602-1797 | BLT Enterprises<br>Robert Solomon<br>501 Spectrum Circle<br>Oxnard, CA 93030 | Brown & Connery LLP<br>Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| C & K TRADING CO., LTD.<br>CK JUNG<br>867 Woo 1-Dong Haeundae-Gu<br>Busan, 13 612-822<br>South Korea | Cairncross & Hempelmann<br>John Rizzardi<br>524 Second Ave Ste 500<br>Seattle, WA 98104-2323 | CARMICHAEL INTERNATIONAL SERVICE<br>P.O. Box 51025<br>Los Angeles, CA 90051 |
| Chipman Brown Cicero & Cole LLP<br>William E Chipman Jr<br>The Nemours Building<br>1007 N Orange St Ste 1110<br>Wilmington, DE 19801 | Clayton Blehm<br>770 Sycamore Avenue, Suite 122<br>Vista, CA 92083 | COINS INTERNATIONAL CO., LTD.<br>7F-1, No. 89 Bo Guan Road<br>Taichung, TWN 404<br>Taiwan |
| Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | CPG PARTNERS LP<br>P.O. BOX 827727<br>PHILADELPHIA, PA 19182 | Delaware Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 |
| Delaware Dept of Justice<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| DELTINA TRADING PTY LTD.<br>ALAN FENNEL<br>Unit 2, 32 Bell Street<br>Torquay, VIC 3228<br>Australia | Deutsche Trustee Company Limited<br>Attn Debt & Agency Services<br>Winchester House<br>1 Great Winchester Street<br>London,  EC2N 2DB<br>United Kingdom | DRAGON CROWD GARMENT INC<br>EDWARD<br>Fl/5 Bldg A, C&E Centre<br>Ningbo, 130 315040<br>China |
| DUBHE CORPORATION<br>Che-Il Bldg Rm 1501, 256-13<br>Seoul, 13 121-758<br>South Korea | EASTMAN EXPORTS GLOBAL CLOTHING<br>10, 12, KUMARANAGAR (SOUTH)<br>TIRUPUR,  641603<br>India | Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 |

#36862518 v3

| | | |
|---|---|---|
| Ezra Brutzkus Gubner LLP<br>Steven T Gubner<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367 | Foley & Lardner LLP<br>Mark L Prager Mark F Hebbeln Lars A Peterson<br>321 N Clark St Ste 2800<br>Chicago, IL 60654-5313 | FULL CREATIVE CO, LTD<br>No.4 Jin-Ying 2Nd St.<br>Dongguan, 190 523942<br>China |
| GGP Limited Partnership, as Agent<br>Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Global Brands Group<br>Attn Martin Leder<br>12 Princeton Dr<br>Tappan, NY 10903 | Goodsill Anderson Quinn & Stifel<br>Jonathan C Bolton<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813 |
| Greenberg Taurig LLP<br>Dennis A Meloro<br>The Nemours Building<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenberg Taurig LLP<br>Jeffrey M Wolf<br>One International Place<br>Boston, MA 02110 | Hogan Lovells US LLP<br>Christopher R Donoho III John D Beck<br>875 Third Ave<br>New York, NY 10022 |
| HONG KONG HESHENG INT'L<br>TOME ZHENG<br>Rm 1102, Wofoo Commercial Building<br>Kowloon, KLN 999077<br>Hong Kong | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | James A Shalvoy Esq<br>1201 Morningside Dr<br>Suite 215<br>Manhattan Beach, CA 90266 | Jeffer Mangels Butler & Mitchell LLP<br>Joseph A Eisenberg PC<br>1900 Avenue of the Stars 7th Fl<br>Los Angeles, CA 90067 |
| Jeffrey S Shinbrot APLC<br>Jeffrey S. Shinbrot<br>8200 Wilshire Blvd Suite 400<br>Beverly Hills, CA 90211 | Jung & Yuen, LLP<br>Curtis Jung, Esq.<br>888 S. Figueroa St., Suite 720<br>Los Angeles, CA 90017 | Katten Muchin Rosenman LLP<br>c/o Dustin P Branch<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 |
| Katten Muchin Rosenman LLP<br>Jessica Mickelsen Simon<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Matthew W Olsen<br>575 Madison Avenue<br>New York, NY 10022-2585 | KCC<br>Mike Hill<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 | Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 | Law Office of Susan E Kaufman LLC<br>Susan E Kaufman<br>919 North Market Street, Suite 460<br>Wilmington, DE 19801 |
| LeClairRyan<br>Andrew Cole, Esq.<br>800 North King Street, Suite 303<br>Wilmington, DE 19801 | LeClairRyan<br>Niclas A Ferland Esq Ilan Markus Esq<br>545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 | Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>711 Navarro St Ste 300<br>San Antonio, TX 78205 |

#36862518 v3

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Linebarger Goggan Blair & Sampson LLP
John P Dillman
PO Box 3064
Houston, TX 77253-3064

Lobel Weiland Golden Friedman LLP
Alan J Friedman
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

MCKNIGHT,ROBERT
167 Emerald Bay
Laguna Beach, CA 92651

MERRY LINK DEVELOPMENT
(MACAO COMMERCIAL OFFSHORE)
LIMITED
Alameda Dr Caros D'Assumpcao No 336
Macau, MO 999078
Macau

Missouri Department of Revenue
Bankruptcy Unit
Attn Sheryl L Moreau
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

MOONEY,ANDREW P.
PO Box 69447
West Hollywood, CA 90069

Morris, Nichols, Arsht & Tunnell LLP
Attn Robert J. Dehney, Andrew R.
Remming, Tamara K. Minott
1201 North Market St, 16th Floor
PO Box 1347
Wilmington, DE 19899-1347

New Generation Advisors LLC
Attn Baily Dent
13 Elm St
Manchester, MA 01944

NEWTIMES FAR EAST
Unit D, 7th Floor, Phase 5
Kowloon, KLN 999077
Hong Kong

NINGBO ISUN FASHION CO. LTD
East Fenghua Industrial
Ningbo, 130 315500
China

NORTHSTAR SOURCING GROUP HK LTD
DAVE PERKINS
Room 602, 6/F, Oriental Centre
Kowloon, KLN 999077
Hong Kong

O'MELVENY & MYERS LLP
MICHAEL F LOTITO ESQ
TIMES SQUARE TOWER
SEVEN TIMES SQUARE
NEW YORK, NY 10036

Office of the United States Trustee
Delaware
Attn Mark S. Kenney
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

ORIGINAL JY&T CO. LTD.
Sanchong Dist.
New Taipei City, TPE 241
Taiwan

Parker Milliken Clark O'Hara & Samuelian
Thomas E Shuck
555 S Flower St 30th Fl
Los Angeles, CA 90071-2440

Patterson Belknap Webb & Tyler LLP
David W Dykhouse Brian P Guiney
1133 Avenue of the Americas
New York, NY 10036-6710

Perdue Brandon Fielder Collins & Mott LLP
Arlington ISD
c/o Elizabeth Banda Calvo
500 E Border St Ste 640
Arlington, TX 76010

Port Logistics
c/o Pamela Kohlman Webster, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Potter Anderson & Corroon LLP
Jeremy W Ryan Etta R Mayers
1313 N Market St 6th Fl
PO Box 951
Wilmington, DE 19899-0951

PUTIAN XINXIESHENG FOOTWEAR CO.,
LT
Liuxian, Laidian Town, Xianyou
Putian, 150 351251
China

QTNP APPARELS JSC
NO. 18, LOT 8, LONG BIEN RESETTLEME
HA NOI,  10000
Vietnam

Riemer & Braunstein LLP
Attn Steven Fox
Seven Times Square
Suite 2506
New York, NY 10036

Riemer & Braunstein LLP
David S. Berman
Three Center Plaza
Boston, MA 02108

Rosenthal & Rosenthal Inc
Attn Anthony DiTirro
1370 Broadway
New York, NY 10018

Samil Tong Sang Co
Attn Ian Im
18-130 Gangdong-Dong
Busan,  13 618-800
South Korea

| | | |
|---|---|---|
| SAMIL TONG SANG CO.<br>BONG GYU LIM<br>18-130 Gangdong-Dong<br>Busan, 13 618-800<br>South Korea | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 |
| Securities & Exchange Commission NY Office<br>Andrew Calamari Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | Seward & Kissel LLP<br>John R Ashmead<br>One Battery Park Plaza<br>New York, NY 10004 | Sills Cummis & Gross PC<br>Andrew H Sherman Boris I Mankovetskiy Lucas F Hammonds<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Simon Property Group, Inc<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Skadden, Arps, Slate, Meagher & Flom LLP<br>John K Lyons<br>155 N Wacker Dr<br>Chicago, IL 60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C Durrer<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| Spector & Johnson PLLC<br>Howard Marc Spector<br>12770 Coit Rd Ste 1100<br>Dallas, TX 75251 | SRINIVASA FASHIONS PVT LTD<br>Factory Unit #3<br>Plot No. AP4, 5th Avenue, 2nd Cross<br>Chengalpat, 22 603002<br>India | Stroock & Stroock & Lavan LLP<br>Andrew P DeNatale<br>180 Maiden Ln<br>New York, NY 10038 |
| SUMEC TEXTILE AND LIGHT INDUSTRY CO<br>13F, 198 Changjiang Road<br>Nanjing, 100 210018<br>China | T. Rowe Price Credit Opportunities Fund<br>c/o  T. Rowe Price Associates, Inc.<br>Attn Andrew Baek<br>100 E. Pratt Street<br>Baltimore, MD 21202 | The Taubman Company<br>Andrew S Conway Esq<br>200 East Long Lake Road Ste 300<br>Bloomfield Hills, MI 48304 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202 | U.S. Bank National Association<br>Justin L. Shearer Vice President<br>Global Corporate Trust Services<br>100 Wall Street, Suite 1600<br>New York, NY 10005 | US Attorney for Delaware<br>Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 |
| WEIHAI TEXTILE IMP AND EXP CO<br>No. 16 Shichang Da Road<br>Weihai, 120 264200<br>China | Wilfrid Global Opportunity Fund<br>c/o Wilfrid Aubrey LLC<br>Attn Nicholas Walsh<br>465 Lexington Ave<br>New York, NY 10174 | Womble Carlyle Sandridge & Rice, LLP<br>Attn Steven K Kortanek<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 |
| Womble Carlyle Sandridge & Rice, LLP<br>Steven K Kortanek Thomas M Horan<br>Morgan L Patterson<br>222 Delaware Ave Suite 1501<br>Wilmington, DE 19801 | WORLD MARKETING, INC.<br>306 38TH STREET, 8TH FLOOR<br>NEW YORK, NY 10018 | WRI Marshalls Plaza, LP<br>c/o Weingarten Realty Investors<br>Attention: Jenny J. Hyun, Esq<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX 77008 |
| XIAMEN C&D LIGHT INDUSTRY CO., LTD.<br>15th Floor Seaside Bldg.<br>Xiamen, 150 361000<br>China | ZHEJIANG XISHI JIAFANG TEXTILE CO L<br>Paitou Village Paitou Town<br>Zhuji, 130 311825<br>China | |

#36862518 v3