IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
In re:                             :    Chapter 11
                                   :
QUIKSILVER, INC., et al.,          :    Case No. 15-11880 (BLS)
                                   :
                        Debtors.[1]:    Jointly Administered
                                   :
                                   :    Related Docket No. 340, 557
---------------------------------- x

**ORDER APPROVING STIPULATION MODIFYING AUTOMATIC STAY TO ALLOW FOR ADVANCEMENT/PAYMENT OF COSTS AND FEES UNDER DIRECTORS AND OFFICERS INSURANCE POLICY**

Upon the motion (the "Motion")[2] of the Debtors pursuant to Bankruptcy Code section 362, Bankruptcy Rule 4001, and Local Rule 4001-1 for entry of an order approving the *Stipulation Allowing for Advancement/Payment of Costs and Fees Under Directors and Officers Insurance Policy* (the "Stipulation"), attached hereto as Exhibit 1, which consensually modifies the automatic stay in order to allow the Insured Persons to enforce their rights and/or receive proceeds, costs, and fees payable under the Insurance Policy; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estate, their creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is hereby GRANTED, as set forth herein.

2. The Stipulation is hereby APPROVED.

3. The automatic stay of section 362 of the Bankruptcy Code, to the extent applicable, is hereby lifted to permit ACE American Insurance Company and its affiliates, including ESIS, Inc. (collectively, "ACE"), subject to any related reservation(s) of rights provided by ACE, to the extent required and/or necessary in ACE's sole discretion, to (i) handle and administer the Pending Actions under the Insurance Policy and (ii) to advance and/or pay the defense costs and fees of the Insured Persons payable under the Insurance Policy and incurred in connection with the Pending Actions. Except that neither the Debtors nor any other person or entity shall be permitted at any time to challenge or otherwise assert a claim or cause of action against ACE arising from or related to payments made by ACE, if any, under the Insurance Policy in compliance with this Order, nothing in the Motion, Stipulation or this Order shall affect, impair, prejudice or otherwise alter (i) the terms and conditions of the Insurance Policy, any related agreements and/or any related reservation of rights provided by ACE or (ii) the rights, obligations and defenses of ACE, the Insured Persons or the Debtors under the Insurance Policy, any related agreements, and/or any related reservation(s) of rights provided by ACE; provided further, however, that nothing in this Order shall affect any rights of the Insured Persons to make claims under the Insurance Policy for any Loss (as defined in the Insurance Policy) incurred in connection with the Pending Actions.

4. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this order.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
December 11, 2015

_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE