**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :
QUIKSILVER, INC., *et al.*,                         :    Case No. 15-11880 (BLS)
                                                    :
                            Debtors.[1]             :    Jointly Administered
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**AFFIDAVIT OF SERVICE**

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On November 24, 2015, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing Report of FTI Consulting, Inc. for Compensation Earned and Expenses Incurred for the Period from September 9, 2015 Through October 31, 2015** [Docket No. 492]

- **Notice of Filing of Second Supplement to Schedule of Ordinary Course Professionals** [Docket No. 493]

- **Fifth Notice of Filing of Ordinary Course Professional Declarations** [Docket No. 494]

Furthermore, on November 24, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit C**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Notice of Filing of Second Supplement to Schedule of Ordinary Course Professionals** [Docket No. 493]


Furthermore, on November 24, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit D**:

- **Fifth Notice of Filing of Ordinary Course Professional Declarations** [Docket No. 494]


Dated: December 11, 2015

_____
Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 11th day of December, 2015, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: 

ALEXANDRA TUCCI
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020

# EXHIBIT A

**Exhibit A**
**Core Parties Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Co-Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | mstamer@akingump.com; mlahaie@akingump.com |
| Agent for the Debtors' Prepetition Senior Secured Notes | Delware Trust Company | Attn Trust Administration | trust@delawaretrust.com |
| Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | rdehney@mnat.com; aremming@mnat.com; tminott@mnat.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | mark.kenney@usdoj.gov |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Co-Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | strattod@pepperlaw.com; fournierd@pepperlaw.com; schannej@pepperlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | ashmead@sewkis.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | justin.shearer@usbank.com |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | skortanek@wcsr.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# EXHIBIT B

**Exhibit B**
**Core Parties First Class Service List**

| DESCRIPTION | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Co-Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | One Bryant Park | Bank of America Tower | | New York | NY | 10036-6745 |
| Agent for the Debtors' Prepetition Senior Secured Notes | Delware Trust Company | Attn Trust Administration | 2711 Centerville Road | | | Wilmington | DE | 19808 |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Patrick J. Nash, Jr., Ross M. Kwasteniet | William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | Chicago | IL | 60654 |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming | Tamara K. Minott | 1201 North Market St 16th Fl | PO Box 1347 | Wilmington | DE | 19899-1347 |
| US Trustee for District of DE | Office of United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | 1133 Avenue of the Americas | | | New York | NY | 10036-6710 |
| Co-Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier | John H Schanne II | Hercules Plaza, Suite 5100 | 1313 N Market St | Wilmington | DE | 19899-1709 |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | | New York | NY | 10036 |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | | Boston | MA | 02108 |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | One Battery Park Plaza | | | New York | NY | 10004 |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | Global Corporate Trust Services | 100 Wall Street, Suite 1600 | | New York | NY | 10005 |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | | Wilmington | DE | 19801 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# EXHIBIT C

**Exhibit C**
**Affected Parties First Class Service List**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Agency of Intellectual Property Tagbergenova & Partners, Ltd | | Office 403 | 65 Kazibek Bi | | Almaty | | 050000 | Kazakhstan |
| Bacot & Bacot International | | 25 de Mayo 576 - C.P. 11.000 | Casilla de Correo 456 | | Montevideo | | | URUGUAY |
| Baptiste & Co. Law Firm Inc. | Methodist Commercial Building | 92 Granby Street | P. O. Box 577 | Kingstown | St. Vincent | | | The Grenadine |
| Berkemeyer | | Edificio Jacaranda 4th Fl. | Benjamin Constant 835 | P.O. Box 285 | Asuncion | | | PARAGUAY |
| BRANN AB | | SE-102 26 Stockholm | P O Box 12246 | Fleminggata 7 | Stockholm | | 112 26 | SWEDEN |
| Bryn & Aarflot A/S | | Kongensgt 15 | P.O Box 449 | | Oslo | | 0153 | NORWAY |
| Carrascosa & Associados | | Esquina de Jesuitas, Torre | Bandagro | Pent House | Caracas | | | VENEZUELA |
| Chandrakant M. Joshi, Indian Patent & Trademark Attorneys | | 5th & 6th floor, 501 Vishwa | Nanak, Chakala Road | Andheri (East), Mumbai | Bombay | | 400 099 | INDIA |
| Christo P. Tepavitcharov & Associates | | 27, Krastjo Sarafov Str | Lozenetz | | Sofia | | 1164 | BULGARIA |
| Deris Patents & Trademarks Agency Joint Stock Company | | Inebolu Sokak, No. 3, Derya | Han, Kat: 5 | Kabatas/Setustu – 34427 | Istanbul | | | TURKEY |
| Deris Patents & Trademarks Agency Joint Stock Company | | PO Box 575 | | Karakoy | Istanbul | | | TURKEY |
| Duran-Corretjer | | Corsega, 329 | (Paseo de Gracia/Diagonal) | | Barcelona | | 08037 | SPAIN |
| Durling & Durling | | Edificio Vallarino, Penthouse | Calle 52 y Elvira Mendez | P.O. Box 0816-06805 | Ciudad de Panama | | | PANAMA |
| Fady Sarkis Patent Bureau | | 655 Charles Malek Avenue | P.O. Box 165411 | | Beirut | | | LEBANON |
| KNIJFF | | Leeuwenveldseweg 12 | P.O. Box 5054 | 1380 GB Weesp | | | | The Netherlands |
| Kulikowska & Kulikowski | | Roma Office Center | ul.Nowogrodzka 47A | P.O. Box 130 | WARSZAWA | | 00-695 | POLAND |
| Lysaght & Co., | | P.O. Box 49 | 39 La Motte Street | St. Helier, Jersey | Channel Islands | | JE4 5NB | British Isles |
| Patrick Mirandah Co. | | Suite 3B-19-3, Plaza Sentral | Jalan Stesen Sentral 5 | 50470 Kuala Lumpur | | | | MALAYSIA |
| Russin, Vecchi & Heredia Bonetti | | Apartado 425 | Calle El Recodo #2 | Edificio Monte Mirador, Third Floor | Santo Domingo | | | DOMINICAN REPUBLIC |
| S. Horowitz & Co. | | 31 Ahad Haam Street | P.O.B. 2499 | | Tel-Aviv | | 6102402 | ISRAEL |
| Silva & Cia | | Hendaya 60, Piso 4 | Las Condes | | Santiago | | | CHILE |
| Stowe & Co. | | 58 River Bank | | | Roseau | | | Commonwealth of DOMINICA |
| Wilkinson, Wilkinson & Wilkinson | | Lucas Street | | | St. George's | | | GRENADA |

Quiksilver, Inc., et al.
Case No.: 15-11880

# EXHIBIT D

**Exhibit D**
**OCP Parties First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AAA Legal Services | | P.O. Box 3926 | | | Talinn | | 10509 | Estonia |
| AAA Legal Services | | Tartre wht 16 | | | Talinn | | 10117 | Estonia |
| Abente Steinart Abogador | | El Dorado 212 | | | Asuncion | | 1586 | Paraguay |
| Abu-Ghazaleh Intellectual Property | (AGIP in Jordan) | PO Box 921100 1/192 | | | Amman | | 11192 | JORDAN |
| Abu-Ghazaleh Intellectual Property | (AGIP in Jordan) | TAGI House, No 26 | Prince Shakir bin Zard Street | | Shmeisani | | | JORDAN |
| Barreda Moller | | Av. Angamos Oeste 1200 | | | Lima 18 | | | PERU |
| Beuchat, Barros & Pfenniger | | Europa 2035, Providencia | Casilla 456-V | | Santiago | | | Chile |
| Boult Wade Tennant | | Veralum Gardens | 70 Gray's Inn Road | | London | | WC1X 8BT | ENGLAND |
| Brann AB | | PO Box 12246 | | | Stockholm | | 102 26 | Sweden |
| Bryn Aarflot AS | | PO Box 449 | Sentrum | | Oslo | | NO-0104 | NORWAY |
| Castillo Grau & Associates | | Carrera 13 No. 37-43 | 12th Floor | | Bogota | | | Colombia |
| Corrs Chambers Westgarth | | 567 Collins St | | | Melbourne | VIC | 3000 | AUSTRALIA |
| Corrs Chambers Westgarth | | 600 Bourke Street | Melbourne Victoria 3000 | | | | | AUSTRALIA |
| Gowling Lafleur Henderson LLP | | 120 King Street West | Suite 560 | | Hamilton | ON | L8N 3R4 | CANADA |
| Gowling Lafleur Henderson LLP | | 1 First Canadian Place | Looking Street W Ste 1600 | | Toronto | ON | M5X 1G5 | Canada |
| Grunecker | | Patent - Und Rechtsanwalte | PartG mbB | Leopoldstr 4 | München | | 80802 | Germany |
| Grüneckr Kinkeldy Stockmair Schwanhäuser | | Leopoldstrasse 4 | | | München | | 80802 | Germany |
| Holec, Zuska & Partneri | | Palec Andel - Radlicka 1c/3185 | | | Prague5 | | 15000 | CZECH REPUBLIC |
| Holec, Zuska & Partneri | | Vaclavske namesti 2 – 4 | 110 00 Praha 1 | | | | | CZECH REPUBLIC |
| Intellectual Prop Tagbergenova Partners | | 65 Str Kaziben Bi | | | Artmaty | | 50000 | Kazakhstan |
| INTELS | | 17 Rue Gappenhiehl | | | Meutfort | | L-5335 | Luxembourg |
| INTELS | | 1, Vasylkivska St. | Office 304/3 | Kyiv 3040 | | | | Ukraine |
| INTELS | | 33/22 s.1, ul, Pokrovka | | | Moscow | | 103062 | RUSSIA |
| Jimenez, Molino y Moreno | | Global Plaza Bldg | 50th Fl, 50th Street | | Panama City | | | PANAMA |
| Jimenez, Molino y Moreno | | Cuba Avenue | Between 36 & 37 Street | | | | | REPUBLIC OF PANAMA |
| KNIJFF | | Leeuwenveldse weg 12 | | | Weesp | LX | 1382 | The Netherlands |
| Kulikowska & Kulikowski | | Roma Office Center | ul Nowogrodzka 47A | | Warsaw | | 00-695 | POLAND |
| Lall & Sethi | | D-17 South Extension-II | | | New Delhi | | 110 049 | INDIA |
| Lall & Sethi | | M-19A, 2nd Floor, South Extension – II | | | New Delhi | | 110 049 | INDIA |
| Liu, Shen & Associates | | 10th Floor, Building 1 | 10 Caihejang Road | Haidian District | Beijing | | 100080 | CHINA |
| Liu, Shen & Associates | | A0601, Huibin Building No. 8 | Beichen Dong St | Chaoyang District | Beijing | | 100101 | CHINA |
| Marchais & Associes | | 4 Avenue Moche | | | Paris | | 75008 | FRANCE |
| Montaury Pimenta Machado Lioce | | Almirante Barroso 139 | 7 andar Centro CEP 20031-005 | | Rio de Janeiro | | | Brazil |
| Mosko & Co | | 49 Collins Avenue | Box N-7816 | | Nassau | | | Bahamas |
| Patrick Mirandah Co. | Mirandah Asia (Macaysia) | SDN BHD | Suite 3B-19-3, Plaza Sentral | Jacan Stesen Sentrals | Kuarca Lumpar | | 50470 | MALAYSIA |
| Popovic Popovic Samardzija & Popovic | | Takovska 19 | 11120 Belgrade 35 | | | | | SERBIA AND MONTENEGRO |
| Romero Pineda & Associates | | Edificio Avante | Suite 5-01 Blvd Luis Poma | Santa Elena | Antiguo Cuscatlan | | | El Salvador |
| Romero Pineda & Associates | | 67 Avenida Sur | Pasaje A #11-C | Colonia Roma | San Salvador | | | El Salvador |
| Rouse & Co International | PT Rouse Consulting International | Pondok Indah Office Tower 2, Ste 701 | JI Sultan Iskandar Muda Kav V-TA | Pondok Indah | Kjakarta | | 12310 | Indonesia |
| Rouse & Co International | | Suite 601, Wisma Pondok Indah | Jalan Sultan Iskandar Muda Blok -TA | Pondok Indah | Jakarta | | 12310 | INDONESIA |
| SABA & Co | | Residence Zerktouni, 4th Fl., Flat No 7 | 185 Blvd Zerktouni | | Casablanca | | | MOROCCO |
| Sanford T. Colb & Co. (AL) | | 8 Shaul Hamelech Blvd | | | Tel-Aviv | | 6473307 | ISRAEL |
| Sanford T. Colb & Co. (AL) | | PO Box 2273, Rehovot 76122 | | | Tel-Aviv 64733 | | | ISRAEL |
| Soerensen Garcia Advogados Associados | | Rua da Quitanda, 187 – 8º andar | | | Rio de Janeiro | | 20091-005 | Brazil |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 2

**Exhibit D**
**OCP Parties First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Spoor & Fisher | | Africa House | 11 Castle Street | St Heiler | Jersey | | JE4 9TW | Channel Islands |
| Spoor & Fisher | | P.O. Box 281, St Helier | | | | | JE4 9TW | JERSEY |
| Stowe & Co. | | 58 River Bank | | | Roseau | | | Commonwealth of Dominica |
| Vanessa Quinones | | 2335 Alaska Ave | | | El Segundo | CA | 90245 | |
| Vic C.Y. Shen/C.V. Chen, Lee and Li | | 7th Floor | No. 201 Tun Hua North Road | | Taipei | R.O.C | 10508 | TAIWAN |
| Y.P. Lee, Mock & Partners | | 12F Daelim Acrotel | 13 Eonju-ro 30 gil | Gangnam-gu | Seoul | | 06292 | KOREA |
| Y.P. Lee, Mock & Partners | | The Cheonghwa Building | 1571-18 Seocho-Dong, Seocho-gu | | Seoul | | 137-874 | REPUBLIC OF KOREA |
| Yusuf Nazroo, Georges Andre Robert | | 8 Georges Guibert Street | Port Louis | | | | | MAURITIUS |

Quiksilver, Inc., et al.
Case No.: 15-11880