IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>In re:<br><br>QUIKSILVER, INC., *et al.*,<br><br>Debtors.[1]<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | :  Chapter 11<br>:<br>:  Case No. 15-11880 (BLS)<br>:<br>:  Jointly Administered<br>:<br>: |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON DECEMBER 17, 2015 AT 9:00 A.M. (EASTERN)**

       Set forth below are the matters scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on December 17, 2015 beginning at 9:00 a.m. (Eastern).

I. **STATUS CONFERENCE**

1. **REJECTION MOTION:** Debtors' Motion For Entry Of An Order Pursuant To Bankruptcy Code Sections 105(a) And 365(a) And Bankruptcy Rules 6006 And 9014 Authorizing Rejection Of License Agreement *Nunc Pro Tunc* To November 25, 2015 (Docket No. 499) (Date Filed: 11/25/15)

    Objection
    Deadline:      December 10, 2015 at 4:00 p.m. (Eastern)

    Objections/
    Responses
    Filed:

    a. E. Gluck Corporation Objection to Debtors' Motion (Docket No. 548) (Date Filed: 12/10/15)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Status:     This matter is going forward as a status conference.

Dated:  Wilmington, Delaware
        December 15, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606/
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

2