# Court Conference

**U.S. Bankruptcy Court-Delaware**

## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
#1

Calendar Date: 12/14/2015
Calendar Time: 11:30 AM ET

Amended Calendar 12/14/2015 08:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7323656 | David S Berman | 617-880-3550 | Riemer & Braunstein, LLP | Creditor, Bank of America / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7320992 | Mark S. Chehi | 302-651-3239 | Skadden, Arps, Slate, Meagher & Flom, LLP | Debtor, Quiksilver, Inc. / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7323634 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7323709 | Robert J. Dehney | (302) 351-9353 | Morris Nichols Arsht & Tunnell LLP | Creditor, Oaktree / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7320943 | Van Durrer, II | (213) 687-5200 | Skadden, Arps, Slate, Meagher & Flom, LLP | Debtor, Quiksilver, Inc. / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7322065 | Steven E. Fox | (212) 789-3100 | Riemer & Braunstein LLP | Creditor, Bank of America / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7323821 | Steven K. Kortanek | (302) 252-4363 | Womble Carlyle Sandridge & Rice, LLP | Creditor, Bank of America / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7323654 | Ross Kwasteniet | 312-861-2069 | Kirkland & Ellis LLP | Creditor, Affiliates of Oaktree Capital Managers / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7320913 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7323712 | Andrew R. Remming | (302) 290-2537 | Morris Nichols Arsht & Tunnell LLP | Creditor, Oaktree / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7320904 | David B. Stratton | 302-777-6566 | Pepper Hamilton LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7323694 | Benjamin Winger | (312) 862-2507 | Kirkland & Ellis LLP | Client, Affiliate of Oaktree Capital Managemnet / LISTEN ONLY |