# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: MichaelM | Date Created: 12/15/2015 |
| Case: 15−11880−BLS | Form ID: ntcBK | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Dain A. De Souza     Dain.DeSouza@skadden.com
aty     Jeffrey N. Pomerantz     jpomerantz@pszjlaw.com
aty     John A. Morris     jmorris@pszjlaw.com
aty     Laura Davis Jones     ljones@pszjlaw.com
aty     Mark S. Kenney     mark.kenney@usdoj.gov
aty     Van C. Durrer, II     van.durrer@skadden.com

     TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Quiksilver, Inc.     5600 Argosy Circle     Huntington Beach, CA 92649
aty     Annie Z. Li     Skadden, Arps, Slate, Meagher & Flom LLP     300 South Grand Ave.     Suite 3400     Los Angeles, CA 90071
aty     Jason D. Russell     Skadden Arps Slate Meagher & Flom LLP     155 N. Wacker Drive     Chicago, IL 60606
aty     Jessica S. Kumar     Skadden, Arps, Slate, Meagher & Flom LLP     155 North Wacker Drive     Chicago, IL 60606−1720
aty     John K. Lyons     Skadden Arps Slate Meagher & Flom LLP     155 North Wacker Drive     Suite 2700     Chicago, IL 60606−1720

     TOTAL: 5