# EXHIBIT A
**(Pepper Retention Order)**

#36805899 v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
QUIKSILVER, INC., *et al.*,[1]                          :   Case No. 15-11880 (BLS)
                                                        :
                 Debtors.                     :   Jointly Administered
                                                        :
                                                        :   **Related Docket No. 370, 436**
------------------------------------------------------- x

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL.*, *NUNC PRO TUNC* TO SEPTEMBER 28, 2015

UPON CONSIDERATION of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Quiksilver, Inc., *et al.* (collectively, the "Debtors"), for an order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1, 2016-2, 9010-1(c) and 9010-1(d), authorizing the Committee to employ and retain the law firm of Pepper Hamilton LLP ("Pepper Hamilton") as its co-counsel *nunc pro tunc* to September 28, 2015; and upon (a) the declaration, as supplemented, of David B. Stratton, a partner of the firm of Pepper Hamilton, in support of the Application and (b) the declaration of Ronald M. Tucker as representative of Simon Property Group, Inc., Chair of the Committee, in support of the Application; and the Court finding that (a) the Court has jurisdiction over the Application pursuant to §§ 157 and 1334 and (b) this is a core

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Terms not defined herein shall have the meanings ascribed to them in the Application.

#35762288 v2

proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and the Court being satisfied that, except as set forth in the Stratton Declaration, Pepper Hamilton and its professionals (a) are not creditors, equity security holders or insiders of the Debtors, (b) are not and were not, within two (2) years before the Petition Date, directors, officers or employees of the Debtors, (c) do not hold or represent any interest materially adverse to the interest of the Debtors' estates and (d) are not related to any judge of this Court, the U.S. Trustee for this District or any employee of the U.S. Trustee in this District; and, accordingly, Pepper Hamilton and its professionals are "disinterested persons" within the meaning of section 101(14), as modified by section 1107(b) of the Bankruptcy Code; and Pepper Hamilton's representation of the Committee being permissible under sections 328(a) and 1103(a) of the Bankruptcy Code; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and it appearing that notice of the Application and opportunity for a hearing thereon was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is GRANTED.

2. Pursuant to sections 328 and 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to employ the firm of Pepper Hamilton, *nunc pro tunc* to September 28, 2015, as its co-counsel in the Debtors' Chapter 11 Cases, and Pepper Hamilton is authorized to perform the services set forth in the Application.

3. Pepper Hamilton shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any applicable orders of this Court.

4.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

5.  Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

Dated: 11-13, 2015
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

#35762288 v2

-3-