# EXHIBIT B

## (Budget for the Fourth Quarter of 2015)

| Task Code | Description | Estimated Hours Low | Estimated Hours Low | Estimated Fees Low | Estimated Fees High |
|---|---|---|---|---|---|
| B110 | Case Administration | 40 | 75 | $10,000 | $25,000 |
| B111, B211 | Statement of Financial Affairs, Financial Reports | 5 | 10 | $1,000 | $3,500 |
| B130 | Asset Sales / Disposition | 5 | 15 | $2,500 | $6,000 |
| B140 | Relief from Stay / Adequate Protection | 5 | 10 | $2,500 | $5,000 |
| B112, B150 | General Creditor Inquiries / Creditor's Committee | 10 | 25 | $5,000 | $10,000 |
| B155 | Court Hearings | 75 | 100 | $45,000 | $60,000 |
| B160, B170 | Employment, Fee Applications (Pepper) | 50 | 75 | $20,000 | $30,000 |
| B160.1, B170.1 | Employment, Fee Applications (Others) | 10 | 30 | $3,500 | $8,000 |
| B185 | Assumption / Rejection Contracts and Leases | 5 | 10 | $2,000 | $4,500 |
| B113, B190, B191 | Review of Pleadings / Contested Motions / General Litigation | 125 | 200 | $60,000 | $100,000 |
| B210, B220, B240, B241 | Business Operations, Vendor Issues, Tax Issues, | 5 | 10 | $3,000 | $5,000 |

#36805899 v1

|      | Employee Pensions and Benefits, Utility Issues |     |     |          |          |
| ---- | ---- | --- | --- | -------- | -------- |
| B230 | Financing / Cash Collateral | 40 | 60 | $15,000 | $30,000 |
| B310 | Claims Administration – General | 5 | 10 | $2,000 | $5,000 |
| B320 | Plan and Disclosure Statement | 10 | 40 | $5,000 | $25,000 |
|      | **Totals** | **390** | **670** | **$176,500** | **$317,000** |

-2-

#36805899 v1