# EXHIBIT E

## (Summary of Total Fees Incurred and Hours Billed During Fee Period)

| TIMEKEEPER NAME | POSITION (YEAR OF BAR ADMISSION) | DEPARTMENT | FEES BILLED IN THIS FEE APPLICATION | HOURS BILLED IN THIS FEE APPLICATION | HOURLY RATE BILLED IN THIS FEE APPLICATION | NUMBER OF RATE INCREASES |
|---|---|---|---|---|---|---|
| David B. Stratton | Partner (1978) | Corporate Restructuring & Bankruptcy | $7,031.00 | 8.90 | $790.00 | None |
| John H. Schanne, II | Associate (2009) | Corporate Restructuring & Bankruptcy | $6,715.00 | 15.80 | $425.00 | None |
| Susan Henry | Paralegal | Corporate Restructuring & Bankruptcy | $280.50 | 1.10 | $255.00 | None |
| Christopher Lano | Paralegal | Corporate Restructuring & Bankruptcy | $2,275.00 | 9.10 | $250.00 | None |
| Rebecca S. Hudson | Paralegal | Corporate Restructuring & Bankruptcy | $1,155.00 | 5.50 | $210.00 | None |
| David Smith | Case Management Assistant | N/A | $198.00 | 3.30 | $60.00 | None |
| | TOTALS: | | $17,654.50 | 43.70 | | |

#36805899 v1