# **EXHIBIT F**

**(Detailed Description of Services Rendered During Fee Period)**

#36805899 v1

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002    Invoice: 10958970
December 7, 2015    Page 3

**Time Detail by Task Code**

TASK CODE:  B110   Case Administration

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/02/15 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 425.00 | 85.00 |
| 11/02/15 | C. Lano | Update hearing calendar. | 0.10 | 250.00 | 25.00 |
| 11/02/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 11/04/15 | D. Smith | Organize pleadings files. | 0.70 | 60.00 | 42.00 |
| 11/09/15 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 425.00 | 127.50 |
| 11/09/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 11/13/15 | J.H. Schanne, II | Update critical dates calendar (.4); circulate same to Pepper Hamilton team (.1). | 0.50 | 425.00 | 212.50 |
| 11/16/15 | J.H. Schanne, II | Update critical dates calendar. | 0.30 | 425.00 | 127.50 |
| 11/17/15 | C. Lano | Update hearing calendar. | 0.10 | 250.00 | 25.00 |
| 11/17/15 | D. Smith | Organize pleadings files. | 0.20 | 60.00 | 12.00 |
| 11/20/15 | J.H. Schanne, II | Update critical dates calendar (.3); circulate same to Pepper Hamilton team (.1). | 0.40 | 425.00 | 170.00 |
| 11/20/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 11/23/15 | D. Smith | Organize pleadings files. | 0.20 | 60.00 | 12.00 |
| 11/25/15 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to PH team (.1). | 0.30 | 425.00 | 127.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 4

| <u>Date</u> | <u>Name</u> | Services | <u>Time</u> | <u>Rate</u> | <u>Fees</u> |
|---|---|---|---|---|---|
| 11/25/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| Total B110 Case Administration | | | 3.70 | | 1,066.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 5

TASK CODE: B150  Creditors' Committee

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/03/15 | D. Stratton | Prepare for and participate in committee conference call. | 0.70 | 790.00 | 553.00 |
| 11/10/15 | D. Stratton | Weekly call with creditors' committee and professionals. | 1.20 | 790.00 | 948.00 |
| 11/24/15 | D. Stratton | Pre-call and conference call with the creditors' committee. | 0.80 | 790.00 | 632.00 |
| Total B150 Creditors' Committee | | | 2.70 | | 2,133.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 6

TASK CODE: B155   Court Hearings

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/13/15 | D. Stratton | Emails to Committee professionals re 11/17 hearing. | 0.20 | 790.00 | 158.00 |
| 11/13/15 | J.H. Schanne, II | Email to D. Smith re hearing binder. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | J.H. Schanne, II | Email to C. Lano re hearing issues. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | J.H. Schanne, II | Email to A. Beane re omnibus hearing. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | C. Lano | Email L. Lifland re 11/17/15 telephonic appearance. | 0.10 | 250.00 | 25.00 |
| 11/13/15 | C. Lano | Coordinate with CourtCall re L. Lifland's 11/17/15 telephonic appearance. | 0.20 | 250.00 | 50.00 |
| 11/13/15 | C. Lano | Review L. Lifland's 11/17/15 telephonic confirmation and forward same. | 0.10 | 250.00 | 25.00 |
| 11/13/15 | C. Lano | Review 11/17/15 Agenda. | 0.10 | 250.00 | 25.00 |
| 11/13/15 | C. Lano | Email L. Lifland re 11/17/15 hearing binders. | 0.10 | 250.00 | 25.00 |
| 11/13/15 | C. Lano | Confer with J. Schanne re 11/17/15 hearing binders. | 0.10 | 250.00 | 25.00 |
| 11/13/15 | D. Smith | Prepare November 17 hearing agenda binders for J. Schanne. | 2.20 | 60.00 | 132.00 |
| 11/16/15 | D. Stratton | Prepare for hearing. | 0.70 | 790.00 | 553.00 |
| 11/16/15 | J.H. Schanne, II | Emails to D. Stratton re hearing coverage. | 0.10 | 425.00 | 42.50 |
| 11/16/15 | C. Lano | Confer with D. Smith re Amended 11/17/15 Agenda. | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.  
Client/Matter Number: 143678.00002  Invoice: 10958970  
December 7, 2015  Page 7

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/15 | D. Stratton | Review agenda and begin preparations for hearing (.1); emails re same (.1). | 0.20 | 790.00 | 158.00 |
| 11/25/15 | J.H. Schanne, II | Attend to hearing preparation issues. | 0.40 | 425.00 | 170.00 |
| 11/25/15 | C. Lano | Review 12/1/15 Agenda. | 0.10 | 250.00 | 25.00 |
| 11/30/15 | D. Stratton | Prepare for omnibus hearing including review of disclosure statement, plan and exhibits. | 3.50 | 790.00 | 2,765.00 |
| 11/30/15 | D. Stratton | Numerous emails with Akin Gump re preparations for omnibus hearing. | 0.40 | 790.00 | 316.00 |
| 11/30/15 | J.H. Schanne, II | Email to D. Stratton re hearing binders (.1); prepare same (.2). | 0.30 | 425.00 | 127.50 |
| 11/30/15 | J.H. Schanne, II | Attend to hearing preparation issues. | 0.30 | 425.00 | 127.50 |
| Total B155 Court Hearings | | | 9.50 | | 4,902.00 |

OCUC of Quiksilver, Inc.  
Client/Matter Number: 143678.00002  
December 7, 2015

Invoice: 10958970  
Page 8

TASK CODE: B160  Fees

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/12/15 | C. Lano | Confer with J. Schanne re Pepper Hamilton's First Monthly Fee Application. | 0.10 | 250.00 | 25.00 |
| 11/12/15 | C. Lano | Prepare Pepper Hamilton's First Monthly Fee Application. | 1.90 | 250.00 | 475.00 |
| 11/13/15 | J.H. Schanne, II | Prepare Pepper Hamilton's fee application. | 1.90 | 425.00 | 807.50 |
| 11/13/15 | C. Lano | Revise Pepper Hamilton's First Monthly Fee Application. | 0.60 | 250.00 | 150.00 |
| 11/13/15 | C. Lano | Confer with J. Schanne re Pepper Hamilton's First Monthly Fee Application. | 0.20 | 250.00 | 50.00 |
| 11/16/15 | J.H. Schanne, II | Prepare Pepper Hamilton's fee application. | 0.30 | 425.00 | 127.50 |
| 11/16/15 | C. Lano | Revise Pepper Hamilton's First Monthly Fee Application. | 1.30 | 250.00 | 325.00 |
| 11/17/15 | J.H. Schanne, II | Prepare Pepper Hamilton's fee application. | 2.80 | 425.00 | 1,190.00 |
| 11/17/15 | C. Lano | Confer with J. Schanne re revisions to Pepper Hamilton's fee application. | 0.20 | 250.00 | 50.00 |
| 11/17/15 | C. Lano | Revise Pepper Hamilton's First Monthly Fee Application. | 0.80 | 250.00 | 200.00 |
| 11/17/15 | C. Lano | Confer with J. Schanne re Pepper Hamilton's First Fee Application. | 0.10 | 250.00 | 25.00 |
| 11/18/15 | D. Stratton | Review and sign fee application. | 0.20 | 790.00 | 158.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 9

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/15 | J.H. Schanne, II | Email to C. Lano re filing and service of Pepper Hamilton fee application (.1); emails to D. Stratton and Pepper Hamilton re same (.1). | 0.20 | 425.00 | 85.00 |
| 11/18/15 | C. Lano | Prepare Notice to Pepper Hamilton's First Monthly Fee Application. | 0.30 | 250.00 | 75.00 |
| 11/18/15 | C. Lano | Prepare service list to Pepper Hamilton's First Monthly Fee Application. | 0.20 | 250.00 | 50.00 |
| 11/18/15 | C. Lano | File Pepper Hamilton's First Monthly Fee Application. | 0.30 | 250.00 | 75.00 |
| 11/18/15 | C. Lano | Serve Pepper Hamilton's First Monthly Fee Application. | 0.20 | 250.00 | 50.00 |
| Total B160 Fees | | | 11.60 | | 3,918.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 10

TASK CODE: B161   Fees/Objections

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/17/15 | J.H. Schanne, II | Attend to issues re review, filing and service of Akin fee application. | 0.50 | 425.00 | 212.50 |
| 11/17/15 | R.S. Hudson | File Akin's 1st monthly fee application. | 0.50 | 210.00 | 105.00 |
| 11/17/15 | R.S. Hudson | Serve Akin's 1st monthly fee application. | 0.20 | 210.00 | 42.00 |
| Total B161 Fees/Objections | | | 1.20 | | 359.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 11

TASK CODE: B170  Employment of Professionals

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/03/15 | R.S. Hudson | Review Court's docket re supplemental retention disclosures. | 0.50 | 210.00 | 105.00 |
| 11/05/15 | R.S. Hudson | Preparation of Pepper's supplemental retention declaration. | 0.50 | 210.00 | 105.00 |
| 11/10/15 | J.H. Schanne, II | Email to D. Stratton re responses to Pepper Hamilton retention application. | 0.10 | 425.00 | 42.50 |
| 11/11/15 | R.S. Hudson | Draft CNO re Pepper's retention application. | 0.30 | 210.00 | 63.00 |
| 11/11/15 | R.S. Hudson | Prepare first supplemental of D. Stratton re retention. | 0.50 | 210.00 | 105.00 |
| 11/12/15 | J.H. Schanne, II | Review and execute CNO to Pepper Hamilton retention application (.1); email to R. Hudson re filing and service of re same (.1). | 0.20 | 425.00 | 85.00 |
| 11/12/15 | J.H. Schanne, II | Prepare supplemental retention disclosures (.3); email to D. Stratton re same (.1). | 0.40 | 425.00 | 170.00 |
| 11/12/15 | R.S. Hudson | File CNO re Pepper's retention and employment. | 0.30 | 210.00 | 63.00 |
| 11/12/15 | R.S. Hudson | Serve CNO re Pepper's retention and employment. | 0.20 | 210.00 | 42.00 |
| 11/12/15 | R.S. Hudson | File supplemental retention declaration. | 0.30 | 210.00 | 63.00 |
| 11/12/15 | R.S. Hudson | Serve supplemental retention declaration. | 0.20 | 210.00 | 42.00 |
| 11/12/15 | C. Lano | Confer with R. Hudson re | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.  
Client/Matter Number: 143678.00002  
December 7, 2015

Invoice: 10958970  
Page 12

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | status of filing D. Stratton's supplemental declaration. | | | |
| 11/13/15 | J.H. Schanne, II | Email to Pepper Hamilton team re Pepper Hamilton retention order. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | R.S. Hudson | File Declaration of Service re service of retention orders. | 0.30 | 210.00 | 63.00 |
| Total B170 Employment of Professionals | | | 4.00 | | 1,016.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 13

TASK CODE: B170.1 Retention of Others

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/04/15 | D. Stratton | Review email from M. Kenney re PJT retention. | 0.20 | 790.00 | 158.00 |
| 11/10/15 | J.H. Schanne, II | Email to A. Beane re responses to Akin retention application. | 0.10 | 425.00 | 42.50 |
| 11/10/15 | J.H. Schanne, II | Email to L. Lifland re responses to PJT retention application. | 0.10 | 425.00 | 42.50 |
| 11/10/15 | J.H. Schanne, II | Email to C. Lano re CNO on pending retention applications. | 0.10 | 425.00 | 42.50 |
| 11/10/15 | J.H. Schanne, II | Research re retention of information agent (.8); email to Akin re same (.1). | 0.90 | 425.00 | 382.50 |
| 11/10/15 | J.H. Schanne, II | Follow up on research re retention of information agent. | 0.90 | 425.00 | 382.50 |
| 11/11/15 | J.H. Schanne, II | Email to D. Stratton re CNOs on retention applications (.1); confer with R. Hudson re same (.1). | 0.20 | 425.00 | 85.00 |
| 11/11/15 | R.S. Hudson | Confer with J. Schanne re CNO re retention applications. | 0.10 | 210.00 | 21.00 |
| 11/11/15 | R.S. Hudson | Draft CNO re Akin's retention application. | 0.30 | 210.00 | 63.00 |
| 11/11/15 | R.S. Hudson | Draft CNO re PJT's retention application. | 0.30 | 210.00 | 63.00 |
| 11/12/15 | J.H. Schanne, II | Review CNO to Akin retention application (.1); email to A. Beane and L. Lifland re same (.1). | 0.20 | 425.00 | 85.00 |

OCUC of Quiksilver, Inc.  
Client/Matter Number: 143678.00002  
December 7, 2015

Invoice: 10958970  
Page 14

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/15 | J.H. Schanne, II | Review CNO to PJT retention application (.1); email to A. Beane and L. Lifland re same (.1). | 0.20 | 425.00 | 85.00 |
| 11/12/15 | R.S. Hudson | File CNO re PJT's retention and employment. | 0.30 | 210.00 | 63.00 |
| 11/12/15 | R.S. Hudson | Serve CNO re PJT's retention and employment. | 0.20 | 210.00 | 42.00 |
| 11/12/15 | R.S. Hudson | File CNO re Akin's retention and employment. | 0.30 | 210.00 | 63.00 |
| 11/12/15 | R.S. Hudson | Serve CNO re Akin's retention and employment. | 0.20 | 210.00 | 42.00 |
| 11/12/15 | C. Lano | Confer with R. Hudson re status of filing Certificates of No Objection to retention applications. | 0.10 | 250.00 | 25.00 |
| 11/13/15 | J.H. Schanne, II | Email to committee professionals re PJT retention order. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | J.H. Schanne, II | Email to Akin team re Akin retention order. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | J.H. Schanne, II | Email to C. Lano re service of retention orders. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | J.H. Schanne, II | Email to L. Lifland re Akin retention application. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | J.H. Schanne, II | Email to L. Lifland re PJT retention application. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | J.H. Schanne, II | Review and execute declaration of service re retention orders. | 0.10 | 425.00 | 42.50 |
| 11/13/15 | C. Lano | Serve Pepper Hamilton's, Akin Gump's, and PJT Partners' Retention Application Orders. | 0.30 | 250.00 | 75.00 |
| 11/13/15 | C. Lano | Serve Pepper Hamilton's, Akin Gump's, and PJT | 0.20 | 250.00 | 50.00 |

OCUC of Quiksilver, Inc.  
Client/Matter Number: 143678.00002  
December 7, 2015

Invoice: 10958970  
Page 15

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Partners' Retention Application Orders. | | | |
| 11/13/15 | C. Lano | Prepare Declaration of Service re Pepper Hamilton's, Akin Gump's, and PJT Partners' Retention Application Orders. | 0.30 | 250.00 | 75.00 |
| 11/13/15 | C. Lano | Confer with R. Hudson re filing Declaration of Service. | 0.10 | 250.00 | 25.00 |
| 11/17/15 | J.H. Schanne, II | Emails with Akin team re retention of Epiq. | 0.20 | 425.00 | 85.00 |
| 11/19/15 | J.H. Schanne, II | Research re Epiq retention issues. | 0.50 | 425.00 | 212.50 |
| 11/20/15 | J.H. Schanne, II | Research re retention issues for noticing agent. | 0.70 | 425.00 | 297.50 |
| Total B170.1 Retention of Others | | | 7.60 | | 2,762.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number:  143678.00002
December 7, 2015

Invoice: 10958970
Page 16

TASK CODE:  B171   Employment of Professionals/Objections

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/11/15 | D. Stratton | Emails to and from M. Kenney re PJT retention. | 0.20 | 790.00 | 158.00 |
| Total B171 Employment of Professionals/Objections | | | 0.20 | | 158.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 17

TASK CODE: B190 Contested Matters/Motions

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/09/15 | J.H. Schanne, II | Email to A. Beane re committee response to pending motions (.1); email to Pepper Hamilton team re same. | 0.20 | 425.00 | 85.00 |
| Total B190 Contested Matters/Motions | | | 0.20 | | 85.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002　　　　　　　　　　　　　　　　　Invoice: 10958970
December 7, 2015　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 18

TASK CODE:  B220   Employee Benefits/Pensions

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/25/15 | D. Stratton | Review UST objection to KEIP motion. | 0.40 | 790.00 | 316.00 |
| Total B220  Employee Benefits/Pensions | | | 0.40 | | 316.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 19

TASK CODE: B320   Plan and Disclosure Statement

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/03/15 | J.H. Schanne, II | Review disclosure statement. | 0.20 | 425.00 | 85.00 |
| 11/25/15 | D. Stratton | Review Oaktree counter-proposal to settlement offer. | 0.20 | 790.00 | 158.00 |
| 11/25/15 | C. Lano | Prepare Certificate of Service re Reply to Disclosure Statement. | 0.20 | 250.00 | 50.00 |
| 11/25/15 | C. Lano | Prepare Service Labels re Reply to Disclosure Statement. | 0.10 | 250.00 | 25.00 |
| 11/30/15 | J.H. Schanne, II | Emails with S. Henry and C. Lano re filing and service of response to disclosure statement. | 0.30 | 425.00 | 127.50 |
| 11/30/15 | J.H. Schanne, II | Emails with S. Henry and C. Lano re filing and service of response to disclosure statement. | 0.30 | 425.00 | 127.50 |
| 11/30/15 | J.H. Schanne, II | Review committee reply to disclosure statement. | 0.20 | 425.00 | 85.00 |
| 11/30/15 | S. Henry | File Committee Statement and Reservation of Rights. | 0.40 | 255.00 | 102.00 |
| 11/30/15 | S. Henry | Emails to D. Stratton, J. Schanne and L. Lifland re filing and serving Committee Statement and Reservation of Rights. | 0.30 | 255.00 | 76.50 |
| 11/30/15 | S. Henry | Email to service list re Committee Statement and Reservation of Rights. | 0.20 | 255.00 | 51.00 |
| 11/30/15 | S. Henry | Service Committee Statement and Reservation of Rights. | 0.20 | 255.00 | 51.00 |

OCUC of Quiksilver, Inc.  
Client/Matter Number: 143678.00002  
December 7, 2015

Invoice: 10958970  
Page 20

| | | |
|---|---|---|
| Total B320  Plan and Disclosure Statement | 2.60 | 938.50 |