# EXHIBIT G

## (Summary of Expenses Incurred During Fee Period)

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | EXPENSE SUB-TOTAL |
|---|---|---|
| Meals | Urban Café | $124.80 |
| Duplicating & Reproduction | In-house + Parcels, Inc. | $1,485.50 |
| Filing Fees | CourtCall | $533.00 |
| Postage | USPS | $196.47 |
| Online Services | Pacer | $9.60 |
| Travel Expense | Airfare | $3,925.16 |
| **TOTAL:** | | **$6,274.53** |

#36805899 v1