# **EXHIBIT H**

**(Detailed Description of Expenses Incurred During Fee Period)**

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

## Summary of Expenses

| Expenses | Value |
|---|---|
| Meals | 124.80 |
| Duplicating | 1,485.50 |
| Filing Fees | 533.00 |
| Postage | 196.47 |
| Online Services/Internet Web Sites | 9.60 |
| Travel Expense | 3,925.16 |
| Total | 6,274.53 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 34

## Detail of Expenses

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 11/04/15 | DUP | Duplicating & Reproduction - RELIABLE COPY SERVICES LANO-OFFSITE DUPLICATING 9/17/15 | 1 | 135.60 | 135.60 |
| 11/05/15 | CON | Meals - URBAN CAFE BREAKFAST MEETING 10/14/15 | 1 | 114.98 | 114.98 |
| 11/06/15 | DUP | Duplicating & Reproduction - RELIABLE COPY SERVICES SCHANNE-OFFSITE DUPLICATING | 1 | 219.60 | 219.60 |
| 11/06/15 | DUP | Duplicating & Reproduction - RELIABLE COPY SERVICES SCHANNE-OFFSITE DUPLICATING | 1 | 243.60 | 243.60 |
| 11/06/15 | TRV | Travel Expense - ANGELO A. STIO, III STIO - 10/9 - 10/11/15 TRAVEL FOR A. STIO AND C. SOPER TO ATTEND DEPOSITIONS IN CA | 1 | 981.76 | 981.76 |
| 11/12/15 | TRV | STIO 100815 - AIRFARE | 1 | 1,298.20 | 1,298.20 |
| 11/12/15 | TRV | SOPER 100815 - AIRFARE | 1 | 1,137.20 | 1,137.20 |
| 11/12/15 | TRV | SOPER 100815 - AIRFARE | 1 | 320.00 | 320.00 |
| 11/13/15 | DUP | DUP - Smith David A. - 11/13/2015 | 44 | 0.10 | 4.40 |
| 11/13/15 | DUP | DUP - Smith David A. - 11/13/2015 | 86 | 0.10 | 8.60 |
| 11/13/15 | DUP | DUP - Smith David A. - 11/13/2015 | 272 | 0.10 | 27.20 |
| 11/13/15 | DUP | DUP - Parcels - 11/13/2015 | 1,192 | 0.10 | 119.20 |
| 11/13/15 | POS | Postage | 1 | 173.12 | 173.12 |
| 11/18/15 | DUP | DUP - Parcels - 11/18/2015 | 335 | 0.10 | 33.50 |
| 11/18/15 | POS | Postage | 1 | 11.50 | 11.50 |
| 11/20/15 | CON | Meals - JOHN SCHANNE - DINNER 11/17/15 | 1 | 9.82 | 9.82 |
| 11/20/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - 10/15/15 COURTCALL | 1 | 51.00 | 51.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
December 7, 2015

Invoice: 10958970
Page 35

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 11/20/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - 10/23/15 COURTCALL | 1 | 198.00 | 198.00 |
| 11/20/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - 10/24/15 COURTCALL | 1 | 198.00 | 198.00 |
| 11/20/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - 11/7/15 COURTCALL | 1 | 86.00 | 86.00 |
| 11/23/15 | DUP | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 555.00 | 555.00 |
| 11/23/15 | REF4 | PACER - Online Services/Internet Web Sites | 1 | 9.60 | 9.60 |
| 11/23/15 | TRV | STIO 100815 - AIRFARE | 1 | 188.00 | 188.00 |
| 11/25/15 | DUP | DUP - Smith David A. - 11/25/2015 | 1,288 | 0.10 | 128.80 |
| 11/30/15 | DUP | DUP - Sima Alice - 11/30/2015 | 80 | 0.10 | 8.00 |
| 11/30/15 | DUP | DUP - Parcels - 11/30/2015 | 20 | 0.10 | 2.00 |
| 11/30/15 | POS | Postage | 1 | 11.85 | 11.85 |
| | | Total | | | 6,274.53 |