# EXHIBIT I
## (Attorney Biographies)

---

David B. Stratton – Mr. Stratton is a Partner in, and co-chair of, the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP and has been practicing law since 1978. He is co-chair of the firm's Corporate Restructuring and Bankruptcy Practice Group. He is a member of the American Bar Association Business Law Section and a member of the Bankruptcy Subcommittee of the Banking Committee. He is also a member of the bar of Delaware.

John H. Schanne, II – Mr. Schanne is an Associate in the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP and has been practicing law since 2009. He is a member of the bar of Delaware.

#36805899 v1