## **EXHIBIT 1**

**VIA EMAIL AND HAND DELIVERY**

Mark S. Chehi
Skadden, Arps, Slate, Meagher
    & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Email: *mark.chehi@skadden.com*

**VIA EMAIL AND FEDERAL EXPRESS**

Van C. Durrer, II
Annie Z. Li
Skadden, Arps, Slate, Meagher
    & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA  90071
Email: *van.durrer@skadden.com*
       *annie.li@skadden.com*

John K. Lyons
Jessica Kumar
Skadden, Arps, Slate, Meagher
    & Flom LLP
155 N. Wacker Drive
Chicago, IL  60606
Email: *john.lyons@skadden.com*
       *jessica.kumar@skadden.com*