IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| QUIKSILVER, INC., *et al.*, ) | |
| ) | Case No. 15-11880 (BLS) |
| Debtors.[1] ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the undersigned counsel for Oaktree Capital Management, L.P. hereby certifies as follows:

I am not less than 18 years of age, and on December 16, 2015, I caused copies of the following document to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

- Oaktree Capital Management, L.P.'s Request to the Official Committee of Unsecured Creditors for Production of Documents

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: Wilmington, Delaware
December 17, 2015

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
**MORRIS NICHOLS ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:   (302) 658-9200
Facsimile:   (302) 658-3989
Email:       rdehney@mnat.com
             aremming@mnat.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       patrick.nash@kirkland.com
             ross.kwasteniet@kirkland.com

*Counsel for Oaktree Capital Management, L.P.*