## **EXHIBIT 1**

**VIA EMAIL AND HAND DELIVERY**

David B. Stratton
David M. Fournier
John H, Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709
Email: *strattod@pepperlaw.com*
       *fournierd@pepperlaw.com*
       *schannej@pepperlaw.com*

**VIA EMAIL AND FEDERAL EXPRESS**

Michael S. Stamer
Abid Qureshi
Meredith A. Lahaie
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036-6745
Email: *mstamer@akingump.com*
       *aqureshi@akingump.com*
       *mlahaie@akingump.com*

Angelo A. Stio, III
Pepper Hamilton LLP
301 Carnegie Center
Suite 400
Princeton, NJ  08543-5276
Email: *stioa@pepperlaw.com*