**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |
|  | : |  |
|  | : | **Related Docket No. 240** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

**EIGHTH NOTICE OF FILING OF
<u>ORDINARY COURSE PROFESSIONAL DECLARATIONS</u>**

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the

Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To

Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240]

(the "<u>Ordinary Course Professionals Order</u>"), the debtors and debtors in possession in the above-

captioned cases (collectively, the "<u>Debtors</u>") hereby file the Eighth Notice of Filing of Ordinary

Course Professional Declarations with respect to the professionals listed on <u>Exhibit A</u> hereto (the

"<u>Ordinary Course Professionals</u>").  In support of the retention of the Ordinary Course

Professionals, the Debtors have attached declarations executed by the Ordinary Course

Professionals, attached hereto as <u>Exhibits B through E</u>.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of

the Ordinary Course Professional must be made in writing, filed with the United States

Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), 824 North Market

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be received by **January 4, 2016 at**

**4:00 p.m. (Eastern)** (the "Objection Deadline") by the applicable Ordinary Course Professional

and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:    Wilmington, Delaware
          December 17, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## EXHIBIT A

### List of Ordinary Course Professional Declarations

Arochi, Marroquin & Lindner, S.C.
PARASEC
Webster
Wilkinson, Wilkinson & Wilkinson

**<u>EXHIBIT B</u>**

**Ordinary Course Professional Declaration for**
**Arochi, Marroquin & Lindner, S.C.**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "<u>Debtors</u>")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Attn: Annie Li, Esq.
Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Angelica Maldonado, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    Bruchi and Lindner, S.C.
    Insurgentes Sur 1605 floor 20th
    San José Insurgentes CP 03900
    México D.F.

2.  Date of retention: 2 February 1997

3.  Type of services provided (accounting, legal, etc.):

    Legal support.

4.  Brief description of services to be provided:

    _Intelectual Property protection, marks searching,_
    _Renewal and litigation_

5.  Arrangements for compensation (hourly, contingent, etc.):

    _hourly_

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    _n/a_

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim: $ _44,500 00_

    Date claim arose: _TBA_

    Source of claim: _Follow up for litigation matter and marks_

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _n/a_

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _n/a_

    No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ *n/a* _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ *n/a* _____

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _*10 dic 2015*_

Name: _*Angelica Maldonado*_
Title: _*Collections Executive*_
Company: _*Bosch and Lindner, S.C.*_
Address: _*Insurgentes Sur 1605, 20th*_
_*Floor, San José Insurgentes*_
Telephone: _*5255 4170 2024*_
Facsimile: _*5255 5095 2028*_

## <u>EXHIBIT C</u>

**Ordinary Course Professional Declaration for
PARASEC**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn:  Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Matt Marzucco, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.    Name and address of firm:

> Parasec
> 2804 Gateway Oaks Dr #200
> Sacramento, CA 95833

2.    Date of retention:    Ongoing and as needed basis

3.    Type of services provided (accounting, legal, etc.):

> Nationwide document filing and retrieval services

4.    Brief description of services to be provided:

      Legalization of documents for use
      in other countries


5.    Arrangements for compensation (hourly, contingent, etc.):

      payment in full based on billed Invoice

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on prepetition retention (if firm was
      employed prepetition):

                                    N/A

7.    Prepetition claims against any of the Debtors held by the firm:
                                                        N/A
      Amount of claim:  $

      Date claim arose:

      Source of claim:

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
      or professional employee of the firm:      N/A

      Name:

      Status:

      Amount of Claim:  $

      Date claim arose:

      Source of claim:

9.    Stock of any of the Debtors currently held by the firm:   N/A

      Kind of shares:

      No. of shares:

2

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:   N | A

     Name: _____

     Status: _____

     Kind of shares: _____

     No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

     _____ N/A _____

     _____

     _____

     _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____ 12/1/15 _____

                        _____

                        Name: _MAtthew MARzucco_

                        Title: _President_

                        Company: _Parasec_

                        Address: _2904 Gateway Oak Dr #200_

                        Telephone: _(916) 576-7000_

                        Facsimile: _____

3

# **EXHIBIT D**

**Ordinary Course Professional Declaration for
Webster**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., <u>et al</u>.**
**Chapter 11 Case No. 15-11880 (BLS)**

<u>OCP DECLARATION</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "<u>Debtors</u>")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Skadden, Arps, Slate, Meagher & Flom LLP
      300 S. Grand Ave., Suite 3400
      Los Angeles, CA 90071
      Attn:  Annie Li, Esq.
      Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, PALMAVON WEBSTER , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.     Name and address of firm:

               WEBSTER

        P.O. BOX 58, VICTORIA HOUSE

        THE VALLEY, ANGUILLA, AI- 2640

2.     Date of retention: _____

3.     Type of services provided (accounting, legal, etc.):

        LEGAL WORK - INTELLECTUAL PROPERTY

4.    Brief description of services to be provided:

REGISTRATIONS OF INTELLECTUAL PROPERTY MATTERS (TRADEMARKS etc.)

5.    Arrangements for compensation (hourly, contingent, etc.):

FIXED FEES ( HOURLY RATES ARE CHARGED ON APPPEAL MATTERS)

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on prepetition retention (if firm was
employed prepetition):

FEES MAY RANGE FROM US$200.00 - 500.00

7.    Prepetition claims against any of the Debtors held by the firm:  NONE

Amount of claim:  $_____N/A_____

Date claim arose:  _____

Source of claim:  _____

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
or professional employee of the firm:  NONE

Name:  _____N/A_____

Status:  _____

Amount of Claim:  $_____

Date claim arose:  _____

Source of claim:  _____

9.    Stock of any of the Debtors currently held by the firm:  None

Kind of shares:  _____

No. of shares:  _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: NONE

Name: _____ N/A _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ N/A _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 16 DECEMBER 2015

| | |
|---|---|
| Name: | PALMAVON WEBSTER |
| Title: | MANAGING PARTNER |
| Company: | WEBSTER |
| Address: | P.O. BOX 58, VICTORIA HOUSE |
| | THE VALLEY, ANGUILLA - AI-2640 |
| Telephone: | 1.264.461.2060 |
| Facsimile: | 1.264.461.3096 |

**<u>EXHIBIT E</u>**

**Ordinary Course Professional Declaration for
Wilkinson, Wilkinson & Wilkinson**

## EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, MARGARET WILKINSON, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.  Name and address of firm:

    WILKINSON, WILKINSON & WILKINSON

    LUCAS STREET,

    ST. GEORGE' S,

    GRENADA.

2.  Date of retention: _____

3.  Type of services provided (accounting, legal, etc.):

    TRADEMARK SERVICES (LEGAL)

4.     Brief description of services to be provided:

       Applying for and obtaining change of Ownership of the trademarks.

5.     Arrangements for compensation (hourly, contingent, etc.):

       Completion based on Intellectual Property Department

6.     Average hourly rate (if applicable):
       Estimated average monthly compensation based on prepetition retention (if firm was
       employed prepetition):

       Not Applicable

7.     Prepetition claims against any of the Debtors held by the firm:

       Amount of claim:  $_____

       Date claim arose:  _____

       Source of claim:  _____

8.     Prepetition claims against any of the Debtors held individually by any member, associate,
       or professional employee of the firm:

       Name:  _____

       Status:  _____

       Amount of Claim:  $_____

       Date claim arose:  _____

       Source of claim:  _____

9.     Stock of any of the Debtors currently held by the firm:

       Kind of shares:  _____

       No. of shares:  _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____9th December, 2015_____

Name: _____Margaret Wilkinson_____
Title: _____Senior Partner_____
Company: _____Wilkinson, Wilkinson & Wilkinson_____
Address: _____Lucas Street, St. George' s,_____
_____Grenada._____
Telephone: _____1 (473) 440 - 3578_____
Facsimile: _____1 (473) 440 - 4172_____

3

772537.05-WILSR01A - MSW