IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:
In re:                             :   Chapter 11
                                   :
QUIKSILVER, INC., et al.,          :   Case No. 15-11880 (BLS)
                                   :
                    Debtors.[1]    :   Jointly Administered
                                   :
---------------------------------- x

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the anticipated contested hearing (the "Plan Confirmation Hearing") on the confirmation of the *Second Amended Plan of Reorganization of Quiksiliver, Inc. and its affiliated Debtors and Debtors in Possession* (the "Plan") [D.I. 532] and the anticipated objection to the Plan by the Official Committee of Unsecured Creditors (the "Committee"), the following shall apply:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Debtors and the Committee shall serve document requests in connection with the Plan Confirmation Hearing on or before December 9, 2015.

2. Oaktree Capital Management, LP ("Oaktree") shall serve document requests in connection with the Plan Confirmation Hearing on or before December 16, 2015.

3. Debtors shall serve any expert report in support of the total enterprise value reflected in the Plan and any discovery materials to be produced pursuant to Rule 26 of the Federal Rules of Civil Procedure ("FRCP") on or before 5:00 p.m. EDT on December 23, 2015.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

4. Oaktree shall serve any expert reports in support of its diminution in value motion and any discovery materials to be produced pursuant to FRCP 26 on or before 5:00 p.m. EDT on December 29, 2015.

5. Responses and objections to the parties' discovery requests shall be served on or before January 6, 2016; however, all parties shall produce documents on a rolling basis.

6. Each party shall indicate which witnesses, including any experts, will testify on their respective behalves at the Plan Confirmation Hearing on or before 5:00 p.m. EDT on January 8, 2016.

7. The Committee shall submit any expert reports in response to the Debtors' expert report regarding total enterprise value and Oaktree's expert report regarding diminution in value on or before 5:00 p.m. EDT on January 11, 2016.

8. The deadline to file an objection to Oaktree's diminution in value motion shall be January 14, 2016.

9. The parties shall engage in mediation between January 14-15, 2016 at a time and location to be determined by the parties in consultation with the mediator.

10. Debtors shall submit a rebuttal report in support of Debtors' total enterprise value reflected in the Plan on or before 5:00 p.m. EDT on January 18, 2016.

11. Oaktree shall submit a rebuttal report in support of its diminution in value motion and shall submit its reply in support of its diminution in value motion on or before 5:00 p.m. EDT on January 20, 2016.

12. The parties shall take depositions of the proposed fact witnesses between January 18-20.

13. The parties shall take depositions of the proposed expert witnesses between January 21-22, 2016.

14. The parties shall exchange (1) fact witness deposition designations, and (2) trial exhibit lists, on or before 12:00 p.m. EDT on January 23, 2016.

15. The parties shall exchange (1) fact witness deposition counter-designations, (2) objections to trial exhibits, and (3) final witness lists, on or before 5:00 p.m. EDT on January 24, 2016.

16. The Plan Confirmation Hearing, including a hearing on Oaktree's diminution in value motion, shall occur between January 27-29, 2016, as previously ordered by this Court.

17. Deadlines contained in this Scheduling Order may be extended either by the Court upon written motion for good cause shown, or by agreement of the parties.

18. The Court shall retain jurisdiction to hear and resolve any disputes arising from or related to the interpretation and/or implementation of this Order.

Dated: December 17, 2015
      Wilmington, Delaware

 

_____
UNITED STATES BANKRUPTCY JUDGE