IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:  :  Chapter 11
 : 
 :  Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*, : 
 :  Jointly Administered
    Debtors.[1] : 
 : 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x  **Related Docket No. 240**

## NINTH NOTICE OF FILING OF
## ORDINARY COURSE PROFESSIONAL DECLARATIONS

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240] (the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby file the Ninth Notice of Filing of Ordinary Course Professional Declarations with respect to the professionals listed on Exhibit A hereto (the "Ordinary Course Professionals"). In support of the retention of the Ordinary Course Professionals, the Debtors have attached declarations executed by the Ordinary Course Professionals, attached hereto as Exhibits B through D.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of the Ordinary Course Professional must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be <u>received</u> by **January 4, 2016 at**

**4:00 p.m. (Eastern)** (the "<u>Objection Deadline</u>") by the applicable Ordinary Course Professional

and the following parties:

   (i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), <u>and</u> 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

   (ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), <u>and</u> Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

   (iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), <u>and</u> Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), <u>and</u> Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

   (iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

   (v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), <u>and</u> U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

   (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), <u>and</u> Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

   (vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:   Wilmington, Delaware
         December 21, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## **EXHIBIT A**

**List of Ordinary Course Professional Declarations**

Berkemeyer
Fasken Martineau DuMoulin SENCRL, srl.
Inventa Patent & Trademark Agency

# EXHIBIT B

**Ordinary Course Professional Declaration for Berkemeyer**

**EXHIBIT 2**

OCP Declaration

In re Quiksilver, Inc., et al.
Chapter 11 Case No. 15-11880 (BLS)

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT. RETURN IT TO THE DEBTORS AT:

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Attn: Annie Li, Esq.
Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Maria Ines Berkemeyer, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   BERKEMEYER ATTORNEYS & COUNSELORS

   Benjamin Constant No 835

   Asuncion  -  PARAGUAY

2. Date of retention: 14-March-2005

3. Type of services provided (accounting, legal, etc.):

   Legal Services

4. Brief description of services to be provided:
   Legal Services in the field of Intellectual Property Rights

5. Arrangements for compensation (hourly, contingent, etc.):
   Flat Fee depending on the services to be rendered (Trademarks)
   Hourly for other Legal Services (Senior USD 230 per hour

6. Average hourly rate (if applicable): Junior USD 200 per hour - Paralegal 80
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ _____

   Date claim arose: _____

   Source of claim: _____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   Amount of Claim: $ _____

   Date claim arose: _____

   Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____

   No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: December 17, 2015

X _[signature]_

Name: Maria Ines Berkemeyer
Title: Manager
Company: BERKEMEYER ATTORNEYS & COUNSELOR
Address: Benjamin Constant 835
         Asuncion - PARAGUAY
Telephone: 595-21-448706
Facsimile: 595-21-496179

## **EXHIBIT C**

**Ordinary Course Professional Declaration for
Fasken Martineau DuMoulin SENCRL, srl.**

Case 15-11880-BLS    Doc 240-2    Filed 10/06/15    Page 1 of 3

# EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Skadden, Arps, Slate, Meagher & Flom LLP
    300 S. Grand Ave., Suite 3400
    Los Angeles, CA 90071
    Attn: Annie Li, Esq.
    Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Jean-Sébastien Dugas, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

    Fasken Martineau Du Moulin LLP

    Stock Exchange Tower

    Suite 3700, P.O. Box 242

    800 Square Victoria, Montreal, QC    H4Z 1E9

2. Date of retention:    August 30, 2015   (for last mandate)

3. Type of services provided (accounting, legal, etc.):

    Legal

4. Brief description of services to be provided:

   Assisting the Debtors in their DIP financing

   Preparing and negotiating legal opinion in multiple

   Canadian jurisdictions

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   CAD$42,005.50 in fees

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ CAD$51,738.74 (now fully paid)

   Date claim arose: September 15, 2015

   Source of claim: Fees, Disbursements and Applicable Taxes

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: ___N/A_____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    ___N/A_____

    _____

    _____

    _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __December 3, 2015__

Name:    Jean-Sébastien Dugas
Title:   Partner
Company: Fasken Martineau Du Moulin LLP
Address: 800 Square Victoria, Suite 3700
         Montreal, QC   H4Z 1E9
Telephone: 514-397-7693
Facsimile: 514-397-7600

3

772537.05-WILSR01A - MSW

# EXHIBIT D

**Ordinary Course Professional Declaration for
Inventa Patent & Trademark Agency**

778917-WILSR01A - MSW

### EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _DAGMAR CECHVALOVA_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   _inventa Patent and Trademark Agency Ltd_
   _Palisady 50_
   _811 06 Bratislava_
   _SLOVAKIA_

2. Date of retention: _____

3. Type of services provided (accounting, legal, etc.):

   _PATENT ATTORNEY_

4. Brief description of services to be provided:

   REPRESENTATION OF TRADEMARKS

5. Arrangements for compensation (hourly, contingent, etc.):

   PER CASE (INDIVIDUAL)

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ 0

   Date claim arose: 0

   Source of claim: 0

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: 0

   Status: 0

   Amount of Claim: $ 0

   Date claim arose: 0

   Source of claim: 0

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: 0

   No. of shares: 0

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: ∅

    Status: ∅

    Kind of shares: ∅

    No. of shares: ∅

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    ∅

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _November 18, 2015_

inventa
Patentová a známková kancelária s.r.o.
Palisády 50, 811 06 Bratislava
IČO: 46 948 473, DIČ: 2023677524
IČ DPH: SK2023677524

Name: _DAGMAR CERHVALOVD_
Title: _____
Company: _inventa Patent and Trademark Agency_
Address: _Palisady 50_
_811 06 BRATISLAVA, SLOVAKIA_
Telephone: _+4212 544 19167_
Facsimile: _+421 2321 444 45_

3

772537.05-WILSR01A - MSW