# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

October 31, 2015

QuickSilver, Inc.
5600 Argosy Circle
Huntington Beach, CA

| | |
|---|---|
| Invoice | 111689 |
| Client | 72779 |
| Matter | 00002 |
| | **JNP** |

RE:  Post-Petition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2015

| | |
|---|---|
| FEES | $38,391.00 |
| EXPENSES | $1,664.34 |
| **TOTAL CURRENT CHARGES** | **$40,055.34** |
| **BALANCE FORWARD** | **$33,383.90** |
| **TOTAL BALANCE DUE** | **$73,439.24** |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779     00002

Page:     2
Invoice 111689
October 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 1.00 | $1,025.00 |
| BL | Bankruptcy Litigation [L430] | 23.70 | $16,284.50 |
| CA | Case Administration [B110] | 26.20 | $7,335.00 |
| FN | Financing [B230] | 6.90 | $6,808.50 |
| PD | Plan & Disclosure Stmt. [B320] | 1.70 | $1,427.50 |
| RP | Retention of Prof. [B160] | 0.20 | $61.00 |
| RPO | Ret. of Prof./Other | 0.30 | $307.50 |
| SL | Stay Litigation [B140] | 9.60 | $5,142.00 |
| | | 69.60 | $38,391.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 7.40 | $1,665.00 |
| JAM | Morris, John A. | Partner | 875.00 | 2.00 | $1,750.00 |
| JMM | Mulvihill, Joseph M. | Associate | 395.00 | 7.10 | $2,804.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 9.70 | $2,182.50 |
| LDJ | Jones, Laura Davis | Partner | 1025.00 | 23.30 | $23,882.50 |
| MM | Molitor, Monica | Paralegal | 305.00 | 19.80 | $6,039.00 |
| SLP | Pitman, L. Sheryle | Case Man. Asst. | 225.00 | 0.30 | $67.50 |
| | | | | 69.60 | $38,391.00 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $3.25 |
| Delivery/Courier Service | $71.59 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    3
Invoice 111689
October 31, 2015

## Summary of Expenses

| Description | Amount |
|---|---|
| Filing Fee [E112] | $176.00 |
| Pacer - Court Research | $67.20 |
| Reproduction Expense [E101] | $770.80 |
| Reproduction/ Scan Copy | $575.50 |
| | $1,664.34 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 10/01/2015 | LDJ | AD | Review Chartock supplemental declaration in support of store closing sale | 0.40 | 1025.00 | $410.00 |
| 10/01/2015 | LDJ | AD | Review Ian Fredericks supplemental declaration in support of store closing sale | 0.40 | 1025.00 | $410.00 |
| 10/01/2015 | LDJ | AD | Review reply to limited objection of Taubman Landlords to store closing motion | 0.20 | 1025.00 | $205.00 |
| | | | | 1.00 | | **$1,025.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 10/01/2015 | KSN | BL | Prepare hearing binders for 10/6/15 hearing. | 0.20 | 225.00 | $45.00 |
| 10/02/2015 | LDJ | BL | Review matters scheduled for 10/6/15 hearing | 0.20 | 1025.00 | $205.00 |
| 10/02/2015 | KSN | BL | Prepare hearing binders for 10/6/15 hearing. | 2.00 | 225.00 | $450.00 |
| 10/02/2015 | JAM | BL | Review revised motion (.4); review e-mails re motion for Boardriders bonds (.2). | 0.60 | 875.00 | $525.00 |
| 10/02/2015 | MM | BL | Email exchange with Karen Neil regarding 10/6/15 hearing binder | 0.10 | 305.00 | $30.50 |
| 10/05/2015 | KSN | BL | Prepare hearing binders for 10/6/15 hearing. | 0.20 | 225.00 | $45.00 |
| 10/05/2015 | MM | BL | Confer with Karen Neil regarding amended agenda and hearing binder updates for Laura Davis Jones' regarding same | 0.10 | 305.00 | $30.50 |
| 10/06/2015 | LDJ | BL | Attend 10/6/15 hearing | 1.50 | 1025.00 | $1,537.50 |
| 10/06/2015 | KSN | BL | Prepare hearing binders for 10/14/15 hearing. | 0.30 | 225.00 | $67.50 |
| 10/08/2015 | MM | BL | Email exchange with Karen Neil regarding 10/14/15 hearing preparation | 0.10 | 305.00 | $30.50 |
| 10/09/2015 | LDJ | BL | Review matters scheduled for 10/14/15 hearing | 0.20 | 1025.00 | $205.00 |
| 10/09/2015 | KSN | BL | Prepare hearing binders for 10/14/15 hearing. | 2.50 | 225.00 | $562.50 |
| 10/13/2015 | LDJ | BL | Prepare for 10/14/15 hearing | 1.50 | 1025.00 | $1,537.50 |
| 10/13/2015 | KSN | BL | Prepare hearing binders for 10/14/15 hearing. | 0.70 | 225.00 | $157.50 |
| 10/14/2015 | LDJ | BL | Final preparation for 10/14/15 hearing | 1.20 | 1025.00 | $1,230.00 |
| 10/14/2015 | LDJ | BL | Attend 10/14/15 hearing | 5.80 | 1025.00 | $5,945.00 |
| 10/14/2015 | JMM | BL | Printing Judge Sontchi decision for Laura Davis Jones and send to Court | 0.20 | 395.00 | $79.00 |
| 10/22/2015 | KSN | BL | Prepare hearing binders for 11/17/15 hearing. | 0.20 | 225.00 | $45.00 |
| 10/26/2015 | LDJ | BL | Review matters scheduled for hearing on 10/28/15 | 0.20 | 1025.00 | $205.00 |
| 10/26/2015 | KSN | BL | Prepare hearing binders for 10/28/15 hearing. | 2.80 | 225.00 | $630.00 |
| 10/26/2015 | MM | BL | Email exchange with Karen Neil regarding 10/28/15 hearing agenda and hearing binders for Laura Davis | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    5
Invoice 111689
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Jones regarding same | | | |
| 10/26/2015 | MM | BL | Email to Laura Davis Jones and James E. O'Neill regarding 10/28/15 hearing binders | 0.10 | 305.00 | $30.50 |
| 10/28/2015 | LDJ | BL | Attend 10/28/15 hearing | 2.50 | 1025.00 | $2,562.50 |
| 10/28/2015 | KSN | BL | Prepare hearing binders for 11/17/15 hearing. | 0.30 | 225.00 | $67.50 |
| | | | | 23.70 | | $16,284.50 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 10/01/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Creditors' Committee per entry of appearance | 0.10 | 305.00 | $30.50 |
| 10/02/2015 | MM | CA | Coordinate 2002 service updates regarding amended notice of appearance filed by Macerich counsel | 0.10 | 305.00 | $30.50 |
| 10/02/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.2); email critical dates memo to James E. O'Neill and Laura Davis Jones and John A. Morris (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.00 | 305.00 | $305.00 |
| 10/05/2015 | SLP | CA | Maintain docket control. | 0.30 | 225.00 | $67.50 |
| 10/05/2015 | CJB | CA | Maintain document control. | 1.70 | 225.00 | $382.50 |
| 10/05/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 10/06/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.4); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.3) | 1.30 | 305.00 | $396.50 |
| 10/07/2015 | CJB | CA | Maintain document control. | 2.30 | 225.00 | $517.50 |
| 10/07/2015 | MM | CA | Coordinate 2002 service updates regarding counsel for First & Lenora | 0.10 | 305.00 | $30.50 |
| 10/07/2015 | MM | CA | Update dockets and review (.1); review daily | 1.00 | 305.00 | $305.00 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    6
Invoice 111689
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | | | |
| 10/08/2015 | CJB | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 10/08/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 10/08/2015 | MM | CA | Coordinate 2002 update regarding Rosenthal & Rosenthal | 0.10 | 305.00 | $30.50 |
| 10/12/2015 | CJB | CA | Maintain document control. | 0.60 | 225.00 | $135.00 |
| 10/12/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.90 | 305.00 | $274.50 |
| 10/13/2015 | MM | CA | Coordinate 2002 service data regarding counsel for Victoria Ward Ltd. | 0.10 | 305.00 | $30.50 |
| 10/13/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.6); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 1.20 | 305.00 | $366.00 |
| 10/14/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 10/15/2015 | CJB | CA | Maintain document control. | 0.60 | 225.00 | $135.00 |
| 10/15/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/15/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 10/16/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:     7
Invoice 111689
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | | | |
| 10/19/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.90 | 305.00 | $274.50 |
| 10/20/2015 | CJB | CA | Maintain document control. | 0.80 | 225.00 | $180.00 |
| 10/20/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/20/2015 | MM | CA | Coordinate 2002 service updates regarding City of El Paso and Dragon Crowd Garment | 0.10 | 305.00 | $30.50 |
| 10/20/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.90 | 305.00 | $274.50 |
| 10/21/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.50 | 305.00 | $152.50 |
| 10/21/2015 | MM | CA | Coordinate 2002 service updates per substitution of counsel regarding Taubman landlords | 0.10 | 305.00 | $30.50 |
| 10/21/2015 | MM | CA | Coordinate 2002 service updates regarding WRI Marshals Plaza | 0.10 | 305.00 | $30.50 |
| 10/22/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Weihai Textile | 0.10 | 305.00 | $30.50 |
| 10/22/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 10/23/2015 | CJB | CA | Maintain document control. | 0.40 | 225.00 | $90.00 |
| 10/23/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/23/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779     00002

Page:     8
Invoice 111689
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2015 | CJB | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 10/26/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 10/26/2015 | MM | CA | Coordinate 2002 service updates regarding Parigi Group | 0.10 | 305.00 | $30.50 |
| 10/27/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/27/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.5); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.30 | 305.00 | $396.50 |
| 10/27/2015 | MM | CA | Email to Linda Miazza regarding adjustment to 2002 data regarding Committee counsel | 0.10 | 305.00 | $30.50 |
| 10/28/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 10/29/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/29/2015 | MM | CA | Coordinate 2002 service data updates regarding Blue Diamond Crossing | 0.10 | 305.00 | $30.50 |
| 10/29/2015 | MM | CA | Coordinate 2002 updates regarding G & S Realty | 0.10 | 305.00 | $30.50 |
| 10/29/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.90 | 305.00 | $274.50 |
| 10/30/2015 | CJB | CA | Maintain document control. | 0.60 | 225.00 | $135.00 |
| 10/30/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1) | 0.30 | 305.00 | $91.50 |
| | | | | 26.20 | | $7,335.00 |

**Financing [B230]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2015 | LDJ | FN | Review Taubman Landlords joinder in Macerich objection to financing | 0.10 | 1025.00 | $102.50 |

Pachulski Stang Ziehl & Jones LLP                                            Page:     9
Quiksilver                                                                   Invoice 111689
72779      00002                                                            October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2015 | LDJ | FN | Review Federal Realty joinder to Macerich objection to financing | 0.10 | 1025.00 | $102.50 |
| 10/01/2015 | LDJ | FN | Review Macerich objection to financing | 0.30 | 1025.00 | $307.50 |
| 10/09/2015 | LDJ | FN | Review Committee objection to financing and PSA | 1.30 | 1025.00 | $1,332.50 |
| 10/09/2015 | LDJ | FN | Review DIP issues | 2.50 | 1025.00 | $2,562.50 |
| 10/11/2015 | LDJ | FN | Telephone call with Van Durrer regarding DIP issues | 0.30 | 1025.00 | $307.50 |
| 10/11/2015 | LDJ | FN | Telephone call with John A. Morris regarding DIP | 0.20 | 1025.00 | $205.00 |
| 10/11/2015 | JAM | FN | Review objection to DIP (.4); telephone conference with V. Durrer, L. Jones re DIP objection (.3); telephone conference with L. Jones re DIP objection (1.) | 0.80 | 875.00 | $700.00 |
| 10/13/2015 | LDJ | FN | Review omnibus reply to joint objection of Committee to financing and PSA | 0.40 | 1025.00 | $410.00 |
| 10/13/2015 | LDJ | FN | Review Committee declaration in support of financing and PSA objection | 0.30 | 1025.00 | $307.50 |
| 10/13/2015 | LDJ | FN | Review Committee joint objection to financing and assumption of PSA | 0.40 | 1025.00 | $410.00 |
| 10/23/2015 | MM | FN | Email exchange with Laura Davis Jones and Linda Miazza regarding 10/26/15 telephonic hearing regarding DIP and CourtCall registration regarding same | 0.20 | 305.00 | $61.00 |
| | | | | 6.90 | | $6,808.50 |

### Plan & Disclosure Stmt. [B320]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/13/2015 | LDJ | PD | Review plan | 1.20 | 1025.00 | $1,230.00 |
| 10/14/2015 | JMM | PD | Research regarding plan support agreements | 0.50 | 395.00 | $197.50 |
| | | | | 1.70 | | $1,427.50 |

### Retention of Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2015 | MM | RP | Email to Laura Davis Jones and James E. O'Neill regarding Cert of No Obj. regarding PSZ&J retention application | 0.10 | 305.00 | $30.50 |
| 10/05/2015 | MM | RP | Confer with James E. O'Neill regarding retention of PSZ&J | 0.10 | 305.00 | $30.50 |
| | | | | 0.20 | | $61.00 |

### Ret. of Prof./Other

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2015 | LDJ | RPO | Telephone call with Durc Savini regarding PJ Solomon retention, US Trustee issues | 0.30 | 1025.00 | $307.50 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    10

Invoice 111689

October 31, 2015

|  |  |  |  | 0.30 |  | $307.50 |
|---|---|---|---|---|---|---|

## Stay Litigation [B140]

| Date | Init | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2015 | LDJ | SL | Further revisions to stay relief motion | 0.30 | 1025.00 | $307.50 |
| 10/01/2015 | JMM | SL | Revising lift stay motion regarding Skadden comments | 1.10 | 395.00 | $434.50 |
| 10/01/2015 | JMM | SL | Revising motion to shorten regarding Skadden comments | 0.60 | 395.00 | $237.00 |
| 10/01/2015 | JMM | SL | Emails to Laura Davis Jones and John Morris regarding Skadden comments | 0.10 | 395.00 | $39.50 |
| 10/02/2015 | LDJ | SL | Review and revise stay motion | 0.40 | 1025.00 | $410.00 |
| 10/02/2015 | JMM | SL | Incorporating Skadden Comments to lift stay motion | 1.30 | 395.00 | $513.50 |
| 10/05/2015 | LDJ | SL | Review motion for stay relief | 0.30 | 1025.00 | $307.50 |
| 10/05/2015 | LDJ | SL | Review motion to shorten regarding motion for stay relief | 0.30 | 1025.00 | $307.50 |
| 10/05/2015 | JAM | SL | E-mails with L. Jones, J. Mulvihill re Euro Notes filings. | 0.30 | 875.00 | $262.50 |
| 10/05/2015 | JMM | SL | Update to lift stay motion | 0.20 | 395.00 | $79.00 |
| 10/05/2015 | JMM | SL | Update to motion to shorten | 0.20 | 395.00 | $79.00 |
| 10/05/2015 | JMM | SL | Correspondence with Skadden regarding filing | 0.10 | 395.00 | $39.50 |
| 10/05/2015 | JMM | SL | Correspondence with Laura Davis Jones and John Morris regarding filing | 0.20 | 395.00 | $79.00 |
| 10/05/2015 | JMM | SL | Call with Annie Li from Skadden | 0.10 | 395.00 | $39.50 |
| 10/05/2015 | JMM | SL | Conversations regarding service on shortened notice | 0.30 | 395.00 | $118.50 |
| 10/05/2015 | JMM | SL | Edits to motions and preparing for filing | 0.60 | 395.00 | $237.00 |
| 10/06/2015 | LDJ | SL | Review and comment on revised stay relief motion, proposed order | 0.30 | 1025.00 | $307.50 |
| 10/06/2015 | JAM | SL | E-mails with L. Jones, J. Mulvihill re Euro bonds motions. | 0.30 | 875.00 | $262.50 |
| 10/06/2015 | JMM | SL | Drafting notice of order to shorten time | 0.60 | 395.00 | $237.00 |
| 10/06/2015 | JMM | SL | Incorporating comments from Laura Davis Jones | 0.40 | 395.00 | $158.00 |
| 10/06/2015 | JMM | SL | Email to Skadden regarding notice | 0.10 | 395.00 | $39.50 |
| 10/06/2015 | JMM | SL | Email and conversation with Diane Potts regarding service of filing | 0.10 | 395.00 | $39.50 |
| 10/06/2015 | JMM | SL | Email to KCC regarding service of notice | 0.10 | 395.00 | $39.50 |
| 10/12/2015 | JMM | SL | Email to James E. O'Neill regarding stay motion | 0.10 | 395.00 | $39.50 |
| 10/13/2015 | LDJ | SL | Telephone call with John Beck regarding stay relief motion | 0.20 | 1025.00 | $205.00 |
| 10/13/2015 | MM | SL | Email exchange with Karen Neil regarding 10/14/15 hearing (.2); email to James E. O'Neill and Laura | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779   00002

Page:   11
Invoice 111689
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Davis Jones regarding sealed declaration of M. Genereux (.1); review amended agenda (.2) | | | |
| 10/13/2015 | MM | SL | Email exchange with Laura Davis Jones regarding proposed order regarding lift stay motion (.1); email to Linda Miazza regarding docket reference in caption of order (.1) | 0.20 | 305.00 | $61.00 |
| 10/13/2015 | MM | SL | Prepare order regarding lift stay motion and refer same to Laura Davis Jones; email to Laura Davis Jones regarding same | 0.10 | 305.00 | $30.50 |
| 10/13/2015 | JMM | SL | Emails with Skadden regarding stay relief order | 0.20 | 395.00 | $79.00 |
| | | | | 9.60 | | $5,142.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                        $38,391.00

Pachulski Stang Ziehl & Jones LLP                    Page:    12
Quiksilver                                           Invoice 111689
72779    00002                                       October 31, 2015

## Expenses

| Date | | Description | Amount |
|------|---|---|---|
| 10/01/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/01/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 10/01/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/01/2015 | RE | ( 29 @0.10 PER PG) | 2.90 |
| 10/01/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/01/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 10/01/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/01/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 10/01/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/01/2015 | RE | ( 64 @0.10 PER PG) | 6.40 |
| 10/01/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/02/2015 | RE | ( 136 @0.10 PER PG) | 13.60 |
| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 22 @0.10 PER PG) | 2.20 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779     00002

Page:     13
Invoice 111689
October 31, 2015

| | | | |
|---|---|---|---|
| 10/02/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 10/02/2015 | RE | ( 55 @0.10 PER PG) | 5.50 |
| 10/02/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 10/02/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/02/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 10/02/2015 | RE | ( 183 @0.10 PER PG) | 18.30 |
| 10/02/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/02/2015 | RE | ( 96 @0.10 PER PG) | 9.60 |
| 10/02/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 10/02/2015 | RE | ( 23 @0.10 PER PG) | 2.30 |
| 10/02/2015 | RE | ( 43 @0.10 PER PG) | 4.30 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

| 10/02/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/02/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE | ( 45 @0.10 PER PG) | 4.50 |
| 10/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 10/02/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE | ( 21 @0.10 PER PG) | 2.10 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    15
Invoice 111689
October 31, 2015

| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 13 @0.10 PER PG) | 1.30 |
| 10/02/2015 | RE | ( 44 @0.10 PER PG) | 4.40 |
| 10/02/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/02/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 10/02/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/02/2015 | RE | ( 28 @0.10 PER PG) | 2.80 |
| 10/02/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/02/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 10/02/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 10/02/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

| 10/02/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 10/02/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/02/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/05/2015 | RE | ( 336 @0.10 PER PG) | 33.60 |
| 10/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/05/2015 | RE | ( 278 @0.10 PER PG) | 27.80 |
| 10/05/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/05/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/05/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/05/2015 | RE | ( 70 @0.10 PER PG) | 7.00 |
| 10/05/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 10/06/2015 | DC | 72779.00001 Digital Legal Charges for 10-06-15 | 6.50 |
| 10/06/2015 | RE | ( 143 @0.10 PER PG) | 14.30 |
| 10/06/2015 | RE | ( 182 @0.10 PER PG) | 18.20 |
| 10/06/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/06/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/06/2015 | RE2 | SCAN/COPY ( 165 @0.10 PER PG) | 16.50 |
| 10/06/2015 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    17
Invoice 111689
October 31, 2015

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 10/07/2015 | FF | Filing Fee [E112] USBC-DE, Filing Fee, LDJ | 176.00 |
| 10/07/2015 | RE | ( 65 @0.10 PER PG) | 6.50 |
| 10/07/2015 | RE | ( 39 @0.10 PER PG) | 3.90 |
| 10/07/2015 | RE | ( 173 @0.10 PER PG) | 17.30 |
| 10/07/2015 | RE | ( 105 @0.10 PER PG) | 10.50 |
| 10/07/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/07/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 10/07/2015 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 10/07/2015 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 10/07/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/07/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/07/2015 | RE2 | SCAN/COPY ( 122 @0.10 PER PG) | 12.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

| 10/07/2015 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 10/07/2015 | RE2 | SCAN/COPY ( 95 @0.10 PER PG) | 9.50 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 10/07/2015 | RE2 | SCAN/COPY ( 170 @0.10 PER PG) | 17.00 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/07/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/08/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/08/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/08/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    19
Invoice 111689
October 31, 2015

| Date | | Description | Amount |
|---|---|---|---|
| 10/08/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/08/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/08/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/08/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/08/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2015 | RE | ( 122 @0.10 PER PG) | 12.20 |
| 10/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/09/2015 | RE | ( 84 @0.10 PER PG) | 8.40 |
| 10/09/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/09/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 10/09/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/09/2015 | RE | ( 53 @0.10 PER PG) | 5.30 |
| 10/09/2015 | RE | ( 21 @0.10 PER PG) | 2.10 |
| 10/09/2015 | RE | ( 44 @0.10 PER PG) | 4.40 |
| 10/09/2015 | RE | ( 938 @0.10 PER PG) | 93.80 |
| 10/09/2015 | RE | ( 53 @0.10 PER PG) | 5.30 |
| 10/09/2015 | RE | ( 144 @0.10 PER PG) | 14.40 |

Pachulski Stang Ziehl & Jones LLP                     Page:    20
Quiksilver                                            Invoice 111689
72779    00002                                        October 31, 2015

| | | | |
|---|---|---|---|
| 10/09/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 10/09/2015 | RE | ( 156 @0.10 PER PG) | 15.60 |
| 10/09/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/09/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 10/09/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/09/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/11/2015 | CC | Conference Call [E105] AT&T Conference Call, LDJ | 1.80 |
| 10/11/2015 | RE2 | SCAN/COPY ( 82 @0.10 PER PG) | 8.20 |
| 10/11/2015 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 10/12/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 10/12/2015 | RE | ( 92 @0.10 PER PG) | 9.20 |
| 10/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/12/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/12/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/12/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/12/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/13/2015 | CC | Conference Call [E105] AT&T Conference Call, LDJ | 1.45 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

| 10/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/13/2015 | RE | ( 116 @0.10 PER PG) | 11.60 |
| 10/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/13/2015 | RE | ( 186 @0.10 PER PG) | 18.60 |
| 10/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/14/2015 | DC | 72779.00001 Digital Legal Charges for 10-14-15 | 18.00 |
| 10/14/2015 | DC | 72779.00001 Digital Legal Charges for 10-14-15 | 21.09 |
| 10/14/2015 | DC | 72779.00001 Digital Legal Charges for 10-14-15 | 6.50 |
| 10/14/2015 | DC | 72779.00001 Digital Legal Charges for 10-14-15 | 6.50 |
| 10/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/14/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/14/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/14/2015 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 10/14/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

| | | | |
|---|---|---|---:|
| 10/14/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/14/2015 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 10/14/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/15/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/15/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/15/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/15/2015 | RE | ( 461 @0.10 PER PG) | 46.10 |
| 10/15/2015 | RE2 | SCAN/COPY ( 461 @0.10 PER PG) | 46.10 |
| 10/16/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/16/2015 | RE | ( 23 @0.10 PER PG) | 2.30 |
| 10/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/19/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/19/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/19/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    23
Invoice 111689
October 31, 2015

| 10/19/2015 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 10/19/2015 | RE2 | SCAN/COPY ( 80 @0.10 PER PG) | 8.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/19/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 10/19/2015 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 10/19/2015 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/20/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/20/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/20/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |

Pachulski Stang Ziehl & Jones LLP                    Page:   24
Quiksilver                                           Invoice 111689
72779    00002                                       October 31, 2015

| 10/20/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/21/2015 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 10/21/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/22/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/22/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/22/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/22/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 10/22/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 10/22/2015 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 10/22/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/22/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 10/23/2015 | RE | ( 246 @0.10 PER PG) | 24.60 |
| 10/23/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/26/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 10/26/2015 | RE | ( 208 @0.10 PER PG) | 20.80 |
| 10/26/2015 | RE | ( 1391 @0.10 PER PG) | 139.10 |
| 10/26/2015 | RE | ( 13 @0.10 PER PG) | 1.30 |
| 10/26/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    25
Quiksilver                                                          Invoice 111689
72779    00002                                                     October 31, 2015

| | | | |
|---|---|---|---|
| 10/26/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/26/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/26/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/26/2015 | RE2 | SCAN/COPY ( 539 @0.10 PER PG) | 53.90 |
| 10/26/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/26/2015 | RE2 | SCAN/COPY ( 539 @0.10 PER PG) | 53.90 |
| 10/26/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/27/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 10/27/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/27/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 10/27/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 10/27/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/27/2015 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 10/27/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/27/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 10/27/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/27/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/27/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/28/2015 | DC | 72779.00001 Digital Legal Charges for 10-28-15 | 6.50 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    26
Invoice 111689
October 31, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/28/2015 | DC | 72779.00001 Digital Legal Charges for 10-28-15 | 6.50 |
| 10/28/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/28/2015 | RE2 | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |
| 10/28/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/28/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/28/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/28/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 10/28/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/28/2015 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 10/28/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/28/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/28/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/28/2015 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 10/28/2015 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 10/28/2015 | RE2 | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |
| 10/29/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/29/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/29/2015 | RE | ( 102 @0.10 PER PG) | 10.20 |
| 10/29/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/29/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/29/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    27
Invoice 111689
October 31, 2015

| 10/29/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
|---|---|---|---|
| 10/29/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/29/2015 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 10/29/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/29/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/29/2015 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 10/29/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/30/2015 | RE | ( 38 @0.10 PER PG) | 3.80 |
| 10/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/31/2015 | PAC | Pacer - Court Research | 67.20 |

**Total Expenses for this Matter**                    **$1,664.34**

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    28
Invoice 111689
October 31, 2015

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 10/31/2015

| | |
|---|---|
| Total Fees | $38,391.00 |
| Chargeable costs and disbursements | $1,664.34 |
| Total Due on Current Invoice..................... | $40,055.34 |

Outstanding Balance from prior Invoices as of 10/31/2015    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 111420 | 09/30/2015 | $32,947.50 | $436.40 | $33,383.90 |

| | |
|---|---|
| **Total Amount Due on Current and Prior Invoices** | $73,439.24 |