## EXHIBIT A

**Kahn Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| QUIKSILVER, INC., *et al.*, | : Case No. 15-11880 (BLS) |
|  | : |
| Debtors.[1] | : Jointly Administered |
|  | : |
|  | : **Related Docket No.** ___ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF PIERRE KAHN IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014 AND 2016, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-2 AUTHORIZING EMPLOYMENT AND RETENTION OF KPMG LLP AS THEIR ACCOUNTING AND INTERNAL AUDIT ADVISORS, *NUNC PRO TUNC* TO THE PETITION DATE

I, Pierre Kahn, being duly sworn, deposes and says:

1.    I am a Certified Public Accountant and a partner of KPMG LLP, a professional services firm ("KPMG"). KPMG is the United States member firm of KPMG International, a Swiss cooperative. I submit this declaration (the "Declaration") on behalf of KPMG in support of the application (the "Application")[2] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for entry of an order, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), authorizing the Debtors to retain and

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

employ KPMG as accounting and internal audit advisors to the Debtors *nunc pro tunc* to the Petition Date. I have personal knowledge of the matters set forth herein.[3]

## Qualifications of Professionals

2.      KPMG is a firm of independent public accountants as defined under the Code of Professional Conduct of the American Institute of Certified Public Accountants.

3.      The Debtors have selected KPMG as their accounting and internal audit advisors because of the firm's diverse experience and extensive knowledge in the fields of accounting, taxation, and operational controls for large sophisticated companies both in chapter 11 as well as outside of chapter 11.

4.      The Debtors have employed KPMG since 2012.   By virtue of its prior engagements, KPMG is familiar with the Debtors and their business and with the books, records, financial information and other data maintained by the Debtors and is qualified to continue to provide accounting advisory and internal audit services to the Debtors.   As such, retaining KPMG is an efficient and cost effective manner in which the Debtors may obtain the requisite services.

## Services to be Rendered

5.      Subject to approval of the Application, pursuant to three agreements between KPMG and one or more of the Debtors, specifically an engagement letter dated April 27, 2015 along with an addendum dated November 19, 2015 (the "Internal Audit Engagement Letter," attached to the Application as Exhibit B), an engagement letter  dated November 10, 2015 (the "Accounting Advisory Engagement Letter," attached to the Application as Exhibit C, and together with the Internal Audit Engagement Letter, the "Engagement Letters"), KPMG will

---

[3]      Certain of the disclosures herein relate to matters within the knowledge of other professionals at KPMG.

provide accounting advisory and internal audit services as KPMG and the Debtors shall deem appropriate and feasible in order to advise the Debtors in the course of the Chapter 11 Cases, including, but not limited to the following:

**Accounting Advisory Services**

    i.    Assist Debtors with planning an approach, consideration of alternatives, research, analysis, implementation and documentation related to accounting and report the emergence from chapter 11 and related bankruptcy transactions;

    ii.    Assist in the preparation of the financial statements and footnotes;

    iii.    Provide support to Debtors in the following areas:

        a.    Assistance with the preparation of whitepapers that document the Debtors' conclusions on accounting issues, key assumptions, methodologies and outcomes;

        b.    Assistance with Debtors' assessment of historical accounting for stock compensation expenses, particularly as it relates to historical forfeiture assumptions;

        c.    Assistance with the assembly and documentation of support to facilitate the financial statement audit effort;

        d.    Identification of differences between book and tax balances and determination of deferred tax assets and liabilities that arise from the reorganization; and

        e.    Assistance with the push down of valuation results and plan effects into the Debtors' sub-ledgers, books and records.

**Internal Audit Services**

    i.    Testing of the Debtors' Information Technology General Controls ("ITGC") for roll-forward and year-end in the United States and Russia including, but not limited to:

        a.  Documentation planning assistance – Internal Control over Financial Reporting ("ICOFR") evaluation process with the objective of assisting Debtors in planning for the documentation project, defining project level tasks, resources, timelines and milestones, identifying key Debtors' managers to participate in interviews and workshops,

scheduling interviews, meetings and/or workshops with Debtors' managers/personnel;

b.  Indirect entity-level control documentation assistance – ICOFR evaluation process with the objective to assist Debtors in documenting/preparing updates to the indirect entity-level controls ("ELC's") in place and performing a gap analysis against a recognized framework, risk assessment, and monitoring components, documenting deficiencies identified in gap analysis, and providing preliminary observations and recommendations regarding indirect ELCs, preparing draft deliverables and presenting to the project sponsor for concurrence, revising deliverables, gaining approval from project sponsor and presenting final deliverables;

c.  Direct entity and transaction level control documentation assistance – ICOFR evaluation process with the objective to assist Debtors in documenting/preparing updates to Debtors' ICOFR at the direct entity and transaction level for in-scope locations, business units, processes, accounts and disclosures, and performing a gap analysis against control reference sources, document the deficiencies in the gap analysis, providing preliminary observations and recommendations regarding activity level controls, preparing draft deliverables, presenting to the project sponsor for concurrence, revising deliverables, gaining approval from project sponsor and presenting final deliverables.

ii.  Testing of the Debtors' controls – ICOFR evaluation assisting the Debtors with performing tests of the design and operating effectiveness of the Debtors' ICOFR. Debtors' management will determine the nature, timing and extent of ICOFR tests to be performed in conjunction with the Debtors' project sponsor's responsibilities under Section 404 of the Sarbanes-Oxley Act including but not limited to the following:

a.  Phase 1 - Assist Debtors' management in its determination of testing scope, approach and detailed program, agree on testing approach with the Debtors' project sponsor, assist Debtors' management in the development of a detailed testing program;

b.  Phase 2 - Perform tests and document results, perform test procedures and document results of test procedures in a format agreed to by Debtors' management via the project sponsor;

c.  Phase 3: Develop draft deliverable summarizing test procedures and results of those procedures, present draft deliverable to the Debtors' project sponsor for detailed review and concurrence.

4

      iii.    Loan Staff Services

          a.  KPMG will assist the Debtors' personnel in a loan staff capacity in supporting its ICOFR services.

6.       In addition to the foregoing, KPMG will provide such other consulting, advice, research, planning, and analysis regarding accounting advisory and internal audit services as may be necessary, desirable or requested from time to time.[4]

7.       Finally, prior to the Petition Date KPMG provided certain data-hosting services on behalf of the Debtors, which were terminated shortly after the filing of these bankruptcy cases (the "Data Hosting Services"). KPMG does not seek to continue to provide the Data Hosting Services.

8.       The Services contemplated under the Engagement Letters are necessary to enable the Debtors to properly fulfill their duties as debtors in possession. To date, KPMG has committed significant effort and resources toward providing such Services for the Debtors. Accordingly, the Debtors believe that KPMG has the necessary background to effectively and efficiently serve as the accounting and internal audit advisor for the Debtors in the Chapter 11 Cases. In light of the foregoing, the Debtors have requested that KPMG perform the Services set forth in the Engagement Letters, subject to this Court's approval of the Application, and KPMG desires and is willing and able to serve as the Debtors' accounting and internal audit advisors and

---

[4]   Although, by this Application, the Debtors are seeking to retain KPMG to provide such other consulting, advice, research, planning, analysis regarding accounting advisory services as may be necessary, desirable or requested from time to time, internal KPMG procedures require that KPMG enter into additional engagement letters for additional work under certain circumstances. To the extent the Debtors request additional services not covered by the Engagement Letters, KPMG and the Debtors may enter into additional engagement letters, as is necessary, and file, for disclosure purposes, such additional engagement letters with the Court. Unless required by the Court, the Debtors and KPMG do not intend to seek separate retention orders with regard to any additional engagement letters. Instead, any additional engagement letters will be filed with the Court and served on the applicable notice parties, absent any objections filed within fourteen (14) days after the filing and service of such supplemental declarations or affidavits, KPMG's employment shall continue as authorized pursuant to the Proposed Order.

to perform the Services described above in the Chapter 11 Cases.

## Efforts to Avoid Duplication of Services

9.        The services that KPMG will provide to the Debtors will be complementary, rather than duplicative, of the services to be performed by other professionals in these Chapter 11 Cases. I understand that Deloitte Tax LLP ("Deloitte Tax") will be serving as tax advisors to the Debtors; in contrast, KPMG's tax work conducted as part of the Accounting Advisory Services will be limited to assisting the Debtors in identifying differences between book and tax balances and determination of deferred tax assets and liabilities that arise from the reorganization – a task that Deloitte Tax will not be performing. I also understand that Deloitte & Touche LLP ("Deloitte & Touche") will be serving as independent auditors to the Debtors. In contrast, KPMG's audit work will be limited to its Internal Audit Services. By definition, these functions will not, and cannot, overlap.

## Disinterestedness of Professionals

10.       Based upon information supplied by Debtors' counsel, KPMG searched its client database from May 2, 2005 and forward to identify any connection or relationship with the parties listed on Schedule 1 (the "Potential Parties-In-Interest"), attached hereto and incorporated herein, which lists the following categories:

        a.   Debtors and affiliates (including Non-Debtor Affiliates);
        b.   Directors and officers of the debtors and affiliates (current and previous two years);
        c.   Agent and all current members of any bank or other lending group;
        d.   Holders of the 30 largest unsecured claims;
        e.   Equity holders (holding stake of 5% or more);
        f.   Cash Management Banks (other than Lenders);
        g.   Hedge Counterparties;
        h.   JV Counterparties;
        i.   Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties;

      j.    Possible purchasers/investors and liquidators;

      k.    Landlords of the debtors;

      l.    Major customers of the debtors;

      m.    Major/critical vendors of the debtors (over $100k);

      n.    Insurance Carriers, Insurance Brokers, and Premium Finance Parties;

      o.    Major Utility providers of the Debtor;

      p.    Local, State and Federal Taxing Authorities;

      q.    Other parties in interest not otherwise listed, e.g., material contract, lease, or license counterparties, potential litigation parties;

      r.    Judges and Trustees; and

      s.    Committee of Unsecured Creditors.

11.      KPMG's review consisted of queries of an internal computer database containing names of individuals and entities that are present or recent and former clients of KPMG in order to identify potential relationships.[5] This database includes engagement activity or potential engagement activity from May 2, 2005 forward. A summary of those current potential relationships that KPMG was able to identify using its reasonable efforts is reflected in Schedule 2 attached hereto.[6] On an ongoing basis, KPMG will conduct further reviews of its professional contacts as it becomes aware of new parties of interest, as is stated below. To the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, KPMG neither holds nor represents an interest adverse to the Debtors' estates that would impair KPMG's ability to objectively perform professional services for the Debtors, in accordance with section 327 of the Bankruptcy Code.

---

[5]    As set forth in paragraph 15, KPMG is the United States member firm of KPMG International, a Swiss cooperative of independent member firms. While KPMG is a separate and distinct legal entity from all other member firms of KPMG International, in an attempt to identify conflicts among or between KPMG International member firms, KPMG International has a global conflict internal computer database related to the engagement activity or potential engagement activity of a majority of such member firms since May 2, 2005 that allows KPMG International member firms to identify potential conflicts between other KPMG International member firms. Financial information pertaining to engagement activity is the proprietary and confidential information of each individual member firm and KPMG does not have any legal right to access, or if accessed, disclose, such information relating to other KPMG International member firms.

[6]    Schedule 2 contains a list of the relationships or potential relationships of all KPMG International member firms (as opposed to solely KPMG) and one or more of the parties set forth on Schedule 1.

12.     To the best of my knowledge, KPMG is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that, KPMG:

    a.  is not a creditor, an equity security holder, or an insider of the Debtors;

    b.  is not and was not, within two years before the date of filing of the Chapter 11 Cases, a director, officer, or employee of the Debtors; and

    c.  does not hold or represent an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

13.     To the best of my knowledge, except as set forth herein and in Schedule 2 attached hereto and incorporated herein by reference, (a) KPMG has no connections with the Potential Parties-In-Interest; and (b) the KPMG partners and professionals working on these matters are not relatives of and have no known connection with the United States Trustee of the District of Delaware or of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware.

14.     KPMG has in the past been retained by, and presently provides and likely in the future will provide services for, certain creditors of the Debtors, other parties-in-interest and their respective attorneys and accountants in matters unrelated to such parties' claims against the Debtors or interests in the Chapter 11 Cases.  KPMG currently performs, has previously performed or may have performed such services for the entities listed in Schedule 2, however, except as disclosed herein, such services, to the extent performed by KPMG, are unrelated to the Debtors or the Chapter 11 Cases.

15.    KPMG has not provided, and will not provide, any professional services to any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to the Chapter 11 Cases.

16.    Given the large number of parties in interest in these Chapter 11 Cases, and despite KPMG's effort to identify and disclose KPMG's relationships with any such parties in interest, KPMG is unable to state with certainty that every client relationship or other connection has been disclosed. In this regard, if any new material facts or relationships are discovered or arise, KPMG shall promptly file a supplemental declaration, as required by Local Bankruptcy Rule 2014-1(a).

17.    With respect to the prepetition services provided by KPMG, the Debtors have paid KPMG approximately $277,177.50, including a retainer in the amount of $50,000, in the ninety (90) days prior to the Petition Date. As of the Petition Date, $0 of the retainer amount remained. As of the Petition Date, approximately $82,852 was outstanding with respect to invoices issued by KPMG to the Debtors prior to the Petition Date. KPMG has agreed to waive amounts owed for professional services rendered prior to the Petition Date, contingent upon approval of the Application.

18.    KPMG is the United States member firm of KPMG International, a Swiss cooperative of member firms, each a separate legal entity, located worldwide. Only KPMG is being retained in these matters. KPMG cannot assure that an engagement will not be accepted by a foreign member firm of KPMG International for another party that may bear upon KPMG's engagement by the Debtors. However, to the extent KPMG is aware of such engagement and believes such engagement may bear upon KPMG's engagement by the Debtors, KPMG will file a supplemental declaration with the Bankruptcy Court. KPMG is aware that the member firms

9

located in France and in Australia are providing similar internal audit services to non-debtor affiliates of the Debtors pursuant to separate engagement letters with those non-debtor affiliates.

19.       From time to time, KPMG may use the services of certain professionals from the other member firms of the KPMG network of independent firms and firms and entities controlled by, or under common control with, one or more such member firms (collectively, "KPMG Parties") when necessary to the performance of its professional duties and services to the Debtors. The use of such professionals allows KPMG to maximize resources and minimize costs to the Debtors' estates. KPMG will pay such KPMG Parties directly for the use of such professionals, and will include such amounts in its fee application at KPMG cost without any mark-up or increase.[7]

20.       In addition, from time to time, KPMG may use independent contractors, such as software providers. However, KPMG will not profit from the use of such persons.

21.       As part of its practice, KPMG appears in many cases, proceedings, and transactions involving many different law firms, financial consultants, and investment bankers in matters unrelated to the Chapter 11 Cases. KPMG has not identified any material relationships or connections with any law firm, financial consultant or investment banker involved in the Chapter 11 Cases that would cause it to be adverse to the Debtors, the Debtors' estates, any creditor or any other party-in-interest. If and when additional information becomes available with respect to any other relationships which may exist between KPMG, foreign member firms of KPMG International, or their partners and professionals and the Debtors, creditors, or any other parties in interest which may affect the Chapter 11 Cases, KPMG will file a supplemental

---

[7]    Prior to the Petition Date, through a KPMG International member firm agreement, KPMG utilized the services of KPMG (Russia) in support of KPMG's internal audit services for the Debtors. KPMG intends to continue to work with KPMG (Russia) to assist in the performance of such internal audit services.

declaration describing such information with this Court.

## Professional Compensation

22.     KPMG's requested compensation for professional services rendered to the Debtors will be based upon the hours actually expended by each assigned staff member at each staff member's hourly billing rate. In the normal course of KPMG's business, the hourly rates are subject to periodic increase. To the extent such hourly rates are increased, KPMG requests that, with respect to the work to be performed after such increase, the rates listed below be amended to reflect the increase. The Debtors have agreed to compensate KPMG for professional services rendered at its normal and customary hourly rates, subject to the reductions discussed below.

23.     The majority of fees to be charged in for accounting advisory services reflect a reduction of approximately 30% - 40% from KPMG's normal and customary rates, depending on the types of services to be rendered.[8] The hourly rates for accounting advisory services to be rendered by KPMG and applicable herein are as follows:

| Accounting Advisory Services | Discounted Rate |
|---|---|
| Partners | $710 |
| Managing Directors | $600 |
| Directors/Senior Managers | $560 |
| Managers | $460 |
| Senior Associates | $350 |

---

[8]     If in connection with any subsequent engagement letters, KPMG is retained to perform additional services at different rates, such rates will be disclosed in connection with the relevant engagement letters. As stated above, KPMG and the Debtors do not intend to seek separate retention orders with regard to any such engagement letters.

11

| Associates | $295 |
|---|---|

24.     The majority of fees to be charged for internal audit services reflect a reduction of approximately 50% - 60% from KPMG's normal and customary rates, depending on the types of services to be rendered. For loan staff resources, KPMG will provide the Debtors with a Senior Associate to be billed at the Senior Associate rate noted below; for all other services, the hourly rates for internal audit services to be rendered by KPMG and applicable herein are as follows:

| **Internal Audit Services** | **Discounted Rate** |
|---|---|
| Partners | $365 |
| Directors | $350 |
| Managers | $290 |
| Senior Associates | $250 |
| Associates | $150 |
| Para-professionals | $100 |

25.     The fee to be charged for Russia personnel in supporting the Debtors' ICOFR services in Russia will be billed at a senior associate rate of $200/hour.

26.     KPMG also will seek reimbursement for reasonable necessary expenses incurred, which shall include meals, lodging, travel, photocopying, third-party database fees, VAT charge by member firm used to assist KPMG with ICOFR services, delivery service, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

27.     Finally, although KPMG does not believe the Data Hosting Services were professional services that require court approval, out of an excess of caution, KPMG will include in its first fee application the amount of $7,448.70, representing the postpetition costs incurred in

connection with maintaining and terminating this service.

28.     KPMG intends to apply to the Court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to this Court's approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, United States Trustee Guidelines, and any other applicable procedures and orders of this Court. KPMG has agreed to accept as compensation such sums as may be allowed by the Court and understands that interim and final fee awards are subject to approval by the Court.

29.     Except as set forth in paragraphs 19 and 20 herein, (a) no commitments have been made or received by KPMG with respect to compensation or payment in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code; and (b) there is no agreement or understanding between KPMG and any other entity, other than a member, partner or regular associate of KPMG, for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

30.     KPMG has agreed to modify the Engagement Letters, including the Standard Terms and Conditions attached thereto, during the course of the Chapter 11 Cases as set forth in the proposed order attached to the Application.

31.     This Declaration is provided in accordance with sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1.

## [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury that, to the best of my knowledge, information, and belief, and after reasonable inquiry, the foregoing is true and correct.

Dated:    December 22, 2015
          Los Angeles, California

By: _____
        Pierre Kahn
        KPMG LLP
        550 South Hope Street, Suite 1500
        Los Angeles, CA 90071

**SCHEDULE 1**
**QUIKSILVER, INC., et al.**
**List of Potential Parties-In-Interest**

(1) **Debtors and affiliates**

Debtors
DC Direct, Inc.
DC Shoes, Inc.
Fidra, Inc.
Hawk Designs, Inc.
Mt. Waimea, Inc.
QS Optics, Inc.
QS Retail, Inc.
QS Wholesale, Inc.
Quiksilver Entertainment, Inc.
Quiksilver Wetsuits, Inc.
Quiksilver, Inc.
A&G Realty Partners, LLC
ICR, LLC

Non-Debtor Affiliates
54th Street Holdings SARL
Biarritz Holdings SARL
Boardrider S.A.
Boardriders Club Bratislava s.r.o.
Caribbean Pty. Ltd.
Caribo SARL
Chloelys Investment Ltd.
DC (Shanghai) Commercial Co. Ltd.
DC Shoes (Hong Kong) Ltd.
DC Shoes (NZ) Limited
DC Shoes Australia Pty. Ltd.
Distribution s.r.o.
Drop In SARL
Emerald Coast
Fistral Oy
Haapiti SRL
Hanalei NV
Kauai GmbH
Kokolo SARL
Lanai, Ltd.
Main Bridge
Meribel SAS
Molokai Ltd.
Mountain & Wave SARL
Na Pali SAS
Na Pall Europe SARL
Namotu, Ltd
New Pier Trading Ltd.
Pavilion Prod. Pty. Ltd.
Pilot SAS
PT Quiksilver
Pukalani BV
QS Holdings SARL
QS Retail (NZ) Limited
QS Retail (Taiwan) Ltd.
QS Retail (Thailand) Ltd.
QS Retail, Pty. Ltd.
QSBR Inudstria e Comerico de Artigos
Esportivos Ltda.
QSJ Holdings Pty. Ltd.

Quiksilver Asia Sourcing Co Ltd.
Quiksilver Asia Sourcing Ltd.
Quiksilver Aus. Pty. Ltd.
Quiksilver Canada Corp.
Quiksilver Deluxe SARL
Quiksilver Do Brasil Franqueadora Ltda.
Quiksilver Foundation Australia Pt. Ltd.
Quiksilver Glorious Ltd.
Quiksilver Glorious Sun Apparels Ltd.
Quiksilver Glorious Sun JV Ltd.
Quiksilver Glorious Sun Licensing Ltd.
Quiksilver Glorious Sun Trading
Quiksilver Greater China Ltd.
Quiksilver Intl. Pty. Ltd
Quiksilver Japan K.K.
Quiksilver Roxy Korea Ltd.
Quiksilver Singapore Ltd
Quiksilver Travel
Rawaki sp. Zoo
Santocha Ltd.
Sumbawa SL
Sunshine Diffusion SA
Tarawa Lda.
Tavarua SCI
Uf Mfg. Co. (NZ) Ltd.
Ug Mfg. Co. Pty. Ltd.
Uluwatu Arps
UMTT Pty. Ltd.
Vanuatu GmbH

(2) **Directors and officers of the debtors and affiliates (current and previous two years)**

Directors:
Andrew Sweet
Joseph Berardino
Michael Clarke
Pierre Agnes
Robert McKnight
Steven Langman
William Barnum

Former Directors (3 years):
Andrew Sweet
Bernd Beetz
Brad Holman
Charles Exon
Elizabeth Dolan
James Ellis
Paul Speaker
Richard Shields
Robert Mettler

Officers and Managers:
Andrew Bruejnes
Barbara McAndrews
Craig Johnson
Greg Healy

Linnsey Caya
Pierre Agnes
Thomas Chambolle

Former Officers (1 year):
Alan Vickers
Andrew Mooney
Charles Exon
Richard Shields

**(3) Agent and all current members of any bank or other lending group**

Global ABL:
Bank of America, N.A.
Bank of America, National Association
GE Capital Finance Pty Ltd
GE Capital Markets
General Electric Capital Corporation
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Wells Fargo Bank, National Association
Wells Fargo Capital Finance
Corporation Canada

US Secured Notes:
AllianceBerstein LP
Arden Asset Management
Bank of Montreal
BofA Merrill Lynch
Credit Agricole
Danke Bank
Guggenheim Funds Distributors
Hancock Bank Trust Department
Harris Associates LP
Hotchkis & Wiley Capital Management
ING International Advisory SA
Janus Capital Management
Manulife Asset Management
Morgan Stanley
Morgan Stanley Dean Witter Advisors Inc
Permal Asset Management LLC
Pimco Canada Corp
Schroder Investment Management
Smith Barney Consulting Group
Stone Harbor Investment
TD Asset Management
U.S. Bank, N.A.
Wells Fargo Securities

US Unsecured Notes:
Advanced Series Trust
Allianz SE
Danske Bank A/S
Harris Associates LP
Hotchkis & Wiley Capital Management
ING Groep NV
ING International Advisory SA
Janus Capital Management LLC
Manulife Asset Management
Pinebridge Investments EUrope
Prudential Retirement Insurance and Annuity

Skandia Investment Management
Smith Barney Consulting Group
Stone Harbor Investment Part
Sun America Asset Management
T Rowe Price Associates
TD Asset Management Inc
U.S. Bank, N.A.
Valic Co I
Wells Fargo Bank, National Association

Euro Notes:
Alliance Bernstein LP
Allianz Global Investment of America LP
Alps Advisors Inc
Arden Asset Management
AXA
BPI Financial Corp
Danske Bank
Deustche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Deutsche Trustee Company Limited
Efigest Asset Management
ING Groep NV
ING International Advisory SA
Janus Capital Trust Mgmt Ltd
Morgan Stanley Investment Management
Permal Asset Management LLC
SCOR Global Investments SE
Societe Generale Corporate & Investment Banking
Stone Harbor Investment Partners
SydInvest International
UBS Investment Bank
Union Investment GMBH

**(4) Holders of the 30 largest unsecured claims**

3 Times Square Associates, LLC
404 West LLC
Andrew P. Mooney
C & K Trading Co., Ltd.
Carmichael International Service
Coins International Co. Ltd.
CPG Partners, LP
Deltina Trading Pty Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
Eastman Exports Global Clothing
Full Creative Co., Ltd
Hong Kong Hesheng Intl
Merry Link Development
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Northstar Sourcing Group HK Ltd
O'Melveny & Myers LLP
Original JY&T Co Ltd
Putian Xinxiesheng Footwear Co. Ltd
QTNP Apparels JSC
Robert McKnight
Samil Tong Sang Co.
Srinivasa Fashions Pvt Ltd

Sumec Textile and Light Industry Co.
U.S. Bank NA
Weihai Textile Import and Export Co
World Marketing, Inc.
Xiamen C&D Light Industry Co., Ltd
Zhejiang Xishi Jiafang Textile Co. Ltd.


**(5) Equity holders (holding stake of 5% or more)**

Invesco Ltd
Offshore Exploration and Production, LLC
PRIMECAP Management Company
Rhone Capital III
T Rowe Price Associates


**(6) Cash Management Banks (other than Lenders)**

Bank of America, N.A.


**(7) Hedge Counterparties**
None


**(8) JV Counterparties**

Charles Young
Glorious Sun Overseas Company Limited


**(9) Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties**

FTI Consulting, Inc.
Houlihan Lokey Capital Inc.
Kirkland & Ellis
Kurtzman Carson Consultants
Pachulski Stang Ziehl and Jones, LLP
Peter J. Solomon
Riemer & Braunstein, LLP
Akin Gump Strauss Hauer & Feld LLP
PJT Partners, LP


**(10) Possible purchasers/investors and liquidators**

Gordon Brothers Retail Partners, LLC
Hilco Merchant Resources, LLC
Oaktree Capital Management


**(11) Landlords of the debtors**

1021 Lincoln Road, Ltd
1955 South Casino Drive Holdings LLC
3 Times Square Associates, LLC

404 West LLC
570 Main Street, LLC
740 Associates Ltd
ABW Holdings LLC
Alfred A. Hunt Trusts
Americredit Financial Services
Andrew T Varlow
Annapolis Mall Limited Partnership
Aventura Mall Venture (Turnberry)
Banc of America Leasing Commercial
Baruch LLC
Boulevard Invest LLC
Boulevard Invest LLC
C&K Broadway 519 LLC
Calvin Felder
Canyon Crossing Dunhill LLC
Charlotte Outlets LLC
Chelsea Las Vegas Holdings LLC
Colorado Mills Mall Limited Partnership
Comtrans LTD
CP Deerfield LLC
CPG Houston Holdings
CPG Mercedes LP
CPG Partners, LP
Craig Realty Group Citadel LLC
Craig Realty Group Woodburn LLC
Del Amo Fashion Center Operating Company
Destiny USA Holdings, LLC
Disneyland Resort
Dolphin Mall Associates
El Paso Outlet Center LLC
Entertainment Center Development LLC
F.J. Felder
F/C Gilroy Development LLC
Fashion Outlet of Las Vegas, LLC
Fashion Outlets of Chicago, LLC
First & Lenora LLC
First Queensborough Shopping Centres Ltd.
Florida Mall Assoc. LTD
G&S Reality I, LLC
Gaslamp Phase One, LLC
Genevieve S. Felder
Glendale Galleria Mall
Glimcher Malibu, LLC
Gulf Coast Factory Shops Limited Partnership
Halele'a Family Limited Partnership
Halelea Family Limited Partnership
Hilco Real Estate LLC
Horizon Group Properties
Industrial Property Fund VII, LLC
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
Jersey Shore Premium Outlets, LLC
JG Elizabeth, LLC
Katy Mills Mall Limited Partnership
Laguna Beach Center LLC
Lahain Waterfront LLC
Le Carrefour Laval Leaseholds, Inc (Cadillac Fairview)
Loma Alta Corporation
Macerich Oaks LLC
Milen, LLC

Miromar Outlet East, LLC
Ontario Mills Limited Partnership
Ontrea, Inc (Cadillac Fairview)
Orlando Outlet Owner LLC
Oswald M. Treutler Holding LTD
Outlets at Traverse Mountain, LLC
Outrigger Hotel and Resorts
Outrigger Hotels Hawaii
Paragon Outlets Livermore Valley LLC
Peschke Realty Associates LLC
Phoenix Premium Outlets Exchange,
LLC
Pinewood Palm Beach Retail LLC
Prime Outlets at Pismo Beach LLC
Principle Life Insurance Co
Prospect Development LP
Queen Emma Land Company
Queens Market LLC
Quiksilver Home Base
Rossland Ten Corporation
Rouse F.S. LLC
RPAI Southwest Management LLC
Samis Foundation
Second Horizon Group Limited
Partnership
Seminole Properties, LLC
Silver Sands GL I LLC
Simon/Chelsea Vegas Development
Simon/Premium
South Coast Plaza
Sunrise Mills Limited Partnership
Tampa Westshore Associates LP
Tanger Properties Limited Partnership
Taubman Auburn Hills Associated
Limited Partnership
Taubman Realty Group LP
The Irvine Company LLC
The Outlet Collection (Niagara) Ltd.
The Shops at Wailea, LP
TSLV LLC
Universal CityWalk Hollywood
Universal Studios LLC
Villa San Clemente LLC
Walt Disney World Co
West County Commerce Realty Holding
Co LLC
West County Commerce, LLC
WV Sub, LLC

Pop-Up Stores:
Columbia Retail Dulles LLC
Federal Realty Investment Trust
FR Crow Canyon, LLC
FW CA-Bay Hill Shopping Center LLC
Hoadley Regency LLC
Lakeland Square Mall LLC
MCD-RC CA-El Cerrito LLC
Mt Shasta Mall
NewPark Mall, LP
RCFL Anatasia LLC
Regency Centers, LP
Regency Petaluma LLC
REQ8 Tassajara Crossing LLC
Rouse Properties, Inc.
RPI Chesterfield LLC

RW VA-Greenbriar Town Center LLC
Spring Hill Mall LLC
Tracy Mall Partners LP
Woodholme Properties Limited
Partnership

**(12) Major customers of the debtors**

Amazon
Comercial Madison SA
Famous Footwear
Genesco
Journey's
Macys
MARMAXX
Ross Stores, Inc.
Shoe Carnival Inc.
Sport Chek International
Winners Apparel Ltd.

**(13) Major/critical vendors of the debtors (over $100k)**

Adrem
AIT Freight Systems Inc
Anhui Z and A Import and Export Co
Aptos, Inc.
Asian Sourcing International Ltd
Aspiration Clothing
Bolar Hirsch & Jennings LLP
C & K Trading Co. Ltd.
Carmichael International Service
CCH Incorporated
China Smart Garment Limited
Ching Kung Him Wo Garment
Coins International Co. Ltd.
Comptroller of Maryland
Cores Accessories Ltd
Corporation Service Company
Dalian Utec Dress Co
Dane Reynolds Inc
Deloitte & Touche Products Company
Deloitte Tax LLP
Deltina Trading Pty Ltd
Diversified Distribution Systems
Domex Co. Ltd
Dragon Crowd Garment Inc
Dubhe Corporation
Duff & Phelps LLC
Dydrek Enterprises
East End Apparels
Eastman Exports Global Clothing
Everglory Int Grp App Inc
Federal Express Corp
Full Creative Co., Ltd
Fun Tees
Golden Bond Inc. Limited
GST Global Sports Tech
Hong Kong Hesheng Intl
J.A. Stowell Construction, Inc.
Jade Kingdom International Ltd
Jingzhou Mountain Leave Group
Kapilla Clothing Corp

KHQ Investment LLC
King Graphics
La Luminarc International Company
LEED Advisors, Inc.
Mailroom Finance, Inc
Massive Prints
Merry Link Development
Min Heng Apparel Ltd
Newtimes Far East
Ningbo Isun Fashion Co Ltd
Ningbo Seduno Import & Export
Company, Ltd
Northstar Sourcing Group HK Ltd
O'Melveny & Myers LLP
Original JY&T Co Ltd
Owens Sportswear Co Ltd
Parigi Group Ltd – Roxy Girls
PT Busana Prima Global
PT Tyfountex Indonesia
Putian Xinxiesheng Footwear Co. Ltd
QTNP Apparels JSC
Samil Tong Sang Co.
SAP Industries, Inc.
Sheico (Thailand) Co. Ltd.
Srinivasa Fashions Pvt Ltd
Tanya Impex
Tex Ray Industrial Co Ltd
Thomson Reuters
US Customs & Border Protection
Vertex, Inc.
Victory Footwear Co
Weihai Textile Import and Export Co
Xiamen C&D Light Industry Co., Ltd

**(14) Insurance Carriers, Insurance Brokers, and Premium Finance Parties**

ACE American Insurance Company
Affiliated FM Insurance Company
Allied World Assurance Company (U.S.) Inc.
Arthur J Gallagher & Co Insurance
Computershare Technology Services
Continental Casualty Company
Endurance Risk Solutions Assurance Co.
Expeditors Intl
Federal Insurance Company
Great Northern Insurance Company
Lloyd's of London
National Union Fire Insurance Company of Pittsburgh
Propel Insurance
RSUI Indemnity Company
Starr
U.S. Specialty Insurance Company
Willis Insurance Services
Willis Insurance Services of CA
Willis of New York, Inc
XL Insurance America, Inc.

**(15) Major Utility providers of the debtor**

Arakelian Enterprises, Inc.
AT&T
BGE
Brighthouse Network
Central Hudson Gas & Electric Corp
Charleston Water System
Cisco WebEx, LLC
City of Miami Beach
City of Pasadena
City of Santa Monica
Comed
Consolidated Communications
Consolidated Edison, Inc.
Constellation New Energy, Inc.
CR&R Inc
Duke Energy Florida Inc
E.J. Harrison & Sons
Eastern Municipal Water District
Florida Power & Light Company
Gila River Telecommunications
Granite Telecommunications, LLC
Gulf Power Company
Hawaiian Electric Co, Inc.
Hawaiian Telecom Inc
IESI NY Corporation
Industrial Retail Group (IRG)
Internatigonal Environmental
Jersey Central Power & Light (JCP&L)
JT Tech
Kaua'i Island Utility Cooperative
Keter Environmental Services, Inc
Lehi City Utilities
Level 3 Communications, LLC
Los Angeles Department of Water
Maui Disposal
Meco
MegaPath Inc.
Mesa Water District
Nevada Power Company
NexEra Energy
NJ Natural Gas Co
Northwest Natural Gas Company
Orange & Rockland Utilities Inc
Orlando Utilities Commission (OUC)
Pacific Gas and Electric Company
PacifiCorp
PAETEC (Windstream Corporation)
Park City Municipal Corp.
PG&E
Premiere Global Services, Inc. (PGi)
Puget Sound Energy
Questar Gas
Rainbow Environmental Services
Recology Golden Gate
Republic Silver State Disposal Serv
Royal Waste Services, Inc
Salish Network Inc
San Diego Gas & Electric (SDG&E)
San Francisco Public Utilities
Sawnee Electric Membership Corp
SCE&G
Seattle City Light
SMUD
Snohomish County PUD No 1

Snyderville Basin Water Reclamation District
South Walton Utility Co., Inc
Southern California Edison Co
Southern California Gas Company
Southwest Gas Corporation
Sprint
Sustainable Solutions Group
Telecheck Services, Inc.
Time Warner Cable
T-Mobile
Trico Disposal, Inc.
Verizon California
Verizon New York
Verizon Wireless Services, LLC
Waste Management Inc of Florida
Waste Management of California, Inc.
Waste Management of NW Florida


**(16) Local, State and Federal Taxing Authorities**

Anne Arundel County
Arizona Department of Revenue
Broward County Revenue Collector
California State Board of Equalization
California State Controller's Office
Charleston County Treasurer
City of Auburn Hills
City of Charleston
City of Elizabeth
City of Huntington Beach
City of Katy
City of Lakewood
City of Las Vegas
City of Los Angeles
City of Orlando
City of Pasadena
City of Philadelphia
City of Richmond
City of Santa Monica
City of Seattle
City of Sunrise
City of Sweetwater
City of Torrance
City of Winnipeg
Clark County Assessor
Clark County Department of Business
Colorado Department of Revenue
Commissioner of Revenue Services
Commonwealth of Virginia
County of Orange
County of Santa Clara
County of Ventura
CT Corporation System
David Piwonka, RTA Cypress
Delaware Secretary of State
Dept. of Financial Services State of Florida
Federal Wage & Labor Law Institute
Florida Department of Revenue
Fort Bend County Tax
Georgia Department of Revenue
Gila River Indian Community

Harris County
Harris-Fort Bend M.U.D. #4
Hawaii Department of Tax
Hawaii State Tax Collector
Hays County Tax Office
HSF Program
Illinois Department of Revenue
Internal Revenue Service
Jefferson County Treasurer
Kentucky State Treasurer
King County Treasury
Lee County Tax Collector
Los Angeles County Tax Collector
Massachusetts Department of Revenue
McInnes Cooper
Miami Dade County
Miami Dade Fire Rescue Department
Minister of Finance (Manitoba)
Minister of Revenue of Quebec
Ministry of Finance of Quebec
Nebraska Department of Revenue
Nevada Department of Taxation
New Jersey Division of Revenue
New York City Department of Finance
New York Department of Taxation
New York State Comptroller
New York State Sales Tax
North Carolina Department of Revenue
North Carolina Department of Revenue
Office of Finance, City of Los Angeles
Ohio Department of Taxation
Oklamhoma Tax Commission
Orange County Tax Collector
Orange County Treasurer
Park City Municipal Corp.
Party City Municipal Corp
Pennsylvania Department of Revenue
Pitkin County Treasurer
Receiver General - GST
Rhonda Skipper, Tax Collector
Richardson Kontogouris Emerson LLP
Riverside County Assessor
Sacramento County
San Bernardino County
San Diego County
San Luis Obispo County Tax Collector
South Carolina Department of Revenue
State Comptroller
State of California
State of Michigan
State of Minnesota Department of Revenue
State of New Jersey
Summit County Treasurer
Texas Comptroller of Public Accounts
Texas State Comptroller
Treasurer of Virginia
Utah County Treasurer
Utah State Tax Commission
Washington State


**(17) Other parties in interest not otherwise listed, e.g., material contract,**

**lease, or license counterparties,
potential litigation parties**

Litigation:
1ˢᵗ Place Team Sales, Inc.
Geotag
Glorious Sun Licensing Limited
Live Nation Merchandise Inc
Patricia Stockman-Sann
Rox Volleyball, Inc.
Temeka Inc
World Marketing, Inc.
Yusef Onder Erin


(18) **Judges and Trustees**

Benjamin Hackman Trial Attorney
Chief Judge Brendan L. Shannon
David Buchbinder Trial Attorney
Hannah M. McCollum Trial Attorney
Jane Leamy Trial Attorney
Judge Christopher S. Sontchi
Judge Kevin Gross
Judge Kevin J. Carey
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Juliet Sarkessian Trial Attorney
Linda Casey Trial Attorney
Mark Kenney Trial Attorney
Natalie Cox Trial Attorney
Richard Schepacarter Trial Attorney
T. Patrick Tinker Assistant U.S. Trustee
Tiiara Patton Trial Attorney
Timothy J. Fox, Jr. Trial Attorney


(19) **Committee of Unsecured Creditors**
New Generation Advisors, LLC
Simon Property Group, Inc.
Wilfrid Global Opportunity Fund
Brigade Capital Management, LP
CVI Opportunities Fund I, LLLP
Susquehanna Advisors Group, Inc.

**SCHEDULE 2**
**QUIKSILVER, INC., et al.**
**KPMG Relationships**

(1) **Debtors and affiliates**

Debtors
  DC Direct, Inc.
  DC Shoes, Inc.
  Fidra, Inc.
  Hawk Designs, Inc.
  Mt. Waimea, Inc.
  QS Optics, Inc.
  QS Retail, Inc.
  QS Wholesale, Inc.
  Quiksilver Entertainment, Inc.
  Quiksilver Wetsuits, Inc.
  Quiksilver, Inc.

Non-Debtor Affiliates
  Boardriders Club Bratislava s.r.o.
  Caribbean Pty. Ltd.
  Caribo SARL
  Chloelys Investment Ltd.
  DC Shoes Australia Pty. Ltd.
  Distribution s.r.o.
  Emerald Coast
  Haapiti SRL
  Hanalei NV
  Kauai GmbH
  Kokolo SARL
  Lanai, Ltd.
  Meribel SAS
  Molokai Ltd.
  Na Pali SAS
  Na Pall Europe SARL
  Namotu, Ltd
  New Pier Trading Ltd.
  Pavilion Prod. Pty. Ltd.
  Pilot SAS
  PT Quiksilver
  Pukalani BV
  QS Holdings SARL
  QS Retail (NZ) Limited
  QS Retail (Taiwan) Ltd.
  QS Retail (Thailand) Ltd.
  QS Retail, Pty. Ltd.
  QSJ Holdings Pty. Ltd.
  Quiksilver Asia Sourcing Co Ltd.
  Quiksilver Asia Sourcing Ltd.
  Quiksilver Aus. Pty. Ltd.
  Quiksilver Canada Corp.
  Quiksilver Deluxe SARL
  Quiksilver Greater China Ltd.
  Quiksilver Intl. Pty. Ltd
  Quiksilver Japan K.K.
  Quiksilver Singapore Ltd

  Rawaki sp. Zoo
  Sumbawa SL
  Sunshine Diffusion SA
  Tarawa Lda.
  Tavarua SCI
  Ug Mfg. Co. Pty. Ltd.
  UMTT Pty. Ltd.
  Vanuatu GmbH

(2) **Directors and officers of the**
**debtors and affiliates (current and**
**previous two years)**

Directors:
Michael Clarke
Robert McKnight
William Barnum

Former Directors (3 years):
Brad Holman
James Ellis
Richard Shields
Robert Mettler

Officers and Managers:
Craig Johnson

Former Officers (1 year):
Alan Vickers
Andrew Mooney
Richard Shields

(3) **Agent and all current members of**
**any bank or other lending group**

Global ABL:
  Bank of America, N.A.
  Bank of America, National Association
  GE Capital Finance Pty Ltd
  GE Capital Markets
  General Electric Capital Corporation
  Merrill Lynch, Pierce, Fenner & Smith
  Incorporated
  Wells Fargo Bank, National Association
  Wells Fargo Capital Finance Corporation Canada

US Secured Notes:
AllianceBerstein LP
  AllianceBerstein LP
  Arden Asset Management
  Bank of Montreal
  BofA Merrill Lynch
  Credit Agricole
  Danke Bank
  Guggenheim Funds Distributors

Hancock Bank Trust Department
Harris Associates LP
Hotchkis & Wiley Capital Management
ING International Advisory SA
Janus Capital Management
Manulife Asset Management
Morgan Stanley
Morgan Stanley Dean Witter Advisors Inc
Permal Asset Management LLC
Pimco Canada Corp
Schroder Investment Management
Smith Barney Consulting Group
Stone Harbor Investment
TD Asset Management
U.S. Bank, N.A.
Wells Fargo Securities

US Unsecured Notes:
Advanced Series Trust
Allianz SE
Danske Bank A/S
Harris Associates LP
Hotchkis & Wiley Capital Management
ING Groep NV
ING International Advisory SA
Janus Capital Management LLC
Manulife Asset Management
Pinebridge Investments EUrope
Prudential Retirement Insurance and Annuity
Skandia Investment Management
Smith Barney Consulting Group
Stone Harbor Investment Part
Sun America Asset Management
T Rowe Price Associates
TD Asset Management Inc
U.S. Bank, N.A.
Valic Co I
Wells Fargo Bank, National Association

Euro Notes:
Alliance Bernstein LP
Allianz Global Investment of America LP
Alps Advisors Inc
Arden Asset Management
AXA
BPI Financial Corp
Danske Bank
Deustche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Deutsche Trustee Company Limited
Efigest Asset Management
ING Groep NV
ING International Advisory SA
Janus Capital Trust Mgmt Ltd
Morgan Stanley Investment Management
Permal Asset Management LLC
SCOR Global Investments SE

Societe Generale Corporate & Investment
Banking
Stone Harbor Investment Partners
SydInvest International
UBS Investment Bank
Union Investment GMBH

**(4) Holders of the 30 largest unsecured claims**

Andrew P. Mooney
C & K Trading Co., Ltd.
Carmichael International Service
CPG Partners, LP
Dragon Crowd Garment Inc
Eastman Exports Global Clothing
Ningbo Isun Fashion Co Ltd
O'Melveny & Myers LLP
Robert McKnight
U.S. Bank NA
World Marketing, Inc.
Xiamen C&D Light Industry Co., Ltd

**(5) Equity holders (holding stake of 5% or more)**

Invesco Ltd
Offshore Exploration and Production, LLC
PRIMECAP Management Company
Rhone Capital III
T Rowe Price Associates

**(6) Cash Management Banks (other than Lenders)**

Bank of America, N.A.

**(7) Hedge Counterparties**
None provided

**(8) JV Counterparties**

Charles Young
Glorious Sun Overseas Company
Limited

**(9) Professionals to be employed in the case by the debtor, lenders, purchaser/sponsor, committees, or other key parties**

FTI Consulting, Inc.
Houlihan Lokey Capital Inc.
Kirkland & Ellis
Kurtzman Carson Consultants

Pachulski Stang Ziehl and Jones, LLP
Peter J. Solomon
Riemer & Braunstein, LLP
Akin Gump Strauss Hauer & Feld LLP
PJT Partners, LP

**(10) Possible purchasers/investors and liquidators**

Hilco Merchant Resources, LLC
Oaktree Capital Management

**(11) Landlords of the debtors**

ABW Holdings LLC
Americredit Financial Services
Banc of America Leasing Commercial
Boulevard Invest LLC
CPG Partners, LP
Del Amo Fashion Center Operating Company
Destiny USA Holdings, LLC
Disneyland Resort
Dolphin Mall Associates
El Paso Outlet Center LLC
Fashion Outlet of Las Vegas, LLC
Fashion Outlets of Chicago, LLC
Florida Mall Assoc. LTD
Glendale Galleria Mall
Glimcher Malibu, LLC
Hilco Real Estate LLC
Horizon Group Properties
Industrial Property Fund VII, LLC
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
JG Elizabeth, LLC
Katy Mills Mall Limited Partnership
Le Carrefour Laval Leaseholds, Inc (Cadillac Fairview)
Macerich Oaks LLC
Ontrea, Inc (Cadillac Fairview)
Outrigger Hotel and Resorts
Outrigger Hotels Hawaii
Principle Life Insurance Co
Prospect Development LP
Queen Emma Land Company
Queens Market LLC
Rouse F.S. LLC
RPAI Southwest Management LLC
Sunrise Mills Limited Partnership
Tampa Westshore Associates LP
Tanger Properties Limited Partnership
Taubman Auburn Hills Associated Limited Partnership
Taubman Realty Group LP
The Irvine Company LLC
The Shops at Wailea, LP
TSLV LLC

Universal Studios LLC
Villa San Clemente LLC
Walt Disney World Co
WV Sub, LLC

Pop-Up Stores:
Columbia Retail Dulles LLC
Federal Realty Investment Trust
FR Crow Canyon, LLC
FW CA-Bay Hill Shopping Center LLC
Hoadley Regency LLC
Lakeland Square Mall LLC
MCD-RC CA-El Cerrito LLC
NewPark Mall, LP
RCFL Anatasia LLC
Regency Centers, LP
Regency Petaluma LLC
REQ8 Tassajara Crossing LLC
Rouse Properties, Inc.
RPI Chesterfield LLC
RW VA-Greenbriar Town Center LLC
Spring Hill Mall LLC
Tracy Mall Partners LP
Woodholme Properties Limited Partnership

**(12) Major customers of the debtors**

Amazon
Comercial Madison SA
Famous Footwear
Genesco
Journey's
Macys
MARMAXX
Ross Stores, Inc.
Shoe Carnival Inc.
Sport Chek International

**(13) Major/critical vendors of the debtors (over $100k)**

Adrem
AIT Freight Systems Inc
Aptos, Inc.
Bolar Hirsch & Jennings LLP
C & K Trading Co. Ltd.
Carmichael International Service
CCH Incorporated
Comptroller of Maryland
Corporation Service Company
Deloitte & Touche Products Company
Deloitte Tax LLP
Deltina Trading Pty Ltd
Diversified Distribution Systems
Domex Co. Ltd

Dragon Crowd Garment Inc
Duff & Phelps LLC
Eastman Exports Global Clothing
Everglory Int Grp App Inc
Federal Express Corp
Fun Tees
KHQ Investment LLC
Mailroom Finance, Inc
Ningbo Isun Fashion Co Ltd
O'Melveny & Myers LLP
Parigi Group Ltd – Roxy Girls
SAP Industries, Inc.
Tex Ray Industrial Co Ltd
Thomson Reuters
US Customs & Border Protection
Vertex, Inc.
Xiamen C&D Light Industry Co., Ltd


**(14) Insurance Carriers, Insurance Brokers, and Premium Finance Parties**

ACE American Insurance Company
Affiliated FM Insurance Company
Allied World Assurance Company (U.S.) Inc.
Arthur J Gallagher & Co Insurance
Computershare Technology Services
Continental Casualty Company
Expeditors Intl
Federal Insurance Company
Great Northern Insurance Company
Lloyd's of London
National Union Fire Insurance Company of Pittsburgh
RSUI Indemnity Company
Starr
U.S. Specialty Insurance Company
Willis Insurance Services
Willis Insurance Services of CA
Willis of New York, Inc
XL Insurance America, Inc.


**(15) Major Utility providers of the debtor**

AT&T
BGE
Brighthouse Network
Central Hudson Gas & Electric Corp
Cisco WebEx, LLC
City of Miami Beach
City of Pasadena
City of Santa Monica
Comed
Consolidated Communications
Consolidated Edison, Inc.
Constellation New Energy, Inc.

Duke Energy Florida Inc
Eastern Municipal Water District
Florida Power & Light Company
Gila River Telecommunications
Granite Telecommunications, LLC
Gulf Power Company
Hawaiian Electric Co, Inc.
Hawaiian Telecom Inc
IESI NY Corporation
Industrial Retail Group (IRG)
Jersey Central Power & Light (JCP&L)
JT Tech
Lehi City Utilities
Level 3 Communications, LLC
Los Angeles Department of Water
Meco
MegaPath Inc.
Mesa Water District
Nevada Power Company
NexEra Energy
NJ Natural Gas Co
Northwest Natural Gas Company
Orange & Rockland Utilities Inc
Orlando Utilities Commission (OUC)
Pacific Gas and Electric Company
PacifiCorp
PAETEC (Windstream Corporation)
PG&E
Premiere Global Services, Inc. (PGi)
Puget Sound Energy
Questar Gas
Republic Silver State Disposal Serv
Royal Waste Services, Inc
San Diego Gas & Electric (SDG&E)
San Francisco Public Utilities
Seattle City Light
SMUD
Snohomish County PUD No 1
Southern California Edison Co
Southern California Gas Company
Southwest Gas Corporation
Sprint
Telecheck Services, Inc.
Time Warner Cable
T-Mobile
Verizon California
Verizon New York
Verizon Wireless Services, LLC
Waste Management Inc of Florida
Waste Management of California, Inc.
Waste Management of NW Florida


**(16) Local, State and Federal Taxing Authorities**

Anne Arundel County

Arizona Department of Revenue
Broward County Revenue Collector
California State Board of Equalization
California State Controller's Office
Charleston County Treasurer
City of Auburn Hills
City of Charleston
City of Elizabeth
City of Huntington Beach
City of Lakewood
City of Las Vegas
City of Los Angeles
City of Orlando
City of Pasadena
City of Philadelphia
City of Richmond
City of Santa Monica
City of Seattle
City of Sunrise
City of Torrance
City of Winnipeg
Clark County Assessor
Clark County Department of Business
Colorado Department of Revenue
Commissioner of Revenue Services
Commonwealth of Virginia
County of Orange
County of Santa Clara
County of Ventura
CT Corporation System
Delaware Secretary of State
Dept. of Financial Services State of Florida
Florida Department of Revenue
Fort Bend County Tax
Georgia Department of Revenue
Gila River Indian Community
Harris County
Hawaii Department of Tax
Hawaii State Tax Collector
Illinois Department of Revenue
Internal Revenue Service
Jefferson County Treasurer
Kentucky State Treasurer
King County Treasury
Lee County Tax Collector
Los Angeles County Tax Collector
Massachusetts Department of Revenue
McInnes Cooper
Miami Dade County
Miami Dade Fire Rescue Department
Minister of Revenue of Quebec
Ministry of Finance of Quebec
Nebraska Department of Revenue
Nevada Department of Taxation
New Jersey Division of Revenue
New York City Department of Finance
New York Department of Taxation

New York State Comptroller
New York State Sales Tax
North Carolina Department of Revenue
North Carolina Department of Revenue
Office of Finance, City of Los Angeles
Ohio Department of Taxation
Oklahoma Tax Commission
Orange County Tax Collector
Orange County Treasurer
Pennsylvania Department of Revenue
Pitkin County Treasurer
Riverside County Assessor
Sacramento County
San Bernardino County
San Diego County
San Luis Obispo County Tax Collector
South Carolina Department of Revenue
State Comptroller
State of California
State of Michigan
State of Minnesota Department of Revenue
State of New Jersey
Summit County Treasurer
Texas Comptroller of Public Accounts
Texas State Comptroller
Treasurer of Virginia
Utah County Treasurer
Utah State Tax Commission
Washington State

(17) **Other parties in interest not otherwise listed, e.g., material contract, lease, or license counterparties, potential litigation parties**

Litigation:
Geotag
Glorious Sun Licensing Limited
Live Nation Merchandise Inc
World Marketing, Inc.

(18) **Judges and Trustees**

N/A

(19) **Committee of Unsecured Creditors**
Simon Property Group, Inc.
CVI Opportunities Fund I, LLLP