## <u>EXHIBIT B</u>

**Internal Audit Engagement Letter**



**KPMG LLP**
Suite 700
20 Pacifica
Irvine, CA 92618-3391

Telephone  +1 949 885 5400
Fax        +1 949 885 5410
Internet   www.us.kpmg.com

April 27, 2015

**PRIVATE**

Mr. Thomas Chambolle
Chief Financial Officer

Mr. Joseph Berardino
Audit Committee Chairman

Quiksilver, Inc.
15202 Graham Street
Huntington Beach, California 92649

Dear Messrs. Chambolle and Berardino:

On behalf of KPMG LLP ("KPMG"), we appreciate the opportunity to provide Quiksilver, Inc. (Quiksilver) with professional services to assist management with Internal Audit Co-Source and Internal Control Over Financial Reporting (ICOFR) Testing. This letter, which serves as our engagement letter, and the attached standard terms and conditions, set forth the terms of our engagement.

**Objectives and Scope**

The objectives and scope of this engagement are to assist Quiksilver, as outlined in the Attachments A-1a, A-2, A-3, A-4 and A-5 to this engagement letter.

**Project Approach**

In light of the project objectives and scope previously outlined, a summary listing of the activities that KPMG may conduct are outlined in the Attachments A-1a, A-2, A-3, A-4 and A-5 to this engagement letter.

**KPMG's Roles and Responsibilities**

KPMG's role is to perform the tasks summarized in the "Project Approach" section of Attachments A-1a, A-2, A-3, A-4 and A-5 to this engagement letter and as directed by the Project Sponsor.

We will document the test procedures performed, the results of those procedures, and related supporting documentation in a work product that will be considered a deliverable.

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.



Quiksilver, Inc.
April 27, 2015
Page 2 of 6

KPMG will attend Audit Committee meetings with the Project Sponsor or participate in other meetings with Audit Committee members, as requested by the Project Sponsor.

**Deliverables**

The primary process outputs/deliverables for this engagement are outlined in Attachments A-1a, A-2, A-3, A-4 and A-5 to this engagement letter. The draft deliverables will be provided to the project sponsor for review, comment and approval prior to final delivery.

- Deliverables will not be prepared on KPMG letterhead or contain the KPMG logo or other references to KPMG. These deliverables may be prepared on Quiksilver letterhead or contain the Quiksilver logo, if instructed by the Project Sponsor.

- Each deliverable will be provided to the Project Sponsor and other members of senior management, as applicable, for their review. Management will take full responsibility for each deliverable and is solely responsible for classifying any control matters of concern as deficiencies, significant deficiencies or material weaknesses, if applicable. Each deliverable is considered an internal Quiksilver report or deliverable that may be distributed as management determines to be appropriate for its needs.

- KPMG may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this KPMG transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside Quiksilver. Should Quiksilver attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by KPMG or that the findings were based on input or test work provided by KPMG. Further KPMG's role in supporting Quiksilver's internal audit function or other projects may not be publicly disclosed (other than to Quiksilver's external auditor) without KPMG's written consent.

**Client Participation and Responsibilities**

During the development of this engagement letter, we have been guided by certain assumptions about the project scope, and level of Quiksilver's involvement and support.

Quiksilver's management is responsible for establishing and maintaining an effective internal control structure. Our assistance is intended to help management in fulfilling these responsibilities. Quiksilver's Audit Committee will review and approve the internal audit plan and provide final oversight for all testing activities.

Quiksilver's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided. The Project Sponsor is responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving, in conjunction with the Audit



Quiksilver, Inc.
April 27, 2015
Page 3 of 6

Committee, the service delivery plan; and for maintaining appropriate day-to-day oversight of the KPMG team. In addition, the Project Sponsor will have responsibility for reviewing and approving the engagement documentation and/or deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within Quiksilver's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

### Use of Quiksilver's Name in Marketing Materials

Quiksilver agrees that KPMG may list the company as a customer in its marketing materials. In addition, Quiksilver gives KPMG the right to use Quiksilver's logo on documents prepared for Quiksilver internally (e.g., internal presentations, etc.) or for internal KPMG presentations and intranet sites.

### Other Matters

KPMG will provide our services in accordance with the terms and conditions of this letter. Our services as outlined in this letter constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

### Sarbanes-Oxley Act of 2002

The following paragraph supersedes Paragraph 16(a) of the attached standard terms and conditions:

In accepting this engagement, the Client acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the Client's responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of Client management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the Client, the effectiveness of the internal control structure and procedures of the Client for financial reporting.



Quiksilver, Inc.
April 27, 2015
Page 4 of 6

**Key KPMG Resources**

**Engagement Partner.** Duleep Rodrigo will be your IA engagement partner responsible for the overall engagement quality of service Quiksilver receives during the conduct of this engagement. DJ Wilkins will serve as your IT engagement partner.

**Engagement Director.** Sami Salam will be the primary resource for coordinating our business process resources and Blake Elder, IT Director will coordinate all IT resources including all work procedures and deliverables.

**Engagement Staff.** We will also assign professionals with the necessary skills and experience to assist with on-site fieldwork as appropriate.

**Subject Matter Professionals.** We will assign professionals with the necessary subject matter knowledge and experience to assist with this engagement as appropriate.

**Timing and Professional Fees**

We are prepared to begin work upon receipt of a signed copy of this engagement letter and at a time mutually determined by Quiksilver and KPMG.

Our professional fees are based upon the specified skill level of the professionals providing the services and the amount of time and materials required to complete the engagement. The following table represents the hourly rates for the SOX and Special project assignments.

| Resource Level | SOX Blended Hourly Rate | Special Assignments/SMP Hourly Rate |
|---|---|---|
| Partner/Managing Director | | $305 |
| Director | $175 | $275 |
| Manager | | $225 |
| Senior Associate | | $180 |
| Associate | | $135 |

*rates for international resources and personnel with specific subject matter knowledge for non-IA projects, including investigations may differ and will be discussed and agreed upon with the Company before commencing work.

Based upon the level of the professionals and the estimated amount of time devoted to the engagement, we anticipate that our professional fees for assisting Quiksilver in completing the



Quiksilver, Inc.
April 27, 2015
Page 5 of 6

Internal Audit Co-Source and ICOFR testing services to approximate $350,000 (approximately 2000 hours) for fiscal year end October 31, 2015.

In addition to professional fees, KPMG will be reimbursed for out-of-pocket expenses. Out-of-pocket expenses include but are not limited to airfare, meals, accommodations, and administrative expenses. Throughout the engagement, we will submit semi-monthly invoices for fees and expenses incurred, with payment due upon receipt. You will be billed $50,000 upon commencement of our services, which will be credited against future invoices.

Scope changes or circumstances encountered during the engagement that warrant additional time and expense may cause us to adjust the above amounts. We will notify you of any such circumstances as they arise and obtain your approval and agreement before proceeding. Should management require additional hours, more professionals or a change in the anticipated staffing complement for this engagement, fees for such additional professionals or hours will be commensurate with the experience levels requested and utilized.

**Terms and Conditions**

This engagement is subject to the Standard Terms and Conditions in Attachment B.

* * * * * * *

If the terms of this engagement letter as set forth above are acceptable to you, please indicate your acceptance and authorization for KPMG to proceed with the related work by signing both copies of this letter in the appropriate space and returning one of the originals to me.

We look forward to working with Quiksilver. If we can provide you with any additional information, please feel free to contact me at (213) 817-3150.

Very truly yours,

KPMG LLP

Dileep C. Rodrigo
*Principal*

*Enclosures*:
Objective, Scope, Project Approach, and Deliverables
KPMG Standard Terms and Conditions



Quiksilver, Inc.
April 27, 2015
Page 6 of 6


This letter correctly sets forth the understanding of Quiksilver, Inc.

<u>ACCEPTED:</u>

**Quiksilver, Inc.**

_Thomas CHAMBOLLE_
Authorized Signature

_C.F.O._
Title

_April, 30th 2015_
Date

<u>ACCEPTED:</u>

**Quiksilver, Inc.**

_____
Authorized Signature

_____
Title

_____
Date



Quiksilver, Inc.
April 27, 2015
Page 6 of 6

This letter correctly sets forth the understanding of Quiksilver, Inc.

ACCEPTED:

**Quiksilver, Inc.**

_Thomas CHAMBOLLE_
Authorized Signature

_C.F.O._
Title

_April, 30th 2015_
Date

ACCEPTED:

**Quiksilver, Inc.**

_Josh F Berardini_
Authorized Signature

_Chair, audit committee_
Title

_May 6, 2015_
Date

### Co-sourcing Internal Audit

#### Objectives

The objective of our internal audit services is to assist Quiksilver on an ongoing basis, on behalf of the Audit Committee and the Project Sponsor (a senior member of management designated by Quiksilver), in performing specified internal audits to evaluate and help improve the effectiveness of risk management, control, and governance processes.

#### Scope

The scope of these services will be will be determined and agreed upon in writing prior to commencement, with the project sponsor.

#### Project Approach

KPMG will carry out internal audits as directed by the Project Sponsor. KPMG will execute portions of your internal audit plan as directed by the Project Sponsor and agreed to by KPMG, using our Internal Audit Services methodology.

#### Deliverables

KPMG will perform internal audits of selected areas, and will issue a report or deliverable at the end of each internal audit project. We will prepare each internal audit report or deliverable in a format agreed upon with the Project Sponsor, which will include observations, recommendations and management's responses.

Internal Audit Reports may include ratings based upon the criteria established and approved by Quiksilver's management:

| *Possible ratings and definitions.* **Rating** | **Description** |
|---|---|
| Strong | No critical or significant control matters of concern noted. |
| Satisfactory | No critical control matters of concern were noted, but some needed control enhancements and other issues were noted, that need to be addressed within a reasonable timeframe. |
| Needs improvement | One or more significant control matters of concern were noted, which, if not corrected promptly, could result in unacceptable levels of risk. |
| Unsatisfactory | One or more critical control matters of concern and/or a preponderance of important issues were noted that exposes the organization to an unacceptable level of risk. |

Attachment A-2

### Documentation/Documentation Updates Assistance – ICOFR Evaluation

**Objectives**

The objectives of this engagement are to assist Quiksilver in the following:

- **Documentation Planning Assistance – ICOFR Evaluation Process:** The objective is to:

  - Assist Quiksilver in planning for the documentation project

- **Indirect Entity-Level Control Documentation Assistance – ICOFR Evaluation Process:** The objective is to:

  - Assist Quiksilver in [documenting/preparing updates to] the indirect entity-level controls (ELCs) in place and performing a gap analysis against a recognized framework (e.g., COSO) – and provide observations and recommendations

- **Direct Entity- and Transaction-Level Control Documentation Assistance – ICOFR Evaluation Process:** The objective is to:

  - Assist Quiksilver in [documenting/preparing updates to] its internal control over financial reporting (ICOFR) at the direct entity- and transaction -level (those controls at the process, transaction and application level) for in-scope locations, business units, processes, accounts and disclosures, and performing a gap analysis against control reference sources and provide observations and recommendations

**Scope**

In-scope locations, business units, processes, accounts and disclosures include the following: United States of America, Australia, France, Mexico, and Russia.

**Project Approach**

In light of the project objectives and scope previously outlined, the following is a summary of the project approach:

- **Documentation Planning Assistance – ICOFR Evaluation Process:**

  - Assist client management in understanding and plan for the documentation process

  - Assist client management in defining project level tasks, resources, timelines and milestones

- Assist client management in identifying key client managers to participate in interviews and workshops

- Assist client management in scheduling interviews, meetings and/or workshops with selected client managers/personnel

- **Indirect Entity-Level Control ("ELC") Documentation Assistance – ICOFR Evaluation Process:**

  - Update the indirect ELCs currently in place and perform a gap analysis against a recognized framework (i.e. COSO), particularly relating to the control environment, risk assessment and monitoring components of COSO

  - Document the deficiencies identified in the gap analysis in the Deficiency Tracking Log

  - Provide preliminary observations and recommendations regarding indirect ELCs. Prepare draft deliverables and present to the project sponsor for concurrence. Revise deliverables, gain approval from project sponsor and present final deliverables

- **Direct ELC and Transaction-Level Control Documentation Assistance – ICOFR Evaluation Process:**

  - Update the direct ELC and transaction-level controls currently in place and perform a gap analysis against control reference sources

  - Document the deficiencies identified in the gap analysis in the Deficiency Tracking Log

  - Provide preliminary observations and recommendations regarding activity level controls. Prepare draft deliverables and present to the project sponsor for concurrence. Revise deliverables, gain approval from project sponsor and present final deliverables

## Deliverables

The deliverables for this engagement relating to this step are expected to include the following:

- **Documentation Planning Assistance – ICOFR Evaluation Process:**

  - No written deliverables are anticipated for this section due to much of the feedback and input will be oral and iterative and we will assist Quiksilver in developing their materials.

- **Indirect Entity-Level Control Documentation Assistance – ICOFR Evaluation Process:**

  - Controls Documentation Template

  - Complete Documentation Packets

  - Findings Tracking Log

    &#8211;  Controls Documentation Executive Summary

- **Direct ELC and Transaction- Level Control Documentation Assistance &#8211; ICOFR Evaluation Process:**

      &#8211;  Controls Documentation Template

      &#8211;  Complete Documentation Packets

      &#8211;  Findings Tracking Log

      &#8211;  Controls Documentation Executive Summary

## Testing of Controls – ICOFR Evaluation

### Objectives

The objective of this task is to assist Quiksilver with performing tests of the design and operating effectiveness of Quiksilver's ICOFR. The nature, timing and extent of ICOFR tests to be performed will be/has been determined by Quiksilver's management (via the Project Sponsor), in conjunction with their responsibilities under Section 404 of the Sarbanes-Oxley Act.

### Scope

In-scope locations, business units, processes, accounts and disclosures include the following: United States, Australia, Russia and France.

### Project Approach

In light of the project objectives and scope previously outlined, the following is a summary of the project approach. All of the following must be agreed upon and approved by management (via the Project Sponsor) prior to commencement of work on each phase indicated.

- **Phase 1:** Assist Management in its determination of Testing Scope, Approach and Detailed Program

  - Management is responsible for determining scope of testing (locations, processes). KPMG may/will assist Quiksilver in the summarization of financial and other information to help management understand scope considerations

  - Agree on testing approach with the Project Sponsor

  - Assist management in the development of a detailed testing program (including the specific controls and the nature, timing and extent of testing procedures) – final determination and approval of the testing program is the responsibility of the Project Sponsor

- **Phase 2:** Perform tests and document results

  - Perform test procedures

  - Document results of test procedures in a format agreed to by management via the Project Sponsor

- **Phase 3:** Develop draft deliverable

  - Develop draft deliverable summarizing test procedures (as agreed with the Project Sponsor) and results of those procedures. However, management is responsible for making final conclusions on the effectiveness of individual control objectives tested and on the severity of potential deficiencies or weaknesses identified, if any

  - Present draft deliverable to the Project Sponsor for detailed review and concurrence

**Deliverables**

- KPMG will provide a draft deliverable summarizing the test procedures performed (or reference to those procedures) and the results to the Project Sponsor. We will prepare each draft deliverable in a format agreed upon with the Project Sponsor. The deliverable may include conclusions on the individual control objectives tested based upon approved detailed criteria established by the Project Sponsor. In the event detailed criteria is not available, control objectives will be determined to be met only when all sample items tested are found to be functioning effectively. KPMG will not perform, or report upon, any evaluation of deficiencies for the purpose of determining whether they are significant deficiencies or material weaknesses, or comment with respect to potential impact upon management's interpretation of the results.

Attachment A-4

## Identify and Correct Deficiencies – ICOFR Evaluation

### Objectives

The objective of this engagement is to assist Quiksilver with the following:

- **Identify & Capture Control Deficiencies:** The objective is to:

    – Assist Quiksilver in identifying & capturing deficiencies

- **Evaluate Control Deficiencies:** The objective is to:

    – Assist Quiksilver in accumulating and categorizing deficiencies and/or process improvement opportunities resulting from tests of ICOFR

- **Plan, Prioritize & Develop Corrective Action Plans:** The objective is to:

    – Assist Quiksilver in developing and prioritizing potential corrective action plans to address the deficiencies or process improvement opportunities identified

- **Deploy Corrective Action Plans and Monitor Status:** The objective is to:

    – Assist Quiksilver with the execution of management's selected corrective action plans to address the deficiencies or process improvement opportunities identified

### Scope

Engagement scope includes the following: *United States, Australia, Russia and France.* Engagement scope regarding assistance with execution of management's corrective action plans will be determined by management, following assistance in obtaining management decisions regarding recommendations to be adopted and assistance in developing plans for corrective action, and included in an Addendum to this engagement letter.

### Project Approach

In light of the project objectives and scope previously outlined, the following is a summary of the project approach:

- **Identify & Capture Control Deficiencies:**

    – Assist client management in obtaining a listing of in-scope processes/locations where procedures have been performed to evaluate the design and/or operating effectiveness of internal control over financial reporting

    – Assist client management in accumulating observations and recommendations developed during documentation assistance as well as any observations and recommendations developed as part of ICOFR Testing Services

    – Obtain client management's criteria they will use to categorize deficiencies in ICOFR

- Assist client management in gathering information from evaluation of design and/or operating effectiveness at in-scope processes/locations and accumulate testing results into a listing, including observations and recommendations

- Attend meetings or workshops with client management where client management decides on categorization of each control deficiency identified

- **Evaluate Control Deficiencies:**
  - Provide information to client management to help them support client management's decision making process for evaluating deficiencies

  - Assist in documenting client management's decisions

- **Plan, Prioritize & Develop Corrective Action Plans:**
  - Assist client management in obtaining listings of control deficiencies, based on client management's decisions regarding categorization and prioritization

  - Assist client management in conducting meetings or workshops with client management to group control deficiencies into logical projects, identify client management's response and to assist in developing plans for acting on client management's response (i.e., corrective action plans) including scope, approach, timing, milestones and resources

  - Present corrective action plans to client management for review and approval

  - Incorporate feedback from client management and document their approval of corrective action plans

- **Deploy Corrective Action Plans and Monitor Status:**
  - Assist client management in understanding the client's needs relating to corrective action plan rollout assistance

  - Based on the client's needs, understand KPMG proprietary tools and resources that may be applicable

  - Involve KPMG personnel with appropriate skills and knowledge

  - Based on guidance provided in Engagement Project Management module (Initiate Engagement), initiate a new engagement to address the client's Project Rollout needs

**Deliverables**

The deliverables for this engagement are expected to include the following:

- **Identify & Capture Control Deficiencies:**
  - Deficiency Tracking Log

- A framework with which to evaluate and prioritize identified deficiencies and potential corrective action plans (if applicable)

- Listing of control deficiencies and process improvement opportunities (if applicable)

- **Evaluate Control Deficiencies:**
  - Deficiency Tracking Log

  - Listing of control deficiencies and process improvement opportunities (if applicable), including management's prioritization and response. Prioritization will be performed based on a process agreed upon by management.

- **Plan, Prioritize & Develop Corrective Action Plans:**
  - Deficiency Tracking Log

  - Listing of control deficiencies, including client management's prioritization and response

  - Project plan for corrective action rollout (including scope, timing, milestones and resources)

- **Deploy Corrective Action Plans and Monitor Status:**
  - Project planning materials and assistance

## COSO 2013 Evaluation Services

### Objectives

The objective of this engagement is to assist management in assessing  its current system of internal controls against the COSO 2013 Framework with respect to Internal Control Over Financial Reporting (ICOFR) and identifying where internal controls might not be present under the COSO 2013 Principles.  This engagement will include providing observations and recommendations to address gaps identified during the assessment.

### Scope

The scope of this engagement will include all processes performed at the following locations.[1]

- United States

- Australia

- Russia

- France

### Project Approach

In light of the project objectives and scope previously outlined, the following is a summary of the project approach:

#### Planning

- Define project approach, project schedule, communication protocols, and team resources; schedule interviews; and prepare documentation request list.

- Deliver COSO 2013 Framework training.

#### Data Collection and Review

- Map existing controls to the COSO 2013 Framework using the COSO 2013 Evaluation Template[2].

- Conduct interviews with control owners[3].

#### Assessment

---

[1] Adjust objectives and scope as necessary based on individual engagement needs.  For example, expand or limit the scope as necessary by subsidiary, locations, COSO component, etc.

[2] The extent of our work (from review of existing documentation to full walkthroughs of identified controls) should be determined by the engagement team.

[3] Interviews with others (for example, management, internal audit, compliance organization, etc.) may also be deemed necessary in this data collection and review phase.

- Identify gaps between existing controls and the COSO 2013 Framework.
- Compare the exisiting controls against the engagement team's understanding of leading practices.
- Validate and prioritize observations and recommendations with key stakeholders and control owners.

**Reporting**

- Summarize the results of our assessment in a report, including gaps identified, observations and recommendations.
- Assist management in developing transition/remediation plans for gaps identified during the Assessment phase.[4]

**Deliverables**

A draft deliverable will be provided to the project sponsor for review and comment prior to final delivery. The final deliverable for this engagement will be a report consisting of the following:

- Executive Summary – A high-level overview outlining the results of our assessment and agreed upon key observations and recommendations.
- Observations and Recommendations – Detail of gaps and our observations and recommendations for management's consideration.
- COSO 2013 Framework Training[5]
- COSO 2013 Transition/Remediation Plan

---

[4] Should the client request assistance in updating documentation (i.e. process flows, narratives, etc.), after gaps have been remediated, such assistance would be contracted for using Attachment A-2.

[5] Training materials may include presentation decks, handouts, templates, and other guidance materials. These deliverables may include the KPMG logo or other references to KPMG.

Attachment B

KPMG LLP Standard Terms and Conditions

# KPMG LLP
## Standard Terms and Conditions for Advisory and Tax Services

1. Services; Client Responsibilities.

(a) References herein to Client shall refer to the addressee of the Proposal or Engagement Letter to which these Standard Terms and Conditions are attached or incorporated (the "Engagement Letter") and references herein to KPMG shall refer to KPMG LLP, a Delaware registered limited liability partnership and the United States member firm of the KPMG network of independent firms (the "KPMG Network"). Client, its parent company and their affiliates, and their respective directors, officers, employees, and agents are collectively referred to herein as the "Client Parties." KPMG, the other member firms of the KPMG Network and firms and entities controlled by, or under common control with, one or more such member firms (collectively, the "Member Firms"), and their affiliates, and their respective partners, principals, employees, and agents are collectively referred to herein as the "KPMG Parties."

(b) It is understood and agreed that KPMG's services may include advice and recommendations; but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, Client. KPMG will not perform management functions or make management decisions for Client.

(c) If KPMG audits the financial statements of Client or provides any other attestation services to Client, the rules of the American Institute of Certified Public Accountants ("AICPA") require Client to agree to the following provisions of this Paragraph 1(c). In connection with KPMG's provision of services under the Engagement Letter, Client agrees that Client, and not KPMG, shall perform the following functions: (i) make all management decisions and perform all management functions; (ii) designate an individual who possesses suitable skill, knowledge and experience, preferably within senior management, to oversee such services, and to evaluate the adequacy and results of such services; (iii) accept responsibility for the results of such services; and (iv) establish and maintain internal controls over the processes with which such services are concerned, including monitoring on-going activities.

(d) Subsequent to the completion of this engagement, KPMG will not update its advice, recommendations or work product for changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof, or for subsequent events or transactions, unless Client separately engages KPMG to do so in writing after such changes or modifications, interpretations, events or transactions.

2. Tax on Services. All fees, charges and other amounts payable to KPMG under the Engagement Letter do not include any sales, use, excise, value added or other applicable taxes, tariffs or duties, payment of which shall be Client's sole responsibility, excluding any applicable taxes based on KPMG's net income or taxes arising from the employment or independent contractor relationship between KPMG and its personnel.

3. Termination. Either party may terminate the Engagement Letter at any time by giving written notice to the other party not less than 30 calendar days before the effective date of termination.

4. Ownership and Use of Deliverables.

(a) KPMG has created, acquired, owns or otherwise has rights in, and may, in connection with the performance of services under the Engagement Letter, use, provide, modify, create, acquire or otherwise obtain rights in, (i) concepts, ideas, methods, methodologies, procedures, processes, know-how, techniques, models, templates and software and (ii) the general elements of style, design, art work and graphics and content of general applicability included in KPMG's Deliverables (as defined below) or work product not specific to Client or the services under the engagement letter (collectively, the "KPMG Property"). KPMG retains all ownership and use rights in the KPMG Property. Client shall acquire no rights or interest in the KPMG Property, except as expressly provided in the next paragraph. KPMG acknowledges that KPMG Property shall not include any of Client's confidential information or tangible or intangible property, and KPMG shall have no ownership rights in such property.

(b) Except for KPMG Property, and upon full and final payment to KPMG under the Engagement Letter, the tangible items specified as deliverables or work product in the Engagement Letter including any intellectual property rights appurtenant thereto (the "Deliverables") will become the property of Client. If any KPMG Property is contained in any of the Deliverables, KPMG hereby grants Client a royalty-free, paid-up, non-exclusive, perpetual license to use such KPMG Property in connection with Client's use of the Deliverables. Client acknowledges and agrees that KPMG shall have the right to retain for its files copies of each of the Deliverables, subject to the provisions of Paragraph 11 below.

(c) Client acknowledges and agrees that any advice, recommendations, information, Deliverables or other work product provided to Client by KPMG in connection with the services under the Engagement Letter is intended for Client's sole benefit and KPMG does not authorize any other party to rely upon such advice, recommendations, information, Deliverables or other work product and any such reliance shall be at such party's sole risk. Client agrees that if it makes such advice, recommendations, information or work product available to any third party other than as expressly permitted by the Engagement Letter the provisions of Paragraph 8(b) shall apply unless Client provides the written notice to the third party in substantially the form of Appendix A hereto (the "Notice"), which Notice shall be acknowledged in writing by such third party and returned to Client. Upon request, Client shall provide KPMG with a copy of the foregoing Notice and acknowledgement and any notice and acknowledgement sent to Client by such third party as contemplated by the Notice. Client may only make a Deliverable bearing the "KPMG" name or logo available to a third party in its entirety. Notwithstanding the foregoing, (i) in the event of a disclosure made by Client that is required by law, that is made to a regulatory authority having jurisdiction over Client or that is made pursuant to Paragraph 18(a) below, no acknowledgement of the Notice shall be required and (ii) no Notice or acknowledgement shall be required with respect to disclosures expressly authorized by the Engagement Letter.

5. Warranties. KPMG's services under the Engagement Letter are subject to and will be performed in accordance with AICPA and other professional standards applicable to the services provided by KPMG under the Engagement Letter and in accordance with the

# KPMG LLP
## Standard Terms and Conditions for Advisory and Tax Services

terms thereof. KPMG disclaims all other warranties, either express or implied.

6  **Limitation on Damages.** Except for the respective indemnification obligations of Client and KPMG set forth herein, the liability of the Client Parties and the KPMG Parties to one another, on account of any actions, damages, claims, liabilities, costs, expenses or losses in any way arising out of or relating to the services performed under the Engagement Letter shall be limited to the amount of fees paid or owing to KPMG under the Engagement Letter. In no event shall any of the Client Parties or any of the KPMG Parties be liable for consequential, special, indirect, incidental, punitive or exemplary damages, costs, expenses, or losses (including, without limitation, lost profits and opportunity costs). For avoidance of doubt, any damages awarded against any of the Client Parties or the KPMG Parties based on a third party claim subject to indemnification hereunder shall not be subject to the disclaimer in the previous sentence. The provisions of this Paragraph shall apply regardless of the form of action, damage, claim, liability, cost, expense, or loss asserted, whether in contract, statute, tort (including but not limited to negligence) or otherwise.

7.  **Infringement.**

(a)  KPMG hereby agrees to indemnify, hold harmless and defend the Client Parties from and against any and all claims, liabilities, losses, expenses (including reasonable attorneys' fees), fines, penalties, taxes or damages (collectively "Liabilities") asserted by a third party against any of the Client Parties to the extent such Liabilities result from the infringement by the Deliverables (including any KPMG Property contained therein) of such third party's patents issued as of the date of the Engagement Letter, trade secrets, trademarks or copyrights. The preceding indemnification shall not apply to any infringement to the extent arising out of (i) use of the Deliverables other than in accordance with applicable documentation or instructions supplied by KPMG or other than for Client's internal business purposes; (ii) any alteration, modification or revision of the Deliverables not expressly agreed to in writing by KPMG; or (iii) the combination of the Deliverables with materials not supplied or approved by KPMG.

(b)  In case any of the Deliverables (including any KPMG Property contained therein) or any portion thereof is held, or in KPMG's reasonable opinion is likely to be held, to constitute infringement, KPMG may, within a reasonable time, at its option either: (i) secure for Client the right to continue the use of such infringing item; or (ii) replace, at KPMG's sole expense, such item with a substantially equivalent non-infringing item or modify such item so that it becomes non-infringing. In the event KPMG is, in its reasonable discretion, unable to perform either of the options described in clauses (i) or (ii) above, Client shall return the allegedly infringing item to KPMG, and KPMG's sole liability shall be to refund to Client the amount paid to KPMG for such item; provided that the foregoing shall not be construed to limit KPMG's indemnification obligation set forth in Paragraph 7(a) above.

(c)  The provisions of this Paragraph 7 state KPMG's entire liability and Client's sole and exclusive remedy with respect to any infringement or claim of infringement.

8.  **Indemnification.**

(a)  KPMG agrees to indemnify, hold harmless and defend the Client Parties from and against any and all Liabilities for physical injury to, or illness or death of, any person regardless of status, and damage to or destruction of any tangible property, which any of the Client Parties may sustain or incur, to the extent such Liabilities result from the negligence or willful misconduct of the KPMG Parties. Client agrees to indemnify, hold harmless and defend the KPMG Parties from and against any and all Liabilities for physical injury to, or illness or death of, any person regardless of status, and damage to or destruction of any tangible property, which any of the KPMG Parties may sustain or incur, to the extent such Liabilities result from the negligence or willful misconduct of the Client Parties.

(b)  In accordance with Paragraph 4(c), Client agrees to indemnify, defend and hold harmless the KPMG Parties from and against any and all Liabilities incurred or suffered by or asserted against any of the KPMG Parties in connection with a third party claim to the extent resulting from such party's reliance upon KPMG's advice, recommendations, information, Deliverables or other work product as a result of Client's disclosure of such advice, recommendations, information or work product without adhering to the notice requirements of Paragraph 4(c) above. The foregoing indemnification obligation shall apply regardless of whether the third party claim alleges a breach of contract, violation of statute or tort (including without limitation negligence) by KPMG.

(c)  The party entitled to indemnification (the "Indemnified Party") shall promptly notify the party obligated to provide such indemnification (the "Indemnifying Party") of any claim for which the Indemnified Party seeks indemnification. The Indemnifying Party shall have the right to conduct the defense or settlement of any such claim at the Indemnifying Party's sole expense, and the Indemnified Party shall cooperate with the Indemnifying Party. The party not conducting the defense shall nonetheless have the right to participate in such defense at its own expense. The Indemnified Party shall have the right to approve the settlement of any claim that imposes any liability or obligation other than the payment of money damages for which the Indemnifying Party has accepted responsibility.

9.  **Cooperation; Use of Information.**

(a)  Client agrees to cooperate with KPMG in the performance of the services under the Engagement Letter and shall provide or arrange to provide KPMG with timely access to and use of the personnel, facilities, equipment, data and information necessary for KPMG to perform the services under the Engagement Letter. The Engagement Letter may set forth additional details regarding KPMG's access to and use of personnel, facilities, equipment, data and information.

(b)  The Engagement Letter may set forth additional obligations of Client in connection with the services under the Engagement Letter necessary for KPMG to perform its obligations under the Engagement Letter. Client acknowledges that its failure to satisfy these obligations could adversely affect KPMG's ability to provide the services under the Engagement Letter.

(c)  Client acknowledges and agrees that KPMG will, in performing the services under the Engagement Letter, base its conclusions on the

## KPMG LLP
### Standard Terms and Conditions for Advisory and Tax Services

facts and assumptions that Client furnishes and that KPMG may use data, material, and other information furnished by or at the request or direction of Client without any independent investigation or verification and that KPMG shall be entitled to rely upon the accuracy and completeness of such data, material and other information. Inaccuracy or incompleteness of such data, material and other information furnished to KPMG could have a material adverse effect on KPMG's conclusions.

10. **Independent Contractor.** It is understood and agreed that each of the parties hereto is an independent contractor and that neither party is or shall be considered an agent, distributor or representative of the other. Neither party shall act or represent itself, directly or by implication, as an agent of the other or in any manner assume or create any obligation on behalf of, or in the name of, the other.

11. **Confidentiality.**

(a) "Confidential Information" means all documents, software, reports, data, records, forms and other materials obtained by one party (the "Receiving Party") from the other party (the "Disclosing Party") or at the request or direction of the Disclosing Party in the course of performing the services under the Engagement Letter: (i) that have been marked as confidential; (ii) whose confidential nature has been made known by the Disclosing Party to the Receiving Party; or (iii) that due to their character and nature, a reasonable person under like circumstances would treat as confidential. Notwithstanding the foregoing, Confidential Information does not include information which: (1) is already known to the Receiving Party at the time of disclosure by the Disclosing Party; (2) is or becomes publicly known through no wrongful act of the Receiving Party; (3) is independently developed by the Receiving Party without benefit of the Disclosing Party's Confidential Information; (4) relates to information provided by KPMG relating to the tax treatment or tax structure of any transaction; (5) the Receiving Party determines is required to be maintained or disclosed by the Receiving Party under sections 6011, 6111 or 6112 of the Internal Revenue Code ("IRC") or the regulations thereunder or under any similar or analogous provisions of the laws of a state or other jurisdiction; or (6) is received by the Receiving Party from a third party without restriction and without a breach of an obligation of confidentiality.

(b) The Receiving Party will deliver to the Disclosing Party or destroy all Confidential Information of the Disclosing Party and all copies thereof when the Disclosing Party requests the same, except for copies retained in work paper files or records, anything that may be stored in back up media or other electronic data storage systems, latent data and metadata. Except as otherwise set forth in this Paragraph 11 or Paragraph 15 below, the Receiving Party shall not disclose to any person, firm or entity any Confidential Information of the Disclosing Party without the Disclosing Party's express, prior written permission; provided, however, that notwithstanding the foregoing, the Receiving Party may disclose Confidential Information to the extent that it is required or necessary to be disclosed pursuant to a statutory or regulatory provision or court or administrative order, or, subject to appropriate conditions of confidentiality, to fulfill professional obligations and standards (including quality and peer review) or to submit and process an insurance claim.

(c) The KPMG Parties may aggregate Client information with information from other sources in connection with thought

leadership projects, to improve the delivery of services to clients and to allow clients to evaluate various business transactions and opportunities. The KPMG Parties will only use this information without attribution to Client and under circumstances where Client will not be identified as the source of the information.

(d) KPMG may also use Client information and information relating to the services rendered under the Engagement Letter for the purpose of permitting the KPMG Parties to access and share knowledge and information solely among the KPMG Parties. The KPMG Parties receiving this information will be obligated to comply with confidentiality obligations with respect to such information in accordance with this Paragraph 11.

(e) Each party shall exercise the same level of care to protect the other's information as it exercises to protect its own confidential information but in no event less than reasonable care, except to the extent that applicable law or professional standards impose a higher requirement.

(f) If the Receiving Party receives a subpoena or other validly issued administrative or judicial demand requiring it to disclose the Disclosing Party's Confidential Information, the Receiving Party shall, unless prohibited by law, provide prompt written notice to the Disclosing Party of such demand in order to permit it to seek a protective order. So long as the Receiving Party gives notice as provided herein, the Receiving Party shall be entitled to comply with such demand to the extent required by law, subject to any protective order or the like that may have been entered in the matter. In the event the Receiving Party is requested to testify or produce its documents relating to the services under the Engagement Letter pursuant to subpoena or other legal process in judicial or administrative proceedings to which it is not a party, or in connection with an informal inquiry or investigation with the consent of the Disclosing Party, the Disclosing Party shall reimburse the Receiving Party for its time and expenses, including reasonable attorney's fees, incurred in responding to such requests.

12. **Assignment.** Subject to Paragraph 15 below, neither party may assign, transfer or delegate any of its rights or obligations without the prior written consent of the other party, such consent not to be unreasonably withheld.

13. **Governing Law; Severability.** The Engagement Letter and these Standard Terms and Conditions shall be governed by and construed in accordance with the laws of the State of New York, without regard to its conflict of laws provisions. In the event that any term or provision of the Engagement Letter or these terms shall be held to be invalid, void or unenforceable, then the remainder of the Engagement Letter and these terms shall not be affected, and each such term and provision shall be valid and enforceable to the fullest extent permitted by law.

14. **Alternative Dispute Resolution**

(a) Any dispute or claim arising out of or relating to the Engagement Letter between the parties or the services provided thereunder shall be submitted first to non-binding mediation (unless either party elects to forego mediation by initiating a written request for arbitration) and if mediation is not successful within 90 days after the issuance by one of the parties of a request for mediation then to binding arbitration in accordance with the Rules for Non-

## KPMG LLP
## Standard Terms and Conditions for Advisory and Tax Services

Administered Arbitration of the International Institute for Conflict Prevention and Resolution (the "IICPR"). Any issue concerning the extent to which any dispute is subject to arbitration, or any dispute concerning the applicability, interpretation, or enforceability of these dispute resolution procedures, including any contention that all or part of these procedures is invalid or unenforceable, shall be governed by the Federal Arbitration Act and resolved by the arbitrators. By operation of this provision, the parties agree to forego litigation over such disputes in any court of competent jurisdiction.

(b) Mediation, if selected, may take place at a location to be designated by the parties using the Mediation Procedures of the IICPR, with the exception of paragraph 2 (Selecting the Mediator).

(c) Arbitration shall take place in New York, New York. The arbitration panel shall have no power to award non-monetary or equitable relief of any sort except as provided in IICPR Rule 13 (Interim Measures of Protection). Damages that are inconsistent with any applicable agreement between the parties, that are punitive in nature, or that are not measured by the prevailing party's actual damages shall be unavailable in arbitration or any other forum. In no event, even if any other portion of these provisions is held to be invalid or unenforceable, shall the arbitration panel have power to make an award or impose a remedy that could not be made or imposed by a court deciding the matter in the same jurisdiction.

(d) Either party may seek to enforce any written agreement reached by the parties during mediation, or to confirm and enforce any final award entered in arbitration, in any court of competent jurisdiction.

(e) Notwithstanding the agreement to such procedures, either party may seek equitable relief to enforce its rights in any court of competent jurisdiction.

15 **Use of Member Firms and Third Party Service Providers.**

(a) Client acknowledges and agrees that the services under the Engagement Letter, including any applicable tax advice, may be performed by a Member Firm located outside of the United States. Client understands that each Member Firm is a separate, distinct and independent legal entity and is not a partner, principal, agent or affiliate of KPMG and KPMG is not a partner, principal, agent or affiliate of any other Member Firm.

(b) Client further acknowledges that in connection with the performance of services under the Engagement Letter, KPMG and Member Firms, in their discretion or at Client's direction, may utilize the services of third party service providers within and without the United States to complete the services under the Engagement Letter.

(c) KPMG uses third party service providers within and without the United States to provide at KPMG's direction administrative and clerical services to KPMG. These third party service providers may in the performance of such services have limited access to information, including but not limited to Confidential Information, received by KPMG from or at the request or direction of Client. KPMG represents to Client that each such third party service provider has agreed to conditions of confidentiality with respect to Client's information to the same or similar extent as KPMG has agreed to pursuant to Paragraph 11 above. KPMG has full

responsibility to cause these third party service providers to comply with such conditions of confidentiality and KPMG shall be responsible for any consequences of their failure to comply.

(d) Accordingly, Client consents to KPMG's disclosure to a Member Firm or third party service provider and the use by such Member Firm and third party service provider of data and information, including but not limited to Confidential Information, received from or at the request or direction of Client for the purposes set forth in Paragraph 11 and this Paragraph 15.

(e) Any services performed by a Member Firm or third party service provider shall be performed in accordance with the terms of the Engagement Letter and these Standard Terms and Conditions, including Paragraph 11 (Confidentiality), but KPMG shall remain responsible to Client for the performance of such services. Client agrees that any claim relating to the services under the Engagement Letter may only be made against KPMG and not any other Member Firm or third party service provider referred to above.

16. **Miscellaneous.**

(a) **Sarbanes-Oxley.** Except as otherwise set forth in the Engagement Letter, in accepting this engagement, Client acknowledges that completion of this engagement or acceptance of Deliverables resulting from this engagement will not constitute a basis for Client's assessment or evaluation of internal control over financial reporting and disclosure controls and procedures, or its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the "Act"). The services under the Engagement Letter shall not be construed to support Client's responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management.

(b) **Electronic Communications.** KPMG and Client may communicate with one another by electronic mail or otherwise transmit documents in electronic form during the course of this engagement. Each party accepts the inherent risks of these forms of communication (including the security risks of interception of or unauthorized access to such communications, the risks of corruption of such communications and the risks of viruses or other harmful devices). Client agrees that the final hardcopy version of a document, including a Deliverable, or other written communication that KPMG transmits to Client shall supersede any previous versions transmitted electronically by KPMG to Client unless no such hard copy is transmitted.

(c) **California Accountancy Act.** For engagements where services will be provided by KPMG through offices located in California, Client acknowledges that certain of KPMG's personnel who may be considered "owners" under the California Accountancy Act and implementing regulations (California Business and Professions Code section 5079(a); 16 Cal. Code Regs. sections 51 and 51.1) and who may provide services in connection with this engagement, may not be licensed as certified public accountants under the laws of any of the various states.

(d) **Volume Rebates.** Where KPMG is reimbursed for expenses, it is KPMG's policy to bill clients the amount incurred at the time the good or service is purchased. If KPMG subsequently receives a

# KPMG LLP
## Standard Terms and Conditions for Advisory and Tax Services

volume rebate or other incentive payment from a vendor relating to such expenses, KPMG does not credit such payment to Client. Instead, KPMG applies such payments to reduce its overhead costs, which costs are taken into account in determining KPMG's standard billing rates and certain transaction charges that may be charged to clients.

(e) **Use of Names and Logos**. Except as permitted by law or the terms of the Engagement Letter, neither party shall acquire hereunder any right to use the name or logo of the other party or any part thereof. Any such use shall require the express written consent of the owner party.

(f) **Privileged Communications.** Information relating to advice KPMG provides to Client, including communications between KPMG and Client and material KPMG creates in the course of providing advice, may be privileged and protected from disclosure to the IRS or other governmental authority in certain circumstances. As KPMG is not able to assert the privilege on Client's behalf with respect to any communications for which privilege has been waived, Client agrees to promptly notify KPMG of any such waivers, whether resulting from communications with KPMG or third parties in the same or a related matter. Client also understands that privilege may not be available for communications with an audit client and that KPMG personnel providing audit and non-audit services will discuss matters that may affect the audit to the extent required by applicable professional standards. Client agrees that KPMG will not assert on Client's behalf any claim of privilege unless Client specifically instructs KPMG in writing to do so after discussing the specific request and the grounds on which such privilege claim would be made. Notwithstanding the foregoing, Client acknowledges that in no event will KPMG assert any claim of privilege that KPMG concludes, after exercising reasonable judgment, is not valid.

(g) **Active Spreadsheets and Electronic Files.** KPMG may use models, electronic files and spreadsheets with embedded macros created by KPMG to assist KPMG in providing the services under the Engagement Letter. If Client requests a working copy of any such model, electronic file or spreadsheet, KPMG may, at its discretion, make such item available to Client for its internal use only and such item shall be considered a Deliverable subject to Paragraph 4 above; provided that Client is responsible for obtaining the right to use any third party products necessary to use or operate such item.

(h) **Non-Solicitation**. During the term of the Engagement Letter and for one year thereafter, neither party shall solicit for hire as an employee, consultant or otherwise any of the other party's personnel who have had direct involvement with the services under the Engagement Letter, without such other party's express written consent. This prohibition shall not apply to any offers of employment which result from a general solicitation for employment, including without limitation, through the Internet, newspapers, magazines and radio.

17. **Entire Agreement.** The Engagement Letter and these Standard Terms and Conditions, including the Exhibits and Appendices hereto and thereto, constitute the entire agreement between KPMG and Client with respect to the services under the Engagement Letter and supersede all other oral and written representations, understandings or agreements relating thereto.

18. **Additional Terms for Engagements Involving Tax Services.**

(a) Notwithstanding anything to the contrary set forth herein, no provision in the Engagement Letter or these Standard Terms and Conditions is or is intended to be construed as a condition of confidentiality within the meaning of IRC sections 6011, 6111, 6112 or the regulations thereunder, or under any similar or analogous provisions of the laws of a state or other jurisdiction. In particular, Client (and each employee, representative, or other agent of Client) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of any transaction within the scope of this engagement and all materials of any kind (including opinions and other tax analyses) that are provided to Client relating to such tax treatment and tax structure. Client also agrees to use commercially reasonable efforts to inform KPMG of any conditions of confidentiality imposed by third party advisors with respect to any transaction on which KPMG advice is requested. Such notification must occur prior to KPMG providing any advice with respect to the transaction.

(b) Treasury regulations under IRC section 6011 require taxpayers to disclose to the IRS their participation in reportable transactions and IRC section 6707A imposes strict penalties for noncompliance. Client agrees to use commercially reasonable efforts to inform KPMG if Client is required to disclose any transaction covered by the Engagement Letter as a reportable transaction to the IRS or to any state or other jurisdiction adopting similar or analogous provisions. IRC section 6111 requires a material advisor with respect to a reportable transaction to disclose information on the transaction to the IRS by a prescribed date, and IRC section 6112 requires the material advisor to maintain, and make available to the IRS upon request, a list of persons and other information with respect to the transaction. KPMG will use commercially reasonable efforts to inform Client if KPMG provides Client's identifying information to the IRS under IRC section 6111 or 6112, or to any state or other jurisdiction adopting similar or analogous provisions.

(c) Unless expressly provided for, KPMG's services do not include representing Client in the event of a challenge by the IRS or other tax or revenue authorities.

(d) In rendering tax advice, KPMG may consider, for example, the applicable provisions of the Internal Revenue Code of 1986, and the Employee Retirement Income Security Act of 1974, each as amended, and the relevant state, local and foreign statutes, the regulations thereunder, income tax treaties, and judicial and administrative interpretations, thereof. These authorities are subject to change, retroactively or prospectively, and any such changes could affect the validity of KPMG's advice.

## APPENDIX A

## [FORM OF NOTICE AND ACKNOWLEDGEMENT]

[Name of Third Party]
Address

The advice, recommendations and information in the document included with this notice were prepared for the sole benefit of [Name of Client], based on the specific facts and circumstances of [Name of Client], and its use is limited to the scope of KPMG's engagement for [Name of Client]. It has been provided to you for informational purposes only and you are not authorized by KPMG to rely upon it and any such reliance by you or anyone else shall be at your or their own risk. You acknowledge and agree that KPMG accepts no responsibility or liability in respect of the advice, recommendations or other information in such document to any person or organization other than [Name of Client]. You shall have no right to disclose the advice, recommendations or other information in such document to anyone else without including a copy of this notice and, unless disclosure is required by law or to fulfill a professional obligation required under applicable professional standards, obtaining a signed acknowledgement of this notice from the party to whom disclosure is made and you provide a copy thereof to [Name of Client]. You acknowledge and agree that you will be responsible for any damages suffered by KPMG as a result of your failure to comply with the terms of this notice.

Please acknowledge your acceptance of the foregoing by signing and returning to us a copy of this letter.*

Very truly yours,

[Name of Client]

By: _____
   Name: *CHAMBOLLE*
   Title: *CFO*

Accepted and Agreed to on this ___ day of ____, 20 __ by:*

[Name of Third Party

By: _____
   Name:
   Title:

*Remove in the event of a disclosure made by Client that is required by law, that is made to a regulatory authority having jurisdiction over Client or that is made pursuant to Paragraph 18(a) of the Standard Terms and Conditions in which case an acknowledgement is not required by the terms of Paragraph 4(c).



KPMG LLP
Suite 700
20 Pacifica
Irvine, CA 92618-3391

Telephone   +1 949 885 5400
Fax         +1 949 885 5410
Internet    www.us.kpmg.com

November 19, 2015

**PRIVATE**

Mr. Thomas Chambolle
Chief Financial Officer
Quiksilver, Inc.
15202 Graham Street
Huntington Beach, California 92649

Dear Mr. Chambolle:

This letter serves as an addendum to our engagement letter dated April 27, 2015 to provide Internal Audit Co-Source and Internal Controls Over Financial Reporting services to Quiksilver, Inc. ("Quiksilver" or "the Company"). This Addendum specifies modified hours and rates associated with our Internal Audit Co-Source and Internal Controls Over Financial Reporting services, all other elements of our engagement letter dated April 27, 2015 remain in full effect.

As of September 8th 2015, KPMG and its member firms in France and Australia stopped delivering work noted in our original engagement letter due to the bankruptcy filing. This addendum describes the work that will now be provided and agreed to by KPMG and Quiksilver.

This Addendum covers the following:

- IT General Controls testing for roll-forward and year-end

- Loan staff assistance for business process controls testing

- Business process controls testing assistance in Russia

### Scope, Resources and Fees for ITGC Controls Testing

KPMG will assist Quiksilver management with testing of its IT general controls in the US under the guidance of the project sponsor designated by the company, Nicole Ungaro – Global Director of Internal Audit. Our project approach and deliverables are detailed out in Attachments A-3 (Documentation/Documentation Updates Assistance – ICOFR Evaluation) and A-4 (Testing of Controls – ICOFR Evaluation) of our original engagement letter dated April 27, 2015.

Our professional fees are based upon the specified skill level of the professionals providing the services and the amount of time and materials required to complete the engagement.

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.

Mr. Thomas Chambolle
Quiksilver, Inc.
November 19, 2015
Page 2 of 5

The following tables represents the revised rates by level for these services, resources required, the estimated time and the estimated cost to complete the engagement.

| Rate Card | | | | | |
|---|---|---|---|---|---|
| Resource | Rate/Hour | % | Hours | Fees[1] | |
| **ITRA** | | | | | |
| Partner | $365 | 3% | 20 | $ | 7,300 |
| Director (Jon Levitt) | $350 | 22% | 150 | $ | 52,500 |
| Director (Blake Elder) | $350 | 8% | 50 | $ | 17,500 |
| Manager | $290 | 30% | 200 | $ | 58,000 |
| Senior | $250 | 15% | 100 | $ | 25,000 |
| Associate | $150 | 22% | 150 | $ | 22,500 |
| KGS | $100 | 0% | 0 | $ | - |
| | Total | | 670 | $ | 182,800 |

Note:

1:  Fee excludes out of pocket expenses.

### Scope, Resources and Fees for Loan Staff in the US

Our personnel will assist Quiksilver, Inc. personnel in a loan staff capacity in supporting its Internal Controls over Financial Reporting Project. Our assistance will be under the direction and supervision of Nicole Ungaro, Head of Audit or her designee, who will be responsible for communicating the tasks and requirements of the project to personnel we supply and for reviewing their work.

### Project Approach

In connection with this engagement, KPMG will not assist our personnel by:

- providing any management oversight of our personnel in connection with the project;

- participating in the determination of the scope and objectives of the SOX project;

- assisting in the development of the SOX plan;

- providing any manager or partner review of the work or deliverable(s);

Mr. Thomas Chambolle
Quiksilver, Inc.
November 19, 2015
Page 3 of 5

- providing any comments or input on the work or deliverable(s) from this engagement during meetings with management.

During this engagement our personnel will work at your direction but will not be expected to:

- function as an employee or make business decisions for Quiksilver,

- prepare or approve journal entries,

- prepare financial statements,

- perform management functions,

- supervise other employees, or

- make employment decisions such as hiring or terminating employees.

### Deliverables

KPMG will not be considered the preparer/developer of any documentation for the assigned projects and will not sign any deliverable(s).

Fees:  Estimated fees for loan staff resources is as follows:

| Resource | Estimated Hours[2] | Rate/ hour | Estimated Fees[3] |
|---|---|---|---|
| Senior | 400 | $250 | $100,000 |

Note:

2:  Hours are estimated based on current Quiksilver needs. Should you require additional hours, we would be glad to make arrangements to have our resources extend time based on their availability.

3:  Fee excludes out of pocket expenses.

### Scope, Resources and Fees for Russia:

Our KPMG Russia personnel will assist Quiksilver, Inc. personnel in supporting its Internal Controls over Financial Reporting Project in Russia. Our assistance will be under the direction and supervision of Nicole Ungaro, Head of Audit or her designee. Our project approach and deliverables for SOX testing are detailed out in Attachments A-3 (Documentation/Documentation Updates Assistance – ICOFR Evaluation) and A-4 (Testing of Controls – ICOFR Evaluation) of our original engagement letter dated April 27, 2015.

Mr. Thomas Chambolle
Quiksilver, Inc.
November 19, 2015
Page 4 of 5

Fees:  Estimated fees for Russia resources are as follows:

| Resource / Level | Location | Estimated Hours[4] | Rate/ hour | Estimated Fees[5] |
|---|---|---|---|---|
| Sr. Associate | Russia | 70 | $200 | $14,000 |

Note:

4: Hours are estimated based on current Quiksilver needs. Should you require additional hours, we would be glad to make arrangements to have our resources extend time based on their availability.

5. Fee excludes VAT and out of pocket expenses.

### Billing

Throughout the engagement, we will submit semi-monthly invoices for fees and expenses incurred, with payment due upon receipt. You will be billed $50,000 upon commencement of our services, which will be credited against future invoices.

Based on our understanding of your needs and estimated hours we expect fees for the above audit assistance to be approximately $297,000. Out of pocket expenses will be billed separately and in accordance with the terms our engagement letter dated April 27, 2015.

\* \* \* \* \* \* \*

Mr. Thomas Chambolle
Quiksilver, Inc.
November 19, 2015
Page 5 of 5

If the terms of this addendum as set forth above are acceptable to you, please indicate your acceptance and authorization for KPMG to proceed with the related work by signing this addendum in the appropriate space and returning it to me.

Very truly yours,

KPMG LLP

Dileep Rodrigo
*Principal*

**ACCEPTED:**

Quiksilver, Inc.

Authorized Signature

CFO

Title

WOU. 25th 2015

Date