IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:** |
| | ) | **January 27, 2016 at 9:30 a.m. (ET)** |
| | ) | **Objection Deadline:** |
| | ) | **January 14, 2016 at 4:00 p.m. (ET)** |
| | ) | |

**NOTICE OF MOTION OF OAKTREE CAPITAL MANAGEMENT
TO FILE UNDER SEAL THE MOTION OF OAKTREE CAPITAL
MANAGEMENT FOR ENTRY OF AN ORDER (I) DETERMINING THE
DIMINUTION IN VALUE OF THE SECURED NOTES PARTIES'
COLLATERAL, AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that certain funds managed by affiliates of Oaktree Capital Management, L.P. (collectively, "Oaktree") have filed the attached **Motion Of Oaktree Capital Management To File Under Seal The Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 14, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for Oaktree so as to be received by the Objection Deadline.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE RELIEF REQUESTED IN THE MOTION, IF NECESSARY, WILL BE HELD ON **JANUARY 27, 2016 AT 9:30 A.M. (EASTERN TIME)** BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  December 29, 2015 | */s/ Andrew R. Remming*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 658-3989<br>Email:  rdehney@mnat.com<br>           aremming@mnat.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>           ross.kwasteniet@kirkland.com<br><br>*Counsel to Oaktree* |