IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: D.I. Nos. 598, 599, and 600** |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 29, 2015, copies of the (1) **Motion Of Oaktree Capital Management To File Under Seal The Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief** (D.I. 598); and (2) **Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief [SEALED VERSION]** (D.I. 599) were caused to be served in the manner indicated upon the parties identified on the service list attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, on December 29, 2015, copies of the (1) **Motion Of Oaktree Capital Management To File Under Seal The Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief** (D.I. 598); and (2)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief [REDACTED VERSION]** (D.I. 600) were caused to be served in the manner indicated upon the parties identified on the service list attached hereto as **Exhibit B**.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  December 30, 2015 | */s/ Tamara K. Minott*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:   (302) 658-9200<br>Facsimile:    (302) 658-3989<br>Email:          rdehney@mnat.com<br>                     aremming@mnat.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br><br>*Counsel to Oaktree* |

9741412