**EXHIBIT B**

# SERVICE LIST

**VIA HAND DELIVERY**

William P Bowden
Aaron H Stulman
Ashby & Geddes PA
500 Delaware Ave 8th Fl
PO Box 1150
Wilmington, DE  19899-1150

Matthew Summers
Leslie Heilman
Ballard Spahr LLP
919 Market Street, 11th Floor
Wilmington, DE  19801

Justin R Alberto
Bayard PA
222 Delaware Ave Suite 900
Wilmington, DE  19801

William E Chipman Jr
Chipman Brown Cicero & Cole LLP
The Nemours Building
1007 N Orange St Ste 1110
Wilmington, DE  19801

Matthew Denn
Delaware Attorney General
Carvel State Office Building
820 N French St
Wilmington, DE  19801

Attn Bankruptcy Dept
Delaware Dept of Justice
820 N French St 6th Fl
Wilmington, DE  19801

Dennis A Meloro
Greenberg Taurig LLP
The Nemours Building
1007 N Orange St Ste 1200
Wilmington, DE  19801

Susan E Kaufman
Law Office of Susan E Kaufman LLC
919 North Market Street, Suite 460
Wilmington, DE  19801

Andrew Cole, Esq.
LeClairRyan
800 North King Street, Suite 303
Wilmington, DE  19801

Jeremy W Ryan
Etta R Mayers
Potter Anderson & Corroon LLP
1313 N Market St 6th Fl
PO Box 951
Wilmington, DE  19899-0951

Mark Minuti
Saul Ewing LLP
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE  19899

Charles Oberly c/o Ellen Slights
US Attorney for Delaware
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE  19899-2046

Attn Steven K Kortanek
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801

Steven K Kortanek
Thomas M Horan
Morgan L Patterson
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Ave Suite 1501
Wilmington, DE  19801

**VIA AIRMAIL - INTERNATIONAL**

Attn Ian Im
Samil Tong Sang Co
18-130 Gangdong-Dong
Busan,   13 618-800
South Korea

Attn Debt & Agency Services
Deutsche Trustee Company Limited
Winchester House
1 Great Winchester Street
London,   EC2N 2DB
United Kingdom

**VIA STANDARD U.S. POSTAL SERVICE**

Jason A Starks
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

Centralized Insolvency Operation
Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101-7346

c/o TN Attorney General's Office,
Bankruptcy Division
TN Dept of Revenue
PO Box 20207
Nashville, TN   37202

David L Pollack
Ballard Spahr LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA   19103

Ernie Zachary Park
Bewley Lassleben & Miller LLP
13215 E Penn St Suite 510
Whittier, CA   90602-1797

Robert Solomon
BLT Enterprises
501 Spectrum Circle
Oxnard, CA   93030

Donald K. Ludman
Brown & Connery LLP
6 North Broad Street, Suite 100
Woodbury, NJ   08096

Shawn M Christianson
Buchalter Nemer, a Professional
Corporation
55 Second St 17th Fl
San Francisco, CA   94105-3493

John Rizzardi
Cairncross & Hempelmann
524 Second Ave Ste 500
Seattle, WA   98104-2323

Clayton Blehm
770 Sycamore Avenue, Suite 122
Vista, CA   92083

Jay R Indyke
Cathy Hershcopf
Cooley LLP
Seth Van Aalten Robert Winning
1114 Avenue of the Americas
New York, NY   10036

Franchise Tax
Delaware Secretary of State
401 Federal Street
PO Box 898
Dover, DE   19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE   19904

Attn Trust Administration
Delware Trust Company
2711 Centerville Road
Wilmington, DE   19808

Katherine S. Pell Esq
eBay Enterprise, Inc.
Assistant General Counsel
935 First Avenue
King of Prussia, PA   19406

Environmental Protection Agency
1650 Arch St
Philadelphia, PA   19103-2029

Steven T Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard St Ste 500
Woodland Hills, CA   91367

Mark L Prager
Mark F Hebbeln
Lars A Peterson
Foley & Lardner LLP
321 N Clark St Ste 2800
Chicago, IL   60654-5313

Eric A Rosen Esq
Fowler White Burnett, P.A.
Northbridge Centre
515 North Flagler Dr, Ste 2100
West Palm Beach, FL   33401

Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL   60606

Attn Martin Leder
Global Brands Group
12 Princeton Dr
Tappan, NY   10903

Jonathan C Bolton
Goodsill Anderson Quinn & Stifel
First Hawaiian Center
999 Bishop St Ste 1600
Honolulu, HI   96813

Jeffrey M Wolf
Greenberg Taurig LLP
One International Place
Boston, MA  02110

Christopher R Donoho III
John D Beck
Hogan Lovells US LLP
875 Third Ave
New York, NY  10022

Centralized Insolvency Operation
Internal Revenue Service
2970 Market St
Philadelphia, PA  19104

Insolvency Section
Internal Revenue Service
31 Hopkins Plz Rm 1150
Baltimore, MD  21201

James A Shalvoy Esq
1201 Morningside Dr
Suite 215
Manhattan Beach, CA  90266

Joseph A Eisenberg PC
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars 7th Fl
Los Angeles, CA  90067

Jeffrey S. Shinbrot
Jeffrey S Shinbrot APLC
8200 Wilshire Blvd Suite 400
Beverly Hills, CA  90211

Curtis Jung, Esq.
Jung & Yuen, LLP
888 S. Figueroa St., Suite 720
Los Angeles, CA  90017

David M Friedman
Daniel A Fliman
Kasowitz Benson Torres & Firedman LLP
1633 Broadway
New York, NY  10019

c/o Dustin P Branch
Katten Muchin Rosenman LLP
2029 Century Park East Ste 2600
Los Angeles, CA  90067-3012

Jessica Mickelsen Simon
Katten Muchin Rosenman LLP
2029 Century Park East Ste 2600
Los Angeles, CA  90067-3012

Matthew W Olsen
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Mike Hill
KCC
2335 Alaska Ave
El Segundo, CA  90245

Attn: David Nemecek
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA  90071

Niclas A Ferland Esq
Ilan Markus Esq
LeClairRyan
545 Long Wharf Dr 9th Fl
New Haven, CT  06511

David G Aelvoet
Linebarger Goggan Blair & Sampson LLP
711 Navarro St Ste 300
San Antonio, TX  78205

Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX  75207

John P Dillman
Linebarger Goggan Blair & Sampson LLP
4828 Loop Central Drive
Suite 600
Houston, TX  77081

Alan J Friedman
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

P Gregory Schwed
Bethany D Dimmons
Loeb & Loeb LLP
345 Park Ave
New York, NY  10154

Bankruptcy Unit
Missouri Department of Revenue
Attn Sheryl L Moreau
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

Attn Baily Dent
New Generation Advisors LLC
13 Elm St
Manchester, MA  01944

David W Dykhouse
Brian P Guiney
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Arlington ISD
Perdue Brandon Fielder Collins
 & Mott LLP
c/o Elizabeth Banda Calvo
500 E Border St Ste 640
Arlington, TX  76010

c/o Owen M Sonik
Perdue, Brandon, Fielder,
 Collins & Mott LLP
1235 North Loop West
Suite 600
Houston, TX  77008

c/o Pamela Kohlman Webster, Esq.
Port Logistics
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA  90017

David A Carroll
Anthony J DiRaimondo
Rice Reuther Sullivan & Carroll LLP
3800 Howard Hughes Parkway Ste 1200
Las Vegas, NV  89169

Attn Steven Fox
Riemer & Braunstein LLP
Seven Times Square
Suite 2506
New York, NY  10036

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108

Attn Anthony DiTirro
Rosenthal & Rosenthal Inc
1370 Broadway
New York, NY  10018

Secretary of the Treasury
Securities & Exchange Commission
100 F St NE
Washington, DC  20549

Sharon Binger Regional Director
Securities & Exchange Commission
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA  19103

Andrew Calamari Regional Director
Securities & Exchange Commission NY Office
Brookfield Place
200 Vesey St, Ste 400
New York, NY  10281-1022

John R Ashmead
Seward & Kissel LLP
One Battery Park Plaza
New York, NY  10004

James H Shenwick
Shenwick & Associates
655 Third Ave 20th Fl
New York, NY  10017

Andrew H Sherman
Boris I Mankovetskiy
Lucas F Hammonds
Sills Cummis & Gross PC
One Riverfront Plaza
Newark, NJ  07102

Attn: Ronald M. Tucker, Esq.
Simon Property Group, Inc
225 West Washington Street
Indianapolis, IN  46204

John K Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
155 N Wacker Dr
Chicago, IL  60606

Howard Marc Spector
Spector & Johnson PLLC
12770 Coit Rd Ste 1100
Dallas, TX  75251

Andrew P DeNatale
Stroock & Stroock & Lavan LLP
180 Maiden Ln
New York, NY  10038

c/o  T. Rowe Price Associates, Inc.
T. Rowe Price Credit Opportunities Fund
Attn Andrew Baek
100 E. Pratt Street
Baltimore, MD  21202

```
Andrew S Conway Esq
The Taubman Company
200 East Long Lake Road Ste 300
Bloomfield Hills, MI   48304

Justin L. Shearer Vice President
U.S. Bank National Association
Global Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY   10005

c/o Wilfrid Aubrey LLC
Wilfrid Global Opportunity Fund
Attn Nicholas Walsh
465 Lexington Ave
New York, NY   10174

c/o Weingarten Realty Investors
WRI Marshalls Plaza, LP
Attention: Jenny J. Hyun, Esq
2600 Citadel Plaza Drive, Suite 125
Houston, TX   77008
```

9738678