IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   Chapter 11
In re:   :
:   Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,   :
:   Jointly Administered
Debtors.[1]   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATION OF COUNSEL REGARDING ORDER APPOINTING MEDIATOR

The undersigned counsel for the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") hereby certifies that the attached proposed order (the "Order") appoints the Honorable Robert D. Drain (the "Mediator") as mediator in these cases, consistent with this Court's previous direction.

The undersigned further certifies that the Order is submitted to the Court with the consent of the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), and Oaktree Capital Management, L.P ("Oaktree").

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Accordingly, it is respectfully requested that the Court enter the Order, attached hereto as <u>Exhibit 1</u>.

Dated:    Wilmington, Delaware
          December 30, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT 1**
**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
QUIKSILVER, INC., *et al.*,                   :    Case No. 15-11880 (BLS)
                                              :
                            Debtors.[1]       :    Jointly Administered
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER APPOINTING MEDIATOR

To promote the efficient and expeditious disposition of the anticipated contested hearing (the "Plan Confirmation Hearing") on the confirmation of the *Second Amended Plan of Reorganization of Quiksiliver, Inc. and Its Affiliated Debtors and Debtors in Possession* (the "Plan") [Docket No. 532] and the anticipated objection to the Plan by the Official Committee of Unsecured Creditors (the "Committee"), the following shall apply:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Debtors, the Committee, and Oaktree Capital Management, LP ("Oaktree" and together with the Debtors and the Committee, the "Parties") are directed to mediation to attempt to resolve disputes by and among the Parties relating to the Plan, specifically a) valuation issues in connection with the Plan, and b) diminution in value issues in connection with the prepetition collateral of certain secured noteholders, including Oaktree.

2.     Upon consent of the Parties, Judge Robert D. Drain of the United States Bankruptcy Court, Southern District of New York is hereby appointed as the mediator in the above-captioned proceeding (the "Mediator").

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

3.      The mediation shall be conducted on January 15, 2016 beginning at 9:00 a.m. Eastern time at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York City, NY.  The mediation shall be conducted in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rule 9019-5.  In the event of any inconsistency between Local Rule 9019-5 and this Order, this Order shall govern.

4.      No later than December 30, 2015, the Debtors shall provide the Mediator with copies of (a) the *Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* [Docket No. 532], (b) the *Second Amended Disclosure Statement With Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* [Docket No. 533], (c) the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing On a Superpriority, Senior Secured Basis and (B) Use Cash Collateral, (II) Granting (A) Liens and Superpriority Claims and (B) Adequate Protection to Certain Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 382], (d) the transcripts from the contested hearings conducted before this Court on October 14, 2015 and October 15, 2015, and (e) the Scheduling Order (as defined below).

5.      The parties shall provide the Mediator with the expert reports and associated discovery materials identified in paragraphs 3, 4, and 7 of that certain Scheduling Order entered by this Court on December 17, 2015 [Docket No. 576] (the "Scheduling Order"), in accordance with the deadlines set in the Scheduling Order.

6.      The Court shall retain jurisdiction to hear and resolve any disputes arising from or related to the interpretation and/or implementation of this Order.

Dated: _____
        Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

771312.02-LACSR02A - MSW