**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |
| | | Re: Docket No. __ |

**ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1, TO (I) DUPLICATE CLAIMS, (II) AMENDED AND SUPERSEDED CLAIMS, AND (III) STOCK CLAIMS (NON-SUBSTANTIVE**

Upon the *Debtors' First Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims, (II) Amended and Superseded Claims, and (III) Stock Claims (Non-Substantive)* (the "Objection"), seeking entry of an order disallowing and expunging certain Claims,[2] as listed in Exhibits 1-3 attached hereto; and the Court having subject matter jurisdiction to consider the Objection and to issue the relief requested therein in accordance with 28 U.S.C. § 1334; and the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, and creditors, and that

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

DOCS_DE:204186.3 72779/001

the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Objection is granted, as may be modified herein; and it is further

ORDERED that each of the Duplicate Claims listed in Exhibit 1 under the heading "Duplicate Claim to Be Disallowed" hereby is disallowed and expunged in its entirety; and it is further

ORDERED that each of the Amended and Superseded Claims listed in Exhibit 2 under the heading "Amended Claims to Be Disallowed" hereby is disallowed and expunged in its entirety; and it is further

ORDERED that each of the Equity Claims listed in Exhibit 3 hereby is disallowed and expunged in its entirety; and it is further

ORDERED that the rights of the Debtors to (i) file subsequent objections to any Claims listed in Exhibits 1-3 attached hereto on any ground; (ii) amend, modify, or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims; (iii) seek expungement or reduction of any Claim to the extent all or a portion of such Claim has been paid; and (iv) settle any Claim for less than the asserted amount are preserved. Additionally, should the grounds of objection stated in the Objection be denied, the rights of the Debtors to object on any other grounds are preserved; and it is further

ORDERED that this Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order; and it is further

ORDERED that each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and set forth in the Exhibit 1-3 hereto, constitute a separate contested matter as contemplated by Rule 9014 of the Bankruptcy Rules and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim that is subject to the Objection. Any stay of this Order pending appeal by any claimant whose Claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters addressed in the Objection and this Order; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in a contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to those claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters.

Dated: _____, 2016
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Court Judge

# Exhibit 1

## Duplicate Claims

Exhibit 1 - Duplicates Filed Against the Same Debtor

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| Putian Xinxiesheng Footwear Co., LT | 731 | 676 | $ 3,637,372.67 | General Unsecured | Duplicate claim. |
| Brinco Machanical Management Services, Inc. | 60 | 32 | $ 147,600.64 | General Unsecured | Duplicate claim. |
| AIT Worldwide Logistics, Inc. | 767 | 627 | $ 110,379.36 | General Unsecured | Duplicate claim. |
| C&K Broadway 519 LLC | 698 | 671 | $ 86,058.67 | Admin Priority | Duplicate claim. |
| Putian Xinxiesheng Footwear Co., LT | 730 | 675 | $ 64,790.46 | General Unsecured | Duplicate claim. |
| World Commerce Intl. Ltd. | 311 | 224 | $ 54,425.28 | General Unsecured | Duplicate claim. |
| Golden Bond Inc., Limited | 776 | 680 | $ 33,001.46 | General Unsecured | Duplicate claim. |
| QTNP APPARELS JSC | 701 | 673 | $ 26,058.02 | General Unsecured | Duplicate claim. |
| Focus H.K. Company Limited | 733 | 683 | $ 21,621.66 | General Unsecured | Duplicate claim. |
| Safeandvaultstore.com | 51 | 22 | $ 10,725.00 | General Unsecured | Duplicate claim. |
| Newport Bluffs, LLC | 534 | 99 | $ 8,506.94 | General Unsecured | Duplicate claim. |
| Pt. Busana Prima Global | 711 | 650 | $ 3,629.81 | Admin Priority | Duplicate claim. |
| Golden Bond Inc., Limited | 779 | 679 | $ 3,184.63 | General Unsecured | Duplicate claim. |
| Sacramento Municipal Utility District | 53 | 34 | $ 3,001.57 | General Unsecured | Duplicate claim. |
| October International Co., Ltd. | 778 | 681 | $ 1,113.46 | General Unsecured | Duplicate claim. |
| Kenneth N Unger | 556 | 351 | $ 1,010.18 | General Unsecured | Duplicate claim. |
| Snohomish County | 47 | 19 | $ 783.23 | Secured | Duplicate claim. |
| Snohomish County PUD #1 | 114 | 50 | $ 440.95 | General Unsecured | Duplicate claim. |

## Exhibit 2

## Amended and Superseded Claims

Exhibit 2 - Amended & Superseded

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Amended Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| Focus H.K. Company Limited | 733 | 3 | $ 10,087.20 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Broward County Records, Taxes & Treasury Div. | 205 | 57 | $ 7,206.41 | Secured | Claim to be disallowed is amended and superseded by indicated claim. |

# Exhibit 3

## Equity Claims

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Stephen Puglisi | 36 | $ 39,123.53 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Wing Wong | 38 | $ 642.79 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Matthew Pedro | 44 | $ 3,815.06 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ryan Bostrom | 62 | $ 500.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Vincent J. Mattera | 73 | $ 185.65 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Michael Saghera | 91 | $ 5,761.45 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jonathan A. Babilonia | 101 | $ 2,500.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Dori J. Bunting | 118 | $ 1,622.25 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| William J. Morton | 120 | $ 161.05 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ligia Lizette Pinate | 121 | $ 15,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ronald Sandoval | 123 | $ 2,494.86 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kristena Petty Cust FBO Shelby Lynn Petty | 128 | $ 641.15 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Dawn E. Appel | 130 | $ 5,152.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marty Caliva | 131 | $ 284.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Charles E. Travis | 132 | $ 10,891.24 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lauri Preedge | 133 | $ 1,534.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Irving Newman | 135 | $ 6,713.00 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| William J. Wigmore, Paula J. Wigmore | 138 | $ 1,330.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Laurel DeClucies | 139 | $ 1,674.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ted Barton | 144 | $ 544.56 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Clenric Guy Hancock | 146 | $ 2,011.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric Lien | 147 | $ 20,654.49 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Alexander Buchler | 148 | $ 10,801.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Gary M and Karin K Gunther Revocab Living Trust | 149 | $ 2,759.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kristin Schneider | 152 | $ 2,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mikako Hirose | 155 | $ 2,700.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| William Robert Westphal | 157 | $ 839.66 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rafik Saba | 159 | $ 2,500.00 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jordan Best | 162 | $ 28.70 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Joshua Williams | 163 | $ 50.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ryan T Clancy | 165 | $ 1,278.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| David E. Dettwiler | 171 | $ 11,562.11 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Zachary Rome | 175 | $ 429.03 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| George H. Whitmore | 179 | $ 13,552.58 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jeffrey M Beckerman | 180 | $ 1,800.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nahal Ashouri | 181 | $ 4,550.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark Christy | 182 | $ 20,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ann K. Sandoval | 183 | $ 47.97 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Debra A Klumph | 184 | $ 1,331.12 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Gregory A. Laney | 185 | $ 289.22 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc, et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Albert Cueller | 187 | $ 2,665.99 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Tom Waldron | 188 | $ 876.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Joerg Fischer-Felsberg | 189 | $ 5,400.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marty Cole | 195 | $ 1,643.27 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| David B Webb | 197 | $ 3,827.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric J. Enriqez | 199 | $ 126.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rakesh Rachakonda | 201 | $ 79,091.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Joan S. Mansueti | 202 | $ 1,302.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Caroline Joy Co | 237 | $ 4,453.14 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark D. Drenner SEP IRA | 241 | $ 396.00 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Michael D. Nalick | 256 | $ 404.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric W Muller | 258 | $ 6,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Daniel Horowitz | 260 | $ 91.20 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Michael J. Miela | 263 | $ 6,866.10 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marian A. Slope | 265 | $ 6,240.00 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jack Putney | 266 | $ 19,351.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jack Putney | 268 | $ 19,351.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| The Carr Survivors Trust A | 271 | $ 348.75 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jorja An Fox | 272 | $ 5,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jaime Carazo | 273 | $ 3,908.67 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Karen D. Sheeler | 274 | $ 136.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Cole Waidley | 279 | $ 500.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Tung Duong | 280 | $ 1,297.42 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Minhao Yu | 281 | $ 7,965.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Xcaret Duran-Fernandez (Colon) | 282 | $ 82.99 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Hui-Wen Hsu | 283 | $ 1,305.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Alan Janc | 284 | $ 850.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Deborah E. Bauernfeind | 285 | $ 975.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jason Richard Brodbeck | 302 | $ 1,820.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Josephine M. Rudkin | 316 | $ 203.20 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Karen K. Akers | 317 | $ 9,299.04 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ruth Schmidt | 318 | $ 9,500.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Stuart A Kessler | 319 | $ 5,203.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Barbara Kessler | 320 | $ 1,614.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kazuko Otomo | 321 | $ 2,014.13 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Matthew M. Thiel | 322 | $ 229.72 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brian Arrif Abrahiem | 323 | $ 38.25 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Henry Lewis Cobbs | 324 | $ 320.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric Coca | 325 | $ 1,098.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Anitha Kellampalli | 327 | $ 3,682.51 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Peter J Hampson | 328 | $ 15,144.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lucy Cobbs | 330 | $ 466.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Michael J Standing | 331 | $ 55,085.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| James Rubel | 333 | $ 69.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey N. Aswad | 338 | $ 6,747.56 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Patricia H. Blessing | 339 | $ 6,319.99 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| E. Scott Douglas | 340 | $ 4,615.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brian F Soden | 342 | $ 3,957.35 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Vijay Nishawala | 347 | $ 784.40 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Barry Buchholtz | 348 | $ 42,508.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Barry Buchholtz - IRA Account | 349 | $ 8,856.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eloy J. Loza Trust | 350 | $ 20,556.61 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kenneth N Unger | 351 | $ 1,010.18 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nicole Julianne Sternin | 379 | $ 1,433.19 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nikki Sternin | 380 | $ 193.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Vito Cassano | 382 | $ 999.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marie Cassano | 383 | $ 522.19 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark W. Hoffman | 384 | $ 615.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nicholas Loftus | 385 | $ 9,372.28 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nicholas Loftus | 386 | $ 2,533.89 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Pamela Huynh | 388 | $ 45.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jason Potter & Rebeca Potter | 389 | $ 920.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Gail MacGillivray | 396 | $ 705.40 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark A. Burris | 411 | $ 4,993.20 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Joseph Patterson | 413 | $ 655,415.46 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Christina Patterson | 415 | $ 47,819.97 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Todd D. Sells | 440 | $ 3,526.45 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Elyse Spielberg | 449 | $ 136.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Matthew Chema | 457 | $ 344.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Richard Joseph Kehoe, Jr. | 459 | $ 850.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| John William Zipfel | 463 | $ 17,987.61 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brian Sullivan | 531 | $ 5,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Daniel Botyos | 547 | $ 12,011.64 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Keith J Smith | 549 | $ 7,783.68 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Daniel Botyos | 550 | $ 108,743.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brandon Olson | 553 | $ 390.32 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kenneth N Unger | 556 | $ 1,010.18 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Hank Thurston | 557 | $ 8,017.52 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nathan Michael Harris | 559 | $ 16,154.44 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Laurie D. Norton & Robert J. Norton | 561 | $ 2,711.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Yuancheng Liu | 562 | $ 8,137.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brian McEvilly | 564 | $ 52,885.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Richard Severino | 568 | $ 1,250.10 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Richard Porreco, Trustee Family Trust | 569 | $ 1,831.33 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 572 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 573 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mustapha Ait-Idir | 574 | $ 928.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 575 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 576 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Barbara Harris | 577 | $ 16,738.47 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 578 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 579 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 580 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jon Carter | 581 | $ 1,596.22 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 582 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 583 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric Pelletier | 586 | $ 434.53 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lindsey Hourihan | 587 | $ 3,910.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Dennis Hayer | 592 | $ 33,240.39 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 593 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Ramsey Slim | 594 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| The Stambuk Family Trust, 03/25/1994 | 603 | $ 2,005.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Randall Douglas | 684 | $ 1,600.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Daniel Sforza | 687 | $ 1,199.71 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Delvin D. Goldworm | 688 | $ 1,680.96 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rostov Management | 692 | $ 4,897.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rita Aghadiuno | 693 | $ 1,683.50 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Chuck B. Ihekwaba | 694 | $ 20,475.00 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Minh-Quan Phan | 705 | $ 1,519.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Matthew K. Wasko | 707 | $ 1,196.74 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Albert T. Yamamoto & Robin M. Nishimura TTEES UTD 7/1/81 | 708 | $ 1,218.35 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ernesto Rafael Herrero Chacon & Ana Maria Flores Figueroa | 717 | $ 4,155.97 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kevin Krause | 718 | $ 157.08 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Craig Alan Hall | 719 | $ 18,565.52 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramon Torres | 721 | $ 8,324.92 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lien-Fung Chang | 722 | $ 4,012.99 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Timothy W Friske | 723 | $ 6,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Pierre Dufour | 724 | $ 9,960.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ivan Pinzon | 726 | $ 185.00 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ryan Mengel | 727 | $ 200.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Jaime Linden Jakovac | 734 | $ 60.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| David J Wadolny - SEP IRA | 770 | $ 6,575.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Chris Schreiber | 772 | $ 213,406.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Phy Tran | 773 | $ 3,548.95 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marie Leventis | 774 | $ 831.95 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Andrae L. Hampton | 775 | $ 646.94 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Albert Finnan | 780 | $ 6,259.45 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Judy Ng Adams | 781 | $ 758.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramani Theresa Rani Gaspar | 788 | $ 129.00 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rhonda Leonard | 790 | $ 540.00 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Evan Davis | 791 | $ 5,012.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| John Hornbeak | 792 | $ 21,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark Hoffman | 795 | $ 6,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Douglas Koontz | 796 | $ 1,473.36 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Albert Finnan | 797 | $ 6,009.65 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Wilma L Nielsen | 800 | $ 2,703.58 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Maurice Lewitt | 802 | $ 1,625.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ronald J. Zidek | 804 | $ 1,438.00 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |