## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al.*,[1]<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS FOR
## <u>CHIPMAN BROWN CICERO & COLE, LLP</u>

*PLEASE TAKE NOTICE* that Chipman Brown Cicero & Cole, LLP, counsel to Industrial Property Fund VII, LLC and West County Commerce Realty Holding Co. LLC, has changed its address, effective immediately from 1007 North Orange Street, Suite 1110, Wilmington, Delaware 19801 to <u>Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801</u>. Telephone, facsimile numbers and email addresses remain the same. All pleadings and correspondence should be directed to the new physical address.

Dated:  December 31, 2015
            Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

          */s/ William E. Chipman, Jr.*          
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:      (302) 295-0199
Email:            chipman@chipmanbrown.com

*Counsel to Industrial Property Fund VII, LLC and West County Commerce Realty Holding Co. LLC*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.