# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| QUIKSILVER, INC., *et al.*, | :    Case No. 15-11880 (BLS) |
| | : |
| | :    Jointly Administered |
| Debtors.[1] | : |
| | : |
| | :    **Related Docket No. 240** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

## NOTICE OF FILING OF QUARTERLY STATEMENT REGARDING PAYMENTS TO ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240] (the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby files the quarterly statement of payments made to Ordinary Course Professionals on account of services rendered during the period from September 9, 2015 through November 30, 2015 (the "Quarterly Statement of OCP Payments"), attached hereto as Exhibit A.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:    Wilmington, Delaware
          December 31, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**<u>EXHIBIT A</u>**

# Quiksilver, Inc. *et al*

**Ordinary Course Professional Payments through Nov 30, 2015**

| No. | Professional | Total Paid | Description of services |
|-----|--------------|-----------:|-------------------------|
| 1. | FASKEN MARTINEAU DUMOULIN LLP[1] | $    39,036 | Legal |
| 2. | GOWLING LAFLEUR HENDERSON LLP | 767 | Legal - Trademark |
| 3. | THOMSON REUTERS LLC | 632 | Legal - Trademark |
| **Total** | | **$    40,436** | |

**Notes**

1. This payment was made for services relating to a legal opinion provided in connection with the Debtors' Debtor-in-Possession financing.  The Debtors may provide further detail to any parties upon their request.