IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    :    Chapter 11
In re:    :
    :    Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,    :
    :    Jointly Administered
                Debtors.¹    :
    :
    :    **Related Docket No. 240**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

**TENTH NOTICE OF FILING OF
ORDINARY COURSE PROFESSIONAL DECLARATIONS**

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240] (the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby file the Tenth Notice of Filing of Ordinary Course Professional Declarations with respect to the professionals listed on Exhibit A hereto (the "Ordinary Course Professionals").  In support of the retention of the Ordinary Course Professionals, the Debtors have attached declarations executed by the Ordinary Course Professionals, attached hereto as Exhibits B through D.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of the Ordinary Course Professional must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be <u>received</u> by **January 18, 2016 at 4:00 p.m. (Eastern)** (the "<u>Objection Deadline</u>") by the applicable Ordinary Course Professional and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), <u>and</u> 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), <u>and</u> Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), <u>and</u> Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), <u>and</u> Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), <u>and</u> U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), <u>and</u> Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:   Wilmington, Delaware
         January 4, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## EXHIBIT A

### List of Ordinary Course Professional Declarations

Allen Matkins
Baptiste & Co. Law Firm Inc.
Kelsick & Kelsick

**EXHIBIT B**

**Ordinary Course Professional Declaration for
Allen Matkins**

# EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

## OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

    Skadden, Arps, Slate, Meagher & Flom LLP
    300 S. Grand Ave., Suite 3400
    Los Angeles, CA 90071
    Attn: Annie Li, Esq.
    Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, <u>Dwight L. Armstrong</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   <u>Allen Matkins Leck Gamble Mallory & Natsis LLP</u>
   <u>1900 Main Street, Fifth Floor</u>
   <u>Irvine, California 92614-7321</u>

2. Date of retention:  <u>12/17/15</u>

3. Type of services provided (accounting, legal, etc.):

   <u>Legal</u>

4. Brief description of services to be provided:

   Labor and Employment Law

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $695

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ -0-

   Date claim arose: _____

   Source of claim: _____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____N/A_____

   Status: _____

   **Amount of Claim:** $_____

   Date claim arose: _____

   Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____N/A_____

   No. of shares: _____

Case 15-11880-BLS   Doc 610   Filed 01/04/16   Page 8 of 18

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: Dwight L. Armstrong / Kathleen Armstrong (JT TEN)

Status: _____

Kind of shares: Common stock

No. of shares: 1,800

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 12/22/15

*(signature)*

Name: Dwight L. Armstrong
Title: Partner
Company: Allen Matkins Leck Gamble
  Mallory & Natsis LLP
Address: 1900 Main Street, Fifth Floor
  Irvine, California  92614-7321
Telephone: (949) 553-1313
Facsimile: (949) 553-8354

772537.05-WILSROIA - MSW

# **EXHIBIT C**

**Ordinary Course Professional Declaration for
Baptiste & Co. Law Firm Inc.**

# EXHIBIT 2

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   _BAPTISTE & CO LAW FIRM INC_
   _92 Granby Str. Methodist Commercial Building_
   _P.O. Box 597. Kingstown. St. Vincent and the_
   _Grenadines_

2. Date of retention: _____

3. Type of services provided (accounting, legal, etc.):

   _Legal Services - Trademark Agent in_
   _St. Vincent + The Grenadines (Cap 315 of the_
   _Revised Laws of St. Vincent + The Grenadines 2009_

4. Brief description of services to be provided:

   Assignment of Trade Marks registered - Renewal of Trade Mark registered - in ST. Vincent + The Grenadines

5. Arrangements for compensation (hourly, contingent, etc.):

   Fixed fees billing by Invoice

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ _____
   Date claim arose: Not Applicable
   Source of claim: _____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____
   Status: Not Applicable
   Amount of Claim: $ _____
   Date claim arose: _____
   Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: Not Applicable
   No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____ NOT APPLICABLE _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

NOT APPLICABLE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 15th December, 2015

*René Baptiste*
Name: RENE' M. BAPTISTE
Title: _____
Company: BAPTISTE & CO
Address: Methodist Commercial Bldg
P.O. Box 577, ST. VINCENT & the Grenadines
Telephone: 1-784-457-2524
Facsimile: 1-784-457-2307

3

**EXHIBIT D**

**Ordinary Course Professional Declaration for
Kelsick & Kelsick**

779321-WILSR01A - MSW

## EXHIBIT 2

OCP Declaration

In re Quiksilver, Inc., et al.
Chapter 11 Case No. 15-11880 (BLS)

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL. (the "Debtors")

<u>DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Attn: Annie Li, Esq.
Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _JEAN KELSICK_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   _KELSICK + KELSICK_
   _BLADEN HOUSE_
   _BRADES, MONTSERRAT_
   _WEST INDIES_

2. Date of retention: _____

3. Type of services provided (accounting, legal, etc.):

   _LEGAL_

4. Brief description of services to be provided:

   _TRADE MARK REGISTRATIONS AND_
   _MAINTENANCE ACTIONS_

5. Arrangements for compensation (hourly, contingent, etc.):

   _PURSUANT TO OUR FEE SCHEDULE_

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   _N/A_

7. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $ _N/A_

   Date claim arose: _____

   Source of claim: _____

8. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _N/A_

   Status: _____

   Amount of Claim: $ _____

   Date claim arose: _____

   Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _N/A_

   No. of shares: _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _N/A_

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_N/A_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _17/12/15_

Name: _JEAN KELSICK (MR) LAWYER_
Title: _PARTNER_
Company: _KELSICK + KELSICK_
Address: _BLADEN HOUSE, BRADES MONTSERRAT_
Telephone: _664-491-2102_
Facsimile: _"  "  2161_

3

772537.05-WILSR01A - MSW