IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------ x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*,[1] : Case No. 15-11880 (BLS)
:
        Debtors. : Jointly Administered
:
: **Hearing Date: TBD**
: **Objection Deadline: January 25, 2016 at 4:00 p.m. (ET)**
:
------------------------------------------------ x

**NOTICE OF SECOND MONTHLY APPLICATION OF AKIN GUMP
STRAUSS HAUER & FELD LLP, CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC.,
ET AL., FOR INTERIM ALLOWANCE OF COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED
DURING THE PERIOD NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

PLEASE TAKE NOTICE that, on January 4, 2016, the Official Committee of Unsecured Creditors (the "Committee") filed the **Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors of Quiksilver, Inc., *et al.*, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period November 1, 2015 through November 30, 2015** (the "Application").

      PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before January 25, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned proposed counsel to the Committee.

      PLEASE TAKE FURTHER NOTICE that a Hearing on the application will be scheduled at the Court's convenience before the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

#37213078 v1

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: January 4, 2016
      Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19899-1709
Telephone:     (302) 777-6500
Facsimile:      (302) 421-8390
E-mail:          strattond@pepperlaw.com
                     fournierd@pepperlaw.com
                     schannej@pepperlaw.com

-AND-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York  10036-6745
Telephone:     (212) 872-1000
Facsimile:      (212) 872-1002
E-mail:          mstamer@akingump.com
                     aqureshi@akingump.com
                     mlahaie@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*