## **EXHIBIT B**

## **COMPENSATION BY PROJECT CATEGORY**
## **NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Project Category | Total Hours Billed This Period | Total Fees Billed This Period |
|---|---|---|
| General Case Administration (0002) | 51.70 | $29,323.50 |
| Akin Gump Fee Application/Monthly Billing Reports (0003) | 55.60 | $36,641.50 |
| Analysis of Other Professional Fee Applications/Reports (0004) | 4.80 | $1,471.00 |
| Retention of Professionals (0006) | 33.10 | $19,073.00 |
| Committee Meetings (0007) | 36.40 | $29,241.00 |
| Court Hearings (0008) | 13.60 | $5,949.00 |
| DIP, Cash Collateral Usage and Exit Financing (0010) | 96.20 | $67,654.50 |
| Executory Contracts/License Agreements (0011) | 0.80 | $408.00 |
| General Claims Analysis/Claims Objections (0012) | 8.60 | $6,277.00 |
| Analysis of Pre-Petition Transactions (0013) | 121.30 | $65,607.50 |
| Analysis of Secured Claims/Adequate Protection Issues (0015) | 0.50 | $122.50 |
| Lift Stay Litigation (0016) | 14.50 | $10,184.00 |
| Labor Issues/Employee Benefits (0019) | 10.70 | $8,275.00 |
| Real Estate Issues/Leases (0020) | 0.60 | $450.00 |
| Plan, Disclosure Statement and Plan-Related Documentation (0022) | 270.90 | $180,171.50 |
| Asset/Stock Transaction/Business Liquidations (0024) | 4.20 | $2,498.00 |
| Intercompany Claims (0033) | 1.00 | $695.00 |
| **TOTAL** | **724.50** | **$464,042.00** |



| | | Invoice Number | 1636533 |
|---|---|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | | Invoice Date | 12/31/15 |
| ATTN: ANDREW BRUENJES | | Client Number | 695956 |
| 5600 ARGOSY CIRCLE | | Matter Number | 0001 |
| HUNTINGTON BEACH, CA  92649 | | | |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 51.70 | $29,323.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 55.60 | $36,641.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.80 | $1,471.00 |
| 0006 | Retention of Professionals | 33.10 | $19,073.00 |
| 0007 | Creditors Committee Meetings | 36.40 | $29,241.00 |
| 0008 | Court Hearings | 13.60 | $5,949.00 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 96.20 | $67,654.50 |
| 0011 | Executory Contracts/License Agreements | 0.80 | $408.00 |
| 0012 | General Claims Analysis/Claims Objections | 8.60 | $6,277.00 |
| 0013 | Analysis of Pre-Petition Transactions | 121.30 | $65,607.50 |
| 0015 | Analysis of Secured Claims/Adequate Protection Issues | 0.50 | $122.50 |
| 0016 | Lift Stay Litigation | 14.50 | $10,184.00 |
| 0019 | Labor Issues/Employee Benefits | 10.70 | $8,275.00 |
| 0020 | Real Estate Issues/Leases | 0.60 | $450.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 270.90 | $180,171.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 4.20 | $2,498.00 |
| 0033 | Intercompany Claims | 1.00 | $695.00 |
| | TOTAL | 724.50 | $464,042.00 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U                                                          Page 2
Invoice Number: 1636533                                                                          December 31, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/04/15 | LRL | 0002 | Revisions to committee bylaws (1.0). | 1.00 |
| 11/02/15 | MSS | 0002 | Emails with Akin team (.4) and PJT team (.4) re status and strategy; conference call with Akin and PJT re same (.4) and follow up (.2). | 1.40 |
| 11/02/15 | TS | 0002 | Emails with D. Krasa-Berstell re case calendar (.1); update same (.3). | 0.40 |
| 11/02/15 | MAL | 0002 | Call with PJT re: status updates (.4); prepare for same (.4); follow up re same (.2); review pleadings set for hearing on November 17 (.7). | 1.70 |
| 11/02/15 | DKB | 0002 | Review case docket (.3); update case calendar (1.3); confer with R. Rubin re status (.1); update team's outlook calendar (.8); review and organize pleadings for attorneys (.5). | 3.00 |
| 11/02/15 | ARB | 0002 | Review 2015.3 extension motion (.2) and 2015.3 waiver motion (.2); correspondence with PJT re same (.1, .1); prepare brief summary of same (.2); communications with Epiq re: potential information agent services (.3). | 1.10 |
| 11/02/15 | LRL | 0002 | Call with PJT re current status and next steps (.4); related follow up (.3). | 0.70 |
| 11/02/15 | RLR | 0002 | Update case calendar (.7) and send calendar invitations (.4); meet with D. Krasa-Berstell re case updates (.1). | 1.20 |
| 11/02/15 | FBA | 0002 | Create index for binder of 11/17 hearing matters (.2); assemble binder (.3); coordinate with mail room (.1). | 0.60 |
| 11/03/15 | MAL | 0002 | Participate on weekly update call with Skadden (.5); finalize by-laws (.3). | 0.80 |
| 11/03/15 | DKB | 0002 | Review case docket (.2); update case calendar (.5); update team outlook calendar (.5); confer with attorney re status (.1); review and organize precedent documents for attorneys (.5). | 1.80 |
| 11/03/15 | ARB | 0002 | Participate in update call with Debtors' professionals. | 0.50 |
| 11/03/15 | LRL | 0002 | Revise motion summaries for distribution to committee (.9; 1.0; .5); emails re same (.2); call with Debtors re current status and next steps (.5); communications with Akin team re current status and next steps (.3). | 3.40 |
| 11/03/15 | RLR | 0002 | Update call with debtors' counsel. | 0.50 |
| 11/03/15 | FBA | 0002 | Assemble index for binder of pending matters (.4); revise same (.4); coordinate with mail room (.1). | 0.90 |
| 11/04/15 | TS | 0002 | Update outlook notices re hearing dates and objection deadlines. | 0.20 |
| 11/04/15 | MAL | 0002 | Emails re motions scheduled for November 17. | 0.30 |
| 11/04/15 | DKB | 0002 | Review case docket (.2); review and organize materials for calendar updates (.5). | 0.70 |
| 11/04/15 | ARB | 0002 | Communications with M. Lahaie (.1) and Skadden (.1) re bylaws and confidentiality obligations. | 0.20 |
| 11/05/15 | MAL | 0002 | Review chart summarizing recommendations for Nov 17 motions (1.4); emails re same (.5); confer with Skadden re same (.2). | 2.10 |
| 11/05/15 | LRL | 0002 | Revisions to chart summarizing motions set for hearing on November 17 (.4; .2); emails re same (.2; .4); calls to PJT re same (.1). | 1.30 |
| 11/06/15 | MSS | 0002 | Emails with Akin team re current status and upcoming hearing. | 0.30 |
| 11/09/15 | MAL | 0002 | Review task list (.2); emails re same (.1). | 0.30 |
| 11/09/15 | ARB | 0002 | Prepare list of pending items for M. Lahaie. | 0.30 |
| 11/09/15 | LRL | 0002 | Email to A. Beane re pending projects (.2); email to R. Rubin re task list (.2); emails re scheduling of conference call and pending projects (.4). | 0.80 |
| 11/09/15 | RLR | 0002 | Update task list. | 0.20 |
| 11/10/15 | MSS | 0002 | Calls (.2), emails (.1) and conferences with Akin team re various issues (.3). | 0.60 |
| 11/10/15 | MAL | 0002 | Participate in weekly Skadden call (.4); follow-up re same (.2). | 0.60 |
| 11/10/15 | DKB | 0002 | Review and organize pleadings for attorneys. | 0.40 |
| 11/10/15 | ARB | 0002 | Participate in weekly update call with Skadden. | 0.40 |
| 11/10/15 | LRL | 0002 | Prepare for call with Debtors re current status and next steps (.2); call with Debtors re same (.4); related follow-up (.1). | 0.70 |
| 11/10/15 | RLR | 0002 | Update task list (.1); update call between Akin and Debtors' counsel (.4); | 0.60 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  Page 3
Invoice Number: 1636533  December 31, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | related follow-up (.1). | |
| 11/11/15 | DKB | 0002 | Confer with R. Rubin re updates to calendar (.1); review case docket (.2); prepare updates for team calendar (.5); update same (.5); email to attorney re status (.1). | 1.40 |
| 11/11/15 | ARB | 0002 | Provide comments to task list. | 0.40 |
| 11/11/15 | RLR | 0002 | Update case calendar to reflect new filings (.2); confer with D. Krasa-Berstell re: same (.1); emails re: same (.1); update task list (.1); emails re: same (.2; .1); incorporate additional comments to task list from A. Beane (.2). | 1.00 |
| 11/12/15 | DKB | 0002 | Review case docket (.2); review and organize filed pleadings (.4). | 0.60 |
| 11/12/15 | RLR | 0002 | Update task list and calendar (.2; .3; .1) and email re same (.1). | 0.70 |
| 11/13/15 | MSS | 0002 | Emails with Akin team (.4) and calls with PJT team (.2) re current status (.2). | 0.60 |
| 11/13/15 | DKB | 0002 | Review case docket (.2); review materials for calendar updates (.3); review and organize pleadings for attorneys (.4). | 0.90 |
| 11/13/15 | RLR | 0002 | Update task list (.2; .1); emails re same (.2; .1; .1). | 0.70 |
| 11/16/15 | MSS | 0002 | Review materials in connection with pending matters (.4) and confer with PJT team re various motions and current status (.2). | 0.60 |
| 11/16/15 | LRL | 0002 | Emails to Akin team re task list and current status. | 0.30 |
| 11/16/15 | RLR | 0002 | Review filings (.2; .2); update case calendar (.1); email re same (.1; .1); update task list (.3; .1; .1); email re same (.1; .1). | 1.40 |
| 11/17/15 | MAL | 0002 | Weekly update call with Skadden (.2); related follow-up (.1); emails with Akin team re status (.4); review pending matters (.4). | 1.10 |
| 11/17/15 | DKB | 0002 | Review case docket (.2); review and organize pleadings for attorneys (.4). | 0.60 |
| 11/17/15 | ARB | 0002 | Participate in weekly update call with Debtors' professionals. | 0.20 |
| 11/17/15 | LRL | 0002 | Prepare for update call with Skadden (.3); attend same (.2). | 0.50 |
| 11/17/15 | RLR | 0002 | Update task list (.2); update calendar (.2); email re the same (.1); participate in weekly call with Skadden (.2). | 0.70 |
| 11/17/15 | FBA | 0002 | Retrieve precedent filings for R. Rubin. | 0.50 |
| 11/18/15 | MSS | 0002 | Review pending motions (.4); emails with Akin team re status of same (.4). | 0.80 |
| 11/18/15 | DKB | 0002 | Review case docket (.2); review and organize pleadings for attorneys (.5). | 0.70 |
| 11/18/15 | RLR | 0002 | Update task list (.3); email re same (.2). | 0.50 |
| 11/19/15 | ARB | 0002 | Provide comments to R. Rubin on list of pending matters. | 0.30 |
| 11/20/15 | DKB | 0002 | Review case docket (.2); prepare updates for calendar (.5). | 0.70 |
| 11/20/15 | ARB | 0002 | Provide comments to R. Rubin re list of pending matters. | 0.20 |
| 11/20/15 | RLR | 0002 | Update task list (.2; .4) and email re same (.2; .2); update case calendar (.3). | 1.30 |
| 11/23/15 | DKB | 0002 | Review case docket (.2); update case calendar (.5); update team outlook calendar (.5). | 1.20 |
| 11/23/15 | RLR | 0002 | Update case calendar (.1; .3; .1); update task list (.2) emails re same (.2). | 0.90 |
| 11/24/15 | TS | 0002 | Review case calendar and update outlook invite re hearing. | 0.10 |
| 11/24/15 | MAL | 0002 | Weekly update call with Skadden. | 0.30 |
| 11/24/15 | DKB | 0002 | Review case docket (.2); update case calendar (.3); update team's outlook calendar (.3); review and organize pleadings for attorneys (.4). | 1.20 |
| 11/24/15 | ARB | 0002 | Prepare for (.1) and participate in (.3) weekly update call with Skadden. | 0.40 |
| 11/24/15 | LRL | 0002 | Update call with Skadden. | 0.30 |
| 11/24/15 | RLR | 0002 | Update case calendar (.3) and task list (.1). | 0.40 |
| 11/25/15 | DKB | 0002 | Review case docket (.2); update case calendar (.4). | 0.60 |
| 11/25/15 | RLR | 0002 | Update task list (.2) and case calendar (.2); emails re same (.2). | 0.60 |
| 11/02/15 | LRL | 0003 | Prepare monthly fee statement schedules (.3; .6). | 0.90 |
| 11/04/15 | LRL | 0003 | Continued revisions to monthly fee statement schedules. | 0.30 |
| 11/05/15 | LRL | 0003 | Continued revisions to monthly fee statement schedules (.8; 1.4; .6; .8). | 3.60 |
| 11/09/15 | LRL | 0003 | Continue to review fee statement schedules (1.3; .3; .2); draft fee application (4.5); revisions to same (.5). | 6.80 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  Page 4
Invoice Number: 1636533  December 31, 2015

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/10/15 | ARB | 0003 | Revise monthly fee statement (.4, 2.6) and discuss same with L. Lifland (.2). | 3.20 |
| 11/10/15 | LRL | 0003 | Confer with A. Beane re first monthly fee application (.2); follow up re same (.2; .4); revise same (.4); revisions to fee statement schedules (.4); review same (.3); emails re same (.2). | 2.10 |
| 11/11/15 | ARB | 0003 | Prepare monthly fee statement (2.7, 2.6); communications to L. Lifland (.1, .1) and accounting (.1) re same. | 5.60 |
| 11/11/15 | LRL | 0003 | Revisions to first monthly fee application. | 0.40 |
| 11/13/15 | ARB | 0003 | Provide comments on monthly fee statement to L. Lifland (.3; .4). | 0.70 |
| 11/13/15 | LRL | 0003 | Emails re review of fee statement (.2); revisions to same (1.3; .6); review same (.3); calls with A. Beane re same (.4). | 3.10 |
| 11/14/15 | LRL | 0003 | Revisions to draft monthly fee application (.6); emails re same (.1). | 0.70 |
| 11/15/15 | ARB | 0003 | Review and comment on monthly fee statement (2.4) and communications with L. Lifland re same (.1, .1). | 2.60 |
| 11/15/15 | LRL | 0003 | Revisions to first monthly fee application (1.3; .3); emails re same (.1; .1). | 1.80 |
| 11/16/15 | MAL | 0003 | Review and comment on schedules to monthly fee statement (2.0); review and comment on fee statement (.9). | 2.90 |
| 11/16/15 | ARB | 0003 | Revise monthly fee statement (1.7); discuss same with L. Lifland (.1); communications with team re: same (.1). | 1.90 |
| 11/16/15 | LRL | 0003 | Incorporate M. Lahaie revisions to schedules to monthly fee statement prebill (1.3; .3); continue revisions to first monthly fee application (.5; 1.5; .2). | 3.80 |
| 11/17/15 | MAL | 0003 | Review revised fee statement (.7, .8); emails re same (.3). | 1.80 |
| 11/17/15 | ARB | 0003 | Communications with L. Lifland (.1, .1, .1) and M. Lahaie (.1) re monthly fee statement; finalize draft of same for filing (.6). | 1.00 |
| 11/17/15 | LRL | 0003 | Emails with Akin team re monthly fee statement (.2; .2; .2); review revised schedules (1.2; .3); calls with A. Beane re same (.1; .1); revisions to monthly fee statement (.2; 1.0; .4); review final invoice (.4); review final expense reimbursement (.3); emails with accounting re same (.5); calls with accounting re same (.4); review schedules to fee application (.4); revisions to same (.3); emails re same (.3). | 6.50 |
| 11/17/15 | FBA | 0003 | Prepare additional schedules to fee application for L. Lifland. | 3.10 |
| 11/30/15 | LRL | 0003 | Emails re second monthly fee application (.2); meeting with R. Rubin re same (.2). | 0.40 |
| 11/30/15 | RLR | 0003 | Draft second monthly fee application (2); emails re same (.2); meeting with L. Lifland re same (.2). | 2.40 |
| 11/04/15 | LRL | 0004 | Emails to F. Alvarez re schedule re professionals invoices and fee applications. | 0.30 |
| 11/04/15 | FBA | 0004 | Assemble schedule of other professionals' fee applications. | 1.60 |
| 11/05/15 | LRL | 0004 | Emails re call with PJT re retention application (.2); attend call with PJT re same (.5). | 0.70 |
| 11/19/15 | FBA | 0004 | Review filed fee applications (.5); update chart re same (.7). | 1.20 |
| 11/25/15 | TS | 0004 | Review first monthly fee statement of Peter J. Solomon (.4) and update fee tracking chart with same (.6). | 1.00 |
| 11/02/15 | ARB | 0006 | Review Debtors' retention applications for A&G Realty (.3), ICR Communications (.2), Deloitte Tax (.3) and Deloitte & Touche (.2); prepare brief summary chart re same (.4). | 1.40 |
| 11/03/15 | ARB | 0006 | Research re Debtors' retention applications. | 1.10 |
| 11/04/15 | MAL | 0006 | Review UST email re PJT retention (.2); emails re same (.2). | 0.40 |
| 11/09/15 | MAL | 0006 | Emails re PJT retention (.2). | 0.20 |
| 11/11/15 | MAL | 0006 | Emails re PJT retention. | 0.40 |
| 11/12/15 | ARB | 0006 | Review communication from U.S. Trustee in connection with PJT retention application (.2); correspondence with Skadden re same (.1). | 0.30 |
| 11/16/15 | ARB | 0006 | Begin preparing motion to retain information agent (1.3); research precedent in connection with same (.6); communications with R. Rubin (.2) and L. Lifland (.1) re same. | 2.20 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  Page 5
Invoice Number: 1636533  December 31, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/16/15 | RLR | 0006 | Draft information agent motion (3.5); research re same (1.4). | 4.90 |
| 11/17/15 | RLR | 0006 | Continue to draft information agent motion (1.5; 1.9); emails re same (.2); calls re same (.2; .1). | 3.90 |
| 11/18/15 | LRL | 0006 | Review draft information agent motion (.8); revisions to same (2.2). | 3.00 |
| 11/19/15 | ARB | 0006 | Comment on draft motion to retain information agent (1.6, 1.3). | 2.90 |
| 11/19/15 | LRL | 0006 | Continued revisions to information agent motion (.5; 1.9); research in connection with same (.5); emails re same (.2); incorporate A. Beane comments to information agent motion (2.0; .5). | 5.60 |
| 11/19/15 | RLR | 0006 | Revisions to information agent motion (1; 1.5; 1.5); emails re same (.1; .2); research re same (1; 1.5). | 6.80 |
| 11/02/15 | ARB | 0007 | Review (.2) and comment on PJT presentation for committee call (.5). | 0.70 |
| 11/02/15 | RLR | 0007 | Prepare documents for committee call. | 1.00 |
| 11/03/15 | MSS | 0007 | Review relevant materials in preparation for UCC call (.8); participate in precall (.3) and UCC call (1.1); confer with PJT team re various strategic issues (.5). | 2.70 |
| 11/03/15 | ARB | 0007 | Review revised deck for committee call prepared by PJT (.3); distribute to committee (.1); prepare for (.2) and participate in precall (.3) and committee call (1.1). | 2.00 |
| 11/03/15 | LRL | 0007 | Professional's precall (.3); call with committee (1.1). | 1.40 |
| 11/03/15 | RLR | 0007 | Prepare for precall (.4) and call (.7); participate in pre-call (.3); and committee call (1.1); and follow up (.4). | 2.90 |
| 11/06/15 | LRL | 0007 | Call with committee member re pending matters. | 0.30 |
| 11/09/15 | MSS | 0007 | Review materials in preparation for UCC call (.6); email with Akin team re same (.5). | 1.10 |
| 11/09/15 | MAL | 0007 | Review materials for committee call (1.2); emails with Akin team re same (.4); confer with PJT re same (.2). | 1.80 |
| 11/09/15 | RLR | 0007 | Prepare for committee call. | 0.50 |
| 11/10/15 | JLS | 0007 | Prepare for (.4) and participate in call with committee (1.1). | 1.50 |
| 11/10/15 | MSS | 0007 | Review materials in preparation for UCC call (.8); call with PJT re same (.3); participate in UCC call (1.1); follow up with PJT re same (.4). | 2.60 |
| 11/10/15 | AQ | 0007 | Pre-call with PJT team (.3); committee call (partial) (.8). | 1.10 |
| 11/10/15 | MAL | 0007 | Prepare for (1.0) and participate on committee call (1.1); attend professionals' pre-call (.3); related follow-up (.2). | 2.60 |
| 11/10/15 | ARB | 0007 | Prepare draft agenda for committee call (.2); prepare for call (.3); participate in pre-call (.3) and committee call (1.1). | 1.90 |
| 11/10/15 | LRL | 0007 | Prepare for call with committee (.2); emails re same (.1); pre-call with professionals (.3); call with committee (1.1); follow up re same (.1). | 1.80 |
| 11/10/15 | RLR | 0007 | Prepare for (1.8); participate in pre-call with PJT (.3); and committee call (1.1). | 2.50 |
| 11/16/15 | ARB | 0007 | Communicate with Akin and PJT teams (.1); and committee members (.1) re cancellation of weekly committee call. | 0.20 |
| 11/17/15 | MAL | 0007 | Emails with committee members re status. | 0.40 |
| 11/24/15 | JLS | 0007 | Review correspondence in connection with agenda for committee call. | 0.30 |
| 11/24/15 | MSS | 0007 | Emails with PJT team (.2) and Akin team re current UCC issues (.4). | 0.60 |
| 11/24/15 | AQ | 0007 | Review and analyze PJT deck for committee call (.1); participate in pre-call with PJT (.2); attend committee call (.6). | 0.90 |
| 11/24/15 | MAL | 0007 | Prepare for (.5) and participate on professionals' pre-call (.2) and committee call (.6); follow-up call with committee member (.4). | 1.70 |
| 11/24/15 | ARB | 0007 | Comment on slides prepared by PJT for discussion during committee call (.3, .2); communications to committee re same (.1); participate in precall (.2) and committee call (.6); related follow-up (.1). | 1.50 |
| 11/24/15 | LRL | 0007 | Participate in professionals' precall (.2); call with committee (.6); related follow-up (.2). | 1.00 |
| 11/24/15 | RLR | 0007 | Participate in committee precall (.2); committee call (.6); preparation re same (.4); related follow-up (.2). | 1.40 |
| 11/13/15 | MAL | 0008 | Prepare for November 17 hearing. | 0.40 |
| 11/16/15 | MAL | 0008 | Prepare for November 17 omnibus hearing. | 0.30 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/18/15 | FBA | 0008 | Assemble hearing binders for November 17 hearing. | 0.70 |
| 11/29/15 | LRL | 0008 | Coordinate with paralegals and local ccounsel re preparation for disclosure statement hearing (.4); prepare for in-person meeting with PJT re same (.3). | 0.70 |
| 11/30/15 | DKB | 0008 | Email to L. Lifland re preparation for December 1 hearing (.2); register attorneys for CourtCall appearances (.2); email to attorney re status (.1); organize hearing materials (1.5); draft index for binder of November 17 pleadings (.6); organize revised and updated pleadings (1); update notebooks and index (.9); emails with L. Lifland and R. Rubin re status (.2). | 4.70 |
| 11/30/15 | ARB | 0008 | Emails with L. Lifland and R. Rubin re: preparations for December 1 hearing (.1, .2, .1). | 0.40 |
| 11/30/15 | LRL | 0008 | Prepare for disclosure statement hearing (.3; .1; .2; .5); emails re same (.2; .1); emails re filing of amended disclosure statement (.3; .2). | 1.90 |
| 11/30/15 | RLR | 0008 | Prepare materials in connection with disclosure statement hearing (.5, .5, .4, .8, .3, .4, .3); emails re same (.2, .3); research re same (.3, .5). | 4.50 |
| 09/29/15 | HBJ | 0010 | Call with A. Beane re debt stock pledge issue. | 0.10 |
| 09/30/15 | AQ | 0010 | Call with Pepper re DIP discovery. | 0.30 |
| 10/01/15 | AQ | 0010 | Confer with team regarding discovery (.2); emails regarding same (.3). | 0.50 |
| 10/02/15 | FTL | 0010 | Analysis (.6) and summary of potential DIP financing objections (.4). | 1.00 |
| 10/02/15 | LRL | 0010 | Review and revise draft DIP/PSA objection (2.3; 2.0); calls with Akin team re same (.5) research in connection with same (2.0); attention to DIP issues (.8; .5). | 8.10 |
| 10/03/15 | LRL | 0010 | Research in connection with DIP/PSA objection (6.0); revisions to competing DIP chart (.5). | 6.50 |
| 10/04/15 | MPC | 0010 | Review and further revise DIP/PSA objection (3.1); correspond with A. Beane re same (.4). | 3.50 |
| 10/04/15 | LRL | 0010 | Research in connection with DIP declaration (1.0; 3.5; .8); revisions to DIP/PSA objection (1.0). | 6.30 |
| 10/05/15 | AQ | 0010 | Review and analyze DIP (.7) and PSA (.5) related documents. | 1.20 |
| 10/05/15 | AQ | 0010 | Review and analyze draft DIP/PSA objection. | 0.60 |
| 10/05/15 | AQ | 0010 | Confer with M. Lahaie re DIP issues. | 0.20 |
| 10/05/15 | AQ | 0010 | Confer with J. Sorkin regarding deposition re DIP. | 0.20 |
| 10/05/15 | AQ | 0010 | Review and analyze case law re DIP issues. | 0.80 |
| 10/05/15 | AQ | 0010 | Review and analyze discovery documents re DIP. | 0.50 |
| 10/05/15 | MPC | 0010 | Further review (1.7) and revise DIP/PSA objection to incorporate additional comments (3.5); confer with A. Beane re same (.5). | 5.70 |
| 11/02/15 | ARB | 0010 | Review motion to approve backstop agreement. | 0.40 |
| 11/02/15 | LRL | 0010 | Emails re recent filings re backstop motion (.3); emails re summaries of same (.2); follow up re same (.2); summarize backstop motion for committee distribution (1.7; .4; .3). | 3.10 |
| 11/03/15 | MAL | 0010 | Review materials in connection with backstop motion. | 0.80 |
| 11/03/15 | ARB | 0010 | Review backstop motion (1.3); communications with L. Lifland re same (.1, .1); review and comment on summary of same (1.4). | 2.90 |
| 11/06/15 | SBK | 0010 | Begin to review motion re backstop commitment (.3) and rights offerings procedures (.3). | 0.60 |
| 11/06/15 | MAL | 0010 | Emails to PJT team (.3) and Akin team re backstop motion (.2); review backstop materials (.5). | 1.00 |
| 11/06/15 | LRL | 0010 | Summarize major case milestones in connection with backstop motion (.6; .3); emails re same (.1). | 1.00 |
| 11/09/15 | SBK | 0010 | Emails to/from A. Beane re backstop motion review (.1); review and mark up backstop commitment letter and rights offering procedures (2.1); call with Akin team re same (.2); related follow-up (.1). | 2.50 |
| 11/09/15 | MAL | 0010 | Calls with Akin team re backstop agreement (.2); related follow-up (.1); review documents re same (.4). | 0.70 |
| 11/09/15 | ARB | 0010 | Discuss issues raised by backstop agreement with PJT team (.2); research in connection with same (4.4); discuss same with Akin team | 5.00 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U                                              Page 7
Invoice Number: 1636533                                                        December 31, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.2); emails with PJT (.1) and Akin team (.1) re same. | |
| 11/10/15 | LRL | 0010 | Prepare for call with PJT re backstop issues (.2); call with PJT re same (.5); follow up re same (.2). | 0.90 |
| 11/11/15 | MSS | 0010 | Emails with Akin (.3) and PJT teams (.3) re backstop issues. | 0.60 |
| 11/12/15 | ARB | 0010 | Begin preparing response to backstop motion (4.2); research re same (3.7); discuss same with L. Lifland (.3); communications with PJT re same (.2, .1, .1). | 8.60 |
| 11/12/15 | LRL | 0010 | Calls with A. Beane re response to backstop motion (.3); related follow-up (.3); begin drafting same (.8; 2.3; 1.8); research in connection with same (3.7). | 9.20 |
| 11/12/15 | RLR | 0010 | Summarize research re: backstop motion (2.0, 1.2, 2.8); email re: same (.2); research for PJT re same (1). | 7.20 |
| 11/13/15 | FTL | 0010 | Review (.3) and comment on terms of backstop commitment letter for exit rights offering (.5). | 0.80 |
| 11/13/15 | MAL | 0010 | Emails re: backstop motion. | 0.40 |
| 11/13/15 | ARB | 0010 | Conduct further research in connection with motion to approve backstop motion (2.2); communications with PJT re same (.2, .1). | 2.50 |
| 11/13/15 | LRL | 0010 | Email to R. Rubin re research in connection with backstop (.3); related follow-up (.1); emails to PJT re same (.1); continue to draft response re same (.3; 2.0). | 2.80 |
| 11/13/15 | RLR | 0010 | Analyze cases re: backstop motion (1.9; 2.5; .3); emails to team re same (.2; .5; .5, .3). | 6.20 |
| 11/16/15 | MSS | 0010 | Confer with M. Lahaie re: backstop motion. | 0.20 |
| 11/16/15 | MAL | 0010 | Confer with PJT re backstop motion issues (.3); confer with M. Stamer re same (.2); emails re same (.2). | 0.70 |
| 11/16/15 | ARB | 0010 | Research in connection with issues raised by motion to approve Debtors' entry into backstop agreement (.8); communications with M. Lahaie (.1) and PJT (.1, .1) re same. | 1.10 |
| 11/18/15 | MAL | 0010 | Review documents re backstop motion. | 0.30 |
| 11/18/15 | LRL | 0010 | Review amended backstop motion (.6); emails re same (.2). | 0.80 |
| 11/19/15 | MAL | 0010 | Emails re backstop motion. | 0.40 |
| 11/23/15 | RLR | 0011 | Review draft motion to reject trademark licenses. | 0.60 |
| 11/24/15 | ARB | 0011 | Review draft motion to reject trademark license agreement (.1); communications with PJT and Skadden (.1) re same. | 0.20 |
| 11/02/15 | ALK | 0012 | Spin-off transaction analysis. | 1.60 |
| 11/03/15 | MAL | 0012 | Confer with PJT re trade vendor claims (.2); emails re same (.2). | 0.40 |
| 11/04/15 | ARB | 0012 | Communications with PJT (.2, .1) and committee (.1) re trade vendor claim amounts. | 0.40 |
| 11/11/15 | ALK | 0012 | Analysis of spinoff transactions. | 1.00 |
| 11/16/15 | ALK | 0012 | Analysis of spin off transactions. | 1.20 |
| 11/17/15 | MAL | 0012 | Emails re bar date. | 0.40 |
| 11/17/15 | ARB | 0012 | Review bar date motion and notice (.4); communications with M. Lahaie re same (.1, .1); calls (.1, .1, .1) and emails (.1, .1) with various committee members in connection with same. | 1.10 |
| 11/19/15 | ARB | 0012 | Review draft settlement agreement re contract claim (.6); prepare draft email to committee re proposed critical vendor payment (.6) and communications to PJT team (.1) and committee (.1) re same. | 1.40 |
| 11/20/15 | ALK | 0012 | Analysis of divestiture transactions. | 0.80 |
| 11/24/15 | ARB | 0012 | Prepare email to committee re critical vendor proposed settlement. | 0.30 |
| 11/02/15 | AQ | 0013 | Review and edit diligence list (.1); confer with A. Koo re same (.2). | 0.30 |
| 11/02/15 | ALK | 0013 | Attention to due diligence requests (1.5) and investigation analysis (.8); confer with A. Qureshi regarding same (.2). | 2.50 |
| 11/02/15 | MAL | 0013 | Emails re memo summarizing status of diligence reviews. | 0.40 |
| 11/02/15 | ARB | 0013 | Revise initial diligence list (1.1); coordinate with finance (.1) and litigation (.2) teams re same. | 1.40 |
| 11/02/15 | LRL | 0013 | Research in connection with prepetition transfers (.5); emails re same | 0.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.2). | |
| 11/03/15 | LKW | 0013 | Research re liens in connection with due diligence. | 0.80 |
| 11/04/15 | CPV | 0013 | Review collateral document list in connection with diligence (1.1) and discuss same with L. Wilkiewicz (.2); emails re same (.2, .2).. | 1.70 |
| 11/04/15 | LKW | 0013 | Research re liens in connection with diligence (2.3); conference with C. Villota re same (.2). | 2.50 |
| 11/05/15 | CPV | 0013 | Review indentures (1.0) and loan agreements (.8); respond to client inquiries regarding scope of collateral (0.6). | 2.40 |
| 11/06/15 | CPV | 0013 | Review loan documents in relation to diligence. | 2.10 |
| 11/06/15 | MAL | 0013 | Litigation diligence call (.4); related follow-up (.1). | 0.50 |
| 11/06/15 | LPH | 0013 | Investigate bankruptcy records in connection with diligence (2.7); retrieve relevant documents (.4) and send to L. Wilkiewicz (.1); research re: credit agreement diligence (1.4). | 4.60 |
| 11/06/15 | LKW | 0013 | Review memos re lien perfection. | 0.80 |
| 11/09/15 | CPV | 0013 | Review company filings in connection with diligence (1.8); emails re same with Akin team (0.7); review responses to diligence inquiries (1.4). | 3.90 |
| 11/10/15 | CPV | 0013 | Review company's diligence response documents. | 3.10 |
| 11/10/15 | LPH | 0013 | Prepare diligence order re: lien searches (.2); prepare diligence tracking matrix (.3). | 0.50 |
| 11/11/15 | CPV | 0013 | Revise diligence summary (0.3); review diligence response (2.4). | 2.70 |
| 11/11/15 | ALK | 0013 | Analyze claims (1.0) and review SEC filings (1.2) in connection with diligence. | 2.20 |
| 11/11/15 | ARB | 0013 | Review Company's responses to initial diligence request (1.3); communications with A. Koo re same (.1, .1); communications to corporate team re same (.1). | 1.60 |
| 11/11/15 | MEP | 0013 | Organize (1.0) and review exhibits for the responses to committee diligence requests for attorney review (2.7). | 3.70 |
| 11/12/15 | CPV | 0013 | Review partial diligence summary. | 0.90 |
| 11/12/15 | ALK | 0013 | Review production chart (.4) and diligence documents (.6). | 1.00 |
| 11/12/15 | LKW | 0013 | Conference with K. Dinett re: due diligence (.2); prepare summary of same (.5). | 0.70 |
| 11/12/15 | KCD | 0013 | Conference with L. Wilkiewicz regarding status of perfection review (.2); review of documents produced in data room (1.8); review bankruptcy filings and analyze listed assets (.9). | 2.90 |
| 11/13/15 | CPV | 0013 | Review company's supplemental diligence response. | 1.40 |
| 11/13/15 | ALK | 0013 | Review investigation diligence (1.7); confer with A. Beane (.1, .1) and PJT (.1) re same. | 2.00 |
| 11/13/15 | MAL | 0013 | Emails re status of diligence review. | 0.20 |
| 11/13/15 | ARB | 0013 | Communications with A. Koo (.1, .1) and Skadden (.1) re initial diligence request. | 0.30 |
| 11/13/15 | KCD | 0013 | Review documents produced in data room (.9) and prepare summary of same (.6). | 1.50 |
| 11/14/15 | KCD | 0013 | Review diligence response (.2) and research re same (.2); review finance documents in connection with diligence (1.5). | 1.90 |
| 11/15/15 | KCD | 0013 | Review debtors' schedule of assets (2.0); review and analyze UCC provisions pertaining to diligence (1.3). | 3.30 |
| 11/16/15 | CPV | 0013 | Review (.4) and provide comments to draft of diligence summaries (.8). | 1.20 |
| 11/16/15 | ALK | 0013 | Review investigation diligence (2.0); confer and email with debtors' counsel regarding same (0.8); emails to Akin team regarding same (0.3). | 3.10 |
| 11/16/15 | MEP | 0013 | Prepare (1.0) and organize documents from the data room for attorney review in connection with diligence (2.2). | 3.20 |
| 11/17/15 | CPV | 0013 | Review documents produced per diligence request. | 2.10 |
| 11/17/15 | ALK | 0013 | Attention to claims investigation review (2.7); call with A. Beane re same (.3). | 3.00 |
| 11/17/15 | ARB | 0013 | Call with A. Koo re diligence issues (.3); communications with PJT (.1) and Akin corporate team (.1) re same. | 0.50 |
| 11/17/15 | LKW | 0013 | Review schedules of assets in connection with diligence review (1.7); | 6.70 |

| | | | | |
|---|---|---|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | | | | Page 9 |
| Invoice Number: 1636533 | | | | December 31, 2015 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | draft summary charts re same (1.0); review additional documents in connection with diligence review (.5); draft summary chart re same; (2.8) research re same (.7). | |
| 11/17/15 | KCD | 0013 | Review schedule of assets of debtor in connection with diligence. | 0.50 |
| 11/17/15 | MEP | 0013 | Prepare documents from data room for attorney review in connection with diligence review. | 2.60 |
| 11/18/15 | AQ | 0013 | Email to A. Koo regarding status of diligence investigation. | 0.20 |
| 11/18/15 | CPV | 0013 | Group conference to discuss status of claim analysis (0.4); review and provide comments to draft of diligence memorandum (2.4); related follow-up (.3). | 3.10 |
| 11/18/15 | ALK | 0013 | Investigation diligence review (3.1); confer with team regarding same (.2, .2); related follow-up (.4). | 3.90 |
| 11/18/15 | MAL | 0013 | Internal call re status of diligence review (partial) (.3); emails re same (.3). | 0.60 |
| 11/18/15 | ARB | 0013 | Participate in call with financial restructuring, litigation and corporate teams re ongoing diligence process. | 0.40 |
| 11/18/15 | LKW | 0013 | Conference re status of due diligence review. | 0.40 |
| 11/18/15 | LRL | 0013 | Call with Akin team re status of due diligence (.4); related follow up (.2); emails re same (.1). | 0.70 |
| 11/18/15 | RLR | 0013 | Participate in telephonic conference between Akin financial restructuring, litigation, and corporate teams re: due diligence updates (.4); related follow-up (.1). | 0.50 |
| 11/19/15 | ALK | 0013 | Attention to investigation diligence. | 1.80 |
| 11/19/15 | LPH | 0013 | Review UCC lien searches in connection with due diligence. | 1.00 |
| 11/20/15 | CPV | 0013 | Respond to diligence inquiries (0.6); review outstanding diligence issues (0.8). | 1.40 |
| 11/20/15 | ALK | 0013 | Attention to investigation diligence (1.0); emails to Skadden re same (.2). | 1.20 |
| 11/20/15 | ARB | 0013 | Communications with corporate (.1) and litigation (.1) teams re: ongoing diligence process. | 0.20 |
| 11/20/15 | LPH | 0013 | Complete review (.7) and prepare summary of UCC/lien investigation in connection with diligence (.8). | 1.50 |
| 11/20/15 | KCD | 0013 | Review and revise list of follow-up diligence questions to debtor's counsel (.5); distribute follow-up diligence questions to debtor's counsel (.1); review and analyze updated perfection review (.8). | 1.40 |
| 11/20/15 | KMK | 0013 | Conduct lien searches for Debtor entities in connection with perfection review (2.2); summarize search results (1.3). | 3.50 |
| 11/23/15 | ALK | 0013 | Review litigation materials re diligence efforts (1.2); emails with A. Qureshi re status of diligence (.3). | 1.50 |
| 11/23/15 | LKW | 0013 | Conference with K. Dinett re collateral summary memorandum (.1; .2). | 0.30 |
| 11/23/15 | KCD | 0013 | Conference with L. Wilkiewicz regarding status of memorandum in connection with diligence (.3); review and compare copyright searches (.9). | 1.20 |
| 11/23/15 | RLR | 0013 | Emails with Akin litigation (.2 , .1) and corporate (.1, .1) teams re diligence process and status. | 0.50 |
| 11/24/15 | AQ | 0013 | Confer with A. Koo re status of investigation. | 0.30 |
| 11/24/15 | CPV | 0013 | Review responses to diligence inquiries (1.4); draft follow up questions (0.9). | 2.30 |
| 11/24/15 | ALK | 0013 | Meet with A. Qureshi regarding diligence (.3); draft summary re same (1.0); emails to FR team regarding diligence (.6); diligence review (.7). | 2.60 |
| 11/24/15 | KCD | 0013 | Correspondence with L. Hausner regarding bankruptcy orders in connection with diligence (.1); review and analyze order granting DIP facilities re same (.4); review financing statements (3); revise perfection memorandum (.4). | 3.90 |
| 11/25/15 | ALK | 0013 | Review emails from team (.1) and Skadden re diligence review (.2). | 0.30 |
| 11/25/15 | KCD | 0013 | Revise memorandum in connection with diligence (.6); review and analyze purchase documents (1.9); correspondence summarizing | 3.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | outstanding issues relating to perfection review (.2); conference with Skadden regarding diligence requests for debtors (.2); review security documents (.7). | |
| 11/30/15 | CPV | 0013 | Review updated diligence (0.9); review and draft comments to revised summaries re diligence (0.9). | 1.80 |
| 11/30/15 | ALK | 0013 | Emails with debtors, A. Qureshi, and FAs (.5); diligence re prepetition transactions (1.2). | 1.70 |
| 11/30/15 | LRL | 0013 | Research in connection with prepetition transactions (.2; .6; 1.2); emails re same (.1). | 2.10 |
| 11/24/15 | LPH | 0015 | Obtain copies of final order in regards to motion 17 of docket for K. Dinnet. | 0.50 |
| 11/02/15 | ARB | 0016 | Review motion to modify stay re D&O insurance proceeds (.3); communications with Skadden (.2) and L. Lifland (.2) re same; prepare brief summary of same (.3). | 1.00 |
| 11/02/15 | LRL | 0016 | Confer with A. Beane re insurance proceeds in connection with lift stay motion (.2); emails with M. Mungia re same (.3). | 0.50 |
| 11/03/15 | MM | 0016 | Review and analyze email from L. Lifland regarding motion to access D&O policy proceeds (.2); review motion re same (.9); call with L. Lifland and A. Beane re same (.3). | 1.40 |
| 11/03/15 | ARB | 0016 | Call with L. Lifland and M. Mungia re D&O motion. | 0.30 |
| 11/03/15 | LRL | 0016 | Call with M. Mungia and A. Beane re lift stay insurance issue (.3); follow up re same (.2). | 0.50 |
| 11/03/15 | RLR | 0016 | Research re lift stay motion. | 2.00 |
| 11/05/15 | MM | 0016 | Review and analyze D&O insurance policy regarding motion to acess D&O policy proceeds (1.1) call with L. Lifland regarding same (.1); follow-up re same (.2). | 1.40 |
| 11/05/15 | ARB | 0016 | Continued diligence re D&O insurance issues in connection with motion to modify automatic stay. | 1.40 |
| 11/05/15 | LRL | 0016 | Call with M. Mungia re insurance issues in connection with lift stay motion (.1); emails re same (.2). | 0.30 |
| 11/06/15 | JLS | 0016 | Phone conference with litigation counsel to company in connection with pending litigations in connection with D&O lift stay motion (.4); review and analyze pending litigations in connection with same (.6). | 1.00 |
| 11/06/15 | AQ | 0016 | Call with company regarding D&O insurance lift stay motion (.3); review and analyze litigation documents in connection with same (.4). | 0.70 |
| 11/06/15 | ARB | 0016 | Participate in call with Company re pending litigation re D&O lift stay issues. | 0.30 |
| 11/06/15 | LRL | 0016 | Call with Debtors re pending D&O litigation (.3); emails re same (.2). | 0.50 |
| 11/13/15 | ARB | 0016 | Review additional language proposed by insurer's counsel in connection with proposed order approving D&O insurance motion (.5) and communications with M. Mungia re same (.1). | 0.60 |
| 11/15/15 | MM | 0016 | Review and analyze proposed language of order re D&O issue. | 0.50 |
| 11/16/15 | MAL | 0016 | Emails (.2) with team and calls (.3) with Skadden re D&O insurance motion. | 0.50 |
| 11/16/15 | ARB | 0016 | Review comments of M. Mungia to additional language proposed to be added to order lifting stay with respect to D&O insurance proceeds (.6); communicate same to Skadden (.2); communications with M. Lahaie (.1) and M. Mungia (.1) re same; further communications with Skadden re same (.2). | 1.20 |
| 11/18/15 | MM | 0016 | Draft email to A. Beane regarding changes to order re D&O issues. | 0.40 |
| 11/04/15 | ARB | 0019 | Emails to M. Lahaie (.1), PJT (.1) and Skadden (.1) re employee compensation issues. | 0.30 |
| 11/05/15 | MAL | 0019 | Review KEIP/KERP materials (.8); participate on call with company (.5); follow-up call with PJT (.2); emails to Akin team re same (.2). | 1.70 |
| 11/05/15 | ARB | 0019 | Review KEIP/KERP materials prepared by Company in preparation for upcoming call (1.7); research re same (.5); review presentation materials re same (.1); prepare for (.1) and participate in call with Skadden and | 2.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | FTI re same (.5). | |
| 11/09/15 | ARB | 0019 | Review Company presentation re KEIP/KERP (.2); provide comments on PJT presentation materials re same (.7, .5); emails re same with Akin team (.1) and S. Rappaport (.1). | 1.60 |
| 11/10/15 | MAL | 0019 | Review and comment on KEIP/KERP motion (.8) and emails to PJT re same (.2). | 1.00 |
| 11/10/15 | ARB | 0019 | Review revised PJT presentation materials (.2); email committee with respect to same (.1); review and comment on draft KEIP/KERP motion (1.7). | 2.00 |
| 11/19/15 | MAL | 0019 | Emails re KEIP/KERP motion. | 0.30 |
| 11/24/15 | ARB | 0019 | Review U.S. Trustee's objection to KEIP/KERP motion (.3); communication to committee re same (.1). | 0.40 |
| 11/24/15 | LRL | 0019 | Review UST objection to Debtors' KEIP motion (.4); emails re same (.1). | 0.50 |
| 11/02/15 | ARB | 0020 | Review 365(d) extension motion (.3) and prepare brief summary of same (.3). | 0.60 |
| 11/01/15 | ARB | 0022 | Review revised research memorandum re plan issues (1.2); correspondence with L. Lifland and R. Rubin re same (.1). | 1.30 |
| 11/01/15 | LRL | 0022 | Revise memorandum re: plan issues (.3; .7); research in connection with same (1.6). | 2.60 |
| 11/02/15 | AQ | 0022 | Call with PJT re valuation and related issues. | 0.40 |
| 11/02/15 | MAL | 0022 | Review plan documents. | 1.00 |
| 11/02/15 | ARB | 0022 | Review (.3) and comment on revised draft of memo re plan issues (.9). | 1.20 |
| 11/02/15 | LRL | 0022 | Revisions to research memorandum re: plan issues (1.0; .2; 1.1); meeting with R. Rubin re same (.2); research in connection with same (.3). | 2.80 |
| 11/02/15 | RLR | 0022 | Research in connection with plan issues memo (.8); meet with L. Lifland re same (.2); research re same (1.2). | 2.20 |
| 11/03/15 | MAL | 0022 | Continue review of plan documents (1.5); review plan issues memo (.8). | 2.30 |
| 11/03/15 | ARB | 0022 | Research re issues raised by disclosure statement. | 2.10 |
| 11/03/15 | LRL | 0022 | Review disclosure statement (.8); emails re plan documents (.2). | 1.00 |
| 11/03/15 | RLR | 0022 | Email to team re plan issues (.3); research re: same (2.4). | 2.70 |
| 11/04/15 | AQ | 0022 | Confer with PJT team re plan issues (.2) and emails re same (.3); review and analyze Debtors' liquidation analysis (.3). | 0.80 |
| 11/04/15 | MAL | 0022 | Review draft plan issues (.8); emails re same (.4); begin review of relevant case law (1.2). | 2.40 |
| 11/04/15 | ARB | 0022 | Continue reviewing disclosure statement (1.3); research issues in connection with same (2.4); conduct further research re plan issues (3.1); discuss same with PJT (.7). | 7.50 |
| 11/04/15 | LRL | 0022 | Call with PJT team re disclosure statement (.2); review same (2.3); emails with Akin team re plan issues (.2); research re same (.8; 1.8); continued research re plan issues (3.5); revisions to memo re same (.5); emails re same (.2). | 9.50 |
| 11/04/15 | RLR | 0022 | Research re memorandum on plan issues (3.3; 1.0) summarize same (4.0; .1); retrieve (.3) and send (.1) pleadings re same. | 8.80 |
| 11/05/15 | MAL | 0022 | Attention to research on plan issues. | 1.00 |
| 11/05/15 | ARB | 0022 | Review and comment on revised draft of memo re plan issues (2.9) and discuss same with L. Lifland (.1). | 3.00 |
| 11/05/15 | RA | 0022 | Research re: plan issues requested by R. Rubin. | 0.60 |
| 11/05/15 | LRL | 0022 | Revisions to plan issues memo (.9); emails re same (.2); discuss same with A. Beane (.1); calls with PJT re disclosure statement research (.3); emails re same (.1); continued research re disclosure statement (1.0). | 2.60 |
| 11/05/15 | RLR | 0022 | Research re plan issues (4.7); summarize same (4.3). | 9.00 |
| 11/06/15 | SBK | 0022 | Call with M. Lahaie re plan issues (.3); emails to/from team re same (.2); ▮▮▮▮ (.3). | 0.80 |
| 11/06/15 | MAL | 0022 | ▮▮▮▮ (.3); ▮▮▮▮ (.3); ▮▮▮▮ (.3). | 0.90 |
| 11/06/15 | ARB | 0022 | Review research in connection with plan issues. | 3.20 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U                                                    Page 12
Invoice Number: 1636533                                                              December 31, 2015

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/06/15 | LRL | 0022 | Continued research in connection with disclosure statement (1.2; .7; .3). | 2.20 |
| 11/06/15 | RLR | 0022 | Research re plan issues (3.2) summarize same (3.3). | 6.50 |
| 11/09/15 | AQ | 0022 | Review and analyze plan materials (.3); call with PJT re valuation issues (.2); confer with M. Lahaie re same (.2); review and analyze plan issues and emails regarding same (.2). | 0.90 |
| 11/09/15 | SBK | 0022 | [REDACTED] (.8); [REDACTED] (.6); [REDACTED] (.3); [REDACTED] (.2); [REDACTED] (.1). | 2.00 |
| 11/09/15 | MAL | 0022 | [REDACTED] (.8) [REDACTED] (.2). | 1.00 |
| 11/09/15 | ARB | 0022 | [REDACTED] (1.1) [REDACTED] (.1, .1). | 1.30 |
| 11/09/15 | LRL | 0022 | Meet with R. Rubin re plan issues research (.1); related follow-up re: same (.1). | 0.20 |
| 11/09/15 | RLR | 0022 | Research re plan issues (2.0); summarize research re same (1.9); meet with L. Lifland re plan issues (.1). | 4.00 |
| 11/10/15 | JLS | 0022 | Review pleadings in connection with litigation identified in the disclosure statement. | 1.50 |
| 11/10/15 | AQ | 0022 | [REDACTED] (.2) [REDACTED] (.1). | 0.30 |
| 11/10/15 | MAL | 0022 | [REDACTED] (.5); [REDACTED] (.3); [REDACTED] (.3). | 1.10 |
| 11/10/15 | ARB | 0022 | [REDACTED] (.5); [REDACTED] (.1). | 0.60 |
| 11/11/15 | LRL | 0022 | Continued research in connection with disclosure statement. | 1.80 |
| 11/12/15 | RLR | 0022 | Research re plan issues. | 1.10 |
| 11/13/15 | MAL | 0022 | Continue research re plan issues (1.2); [REDACTED] (.3). | 1.50 |
| 11/16/15 | MAL | 0022 | Emails with Akin team re plan issues (.4); [REDACTED] (.3) [REDACTED] (.2) [REDACTED]. | 0.90 |
| 11/16/15 | LRL | 0022 | Begin drafting disclosure statement pleading. | 0.80 |
| 11/17/15 | MSS | 0022 | Review relevant materials (.3) and confer with PJT team re various plan issues (.4). | 0.70 |
| 11/17/15 | ARB | 0022 | Review amended plan (.6), disclosure statement (.8) and rights offering procedures (.4); communications with PJT (.1), L. Lifland (.1, .1) and Committee (.1, .1) re same; communications with Skadden re same (.1). | 2.40 |
| 11/17/15 | LRL | 0022 | Retrieve and distribute amended plan (.2); retrieve and distribute amended disclosure statement (.4); retrieve and distribute amended backstop motion (.2). | 0.80 |
| 11/18/15 | MSS | 0022 | Calls and conferences with PJT (.1) and M. Lahaie (.3) re various plan issues. | 0.40 |
| 11/18/15 | AQ | 0022 | Call with Skadden regarding amended plan and valuation issues (.9); call with PJT re same (.3); confer with M. Lahaie re same (.2). | 1.40 |
| 11/18/15 | SBK | 0022 | Emails to/from A. Beane and L. Lifland re revised plan, disclosure statement and rights offering procedures. | 0.20 |
| 11/18/15 | BRK | 0022 | Retrieve pleading in connection with plan. | 0.60 |
| 11/18/15 | MAL | 0022 | Review amended plan (.7) and disclosure statement (1.5); call with Company advisors and PJT re plan and disclosure statement documents and value issues (.9); pre-call with PJT (.3); related follow-up with PJT (.3); confer with M. Stamer re same (.3); confer with A. Qureshi re same (.2); confer with V. Durrer re plan issues and next steps (.5); research re plan issues (1.0); related follow-up (.7). | 6.40 |
| 11/18/15 | ARB | 0022 | Review amended versions of plan (1.8), disclosure statement (2.2) and rights offering procedures (1.4); prepare for (.3) and participate in precall with Akin and PJT (.3) and call with Skadden and Company representatives (.9) re valuation issues; post-call with Akin and PJT (.3). | 7.20 |
| 11/18/15 | LRL | 0022 | Prepare for call with Debtors re amended plan and disclosure statement (.3); attend professionals' precall re same (.3); attend call with Debtors re amended plan and disclosure statement (.9); follow up call with professionals (.3); emails to Akin team re research in connection with disclosure statement (.2); related follow-up (.4); review amended plan | 5.90 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U                                                                         Page 13
Invoice Number: 1636533                                                                                December 31, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.6); review amended disclosure statement (.8); research in connection with disclosure statement (.4; 1.4); emails re same (.3). | |
| 11/18/15 | RLR | 0022 | Research re disclosure statement (.3); prepare summary re same (.6); research re same (.4); email re same (.2); prepare for call with debtors (.6); participate in professionals' precall re: plan valuation and amended disclosure statement (.3); participate in call with debtors' professionals re same (.9); participate in professionals post-call (.3); related follow-up (.3); research re disclosure statement (.3); revise statement (.6); research re same (.4); email re same (.2); review amended disclosure statement (.1) and plan (2.1). | 7.60 |
| 11/19/15 | MSS | 0022 | Emails with Akin team re various plan issues (.4); call with PJT re same (.3). | 0.70 |
| 11/19/15 | MAL | 0022 | Review disclosure statement insert precedent (1.0); emails re same (.2); research re plan issues (2.5). | 3.70 |
| 11/19/15 | ARB | 0022 | Research in connection with issues raised by plan and disclosure statement (1.6); prepare draft insert in connection with same (2.8); communications with M. Lahaie (.1, .1) and L. Lifland (.1, .1) re same. | 4.80 |
| 11/19/15 | LRL | 0022 | Research in connection with disclosure statement (1.4; .5); continue to draft pleading re same (2.5). | 4.40 |
| 11/19/15 | RLR | 0022 | Research re plan issues. | 0.50 |
| 11/20/15 | AQ | 0022 | Emails regarding valuation issues. | 0.20 |
| 11/20/15 | MAL | 0022 | Research re plan issues. | 3.70 |
| 11/20/15 | DKB | 0022 | Email with L. Lifland re claims precedent research in connection with plan (.1); review precedent re same (.5); draft index thereof (.6); prepare precedent binder (.7); email attorney re status re same (.1). | 2.00 |
| 11/20/15 | ARB | 0022 | Research in connection with plan issues (2.2, 3.1); discuss same with L. Lifland (.1, .1, .1); review discussion outlines prepared by M. Lahaie (.4) and PJT (.6) re same. | 6.60 |
| 11/20/15 | LRL | 0022 | Research in connection with plan issues (.4; 1.5); discuss same with A. Beane (.3); continue to draft pleading re same (2.1); research in connection with same (1.8). | 6.10 |
| 11/20/15 | RLR | 0022 | Research case law re disclosure statement (.4); email re same (.1). | 0.50 |
| 11/22/15 | ARB | 0022 | Review draft of statement regarding disclosure statement (2.1); communications with L. Lifland (.1) and PJT (.2) re same. | 2.40 |
| 11/22/15 | LRL | 0022 | Emails re disclosure statement pleadings. | 0.30 |
| 11/22/15 | RLR | 0022 | Research re plan issues (2.8; 3.1); summarize same (3.3). | 9.20 |
| 11/23/15 | MSS | 0022 | Confer with Akin team re plan and disclosure statement issues (partial). | 0.40 |
| 11/23/15 | AQ | 0022 | Review draft disclosure statement insert and confer with M. Lahaie regarding same (.2); team meeting re plan issues (.5); call with Akin and PJT re plan valuation issues (.7). | 1.40 |
| 11/23/15 | MAL | 0022 | Research re plan issues (1.5); call with Akin team re same (.5).; call with PJT, Akin teams re same (.7); related follow-up (.3); attention to disclosure statement inserts (.6). | 3.60 |
| 11/23/15 | DKB | 0022 | Email L. Lifland re precedent in connection with plan (.1); review and organize relevant precedent re same (.5); draft index thereof (.7); prepare binder (1); email R. Rubin re status (.1); prepare additional sets of precedent for attorneys (.5). | 2.90 |
| 11/23/15 | ARB | 0022 | Prepare statement in respect of disclosure statement (4.1, 6.2); participate in team meeting with Akin (.5) and Akin and PJT (.7) re plan issues; related follow-up (.1). | 11.60 |
| 11/23/15 | LRL | 0022 | Emails re statement re disclosure statement (.2); call with Akin team re same (.5); call with Akin and PJT re same (.7); revisions to statement (1.4) and follow-up research re same (1.1). | 3.90 |
| 11/23/15 | RLR | 0022 | Summarize research re: plan issues (3.0; 3.0; .8). | 6.80 |
| 11/24/15 | DKB | 0022 | Email L. Lifland re claims valuation precedent in connection with plan (.1); review and revise notebooks re same (.6); email attorney re status re same (.1). | 0.80 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  
Invoice Number: 1636533

Page 14  
December 31, 2015

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/24/15 | ARB | 0022 | Continue revising statement (4.1); discuss same with L. Lifland (.2); research re same (2.4). | 6.70 |
| 11/24/15 | LRL | 0022 | Revisions to statement (.4; 1.5; .6); call with A. Beane re same (.2); research in connection with statement (.7; .3; .7; 1.0); emails re same (.2); prepare summary of same (.7). | 6.30 |
| 11/24/15 | RLR | 0022 | Review additional case law re plan issues (2); write summaries re same (2; 1; .4); edit same (1; 2.2); follow-up research re same (.9). | 9.50 |
| 11/25/15 | ARB | 0022 | Review and analyze revised disclosures (1.4); prepare revised inserts (.4) and communications re same (.2, .2, .1); ▬▬▬ (1.3); ▬▬▬ (.6). | 4.20 |
| 11/25/15 | RLR | 0022 | Follow up research on plan issues. | 0.50 |
| 11/27/15 | MAL | 0022 | Review and comment on initial draft of statement re disclosure statement. | 1.00 |
| 11/27/15 | ARB | 0022 | Review revised language received from Debtors with respect to disclosure statement and rights offering procedures (.7); prepare revised drafts of disclosure statement inserts (1.4). | 2.10 |
| 11/27/15 | LRL | 0022 | Emails re disclosure statement (.2); revisions to same (1.6). | 1.80 |
| 11/28/15 | ARB | 0022 | Further revise disclosure statement insert (.4) and send back to Skadden (.1); revise disclosure statement statement to incorporate comments of M. Lahaie (1.2); review revised inserts received from Skadden (.6). | 2.30 |
| 11/28/15 | LRL | 0022 | Revise statement re disclosure statement (.3; .3); emails re same (.2). | 0.80 |
| 11/29/15 | AQ | 0022 | Emails regarding proposed disclosure statement inserts (.2); revise statement re disclosure statement (.4). | 0.60 |
| 11/29/15 | MAL | 0022 | Review and revise statement re disclosure statement (2.0); emails re same (.4); review disclosure statement language revisions (.3); emails re same (.2). | 2.90 |
| 11/29/15 | ARB | 0022 | Prepare revised disclosure statement inserts (.6) and continue revising statement with respect to amended disclosure statement (1.7). | 2.30 |
| 11/29/15 | LRL | 0022 | Revise statement re disclosure statement (1.3); emails re same (.2). | 1.50 |
| 11/30/15 | JLS | 0022 | Meet with advisors re case strategy in connection with disclosure statement, confirmation and discovery (1.3); phone conference with PJT re discovery issues (.2); analyze issues re disclosure statement and valuation (.5). | 2.00 |
| 11/30/15 | AQ | 0022 | Emails regarding revised statement (.2); meet with PJT team regarding case strategy, confirmation, disclosure statement and discovery (1.3); related follow-up (.2). | 1.70 |
| 11/30/15 | MAL | 0022 | Review and revise statement re disclosure statement per Akin team comments (2.5); finalize same (.5); in-person meeting with PJT re confirmation issues and discovery process (1.3); prepare for same (.5); related follow-up (.2); review multiple versions of revised disclosure statement and related documents (1.3); prepare for disclosure statement hearing (.5). | 6.80 |
| 11/30/15 | ARB | 0022 | Finalize statement with respect to amended disclosure statement for filing (1.9); review draft of second amended disclosure statement (1.1, .7); call/meeting with Akin and PJT re plan issues (1.3); related follow-up (.3). | 5.30 |
| 11/30/15 | LRL | 0022 | Revise statement re disclosure statement (.4; .3); emails re same (.4); emails re in-person meeting with PJT re same (.2); prepare for same (.2); prepare statement for filing (.3); emails re same (.2); meeting with PJT re disclosure statement-related issues (1.3). | 3.30 |
| 11/30/15 | RLR | 0022 | Meet with PJT and Akin teams re: plan issues (1.3); preparation re same (.5). | 1.80 |
| 11/02/15 | ARB | 0024 | Review motion to approve Ampla sale (.4); revise summary re same (.6). | 1.00 |
| 11/02/15 | RLR | 0024 | Summarize Ampla sale motion for committee distribution. | 2.10 |
| 11/03/15 | ARB | 0024 | Review (.2) and comment (.7) on summary of Ampla sale motion. | 0.90 |
| 11/30/15 | MAL | 0024 | Emails re sale process. | 0.20 |
| 11/17/15 | ALK | 0033 | Analysis of divestiture issues and interco issues. | 1.00 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U                                                      Page 15
Invoice Number: 1636533                                                             December 31, 2015

| Date | Tkpr | Task | | | | Hours |
|---|---|---|---|---|---|---|
| | | Total Hours | | | | 724.50 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| J L SORKIN | 6.30 | at | $865.00 | = | $5,449.50 |
| H B JACOBSON | 0.10 | at | $865.00 | = | $86.50 |
| M S STAMER | 14.30 | at | $1250.00 | = | $17,875.00 |
| A QURESHI | 15.50 | at | $1095.00 | = | $16,972.50 |
| S B KUHN | 6.10 | at | $975.00 | = | $5,947.50 |
| F T LEE | 1.80 | at | $850.00 | = | $1,530.00 |
| M A LAHAIE | 70.80 | at | $850.00 | = | $60,180.00 |
| C P VILLOTA | 30.10 | at | $680.00 | = | $20,468.00 |
| A L KOO | 32.40 | at | $695.00 | = | $22,518.00 |
| M P COOLEY | 9.20 | at | $800.00 | = | $7,360.00 |
| M MUNGIA | 3.70 | at | $675.00 | = | $2,497.50 |
| A R BEANE | 154.50 | at | $750.00 | = | $115,875.00 |
| L K WILKIEWICZ | 12.20 | at | $430.00 | = | $5,246.00 |
| K C DINETT | 20.20 | at | $410.00 | = | $8,282.00 |
| L R LIFLAND | 159.20 | at | $650.00 | = | $103,480.00 |
| R L RUBIN | 131.30 | at | $430.00 | = | $56,459.00 |
| K M KOEHLER | 3.50 | at | $270.00 | = | $945.00 |
| B R KEMP | 0.60 | at | $255.00 | = | $153.00 |
| T SOUTHWELL | 1.70 | at | $275.00 | = | $467.50 |
| D KRASA-BERSTELL | 24.20 | at | $275.00 | = | $6,655.00 |
| L P HAUSNER | 8.10 | at | $245.00 | = | $1,984.50 |
| F B ALVAREZ | 8.60 | at | $195.00 | = | $1,677.00 |
| M E PEREZ | 9.50 | at | $195.00 | = | $1,852.50 |
| R ACKER-RAMIREZ | 0.60 | at | $135.00 | = | $81.00 |

Current Fees                                                                          $464,042.00

**Total Amount of This Invoice**                                                **$482,622.07**

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | Invoice Number 1636533 |
| ATTN: ANDREW BRUENJES | Invoice Date 12/31/15 |
| 5600 ARGOSY CIRCLE | Client Number 695956 |
| HUNTINGTON BEACH, CA 92649 | Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 695956/0001, Invoice No. 1636533

(For wires originating outside the US reference Swift ID# CITIUS33)