**EXHIBIT C**

**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| | |
|---|---:|
| Computerized Legal Research | $5,820.76 |
| Courier Service/Messenger Service – Off Site | $442.50 |
| Document Retrieval | $855.00 |
| Duplication – In House | $2,380.60 |
| Document Production – Off Site | $586.64 |
| Document Production – In House | $3,283.00 |
| Meals – Business | $28.25 |
| Meals (100%) | $563.75 |
| Travel – Ground Transportation | $1,341.32 |
| Travel – Telephone & Fax | $9.95 |
| Travel – Train Fare | $3,268.30 |
| **TOTAL** | **$18,580.07** |