**EXHIBIT D**

**EXPENSE DETAIL**



| | |
|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | Invoice Number 1636533 |
| ATTN: ANDREW BRUENJES | Invoice Date 12/31/15 |
| 5600 ARGOSY CIRCLE | Client Number 695956 |
| HUNTINGTON BEACH, CA  92649 | Matter Number 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Computerized Legal Research - Lexis | $2,658.38 |
| Computerized Legal Research - Westlaw | $3,162.38 |
| Courier Service/Messenger Service- Off Site | $442.50 |
| Document Retrieval | $855.00 |
| Duplication - In House | $2,380.60 |
| Document Production - Off Site | $586.64 |
| Document Production - In House | $3,283.00 |
| Meals - Business | $28.25 |
| Meals (100%) | $563.75 |
| Travel - Ground Transportation | $1,341.32 |
| Travel - Telephone & Fax | $9.95 |
| Travel - Train Fare | $3,268.30 |

Current Expenses                                                                                                                      $18,580.07

**Total Amount of This Invoice**                                                                                   **$482,622.07**



## REMITTANCE COPY

### Return with Payment

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  
ATTN: ANDREW BRUENJES  
5600 ARGOSY CIRCLE  
HUNTINGTON BEACH, CA  92649

Client Number:  695956  
Invoice Number: 1636533  
Invoice Date:   12/31/15

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                             $482,622.07

**Summary of Accounts Receivable:**

| Date     | Invoice # | Amount        | Credits         | Balance      |
|----------|-----------|---------------|-----------------|--------------|
| 11/17/15 | 1628957   | $1,254,005.29 | $1,010,781.19   | $243,224.10  |
|          |           | $1,254,005.29 | $1,010,781.19   | $243,224.10  |

Prior Balance Due                                                        $243,224.10

Total Balance Due Upon Receipt                                           $725,846.17

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | Invoice Number  1636533 |
| ATTN: ANDREW BRUENJES | Invoice Date  12/31/15 |
| 5600 ARGOSY CIRCLE | Client Number  695956 |
| HUNTINGTON BEACH, CA  92649 | Matter Number  0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 695956/0001, Invoice No. 1636533

(For wires originating outside the US reference Swift ID# CITIUS33)