**EXHIBIT E**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
RENDERING SERVICES DURING THE PERIOD
NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Joseph Sorkin | Partner for 4 years; Admitted in 2001; Litigation Department | $865.00 | 6.30 | $5,449.50 |
| Howard Jacobson | Partner for 17 years; Admitted in 1979; Tax Department | $865.00 | 0.10 | $86.50 |
| Michael Stamer | Partner for 17 years; Admitted in 1989; Financial Restructuring Department | $1,250.00 | 14.30 | $17,875.00 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095.00 | 15.50 | $16,972.50 |
| Stephen Kuhn | Partner for 15 years; Admitted in 1991; Corporate Department | $975.00 | 6.10 | $5,947.50 |
| Frederick Lee | Partner for 2 years; Admitted in 2005; Corporate Department | $850.00 | 1.80 | $1,530.00 |
| Meredith Lahaie | Partner for 1 year; Admitted in 2007; Financial Restructuring Department | $850.00 | 70.80 | $60,180.00 |
| Carlos Villota | Senior Counsel for 5 years; Admitted in 1997; Corporate Department | $680.00 | 30.10 | $20,468.00 |

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Angeline Koo | Senior Counsel for 2 years; Admitted in 2005; Litigation Department | $695.00 | 32.40 | $22,518.00 |
| Michael Cooley | Senior Counsel for 5 years; Admitted in 2000; Financial Restructuring Department | $800.00 | 9.20 | $7,360.00 |
| Manuel Mungia | Counsel for 2 years; Admitted in 2008; Litigation Department | $675.00 | 3.70 | $2,497.50 |
| Ashley Beane | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $750.00 | 154.50 | $115,875.00 |
| Lech Wilkiewicz | Associate for 2 years; Admitted in 2013; Corporate Department | $430.00 | 12.20 | $5,246.00 |
| Katie Dinett | Associate for 1 year; Admitted in 2014; Corporate Department | $410.00 | 20.20 | $8,282.00 |
| Lauren Lifland | Associate for 2 years; Admitted in 2012; Financial Restructuring Department | $650.00 | 159.20 | $103,480.00 |
| Rachelle Rubin | Associate for 3 months; Bar Admission Pending; Financial Restructuring Department | $430.00 | 131.30 | $56,459.00 |

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Kwan Koehler | Trademark Specialist for 1 year; Intellectual Property Department | $270.00 | 3.50 | $945.00 |
| Brenda Kemp | Legal Assistant for 12 years; Financial Restructuring Department | $255.00 | 0.60 | $153.00 |
| Tracy Southwell | Legal Assistant for 22 years; Financial Restructuring Department | $275.00 | 1.70 | $467.50 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $275.00 | 24.20 | $6,655.00 |
| Lynn Hausner | Legal Assistant for 8 years; Corporate Department | $245.00 | 8.10 | $1,984.50 |
| Francisco Alvarez | Legal Assistant for 7 months; Financial Restructuring Department | $195.00 | 8.60 | $1,677.00 |
| Madeline Perez | Legal Assistant for 5 months; Litigation Department | $195.00 | 9.50 | $1,852.50 |
| Refugio Acker-Ramirez | Research Specialist for 5 years | $135.00 | 0.60 | $81.00 |

Total Amount of Fees:        $464,042.00
Total Number of Hours:              724.50
Blended Hourly Rate:             $640.50