## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 4th day of January, 2016, I caused the foregoing **Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors of Quiksilver, Inc., *et al.*, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period November 1, 2015 through November 30, 2015** to be served upon the parties on the attached service list via first-class mail, postage prepaid.

    /s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#37213078 v1

| | |
|---|---|
| Van C. Durrer, II, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Andrew Bruenjes<br>5600 Argosy Circle<br>#100<br>Huntington Beach, CA 92649 |
| Mark S. Kenney, Esq.<br>Office of the United States Trustee Delaware<br>844 King St<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | Steven Fox, Esq.<br>Riemer & Braunstein LLP<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 |
| Patrick J. Nash, Jr., Esq.<br>Ross M. Kwasteniet, Esq.<br>William A. Guerrieri, Esq.<br>W. Benjamin Winger, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | |