**APPENDIX D**

# PJT PARTNERS INC.
## SUMMARY OF HOURS FOR THE PERIOD OF
## SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015

| Professional | Title | Hours |
|---|---|---|
| Michael Genereux | Partner | 72.0 |
| Jamie Baird | Partner | 135.0 |
| Joshua Abramson | Vice President | 160.5 |
| Samuel Rappaport | Analyst | 182.5 |
| | **Total** | **550.0** |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Genereux | 09/29/15 | 1.0 | Prep for kickoff call with UCC |
| Michael Genereux | 09/29/15 | 1.0 | Kickoff call with UCC |
| Michael Genereux | 09/30/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Michael Genereux | 09/30/15 | 3.5 | Strategy meeting with counsel |
| Michael Genereux | 10/01/15 | 1.0 | Review of first day motions |
| Michael Genereux | 10/01/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Michael Genereux | 10/01/15 | 1.0 | Review case documents and analysis |
| Michael Genereux | 10/02/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Michael Genereux | 10/03/15 | 0.5 | Reviewed and commented on financial analysis related to DIP/PSA |
| Michael Genereux | 10/04/15 | 1.0 | Reviewed and commented on draft of DIP / PSA objection |
| Michael Genereux | 10/05/15 | 0.5 | Reviewed financial analysis related to DIP/PSA |
| Michael Genereux | 10/06/15 | 1.0 | Reviewed draft of DIP / PSA objection |
| Michael Genereux | 10/07/15 | 4.5 | Meeting with counsel to discuss DIP/PSA objection |
| Michael Genereux | 10/07/15 | 1.0 | Reviewed Genereux declaration |
| Michael Genereux | 10/08/15 | 2.0 | Reviewed documents for Court Hearing |
| Michael Genereux | 10/09/15 | 0.5 | Reviewed analysis related to DIP provided by debtor advisors |
| Michael Genereux | 10/10/15 | 1.0 | Reviewed financial analysis related to Genereux declaration |
| Michael Genereux | 10/11/15 | 1.0 | Internal PJT team call |
| Michael Genereux | 10/11/15 | 1.0 | Reviewed Genereux declaration |
| Michael Genereux | 10/11/15 | 1.5 | Reviewed analysis related to Critical Vendor / Retention objection |
| Michael Genereux | 10/12/15 | 4.0 | Prepared for deposition |
| Michael Genereux | 10/12/15 | 1.0 | Call with counsel regarding Genereux declaration and preparation for the same |
| Michael Genereux | 10/12/15 | 1.0 | Reviewed Genereux declaration |
| Michael Genereux | 10/13/15 | 3.5 | Genereux deposition preparation with counsel |
| Michael Genereux | 10/13/15 | 5.0 | Genereux deposition |
| Michael Genereux | 10/14/15 | 9.0 | Attended second day hearings |
| Michael Genereux | 10/15/15 | 8.0 | Prepared for and attended second day hearings |
| Michael Genereux | 10/16/15 | 1.0 | Call with UCC and preparation for the same |
| Michael Genereux | 10/19/15 | 1.0 | Call with debtor advisors regarding sale process and preparation |
| Michael Genereux | 10/19/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Michael Genereux | 10/19/15 | 1.0 | Call with UCC and preparation for the same |
| Michael Genereux | 10/22/15 | 1.5 | Reviewed materials from diligence meeting |
| Michael Genereux | 10/22/15 | 0.5 | Reviewed materials for UCC |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Michael Genereux | 10/23/15 | 1.0 | Reviewed materials for UCC |
| Michael Genereux | 10/25/15 | 0.5 | Reviewed materials for UCC |
| Michael Genereux | 10/26/15 | 1.0 | Reviewed materials for UCC |
| Michael Genereux | 10/27/15 | 0.5 | Reviewed materials for UCC |
| Michael Genereux | 10/27/15 | 1.0 | Call with debtors' and UCC's advisors |
| Michael Genereux | 10/27/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Michael Genereux | 10/27/15 | 1.0 | Call with UCC and preparation for the same |
| Michael Genereux | 10/28/15 | 1.0 | Reviewed legal documents |
| Michael Genereux | 10/30/15 | 1.5 | Preparation and review of materials for UCC |
| Michael Genereux | 10/30/15 | 1.0 | Internal PJT team call |
| | | **72.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 09/29/15 | 1.0 | Prep for kickoff call with UCC |
| Jamie Baird | 09/29/15 | 1.0 | Kickoff call with UCC |
| Jamie Baird | 09/30/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Jamie Baird | 09/30/15 | 1.0 | Reviewed initial diligence list to send to company |
| Jamie Baird | 09/30/15 | 4.5 | Prep for and strategy meeting with counsel |
| Jamie Baird | 09/30/15 | 1.0 | Review of prepared analyses |
| Jamie Baird | 10/01/15 | 1.0 | Review of first day motions |
| Jamie Baird | 10/01/15 | 1.0 | Reviewed and analyzed store closure analysis provided by Company advisors |
| Jamie Baird | 10/01/15 | 0.5 | Call with debtor advisors regarding store closures motion and preparation for the same |
| Jamie Baird | 10/01/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Jamie Baird | 10/01/15 | 2.0 | Review case documents and analysis |
| Jamie Baird | 10/02/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Jamie Baird | 10/03/15 | 1.5 | Reviewed and commented on financial analysis related to DIP/PSA |
| Jamie Baird | 10/04/15 | 2.5 | Reviewed and commented on draft of DIP / PSA objection |
| Jamie Baird | 10/05/15 | 1.0 | Call with debtor advisors regarding DIP budget and preparation for the same |
| Jamie Baird | 10/05/15 | 1.0 | Prepared and commented on presentation for UCC |
| Jamie Baird | 10/05/15 | 0.5 | Reviewed financial analysis related to DIP/PSA |
| Jamie Baird | 10/06/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Jamie Baird | 10/07/15 | 4.5 | Meeting with counsel to discuss DIP/PSA objection |
| Jamie Baird | 10/07/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Jamie Baird | 10/07/15 | 1.5 | Reviewed draft of DIP / PSA objection |
| Jamie Baird | 10/07/15 | 0.5 | Reviewed analysis for Genereux declaration |
| Jamie Baird | 10/08/15 | 4.5 | Attended Cooper Deposition |
| Jamie Baird | 10/08/15 | 3.0 | Attended Savini Deposition |
| Jamie Baird | 10/08/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Jamie Baird | 10/08/15 | 1.0 | Call with debtor advisors regarding taxes and preparation for the same |
| Jamie Baird | 10/10/15 | 1.0 | Reviewed and commented on financial analysis related to Genereux declaration |
| Jamie Baird | 10/11/15 | 1.0 | Internal PJT team call |
| Jamie Baird | 10/11/15 | 4.0 | Reviewed and commented on financial analysis related to Genereux declaration |
| Jamie Baird | 10/11/15 | 1.5 | Reviewed analysis related to Critical Vendor / Retention objection |
| Jamie Baird | 10/12/15 | 1.5 | Dilgenced and reviewed financial analysis provided by debtors' advisors |
| Jamie Baird | 10/12/15 | 2.0 | Prepared for and attended deposition |
| Jamie Baird | 10/12/15 | 1.0 | Call with counsel regarding Genereux declaration and preparation for the same |

# PJT PARTNERS INC.
# HOURLY DETAILS FOR THE PERIOD OF
# SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 10/12/15 | 5.0 | Reviewed financial analysis |
| Jamie Baird | 10/13/15 | 2.0 | Genereux deposition preparation with counsel |
| Jamie Baird | 10/13/15 | 8.0 | Hearing preparation |
| Jamie Baird | 10/14/15 | 9.0 | Attended second day hearings |
| Jamie Baird | 10/14/15 | 2.0 | Strategy sessions with Committee advisors |
| Jamie Baird | 10/14/15 | 1.0 | Reviewed financial analysis |
| Jamie Baird | 10/15/15 | 6.0 | Prepared for and attended second day hearings |
| Jamie Baird | 10/16/15 | 1.0 | Call with UCC |
| Jamie Baird | 10/17/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Jamie Baird | 10/18/15 | 2.0 | Performed diligence for sale process |
| Jamie Baird | 10/19/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Jamie Baird | 10/19/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Jamie Baird | 10/19/15 | 1.0 | Call with UCC and preparation for the same |
| Jamie Baird | 10/19/15 | 1.0 | Performed diligence for sale process |
| Jamie Baird | 10/19/15 | 2.0 | Reviewed and assisted with legal documents related to revised DIP / PSA orders |
| Jamie Baird | 10/19/15 | 1.0 | Preparation for diligence trip to company headquarters |
| Jamie Baird | 10/20/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Jamie Baird | 10/21/15 | 8.0 | Full day diligence meeting at Company headquarters |
| Jamie Baird | 10/22/15 | 3.0 | Reviewed materials from diligence meeting and prepared follow up list |
| Jamie Baird | 10/22/15 | 1.0 | Call with debtors advisors regarding DIP budget + preparation |
| Jamie Baird | 10/22/15 | 1.5 | Reviewed materials for UCC |
| Jamie Baird | 10/22/15 | 0.5 | Call with Company management regarding critical vendors |
| Jamie Baird | 10/23/15 | 2.0 | Preparation of materials for UCC |
| Jamie Baird | 10/23/15 | 1.0 | Reviewed and commented on financial analysis |
| Jamie Baird | 10/26/15 | 2.5 | Review of materials for UCC |
| Jamie Baird | 10/27/15 | 1.0 | Review of materials for UCC |
| Jamie Baird | 10/27/15 | 1.0 | Call with debtors' and UCC's advisors |
| Jamie Baird | 10/27/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Jamie Baird | 10/27/15 | 1.0 | Call with UCC and preparation for the same |
| Jamie Baird | 10/28/15 | 0.5 | Reviewed updated diligence list for debtors' advisors |
| Jamie Baird | 10/28/15 | 2.0 | Reviewed legal documents |
| Jamie Baird | 10/28/15 | 4.0 | Prepared for and attended hearing |
| Jamie Baird | 10/29/15 | 1.0 | Call with Company relating to Critical Vendors |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 10/30/15 | 2.5 | Review of materials for UCC |
| Jamie Baird | 10/30/15 | 1.0 | Internal PJT team call |
| | | **135.0** | |

# PJT PARTNERS INC.
## HOURLY DETAILS FOR THE PERIOD OF
## SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 09/29/15 | 1.0 | Prep for kickoff call with UCC |
| Joshua Abramson | 09/29/15 | 1.0 | Kickoff call with UCC |
| Joshua Abramson | 09/30/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Joshua Abramson | 09/30/15 | 1.0 | Prepared and reviewed initial diligence list to send to company |
| Joshua Abramson | 09/30/15 | 4.5 | Strategy meeting with counsel |
| Joshua Abramson | 09/30/15 | 2.0 | Review and prepared analysis |
| Joshua Abramson | 10/01/15 | 2.0 | Review of first day motions |
| Joshua Abramson | 10/01/15 | 1.0 | Reviewed and analyzed store closure analysis provided by Company advisors |
| Joshua Abramson | 10/01/15 | 0.5 | Call with debtor advisors regarding store closures motion and preparation for the same |
| Joshua Abramson | 10/01/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Joshua Abramson | 10/01/15 | 2.0 | Review case documents and analysis |
| Joshua Abramson | 10/02/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Joshua Abramson | 10/03/15 | 1.5 | Reviewed and commented on financial analysis related to DIP/PSA |
| Joshua Abramson | 10/04/15 | 2.5 | Reviewed and commented on draft of DIP / PSA objection |
| Joshua Abramson | 10/05/15 | 1.0 | Call with debtor advisors regarding DIP budget + preparation |
| Joshua Abramson | 10/05/15 | 1.0 | Prepared and commented on presentation for UCC |
| Joshua Abramson | 10/05/15 | 0.5 | Reviewed financial analysis related to DIP/PSA |
| Joshua Abramson | 10/06/15 | 1.0 | Call with debtor advisors regarding critical vendors + preparation |
| Joshua Abramson | 10/06/15 | 1.0 | Prepared and reviewed financial analysis |
| Joshua Abramson | 10/06/15 | 1.5 | Reviewed draft of DIP / PSA objection |
| Joshua Abramson | 10/07/15 | 4.5 | Meeting with counsel to discuss DIP/PSA objection |
| Joshua Abramson | 10/07/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Joshua Abramson | 10/07/15 | 1.5 | Reviewed draft of DIP / PSA objection |
| Joshua Abramson | 10/07/15 | 1.0 | Reviewed and prepared analysis for Genereux declaration |
| Joshua Abramson | 10/08/15 | 6.5 | Reviewed and prepared documents for Court Hearing |
| Joshua Abramson | 10/08/15 | 2.0 | Reviewed and prepared documents relevant to depositions |
| Joshua Abramson | 10/08/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Joshua Abramson | 10/08/15 | 1.0 | Call with debtor advisors regarding taxes and preparation for the same |
| Joshua Abramson | 10/09/15 | 0.5 | Reviewed analysis related to DIP provided by debtor advisors |
| Joshua Abramson | 10/09/15 | 7.0 | Prepared for and attended depositions |
| Joshua Abramson | 10/10/15 | 4.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Joshua Abramson | 10/10/15 | 3.0 | Reviewed information related to depositions |
| Joshua Abramson | 10/11/15 | 1.0 | Internal PJT team call |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 10/11/15 | 3.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Joshua Abramson | 10/11/15 | 1.5 | Reviewed analysis related to Critical Vendor / Retention objection |
| Joshua Abramson | 10/12/15 | 1.5 | Dilgenced and reviewed financial analysis provided by debtors' advisors |
| Joshua Abramson | 10/12/15 | 2.0 | Prepared for and attended deposition |
| Joshua Abramson | 10/12/15 | 1.0 | Call with counsel regarding Genereux declaration and preparation for the same |
| Joshua Abramson | 10/12/15 | 5.0 | Prepared and reviewed financial analysis |
| Joshua Abramson | 10/12/15 | 2.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Joshua Abramson | 10/13/15 | 3.5 | Genereux deposition preparation with counsel |
| Joshua Abramson | 10/13/15 | 8.0 | Hearing preparation |
| Joshua Abramson | 10/14/15 | 9.0 | Attended second day hearings |
| Joshua Abramson | 10/14/15 | 2.0 | Strategy sessions with Committee advisors |
| Joshua Abramson | 10/14/15 | 1.0 | Reviewed financial analysis |
| Joshua Abramson | 10/15/15 | 6.0 | Prepared for and attended second day hearings |
| Joshua Abramson | 10/16/15 | 1.0 | Call with UCC and preparation for the same |
| Joshua Abramson | 10/16/15 | 1.5 | Preparation for diligence trip to company headquarters |
| Joshua Abramson | 10/17/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Joshua Abramson | 10/18/15 | 2.0 | Performed diligence for sale process |
| Joshua Abramson | 10/19/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Joshua Abramson | 10/19/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Joshua Abramson | 10/19/15 | 1.0 | Call with UCC and preparation for the same |
| Joshua Abramson | 10/19/15 | 1.0 | Performed diligence for sale process |
| Joshua Abramson | 10/19/15 | 2.0 | Reviewed and assisted with legal documents related to revised DIP / PSA orders |
| Joshua Abramson | 10/19/15 | 1.0 | Preparation for diligence trip to company headquarters |
| Joshua Abramson | 10/20/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Joshua Abramson | 10/21/15 | 8.0 | Full day diligence meeting at Company headquarters |
| Joshua Abramson | 10/22/15 | 3.0 | Reviewed materials from diligence meeting and prepared follow up list |
| Joshua Abramson | 10/22/15 | 1.0 | Call with debtors advisors regarding DIP budget and preparation for the same |
| Joshua Abramson | 10/22/15 | 2.0 | Prepared and reviewed materials for UCC |
| Joshua Abramson | 10/22/15 | 0.5 | Call with Company management regarding critical vendors |
| Joshua Abramson | 10/23/15 | 2.0 | Preparation of materials for UCC |
| Joshua Abramson | 10/23/15 | 1.0 | Reviewed and commented on financial analysis |
| Joshua Abramson | 10/25/15 | 1.0 | Preparation and review of materials for UCC |
| Joshua Abramson | 10/26/15 | 3.0 | Preparation and review of materials for UCC |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 10/27/15 | 1.0 | Preparation and review of materials for UCC |
| Joshua Abramson | 10/27/15 | 1.0 | Call with debtors' and UCC's advisors |
| Joshua Abramson | 10/27/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Joshua Abramson | 10/27/15 | 1.0 | Call with UCC and preparation for the same |
| Joshua Abramson | 10/28/15 | 0.5 | Prepared and reviewed updated diligence list for debtors' advisors |
| Joshua Abramson | 10/28/15 | 2.0 | Reviewed legal documents |
| Joshua Abramson | 10/28/15 | 4.0 | Prepared for and attended hearing |
| Joshua Abramson | 10/29/15 | 1.0 | Call with Company relating to Critical Vendors |
| Joshua Abramson | 10/30/15 | 2.5 | Preparation and review of materials for UCC |
| Joshua Abramson | 10/30/15 | 1.0 | Internal PJT team call |
| | | **160.5** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 09/29/15 | 1.0 | Prep for kickoff call with UCC |
| Samuel Rappaport | 09/29/15 | 1.0 | Kickoff call with UCC |
| Samuel Rappaport | 09/30/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Samuel Rappaport | 09/30/15 | 2.0 | Prepared initial diligence list to send to company |
| Samuel Rappaport | 09/30/15 | 4.5 | Strategy meeting with counsel |
| Samuel Rappaport | 09/30/15 | 3.0 | Review of first day motions |
| Samuel Rappaport | 10/01/15 | 1.0 | Reviewed store closure analysis provided by Company advisors |
| Samuel Rappaport | 10/01/15 | 0.5 | Call with debtor advisors regarding store closures motion and preparation for the same |
| Samuel Rappaport | 10/01/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Samuel Rappaport | 10/01/15 | 1.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/02/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Samuel Rappaport | 10/02/15 | 4.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/03/15 | 5.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/03/15 | 1.0 | Reviewed critical vendor analysis provided by Company advisors |
| Samuel Rappaport | 10/04/15 | 4.5 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/04/15 | 2.0 | Reviewed draft of DIP / PSA objection |
| Samuel Rappaport | 10/05/15 | 1.0 | Call with debtor advisors regarding DIP budget and preparation for the same |
| Samuel Rappaport | 10/05/15 | 1.0 | Prepared presentation for UCC |
| Samuel Rappaport | 10/05/15 | 2.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/06/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Samuel Rappaport | 10/06/15 | 2.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/06/15 | 1.0 | Reviwed draft of DIP / PSA objection |
| Samuel Rappaport | 10/07/15 | 3.5 | Meeting with counsel to discuss DIP/PSA objection |
| Samuel Rappaport | 10/07/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Samuel Rappaport | 10/07/15 | 1.5 | Reviewed draft of DIP / PSA objection |
| Samuel Rappaport | 10/07/15 | 3.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/07/15 | 1.5 | Reviewed and prepared analysis for Genereux declaration |
| Samuel Rappaport | 10/08/15 | 4.0 | Reviewed and prepared analysis for Genereux declaration |
| Samuel Rappaport | 10/08/15 | 2.0 | Reviewed legal documents related to litigation |
| Samuel Rappaport | 10/08/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Samuel Rappaport | 10/08/15 | 1.0 | Call with debtor advisors regarding taxes and preparation for the same |
| Samuel Rappaport | 10/09/15 | 1.5 | Dilgenced analysis related to DIP provided by debtor advisors |
| Samuel Rappaport | 10/09/15 | 5.0 | Reviewed and prepared financial analysis related to Genereux declaration |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 10/10/15 | 6.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Samuel Rappaport | 10/11/15 | 1.0 | Internal PJT team call |
| Samuel Rappaport | 10/11/15 | 5.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Samuel Rappaport | 10/11/15 | 2.0 | Prepared analysis related to Critical Vendor / Retention objection |
| Samuel Rappaport | 10/12/15 | 1.5 | Dilgenced financial analysis provided by debtors' advisors |
| Samuel Rappaport | 10/12/15 | 1.0 | Call with counsel regarding Genereux declaration and preparation for the same |
| Samuel Rappaport | 10/12/15 | 5.0 | Prepared analysis related to Critical Vendor / Retention objection |
| Samuel Rappaport | 10/12/15 | 2.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Samuel Rappaport | 10/13/15 | 3.5 | Genereux deposition preparation with counsel |
| Samuel Rappaport | 10/13/15 | 8.0 | Hearing preparation |
| Samuel Rappaport | 10/14/15 | 6.0 | Attended second day hearings telephonically |
| Samuel Rappaport | 10/14/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 10/15/15 | 2.0 | Performed diligence for sale process |
| Samuel Rappaport | 10/15/15 | 6.0 | Attended second day hearings telephonically |
| Samuel Rappaport | 10/16/15 | 1.0 | Call with UCC and preparation for the same |
| Samuel Rappaport | 10/16/15 | 2.0 | Preparation for diligence trip to company headquarters |
| Samuel Rappaport | 10/17/15 | 2.0 | Performed diligence for sale process |
| Samuel Rappaport | 10/17/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Samuel Rappaport | 10/18/15 | 2.0 | Performed diligence for sale process |
| Samuel Rappaport | 10/19/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Samuel Rappaport | 10/19/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Samuel Rappaport | 10/19/15 | 1.0 | Call with UCC and preparation for the same |
| Samuel Rappaport | 10/19/15 | 1.0 | Performed diligence for sale process |
| Samuel Rappaport | 10/19/15 | 2.0 | Reviewed and assisted with legal documents related to revised DIP / PSA orders |
| Samuel Rappaport | 10/19/15 | 2.0 | Preparation for diligence trip to company headquarters |
| Samuel Rappaport | 10/20/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Samuel Rappaport | 10/21/15 | 8.0 | Full day diligence meeting at Company headquarters |
| Samuel Rappaport | 10/22/15 | 2.0 | Reviewed materials from diligence meeting and prepared follow up list |
| Samuel Rappaport | 10/22/15 | 1.0 | Call with debtors advisors regarding DIP budget and preparation for the same |
| Samuel Rappaport | 10/22/15 | 2.0 | Preparation of materials for UCC |
| Samuel Rappaport | 10/22/15 | 0.5 | Call with Company management regarding critical vendors |
| Samuel Rappaport | 10/22/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 10/23/15 | 3.0 | Preparation of materials for UCC |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 10/23/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 10/25/15 | 4.0 | Preparation of materials for UCC |
| Samuel Rappaport | 10/26/15 | 3.5 | Preparation of materials for UCC |
| Samuel Rappaport | 10/27/15 | 2.0 | Preparation of materials for UCC |
| Samuel Rappaport | 10/27/15 | 1.0 | Call with debtors' and UCC's advisors |
| Samuel Rappaport | 10/27/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Samuel Rappaport | 10/27/15 | 1.0 | Call with UCC and preparation for the same |
| Samuel Rappaport | 10/27/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 10/28/15 | 1.0 | Prepared updated diligence list for debtors' advisors |
| Samuel Rappaport | 10/28/15 | 2.0 | Reviewed legal documents |
| Samuel Rappaport | 10/29/15 | 3.0 | Performed financial analysis |
| Samuel Rappaport | 10/30/15 | 3.0 | Preparation of materials for UCC |
| Samuel Rappaport | 10/30/15 | 1.0 | Internal PJT team call |
| | | **182.5** | |