# APPENDIX E

# PJT Partners LP

January 4, 2016

Andrew Bruenjes
Quiksilver, Inc.
5600 Argosy Circle, #100
Huntington Beach, CA 92649

| | | | |
|---|---|---|---|
| Pro-rated Monthly Fee for the period of September 29, 2015 through September 30, 2015: [1] | | $ | 10,000.00 |
| Monthly Fee for the period of October 1, 2015 through October 31, 2015: | | | 150,000.00 |
| Less Holdback at 20%: | | | (32,000.00) |
| Out-of-pocket expenses processed for the period through October 31, 2015: [2] | | | |
| Legal Expenses | $ 6,120.00 | | 6,120.00 |
| **Total Amount Due** | | **$** | **134,120.00** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP
Finance Department- 16th Floor
Account # 80003266582

**Invoice No. 10000248**

[1] Amount calculated as follows: 2 days out of 30 days multiplied by $150,000.
[2] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
280 Park Avenue
New York, NY 10017
212 364-7800

INVOICE NO. 423059

November 19, 2015

PJT PARTNERS LP RESTRUCTURING ADVISORY

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

| | | |
|---|---|---|
| For all professional services rendered and recorded through November 19, 2015, in connection with PJT Partners LP's engagement and retention in the Quiksilver bankruptcy proceeding. | $ | 6,120 |
| AMOUNT DUE | $ | 6,120 |

PLEASE SEND REMITTANCE TO: SIMPSON THACHER & BARTLETT LLP
P. O. BOX 29008
NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO: JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
FOR THE ACCOUNT OF
SIMPSON THACHER & BARTLETT LLP
ACCOUNT #127-0-57338
ABA #021000021
SWIFT CODE : CHASUS33
PLEASE CONFIRM WIRE INSTRUCTIONS BY CALLING
ACCOUNTS RECEIVABLE DEPARTMENT 212-455-2576

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE

TAX IDENTIFICATION NUMBER: 13-5395280

CLIENT: 002467 PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER: 0013 QUIKSILVER

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| GRAFF, ELISHA D. | 10/21/15 | PJT/ Quiksilver -- prep retention app. | 1.00 |
| GRAFF, ELISHA D. | 10/22/15 | PJT/ Quiksilver -- prep retention docs. | 1.20 |
| GRAFF, ELISHA D. | 10/25/15 | PJT/ Quiksilver -- emails w/ A Kim-Rosen re: conflict check. | 0.40 |
| GRAFF, ELISHA D. | 10/26/15 | T/cs w/ Annah Kim-Rosen re: conflicts check (.4), review retention docs and prep compliance declaration (1.9), t/cs w/ Annah Kim-Rosen re: compliance declaration (.2). | 2.50 |
| | | **MATTER TOTAL** | **5.10** |