IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>QUIKSILVER, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 15-11880 (BLS)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(G) AND 9010**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for:

(1) ABW Holdings LLC;

(2) Outrigger Hotels Hawaii; and

(3) ABW 2181 Holdings LLC

(collectively, the "Landlord Creditors"), each a creditor, lessor, and/or party-in-interest in the above-captioned case and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the following addresses:

JERROLD K. GUBEN, ESQ.
JEFFERY S. FLORES, ESQ.
O'Connor Playdon & Guben LLP
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
Email: jkg@opgplaw.com; jsf@opglaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

**PLEASE TAKE FUTHRE NOTICE** that that this Notice of Appearance shall not constitute a submission by the Landlord Creditors to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive any substantive or procedural rights of the Landlord Creditors, including but not limited to: (i) the right to have final orders in non-core matters entered only

after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which any of the Landlord Creditors is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or paper for which mailed or personal service is required under the applicable Federal or Local Rules of Bankruptcy or Civil Procedure.

DATED: Honolulu, Hawaii, January 5, 2016.

O'CONNOR PLAYDON & GUBEN LLP

By: _____

Jerrold K. Guben, Esq.  #3107-0
Jeffery S. Flores, Esq.   #8691-0
O'Connor Playdon & Guben LLP
733 Bishop Street, Suite 2400
Honolulu, HI 96813