# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: D.I. 598, 599** |
| | ) | |

## NOTICE OF FILING OF CORRECTED APPENDIX TO EXHIBIT B TO MOTION OF OAKTREE CAPITAL MANAGEMENT FOR ENTRY OF AN ORDER (I) DETERMINING THE DIMINUTION IN VALUE OF THE SECURED NOTES PARTIES' COLLATERAL, AND (II) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that on December 29, 2015, certain funds managed by affiliates of Oaktree Capital Management, L.P. (collectively, "Oaktree"),[2] filed the *Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief* [D.I. 599] (the "Motion"), which attached the expert report (the "Houlihan Report") of David R. Hilty from Houlihan Lokey Capital, Inc. ("Houlihan") as Exhibit B to the Motion.

PLEASE TAKE FURTHER NOTICE that attached as an appendix to the Houlihan Report was a list of documents considered by Houlihan in connection with the Houlihan Report (the "Considered Documents List").

PLEASE TAKE FURTHER NOTICE that certain documents considered by Houlihan were inadvertently omitted from the version of the Considered Documents List filed with the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion (defined below).

Motion.

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit A</u> is a corrected list of documents considered by Houlihan in connection with the Houlihan Report (the "<u>Corrected Considered Documents List</u>") and attached hereto as <u>Exhibit B</u> is a blackline of the Corrected Considered Documents List against the Considered Documents List filed with the Motion.

PLEASE TAKE FURTHER NOTICE that Oaktree hereby incorporates by reference the Corrected Considered Documents List attached as <u>Exhibit A</u> hereto into the version of the Houlihan Report filed on December 29, 2015.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  January 5, 2016 | */s/ Andrew R. Remming*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:     (302) 658-9200<br>Facsimile:       (302) 658-3989<br>Email:             rdehney@mnat.com<br>                        aremming@mnat.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:       (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                        ross.kwasteniet@kirkland.com<br><br>*Counsel to Oaktree* |