**<u>Exhibit B</u>**

**FILED UNDER SEAL**