**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>**QUIKSILVER, INC.,** *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered) |

**CERTIFICATION BY GOVERNMENT ATTORNEY**
**FOR APPEARANCE PURSUANT TO LOCAL RULE 9010-1(e)(i)**

Pursuant to Local Rule 9010-1(e)(i), I certify that I am an attorney admitted to practice in the State of New York and in the U.S. District Courts for the Northern and Western Districts of New York; that I am in good standing in all jurisdictions in which I am admitted; that I will be bound by this Court's Local Rules; and that I submit to the jurisdiction of this Court for disciplinary purposes.

This certification is made for purposes of appearing on behalf of the New York State Department of Taxation and Finance in the above-captioned matter.

DATED: January 6, 2016

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Robert L. Cook
　　　　　　　　　　　　　　　　Robert L. Cook, Esq. (New York Bar #1877703)
　　　　　　　　　　　　　　　　District Tax Attorney
　　　　　　　　　　　　　　　　New York State Department of Taxation & Finance
　　　　　　　　　　　　　　　　Office of Counsel
　　　　　　　　　　　　　　　　340 East Main St.
　　　　　　　　　　　　　　　　Rochester, N.Y. 14604
　　　　　　　　　　　　　　　　Phone: (585) 530-8465
　　　　　　　　　　　　　　　　Fax:　　(518) 435-8490
　　　　　　　　　　　　　　　　Email:　Robert.Cook@tax.ny.gov