**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| **QUIKSILVER, INC.**, *et al.*, | **Case No.  15-11880 (BLS)** |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on, January 6, 2016, I electronically filed the attached Notice of Appearance and Government Attorney Certification with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all those accepting electronic service.


/s/Robert L. Cook
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney
New York State Department of Taxation & Finance
Office of Counsel
340 East Main St.
Rochester, New York 14604
Phone: 585-530-8465
Fax:    518-435-8490
Email:  Robert.Cook@tax.ny.gov