# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

November 30, 2015
Invoice   111809
Client    72779
Matter    00002
**JNP**

QuickSilver, Inc.
5600 Argosy Circle
Huntington Beach, CA

RE:  Post-Petition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2015

| | |
|---|---:|
| FEES | $12,133.00 |
| EXPENSES | $942.76 |
| **TOTAL CURRENT CHARGES** | **$13,075.76** |
| **BALANCE FORWARD** | **$73,439.24** |
| **TOTAL BALANCE DUE** | **$86,515.00** |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation [L430] | 4.90 | $1,494.50 |
| CA | Case Administration [B110] | 18.00 | $5,001.00 |
| CO | Claims Admin/Objections[B310] | 1.70 | $1,729.50 |
| CP | Compensation Prof. [B160] | 1.60 | $700.00 |
| EB | Employee Benefit/Pension-B220 | 0.70 | $645.50 |
| PD | Plan & Disclosure Stmt. [B320] | 2.50 | $2,562.50 |
| | | 29.40 | $12,133.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| CAK | Knotts, Cheryl A. | Paralegal | 295.00 | 0.40 | $118.00 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 4.30 | $967.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 0.10 | $89.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 5.30 | $1,192.50 |
| LDJ | Jones, Laura Davis | Partner | 1025.00 | 5.40 | $5,535.00 |
| MM | Molitor, Monica | Paralegal | 305.00 | 13.00 | $3,965.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 295.00 | 0.90 | $265.50 |
| | | | | 29.40 | $12,133.00 |

## Summary of Expenses

| Description | Amount |
|-------------|--------|
| Delivery/Courier Service | $45.96 |
| Pacer - Court Research | $0.50 |
| Reproduction Expense [E101] | $447.80 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Reproduction/ Scan Copy | $448.50 |
| | $942.76 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 11/12/2015 | MM | BL | Email exchange with Karen Neil regarding pleadings under seal | 0.20 | 305.00 | $61.00 |
| 11/13/2015 | LDJ | BL | Review matters scheduled for 11/17/15 hearing | 0.20 | 1025.00 | $205.00 |
| 11/13/2015 | KSN | BL | Prepare hearing binders for 11/17/15 hearing. | 2.20 | 225.00 | $495.00 |
| 11/13/2015 | MM | BL | Email exchange with Karen Neil regarding 11/17/15 hearing preparation (.2); confer with Laura Davis Jones regarding same (.1) | 0.30 | 305.00 | $91.50 |
| 11/16/2015 | MM | BL | Email exchange with Karen Neil regarding amended agenda regarding 11/17/15 hearing (.2); review amended agenda regarding same (.1); revise and update hearing binders for Laura Davis Jones (.1) | 0.40 | 305.00 | $122.00 |
| 11/25/2015 | LDJ | BL | Review matters scheduled for 12/1/15 hearing | 0.20 | 1025.00 | $205.00 |
| 11/25/2015 | KSN | BL | Prepare hearing binders for 12/2/15 hearing. | 1.20 | 225.00 | $270.00 |
| 11/30/2015 | KSN | BL | Prepare hearing binders for 12/1/15 hearing. | 0.20 | 225.00 | $45.00 |
| | | | | **4.90** | | **$1,494.50** |
| **Case Administration [B110]** | | | | | | |
| 11/02/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 11/02/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 11/03/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 11/03/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |
| 11/04/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 11/04/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.4); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 11/05/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 11/05/2015 | MM | CA | Coordinate 2002 updates regarding Dragon Crowd | 0.10 | 305.00 | $30.50 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779     00002

Page:    5
Invoice 111809
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Garment | | | |
| 11/06/2015 | MM | CA | Update docket and review (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.30 | 305.00 | $91.50 |
| 11/09/2015 | MM | CA | Update docket and review (.1); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.40 | 305.00 | $122.00 |
| 11/10/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 11/10/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 11/11/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.4); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 11/12/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 11/12/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 11/13/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 11/13/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.60 | 305.00 | $183.00 |
| 11/16/2015 | CJB | CA | Maintain document control. | 2.40 | 225.00 | $540.00 |
| 11/16/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 11/16/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.6); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 1.00 | 305.00 | $305.00 |
| 11/16/2015 | MM | CA | Coordinate 2002 service updates regarding counsel | 0.10 | 305.00 | $30.50 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779     00002

Page:     6
Invoice 111809
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | for 55 Thompson St. Investments | | | |
| 11/17/2015 | CJB | CA | Maintain document control. | 0.30 | 225.00 | $67.50 |
| 11/17/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.6); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.90 | 305.00 | $274.50 |
| 11/18/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 11/18/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.3); email critical dates memo to attorneys for review (.1) | 0.60 | 305.00 | $183.00 |
| 11/19/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 11/19/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 11/19/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 11/20/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |
| 11/20/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 11/20/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for C + K Broadway | 0.10 | 305.00 | $30.50 |
| 11/20/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for E. Gluck Corp. | 0.10 | 305.00 | $30.50 |
| 11/23/2015 | CJB | CA | Maintain document control. | 0.90 | 225.00 | $202.50 |
| 11/23/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 11/23/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.40 | 305.00 | $122.00 |
| 11/23/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Oracle | 0.10 | 305.00 | $30.50 |
| 11/24/2015 | MM | CA | Update docket and review (.1); review daily | 0.80 | 305.00 | $244.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     7
Quiksilver                                                          Invoice 111809
72779     00002                                                    November 30, 2015

_____

|            |      |    |                                                                 | Hours | Rate    | Amount     |
|------------|------|----|-----------------------------------------------------------------|-------|---------|------------|
|            |      |    | correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.3) |       |         |            |
| 11/25/2015 | CJB  | CA | Maintain document control.                                      | 0.70  | 225.00  | $157.50    |
| 11/25/2015 | KSN  | CA | Maintain document control.                                      | 0.10  | 225.00  | $22.50     |
|            |      |    |                                                                 | 18.00 |         | $5,001.00  |

### Claims Admin/Objections[B310]

|            |     |    |                                                                 | Hours | Rate    | Amount     |
|------------|-----|----|-----------------------------------------------------------------|-------|---------|------------|
| 11/19/2015 | LDJ | CO | Correspondence with Annie Li regarding claims process           | 0.20  | 1025.00 | $205.00    |
| 11/20/2015 | JNP | CO | Conference with Laura Davis Jones regarding claim objections.    | 0.10  | 895.00  | $89.50     |
| 11/23/2015 | LDJ | CO | Telephone call with John A. Morris regarding claim objections    | 0.20  | 1025.00 | $205.00    |
| 11/23/2015 | LDJ | CO | Correspondence with Michael R. Seidl regarding claim objections  | 0.20  | 1025.00 | $205.00    |
| 11/23/2015 | LDJ | CO | Attention to claims objection project, precedent                | 1.00  | 1025.00 | $1,025.00  |
|            |     |    |                                                                 | 1.70  |         | $1,729.50  |

### Compensation Prof. [B160]

|            |     |    |                                                                 | Hours | Rate    | Amount    |
|------------|-----|----|-----------------------------------------------------------------|-------|---------|-----------|
| 11/23/2015 | CAK | CP | Review and update September fee application                     | 0.40  | 295.00  | $118.00   |
| 11/23/2015 | LDJ | CP | Review and finalize interim fee application (September 9-30, 2015) | 0.30 | 1025.00 | $307.50   |
| 11/23/2015 | MM  | CP | Confer with Cheryl A. Knotts regarding PSZ&J first monthly fee application (.1); confer with Linda Miazza regarding fee application service list (.1); prepare notice regarding application (.3); review and revise fee application service list (.1); finalize and coordinate filing and service regarding first fee application (.3) | 0.90 | 305.00 | $274.50 |
|            |     |    |                                                                 | 1.60  |         | $700.00   |

### Employee Benefit/Pension-B220

|            |     |    |                                                                 | Hours | Rate    | Amount    |
|------------|-----|----|-----------------------------------------------------------------|-------|---------|-----------|
| 11/12/2015 | LDJ | EB | Review KERP motion                                              | 0.30  | 1025.00 | $307.50   |
| 11/16/2015 | MM  | EB | Email to Laura Davis Jones and James E. O'Neill regarding sealed KEIP pleading for 12/1/15 hearing | 0.10 | 305.00 | $30.50 |
| 11/24/2015 | LDJ | EB | Review US Trustee's KERP objection                              | 0.30  | 1025.00 | $307.50   |
|            |     |    |                                                                 | 0.70  |         | $645.50   |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    8

Invoice 111809

November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Plan & Disclosure Stmt. [B320]** | | | | | | |
| 11/13/2015 | LDJ | PD | Telephone call with Durc Savini regarding disclosure statement issues | 0.30 | 1025.00 | $307.50 |
| 11/17/2015 | LDJ | PD | Review amended disclosure statement | 1.30 | 1025.00 | $1,332.50 |
| 11/17/2015 | LDJ | PD | Review amended plan | 0.90 | 1025.00 | $922.50 |
| | | | | **2.50** | | **$2,562.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                          **$12,133.00**

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    9
Invoice 111809
November 30, 2015

## **Expenses**

| | | | |
|---|---|---|---:|
| 11/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/02/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 11/02/2015 | RE | ( 28 @0.10 PER PG) | 2.80 |
| 11/02/2015 | RE | ( 430 @0.10 PER PG) | 43.00 |
| 11/02/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 11/02/2015 | RE | ( 231 @0.10 PER PG) | 23.10 |
| 11/02/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/02/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/02/2015 | RE | ( 124 @0.10 PER PG) | 12.40 |
| 11/02/2015 | RE2 | SCAN/COPY ( 82 @0.10 PER PG) | 8.20 |
| 11/02/2015 | RE2 | SCAN/COPY ( 118 @0.10 PER PG) | 11.80 |
| 11/02/2015 | RE2 | SCAN/COPY ( 118 @0.10 PER PG) | 11.80 |
| 11/02/2015 | RE2 | SCAN/COPY ( 230 @0.10 PER PG) | 23.00 |
| 11/03/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 11/03/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/03/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/03/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/03/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/04/2015 | RE | ( 28 @0.10 PER PG) | 2.80 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    10
Quiksilver                                                          Invoice 111809
72779    00002                                                     November 30, 2015

| Date | | Description | Amount |
|------|------|-------------|--------|
| 11/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/05/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 11/05/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 11/05/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/10/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/10/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/10/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/10/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/10/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 11/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/11/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 11/11/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/11/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/11/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/11/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 11/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/12/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/12/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    11
Invoice 111809
November 30, 2015

| | | | |
|---|---|---|---|
| 11/12/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/12/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/12/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/12/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/12/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 11/12/2015 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 11/12/2015 | RE2 | SCAN/COPY ( 528 @0.10 PER PG) | 52.80 |
| 11/13/2015 | RE | ( 55 @0.10 PER PG) | 5.50 |
| 11/13/2015 | RE | ( 65 @0.10 PER PG) | 6.50 |
| 11/13/2015 | RE | ( 333 @0.10 PER PG) | 33.30 |
| 11/13/2015 | RE | ( 172 @0.10 PER PG) | 17.20 |
| 11/13/2015 | RE | ( 97 @0.10 PER PG) | 9.70 |
| 11/13/2015 | RE | ( 235 @0.10 PER PG) | 23.50 |
| 11/13/2015 | RE | ( 93 @0.10 PER PG) | 9.30 |
| 11/13/2015 | RE | ( 61 @0.10 PER PG) | 6.10 |
| 11/13/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

| | | | |
|---|---|---|---|
| 11/13/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/13/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/13/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/13/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/13/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/13/2015 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/13/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/13/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/13/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 11/13/2015 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 11/13/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 11/13/2015 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 11/13/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 11/13/2015 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 11/13/2015 | RE2 | SCAN/COPY ( 94 @0.10 PER PG) | 9.40 |
| 11/14/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 11/16/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 11/16/2015 | RE | ( 83 @0.10 PER PG) | 8.30 |
| 11/16/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 11/16/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    13

Invoice 111809

November 30, 2015

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 11/16/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/16/2015 | RE | ( 51 @0.10 PER PG) | 5.10 |
| 11/16/2015 | RE | ( 289 @0.10 PER PG) | 28.90 |
| 11/16/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 11/16/2015 | RE | ( 83 @0.10 PER PG) | 8.30 |
| 11/16/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 11/16/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 11/17/2015 | RE | ( 34 @0.10 PER PG) | 3.40 |
| 11/17/2015 | RE | ( 118 @0.10 PER PG) | 11.80 |
| 11/18/2015 | RE2 | SCAN/COPY ( 88 @0.10 PER PG) | 8.80 |
| 11/18/2015 | RE2 | SCAN/COPY ( 153 @0.10 PER PG) | 15.30 |
| 11/18/2015 | RE2 | SCAN/COPY ( 437 @0.10 PER PG) | 43.70 |
| 11/19/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 11/19/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/19/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/19/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/19/2015 | RE2 | SCAN/COPY ( 68 @0.10 PER PG) | 6.80 |
| 11/19/2015 | RE2 | SCAN/COPY ( 88 @0.10 PER PG) | 8.80 |
| 11/19/2015 | RE2 | SCAN/COPY ( 153 @0.10 PER PG) | 15.30 |
| 11/19/2015 | RE2 | SCAN/COPY ( 437 @0.10 PER PG) | 43.70 |
| 11/19/2015 | RE2 | SCAN/COPY ( 437 @0.10 PER PG) | 43.70 |

| | | | |
|---|---|---|---:|
| 11/20/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 11/20/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2015 | RE | ( 44 @0.10 PER PG) | 4.40 |
| 11/20/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/20/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 11/20/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/20/2015 | RE | ( 141 @0.10 PER PG) | 14.10 |
| 11/20/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 11/23/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 11/23/2015 | RE | ( 112 @0.10 PER PG) | 11.20 |
| 11/23/2015 | RE | ( 296 @0.10 PER PG) | 29.60 |
| 11/23/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/23/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 11/23/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/23/2015 | RE | Reproduction Expense. [E101] 49 pgs, WLR | 4.90 |
| 11/23/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/23/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/23/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/23/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/23/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/23/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    15
Invoice 111809
November 30, 2015

| | | | |
|---|---|---|---|
| 11/23/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/23/2015 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/23/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/23/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/23/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/23/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/24/2015 | RE | ( 40 @0.10 PER PG) | 4.00 |
| 11/24/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2015 | RE | ( 161 @0.10 PER PG) | 16.10 |
| 11/24/2015 | RE | ( 149 @0.10 PER PG) | 14.90 |
| 11/24/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 11/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/24/2015 | RE2 | SCAN/COPY ( 148 @0.10 PER PG) | 14.80 |
| 11/25/2015 | RE | ( 82 @0.10 PER PG) | 8.20 |
| 11/25/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/25/2015 | RE | ( 368 @0.10 PER PG) | 36.80 |
| 11/25/2015 | RE | ( 74 @0.10 PER PG) | 7.40 |
| 11/25/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/25/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 11/30/2015 | DC | 72779.00002 Digital Legal Charges for 11-30-15 | 37.50 |
| 11/30/2015 | DC | 72779.00002 Digital Legal Charges for 11-30-15 | 8.46 |

Pachulski Stang Ziehl & Jones LLP                              Page:    16
Quiksilver                                                     Invoice 111809
72779    00002                                                November 30, 2015

---

| 11/30/2015 | PAC | Pacer - Court Research | 0.50 |
| 11/30/2015 | RE | ( 142 @0.10 PER PG) | 14.20 |
| 11/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/30/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 11/30/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/30/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/30/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/30/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/30/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |

**Total Expenses for this Matter**                           **$942.76**