# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the undersigned counsel for Oaktree Capital Management, L.P. hereby certifies as follows:

I am not less than 18 years of age, and on January 6, 2016, I caused copies of the following document to be served upon the parties listed on **Exhibit A** attached hereto in the manner indicated.

- Oaktree Capital Management, L.P.'s Responses and Objections to the Official Committee of Unsecured Creditors' Second Request to Oaktree Capital Management, L.P. for the Production of Documents

[Remained of Page Intentionally Left Blank]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  January 7, 2016 | */s/ Andrew R. Remming*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  rdehney@mnat.com<br>          aremming@mnat.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>          ross.kwasteniet@kirkland.com<br><br>*Counsel to Oaktree Capital Management, L.P.* |

9759580

## Exhibit A

**VIA EMAIL AND HAND DELIVERY**

David B. Stratton
David M. Fournier
John H. Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709
Email: *strattod@pepperlaw.com*
       *fournierd@pepperlaw.com*
       *schannej@pepperlaw.com*

**VIA EMAIL AND FEDERAL EXPRESS**

Michael S. Stamer
Abid Qureshi
Meredith A. Lahaie
Joseph L. Sorkin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036-6745
Email: *mstamer@akingump.com*
       *aqureshi@akingump.com*
       *mlahaie@akingump.com*
       *jsorkin@akingump.com*

Angelo A. Stio, III
Pepper Hamilton LLP
301 Carnegie Center
Suite 400
Princeton, NJ  08543-5276
Email: *stioa@pepperlaw.com*