## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x   **Related Docket Nos. 26, 252, 606**

### NOTICE OF AMENDMENT TO REJECTION NOTICE SOLELY WITH RESPECT TO REJECTION DATE OF CERTAIN LEASES OF FEDERAL REALTY INVESTMENT TRUST

**PLEASE TAKE NOTICE THAT** on December 31, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the Notice Of Rejection Of Executory Contract And/Or Unexpired Lease [Docket No. 606] (the "Rejection Notice"). By the Rejection Notice, among other things, the Debtors provided notice of the Debtors' intent to reject certain Contracts and/or Leases as set forth on Exhibit 1 thereto, effective as of the date set forth for each such Contract or Lease on Exhibit 1 thereto (the "Rejection Date").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors and Federal Realty Investment Trust ("Federal Realty") have conferred about the Rejection Date for the three leases of Federal Realty set forth on Exhibit 1 to the Rejection Notice and as listed in the attached Exhibit A hereto (the "Federal Realty Leases"), and the Debtors and Federal Realty have agreed

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Notice.

to amend the Rejection Date for the Federal Realty Leases from December 31, 2015 to January 31, 2016.

PLEASE TAKE FURTHER NOTICE THAT the Exhibit 1 to the Rejection Notice is hereby amended (this "Amendment") **solely** with respect to the Rejection Date of the Federal Realty Leases to **January 31, 2016**.  Except as specifically set forth herein, the Rejection Notice is otherwise unaltered and remains in full force and effect.

Dated:    Wilmington, Delaware
          January 7, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## EXHIBIT A

**Quiksilver, Inc.**
*Lease Rejections*

| Landlord or Counterparty | Debtor Counterparty | Street Address of Lease | Address of Landlord or Counterparty | Date Premises Vacated or Will Be Vacated | Effective Date of Rejection |
|---|---|---|---|---|---|
| Federal Realty Investment Trust | QS Retail, Inc. | 7285 Arlington Boulevard<br>Space Number 32B<br>Falls Church, VA 22042 | 1626 East Jefferson Street<br>Rockville, MD 20852 | 1/31/2016 | 1/31/2016 |
| Federal Realty Investment Trust | QS Retail, Inc. | Skokie Valley Road<br>Space Number 223<br>Highland Park, IL 60035 | 1626 East Jefferson Street<br>Rockville, MD 20852 | 1/31/2016 | 1/31/2016 |
| Federal Realty Investment Trust | QS Retail, Inc. | 1524-A Butterfield Road<br>Space Number 12<br>Downers Grove, IL 60515 | 1626 East Jefferson Street<br>Rockville, MD 20852 | 1/31/2016 | 1/31/2016 |