# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 6, 2016, counsel to the Official Committee of Unsecured Creditors caused to be served true and correct copies of **Responses and Objections to Oaktree Capital Management, L.P.'s Request to the Official Committee of Unsecured Creditors for Production of Documents** on the attached service list via electronic mail.

Date: January 7, 2016
Wilmington, Delaware

PEPPER HAMILTON LLP

 /s/ David M. Fournier
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Telephone:  (302) 777-6500
Facsimile:   (302) 421-8390

-AND-

Angelo A. Stio, III (admitted *pro hac vice*)
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543-5276
Telephone:     (609) 951-4125
Facsimile:     (609) 452-1147

*Co-Counsel for the Official Committee of Unsecured Creditors of Quiksilver, Inc.*

#37280958 v1

-2-

| | |
|---|---|
| **Electronic Mail**:<br>Barack S. Echols, Esq.<br>Laura Klein Riff, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>**Email: bechols@kirkland.com**<br>             **laura.riff@kirkland.com** | **Electronic Mail**:<br>Robert J. Dehney, Esq.<br>Andrew R. Remming, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P O. Box 1347<br>Wilmington, DE 19899-1347<br>**Email: rdehney@mnat.com**<br>             **aremming@mnat.com** |

#37280958 v1