IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., *et al.*,[1] : Case No. 15-11880 (BLS)
: 
Debtors. : Jointly Administered
: 
: **Related Docket No.: 570**
: 
------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION OF PEPPER HAMILTON LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL*., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

The undersigned hereby certifies that he has received no formal or informal objection or response to the **Second Monthly Application of Pepper Hamilton as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., *et al.* for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From November 1, 2015 through November 30, 2015** [Docket No. 570] (the "Application") filed and served by the undersigned on December 15, 2015. The undersigned further certifies that he has reviewed the docket in these cases and that no objection or response to the Application appears thereon. The notice attached to the Application established a deadline of January 5, 2016 at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the Application. Accordingly, pursuant to the Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures, dated October 28, 2015 [Docket No. 379], the above-captioned

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

#37254498 v1

debtors and debtors in possession are authorized to pay Pepper Hamilton LLP the sum of $20,298.13, which represents 80% ($14,123.60) of the fees and 100% ($6,274.53) of the expenses requested in the Application upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: January 7, 2016
       Wilmington, Delaware

**PEPPER HAMILTON LLP**

<u>/s/ John H. Schanne, II</u>
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19899-1709
Telephone:   (302) 777-6500
Facsimile:    (302) 421-8390
E-mail:       strattond@pepperlaw.com
                fournierd@pepperlaw.com
                schannej@pepperlaw.com

-AND-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York  10036-6745
Telephone:   (212) 872-1000
Facsimile:    (212) 872-1002
E-mail:       mstamer@akingump.com
                aqureshi@akingump.com
                mlahaie@akingump.com

*Co-Counsel to the Official Committee of Unsecured Creditors*