IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | | **Re: Docket Nos.: 499 and 548** |

## CERTIFICATION OF COUNSEL FOR STIPULATED SCHEDULING ORDER

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On November 25, 2015, the Debtors' filed the *Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and Bankruptcy Rules 6006 and 9014 Authorizing Rejection of License Agreement Nunc Pro Tunc to November 25, 2015* (the "Motion") [Docket No. 499].

2. On December 10, 2015, E. Gluck Corporation (the "ECG," collectively with the Debtors, the "Parties") filed the *E. Gluck Corporation's Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and Bankruptcy Rules 6006 and 9014 Authorizing Rejection of License Agreement Nunc Pro Tunc to November 25, 2015* (the "Objection") [Docket No. 548].

3. On December 17, 2015, the Court held a (the "Hearing") on the Motion.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

4. At the Hearing, counsel for the Parties advised that they would confer after the Hearing and submit a scheduling order under certification of counsel.

5. The Parties have conferred and agreed to the scheduling order attached hereto as <u>Exhibit A</u> (the "<u>Proposed Scheduling Order</u>").

It is hereby respectfully requested that the Proposed Scheduling Order be entered at the Court's earliest convenience.

Dated: January 8, 2016

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       mseidl@pszjlaw.com
       jpomerantz@pszjlaw.com
       jmorris@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession