# Todd D. Sells

67 345 Kaiea Pl apt A• Waialua, HI 96791• Phone: 808 371 0276 •
E-Mail: tdsells@gmail.com



5 January 2016

In Re:

United States Bankruptcy Court for the District of Delaware

Debtors: QUIKSLIVER, INC., et al.,

Case No.: **15-11880(BLS)**

**"First Omnibus Objection, pursuant to sections 105 and 502 of the bankruptcy code, Bankruptcy rule 3007, and local rule 3007-1, to (I) duplicate claims, (II) amended and superseded claims, and (III) stock claims (non-substantive)"**

Claimant: Todd D. Sells

Claim number: 440 general unsecured claim of $3,526.45

Based on ownership of stock.

TO:
United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801
Andrew Bruenjes Quiksilver, Inc., 5600 Argosy Circle, #100, Huntington Beach, California 92649
Van C. Durrer, II Skadden Arps Slate Meagher & Flom LLP van.durrer@skadden.com
Dain A. De Souza Skadden, Arps, Slate, Meagher & Flom LLP Dain.DeSouza@skadden.com
Jeffrey N. Pomerantz Pachulski Stang Ziehl & Jones LLP jpomerantz@pszjlaw.com
Laura Davis Jones Pachulski Stang Ziehl & Jones LLP ljones@pszjlaw.com
Mark S. Kenney Office of the U.S. Trustee mark.kenney@usdoj.gov
Steven E. Fox Reimer Braunstein LLP sfox@riemerlaw.com
Patrick J. Nash, Jr. patrick.nash@kirkland.com
Ross M. Kwasteniet ross.kwasteniet@kirkland.com
William A. Guerrieri will.guerrieri@kirkland.com
Michael S. Stamer Akin Gump Strauss Hauer Feld LLP mstamer@akingump.com
Meredith A. Lahaie Akin Gump Strauss Hauer & Feld LLP mlahaie@akingump.com
David B. Stratton Pepper Hamilton LLP strattond@pepperlaw.com
David M. Fournier Pepper Hamilton LLP fournierd@pepperlaw.com

Based on the ownership of $3,526.45 worth of ZQK stock, the claim should not be disallowed for the reasons set forth in the Objection because the validly filed proof of claim was filed pursuant to § 502 of the Bankruptcy Code. The Objection does not present sufficient evidence to overcome the presumption of validity of a validly filed proof of claim.

Sincerely,

*[signature]*

Todd D. Sells