IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :   Chapter 11
In re:                                                         :
                                                               :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,                                      :
                                                               :   Jointly Administered
                                        Debtors.[1]            :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**AMENDED[2] NOTICE OF AGENDA OF MATTERS PREVIOUSLY SCHEDULED FOR HEARING ON JANUARY 13, 2016 AT 11:30 A.M. (EASTERN)**

> **GIVEN THE STATUS OF THE MATTERS SET FORTH BELOW, THE HEARING HAS BEEN CANCELED AT THE DIRECTION OF THE COURT.**

Set forth below are the matters previously scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on January 13, 2016 beginning at 11:30 a.m. (Eastern).

**I.    UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

1.   **REMOVAL MOTION:** Debtors' Motion For Order Pursuant To Bankruptcy Code Section 105(a) And Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant To 28 U.S.C. § 1452 And Bankruptcy Rule 9027 (Docket No. 543) (Date Filed: 12/8/15)

   Related Documents:

   a.   Certificate of No Objection (Docket No. 611) (Date Filed: 1/4/16)

   b.   Proposed Form of Order

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] **Revisions to the prior version of the agenda appear in bold.**

Objection
Deadline:    December 29, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:    None.

**Status:    No hearing is necessary.  The Court has informed the Debtors that it will enter an order granting the relief sought.**

2. **ROX 9019 MOTION:** Debtors' Motion For Order Under Bankruptcy Code Section 105 And Bankruptcy Rule 9019 For Order Approving Settlement Agreement By And Among Certain Of The Debtors And Rox Volleyball, Inc. And First Place Team Sales, Inc. (Docket No. 568) (Date Filed: 12/15/15)

   Related
   Documents:

   a.    Certificate of No Objection (Docket No. 631) (Date Filed: 1/8/16)

   b.    Proposed Form of Order

   Objection
   Deadline:    January 6, 2016 at 4:00 p.m. (Eastern)

   Objections/
   Responses
   Filed:    None.

   **Status:    No hearing is necessary.  The Court has informed the Debtors that it will enter an order granting the relief sought.**

3. **KPMG RETENTION APPLICATION:** Debtors' Application For Entry Of Order Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014 And 2016, And Local Bankruptcy Rules 2014-1 And 2016-2 Authorizing Employment And Retention Of KPMG LLP As Their Accounting And Internal Audit Advisors, *Nunc Pro Tunc* To The Petition Date (Docket No. 595) (Date Filed: 12/23/15)

   Related
   Documents:

   a.    Certificate of No Objection (Docket No. 632) (Date Filed: 1/8/16)

   b.    Proposed Form of Order

|  |  |
|---|---|
| Objection Deadline: | January 6, 2016 at 4:00 p.m. (Eastern) |
| Objections/ Responses Filed: | None. |
| **Status:** | **No hearing is necessary.  The Court has informed the Debtors that it will enter an order granting the relief sought.** |

Dated:    Wilmington, Delaware
           January 11, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*