# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>Jointly Administered<br><br>Related Docket No. 568, 631 |

## ORDER UNDER BANKRUPTCY
## CODE SECTION 105 AND BANKRUPTCY RULE 9019
## FOR ORDER APPROVING SETTLEMENT AGREEMENT
## BY AND AMONG CERTAIN OF THE DEBTORS AND
## ROX VOLLEYBALL, INC. AND FIRST PLACE TEAM SALES, INC.

Upon the motion (the "Motion")[2] of the Debtors for entry of an order, under Bankruptcy Code section 105 and Bankruptcy Rule 9019, approving the settlement agreement (the "Settlement Agreement"), substantially in the form attached hereto as Exhibit A, by and among Rox Volleyball, Inc. and First Place Team Sales, Inc. (together, the "Defendants") and certain of the Debtors regarding the Litigation; and the Court having reviewed the Motion; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**FOUND AND DETERMINED that:**[3]

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and venue in this district is proper under 28 U.S.C. §§ 1408 and 1409;

C. Proper and adequate notice the Motion has been given under the circumstances, and no other or further notice is necessary; and

D. Resolution of the disputes between and among the Debtors and Defendants as set forth in the Settlement Agreement is (i) fair and reasonable and (ii) a reasonable exercise of the Debtors' sound business judgment and (iii) is in the best interests of the Debtors, the Defendants, and all parties in interest; and it is therefore

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Code section 105 and Bankruptcy Rule 9019, the Settlement Agreement is approved in all respects, and the terms and conditions of the Settlement Agreement are incorporated into this Order as if fully set forth herein.

3. The Debtors may take such actions and execute any documents necessary or appropriate to consummate the Settlement Agreement and the transactions contemplated thereby without further Court order.

4. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

---

[3] The findings and conclusions set forth herein constitute this Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
January 11, 2016

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

1040539.02-CHISR02A - MSW