# Exhibit A

| Compensation | Amount Before Holdback | Holdback | Amount After Holdback |
|---|---|---|---|
| Monthly Advisory Fee | $150,000 | 20.0% | $120,000 |
| **Total** | **$150,000** | | **$120,000** |