# Exhibit B

| Expenses | |
|---|---:|
| Fee Period Expenses | $40,192 |
| **TOTAL**[1] | **$40,192** |

---

[1]    PJSC is seeking reimbursement for expenses incurred during the Fee Period of $40,192, of which $5,672 would be paid in cash by the Debtors and $34,520 would be applied against previously reserved amounts.  See supra para. 19.