# Exhibit C

# Details of Hours Expended

**Quiksilver Inc.**
**Peter J. Solomon Company, L.P.**
**Summary of Services Rendered by Project**

**November 1, 2015 – November 30, 2015**

**Summary of Services Rendered by Professional**

| Project # | Project Description | Hours |
|---|---|---:|
| 1 | Interface with Professionals, Official Committees, and other Parties-In-Interest | 95.50 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis | 16.50 |
| 3 | Preparation and/or review of Court Filings | 21.00 |
| 4 | Court Testimony/Deposition and Preparation | 8.00 |
| 5 | Valuation Analysis | 300.00 |
| 6 | Capital Structure Review and Analysis | 46.00 |
| 7 | Merger & Acquisition Activity | 28.00 |
| 8 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 5.00 |
| 9 | Fee Application, Engagement | 6.00 |
| **TOTAL** | | **526** |

| Name | Hours |
|---|---:|
| Marc Cooper, Managing Director, Vice Chairman | 6.00 |
| Durc Savini, Managing Director, Head of Restructuring | 62.50 |
| Ajay Bijoor, Director | 113.50 |
| Ben Zinder, Associate Director | 108.50 |
| Chris Moynihan, Analyst | 130.50 |
| Ben Freeberg, Analyst | 105.00 |
| **TOTAL** | **526** |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Marc Cooper – Managing Director, Vice Chairman

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/5/2015 | Sale Process | 0.5 | 7 |
| 11/9/2015 | Sale Process | 1.0 | 7 |
| 11/10/2015 | Sale Process | 1.0 | 7 |
| 11/11/2015 | Sale Process | 0.5 | 7 |
| 11/12/2015 | Sale Process | 0.5 | 7 |
| 11/16/2015 | Sale Process | 1.0 | 7 |
| 11/19/2015 | Sale Process | 1.0 | 7 |
| 11/23/2015 | Sale Process | 0.5 | 7 |
| | **Total Hours:** | **6.0** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Durc Savini – Managing Director, Head of Restructuring

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/2/2015 | Legal Discussion | 1.0 | 1 |
| 11/3/2015 | Discussion with Advisors | 1.0 | 1 |
| 11/3/2015 | Financial Discussion | 0.5 | 2 |
| 11/3/2015 | Discussion on Exit Financing/Exchange Offer | 1.0 | 1 |
| 11/4/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/4/2015 | Update Call | 0.5 | 1 |
| 11/5/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/6/2015 | Discussion with Advisors | 1.0 | 1 |
| 11/6/2015 | Internal Legal/FINRA Discussions | 1.0 | 8 |
| 11/9/2015 | Strategy Review Committee Meeting | 1.0 | 7 |
| 11/9/2015 | Sale Process | 1.0 | 7 |
| 11/9/2015 | Travel | 6.0 | 1 |
| 11/10/2015 | Discussion with Creditors/Advisors | 2.5 | 1 |
| 11/10/2015 | Financial Analysis | 6.0 | 5 |
| 11/10/2015 | Travel | 6.0 | 1 |
| 11/11/2015 | Update Call | 0.5 | 1 |
| 11/12/2015 | Financial Analysis | 4.5 | 5 |
| 11/16/2015 | Financial Analysis | 2.5 | 5 |
| 11/16/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/16/2015 | Sale Process | 1.0 | 7 |
| 11/17/2015 | Financial Analysis | 1.0 | 5 |
| 11/17/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/18/2015 | Financial Analysis | 1.5 | 5 |
| 11/18/2015 | Update Call | 0.5 | 1 |
| 11/18/2015 | Discussion with Creditors/Advisors | 1.5 | 1 |
| 11/18/2015 | Call with Auditors | 1.0 | 1 |
| 11/19/2015 | Financial Discussion | 3.0 | 2 |
| 11/19/2015 | Sale Process | 1.0 | 7 |
| 11/20/2015 | Diligence Request | 2.5 | 1 |
| 11/23/2015 | Sale Process | 1.0 | 7 |
| 11/23/2015 | Exit Facility | 1.5 | 6 |
| 11/24/2015 | Exit Facility | 2.5 | 6 |
| 11/25/2015 | Exit Facility | 2.0 | 6 |
| 11/29/2015 | Disclosure Statement Preparation | 2.0 | 4 |
| 11/30/2015 | Disclosure Statement Call | 1.0 | 8 |
| | **Total Hours:** | **62.5** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ajay Bijoor – Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/2/2015 | Financial Analysis | 2.0 | 5 |
| 11/2/2015 | Financial Analysis | 1.0 | 5 |
| 11/2/2015 | Legal Discussion | 1.0 | 1 |
| 11/3/2015 | Financial Analysis | 0.5 | 5 |
| 11/3/2015 | Discussion with Advisors | 1.0 | 1 |
| 11/3/2015 | Financial Discussion | 0.5 | 2 |
| 11/3/2015 | Financial Analysis | 4.0 | 5 |
| 11/3/2015 | Discussion on Exit Financing/Exchange Offer | 1.0 | 1 |
| 11/4/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/4/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/4/2015 | Update Call | 0.5 | 1 |
| 11/4/2015 | Financial Analysis | 3.0 | 5 |
| 11/5/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/5/2015 | Financial Analysis | 3.0 | 5 |
| 11/6/2015 | Financial Analysis | 3.0 | 5 |
| 11/6/2015 | Discussion with Advisors | 1.0 | 1 |
| 11/6/2015 | Internal Legal/FINRA Discussions | 1.0 | 8 |
| 11/7/2015 | Financial Analysis | 2.5 | 5 |
| 11/9/2015 | Diligence Call | 0.5 | 1 |
| 11/9/2015 | Strategy Review Committee Meeting | 1.0 | 7 |
| 11/9/2015 | Financial Analysis | 5.5 | 5 |
| 11/10/2015 | Travel | 12.0 | 1 |
| 11/10/2015 | Financial Analysis | 0.5 | 5 |
| 11/10/2015 | Discussion with Creditors/Advisors | 2.5 | 1 |
| 11/10/2015 | Financial Analysis | 6.0 | 5 |
| 11/11/2015 | Update Call | 0.5 | 1 |
| 11/11/2015 | Financial Discussion | 0.5 | 2 |
| 11/11/2015 | Financial Analysis | 5.5 | 5 |
| 11/12/2015 | Financial Analysis | 4.5 | 5 |
| 11/13/2015 | Financial Analysis | 3.5 | 5 |
| 11/14/2015 | Financial Analysis | 1.5 | 5 |
| 11/15/2015 | Financial Analysis | 2.5 | 5 |
| 11/16/2015 | Financial Analysis | 2.5 | 5 |
| 11/16/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/16/2015 | Sale Process | 1.0 | 7 |
| 11/17/2015 | Financial Analysis | 1.0 | 5 |
| 11/17/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/17/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/17/2015 | Sale Process | 1.5 | 7 |
| 11/18/2015 | Financial Analysis | 1.5 | 5 |
| 11/18/2015 | Update Call | 0.5 | 1 |
| 11/18/2015 | Discussion with Creditors/Advisors | 1.5 | 1 |
| 11/18/2015 | Call with Auditors | 1.0 | 1 |
| 11/19/2015 | Financial Discussion | 3.0 | 2 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ajay Bijoor – Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/19/2015 | Sale Process | 1.0 | 7 |
| 11/20/2015 | Diligence Request | 2.5 | 1 |
| 11/20/2015 | Sale Process | 1.0 | 7 |
| 11/22/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/23/2015 | Sale Process | 1.0 | 7 |
| 11/23/2015 | Exit Facility | 1.5 | 6 |
| 11/23/2015 | Preparation of Disclosure Statement | 1.0 | 3 |
| 11/24/2015 | Exit Facility | 2.5 | 6 |
| 11/24/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/25/2015 | Exit Facility | 2.0 | 6 |
| 11/25/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/29/2015 | Disclosure Statement Preparation | 2.0 | 4 |
| 11/30/2015 | Disclosure Statement Call | 1.0 | 4 |
| 11/30/2015 | Fee Application | 2.0 | 9 |
| | **Total Hours:** | **113.50** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Zinder – Associate Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/2/2015 | Financial Analysis | 2.0 | 5 |
| 11/2/2015 | Financial Analysis | 1.0 | 5 |
| 11/2/2015 | Legal Discussion | 1.0 | 1 |
| 11/3/2015 | Financial Analysis | 0.5 | 5 |
| 11/3/2015 | Discussion with Advisors | 1.0 | 1 |
| 11/3/2015 | Financial Discussion | 0.5 | 2 |
| 11/3/2015 | Financial Analysis | 5.0 | 5 |
| 11/4/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/4/2015 | Update Call | 0.5 | 1 |
| 11/4/2015 | Financial Analysis | 5.0 | 5 |
| 11/5/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/5/2015 | Financial Analysis | 5.0 | 5 |
| 11/6/2015 | Financial Analysis | 3.0 | 5 |
| 11/7/2015 | Financial Analysis | 3.0 | 5 |
| 11/9/2015 | Diligence Call | 0.5 | 1 |
| 11/9/2015 | Strategy Review Committee Meeting | 1.0 | 7 |
| 11/9/2015 | Financial Analysis | 6.0 | 5 |
| 11/10/2015 | Financial Analysis | 0.5 | 5 |
| 11/10/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/10/2015 | Financial Analysis | 6.0 | 5 |
| 11/11/2015 | Update Call | 0.5 | 1 |
| 11/11/2015 | Financial Discussion | 0.5 | 2 |
| 11/11/2015 | Financial Analysis | 6.0 | 5 |
| 11/12/2015 | Financial Analysis | 7.0 | 5 |
| 11/13/2015 | Financial Analysis | 4.0 | 5 |
| 11/14/2015 | Financial Analysis | 1.5 | 5 |
| 11/15/2015 | Financial Analysis | 3.0 | 5 |
| 11/16/2015 | Financial Analysis | 3.0 | 5 |
| 11/16/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/16/2015 | Sale Process | 1.0 | 7 |
| 11/17/2015 | Financial Analysis | 2.0 | 5 |
| 11/17/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/17/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/17/2015 | Sale Process | 2.0 | 7 |
| 11/18/2015 | Financial Analysis | 1.5 | 5 |
| 11/18/2015 | Update Call | 0.5 | 1 |
| 11/18/2015 | Discussion with Creditors/Advisors | 1.5 | 1 |
| 11/19/2015 | Financial Discussion | 3.0 | 2 |
| 11/20/2015 | Diligence Request | 2.5 | 1 |
| 11/20/2015 | Sale Process | 2.0 | 7 |
| 11/22/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/23/2015 | Sale Process | 0.5 | 7 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Zinder – Associate Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/23/2015 | Exit Facility | 3.0 | 6 |
| 11/23/2015 | Preparation of Disclosure Statement | 1.0 | 3 |
| 11/24/2015 | Exit Facility | 4.0 | 6 |
| 11/24/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/25/2015 | Exit Facility | 3.0 | 6 |
| 11/25/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/30/2015 | Disclosure Statement Call | 1.0 | 4 |
| 11/30/2015 | Fee Application | 2.0 | 9 |
| | **Total Hours:** | **108.50** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Chris Moynihan – Senior Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/2/2015 | Financial Analysis | 4.0 | 5 |
| 11/2/2015 | Financial Analysis | 1.0 | 5 |
| 11/2/2015 | Legal Discussion | 1.0 | 1 |
| 11/3/2015 | Financial Analysis | 0.5 | 5 |
| 11/3/2015 | Discussion with Advisors | 1.0 | 1 |
| 11/3/2015 | Financial Discussion | 0.5 | 2 |
| 11/3/2015 | Financial Analysis | 8.0 | 5 |
| 11/4/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/4/2015 | Update Call | 0.5 | 1 |
| 11/4/2015 | Financial Analysis | 8.0 | 5 |
| 11/5/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/5/2015 | Financial Analysis | 5.0 | 5 |
| 11/6/2015 | Financial Analysis | 6.0 | 5 |
| 11/7/2015 | Financial Analysis | 3.0 | 5 |
| 11/9/2015 | Diligence Call | 0.5 | 1 |
| 11/9/2015 | Strategy Review Committee Meeting | 1.0 | 7 |
| 11/9/2015 | Financial Analysis | 9.0 | 5 |
| 11/10/2015 | Financial Analysis | 0.5 | 5 |
| 11/10/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/10/2015 | Financial Analysis | 9.0 | 5 |
| 11/11/2015 | Update Call | 0.5 | 1 |
| 11/11/2015 | Financial Discussion | 0.5 | 2 |
| 11/11/2015 | Financial Analysis | 10.0 | 5 |
| 11/12/2015 | Financial Analysis | 7.5 | 5 |
| 11/13/2015 | Financial Analysis | 6.0 | 5 |
| 11/14/2015 | Financial Analysis | 1.5 | 5 |
| 11/15/2015 | Financial Analysis | 3.0 | 5 |
| 11/16/2015 | Financial Analysis | 4.0 | 5 |
| 11/16/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/17/2015 | Financial Analysis | 3.0 | 5 |
| 11/17/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/17/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/18/2015 | Financial Analysis | 2.5 | 5 |
| 11/18/2015 | Update Call | 0.5 | 1 |
| 11/18/2015 | Discussion with Creditors/Advisors | 1.5 | 1 |
| 11/19/2015 | Financial Discussion | 3.0 | 2 |
| 11/20/2015 | Diligence Request | 2.5 | 1 |
| 11/22/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/23/2015 | Sale Process | 0.5 | 7 |
| 11/23/2015 | Exit Facility | 3.0 | 6 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Chris Moynihan – Senior Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/23/2015 | Preparation of Disclosure Statement | 1.0 | 3 |
| 11/24/2015 | Exit Facility | 5.0 | 6 |
| 11/24/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/25/2015 | Exit Facility | 4.5 | 6 |
| 11/25/2015 | Preparation of Disclosure Statement | 2.0 | 3 |
| 11/30/2015 | Disclosure Statement Call | 1.0 | 4 |
| | **Total Hours:** | **130.50** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Freeberg – Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/1/2015 | Valuation Material | 2.0 | 5 |
| 11/2/2015 | Financial Analysis | 2.0 | 5 |
| 11/2/2015 | Legal Discussion | 1.0 | 1 |
| 11/3/2015 | Financial Analysis | 1.0 | 5 |
| 11/3/2015 | Discussion with Advisors | 1.0 | 1 |
| 11/3/2015 | Financial Discussion | 0.5 | 2 |
| 11/4/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/4/2015 | Update Call | 0.5 | 1 |
| 11/4/2015 | Financial Analysis | 2.0 | 5 |
| 11/5/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/5/2015 | Sale Process | 1.0 | 7 |
| 11/6/2015 | Financial Analysis | 7.5 | 5 |
| 11/7/2015 | Financial Analysis | 3.0 | 5 |
| 11/8/2015 | Financial Analysis | 5.0 | 5 |
| 11/9/2015 | Diligence Call | 0.5 | 1 |
| 11/9/2015 | Strategy Review Committee Meeting | 1.0 | 7 |
| 11/9/2015 | Financial Analysis | 7.0 | 5 |
| 11/10/2015 | Financial Analysis | 6.0 | 5 |
| 11/10/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/11/2015 | Update Call | 0.5 | 1 |
| 11/11/2015 | Disclosure Statement | 1.0 | 8 |
| 11/11/2015 | Financial Discussion | 0.5 | 2 |
| 11/11/2015 | Financial Analysis | 5.0 | 5 |
| 11/12/2015 | Financial Analysis | 5.0 | 5 |
| 11/13/2015 | Financial Analysis | 8.0 | 5 |
| 11/14/2015 | Financial Analysis | 2.0 | 5 |
| 11/15/2015 | Financial Analysis | 3.0 | 5 |
| 11/16/2015 | Financial Analysis | 4.0 | 5 |
| 11/16/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 11/17/2015 | Discussion with Creditors/Advisors | 2.0 | 1 |
| 11/17/2015 | Financial Analysis | 3.0 | 5 |
| 11/18/2015 | Financial Analysis | 3.0 | 5 |
| 11/18/2015 | Update Call | 0.5 | 1 |
| 11/18/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 11/21/2015 | Financial Analysis | 3.0 | 5 |
| 11/22/2015 | Valuation Material | 3.0 | 5 |
| 11/23/2015 | Sale Process | 0.5 | 7 |
| 11/23/2015 | Exit Facility | 3.0 | 6 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Freeberg – Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 11/24/2015 | Exit Facility | 4.0 | 6 |
| 11/25/2015 | Exit Facility | 4.5 | 6 |
| 11/25/2015 | Update Call | 0.5 | 1 |
| 11/25/2015 | Disclosure Statement | 1.0 | 8 |
| 11/30/2015 | Disclosure Statement Call | 1.0 | 4 |
| 11/30/2015 | Fee Application | 2.0 | 9 |
| | **Total Hours:** | **105.00** | |