# CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 11th day of January, 2016, I caused the foregoing **Notice of Deposition of Matthew C. Wilson** to be served upon the following parties in the manner indicated.

| | |
|---|---|
| Barack S. Echols, Esq.<br>Laura Klein Riff, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>**First-Class Mail** | Robert J. Dehney, Esq.<br>Andrew R. Remming, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P O. Box 1347<br>Wilmington, DE 19899-1347<br>**Hand Deliver** |

                                                /s/ John H. Schanne, II
                                              John H. Schanne, II (DE No. 5260)

#37331185 v1