IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

Re: Docket No. 592

Objection Deadline: January 11, 2016 at 4:00 p.m.
Hearing Date: Only if objections are timely filed

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SECOND MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

On December 21, 2015, Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), co-counsel to the Debtors and Debtors In Possession (the "Debtors") in the above-captioned chapter 11 case, filed and served the *Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for the Period from October 1, 2015 through October 31, 2015* (the "Application"). Pursuant to the *Notice of Filing of Fee Application*, objections to the Application were to be filed and served no later than January 11, 2016, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

DOCS_DE:203994.2 72779/001

Pursuant to the *Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures* [Docket No. 379], the Debtors are authorized to pay PSZ&J $30,712.80, which represents 80% of the fees ($38,391.00) and $1,664.34, which represents 100% of the expenses requested in the Application for the period October 1, 2015 through October 31, 2015, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated:  January 13, 2016

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:   ljones@pszjlaw.com
         joneill@pszjlaw.com
         jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession