# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) **Chapter 11** </br> ) </br> ) **Case No. 15-11880 (BLS)** </br> ) </br> **QUIKSILVER, INC., et al.,**     ) **(Jointly Administered)** </br> ) </br> Debtors.     ) |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743
Tel: (631) 923-2858
E-Mail: adoshi@magnozzikye.com

Dated: January 14, 2016         **Respectfully Submitted,**
       Huntington, New York

By:         /s/ Amish R. Doshi
     Amish R. Doshi, Esq.
*Of Counsel*
**Magnozzi & Kye, LLP**
23 Green Street, Suite 302
Huntington, New York 11743
Telephone:     (631) 923-2858
E-Mail:         adoshi@magnozzikye.com

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) **Chapter 11** <br> ) <br> ) **Case No. 15-11880 (BLS)** <br> ) <br> ) **(Jointly Administered)** <br> ) |
| **QUIKSILVER, INC., et al.,** | |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Amish R. Doshi, hereby certify that on January 14, 2016, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

                                              /s/ Amish R. Doshi
                                              Amish R. Doshi

## SERVICE LIST

| | |
|---|---|
| Van C. Durrer, II, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br><br>**Debtors' Counsel** | John K. Lyons, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br><br>**Debtors' Counsel** |
| Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, Delaware 19801<br><br>**Debtors' Counsel** | KCC<br>c/o Quiksilver Bankruptcy Team<br>2335 Alaska Avenue<br>EL Segundo, California 90245<br><br>**Claims and Noticing Agent** |