IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., et al., | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, hereby certify that on January 14, 2016, I served a copy of *Oracle's Limited Objection And Reservation Of Rights Regarding (I) Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors-In-Possession; And (2) Notice Of Filing Of Plan Supplement Filed With Respect To Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors-In-Possession* on the parties listed on the attached service list via electronic mail.

/s/ James E. Huggett
James E. Huggett, Esq. (#3956)