**SERVICE LIST**

Linnsey Caya, Esq.
Quiksilver, Inc.
5600 Argosy Circle
Huntington Beach, California 92649
E-Mail: linnsey.caya@quiksilver.com

Van C. Durrer, II, Esq.
Skadden Arps Slate Meagher & Flom, LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
E-Mail: van.durrer@skadden.com

John K. Lyons, Esq.
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
E-Mail: john.lyons@skadden.com

Patrick J. Nash, Jr., Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, Illinois 60654
E-Mail: Patrick.nash@kirkland.com

Robert J. Dehney, Esq.
Morris Nichols Arsht & Tunnell, LLP
1201 North Market Street, 16th Floor
P. O. Box 1347
Wilmington, Delaware 19899
E-Mail: rdehney@mnat.com

David S. Berman, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, Massachusetts 02108
E-Mail: dberman@riemerlaw.com

Steven E. Fox, Esq.
Riemer & Braunstein, Esq.
Times Square Tower
Seven Times Square, Suite 2506
New York, New York 10036
E-Mail: sfox@riemerlaw.com

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
E-Mail: skortanek@wcrs.com

John R. Ashmead, Esq.
Seward & Kissel, LLP
One Battery Plaza
New York, New York 10004
E-Mail: ashmead@sewkis.com

Mark L. Prager, Esq.
Foley & Lardner, LLP
321 N. Clark Street, Suite 2800
Chicago, Illinois 60654
E-Mail: mprager@foley.com

Justin Shearer
US Bank, NA
Global Corporate Trust Services
100 Wall Street
New York, New York 10005
E-Mail: Justin.shearer@usbank.com

Michael S. Stamer, Esq.
Meredith S. Lahaie, Esq.
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, New York 10036
E-Mail: mstamer@akingump.com
        mlahaie@akingump.com

David B. Stratton, Esq.
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899
E-Mail: strattond@pepperlaw.com

Mark Kenney, Esq.
Office of United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
E-Mail: mark.kenney@usdoj.gov