# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
QUIKSILVER, INC., et al.,                 :    Case No. 15-11880 (BLS)
                                          :
                         Debtors.[1]      :    Jointly Administered
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF DEPOSITION OF MICHAEL GENEREUX

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Debtors, by and through their undersigned counsel, will take the deposition upon oral examination of Michael Genereux of PJT Partners, Inc., beginning at 9:00 a.m. on January 25, 2016, at the offices of Skadden, Arp, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York, 10036, or at such other place as the parties may agree.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by videotape and/or stenographic means. The deposition shall continue from day to day until completed.

Pursuant to Rules of Civil Procedure 30(b)(1) and 32, Debtors give notice that this deposition may be used at trial in the above-captioned matter.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: Wilmington, Delaware
       January 14, 2016

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Van C. Durrer, II*
        Van C. Durrer, II (ID No. 3827)
        Annie Li
        300 South Grand Avenue, Suite 3400
        Los Angeles, California 90071
        Telephone: (213) 687-5000
        Fax: (213) 687-5600

        - and -

        Mark S. Chehi, Esq. (ID No. 2855)
        Nicole A. DiSalvo (ID No. 4662)
        Dain A. De Souza (ID No. 5737)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        John K. Lyons
        Jessica Kumar
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Counsel for Debtors and Debtors in Possession*