UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| QUIKSILVER, INC. | § | Case No. 15-11880-BLS |
| | § | |
| Debtors | § | |

**CERTIFICATION OF GOVERNMENT ATTORNEY OF EXCEPTION TO ASSOCIATION WITH LOCAL COUNSEL REQUIREMENT**

Jason A. Starks, Assistant Attorney General of the State of Texas, files this certification of exception to association with local counsel requirement pursuant to Local Rule of Bankruptcy Procedure 9010-1(e)(i) and respectfully states:

1. My full name is Jason Andrew Starks. I am an Assistant Attorney General of the State of Texas appearing in this matter to represent the Texas Comptroller of Public Accounts, an agency of the State of Texas.

2. I am admitted to practice before the Bars of the United States Districts Court for the Southern, Northern, Eastern, and Western Districts of Texas, and the Supreme Court of Texas and all lower Texas courts.

3. I am in good standing in all jurisdictions in which I have been admitted.

4. I agree to be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

                Respectfully submitted,

                KEN PAXTON
                Attorney General of Texas

                CHARLES E. ROY
                First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jason A. Starks*
JASON A. STARKS
Texas Bar No. 24046903
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4867
Facsimile:  (512) 936-1409
Jason.Starks@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2016, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Quiksilver, Inc.
5600 Argosy Circle
Huntington Beach, CA 92649

By Electronic Means as listed on the Court's ECF Noticing System:

- David G. Aelvoet    davida@publicans.com

- Justin R. Alberto    jalberto@bayardlaw.com,
  bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

- John R. Ashmead    ashmead@sewkis.com

- Elizabeth Banda Calvo    rgleason@pbfcm.com,
  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

2

- John Douglas Beck    john.beck@hoganlovells.com, ronald.cappiello@hoganlovells.com
- Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;nlockwood@wgllp.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Dustin Parker Branch    dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Michael G. Busenkell    mbusenkell@gsbblaw.com
- William E. Chipman    chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Andrew L. Cole    andrew.cole@leclairryan.com
- Andrew S. Conway    Aconway@taubman.com
- Robert L. Cook    Robert.Cook@tax.ny.gov
- Dain A. De Souza    Dain.DeSouza@skadden.com, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
- Andrew P. DeNatale    adenatale@stroock.com
- Robert J. Dehney    rdehney@mnat.com, rfusco@mnat.com;aconway@mnat.com;mmaddox@mnat.com;chare@mnat.com
- John D. Demmy    jdd@stevenslee.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Christopher R. Donoho    chris.donoho@hoganlovells.com
- Amish R. Doshi    adoshi@magnozzikye.com
- Van C. Durrer    van.durrer@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
- David W Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Joseph A. Eisenberg    jae@jmbm.com;bt@jmbm.com;vr@jmbm.com
- Niclas A. Ferland    niclas.ferland@leclairryan.com
- Daniel A. Fliman    dfliman@kasowitz.com
- Jeffery Steven Flores    jsf@opglaw.com

3

- David M. Fournier    fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com,fournierd@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com;lewisc@pepperlaw.com
- David M. Fournier    flbank@pepperlaw.com, fournierd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
- Steven E. Fox    sfox@riemerlaw.com, dromanik@riemerlaw.com
- Alan J Friedman    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Jerrold K Guben    jkg@opglaw.com
- Steven T. Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Victoria A. Guilfoyle    guilfoyle@blankrome.com
- Mark F. Hebbeln    mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Cathy Hershcopf    chershcopf@cooley.com
- Thomas M. Horan    thoran@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com;kdalton@wcsr.com
- James E. Huggett    jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Laura Davis Jones    ljones@pszjlaw.com, efile1@pszyjw.com
- Laura Davis Jones    ljones@pszjlaw.com
- Albert Kass    ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- Susan E. Kaufman    skaufman@skaufmanlaw.com
- Mark S. Kenney    mark.kenney@usdoj.gov
- Kurtzman Carson Consultants LLC    akass@kccllc.com
- Meredith A. Lahaie    mlahaie@akingump.com
- Sharon L. Levine    slevine@lowenstein.com
- Zi C. Lin    zlin@garrett-tully.com
- Donald K. Ludman    dludman@brownconnery.com
- Borris I. Mankovetskiy    bmankovetskiy@sillscummis.com

- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Dennis A. Meloro    melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- Tamara K. Minott    tminott@mnat.com, aconway@mnat.com
- Mark Minuti    mminuti@saul.com, rwarren@saul.com
- Sheryl L. Moreau    deecf@dor.mo.gov
- John A. Morris    jmorris@pszjlaw.com
- James E. O'Neill    jo'neill@pszjlaw.com, efile1@pszyj.com
- Matthew W. Olsen    matthew.olsen@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Kristen N. Pate    ggpbk@ggp.com, ggpbk@ggp.com;
- Morgan L. Patterson    mpatterson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
- Lars A. Peterson    lapeterson@foley.com, khall@foley.com
- David L. Pollack    pollack@ballardspahr.com, blunt@ballardspahr.com
- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Andrew R. Remming    aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
- Eric A. Rosen    erosen@fowler-white.com, jmannon@fowler-white.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- John Henry Schanne    schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
- Daren M. Schlecter    daren@schlecterlaw.com
- Peter G. Schwed    gschwed@loeb.com
- Michael Seidl    mseidl@pszjlaw.com, efile1@pszyj.com
- James H. Shenwick    jhs7@att.net

5

- Andrew H. Sherman    asherman@sillscummis.com

- Jeffrey S. Shinbrot    jeffrey@shinbrotfirm.com

- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

- Howard M. Spector    hmspector@spectorjohnson.com, sshank@spectorjohnson.com;hrogers@spectorjohnson.com

- Michael S. Stamer    mstamer@akingump.com

- David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com

- Aaron H Stulman    AStulman@ashby-geddes.com

- Matthew Summers    summersm@ballardspahr.com

- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

- Seth Van Aalten    svanaalten@cooley.com

- Carolyn G. Wade    carolyn.g.wade@doj.state.or.us

- Pamela K. Webster    pwebster@buchalter.com, smartin@buchalter.com

- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

*/s/ Jason A. Starks*
JASON A. STARKS