**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, hereby certify that on January 14, 2016, I caused a true and correct copy of the ***Limited Objection to Confirmation of Second Plan of Reorganization of Quicksilver, Inc. and its Affiliated Debtors and Debtors in Possession*** to be served via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed on the attached Service List.

Dated: January 14, 2016

Michael Busenkell (No. 3933)

| | |
|---|---|
| Quiksilver, Inc.<br>Linnsey Caya, Esq.<br>5600 Argosy Circle<br>Huntington Beach, CA 92649<br>Email: linsey.caya@quiksilver.com | Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C. Durrer, II, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Email: Van.Durrer@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>John K. Lyons, Esq.<br>155 North Wacker Drive<br>Chicago, IL 60606<br>Email: john.lyons@skadden.com | Kirkland & Ellis LLP<br>Patrick J. Nash, Jr., Esq.<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: Patrick.nash@kirkland.com |
| Morris Nichols Arsht & Tunnel, LLP<br>Robert J. Dehney, Esq.<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: rdehney@mnat.com | Riemer & Braunstein LLP<br>David S. Berman, Esq.<br>Three Center Plaza<br>Boston, MA 02108<br>Email: dberman@riemerlaw.com |
| Riemer & Braunstein LLP<br>Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036<br>Email: sfox@riemerlaw.com | Womble Carlyle Sandridge & Rice, LLP<br>Steven K. Kortanek, Esq.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Email: skortanek@wcsr.com |
| Seward & Kissel LLP<br>John R. Ashmead, Esq.<br>One Battery Park Plaza<br>New York, NY 10004<br>Email: ashmead@sewkis.com | Foley & Lardner, LLP<br>Mark L. Prager, Esq.<br>321 N. Clark Street, Suite 2800<br>Chicago, IL 60654<br>Email: mprager@foley.com |

| | |
|---|---|
| U.S. Bank National Association<br>Global Corporate Trust Services<br>Justin L. Shearer, VP<br>100 Wall Street<br>New York, NY 10005<br>Email: justin.shearer@usbank.com | Akin Gump Strauss Hauer & Field LLP<br>Michael S. Stamer, Esq.<br>Meredith A. Lahaie, Esq<br>One Bryant Park<br>New York, NY 10036<br>Email: mstamer@akingump.com<br>Mlahaie@akingump.com |
| Pepper Hamilton LLP<br>David B. Stratton, Esq.<br>Hercules Plaza<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Email: strattod@pepperlaw.com | Office of the United States Trustee<br>Mark Kenney, Esq.<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: mark.kenney@usdoj.gov |