**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Hrg. Date: January 27, 2016 at 9:30 a.m.** |
| | : | **(Eastern)** |

-----------------------------------------------------------------x    **Related Docket Nos. 532, 625**

**DECLARATION OF BLAKE J. LINDEMANN IN SUPPORT OF LIMITED OBJECTION TO CONFIRMATION OF SECOND PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION**

I, Blake J. Lindemann, hereby declare under penalty of perjury under the Laws of the United States that the following is true to the best of my knowledge, information and belief:

1.    My firm, Lindemann Law Firm and the Law Offices of Daren Schlecter, have been retained by certain Former Employees of the Debtors, including Nicholas Drake, Christina G. Rice, Liam Devoy, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, Brad Holman, Kristina Kastelan, Kelley Ketner, Jennifer Kutsch, Viki Love, Kerstin N. Mazzone, Andrew P. Mooney, Carol Nielsen, Robert Oberschelp, Joe O'Neil, Natalie Rigolet, Chris Schreiber, Lance Stern, Steve Swokowski, Roberta Turchi, Alan Vickers, and Thomas Webster ("Represented Former Employees").

2.    On behalf of the Represented Former Employees, we filed precautionary proofs of claim and intend to submit a request for administrative claim.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).

3.      The minimum administrative claim the Represented Former Employees assert, and the minimum for which a reserve should be created under the Debtor's First Amended Plan, is as follows:

| | |
|---|---:|
| Devoy, Liam | 323,338.24 |
| Drake, Nicholas | 354,166.70 |
| Druva, Anda | 131,381 |
| Finney, Steve | 296,071.42 |
| Fullerton, Scott | 175,000.05 |
| Gobright, Pamela | 120,858.34 |
| Graham, John | 307,666.70 |
| Graham, Kelley C. | 81,784.84 |
| Holman, Brad | 72,916.67 |
| Kastelan, Kristina | 181,775.00 |
| Ketner, Kelly | 138,465.34 |
| Kursch, Jennifer | 33,750.00 |
| Love, Viki | 93,678.10 |
| Mazzone, Kerstin N. | 314,749.95 |
| Mooney, Andrew P. | 2,296,066.52 |
| Nielsen, Carol | 93,451.26 |
| Oberschelp, Robert | 315,841.16 |
| O'Neil, Joe | 187,500.00 |
| Rice, Christina | 71,829.65 |
| Rigolet, Natalie | 216,474.00 |
| Schreiber, Chris | 352,641.98 |
| Stern, Lance | 17,293.77 |
| Swokowski, Steve | 250,000.00 |
| Turchi, Roberta | 178,162.76 |
| Vickers, Alan | 562,499.91 |
| Webster, Thomas | 124,583.29 |
| **Total** | **7,291,946.65** |

BY: _____

BLAKE J. LINDEMANN