IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**QUIKSILVER, INC.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.  15-11880 (BLS)<br><br>(Jointly Administered) |

**OBJECTION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO CONFIRMATION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION**

The New York State Department of Taxation and Finance  (the "Department"), by and through Amanda Hiller, Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), respectfully submits this objection to confirmation of the Debtor's Second Amended Plan of Reorganization (the "Plan").

The Plan should not be confirmed for the following reasons:

1.  Debtor filed a petition requesting relief under Chapter 11 of the Bankruptcy Code on September 9, 2015.

2.  The Department is a creditor of the Debtor by virtue of the filing of a pre-petition proof of claim #66 in the total amount of $2,049.56 consisting of a priority unsecured claim of $1,595.52 and a general unsecured claim of $454.04.  In addition, the Department has filed an amended claim, that has yet to be docketed by the claims agent that includes a priority tax claim of $75,911.44 based upon a sales tax audit of the debtor.

3.  Without the Department's consent and contrary to the dictates of 11 U.S.C. §511 and 11 U.S.C. §1129(a)(9)(C), which require the payment of interest on priority tax claims at the statutory rate, the Debtor proposes to pay the Department's priority claims without interest.

1

WHEREFORE, the New York State Department of Taxation and Finance respectfully requests the Court: 1) sustain the objections contained herein, 2) not confirm the Plan in its current form, and 3) grant such other and further relief as it deems just and proper.

Dated: January 14, 2016

Amanda Hiller
Deputy Commissioner and Counsel

By:   /s/ Robert L. Cook
Robert L. Cook (NY Bar #1877703)
District Tax Attorney, Office of Counsel
NYS Department of Taxation and Finance
340 East Main Street
Rochester, New York 14604
Phone: 585-530-8465
Fax:    518-435-8490
Email:  Robert.Cook@tax.ny.gov