# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **QUIKSILVER, INC.,** *et al.*, | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on, January 14, 2016, I electronically filed the attached Objection to Confirmation with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all those accepting electronic service.

And, I further certify that I mailed a copy of the Objection to Confirmation by first class mail to: Quiksilver, Inc., 5600 Argosy Circle, Huntington Beach, CA 92649, Attn: Linnsey Caya, Esq.

*/s/Robert L. Cook*
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney
New York State Department of Taxation & Finance
Office of Counsel
340 East Main St.
Rochester, New York 14604
Phone: 585-530-8465
Fax:     518-435-8490
Email: Robert.Cook@tax.ny.gov