## CERTIFICATE OF SERVICE

I certify that on January 15, 2016, I caused to be served a copy/copies of the United

States Trustee's Objection to Confirmation of the Debtors' Second Amended Joint Plan of

Reorganization via electronic mail to the following:

Linnsey Caya, Esquire
Quiksilver, Inc.
linnsey.caya@quiksilver.com

Van C. Durrer, II, Esquire
John K. Lyons, Esquire
SKADDEN ARPS SLATE MEAGHER
& Flom, LLP
van.durrer@skadden.com
john.lyons@skadden.com

Patrick J. Nash, Jr., Esquire
KIRKLAND & ELLIS, LLP
patrick.nash@kirkland.com

Robert J. Dehney, Esquire
MORRIS NICHOLS ARSHT
& TUNNELL, LLP
rdehney@mnat.com

David S. Berman, Esquire
Steven E. Fox, Esquire
RIEMER & BRAUNSTEIN LLP
dberman@riemerlaw.com
sfox@riemerlaw.com

Steven K. Kortanek, Esquire
WOMBLE CARLYLE SANDRIDGE
& RICE LLP
skortanek@wcsr.com

John R. Ashmead, Esquire
SEWARD & KISSEL LLP
ashmead@sewkis.com

Mark L. Prager, Esquire
FOLEY & LARDNER, LLP
mprager@foley.com

Justin L. Shearer, Vice President
U.S. Bank, N.A.
Global Corporate Trust Services
justin.shearer@usbank.com

Michael S. Stamer, Esquire
Meredith Lahaie, Esquire
AKIN GUMP STRAUSS HAUER
& FELD LLP
mstamer@akingump.com
mlahaie@akingump.com

David B. Stratton, Esquire
PEPPER HAMILTON, LLP
strattond@pepperlaw.com

 /s/ Mark S. Kenney
Mark S. Kenney