IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
QUIKSILVER, INC., *et al.*,[1]                               :   Case No. 15-11880 (BLS)
                                                             :
                                   Debtors.                  :   Jointly Administered
                                                             :
                                                             :   **Related Docket Nos. 661, 663**
------------------------------------------------------------ x

**ORDER AUTHORIZING THE COMMITTEE TO EXCEED THE PAGE LIMITS
WITH RESPECT TO OBJECTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO SECOND AMENDED JOINT
CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC.
AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION**

Upon the motion (the "Motion")[2] of the Committee for entry of an order, (a) pursuant to Local Rule 7007-2(a)(iv), authorizing the Committee to exceed page limitations with respect to its Plan Objection, and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon and good and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Committee is hereby granted leave to exceed the forty (40) page limitation set forth in Local Rule 7007-2(a)(iv) with respect to the Plan Objection.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

#37370338 v2

-2-

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: Jan 15, 2016
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge