IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re: | | Chapter 11 |
|---|---|---|
| **QUIKSILVER, INC., *et al.*,** | | Case No. 15-11880 (BLS) |
| | Debtors. | (Jointly Administered) |

### WITHDRAWAL OF THE OBJECTION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO CONFIRMATION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION

The New York State Department of Taxation and Finance, by and through Amanda Hiller, Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), hereby withdraws its objection to confirmation of the Debtor's Second Amended Plan of Reorganization which was filed on 1/14/16 (Document No. 660).

Dated: January 15, 2016

Amanda Hiller
Deputy Commissioner and Counsel

By:  /s/ Robert L. Cook
Robert L. Cook (NY Bar #1877703)
District Tax Attorney, Office of Counsel
NYS Department of Taxation and Finance
340 East Main Street, Rochester, New York 14604
Phone: 585-530-8465  Fax: 518-435-8490
Email: Robert.Cook@tax.ny.gov

### CERTIFICATE OF SERVICE

I hereby certify that on, January 15, 2016, I electronically filed the above Objection Withdrawal Letter with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all those accepting electronic service.

*/s/Robert L. Cook*
Robert L. Cook, Esq., District Tax Attorney
Office of Counsel, New York State Department of Taxation & Finance