## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :    Chapter 11

In re:                         :

                                 :    Case No. 15-11880 (BLS)

QUIKSILVER, INC., *et al.*,        :

                                 :    Jointly Administered

                   Debtors.[1]    :

                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### <u>CERTIFICATE OF SERVICE</u>

I, Laura Davis Jones, hereby certify that on the 15th day of January, 2016, I caused

a copy of the following documents to be served on the individuals on the attached service list(s)

in the manner indicated:

*Debtors' Reply to the Objection of E. Gluck Corporation to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rules 6006 and 9014 Authorizing Rejection of License Agreement Nunc Pro Tunc to November 25, 2015*

          */s/ Laura Davis Jones*
          Laura Davis Jones (DE Bar No. 2436)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Quiksilver Special Service List re Counsel for E. Gluck Corporation
Case No. 15-11880 (BLS)
Document No.  2034583
01 – Overnight Delivery
01 – Hand Delivery
03 – Email

**Hand Delivery & Email**
(Counsel for E. Gluck Corporation)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Email: mminuti@saul.com

**Overnight Delivery & Email**
(Counsel for E. Gluck Corporation)
David M. Friedman, Esquire
Daniel A Fliman, Esquire
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Email: dfriedman@kasowitz.com
           dfliman@kasowitz.com

Quiksilver, Inc. 2002 Regular Service List
Case No. 15-11880(KJC)
Document No. 201777
01 – Email
16 – Hand Delivery
55 – First Class Mail


(Co-Counsel to Quiksilver, Inc.)
Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899

Email Delivery Only
jeffrey@shinbrotfirm.com
(Counsel to Massive Prints Inc.)
Jeffrey S. Shinbrot, Esquire
Jeffrey S. Shinbrot, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, CA  90211

**Hand Delivery**
Office of the U.S. Trustee
Mark Kenney, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Quiksilver, Inc.)
Dain A. De Souza, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
920 North King Street
P.O. Box 636
Wilmington, DE  19801

**Hand Delivery**
(US Attorney for Delaware)
Ellen Slights, Esquire
US Attorney for Delaware
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046

**Hand Delivery**
Matthew Denn, Esquire
Office of the US Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Bank of America, N.A.)
Steven K. Kortanek, Esquire
Thomas M. Horan, Esquire
Morgan L. Patterson, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Oaktree Capital Management,
L.P.)
Robert J. Dehney, Esquire
Andrew R. Remming, Esquire
Tamara K. Minott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Hilco Merchant Resources,
LLC & Gordon Brothers Retail Partners,
LLC)
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel to The Taubman Landlords)
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE  19801

**Hand Delivery**
(Counsel to First & Lenora LLC)
Matthew G. Summers, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Official Committee of
Unsecured Creditors)
David B. Stratton, Esquire
David M. Fournier, Esquire
John H. Schanne II, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19899-1709

**Hand Delivery**
(Counsel to Westfield, LLC; Annapolis Mall
Owner LLC)
Andrew Cole, Esquire
LeClairRyan, a Professional Corporation
800 North King Street, Suite 303
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Sound Northwest Properties)
Matthew G. Summers, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Parigi Group Ltd.)
Jeremy W. Ryan, Esquire
Etta R. Mayers, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, Sixth Floor
PO Box 951
Wilmington, DE  19899-0951

**Hand Delivery**
(Counsel to Blue Diamond Crossing II,
LLC)
William P. Bowden, Esquire
Aaron H. Stulman, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899-1150

**Hand Delivery**
(Counsel to E. Gluck Corporation)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE  19899

**Hand Delivery**
(Counsel to Industrial Property Fund VII,
LLC and West County Commerce Realty
Holding Co. LLC)
William E. Chipman, Jr., Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801

**First Class Mail**
(Counsel to Quiksilver, Inc.)
Van C. Durrer, II, Esquire
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA  90071-3144

**First Class Mail**
(Counsel to Quiksilver, Inc.)
Jessica S. Kumar, Esquire
John K. Lyons, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL  60606-1720

**First Class Mail**
(Counsel to Quiksilver, Inc.)
Annie Z. Li, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA  90071

**First Class Mail**
(Government Agency)
Delaware Secretary of State
Division of Corporations, Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903

**First Class Mail**
(Government Agency)
Delaware State Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**First Class Mail**
(Government Agency)
Office of the General Counsel
US Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC  20220

**First Class Mail**
(Government Agency)
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101

**First Class Mail**
(Government Agency)
Michael Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
Bankruptcy Notice Division
100 F Street NE
Washington, DC  20549

**First Class Mail**
(Government Agency)
Sharon Binger, Esquire
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103

**First Class Mail**
(Government Agency)
Andrew Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, NY  10281-1022

**First Class Mail**
(United States Attorney General)
Loretta Lynch, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

**First Class Mail**
(Pension Benefit Guaranty Corporation)
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC  20005-4026

**First Class Mail**
(Debtor)
Quiksilver, Inc.
5600 Argosy Circle
Huntington Beach, CA  92649

**First Class Mail**
(Counsel to Bank of America, N.A.)
David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108

**First Class Mail**
(Counsel to Bank of America, N.A.)
Steven E. Fox, Esquire
Riemer & Braunstein LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY  10036

**First Class Mail**
(Counsel to GGP Limited Partnership, as
Direct/Indirect Owner of Landlord and/or
Managing Agent of Leases with Debtor)
Kristen N. Pate, Esquire
GGP Limited Partnership, as Agent
110 North Wacker Drive
Chicago, IL  60606

**First Class Mail**
(Counsel to Simon Property Group, Inc.)
Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN  46204

**First Class Mail**
(Counsel to C & K Trading Co., Ltd.)
Steven T. Gubner, Esquire
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367

**First Class Mail**
(Counsel to Oaktree Capital Management,
L.P.)
Patrick J. Nash, Jr., P.C.
Ross M. Kwasteniet, Esquire
William A. Guerrieri, Esquire
W. Benjamin Winger, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

**First Class Mail**
(Comptroller of Public Accounts of the State
of Texas)
Jason A. Starks, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

**First Class Mail**
(Counsel to Hilco Merchant Resources, LLC
& Gordon Brothers Retail Partners, LLC)
Jeffrey M. Wolf, Esquire
Greenberg Traurig, LLP
One International Place
Boston, MA  02110

**First Class Mail**
(Counsel to Arlington ISD)
Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
500 East Border Street, Suite 640
Arlington, TX  76010

**First Class Mail**
(Counsel to 404 West LLC)
David W. Dykhouse, Esquire
Brian P. Guiney, Esquire
1133 Avenue of the Americas
New York, NY  100036-6710

**First Class Mail**
(Counsel to Taubman Landlords)
Andrew S. Conway, Esquire
Taubman
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI  48304

**First Class Mail**
(Counsel to Various Licensors)
Joseph A. Eisenberg P.C.
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

**First Class Mail**
(Counsel to Cypress-Fairbanks ISD Tax
Authority, Harris County Tax Authority,
Galveston County Tax Authority)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064

**First Class Mail**
(Counsel to Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway, Suite 1000
Dallas, TX  75207

**First Class Mail**
(Counsel to The Macerich Company and
Boulevard Invest, LLC)
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

**First Class Mail**
(Counsel to The Irvine Company LLC)
Ernie Zachary Park, Esquire
Bewley, Lassleben & Miller, LLP
13215 East Penn Street, Suite 510
Whittier, CA  90602-1797

**First Class Mail**
(Counsel to Delaware Trust Company as
indenture trustee for holders of the 7.875%
Senior Secured Notes due 2018)
John R. Ashmead, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY  10004

**First Class Mail**
(Counsel to Missouri Department of
Revenue)
Sheryl L. Moreau, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 West High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

**First Class Mail**
(Counsel to SAP Industries, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096

**First Class Mail**
(Counsel to the Official Committee of
Unsecured Creditors)
Michael S. Stamer, Esquire
Meredith A. Lahaie, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036-6745

**First Class Mail**
(Counsel to Westfield, LLC and Annapolis
Mall Owner LLC)
Niclas A. Ferland, Esquire
Ilan Markus, Esquire
LeClairRyan, a Professional Corporation
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511

**First Class Mail**
(Counsel to  Queens' Market, LLC)
Johnathan C. Bolton, Esquire
Goodsill Anderson Quinn & Stifel
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, HI  96813

**First Class Mail**
(Counsel to First & Lenora LLC)
John Rizzardi, Esquire
Cairncross & Hempelmann
524 Second Avenue, Suite 500
Seattle, WA  98104-2323

**First Class Mail**
(Interested Party)
Anthony DiTirro
Rosenthal & Rosenthal, Inc.
1370 Broadway
New York, NY  10018

**First Class Mail**
(Counsel to Victoria Ward, Limited)
Howard Marc Spector, Esquire
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, TX  75251

**First Class Mail**
(Counsel to Dragon Crowd Garment, Inc.)
Alan J. Friedman, Esquire
Reem J. Bello, Esquire
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

**First Class Mail**
Counsel to City of El Paso)
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Suite 300
San Antonio, TX  78205

**First Class Mail**
(Counsel to WRI Marshalls Plaza, LP)
Lisa Seabron Williams
Weingarten Realty Investors
Legal Administrator – Litigation
2600 Citadel Plaza, Suite 125
Houston, TX  77008

**First Class Mail**
(Counsel to Weihai Textile Group Import &
Export Co., Ltd.)
Matthew W. Olsen, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

**First Class Mail**
(Counsel to Parigi Group Ltd.)
Andrew H. Sherman, Esquire
Boris I. Mankovetskiy, Esquire
Lucas F. Hammonds, Esquire
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102

**First Class Mail**
(Counsel to Blue Diamond Crossing II,
LLC)
David A. Carroll, Esquire
Anthony J. DiRaimondo, Esquire
Rice Reuther Sullivan & Carroll, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV  89169

**First Class Mail**
(Counsel to G&S Realty I, LLC)
James H. Shenwick, Esquire
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY  10017

**First Class Mail**
(Counsel for 55 Thompson Street
Investments, L.P.)
Eric A. Rosen, Esquire
Fowler White Burnett, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, FL  33401

**First Class Mail**
(Counsel to E. Gluck Corporation)
David M. Friedman, Esquire
Daniel A. Fliman, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

**First Class Mail**
(Counsel to C & K Broadway 519 LLC)
P. Gregory Schwed, Esquire
Bethany D. Simmons, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

**First Class Mail**
(Counsel to Oracle America, Inc. and Oracle
Credit Corporation)
Shawn M. Christianson, Esquire
Buchalter Nemer, a Professional
Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**First Class Mail**
(Counsel to City of Kathy, Harris County
Municipal Utility District #358; Harris
County Water Control and Improvement
District #155)
Own M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
1235 North Loop West, Suite 600
Houston, TX  77008

**First Class Mail**
(Counsel to Janus Capital Management
LLC)
Sharon L. Levine, Esquire
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
(Counsel to Janus Capital Management
LLC)
Steven E. Siesser, Esquire
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY  10020

**First Class Mail**
(Counsel to ABW Holdings LLC; Outrigger
Hotels Hawaii; ABW 2181 Holdings LLC)
Jerrold K. Guben, Esquire
Jeffery S. Flores, Esquire
O'Connor Playdon & Guben LLP
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, HI  96813

**First Class Mail**
(Counsel to Commissioner of NJ Dept.
Taxation & Finance)
Robert L. Cook, Esquire
District Tax Attorney
NY State Department of Taxation and
Finance
Office of Counsel
340 East Main Street
Rochester, NY  14604

**First Class Mail**
(Counsel for Oracle America, Inc.)
Amish R. Doshi, Esquire
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY  11743