IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                    Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
: **Hrg. Date: 03/09/16 at 9:30 a.m. (Eastern)**
: **Related Docket Nos. 499, 548**

## DEBTORS' DEPOSITION NOTICE OF E. GLUCK CORPORATION PURSUANT TO FED. R. CIV. P. 30(b)(6)

**TO:** E. Gluck Corporation ("EGC"), c/o (a) Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, Delaware 19899, Attn: Mark Minuti, and (b) Kasowitz, Benson, Torres & Friedman LLP, Attn: David M. Friedman, Daniel A. Fliman, 1633 Broadway, New York, New York 10019.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6) ("Rule 30(b)(6)"), made applicable herein by Federal Rules of Bankruptcy Procedure 7030 and 9014, the Debtors in the above-captioned chapter 11 cases will take the deposition of EGC on **February 24, 2016, at 10:00 a.m. (Eastern time), at the offices of Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017** (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rule of Civil Procedure 32, the deposition testimony may be used at trial in the hearing on the Rejection Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(6), EGC is under a duty to designate and produce at the oral deposition noticed herein the person(s) qualified to testify on its behalf as to the matters described in the Rule 30(b)(6) deposition topics listed below.

### RULE 30(b)(6) DEPOSITION TOPICS[2]

1. The Objection.

2. The factual basis for EGC's contention that the Court should use its equitable power to allow EGC to continue using the Debtors' trademarks under the terms of the Agreement even if the Agreement is rejected.

3. Damages EGC contends it will sustain if the Agreement is rejected and EGC is prohibited from using the Debtors' trademarks (except as provided in the Rejection Motion).

---

[2] Capitalized terms shall have the meanings ascribed to them in the *Debtors' First Set of Document Requests to E. Gluck Corporation*, dated January 15, 2016 (the "Requests").

4. EGC's performance under the Agreement.

Dated: January 15, 2016         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
John A. Morris (admitted *pro hac vice*)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
        jmorris@pszjlaw.com

*Counsel to Debtors*