IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors.[1] | : | Jointly Administered |

**NOTICE OF SERVICE OF DEBTORS' FIRST SET OF
DOCUMENT REQUESTS TO E. GLUCK CORPORATION**

**PLEASE TAKE NOTICE** that on January 15, 2016, the above-captioned debtors (collectively, the "Debtors") served the *Debtors' First Set of Document Requests to E. Gluck Corporation* upon the following individuals in the manner indicated:

| **Hand Delivery & Email** | **Overnight Delivery & Email** |
|---|---|
| Mark Minuti, Esquire | David M. Friedman, Esquire |
| Saul Ewing LLP | Daniel A Fliman, Esquire |
| 222 Delaware Avenue, Suite 1200 | Kasowitz Benson Torres & Friedman LLP |
| Wilmington, DE 19801 | 1633 Broadway |
| Email: mminuti@saul.com | New York, New York 10019 |
| | Email: dfriedman@kasowitz.com |
| | dfliman@kasowitz.com |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

-2-

| | |
|---|---|
| Dated: January 15, 2016 | PACHULSKI STANG ZIEHL & JONES LLP |// placeholder

Dated: January 15, 2016         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
John A. Morris (admitted *pro hac vice*)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
          jmorris@pszjlaw.com

*Counsel to Debtors*