IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quiksilver, Inc., *et al.*, | ) Case No. 15-11880 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## E. GLUCK CORPORATION'S NOTICE OF DEPOSITION OF THE DEBTORS

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to the above-captioned bankruptcy cases (the "Bankruptcy Cases") by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, E. Gluck Corporation ("EGC"), by the undersigned attorneys, will take the deposition of the above-captioned debtors (the "Debtors") in accordance with Federal Rule 30(b)(6), through one or more officers, directors, managing agents or other representatives of the Debtors, who shall be designated to testify on the Debtors' behalf regarding all information known or reasonably available to the Debtors with respect to the following subject matters:

- The content of the *Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rules 6006 and 9014 Authorizing Rejection of License Agreement Nunc Pro Tunc to November 25, 2015*, filed by the Debtors in the Bankruptcy Cases on November 25, 2015 [Docket No. 499];

- The content of *E. Gluck Corporation's Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rules 6006 and 9014 Authorizing Rejection of License Agreement Nunc Pro Tunc to November 25, 2015*, filed by EGC in the Bankruptcy Cases on December 10, 2015 [Docket No. 548]; and

- The content of any reply filed by the Debtors in connection with the foregoing.

The deposition shall be held at the offices of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019 on **February 16, 2016 at 10:00 a.m. (prevailing Eastern Time)**, or on such other time and place as the parties shall agree or the Court may

648628.1 01/15/2016

direct. EGC requests that the Debtors provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on the Debtors' behalf.

Dated: January 15, 2016

          **SAUL EWING LLP**

          By: _____
          Mark Minuti (DE Bar No. 2659)
          222 Delaware Avenue, Suite 1200
          P.O. Box 1266
          Wilmington, DE 19899
          Telephone: (302) 421-6840
          Facsimile: (302) 421-5873

          -and-

          **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
          David M. Friedman
          Daniel A. Fliman
          Michele L. Angell
          1633 Broadway
          New York, NY 10019
          Telephone: (212) 506-1700
          Facsimile: (212) 506-1800

          *Counsel to E. Gluck Corporation*