## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quiksilver, Inc., *et al.*, | ) Case No. 15-11880 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF SERVICE OF E. GLUCK CORPORATION'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS

I, Mark Minuti, hereby certify that on January 15, 2016, I caused a copy of **E. Gluck Corporation's Requests for Production of Documents to the Debtors** to be served via Electronic Mail and First Class Mail on the following parties.

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE  19801

Van C. Durrer, II, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

John A. Morris, Esquire
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY  10017-2024

Mark S. Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2007
Wilmington, DE 19801

David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899

Michael S. Stamer, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036-6745

**SAUL EWING LLP**

By: _____
Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840

Dated: January 15, 2016

*Counsel to E. Gluck Corporation*