# EXHIBIT A

**Pachulski Stang Ziehl & Jones LLP**
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

December 31, 2015
Invoice 111919
Client 72779
Matter 00002
**JNP**

QuickSilver, Inc.
5600 Argosy Circle
Huntington Beach, CA

RE: Post-Petition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2015**

| | |
|---|---|
| FEES | $51,431.50 |
| EXPENSES | $1,040.59 |
| **TOTAL CURRENT CHARGES** | **$52,472.09** |
| **BALANCE FORWARD** | **$86,515.00** |
| **TOTAL BALANCE DUE** | **$138,987.09** |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 6.20 | $5,100.00 |
| CA | Case Administration [B110] | 18.60 | $5,144.00 |
| CO | Claims Admin/Objections[B310] | 24.00 | $18,835.00 |
| CP | Compensation Prof. [B160] | 3.70 | $1,985.00 |
| EC | Executory Contracts [B185] | 23.50 | $20,367.50 |
| | | 76.00 | $51,431.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| ARP | Paul, Andrea R. | Case Man. Asst. | 225.00 | 0.20 | $45.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 295.00 | 0.80 | $236.00 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 3.30 | $742.50 |
| DAH | Harris, Denise A. | Paralegal | 295.00 | 0.60 | $177.00 |
| DMB | Bertenthal, David M. | Partner | 875.00 | 2.90 | $2,537.50 |
| HDH | Hochman, Harry D. | Counsel | 750.00 | 6.60 | $4,950.00 |
| JAM | Morris, John A. | Partner | 875.00 | 16.50 | $14,437.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 1.60 | $360.00 |
| LDJ | Jones, Laura Davis | Partner | 1025.00 | 12.70 | $13,017.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 13.60 | $9,180.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 295.00 | 15.30 | $4,513.50 |
| WLR | Ramseyer, William L. | Counsel | 650.00 | 1.90 | $1,235.00 |
| | | | | 76.00 | $51,431.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Delivery/Courier Service | $58.96 |
| Lexis/Nexis- Legal Research [E | $124.50 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Pacer - Court Research | $0.60 |
| Postage [E108] | $13.70 |
| Reproduction Expense [E101] | $301.20 |
| Reproduction/ Scan Copy | $91.50 |
| Travel Expense [E110] | $11.08 |
| Westlaw - Legal Research [E106 | $439.05 |
| | $1,040.59 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Bankruptcy Litigation [L430]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | LDJ | BL | Prepare for 12/1/15 hearing | 1.00 | 1025.00 | $1,025.00 |
| 12/01/2015 | LDJ | BL | Attend 12/1/15 hearing | 2.00 | 1025.00 | $2,050.00 |
| 12/01/2015 | PEC | BL | Review Amended Agenda Canceling 12/1/15 Hearing and circulate | 0.20 | 295.00 | $59.00 |
| 12/08/2015 | LDJ | BL | Telephone call with Durc Savini regarding discovery issues | 0.30 | 1025.00 | $307.50 |
| 12/15/2015 | KSN | BL | Prepare hearing binder for 12/17/15 hearing. | 0.20 | 225.00 | $45.00 |
| 12/15/2015 | PEC | BL | Review and circulate 12/17/15 Agenda | 0.30 | 295.00 | $88.50 |
| 12/15/2015 | PEC | BL | Review 12/17/15 Hearing Binders | 0.40 | 295.00 | $118.00 |
| 12/16/2015 | LDJ | BL | Correspondence with Van Durrer regarding 12/17/15 hearing | 0.20 | 1025.00 | $205.00 |
| 12/22/2015 | DAH | BL | Research regarding regulated cases for John A. Morris. | 0.60 | 295.00 | $177.00 |
| 12/23/2015 | LDJ | BL | Telephone conference with Van Durrer, John A. Morris regarding Gluck litigation | 0.20 | 1025.00 | $205.00 |
| 12/23/2015 | LDJ | BL | Telephone conference with Mark Minuti, Van Durrer, John A. Morris regarding Gluck opposition to motion to reject, scheduling | 0.30 | 1025.00 | $307.50 |
| 12/23/2015 | LDJ | BL | Telephone call with Bankruptcy Court regarding scheduling | 0.10 | 1025.00 | $102.50 |
| 12/30/2015 | LDJ | BL | Correspondence to VanDurrer, Mark Minuiti re: Gluck litigation scheduling | 0.20 | 1025.00 | $205.00 |
| 12/30/2015 | LDJ | BL | Correspondence to John Morris re: scheduling order | 0.20 | 1025.00 | $205.00 |
| | | | | **6.20** | | **$5,100.00** |

**Case Administration [B110]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 12/01/2015 | PEC | CA | Update critical dates | 0.80 | 295.00 | $236.00 |
| 12/01/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/02/2015 | CAK | CA | Review document and organize to file. | 0.10 | 295.00 | $29.50 |
| 12/02/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/02/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |
| 12/03/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/03/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 12/04/2015 | PEC | CA | Update critical dates | 0.80 | 295.00 | $236.00 |
| 12/04/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/07/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/07/2015 | PEC | CA | Update critical dates | 0.80 | 295.00 | $236.00 |
| 12/07/2015 | CJB | CA | Maintain document control. | 1.30 | 225.00 | $292.50 |
| 12/07/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/08/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 12/08/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 12/08/2015 | PEC | CA | Review docket | 0.30 | 295.00 | $88.50 |
| 12/09/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 12/09/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |
| 12/10/2015 | PEC | CA | Update critical dates | 0.60 | 295.00 | $177.00 |
| 12/10/2015 | CJB | CA | Maintain document control. | 0.70 | 225.00 | $157.50 |
| 12/11/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/11/2015 | PEC | CA | Update critical dates | 0.80 | 295.00 | $236.00 |
| 12/11/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/14/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/14/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 12/14/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/15/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/16/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/16/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/17/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/17/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 12/17/2015 | CJB | CA | Maintain document control. | 0.50 | 225.00 | $112.50 |
| 12/17/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/18/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 12/21/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.50 | 295.00 | $147.50 |
| 12/21/2015 | PEC | CA | Update critical dates | 0.20 | 295.00 | $59.00 |
| 12/21/2015 | CJB | CA | Maintain document control. | 0.80 | 225.00 | $180.00 |
| 12/21/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/22/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/22/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |
| 12/22/2015 | ARP | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/22/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/24/2015 | CAK | CA | Review documents and organize to file. | 0.10 | 295.00 | $29.50 |
| 12/30/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| | | | | **18.60** | | **$5,144.00** |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | LDJ | CO | Telephone conference with FTI, KCC, John A. Morris regarding claim objections | 0.40 | 1025.00 | $410.00 |
| 12/01/2015 | LDJ | CO | Telephone call with John A. Morris regarding claim objections | 0.20 | 1025.00 | $205.00 |
| 12/01/2015 | LDJ | CO | Attention to claim objections issues, precedent | 1.00 | 1025.00 | $1,025.00 |
| 12/01/2015 | MRS | CO | Emails to and from John Morris re: claim objection issues | 0.40 | 675.00 | $270.00 |
| 12/01/2015 | JAM | CO | Telephone conference with L. Jones, FTI, Skadden re claims objections (.4). | 0.40 | 875.00 | $350.00 |
| 12/02/2015 | LDJ | CO | Correspondence with Michael R. Seidl regarding claims objections | 0.20 | 1025.00 | $205.00 |
| 12/02/2015 | LDJ | CO | Telephone conference with FTI, Michael R. Seidl, John A. Morris regarding claims objections | 0.80 | 1025.00 | $820.00 |
| 12/02/2015 | MRS | CO | Collect forms of claims objections; email to John Morris re: same | 0.50 | 675.00 | $337.50 |
| 12/02/2015 | MRS | CO | Email to John Morris and Laura Jones re: satisfied claims | 0.10 | 675.00 | $67.50 |
| 12/02/2015 | MRS | CO | Emails from and to Brian Martin re: claims objection issues | 0.30 | 675.00 | $202.50 |
| 12/02/2015 | MRS | CO | Further emails from and to John Morris re: claim objection issues | 0.20 | 675.00 | $135.00 |
| 12/02/2015 | MRS | CO | Call with FTI re: claims objections | 0.70 | 675.00 | $472.50 |
| 12/02/2015 | JAM | CO | Telephone conference with L. Jones, M. Seidl, FTI, | 0.80 | 875.00 | $700.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Skadden re claims objections (.8). | | | |
| 12/09/2015 | MRS | CO | Review claims for substantive objection in anticipation of conference call re: same | 0.60 | 675.00 | $405.00 |
| 12/09/2015 | MRS | CO | Calls to and from John Morris re: claims | 0.20 | 675.00 | $135.00 |
| 12/09/2015 | MRS | CO | Call with John Morris and FTI team re: claims objections | 0.30 | 675.00 | $202.50 |
| 12/09/2015 | MRS | CO | Calls from and to John Morris re: Reynolds claim | 0.20 | 675.00 | $135.00 |
| 12/09/2015 | JAM | CO | Review proofs of claim (.6); telephone conference with M. Siedel re proofs of claim (.2); telephone conference with FTI, M. Siedel, Quiksilver (.3); telephone conference with M. Siedel re division of labor (.1). | 1.20 | 875.00 | $1,050.00 |
| 12/11/2015 | MRS | CO | Review issues re: equity objections; email to Brian Martin re: same | 0.40 | 675.00 | $270.00 |
| 12/11/2015 | MRS | CO | Emails from and to Brian Martin re: Peschke claim objection | 0.10 | 675.00 | $67.50 |
| 12/15/2015 | MRS | CO | Emails from and to John A. Morris re: claims objection issues | 0.10 | 675.00 | $67.50 |
| 12/18/2015 | JAM | CO | E-mail to FTI, Skadden re Reynolds claim objection. | 0.10 | 875.00 | $87.50 |
| 12/24/2015 | JAM | CO | Review Blehm claim and related documents (1.3). | 1.30 | 875.00 | $1,137.50 |
| 12/28/2015 | LDJ | CO | Correspondence with Michael R. Seidl regarding claim objections | 0.20 | 1025.00 | $205.00 |
| 12/28/2015 | LDJ | CO | Attention to claim objections, revisions | 0.30 | 1025.00 | $307.50 |
| 12/28/2015 | MRS | CO | Review exhibits for omnibus objections; emails from and to Brian Martin re: same | 0.50 | 675.00 | $337.50 |
| 12/28/2015 | MRS | CO | Draft first omnibus objection to claims | 2.80 | 675.00 | $1,890.00 |
| 12/28/2015 | MRS | CO | Draft second omnibus objection to claims | 1.90 | 675.00 | $1,282.50 |
| 12/28/2015 | MRS | CO | Email to John Morris re: claims objections | 0.10 | 675.00 | $67.50 |
| 12/28/2015 | MRS | CO | Emails from and to Armen Emrikian re: claims objection issues | 0.30 | 675.00 | $202.50 |
| 12/28/2015 | MRS | CO | Emails to and from Laura Jones re: claims objection issues | 0.10 | 675.00 | $67.50 |
| 12/29/2015 | MRS | CO | Call from John Morris re: claims objections | 0.20 | 675.00 | $135.00 |
| 12/29/2015 | MRS | CO | Review revised exhibits for omnibus objections | 0.30 | 675.00 | $202.50 |
| 12/29/2015 | MRS | CO | Emails from and to Armen Emrikian re: declarant for claims objections | 0.10 | 675.00 | $67.50 |
| 12/29/2015 | MRS | CO | Call from Armen Emrikian and Brian Martin re: claims objections | 0.20 | 675.00 | $135.00 |
| 12/29/2015 | MRS | CO | Review and revise first omnibus objection to claims | 0.40 | 675.00 | $270.00 |
| 12/29/2015 | MRS | CO | Review and revise second omnibus objection to | 0.40 | 675.00 | $270.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | claims | | | |
| 12/30/2015 | DMB | CO | Review omnibus claim objection (.3) and call to L. Jones re same (.2). | 0.50 | 875.00 | $437.50 |
| 12/30/2015 | LDJ | CO | Review omnibus claims objections | 0.60 | 1025.00 | $615.00 |
| 12/30/2015 | MRS | CO | Review revised objection exhibits; emails from and to Brian Martin re: same | 0.30 | 675.00 | $202.50 |
| 12/30/2015 | MRS | CO | Emails from and to Armen Emrikian re: declarations for objections | 0.10 | 675.00 | $67.50 |
| 12/30/2015 | MRS | CO | Emails to and from Leti Sanchez re: objection service issues | 0.20 | 675.00 | $135.00 |
| 12/30/2015 | MRS | CO | Revise and finalize first omnibus objection; coordinate filing and service of same | 0.80 | 675.00 | $540.00 |
| 12/30/2015 | MRS | CO | Revise and finalize second omnibus objection; coordinate filing and service of same | 0.80 | 675.00 | $540.00 |
| 12/30/2015 | JAM | CO | Review/ revise Second Omnibus Claims Objection and supporting documentation (1.1); review/ revise First Omnibus Claims Objection and supporting documentation (0.9); emails with M. Seidl regarding Omnibus Objections (0.2) | 2.20 | 875.00 | $1,925.00 |
| 12/31/2015 | DMB | CO | Follow up call with L. Jones re claims objections. | 0.20 | 875.00 | $175.00 |
| | | | | **24.00** | | **$18,835.00** |

## Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/16/2015 | PEC | CP | Draft Certificate of No Objection Regarding PSZ&J LLP's September 2015 Monthly Fee Application (.2); Prepare for filing (.2) | 0.40 | 295.00 | $118.00 |
| 12/18/2015 | WLR | CP | Draft Oct. 2015 fee application | 1.00 | 650.00 | $650.00 |
| 12/18/2015 | WLR | CP | Review and revise October 2015 fee application | 0.90 | 650.00 | $585.00 |
| 12/21/2015 | CAK | CP | Review and update October fee application | 0.40 | 295.00 | $118.00 |
| 12/21/2015 | CAK | CP | Coordinate posting, filing and service of October fee application | 0.20 | 295.00 | $59.00 |
| 12/21/2015 | LDJ | CP | Review and finalize interim fee application (October 2015) | 0.30 | 1025.00 | $307.50 |
| 12/21/2015 | PEC | CP | Draft Notice of Filing PSZ&J LLP's October 2015 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 295.00 | $147.50 |
| | | | | **3.70** | | **$1,985.00** |

## Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/10/2015 | LDJ | EC | Review Gluck objection to rejection motion | 0.30 | 1025.00 | $307.50 |
| 12/21/2015 | LDJ | EC | Review Gluck matter status, develop strategy going | 2.30 | 1025.00 | $2,357.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | forward | | | |
| 12/22/2015 | LDJ | EC | Continued attention to Gluck objection to rejection motion | 1.00 | 1025.00 | $1,025.00 |
| 12/22/2015 | JAM | EC | Review proposed scheduling order (.2); review motion to reject Gluck license agreement (.5); review objection to motion to reject Gluck license agreement (.7); review caselaw in section 365 (3.0); review transcript from rejection hearing (.3); review draft reply on motion to reject Gluck license (.3). | 5.00 | 875.00 | $4,375.00 |
| 12/23/2015 | JAM | EC | Telephone conference with L. Jones, V. Durrer re Gluck objection (.2); telephone conference with L. Jones, V. Durrer, A. Li, M. Miuti re Gluck objection (.1); telephone conference with L. Jones re Gluck objection (.1); review draft Reply to Gluck objection (.2). | 0.60 | 875.00 | $525.00 |
| 12/29/2015 | DMB | EC | Call with L. Jones re Gluck (.3); initial review with materials re same (.6). | 0.90 | 875.00 | $787.50 |
| 12/29/2015 | LDJ | EC | Correspond with John Morris re: reply to Gluck objection | 0.20 | 1025.00 | $205.00 |
| 12/29/2015 | LDJ | EC | Review draft reply to Gluck objection | 0.40 | 1025.00 | $410.00 |
| 12/29/2015 | JAM | EC | Review/revise Reply to E. Gluck opposition to motion to reject license agreement (4.7); e-mails with L. Jones re Reply to E. Gluck (.1); telephone conference with M. Seidl re omnibus objections (.1). | 4.90 | 875.00 | $4,287.50 |
| 12/30/2015 | DMB | EC | Review/analysis re rejection motions 365(n) based objection and draft reply (1.1); call with L. Jones re same (.2). | 1.30 | 875.00 | $1,137.50 |
| 12/30/2015 | HDH | EC | Review and analyze Gluck rejection motion, contract, objection and draft of reply | 2.00 | 750.00 | $1,500.00 |
| 12/30/2015 | HDH | EC | Correspond with Laura Davis Jones and John A. Morris re Gluck reply | 0.30 | 750.00 | $225.00 |
| 12/31/2015 | HDH | EC | Research trademark termination issues | 2.80 | 750.00 | $2,100.00 |
| 12/31/2015 | HDH | EC | Revise reply brief re Gluck rejection | 1.50 | 750.00 | $1,125.00 |
| | | | | **23.50** | | **$20,367.50** |

**TOTAL SERVICES FOR THIS MATTER:** **$51,431.50**

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/07/2015 | TE | Travel Expense [E110] JAM Travel expense for toll fee (NY-PC) | 11.08 |
| 12/01/2015 | DC | 72779.00002 Digital Legal Charges for 12-01-15 | 6.50 |
| 12/01/2015 | DC | 72779.00002 Digital Legal Charges for 12-01-15 | 6.50 |
| 12/01/2015 | RE | ( 178 @0.10 PER PG) | 17.80 |
| 12/01/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/02/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/02/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/03/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/03/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 12/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/04/2015 | RE | ( 159 @0.10 PER PG) | 15.90 |
| 12/04/2015 | RE | ( 280 @0.10 PER PG) | 28.00 |
| 12/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/04/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/04/2015 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 12/04/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/04/2015 | RE2 | SCAN/COPY ( 81 @0.10 PER PG) | 8.10 |
| 12/04/2015 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |

| | | | |
|---|---|---|---|
| 12/07/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 12/07/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/07/2015 | RE | ( 82 @0.10 PER PG) | 8.20 |
| 12/07/2015 | RE2 | SCAN/COPY ( 82 @0.10 PER PG) | 8.20 |
| 12/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/08/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/08/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/08/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/08/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/09/2015 | RE | ( 111 @0.10 PER PG) | 11.10 |
| 12/10/2015 | RE | ( 345 @0.10 PER PG) | 34.50 |
| 12/10/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/10/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/10/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/10/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/11/2015 | RE | ( 164 @0.10 PER PG) | 16.40 |
| 12/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/11/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 12/14/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 12/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/15/2015 | RE | ( 41 @0.10 PER PG) | 4.10 |
| 12/15/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

| | | | |
|---|---|---|---|
| 12/15/2015 | RE | ( 41 @0.10 PER PG) | 4.10 |
| 12/15/2015 | RE | ( 75 @0.10 PER PG) | 7.50 |
| 12/16/2015 | RE | ( 102 @0.10 PER PG) | 10.20 |
| 12/16/2015 | RE2 | SCAN/COPY ( 82 @0.10 PER PG) | 8.20 |
| 12/16/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2015 | RE2 | SCAN/COPY ( 112 @0.10 PER PG) | 11.20 |
| 12/17/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/17/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 12/17/2015 | RE | ( 22 @0.10 PER PG) | 2.20 |
| 12/17/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/17/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/18/2015 | RE | Reproduction Expense. [E101] 17 Pages, WLR | 1.70 |
| 12/18/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/18/2015 | RE | ( 82 @0.10 PER PG) | 8.20 |
| 12/18/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/21/2015 | PO | 72779.00002 :Postage Charges for 12-21-15 | 13.70 |
| 12/21/2015 | RE | ( 230 @0.10 PER PG) | 23.00 |
| 12/21/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/21/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/21/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 12/21/2015 | RE | ( 100 @0.10 PER PG) | 10.00 |

| | | | |
|---|---|---|---|
| 12/21/2015 | RE | ( 384 @0.10 PER PG) | 38.40 |
| 12/21/2015 | RE | ( 38 @0.10 PER PG) | 3.80 |
| 12/21/2015 | RE | ( 90 @0.10 PER PG) | 9.00 |
| 12/21/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 12/21/2015 | RE | ( 115 @0.10 PER PG) | 11.50 |
| 12/21/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 12/21/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/21/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/21/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/22/2015 | DC | 72779.00002 Digital Legal Charges for 12-22-15 | 37.50 |
| 12/22/2015 | DC | 72779.00002 Digital Legal Charges for 12-22-15 | 8.46 |
| 12/22/2015 | LN | 72779.00002 Lexis Charges for 12-22-15 | 124.50 |
| 12/22/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 12/22/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/22/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/22/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/22/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/23/2015 | RE | ( 142 @0.10 PER PG) | 14.20 |
| 12/28/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/28/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 12/29/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |

| | | | |
|---|---|---|---|
| 12/29/2015 | RE2 | SCAN/COPY ( 106 @0.10 PER PG) | 10.60 |
| 12/30/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 12/30/2015 | RE | ( 65 @0.10 PER PG) | 6.50 |
| 12/30/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 12/30/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/31/2015 | PAC | Pacer - Court Research | 0.60 |
| 12/31/2015 | WL | Westlaw - Legal Research [E106] | 439.05 |

**Total Expenses for this Matter** **$1,040.59**