IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
:
In re:                               :  Chapter 11
:
QUIKSILVER, INC., *et al.*,          :  Case No. 15-11880 (BLS)
:
           Debtors.[1]               :  (Jointly Administered)
:
------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On November 12, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates** [Docket No. 131]

Furthermore, on or before November 12, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class mail on the service list attached hereto as **Exhibit B** and to the registered holders of Common Stock on the service list attached hereto as **Exhibit C**:

- **Notice of Deadline for Filing Proofs of Claim** [Docket No. 345]

- **[Customized] B10 Proof of Claim Form**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Furthermore, on November 12, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit D**:

- **Final Order Pursuant to Bankruptcy Code Sections 105, 363, 365, and 554 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Assume the Agreements; (II) Authorizing and Approving the Conduct of Store Closing or Similar Themed Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances; and (III) Authorizing Customary Bonuses to Employees of Closing Business Locations** [Docket No. 253]

Dated: November 13, 2015

_____
Stephanie Delgado

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of November, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**

| CreditorName | CreditorNoticeName | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| John Collins Cust WC Under The CA Unif | Tran Min Act | 128 White Flower | | Irvine | CA | 92603-0015 |
| Joseph F Leomo | | PMB #235 | 4872 Topanga Canyon Blvd | Woodland Hls | CA | 91364-4229 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# Exhibit B

Exhibit B
Creditor Matrix

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Adam Comollo | | Address Redacted | | | |
| Alexander Miles | | Address Redacted | | | |
| Alexis Clemente-Vogele | | Address Redacted | | | |
| Alyssa LeMar | | Address Redacted | | | |
| Andrew Paynter | | Address Redacted | | | |
| Aurora Novus, LLC | DBA Novus Select | 30 Danforth Ste 305 | Portland | ME | 04101-4574 |
| Brandon Wood | | Address Redacted | | | |
| Brendan Smith | | Address Redacted | | | |
| C4Waterman, Inc | | 515 Ward Ave Ste B | Honolulu | HI | 96814-4168 |
| Cameron Gill | | 11168 Canterburry Dr | Sterling Hts | MI | 48312-2802 |
| Centerplate | | 4900 Marie P Debartolo Way | Santa Clara | CA | 95054-1100 |
| Christine Brown | | Address Redacted | | | |
| CPG Partners LP | c/o Simon Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| CPG Partners LP (Simon/Premium) | c/o Simon Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| David Dornan | | Address Redacted | | | |
| Douglas Vensel | | Address Redacted | | | |
| Drake, Nicholas | | Address Redacted | | | |
| Electric Life LLC | | Address Redacted | | | |
| Elizabeth Aiello | | Address Redacted | | | |
| Fresh | | 875 E 900 S | Salt Lake Cty | UT | 84105-1301 |
| Grace Lee | | Address Redacted | | | |
| Hayli Staffiero | | Address Redacted | | | |
| Hightail, Inc | | 1919 S Bascom Ave # 650 | Campbell | CA | 95008-2220 |
| Jason Stanwood | | Address Redacted | | | |
| Jenna Plummer | | Address Redacted | | | |
| Jose Zambrano-Galvan | | Address Redacted | | | |
| Justin Hennings | | Address Redacted | | | |
| Justin Sutherland | | Address Redacted | | | |
| Karma | | 1591 Selby Ave | Saint Paul | MN | 55104-6240 |
| Kayla Scopazzo | | Address Redacted | | | |
| Kayla Smith | | Address Redacted | | | |
| Kealan Shilling | | Address Redacted | | | |
| Keith Collier | | Address Redacted | | | |
| KimaPaul Rivera | | Address Redacted | | | |
| Kind Bike & Skis | | 295 Main St Unit C105 | Edwards | CO | 81632-7939 |
| Kirana Howard | | Address Redacted | | | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 2

Exhibit B
Creditor Matrix

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Kristen Linero | | Address Redacted | | | |
| Lacey Marks | | Address Redacted | | | |
| Lilian De Godoy | | Address Redacted | | | |
| Laura Facey-Moore | | Address Redacted | | | |
| Madison Linehan | | Address Redacted | | | |
| Maydee Rodriguez | | Address Redacted | | | |
| Michaela Cuellar | | Address Redacted | | | |
| Midland Clothing | | 740 Valley Rd | Baslt | CO | 81621-8388 |
| Motive Skate Shop & Apparel | | 2025 N Cedar St | Fremont | NE | 68025-2842 |
| Newt & Harolds | | 5408 E Branchwood Ct | Boise | ID | 83716-8630 |
| Peter Chambers | | Address Redacted | | | |
| Philippe Rosenthal | | Address Redacted | | | |
| Polka Dots and Pearls | | 2105 Buster Ln | Southside | AL | 35907-7249 |
| Rachel Wright | | Address Redacted | | | |
| R-Five Inc | DBA King America Textile Group | 122 W 22nd St Ste 1 | Oak Brook | IL | 60523-1562 |
| Richard Marulli | | Address Redacted | | | |
| Rodrigo Souza | | Address Redacted | | | |
| Rossland Ten Corp. | c/o The Remm Group | 15991 Red Hill Ave Ste 200 | Tustin | CA | 92780-7320 |
| Sara Monroe | | Address Redacted | | | |
| Sofia Delikari-Yenidounia | | Address Redacted | | | |
| Stephanie Stone | | Address Redacted | | | |
| Taylor Tucker | | Address Redacted | | | |
| The Great American Ski Renting Co | The Great American Ski Renting Co | PO Box 24 | N Woodstock | NH | 03262-0024 |
| Tiffiany Portacio | | Address Redacted | | | |
| Tranissa Crème | | Address Redacted | | | |
| Trent D. Ludwig | | 2339 NW Labiche Ln Unit 5 | Bend | OR | 97703-6776 |
| Turning Point | | 3662 Sussex Dr NE | Milledgeville | GA | 31061-9339 |
| Vail Skate Supply | | PO Box 2365 | Edwards | CO | 81632-2365 |
| William Torres | | Address Redacted | | | |
| Yuhei Kawaguchi | | Address Redacted | | | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 2

# Exhibit C

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Chris Rung | | 54 Florence Dr | Richboro | PA | 18954-1445 |
| Jill Mason Cust JM Under The NY Unif Tran Min Act | | 9320 County Route 5 | Chaumont | NY | 13622-3109 |
| Krisztina Rocco Cust LR UTMA/FL | | 21346 Saint Andrews Blvd #203 | Boca Raton | FL | 33433-2432 |
| Linda A Tucker Cust BT Under the MD Unif | Tran Min Act | 13200 Crossover Rd NE | Flintstone | MD | 21530-3164 |
| Matthew J Whitcomb Jr | | 419 Cantor | Irvine | CA | 92620-3840 |
| Robert Hardman Cust MH UTMA/FL | | 205 Deer Haven Dr | Ponte vedra | FL | 32082-2108 |
| Robert Manzo | | 17302 Almelo Ln | Huntingtn Bch | CA | 92649-4621 |
| Tim Moore Cust BM UTMA/NC | | 7930 Camellia Ln Apt 204 | Charlotte | NC | 28277-3041 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# Exhibit D

**Exhibit D**
**Landlords and Licensors First Class Service List**

| CreditorName | CreditorNotice Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| CPG Partners LP | c/o Simon Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |
| Silver Sands GL I LLC | c/o Simon Property Group - Premium Outlets | 60 Columbia Rd Ste 300 | Morristown | NJ | 07960-4534 |