UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
QUICKSILVER, INC., DEBTORS
CASE NO. 15-11880 (BLS)
Name of Claimant: Stephen Puglisi

"First Omnibus Objection, pursuant to sections 105 and 502 of the bankruptcy code, Bankruptcy rule 3007, and local rule 3007-1, to (I) duplicate claims, (II) amended and superseded claims and (III) stock claims(non-substantive)"

**This is my response to the Objection of Claim #36 General Unsecured Claim in Amount of $39,123.53**

This claim should not be disallowed as the DEBTORS' FIRST OMNIBUS OBJECTION fails the REQUIREMENTS FOR OMNIBUS OBJECTION according to Federal Rules of Bankruptcy Procedure.  Under Rule 3007 Objections to Claims, according to section (e) REQUIREMENTS FOR OMNIBUS OBJECTION, An omnibus objection shall contain objections to no more than 100 claims.  Exhibit 3 of the Debtors NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION contains more than 100 claims.  In addition the validly filed proof of claim was filed pursuant to section 502 of the Bankruptcy code.  The Objection does not present sufficient evidence to overcome the presumption of validity of a validly filed proof of claim.

Mr. Stephen Puglisi possesses ultimate authority to reconcile, settle or other resolve the claim.  He can be contacted at (860)-543-1024 or a mailing address of 15 Silo Drive, Wethersfield, Connecticut or email of spuglisi@hotmail.com.

I very much appreciate your time spent on this.

Thank you,

Stephen Puglisi