IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
In re:                                         :    Chapter 11
                                               :
QUIKSILVER, INC., et al.,[1]                   :    Case No. 15-11880 (BLS)
                                               :
               Debtors.                        :    Jointly Administered
                                               :
                                               :    **Related Docket No.: 370**
---------------------------------------------- x

**SECOND SUPPLEMENTAL DECLARATION OF DAVID B. STRATTON IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL.*, *NUNC PRO TUNC* TO SEPTEMBER 28, 2015**

STATE OF DELAWARE         )
                          )    ss:
COUNTY OF NEW CASTLE      )

I, David B. Stratton, being duly sworn, state as follows:

1. I am a partner of the law firm of Pepper Hamilton LLP ("Pepper Hamilton") which maintains offices at, among other locations, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801.

2. This second supplemental declaration (this "Second Supplemental Declaration") is being submitted in support of the *Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Co-Counsel to the Official Committee of Unsecured Creditors* (the "Committee") *of Quiksilver, Inc., et al., Nunc Pro Tunc*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

#37351190 v2

*to September 28, 2015* (the "Application") [Docket No. 370], filed by the Committee on October 27, 2015. Concurrently with the Application and in support thereof, Pepper Hamilton filed the *Declaration of David B. Stratton in Support of the Application* (the "Original Declaration").

3. On November 13, 2015, the Court entered the *Order Authorizing the Application* (Docket No. 442) (the "Retention Order").

4. This Second Supplemental Declaration is intended to supplement but not replace the Original Declaration and the supplemental declaration (the "Supplemental Declaration") [Docket No. 435], which was filed on November 12, 2015.

5. I make this Second Supplemental Declaration pursuant to sections 327, 328 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1. All capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

6. Unless otherwise stated, I have personal knowledge of the facts set forth hereinafter. To the extent that any information disclosed herein requires amendment or modification upon Pepper Hamilton's completion of further analysis or as additional party-in-interest information becomes available to me, I will submit a supplemental verified statement to this Court.

## PEPPER HAMILTON DISINTERESTEDNESS

7. In accordance with Federal Rule of Bankruptcy Procedure 2014(a), Pepper Hamilton hereby discloses, in supplement to its previous disclosures, its connections with the Debtors, their creditors, all other parties-in-interest, and their respective attorneys as follows:

| Name | Relationship to Debtors | Relationship to Pepper |
|---|---|---|
| eBay Enterprise, Inc. | Other Potential Parties In Interest | Current client of the Firm in an unrelated matter. |
| Oracle America, Inc. | Other Potential Parties In Interest | Believed to be an affiliate of a former client of the Firm (Oracle) in unrelated matters. |

## PEPPER HAMILTON'S FEES AND EXPENSES

8. As disclosed in the Original Declaration, Pepper Hamilton's billing rates are subject to annual and customary firm-wide adjustments (typically January 1 of each year) in the ordinary course of Pepper Hamilton's business. *See* Original Declaration, paragraph 16. In keeping with Pepper Hamilton's established billing practices and procedures, Pepper Hamilton's standard billing rates were adjusted firm-wide on January 1, 2016. Specifically, effective January 1, 2016, Pepper Hamilton's standard hourly rates for legal services rendered ranges as follows:

 a. the hourly rates for partners ranges from $475 per hour to $1,040 per hour, based upon a variety of factors, including seniority, distinction and expertise in one's field;

 b. the hourly rates for of counsel ranges from $415 per hour to $830 per hour;

    c.  the hourly rates for associates ranges from $250 per hour to $595 per hour, based upon a variety of factors, including year of graduation from law school; and

    d.  the hourly rates for paraprofessionals ranges from $40 per hour to $330 per hour.

  9.  Listed below are Pepper Hamilton's professionals and paraprofessionals (along with their position with the firm and their current hourly rates) that are expected to have primary responsibility for providing services to the Committee in these cases:

| Name | Title | Hourly Rate |
|---|---|---|
| David B. Stratton | Partner | $815 |
| David M. Fournier | Partner | $745 |
| Angelo A. Stio III | Partner | $595 |
| Christopher P. Soper | Associate | $475 |
| John H. Schanne II | Associate | $455 |
| Christopher Lano | Paralegal | $250 |
| Rebecca S. Hudson | Paralegal | $230 |

  10.  Pepper Hamilton submits that its new hourly rates, as set forth above, are in accordance with section 330(a)(3)(F) of the Bankruptcy Code and (i) reflect economic and other conditions, (ii) are consistent with rates charged elsewhere, and (iii) are reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

  11.  The hourly rates set forth above are Pepper Hamilton's standard hourly rates for work of this nature. These rates are set at a level designed to compensate Pepper Hamilton fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. Pepper Hamilton operates in a complicated national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of

#37351190 v2

-5-

specialization, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. Pepper Hamilton's hourly rates vary with the experience and seniority of the individuals assigned. Pepper Hamilton hourly rates, however, are consistent with the rates that Pepper Hamilton charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case. Pepper Hamilton did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

12. I will amend this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_/s/ David Stratton_
David B. Stratton, Esq.

Sworn to and subscribed before

me this 19th day of January, 2016.

_/s/ Peggianne Hardin_
Notary Public

    PEGGIANNE HARDIN
    NOTARY PUBLIC
   STATE OF DELAWARE
My commission expires Sept. 10, 2016

#37351190 v2