**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

QUIKSILVER, INC., *et al.*,

                          Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

  :  Chapter 11
  :
  :
  :  Case No. 15-11880 (BLS)
  :
  :  Jointly Administered
  :
  :
  :  **Related Docket No. 240**

**TWELFTH NOTICE OF FILING OF**
**ORDINARY COURSE PROFESSIONAL DECLARATIONS**

PLEASE TAKE NOTICE that in accordance with the procedures set forth in the

Order Pursuant To Bankruptcy Code Sections 105(a), 327, 330 And 331 Authorizing Debtors To

Employ And Pay Professionals Utilized In The Ordinary Course Of Business [Docket No. 240]

(the "Ordinary Course Professionals Order"), the debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors") hereby file the Twelfth Notice of Filing of Ordinary

Course Professional Declarations with respect to the professionals listed on Exhibit A hereto (the

"Ordinary Course Professionals").  In support of the retention of the Ordinary Course

Professionals, the Debtors have attached declarations executed by the Ordinary Course

Professionals, attached hereto as Exhibits B through C.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the retention of

the Ordinary Course Professional must be made in writing, filed with the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Street, Wilmington, Delaware 19801, and served so as to be <u>received</u> by **February 3, 2016 at**

**4:00 p.m. (Eastern)** (the "<u>Objection Deadline</u>") by the applicable Ordinary Course Professional

and the following parties:

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn:  Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), <u>and</u> 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), <u>and</u> Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), <u>and</u> Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), <u>and</u> Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), <u>and</u> U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), <u>and</u> Pepper Hamilton LLP,  Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, and if such objection cannot be resolved within fourteen (14) days of service, the matter shall be scheduled for a hearing before the Bankruptcy Court at the next regularly scheduled hearing date or a date otherwise agreeable to the Ordinary Course Professional, the Debtors and the objecting party.

PLEASE TAKE FURTHER NOTICE that if no objection is received on or before the Objection Deadline, or if all objections are withdrawn, the Debtors are authorized to retain the Ordinary Course Professional as a final matter without further order of the Bankruptcy Court, *nunc pro tunc* to the Petition Date or, if later, the date of engagement.

Dated:    Wilmington, Delaware
          January 20, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## <u>EXHIBIT A</u>

**List of Ordinary Course Professional Declarations**

Federis & Associates Law Offices
Triay Stagnetto Neish

# **EXHIBIT B**

**Ordinary Course Professional Declaration for
Federis & Associates Law Offices**

**EXHIBIT 2**

OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

**OCP DECLARATION**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, MILA FEDERIS , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE
FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND
BELIEF:

1.    Name and address of firm:

FEDERIS & ASSOCIATES LAW OFFICES

SUITES 2004 & 2005, 88 CORPORATE CENTER

141 VALERO COR SEDENO STS SALCEDO VILLAGE

MAKATI CITY 1227  PHILIPPINES

2.    Date of retention:

3.    Type of services provided (accounting, legal, etc.):

LEGAL SERVICES

4.    Brief description of services to be provided:

APPLICATION FOR TRADEMARK REGISTRATION, TRADEMARK PROSECUTION,

MAINTENANCE OF TRADEMARKS, OPPOSITION AND CANCELLATION OF TM,

TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION COMPLAINTS,

COPYRIGHT,DESIGN, CEASE & DESIST LETTER, RECORDAL OF MARKS WITH
BUREAU OF CUSTOMS.

5.    Arrangements for compensation (hourly, contingent, etc.):

HOURLY

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on prepetition retention (if firm was
      employed prepetition):

N/A

7.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim:  $      −0−

Date claim arose:  _____

Source of claim:  _____

8.    Prepetition claims against any of the Debtors held individually by any member, associate,
      or professional employee of the firm:

Name:  _____

Status:  _____

Amount of Claim:  $_____

Date claim arose:  _____

Source of claim:  _____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:   N/A  _____

No. of shares:  _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: JANUARY 15, 2016

Name: MILA FEDERIS
Title: Managing Partner
Company: Federis & Associates Law Offices
Address: Stes 2004 & 2005, 88 Corporate Ct
141 Valero St, Salcedo Vill Makati City
Telephone: (632) 889 6197     Philippines
Facsimile: (632) 889 6132

**<u>EXHIBIT C</u>**

**Ordinary Course Professional Declaration for
Triay Stagnetto Neish**

## EXHIBIT 2

### OCP Declaration

**In re Quiksilver, Inc., et al.**
**Chapter 11 Case No. 15-11880 (BLS)**

### OCP DECLARATION

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY QUIKSILVER, INC., ET AL.
(the "Debtors")

DO NOT FILE THIS DECLARATION WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 S. Grand Ave., Suite 3400
> Los Angeles, CA 90071
> Attn: Annie Li, Esq.
> Email: annie.li@skadden.com

If more space is needed, please complete on a separate page and attach.

I, KELLY POWER, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

    TRIAY STAGNETTO NEISH
    BURNS HOUSE
    19 TOWN RANGE
    GIBRALTAR

2.  Date of retention:   26th August, 2015

3.  Type of services provided (accounting, legal, etc.):

    LEGAL SERVICES

4.  Brief description of services to be provided:

    *Assistance with the renewal of a trademark*

5.  Arrangements for compensation (hourly, contingent, etc.):

    *fees are based on time spent - hourly rate.*

6.  Average hourly rate (if applicable):  *$170*
    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

7.  Prepetition claims against any of the Debtors held by the firm:

    Amount of claim:  $_____

    Date claim arose:  _____

    Source of claim:  _____

8.  Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name:  _____

    Status:  _____

    Amount of Claim:  $_____

    Date claim arose:  _____

    Source of claim:  _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares:  _____

    No. of shares:  _____

2

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 15 / 1 / 16

Name: KELLY POWER
Title: BARRISTER
Company: TRIAY STAGNETTO NEISH
Address: BURNS HOUSE 19 TOWN
RANGE GIBRALTAR
Telephone: 00350 200 79423
Facsimile: _____