IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| QUICKSILVER, INC., | § | Case No. 15-11880-BLS |
| ET AL., | § | |
| | § | |
| *Debtors*. | § | Jointly Administered |
| _____ | § | |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT AND HARRIS COUNTY TO DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION
(Relates to Docket #675)

**YOU ARE HEREBY NOTIFIED** that the Limited Objection of Cypress-Fairbanks Independent School District and Harris County to *Debtor's Second Amended Joint Chapter 11 Plan of Reorganization of Quicksilver, Inc. and its Affiliated Debtors and Debtors in Possession* is hereby **WITHDRAWN**, without prejudice.

Date: January 20, 2016

                                                                           Respectfully submitted,

                                                                           **LINEBARGER GOGGAN**
                                                                           **BLAIR & SAMPSON, LLP**

                                                                           /s/  John P. Dillman
                                                                           **JOHN P. DILLMAN**
                                                                           Texas State Bar No. 05874400
                                                                           **TARA L. GRUNDEMEIER**
                                                                           Texas State Bar No. 24036691
                                                                           Post Office Box 3064
                                                                           Houston, Texas 77253-3064
                                                                           (713) 844-3478 *Telephone*
                                                                           (713) 844-3503 *Facsimile*

                                                                           *Counsel for Cypress-Fairbanks Independent School District and Harris County*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the following entities by either electronic court filing or by United States Mail, first class, postage prepaid on January 20, 2016:

<u>Debtor</u>
**Quiksilver, Inc.**
5600 Argosy Circle
Huntington Beach, CA 92649

<u>Counsel for Debtor</u>
**Dain A. De Souza**
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, P.O. Box 636
Wilmington, DE 19801

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

<u>Office of the United State Trustee</u>
**Mark S. Kenney**
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801 002

Counsel for the Official Joint
<u>Committee of Unsecured Creditors</u>
**David M. Fournier**
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

**Justin R. Alberto**
Bayard, P.A.
222 Delaware Avenue
Suite 900, P.O. Box 25130
Wilmington, DE 198995201

                          */s/ Tara L. Grundemeier*
                          Tara L. Grundemeier