IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | Chapter 11 |
| In re: : | |
| : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, : | |
| : | Jointly Administered |
| Debtors.[1] : | |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x | **Related Docket Nos. 26, 252, 606, 621** |

**NOTICE OF AMENDMENT TO REJECTION NOTICE SOLELY WITH RESPECT
TO REJECTION DATE OF CERTAIN LEASE OF DEL AMO
FASHION CENTER OPERATING COMPANY, L.L.C.**

**PLEASE TAKE NOTICE THAT** on December 31, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the Notice Of Rejection Of Executory Contract And/Or Unexpired Lease [Docket No. 606] (as amended, the "Rejection Notice"). By the Rejection Notice, among other things, the Debtors provided notice of the Debtors' intent to reject certain Contracts and/or Leases as set forth on Exhibit 1 thereto, effective as of the date set forth for each such Contract or Lease on Exhibit 1 thereto (the "Rejection Date").[2]

**PLEASE TAKE FURTHER NOTICE THAT** on January 7, 2016, the Debtors filed the Notice Of Amendment To Rejection Notice Of Certain Leases Of Federal Realty Investment Trust [Docket No. 621] (the "First Amendment") with respect to the Rejection Notice.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Notice.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors and Del Amo Fashion Center Operating Company, L.L.C. ("Del Amo") have conferred about the Rejection Date for the lease of Del Amo set forth on Exhibit 1 to the Rejection Notice and as listed in the attached Exhibit A hereto (the "Del Amo Lease"), and the Debtors and Del Amo have agreed to amend the Rejection Date for the Del Amo Lease from December 31, 2015 to January 5, 2016.

**PLEASE TAKE FURTHER NOTICE THAT** the Exhibit 1 to the Rejection Notice is hereby further amended (this "Second Amendment") **solely** with respect to the Rejection Date of the Del Amo Lease to **January 5, 2016**. Except as specifically set forth in the First Amendment and this Second Amendment, the Rejection Notice is otherwise unaltered and remains in full force and effect.

Dated:   Wilmington, Delaware
         January 20, 2016

                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                    */s/   Van C. Durrer, II*
                                    Van C. Durrer, II (I.D. No. 3827)
                                    Annie Z. Li
                                    300 South Grand Avenue, Suite 3400
                                    Los Angeles, California 90071
                                    Telephone: (213) 687-5000
                                    Fax: (213) 687-5600

                                    - and -

                                    Mark S. Chehi, Esq. (I.D. No. 2855)
                                    One Rodney Square
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    Telephone: (302) 651-3000
                                    Fax: (302) 651-3001

                                    - and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**

780280-WILSR01A - MSW

# Quiksilver, Inc.
*Lease Rejection*

| Landlord or Counterparty | Debtor Counterparty | Street Address of Lease | Address of Landlord or Counterparty | Date Premises Vacated or Will Be Vacated | Effective Date of Rejection |
|---|---|---|---|---|---|
| Del Amo Fashion Center Operating Company, L.L.C. | QS Retail, Inc. | Del Amo Fashion Center<br>3525 West Carson Street<br>Room 234<br>Torrance, CA 90503 | c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | 1/5/2016 | 1/5/2016 |