## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  :
                                                                 :  Chapter 11
In re:                                                           :
                                                                 :  Case No. 15-11880 (BLS)
QUIKSILVER, INC., et. al.,                                       :  Jointly Administered
                                                                 :
   Debtors[1].                                                   :  Objection Deadline:  February 3, 2016, at 4:00 p.m.
                                                                 :  Hearing Date: February 10, 2016, at 11:30 a.m.
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  :

**NOTICE OF MOTION OF GENERAL ELECTRIC CAPITAL CORPORATION FOR THE ENTRY OF AN ORDER, PURSUANT TO (I) 11 U.S.C. § 365(d)(5) COMPELLING THE DEBTOR TO IMMEDIATELY PAY IN FULL POSTPETITION AMOUNTS DUE UNDER PERSONAL PROPERTY LEASE AND (II) 11 U.S.C. § 503(b)(1) FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE**

PLEASE TAKE NOTICE that on January 20, 2016, General Electric Capital Corporation ("GECC"), by and through its undersigned counsel, filed its Motion for the Entry of an Order, Pursuant to (I) 11 U.S.C. § 365(d)(5) Compelling the Debtor to Immediately Pay in Full Postpetition Amounts Due Under Personal Property Lease and (II) 11 U.S.C. § 503(b)(1) for the Allowance and Payment of an Administrative Expense (the "Motion").

You are required to file a response to the Motion on or before **February 3, 2016, at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by the below-listed counsel for GEC.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649

**A HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 10, 2016, AT 11:30 A.M. (Eastern)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 20, 2016
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Emily K. Devan
Kurt F. Gwynne (No. 3951)
Emily K. Devan (No. 6104)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
       edevan@reedsmith.com

-and-

Brian I. Swett, Esquire
Paul J. Catanese, Esquire
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
Facsimile: (312) 920-3697
E-mail: bswett@mcguirewoods.com
        pcatanese@mcguirewoods.com

Counsel for General Electric Capital Corporation