# **<u>Exhibit B</u>**

(Proposed Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x :
| | : Chapter 11
In re: | :
| : Case No. 15-11880 (BLS)
QUICKSILVER, INC., et. al., | : Jointly Administered
| :
Debtors[1]. | : Re: Docket No. ___
| :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x :

**ORDER COMPELLING DEBTOR QUIKSILVER, INC. TO IMMEDIATELY PAY IN FULL POST-PETITION AMOUNTS DUE UNDER PERSONAL PROPERTY LEASE PURSUANT TO 11 U.S.C. § 365(D)(5) AND ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(B)(1)**

Upon the motion (the "Motion")[2] of General Electric Capital Corporation ("GECC") (as successor in interest to/assignee of Banc of America Leasing & Capital, LLC) for entry of an order (this "Order") (a) compelling Quiksilver, Inc. (the "Debtor") to immediately pay in full certain post-petition amounts due under the Lease pursuant to section 365(d)(5) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and (b) allowing and directing payment of an administrative expense in favor of GECC in connection with the Debtor's post-petition use of the Equipment pursuant to section 503(b)(1) of the Bankruptcy Code; and this Court having reviewed the Motion and having heard the statements in support of

the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY FOUND, CONCLUDED, AND DETERMINED THAT:

A. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b). This Court may enter a final order consistent with Article III of the United States Constitution. Venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief requested in the Motion are sections 365 and 503 of the Bankruptcy Code.

B. The Debtor's use of the Equipment is an actual, necessary cost and expense of preserving the Debtor's estate.

C. The relief granted herein is in the best interests of the Debtor's estate, its creditors, and other parties in interest.

D. The relief granted herein is appropriate under the Bankruptcy Code.

E. Due, sufficient, and adequate notice of the Motion, Hearing, and the relief requested in this Order has been given in light of the circumstances and nature of the relief requested, and no other or further notice thereof is required.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is granted as set forth herein. Any objections to the Motion, to the extent not previously withdrawn or resolved, are hereby overruled on the merits.

2. The Debtor pursuant 11 U.S.C. § 365(d)(5) shall pay GECC within five (5) days of the date of entry of this Order $291,614.11 as Monthly Lease Payments and late charges due under the Lease first arising sixty days after the Petition Date.

3. The Debtor shall pay GECC the Monthly Lease Payments accruing under the Lease when due through the time the Lease is rejected pursuant to 11 U.S.C. § 365.

4. GECC is allowed a chapter 11 administrative expense in the amount of $29,822.88 pursuant to 11 U.S.C. § 503(b)(1) and the Debtor is directed to pay such administrative expense to GECC within five (5) days of the date of entry of this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2016

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge