# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------- x :
                                                                   : Chapter 11

In re:   :

                                                                   : Case No. 15-11880 (BLS)

QUIKSILVER, INC., et. al.,   : Jointly Administered

    Debtors[1].  :

------------------------------- x :

## CERTIFICATE OF SERVICE

      I, Emily K. Devan, Esquire, hereby certify that on this 20th day of January 2016, I caused a true and correct copy of the **MOTION OF GENERAL ELECTRIC CAPITAL CORPORATION FOR THE ENTRY OF AN ORDER, PURSUANT TO (I) 11 U.S.C. § 365(d)(5) COMPELLING THE DEBTOR TO IMMEDIATELY PAY IN FULL POSTPETITION AMOUNTS DUE UNDER PERSONAL PROPERTY LEASE AND (II) 11 U.S.C. § 503(b)(1) FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE** to be served upon the parties on the attached service list via First Class Mail.

                                         By:    /s/ Emily K. Devan
                                                        Emily K. Devan (No. 6104)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649

**SERVICE LIST**

Ashby & Geddes PA
Attn: William P Bowden & Aaron H Stulman
500 Delaware Ave 8th Fl
PO Box 1150
Wilmington, DE 19899-1150

Assistant Attorney General
Attn: Jason A Starks
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Ballard Spahr LLP
Attn: David L Pollack
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Ballard Spahr LLP
Attn: Matthew Summers & Leslie Heilman
919 Market Street, 11th Floor
Wilmington, DE 19801

Bayard PA
Attn: Justin R Alberto
222 Delaware Ave Suite 900
Wilmington, DE 19801

Bewley Lassleben & Miller LLP
Attn: Ernie Zachary Park
13215 E Penn St Suite 510
Whittier, CA 90602-1797

BLT Enterprises
Attn : Robert Solomon
501 Spectrum Circle
Oxnard, CA 93030

Brown & Connery LLP
Attn: Donald K. Ludman
6 North Broad Street, Suite 100
Woodbury, NJ 08096

Buchalter Nemer, a Professional Corporation
Attn:  Shawn M Christianson
55 Second St 17th Fl
San Francisco, CA 94105-3493

Cairncross & Hempelmann
Attn: John Rizzardi
524 Second Ave Ste 500
Seattle, WA 98104-2323

Chipman Brown Cicero & Cole LLP
Attn: William E Chipman Jr
The Nemours Building
1007 N Orange St Ste 1110
Wilmington, DE 19801

Clayton Blehm
770 Sycamore Avenue, Suite 122
Vista, CA 92083

Cooley LLP
Attn: Jay R Indyke & Cathy Hershcopf
Seth Van Aalten Robert Winning
1114 Avenue of the Americas
New York, NY 10036

Delaware Attorney General
Attn: Matthew Denn
Carvel State Office Building
820 N French St
Wilmington, DE 19801

Delaware Dept of Justice
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Delware Trust Company
Attn:  Trust Administration
2711 Centerville Road
Wilmington, DE 19808

Deutsche Trustee Company Limited
Attn:  Debt & Agency Services
Winchester House
1 Great Winchester Street
London,  EC2N 2DB
United Kingdom

| | |
|---|---|
| eBay Enterprise, Inc.<br>Attn: Katherine S. Pell Esq<br>Assistant General Counsel<br>935 First Avenue<br>King of Prussia, PA 19406 | Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 |
| Ezra Brutzkus Gubner LLP<br>Attn: Steven T Gubner<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367 | Mark L Prager<br>Mark F Hebbeln<br>Lars A Peterson<br>Foley & Lardner LLP<br>321 N Clark St Ste 2800<br>Chicago, IL 60654-5313 |
| Fowler White Burnett, P.A.<br>Attn: Eric A Rosen Esq<br>Northbridge Centre<br>515 North Flagler Dr, Ste 2100<br>West Palm Beach, FL 33401 | GGP Limited Partnership, as Agent<br>Attn: Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 |
| Global Brands Group<br>Attn Martin Leder<br>12 Princeton Dr<br>Tappan, NY 10903 | Goodsill Anderson Quinn & Stifel<br>Attn: Jonathan C Bolton<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813 |
| Greenberg Taurig LLP<br>Attn: Dennis A Meloro<br>The Nemours Building<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenberg Taurig LLP<br>Attn: Jeffrey M Wolf<br>One International Place<br>Boston, MA 02110 |

Christopher R Donoho III
John D Beck
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

James A Shalvoy Esq
1201 Morningside Dr
Suite 215
Manhattan Beach, CA 90266

Jeffer Mangels Butler & Mitchell LLP
Attn:  Joseph A Eisenberg PC
1900 Avenue of the Stars 7th Fl
Los Angeles, CA 90067

Jeffrey S Shinbrot APLC
Atn: Jeffrey S. Shinbrot
8200 Wilshire Blvd Suite 400
Beverly Hills, CA 90211

Jung & Yuen, LLP
Attn: Curtis Jung, Esq.
888 S. Figueroa St., Suite 720
Los Angeles, CA 90017

Kasowitz Benson Torres & Firedman LLP
Attn: David M Friedman &  Daniel A Fliman
1633 Broadway
New York, NY 10019

Katten Muchin Rosenman LLP
c/o Dustin P Branch
2029 Century Park East Ste 2600
Los Angeles, CA 90067-3012

| | |
|---|---|
| Katten Muchin Rosenman LLP<br>Attn: Jessica Mickelsen Simon<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Attn: Matthew W Olsen<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Michael S Stamer & Meredith A Lahaie<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 |
| Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet,<br>William A. Guerrieri, W. Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 | Law Office of Susan E Kaufman LLC<br>Attn: Susan E Kaufman<br>919 North Market Street, Suite 460<br>Wilmington, DE 19801 |
| LeClairRyan<br>Attn: Andrew Cole, Esq.<br>800 North King Street, Suite 303<br>Wilmington, DE 19801 | LeClairRyan<br>Attn : Niclas A Ferland & Ilan Markus<br>545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 |
| Linebarger Goggan Blair & Sampson LLP<br>Attn: David G Aelvoet<br>711 Navarro St Ste 300<br>San Antonio, TX 78205 | Linebarger Goggan Blair & Sampson LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 |

Linebarger Goggan Blair & Sampson LLP
Attn: John P Dillman
PO Box 3064
Houston, TX 77253-3064

Lobel Weiland Golden Friedman LLP
Attn: Alan J Friedman
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Loeb & Loeb LLP
Attn: P Gregory Schwed & Bethany D Dimmons
345 Park Ave
New York, NY 10154

Missouri Department of Revenue
Bankruptcy Unit
Attn Sheryl L Moreau
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

Robert J. Dehney
Andrew R. Remming,
Tamara K. Minott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
16th Floor
PO Box 1347
Wilmington, DE 19899-1347

New Generation Advisors LLC
Attn Baily Dent
13 Elm St
Manchester, MA 01944

Office of the United States Trustee Delaware
Attn Mark S. Kenney
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

Patterson Belknap Webb & Tyler LLP
Attn: David W Dykhouse & Brian P Guiney
1133 Avenue of the Americas
New York, NY 10036-6710

David B Stratton
David M Fournier
John H Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N Market St
Wilmington, DE 19899-1709

Perdue Brandon Fielder Collins & Mott LLP
Arlington ISD
c/o Elizabeth Banda Calvo
500 E Border St Ste 640
Arlington, TX 76010

Perdue, Brandon, Fielder, Collins & Mott LLP
Attn: Owen M Sonik
1235 North Loop West
Suite 600
Houston, TX 77008

Pamela Kohlman Webster, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Potter Anderson & Corroon LLP
Attn: Jeremy W Ryan & Etta R Mayers
1313 N Market St 6th Fl
PO Box 951
Wilmington, DE 19899-0951

Rice Reuther Sullivan & Carroll LLP
Attn: David A Carroll & Anthony J DiRaimondo
3800 Howard Hughes Parkway Ste 1200
Las Vegas, NV 89169

Riemer & Braunstein LLP
Attn Steven Fox
Seven Times Square
Suite 2506
New York, NY 10036

Riemer & Braunstein LLP
Attn; David S. Berman
Three Center Plaza
Boston, MA 02108

Rosenthal & Rosenthal Inc
Attn Anthony DiTirro
1370 Broadway
New York, NY 10018

Samil Tong Sang Co
Attn Ian Im
18-130 Gangdong-Dong
Busan, 13 618-800
South Korea

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE 19899

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission
Attn: Sharon Binger Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

Securities & Exchange Commission NY Office
Attn; Andrew Calamari Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

Seward & Kissel LLP
Attn: John R Ashmead
One Battery Park Plaza
New York, NY 10004

Shenwick & Associates
Attn: James H Shenwick
655 Third Ave 20th Fl
New York, NY 10017

Andrew H Sherman
Boris I Mankovetskiy
Lucas F Hammonds
Sills Cummis & Gross PC
One Riverfront Plaza
Newark, NJ 07102

Simon Property Group, Inc
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John K Lyons
155 N Wacker Dr
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  Van C Durrer
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Spector & Johnson PLLC
Attn: Howard Marc Spector
12770 Coit Rd Ste 1100
Dallas, TX 75251

Stroock & Stroock & Lavan LLP
Attn: Andrew P DeNatale
180 Maiden Ln
New York, NY 10038

T. Rowe Price Credit Opportunities Fund
c/o  T. Rowe Price Associates, Inc.
Attn Andrew Baek
100 E. Pratt Street
Baltimore, MD 21202

The Taubman Company
Attn; Andrew S Conway Esq
200 East Long Lake Road Ste 300
Bloomfield Hills, MI 48304

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202

U.S. Bank National Association
Attn: Justin L. Shearer Vice President
Global Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

Wilfrid Aubrey LLC
Attn Nicholas Walsh
465 Lexington Ave
New York, NY 10174

Womble Carlyle Sandridge & Rice, LLP
Attn:  Steven K Kortanek
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones, Esq.
919 N. Market Street, 17th Floor
Wilmington, DE  19801

Weingarten Realty Investors
Attn: Jenny J. Hyun, Esq
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008