IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
                            Debtors.[1] : Jointly Administered
:
------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

       1.     I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC ("**KCC**"), the claims, noticing and administrative agent for the Debtors in the above-captioned cases. I submit this Supplemental Affidavit in connection with the service of solicitation materials (the "**Solicitation Package(s)**") for the *Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* [Docket No. 532] (the "**Plan**"). I am over the age of 18 and not a party to this action. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

       2.     On September 10, 2015, the Court entered the *Order Granting Debtors' Application for Entry of Order Pursuant to Section 156(c) of Title 28 of the United States Code, Bankruptcy Code Section 105(a), Bankruptcy Rule 2002, and Local Bankruptcy Rule 2002-1(f) Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date* [Docket No. 69].

       3.     On October 6, 2015, the Court entered the *Order Granting Debtors' Application for Entry of Order Pursuant to Bankruptcy Code Sections 327(a), 328, and 1107(b), Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1 Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC to Provide Administrative Services Nunc Pro Tunc to the Petition Date* [Docket No. 243].

       4.     Consistent with its retention as claims, noticing and administrative agent, KCC is charged with, among other things, the duty of printing and distributing Solicitation Packages to creditors and other interested parties pursuant to the instructions set forth in the *Order (A) Approving the Adequacy of the Debtors' Disclosure Statement, (B) Approving Solicitation and*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

*Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto* [Docket No. 529] (the "**Disclosure Statement Order**"), as entered by the Court on December 4, 2015.

*THE SOLICITATION PACKAGE*

    5.    The various solicitation materials consist of the following documents:

        a.    CD-ROM (the "**CD-ROM**") containing the following documents:

           i.    the *Second Amended Disclosure Statement with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* [Docket No. 533] (the "**Disclosure Statement**");

           ii.    the Plan;

           iii.    Disclosure Statement Order; and

           iv.    the Solicitation Procedures (the "**Solicitation Procedures**") (Exhibit 5 to the Disclosure Statement Order);

        b.    Notice of (A) Approval of Adequacy of Disclosure Statement, (B) Solicitation and Notice Procedures, (C) Objection and Voting Deadlines, and (D) the Hearing to Confirm the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 534] (the "**Confirmation Hearing Notice**");

        c.    Ballot for Class 4 Secured Notes Claims (the "**Class 4 Beneficial Ballot**") (Exhibit 3-A to the Disclosure Statement Order);

        d.    Ballot for Class 4 Secured Notes Claims (the "**Class 4 Master Ballot**") (Exhibit 3-A to the Disclosure Statement Order);

        e.    Ballot for Class 5A Unsecured Notes Claims (the "**Class 5-A Beneficial Ballot**") (Exhibit 3-B to the Disclosure Statement Order);

        f.    Ballot for Class 5A Unsecured Notes Claims (the "**Class 5-A Master Ballot**") (Exhibit 3-B to the Disclosure Statement Order);

        g.    Ballot for Class 5B General Unsecured Claims (the "**Class 5-B General Unsecured Claims Ballot**") (Exhibit 3-C to the Disclosure Statement Order);

        h.    Notice of Non-Voting Status with Respect to Unclassified Claims and Unimpaired Classes Presumed to Accept the Plan (the "**Non-Voting Status Notice – Presumed to Accept**") (Exhibit 4-A to the Disclosure Statement Order);

    i.      Notice of Non-Voting Status with Respect to Classes Deemed to Reject the Plan (the "**Non-Voting Status Notice – Deemed to Reject**") (Exhibit 4-B to the Disclosure Statement Order);

    j.      to Holders of Class 4 Secured Notes Claims, Class 5-A Unsecured Notes Claims and Class 5B General Unsecured Claims only, a pre-addressed, postage pre-paid return envelope (the "**Return Envelope**"); and

    k.      to all known executory contract and unexpired lease counterparties only, the Executory Contract ad Unexpired Lease Notice (the "**Executory Contract and Unexpired Lease Notice**") (Exhibit 4-C to the Disclosure Statement Order).

*SERVICE OF THE SOLICITATION PACKAGES*

    6.    On or before December 17, 2015, at my direction and under my supervision, employees of KCC caused the Confirmation Hearing Notice to be served per postal forwarding address via First Class Mail on the service list attached hereto as **Exhibit A**.

Dated: December 21, 2015

                                                                    Stephanie Delgado

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of December, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**
**Creditor Matrix**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| 2XCel LLC | 3050 Pullman St Ste A | Costa Mesa | CA | 92626-5901 |
| Danielle Taylor | Address Redacted | | | |
| David Solecki | Address Redacted | | | |
| Jason Gallagher | Address Redacted | | | |
| Taylor Morgan | Address Redacted | | | |
| Young Soles LLC | Address Redacted | | | |

Quiksilver, Inc., et al.
Case No.: 15-11880                                Page 1 of 1