IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------ x
                                     :
In re:                               :   Chapter 11
                                     :
QUIKSILVER, INC., et al.,             :   Case No. 15-11880 (BLS)
                                     :
            Debtors.[1]              :   Jointly Administered
                                     :
------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Sydney Vinson being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 11, 2015, I caused copies of the
- [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re Docket No. 502]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: December 22, 2015

_____
Sydney Vinson

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of December, 2015, by Sydney Vinson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zipcode | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC | as Assignee of Honolua Underground | Ansonia Finance Station | PO Box 237037 | New York | NY | 10023 | $999.50 | $999.50 | 502 | Transferee |
| Honolua Underground | Mark & Renee Anderson | 1334 Hoapili Street | | Lahaina | HI | 96761 | $999.50 | $999.50 | 502 | Transferor |

In re: Quiksilver, Inc., et al.
USBC Case No. 15-11880 (BLS)

Page 1 of 1