## Exhibit A

**Filed Under Seal Pursuant to** *Motion of Oaktree Capital Management to File Under Seal the Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief* **[D.I. 598, Filed 12/29/2015]**