**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Hearing Date: January 27, 2016 at 9:30 a.m. (ET) [Proposed]** |
|  | ) | **Objection Deadline: January 26 at 12:00 noon (ET) [Proposed]** |
|  | ) |  |

**NOTICE OF MOTION OF OAKTREE CAPITAL MANAGEMENT TO FILE
UNDER SEAL THE REPLY IN SUPPORT OF MOTION OF OAKTREE CAPITAL
MANAGEMENT FOR ENTRY OF AN ORDER (I) DETERMINING THE
DIMINUTION IN VALUE OF THE SECURED NOTES PARTIES'
COLLATERAL, AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, on January 20, 2016, certain funds managed by affiliates of Oaktree Capital Management, L.P. (collectively, "Oaktree"), filed and served the attached **Motion of Oaktree Capital Management to File Under Seal the Reply in Support of Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief** (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT **OAKTREE HAS REQUESTED THAT A HEARING ON THE MOTION BE HELD AT 9:30 A.M. (EASTERN TIME) ON JANUARY 27, 2016** (THE "HEARING") BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #1, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE that Oaktree has requested that the Court require any party wishing to oppose the Motion to **file a response or objection by January 26, 2016 at 12:00 noon (ET)** (the "Objection Deadline"). If you make a written objection, such objection must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, at or before the Objection Deadline. At the same time, you must serve such objection on counsel for Oaktree so as to be received by the Objection Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  January 20, 2016 | */s/ Andrew R. Remming*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  rdehney@mnat.com<br>  aremming@mnat.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>  ross.kwasteniet@kirkland.com<br><br>*Counsel to Oaktree* |