## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | ) ) ) | Case No. 15-11880 (BLS) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered)<br><br>**Re Docket No.** _____ |

**ORDER GRANTING MOTION OF OAKTREE CAPITAL MANAGEMENT
TO FILE UNDER SEAL THE REPLY IN SUPPORT OF MOTION OF OAKTREE
CAPITAL MANAGEMENT FOR ENTRY OF AN ORDER (I) DETERMINING
THE DIMINUTION IN VALUE OF THE SECURED NOTES PARTIES'
COLLATERAL, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Seal")[2] of certain funds managed by affiliates of Oaktree Capital Management, L.P. (collectively, "Oaktree") for entry of an order (this "Order"), pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), (a) authorizing Oaktree to file a redacted version of the *Reply in Support of Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief* (the "Reply"), (b) authorizing Oaktree to file under seal (i) an unredacted version of the Reply and (ii) the supplemental expert report (as it may be amended, the "Supplemental Houlihan Report") of David R. Hilty from Houlihan Lokey Capital, Inc. ("Houlihan"), attached as Exhibit A to the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Seal.

Reply, and (c) granting such other and further relief as the Court deems just and proper; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Seal is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having reviewed the Motion to Seal; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1.    The Motion to Seal is GRANTED.

    2.    Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Oaktree is authorized to (a) file a redacted version of the Reply and (b) file under seal (i) an unredacted version of the Reply and (ii) the Supplemental Houlihan Report.

    3.    The Clerk of the Court is directed to maintain the unredacted version of the Reply and the Supplemental Houlihan Report under seal and shall not make them publicly available, unless and until permitted by further order of this Court.

   4. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2016
   Wilmington, Delaware

   _____
   THE HONORABLE BRENDAN L. SHANNON
   CHIEF UNITED STATES BANKRUPTCY JUDGE