## EXHIBIT A

[Proposed Order]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re Docket No. _____** |
|  | ) |  |
|  | ) |  |

### ORDER PURSUANT TO 11 U.S.C. §§ 102(1) AND 105(A), FED. R. BANKR. P. 9006 AND DEL. BANKR. L.R. 9006-1(E) SHORTENING NOTICE OF THE MOTION TO FILE UNDER SEAL THE REPLY IN SUPPORT OF MOTION OF OAKTREE CAPITAL MANAGEMENT FOR ENTRY OF AN ORDER (I) DETERMINING THE DIMINUTION IN VALUE OF THE SECURED NOTES PARTIES' COLLATERAL, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion to Shorten")[2] of certain funds managed by affiliates of Oaktree Capital Management, L.P. (collectively, "Oaktree") for entry of an order (this "Order"), pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e): (i) shortening the notice period for the Seal Motion, filed contemporaneously with the Motion to Shorten; (ii) scheduling the Seal Motion to be heard at the hearing currently scheduled for January 27, 2016, at 9:30 a.m. (ET); (iii) requiring objections, if any, to the Seal Motion to be filed by January 26, 2016 at 12:00 noon (ET); and (iv) granting such other relief as the Court may deem just and proper; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

*Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and Oaktree having provided appropriate notice of the Motion to Shorten under the circumstances; and the Court having reviewed the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED as set forth herein.

2.      The Seal Motion will be considered at the hearing scheduled for January 27, 2016, at 9:30 a.m. (the "<u>Hearing</u>").

3.      Objections, if any, to the Seal Motion shall be filed by January 26, 2016 at 12:00 noon (ET).

4.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2016
       Wilmington, Delaware

                                          _____
                                          THE HONORABLE BRENDAN L. SHANNON
                                          CHIEF UNITED STATES BANKRUPTCY JUDGE