# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUIKSILVER, INC., *et al.*,[1] | ) | Case No. 15-11880 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **RE: D.I. Nos. 697, 698 and 699** |
|  | ) |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2016, copies of the following were caused to be served in the manner indicated on the parties on the attached list:

1. Reply in Support of Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief (REDACTED) (D.I. 697);

2. Motion of Oaktree Capital Management to File Under Seal the Reply in Support of Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief (D.I. 698); and

3. Motion of Oaktree Capital Management for an Order Pursuant to 11 U.S.C. §§ 102(1) and 105(a), Fed. R. Bankr. P. 9006 and Del. Bankr. L.R. 9006-1(e) Shortening Notice of the Motion to File Under Seal the Reply in Support of Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief (A.D.I. 699).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  January 21, 2016 | */s/ Andrew R. Remming*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  rdehney@mnat.com<br>          aremming@mnat.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>          ross.kwasteniet@kirkland.com<br><br>*Counsel to Oaktree Capital Management, L.P.* |

9788237