# SERVICE LIST

**VIA HAND DELIVERY**

William P Bowden Aaron H Stulman
Ashby & Geddes PA
500 Delaware Ave 8th Fl
PO Box 1150
Wilmington, DE  19899-1150

Matthew Summers, Leslie Heilman
Ballard Spahr LLP
919 Market Street, 11th Floor
Wilmington, DE  19801

Justin R Alberto
Bayard PA
222 Delaware Ave Suite 900
Wilmington, DE  19801

William E Chipman Jr
Chipman Brown Cicero & Cole LLP
The Nemours Building
1007 N Orange St Ste 1110
Wilmington, DE  19801

Matthew Denn
Delaware Attorney General
Carvel State Office Building
820 N French St
Wilmington, DE  19801

Attn Bankruptcy Dept
Delaware Dept of Justice
820 N French St 6th Fl
Wilmington, DE  19801

Dennis A Meloro
Greenberg Taurig LLP
The Nemours Building
1007 N Orange St Ste 1200
Wilmington, DE  19801

Susan E Kaufman
Law Office of Susan E Kaufman LLC
919 North Market Street, Suite 460
Wilmington, DE  19801

Andrew Cole, Esq.
LeClairRyan
800 North King Street, Suite 303
Wilmington, DE  19801

Attn Mark S. Kenney
Office of the United States Trustee
Delaware
844 King St Ste 2207
Lockbox 35
Wilmington, DE  19899-0035

David B Stratton David M Fournier John H Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N Market St
Wilmington, DE  19899-1709

Jeremy W Ryan Etta R Mayers
Potter Anderson & Corroon LLP
1313 N Market St 6th Fl
PO Box 951
Wilmington, DE  19899-0951

Mark Minuti
Saul Ewing LLP
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE  19899

Charles Oberly c/o Ellen Slights
US Attorney for Delaware
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE  19899-2046

Attn Steven K Kortanek
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801

Steven K Kortanek Thomas M Horan Morgan L Patterson
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Ave Suite 1501
Wilmington, DE  19801

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

**VIA UNITED STATES POSTAL SERVICE**

Attn Ian Im
Samil Tong Sang Co
18-130 Gangdong-Dong
Busan,    13 618-800
South Korea

Attn Debt & Agency Services
Deutsche Trustee Company Limited
Winchester House
1 Great Winchester Street
London,    EC2N 2DB
United Kingdom

Jason A Starks
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

Centralized Insolvency Operation
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

c/o TN Attorney General's Office,
Bankruptcy Division
TN Dept of Revenue
PO Box 20207
Nashville, TN  37202

Michael S Stamer Meredith A Lahaie
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036-6745

David L Pollack
Ballard Spahr LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Ernie Zachary Park
Bewley Lassleben & Miller LLP
13215 E Penn St Suite 510
Whittier, CA  90602-1797

Robert Solomon
BLT Enterprises
501 Spectrum Circle
Oxnard, CA  93030

Donald K. Ludman
Brown & Connery LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096

Shawn M Christianson
Buchalter Nemer, a Professional
Corporation
55 Second St 17th Fl
San Francisco, CA  94105-3493

John Rizzardi
Cairncross & Hempelmann
524 Second Ave Ste 500
Seattle, WA  98104-2323

Clayton Blehm
770 Sycamore Avenue, Suite 122
Vista, CA  92083

Jay R Indyke Cathy Hershcopf
Cooley LLP
Seth Van Aalten Robert Winning
1114 Avenue of the Americas
New York, NY  10036

Franchise Tax
Delaware Secretary of State
401 Federal Street
PO Box 898
Dover, DE  19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904

Attn Trust Administration
Delware Trust Company
2711 Centerville Road
Wilmington, DE  19808

Katherine S. Pell Esq
eBay Enterprise, Inc.
Assistant General Counsel
935 First Avenue
King of Prussia, PA  19406

Environmental Protection Agency
1650 Arch St
Philadelphia, PA  19103-2029

Steven T Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard St Ste 500
Woodland Hills, CA  91367

Mark L Prager Mark F Hebbeln Lars A
Peterson
Foley & Lardner LLP
321 N Clark St Ste 2800
Chicago, IL  60654-5313

Eric A Rosen Esq
Fowler White Burnett, P.A.
Northbridge Centre
515 North Flagler Dr, Ste 2100
West Palm Beach, FL  33401

Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL  60606

Attn Martin Leder
Global Brands Group
12 Princeton Dr
Tappan, NY  10903

Jonathan C Bolton  
Goodsill Anderson Quinn & Stifel  
First Hawaiian Center  
999 Bishop St Ste 1600  
Honolulu, HI  96813

Jeffrey M Wolf  
Greenberg Taurig LLP  
One International Place  
Boston, MA  02110

Christopher R Donoho III John D Beck  
Hogan Lovells US LLP  
875 Third Ave  
New York, NY  10022

Centralized Insolvency Operation  
Internal Revenue Service  
2970 Market St  
Philadelphia, PA  19104

Insolvency Section  
Internal Revenue Service  
31 Hopkins Plz Rm 1150  
Baltimore, MD  21201

James A Shalvoy Esq  
1201 Morningside Dr  
Suite 215  
Manhattan Beach, CA  90266

Joseph A Eisenberg PC  
Jeffer Mangels Butler & Mitchell LLP  
1900 Avenue of the Stars 7th Fl  
Los Angeles, CA  90067

Jeffrey S. Shinbrot  
Jeffrey S Shinbrot APLC  
8200 Wilshire Blvd Suite 400  
Beverly Hills, CA  90211

Curtis Jung, Esq.  
Jung & Yuen, LLP  
888 S. Figueroa St., Suite 720  
Los Angeles, CA  90017

David M Friedman Daniel A Fliman  
Kasowitz Benson Torres & Firedman LLP  
1633 Broadway  
New York, NY  10019

c/o Dustin P Branch  
Katten Muchin Rosenman LLP  
2029 Century Park East Ste 2600  
Los Angeles, CA  90067-3012

Jessica Mickelsen Simon  
Katten Muchin Rosenman LLP  
2029 Century Park East Ste 2600  
Los Angeles, CA  90067-3012

Matthew W Olsen  
Katten Muchin Rosenman LLP  
575 Madison Avenue  
New York, NY  10022-2585

Mike Hill  
KCC  
2335 Alaska Ave  
El Segundo, CA  90245

Attn: David Nemecek  
Kirkland & Ellis LLP  
333 South Hope Street  
Los Angeles, CA  90071

Niclas A Ferland Esq Ilan Markus Esq  
LeClairRyan  
545 Long Wharf Dr 9th Fl  
New Haven, CT  06511

David G Aelvoet  
Linebarger Goggan Blair & Sampson LLP  
711 Navarro St Ste 300  
San Antonio, TX  78205

Elizabeth Weller  
Linebarger Goggan Blair & Sampson LLP  
2777 N. Stemmons Freeway  
Suite 1000  
Dallas, TX  75207

John P Dillman  
Linebarger Goggan Blair & Sampson LLP  
4828 Loop Central Drive  
Suite 600  
Houston, TX  77081

Alan J Friedman  
Lobel Weiland Golden Friedman LLP  
650 Town Center Drive, Suite 950  
Costa Mesa, CA  92626

P Gregory Schwed, Bethany D Dimmons  
Loeb & Loeb LLP  
345 Park Ave  
New York, NY  10154

Bankruptcy Unit  
Missouri Department of Revenue  
Attn Sheryl L Moreau  
301 W. High Street, Room 670  
PO Box 475  
Jefferson City, MO  65105-0475

Attn Baily Dent  
New Generation Advisors LLC  
13 Elm St  
Manchester, MA  01944  

David W Dykhouse Brian P Guiney  
Patterson Belknap Webb & Tyler LLP  
1133 Avenue of the Americas  
New York, NY  10036-6710  

Arlington ISD  
Perdue Brandon Fielder Collins & Mott LLP  
c/o Elizabeth Banda Calvo  
500 E Border St Ste 640  
Arlington, TX  76010  

c/o Owen M Sonik  
Perdue, Brandon, Fielder, Collins & Mott LLP  
1235 North Loop West  
Suite 600  
Houston, TX  77008  

c/o Pamela Kohlman Webster, Esq.  
Port Logistics  
Buchalter Nemer  
1000 Wilshire Blvd., Suite 1500  
Los Angeles, CA  90017  

David A Carroll Anthony J DiRaimondo  
Rice Reuther Sullivan & Carroll LLP  
3800 Howard Hughes Parkway Ste 1200  
Las Vegas, NV  89169  

Attn Steven Fox  
Riemer & Braunstein LLP  
Seven Times Square  
Suite 2506  
New York, NY  10036  

David S. Berman  
Riemer & Braunstein LLP  
Three Center Plaza  
Boston, MA  02108  

Attn Anthony DiTirro  
Rosenthal & Rosenthal Inc  
1370 Broadway  
New York, NY  10018  

Secretary of the Treasury  
Securities & Exchange Commission  
100 F St NE  
Washington, DC  20549  

Sharon Binger Regional Director  
Securities & Exchange Commission  
One Penn Center  
1617 JFK Boulevard Ste 520  
Philadelphia, PA  19103  

Andrew Calamari Regional Director  
Securities & Exchange Commission NY Office  
Brookfield Place  
200 Vesey St, Ste 400  
New York, NY  10281-1022  

John R Ashmead  
Seward & Kissel LLP  
One Battery Park Plaza  
New York, NY  10004  

James H Shenwick  
Shenwick & Associates  
655 Third Ave 20th Fl  
New York, NY  10017  

Andrew H Sherman Boris I Mankovetskiy  
Lucas F Hammonds  
Sills Cummis & Gross PC  
One Riverfront Plaza  
Newark, NJ  07102  

Attn: Ronald M. Tucker, Esq.  
Simon Property Group, Inc  
225 West Washington Street  
Indianapolis, IN  46204  

John K Lyons  
Skadden, Arps, Slate, Meagher & Flom LLP  
155 N Wacker Dr  
Chicago, IL  60606  

Van C Durrer  
Skadden, Arps, Slate, Meagher & Flom LLP  
300 South Grand Avenue, Suite 3400  
Los Angeles, CA  90071  

Howard Marc Spector  
Spector & Johnson PLLC  
12770 Coit Rd Ste 1100  
Dallas, TX  75251  

Andrew P DeNatale  
Stroock & Stroock & Lavan LLP  
180 Maiden Ln  
New York, NY  10038

c/o  T. Rowe Price Associates, Inc.
T. Rowe Price Credit Opportunities Fund
Attn Andrew Baek
100 E. Pratt Street
Baltimore, MD   21202

Andrew S Conway Esq
The Taubman Company
200 East Long Lake Road Ste 300
Bloomfield Hills, MI   48304

Justin L. Shearer Vice President
U.S. Bank National Association
Global Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY   10005

c/o Wilfrid Aubrey LLC
Wilfrid Global Opportunity Fund
Attn Nicholas Walsh
465 Lexington Ave
New York, NY   10174

c/o Weingarten Realty Investors
WRI Marshalls Plaza, LP
Attention: Jenny J. Hyun, Esq
2600 Citadel Plaza Drive, Suite 125
Houston, TX   77008