## **EXHIBIT A**

# SERVICE LIST

<table>
<tr><td>

**VIA EMAIL AND HAND DELIVERY**

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: mark.kenney@usdoj.gov

Mark S. Chehi
Skadden, Arps, Slate, Meagher
  & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Email: mark.chehi@skadden.com

David B. Stratton
David M. Fournier
John H. Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
Email: strattod@pepperlaw.com
       fournierd@pepperlaw.com
       schannej@pepperlaw.com

</td><td>

**VIA EMAIL AND FED EX**

Van C. Durrer, II
Annie Z. Li
Skadden, Arps, Slate, Meagher
  & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
Email: van.durrer@skadden.com
       annie.li@skadden.com

Michael S. Stamer
Meredith A. Lahaie
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Email: mstamer@akingump.com
       mlahaie@akingump.com

Jessica Kumar
Skadden, Arps, Slate, Meagher
  & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
Email: jessica.kumar@skadden.com

</td></tr>
</table>

9738310.3