**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | (Jointly Administered) |
|  | Re Docket No. 598 |

**ORDER GRANTING MOTION OF OAKTREE CAPITAL MANAGEMENT
TO FILE UNDER SEAL THE MOTION OF OAKTREE CAPITAL
MANAGEMENT FOR ENTRY OF AN ORDER (I) DETERMINING THE
DIMINUTION IN VALUE OF THE SECURED NOTES PARTIES'
COLLATERAL, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Seal")[2] of certain funds managed by affiliates of

Oaktree Capital Management, L.P. (collectively, "Oaktree") for entry of an order (this "Order"),

pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule

9018-1(b), (a) authorizing Oaktree to file a redacted version of the *Motion of Oaktree Capital*

*Management for Entry of an Order (I) Determining the Diminution in Value of the Secured*

*Notes Parties' Collateral, and (II) Granting Related Relief* (the "Motion"), (b) authorizing

Oaktree to file under seal (i) an unredacted version of the Motion and (ii) the expert report (as it

may be amended, the "Houlihan Report") of David R. Hilty from Houlihan Lokey Capital, Inc.

("Houlihan"), attached as Exhibit B to the Motion, and (c) granting such other and further relief

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Seal.

as the Court deems just and proper; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Seal is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having reviewed the Motion to Seal; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion to Seal is GRANTED.

2.      Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Oaktree is authorized to (a) file a redacted version of the Motion and (b) file under seal (i) an unredacted version of the Motion and (ii) the Houlihan Report.

3.      The Clerk of the Court is directed to maintain the unredacted version of the Motion and the Houlihan Report under seal and shall not make them publicly available, unless and until permitted by further order of this Court.

4.     The Court shall retain jurisdiction with respect to all matters arising from
or related to the interpretation or implementation of this Order.

Dated: January 21, 2016
        Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE