IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Related Docket Nos: 661-665, 668-670, 706, 707 |

## DECLARATION OF SERVICE

I, John H. Schanne, II, hereby certify that on the 14th day of January, 2016, I caused the pleadings listed below to be served upon the parties listed on the attached service list, via electronic mail and as otherwise indicated.

- **Unredacted Objection of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession** (Docket No. 661)

- **Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File under Seal the Unredacted Objection of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession** (Docket No. 662);

- **Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to Exceed the Page Limits with Respect to Objection of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession** (Docket No. 663);

- **Unredacted Objection of the Official Committee of Unsecured Creditors to Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief** (Docket No. 664); and

- **Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File under Seal the Unredacted Objection of the Official Committee of Unsecured Creditors to Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief** (Docket No. 665).

I further certify that on January 21, 2016, I caused the pleadings listed below to be served upon the parties listed on the attached service list , via electronic mail and as otherwise indicated.

- **Order Authorizing the Committee to File under Seal the Unredacted Objection of the Official Committee of Unsecured Creditors to Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief** (Docket No. 668);

- **Order Authorizing the Committee to File under Seal the Unredacted Objection of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession** (Docket No. 669);

- **Order Authorizing the Committee to Exceed the Page Limits with Respect to Objection of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession** (Docket No. 670);

- **[Redacted] Objection of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession** (Docket No. 706); and

- **[Redacted] Objection of the Official Committee of Unsecured Creditors to Motion of Oaktree Capital Management for Entry of an Order (I) Determining the Diminution in Value of the Secured Notes Parties' Collateral, and (II) Granting Related Relief** (Docket No. 707).

Date: January 21, 2016
Wilmington, Delaware

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Telephone:  (302) 777-6500
Facsimile:   (302)421-8390

-AND-

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)

        One Bryant Park  
        Bank of America Tower  
        New York, New York  10036-6745  
        Telephone:    (212) 872-1000  
        Facsimile:     (212) 872-1002  

*Counsel for the Official Committee of Unsecured Creditor*

#37450319 v1

Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
Attn: Van C. Durrer, II, Esq.
**First-Class Mail**
**Electronic Email**

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Attn: Mark S. Chehi, Esq.
**Hand Deliver**
**Electronic Email**

Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Attn: Patrick J. Nash, Jr., Esq.
William Guerrieri, Esq.
Ross Kwasteniet, Esq.
Christopher Greeno, Esq.
Benjamin Winger, Esq.
**First-Class Mail**
**Electronic Email**

Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Robert J. Dehney, Esq.
Andrew R. Remming, Esq.
**Hand Deliver**
**Electronic Email**

Mark S. Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
**Hand Deliver**
**Electronic Email**

Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
Attn: Annie Z. Li, Esq.
**First-Class Mail**
**Electronic Email**

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, Illinois 60606
Attn: Jessica S. Kumar, Esq.
**First-Class Mail**
**Electronic Email**