**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                             :     Chapter 11
:
QUIKSILVER, INC., *et al.*,       :     Case No. 15-11880 (BLS)
:
             Debtors.[1]     :     Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF MICHAEL J. HILL REGARDING**
**ANALYSIS OF BALLOTS FOR ACCEPTING OR REJECTING**
**SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**
**OF QUIKSILVER, INC. AND ITS AFILIATED DEBTORS AND**
**DEBTORS IN POSSESSION**

I, Michael J. Hill, hereby declare that the following is true to the best of my knowledge,

information, and belief: [2]

1.     I am over the age of 18 and competent to testify and make this declaration

(this "<u>Declaration</u>").  I am an employee of Kurtzman Carson Consultants LLC ("<u>KCC</u>"), the

court-approved notice and claims agent and administrative advisor in the above-captioned

chapter 11 cases.  Pursuant to the *Order (A) Approving the Adequacy of the Debtors' Disclosure*

*Statement, (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of*

*the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and*

*Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto*

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* [Docket No. 532] (as the same may be amended from time to time, the "<u>Plan</u>").

[Docket No. 529]  (the "Disclosure Statement Order"), KCC was instructed to and did solicit and tabulate votes from Holders of Class 4, Class 5A and Class 5B Claims (collectively, the "Voting Classes") entitled to vote on the Plan in accordance with specified voting procedures.

2.      Peter Walsh, Senior Managing Consultant of Public Securities for KCC, assisted in the service and tabulation described herein.

3.      I am authorized to submit this Declaration on behalf of KCC and the Debtors. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  As to statements of fact of which I do not have direct personal knowledge, I understand and believe them to be true based upon information gathered from other employees of KCC, my review of relevant documents and pleadings, and information provided to me by the Debtors and the Debtors' advisors.  If called upon as a witness, I could and would competently testify as to all of the matters stated herein on that basis

4.      The Debtors established December 1, 2015 as the Voting Record Date for determining which creditors were entitled to vote on the Plan.  Holders of Claims in the Voting Classes as of the Voting Record Date were entitled to vote to accept or reject the Plan in accordance with the Disclosure Statement Order.  KCC relied on a security position report provided by The Depository Trust Company ("DTC") as of the Record Date to identify the bank and brokerage firms (the "Nominees") that held Class 4 and Class 5-A Note Claims (the "Voting Notes Claims") on behalf of underlying beneficial owners. KCC relied on the claims register maintained in these Chapter 11 Cases, in consultation with counsel to the Debtors, to identify which Holders of such Claims were entitled to vote to accept or reject the Plan in Class 5-B.  On or before December 9, 2015, in accordance with the solicitation procedures as set forth in the Disclosure Statement, KCC served Solicitation Packages on Holders of Claims in the Voting

Classes entitled to accept or reject the Plan via first class mail.  *See Affidavit of Service of Michael J. Hill re: Solicitation Documents Served on or Before December 9, 2015* [Docket No. 569].

5.     Pursuant to the Disclosure Statement Order, KCC received and tabulated Class 5-B Ballots as follows:   (a) each returned ballot was opened and inspected at KCC's office; (b) Ballots were date-stamped and scanned into KCC CaseView database ("KCC CaseView"); and (c) all ballots received on or before the Voting Deadline were then entered into KCC CaseView and tabulated in accordance with the tabulation rules outlined in the Solicitation Procedures.  For the Voting Notes Claims in Class 4 and Class 5-A (a) each returned Master Ballot was opened and inspected at KCC's office; (b) Master Ballots were date-stamped and tabulated in accordance with the tabulation rules outlined in the Solicitation Procedures.

6.     In order for a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, must have been received by KCC by the deadline of January 14, 2016, at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"), except as otherwise provided by the Disclosure Statement Order, and must not have been subject to a pending objection filed on or before December 31, 2015 (the "Counted Ballots").   All completed Class 4 and 5-A Master Ballots were required to be mailed to Quiksilver Ballot Processing Center, c/o Kurtzman Carson Consultants LLC, 1290 Avenue of the Americas, 9th Floor, New York, NY 10104, which address was listed on the Ballots, so as to be received by KCC no later than the Voting Deadline.   All completed Class 5-B Ballots were required to be mailed to Quiksilver Ballot Processing Center, c/o Kurtzman Carson Consultants LLC, 2335

Alaska Avenue, El Segundo, California 90245, which address was listed on the Ballots, so as to be received by KCC no later than the Voting Deadline.

7.    For the Voting Notes Claims, KCC provided solicitation packages to the Nominees appearing on the security position report received from DTC, or the Nominees' agents, for subsequent forwarding to the underlying beneficial owners of Voting Notes Claims. KCC also provided a Master Ballot to each Nominee, or its agent, for their use in reporting the voting of the underlying beneficial owners.

8.    I was primarily responsible for supervising the employees of KCC in connection with the tabulation of the Ballots received for the acceptance or rejection of the Plan.  Attached hereto as Exhibit A is a summary of the voting results with respect to the Claims in Class 5-B tabulated on a Debtor-by-Debtor basis.  The pertinent information from the Counted Ballots is recorded on the detail ballot report attached hereto as Exhibit B.  Copies of all of the Counted Ballots are available for inspection upon request.

9.    For the Voting Notes Claims, Master Ballots were tabulated against the Record Date security position amounts appearing for each Nominee as listed on the security position report received from DTC.

10.    The following charts summarize the Master Ballots for the Voting Notes Claims:

| Class 4 – Secured Notes Claims | | Result |
|---|---|---|
| **Master Ballots Received** | 54 votes accepting the Plan<br>25 votes rejecting the Plan | **Accept** |
| **Acceptance** | 68.35% in number of voted accepting the Plan<br>89.85% in dollar amount accepting the Plan ($248,552,179.44) | |
| **Rejection** | 31.65%  in number of voted rejecting the Plan<br>10.15%  in dollar amount rejecting the Plan ($28,069,417.29) | |
| **Opt Out** | 0% in number elected to opt out of the Third Party Release<br>0% in dollar amount elected to opt out of the Third Party Release | |

| Class 5A –Unsecured Notes Claims | | Result |
|---|---|---|
| **Master Ballots Received** | 17 votes accepting the Plan<br>55 votes rejecting the Plan | **Reject** |
| **Acceptance** | 23.61% in number of voted accepting the Plan<br>33.60% in dollar amount accepting the Plan ($60,481,750.00) | |
| **Rejection** | 76.39%  in number of voted rejecting the Plan<br>66.40%  in dollar amount rejecting the Plan ($119,501,226.11) | |
| **Opt Out** | 36.11% in number elected to opt out of the Third Party Release<br>36.44% in dollar amount elected to opt out of the Third Party Release | |

11.    Attached as <u>Exhibit C</u> to this Declaration is a detailed report of any ballots that were not included in the tabulation above because they did not satisfy the requirements for a valid ballot as set forth in the Disclosure Statement Order for the reasons described below:

a. Abstained — Any ballot that failed to indicate any acceptance or rejection of the Plan, or that indicated both acceptance and rejection of the Plan.

b. Late-Filed — Any ballot received after the Voting Deadline

c. Illegible — Any ballot that is illegible

d. Not Signed — Any ballot that is not executed

e. Not Entitled to Vote — Any ballot purporting to be a vote in a Class in which the Claimant is not entitled to vote because the Claimant does not hold a Claim in such Class or because an objection to such Claim was pending, which objection was filed as of December 31, 2015.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of ballots in connection with the Plan is true. The ballots received by KCC are stored at KCC's office and are available for inspection by or submission to the Bankruptcy Court.

Dated: January 21, 2016

Michael J. Hill
Kurtzman Carson Consultants LLC

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _21st_
day of _January_, 20_16_, by _Michael S. Hill_
_____,
proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

(Seal)                    Signature_____



CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

## EXHIBIT A

**Class 5B Summary of the Voting Results
(Debtor-by-Debtor basis)**

**Exhibit A**
**Class 5B Summary of the Voting Results**
**(Debtor-by-Debtor basis)**

| Debtor Name | Case Number | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Members Abstained | Percentage of Members Accepted | Percentage of Members Rejected | Percentage of Members Abstained | Total Amount Voted | Amount Accepted | Amount Rejected | Amount Abstained | Percentage of Amount Accepted | Percentage of Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC Direct, Inc. | 15-11882 | 1 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| DC Shoes, Inc. | 15-11883 | 1 | 8 | 7 | 1 | 0 | 87.50% | 12.50% | 0.00% | $744,863.63 | $711,216.34 | $33,647.29 | $0.00 | 95.48% | 4.52% |
| Fidra, Inc. | 15-11884 | 1 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| Hawk Designs, Inc. | 15-11885 | 1 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| Mt. Waimea, Inc. | 15-11886 | 1 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| QS Optics, Inc. | 15-11887 | 1 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| QS Retail, Inc. | 15-11888 | 5 | 28 | 25 | 3 | 0 | 89.29% | 10.71% | 0.00% | $1,886,981.76 | $1,409,835.05 | $477,146.71 | $0.00 | 74.71% | 25.29% |
| QS Wholesale, Inc. | 15-11881 | 9 | 22 | 20 | 2 | 0 | 90.91% | 9.09% | 0.00% | $2,691,122.56 | $886,072.56 | $1,805,050.00 | $0.00 | 32.93% | 67.07% |
| Quiksilver Entertainment, Inc. | 15-11889 | 1 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| Quiksilver Wetsuits, Inc. | 15-11890 | 1 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| Quiksilver, Inc. | 15-11880 | 75 | 35 | 22 | 6 | 7 | 62.86% | 17.14% | 20.00% | $55,597,683.34 | $55,330,659.56 | $267,023.78 | $1,471,456.08 | 99.52% | 0.48% |

**<u>EXHIBIT B</u>**

**Class 5B Detail Ballot Report**
**(Debtor-by-Debtor basis)**

**Exhibit B**
**Class 5B Detail Ballot Report**
**(Debtor-by-Debtor basis)**

| Debtor Name | Ballot Number | Date Filed | Name | Class | Voting Amount | Vote |
|---|---|---|---|---|---|---|
| DC Shoes, Inc. | 71 | 12/31/2015 | Flexfit LLC | 5B - General Unsecured Claims | $562,185.66 | Accept |
| DC Shoes, Inc. | 30 | 12/22/2015 | G&S Realty 1, LLC | 5B - General Unsecured Claims | $33,647.29 | Reject |
| DC Shoes, Inc. | 119 | 1/11/2016 | International Sources Trading Ltd. | 5B - General Unsecured Claims | $123,295.69 | Accept |
| DC Shoes, Inc. | 38 | 12/24/2015 | JOSH KALIS | 5B - General Unsecured Claims | $2,666.67 | Accept |
| DC Shoes, Inc. | 118 | 1/11/2016 | LF Fashion Pte. Ltd. | 5B - General Unsecured Claims | $3,995.12 | Accept |
| DC Shoes, Inc. | 40 | 12/28/2015 | MIKE TAYLOR, INC. | 5B - General Unsecured Claims | $6,694.45 | Accept |
| DC Shoes, Inc. | 73 | 1/4/2016 | PHOENIX PDQ, INC. | 5B - General Unsecured Claims | $2,378.75 | Accept |
| DC Shoes, Inc. | 102 | 1/11/2016 | Roger Gengo | 5B - General Unsecured Claims | $10,000.00 | Accept |
| | | | | | | |
| QS Retail, Inc. | 25 | 12/21/2015 | All Waste, Incorporated | 5B - General Unsecured Claims | $306.38 | Accept |
| QS Retail, Inc. | 109 | 1/11/2016 | BROADWAY EXTERMINATING INC. | 5B - General Unsecured Claims | $131.88 | Accept |
| QS Retail, Inc. | 135 | 1/13/2016 | CP Deerfield, LLC, a Delaware Limited Liability Company | 5B - General Unsecured Claims | $183,644.37 | Accept |
| QS Retail, Inc. | 28 | 12/21/2015 | Craig Realty Group CITADEL, LLC | 5B - General Unsecured Claims | $53,925.80 | Accept |
| QS Retail, Inc. | 70 | 12/30/2015 | DAVID LIM | 5B - General Unsecured Claims | $37,441.32 | Accept |
| QS Retail, Inc. | 37 | 12/23/2015 | DIAMOND SPRINGS WATER INC | 5B - General Unsecured Claims | $174.22 | Accept |
| QS Retail, Inc. | 145 | 1/14/2016 | DISNEYLAND RESORT | 5B - General Unsecured Claims | $126,508.59 | Accept |
| QS Retail, Inc. | 149 | 1/14/2016 | Edwards Technologies Inc. | 5B - General Unsecured Claims | $29,838.33 | Accept |
| QS Retail, Inc. | 22 | 12/21/2015 | Forrest, Kristin | 5B - General Unsecured Claims | $1,195.03 | Accept |
| QS Retail, Inc. | 126 | 1/12/2016 | Freeform | 5B - General Unsecured Claims | $123,141.26 | Accept |
| QS Retail, Inc. | 148 | 1/14/2016 | Fresh Juice Global, LLC | 5B - General Unsecured Claims | $70,205.58 | Accept |
| QS Retail, Inc. | 113 | 1/11/2016 | KIALOA CANOE PADDLES, INC | 5B - General Unsecured Claims | $4,398.41 | Reject |
| QS Retail, Inc. | 130 | 1/12/2016 | Laguna Beach Center, LLC | 5B - General Unsecured Claims | $5,905.53 | Accept |
| QS Retail, Inc. | 85 | 1/7/2016 | MARK F. HANNA | 5B - General Unsecured Claims | $16,380.92 | Accept |
| QS Retail, Inc. | 21 | 12/21/2015 | Nielsen, Carol | 5B - General Unsecured Claims | $3,130.32 | Reject |
| QS Retail, Inc. | 10 | 12/21/2015 | Outlets at Traverse Mountain LLC | 5B - General Unsecured Claims | $10,368.02 | Accept |
| QS Retail, Inc. | 88 | 1/7/2016 | PESCHKE REALTY ASSOCIATES LLC | 5B - General Unsecured Claims | $31,625.00 | Accept |
| QS Retail, Inc. | 114 | 1/11/2016 | Peschke Realty Associates LLC | 5B - General Unsecured Claims | $431,498.42 | Accept |
| QS Retail, Inc. | 13 | 12/21/2015 | Prime Memory Solution Inc. | 5B - General Unsecured Claims | $6,229.10 | Accept |
| QS Retail, Inc. | 41 | 12/29/2015 | PUGET SOUND ENERGY | 5B - General Unsecured Claims | $66.52 | Accept |
| QS Retail, Inc. | 23 | 12/21/2015 | QUESTAR GAS | 5B - General Unsecured Claims | $77.63 | Accept |
| QS Retail, Inc. | 16 | 12/21/2015 | Sectran Security Inc | 5B - General Unsecured Claims | $735.22 | Accept |
| QS Retail, Inc. | 142 | 1/14/2016 | SENOR LOPEZ | 5B - General Unsecured Claims | $11,889.79 | Accept |
| QS Retail, Inc. | 81 | 1/4/2016 | South Coast Plaza | 5B - General Unsecured Claims | $469,617.98 | Reject |
| QS Retail, Inc. | 64 | 12/29/2015 | SOUTHWEST GAS CORPORATION | 5B - General Unsecured Claims | $54.26 | Accept |
| QS Retail, Inc. | 3 | 12/17/2015 | VAPUR, INC. | 5B - General Unsecured Claims | $1,738.78 | Accept |

**Exhibit B**
**Class 5B Detail Ballot Report**
**(Debtor-by-Debtor basis)**

| Debtor Name | Ballot Number | Date Filed | Name | Class | Voting Amount | Vote |
|---|---|---|---|---|---|---|
| QS Retail, Inc. | 139 | 1/14/2016 | Victoria Ward, Limited | 5B - General Unsecured Claims | $2,029.26 | Accept |
| QS Retail, Inc. | 12 | 12/21/2015 | Villa San Clemente, LLC | 5B - General Unsecured Claims | $264,723.84 | Accept |
| | | | | | | |
| QS Wholesale, Inc. | 33 | 12/22/2015 | Bay Shore Electric, Inc. | 5B - General Unsecured Claims | $36,587.92 | Accept |
| QS Wholesale, Inc. | 107 | 1/11/2016 | BEACH CITY LIFT, INC. | 5B - General Unsecured Claims | $133.31 | Accept |
| QS Wholesale, Inc. | 105 | 1/11/2016 | BUILT RITE FENCE COMPANY | 5B - General Unsecured Claims | $4,947.00 | Accept |
| QS Wholesale, Inc. | 128 | 1/12/2016 | CTC Asia Ltd | 5B - General Unsecured Claims | $114.70 | Accept |
| QS Wholesale, Inc. | 123 | 1/12/2016 | DOMEX CO. LTD | 5B - General Unsecured Claims | $175,331.30 | Accept |
| QS Wholesale, Inc. | 72 | 12/31/2015 | Flexfit LLC | 5B - General Unsecured Claims | $172,791.26 | Accept |
| QS Wholesale, Inc. | 127 | 1/12/2016 | Freeform | 5B - General Unsecured Claims | $36,932.17 | Accept |
| QS Wholesale, Inc. | 53 | 12/29/2015 | HIRERIGHT, INC | 5B - General Unsecured Claims | $844.66 | Accept |
| QS Wholesale, Inc. | 117 | 1/11/2016 | International Sources Trading Ltd. | 5B - General Unsecured Claims | $46,501.70 | Accept |
| QS Wholesale, Inc. | 6 | 12/18/2015 | Kim, James | 5B - General Unsecured Claims | $9,694.20 | Accept |
| QS Wholesale, Inc. | 7 | 12/18/2015 | KTS NETWORKS, INC. | 5B - General Unsecured Claims | $4,800.00 | Accept |
| QS Wholesale, Inc. | 129 | 1/12/2016 | LA LUMINARC INTERNATIONAL COMPANY LTD. | 5B - General Unsecured Claims | $330,660.11 | Accept |
| QS Wholesale, Inc. | 78 | 1/4/2016 | Ludwig, Gary | 5B - General Unsecured Claims | $9,364.07 | Accept |
| QS Wholesale, Inc. | 69 | 12/30/2015 | MADETOORDER, INC. | 5B - General Unsecured Claims | $1,449.45 | Accept |
| QS Wholesale, Inc. | 110 | 1/11/2016 | MOUSE GRAPHICS | 5B - General Unsecured Claims | $170.10 | Accept |
| QS Wholesale, Inc. | 131 | 1/12/2016 | Pacific (International) Leather Pro | 5B - General Unsecured Claims | $4,483.40 | Accept |
| QS Wholesale, Inc. | 141 | 1/14/2016 | PBM International, LLC | 5B - General Unsecured Claims | $1,800,000.00 | Reject |
| QS Wholesale, Inc. | 77 | 1/4/2016 | PHOENIX PDQ, INC. | 5B - General Unsecured Claims | $5,444.62 | Accept |
| QS Wholesale, Inc. | 63 | 12/29/2015 | RGA OFFICE OF ARCHITECTURAL DESIGN | 5B - General Unsecured Claims | $20.15 | Accept |
| QS Wholesale, Inc. | 111 | 1/11/2016 | SHELTON FIRE PROTECTION CO., INC | 5B - General Unsecured Claims | $5,050.00 | Reject |
| QS Wholesale, Inc. | 137 | 1/13/2016 | Top World (G C) Ltd | 5B - General Unsecured Claims | $7,494.15 | Accept |
| QS Wholesale, Inc. | 59 | 12/29/2015 | Tristar Uniform and Apparel LLC | 5B - General Unsecured Claims | $38,308.29 | Accept |
| | | | | | | |
| Quiksilver, Inc. | 49 | 12/29/2015 | Adobe Systems, Inc. | 5B - General Unsecured Claims | $30,502.56 | Accept |
| Quiksilver, Inc. | 104 | 1/11/2016 | Anthony V. Pinto a/k/as Antonio Vaz Pinto | 5B - General Unsecured Claims | $1.00 | Abstained |
| Quiksilver, Inc. | 57 | 12/29/2015 | Brinco Machanical Management Services, Inc. | 5B - General Unsecured Claims | $147,600.64 | Accept |
| Quiksilver, Inc. | 143 | 1/14/2016 | C&K Trading Co., Ltd. | 5B - General Unsecured Claims | $2,800,532.12 | Accept |
| Quiksilver, Inc. | 115 | 1/11/2016 | Christina Barco | 5B - General Unsecured Claims | $1.00 | Accept |
| Quiksilver, Inc. | 34 | 12/23/2015 | Clayton D. Blehm | 5B - General Unsecured Claims | $44,372,264.00 | Accept |
| Quiksilver, Inc. | 26 | 12/21/2015 | Clayton Williams | 5B - General Unsecured Claims | $3,597.00 | Accept |
| Quiksilver, Inc. | 44 | 12/29/2015 | D3 LED, LLC | 5B - General Unsecured Claims | $20,424.95 | Accept |
| Quiksilver, Inc. | 48 | 12/29/2015 | D3 LED, LLC | 5B - General Unsecured Claims | $4,084.99 | Accept |
| Quiksilver, Inc. | 54 | 12/29/2015 | Doug Haris | 5B - General Unsecured Claims | $490.00 | Reject |
| Quiksilver, Inc. | 46 | 12/29/2015 | Duane Morris LLP | 5B - General Unsecured Claims | $6,618.66 | Accept |
| Quiksilver, Inc. | 76 | 1/4/2016 | Duen Wong | 5B - General Unsecured Claims | $1.00 | Abstained |

**Exhibit B**
**Class 5B Detail Ballot Report**
**(Debtor-by-Debtor basis)**

| Debtor Name | Ballot Number | Date Filed | Name | Class | Voting Amount | Vote |
|---|---|---|---|---|---|---|
| Quiksilver, Inc. | 24 | 12/21/2015 | Dunbar Armored Inc. | 5B - General Unsecured Claims | $2,986.80 | Accept |
| Quiksilver, Inc. | 136 | 1/13/2016 | Elizabeth Dolan | 5B - General Unsecured Claims | $1.00 | Abstained |
| Quiksilver, Inc. | 147 | 1/14/2016 | Elizabeth J. Parkovich | 5B - General Unsecured Claims | $1.00 | Accept |
| Quiksilver, Inc. | 52 | 12/29/2015 | Fortress Group, LLC | 5B - General Unsecured Claims | $10,272.27 | Accept |
| Quiksilver, Inc. | 132 | 1/12/2016 | Google Inc. | 5B - General Unsecured Claims | $58,284.57 | Accept |
| Quiksilver, Inc. | 74 | 1/4/2016 | Hearst Magazines, A Division of Hearst Communications, Inc. | 5B - General Unsecured Claims | $45,000.00 | Accept |
| Quiksilver, Inc. | 4 | 12/17/2015 | Jeff Mattoon | 5B - General Unsecured Claims | $1.00 | Accept |
| Quiksilver, Inc. | 179 | 1/14/2016 | LAW OFFICE OF JULIE L. PLISINSKI | 5B - General Unsecured Claims | $7,410.00 | Reject |
| Quiksilver, Inc. | 146 | 1/14/2016 | Merry Link Development | 5B - General Unsecured Claims | $263,000.00 | Abstained |
| Quiksilver, Inc. | 138 | 1/13/2016 | Nyjah Huston | 5B - General Unsecured Claims | $96,666.67 | Reject |
| Quiksilver, Inc. | 133 | 1/13/2016 | OMelveny & Myers LLP | 5B - General Unsecured Claims | $1,205,450.51 | Abstained |
| Quiksilver, Inc. | 108 | 1/11/2016 | Patricia C. Gattino | 5B - General Unsecured Claims | $1.00 | Reject |
| Quiksilver, Inc. | 90 | 1/7/2016 | Peschke Realty Associates LLC | 5B - General Unsecured Claims | $3,949,009.54 | Accept |
| Quiksilver, Inc. | 150 | 1/14/2016 | Port Logistics Group | 5B - General Unsecured Claims | $1.00 | Accept |
| Quiksilver, Inc. | 87 | 1/7/2016 | Sacramento Municipal Utility District | 5B - General Unsecured Claims | $3,001.57 | Abstained |
| Quiksilver, Inc. | 144 | 1/14/2016 | Samil Tong Sang Co., Ltd. | 5B - General Unsecured Claims | $3,805,471.24 | Accept |
| Quiksilver, Inc. | 140 | 1/14/2016 | SPM Design, LLC | 5B - General Unsecured Claims | $162,455.11 | Reject |
| Quiksilver, Inc. | 112 | 1/11/2016 | Stephen Paul Jones | 5B - General Unsecured Claims | $1.00 | Reject |
| Quiksilver, Inc. | 27 | 12/21/2015 | Surf Technicians LLC | 5B - General Unsecured Claims | $3,689.64 | Accept |
| Quiksilver, Inc. | 103 | 1/11/2016 | Thomas E. Hartge | 5B - General Unsecured Claims | $1.00 | Abstained |
| Quiksilver, Inc. | 83 | 1/7/2016 | Travis Thompson Farms | 5B - General Unsecured Claims | $15,200.00 | Accept |
| Quiksilver, Inc. | 50 | 12/29/2015 | Xerox Corp. | 5B - General Unsecured Claims | $4,844.05 | Accept |
| Quiksilver, Inc. | 116 | 1/11/2016 | XPO Logistics | 5B - General Unsecured Claims | $50,272.53 | Accept |

## <u>EXHIBIT C</u>

**Unacceptable Ballot Report**

**Exhibit C**
**Class 5B Unacceptable Ballot Report**
**(Debtor-by-Debtor basis)**

| Debtor Name | Ballot Number | Date Filed | Name | Class | Voting Amount | Vote | Reason Unacceptable |
|---|---|---|---|---|---|---|---|
| DC Direct, Inc. | 95 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| DC Shoes, Inc. | 100 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| Fidra, Inc. | 120 | 1/12/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| Hawk Designs, Inc. | 99 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| Mt. Waimea, Inc. | 92 | 1/4/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| QS Optics, Inc. | 97 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| QS Retail, Inc. | 187 | 1/19/2016 | ABW 2181 HOLDINGS, LLC | 5B - General Unsecured Claims | $209,062.62 | Accept | Late Filed |
| QS Retail, Inc. | 185 | 1/19/2016 | ABW Holdings, LLC | 5B - General Unsecured Claims | $6,737.14 | Accept | Late Filed |
| QS Retail, Inc. | 178 | 1/14/2016 | CARVER INTERNATIONAL INC. | 5B - General Unsecured Claims | $10,192.74 | Reject | Late Filed |
| QS Retail, Inc. | 186 | 1/19/2016 | OUTRIGGER HOTELS HAWAII | 5B - General Unsecured Claims | $85,053.63 | Accept | Late Filed |
| QS Retail, Inc. | 98 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| QS Wholesale, Inc. | 177 | 1/14/2016 | ASMARA INTERNATIONAL LTD | 5B - General Unsecured Claims | $6,463.21 | Accept | Late Filed |
| QS Wholesale, Inc. | 180 | 1/15/2016 | BRADFORD W. HARRELL | 5B - General Unsecured Claims | $9,333.57 | Abstained | Late Filed |
| QS Wholesale, Inc. | 121 | 1/12/2016 | Focus H.K. Company Limited | 5B - General Unsecured Claims | $21,621.66 | Accept | Subject to Pending Objection |
| QS Wholesale, Inc. | 122 | 1/12/2016 | Focus H.K. Company Limited | 5B - General Unsecured Claims | $10,087.20 | Accept | Subject to Pending Objection |
| QS Wholesale, Inc. | 188 | 1/19/2016 | METRIC MODELS | 5B - General Unsecured Claims | $1,200.00 | Accept | Late Filed |
| QS Wholesale, Inc. | 134 | 1/13/2016 | OMelveny & Myers LLP | 5B - General Unsecured Claims | $1,059,399.48 | Abstained | Subject to Pending Objection |
| QS Wholesale, Inc. | 94 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| QS Wholesale, Inc. | 189 | 1/19/2016 | Samis Foundation | 5B - General Unsecured Claims | $2,763.16 | Accept | Late Filed |
| QS Wholesale, Inc. | 182 | 1/15/2016 | SAMIS LAND COMPANY | 5B - General Unsecured Claims | $400.00 | Accept | Late Filed |
| Quiksilver Entertainment, Inc. | 101 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| Quiksilver Wetsuits, Inc. | 96 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| Quiksilver, Inc. | 35 | 12/23/2015 | Alan Janc | 5B - General Unsecured Claims | $850.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 174 | 1/14/2016 | Alan Vickers | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 19 | 12/21/2015 | Allan M. Rose | 5B - General Unsecured Claims | $8,000.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 154 | 1/14/2016 | Anda Druva | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 165 | 1/14/2016 | Andrew P. Mooney | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 190 | 1/19/2016 | Anitha Kellampalli | 5B - General Unsecured Claims | $3,639.67 | Accept | Late Filed |
| Quiksilver, Inc. | 56 | 12/29/2015 | Barbara Kessler | 5B - General Unsecured Claims | $1,614.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 152 | 1/14/2016 | Brad Holman | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 67 | 12/30/2015 | Brian McEvilly | 5B - General Unsecured Claims | $52,885.00 | Accept | Subject to Pending Objection |

**Exhibit C**
**Class 5B Unacceptable Ballot Report**
**(Debtor-by-Debtor basis)**

| Debtor Name | Ballot Number | Date Filed | Name | Class | Voting Amount | Vote | Reason Unacceptable |
|---|---|---|---|---|---|---|---|
| Quiksilver, Inc. | 166 | 1/14/2016 | Carol Nielsen | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 17 | 12/21/2015 | Charles E. Travis | 5B - General Unsecured Claims | $10,891.24 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 170 | 1/14/2016 | Chris Schreiber | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 168 | 1/14/2016 | Christina Rice | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 8 | 12/18/2015 | Clenric Guy Hancock | 5B - General Unsecured Claims | $2,011.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 60 | 12/29/2015 | Cole Waidley | 5B - General Unsecured Claims | $500.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 43 | 12/29/2015 | Dawn E. Appel | 5B - General Unsecured Claims | $5,152.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 181 | 1/15/2016 | Elyse Spielberg | 5B - General Unsecured Claims | $136.50 | Accept | Late Filed |
| Quiksilver, Inc. | 184 | 1/15/2016 | Erin Pashley | 5B - General Unsecured Claims | $18,089.00 | Accept | Late Filed |
| Quiksilver, Inc. | 31 | 12/22/2015 | G&S Realty 1, LLC | 5B - General Unsecured Claims | $33,647.29 | Reject | Subject to Pending Objection |
| Quiksilver, Inc. | 84 | 1/7/2016 | Gary M and Karin K Gunther Revocab Living Trust | 5B - General Unsecured Claims | $2,759.90 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 124 | 1/12/2016 | Hank Thurston | 5B - General Unsecured Claims | $8,017.52 | Reject | Subject to Pending Objection |
| Quiksilver, Inc. | 183 | 1/15/2016 | Helen Ball & Marc Goldberg JT TEN | 5B - General Unsecured Claims | $1.00 | Accept | Late Filed |
| Quiksilver, Inc. | 42 | 12/29/2015 | Henry Lewis Cobbs | 5B - General Unsecured Claims | $320.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 32 | 12/22/2015 | Hui-Wen Hsu | 5B - General Unsecured Claims | $1,305.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 61 | 12/29/2015 | Jaime Carazo | 5B - General Unsecured Claims | $3,908.67 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 82 | 1/4/2016 | James Rubel | 5B - General Unsecured Claims | $69.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 62 | 12/29/2015 | Jason Richard Brodbeck | 5B - General Unsecured Claims | $1,820.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 162 | 1/14/2016 | Jennifer Kutsch | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 167 | 1/14/2016 | Joe ONeil | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 125 | 1/12/2016 | Joerg Fischer-Felsberg | 5B - General Unsecured Claims | $5,400.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 158 | 1/14/2016 | John Graham | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 106 | 1/11/2016 | Jonathan A. Babilonia | 5B - General Unsecured Claims | $2,500.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 14 | 12/21/2015 | Joshua Williams | 5B - General Unsecured Claims | $50.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 79 | 1/4/2016 | Karen K. Akers | 5B - General Unsecured Claims | $9,299.04 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 159 | 1/14/2016 | Kelley C. Graham | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 161 | 1/14/2016 | Kelly Ketner | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 164 | 1/14/2016 | Kerstin N. Mazzone | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 2 | 12/17/2015 | Kristena Petty Cust FBO Shelby Lynn Petty | 5B - General Unsecured Claims | $641.15 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 160 | 1/14/2016 | Kristina Kastelan | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 171 | 1/14/2016 | Lance Stern | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 80 | 1/4/2016 | Laurel DeCiucies | 5B - General Unsecured Claims | $1,674.95 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 39 | 12/24/2015 | Laurie D. Norton & Robert J. Norton | 5B - General Unsecured Claims | $2,711.85 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 151 | 1/14/2016 | Liam Devoy | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 91 | 1/8/2016 | Ligia Lizette Pinate | 5B - General Unsecured Claims | $15,000.00 | Accept | Subject to Pending Objection |

In re Quiksilver, Inc., et al.
Case No. 15-11880 (BLS)

Page 2 of 3

**Exhibit C**
**Class 5B Unacceptable Ballot Report**
**(Debtor-by-Debtor basis)**

| Debtor Name | Ballot Number | Date Filed | Name | Class | Voting Amount | Vote | Reason Unacceptable |
|---|---|---|---|---|---|---|---|
| Quiksilver, Inc. | 51 | 12/29/2015 | Lucy Cobbs | 5B - General Unsecured Claims | $466.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 65 | 12/30/2015 | Marie Cassano | 5B - General Unsecured Claims | $522.19 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 68 | 12/30/2015 | Mark A. Burris | 5B - General Unsecured Claims | $4,993.20 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 45 | 12/29/2015 | Mark W. Hoffman | 5B - General Unsecured Claims | $615.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 75 | 1/4/2016 | Marty Caliva | 5B - General Unsecured Claims | $284.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 9 | 12/21/2015 | Michael J. Miela | 5B - General Unsecured Claims | $6,866.10 | Reject | Subject to Pending Objection |
| Quiksilver, Inc. | 18 | 12/21/2015 | Michael Saghera | 5B - General Unsecured Claims | $5,761.45 | Reject | Subject to Pending Objection |
| Quiksilver, Inc. | 5 | 12/18/2015 | Mikako Hirose | 5B - General Unsecured Claims | $2,700.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 169 | 1/14/2016 | Natalie Rigolet | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 153 | 1/14/2016 | Nicholas Drake | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 176 | 1/14/2016 | Oberschelp, Robert | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 157 | 1/14/2016 | Pamela Gobright | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 58 | 12/29/2015 | Ramsey N. Aswad | 5B - General Unsecured Claims | $6,747.56 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 93 | 1/11/2016 | Ramsey Slim | 5B - General Unsecured Claims | $17,914.00 | Reject | Subject to Pending Objection |
| Quiksilver, Inc. | 173 | 1/14/2016 | Roberta Turchi | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 15 | 12/21/2015 | Ronald Sandoval | 5B - General Unsecured Claims | $2,494.86 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 47 | 12/29/2015 | Ryan Bostrom | 5B - General Unsecured Claims | $500.50 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 156 | 1/14/2016 | Scott Fullerton | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 11 | 12/21/2015 | Stephen Puglisi | 5B - General Unsecured Claims | $39,123.53 | Reject | Subject to Pending Objection |
| Quiksilver, Inc. | 155 | 1/14/2016 | Steve Finney | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 172 | 1/14/2016 | Steve Swokowski | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 55 | 12/29/2015 | Stuart A Kessler | 5B - General Unsecured Claims | $5,203.90 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 86 | 1/7/2016 | The Carr Survivors Trust A | 5B - General Unsecured Claims | $348.75 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 89 | 1/7/2016 | The Stambuk Family Trust, 03/25/1994 | 5B - General Unsecured Claims | $2,005.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 175 | 1/14/2016 | Thomas Webster | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 163 | 1/14/2016 | Viki Love | 5B - General Unsecured Claims | $0.00 | Reject | Not Entitled to Vote |
| Quiksilver, Inc. | 1 | 12/16/2015 | Vincent J. Mattera | 5B - General Unsecured Claims | $185.65 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 66 | 12/30/2015 | Vito Cassano | 5B - General Unsecured Claims | $999.90 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 20 | 12/21/2015 | William J. Wigmore, Paula J. Wigmore | 5B - General Unsecured Claims | $1,330.00 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 36 | 12/23/2015 | William Robert Westphal | 5B - General Unsecured Claims | $839.66 | Accept | Subject to Pending Objection |
| Quiksilver, Inc. | 29 | 12/21/2015 | Zachary Rome | 5B - General Unsecured Claims | $429.03 | Accept | Subject to Pending Objection |