IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x

In re:                                : Chapter 11

QUIKSILVER, INC., *et al.*,           : Case No. 15-11880 (BLS)

              Debtors.[1]      : Jointly Administered

------------------------------x

## DECLARATION OF PETER WALSH REGARDING SUBSCRIPTION TO RIGHTS OFFERINGS AS SET FORTH IN THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION

1.    I, Peter Walsh, hereby declare that the following is true to the best of my knowledge, information, and belief:[2] I am over the age of 18 and competent to testify and make this declaration (this "Declaration"). I am an employee of Kurtzman Carson Consultants LLC ("KCC"), the court-approved notice and claims agent and administrative advisor in the above-captioned chapter 11 cases. Pursuant to the *Order (A) Approving the Adequacy of the Debtors' Disclosure Statement, (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto* [Docket No. 529] (the "Disclosure Statement Order") and *Order Authorizing*

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* [Docket No. 532] (as the same may be amended from time to time, the "Plan").

*and Approving (I)(A) Entry into the Backstop Commitment Letter and (B) Payment of Related Fees and (II) the Rights Offering Procedures and Related Forms* [Docket No. 530] (the "Rights Offering Order") that, among other things, approved the procedures (the "Rights Offering Procedures") and the forms related hereto (the "Rights Offering Materials") for the conduct of, and participation in, the Rights Offerings. KCC was appointed as the Subscription Agent to assist the Debtors in connection with, *inter alia*, soliciting, receiving, and tabulating the results of the Rights Offerings.

2. In accordance with the Rights Offerings contemplated in the Plan and Rights Offering Procedures, each Eligible Secured Notes Offeree and Eligible Unsecured Notes Offeree, or a Transferee thereof, as of the Rights Offering Record Date (i.e. December 1, 2015), (each, a "Rights Offering Participant") was given the opportunity to participate in the Rights Offerings, subject to certain conditions and as more fully described in the Rights Offering Procedures. Participation in the Rights Offers was voluntary and limited to Rights Offering Participants.

3. KCC was instructed to receive, review, and tabulate the Subscription Forms submitted by the Rights Offering Participants in the Rights Offerings, all as contemplated in the Rights Offering Procedures.

4. In accordance with the Rights Offering Procedures, KCC provided the Rights Offering Participants with Subscription Forms and Rights Offering Materials. KCC's *Affidavit of Service of Peter Walsh* was filed with this Court on January 21, 2016 [Docket No. 693].

5. Subscription Forms returned by mail, hand delivery, or overnight courier were received by personnel of KCC at its offices in New York, New York. All Subscription Forms received by KCC were date-stamped upon receipt and were processed in accordance with the

Rights Offering Procedures. For a Subscription Form to be counted, it must have been properly completed in accordance with the Rights Offering Procedures and executed by the relevant Rights Offering Participant or such Rights Offering Participant's authorized representative, and received by KCC by 4:00 p.m. (prevailing Eastern Time) on January 14, 2016 (the "Subscription Deadline").

6. Pursuant to the Rights Offering Procedures, Rights Offering Participants that exercised their Rights in conformity with the Rights Offering Procedures have deposited the appropriate funds in one or more Subscription Accounts maintained by KCC.

7. All validly competed Subscription Forms submitted by Rights Offering Participants received by KCC on or before the Subscription Deadline have been tabulated, the results of which are as set forth in **Exhibit A** hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 25, 2016

Peter Walsh
Kurtzman Carson Consultants LLC

ERIKA HERNANDEZ
Notary Public - State of New York
NO. 01HE6287212   01/25/16
Qualified in Bronx County
My Commission Expires Aug 5, 2017

## Exhibit A

## Rights Offerings Results

**QUIKSILVER INC.**
**RIGHTS OFFER TOTALS**

| | EXIT RIGHTS OFFERING | | EURO NOTES RIGHTS OFFERING | |
|---|---|---|---|---|
| Notes | Exit Offering Subscribed Amount | Exit Offering Funding Received | Euro Offering Subscribed Amount | Euro Offering Funding Received |
| Secured | $14,087,500.00 | $14,087,500.00 | € 2,926,428.57 | € 2,926,428.57 |
| Unsecured | $527,722.22 | $527,722.22 | NA | NA |
| **TOTALS:** | $14,615,222.22 | $14,615,222.22 | € 2,926,428.57 | € 2,926,428.57 |