**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                       Debtors.[1]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 15-11880 (BLS)

Jointly Administered

**Related Docket No. 711**

**DECLARATION OF ANDREW BRUENJES IN SUPPORT OF CONFIRMATION OF
THE PLAN OF REORGANIZATION OF THE DEBTORS**

I, Andrew Bruenjes, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I am the Chief Financial Officer of the Americas Division of Quiksilver, Inc. ("ZQK"), the ultimate parent of the other debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and certain other affiliates of the Debtors (the "Non-Debtor Affiliates" and, together with the Debtors, "Quiksilver" or the "Company"). I submit this declaration in support of Confirmation of the Plan of Reorganization of the Debtors (as it may be further amended, supplemented, or otherwise modified, the "Plan"), pursuant to section 1129 of title 11 of the United States Code (the "Bankruptcy Code"). Capitalized terms not otherwise defined herein have the meanings given to them in the Plan and the Debtors' Memorandum of Law (i) in Support of Confirmation of the Plan of Reorganization of the Debtors and (ii) in Response to the Objections Thereto (the "Memorandum").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2. I have been a member of the Quiksilver team for over 12 years, starting as controller for the Asia Pacific region ("APAC") region in 2002. I later served as Finance Director and then CFO of the APAC region. Earlier this year, I was appointed CFO of the Americas region. As a result of my extensive tenure with the Company, my review of relevant documents, and my discussions with other members of the Debtors' management teams in the ordinary course of business, I am familiar with the Debtors' day-to-day operations, business affairs, and books and records. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto. Except as otherwise stated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management, my review of relevant documents, or my opinion, based on my experience and knowledge of the Debtors' operations and financial conditions. In making this Declaration, I have relied in part on information and materials that the Debtors' personnel and advisors have gathered, prepared, verified, and provided to me, in each case under my ultimate supervision, at my direction, and for my use in preparing this Declaration.

3. Following the commencement of the Debtors' chapter 11 cases, the Company's management team undertook the process of developing a comprehensive business plan for fiscal years 2016 through 2018. I was an active participant in the process of developing the business plan, particularly with respect to the Americas business segment. The management team worked with its advisors, including FTI Consulting, Inc., to develop the business plan, and developed the business plan in good faith and based upon certain estimates and assumptions.

4. An initial draft business plan was presented to ZQK's board of directors on October 3, 2015 by the senior management team. Following a review of the draft and

questions from directors, the management team further revised the business plan and presented a revised draft to ZQK's board of directors on October 11, 2015. The board of directors of ZQK approved the draft business plan (the "Business Plan") as presented during the October 11, 2015 board meeting. The Business Plan includes, among other things, plan assumptions, income statements, consolidated balance sheets, and other financial metrics. Copies of the Business Plan were distributed to the plan sponsor and the Official Committee of Unsecured Creditors, and were also made available to potential interested bidders through the data room maintained by the Debtors' advisors.

5. Following approval of the Business Plan by the board of directors, the Debtors worked with FTI and other advisors to utilize the information presented in the Business Plan to populate the financial projections which form an exhibit to the Debtors' Disclosure Statement (the "Financial Projections"). The Financial Projections support the feasibility of the Debtors' Plan, and are based upon estimates and assumptions which are considered reasonable by myself and other members of the Company's senior management team. Both the Business Plan and the Financial Projections reflect the business judgment of the Debtors' management team, based upon the assumptions and methodology stated in the Financial Projections and specifically the explanatory notes thereto. It is my understanding that the Liquidation Analysis, the Valuation Analysis, and the Valuation Reports are based upon the Financial Projections, as well as other relevant sources of information as set forth in such analyses and reports in greater detail.

6. Finally, the Debtors are retaining avoidance actions, including potential avoidance actions against vendors and other contract counterparties. It is my understanding that the plan sponsor has requested that such avoidance actions be retained, and the retention of such

avoidance actions will ensure that the reorganized company continues to have strong relationships with its vendor base. These relationships are critical to the reorganized company's ongoing business.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

5

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   January 25, 2016
         Huntington Beach, California

                              By:    */s/ Andrew Bruenjes*
                                     Name: Andrew Bruenjes
                                     Title: Americas Chief Financial Officer