**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :    Chapter 11
In re:                                                        :
                                                              :    Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,                                   :
                                                              :    Jointly Administered
                                    Debtors.[1]               :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 27, 2016 AT 9:30 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be heard before the Honorable Chief
Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy
Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington,
Delaware, on January 27, 2016 beginning at 9:30 a.m. (Eastern).

**I.    MATTERS GOING FORWARD**

1.    **DIMINUTION IN VALUE MOTION:** Motion Of Oaktree Capital Management For
        Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes
        Parties Collateral, And (II) Granting Related Relief [SEALED] (Docket No. 599)
        (Date Filed: 12/29/15)

        Related
        Documents:

        a.    Notice Of Filing Of Corrected Appendix To Exhibit B To Motion Of Oaktree
                Capital Management For Entry Of An Order (I) Determining The Diminution In
                Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief
                [SEALED] (Docket No. 616) (Date Filed: 1/5/16)

        Objection
        Deadline:        January 14, 2016 at 4:00 p.m. (Eastern)

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
        Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
        (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
        Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors'
        corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Objections/
Responses
Filed:

a.      Objection Of The Official Committee Of Unsecured Creditors To Motion Of
        Oaktree Capital Management [SEALED] (Docket No. 664) (Date Filed: 1/14/16)

b.      Reply In Support Of Motion Of Oaktree Capital Management For Entry Of An
        Order (I) Determining The Diminution In Value Of The Secured Notes Parties'
        Collateral, And (II) Granting Related Relief [SEALED] (Docket No. 692)
        (Date Filed: 1/20/16)

Status:         This matter is going forward.

2.      **OAKTREE FILE UNDER SEAL MOTION:** Motion Of Oaktree Capital Management
        To File Under Seal The Reply In Support Of Motion Of Oaktree Capital Management
        For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes
        Parties' Collateral, And (II) Granting Related Relief (Docket No. 698)
        (Date Filed: 1/20/16)

Related
Documents:

a.      Reply In Support Of Motion Of Oaktree Capital Management For Entry Of An
        Order (I) Determining The Diminution In Value Of The Secured Notes Parties'
        Collateral, And (II) Granting Related Relief [SEALED] (Docket No. 692)
        (Date Filed: 1/20/16)

b.      Order Shortening Notice Of The Motion To File Under Seal The Reply
        (Docket 702) (Date Filed: 1/21/16)

Objection
Deadline:       January 26, 2016 at 12:00 p.m. (Eastern)

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

3.      **EXCEED THE PAGE LIMITATION MOTION:** Debtors' Motion For Order
        Authorizing The Debtors To Exceed The Page Limitation For The Debtors'
        Memorandum Of Law (I) In Support Of Confirmation Of The Plan Of Reorganization Of
        The Debtors And (II) In Response To Objections Thereto (Docket No. 712)
        (Date Filed: 1/25/16)

Related
Documents:

a.      Memorandum Of Law (I) In Support Of Confirmation Of The Plan Of
        Reorganization Of The Debtors And (II) In Response To Objections Thereto
        (Docket No. 711) (Date Filed: 1/25/16)

b.      Proposed Form of Order

Objection
Deadline:       N/A

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

4.      **DEBTORS' FILE UNDER SEAL MOTION:** Debtors' Motion For Order Under
        Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, And Local Bankruptcy Rule
        9018-1(b) Authorizing The Debtors To File Under Seal Certain Exhibits To The
        Declaration Of Durc A. Savini In Support Of Confirmation Of The Plan Of
        Reorganization Of The Debtors (Docket No. 716) (Date Filed: 1/25/16)

Related
Documents:

a.      Declaration Of Durc A. Savini In Support Of Confirmation Of The Plan Of
        Reorganization Of The Debtors [SEALED] (Docket No. 713) (Date Filed:
        1/25/16)

b.      Proposed Form of Order

Objection
Deadline:       N/A

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

## II.    CONFIRMATION MATTERS

5.    **SECOND AMENDED PLAN:** Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 532) (Date Filed: 12/4/15)

Related Documents:

a.    Order (A) Approving The Adequacy Of The Debtors Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtors Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto (Docket No. 529) (Date Filed: 12/4/15)

b.    Notice Of (A) Approval Of Adequacy Of Disclosure Statement, (B) Solicitation And Notice Procedures, (C) Objection And Voting Deadlines, And (D) The Hearing To Confirm The Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 534) (Date Filed: 12/4/15)

c.    Affidavit Of Publication (Docket No. 577) (Date Filed: 12/17/15)

d.    Plan Supplement With Respect To The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 625) (Date Filed: 1/7/16)

e.    Declaration Of Michael J. Hill Regarding Analysis Of Ballots For Accepting Or Rejecting Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 709) (Date Filed: 1/25/16)

f.    Declaration Of Peter Walsh Regarding Subscription To Rights Offerings As Set Forth In The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 710) (Date Filed: 1/25/16)

g.    Debtors' Memorandum Of Law (I) In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors And (II) In Response To Objections Thereto (Docket No. 711) (Date Filed: 1/25/16)

h.    Declaration Of Stephen Coulombe, Chief Restructuring Officer Of The Debtors, In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors (Docket No. 713) (Date Filed: 1/25/16)

i.    Declaration Of Andrew Bruenjes In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors (Docket No. 714) (Date Filed: 1/25/16)

j.      Declaration Of Durc A. Savini In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors [SEALED] (Docket No. 715) (Date Filed: 1/25/16)

k.      Notice Of Filing Of Proposed Findings Of Fact, Conclusions Of Law And Order Confirming Plan Of Reorganization Of The Debtors (Docket No. 717) (Date Filed: 1/25/16)

Objection
Deadline:       January 14, 2016 at 4:00 p.m. (Eastern), extended until January 15, 2015 for the Office of the United States Trustee and extended until January 20, 2016 for Robert Delong Touring, Inc. f/s/o Robert Delong, GGP Limited Partnership, Federal Realty Investment Trust, The Macerich Company, Boulevard Invest, LLC, Regency Centers, Rouse Properties, Turnberry Associates, Jones Lang LaSalle, Heitman, and HP Investors.

Objections/Responses Filed:

a.      Oracle America, Inc.'s Limited Objection And Reservation Of Rights Regarding (I) Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors-In-Possession; And (2) Notice Of Filing Of Plan Supplement Filed With Respect To Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors-In-Possession (Docket No. 652) (Date Filed: 1/14/16)

b.      Texas Comptroller Of Public Accounts Objection to Confirmation Of Plan Of Reorganization (Docket No. 656) (Date Filed: 1/14/16)

c.      Former Employees' Limited Objection To Confirmation Of Plan Of Reorganization (Docket No. 657) (Date Filed: 1/14/16)

        Related Documents:

        i.      Declaration Of Nicholas Drake In Support Of Limited Objection To Confirmation Of Second Plan Of Reorganization (Docket No. 658) (Date Filed: 1/14/16)

        ii.     Declaration Of Blake J. Lindemann In Support Of Limited Objection To Confirmation Of Second Plan Of Reorganization (Docket No. 659) (Date Filed: 1/14/16)

d.      Official Committee Of Unsecured Creditors' Objection To Second Amended Joint Chapter 11 Plan Of Reorganization [SEALED] (Docket No. 661) (Date Filed: 1/14/16)

e.     United States Trustee' Objection to Confirmation Of Plan Of Reorganization (Docket No. 667) (Date Filed: 1/15/16)

Status:        This matter is going forward.

Dated:   Wilmington, Delaware
         January 25, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*