IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.                                       :
                                                               :   (Jointly Administered)
        Debtors.[1]                                            :
                                                               :   Obj. Deadline: March 2, 2016 at 4:00 p.m.
                                                               :   Hearing Date: March 9, 2016 at 9:30 a.m.
---------------------------------------------------------------x

**NOTICE OF MOTION OF FORMER EMPLOYEES FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM
PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

**PLEASE TAKE NOTICE THAT**, on January 25, 2016, Nicholas Drake, Christina G. Rice, Liam Devoy, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, Brad Holman, Kristina Kastelan, Kelley Ketner, Jennifer Kutsch, Viki Love, Kerstin N. Mazzone, Andrew P. Mooney, Carol Nielsen, Robert Oberschelp, Joe O'Neil, Natalie Rigolet, Chris Schreiber, Lance Stern, Steve Swokowski, Roberta Turchi, Alan Vickers, and Thomas Webster, on their own behalf and on behalf of all similarly-situated terminated former employees ("**Former Employees**") of the above-captioned debtors, Quiksilver, Inc. and its affiliated debtors and debtors in possession (the "**Debtors**"), by and through their undersigned counsel, filed their motion ("**Motion**") for the entry of an order pursuant to 11 U.S.C. § 503(b)(1)(A) allowing their administrative expense priority claim against the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT**, any objections or other responses to

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc.(1121), Mt. Waimea Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).

the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 2, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be actually received no later than the Objection Deadline by the undersigned counsel to Former Employees.

**PLEASE TAKE FURTHER NOTICE THAT**, a hearing to consider the Motion is scheduled to be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801 on **March 9, 2016 at 9:30 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: January 25, 2016

GELLERT SCALI BUSENKELL & BROWN, LLC

_____
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5812
Email: mbusenkell@gsbblaw.com

-and-

Blake J. Lindemann – Cal. Bar #255747
  (*admitted pro hac vice*)
Lindemann Law Firm
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: 310-279-5269
Facsimile: 310-300-0267
E-mail: blake@lawbl.com

2

-and-

Daren M. Schlecter – Cal. Bar #259537
  (*admitted pro hac vice*)
Law Office of Daren M. Schlecter, A Prof. Corp.
1925 Century Park East, Suite 830
Los Angeles, CA 90067
Telephone: 310-553-5747
Facsimile:  310-553-5487
E-mail:     daren@schlecterlaw.com