IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:                       Chapter 11
In re:                                              :
:                       Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*                 :
:                       (Jointly Administered)
Debtors.[1]                   :
:
:
---------------------------------------------------------------x

**DECLARATION OF BLAKE J. LINDEMANN IN SUPPORT OF FORMER EMPLOYEES REQUEST FOR ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

I, Blake J. Lindemann, hereby declare under penalty of perjury under the Laws of the United States that the following is true to the best of my knowledge, information and belief:

1. My firm, Lindemann Law Firm and the Law Offices of Daren Schlecter, have been retained by the following Former Employees of the Debtors, including Nicholas Drake, Christina G. Rice, Liam Devoy, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, Brad Holman, Kristina Kastelan, Kelley Ketner, Jennifer Kutsch, Viki Love, Kerstin N. Mazzone, Andrew P. Mooney, Carol Nielsen, Robert Oberschelp, Joe O'Neil, Natalie Rigolet, Chris Schreiber, Lance Stern, Steve Swokowski, Roberta Turchi, Alan Vickers, and Thomas Webster ("Represented Former Employees").

2. On behalf of the Represented Former Employees, we filed precautionary proofs of claim and herein submit Represented Former Employees' Administrative Claim.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).

1

3. The minimum administrative claim the Represented Former Employees assert is as follows:

| | |
|---|---:|
| Devoy, Liam | 323,338.24 |
| Drake, Nicholas | 354,166.70 |
| Druva, Anda | 131,381 |
| Finney, Steve | 296,071.42 |
| Fullerton, Scott | 175,000.05 |
| Gobright, Pamela | 120,858.34 |
| Graham, John | 307,666.70 |
| Graham, Kelley C. | 81,784.84 |
| Holman, Brad | 72,916.67 |
| Kastelan, Kristina | 181,775.00 |
| Ketner, Kelly | 138,465.34 |
| Kursch, Jennifer | 33,750.00 |
| Love, Viki | 93,678.10 |
| Mazzone, Kerstin N. | 314,749.95 |
| Mooney, Andrew P. | 2,296,066.52 |
| Nielsen, Carol | 93,451.26 |
| Oberschelp, Robert | 315,841.16 |
| O'Neil, Joe | 187,500.00 |
| Rice, Christina | 71,829.65 |
| Rigolet, Natalie | 216,474.00 |
| Schreiber, Chris | 352,641.98 |
| Stern, Lance | 17,293.77 |
| Swokowski, Steve | 250,000.00 |
| Turchi, Roberta | 178,162.76 |
| Vickers, Alan | 562,499.91 |
| Webster, Thomas | 124,583.29 |
| **Total** | **7,291,946.65** |

4. The amounts set forth herein are more specifically set forth in the precautionary proofs of claim filed on November 23, 2015.

BY: _____

BLAKE J. LINDEMANN

2