## CERTIFICATE OF SERVICE

I, Michael Busenkell, Esquire, hereby certify that on January 25, 2016, I caused a true and correct copy of the *Motion of Former Employees for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* to be served via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed on the attached Service List.

Dated: January 25, 2016

Michael Busenkell (No. 3933)