## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
: Case No. 15-11880 (BLS)
: Jointly Administered

### NOTICE OF RESCHEDULED HEARING DATE AND TIME

PLEASE TAKE NOTICE that the hearing previously scheduled for January 27, 2016 at 9:30 a.m. (Eastern) in the above-captioned bankruptcy case has been rescheduled at the direction of the Court to **January 28, 2016 at 11:00 a.m. (Eastern)** before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware.

PLEASE TAKE FURTHER NOTICE that all matters previously scheduled for hearing on January 27, 2016 at 9:30 a.m. are now scheduled to be heard on **January 28, 2016 at 11:00 a.m. (Eastern)**

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:   Wilmington, Delaware
            January 26, 2016

                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                    /s/ Van C. Durrer, II
                    Van C. Durrer, II (I.D. No. 3827)
                    Annie Z. Li
                    300 South Grand Avenue, Suite 3400
                    Los Angeles, California 90071
                    Telephone: (213) 687-5000
                    Fax: (213) 687-5600

                    - and -

                    Mark S. Chehi, Esq. (I.D. No. 2855)
                    One Rodney Square
                    P.O. Box 636
                    Wilmington, Delaware 19899-0636
                    Telephone: (302) 651-3000
                    Fax: (302) 651-3001

                    - and -

                    John K. Lyons
                    Jessica S. Kumar
                    155 N. Wacker Dr.
                    Chicago, Illinois 60606
                    Telephone: (312) 407-0700
                    Fax: (312) 407-0411

                    *Counsel for Debtors and Debtors in Possession*

2