IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | | **Re: Docket No.: 604** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH DEBTORS' SECOND OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1, TO (I) DUPLICATE CLAIMS FILED AGAINST DIFFERENT DEBTORS AND (II) DUPLICATE DEBT CLAIMS (SUBSTANTIVE)**

**PLEASE TAKE NOTICE** that on January 27, 2016, Quiksilver, Inc., and certain of its affiliated debtors and debtors in possession in the above-captioned cases (the "Debtors"), in accordance with Local Rule 3007-1(e)(iv), submitted certain proofs of claim (the "Claims") that are the subject of the *Debtors' Second Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims Filed Against Different Debtors and (II) Duplicate Debt Claims (Substantive)* (the "Second Omnibus Objection") [Docket No. 604] filed on December 30, 2015, which is scheduled for hearing on February 10, 2016, at 11:30 a.m., Eastern Time.

The proofs of claim that are required to be delivered to Chambers pursuant to Del.Bankr.LR 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

attachments) together with a copy of the Second Omnibus Objection. Copies of any Proof of Claim can be requested from counsel to the Debtors.

Dated: January 27, 2016

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ signature*

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    ljones@pszjlaw.com
          mseidl@pszjlaw.com
          jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession

2