**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 28, 2016 AT 11:00 A.M. (EASTERN)**

---

**THE HEARING PREVIOUSLY SCHEDULED FOR JANUARY 27, 2016 AT 9:30 A.M. IN THE ABOVE-CAPTIONED BANKRUPTCY CASE HAS BEEN RESCHEDULED TO JANUARY 28, 2016 AT 11:00 A.M. (EASTERN) AT THE DIRECTION OF THE COURT.**

---

Set forth below are the matters scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, **5th Floor, Courtroom 5**, Wilmington, Delaware, on January 28, 2016 beginning at 11:00 a.m. (Eastern).

**I.    MATTERS GOING FORWARD**

1.   **DIMINUTION IN VALUE MOTION:** Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties Collateral, And (II) Granting Related Relief [SEALED] (Docket No. 599) (Date Filed: 12/29/15)

  Related Documents:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] **Revisions to the prior version of the agenda appear in bold.**

a.  Notice Of Filing Of Corrected Appendix To Exhibit B To Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief [SEALED] (Docket No. 616) (Date Filed: 1/5/16)

Objection
Deadline:     January 14, 2016 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.  Objection Of The Official Committee Of Unsecured Creditors To Motion Of Oaktree Capital Management [SEALED] (Docket No. 664) (Date Filed: 1/14/16)

b.  Reply In Support Of Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief [SEALED] (Docket No. 692) (Date Filed: 1/20/16)

Status:     This matter is going forward.

2. **OAKTREE FILE UNDER SEAL MOTION:** Motion Of Oaktree Capital Management To File Under Seal The Reply In Support Of Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief (Docket No. 698) (Date Filed: 1/20/16)

Related
Documents:

a.  Reply In Support Of Motion Of Oaktree Capital Management For Entry Of An Order (I) Determining The Diminution In Value Of The Secured Notes Parties' Collateral, And (II) Granting Related Relief [SEALED] (Docket No. 692) (Date Filed: 1/20/16)

b.  Order Shortening Notice Of The Motion To File Under Seal The Reply (Docket 702) (Date Filed: 1/21/16)

Objection
Deadline:     January 26, 2016 at 12:00 p.m. (Eastern)

Objections/
Responses
Filed:     None at the time of filing this agenda

Status:     This matter is going forward.

3.  **EXCEED THE PAGE LIMITATION MOTION:** Debtors' Motion For Order Authorizing The Debtors To Exceed The Page Limitation For The Debtors' Memorandum Of Law (I) In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors And (II) In Response To Objections Thereto (Docket No. 712) (Date Filed: 1/25/16)

    Related Documents:

    a.  Memorandum Of Law (I) In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors And (II) In Response To Objections Thereto (Docket No. 711) (Date Filed: 1/25/16)

    b.  Proposed Form of Order

    Objection Deadline:    N/A

    Objections/ Responses Filed:    None at the time of filing this agenda

    Status:    This matter is going forward.

4.  **DEBTORS' FILE UNDER SEAL MOTION:** Debtors' Motion For Order Under Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, And Local Bankruptcy Rule 9018-1(b) Authorizing The Debtors To File Under Seal Certain Exhibits To The Declaration Of Durc A. Savini In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors (Docket No. 716) (Date Filed: 1/25/16)

    Related Documents:

    a.  Declaration Of Durc A. Savini In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors [SEALED] (Docket No. 713) (Date Filed: 1/25/16)

    b.  Proposed Form of Order

    Objection Deadline:    N/A

    Objections/ Responses Filed:    None at the time of filing this agenda

Status:    This matter is going forward.

## II. CONFIRMATION MATTERS

5. **SECOND AMENDED PLAN:** Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 532) (Date Filed: 12/4/15)

    Related Documents:

    a. Order (A) Approving The Adequacy Of The Debtors Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtors Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto (Docket No. 529) (Date Filed: 12/4/15)

    b. Notice Of (A) Approval Of Adequacy Of Disclosure Statement, (B) Solicitation And Notice Procedures, (C) Objection And Voting Deadlines, And (D) The Hearing To Confirm The Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 534) (Date Filed: 12/4/15)

    c. Affidavit Of Publication (Docket No. 577) (Date Filed: 12/17/15)

    d. Plan Supplement With Respect To The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 625) (Date Filed: 1/7/16)

    e. Declaration Of Michael J. Hill Regarding Analysis Of Ballots For Accepting Or Rejecting Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 709) (Date Filed: 1/25/16)

    f. Declaration Of Peter Walsh Regarding Subscription To Rights Offerings As Set Forth In The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 710) (Date Filed: 1/25/16)

    g. Debtors' Memorandum Of Law (I) In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors And (II) In Response To Objections Thereto (Docket No. 711) (Date Filed: 1/25/16)

    h. Declaration Of Stephen Coulombe, Chief Restructuring Officer Of The Debtors, In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors (Docket No. 713) (Date Filed: 1/25/16)

i. Declaration Of Andrew Bruenjes In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors (Docket No. 714) (Date Filed: 1/25/16)

j. Declaration Of Durc A. Savini In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors [SEALED] (Docket No. 715) (Date Filed: 1/25/16)

k. Notice Of Filing Of Proposed Findings Of Fact, Conclusions Of Law And Order Confirming Plan Of Reorganization Of The Debtors (Docket No. 717) (Date Filed: 1/25/16)

**l. Notice Of Filing Of First Amendment To The Plan Supplement With Respect To The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Docket No. 720) (Date Filed: 1/25/16)**

Objection Deadline: January 14, 2016 at 4:00 p.m. (Eastern), extended until January 15, 2015 for the Office of the United States Trustee and extended until January 20, 2016 for Robert Delong Touring, Inc. f/s/o Robert Delong, GGP Limited Partnership, Federal Realty Investment Trust, The Macerich Company, Boulevard Invest, LLC, Regency Centers, Rouse Properties, Turnberry Associates, Jones Lang LaSalle, Heitman, and HP Investors.

Objections/Responses Filed:

a. Oracle America, Inc.'s Limited Objection And Reservation Of Rights Regarding (I) Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors-In-Possession; And (2) Notice Of Filing Of Plan Supplement Filed With Respect To Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors-In-Possession (Docket No. 652) (Date Filed: 1/14/16)

b. Texas Comptroller Of Public Accounts Objection to Confirmation Of Plan Of Reorganization (Docket No. 656) (Date Filed: 1/14/16)

c. Former Employees' Limited Objection To Confirmation Of Plan Of Reorganization (Docket No. 657) (Date Filed: 1/14/16)

    Related Documents:

    i. Declaration Of Nicholas Drake In Support Of Limited Objection To Confirmation Of Second Plan Of Reorganization (Docket No. 658) (Date Filed: 1/14/16)

    ii.  Declaration Of Blake J. Lindemann In Support Of Limited Objection To Confirmation Of Second Plan Of Reorganization (Docket No. 659) (Date Filed: 1/14/16)

 d.  Official Committee Of Unsecured Creditors' Objection To Second Amended Joint Chapter 11 Plan Of Reorganization [SEALED] (Docket No. 661) (Date Filed: 1/14/16)

 e.  United States Trustee' Objection to Confirmation Of Plan Of Reorganization (Docket No. 667) (Date Filed: 1/15/16)

Status:  This matter is going forward.

Dated: Wilmington, Delaware
   January 27, 2016

             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

             */s/ Van C. Durrer, II*
             Van C. Durrer, II (I.D. No. 3827)
             Annie Z. Li
             300 South Grand Avenue, Suite 3400
             Los Angeles, California 90071
             Telephone: (213) 687-5000
             Fax: (213) 687-5600

             - and -

             Mark S. Chehi, Esq. (I.D. No. 2855)
             One Rodney Square
             P.O. Box 636
             Wilmington, Delaware 19899-0636
             Telephone: (302) 651-3000
             Fax: (302) 651-3001

             - and -

             John K. Lyons
             Jessica S. Kumar
             155 N. Wacker Dr.
             Chicago, Illinois 60606
             Telephone: (312) 407-0700
             Fax: (312) 407-0411

             *Counsel for Debtors and Debtors in Possession*