# **<u>EXHIBIT A</u>**

**Exhibit A. Cure Amounts for Quiksilver, Inc. Lease**
**for Space in Miracle Mile Shops Held by Boulevard Invest LLC**

| **Location** | Miracle Mile Shops | | **Attorney Fees**[3] | $12,774.68 |
|---|---|---|---|---|

| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Total Cure Amount** |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 9/1/2015 | $8,414.00 | CAM | $350.58 | $8,764.58 |
| 9/1/2015 | $1,308.01 | Air Conditioning | $54.50 | $1,362.51 |
| 9/1/2015 | $780.43 | Markeing Fund | $32.52 | $812.95 |
| 9/1/2015 | $26,344.96 | Rent | $1,097.71 | $27,442.67 |
| 9/1/2015 | $1,760.00 | RE Taxes/Insurance | $73.33 | $1,833.33 |
| 9/1/2015 | $800.00 | Utilities | $33.33 | $833.33 |
| 9/8/2015 | $200.00 | Late Fee | $0.00 | $200.00 |
| 11/1/2015 | ($13,001.26) | Reverse 2014 UTY Reconciliation | $0.00 | ($13,001.26) |
| 11/1/2015 | ($2,034.55) | Reverse 2014 UTY Reconciliation | $0.00 | ($2,034.55) |
| 11/30/2015 | ($5,012.51) | Overpayment | $0.00 | ($5,012.51) |
| 12/28/2015 | ($9,403.71) | Overpayment | $0.00 | ($9,403.71) |
| | $2,748.57 | (Estimated) 2015 CAM Reconciliation | $0.00 | $2,748.57 |
| | **$12,903.94** | | **$1,641.97** | **$14,545.91** |

| **Total Due:** | | **$27,320.59** |
|---|---|---|

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-28-16 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-26-16.  Landlord will supplement with final attorneys fee and cost amounts when available.