**CERTIFICATE OF SERVICE**

      I, Leslie C. Heilman, Esquire, do hereby certify that, on this 27th day of January, 2016, I caused a true and correct copy of the *Limited Objection of Boulevard Invest, LLC to Second Amended Joint Chapter 11 Plan of Reorganization of Quicksilver, Inc. and its Affiliated Debtors and Debtors in Possession (Cure Amounts)* to be served on the addressees listed on the attached service list in the manner indicated.

                                                */s/ Leslie C. Heilman*
                                                Leslie C. Heilman, Esquire (No. 4716)
                                                BALLARD SPAHR LLP

Dated: January 27, 2016
Wilmington, Delaware

## SERVICE LIST

**Via Hand Delivery**

Dain De Souza, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801
*Counsel to the Debtors*

David B. Stratton, Esquire
David M. Fournier, Esquire
John H. Schanne II, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899
*Counsel to the Official Committee of Unsecured Creditors*

Office of the United States Trustee
 Attn: Mark S. Kenney
J. Caleb Boggs Federal Bldg.
844 North King Street, Room 2207
Lock Box 35
Wilmington, DE 19801

Robert J. Dehney, Esquire
Andrew R. Remming, Esquire
Morris Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
*Counsel to the Plan Sponsor*

**Via First Class U.S. Mail:**

Quicksilver, Inc.
Attn: Linnsey Caya
5600 Argosy Circle
Huntington Beach, CA 92649
*Debtor*

Van C. Durrer, II, Esquire
Annie Li, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
*Counsel to the Debtors*

John K. Lyons, Esquire
Jessica Kumar, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
*Counsel to the Debtors*

Michael S. Stamer, Esquire
Abid Qureshi, Esquire
Meredith A. Lahaie, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
*Counsel to the Official Committee of Unsecured Creditors*

Patrick J. Nash, Jr., Esquire
Ross M. Kwasteniet, Esquire
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
*Counsel to the Plan Sponsor*