# SIGN-IN SHEET

**CASE NAME:** QUIKSILVER INC.  **COURTROOM NO.1:** JUDGE SHANNON

**CASE NO.:** 15-11880  **DATE:** JANUARY 29, 2016

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ross Kwasteniet | Kirkland & Ellis | Oaktree |
| Ben Winger | " | " |
| Rob Dehney | Morris, Nichols, Arsht & Tunnel | " |
| Andrew Remming | " | " |
| Morgan Patterson | Womble Carlyle | Bank of America |
| Stan Fox | Reumer | Bank of America |
| Michael Stamer | Akin Gump Strauss Hauer & Feld | Creditors' Committee |
| Meredith Lahaie | " | " |
| David Stratton | Pepper Hamilton | " |
| Mark Kenny | U.S. Trustee | U.S. Trustee |
| Leslie Heilman | Ballard Spahr LLP | GGP Limited Partnership |
| Jessica Watt | " | Federal Realty Inv. Trust |
| " | " | Bolwaco Invest |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Debtors |
| Van Durrer | Skadden | Debtors |

# SIGN-IN SHEET

**CASE NAME: QUIKSILVER INC.**  **COURTROOM NO.1: JUDGE SHANNON**

**CASE NO.: 15-11880**  **DATE: JANUARY 29, 2016**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Li | Skadden | Debtors |
| Julie Braun | Ballard Scali Busabal + Braun | Former Employees |
| Ana Lucia Hurtado | Skadden | Debtors |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

#1

Calendar Date: 01/28/2016
Calendar Time: 11:00 AM ET

2nd Revision 01/27/2016 03:33 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7405302 | John R. Ashmead | (212) 574-1200 | Seward & Kissel LLP | Trustee, Delaware Trust Company / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7405274 | John D. Beck | (212) 918-3076 | Hogan Lovells US LLP | Creditor, Deustche Trustee Company Limited / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7406866 | John B. Bringardner | (646) 378-3143 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7405792 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7405679 | Tom P. Corrigan | (212) 416-4235 | Dow Jones | Interested Party, Tom Corrigan / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7406962 | Michael J. Hill | (310) 776-7358 | Kurtzman Carson Consultants | Debtor, Quiksilver / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7405312 | Warren Klinger | (212) 819-8322 | White & Case LLP | Interested Party, Warren Klinger / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7400826 | Jessica Kumar | (312) 407-0612 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc. / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7405684 | Ross Kwasteniet | 312-861-2069 | Kirkland & Ellis LLP | Creditor, Affiliates of Oaktree Capital Managers / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7405917 | Stephen Lam | (646) 863-7157 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7405290 | Lauren Lifland | (212) 872-8026 | Akin Gump Strauss Hauer & Feld LLP | Representing, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7385891 | Blake J. Lindemann | (310) 279-5269 | Lindemann Law Group | Interested Party, Nicholas Drake on behalf of himself and others similarly situated / LIVE |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7401904 | Ryan A. Miller | (312) 407-0700 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quiksilver, Inc. | 15-11880 | Hearing | 7405329 | Jamie Netznik | (312) 862-2000 | Kirkland & Ellis LLP | Creditor, Oaktree / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7406489 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, US Bank / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7405264 | Steven Ruggiero | (212) 832-6380 | RW Pressprich | Interested Party, Steven Ruggiero / LISTEN ONLY |
| Quiksilver, Inc. | 15-11880 | Hearing | 7400241 | Gilbert R. Saydah Jr. | (212) 808-7612 | Kelley Drye & Warren LLP | Creditor, Regency Centers & Rouse Properties, et al / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7402842 | Daren M. Schlecter | (310) 553-5747 | Law Office of Daren M. Schlecter | Movant, Nicholas Drake / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7400850 | Renu Shah | (312) 407-0663 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7406946 | Peter Walsh | (917) 281-4822 | Kurtzman Carson Consultants | Debtor, Quiksilver / LIVE |
| Quiksilver, Inc. | 15-11880 | Hearing | 7406521 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg L.P. / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.