**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|   |   |
|---|---|
|   | : | Chapter 11 |
| In re: | : |   |
|   | : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, | : |   |
|   | : | Jointly Administered |
| Debtors.[1] | : |   |
|   | : |   |
|   | : |   |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF DEBTORS' MONTHLY OPERATING REPORT**
**FOR THE PERIOD OF DECEMBER 31, 2015**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed with the United States Bankruptcy Court for the District of Delaware the Debtors' Monthly Operating Report for the Period of December 31, 2015, attached hereto as Exhibit A (the "Monthly Operating Report").

Dated:    Wilmington, Delaware
          January 29, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**<u>EXHIBIT A</u>**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: Quiksilver, Inc., *et al.*          Case No. 15-11880 (BLS)
       Debtors          Reporting Period: <u>*December 1, 2015 to December 31, 2015*</u>

## MONTHLY OPERATING REPORT
### File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | Declaration Attached |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | | | Declaration Attached |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4a | Yes | | |
| Listing of aged accounts payable | MOR-4a | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5a | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor          Date

_____          _____
Signature of Joint Debtor          Date

*/s/ Andrew Bruenjes*          1/29/2016
Signature of Authorized Individual*          Date

**Andrew Bruenjes**          **Americas Chief Financial Officer**
Printed Name of Authorized Individual          Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's taxpayer identification number, are:
Quiksilver, Inc. (9426); QS Wholesale, Inc. (8795); DC Direct, Inc. (8364); DC Shoes, Inc. (0965); Fidra, Inc. (8945); Hawk Designs, Inc.
(1121); Mt. Waimea, Inc. (5864); Q.S. Optics, Inc. (2493); QS Retail, Inc. (0505); Quiksilver Entertainment, Inc. (9667); and, Quiksilver
Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.
The direct and indirect international subsidiaries of Quiksilver, Inc. are not debtors in these chapter 11 cases.

**MONTHLY OPERATING REPORT**

**GENERAL NOTES AND DISCLAIMER**

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects.  In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtors.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and are not reflective of the results of operations, financial position, and cash flow of the Debtors in the future.

Numerous Debtor subsidiaries had been inactive (the "Inactive Subsidiaries") prior to the Petition Date, and continued to be inactive during the reporting period covered herein. Where applicable, the Inactive Subsidiaries are shown in the overall consolidation of the Debtor entities.

**Quiksilver Inc.,** *et. al.*
**Debtors-in-Possession**
**MOR-1**
**Consolidating Schedule of Receipts and Disbursements**
**for December 1 to December 31, 2015**

Case No. 15-11880 (BLS)
Chapter 11

| In U.S. Dollars | D.C. Shoes, Inc. | QS Retail, Inc. | QS Wholesale, Inc. | Quiksilver, Inc. | Hawk Designs, Inc. | D.C. Direct, Inc. | Fidra, Inc. | Mt. Waimea, Inc. | Q.S. Optics, Inc. | Quiksilver Entertainment, Inc. | Quiksilver Wetsuits, Inc. | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 2,284,294 | $ 1,200,390 | $ 2,331,609 | $ 10,303,244 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 16,119,537 |
| | | | | | | | | | | | | |
| **Total Cash Receipts** | 7,449,549 | 14,419,429 | 13,846,624 | - | - | - | - | - | - | - | - | 35,715,602 |
| | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | |
| Merchandise | 5,174,639 | - | 14,846,248 | | - | | - | - | - | - | - | 20,020,887 |
| Leases, Rent, & Utilities | 32,380 | 1,777,268 | 595,647 | 2,067 | - | - | - | - | - | - | - | 2,407,363 |
| Payroll & Related/Benefits | - | 2,292,848 | 2,847,749 | 517,352 | - | - | - | - | - | - | - | 5,657,949 |
| Freight/Customs | 379,836 | 18,222 | 3,368,476 | 8,201 | - | - | - | - | - | - | - | 3,774,736 |
| Taxes | 25,410 | 1,090,231 | 59,239 | 57,740 | - | - | - | - | - | - | - | 1,232,620 |
| Outside Sales Reps/Contractors | 63,838 | 10,044 | 226,426 | - | - | - | - | - | - | - | - | 300,308 |
| Insurance, Marketing, & Legal | 584,103 | 78,260 | 643,520 | 1,652,041 | - | - | - | - | - | - | - | 2,957,923 |
| Other | 32,811 | 402,780 | 1,270,579 | 1,162,930 | - | - | - | - | - | - | - | 2,869,100 |
| **Total Operating Disbursements** | 6,293,018 | 5,669,653 | 23,857,884 | 3,400,332 | - | - | - | - | - | - | - | 39,220,887 |
| | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | |
| Professional Fees & Expenses | - | 493,798 | - | 8,563,298 | - | - | - | - | - | - | - | 9,057,096 |
| U.S. Trustee Fees | - | - | 58,675 | - | - | - | - | - | - | - | - | 58,675 |
| DIP Interest and Fees | - | - | 33,655 | - | - | - | - | - | - | - | - | 33,655 |
| **Total Non-Operating Disbursements** | - | 493,798 | 92,330 | 8,563,298 | - | - | - | - | - | - | - | 9,149,426 |
| | | | | | | | | | | | | |
| **Total Disbursements** | 6,293,018 | 6,163,451 | 23,950,214 | 11,963,630 | - | - | - | - | - | - | - | 48,370,313 |
| | | | | | | | | | | | | |
| **Net Cash Flow** | 1,156,530 | 8,255,977 | (10,103,589) | (11,963,630) | - | - | - | - | - | - | - | (12,654,712) |

| | |
|---|---|
| **Beginning Cash Balance** | 16,119,537 |
| | |
| **Net Cash Flow** | (12,654,712) |
| | |
| December Change in DIP ABL Balance: | - |
| December Change in DIP Term Loan Balance: | 10,000,000 |
| **Net Financing Activity** | 10,000,000 |
| | |
| **Ending Cash Balance** | 13,464,826 |

**Quiksilver Inc.,** *et. al.*                                                                      **Case No. 15-11880 (BLS)**
**Debtors-in-Possession**                                                                                   **Chapter 11**
**MOR-1a**
**Bank Account Summary**
**for December 1, 2015 to December 31, 2015**

| Bank | Account Type | Entity | Bank Account # (last four digits) | GL Account # | Bank Balance [1] | Ledger Balance [1] | Reconciled (Yes / No) | Account Opened During Reporting Period |
|---|---|---|---|---|---|---|---|---|
| Bank of America | Receipts | DC Shoes, Inc. | x5130 | 101000-1 | $  665,531 | $  665,235 | Yes | No |
| Bank of America | Check Disbursements | DC Shoes, Inc. | x5316 | 101030-1 | 286,307 | (11,153) | Yes | No |
| Bank of America | Wiring | DC Shoes, Inc. | x7221 | 101010-1 | 215,152 | 215,152 | n/a | No |
| Bank of America | Receipts | QS Retail, Inc. | x5074 | 101000-1 | 388,275 | 910,462 | Yes | No |
| Bank of America | Wiring | QS Retail, Inc. | x7207 | 101010-1 | 101,247 | 101,446 | Yes | No |
| Bank of America | Payroll | QS Retail, Inc. | x5079 | 101020-1 | 351,662 | 276,452 | Yes | No |
| Bank of America | Check Disbursements | QS Retail, Inc. | x5340 | 101030-1 | 214,366 | (11,414) | Yes | No |
| First Hawaiian | Deposits | QS Retail, Inc. | x5312 | 101040-1 | 85,631 | 114,764 | Yes | No |
| Bank of America | Receipts | QS Wholesale, Inc. | x5050 | 101000-1 | 261,816 | 425,712 | Yes | No |
| Bank of America | Wiring | QS Wholesale, Inc. | x7202 | 101010-1 | 1,790,769 | 1,790,769 | Yes | No |
| Bank of America | Payroll | QS Wholesale, Inc. | x5055 | 101020-1 | 212,051 | 195,469 | Yes | No |
| Bank of America | Check Disbursements | QS Wholesale, Inc. | x5308 | 101030-1 | 230,695 | (338,293) | Yes | No |
| Bank of America | Operating | Quiksilver, Inc. | x7023 | 101010-1 | 9,904,589 | 9,672,052 | Yes | No |
| Bank of America | Payroll | Quiksilver, Inc. | x5017 | 101020-1 | 43,889 | 55,565 | Yes | No |
| Bank of America | Check Disbursements | Quiksilver, Inc. | x5290 | 101030-1 | 636,590 | (958,187) | Yes | No |
| Merrill Lynch | Investment | Quiksilver, Inc. | x7H96 | 101055 | 156,648 | 156,648 | Yes | No |
| Bank of America | Utility Deposit | Quiksilver, Inc. | x0661 | 100050 | 125,048 | 125,048 | Yes | No |
| **Total Account Cash** | | | | | $  **15,670,266** | $  **13,385,726** | | |
| N/A | Store Cash | | | 100000 | 79,100 | 79,100 | | |
| **Total Cash** | | | | | $  **15,749,366** | $  **13,464,826** | | |

[1] Timing differences between bank and ledger balances are due to i) outstanding checks not yet funded at 12/31 and ii) deposits-in-transit as of 12/31.

[2] Bank statements will be made available upon request.

"I attest that each of the Debtors' cash accounts has been reconciled to monthly bank statements."

*/s/ Andrew Bruenjes*
Andrew Bruenjes
Chief Financial Officer

**Quiksilver, Inc.,** *et al.*                                                  Case No. 15-11880 (BLS)
**Debtors-in-Possession**                                                              Chapter 11
**MOR - 1b**
**Schedule of Professional Fees and Expenses Paid**
**for December 1, 2015 to December 31, 2015**

| Payee | Payor | Amounts Paid | |
|---|---|---|---|
| | | Fees | Expenses |
| **Restructuring Professionals** | | | |
| FTI Consulting, Inc. | Quiksilver, Inc. | $ 1,812,113 | $ 227,905 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Quiksilver, Inc. | 1,319,419 | 113,228 |
| Kurtzman Carson Consultants LLC | | - | - |
| Peter J. Solomon Company, L.P. | Quiksilver, Inc. | 1,479,808 | 99,416 |
| ICR, LLC | | - | - |
| Pachulski Stang Ziehl & Jones LLP | | - | - |
| Deloitte & Touche LLP | | - | - |
| Deloitte Tax LLP | | - | - |
| A&G Realty Partners, LLC | | - | - |
| Akin Gump Strauss Hauer & Feld LLP | Quiksilver, Inc. | 954,316 | 57,588 |
| Pepper Hamilton LLP | Quiksilver, Inc. | 102,305 | 9,102 |
| PJT Partners Inc. | Quiksilver, Inc. | - | - |
| Cooley LLP | Quiksilver, Inc. | 201,610 | - |
| Province, Inc. | Quiksilver, Inc. | 114,597 | - |
| Bayard, P.A. | Quiksilver, Inc. | 30,158 | - |
| Houlihan Lokey, Inc. | Quiksilver, Inc. | 600,000 | 20,980 |
| Kirkland & Ellis LLP | Quiksilver, Inc. | 1,359,481 | 61,272 |
| Hilco Real Estate LLC | QS Retail, Inc. | 493,798 | - |
| **Total Restructuring Professional Fees and Expenses** | | **$ 8,467,605** | **$ 589,491** |

Quiksilver, Inc., *et al.*
Debtors-in-Possession
MOR - 2
Consolidating Statement of Operations
For December 1, 2015 to December 31, 2015

Case No. 15-11880 (BLS)
Chapter 11

| *In U.S. Dollars* | DC Shoes, Inc. | QS Retail, Inc. | QS Wholesale, Inc. | Quiksilver, Inc. | Hawk Designs, Inc. | DC Direct, Inc. | Fidra, Inc. | Mt. Waimea, Inc. | Q.S. Optics, Inc. | Quiksilver Entertainment, Inc. | Quiksilver Wetsuits, Inc. | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 6,590,413 | 14,373,172 | 9,035,527 | 38,750 | - | - | - | - | - | - | - | 30,037,861 |
| Total Cost of Goods Sold | 3,816,609 | 7,997,937 | 7,322,302 | - | - | - | - | - | - | - | - | 19,136,847 |
| Gross Profit / (Loss) | 2,773,804 | 6,375,235 | 1,713,225 | 38,750 | - | - | - | - | - | - | - | 10,901,014 |
| Total SG&A Costs | 892,887 | 7,741,488 | 10,432,467 | 88,994 | - | - | - | - | - | - | - | 19,155,836 |
| Asset Impairments | - | - | - | - | - | - | - | - | - | - | - | - |
| Operating Income / (Loss) | 1,880,917 | (1,366,253) | (8,719,242) | (50,244) | - | - | - | - | - | - | - | (8,254,822) |
| Total Restructuring / Reorganization Expenses | - | 4,412,669 | 5,700,701 | - | - | - | - | - | - | - | - | 10,113,371 |
| Total Other Expenses | (14,474) | 34,379 | 919,940 | 203,569 | - | - | - | - | - | - | - | 1,143,414 |
| Net Income / (Loss) Before Taxes | 1,895,392 | (5,813,302) | (15,339,883) | (253,813) | - | | | | | | | (19,511,606) |
| Income Tax (Benefit) / Expense | 6,674 | - | - | - | - | - | - | - | - | - | - | 6,674 |
| Net Income / (Loss) | 1,888,718 | (5,813,302) | (15,339,883) | (253,813) | - | - | - | - | - | - | - | (19,518,281) |

**Quiksilver, Inc.,** *et al.*
**Debtors-in-Possession**
**MOR - 3**
**Consolidating Balance Sheet**
**as of December 31, 2015**

**Case No. 15-11880 (BLS)**
**Chapter 11**

| In U.S. Dollars | DC Shoes, Inc. | QS Retail, Inc. | QS Wholesale, Inc. | Quiksilver, Inc. | Hawk Designs, Inc. | DC Direct, Inc. | Fidra, Inc. | Mt. Waimea, Inc. | Q.S. Optics, Inc. | Quiksilver Entertainment, Inc. | Quiksilver Wetsuits, Inc. | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | $ 869,234 | $ 1,470,809 | $ 2,073,657 | $ 9,051,126 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,464,826 |
| Accounts Receivable | 21,210,869 | 1,251,217 | 31,999,581 | - | - | - | - | - | - | - | - | 54,461,667 |
| Other Receivables | 278,910 | 489,612 | 4,893,263 | (4,446) | - | - | - | - | - | - | - | 5,657,339 |
| Inventory | 11,763,931 | 35,586,542 | 45,446,593 | - | - | - | - | - | - | - | - | 92,797,066 |
| Prepaid Expenses & Other Current Assets | 2,994,005 | 3,122,465 | 6,496,037 | 3,290,664 | - | - | - | - | - | - | - | 15,903,172 |
| **Total Current Assets** | **37,116,949** | **41,920,645** | **90,909,132** | **12,337,344** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **182,284,070** |
| | | | | | | | | | | | | |
| Property, Plant & Equipment, Net | 186,889 | 11,204,931 | 25,485,231 | 17,651,663 | - | - | - | - | - | - | - | 54,528,715 |
| Trademarks & Other Intangible Assets, Net | 982,823 | - | 43,077,121 | 9,637,832 | - | - | - | - | - | - | - | 53,697,776 |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in Subsidiaries | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Tax Assets - Long-Term | - | - | - | (76,690) | - | - | - | - | - | - | - | (76,690) |
| Deposits & Other Long-Term Assets | 183,747 | 203,128 | 1,566,102 | 30,829 | - | - | - | - | - | - | - | 1,983,805 |
| **Total Long Term & Other Assets** | **1,353,459** | **11,408,059** | **70,128,453** | **27,243,634** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **110,133,606** |
| | | | | | | | | | | | | |
| **TOTAL ASSETS** | **38,470,409** | **53,328,704** | **161,037,585** | **39,580,978** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **292,417,676** |
| | | | | | | | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | | | | | | | |
| DIP Loan Balance - Revolving Credit Facility | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Loan Balance - Term Loan | - | - | 90,000,000 | - | - | - | - | - | - | - | - | 90,000,000 |
| Accounts Payable | 16,801,572 | 2,842,799 | 39,113,644 | 1,537,995 | - | - | - | - | - | - | - | 60,296,011 |
| Accrued Liabilities | 961,665 | 9,318,702 | 17,552,098 | 1,233,761 | - | - | - | - | - | - | - | 29,066,227 |
| Income Taxes Payable | (297,901) | 12,359 | 263,641 | 201,265 | - | - | - | - | - | - | - | 179,363 |
| Intercompany, Net | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Tax Liabilities | - | - | - | 21,802,511 | - | - | - | - | - | - | - | 21,802,511 |
| Other Long-Term Liabilities | 654,762 | (3,150,358) | 5,040,734 | - | - | - | - | - | - | - | - | 2,545,138 |
| **Total Liabilities Not Subject to Compromise** | **18,120,098** | **9,023,503** | **151,970,117** | **24,775,532** | **-** | | | | | | | **203,889,250** |
| | | | | | | | | | | | | |
| **Total Liabilities Subject to Compromise** | **(58,892,223)** | **11,092,086** | **30,728,011** | **558,735,972** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **541,663,846** |
| | | | | | | | | | | | | |
| **TOTAL LIABILITIES** | **(40,772,125)** | **20,115,589** | **182,698,128** | **583,511,504** | **-** | | | | | | | **745,553,096** |
| | | | | | | | | | | | | |
| **Total Equity / (Deficit)** | **79,242,534** | **33,213,115** | **(21,660,544)** | **(543,930,526)** | **-** | | | | | | | **(453,135,421)** |
| | | | | | | | | | | | | |
| **TOTAL LIABILITIES AND EQUITY** | **38,470,409** | **53,328,704** | **161,037,585** | **39,580,978** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **292,417,676** |

**Quiksilver, Inc.,** *et al.*                                                                                                          **Case No. 15-11880 (BLS)**
**Debtors-in-Possession**                                                                                                                                **Chapter 11**
**MOR - 4**
**Consolidated Status of Postpetition Taxes**
**For December 1, 2015 to December 31, 2015**

| *In U.S. Dollars* | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $         - | $      622,999 | $    (622,999) | Various | Various | $         - |
| FICA - Employee | - | 331,817 | (331,817) | Various | Various | - |
| FICA - Employer | - | 324,285 | (324,285) | Various | Various | - |
| Unemployment | - | 3,351 | (3,351) | Various | Various | - |
| Income | - | - | | N/A | N/A | - |
| **Total Federal Taxes** | **-** | **1,282,452** | **(1,282,452)** | | | **-** |
| | | | | | | |
| **State and Local** | | | | | | |
| Withholding | - | 218,838 | (218,838) | Various | Various | - |
| Sales & Use Tax | 871,954 | 943,560 | (815,761) | Various | Various | 999,753 |
| Excise | (5,631) | 11,625 | (3,886) | Various | Various | 2,108 |
| Unemployment | - | 28,555 | (28,555) | Various | Various | - |
| Real Property | (30,630) | 63,333 | (203,411) | Various | Various | (170,708) |
| Personal Property | 22,872 | 50,791 | (24,294) | Various | Various | 49,370 |
| Income | 11,500 | 11,500 | - | N/A | N/A | 23,000 |
| Other: Business License | 7,778 | 8,417 | (5,558) | Various | Various | 10,637 |
| Other: Annual Reports | (1,034) | 2,881 | (1,657) | Various | Various | 190 |
| Other: DE Franchise Tax | 15,083 | 15,083 | (36,540) | N/A | N/A | (6,374) |
| Other: Tax Audit Payments [1] | 232,453 | 25,000 | (110,768) | N/A | N/A | 146,685 |
| **Total State and Local [2]** | **1,124,346** | **1,379,583** | **(1,449,269)** | | | **1,054,661** |
| **Total Taxes [2]** | **$    1,124,346** | **$    2,662,036** | **$    (2,731,721)** | | | **$    1,054,661** |

[1]  Represents liabilities related to normal course tax audits.

[2]  The Debtors routinely file tax returns with applicable taxing authorities. Such tax returns are not attached due to their volume,
        and are available upon request.

**Quiksilver, Inc.,** *et al.*                                                                                                    **Case No. 15-11880 (BLS)**
**Debtors-in-Possession**                                                                                                                        **Chapter 11**
**MOR - 4a**
**Consolidated Summary of Unpaid Postpetition Debts**
**as of December 31, 2015**

| In U.S. Dollars | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Current** | **1-30** | **31-60** | **61-90** | **Over 90** | | **Total** |
| Accounts Payable, Trade [1] | $ 17,632,556 | $ 6,522,941 | $ 643,439 | $ 991,781 | $ (141,988) | $ | 25,648,730 |
| Inventory Received Not Vouchered [2] | 13,965,058 | | | | | | 13,965,058 |
| Accounts Payable, Manual [3] | 20,682,223 | | | | | | 20,682,223 |
| | $ 52,279,837 | $ 6,522,941 | $ 643,439 | $ 991,781 | $ (141,988) | $ | 60,296,011 |

[1]  Accounts Payable, Trade is aged relative to payment terms in effect as of the Petition Date. Actual payment terms for most of the Debtor' critical vendors
      have, however, been extended beyond Petition Date terms (to net 75 days) pursuant to trade agreements executed after the Petition Date.

[2]  Represents the value of inventory received from various suppliers, for which a related invoice had not been received by the Debtors, as of
      period-end.

[3]  Primarily represents period-end accruals for goods in transit.

**Quiksilver, Inc.,** *et al.*                                                                                    **Case No. 15-11880 (BLS)**
**Debtors-in-Possession**                                                                                                          **Chapter 11**
**MOR - 5**
**Consolidated Summary of Accounts Receivable**
**as of December 31, 2015**

| *In U.S. Dollars* | Number of Days Outstanding | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Current** | **1-30** | **31-60** | **61-90** | **>90** | **Total** |
| Trade Receivables | $ 33,706,526 | $ 11,747,355 | $ 2,705,344 | $ 2,838,293 | $ 8,825,384 | $ 59,822,902 |
| Allowance for Bad Debts | (5,361,234) | | | | | (5,361,234) |
| | | | | | | $ 54,461,667 |

Case No. 15-11880 (BLS)
Chapter 11

**Debtors-in-Possession**
**MOR-5a**
**Debtors' Questionnaire**
**for December 1, 2015 to December 31, 2015**

|  | Yes | No |
|---|:---:|:---:|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X |  |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened accounts(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |