IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
:
In re:                                         :   Chapter 11
:
QUIKSILVER, INC., *et al.*,[1]                 :   Case No. 15-11880 (BLS)
:
         Debtors.                              :   Jointly Administered
:
:   **Hearing Date: TBD**
:   **Objection Deadline: February 19, 2016 at 4:00 pm (ET)**
:
---------------------------------------------- x

**NOTICE OF THIRD MONTHLY APPLICATION OF PEPPER HAMILTON LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL*., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

      PLEASE TAKE NOTICE that on January 29, 2016, Pepper Hamilton LLP (the "Applicant"), co-counsel to the Official Committee of Unsecured Creditors in the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the **Third Monthly Application of Pepper Hamilton as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., *et al.* for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From December 1, 2015 through December 31, 2015** (the "Application").

      PLEASE TAKE FURTHER NOTICE that in accordance with the Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures, dated October 28, 2015 [Docket No. 379] (the "Interim Compensation Order"), any objection or other response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before February 19, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (ii) served so as to be actually received no later than the Objection Deadline by (a) the Applicant and (b) the Notice Parties (as defined and identified in the Interim Compensation Order).

      PLEASE TAKE FURTHER NOTICE that if an objection or response to the Application is filed and is not subsequently resolved, a hearing on the Application will be

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

-2-

scheduled at the convenience of the Bankruptcy Court and held before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, at the Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, Delaware 19801.

<u>IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING</u>.

Dated: January 29, 2016  **PEPPER HAMILTON LLP**
       Wilmington, Delaware

/s/ David B. Stratton
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone:   (302) 777-6500
Facsimile:   (302) 421-8390
Email:   strattond@pepperlaw.com
             fournierd@pepperlaw.com
             schannej@pepperlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al.*