# EXHIBIT D

## (Billing Disclosures)

| POSITION AT PEPPER HAMILTON | BLENDED HOURLY RATE FOR THIS FEE APPLICATION | BLENDED HOURLY RATE FIRM-WIDE FOR PRECEDING FISCAL YEAR 2014[1] |
|---|---|---|
| Partner | $755.62 (partner fees/hours) | $601.50 |
| Of Counsel | N/A | $501.20 |
| Associate | $444.98 (associate fees/hours) | $362.50 |
| Paralegal | $239.97 (paralegal fees/hours) | $189.70 |
| Litigation Support | $165.00 | |
| Case Management Assistant | $60.00 | $54.30 |
| **AGGREGATE BLENDED HOURLY RATE FOR THIS FEE APPLICATION:** | **$411.55** | |

---

[1] The billable rates for Pepper Hamilton LLP attorneys are adjusted on January 1st of each year. In addition, the data in this column excludes FY2014 blended hourly rate information for the Bankruptcy and Corporate Restructuring group at Pepper Hamilton LLP as well engagements at materially discounted rates.

#37431381 v2