# EXHIBIT E

## (Summary of Total Fees Incurred and Hours Billed During Fee Period)

| Timekeeper Name | Position (Year of Bar Admission) | Department | Fees Billed IN THIS FEE APPLICATION | Hours Billed IN THIS FEE APPLICATION | Hourly Rate Billed IN THIS FEE APPLICATION | Number of Rate Increases |
|---|---|---|---|---|---|---|
| David B. Stratton | Partner (1978) | Corporate Restructuring & Bankruptcy | $3,634.00 | 4.60 | $790.00 | None |
| David M. Fournier | Partner (1990) | Corporate Restructuring & Bankruptcy | $3,384.00 | 4.70 | $720.00 | None |
| Christopher Soper | Associate (2012) | Commercial Litigation | $6,486.00 | 14.10 | $460.00.00 | None |
| John H. Schanne, II | Associate (2009) | Corporate Restructuring & Bankruptcy | $5,057.50 | 11.90 | $425.00 | None |
| Christopher Lano | Paralegal | Corporate Restructuring & Bankruptcy | $1,575.00 | 6.30 | $250.00 | None |
| Rebecca S. Hudson | Paralegal | Corporate Restructuring & Bankruptcy | $504.00 | 2.40 | $210.00 | None |
| Roderick Keller | N/A | Litigation Support Specialist | $495.00 | 3.00 | $165.00 | None |
| David Smith | Case Management Assistant | N/A | $306.00 | 5.10 | $60.00 | None |
| | | **TOTALS:** | **$21,441.50** | **52.10** | | |

#37431381 v2