# EXHIBIT F

**(Detailed Description of Services Rendered During Fee Period)**

**Time Detail by Task Code**

TASK CODE: B110 Case Administration

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/01/15 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 425.00 | 85.00 |
| 12/02/15 | C. Lano | Update hearing calendar. | 0.10 | 250.00 | 25.00 |
| 12/02/15 | D. Smith | Organize pleadings files. | 1.80 | 60.00 | 108.00 |
| 12/04/15 | J.H. Schanne, II | Update critical dates calendar (.3); circulate same to Pepper Hamilton team (.1). | 0.40 | 425.00 | 170.00 |
| 12/04/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 12/07/15 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 425.00 | 85.00 |
| 12/08/15 | C. Lano | Update hearing calendar. | 0.10 | 250.00 | 25.00 |
| 12/09/15 | D. Smith | Organize pleadings files. | 0.20 | 60.00 | 12.00 |
| 12/11/15 | J.H. Schanne, II | Update critical dates calendar (.3); circulate same to Pepper Hamilton team (.1). | 0.40 | 425.00 | 170.00 |
| 12/11/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 12/15/15 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 425.00 | 85.00 |
| 12/15/15 | D. Smith | Organize pleadings files. | 0.20 | 60.00 | 12.00 |
| 12/16/15 | D. Smith | Organize pleadings files. | 0.20 | 60.00 | 12.00 |
| 12/18/15 | J.H. Schanne, II | Update critical dates calendar (.5); circulate same to Pepper Hamilton team (.1). | 0.60 | 425.00 | 255.00 |
| 12/18/15 | D. Smith | Organize pleadings files. | 0.10 | 60.00 | 6.00 |

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/22/15 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 425.00 | 85.00 |
| 12/22/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 12/24/15 | D. Fournier | Review updated case calendar. | 0.10 | 720.00 | 72.00 |
| 12/24/15 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 425.00 | 127.50 |
| 12/24/15 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| Total B110 Case Administration | | | 5.70 | | 1,434.50 |

TASK CODE: B140 Relief from Stay/Adequate Protection Proceedings

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/30/15 | D. Stratton | Email to Akin team re Oaktree diminution in value motion. | 0.20 | 790.00 | 158.00 |
| 12/30/15 | D. Stratton | Begin review of adequate protection motion. | 0.30 | 790.00 | 237.00 |
| Total B140 Relief from Stay/Adequate Protection Proceedings | | | 0.50 | | 395.00 |

TASK CODE: B150 Creditors' Committee

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/08/15 | D. Stratton | Conference call with committee professionals and creditors' committee. | 0.50 | 790.00 | 395.00 |
| 12/22/15 | J.H. Schanne, II | Review UST certification form (.1); emails to Akin re same (.1). | 0.20 | 425.00 | 85.00 |
| Total B150 Creditors' Committee | | | 0.70 | | 480.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
January 20, 2016

Invoice: 10964576
Page 7

TASK CODE: B155 Court Hearings

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 11/25/15 | D. Smith | Prepare 12/1/15 hearing binder for J. Schanne. | 2.60 | 60.00 | 156.00 |
| 12/01/15 | D. Stratton | Prepare for and attend omnibus hearing. | 2.80 | 790.00 | 2,212.00 |
| 12/01/15 | J.H. Schanne, II | Prepare hearing binders. | 0.40 | 425.00 | 170.00 |
| 12/01/15 | J.H. Schanne, II | Email to N. Lohail re rescheduled hearing time. | 0.10 | 425.00 | 42.50 |
| 12/09/15 | J.H. Schanne, II | Emails to A. Beane re hearing transcript (.2); confer with C. Lano re same (.1). | 0.30 | 425.00 | 127.50 |
| 12/09/15 | C. Lano | Email G. Matthews requesting 12/1/15 hearing transcript. | 0.10 | 250.00 | 25.00 |
| 12/09/15 | C. Lano | Confer with J. Schanne re 12/1/15 hearing transcript. | 0.10 | 250.00 | 25.00 |
| 12/11/15 | D. Stratton | Emails re conference call with Court on 12/14. | 0.20 | 790.00 | 158.00 |
| 12/11/15 | J.H. Schanne, II | Email to L. Lifland re status conference (.1); email to D. Stratton re same (.1). | 0.20 | 425.00 | 85.00 |
| 12/11/15 | J.H. Schanne, II | Email to C. Lano re dial-in confirmations for status conference. | 0.10 | 425.00 | 42.50 |
| 12/11/15 | C. Lano | Coordinate with CourtCall re D. Stratton's and M. Lahaie's 12/14/15 telephonic appearances. | 0.30 | 250.00 | 75.00 |
| 12/11/15 | C. Lano | Review D. Stratton's and M. Lahaie's 12/14/15 telephonic appearances. | 0.10 | 250.00 | 25.00 |
| 12/14/15 | J.H. Schanne, II | Emails to L. Lifland re | 0.20 | 425.00 | 85.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | chambers conference (.1); email to D. Stratton re same (.1). | | | |
| 12/14/15 | J.H. Schanne, II | Telephone call to R. Hudson re dial in for hearing. | 0.10 | 425.00 | 42.50 |
| 12/14/15 | C. Lano | Coordinate with CourtCall re A. Qureshi's 12/15/15 telephonic appearance. | 0.20 | 250.00 | 50.00 |
| 12/14/15 | C. Lano | Confer with L. Lifland re A. Qureshi's 12/15/15 telephonic appearance. | 0.10 | 250.00 | 25.00 |
| 12/14/15 | C. Lano | Coordinate with CourtCall re D. Stratton's and M. Lahaie's 12/15/15 telephonic appearances. | 0.30 | 250.00 | 75.00 |
| 12/14/15 | C. Lano | Review D. Stratton's and M. Lahaie's 12/15/15 telephonic confirmations and forward same | 0.10 | 250.00 | 25.00 |
| 12/15/15 | J.H. Schanne, II | Email to C. Lano re transcripts. | 0.10 | 425.00 | 42.50 |
| 12/15/15 | J.H. Schanne, II | Email to L. Lifland re hearing issues. | 0.10 | 425.00 | 42.50 |
| 12/15/15 | J.H. Schanne, II | Email to C. Lano re dial-in for hearing. | 0.10 | 425.00 | 42.50 |
| 12/15/15 | J.H. Schanne, II | Email transcript to A. Beane. | 0.10 | 425.00 | 42.50 |
| 12/15/15 | C. Lano | Review A. Qureshi's 12/15/15 telephonic confirmation and forward same. | 0.10 | 250.00 | 25.00 |
| 12/15/15 | C. Lano | Email Reliable requesting the 12/14-15/15 hearing transcripts. | 0.10 | 250.00 | 25.00 |
| 12/15/15 | C. Lano | Email J. Schanne 12/14/15 hearing transcript. | 0.10 | 250.00 | 25.00 |
| 12/15/15 | C. Lano | Coordinate with CourtCall re | 0.20 | 250.00 | 50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | M. Lahaie's 12/17/15 telephonic appearance. | | | |
| 12/15/15 | C. Lano | Review M. Lahaie's 12/17/15 telephonic confirmation and forward same. | 0.10 | 250.00 | 25.00 |
| 12/16/15 | J.H. Schanne, II | Email to A. Beane re hearing transcript. | 0.10 | 425.00 | 42.50 |
| 12/16/15 | J.H. Schanne, II | Prepare for hearing. | 0.90 | 425.00 | 382.50 |
| 12/16/15 | C. Lano | Email J. Schanne re status of 10/15/15 hearing transcript. | 0.10 | 250.00 | 25.00 |
| 12/17/15 | J.H. Schanne, II | Prepare for and attend hearing. | 0.70 | 425.00 | 297.50 |
| 12/17/15 | J.H. Schanne, II | Draft email summary of hearing for D. Stratton. | 0.10 | 425.00 | 42.50 |
| Total B155 Court Hearings | | | 11.20 | | 4,556.00 |

TASK CODE: B160 Fees

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/03/15 | C. Lano | Prepare Pepper Hamilton Second Monthly Fee Application. | 1.20 | 250.00 | 300.00 |
| 12/07/15 | J.H. Schanne, II | Prepare Pepper Hamilton's fee application. | 0.70 | 425.00 | 297.50 |
| 12/07/15 | C. Lano | Confer with J. Schanne re Pepper Hamilton's Second Monthly Fee Application. | 0.10 | 250.00 | 25.00 |
| 12/07/15 | C. Lano | Revise Pepper Hamilton's Second Monthly Fee Application. | 1.70 | 250.00 | 425.00 |
| 12/09/15 | J.H. Schanne, II | Prepare CNO re Pepper Hamilton monthly fee application (.1); email to R. Hudson re same (.1). | 0.20 | 425.00 | 85.00 |
| 12/10/15 | J.H. Schanne, II | Prepare Pepper Hamilton second monthly fee application. | 0.20 | 425.00 | 85.00 |
| 12/11/15 | J.H. Schanne, II | Email to debtors' counsel re Pepper Hamilton CNO. | 0.10 | 425.00 | 42.50 |
| 12/11/15 | R.S. Hudson | File CNO re Pepper's 1st monthly fee application. | 0.20 | 210.00 | 42.00 |
| 12/11/15 | R.S. Hudson | Serve CNO re Pepper's 1st monthly fee application. | 0.20 | 210.00 | 42.00 |
| 12/14/15 | J.H. Schanne, II | Telephone call to debtors' counsel re payment of CNO (.1); emails to D. Stratton re same (.1). | 0.20 | 425.00 | 85.00 |
| 12/15/15 | J.H. Schanne, II | Email to M. Daly re timing of wire payments. | 0.10 | 425.00 | 42.50 |
| 12/15/15 | J.H. Schanne, II | Follow-up email to FTI re payment of fee applications. | 0.10 | 425.00 | 42.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/15/15 | J.H. Schanne, II | Email to C. Lano re filing and service of Pepper Hamilton fee application. | 0.10 | 425.00 | 42.50 |
| 12/15/15 | R.S. Hudson | File Pepper's 2nd monthly fee application. | 0.50 | 210.00 | 105.00 |
| 12/15/15 | R.S. Hudson | Serve Pepper's 2nd monthly fee application. | 0.20 | 210.00 | 42.00 |
| 12/21/15 | J.H. Schanne, II | Email to M. Daly and D. Stratton re fee application payment (.1); email to A. Li re same (.1). | 0.20 | 425.00 | 85.00 |
| 12/22/15 | J.H. Schanne, II | Telephone call to Skadden re payment on fee applications and confer with D. Stratton re same. | 0.10 | 425.00 | 42.50 |
| Total B160 Fees | | | 6.10 | | 1,831.00 |

TASK CODE: B160.1 Fee Application of Others

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/08/15 | J.H. Schanne, II | Emails to A. Beane re CNOs to fee applications. | 0.20 | 425.00 | 85.00 |
| 12/08/15 | J.H. Schanne, II | Email to R. Lifland re CNO to Akin fee application (.1); email to R. Hudson re same (.1). | 0.20 | 425.00 | 85.00 |
| 12/08/15 | R.S. Hudson | Draft CNO re Akin's 1st monthly fee application. | 0.20 | 210.00 | 42.00 |
| 12/08/15 | R.S. Hudson | E-mail draft CNO to A. Beane and L. Lifland at Akin for review. | 0.10 | 210.00 | 21.00 |
| 12/08/15 | C. Lano | Confer with R. Hudson re Certificates of No Objection to Pepper Hamilton's and Akin fee applications. | 0.10 | 250.00 | 25.00 |
| 12/09/15 | J.H. Schanne, II | Revise CNO to Akin fee application (.1); email to L. Lifland re same (.1). | 0.20 | 425.00 | 85.00 |
| 12/09/15 | J.H. Schanne, II | Emails to A. Beane re payment on fee applications. | 0.20 | 425.00 | 85.00 |
| 12/10/15 | J.H. Schanne, II | Emails with A. Beane re CNO to Akin fee application (.1); emails with R. Hudson re same (.1). | 0.20 | 425.00 | 85.00 |
| 12/10/15 | R.S. Hudson | File CNO re Akin's 1st monthly fee application. | 0.30 | 210.00 | 63.00 |
| 12/10/15 | R.S. Hudson | Serve CNO re Akin's 1st monthly fee application. | 0.20 | 210.00 | 42.00 |
| 12/10/15 | C. Lano | Confer with R. Hudson re filing Certificate of No Objection to Akin Gump's First Monthly Fee | 0.10 | 250.00 | 25.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Application. | | | |
| 12/11/15 | C. Lano | Confer with J. Schanne re Certificate of No Objection to Pepper Hamilton's First Monthly Fee Application. | 0.10 | 250.00 | 25.00 |
| 12/14/15 | J.H. Schanne, II | Email to A. Beane re payment on CNO. | 0.10 | 425.00 | 42.50 |
| 12/18/15 | J.H. Schanne, II | Email to A. Beane re filing of Akin Monthly fee application. | 0.10 | 425.00 | 42.50 |
| 12/22/15 | J.H. Schanne, II | Telephone call to A. Beane re Akin and PJT fee applications. | 0.10 | 425.00 | 42.50 |
| 12/23/15 | J.H. Schanne, II | Email to A. Beane re filing of Akin fee application. | 0.10 | 425.00 | 42.50 |
| Total B160.1Fee Application of Others | | | 2.50 | | 838.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
January 20, 2016

Invoice: 10964576


TASK CODE: B170.1 Retention of Others

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/22/15 | J.H. Schanne, II | Emails to A. Beane re nunc pro tunc approval Retention Application. | 0.20 | 425.00 | 85.00 |
| Total B170.1Retention of Others | | | 0.20 | | 85.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
January 20, 2016

Invoice: 10964576
Page 15

TASK CODE: B190 Contested Matters/Motions

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/16/15 | D. Fournier | Review discovery request (.2); e-mails from and to D. Stratton re same (.1). | 0.30 | 720.00 | 216.00 |
| 12/31/15 | D. Fournier | Review Black Diamond Motion for Determination of Determination Claim. | 0.30 | 720.00 | 216.00 |
| Total B190 Contested Matters/Motions | | | 0.60 | | 432.00 |

TASK CODE: B191 General Litigation

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 10/05/15 | C.P. Soper | Meeting with S. Noyes regarding research on standard for confirming Chapter 11 Plan (.4); participate in phone conference with A. Stio, co-counsel and opposing counsel regarding production of documents and deposition scheduling (.6); review draft confidentiality order in preparation for drafting same (1.1). | 2.10 | 460.00 | 966.00 |
| 10/06/15 | C.P. Soper | Revise proposed confidentiality agreement per conference call (.4) e-mail A. Stio red-line of same (.2); analyze certifications and other court filings in preparation for deposition of OakTree corporate designee (2.7); review e-mails regarding scope of OakTree's document production and Hilco Valuation Services report (3.2). | 6.50 | 460.00 | 2,990.00 |
| 10/07/15 | C.P. Soper | Review e-mails and additional valuation reports from A. Stio (1.1); phone conference with A. Stio and S. Noyes regarding review of OakTree document production (.3); meeting with S. Noyes regarding same (.3); review OakTree's entire production with S. Noyes and identify potential | 5.30 | 460.00 | 2,438.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | exhibits for deposition of OakTree corporate designee (3.6). | | | |
| 10/09/15 | R. Keller | Prepare documents for review at the direction of R. Martin. | 3.00 | 165.00 | 495.00 |
| 10/13/15 | C.P. Soper | Phone call with co-counsel regarding necessary arrangements to prepare for 10/14 court conference. | 0.20 | 460.00 | 92.00 |
| 12/08/15 | D. Stratton | Review and respond to emails re expert report production. | 0.20 | 790.00 | 158.00 |
| 12/09/15 | R.S. Hudson | File notice of service regarding 2nd request to Oaktree Capital Mgmt for doc production. | 0.30 | 210.00 | 63.00 |
| 12/09/15 | R.S. Hudson | Serve notice of service regarding 2nd request to Oaktree Capital Mgmt. for doc production along with request for doc production. | 0.20 | 210.00 | 42.00 |
| 12/09/15 | C. Lano | Prepare Notice of Service re Discovery Request to Oaktree. | 0.30 | 250.00 | 75.00 |
| 12/09/15 | C. Lano | Confer with R. Hudson re filing Notice of Service re Discovery Request to Oaktree. | 0.10 | 250.00 | 25.00 |
| Total B191 | General Litigation | | 18.20 | | 7,344.00 |

TASK CODE: B320 Plan and Disclosure Statement

| Date | Name | Services | Time | Rate | Fees |
|---|---|---|---|---|---|
| 12/04/15 | D. Fournier | Review confirmation notice. | 0.10 | 720.00 | 72.00 |
| 12/07/15 | J.H. Schanne, II | Review confirmation notice. | 0.10 | 425.00 | 42.50 |
| 12/09/15 | D. Fournier | Review and revise Plan discovery requests (.6); confer with D. Stratton re same (.1); additional revisions to same (.3); confer with C. Lano re service (.1). | 1.10 | 720.00 | 792.00 |
| 12/10/15 | D. Fournier | Review docket re plan litigation. | 0.20 | 720.00 | 144.00 |
| 12/10/15 | J.H. Schanne, II | Review disclosure statement. | 1.10 | 425.00 | 467.50 |
| 12/11/15 | D. Fournier | Research re expert report issue for confirmation (.7); emails to and from A. Beane re same (.4); review additional expert report issue per Akin Gump request (.6). | 1.70 | 720.00 | 1,224.00 |
| 12/11/15 | J.H. Schanne, II | Review disclosure statement. | 0.80 | 425.00 | 340.00 |
| 12/14/15 | D. Stratton | Participate in conference call with court re mediation and plan confirmation. | 0.40 | 790.00 | 316.00 |
| 12/17/15 | D. Fournier | Email to A. Sorkin re Plan discovery (.1); review Scheduling Order re same (.1); confer with D. Stratton re same (.1). | 0.30 | 720.00 | 216.00 |
| 12/28/15 | D. Fournier | Initial review of Debtors Valuation Report. | 0.60 | 720.00 | 432.00 |
| Total B320 Plan and Disclosure Statement | | | 6.40 | | 4,046.00 |