# EXHIBIT G

## (Summary of Expenses Incurred During Fee Period)

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | EXPENSE SUB-TOTAL |
|---|---|---|
| Duplicating & Reproduction | In-house + Parcels, Inc. | $3,131.45 |
| Filing Fees | CourtCall | $72.00 |
| Messenger Service | Parcels, Inc. | $7.50 |
| **TOTAL:** | | **$3,210.95** |