# **EXHIBIT H**

**(Detailed Description of Expenses Incurred During Fee Period)**

#37431381 v2

OCUC of Quiksilver, Inc.　　　　　　　　　　　　　　　　　　　　　　Invoice: 10964576
Client/Matter Number: 143678.00002　　　　　　　　　　　　　　　　　　Page 30
January 20, 2016

**Summary of Expenses**

| Expenses | Value |
|---|---:|
| Duplicating | 3,131.45 |
| Filing Fees | 72.00 |
| Messenger Service | 7.50 |
| Total | 3,210.95 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
January 20, 2016

Invoice: 10964576
Page 31

**Detail of Expenses**

| Date | Code | Description | Units | Cost | Value |
|---|---|---|---|---|---|
| 09/30/15 | DUP | DUP - Parcels - 09/30/2015 | 1,128 | 0.10 | 112.80 |
| 10/01/15 | DUP | DUP - Parcels - 10/01/2015 | 2,276 | 0.10 | 227.60 |
| 10/21/15 | MES | LANO 100915 - MESSENGER SERVICE - QUICK SILVER | 1 | 7.50 | 7.50 |
| 12/02/15 | DUP | Duplicating & Reproduction - RELIABLE COPY SERVICES LANO HOURLY TRANSCRIPT 1ST COPY 10/28/15 | 1 | 427.75 | 427.75 |
| 12/02/15 | DUP | Duplicating & Reproduction - RELIABLE COPY SERVICES LANO HOURLY TRANSCRIPT 1ST COPY 10/19/15 | 1 | 816.75 | 816.75 |
| 12/10/15 | DUP | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 72.75 | 72.75 |
| 12/17/15 | FEE | Filing Fees - AMERICAN EXPRESS DALY - 12/8/15 COURTCALL | 1 | 72.00 | 72.00 |
| 12/23/15 | DUP | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 1,322.09 | 1,322.09 |
| 12/23/15 | DUP | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 49.55 | 49.55 |
| 12/23/15 | DUP | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 102.16 | 102.16 |
| | | Total | | | 3,210.95 |