IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., et al., : Case No. 15-11880 (BLS)
: 
Debtors.[1] : Jointly Administered
: 
------------------------------------x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On January 11, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **[Customized] Notice of Cure Amount with Respect to Executory Contracts or Unexpired Leases to be Assumed, or Assumed and Assigned, as Applicable, Pursuant to the Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession** (attached hereto as **Exhibit B**)

Dated: February 1, 2016

/s/ Darlene Calderon
Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 1st day of February, 2016, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: /s/ John Paul Knoll

JOHN PAUL KNOLL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2019

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

# EXHIBIT A

**Exhibit A**
**Counterparties First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Adobe | | 75 REMITTANCE DRIVE, SUITE 1025 | | CHICAGO | IL | 60675 | |
| ALEX BRUCKSTEIN | | Ave. Fco De Mda. | | Caracas | VAR | | Venezuela |
| Alexandre Barbier | | Address Redacted | | | | | |
| Amy White | | 605 Redwood Court | | Satellite Beach | FL | 32937 | |
| Andres P. Castillo | | Address Redacted | | | | | |
| Andrew Bruejnes | | 5600 ARGOSY CIRCLE #100 | | Huntington Beach | CA | 92649 | |
| Andy White | | 802 Cedar Park Dr | | Austin | TX | 78746 | |
| Army & Air Force Exchange Service | | 3911 S. Walton Walker Blvd | | Dallas | TX | 75236 | |
| Backcountry.com, Inc. | THE BACKCOUNTRY STORE | 1678 West Redstone Center | | Park City | UT | 84098 | |
| Biotherm | | 1 Rue Du Tenao | | Roc Fleuri | | 98000 | Monaco |
| Brad Harrell | | 3217 Little Island Rd | | Virginia Beach | VA | 23456 | |
| BRIAN KULAK | DBA BRIAN R KULAK LLC | 1130 COVENTRY LANE | | BOLINGBROOK | IL | 60440 | |
| Brian Sininger | | Address Redacted | | | | | |
| Bridge-X-Technologies, Inc. | | 104 WINDSOR CENTER DR., #500 | | EAST WINDSOR | NJ | 08520 | |
| Brittany Onhaizer | | 1736 NORTH WOODHOUSE RD | | Virginia Beach | VA | 23454 | |
| Cellco Partnership dba Verizon | | One Verizon Way | | Basking Ridge | NJ | 07920 | |
| CERIDIAN STORED VALUE SOLUTIONS INC | | 3802 RELIABLE PKWY, | | CHICAGO | IL | 60686 | |
| Certona Corporation | | 9520 TOWNE CENTRE DR.#100 | | SAN DIEGO | CA | 92121 | |
| Chris Darrah | | 551 EVA STREET | | VENTURA | CA | 93003 | |
| Christa Prince | | Address Redacted | | | | | |
| CITY OF LOS ANGELES | HARBOR DEPARTMENT | PO BOX 514300 | | LOS ANGELES | CA | 90051-4300 | |
| Commercial Madison, S.A., d/b/a Komax | | San Ignacio 500 Modulo 7 | | Santiago de Chile | | | Chile |
| Corporate Management Solutions, Inc. | | 535 Connecticut Avenue | | Norwalk | CT | 06854 | |
| Countwise, LLC | | 1149 Sawgrass Corporate Parkway | | Sunrise | FL | 33323 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 6

**Exhibit A**
**Counterparties First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CRITEO CORP | | 387 PARK AVE S FL 12 | | NEW YORK | NY | 10016-8810 | |
| Damco USA, Inc. | | 180 PARK AVE BLDG 105 | | FLORHAM PARK | NJ | 07932 | |
| Daniel Clayton dba Greenrep | | 23 Foote Brook Road | | Johnson | VT | 05656 | |
| DeMarquis McDaniels | | 440 CORONADO AVE. | | LONG BEACH | CA | 90814 | |
| Dicks Sporting Goods, Inc. | | 345 Court Street | | Coraopolis | PA | 15108 | |
| Disandina S.A. | | URB LA HOLANDA BOD 108 | 5 | MEDELLIN | | 55450 | Colombia |
| Dotcom-Monitor.com | | P.O. BOX 220 | | MOUND | MN | 55364 | |
| DOUG COGER A-TEAM AGENCY, INC | | 1449 Feather Ave | | Thousand Oaks | CA | 91360 | |
| DUFF & PHELPS, LLC | | 55 EAST 52ND STREET, 31ST FLOOR | | NEW YORK | NY | 10055 | |
| eBay Enterprise, Inc. (formerly GSI Commerce Solutions, Inc.) | GSI Commerce Solutions (now eBay) | PNC BANK | P.O. BOX 204113 | DALLAS | TX | 75320-4114 | |
| EP Holdings, Inc. | | 30065 COMERCIO | | RANCHO SANTA MARGARITA | CA | 92688 | |
| Eric Boes | | Address Redacted | | | | | |
| Erika Altes | | 2717 VILLAGE SIDE DR. | | SANTA ROSA | CA | 95405 | |
| Euroglass SARL Equity Bell | | 329 Avenue des Pascouaou | | ZI Soorts Hossegor | | 40150 | France |
| FIBERLINK COMMUNICATIONS CORP. | | DEPT. 3012 PO BOX 123012 | | DALLAS | TX | 75312-3012 | |
| FirstCom | FIRSTCOM MUSIC | 15040 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | |
| Friendbuy, Inc. | | 9663 Santa Monica Blvd., Suite 184 | | Beverly Hills | CA | 90210 | |
| Frontech Solutions, Inc. | | 118 ADVANCED TECHNOLOGY CENTRE | | EDMONTON | AB | A9A 9A9 | Canada |
| Gingko Press Inc. | | 1321 Fifth Street | | Berkeley | CA | 94710 | |
| Gustavo Da Rosa Belloc | | 5600 Argosy Circle | | Huntington Beach | CA | 92649 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 6

**Exhibit A**
**Counterparties First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| High Speed productions, Inc. dba Thrasher Magazine | | 1303 Underwood Ave | | San Francisco | CA | 94124 | |
| Intersport Corp. | | 966 Sandhill Avenue | | Carson | CA | 90746 | |
| Isaac Lalo y Perla Lalo | | EDIFICIO LA FORTUNA, PRIMER ALTO | | PANAMA | PA | 9999999 | Panama |
| JackThreads | Thrillist Acquisition, LLC dba JackThreads.com | 568 Broadway, Suite 605 | | New York | NY | 10012 | |
| James Reuter | | 5203 18TH AVENUE SW | | SEATTLE | WA | 98106 | |
| JANNER ASUNCION | | 25 Kaneohe Bay Dr #207 | | Kailua | HI | 96734 | |
| Jay Lightburne | | 5600 ARGOSY CIRCLE #100 | | HUNTINGTON BEACH | CA | 92649 | |
| Jay Williams | | 11 Brice Rd | | Annapolis | MD | 21409 | |
| Jessica Payne | | 1023 Se 14Th Drive | | Deerfield Beach | FL | 33441 | |
| Jim Compton | | 13 N. VISTA DE LA LUNA | | LAGUNA BEACH | CA | 92651 | |
| John Hunt | | Address Redacted | | | | | |
| Karmaloop, Inc. | | 334 BOYLSTON STREET | | BOSTON | MA | 02116 | |
| Kathy Karlovic | | 10632 WYCKHAM WAY | | TRUCKEE | CA | 96161 | |
| Ke Nui Partners LLC | | 1923 MAKIKI ST | | HONOLULU | HI | 96822 | |
| Krysta Depp (Go Big Sales) | KRYSTA DEPP | 343 SOQUEL AVE #313 | | SANTA CRUZ | CA | 95062 | |
| KTS NETWORKS, INC. | | 11132 WINNERS CIRCLE, SUITE 103 | | LOS ALAMITOS | CA | 90720 | |
| Laurent Padovan | | Address Redacted | | | | | |
| Laurent Wainer | | #102 International Business Complex | JL baker Rd | Harmon | GU | 96931 | |
| Laurie Blanton | | Address Redacted | | | | | |
| Linnsey Caya | | 7861 E. Portico Terrace | | Orange | CA | 92867 | |
| Lisa Foyteck | DBA LISA FOYTECK SALES CO | 7698 PHELAN DR | | CLARKSTON | MI | 48346 | |
| Maersk Agency U.S.A., Inc. | | 180 Park Ave. | | Florham Park | NJ | 7932 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 3 of 6

**Exhibit A**
**Counterparties First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Mammoth Mountain Ski Area LLC | | P.O. BOX 24, | | MAMMOTH LAKES | CA | 93546 | |
| Martin Fobes | | 16752 BARDON LANE, APT #A | | HUNTINGTON BEACH | CA | 92647 | |
| Master Data Center, Inc. | | PO BOX 673451 | | DETROIT | MI | 48267-3451 | |
| Master Plan Communications, Inc. | | 29863 SANTA MARGARITA PKWY, STE 15 | | RANCHO SANTA MARGARITA | CA | 92688 | |
| Meredith Moncata | | 25 KANEOHE BAY DRIVE #207 | | KAILUA | HI | 96734 | |
| Michael Blabac | | 745 TEABERRY ST | | ENCINITAS | CA | 92024 | |
| Michael Galvan | | 305 SANTA ISABEL AVE | | COSTA MESA | CA | 92627 | |
| Michael Reilly | | Address Redacted | | | | | |
| Microsoft | C/O BANK OF AMERICA | 1950 N STEMMONS FWY STE 5010 | | DALLAS | TX | 75202 | |
| Mike Lowder (United Sales, Inc.) | MIKE LOWDER | 5795 N. SAGE CREST ROAD | | MTN. GREEN | UT | 84050 | |
| MSC Mediterranean Shipping Company S.A. | | 12-14 Chemin Rieu | | 1208 Geneva | | | Switzerland |
| Mushroom Music Publishing | | 9 DUNDAS LANE | | ALBERT PARK | VIC | 03206 | Australia |
| Neco (Manuel) Calderon | Manuel (Neco) Calderon | 5055 GARFIELD ROAD | | DEL RAY BEACH | FL | 33484 | |
| Neustar, Inc. | BANK OF AMERICA | P.O. BOX 277833 | | ATLANTA | GA | 03353 | |
| Nick Karels (Industry Sales) | NICK KARELS | 13816 SHIRLEY DRIVE | | BURNSVILLE | MN | 55337 | |
| Okta, Inc. | | 301 BRANNAN ST., STE# 300 | | SAN FRANCISCO | CA | 94107 | |
| Oracle America Inc | | 500 ORACLE PARKWAY | | REDWOOD CITY | CA | 94065 | |
| Order Dynamics Corporation | | 68B LEEK CRESCENT, STE #201 | | RICHMOND HILLS | ON | L4B 1B1 | Canada |
| Pat Artukovich | | 5540 Taft Ave | | La Jolla | CA | 92037 | |
| Paymetric, Inc. | | 1225 NORTHMEADOW PARKWAY, SUITE 110 | | ROSWELL | GA | 30076 | |
| Pierre Agnes | | 5600 Argosy Circle | | Huntington Beach | CA | 92649 | |
| Proofpoint, Inc. | | DEPT CH 17670 | | PALATINE | IL | 60055-7670 | |
| Recall Total Information Management, Inc. | MANAGEMENT, INC. | 015295 COLLECTIONS CTR. DR. | | CHICAGO | IL | 60693-0100 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 4 of 6

**Exhibit A**
**Counterparties First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Recreational Equipment, Inc. | REI | 1700 45TH STREET E | | SUMNER | WA | 98390 | |
| Rene DiCristina | | Munoz Rivera St. #4 | | Rincon | PR | 00677 | |
| Rick Zappone (Southbound Sales, Inc.) | | 107 3RD STREET | | ST. AUGUSTINE BEACH | FL | 32080 | |
| Rob Cloupe | | 22 MAGNOLIA LANE | | TOMS RIVER | NJ | 08753 | |
| RSA SECURITY LLC | | P.O. BOX 49951 | | ATLANTA | GA | 31192 | |
| Ryan Kaneshiro | | Address Redacted | | | | | |
| S&S PROP ACQUISITION, LLC | | 501 SPECTRUM CIRCLE | | OXNARD | CA | 93030 | |
| SAMIS FOUNDATION | | 208 JAMES ST., STE C | | SEATTLE | WA | 98104 | |
| SAMIS LAND COMPANY | | 208 JAMES ST., STE C | | SEATTLE | WA | 98104 | |
| SL Consulting | | 6805 Lebanon Road | #827 | Frisco | TX | 75034 | |
| Specialty Retailers, Inc. | | 10201 Main St | | Houston | TX | 77025 | |
| SSI Venture LLC | SPECIALTY SPORTS INC. | 299 MILWAUKEE ST. | | DENVER | CO | 80206 | |
| SSI Venture LLC | SPECIALTY SPORTS VENTURE | ERIN MALONEY | 492 E. LIONSHEAD CIRCLE | VAIL | CO | 81657 | |
| SSI Venture LLC | SPECIALTY SPORTS VENTURE | SHERIE WHITE & MELANIE REED | 1001 HEAVENLY VILLAGE WAY SUITE 3 | SOUTH LAKE TAHOE | CA | 96150 | |
| Stages Stores/Specialty Retailers, Inc. | | PO Box 20768 | | Houston | TX | 77025 | |
| Stephanie Mclean | | 13 BLISS ROAD, #1 | | NEWPORT | RI | 02840 | |
| Stuart Jones | | Address Redacted | | | | | |
| Taylor Whisenand | | Address Redacted | | | | | |
| Tecnologia En Calzado | | Ave 3 Bis Street | | San Jose | CR | | Costa Rica |
| The Octopus Project | | 1004 JEWELL STREET | | AUSTIN | TX | 78704 | |
| Theodore Li | | Address Redacted | | | | | |
| Thomas Calhoun | | Address Redacted | | | | | |
| Thomas Chambolle | | 5600 Argosy Circle | | Huntington Beach | CA | 92649 | |
| Thrasher | | 1303 Underwood Ave | | San Francisco | CA | 94124 | |
| Time Warner Cable | | PO Box 60074 | | City of Industry | CA | 91716 | |
| Tommy Moncata | | 25 Kaneohe Bay Dr #27 | | Kailua | HI | 96734 | |
| Trevor Gregson | | 1633 3RD STREET | | HOOD RIVER | OR | 97031 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 5 of 6

**Exhibit A**
**Counterparties First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Tricia Thorson | | 1525 NW 53RD ST., #3 | | SEATTLE | WA | 98107 | |
| UNiDAYS Inc. | | 120 E. 23rd Street | | New York | NY | 10010 | |
| Urchin Associates PTY LTD | | 1/108 MOOR STREET | | FITZROY | VIC | 99999 | Australia |
| Vertex, Inc. | | 25528 NEWTWORK PLACE | | CHICAGO | IL | 6673--1255 | |
| WENDELL AOKI | DBA HAWAII SURFING PRODUCTIONS | 734 A KAIPII STREET | | KAILUA | HI | 96734 | |
| Windstream | | P.O. BOX 9001950 | | LOUISVILLE | KY | 40290-1950 | |
| World Sport S.A. | | Saavedra 3150 | | Mar Del Plata | | 07600 | Argentina |
| Zappos Merchandising, Inc. | | P.O. BOX 7469 | | LAS VEGAS | NV | 89125-7469 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 6 of 6

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
QUIKSILVER, INC., *et al.*,             :    Case No. 15-11880 (BLS)
                                        :
                Debtors.[1]             :    Jointly Administered
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS
OR UNEXPIRED LEASES TO BE ASSUMED, OR ASSUMED AND ASSIGNED,
AS APPLICABLE, PURSUANT TO THE SECOND AMENDED JOINT CHAPTER 11
PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS
AFFILIATED DEBTORS AND DEBTORS IN POSSESSION**

**THIS NOTICE IS BEING PROVIDED TO EACH NON-DEBTOR PARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED, OR ASSUMED AND ASSIGNED, PURSUANT TO THE PLAN (AS DEFINED BELOW).**

**PLEASE TAKE NOTICE THAT:**

On December 4, 2015, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 534] (the "Disclosure Statement and Solicitation Procedures Order") approving, among other things: (i) the Disclosure Statement With Respect to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession, dated November 17, 2015 [Docket No. 533] (as amended, modified, or supplemented from time to time, the "Disclosure Statement"), as providing adequate information for holders of claims against and interests in the Debtors to make a decision as to whether to accept or reject the Second Amended Joint Chapter 11 Plan of Reorganization Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession, dated November 17, 2015 [Docket No. 532] (as amended, modified, or supplemented from time to time, the "Plan"), and (ii) the procedures for the solicitation and notice procedures with respect to the Plan and approving the form of various ballots and notices in connection therewith (the "Solicitation Procedures").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

1

On January 7, 2016, the Debtors filed the Notice of Filing of Plan Supplement for the Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession (as amended, modified, or supplemented from time to time, the "Plan Supplement"), which includes the schedule of certain executory contracts and unexpired Leases to be assumed by the Debtors pursuant to the Plan [Docket No. 625] (as amended, modified or supplemented from time to time, the "Schedule of Assumed Executory Contracts and Unexpired Leases"). The documents contained in the Plan Supplement are integral to and part of the Debtors' Plan.

In the Disclosure Statement and Solicitation Procedures Order, the Bankruptcy Court scheduled a hearing (the "Confirmation Hearing") on confirmation of the Plan. The Confirmation Hearing will commence at **9:30 a.m. (prevailing Eastern time) on January 27, 2016**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time by written notice or by announcing such continuance in open court. The Plan, including the Plan Supplement, may be further modified or amended, if necessary, pursuant to 11 U.S.C. § 1127, prior to, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

**ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE PLAN**

The order confirming the Plan (the "Confirmation Order") will constitute an order under Bankruptcy Code section 365 approving the rejection of all prepetition executory contracts and unexpired leases to which any Debtor is a party, to the extent such contracts or leases are executory contracts or unexpired leases, on and subject to the occurrence of the Effective Date, unless such contract or lease (a) is identified in the Schedule of Assumed Executory Contracts and Unexpired Leases, as an assumed agreement; provided, however, that the Debtors may amend such Schedule of Assumed Executory Contracts and Unexpired Leases at any time prior to the date the Plan is confirmed; (b) previously shall have been assumed or rejected by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a pending motion to assume or reject on the Effective Date; or (d) is otherwise assumed pursuant to the terms of the Plan.

1. Notice of Assumption: The Debtors hereby provide notice (this "Notice") of their intent to assume, or assume and assign, as applicable, the executory contract or unexpired lease, as listed on Exhibit A hereto (the "Assumed Contract"), as of the Effective Date. The Assumed Contract listed on Exhibit A has been or will be included in the Schedule of Assumed Executory Contracts and Unexpired Leases. Each Assumed Contract listed on Exhibit A includes any and all amendments, restatements or revisions thereto. Assumption of such Assumed Contract includes assumption of such amendments, restatements or revisions. The Debtors are authorized to supplement, modify or amend the Schedule of Assumed Executory Contracts and Unexpired Leases (including adding or removing contracts or leases therefrom) as necessary prior to the Confirmation Hearing.

2

2.  <u>Notice of Cure Amount</u>:  Within 30 days following the occurrence of the Effective Date or as soon as reasonably practicable thereafter, the Reorganized Debtors or their assignee, as applicable, shall pay in cash the amount, if any, necessary to cure any defaults of any of the Debtors under the Assumed Contract according to the Debtors' books and records, or on such other terms as may be ordered by the Bankruptcy Court or agreed upon by the parties to the applicable Assumed Contract without any further notice to or action, order, or approval of the Bankruptcy Court.  Such amount is set forth on Exhibit A hereto (the "<u>Cure Amount</u>").  Except as otherwise set forth on <u>Exhibit A</u>, the cure amount with respect to the Assumed Contract is designated by the Debtors as zero dollars ($0), subject to the determination of a different cure amount pursuant to the procedures set forth in the Plan and herein. The Debtors will continue to pay all postpetition amounts owing under the Assumed Contract until the assumption of the Assumed Contract.  The Debtors' records reflect that, other than the Cure Amount, there are no other defaults under the Assumed Contract.

3.  <u>Objecting to the Proposed Assumption or Cure Amount</u>:  Each non-Debtor party to an Assumed Contract shall have until **January 27, 2016 at 4:00 p.m. (prevailing Eastern time) (the "<u>Cure Objection Deadline</u>")** to file an objection (a "<u>Cure Objection</u>") to (a) the proposed assumption of the applicable Assumed Contract (and must state in the objection, with specificity, the legal and factual basis of its objection) and/or (b) the Cure Amount (and must state in its objection, with specificity, alleged alternative Cure Amount and include invoices and other appropriate documentation in support thereof).  If no objection is timely received, (x) the non-Debtor party to the Assumed Contract shall be deemed to have consented to the assumption of the applicable Assumed Contract and shall be forever barred from asserting any objection with regard to such assumption, and (y) the proposed Cure Amount shall be controlling, notwithstanding anything to the contrary in any applicable Assumed Contract or other document as of the date of the filing of the Plan, and the non-Debtor party to an Assumed Contract shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.  Objections, if any, to the proposed assumption and/or Cure Amount must be in writing, filed with the Bankruptcy Court and served in hard-copy form <u>so that they are actually received</u> by the Cure Objection Deadline by the following parties: (collectively, the "<u>Notice Parties</u>"): (i) Quiksilver, Inc., 5600 Argosy Circle, Huntington Beach, CA 92649, Attn: Linnsey Caya; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071, Attn: Van C. Durrer, II and Annie Li and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, Wilmington, DE 19801, Attn: Dain De Souza and Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Suite 2700, Chicago, IL 60606, Attn: John K. Lyons and Jessica Kumar; (iii) counsel to the Plan Sponsor,[2] Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago, IL 60654, Attn: Patrick J. Nash, Jr. and Ross M. Kwasteniet and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899, Attn: Robert J. Dehney and Andrew R. Remming; (iv) counsel to the Official Committee of Unsecured Creditors, Akin, Gump, Strauss, Hauer & Feld LLP, One

---

[2]  As used herein, "<u>Plan Sponsor</u>" refers to certain funds managed by affiliates of Oaktree Capital Management which are party to the Plan Sponsor Agreement by and among the Debtors and the Plan Sponsor, dated as of September 8, 2015.

Bryant Park, Bank of America Tower, New York, NY 10036, Attn: Michael S. Stamer, Abid Qureshi, and Meredith A. Lahaie and Pepper Hamilton, LLP, Hercules Plaza, Suite 5100, 1313 Market Street, Wilmington, DE 19899, Attn: David B. Stratton, David M. Fournier, and John H. Schanne II; (v) to the extent not included in the foregoing, any party to the applicable Assumed Contract; (vi) any other parties in interest who are required to be given notice pursuant to Federal Rule of Bankruptcy Procedure 2002; and (vii) the Office of the United States Trustee, J. Caleb Boggs Federal Bldg., 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801, Attn: Mark S. Kenney.

      4.      <u>Hearing with Respect to Objections</u>:  If an objection to the proposed assumption and/or to the Cure Amount is timely filed and received in accordance with the procedures set forth in the preceding paragraph, and the parties do not reach a consensual resolution of such objection, a hearing with respect to such objection will be held at such time scheduled by the Bankruptcy Court or the Debtors or the Reorganized Debtors.  Objections to the proposed Cure Amount or assumption of an executory contract or unexpired lease will not be treated as objections to confirmation of the Plan.

      5.      <u>Reservation of Rights</u>:  Notwithstanding anything to the contrary herein or in the Plan, prior to the Effective Date, the Debtors, with the consent of the Plan Sponsor, may amend their decision with respect to the assumption of any executory contract or unexpired lease and provide a new notice amending the information provided in the applicable notice.  In the case of an executory contract or unexpired lease designated as an Assumed Contract that is the subject of a Cure Objection which has not been resolved prior to the Effective Date, the Debtors may designate such executory contract or unexpired lease for rejection at any time prior to the payment of the Cure Amount.

      6.      <u>No Admission</u>. Neither the exclusion nor inclusion of any contract or lease on <u>Exhibit A</u> hereto, nor anything contained in the Plan or the Plan Supplement, shall constitute an admission by the Debtors that any such contract or lease is in fact an executory contract or unexpired lease or that the Reorganized Debtors, or any of their affiliates, have any liability thereunder. If there is a dispute regarding whether a contract or lease is or was executory or unexpired at the time of assumption or rejection, the Debtors, with the consent of the Plan Sponsor, or the Reorganized Debtors, as applicable, shall have 45 days following entry of a Final Order resolving such dispute to alter their treatment of such contract or lease.

      7.      <u>Plan</u>. The treatment of executory contracts and unexpired leases is more fully described in Article VII of the Plan and Exhibit I of the Plan Supplement (as each may be amended).

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**COPIES OF DOCUMENTS**

        Any party in interest wishing to obtain information about the Solicitation Procedures or copies of the Disclosure Statement, the Plan or the Solicitation Procedures should (i) contact the Debtors' Voting Agent, Kurtzman Carson Consultants LLC, at **(877) 709-4757,** within the United States or Canada, or at **(424) 236-7235**, outside the United States or Canada, or at quiksilverinfo@kccllc.com or (ii) view such documents at the website maintained by the Debtors' Voting Agent, at **http://www.kccllc.net/quiksilver**.  All documents that are filed with the Court may be reviewed during regular business hours (9:00 a.m. to 4:00 p.m. weekdays, except legal holidays) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

Dated:        Wilmington, Delaware
                 January 11, 2016

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## ASSUMED CONTRACT(S) AND CURE AMOUNT(S)

| Debtor Name | Counterparty | Description | Cure Amount |
|---|---|---|---|
|  |  |  |  |