# THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF DELAWARE

IN RE: Quicksilver Inc, Debtor(s).  
   5600 Argosy Circle  
   Huntington Beach, CA  92649  
   33-0199426

Case No. 15-11880 BLS  
Chapter 11

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

The Tennessee Attorney General hereby gives notice that the undersigned withdraws the following administrative expense claim against the Debtor(s), a copy of which is attached hereto, pursuant to Fed. R. Bankr. P. 3006:

    Creditor: TN Dept. of Revenue  
    Amount of Administrative Claim: $295.47  
    Date Claim Filed: September 28, 2015  
    Account Number: Claim # 25

Respectfully submitted,  
Herbert H. Slatery III  
Attorney General and Reporter

/s/Laura L. McCloud  
Laura L. McCloud  
Senior Counsel  
BPR No. 016206  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: 615-532-2504    Fax: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on _____February 4, 2016_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/Laura L. McCloud

| | |
|---|---|
| Office of the U.S. Trustee | Dain A. De Souza, Attorney for the Debtor(s) |
| 844 King St., Room 2207 | Skadden,Arps,Slate,Meagher & Flom LLP |
| Lock Box 35 | 920 N. King St., P.O. Box 636 |
| Wilmington, Delaware 19899-0035 | Wilmington, DE 19801 |

**TDR**   TENNESSEE DEPARTMENT OF REVENUE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF **DELWARE**

In re

DC SHOES, INC.
Debtor
Taxpayer No. 33-0610965

**BANKRUPTCY**

No. **15-11883**    **Chapter 11**

## POST PETITION PRIORITY TAX CLAIM

This claim is a first priority as an administrative expense incident to the chapter 11 proceedings. This Post Petition Priority Tax Claim is in addition to and does not replace our previous claim (claim control # 5749579150921) dated **September 21, 2015** in the amount of **$68,656.47.**

## PROOF OF CLAIM

1. The undersigned, which resides at Andrew Jackson State Office Building, Nashville, Tennessee 37242, is authorized to Make this proof of claim on behalf of the claimant, the Commissioner of Revenue of the State of Tennessee.
2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted to the claimant, in the Sum of **$295.47**(See attachment).
    a.  Secured Claim _____
    b.  Unsecured Priority Claim _____
    c.  Unsecured General Claim _____
    d.  Post Petition Priority Tax Claim **$295.47**
    e.
3. The consideration for the debt is Tennessee Taxes with interest accruing under the provisions of T.C.A. **67-6-101** Et seq. as follows:
4. No judgment has been rendered on the claim.
5. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
6. This claim is not subject to any setoff or counterclaim.
7. No security interest is held of this claim.

Evidence of perfection of such security interest is attached hereto.

Dated: **September 21, 2015**

Signed: _Carl Gilliam_ /ms
Delegate of the Commissioner of Revenue

Claim Control No. **5749588150921 (LT)**

Carl Gilliam, Assistant Director
TENNESSEE DEPT. OF REVENUE
c/o ATTORNEY GENERAL
P. O. BOX 20207
NASHVILLE, TN  37202-0207
Creditor No.  493734

Debtor:  DC SHOES. INC.

| | |
|---|---|
| D/B/A: | DC SHOES, INC.<br>15202 GRAHAM ST<br>HUNTINGTN BCH, CA  92649-1109 |
| ACCT NO. | 104767273 |
| ACCT TYPE | SALES&USE |
| ENTITY ID | 33-0610965/000 |



# TENNESSEE DEPARTMENT OF REVENUE

TENNESSEE DEPARTMENT OF REVENUE
LEGAL CLAIMS SUMMARY SHEET

DC SHOES. INC.                                           BANKRUPTCY

DC SHOES, INC.                                           824 MARKET STREET
15202 GRAHAM ST                                          WILMINGTON DE  19801
HUNTINGTN BCH CA 92649-1109

Docket No.: 15-11883

Chapter:   11
Date Petition Filed:   September 9, 2015

33-0610965/000
104767273                                                First Creditors Meeting:
SALES&USE                                                Business Closure Date:

| ASSMT NO. | RSN  | PD. BEG. | TAX      | LATE CHG. | RET. CHK. | INTEREST | TOTAL    |
|-----------|------|----------|----------|-----------|-----------|----------|----------|
| 1         | DLNQ | 07-01-15 | $295.47  | $0.00     | $0.00     | $0.00    | $295.47  |
|           |      | TOTALS   | $295.47  | $0.00     | $0.00     | $0.00    | $295.47  |

RECAP

| Audit Balance:           | $0.00    |
|--------------------------|----------|
| Payment Agreement Balance: | $0.00  |
| No Remittance Balance:   | $0.00    |
| Estimated Assessments:   | $295.47  |
| Underpaid Balance:       | $0.00    |
| Returned Checks:         | $0.00    |
| GRAND TOTAL:             | $295.47  |

Penalty and interest calculated through   09-21-15

_____                          September 21, 2015
Preparer's Signature                                     Date

5749588150921003