IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
In re: :
: Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*, :
: Jointly Administered
Debtors.[1] :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION OF COUNSEL IN SUPPORT OF
OMNIBUS HEARING DATES SCHEDULING ORDER**

The undersigned counsel for above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that the undersigned has consulted with the United States Bankruptcy Court for the District of Delaware (the "Court") regarding scheduling omnibus hearing dates for the above referenced chapter 11 cases and has been informed the following dates and times are available for omnibus hearings:

> **March 31, 2016 at 10:30 a.m. (Eastern) (Fee Hearing)
> April 28, 2016 at 11:00 a.m. (Eastern)
> May 26, 2016 at 10:00 a.m. (Eastern)**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed omnibus hearing dates scheduling order attached hereto as <u>Exhibit A</u>.

Dated:  Wilmington, Delaware
        February 5, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**
**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :    Chapter 11
In re:                                                          :
                                                                :    Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,                                       :
                                                                :    Jointly Administered
                                    Debtors.                    :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon consideration of the Certification of Counsel in Support of Omnibus Hearing Dates Scheduling Order dated February 5, 2016, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The following dates and times have been scheduled as omnibus hearings (the "Omnibus Hearings") in these chapter 11 proceedings:

   **March 31, 2016 at 10:30 a.m. (Eastern) (Fee Hearing)**
   **April 28, 2016 at 11:00 a.m. (Eastern)**
   **May 26, 2016 at 10:00 a.m. (Eastern)**

2. Omnibus Hearings will occur thereafter as may be scheduled by the United States Bankruptcy Court for the District of Delaware (the "Court").

3. All matters in these cases shall be set for and heard on the dates scheduled for Omnibus Hearings unless alternative hearing dates are approved by the Court for good cause shown.