IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
                                               :

In re:                                          :   Chapter 11

QUIKSILVER, INC., *et al.*,               :   Case No. 15-11880 (BLS)

                      Debtors.[1]      :   Jointly Administered

------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

    1.    I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC ("**KCC**"), the claims, noticing and administrative agent for the Debtors in the above-captioned cases. I submit this Supplemental Affidavit in connection with the service of solicitation materials (the "**Solicitation Package(s)**") for the *Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* [Docket No. 532] (the "**Plan**"). I am over the age of 18 and not a party to this action. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

    2.    On September 10, 2015, the Court entered the *Order Granting Debtors' Application for Entry of Order Pursuant to Section 156(c) of Title 28 of the United States Code, Bankruptcy Code Section 105(a), Bankruptcy Rule 2002, and Local Bankruptcy Rule 2002-1(f) Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date* [Docket No. 69].

    3.    On October 6, 2015, the Court entered the *Order Granting Debtors' Application for Entry of Order Pursuant to Bankruptcy Code Sections 327(a), 328, and 1107(b), Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1 Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC to Provide Administrative Services Nunc Pro Tunc to the Petition Date* [Docket No. 243].

    4.    Consistent with its retention as claims, noticing and administrative agent, KCC is charged with, among other things, the duty of printing and distributing Solicitation Packages to creditors and other interested parties pursuant to the instructions set forth in the *Order (A) Approving the Adequacy of the Debtors' Disclosure Statement, (B) Approving Solicitation and*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

*Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, and (D) Scheduling Certain Dates with Respect Thereto* [Docket No. 529] (the "**Disclosure Statement Order**"), as entered by the Court on December 4, 2015.

*THE SOLICITATION PACKAGE*

    5.    The various solicitation materials consist of the following documents:

        a.    CD-ROM (the "**CD-ROM**") containing the following documents:

            i.    the *Second Amended Disclosure Statement with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* [Docket No. 533] (the "**Disclosure Statement**");

            ii.    the Plan;

            iii.    Disclosure Statement Order; and

            iv.    the Solicitation Procedures (the "**Solicitation Procedures**") (Exhibit 5 to the Disclosure Statement Order);

        b.    Notice of (A) Approval of Adequacy of Disclosure Statement, (B) Solicitation and Notice Procedures, (C) Objection and Voting Deadlines, and (D) the Hearing to Confirm the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 534] (the "**Confirmation Hearing Notice**");

        c.    Ballot for Class 4 Secured Notes Claims (the "**Class 4 Beneficial Ballot**") (Exhibit 3-A to the Disclosure Statement Order);

        d.    Ballot for Class 4 Secured Notes Claims (the "**Class 4 Master Ballot**") (Exhibit 3-A to the Disclosure Statement Order);

        e.    Ballot for Class 5A Unsecured Notes Claims (the "**Class 5-A Beneficial Ballot**") (Exhibit 3-B to the Disclosure Statement Order);

        f.    Ballot for Class 5A Unsecured Notes Claims (the "**Class 5-A Master Ballot**") (Exhibit 3-B to the Disclosure Statement Order);

        g.    Ballot for Class 5B General Unsecured Claims (the "**Class 5-B General Unsecured Claims Ballot**") (Exhibit 3-C to the Disclosure Statement Order);

        h.    Notice of Non-Voting Status with Respect to Unclassified Claims and Unimpaired Classes Presumed to Accept the Plan (the "**Non-Voting Status Notice – Presumed to Accept**") (Exhibit 4-A to the Disclosure Statement Order);

  i.  Notice of Non-Voting Status with Respect to Classes Deemed to Reject the Plan (the "**Non-Voting Status Notice – Deemed to Reject**") (Exhibit 4-B to the Disclosure Statement Order);

  j.  to Holders of Class 4 Secured Notes Claims, Class 5-A Unsecured Notes Claims and Class 5B General Unsecured Claims only, a pre-addressed, postage pre-paid return envelope (the "**Return Envelope**"); and

  k.  to all known executory contract and unexpired lease counterparties only, the Executory Contract ad Unexpired Lease Notice (the "**Executory Contract and Unexpired Lease Notice**") (Exhibit 4-C to the Disclosure Statement Order).

*SERVICE OF THE SOLICITATION PACKAGES*

1. On January 5, 2016, at my direction and under my supervision, employees of KCC caused the Confirmation Hearing Notice and the Non-Voting Status Notice to the registered holders of Common Stock to be served per postal forwarding address via First Class mail on the service list attached hereto as **Exhibit A**.

2. On or before January 13, 2016, at my direction and under my supervision, employees of KCC caused the Confirmation Hearing Notice to be served per postal forwarding address via First Class Mail on the service list attached hereto as **Exhibit B**.

3. On January 5, 2016, at my direction and under my supervision, employees of KCC caused the Confirmation Hearing Notice and Executory Contract and Unexpired Lease Notice to be served per postal forwarding address via First Class Mail on the service list attached hereto as **Exhibit C**.

Dated: January 15, 2016

                     Stephanie Delgado

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 15th day of January, 2016, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Brandon Richards | | 10559 Mather Ave | Sunland | CA | 91040-2949 |
| Chris Rung | | 54 Florence Dr | Richboro | PA | 18954-1445 |
| Gary Nylund | | 47 Congamond Rd | Southwick | MA | 01077-9404 |
| Helen Ball & | Marc Goldberg Jt Ten | 244 Rye St | Broad Brook | CT | 06016-9560 |
| Jill Mason Cust | JM Under The NY Unif Tran Min Act | 9320 County Route 5 | Chaumont | NY | 13622-3109 |
| Joseph Gaudet III C/F | JG IV UGMA/FL | 148 Santiago Dr | Jupiter | FL | 33458-2721 |
| Linda A Tucker Cust | BT UTMA/In Under the MD Unif Tran Min Act | 13200 Crossover Rd NE | Flintstone | MD | 21530-3164 |
| Robert Hardman Cust | MH UTMA/FL | 205 Deer Haven Dr | Ponte Vedra | FL | 32082-2108 |
| Robert Manzo | | 1730 Almelo Ln | Huntingtn Bch | CA | 92649-4621 |
| Thomas Holbrook | | 439 Cambridge Cir | Costa Mesa | CA | 92627-4703 |

# Exhibit B

**Exhibit B**
**Creditor Matrix**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Adela Anguiano | Address Redacted | | | |
| Adriana Barrientos | Address Redacted | | | |
| Alaine Miller-Gill | Address Redacted | | | |
| Alexis Lorenz | Address Redacted | | | |
| Allyson Seifert | Address Redacted | | | |
| Andrew Bakken | 29532 Squaw Valley Dr | Menifee | CA | 92586-3447 |
| Ann-Marie Harbour | Address Redacted | | | |
| Beverly Shepard | Address Redacted | | | |
| Bianca Helmer | Address Redacted | | | |
| Bobby Holsombach | Address Redacted | | | |
| Brittany Paez | Address Redacted | | | |
| Calik Hemmings-Lambert | Address Redacted | | | |
| Charles Vasquez | Address Redacted | | | |
| Christopher Thompson | Address Redacted | | | |
| Darius Rafiei | Address Redacted | | | |
| David Solecki | Address Redacted | | | |
| Deisy Santana | Address Redacted | | | |
| Dennis, Olson | Address Redacted | | | |
| Devoy, Liam | Address Redacted | | | |
| Devoy, Liam V. | Address Redacted | | | |
| George A. Dressel | Address Redacted | | | |
| Giselle Johnson | Address Redacted | | | |
| Heather Uvanni | Address Redacted | | | |
| Jessica Westergard | Address Redacted | | | |
| Joshua Holton | Address Redacted | | | |
| Kaiann Burtyk | Address Redacted | | | |
| Kathryne Sakata | Address Redacted | | | |
| Keaton Tam | Address Redacted | | | |
| Kelvin Akehurst | Address Redacted | | | |
| Lenora Nakamura | Address Redacted | | | |
| Liam Devoy | Address Redacted | | | |
| Liza Zenteno | Address Redacted | | | |
| Makenna Berry | Address Redacted | | | |
| Margarita Rosales | Address Redacted | | | |
| Mia Bolton | Address Redacted | | | |
| Orlanado Valdes | Address Redacted | | | |
| Robert Taylor | Address Redacted | | | |
| Roberta Molokandov | Address Redacted | | | |
| Sian Clements | Address Redacted | | | |
| Tanisha Mills | Address Redacted | | | |
| Trevor Bailey | Address Redacted | | | |
| Trevor March | Address Redacted | | | |
| William Deaton | Address Redacted | | | |
| Zachary Poller | Address Redacted | | | |

# Exhibit C

**Exhibit C**

| CreditorName | CreditorNoticeName | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Adams, Nate | c/o Wasserman Media Group , LLC | Attn Vice President, Legal Affairs | 2251 Faraday Ave #200 | Carlsbad | CA | 92008-7209 |
| Block, Ken | c/o Wasserman Media Group | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| Bright, Torah | C0 Wasserman Media GR. LLC | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| Cianciarulo, Adam | | 335 N Causeway Apt F25 | | New Smyrna | FL | 32169-5284 |
| Criteo Corp | | 387 Park Ave S Fl 12 | | New York | NY | 10016-8810 |
| Criteo, S.A. | | 387 Park Ave S Fl 12 | | New York | NY | 10016-8810 |
| Deft, LLC d.b.a Deft Family | C/O Wasserman Media Group | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| E. Gluck Corporation | Attn Barbara Weichselbaum | 6015 Little Neck Pkwy | | Little Neck | NY | 11362-2500 |
| Eaton, Jagger | C/O Wassermand Media Group, LLC | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| Funkhouser, Tristan | | 29435 Quail Run Dr | | Agoura Hills | CA | 91301-1518 |
| Hoonigan | C/O Wasserman Media Group | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| Howell, Dara | C/O Wasserman Media Group | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| Jakks Pacific, Inc. | | 2951 28th St | | Santa Monica | CA | 90405-2961 |
| Kohls | | PO Box 1019 | | Hartford | CT | 06143-1019 |
| Pastrana, Travis | c/o Wasserman Media Group LLC | Attn Vice President, Legal Affairs | 2251 Faraday Ave #200 | Carlsbad | CA | 92008-7209 |
| Reynolds, Dane | C/O Wasserman Media Group, LLC | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| Reynolds, Dane | C/0 Wasserman Media Group | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| Rice, Travis | C/O Wasserman Media, Group, LLC | 2251 Faraday Ave # 200 | | Carlsbad | CA | 92008-7209 |
| Scharr, Tom | C/O Wasserman Media Group LLC | Attn Vice President, Legal Affairs | 2251 Faraday Ave #200 | Carlsbad | CA | 92008-7209 |
| Style West | | 1500 E Wolley Rd Ste D | | Oxnard | CA | 93030-7384 |
| Surf Technicians, LLC | | 912 41st Ave | | Santa Cruz | CA | 95062-4457 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1