IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
In re: :
: Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*, :
: Jointly Administered
Debtors.[1] :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON FEBRUARY 10, 2016 AT 11:30 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on February 10, 2016 beginning at 11:30 a.m. (Eastern).

**I.    RESOLVED MATTERS**

1.    **GECC MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE:** Motion Of General Electric Capital Corporation For The Entry Of An Order, Pursuant To (I) 11 U.S.C. § 365(d)(5) Compelling The Debtor To Immediately Pay In Full Postpetition Amounts Due Under Personal Property Lease And (II) 11 U.S.C. § 503(b)(1) For The Allowance And Payment Of An Administrative Expense (Docket No. 691) (Date Filed: 1/20/16)

    Objection
    Deadline:    February 3, 2016 at 4:00 p.m. (Eastern)

    Objections/
    Responses
    Filed:    None.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Status: No hearing is necessary. The parties have resolved this matter and intend to submit a stipulation and order for the Court's consideration prior to the hearing.

## II. MATTERS GOING FORWARD

2. **FIRST OMNIBUS OBJECTION:** Debtors' First Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims, (II) Amended and Superseded Claims, and (III) Stock Claims (Non-Substantive) (Docket No. 603) (Date Filed: 12/30/15)

    Objection Deadline: January 15, 2016 at 4:00 p.m. (Eastern)

    Objections/Responses Filed:

    a. Todd D. Sells' Response to First Omnibus Objection to Claims (Docket No. 638) (Date Filed: 1/11/16)

    b. Stephen Puglisi's Response to Debtors' First Omnibus Objection to Claim (Docket No. 683) (Date Filed: 1/15/16)

    c. Informal Response of C&K Broadway 519 LLC

    Status: The informal response by C&K Broadway 519 LLC, will be resolved by a revised order designating claim 671 as the remaining claim and claim 698 as the claim to be disallowed. This matter is going forward.

3. **SECOND OMNIBUS OBJECTION:** Debtors' Second Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims Filed Against Different Debtors and (II) Duplicate Debt Claims (Substantive). (Docket No. 604) (Date Filed: 12/30/15)

    Related Documents:

    a. Notice of Submission of Proofs of Claim (Docket No. 723) (Date Filed: 1/27/16)

    Objection Deadline: January 15, 2016 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a. Informal Response of O'Melveny & Myers LLP

b. Informal Response of Pacific Employers Insurance Company

Status: The informal response from O'Melveny & Myers LLP has been resolved. The Debtors received an informal response from Pacific Employers Insurance Company, which will be resolved upon the effective date of the Plan. The Debtors expect to submit a modified order at or prior to the hearing.

Dated: Wilmington, Delaware
February 8, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

3