**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-1188 (BLS) |
| Debtors[1]. | Jointly Administered |
| | Objection Deadline: Feb. 8, 2016 |

**OBJECTION OF XL SPECIALTY INSURANCE COMPANY TO DEBTOR'S "NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED OR ASSUMED AND ASSIGNED, AS APPLICABLE PURSUANT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION" AS SET FORTH IN THE "FIRST AMENDMENT TO THE PLAN SUPPLEMENT WITH RESPECT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION" [DOC. NO. 720]**

XL Specialty Insurance Company ("XL Catlin"), by and through its undersigned counsel, hereby submits this objection (the "Objection") to the Notice of Cure as set forth in the "First Amendment to the Plan Supplement with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession" (the "Amended Plan Supplement") filed on January 25, 2016 and respectfully states as follow:

1.       XL Catlin, as insurer, issued a comprehensive credit insurance policy (Policy #: UM00035988SP15A) (the "Policy"[2]) on behalf of AIT Worldwide Logistics, Inc. ('AIT") as insured.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), Quiksilver Wetsuits, Inc. (9599) (collectively, "Debtors"). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] The Policy and invoices are not attached hereto but will be made available to parties in interest upon request as required, with redactions as necessary.

2.      The Policy provides that XL Catlin will insure AIT against unpaid receivables up to the policy amount of $400,000.00 with respect to its account with Debtors pursuant to the terms of the Policy[3].

3.      As set forth in the proofs of claim filed by XL Catlin in this case[4], upon information and belief, AIT has been a provider of logistics services for Debtors for which accounts receivable are owed to AIT and remain outstanding.

4.      AIT filed two claims against Debtor QS Wholesale, Inc. each in the amount of $110,379.36 (Claim Nos. 627, 767).  Debtors moved to expunge Claim No. 627 as a duplicate claim with identical claim No. 767 remaining.

5.      In the Amended Plan Supplement filed shortly before the confirmation hearing, Debtor listed the AIT contract on Schedule A1 of contracts to be assumed. However, the cure amount listed is $0.

6.      XL Catlin submits that the cure amount is in excess of $0 and is at least $110,379.36.   Further, AIT has represented to XL Catlin that the pre-petition claim is in the amount of $114,082.60.

7.      XL Catlin reserves all of its rights, claims and defenses with respect to the AIT claims, the XL Catlin claims and the proposed cure amount.  XL further reserves the right to supplement this Objection.

---

[3] The Policy has certain restrictions, exclusions and deductibles as further stated therein. AIT submitted a claim to XL Catlin based on the accounts receivable owed to it by the Debtors.   Upon the resolution and payment of AIT's claim against XL Catlin, AIT's claims against Debtors will be assigned to XL Catlin which assignment would occur upon the execution of papers already forwarded to AIT.   Notwithstanding anything else herein, XL Catlin reserves all rights, claims and defenses regarding AIT's claims against XL Catlin and nothing herein shall be deemed as an admission with respect to said claim nor shall anything herein be construed as a waiver of any of XL Catlin's rights, claims or defenses with respect to said claim.

[4] XL Catlin has filed the following claims against the following Debtors related to the claim AIT submitted to XL Catlin: Claim No. 631 against QS Retail, Inc.; Claim No. 630 against QS Wholesale, Inc.; Claim No. 628 against DC Shoes, Inc.; and Claim No. 626 against Quiksilver, Inc.

Wherefore, XL Catlin requests that the Court require Debtors to pay a cure amount of $114,082.60 in order to assume the AIT contract.

Dated: February 8, 2016

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

/s/ Gary D. Bressler
Gary D. Bressler, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
gbressler@mdmc-law.com