**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-1188 (BLS) |
| Debtors[1]. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Gary D. Bressler, hereby certify that on February 8, 2016, I caused to be served the OBJECTION OF XL SPECIALTY INSURANCE COMPANY TO DEBTOR'S "NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED OR ASSUMED AND ASSIGNED, AS APPLICABLE PURSUANT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION" AS SET FORTH IN THE "FIRST AMENDMENT TO THE PLAN SUPPLEMENT WITH RESPECT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), Quiksilver Wetsuits, Inc. (9599) (collectively, "Debtors"). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION" [DOC. NO. 720] upon the parties on the attached service list via hand delivery and/or first class mail.

             **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

             /s Gary D. Bressler
             Gary D. Bressler, Esq. (No. 5544)
             300 Delaware Avenue – Suite 770
             Wilmington, Delaware 19801
             Tel: (302) 300-4515
             Facsimile: (302) 654-4031
             gbressler@mdmc-law.com

## **SERVICE LIST**

| Quicksilver, Inc.<br>5600 Argosy Circle<br>Huntington Beach, CA 92649<br>Attn: Linnsey Caya | Skadden Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>Wilmington, DE 19801<br>Attn: Dain DeSouza |

[SEE ATTACHED MATRIX]

| | | |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br>Michael S Stamer Meredith A Lahaie<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | Ashby & Geddes PA<br>William P Bowden Aaron H Stulman<br>500 Delaware Ave 8th Fl<br>PO Box 1150<br>Wilmington, DE 19899-1150 | Assistant Attorney General<br>Jason A Starks<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Ballard Spahr LLP<br>David L Pollack<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Matthew Summers, Leslie Heilman<br>919 Market Street, 11th Floor<br>Wilmington, DE 19801 | Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 |
| Bewley Lassleben & Miller LLP<br>Ernie Zachary Park<br>13215 E Penn St Suite 510<br>Whittier, CA 90602-1797 | BLT Enterprises<br>Robert Solomon<br>501 Spectrum Circle<br>Oxnard, CA 93030 | Brown & Connery LLP<br>Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| Buchalter Nemer, a Professional Corporation<br>Shawn M Christianson<br>55 Second St 17th Fl<br>San Francisco, CA 94105-3493 | Cairncross & Hempelmann<br>John Rizzardi<br>524 Second Ave Ste 500<br>Seattle, WA 98104-2323 | Chipman Brown Cicero & Cole LLP<br>William E Chipman Jr<br>Hercules Plaza<br>1313 N Market St Ste 5400<br>Wilmington, DE 19801 |
| Clayton Blehm<br>770 Sycamore Avenue, Suite 122<br>Vista, CA 92083 | Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | Delaware Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 |
| Delaware Dept of Justice<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| Delware Trust Company<br>Attn Trust Administration<br>2711 Centerville Road<br>Wilmington, DE 19808 | Deutsche Trustee Company Limited<br>Attn Debt & Agency Services<br>Winchester House<br>1 Great Winchester Street<br>London, EC2N 2DB<br>United Kingdom | eBay Enterprise, Inc.<br>Katherine S. Pell Esq<br>Assistant General Counsel<br>935 First Avenue<br>King of Prussia, PA 19406 |
| Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 | Ezra Brutzkus Gubner LLP<br>Steven T Gubner<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367 | Foley & Lardner LLP<br>Mark L Prager Mark F Hebbeln Lars A Peterson<br>321 N Clark St Ste 2800<br>Chicago, IL 60654-5313 |
| Fowler White Burnett, P.A.<br>Eric A Rosen Esq<br>Northbridge Centre<br>515 North Flagler Dr, Ste 2100<br>West Palm Beach, FL 33401 | GGP Limited Partnership, as Agent<br>Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Global Brands Group<br>Attn Martin Leder<br>12 Princeton Dr<br>Tappan, NY 10903 |
| Goodsill Anderson Quinn & Stifel<br>Jonathan C Bolton<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813 | Greenberg Taurig LLP<br>Dennis A Meloro<br>The Nemours Building<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenberg Taurig LLP<br>Jeffrey M Wolf<br>One International Place<br>Boston, MA 02110 |

| | | |
|---|---|---|
| Hogan Lovells US LLP<br>Christopher R Donoho III John D Beck<br>875 Third Ave<br>New York, NY 10022 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | James A Shalvoy Esq<br>1201 Morningside Dr<br>Suite 215<br>Manhattan Beach, CA 90266 | Jeffer Mangels Butler & Mitchell LLP<br>Joseph A Eisenberg PC<br>1900 Avenue of the Stars 7th Fl<br>Los Angeles, CA 90067 |
| Jeffrey S Shinbrot APLC<br>Jeffrey S. Shinbrot<br>8200 Wilshire Blvd Suite 400<br>Beverly Hills, CA 90211 | Jung & Yuen, LLP<br>Curtis Jung, Esq.<br>888 S. Figueroa St., Suite 720<br>Los Angeles, CA 90017 | Kasowitz Benson Torres & Firedman LLP<br>David M Friedman Daniel A Fliman<br>1633 Broadway<br>New York, NY 10019 |
| Katten Muchin Rosenman LLP<br>c/o Dustin P Branch<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Jessica Mickelsen Simon<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Matthew W Olsen<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| KCC<br>Mike Hill<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 | Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| Law Office of Susan E Kaufman LLC<br>Susan E Kaufman<br>919 North Market Street, Suite 460<br>Wilmington, DE 19801 | LeClairRyan<br>Andrew Cole, Esq.<br>800 North King Street, Suite 303<br>Wilmington, DE 19801 | LeClairRyan<br>Niclas A Ferland Esq Ilan Markus Esq<br>545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 |
| Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>711 Navarro St Ste 300<br>San Antonio, TX 78205 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Lobel Weiland Golden Friedman LLP<br>Alan J Friedman<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | Loeb & Loeb LLP<br>P Gregory Schwed, Bethany D Dimmons<br>345 Park Ave<br>New York, NY 10154 | Magnozzi & Kye, LLP<br>Amish R Doshi<br>23 Green Street, Suite 302<br>Huntington, NY 11743 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn Sheryl L Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott<br>1201 North Market Street<br>16th Floor<br>PO Box 1347<br>Wilmington, DE 19899-1347 | New Generation Advisors LLC<br>Attn Baily Dent<br>13 Elm St<br>Manchester, MA 01944 |
| New York State Department of Taxation and Finance<br>Robert L Cook Esq<br>Office of Counsel<br>340 East Main St<br>Rochester, NY 14604 | O'Connor Playdon & Guben LLP<br>Jerrold K Guben Jeffery S Flores<br>Makai Tower, Ste 2400<br>733 Bishop St<br>Honolulu, HI 96813 | Office of the United States Trustee Delaware<br>Attn Mark S. Kenney<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |

Patterson Belknap Webb & Tyler LLP
David W Dykhouse Brian P Guiney
1133 Avenue of the Americas
New York, NY 10036-6710

Pepper Hamilton LLP
David B Stratton David M Fournier John H Schanne II
Hercules Plaza, Suite 5100
1313 N Market St
Wilmington, DE 19899-1709

Perdue Brandon Fielder Collins & Mott LLP
Arlington ISD
c/o Elizabeth Banda Calvo
500 E Border St Ste 640
Arlington, TX 76010

Perdue, Brandon, Fielder, Collins & Mott LLP
c/o Owen M Sonik
1235 North Loop West
Suite 600
Houston, TX 77008

Port Logistics
c/o Pamela Kohlman Webster, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Potter Anderson & Corroon LLP
Jeremy W Ryan Etta R Mayers
1313 N Market St 6th Fl
PO Box 951
Wilmington, DE 19899-0951

Rice Reuther Sullivan & Carroll LLP
David A Carroll Anthony J DiRaimondo
3800 Howard Hughes Parkway Ste 1200
Las Vegas, NV 89169

Riemer & Braunstein LLP
Attn Steven Fox
Seven Times Square
Suite 2506
New York, NY 10036

Riemer & Braunstein LLP
David S. Berman
Three Center Plaza
Boston, MA 02108

Rosenthal & Rosenthal Inc
Attn Anthony DiTirro
1370 Broadway
New York, NY 10018

Samil Tong Sang Co
Attn Ian Im
18-130 Gangdong-Dong
Busan,  13 618-800
South Korea

Saul Ewing LLP
Mark Minuti
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE 19899

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission
Sharon Binger Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

Securities & Exchange Commission NY Office
Andrew Calamari Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

Seward & Kissel LLP
John R Ashmead
One Battery Park Plaza
New York, NY 10004

Shenwick & Associates
James H Shenwick
655 Third Ave 20th Fl
New York, NY 10017

Sills Cummis & Gross PC
Andrew H Sherman Boris I Mankovetskiy
Lucas F Hammonds
One Riverfront Plaza
Newark, NJ 07102

Simon Property Group, Inc
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Skadden, Arps, Slate, Meagher & Flom LLP
John K Lyons
155 N Wacker Dr
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Van C Durrer
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Spector & Johnson PLLC
Howard Marc Spector
12770 Coit Rd Ste 1100
Dallas, TX 75251

Stroock & Stroock & Lavan LLP
Andrew P DeNatale
180 Maiden Ln
New York, NY 10038

T. Rowe Price Credit Opportunities Fund
c/o  T. Rowe Price Associates, Inc.
Attn Andrew Baek
100 E. Pratt Street
Baltimore, MD 21202

The Taubman Company
Andrew S Conway Esq
200 East Long Lake Road Ste 300
Bloomfield Hills, MI 48304

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202

U.S. Bank National Association
Justin L. Shearer Vice President
Global Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

Wilfrid Global Opportunity Fund
c/o Wilfrid Aubrey LLC
Attn Nicholas Walsh
465 Lexington Ave
New York, NY 10174

Womble Carlyle Sandridge & Rice, LLP
Attn Steven K Kortanek
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

| | |
|---|---|
| Womble Carlyle Sandridge & Rice, LLP<br>Steven K Kortanek Thomas M Horan<br>Morgan L Patterson<br>222 Delaware Ave Suite 1501<br>Wilmington, DE 19801 | WRI Marshalls Plaza, LP<br>c/o Weingarten Realty Investors<br>Attention: Jenny J. Hyun, Esq<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX 77008 |