IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------- x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., *et al.*,[1] : Case No. 15-11880 (BLS)
: 
              Debtors. : Jointly Administered
: 
: **Related Docket No.: 613**
: 
----------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION OF PJT PARTNERS INC. AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR NECESSARY SERVICES RENDERED AND FOR THE REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE PERIOD SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

      The undersigned hereby certifies that he has received no formal or informal objection or response to the **First Monthly Fee Application of PJT Partners Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation for Necessary Services Rendered and for the Reimbursement of all Actual and Necessary Expenses Incurred During the Period September 29, 2015 through October 31, 2015** [Docket No. 613] (the "Application") filed and served by the undersigned on January 4, 2016. The undersigned further certifies that he has reviewed the docket in these cases and that no objection or response to the Application appears thereon. The notice attached to the Application established a deadline of January 25, 2016 at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the Application. Accordingly, pursuant to the Order

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

#37488894 v2

Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures, dated October 28, 2015 [Docket No. 379], the above-captioned debtors and debtors in possession are authorized to pay PJT Partners Inc. the sum of $134,120.00, which represents 80% ($128,000.00) of the fees and 100% ($6,120.00) of the expenses requested in the Application upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: February 8, 2016
       Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: strattond@pepperlaw.com
              fournierd@pepperlaw.com
              schannej@pepperlaw.com

-AND-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: mstamer@akingump.com
              aqureshi@akingump.com
              mlahaie@akingump.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

#37488894 v2