### CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 8th day of February, 2016, I caused the foregoing **Certification of No Objection Regarding First Monthly Fee Application of PJT Partners Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation for Necessary Services Rendered and for the Reimbursement of all Actual and Necessary Expenses Incurred During the Period September 29, 2015 through October 31, 2015** to be served upon the parties on the attached service list by first-class mail, postage prepaid.

    /s/ John H. Schanne, II  
John H. Schanne, II (DE No. 5260)

#37488894 v2

| | | |
|---|---|---|
| | Ashby & Geddes PA<br>William P Bowden Aaron H Stulman<br>500 Delaware Ave 8th Fl<br>PO Box 1150<br>Wilmington, DE 19899-1150 | Assistant Attorney General<br>Jason A Starks<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Ballard Spahr LLP<br>David L Pollack<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Matthew Summers, Leslie Heilman<br>919 Market Street, 11th Floor<br>Wilmington, DE 19801 | Bayard PA<br>Justin R Alberto<br>222 Delaware Ave Suite 900<br>Wilmington, DE 19801 |
| Bewley Lassleben & Miller LLP<br>Ernie Zachary Park<br>13215 E Penn St Suite 510<br>Whittier, CA 90602-1797 | BLT Enterprises<br>Robert Solomon<br>501 Spectrum Circle<br>Oxnard, CA 93030 | Brown & Connery LLP<br>Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| Buchalter Nemer, a Professional Corporation<br>Shawn M Christianson<br>55 Second St 17th Fl<br>San Francisco, CA 94105-3493 | Cairncross & Hempelmann<br>John Rizzardi<br>524 Second Ave Ste 500<br>Seattle, WA 98104-2323 | Chipman Brown Cicero & Cole LLP<br>William E Chipman Jr<br>Hercules Plaza<br>1313 N Market St Ste 5400<br>Wilmington, DE 19801 |
| Clayton Blehm<br>770 Sycamore Avenue, Suite 122<br>Vista, CA 92083 | Cooley LLP<br>Jay R Indyke Cathy Hershcopf<br>Seth Van Aalten Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036 | Delaware Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 |
| Delaware Dept of Justice<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| Delware Trust Company<br>Attn Trust Administration<br>2711 Centerville Road<br>Wilmington, DE 19808 | Deutsche Trustee Company Limited<br>Attn Debt & Agency Services<br>Winchester House<br>1 Great Winchester Street<br>London,  EC2N 2DB<br>United Kingdom | eBay Enterprise, Inc.<br>Katherine S. Pell Esq<br>Assistant General Counsel<br>935 First Avenue<br>King of Prussia, PA 19406 |
| Environmental Protection Agency<br>1650 Arch St<br>Philadelphia, PA 19103-2029 | Ezra Brutzkus Gubner LLP<br>Steven T Gubner<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367 | Foley & Lardner LLP<br>Mark L Prager Mark F Hebbeln Lars A Peterson<br>321 N Clark St Ste 2800<br>Chicago, IL 60654-5313 |
| Fowler White Burnett, P.A.<br>Eric A Rosen Esq<br>Northbridge Centre<br>515 North Flagler Dr, Ste 2100<br>West Palm Beach, FL 33401 | GGP Limited Partnership, as Agent<br>Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Global Brands Group<br>Attn Martin Leder<br>12 Princeton Dr<br>Tappan, NY 10903 |

#37488894 v2

| | | |
|---|---|---|
| Goodsill Anderson Quinn & Stifel<br>Jonathan C Bolton<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813 | Greenberg Taurig LLP<br>Dennis A Meloro<br>The Nemours Building<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenberg Taurig LLP<br>Jeffrey M Wolf<br>One International Place<br>Boston, MA 02110 |
| Hogan Lovells US LLP<br>Christopher R Donoho III John D Beck<br>875 Third Ave<br>New York, NY 10022 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | James A Shalvoy Esq<br>1201 Morningside Dr<br>Suite 215<br>Manhattan Beach, CA 90266 | Jeffer Mangels Butler & Mitchell LLP<br>Joseph A Eisenberg PC<br>1900 Avenue of the Stars 7th Fl<br>Los Angeles, CA 90067 |
| Jeffrey S Shinbrot APLC<br>Jeffrey S. Shinbrot<br>8200 Wilshire Blvd Suite 400<br>Beverly Hills, CA 90211 | Jung & Yuen, LLP<br>Curtis Jung, Esq.<br>888 S. Figueroa St., Suite 720<br>Los Angeles, CA 90017 | Kasowitz Benson Torres & Firedman LLP<br>David M Friedman Daniel A Fliman<br>1633 Broadway<br>New York, NY 10019 |
| Katten Muchin Rosenman LLP<br>c/o Dustin P Branch<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Jessica Mickelsen Simon<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 | Katten Muchin Rosenman LLP<br>Matthew W Olsen<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| KCC<br>Mike Hill<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Kirkland & Ellis LLP<br>Attn: David Nemecek<br>333 South Hope Street<br>Los Angeles, CA 90071 | Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| Law Office of Susan E Kaufman LLC<br>Susan E Kaufman<br>919 North Market Street, Suite 460<br>Wilmington, DE 19801 | LeClairRyan<br>Andrew Cole, Esq.<br>800 North King Street, Suite 303<br>Wilmington, DE 19801 | LeClairRyan<br>Niclas A Ferland Esq Ilan Markus Esq<br>545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 |
| Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>711 Navarro St Ste 300<br>San Antonio, TX 78205 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Lobel Weiland Golden Friedman LLP<br>Alan J Friedman<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | Loeb & Loeb LLP<br>P Gregory Schwed, Bethany D Dimmons<br>345 Park Ave<br>New York, NY 10154 | Magnozzi & Kye, LLP<br>Amish R Doshi<br>23 Green Street, Suite 302<br>Huntington, NY 11743 |

#37488894 v2

| | | |
|---|---|---|
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn Sheryl L Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn Robert J. Dehney, Andrew R.<br>Remming, Tamara K. Minott<br>1201 North Market Street<br>16th Floor<br>PO Box 1347<br>Wilmington, DE 19899-1347 | New Generation Advisors LLC<br>Attn Baily Dent<br>13 Elm St<br>Manchester, MA 01944 |
| New York State Department of Taxation and Finance<br>Robert L Cook Esq<br>Office of Counsel<br>340 East Main St<br>Rochester, NY 14604 | O'Connor Playdon & Guben LLP<br>Jerrold K Guben Jeffery S Flores<br>Makai Tower, Ste 2400<br>733 Bishop St<br>Honolulu, HI 96813 | Office of the United States Trustee Delaware<br>Attn Mark S. Kenney<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |
| Patterson Belknap Webb & Tyler LLP<br>David W Dykhouse Brian P Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Pepper Hamilton LLP<br>David B Stratton David M Fournier John H Schanne II<br>Hercules Plaza, Suite 5100<br>1313 N Market St<br>Wilmington, DE 19899-1709 | Perdue Brandon Fielder Collins & Mott LLP<br>Arlington ISD<br>c/o Elizabeth Banda Calvo<br>500 E Border St Ste 640<br>Arlington, TX 76010 |
| Perdue, Brandon, Fielder, Collins & Mott LLP<br>c/o Owen M Sonik<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Port Logistics<br>c/o Pamela Kohlman Webster, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 | Potter Anderson & Corroon LLP<br>Jeremy W Ryan Etta R Mayers<br>1313 N Market St 6th Fl<br>PO Box 951<br>Wilmington, DE 19899-0951 |
| Rice Reuther Sullivan & Carroll LLP<br>David A Carroll Anthony J DiRaimondo<br>3800 Howard Hughes Parkway Ste 1200<br>Las Vegas, NV 89169 | Riemer & Braunstein LLP<br>Attn Steven Fox<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 | Riemer & Braunstein LLP<br>David S. Berman<br>Three Center Plaza<br>Boston, MA 02108 |
| Rosenthal & Rosenthal Inc<br>Attn Anthony DiTirro<br>1370 Broadway<br>New York, NY 10018 | Samil Tong Sang Co<br>Attn Ian Im<br>18-130 Gangdong-Dong<br>Busan,  13 618-800<br>South Korea | Saul Ewing LLP<br>Mark Minuti<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 | Securities & Exchange Commission NY Office<br>Andrew Calamari Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 |
| Seward & Kissel LLP<br>John R Ashmead<br>One Battery Park Plaza<br>New York, NY 10004 | Shenwick & Associates<br>James H Shenwick<br>655 Third Ave 20th Fl<br>New York, NY 10017 | Sills Cummis & Gross PC<br>Andrew H Sherman Boris I Mankovetskiy<br>Lucas F Hammonds<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Simon Property Group, Inc<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Skadden, Arps, Slate, Meagher & Flom LLP<br>John K Lyons<br>155 N Wacker Dr<br>Chicago, IL 60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C Durrer<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |

#37488894 v2

| | | |
|---|---|---|
| Spector & Johnson PLLC<br>Howard Marc Spector<br>12770 Coit Rd Ste 1100<br>Dallas, TX 75251 | Stroock & Stroock & Lavan LLP<br>Andrew P DeNatale<br>180 Maiden Ln<br>New York, NY 10038 | T. Rowe Price Credit Opportunities Fund<br>c/o  T. Rowe Price Associates, Inc.<br>Attn Andrew Baek<br>100 E. Pratt Street<br>Baltimore, MD 21202 |
| The Taubman Company<br>Andrew S Conway Esq<br>200 East Long Lake Road Ste 300<br>Bloomfield Hills, MI 48304 | TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202 | U.S. Bank National Association<br>Justin L. Shearer Vice President<br>Global Corporate Trust Services<br>100 Wall Street, Suite 1600<br>New York, NY 10005 |
| US Attorney for Delaware<br>Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 | Wilfrid Global Opportunity Fund<br>c/o Wilfrid Aubrey LLC<br>Attn Nicholas Walsh<br>465 Lexington Ave<br>New York, NY 10174 | Womble Carlyle Sandridge & Rice, LLP<br>Attn Steven K Kortanek<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 |
| Womble Carlyle Sandridge & Rice, LLP<br>Steven K Kortanek Thomas M Horan<br>Morgan L Patterson<br>222 Delaware Ave Suite 1501<br>Wilmington, DE 19801 | WRI Marshalls Plaza, LP<br>c/o Weingarten Realty Investors<br>Attention: Jenny J. Hyun, Esq<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX 77008 | |

#37488894 v2