UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., et. al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF PAUL J. CATANESE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Paul J. Catanese of the law firm McGuireWoods LLP, 77 West Wacker Drive, Suite 4100, Chicago, IL 60601-1818, as counsel to CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation in the above-captioned cases.

Dated: February 8, 2016
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:  /s/ Emily K. Devan
Kurt F. Gwynne (No. 3951)
Emily K. Devan (No. 6104)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
        edevan@reedsmith.com

*Counsel for CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: February 8, 2016

Paul J. Catanese, Esquire
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
Facsimile: (312) 920-3697
E-mail: pcatanese@mcguirewoods.com

*Counsel for CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation*