## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
             :

In re:                       :     Chapter 11
             :

Quiksilver, Inc., *et al.*,           :     Case No. 15-11880 (BLS)
             :

                Debtors.[1]   :     Jointly Administered
             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   **Related Docket No. __**

### ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND BANKRUPTCY RULES 6006 AND 9014 AUTHORIZING THE DEBTORS TO (I) ASSUME CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AS OF THE EFFECTIVE DATE OF THE DEBTORS' PLAN OF REORGANIZATION AND (II) PAY CERTAIN CURE AMOUNTS DUE THEREUNDER

Upon the motion (the "Motion"),[2] of the above-captioned debtors and debtors in possession (the "Debtors") for an order (the "Order"), pursuant to Bankruptcy Code sections 105(a) and 365(a) and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure, authorizing the Debtors to (i) assume the contracts and leases listed on Exhibit 1 and Exhibit 2 attached hereto (the "Assumed Agreements"), including any amendments or modifications thereto, and (ii) pay certain cure amounts due thereunder; and it appearing that this Court has jurisdiction over this matter pursuant under 28 U.S.C. §§ 157 and 1334; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest and is

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

a sound exercise of the Debtors' business judgment; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED.

2.    The Debtors are authorized to assume the Assumed Agreements set forth on Exhibit 1 and Exhibit 2 hereto.  Each of the Assumed Agreements includes any and all amendments, restatements or revisions thereto.  Assumption of such Assumed Agreement includes assumption of such amendments, restatements or revisions.

3.    The Debtors are authorized to pay the Cure Amounts, if any, identified on Exhibit 1 and Exhibit 2 hereto.

4.    In the case of an Executory Contract or Unexpired Lease designated for assumption that is the subject of an objection to the cure amount proposed in Exhibit 1 or Exhibit 2 hereto and which has not been resolved, the Debtors, with the consent of the Plan Sponsor, or the Reorganized Debtors, as applicable, may designate such Executory Contract or Unexpired Lease for rejection at any time prior to the payment of the Cure.

5.    The Debtors' rights to assign the Assumed Agreements pursuant to Bankruptcy Code section 365(f) and 1123 are preserved, and nothing herein shall be deemed to affect such rights.

6.    The Debtors reserve their rights to assume, assign or reject other executory contracts or unexpired leases, and nothing herein shall be deemed to affect such rights.

7.    The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

8.      The Debtors are authorized to assume the Assumed Agreements through the Motion pursuant to Bankruptcy Rule 6006(e), and the Motion complies with the requirements in Bankruptcy Rule 6006(f).

9.      This Order shall be immediately effective and enforceable upon its entry. To the extent that it may be applicable, the fourteen-day stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

10.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
_____, 2016

_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**Schedule of Assumed Contracts**

## Schedule of Assumed Contracts: Feb 8 Filing
**Quiksilver Inc.,** *et. al.*

*Actual $ amounts*

| Debtor Name | Counterparty | Description | Cure |
|---|---|---|---|
| Quiksilver, Inc. | CEGID | Agreement for the Supply of Computer Products and Services, dated 12/20/2013 | $0 |
| Quiksilver, Inc. | Concur | Sales Order Form dated 3/20/2015. | $1,579 |
| Quiksilver, Inc. | Federal Express Corporation, FedEx Ground Package System, Inc. and FedEx Smartpost, Inc. | Pricing Agreement Amendments dated October 3, 2014 and August 10, 2015 | $0 |
| Quiksilver, Inc. | FedEX | FedEx Pricing Agreement  - Term: Through September 24, 2017 | $0 |
| QS Retail, Inc. | First Data Services LLC & Bank of America NA | Merchant Services Bankcard Agreement dated March 15, 2005 | $0 |
| Quiksilver, Inc. | Freudenberg IT LP | Master Services Agreement | $0 |
| Quiksilver, Inc. QS Wholesale Inc. | Matteson Capital, LLC | Master License Agreement dated November 8, 2013 | $0 |
| Quiksilver, Inc. | Port Logistics Group, Inc. | Warehouse Services Agreement (Mira Loma)  - Term: Through January 31, 2017 | $0 |
| Quiksilver, Inc. | Salesforce.com | Professional services agreement dated 5/7/2012. | $0 |
| Quiksilver, Inc. | World Surf League | Specialty Event License Renewal Agreement | $0 |

# <u>EXHIBIT 2</u>

**Schedule of Assumed Leases**

**Schedule of Assumed Leases: Feb 8 Filing**
**Quiksilver Inc., *et. al.***

*Actual $ amounts*

| Debtor Name | Counterparty | Description | Cure |
|---|---|---|---|
| QS Retail, Inc. | Aventura Mall Venture | Aventura Mall Lease | $48,134 |
| QS Retail, Inc. | JG Elizabeth II, LLC | Elizabeth MetroMall Lease | $42,389 |
| QS Retail, Inc. | Camarillo Premium Outlets LLC | Camarillo Premium Outlets Lease | $0 |
| QS Retail, Inc. | Chelsea Las Vegas Holdings LLC | Quiksilver - Las Vegas South Premium Outlet | $47,492 |
| QS Retail, Inc. | Colorado Mills Mall Limited Partnership | Colorado Mills Mall Lease | $0 |
| QS Retail, Inc. | Premium Outlet Partners, L.P. | Seattle Premium Outlets Lease | $2,988 |
| QS Retail, Inc. | Premium Outlet Partners, L.P. | Folsom Premium Outlets Lease | $19,065 |
| QS Retail, Inc. | Premium Outlet Partners, L.P. | Desert Hills Premium Outlet Lease | $63,872 |
| QS Retail, Inc. | Craig Realty Group Citadel, LLC | Citadel Outlets Shopping Center Lease | $27,519 |
| QS Retail, Inc. | Dolphin Mall Associates LLC | Dolphin Mall Quiksilver Lease | $71,085 |
| QS Retail, Inc. | F/C Gilroy Development LLC | Quiksilver Gilroy Lease | $19,426 |
| QS Retail, Inc. | G & S Realty 1, LLC | NYC showroom lease | $33,647 |
| QS Retail, Inc. | Gulf Coast Factory Shops Limited Partnership | Ellenton  Premium Outlets Lease | $15,985 |
| Quiksilver, Inc. | Industrial Property Fund VII, LLC | Mira Loma DC Lease Agreement dated December 15, 2005 | $294,706 |
| QS Retail, Inc. | Jersey Shore Premium Outlets, LLC | Jersey Shore Premium Outlets Lease | $57,078 |
| QS Retail, Inc. | Ontario Mills Limited Partnership | Ontario Mills Lease | $21,688 |
| QS Retail, Inc. | Orlando Outlet Owner LLC | Orlando Premium Outlets Lease | $38,751 |
| QS Retail, Inc. | Outlets at Traverse Mountain, LLC | Outlets at Traverse Mountain Lease | $10,368 |
| QS Retail, Inc. | Hart Wailea LLC | The Shops at Wailea Lease | $63,803 |
| QS Retail, Inc. | Paragon Outlets Livermore Valley LLC | San Francisco Premium Outlets in Livermore | $27,070 |
| QS Retail, Inc. | Phoenix Premium Outlets Exchange, LLC | Phoenix Premium Outlets Lease | $12,952 |
| QS Retail, Inc. | Simon Property Group | Woodburn Company Stores Lease | $14,784 |
| QS Retail, Inc. | Simon/Chelsea Las Vegas Development, LLC | Las Vegas North Premium Outlet | $50,962 |
| QS Retail, Inc. | Simon/Chelsea Las Vegas Development, LLC | DC Outlet - Las Vegas South Premium Outlet | $14,680 |
| QS Retail, Inc. | Sunrise Mills (MLP) Limited Partnership | Sawgrass Mills Mall Lease | $65,155 |
| QS Retail, Inc. | FRO2MO Barstow LLC | Outlets of Barstow Lease | $17,352 |