## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., et. al.,<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 15-11880 (BLS)<br>: Jointly Administered<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
## OF PAUL J. CATANESE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the

admission *pro hac vice* of Paul J. Catanese of the law firm McGuireWoods LLP, 77 West

Wacker Drive, Suite 4100, Chicago, IL 60601-1818, as counsel to CF Equipment Leases, LLC

as successor-in-interest to General Electric Capital Corporation in the above-captioned cases.

Dated:  February 8, 2016
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:    /s/ Emily K. Devan
      Kurt F. Gwynne (No. 3951)
      Emily K. Devan (No. 6104)
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      Email:  kgwynne@reedsmith.com
             edevan@reedsmith.com

*Counsel for CF Equipment Leases, LLC as*
*successor-in-interest to General Electric*
*Capital Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: February 9th, 2016
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**