IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon consideration of the Certification of Counsel in Support of Omnibus

Hearing Dates Scheduling Order dated February 5, 2016, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The following dates and times have been scheduled as omnibus hearings

(the "Omnibus Hearings") in these chapter 11 proceedings:

> **March 31, 2016 at 10:30 a.m. (Eastern) (Fee Hearing)**
> **April 28, 2016 at 11:00 a.m. (Eastern)**
> **May 26, 2016 at 10:00 a.m. (Eastern)**

2.      Omnibus Hearings will occur thereafter as may be scheduled by the

United States Bankruptcy Court for the District of Delaware (the "Court").

3.      All matters in these cases shall be set for and heard on the dates scheduled

for Omnibus Hearings unless alternative hearing dates are approved by the Court for good cause

shown.

**Dated: February 9th, 2016**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE