# UNITED STATES BANKRUPTCY COURT

## District of Delaware

**In re:**

**QUIKSILVER, INC., et al.,**

**Debtor**

Case No. 15-11880 (BLS)

(Jointly Administered)

Chapter 11

## Withdraw of Claim

I, Travel Plus International, LLC, Claimant, hereby withdraw claim number 535.

Dated: February 9, 2016

/s/ Jeffrey Wang

Jeffrey Wang

Managing Member

Travel Plus International, LLC

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 225 S. Lake Ave., Suite 1400, Pasadena, CA 91101-4869.

On February 9, 2016, I served true copies of the following document(s) described as on the interested parties in this action as follows: **WITHDRAW OF CLAIM**

**Albert Kass**
Kurtzman Carson Consultants, LLC
2335 Alaska Ave
El Segundo, CA 90245
310-823-9000 (Tel)
310-751-1549 (Fax)
ECFpleadings@kccllc
akass@kccllc.com

**Van C. Durrer, II**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
213-687-5000 (Tel)
213-687-5600 (Fax)
van.durrer@skadden.com

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491 (Tel)
302-573-6497 (Fax)
ustpregion03.wl.ecf@usdoj.gov

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Garrett & Tully, P.C. for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Pasadena, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 9, 2016, at Pasadena, California.

*/s/ Delorise Cameron*
Delorise Cameron