## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2015 THROUGH DECEMBER 30, 2015

| Project Category | Total Hours Billed This Period | Total Fees Billed This Period |
|---|---|---|
| General Case Administration (0002) | 42.80 | $18,805.50 |
| Akin Gump Fee Application/Monthly Billing Reports (0003) | 71.50 | $38,146.50 |
| Analysis of Other Professional Fee Applications/Reports (0004) | 11.40 | $4,007.50 |
| Retention of Professionals (0006) | 1.10 | $825.00 |
| Committee Meetings (0007) | 29.70 | $22,116.50 |
| Court Hearings (0008) | 22.30 | $19,329.00 |
| Financial Reports and Analysis (0009) | 0.20 | $150.00 |
| DIP, Cash Collateral Usage and Exit Financing (0010) | 2.40 | $2,130.00 |
| Executory Contracts/License Agreements (0011) | 7.50 | $5,495.00 |
| General Claims Analysis/Claims Objections (0012) | 6.80 | $4,363.00 |
| Analysis of Pre-Petition Transactions (0013) | 69.30 | $46,512.00 |
| Lift Stay Litigation (0016) | 1.50 | $1,062.50 |
| Plan, Disclosure Statement and Plan-Related Documentation (0022) | 318.30 | $214,984.00 |
| Asset/Stock Transaction/Business Liquidations (0024) | 1.80 | $1,230.00 |
| Travel (0025) | 4.70 | $4,583.00 |
| **TOTAL** | **591.30** | **$383,739.50** |



QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  
ATTN: ANDREW BRUENJES  
5600 ARGOSY CIRCLE  
HUNTINGTON BEACH, CA 92649

Invoice Number 1642194  
Invoice Date 02/09/16  
Client Number 695956  
Matter Number 0001

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 42.80 | $18,805.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 71.50 | $38,146.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 11.40 | $4,007.50 |
| 0006 | Retention of Professionals | 1.10 | $825.00 |
| 0007 | Creditors Committee Meetings | 29.70 | $22,116.50 |
| 0008 | Court Hearings | 22.30 | $19,329.00 |
| 0009 | Financial Reports and Analysis | 0.20 | $150.00 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 2.40 | $2,130.00 |
| 0011 | Executory Contracts/License Agreements | 7.50 | $5,495.00 |
| 0012 | General Claims Analysis/Claims Objections | 6.80 | $4,363.00 |
| 0013 | Analysis of Pre-Petition Transactions | 69.30 | $46,512.00 |
| 0016 | Lift Stay Litigation | 1.50 | $1,062.50 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 318.30 | $214,984.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.80 | $1,230.00 |
| 0025 | Travel | 4.70 | $4,583.00 |
| | TOTAL | 591.30 | $383,739.50 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  
Invoice Number: 1642194

Page 2  
February 9, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/01/15 | DKB | 0002 | Review case docket (.3); prepare updates for calendar (.3); update team's calendar (.5); review and organize pleadings for attorneys (.5). | 1.60 |
| 12/01/15 | ARB | 0002 | Review (.1) and comment (.2) on task list re: pending matters. | 0.30 |
| 12/01/15 | LRL | 0002 | Review task list. | 0.20 |
| 12/01/15 | RLR | 0002 | Update task list (.6) and case calendar (1.3); emails re: same (.3, .1, .1). | 2.40 |
| 12/02/15 | MAL | 0002 | Emails with Akin team re: status and next steps. | 0.50 |
| 12/02/15 | DKB | 0002 | Emails with Akin team re: updates to case calendar (.1); review docket (.3); update team's calendar (.7); confer with attorney re: status (.1). | 1.20 |
| 12/02/15 | RLR | 0002 | Update task list (.2) and case calendar (.4); emails re: same (.2, .2, .2). | 1.20 |
| 12/03/15 | RLR | 0002 | Update task list (.3) and case calendar (.1). | 0.40 |
| 12/04/15 | MSS | 0002 | Review pending items (0.3); emails with Akin team re: same (0.4). | 0.70 |
| 12/04/15 | LRL | 0002 | Coordinate binders of recently filed Plan and DS documents (.5); emails re: same (.3). | 0.80 |
| 12/07/15 | MAL | 0002 | Review task list. | 0.30 |
| 12/07/15 | DKB | 0002 | Review case docket (.2); prepare updates for calendar (.3); update team's outlook calendar (.6); email with R. Rubin re: status (.1). | 1.20 |
| 12/07/15 | ARB | 0002 | Draft email to M. Lahaie re: outstanding items and pending matters (.2); review and comment on task list (.4). | 0.60 |
| 12/07/15 | RLR | 0002 | Update case calendar (.3); coordinate calendar invites re: same (.2); email D. Krasa-Berstell re: same (.1); coordinate binders re: updated filings (.2) | 0.80 |
| 12/08/15 | TS | 0002 | Update hearing calendar notice. | 0.10 |
| 12/08/15 | MAL | 0002 | Weekly Skadden call (.2); related follow-up (.3). | 0.50 |
| 12/08/15 | DKB | 0002 | Review case docket (.3); prepare updates for case calendar (.5); update team's calendar (1); email with R. Rubin re: status (.1). | 1.90 |
| 12/08/15 | ARB | 0002 | Participate in update call with Skadden (.2) and related follow up (.1). | 0.30 |
| 12/08/15 | LRL | 0002 | Weekly update call with Skadden (.2) and related follow up (.4) | 0.60 |
| 12/08/15 | RLR | 0002 | Update task list (.2,.2); emails with D. Krasa-Berstell re: same (.1,); update calendar (.2, .2); update calendar invitations (.1); emails re: same (.1, .1). | 1.00 |
| 12/10/15 | RLR | 0002 | Update task list (.2); communications re: same (.1, .1); review motions (.1); and circulate same (.1). | 0.60 |
| 12/11/15 | MSS | 0002 | Emails with PJT (.3) and Akin (.3) team re: various issues. | 0.60 |
| 12/11/15 | RLR | 0002 | Review filings (.1) and update task list (.1). | 0.20 |
| 12/14/15 | DKB | 0002 | Review case docket (.3); review (.2) and organize (.3) updates for calendar; review (.2) and organize (.3) pleadings for attorneys. | 1.30 |
| 12/14/15 | RLR | 0002 | Update task list (.1) and case calendar (.1); emails re: same (.1). | 0.30 |
| 12/15/15 | MAL | 0002 | Weekly professionals telephone call. | 0.30 |
| 12/15/15 | DKB | 0002 | Review (.1) and update (.2) distribution lists; follow up with IT re: same (.2); review (.2) and organize (.3) pleadings for attorneys; prepare updates for case calendar (.4). | 1.40 |
| 12/15/15 | ARB | 0002 | Participate in weekly update conference call with Skadden. | 0.30 |
| 12/15/15 | LRL | 0002 | Update conference call with Skadden re: status and next steps (.3); related follow up (.3); emails re: updates to contact list and call list (.3). | 0.90 |
| 12/16/15 | DKB | 0002 | Review (.1) and update (.2) distribution lists; follow up with IT re: same (.2). | 0.50 |
| 12/16/15 | ARB | 0002 | Review (.1) and comment (.1) on current draft of task list. | 0.20 |
| 12/17/15 | ARB | 0002 | Review (.1) and comment (.1) on current draft of task list. | 0.20 |
| 12/17/15 | RLR | 0002 | Review filings (.8); update case calendar (.5, .2, .2); emails re: same (.2, .1, .1, .2); update task list (.7, .3, .2); confer with Akin team re: same (.2, .1); emails re: same (.2, .4). | 4.40 |
| 12/18/15 | DKB | 0002 | Confer with R. Rubin re: updates to case calendar (.1); review and update calendar (.7); update team's case and litigation calendars (1.2); confer with R. Rubin re: status (.2); organize pleadings for attorneys (.6); confer with R. Rubin re: additional updates to calendars (.2); effect | 3.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | the above (.5). | |
| 12/18/15 | RLR | 0002 | Confer with D. Krasa-Berstell re: scheduling (.1, .2); emails re: same (.1, .5); review same (.2); confer with D. Krasa-Berstell re: next steps (.2). | 1.30 |
| 12/21/15 | DKB | 0002 | Review case docket (.3); organize pleadings for attorneys (.5); review updates for calendar (.3). | 1.10 |
| 12/22/15 | TS | 0002 | Review calendar (.1); update outlook calendar notices (.1). | 0.20 |
| 12/22/15 | DKB | 0002 | Review case docket (.2); update team outlook calendar (.2); email with attorney re: status (.1); organize pleadings for attorneys (.4). | 0.90 |
| 12/22/15 | ARB | 0002 | Review (.1) and comment (.1) on current draft of task list. | 0.20 |
| 12/22/15 | RLR | 0002 | Research re: unsecure debt holdings (1.7); communications re: same (.1, .1); update task list (.3, .2); email re: same (.1). | 2.50 |
| 12/23/15 | RLR | 0002 | Update task list (.2) and case calendar (.2); communications re: same (.1, .1). | 0.60 |
| 12/28/15 | DKB | 0002 | Review case docket (.2); prepare updates for calendar (.4); review and organize pleadings for attorneys (.5). | 1.10 |
| 12/29/15 | DKB | 0002 | Emails with Akin team re: updates to calendar (.1); update team's calendar (.8); emails with attorney re: status (.1); review and organize pleadings for attorneys (.5). | 1.50 |
| 12/29/15 | ECR | 0002 | Update case calendar. | 0.10 |
| 12/29/15 | LRL | 0002 | Emails with Akin team re: current status (.3); meeting with R. Rubin re: same (.4). | 0.70 |
| 12/29/15 | RLR | 0002 | Calendar invitations (.1); confer with L. Lifland re: status and strategy (.4). | 0.50 |
| 12/30/15 | RLR | 0002 | Prepare binders for Akin team (.2, .2). | 0.40 |
| 12/31/15 | RLR | 0002 | Update case calendar (.2) and task list (.1); emails re: same (.1). | 0.40 |
| 12/02/15 | LRL | 0003 | Meet with R. Rubin re: monthly fee statement (.3); emails re: same (.2). | 0.50 |
| 12/02/15 | RLR | 0003 | Meet with L. Lifland re: monthly fee statement (.3); continue to draft fee statement (3.0); revise monthly fee statement (2.0, 1.8). | 7.10 |
| 12/03/15 | LRL | 0003 | Attention to monthly fee statement (.3; .4); emails with Akin team re: same (.3). | 1.00 |
| 12/03/15 | RLR | 0003 | Revise monthly fee statement (2.0, 1.5, 1.0, 1.8); emails with Akin team re: same (.1, .1, .2, .1, .2, .1); draft second monthly fee application (.8). | 7.90 |
| 12/04/15 | RLR | 0003 | Continue drafting second monthly fee application. | 3.00 |
| 12/05/15 | LRL | 0003 | Review monthly fee statement. | 0.50 |
| 12/05/15 | RLR | 0003 | Continue drafting second monthly fee application. | 0.90 |
| 12/06/15 | LRL | 0003 | Continue to review monthly fee statement. | 1.00 |
| 12/06/15 | RLR | 0003 | Revise second monthly fee application. | 4.00 |
| 12/07/15 | LRL | 0003 | Revise draft second fee application (.5, 1.4). | 1.90 |
| 12/07/15 | RLR | 0003 | Revise second monthly fee application (1.5, .2); emails re: same (.1, .1), revise monthly fee statement (.4, .2, 2.2). | 4.70 |
| 12/08/15 | LRL | 0003 | Attention to second fee application (1.4, 1.0, 1.4). | 3.80 |
| 12/08/15 | RLR | 0003 | Further revise monthly fee statement. | 3.60 |
| 12/09/15 | ARB | 0003 | Communicate with L. Lifland (.1), Pepper Hamilton (.1, .1) and Skadden (.1, .1) re: monthly fee statements. | 0.50 |
| 12/09/15 | LRL | 0003 | Review draft CNO for Akin first fee application (.4); emails re: same (.2); attention to monthly fee statement (.4); revise draft of fee application (.4); emails re: same (.2). | 1.60 |
| 12/10/15 | ARB | 0003 | Revise monthly fee statement. | 4.40 |
| 12/10/15 | LRL | 0003 | Revise second fee application (.2); emails re: monthly fee statement (.2). | 0.40 |
| 12/10/15 | RLR | 0003 | Revise monthly fee statement (.3, .2); communications re: same (.1, .1, .1). | 0.80 |
| 12/14/15 | ARB | 0003 | Review and comment on monthly fee statement (.6, .8); communicate with L. Lifland (.1, .1) and R. Rubin (.1) re: same; review further draft of same (.8). | 2.50 |
| 12/14/15 | LRL | 0003 | Communications with Akin team re: second fee application (.2); revisions to same (.4, .3, .8, .5); emails re: same (.2). | 2.40 |
| 12/14/15 | RLR | 0003 | Revise fee application (.5, .3, .2, .3, .3, .3); emails re: same (.1, .2, .1, .2, | 2.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | .1). | |
| 12/17/15 | ALK | 0003 | Emails with A. Beane re: monthly fee statement. | 0.20 |
| 12/17/15 | MAL | 0003 | Review monthly fee statement. | 1.50 |
| 12/18/15 | ALK | 0003 | Attention to monthly fee statement. | 0.80 |
| 12/18/15 | ARB | 0003 | Correspondence with team re: monthly fee statement. | 0.30 |
| 12/18/15 | LRL | 0003 | Emails re: invoice (.2; .1); emails re: second monthly fee application (.4). | 0.70 |
| 12/21/15 | ALK | 0003 | Emails with team re: monthly fee statement. | 0.10 |
| 12/21/15 | MAL | 0003 | Review (.6) and comment (.7) on monthly fee application. | 1.30 |
| 12/21/15 | ARB | 0003 | Incorporate M. Lahaie comments to monthly fee statement. | 1.40 |
| 12/21/15 | RLR | 0003 | Revise second monthly fee application (.3, .3); revise fee statement (.4; .1); communications re: same (.1, .1, .1, .2, .1). | 1.70 |
| 12/22/15 | DKB | 0003 | Confer with R. Rubin re: drafting of charts and exhibits for the fee statement (.2); review monthly fee statement data (.5); draft summary charts (1.1); draft exhibits (.8); confer with R. Rubin re: status (.1); update charts and exhibits in accordance with the revised invoice (.8); confer with R. Rubin re: status (.1). | 3.60 |
| 12/22/15 | ARB | 0003 | Further revise fee application schedules. | 0.80 |
| 12/22/15 | RLR | 0003 | Revise fee application (.8; .3); revise invoice (.2; .2; .6); communications with D. Krasa-Berstell re: same (.2, .2, .2). | 2.70 |
| 12/23/15 | ARB | 0003 | Further revise fee statement (.6); communications with R. Rubin re: same (.1, .1); communications with Pepper Hamilton re: same (.1). | 0.90 |
| 12/23/15 | RLR | 0003 | Finalize fee statement (.2); communications with A. Beane re: same (.2). | 0.40 |
| 12/03/15 | FBA | 0004 | Revise fee summary charts. | 1.70 |
| 12/04/15 | FBA | 0004 | Revise fee summary charts (2.2); review same (.8). | 3.00 |
| 12/07/15 | ARB | 0004 | Communicate with PJT re: fee statement. | 0.20 |
| 12/10/15 | FBA | 0004 | Update fee summary chart. | 1.20 |
| 12/21/15 | ARB | 0004 | Review and comment on PJT's first monthly fee statement. | 1.50 |
| 12/23/15 | DKB | 0004 | Review monthly fee statements (.5); prepare updates for summary charts (.3). | 0.80 |
| 12/29/15 | ARB | 0004 | Review and comment on PJT monthly fee statement (1.1) and communications to PJT (.2) and M. Lahaie (.1) re: same. | 1.40 |
| 12/29/15 | FBA | 0004 | Update fee summaries chart. | 1.60 |
| 12/21/15 | ARB | 0006 | Review Debtors' draft retention application, declaration and order re: KPMG. | 1.10 |
| 12/01/15 | MAL | 0007 | Emails re: rescheduling committee call. | 0.40 |
| 12/01/15 | ARB | 0007 | Prepare agenda for Committee call. | 0.60 |
| 12/01/15 | LRL | 0007 | Prepare for committee call (.2); emails re: same (.3). | 0.50 |
| 12/01/15 | RLR | 0007 | Prepare documents for committee call. | 0.30 |
| 12/02/15 | MSS | 0007 | Review materials in preparation for UCC call (.1); participate in precall (.3) and UCC call (.8) and follow up (.4). | 1.60 |
| 12/02/15 | AQ | 0007 | Professionals' pre call (.3) and Committee call (.8). | 1.10 |
| 12/02/15 | MAL | 0007 | Prepare for (.3) and participate on committee call (.8); professionals pre-call (.3); and related follow-up (.2). | 1.60 |
| 12/02/15 | ARB | 0007 | Participate in precall (.3) and Committee call (.8). | 1.10 |
| 12/02/15 | LRL | 0007 | Prepare for committee call (.3); professionals' precall (.3); call with committee (.8); and related follow-up (.2). | 1.60 |
| 12/02/15 | RLR | 0007 | Prepare for committee call (.2, .2, .1); participate in pre-call (.3); and call (.8). | 1.60 |
| 12/08/15 | JLS | 0007 | Prepare for (.2) and participate in pre-call (.3) and phone conference with committee (.5). | 1.00 |
| 12/08/15 | MSS | 0007 | Review relevant material in preparation for UCC call (.5); participate in precall (.3) and UCC call (.5). | 1.30 |
| 12/08/15 | MAL | 0007 | Prepare for (1.0) and participate on committee call (.5); pre-call (.3). | 1.80 |
| 12/08/15 | ARB | 0007 | Prepare agenda for Committee call (.2) and communications with Akin and PJT teams re: same (.1, .1); revise PJT deck for discussion on Committee call (.4) and email to Committee re: same (.1); participate in | 1.70 |

| | | | | |
|---|---|---|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | | | | Page 5 |
| Invoice Number: 1642194 | | | | February 9, 2016 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | precall (.3) and Committee call (.5). | |
| 12/08/15 | LRL | 0007 | Prepare for committee call (.2); attend professionals' pre-call (.3); call with committee (.5). | 1.00 |
| 12/08/15 | RLR | 0007 | Prepare for committee call (.2, .1, .1); participate in precall (.3); and committee call (.5); and related follow-up (.1). | 1.30 |
| 12/11/15 | LRL | 0007 | Telephone call with committee member re: status and next steps (.3); emails re: same (.2). | 0.50 |
| 12/14/15 | RLR | 0007 | Prepare documents for committee call. | 0.20 |
| 12/15/15 | MAL | 0007 | Emails re: rescheduling of committee conference call. | 0.30 |
| 12/15/15 | ARB | 0007 | Communications with professionals and Committee re: rescheduling of Committee call. | 0.10 |
| 12/15/15 | KCD | 0007 | Prepare for weekly conference call with committee. | 0.40 |
| 12/15/15 | LRL | 0007 | Emails re: committee conference call (.2); telephone calls re: same (.2; .1); emails re: rescheduling of committee conference call (.2; .1). | 0.80 |
| 12/15/15 | RLR | 0007 | Prepare for committee call. | 0.20 |
| 12/16/15 | AQ | 0007 | Professionals' pre-call. | 0.30 |
| 12/16/15 | ALK | 0007 | Committee call (.4); prepare for same (1.1). | 1.50 |
| 12/16/15 | MAL | 0007 | Prepare for (.3) and participate on committee call (.4) and professionals pre-call (.3); related follow-up (.3). | 1.30 |
| 12/16/15 | ARB | 0007 | Communications with professionals re: agenda for Committee conference call (.2); participate in precall (.3) and Committee conference call (.4). | 0.90 |
| 12/16/15 | KCD | 0007 | Participate on precall (.3); participate on (partial) weekly conference call (.2); prepare for weekly conference call (.4). | 0.90 |
| 12/16/15 | LRL | 0007 | Prepare for committee call and professionals pre-call (.3); professionals' pre-call (.3); related follow up (.2); committee call (.4); related follow up (.3). | 1.50 |
| 12/16/15 | RLR | 0007 | Emails with Akin team re: committee conference call and pre-call (.2); prepare documents for telephone call (.6); attend pre-call (.3) and committee conference call (.4). | 1.50 |
| 12/22/15 | ARB | 0007 | Review question received from Committee member (.1); research re: same (.1); discuss same with Pepper Hamilton (.1). | 0.30 |
| 12/28/15 | ARB | 0007 | Prepare draft correspondence to Committee re: canceling call (.2, .1). | 0.30 |
| 12/30/15 | ARB | 0007 | Telephone call with bondholder re: case status. | 0.20 |
| 12/01/15 | AQ | 0008 | Prepare for court hearing (.5); attend court hearing (2); related follow-up (.1). | 2.60 |
| 12/01/15 | MAL | 0008 | Prepare for (.8) and attend DS hearing (2.0); related follow-up (.5). | 3.30 |
| 12/01/15 | ARB | 0008 | Prepare for (.2) and participate in (2) hearing to consider DS and other matters; related follow up (.3); draft summary of hearing for Committee (.4). | 2.90 |
| 12/01/15 | LRL | 0008 | Telephonically attend DS hearing (2.0); related follow-up (.3). | 2.30 |
| 12/14/15 | MSS | 0008 | Review materials and confer with Akin team in preparation for telephonic hearing re: mediation and scheduling (1.2); participate in telephonic hearing (.6) and follow up (.2). | 2.00 |
| 12/14/15 | AQ | 0008 | Telephonic court hearing (.6); emails with team re: court hearing (.3). | 0.90 |
| 12/14/15 | MAL | 0008 | Prepare for (.5) and participate on chambers conference (.6); related follow-up (.3, .4). | 1.80 |
| 12/14/15 | LRL | 0008 | Prepare for telephonic hearing (.4); attend telephonic hearing (.6); related follow up (.2); emails re: 12/15 chambers conference (.3); prepare for same (.2). | 1.70 |
| 12/14/15 | RLR | 0008 | Prepare documents for Akin team re: telephonic hearing. | 0.80 |
| 12/15/15 | MSS | 0008 | Participate in telephonic chambers conference re: litigation schedule and mediation (.5) and follow up (.1). | 0.60 |
| 12/15/15 | AQ | 0008 | Prepare for chambers conference (.3); review and edit proposed litigation schedule (.2). | 0.50 |
| 12/15/15 | MAL | 0008 | Participate in chambers conference (.5); related follow up (.5). | 1.00 |
| 12/15/15 | LRL | 0008 | Emails re: preparation for chambers conference (.2); prepare for same | 1.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.2) attend telephonic chambers conference (.5); related follow up (.2). | |
| 12/17/15 | MAL | 0008 | Prepare for (.2) and telephonically attend hearing (.5); related follow-up (.1). | 0.80 |
| 12/01/15 | ARB | 0009 | Review monthly operating report (.1) and distribute same to Committee (.1). | 0.20 |
| 12/03/15 | SBK | 0010 | Emails with Akin team re: updated rights offering documents (.2, .1); emails with M. Lahaie re: same (.1); review updated rights offering documents (.8). | 1.20 |
| 12/28/15 | MAL | 0010 | Emails re: rights offering (.4); emails with M. Stamer re: same (.2). | 0.60 |
| 12/28/15 | ARB | 0010 | Research in connection with rights offering (.4) and communications with creditor (.1) and Akin team (.1) re: same. | 0.60 |
| 12/07/15 | ARB | 0011 | Communications with PJT re: motion to reject license agreement. | 0.30 |
| 12/08/15 | ARB | 0011 | Review Debtors' motion to reject license agreement (.6) and prepare summary of same for discussion with Committee (.8). | 1.40 |
| 12/10/15 | MAL | 0011 | Review license rejection motion. | 0.50 |
| 12/10/15 | LRL | 0011 | Review E. Gluck objection to Debtors' motion to reject license agreement. | 0.50 |
| 12/14/15 | MAL | 0011 | Emails re: Rox settlement motion. | 0.30 |
| 12/14/15 | ARB | 0011 | Review settlement agreement (.8); review 9019 motion re: same (.7); correspondence with Akin team re: same (.1, .1, .1). | 1.80 |
| 12/16/15 | MAL | 0011 | Review contract documents (.2); emails re: same (.2). | 0.40 |
| 12/16/15 | ARB | 0011 | Communications with PJT re: contracts. | 0.30 |
| 12/16/15 | LRL | 0011 | Review contract documents (.3); research in connection with same (.3); emails to Skadden re: same (.2); emails with Skadden re: executory contracts to be rejected (.2); emails with Akin team re: same (.2); follow up re: same (.1). | 1.30 |
| 12/17/15 | LRL | 0011 | Review list of executory contracts to be rejected (.3); follow up emails (.2); emails with Skadden re: same (.2). | 0.70 |
| 12/02/15 | ARB | 0012 | Correspondence with PJT (.1) and Committee (.1) re: critical vendor issues. | 0.20 |
| 12/06/15 | WFM | 0012 | Research re: potential claims. | 2.00 |
| 12/07/15 | WFM | 0012 | Research re: potential claims. | 2.40 |
| 12/14/15 | ALK | 0012 | Draft committee memo re: claims (1.5); emails with team re: same (0.6). | 2.10 |
| 12/16/15 | ALK | 0012 | Emails with M. Lahaie re: claims analysis. | 0.10 |
| 12/01/15 | CPV | 0013 | Review special deposit account agreement. | 0.90 |
| 12/01/15 | ALK | 0013 | Emails with team and PJT re: lien analysis. | 0.70 |
| 12/01/15 | ARB | 0013 | Communications with litigation team (.3) and corporate team (.2) re: status of investigation into prepetition transactions. | 0.50 |
| 12/01/15 | KCD | 0013 | Revise perfection memorandum per comments from C. Villota (.3); emails with Akin team re: same (.1); attention to correspondence re: due diligence review (.1). | 0.50 |
| 12/01/15 | LRL | 0013 | Continue research in connection with prepetition liens. | 1.10 |
| 12/02/15 | CPV | 0013 | Review updated lien searches and deposit accounts (.9); draft revisions to collateral summary (.4). | 1.30 |
| 12/02/15 | ALK | 0013 | Coordinate lien analysis (.5) and drafting memo re: same (.6). | 1.10 |
| 12/02/15 | KCD | 0013 | Revise collateral summary per comments from C. Villota (1.2); revise collateral summary per copyright lien search results (.5); revise collateral summary per response to diligence request (1.5); review and analyze UCC provisions relevant to the security interests (1.1). | 4.30 |
| 12/02/15 | KMK | 0013 | Review Copyright Office records for evidence of filing of liens for copyrights in the name of QuikSilver, Inc. (.5), QS Retail, Inc. (.5), QS Wholesale, Inc. (.5), and QuikSilver Entertainment, Inc. (.5). | 2.00 |
| 12/03/15 | AQ | 0013 | Emails with A. Koo re: investigation status. | 0.20 |
| 12/03/15 | CPV | 0013 | Review revised collateral summary (1.1); further revisions to collateral summary (0.7). | 1.80 |
| 12/03/15 | ALK | 0013 | Communications with team re: lien analysis (0.9); review pleadings (.3) and research (.7) re: trading issues; attention to draft lien analysis (1.2); | 4.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | emails to team re: investigation period (.5); email with corporate team re: perfection (.4). | |
| 12/03/15 | MAL | 0013 | Review documents re: claims investigation (2.0); emails with A. Koo re: same (.2); emails with M. Stamer re: same (.3); confer with counsel to Oaktree re: same (.2); emails with Oaktree re: same (.2). | 2.90 |
| 12/03/15 | ARB | 0013 | Communications with A. Koo (.3) and PJT (.3) re: investigation into prepetition transactions. | 0.60 |
| 12/04/15 | CPV | 0013 | Review revised draft of collateral summary (0.8); revisions to same (0.3); review further revisions to collateral summary (0.3). | 1.40 |
| 12/04/15 | ALK | 0013 | Legal and factual analysis re: prepetition transactions (1.5); emails with W. Mongan re: same (0.3); emails w/ team re: investigation update (0.5). | 2.30 |
| 12/04/15 | MAL | 0013 | Confer with Oaktree counsel re: prepetition claims (.2); emails re: same (.8). | 1.00 |
| 12/06/15 | CPV | 0013 | Review (.3) and draft (.5) comments to revised draft of collateral summary. | 0.80 |
| 12/06/15 | ALK | 0013 | Legal analysis (1.0) and drafting of lien investigation memo (1.1). | 2.10 |
| 12/06/15 | KCD | 0013 | Revise perfection memorandum per information provided from debtors' counsel (.6); attention to correspondence with Akin team re: perfection review (.3). | 0.90 |
| 12/07/15 | ALK | 0013 | Coordinate lien investigation (.6) and review of materials re: same (.6). | 1.20 |
| 12/07/15 | MAL | 0013 | Attention to lien investigation. | 0.50 |
| 12/07/15 | ARB | 0013 | Diligence in connection with lien investigation (.9) and communications with corporate (.1, .1) and litigation (.1, .1) teams re: same. | 1.30 |
| 12/07/15 | KCD | 0013 | Emails with A. Koo re: collateral summary (.1); revise collateral summary (.7). | 0.80 |
| 12/08/15 | ALK | 0013 | Analysis re: prepetition transactions (2.8); review perfection analysis (.6); and confer with team re: same (.4); draft committee memo (1). | 4.80 |
| 12/09/15 | ALK | 0013 | Draft committee memo re: lien investigation. | 1.20 |
| 12/10/15 | ALK | 0013 | Continue to draft committee memo (1); research re: prepetition transactions (1). | 2.00 |
| 12/11/15 | ALK | 0013 | Draft committee memo (.4) and revise perfection exhibits (.9); emails to corporate team re: same (.2). | 1.50 |
| 12/11/15 | ARB | 0013 | Communications with PJT (.2) and corporate team (.2) re: lien investigation issues; review documents in connection with same (1.9). | 2.30 |
| 12/12/15 | ALK | 0013 | Draft committee memo re: lien investigation. | 1.00 |
| 12/13/15 | ALK | 0013 | Draft committee memo re: lien investigation. | 2.50 |
| 12/14/15 | AQ | 0013 | Review (.2) and edit (.5) draft memo re: investigation of prepetition liens; emails re: same (.1). | 0.80 |
| 12/14/15 | FTL | 0013 | Review (.1) and comment (.6) on memo re: perfection of pre-petition liens. | 0.70 |
| 12/14/15 | ALK | 0013 | Draft (2.0) and revise (1.0) committee memo re: lien investigation; emails with team re: same (0.8). | 3.80 |
| 12/14/15 | MAL | 0013 | Review (1.1) and comment (.9) on draft lien investigation memo. | 2.00 |
| 12/14/15 | ARB | 0013 | Review documents in connection with diligence on prepetition liens (.8); emails with PJT (.2) and Akin team (.1); communications to Akin team (.1), PJT (.1) and Skadden (.1) re: same; review draft memo to Committee re: results of lien investigation (2.3). | 3.70 |
| 12/14/15 | KCD | 0013 | Review (.3) and revise perfection review (.6) and collateral summary (.6); attention to correspondence with Akin team re: perfection review (.2) and collateral summary (.1); emails with Akin team re: perfection review (.1); revise collateral summary per information obtained from debtors' counsel (.9). | 2.80 |
| 12/14/15 | LRL | 0013 | Emails with Akin team re: perfection review analysis memo (.3); review same (.5). | 0.80 |
| 12/15/15 | ALK | 0013 | Revise committee memo re: investigation of liens. | 1.80 |
| 12/15/15 | MAL | 0013 | Review (.3) and comment (.5) on revised lien investigation memo; emails re: same (.2). | 1.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/15/15 | ARB | 0013 | Revise memo to Committee re: results of lien investigation. | 1.10 |
| 12/15/15 | KCD | 0013 | Review memorandum of collateral perfection. | 0.50 |
| 12/16/15 | FTL | 0013 | Review and comment on perfection memo. | 0.50 |
| 12/16/15 | KCD | 0013 | Emails with Akin team re: perfection review. | 0.10 |
| 12/21/15 | KCD | 0013 | Attention to correspondence with A. Beane re: update to perfection summary. | 0.20 |
| 12/01/15 | LRL | 0016 | Emails with Akin team re: D&O lift stay issues (.2); emails re: same (.2). | 0.40 |
| 12/04/15 | MM | 0016 | Review (.1) and analyze (.2) language proposed by insurer with respect to D&O proceeds motion. | 0.30 |
| 12/04/15 | ARB | 0016 | Review proposed language re: D&O insurance lift stay order (.4) and communications with L. Lifland re: same (.2). | 0.60 |
| 12/08/15 | ARB | 0016 | Communications with L. Lifland (.1) and Skadden (.1) re: lift stay motion in connection with D&O insurance. | 0.20 |
| 12/01/15 | JLS | 0022 | Review correspondence re: confirmation discovery issues (.3); work on confirmation discovery (.5). | 0.80 |
| 12/01/15 | ARB | 0022 | Communications with Skadden re: disclosure statement revisions (.1, .2). | 0.30 |
| 12/01/15 | LRL | 0022 | Research in connection with plan issues (.5, 1.5); summarize same (1.1); continued research re: same (1.3). | 4.40 |
| 12/02/15 | JLS | 0022 | Research issues in connection with confirmation discovery. | 0.30 |
| 12/02/15 | AQ | 0022 | Emails with team re: experts reports. | 0.30 |
| 12/02/15 | MAL | 0022 | Emails re: confirmation scheduling. | 0.30 |
| 12/02/15 | ARB | 0022 | Research re: plan issues. | 4.10 |
| 12/02/15 | LRL | 0022 | Research in connection with confirmation issues (1.4, .8) summarize same (.6, 1.3); emails re: same (.2); review pleadings in connection with same (.5). | 4.80 |
| 12/02/15 | CMC | 0022 | Research re: timing of expert reports. | 2.00 |
| 12/03/15 | JLS | 0022 | Attention to issues re: confirmation discovery. | 0.30 |
| 12/03/15 | MSS | 0022 | Emails with Akin team re: various plan (.4) and DS (.4) issues; teleconference with Oaktree's counsel re: same (.3). | 1.10 |
| 12/03/15 | AQ | 0022 | Emails with M. Lahaie re: confirmation issues. | 0.20 |
| 12/03/15 | MAL | 0022 | Review revised plan documents (2); emails re: same (.4); emails re: confirmation schedule (.2). | 2.60 |
| 12/03/15 | ARB | 0022 | Review amended plan (2.4) and disclosure statement (1.3); research re: plan issues (4.1); communications with Akin and PJT teams re: confirmation and discovery issues (.1, .1) and participate in call re: same (.3); related follow-up (.1). | 8.40 |
| 12/03/15 | LRL | 0022 | Research in connection with confirmation issues (.8, .7, .3, .8); call with Akin team re: same (.3); emails re: draft plan (.2); summarize research in connection with confirmation issues (.3, 1.0); review pleadings re: same (.6, 1.5). | 6.50 |
| 12/03/15 | CMC | 0022 | Research re: exchange of expert reports. | 0.80 |
| 12/04/15 | JLS | 0022 | Review second amended plan (.5); draft confirmation discovery schedule (1.0). | 1.50 |
| 12/04/15 | AQ | 0022 | Review (.1) and edit (.2) draft discovery schedule; emails with Akin team re: discovery schedule (.2); review (.2) and analyze valuation-related materials (.5). | 1.20 |
| 12/04/15 | MAL | 0022 | Emails re: confirmation schedule (.3); attention to filed versions of plan documents (.5). | 0.80 |
| 12/04/15 | DKB | 0022 | Emails with Akin team re: newly filed plan documents (.1); review and organize documents and exhibits related thereto (.6); draft index thereof (.6); prepare plan (.3) and disclosure statement notebook (.2) for attorneys; emails with attorney re: status (.1); revise index (.1) and notebook (.2) in accordance with attorney's instructions; prepare additional notebooks for attorneys (.5). | 2.70 |
| 12/04/15 | ARB | 0022 | Review revised drafts of plan (.6) and disclosure statement (.7); | 1.50 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  Page 9
Invoice Number: 1642194  February 9, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | communications with PJT re: same (.2). | |
| 12/04/15 | LRL | 0022 | Review pleadings in connection with plan confirmation issues (2.0, 2.5); summarize same (3.2). | 7.70 |
| 12/04/15 | RLR | 0022 | Review updated disclosure statement (.3, .3) and plan (.2; .3), coordinate binders of same (.2, .1, .4, .2). | 2.00 |
| 12/04/15 | CMC | 0022 | Emails with Akin team re: discovery (.1); review amended plan issues (.3) and valuation-related precedent (.2). | 0.60 |
| 12/05/15 | JLS | 0022 | Review correspondence re: confirmation discovery schedule. | 0.30 |
| 12/05/15 | AQ | 0022 | Emails re: discovery schedule. | 0.20 |
| 12/06/15 | LRL | 0022 | Continue to review confirmation pleadings in connection with plan issues. | 2.00 |
| 12/06/15 | CMC | 0022 | Draft requests for production in connection with valuation described in Plan (2.2); review Plan (0.4) and Disclosure Statement (0.2). | 2.80 |
| 12/07/15 | JLS | 0022 | Review (.3) and edit (.7) discovery requests to Debtors in connection with plan valuation; review and analyze disclosure statement (.4) and plan (.3); draft correspondence to Debtors re: discovery (.2); work on case strategy in connection with discovery (.2). | 2.10 |
| 12/07/15 | AQ | 0022 | Review (.2) and edit (.3) discovery requests; emails with Akin team re: settlement proposals (.2). | 0.70 |
| 12/07/15 | MAL | 0022 | Review (.4) and comment on discovery requests (.6); calls re: confirmation (.4) and mediation (.3). | 1.70 |
| 12/07/15 | LRL | 0022 | Continue to review confirmation pleadings in connection with plan issues (1.0, .4). | 1.40 |
| 12/07/15 | CMC | 0022 | Review (.3) and revise draft document requests to debtors (.8); draft document requests to Oaktree (1.2); revise document requests per partner edits (.3). | 2.60 |
| 12/08/15 | JLS | 0022 | Phone conference with PJT re: case strategy (.2) and mediation (.2); work on discovery requests (.3). | 0.70 |
| 12/08/15 | AQ | 0022 | Telephone call with PJT re: proposed mediation (.4); related follow-up (.1); emails with team re: same (.2). | 0.70 |
| 12/08/15 | MAL | 0022 | Emails (.5, .4) and calls (.4, .1, .1) re: confirmation scheduling issues. | 1.50 |
| 12/08/15 | ARB | 0022 | Communications with M. Lahaie (.1, .1) and Skadden (.1, .1) re: solicitation documents. | 0.40 |
| 12/08/15 | LRL | 0022 | Telephone call with PJT re: plan issues (.4); research in connection with plan issues memo (2.1); revisions to same (1.8). | 4.30 |
| 12/09/15 | JLS | 0022 | Review (.3) and respond to (.1) correspondence re: mediation; review discovery requests (.2) and respond to correspondence re: same (.1). | 0.70 |
| 12/09/15 | MSS | 0022 | Teleconference with PJT re: plan issues (.2); emails re: same (.2); corrrespondence with Akin team re: same (.6). | 1.00 |
| 12/09/15 | MAL | 0022 | Attention to mediation/confirmation scheduling issues (1.1); multiple emails re: same (.8); multiple calls re: same (1.2); follow-up re: same (.4). | 3.50 |
| 12/09/15 | ARB | 0022 | Conduct research in connection with plan issues (2.3) and communications with L. Lifland (.2) and M. Lahaie (.1) re: same; review updated memo in connection with same (1.9). | 4.50 |
| 12/09/15 | LRL | 0022 | Continue revising memo re: plan issues (.8, 1.2); research in connection with same (1.5); begin drafting plan objection (1.5). | 5.00 |
| 12/10/15 | JLS | 0022 | Analyze issues re: status (.3) and strategy (.3) in connection with confirmation hearing; review discovery requests (.4). | 1.00 |
| 12/10/15 | AQ | 0022 | Telephone call with PJT re: valuation and mediation issues (.3); confer with M. Lahaie re: valuation and mediation (.4). | 0.70 |
| 12/10/15 | MAL | 0022 | Telephone call with PJT re: confirmation scheduling issues (.6); confer with A. Qureshi re: same (.4); call with V. Durrer re: same (.3); emails re: same (.8). | 2.10 |
| 12/10/15 | LRL | 0022 | Continue research in connection with plan issues (.5; .6); revisions to memo re: plan issues (.4); emails re: same (.2). | 1.70 |
| 12/10/15 | CMC | 0022 | Review debtors' discovery requests. | 0.10 |

QUIKSILVER, INC. OFFICIAL COMMITTEE OF U  Page 10
Invoice Number: 1642194  February 9, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/11/15 | JLS | 0022 | Analyze authority in connection with plan issues (.5); review and analyze discovery requests (.5). | 1.00 |
| 12/11/15 | AQ | 0022 | Review research re: confirmation issues (.4); review (.1) and analyze (.1) Debtors' document requests to UCC; emails with PJT re: plan issues (.1); e-mails re: valuation (.1). | 0.80 |
| 12/11/15 | CPV | 0022 | Review security documents (0.6); analyze responses to inquiries re: Mexican subsidiaries (0.3). | 0.90 |
| 12/11/15 | MAL | 0022 | Emails re: confirmation scheduling (.5); review precedent re: same (.8); emails re: potential mediators (.4). | 1.70 |
| 12/11/15 | ARB | 0022 | Research in connection with confirmation issues (4.4) and communications with Akin team re: same (.2, .2); emails with Akin team re: document requests in connection with confirmation (.2). | 5.00 |
| 12/11/15 | KCD | 0022 | Analysis re: status of Mexican subsidiaries (.3); review pledge agreements re: Mexican subsidiaries (.1). | 0.40 |
| 12/11/15 | LRL | 0022 | Research in connection with discovery schedule (1.0, 2.8); emails with Akin team re: same (.3, .4). | 4.50 |
| 12/11/15 | CMC | 0022 | Emails with Akin team re: valuation report timing research (.2, .1); research re: same (2, .4); emails with Akin team re: responses to debtors' discovery requests (.3). | 3.00 |
| 12/13/15 | JLS | 0022 | Analyze issues in connection with discovery requests (.2); draft correspondence re: discovery (.2). | 0.40 |
| 12/14/15 | JLS | 0022 | Work on document collection (.7) and discovery issues (.6); review (.2) and respond (.3) to correspondence re: discovery and scheduling; phone conference with debtors' counsel re: discovery and scheduling (.5); phone conference with counsel to committee member re: discovery (.2). | 2.50 |
| 12/14/15 | AQ | 0022 | Calls with PJT re: expert report (.5) and discovery requests (.5); related follow-up (.2); meet and confer call with Skadden re: discovery (.4); emails with Debtors and Kirkland re: discovery and mediation (.4); review (.1) and analyze (.1) proposed Oaktree schedule. | 2.20 |
| 12/14/15 | MAL | 0022 | Review revised confirmation schedule (.3); research re: same (1.0); participate in meet and confer (.4); related follow-up (.1). | 1.80 |
| 12/14/15 | LPH | 0022 | Investigate availability of charter documents (.2) and filing registries (.4) in Mexico for Quiksilver entities. | 0.60 |
| 12/14/15 | KCD | 0022 | Attention to correspondence re: Mexican subsidiaries. | 0.20 |
| 12/14/15 | CMC | 0022 | Confer with PJT on valuation report (.5) and discovery requests (.5); confer with debtors' counsel and Akin team on discovery requests and schedule (.4); emails with Akin team on search parameters for document requests from debtors (.3); confer with PJT's legal team on search parameters for document collection (.5). | 2.30 |
| 12/15/15 | JLS | 0022 | Work on scheduling and discovery issues. | 0.80 |
| 12/15/15 | MSS | 0022 | Review plan-related materials in preparation for conference call with Skadden and Kirkland (.7); participate in conference call with Kirkland and Skadden re: litigation schedule and mediation (.4); follow up re: same (.4). | 1.50 |
| 12/15/15 | AQ | 0022 | Telephone call with PJT re: expert reports (.4); telephone call with Kirkland and Skadden re: discovery and mediation schedule (.4); emails re: same (.2). | 1.00 |
| 12/15/15 | MAL | 0022 | Telephone calls re: confirmation scheduling issues (.6, .2, .5, .3); emails re: same (.1, .4, .5). | 2.60 |
| 12/15/15 | ARB | 0022 | Further communications with Skadden (.2) and PJT (.2) re: plan issue; prepare correspondence to team re: same (.3). | 0.70 |
| 12/15/15 | KCD | 0022 | Attention to correspondence related to Mexican subsidiaries. | 0.20 |
| 12/15/15 | LRL | 0022 | Continue research re: plan issues (.8, 2.1); continue to draft confirmation objection (.7). | 3.60 |
| 12/15/15 | CMC | 0022 | Review proposed search terms from debtors (0.3); emails with Akin team re: debtors' proposed search terms (0.3); confer with debtors counsel re: meet and confer (0.1). | 0.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/16/15 | JLS | 0022 | Confer with Debtors re: discovery issues (.1); review and analyze search terms (.4); prepare for (.1) and participate in meet and conference call with Debtors' counsel re: discovery issues (.1); review proposed scheduling order (.3). | 1.00 |
| 12/16/15 | MSS | 0022 | Teleconference (.2) and emails (.2) with PJT re: various confirmation issues. | 0.40 |
| 12/16/15 | AQ | 0022 | Confer with PJT re: expert reports (.1); confer with Akin team re: schedule (.3). | 0.40 |
| 12/16/15 | MAL | 0022 | Attention to confirmation schedule (.7); research re: plan issues (1.1). | 1.80 |
| 12/16/15 | ARB | 0022 | Review (.1) and comment (.2) on proposed confirmation schedule; correspondence to M. Lahaie re: same (.1); review communications among team members in connection with same (.2) | 0.60 |
| 12/16/15 | LRL | 0022 | Research in connection with plan objection (1.5); review plan in connection with same (.6); emails with Akin team re: plan issues (.3); research in connection with same (.3). | 2.70 |
| 12/16/15 | CMC | 0022 | Draft additional search terms for debtors (1.0); confer with Akin team on search parameters for debtors and PJT document collection (0.3). | 1.30 |
| 12/17/15 | JLS | 0022 | Prepare for (.5) and participate in meeting and conference call with counsel to Debtors re: discovery issues (1.0); review and respond to correspondence re: case (.3). | 1.80 |
| 12/17/15 | MSS | 0022 | Emails with PJT (.2) and Akin team re: various confirmation issues (.2); telephone calls (.2) and emails (.1) with counsel for creditor re: same. | 0.70 |
| 12/17/15 | AQ | 0022 | Telephone call with PJT re: expert report (.2); emails with team and emails re: status of discovery (.2). | 0.40 |
| 12/17/15 | MAL | 0022 | Finalize confirmation schedule (.2); emails re: same (.1); emails re: voting issues (.5); emails with M. Stamer re: same (.2); review precedent for confirmation objection (1.0); draft correspondence to Akin team re: same (.7). | 2.70 |
| 12/17/15 | ARB | 0022 | Emails with M. Lahaie and L. Lifland (.3) and follow up with L. Lifland (.3) re: plan issues; research in connection with same (4.7); review communications in connection with mediation scheduling (.2). | 5.50 |
| 12/17/15 | LRL | 0022 | Continue research in connection with plan objection (.8, .8); meeting with A. Beane re: same (.2); draft outline of 507(b) objection (2.5); research in connection with same (2.5). | 6.80 |
| 12/17/15 | CMC | 0022 | Meet and confer with debtors' counsel (1.0); revise debtors' proposed search terms (.6) and research requirements for filing notices of discovery (.6); confer with PJT on document collection (0.1). | 2.30 |
| 12/18/15 | AQ | 0022 | Emails with team re: discovery issues. | 0.20 |
| 12/18/15 | LC | 0022 | Perform initial assessment of data (.3) and create inventory and authenticity package for the emails (.5); define processing specifications for the data (.3); submit the documents for processing according to the required specifications for attorney review (.3). | 1.40 |
| 12/18/15 | ML | 0022 | Prepare and stage documents for attorney review (.3); troubleshoot corrupt documents (.3); gather required document metadata for review (.3); generate document reports for evaluation by ediscovery project manager (.3); load the processed documents into the database for production (.5). | 1.70 |
| 12/18/15 | LRL | 0022 | Continue research in connection with outline of plan objection (.3, 2.5); draft outline for plan objection (.8; 1.0). | 4.60 |
| 12/18/15 | CMC | 0022 | Draft responses (.5) and objections (.4) to debtors' requests for production; confer with PJT Partners (.1) and internal eDiscovery team (.1) on document collection and review. | 1.10 |
| 12/21/15 | JLS | 0022 | Work on discovery and document review issues (.3); review (.1) and respond to (.1) correspondence re: discovery. | 0.50 |
| 12/21/15 | MSS | 0022 | Teleconferences (.3) and emails (.1) with committee professionals re: mediation. | 0.40 |
| 12/21/15 | AQ | 0022 | Emails re: mediation and expert reports (.2); confer with team re: | 0.40 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | discovery issues (.2). | |
| 12/21/15 | MAL | 0022 | Emails re: mediation. | 0.60 |
| 12/21/15 | LC | 0022 | Perform quality control (.5) and initial stage documents in the database (.5); form searches and define document review sets for attorney review assignment (.5); customize review database in order to promote review efficiency (1.5). | 3.20 |
| 12/21/15 | ARB | 0022 | Review and revise 507(b) (1.0) and plan objections (.7). | 1.70 |
| 12/21/15 | ML | 0022 | Extract remaining document collection of multiple custodians relevant to case (.5); process results for comparison of near duplicate and email threading to update family grouping of documents in case (.5); ingest grouping results to case document set to organize documents for attorney review (.7). | 1.70 |
| 12/21/15 | DBI | 0022 | Modify coding form to improve review efficiency re: document production database. | 0.30 |
| 12/21/15 | CMC | 0022 | Review documents from PJT to respond to debtors' requests (3.8); emails with Akin team re: discovery issues in connection with confirmation hearing (0.4); research disclosure requirements as to official committees (1.0). | 5.20 |
| 12/22/15 | MSS | 0022 | Emails (.2) and calls (.2) with committee professionals re: various plan issues. | 0.40 |
| 12/22/15 | AQ | 0022 | Prepare for (.1) and attend meeting at PJT re: plan issues (1.7). | 1.80 |
| 12/22/15 | MAL | 0022 | Prepare for (.5) and attend in-person meeting with PJT re: confirmation issues (1.7); emails re: mediation (.2); research re: plan issues (.5); related follow-up (.7). | 3.60 |
| 12/22/15 | ARB | 0022 | Revise outlines re: confirmation and related objections (1.2) and research re: same (1.3, 1.5). | 4.00 |
| 12/22/15 | JPK | 0022 | Research discovery issues. | 4.40 |
| 12/22/15 | RLR | 0022 | Meeting with PJT re: valuation and next steps (1.7); related follow-up (.3). | 2.00 |
| 12/22/15 | CMC | 0022 | Research scope of disclosure from members of official committees (1.5) and emails re: same (.2); emails with Akin team re: additional research (.3); review PJT documents to respond to debtors' requests (6.0); confer with PJT legal team about collection parameters (.4). | 8.40 |
| 12/23/15 | ARB | 0022 | Research re: plan issues (1.1) and communications re: same (.1). | 1.20 |
| 12/23/15 | DBI | 0022 | Prepare complex saved searches to promote review efficiency (1.0); download (.3) and prepare (.7) for attorney review the set of documents produced by Skadden; make documents searchable (.2). | 2.20 |
| 12/23/15 | RLR | 0022 | Research plan issues. | 1.80 |
| 12/23/15 | CMC | 0022 | Review PJT documents to respond to debtors' requests. | 2.50 |
| 12/24/15 | AQ | 0022 | Confer with PJT re: PJS expert report (.3); review and analyze PJS expert report (.8). | 1.10 |
| 12/24/15 | LRL | 0022 | Review debtors' valuation report (.5); research in connection with diminution in value claim (1.5). | 2.00 |
| 12/26/15 | CMC | 0022 | Review PJT documents to respond to debtors' requests for production. | 3.60 |
| 12/27/15 | LRL | 0022 | Continue to draft confirmation objection. | 2.00 |
| 12/27/15 | CMC | 0022 | Contine to review documents from PJT to respond to debtors' requests. | 1.90 |
| 12/28/15 | JLS | 0022 | Work on discovery issues (.3); review (.2) and respond (.2) to correspondence re: expert reports. | 0.70 |
| 12/28/15 | AQ | 0022 | Emails with PJT re: expert report. | 0.20 |
| 12/28/15 | MAL | 0022 | Review email to committee re: expert report (.2); emails re: same (.1). | 0.30 |
| 12/28/15 | ARB | 0022 | Review Debtors' expert report. | 1.40 |
| 12/28/15 | DBI | 0022 | Prepare productions received from Skadden for review (.5); download (.3) and prepare (.6) same for attorney review; make the documents searchable (.2). | 1.60 |
| 12/28/15 | RLR | 0022 | Research (1.9) and analyze (1.8) diminution in value cases; analyze plan related issues (2.3). | 6.00 |
| 12/28/15 | CMC | 0022 | Prepare summary re: document review and outstanding discovery issues | 2.80 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (0.8); emails with Akin team about discovery (0.1); review PJT documents for response to debtors' requests (1.3); revise responses and objections to debtors' discovery requests (0.6). | |
| 12/29/15 | JLS | 0022 | Work on issue in connection with expert report (.7); review (.3) and analyze (.2) expert report; review (.3) and respond to (.5) correspondence re: discovery issues; draft correspondence re: discovery issues (.5). | 2.50 |
| 12/29/15 | MSS | 0022 | Emails (.1) and telephone calls with various parties re: valuation and diminution issues (.1, .3). | 0.50 |
| 12/29/15 | AQ | 0022 | Emails with Akin team re: discovery issues (.1) and expert report (.1). | 0.20 |
| 12/29/15 | MAL | 0022 | Emails re: expert reports (.1) and diminution motion (.1). | 0.20 |
| 12/29/15 | ARB | 0022 | Review (.2) and comment (.4) on order to appoint mediator; correspondence to Akin team (.1) and Skadden (.1) re: same; review Debtors' expert report on valuation (1.3); research in connection with plan objection (2.9). | 5.00 |
| 12/29/15 | ECR | 0022 | Review pleadings re: diminution motion (.3, 1.1); review transcripts re: same (1.2, .3); review debtors' expert report (.1); email Akin team re: same (.4); confer with PJT re: same (.6); review email instructions from PJT (.2). | 4.20 |
| 12/29/15 | LRL | 0022 | Continue to draft 507(b) objection (2.1, 1.4); review PJT draft valuation materials (.5); review Houlihan expert report in support of diminution motion (1.8); emails re: Oaktree diminution motion (.3). | 6.10 |
| 12/29/15 | RLR | 0022 | Analyze plan issues (.3); communications re: same (.1, .1). | 0.50 |
| 12/29/15 | SGS | 0022 | Emails with Akin team re: confirmation and discovery issues (.5); review Bruenjes (.5) and Savini (.5) first day declarations. | 1.50 |
| 12/29/15 | CMC | 0022 | Research re: discovery (.6) and confirmation issues (.4); review PJT documents (0.2); revise proposed search terms to debtors (0.4). | 1.60 |
| 12/30/15 | JLS | 0022 | Review Oaktree filing (.5) and supporting documents (.5); review (.1) and edit (.1) draft order re: mediator; review (.1) and respond to (.3) correspondence re: discovery issues; emails with Akin team re: discovery issues (.2); work on expert report (.5). | 2.30 |
| 12/30/15 | MSS | 0022 | Teleconference (.2) and emails (.2) with various parties re: plan and voting issues. | 0.40 |
| 12/30/15 | MAL | 0022 | Emails with Akin team re: litigation issues (.2); emails with PJT re: in-person meeting (.1). | 0.30 |
| 12/30/15 | ARB | 0022 | Review diminution in value motion filed by Oaktree (1.2); research in connection with same (3.7). | 4.90 |
| 12/30/15 | DBI | 0022 | Modify coding forms to promote review efficiency re: document production. | 0.40 |
| 12/30/15 | ECR | 0022 | Analyze transcripts re: diminution objection (1.0, .5); telephone call with S. Syed re: same (.2); emails with S. Syed re: same (.3) | 2.00 |
| 12/30/15 | LRL | 0022 | Review Oaktree diminution motion (.6); emails with Akin team re: same (.4); research in connection with same (.6, 1.5); continue to draft objection to same (4.2, 1.8); telephone calls with PJT re: same (.5). | 9.60 |
| 12/30/15 | RLR | 0022 | Analyze diminution in value motion (.9); research (3) and analysis (2.5) re: same; emails with L. Lifland re: same (.1, .5); telephone call with PJT analyzing DIP budget re: diminution in value (.4); revise chart re: same (.3, 1.2); communications re: same (.3). | 9.20 |
| 12/30/15 | SGS | 0022 | Review transcripts re: diminution motion (1.5, 1.1, 1.2, .5); emails re: same (.2, .2); prepare correspondence to E. Rosen re: same (.2). | 4.90 |
| 12/30/15 | CMC | 0022 | Review PJT documents in further preparation for production to debtors (2.0) and confer with PJT on the same (.6). | 2.60 |
| 12/31/15 | JLS | 0022 | Draft correspondence to committee re: discovery issues (.3); review and analyze valuation report (.8); review correspondence re: discovery (.3). | 1.40 |
| 12/31/15 | MAL | 0022 | Review litigation email to committee members. | 0.10 |
| 12/31/15 | ARB | 0022 | Research in connection with diminution motion. | 3.60 |
| 12/31/15 | ECR | 0022 | Email correspondence with Akin team re: plan issues (.4, .6, .3, 1.3). | 2.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/31/15 | LRL | 0022 | Review research summary re: plan issues prepared by R. Rubin (.4); continue to draft 507(b) objection (1.0, 1.8, .8); research in connection with same (2.5); telephone call with A. Beane re: same (.4). | 6.90 |
| 12/31/15 | SGS | 0022 | Review transcripts in connection with objection (1.4) and emails re: same (.2). | 1.60 |
| 12/31/15 | CMC | 0022 | Review PJT documents for production to debtors. | 0.60 |
| 12/11/15 | ARB | 0024 | Emails with L. Lifland re: rejection of store leases. | 0.20 |
| 12/11/15 | LRL | 0024 | Emails re: time line of store closings (.3, .2, .1); emails re: additional motions to reject executory contracts (.3, .2, .1). | 1.20 |
| 12/16/15 | ARB | 0024 | Communications with L. Lifland (.2) and Skadden (.2) re: sale liquidations. | 0.40 |
| 12/01/15 | AQ | 0025 | Travel NY to DE; travel DE to NY (Actual time - 4.9). | 2.40 |
| 12/01/15 | MAL | 0025 | Travel to and from DE (Actual time - 4.6). | 2.30 |
| | | | Total Hours | 591.30 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| J L SORKIN | 23.60 | at | $865.00 | = | $20,414.00 |
| M S STAMER | 13.20 | at | $1250.00 | = | $16,500.00 |
| A QURESHI | 21.50 | at | $1095.00 | = | $23,542.50 |
| S B KUHN | 1.20 | at | $975.00 | = | $1,170.00 |
| F T LEE | 1.20 | at | $850.00 | = | $1,020.00 |
| M A LAHAIE | 56.40 | at | $850.00 | = | $47,940.00 |
| C P VILLOTA | 7.10 | at | $680.00 | = | $4,828.00 |
| A L KOO | 34.80 | at | $695.00 | = | $24,186.00 |
| M MUNGIA | 0.30 | at | $675.00 | = | $202.50 |
| A R BEANE | 93.70 | at | $750.00 | = | $70,275.00 |
| W F MONGAN | 4.40 | at | $610.00 | = | $2,684.00 |
| K C DINETT | 12.20 | at | $410.00 | = | $5,002.00 |
| E C ROSEN | 8.90 | at | $430.00 | = | $3,827.00 |
| L R LIFLAND | 120.60 | at | $650.00 | = | $78,390.00 |
| J P KANE | 4.40 | at | $430.00 | = | $1,892.00 |
| R L RUBIN | 83.80 | at | $430.00 | = | $36,034.00 |
| S G SYED | 8.00 | at | $430.00 | = | $3,440.00 |
| C C CORNELL | 48.80 | at | $615.00 | = | $30,012.00 |
| L CHAU | 4.60 | at | $280.00 | = | $1,288.00 |
| M LEONARD | 3.40 | at | $270.00 | = | $918.00 |
| D B IOFE | 4.50 | at | $280.00 | = | $1,260.00 |
| K M KOEHLER | 2.00 | at | $270.00 | = | $540.00 |
| T SOUTHWELL | 0.30 | at | $275.00 | = | $82.50 |
| D KRASA-BERSTELL | 24.30 | at | $275.00 | = | $6,682.50 |
| L P HAUSNER | 0.60 | at | $245.00 | = | $147.00 |
| F B ALVAREZ | 7.50 | at | $195.00 | = | $1,462.50 |

Current Fees                                                                  $383,739.50

**Total Amount of This Invoice**                                              $396,387.71

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | Invoice Number 1642194 |
| ATTN: ANDREW BRUENJES | Invoice Date 02/09/16 |
| 5600 ARGOSY CIRCLE | Client Number 695956 |
| HUNTINGTON BEACH, CA 92649 | Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 695956/0001, Invoice No. 1642194

(For wires originating outside the US reference Swift ID# CITIUS33)