## EXHIBIT C

**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| | |
|---|---:|
| Computerized Legal Research | $6,070.66 |
| Courier Service/Messenger Service – Off Site | $87.53 |
| Document Production – In House | $4,939.00 |
| Meals – Business | $117.00 |
| Meals (100%) | $761.25 |
| Travel – Ground Transportation | $277.77 |
| Travel – Lodging (Hotel, Apt, Other) | $25.00 |
| Travel – Train Fare | $370.00 |
| **TOTAL** | **$12,648.21** |