# **EXHIBIT D**

# **EXPENSE DETAIL**



QUIKSILVER, INC. OFFICIAL COMMITTEE OF U
ATTN: ANDREW BRUENJES
5600 ARGOSY CIRCLE
HUNTINGTON BEACH, CA  92649

Invoice Number 1642194
Invoice Date 02/09/16
Client Number 695956
Matter Number 0001

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/14/15 | Travel - Ground Transportation VENDOR: MICHAEL S. STAMER INVOICE#: 1036546112212200 DATE: 12/21/2015 Taxi/Car Service/Public Transport, 10/14/15, Taxi from train station in Wilmington to Pepper Hamilton to prep for Quiksilver hearing., Official Taxi Receipt | $10.00 |
| 10/14/15 | Meals - Business  VENDOR: MICHAEL S. STAMER INVOICE#: 1036546112212200 DATE: 12/21/2015 Lunch, 10/14/15, Lunch after Quiksilver court hearing in Wilmington., Chelsea, Mike Stamer, A. Queshi, J. Sorkin, M. Stamer, A. Beane, J. Abramson, J. Baird. | $117.00 |
| 10/15/15 | Travel - Ground Transportation VENDOR: MICHAEL S. STAMER INVOICE#: 1036546112212200 DATE: 12/21/2015 Taxi/Car Service/Public Transport, 10/15/15, Taxi from Wilmington train station to court for Quiksilver hearing., Ivory Taxi | $10.00 |
| 10/28/15 | Travel - Ground Transportation | $208.00 |

| | | |
|---|---|---|
| | VENDOR: MICHAEL S. STAMER INVOICE#: 1009845912212200 DATE: 12/21/2015 Taxi/Car Service/Public Transport, 10/28/15, Taxi from Rumson, NJ to Metropark and from Metropark to Rumson, NJ during travel for ZQK court hearing in DE., Westfield Express | |
| 11/12/15 | Document Production - In House REQUESTOR: L LIFLAND; DESCRIPTION: COLOR COPIES; QUANTITY: 1224; DATE ORDERED: 11/12/15 | $1,224.00 |
| 11/18/15 | Document Production - In House REQUESTOR: L LIFLAND; DESCRIPTION: COLOR COPIES; QUANTITY: 3390; DATE ORDERED: 11/18/15 | $3,390.00 |
| 11/30/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 270249 DATE: 11/30/2015 NAME: LAHAIE MEREDITH A TICKET #: 0669599514 DEPARTURE DATE: 12/01/2015 ROUTE: UNKNOWN | $32.00 |
| 11/30/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 270249 DATE: 11/30/2015 NAME: LAHAIE MEREDITH A TICKET #: 5132599354 DEPARTURE DATE: 12/01/2015 ROUTE: NYP.WIL NYP | $287.00 |
| 11/30/15 | Travel - Ground Transportation VENDOR: RACHELLE RUBIN INVOICE#: 1044586501072300 DATE: 1/7/2016 Taxi/Car Service/Public Transport, 11/30/15, Late night/early morning Uber Car Service re: late night work re: Quiksilver, Uber Car Service | $21.59 |
| 12/01/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1044143812022305 DATE: 12/2/2015 Taxi/Car Service/Public Transport, 12/01/15, Taxi from home to Penn Station for travel to Quiksilver hearing in Wilmington., Uber | $16.68 |
| 12/01/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1044143812022305 DATE: 12/2/2015 Taxi/Car Service/Public Transport, 12/01/15, Taxi from Wilmington Station to court for Quiksilver hearing., Uber | $5.75 |
| 12/01/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1044143812022305 DATE: 12/2/2015 Taxi/Car Service/Public Transport, 12/01/15, Taxi from Bankruptcy Court to | $5.75 |

| Date | Description | Amount |
|---|---|---|
| | Wilmington Train Station after Quiksilver hearing., Uber | |
| 12/01/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 12/1/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $168.94 |
| 12/01/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 271335 DATE: 12/1/2015 NAME: LAHAIE MEREDITH A TICKET #: 0669648466 DEPARTURE DATE: 12/01/2015 ROUTE: UNKNOWN | $32.00 |
| 12/01/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 271335 DATE: 12/1/2015 NAME: LAHAIE MEREDITH A TICKET #: 3730565751 DEPARTURE DATE: 12/01/2015 ROUTE: NYP WIL | $19.00 |
| 12/02/15 | Computerized Legal Research - Westlaw User: MATTUS,CAROLYN Date: 12/2/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 12/02/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2269867 DATE: 12/6/2015 Rubin Rachelle - Mr. Broadway Kosher Restaurant - 12/02/2015 -late night meal | $18.88 |
| 12/03/15 | Meals (100%)  11/30/15: Lauren Lifland - Snack VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800390; DATE: 12/3/2015 Check no 427243 - meeting of committee professional - 7 people in attendance. | $130.65 |
| 12/03/15 | Meals (100%)  12/2/15: Lauren Lifland - Lunch VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800390; DATE: 12/3/2015  Lunch for committee professional - 5 people in attendance. | $100.00 |
| 12/04/15 | Document Production - In House REQUESTOR: R RUBIN; DESCRIPTION: COLOR COPIES; QUANTITY: 77; DATE ORDERED: 12/4/15 | $77.00 |
| 12/06/15 | Computerized Legal Research - Westlaw User: MONGAN,BILL Date: 12/6/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 12/07/15 | Computerized Legal Research - Westlaw User: MONGAN,BILL Date: 12/7/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.68 |
| 12/08/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2272454 DATE: 12/13/2015 | $20.00 |

| Date | Description | Amount |
|---|---|---|
| 12/10/15 | Catering Akin Gump - Kosher Deluxe - 12/08/2015 - Late night dinner Meals (100%) 12/8/15 - MILDRED ANDINO - LUNCH VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800392; DATE: 12/10/2015 Lunch for call - 6 people in attendance. | $119.49 |
| 12/10/15 | Travel - Lodging (Hotel, Apt, Other) VENDOR: ASHLEY R. BEANE INVOICE#: 1101059201261701 DATE: 1/26/2016 Hotel - Lodging, 12/10/15, Service Fee for Hotel Reservation - Trip Cancelled, Frosch | $25.00 |
| 12/11/15 | Computerized Legal Research - Westlaw User: MATTUS,CAROLYN Date: 12/11/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 12/14/15 | Document Production - In House REQUESTOR: L LIFLAND; DESCRIPTION: COLOR COPIES; QUANTITY: 54; DATE ORDERED: 12/14/15 | $54.00 |
| 12/15/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 12/15/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $675.78 |
| 12/15/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2277358 DATE: 12/20/2015 Catering Akin Gump - Kosher Deluxe - 12/15/2015 | $16.68 |
| 12/17/15 | Meals (100%) 12/14/15 - Lauren Lifland VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800393; DATE: 12/17/2015 Lunch for telephonic hearing - 5 people in attendance. | $100.00 |
| 12/17/15 | Meals (100%) 12/14/15 - Carolyn Cornell VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800393; DATE: 12/17/2015 Internal meeting - 3 people in attendance. | $40.56 |
| 12/17/15 | Meals (100%) 12/16/15 - Lauren Lifland VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800393; DATE: 12/17/2015 - Lunch for committee call - 6 people in attendance. | $120.00 |
| 12/17/15 | Meals (100%) 12/16/15 - Carolyn Cornell VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800393; DATE: 12/17/2015 - Internal meeting - 3 people in attendance. | $48.72 |
| 12/21/15 | Computerized Legal Research - Westlaw | $84.48 |

| Date | Description | Amount |
|---|---|---|
| | Computerized Legal Research - Westlaw User: MATTUS,CAROLYN Date: 12/21/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 12/22/15 | Computerized Legal Research - Westlaw User: KANE,JOHN Date: 12/22/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 12/22/15 | Computerized Legal Research - Westlaw User: MATTUS,CAROLYN Date: 12/22/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 12/22/15 | Computerized Legal Research - Lexis Service: BRIEFS PLEADINGS MOTIONS; Employee: KANE JOHN; Charge Type: LA DOCUMENT ACCESS; Quantity: 5.0 | $540.00 |
| 12/22/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KANE JOHN; Charge Type: LA DOCUMENT ACCESS; Quantity: 29.0 | $2,782.80 |
| 12/23/15 | Computerized Legal Research - Westlaw User: RUBIN,RACHELLE Date: 12/23/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $295.65 |
| 12/23/15 | Computerized Legal Research - Lexis Service: COURTLINK SERVICE; Employee: RUBIN RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 12/23/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 11.0 | $227.70 |
| 12/24/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 12/24/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 12/30/15 | Computerized Legal Research - Westlaw User: LIFLAND,LAUREN Date: 12/30/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $337.89 |
| 12/30/15 | Computerized Legal Research - Westlaw User: RUBIN,RACHELLE Date: 12/30/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $253.42 |
| 12/30/15 | Computerized Legal Research - Westlaw User: BEANE,ASHLEY Date: 12/30/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $123.92 |
| 12/30/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BEANE ASHLEY; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $21.60 |
| 12/30/15 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; | $6.98 |

| Date | Description | Amount |
|---|---|---|
| | Employee: BEANE ASHLEY; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | |
| 12/30/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: RUBIN RACHELLE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 12/30/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LIFLAND LAUREN; Charge Type: SEARCHES; Quantity: 1.0 | $66.60 |
| 12/30/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LIFLAND LAUREN; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $21.60 |
| 12/30/15 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E016A DATE: 1/2/2016 TRACKING #: 1Z02E52ENP55849570; PICKUP DATE: 12/30/2015; SENDER: RACHELLE RUBIN; RECEIVER: MIKE STAMER - N/A; | $26.43 |
| 12/30/15 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E016A DATE: 1/2/2016 TRACKING #: 1Z02E52ENP55849570; PICKUP DATE: 12/30/2015; SENDER: RACHELLE RUBIN; RECEIVER: MIKE STAMER - N/A; | $3.65 |
| 12/30/15 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E016A DATE: 1/2/2016 TRACKING #: 1Z02E52ENP55849570; PICKUP DATE: 12/30/2015; SENDER: RACHELLE RUBIN; RECEIVER: MIKE STAMER - N/A; | $30.00 |
| 12/30/15 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E016A DATE: 1/2/2016 TRACKING #: 1Z02E52ENP55849570; PICKUP DATE: 12/30/2015; SENDER: RACHELLE RUBIN; RECEIVER: MIKE STAMER - N/A; | $2.70 |
| 12/30/15 | Document Production - In House REQUESTOR: R RUBIN; DESCRIPTION: COLOR COPIES; QUANTITY: 194; DATE ORDERED: 12/30/15 | $194.00 |
| 12/30/15 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 54758 DATE: 12/31/2015 SENDER'S NAME: rachelle rubin; JOB | $24.75 |

| Date | Description | Amount |
|---|---|---|
| 12/30/15 | NUMBER: 991001; PICKUP: One Bryant Park; DESTINATION: 200 west 72nd street; DATE: 12/30/2015 Meals (100%) 12/30/15 - LAUREN LIFLAND VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800395; DATE: 12/30/2015 - Call with Debtors - 3 people in attendance. | $46.27 |
| 12/31/15 | Computerized Legal Research - Westlaw User: BEANE,ASHLEY Date: 12/31/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | $41.31 |

Current Expenses                                                          $12,648.21

**Total Amount of This Invoice**                                        **$396,387.71**

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| QUIKSILVER, INC. OFFICIAL COMMITTEE OF U | Invoice Number 1642194 |
| ATTN: ANDREW BRUENJES | Invoice Date 02/09/16 |
| 5600 ARGOSY CIRCLE | Client Number 695956 |
| HUNTINGTON BEACH, CA 92649 | Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 695956/0001, Invoice No. 1642194

(For wires originating outside the US reference Swift ID# CITIUS33)