**EXHIBIT E**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
RENDERING SERVICES DURING THE PERIOD
DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Joseph Sorkin | Partner for 4 years; Admitted in 2001; Litigation Department | $865.00 | 23.60 | $20,414.00 |
| Michael Stamer | Partner for 17 years; Admitted in 1989; Financial Restructuring Department | $1,250.00 | 13.20 | $16,500.00 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095.00 | 21.50 | $23,542.50 |
| Stephen Kuhn | Partner for 15 years; Admitted in 1991; Corporate Department | $975.00 | 1.20 | $1,170.00 |
| Frederick Lee | Partner for 2 years; Admitted in 2005; Corporate Department | $850.00 | 1.20 | $1,020.00 |
| Meredith Lahaie | Partner for 1 year; Admitted in 2007; Financial Restructuring Department | $850.00 | 56.40 | $47,940.00 |
| Carlos Villota | Senior Counsel for 5 years; Admitted in 1997; Corporate Department | $680.00 | 7.10 | $4,828.00 |
| Angeline Koo | Senior Counsel for 2 years; Admitted in 2005; Litigation Department | $695.00 | 34.80 | $24,186.00 |

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Manuel Mungia | Counsel for 2 years; Admitted in 2008; Litigation Department | $675.00 | 0.30 | $202.50 |
| Ashley Beane | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $750.00 | 93.70 | $70,275.00 |
| Katie Dinett | Associate for 1 year; Admitted in 2014; Corporate Department | $410.00 | 12.20 | $5,002.00 |
| William Mongan | Associate for 4 years; Admitted in 2012; Litigation Department | $610.00 | 4.40 | $2,684.00 |
| Lauren Lifland | Associate for 4 years; Admitted in 2012; Financial Restructuring Department | $650.00 | 120.60 | $78,390.00 |
| John Kane | Associate for 4 months; Bar Admission Pending; Litigation Department | $430.00 | 4.40 | $1,892.00 |
| Elizabeth Rosen | Associate for 4 months; Bar Admission Pending; Litigation Department | $430.00 | 8.90 | $3,827.00 |
| Rachelle Rubin | Associate for 4 months; Bar Admission Pending; Financial Restructuring Department | $430.00 | 83.80 | $36,034.00 |

| Name of Professional/ Paraprofessional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation Requested |
|---|---|---|---|---|
| Sophie G. Syed | Associate for 4 months; Bar Admission Pending; Litigation Department | $430.00 | 8.00 | $3,440.00 |
| Carolyn Mattus Cornell | Associate for 1 year; Admitted in 2011; Litigation Department | $615.00 | 48.80 | $30,012.00 |
| Dmitry Iofe | EDiscovery Project Coordinator for 3 years | $280.00 | 4.50 | $1,260.00 |
| Kwan Koehler | Trademark Specialist for 1 year; Intellectual Property Department | $270.00 | 2.00 | $540.00 |
| Massai Leonard | EDiscovery Project Coordinator for 8 years | $270.00 | 3.40 | $918.00 |
| Daniel Chau | EDiscovery Project Coordinator for 10 years | $280.00 | 4.60 | $1,288.00 |
| Tracy Southwell | Legal Assistant for 22 years; Financial Restructuring Department | $275.00 | 0.30 | $82.50 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $275.00 | 24.30 | $6,682.50 |
| Lynn Hausner | Legal Assistant for 8 years; Corporate Department | $245.00 | 0.60 | $147.00 |
| Francisco Alvarez | Legal Assistant for 7 months; Financial Restructuring Department | $195.00 | 7.50 | $1,462.50 |

Total Amount of Fees:         $383,739.50
Total Number of Hours:             591.30
Blended Hourly Rate:              $648.97