IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :

In re:                          :    Chapter 11

                          :

QUIKSILVER, INC., *et al.*,       :    Case No. 15-11880 (BLS)

                          :

               Debtors.[1]  :    Jointly Administered

                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  **Related Docket No. 691, 769**

ORDER APPROVING STIPULATION RESOLVING MOTION OF GENERAL
ELECTRIC CAPITAL CORPORATION TO COMPEL DEBTORS TO PAY IN FULL
POSTPETITION AMOUNTS DUE UNDER PERSONAL PROPERTY LEASE AND FOR
THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Quiksilver, Inc. ("ZQK") and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Quiksilver" or the "Company"), and CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation ("GECC", and together with the Debtors, the "Parties"), having entered into the Stipulation Resolving the Motion of General Electric Capital Corporation for the Entry of an Order, Pursuant to (I) 11 U.S.C. § 365(d)(5) Compelling the Debtor to Immediately Pay in Full Postpetition Amounts Due Under Personal Property Lease and (II) 11 U.S.C. § 503(b)(1) for the Allowance and Payment of an Administrative Expense [Docket No. 691] (the "Stipulation"); and the Court having reviewed the Stipulation; and the Court having determined that good cause has been demonstrated for approving the Stipulation; it is hereby

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Stipulation, attached hereto as Exhibit A, is APPROVED.

2.      The Debtors and GECC are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation and enforcement of this Order and the Stipulation.

Dated: Wilmington, Delaware

Feb 10, 2016

HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

2