# Exhibit 1

## Duplicate Claims

Exhibit 1 - Duplicates Filed Against the Same Debtor

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| Putian Xinxiesheng Footwear Co., LT | 731 | 676 | $ 3,637,372.67 | General Unsecured | Duplicate claim. |
| Brinco Machanical Management Services, Inc. | 60 | 32 | $ 147,600.64 | General Unsecured | Duplicate claim. |
| AIT Worldwide Logistics, Inc. | 767 | 627 | $ 110,379.36 | General Unsecured | Duplicate claim. |
| C&K Broadway 519 LLC | 671 | 698 | $ 86,058.67 | Admin Priority | Duplicate claim. |
| Putian Xinxiesheng Footwear Co., LT | 730 | 675 | $ 64,790.46 | General Unsecured | Duplicate claim. |
| World Commerce Intl. Ltd. | 311 | 224 | $ 54,425.28 | General Unsecured | Duplicate claim. |
| Golden Bond Inc., Limited | 776 | 680 | $ 33,001.46 | General Unsecured | Duplicate claim. |
| QTNP APPARELS JSC | 701 | 673 | $ 26,058.02 | General Unsecured | Duplicate claim. |
| Focus H.K. Company Limited | 733 | 683 | $ 21,621.66 | General Unsecured | Duplicate claim. |
| Safeandvaultstore.com | 51 | 22 | $ 10,725.00 | General Unsecured | Duplicate claim. |
| Newport Bluffs, LLC | 534 | 99 | $ 8,506.94 | General Unsecured | Duplicate claim. |
| Pt. Busana Prima Global | 711 | 650 | $ 3,629.81 | Admin Priority | Duplicate claim. |
| Golden Bond Inc., Limited | 779 | 679 | $ 3,184.63 | General Unsecured | Duplicate claim. |
| Sacramento Municipal Utility District | 53 | 34 | $ 3,001.57 | General Unsecured | Duplicate claim. |
| October International Co., Ltd. | 778 | 681 | $ 1,113.46 | General Unsecured | Duplicate claim. |
| Kenneth N Unger | 556 | 351 | $ 1,010.18 | General Unsecured | Duplicate claim. |
| Snohomish County | 47 | 19 | $ 783.23 | Secured | Duplicate claim. |
| Snohomish County PUD #1 | 114 | 50 | $ 440.95 | General Unsecured | Duplicate claim. |

Page 1 of 11