# Exhibit 2

## Amended and Superseded Claims

Exhibit 2 - Amended & Superseded

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Amended Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| Focus H.K. Company Limited | 733 | 3 | $ 10,087.20 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Broward County Records, Taxes & Treasury Div. | 205 | 57 | $ 7,206.41 | Secured | Claim to be disallowed is amended and superseded by indicated claim. |