# Exhibit 3

# Equity Claims

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Stephen Puglisi | 36 | $ 39,123.53 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Wing Wong | 38 | $ 642.79 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Matthew Pedro | 44 | $ 3,815.06 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ryan Bostrom | 62 | $ 500.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Vincent J. Mattera | 73 | $ 185.65 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Michael Saghera | 91 | $ 5,761.45 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jonathan A. Babilonia | 101 | $ 2,500.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Dori J. Bunting | 118 | $ 1,622.25 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| William J. Morton | 120 | $ 161.05 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ligia Lizette Pinate | 121 | $ 15,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ronald Sandoval | 123 | $ 2,494.86 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kristena Petty Cust FBO Shelby Lynn Petty | 128 | $ 641.15 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Dawn E. Appel | 130 | $ 5,152.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marty Caliva | 131 | $ 284.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Charles E. Travis | 132 | $ 10,891.24 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lauri Preedge | 133 | $ 1,534.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Irving Newman | 135 | $ 6,713.00 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| William J. Wigmore, Paula J. Wigmore | 138 | $ 1,330.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Laurel DeCiucies | 139 | $ 1,674.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ted Barton | 144 | $ 544.56 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Clenric Guy Hancock | 146 | $ 2,011.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric Lien | 147 | $ 20,654.49 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Alexander Buchler | 148 | $ 10,801.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Gary M and Karin K Gunther Revocab Living Trust | 149 | $ 2,759.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kristin Schneider | 152 | $ 2,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mikako Hirose | 155 | $ 2,700.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| William Robert Westphal | 157 | $ 839.66 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rafik Saba | 159 | $ 2,500.00 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jordan Best | 162 | $ 28.70 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Joshua Williams | 163 | $ 50.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ryan T Clancy | 165 | $ 1,278.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| David E. Dettwiler | 171 | $ 11,562.11 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Zachary Rome | 175 | $ 429.03 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| George H. Whitmore | 179 | $ 13,552.58 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jeffrey M Beckerman | 180 | $ 1,800.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nahal Ashouri | 181 | $ 4,550.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark Christy | 182 | $ 20,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ann K. Sandoval | 183 | $ 47.97 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Debra A Klumph | 184 | $ 1,331.12 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Gregory A. Laney | 185 | $ 289.22 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Albert Cueller | 187 | $ 2,665.99 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Tom Waldron | 188 | $ 876.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Joerg Fischer-Felsberg | 189 | $ 5,400.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marty Cole | 195 | $ 1,643.27 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| David B Webb | 197 | $ 3,827.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric J. Enriqez | 199 | $ 126.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rakesh Rachakonda | 201 | $ 79,091.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Joan S. Mansueti | 202 | $ 1,302.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Caroline Joy Co | 237 | $ 4,453.14 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark D. Drenner SEP IRA | 241 | $ 396.00 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Michael D. Nalick | 256 | $ 404.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric W Muller | 258 | $ 6,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Daniel Horowitz | 260 | $ 91.20 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Michael J. Miela | 263 | $ 6,866.10 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marian A. Slope | 265 | $ 6,240.00 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jack Putney | 266 | $ 19,351.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jack Putney | 268 | $ 19,351.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| The Carr Survivors Trust A | 271 | $ 348.75 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jorja An Fox | 272 | $ 5,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jaime Carazo | 273 | $ 3,908.67 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Karen D. Sheeler | 274 | $ 136.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Cole Waidley | 279 | $ 500.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Tung Duong | 280 | $ 1,297.42 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Minhao Yu | 281 | $ 7,965.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Xcaret Duran-Fernandez (Colon) | 282 | $ 82.99 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Hui-Wen Hsu | 283 | $ 1,305.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Alan Janc | 284 | $ 850.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Deborah E. Bauernfeind | 285 | $ 975.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jason Richard Brodbeck | 302 | $ 1,820.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Josephine M. Rudkin | 316 | $ 203.20 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Karen K. Akers | 317 | $ 9,299.04 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ruth Schmidt | 318 | $ 9,500.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Stuart A Kessler | 319 | $ 5,203.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Barbara Kessler | 320 | $ 1,614.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kazuko Otomo | 321 | $ 2,014.13 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Matthew M. Thiel | 322 | $ 229.72 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brian Arrif Abrahiem | 323 | $ 38.25 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Henry Lewis Cobbs | 324 | $ 320.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric Coca | 325 | $ 1,098.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Anitha Kellampalli | 327 | $ 3,682.51 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Peter J Hampson | 328 | $ 15,144.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lucy Cobbs | 330 | $ 466.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Michael J Standing | 331 | $ 55,085.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| James Rubel | 333 | $ 69.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey N. Aswad | 338 | $ 6,747.56 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Patricia H. Blessing | 339 | $ 6,319.99 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| E. Scott Douglas | 340 | $ 4,615.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brian F Soden | 342 | $ 3,957.35 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Vijay Nishawala | 347 | $ 784.40 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Barry Buchholtz | 348 | $ 42,508.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Barry Buchholtz - IRA Account | 349 | $ 8,856.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eloy J. Loza Trust | 350 | $ 20,556.61 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kenneth N Unger | 351 | $ 1,010.18 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nicole Julianne Sternin | 379 | $ 1,433.19 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nikki Sternin | 380 | $ 193.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Vito Cassano | 382 | $ 999.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marie Cassano | 383 | $ 522.19 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark W. Hoffman | 384 | $ 615.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nicholas Loftus | 385 | $ 9,372.28 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nicholas Loftus | 386 | $ 2,533.89 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Pamela Huynh | 388 | $ 45.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jason Potter & Rebeca Potter | 389 | $ 920.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Gail MacGillivray | 396 | $ 705.40 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark A. Burris | 411 | $ 4,993.20 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Joseph Patterson | 413 | $ 655,415.46 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Christina Patterson | 415 | $ 47,819.97 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Todd D. Sells | 440 | $ 3,526.45 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Elyse Spielberg | 449 | $ 136.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Matthew Chema | 457 | $ 344.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Richard Joseph Kehoe, Jr. | 459 | $ 850.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| John William Zipfel | 463 | $ 17,987.61 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brian Sullivan | 531 | $ 5,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Daniel Botyos | 547 | $ 12,011.64 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Keith J Smith | 549 | $ 7,783.68 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Daniel Botyos | 550 | $ 108,743.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brandon Olson | 553 | $ 390.32 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kenneth N Unger | 556 | $ 1,010.18 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Hank Thurston | 557 | $ 8,017.52 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Nathan Michael Harris | 559 | $ 16,154.44 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Laurie D. Norton & Robert J. Norton | 561 | $ 2,711.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Yuancheng Liu | 562 | $ 8,137.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Brian McEvilly | 564 | $ 52,885.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Richard Severino | 568 | $ 1,250.10 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Richard Porreco, Trustee Family Trust | 569 | $ 1,831.33 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 572 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 573 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mustapha Ait-Idir | 574 | $ 928.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 575 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 576 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Barbara Harris | 577 | $ 16,738.47 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 578 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 579 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 580 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jon Carter | 581 | $ 1,596.22 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 582 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 583 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Eric Pelletier | 586 | $ 434.53 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lindsey Hourihan | 587 | $ 3,910.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Dennis Hayer | 592 | $ 33,240.39 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramsey Slim | 593 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Ramsey Slim | 594 | $ 17,914.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| The Stambuk Family Trust, 03/25/1994 | 603 | $ 2,005.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Randall Douglas | 684 | $ 1,600.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Daniel Sforza | 687 | $ 1,199.71 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Delvin D. Goldworm | 688 | $ 1,680.96 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rostov Management | 692 | $ 4,897.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rita Aghadiuno | 693 | $ 1,683.50 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Chuck B. Ihekwaba | 694 | $ 20,475.00 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Minh-Quan Phan | 705 | $ 1,519.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Matthew K. Wasko | 707 | $ 1,196.74 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Albert T. Yamamoto & Robin M. Nishimura TTEES UTD 7/1/81 | 708 | $ 1,218.35 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ernesto Rafael Herrero Chacon & Ana Maria Flores Figueroa | 717 | $ 4,155.97 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Kevin Krause | 718 | $ 157.08 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Craig Alan Hall | 719 | $ 18,565.52 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramon Torres | 721 | $ 8,324.92 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lien-Fung Chang | 722 | $ 4,012.99 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Timothy W Friske | 723 | $ 6,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Pierre Dufour | 724 | $ 9,960.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ivan Pinzon | 726 | $ 185.00 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ryan Mengel | 727 | $ 200.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit 3 - Equity Claims

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Jaime Linden Jakovac | 734 | $ 60.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| David J Wadolny - SEP IRA | 770 | $ 6,575.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Chris Schreiber | 772 | $ 213,406.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Phy Tran | 773 | $ 3,548.95 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Marie Leventis | 774 | $ 831.95 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Andrae L. Hampton | 775 | $ 646.94 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Albert Finnan | 780 | $ 6,259.45 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Judy Ng Adams | 781 | $ 758.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ramani Theresa Rani Gaspar | 788 | $ 129.00 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Rhonda Leonard | 790 | $ 540.00 | Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Evan Davis | 791 | $ 5,012.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| John Hornbeak | 792 | $ 21,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mark Hoffman | 795 | $ 6,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Douglas Koontz | 796 | $ 1,473.36 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Albert Finnan | 797 | $ 6,009.65 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Wilma L Nielsen | 800 | $ 2,703.58 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Maurice Lewitt | 802 | $ 1,625.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ronald J. Zidek | 804 | $ 1,438.00 | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |