# SIGN-IN SHEET

**CASE NAME: QUIKSILVER**

**COURTROOM NO.1: JUDGE SHANNON**

**CASE NO.: 15-11880**

**DATE: FEBRUARY 10, 2016**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| *John Schaaf* *Michael Seidl* | *Pepper* *Pockstri. Strs* | *Committee* *Debtor(s)* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |