# Exhibit 1

**Duplicate Claims**

DOCS_DE:204200.6 72779/001

In re: Quiksilver, Inc., et al
Case No. 15-11880

**Exhibit 1 - Duplicates Filed Against Multiple Debtors**

| Name of Claimant | Remaining Claim Number | Debtor - Remaining Claim | Duplicate Claim to be Disallowed | Debtor - Disallowed Claim | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| World Marketing, Inc. | 112 | QS Wholesale, Inc. | 111 | Quiksilver, Inc. | $ 2,596,247.92 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| OMelveny & Myers LLP | 548 | Quiksilver, Inc. | 555 | QS Wholesale, Inc. | $ 1,059,399.48 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Cataria International, Inc., a California Corporation | 245 | Quiksilver, Inc. | 244 | DC Shoes, Inc. | $ 230,000.00 | Secured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Walt Disney Parks and Resorts U.S., Inc. | 301 | QS Retail, Inc. | 300 | Quiksilver, Inc. | $ 125,729.51 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Vector Intelligent Solutions, LLC dba Industry Retail Group | 551 | QS Retail, Inc. | 390 | Quiksilver, Inc. | $ 112,598.43 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| WRI Marshalls Plaza, LP | 607 | Quiksilver, Inc. | 606 | QS Retail, Inc. | $ 74,413.50 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Wei-En Chang | 174 | Quiksilver, Inc. | 161 | DC Shoes, Inc. | $ 70,031.41 | Priority | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| 3 Times Square Associates, LLC | 544 | Quiksilver, Inc. | 540 | QS Retail, Inc. | $ 69,319.57 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Beacon Resources, LLC | 539 | QS Wholesale, Inc. | 538 | Quiksilver, Inc. | $ 48,828.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| G&S Realty 1, LLC | 229 | DC Shoes, Inc. | 228 | Quiksilver, Inc. | $ 33,647.29 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| California Rampworks | 94 | DC Shoes, Inc. | 33 | Quiksilver, Inc. | $ 20,156.53 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Jack Putney | 268 | QS Retail, Inc. | 266 | Quiksilver, Inc. | $ 19,351.85 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 572 | QS Retail, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 573 | Q.S. Optics, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 575 | Mt. Waimea, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |

Exhibit 1 - Duplicates Filed Against Multiple Debtors

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Debtor - Remaining Claim | Duplicate Claim to be Disallowed | Debtor - Disallowed Claim | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 576 | Hawk Designs, Inc | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 578 | Fidra, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 579 | DC Direct, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 580 | DC Shoes, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 582 | QS Wholesale, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 583 | Quiksilver, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Ramsey Slim | 594 | Quiksilver Entertainment, Inc. | 593 | Quiksilver Wetsuits, Inc. | $ 17,914.00 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |
| Snohomish County PUD #1 | 114 | QS Retail, Inc. | 113 | DC Shoes, Inc. | $ 440.95 | General Unsecured | Duplicate claims against multiple Debtors; Debtors will be substantively consolidated pursuant to the Plan. |