**Exhibit 2**

**Duplicate Debt Claims**

Exhibit 2 - Individual Bondholder Claims Duplicative with Indenture Trustee Claim

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Remaining Claim | Remaining Claim Amount | Remaining Claimant | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| Gilbert Cox IRA | 39 | $ 10,000.00 | Secured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Allan M. Rose | 150 | $ 8,000.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Mike Pitcher | 158 | $ 850.00 | Admin Priority | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| John C Balzarini | 196 | $ 2,873.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| University of Dayton | 639 | $ 55,545.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| University of Dayton | 639 | $ 30,240.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Govt of Guam Retirement Fund | 647 | $ 72,450.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Govt of Guam Retirement Fund | 647 | $ 42,300.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Texas County and District Retirement System | 648 | $ 60,375.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Texas County and District Retirement System | 648 | $ 41,400.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| National Elevator | 649 | $ 84,525.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| National Elevator | 649 | $ 53,550.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |

Exhibit 2 - Individual Bondholder Claims Duplicative with Indenture Trustee Claim

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Remaining Claim | Remaining Claim Amount | Remaining Claimant | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| Santa Barbara County Employees Retirement System (SBCERS) | 651 | $ 36,225.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Santa Barbara County Employees Retirement System (SBCERS) | 651 | $ 24,120.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| San Diego County Employees Retirement (SDCERA) | 652 | $ 366,275.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| San Diego County Employees Retirement (SDCERA) | 652 | $ 217,800.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Hotchkis & Wiley Hedged Value Fund | 653 | $ 442,750.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Hotchkis & Wiley Capital Income Fund | 654 | $ 160,195.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Hotchkis & Wiley Capital Income Fund | 654 | $ 5,760.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Hotchkis & Wiley High Yield Fund | 655 | $ 13,478,920.00 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Hotchkis & Wiley High Yield Fund | 655 | $ 439,740.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Alaska Electrical Pension | 665 | $ 1.58 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Oakmark Equity and Income Fund | 690 | $ 6,138,087.50 | General Unsecured | 210 | UNLIQUIDATED | Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |
| Donna L. Schulze / Bryan D. Schulze | 793 | $ 10,000.00 | General Unsecured | 216 | UNLIQUIDATED | U.S. Bank National Association | Claim to be disallowed is a bondholder claim that is duplicative of claim filed by indicated claim by Indenture Trustee; claimant is only entitled to one recovery under the Plan. |