**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                              :     Chapter 11
:
Quiksilver, Inc., *et al.*,                         :     Case No. 15-11880 (BLS)
:
                Debtors.[1]           :     Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x     **Related Docket No. __**

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND
BANKRUPTCY RULES 6006 AND 9014 AUTHORIZING THE DEBTORS TO
(I) ASSUME A CERTAIN UNEXPIRED LEASE AS OF THE EFFECTIVE DATE OF
THE DEBTORS' PLAN OF REORGANIZATION AND (II) PAY CURE
AMOUNT DUE THEREUNDER**

Upon the motion (the "<u>Motion</u>"),[2] of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") for an order (the "<u>Order</u>"), pursuant to Bankruptcy Code sections 105(a) and 365(a) and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure, authorizing the Debtors to (i) assume the Assumed Lease listed on <u>Exhibit 1</u> attached hereto, including any amendments or modifications thereto, and (ii) pay the Cure Amount due thereunder, as listed on <u>Exhibit 1</u> hereto; and it appearing that this Court has jurisdiction over this matter pursuant under 28 U.S.C. §§ 157 and 1334; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest and is a sound

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

exercise of the Debtors' business judgment; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. The Debtors are authorized to assume the Assumed Lease set forth on Exhibit 1 hereto. The Assumed Lease includes any and all amendments, restatements, or revisions thereto. Assumption of the Assumed Lease includes assumption of such amendments, restatements, or revisions.

3. The Debtors are authorized to pay the Cure Amount identified on Exhibit 1 hereto.

4. If the Assumed Lease becomes the subject of an objection to the Cure Amount proposed in Exhibit 1 hereto and such objection is not resolved, the Debtors, with the consent of the Plan Sponsor, or the Reorganized Debtors, as applicable, may designate such Assumed Lease for rejection at any time prior to the payment of the Cure Amount.

5. The Debtors' rights to assign the Assumed Lease pursuant to Bankruptcy Code section 365(f) and 1123 are preserved, and nothing herein shall be deemed to affect such rights.

6. The Debtors reserve their rights to assume, assign, or reject other executory contracts or unexpired leases, and nothing herein shall be deemed to affect such rights.

7. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

8. This Order shall be immediately effective and enforceable upon its entry. To the extent that it may be applicable, the fourteen-day stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

9. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Wilmington, Delaware
        _____, 2016

                                   _____
                                   HONORABLE BRENDAN L. SHANNON
                                   CHIEF UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**EXHIBIT 1**

| Debtor | Counterparty | Lease Description | Cure Amount |
|---|---|---|---|
| QS Retail, Inc. | Ward Gateway-Industrial-Village LLC | Ward Industrial Center Space Lease, dated June 27, 2014 | $7,074.64 |