# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
In re:                              :   Chapter 11
:
QUIKSILVER, INC., *et al.*,         :   Case No. 15-11880 (BLS)
:
                    Debtors.[3]     :   Jointly Administered
:
                                    :   Related Docket No. 731, 740, 785
------------------------------------x

## ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND 55 THOMSON STREET INVESTMENTS, L.P.

Upon consideration of the representations of counsel set forth in the Certification of Counsel Regarding Stipulation By and Between the Debtors and 55 Thomson Street Investments, L.P. (the "Stipulation"); and the court finding that the relief set forth in the Stipulation, a copy of which is attached hereto as Exhibit A, is in the best interest of Quiksilver, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"); and the Court having determined that good cause has been demonstrated for approving the Stipulation; it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Stipulation, attached hereto as Exhibit A, is APPROVED.

2. The Debtors and 55 Thomson Street Investments, L.P. are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

---

[3] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation and enforcement of this order and the Stipulation.

Dated: Wilmington, Delaware
Feb. 12, 2016

                                                HONORABLE BRENDAN L. SHANNON
                                                CHIEF UNITED STATES BANKRUPTCY JUDGE