# **CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, hereby certify that on February 12, 2016, I caused a true and correct copy of the *Notice of Appeal* to be served via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed below.

Dated: February 12, 2016              */s/ Michael Busenkell*
                                      Michael Busenkell (No. 3933)

| | |
|---|---|
| Quiksilver, Inc.<br>Linnsey Caya, Esq.<br>5600 Argosy Circle<br>Huntington Beach, CA 92649 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Van C. Durrer, II, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>John K. Lyons, Esq.<br>155 North Wacker Drive<br>Chicago, IL 60606 | Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones, Esq.<br>919 N. Market Street, 17th Street<br>Wilmington, DE 19801 |
| Pepper Hamilton LLP<br>David M. Fournier, Esq.<br>David B. Stratton, Esq.<br>Hercules Plaza<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801 | Akin Gump Strauss Hauer & Field LLP<br>Michael S. Stamer, Esq.<br>Meredith A. Lahaie, Esq<br>One Bryant Park<br>New York, NY 10036 |
| Akin Gump Strauss Hauer & Feld LLP<br>Ashley R. Beane<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201 | Office of the United States Trustee<br>Mark Kenney, Esq.<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |