# Exhibit A

**Summary of Fees**

|  | Requested Fees | Less: Holdback | Net Fees | Expenses | Total |
|---|---|---|---|---|---|
| September 07, 2015 - DIP Financing Fee | $1,750,000 | (350,000) | 1,400,000 | 34,520 | 1,434,520 |
| October 04, 2015 - Monthly Fee and Expenses | 150,000 | (30,000) | 120,000 | 24,704 | 144,704 |
| November 04, 2015 - Monthly Fee and Expenses | 150,000 | (30,000) | 120,000 | 40,192 (a) | 160,192 |
| December 04, 2015 - Monthly Fee and Expenses | 150,000 | -- | 150,000 | -- | 150,000 |
| January 04, 2016 - Monthly Fee and Expenses | 150,000 | -- | 150,000 | -- | 150,000 |
| February 11, 2016 - Transaction / Financing Fees | 8,400,000 | -- | 8,400,000 | 18,165 | 8,418,165 |
| Less:  100% DIP Financing Fee Credit | (1,750,000) | -- | (1,750,000) | -- | (1,750,000) |
| Less:  50% of Monthly Advisory Fees | (375,000) | -- | (375,000) | -- | (375,000) |
| **Sub-total** | **$8,625,000** | **($410,000)** | **$8,215,000** | **$117,581** | **$8,332,581** |
| Plus:  Holdback | -- | $410,000 | $410,000 | -- | 410,000 |
| **Sub-total, net** | **$8,625,000** | **--** | **$8,625,000** | **$117,581** | **$8,742,581** |
| Less: First Interim Fee App - Payment Received |  |  |  |  | (1,579,224) |
| Less: Second Interim Fee App - Payment Received |  |  |  |  | (160,192) |
| **Total Balance Due** |  |  |  |  | **$7,003,165** |

(a) PJSC was reimbursed for expenses incurred during the Fee Period of $40,192, of which $5,672 was paid in cash by the Debtors and $34,520 was applied against previously reserved amounts.  See November Fee Application at ¶ 19.