# Exhibit B

| Expenses | |
|---|---:|
| Monthly Compensation Period Expenses | $18,165 |
| **Total** | **$18,165** |