# Exhibit C

# Details of Hours Expended

**Quiksilver Inc.**
**Peter J. Solomon Company, L.P.**
**Summary of Services Rendered by Project**

**December 1, 2015 – February 11, 2016**

| Project # | Project Description | Hours |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and other Parties-In-Interest | 73.50 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis | 10.50 |
| 3 | Preparation and/or review of Court Filings | 57.50 |
| 4 | Court Testimony/Deposition and Preparation | 241.50 |
| 5 | Valuation Analysis | 144.50 |
| 6 | Capital Structure Review and Analysis | 153.00 |
| 7 | Merger & Acquisition Activity | 10.50 |
| 8 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 1.00 |
| 9 | Fee Application, Engagement | 7.00 |
| **TOTAL** | | **699.00** |

**Summary of Services Rendered by Professional**

| Name | Hours |
|---|---|
| Marc Cooper, Managing Director, Vice Chairman | 2.00 |
| Durc Savini, Managing Director, Head of Restructuring | 80.00 |
| Ajay Bijoor, Director | 198.00 |
| Ben Zinder, Associate Director | 112.00 |
| Chris Moynihan, Analyst | 201.00 |
| Ben Freeberg, Analyst | 106.00 |
| **TOTAL** | **699.00** |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Marc Cooper – Managing Director, Vice Chairman

| Date | Description of Work | Hours: |
|---|---|---|
| 12/11/2015 | Sale Process | 0.5 |
| 1/12/2016 | Board Meeting | 1.5 |
| **Total Hours:** | | **2.0** |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Durc Savini – Managing Director, Head of Restructuring

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 12/2/2015 | Update Call | 0.5 | 1 |
| 12/2/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/2/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/8/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/10/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/11/2015 | Sale Process | 2.0 | 7 |
| 12/17/2015 | Valuation Discussion | 0.5 | 5 |
| 12/21/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/22/2015 | Valuation Report | 2.5 | 5 |
| 12/23/2015 | Valuation Discussion | 1.0 | 5 |
| 12/28/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/29/2015 | Discussion of Advisor's Valuation Report | 1.0 | 5 |
| 12/30/2015 | Valuation Discussion | 1.0 | 1 |
| 1/12/2016 | Board Meeting | 1.5 | 1 |
| 1/14/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 1/15/2016 | Rebuttal Report | 2.5 | 4 |
| 1/16/2016 | Rebuttal Report | 5.0 | 4 |
| 1/17/2016 | Rebuttal Report | 3.5 | 4 |
| 1/18/2016 | Rebuttal Report | 5.0 | 4 |
| 1/19/2016 | Rebuttal Report | 8.0 | 4 |
| 1/20/2016 | Deposition | 6.5 | 4 |
| 1/21/2016 | Deposition Preparation | 3.0 | 4 |
| 1/22/2016 | Deposition Preparation | 4.0 | 4 |
| 1/23/2016 | Deposition Preparation | 3.0 | 4 |
| 1/24/2016 | Deposition Preparation | 5.5 | 4 |
| 1/26/2016 | Confirmation Hearing Preparation | 3.5 | 4 |
| 1/26/2016 | Confirmation Hearing Preparation | 6.0 | 4 |
| 1/28/2016 | Confirmation Hearing | 8.0 | 4 |
| | **Total Hours:** | **80.0** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ajay Bijoor – Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 12/2/2015 | Update Call | 0.5 | 1 |
| 12/2/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/3/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/7/2015 | Exit Facility | 1.0 | 6 |
| 12/8/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Court Document Requests | 3.0 | 4 |
| 12/9/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Court Document Requests | 5.0 | 4 |
| 12/10/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/10/2015 | Court Document Requests | 3.0 | 4 |
| 12/11/2015 | Sale Process | 2.0 | 7 |
| 12/13/2015 | Valuation Report | 4.0 | 5 |
| 12/14/2015 | Valuation Report | 2.5 | 5 |
| 12/15/2015 | Valuation Report | 4.0 | 5 |
| 12/16/2015 | Valuation Report | 2.5 | 5 |
| 12/17/2015 | Valuation Report | 3.0 | 5 |
| 12/17/2015 | Exit Facility | 0.5 | 6 |
| 12/17/2015 | Valuation Discussion | 0.5 | 5 |
| 12/18/2015 | Valuation Report | 6.0 | 5 |
| 12/20/2015 | Valuation Report | 5.5 | 5 |
| 12/21/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/21/2015 | Court Document Requests | 0.5 | 4 |
| 12/21/2015 | Valuation Report | 4.5 | 5 |
| 12/22/2015 | Valuation Report | 3.5 | 5 |
| 12/22/2015 | Court Document Requests | 3.0 | 4 |
| 12/23/2015 | Valuation Discussion | 1.0 | 5 |
| 12/28/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/29/2015 | Exit Financing | 2.5 | 6 |
| 12/29/2015 | Discussion of Advisor's Valuation Report | 1.0 | 5 |
| 12/30/2015 | Valuation Discussion | 1.0 | 1 |
| 1/3/2016 | Court Document Requests | 3.0 | 4 |
| 1/4/2016 | Court Document Requests | 3.0 | 4 |
| 1/9/2016 | Exit Financing | 1.0 | 6 |
| 1/10/2016 | Exit Financing | 3.0 | 6 |
| 1/11/2016 | Exit Financing | 2.0 | 6 |
| 1/11/2016 | Due Diligence | 3.5 | 2 |
| 1/11/2016 | Discussion with Creditors/Advisors | 7.0 | 1 |
| 1/12/2016 | Exit Financing | 3.0 | 6 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ajay Bijoor – Director (cont'd)

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 1/12/2016 | Board Meeting | 4.0 | 1 |
| 1/12/2016 | Rebuttal Report | 4.0 | 4 |
| 1/13/2016 | Rebuttal Report | 5.0 | 4 |
| 1/13/2016 | Discussion with Creditors/Advisors | 7.0 | 1 |
| 1/14/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 1/15/2016 | Rebuttal Report | 3.0 | 4 |
| 1/16/2016 | Rebuttal Report | 4.0 | 4 |
| 1/17/2016 | Rebuttal Report | 5.0 | 4 |
| 1/18/2016 | Rebuttal Report | 8.0 | 4 |
| 1/19/2016 | Rebuttal Report | 5.0 | 4 |
| 1/19/2016 | Deposition Preparation | 2.0 | 4 |
| 1/20/2016 | Deposition | 6.5 | 4 |
| 1/21/2016 | Exit Financing | 2.0 | 6 |
| 1/22/2016 | Exit Financing | 2.0 | 6 |
| 1/23/2016 | Confirmation Hearing Preparation | 3.0 | 4 |
| 1/24/2016 | Confirmation Hearing Preparation | 2.0 | 4 |
| 1/25/2016 | Exit Financing | 2.0 | 6 |
| 1/25/2016 | Confirmation Hearing Preparation | 5.0 | 4 |
| 1/26/2016 | Confirmation Hearing Preparation | 6.0 | 4 |
| 1/28/2016 | Confirmation Hearing | 6.0 | 4 |
| 2/1/2016 | Exit Financing | 0.5 | 6 |
| 2/2/2016 | Exit Financing | 0.5 | 6 |
| 2/3/2016 | Exit Financing | 0.5 | 6 |
| 2/4/2016 | Exit Financing | 1.0 | 6 |
| 2/5/2016 | Exit Financing | 3.0 | 6 |
| 2/6/2016 | Exit Financing | 1.0 | 6 |
| 2/8/2016 | Exit Financing | 3.0 | 6 |
| 2/8/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 2/9/2016 | Exit Financing | 5.0 | 6 |
| 2/10/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 2/10/2016 | Exit Financing | 4.5 | 6 |
| 2/10/2016 | Discussion with Creditors/Advisors | 2.0 | 1 |
| 2/11/2016 | Exit Financing | 1.5 | 6 |
| | **Total Hours:** | **198.00** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Zinder – Associate Director

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 12/2/2015 | Update Call | 0.5 | 1 |
| 12/2/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/3/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/7/2015 | Exit Facility | 1.0 | 6 |
| 12/8/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Court Document Requests | 3.0 | 4 |
| 12/9/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Court Document Requests | 3.0 | 4 |
| 12/10/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/10/2015 | Court Document Requests | 3.0 | 4 |
| 12/11/2015 | Sale Process | 2.0 | 7 |
| 12/14/2015 | Valuation Report | 2.5 | 5 |
| 12/15/2015 | Valuation Report | 2.5 | 5 |
| 12/16/2015 | Valuation Report | 3.0 | 5 |
| 12/17/2015 | Valuation Report | 3.0 | 5 |
| 12/17/2015 | Exit Facility | 0.5 | 6 |
| 12/17/2015 | Valuation Discussion | 0.5 | 5 |
| 12/18/2015 | Valuation Report | 2.0 | 5 |
| 12/20/2015 | Valuation Report | 1.0 | 5 |
| 12/21/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/21/2015 | Court Document Requests | 0.5 | 4 |
| 12/21/2015 | Valuation Report | 5.0 | 5 |
| 12/22/2015 | Valuation Report | 5.0 | 5 |
| 12/22/2015 | Court Document Requests | 3.0 | 4 |
| 12/23/2015 | Valuation Discussion | 1.0 | 5 |
| 12/28/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/29/2015 | Exit Financing | 1.0 | 6 |
| 12/29/2015 | Discussion of Advisor's Valuation Report | 1.0 | 4 |
| 12/30/2015 | Valuation Discussion | 1.0 | 1 |
| 1/4/2016 | Court Document Requests | 2.0 | 4 |
| 1/9/2016 | Exit Financing | 1.0 | 6 |
| 1/11/2016 | Exit Financing | 1.0 | 6 |
| 1/11/2016 | Due Diligence | 3.5 | 2 |
| 1/12/2016 | Exit Financing | 3.0 | 6 |
| 1/12/2016 | Board Meeting | 1.5 | 1 |
| 1/12/2016 | Rebuttal Report | 4.0 | 4 |
| 1/13/2016 | Rebuttal Report | 5.0 | 4 |
| 1/14/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Zinder – Associate Director (cont'd)

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 1/19/2016 | Rebuttal Report | 5.0 | 4 |
| 1/19/2016 | Deposition Preparation | 1.0 | 4 |
| 1/20/2016 | Deposition | 6.5 | 4 |
| 1/21/2016 | Exit Financing | 3.0 | 6 |
| 1/22/2016 | Exit Financing | 2.0 | 6 |
| 1/25/2016 | Exit Financing | 4.0 | 6 |
| 1/25/2016 | Confirmation Hearing Preparation | 3.0 | 4 |
| 1/26/2016 | Confirmation Hearing Preparation | 3.0 | 4 |
| 1/28/2016 | Confirmation Hearing | 8.0 | 4 |
| 2/1/2016 | Exit Financing | 1.0 | 6 |
| 2/2/2016 | Exit Financing | 1.0 | 6 |
| 2/3/2016 | Exit Financing | 1.0 | 6 |
| 2/4/2016 | Exit Financing | 1.0 | 6 |
| | **Total Hours:** | **112.00** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Chris Moynihan – Senior Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 12/2/2015 | Update Call | 0.5 | 1 |
| 12/2/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/3/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/7/2015 | Exit Facility | 1.0 | 6 |
| 12/8/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Court Document Requests | 3.0 | 4 |
| 12/9/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Court Document Requests | 5.0 | 4 |
| 12/10/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/10/2015 | Court Document Requests | 3.0 | 4 |
| 12/11/2015 | Sale Process | 2.0 | 7 |
| 12/13/2015 | Valuation Report | 4.0 | 5 |
| 12/14/2015 | Valuation Report | 5.0 | 5 |
| 12/15/2015 | Valuation Report | 5.0 | 5 |
| 12/16/2015 | Valuation Report | 6.0 | 5 |
| 12/17/2015 | Valuation Report | 5.0 | 5 |
| 12/17/2015 | Exit Facility | 0.5 | 6 |
| 12/17/2015 | Valuation Discussion | 0.5 | 5 |
| 12/18/2015 | Valuation Report | 4.0 | 5 |
| 12/20/2015 | Valuation Report | 5.0 | 5 |
| 12/21/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/21/2015 | Court Document Requests | 0.5 | 4 |
| 12/21/2015 | Valuation Report | 5.0 | 5 |
| 12/22/2015 | Valuation Report | 5.0 | 5 |
| 12/22/2015 | Court Document Requests | 3.0 | 4 |
| 12/23/2015 | Valuation Discussion | 1.0 | 5 |
| 12/28/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/29/2015 | Exit Financing | 1.0 | 6 |
| 12/29/2015 | Discussion of Advisor's Valuation Report | 1.0 | 5 |
| 12/30/2015 | Valuation Discussion | 1.0 | 1 |
| 1/3/2016 | Court Document Requests | 3.0 | 4 |
| 1/4/2016 | Court Document Requests | 3.0 | 4 |
| 1/9/2016 | Exit Financing | 1.0 | 6 |
| 1/10/2016 | Exit Financing | 3.0 | 6 |
| 1/11/2016 | Exit Financing | 2.0 | 6 |
| 1/11/2016 | Due Diligence | 3.5 | 2 |
| 1/12/2016 | Exit Financing | 5.0 | 6 |
| 1/12/2016 | Board Meeting | 1.5 | 1 |
| 1/12/2016 | Rebuttal Report | 4.0 | 6 |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Chris Moynihan – Senior Analyst (cont'd)

| Date | Description of Work | Hours: | Code |
|------|---------------------|--------|------|
| 1/13/2016 | Rebuttal Report | 5.0 | 6 |
| 1/14/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 1/15/2016 | Rebuttal Report | 7.0 | 6 |
| 1/16/2016 | Rebuttal Report | 4.0 | 6 |
| 1/17/2016 | Rebuttal Report | 10.0 | 6 |
| 1/18/2016 | Rebuttal Report | 10.0 | 6 |
| 1/19/2016 | Rebuttal Report | 5.0 | 6 |
| 1/19/2016 | Deposition Preparation | 1.0 | 4 |
| 1/20/2016 | Deposition | 6.5 | 4 |
| 1/21/2016 | Exit Financing | 3.0 | 6 |
| 1/22/2016 | Exit Financing | 2.0 | 6 |
| 1/25/2016 | Exit Financing | 4.0 | 6 |
| 1/25/2016 | Confirmation Hearing Preparation | 3.0 | 4 |
| 1/26/2016 | Confirmation Hearing Preparation | 3.0 | 4 |
| 1/28/2016 | Confirmation Hearing | 8.0 | 4 |
| 2/1/2016 | Exit Financing | 1.0 | 6 |
| 2/1/2016 | Fee Application | 1.0 | 9 |
| 2/2/2016 | Exit Financing | 1.0 | 6 |
| 2/2/2016 | Fee Application | 1.0 | 9 |
| 2/3/2016 | Exit Financing | 1.0 | 6 |
| 2/3/2016 | Fee Application | 1.0 | 9 |
| 2/4/2016 | Exit Financing | 1.0 | 6 |
| 2/4/2016 | Fee Application | 2.0 | 9 |
| 2/6/2016 | Exit Financing | 1.0 | 6 |
| 2/8/2016 | Exit Financing | 3.0 | 6 |
| 2/8/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 2/9/2016 | Exit Financing | 5.0 | 6 |
| 2/10/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 2/10/2016 | Exit Financing | 4.5 | 6 |
| 2/10/2016 | Discussion with Creditors/Advisors | 2.0 | 1 |
| 2/11/2016 | Fee App | 2.0 | 9 |
| 2/11/2016 | Exit Financing | 1.5 | 6 |
| | **Total Hours:** | **201.00** | |

**Quiksilver Inc.**
Time Detail
Peter J. Solomon Company, L.P.
Ben Freeberg – Analyst

| Date | Description of Work | Hours: | Code |
|---|---|---|---|
| 12/2/2015 | Update Call | 0.5 | 1 |
| 12/2/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/3/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/7/2015 | Exit Facility | 1.0 | 6 |
| 12/8/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Court Document Requests | 2.0 | 3 |
| 12/9/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/9/2015 | Court Document Requests | 3.0 | 3 |
| 12/10/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/10/2015 | Court Document Requests | 3.0 | 3 |
| 12/11/2015 | Sale Process | 2.0 | 7 |
| 12/13/2015 | Valuation Report | 6.0 | 5 |
| 12/16/2015 | Valuation Report | 5.0 | 5 |
| 12/17/2015 | Exit Facility | 0.5 | 6 |
| 12/17/2015 | Valuation Discussion | 0.5 | 5 |
| 12/18/2015 | Valuation Report | 2.0 | 5 |
| 12/20/2015 | Valuation Report | 5.0 | 5 |
| 12/21/2015 | Discussion with Creditors/Advisors | 0.5 | 1 |
| 12/21/2015 | Valuation Report | 5.0 | 5 |
| 12/22/2015 | Valuation Report | 4.0 | 5 |
| 12/22/2015 | Court Document Requests | 1.5 | 3 |
| 12/23/2015 | Valuation Discussion | 1.0 | 5 |
| 12/28/2015 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 12/29/2015 | Rights Offering | 1.0 | 6 |
| 12/29/2015 | Discussion of Advisor's Valuation Report | 1.0 | 5 |
| 12/30/2015 | Valuation Discussion | 1.0 | 1 |
| 1/3/2016 | Court Document Requests | 3.0 | 3 |
| 1/9/2016 | Exit Financing | 1.0 | 6 |
| 1/10/2016 | Exit Financing | 1.0 | 6 |
| 1/11/2016 | Due Diligence | 1.0 | 8 |
| 1/12/2016 | Exit Financing | 2.0 | 6 |
| 1/12/2016 | Board Meeting | 1.5 | 1 |
| 1/12/2016 | Rebuttal Report | 5.0 | 3 |
| 1/13/2016 | Rebuttal Report | 6.0 | 3 |
| 1/14/2016 | Discussion with Creditors/Advisors | 1.0 | 1 |
| 1/15/2016 | Rebuttal Report | 5.0 | 3 |
| 1/16/2016 | Rebuttal Report | 5.0 | 3 |
| 1/17/2016 | Rebuttal Report | 8.0 | 3 |
| 1/18/2016 | Rebuttal Report | 12.0 | 3 |
| 1/19/2016 | Rebuttal Report | 4.0 | 3 |
| | **Total to date:** | **106.00** | |