IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------ x
: 
In re: : Chapter 11
: 
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
: 
                      Debtors.[1] : Jointly Administered
: 
------------------------------------ x

## AFFIDAVIT OF SERVICE

    I, Sydney Vinson being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On February 5, 2016, I caused copies of the
- [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket Nos. 725 and 733]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: February 12, 2016

                                                                Sydney Vinson

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of February 2016, by Sydney Vinson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC | | 92 Union Ave | | Cresskill | NJ | 07626 | | 222 | $743,215.87 | $22,926.66 | 733 | Transferee |
| Diversified Distribution Systems LLC | | 7351 Boone Avenue North | | Brooklyn Park | MN | 55428 | | 222 | $743,215.87 | $22,926.66 | 733 | Transferor |
| Fair Harbor Capital, LLC | as Assignee of QPD International Inc. | Ansonia Finance Station | PO Box 237037 | New York | NY | 10023 | | 305 | $36,445.88 | $31,633.00 | 725 | Transferee |
| QPD International | Jane Da | 1st Fl. No. 7, Aly. 8, Ln. 117, Jiangnan St. | | Neihu Dist. | Taipei | 11473 | Taiwan | 305 | $36,445.88 | $31,633.00 | 725 | Transferor |

In re: Quiksilver, Inc., et al.
USBC Case No. 15-11880 (BLS)

Page 1 of 1