## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Debtors. | Jointly Administered |

## **WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearances of the counsel listed below for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC in the above-captioned cases:

| | |
|---|---|
| Dennis A. Meloro | Jeffrey M. Wolf |
| melorod@gtlaw.com | wolfje@gtlaw.com |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| The Nemours Building | One International Place |
| 1007 North Orange Street, Suite 1200 | Boston, MA 02110 |
| Wilmington, DE  19801 | (617) 310-6041 |
| (302) 661-7000 | Fax: (617) 279-8447 |
| Fax: (302) 661-7360 | |

Dated: February 16, 2016          GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
(302) 661-7000
Fax: (302) 661-7360
Email: melorod@gtlaw.com

And

Jeffrey M. Wolf
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
(617) 310-6041
Fax: (617) 279-8447
Email: wolfje@gtlaw.com

Attorneys for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC

1