2

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and on the 16th day of February 2016, I caused copies of the foregoing *Notice of Appearance and Request for Service of Papers* to be served upon the attached 2002 Service List via First Class, United States Mail.

Dated: February 16, 2016           */s/ Dennis A. Meloro*
                                   Dennis A. Meloro (Bar No. 4435)

*DEL 408254348v1*

Akin Gump Strauss Hauer & Feld LLP
Michael S Stamer Meredith A Lahaie
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Ashby & Geddes PA
William P Bowden Aaron H Stulman
500 Delaware Ave 8th Fl
PO Box 1150
Wilmington, DE 19899-1150

Assistant Attorney General
Jason A Starks
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Ballard Spahr LLP
David L Pollack
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Ballard Spahr LLP
Matthew Summers, Leslie Heilman
919 Market Street, 11th Floor
Wilmington, DE 19801

Bayard PA
Justin R Alberto
222 Delaware Ave Suite 900
Wilmington, DE 19801

Bewley Lassleben & Miller LLP
Ernie Zachary Park
13215 E Penn St Suite 510
Whittier, CA 90602-1797

BLT Enterprises
Robert Solomon
501 Spectrum Circle
Oxnard, CA 93030

Brown & Connery LLP
Donald K. Ludman
6 North Broad Street, Suite 100
Woodbury, NJ 08096

Buchalter Nemer, a Professional
Corporation
Shawn M Christianson
55 Second St 17th Fl
San Francisco, CA 94105-3493

Cairncross & Hempelmann
John Rizzardi
524 Second Ave Ste 500
Seattle, WA 98104-2323

Chipman Brown Cicero & Cole LLP
William E Chipman Jr
Hercules Plaza
1313 N Market St Ste 5400
Wilmington, DE 19801

Clayton Blehm
770 Sycamore Avenue, Suite 122
Vista, CA 92083

Cooley LLP
Jay R Indyke Cathy Hershcopf
Seth Van Aalten Robert Winning
1114 Avenue of the Americas
New York, NY 10036

Delaware Attorney General
Matthew Denn
Carvel State Office Building
820 N French St
Wilmington, DE 19801

Delaware Dept of Justice
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Delware Trust Company
Attn Trust Administration
2711 Centerville Road
Wilmington, DE 19808

Deutsche Trustee Company Limited
Attn Debt & Agency Services
Winchester House
1 Great Winchester Street
London,  EC2N 2DB
United Kingdom

eBay Enterprise, Inc.
Katherine S. Pell Esq
Assistant General Counsel
935 First Avenue
King of Prussia, PA 19406

Environmental Protection Agency
1650 Arch St
Philadelphia, PA 19103-2029

Ezra Brutzkus Gubner LLP
Steven T Gubner
21650 Oxnard St Ste 500
Woodland Hills, CA 91367

Foley & Lardner LLP
Mark L Prager Mark F Hebbeln Lars A
Peterson
321 N Clark St Ste 2800
Chicago, IL 60654-5313

Fowler White Burnett, P.A.
Eric A Rosen Esq
Northbridge Centre
515 North Flagler Dr, Ste 2100
West Palm Beach, FL 33401

GGP Limited Partnership, as Agent
Kristen N. Pate
110 N. Wacker Drive
Chicago, IL 60606

Global Brands Group
Attn Martin Leder
12 Princeton Dr
Tappan, NY 10903

Goodsill Anderson Quinn & Stifel
Jonathan C Bolton
First Hawaiian Center
999 Bishop St Ste 1600
Honolulu, HI 96813

Greenberg Taurig LLP
Dennis A Meloro
The Nemours Building
1007 N Orange St Ste 1200
Wilmington, DE 19801

Greenberg Taurig LLP
Jeffrey M Wolf
One International Place
Boston, MA 02110

Hogan Lovells US LLP
Christopher R Donoho III John D Beck
875 Third Ave
New York, NY 10022

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

James A Shalvoy Esq
1201 Morningside Dr
Suite 215
Manhattan Beach, CA 90266

Jeffer Mangels Butler & Mitchell LLP
Joseph A Eisenberg PC
1900 Avenue of the Stars 7th Fl
Los Angeles, CA 90067

Jeffrey S Shinbrot APLC
Jeffrey S. Shinbrot
8200 Wilshire Blvd Suite 400
Beverly Hills, CA 90211

Jung & Yuen, LLP
Curtis Jung, Esq.
888 S. Figueroa St., Suite 720
Los Angeles, CA 90017

Kasowitz Benson Torres & Firedman LLP
David M Friedman Daniel A Fliman
1633 Broadway
New York, NY 10019

Katten Muchin Rosenman LLP
c/o Dustin P Branch
2029 Century Park East Ste 2600
Los Angeles, CA 90067-3012

Katten Muchin Rosenman LLP
Jessica Mickelsen Simon
2029 Century Park East Ste 2600
Los Angeles, CA 90067-3012

Katten Muchin Rosenman LLP
Matthew W Olsen
575 Madison Avenue
New York, NY 10022-2585

KCC
Mike Hill
2335 Alaska Ave
El Segundo, CA 90245

Kirkland & Ellis LLP
Attn: David Nemecek
333 South Hope Street
Los Angeles, CA 90071

Kirkland & Ellis LLP
Attn: Patrick J. Nash, Jr., Ross M.
Kwasteniet, William A. Guerrieri, W.
Benjamin Winger
300 North LaSalle Street
Chicago, IL 60654

Law Office of Susan E Kaufman LLC
Susan E Kaufman
919 North Market Street, Suite 460
Wilmington, DE 19801

LeClairRyan
Andrew Cole, Esq.
800 North King Street, Suite 303
Wilmington, DE 19801

LeClairRyan
Niclas A Ferland Esq Ilan Markus Esq
545 Long Wharf Dr 9th Fl
New Haven, CT 06511

Linebarger Goggan Blair & Sampson LLP
David G Aelvoet
711 Navarro St Ste 300
San Antonio, TX 78205

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Linebarger Goggan Blair & Sampson LLP
John P Dillman
PO Box 3064
Houston, TX 77253-3064

Lobel Weiland Golden Friedman LLP
Alan J Friedman
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Loeb & Loeb LLP
P Gregory Schwed, Bethany D Dimmons
345 Park Ave
New York, NY 10154

Magnozzi & Kye, LLP
Amish R Doshi
23 Green Street, Suite 302
Huntington, NY 11743

Missouri Department of Revenue
Bankruptcy Unit
Attn Sheryl L Moreau
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

Morris, Nichols, Arsht & Tunnell LLP
Attn Robert J. Dehney, Andrew R.
Remming, Tamara K. Minott
1201 North Market Street
16th Floor
PO Box 1347
Wilmington, DE 19899-1347

New Generation Advisors LLC
Attn Baily Dent
13 Elm St
Manchester, MA 01944

New York State Department of Taxation and
Finance
Robert L Cook Esq
Office of Counsel
340 East Main St
Rochester, NY 14604

O'Connor Playdon & Guben LLP
Jerrold K Guben Jeffery S Flores
Makai Tower, Ste 2400
733 Bishop St
Honolulu, HI 96813

Office of the United States Trustee
Delaware
Attn Mark S. Kenney
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

Patterson Belknap Webb & Tyler LLP
David W Dykhouse Brian P Guiney
1133 Avenue of the Americas
New York, NY 10036-6710

Pepper Hamilton LLP
David B Stratton David M Fournier John H
Schanne II
Hercules Plaza, Suite 5100
1313 N Market St
Wilmington, DE 19899-1709

Perdue Brandon Fielder Collins & Mott LLP
Arlington ISD
c/o Elizabeth Banda Calvo
500 E Border St Ste 640
Arlington, TX 76010

Perdue, Brandon, Fielder, Collins & Mott
LLP
c/o Owen M Sonik
1235 North Loop West
Suite 600
Houston, TX 77008

Port Logistics
c/o Pamela Kohlman Webster, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Potter Anderson & Corroon LLP
Jeremy W Ryan Etta R Mayers
1313 N Market St 6th Fl
PO Box 951
Wilmington, DE 19899-0951

Rice Reuther Sullivan & Carroll LLP
David A Carroll Anthony J DiRaimondo
3800 Howard Hughes Parkway Ste 1200
Las Vegas, NV 89169

Riemer & Braunstein LLP
Attn Steven Fox
Seven Times Square
Suite 2506
New York, NY 10036

Riemer & Braunstein LLP
David S. Berman
Three Center Plaza
Boston, MA 02108

Rosenthal & Rosenthal Inc
Attn Anthony DiTirro
1370 Broadway
New York, NY 10018

Samil Tong Sang Co
Attn Ian Im
18-130 Gangdong-Dong
Busan,  13 618-800
South Korea

Saul Ewing LLP
Mark Minuti
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE 19899

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission
Sharon Binger Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

Securities & Exchange Commission NY
Office
Andrew Calamari Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

Seward & Kissel LLP
John R Ashmead
One Battery Park Plaza
New York, NY 10004

Shenwick & Associates
James H Shenwick
655 Third Ave 20th Fl
New York, NY 10017

Sills Cummis & Gross PC
Andrew H Sherman Boris I Mankovetskiy
Lucas F Hammonds
One Riverfront Plaza
Newark, NJ 07102

Simon Property Group, Inc
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Skadden, Arps, Slate, Meagher & Flom LLP
John K Lyons
155 N Wacker Dr
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Van C Durrer
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Spector & Johnson PLLC
Howard Marc Spector
12770 Coit Rd Ste 1100
Dallas, TX 75251

Stroock & Stroock & Lavan LLP
Andrew P DeNatale
180 Maiden Ln
New York, NY 10038

T. Rowe Price Credit Opportunities Fund
c/o  T. Rowe Price Associates, Inc.
Attn Andrew Baek
100 E. Pratt Street
Baltimore, MD 21202

The Taubman Company
Andrew S Conway Esq
200 East Long Lake Road Ste 300
Bloomfield Hills, MI 48304

TN Dept of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

U.S. Bank National Association
Justin L. Shearer Vice President
Global Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

Wilfrid Global Opportunity Fund
c/o Wilfrid Aubrey LLC
Attn Nicholas Walsh
465 Lexington Ave
New York, NY 10174

Womble Carlyle Sandridge & Rice, LLP
Attn Steven K Kortanek
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Womble Carlyle Sandridge & Rice, LLP
Steven K Kortanek Thomas M Horan
Morgan L Patterson
222 Delaware Ave Suite 1501
Wilmington, DE 19801

WRI Marshalls Plaza, LP
c/o Weingarten Realty Investors
Attention: Jenny J. Hyun, Esq
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008