# Notice Recipients

District/Off: 0311−1          User: Margaret                    Date Created: 2/17/2016
Case: 15−11880−BLS          Form ID: van440                   Total: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty      Ashley R. Beane      Akin Gump Strauss Hauer & Feld LLP      1700 Pacific Avenue, Suite 4100      Dallas, TX 75201−4675
aty      Blake Lindemann      Lindemann Law Firm      433 N. Camden Drive      Beverly Hills, CA 90210
aty      David M. Fournier      Pepper Hamilton, LLP      Hercules Plaza, Suite 5100      1313 Market Street      Wilmington, DE 19899−1709
aty      Laura Davis Jones      Pachulski Stang Ziehl & Jones LLP      919 N. Market Street, 17th Floor      Wilmington, DE 19801
aty      Laura Davis Jones      Pachulski Stang Ziehl & Jones LLP      919 North Market Street, 17th Floor      Wilmington, DE 19801
aty      Mark S. Kenney      Office of the U.S. Trustee      844 King Street, Suite 2207      Lockbox 35      Wilmington, DE 19801
aty      Michael G. Busenkell      Gellert Scali Busenkell & Brown, LLC      1201 North Orange Street      3rd Floor      Wilmington, DE 19801
aty      Van C. Durrer, II      Skadden Arps Slate Meagher & Flom LLP      300 South Grand Avenue      Los Angeles, CA 90071−3144

                                                                                    TOTAL: 8