UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: 15-11880         BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Findings of Fact, Conclusions of Law and Order Confirming Reorganization Plan of the Debtors

Docket #: 740        Date Entered: 1/29/2016

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 795 | Date Filed: 2/12/2016 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Former Employees: Nicholas Drake, Christina G. Rice, Liam Devoy, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, et al.,

**Appellee/Cross Appellee**

Quiksilver, Inc.

**Counsel for Appellant/Cross Appellant:**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? Civil Action Number: | Yes ○ | No ● |
| Record on Appeal | Yes ○ | No ● |

*(continued on next page)*

**Notes:** Appellant did not file a Designation of Items to be Included in the Record.

Appellee did not file a Designation of Additional Items to be Included in the Record.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 2/17/2016         by: ____M. A. Stansbury,_____
                                        **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: BAP-16-9