# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.,* | Case No. 15-11880 (BLS) |
| Debtors.[1] | Jointly Administered |
| | Objection Deadline: March 9, 2016 |

**FIRST MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED BY DELOITTE TAX LLP AS TAX ADVISOR TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Advisor |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 1, 2015 by Order Entered November 16, 2015 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2015 through October 31, 2015 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $ 45,672.00 |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 36,537.60 |
| Amount of Expense Reimbursement Sought: | $ - |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | $ 45,672.00 |

This is the Applicant's First Monthly Fee Application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc (1121), Mt. Waimea, Inc. (5846), Q.S. Optics Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**Prior Monthly Fee Applications Summary**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL** | | $ - | $ - | $ - | $ - |

## CUMULATIVE TIME SUMMARY

For the Period of October 1, 2015 through October 31, 2015

**Bankruptcy Tax Consulting**

| Name | Title | Billable Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Gerstel, Ken | Partner | 11.9 | 795.00 | 9,460.50 |
| Ecker, Scott | Director | 1.8 | 795.00 | 1,431.00 |
| Bridenstine, Travis | Sr. Manager | 22.0 | 705.00 | 15,510.00 |
| Crane, Leah | Tax Consultant | 17.5 | 398.00 | 6,965.00 |
| | | **53.2** | **Hours** | **$ 33,366.50** |

**Federal and State - Tax Compliance Services (Fixed Fee)**

| Name | Title | | | | Billable Hours |
|---|---|---|---|---|---|
| Chao, Mark | Director | | | | 0.4 |
| Gauss, Christopher | Sr. Manager | | | | 6.9 |
| Be, Lauren | Tax Consultant | | | | 8.6 |
| | | | | **Hours** | **15.90** |

**Agreed Fixed Fee for Tax Compliance Services - Federal and State**             $  10,000.00

**Firm Retention**

| Name | Title | Billable Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Ecker, Scott | Director | 2.9 | 795.00 | 2,305.50 |
| | | **2.9** | **Hours** | **$ 2,305.50** |

                              **Total Hours**    **72.0**

                                    **TOTAL AMOUNT REQUESTED**  **$ 45,672.00**

                                    Average Hourly Rate                                      $  634.33

2

**CUMULATIVE FEES BY CATEGORY SUMMARY**

For the Period of October 1, 2015 through October 31, 2015

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Tax Consulting | 53.2 | $33,366.50 |
| Federal and State - Tax Compliance Services (Fixed Fee) | 15.9 | $10,000.00 |
| Firm Retention | 2.9 | $2,305.50 |
|  |  |  |
| SUBTOTAL |  | $45,672.00 |
| **TOTAL** | **72** | **$45,672.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al*.,[1] | Case No. 15-11880 (BLS) |
| Debtors. | JointlyAdministered |
| | Objection Deadline: March 9, 2016 |

## FIRST MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED BY DELOITTE TAX LLP AS TAX ADVISOR TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

Deloitte Tax LLP ("Deloitte Tax" or the "Applicant"), tax advisor to Quiksilver, Inc. and certain affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby seeks allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of title 11 of the United States Code 11 U.S.C. §§101, *et seq*. (the "Bankruptcy Code"), rules 2013 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2016-2 of the Local Bankruptcy Rules of Bankruptcy Court for the District of Delaware (the "Local Rules"), for the period commencing October 1, 2015 through and including October 31, 2015 (the "Application Period"). In support of this application (the "Application"), Deloitte Tax respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases are: Optim Energy, LLC; OEM 1, LLC; Optim Energy Cedar Bayou 4, LLC; Optim Energy Altura Cogen, LLC; Optim Energy Marketing, LLC; Optim Energy Generation, LLC; Optim Energy Twin Oaks GP, LLC; Optim Energy Twin Oaks, LP. The Debtor's main corporate and mailing address for purposes of these chapter 11 cases is: c/o Competitive Power Ventures, Inc., 8403 Colesville Road, Suite 915, Silver Spring, MD  20910.

**JURISDICTION**

1.      The Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**STATUTORY BASIS**

2.      The statutory predicates for the relief requested herein are: (i) sections 328, 330 and 331 of the Bankruptcy Code; (ii) Rule 2016 of the Bankruptcy Rules; (iii) Rule 2016-2 of the Local Rules; and (iv) the Compensation Order (as defined below).

**BACKGROUND**

3.      On September 9, 2015 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  These Chapter 11 Cases are jointly administered.

4.      The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On September 22, 2015, the Office of the United States Trustee for the District of Delaware (the "United States Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee").  On September 28, 2015, the United States Trustee filed an Amended Notice of Creditors' committee.  No trustee or examiner has been appointed in the Debtors' Chapter 11 Cases.

6.      On October 28, 2015, the Court signed the *Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures* [Docket No. 379] (the "Compensation Order").

**RETENTION OF DELOITTE TAX LLP**

7. On April October 27, 2015, the Debtors filed the Debtors' *Application for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-2 Authorizing Employment and Retention of Deloitte Tax LLP as Tax Advisor to the Debtors Nunc Pro Tunc to October 1, 2015* (the "Retention Application") [Docket No. 371].

8. On November 16, 2015, this Court entered an order approving the Retention Application [Docket No. 469] (the "Retention Order").

**RELIEF REQUESTED**

9. By this Application, Deloitte Tax seeks total compensation of $45,672.00 and payment now 80% of its reasonable and necessary fees incurred, in the amount of $36,537.60, for the Application Period. Deloitte Tax submits this Application in accordance with the Compensation Order and the Retention Order. All services for which Deloitte Tax requests compensation were performed for, or on behalf of, the Debtors.

**BASIS FOR RELIEF**

10. This Application is the first monthly fee application filed by Deloitte Tax in these cases. In connection with the professional services rendered, by this Application, Deloitte Tax seeks total compensation in the amount of $45,672.00 and payment upon the expiration of the objection period in the amount of $36,537.60, representing 80% of $45,672.00, pursuant to the procedures set forth in the Compensation Order.

11. A detailed statement of hours spent rendering professional services to the Debtors, in support of Deloitte Tax's request for compensation for fees incurred during the Application Period is attached hereto as Exhibit A. Exhibit A (i) identifies the professionals and paraprofessionals who rendered services in each project category; (ii) describes each service

such professional or paraprofessional performed; and (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing the services.

12. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these Chapter 11 Cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code.

## DESCRIPTION OF SERVICES RENDERED

13. Deloitte Tax provides below an overview of the services it rendered as tax advisor to the Debtors during the Application Period. Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Application Period are also provided in the attached exhibits.

14. Deloitte Tax served or advised the Debtors in the following areas throughout the Application Period:

- Assist the Debtors in preparing remaining state tax returns due under the statute.
- Assist the Debtors in their evaluation and modeling of the tax effects of liquidating, disposing of assets, merging or converting entities as part of the restructuring, including the effects on federal and state tax attributes, state incentives, apportionment, and other tax planning.

## ALLOWANCE OF COMPENSATION

15. **Compensation Sought.** Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and the skill required, Deloitte Tax requests that it be allowed, on an interim basis, compensation for the professional services rendered during the Application Period in the sum of $36,537.60 (80% of $45,672.00).

16. No agreement or understanding exists between Deloitte Tax and any other

nonaffiliated or nonrelated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these Chapter 11 Cases.

17.     **Reimbursement of Expenses.**  Deloitte Tax has not incurred any expenses during this Application Period.

### CERTIFICATE OF COMPLIANCE AND WAIVER

18.     Finally, the undersigned representative of Deloitte Tax certifies that Deloitte Tax has reviewed the requirements of Rule 2016-2 of the Local Rules and that the Application substantially complies with that Local Rule.  To the extent that the Monthly Application does not comply in all respects with the requirements of Local Rule 2016-2 Deloitte Tax believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Deloitte Tax respectfully requests that the Court (a) grant the Applicant allowance of compensation sought for professional services rendered to the Debtors during the Application Period in the amount of $36,537.60, which represents 80% of the total compensation for services rendered during the Application Period (such total being $45,672.00); and (b) grant such other and other further relief as is just and proper.

DATED:  February 16, 2016

                                                  Respectfully submitted,

                                                  DELOITTE TAX LLP

                                                  By: /s/ Scott Ecker
                                                  Scott Ecker
                                                  Director
                                                  695 Town Centre Drive
                                                  Suite 1200
                                                  Costa Mesa, CA  92626
                                                  Telephone: 714-436-7548

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF SCOTT ECKER

Scott Ecker deposes and says:

1. I am a Director in the applicant firm, Deloitte Tax LLP.

2. I have personally led, as the engagement director, the professional services rendered by Deloitte Tax LLP, as tax advisor and am familiar with all work performed on behalf of the Debtors by the employees and partners/principals of my firm.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

Dated: February 16, 2016

Scott Ecker