IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | Chapter 11 |
| In re: : | |
| : | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*, : | |
| : | Jointly Administered |
| Debtors.[1] : | |
| : | |
| : | **Obj. Due: Mar 9, 2016, at 4:00 p.m. (Eastern)** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

**NOTICE OF FIRST MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED BY DELOITTE TAX LLP AS TAX ADVISOR TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

PLEASE TAKE NOTICE that the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed the First Monthly Fee Application For Compensation For Services Rendered And Reimbursement Of Expenses Incurred By Deloitte Tax LLP As Tax Advisor To The Debtors For The Period From October 1, 2015 Through October 31, 2015 (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application or the relief requested therein must be made in writing, filed with the Bankruptcy Court (as defined below), and served so as to be received by the following parties no later than **March 9, 2016 at 4:00 p.m. (Eastern)**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

(i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer, II, Esq. (Van.Durrer@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn: John K. Lyons, Esq. (John.Lyons@skadden.com);

(ii) counsel to the agent for the Debtors' postpetition secured term loan facility, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr. (patrick.nash@kirkland.com), and Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com);

(iii) counsel to the agent for the Debtors' prepetition and postpetition secured revolving loan facilities, Reimer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq. (dberman@riemerlaw.com), and Times Square Tower, Seven Times Square, Suite 2506, New York, New York 10036, Steven E. Fox, Esq. (sfox@riemerlaw.com), and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (skortanek@wcsr.com);

(iv) counsel to the indenture trustee for the Debtors' prepetition senior secured notes, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead, Esq. (ashmead@sewkis.com);

(v) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes, Foley & Lardner, LLP, 321 N. Clark Street, Suite 2800, Chicago, Illinois 60654, Attn: Mark L. Prager, Esq. (mprager@foley.com), and U.S. Bank National Association, Global Corporate Trust Services, 100 Wall Street, New York, New York 10005, Attn: Justin L. Shearer, Vice President (justin.shearer@usbank.com);

(vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esq. (strattod@pepperlaw.com); and

(vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark S. Kenney, Esq. (fax: (302) 573-6497)).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, a hearing ("Hearing") on the Application will be held at a time and date to be determined before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 6th Floor, Courtroom 1, 824 Market Street, Wilmington, Delaware 19801.  Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE RELIEF REQUESTED IN THE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  Wilmington, Delaware
        February 17, 2016

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        /s/ Van C. Durrer, II
        Van C. Durrer, II (I.D. No. 3827)
        Annie Z. Li
        300 South Grand Avenue, Suite 3400
        Los Angeles, California 90071
        Telephone: (213) 687-5000
        Fax: (213) 687-5600

        - and -

        Mark S. Chehi, Esq. (I.D. No. 2855)
        Dain A. De Souza (I.D. No. 5737)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        John K. Lyons
        Jessica S. Kumar
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Counsel for Debtors and Debtors in Possession*