# EXHIBIT A

**DETAILED STATEMENT OF FEES
OCTOBER 1, 2015 TO OCTOBER 31, 2015**

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Bankruptcy Tax Consulting* | | | | |
| 10/01/2015 | | | | |
| Bridenstine, Travis | Prepare bankruptcy tax information request for modeling tax bankruptcy ramifications for J. Novarro, Quiksilver. | $705.00 | 1.0 | $705.00 |
| Gerstel, Ken | Prepare bankruptcy tax information request for modeling tax bankruptcy ramifications for J. Novarro, Quiksilver. | $795.00 | 1.9 | $1,510.50 |
| 10/02/2015 | | | | |
| Bridenstine, Travis | Consultation with J. Novarro, Quiksilver, regarding initial document request for the bankruptcy model project to model out tax ramifications of the bankruptcy. | $705.00 | 0.5 | $352.50 |
| 10/09/2015 | | | | |
| Bridenstine, Travis | Meet with L. Crane, Deloitte, to review bankruptcy information document request, information provided by J. Novarro, Quiksilver, and to discuss modeling. | $705.00 | 2.0 | $1,410.00 |
| Crane, Leah | Meet with T. Bridenstine, Deloitte, to review bankruptcy information document request, information provided by J. Novarro, Quiksilver, and to discuss modeling. | $398.00 | 2.0 | $796.00 |
| Crane, Leah | Review bankruptcy information document request information provided by J. Novarro, Quiksilver and pull together tax organization structure. | $398.00 | 1.2 | $477.60 |
| Crane, Leah | Pull together tax organization structure to use in determining impact on tax bankruptcy modeling. | $398.00 | 0.8 | $318.40 |
| Gerstel, Ken | Read through bankruptcy information document request information provided by J. Novarro, Quiksilver. | $795.00 | 1.1 | $874.50 |
| 10/12/2015 | | | | |
| Gerstel, Ken | Review factual information provided to date. | $795.00 | 1.3 | $1,033.50 |
| 10/13/2015 | | | | |
| Bridenstine, Travis | Modify organization chart presentation including updating list of outstanding information. | $705.00 | 2.0 | $1,410.00 |
| Crane, Leah | Organize tax structure into organizational chart including Net Operating Loss (NOL) evaluation. | $398.00 | 1.5 | $597.00 |
| 10/14/2015 | | | | |
| Bridenstine, Travis | Attend initial scoping call with J. Novarro, Quiksilver, regarding tax modeling the bankruptcy ramifications for the Company. | $705.00 | 1.0 | $705.00 |
| Crane, Leah | Update organization chart with Net Operation Losses ( NOLs). | $398.00 | 0.3 | $119.40 |
| Ecker, Scott | Call to kick off bankruptcy modeling with J. Novarro, Quiksilver, and K. Gerstel, Deloitte. | $795.00 | 0.5 | $397.50 |

2

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Bankruptcy Tax Consulting* | | | | |
| 10/14/2015 | | | | |
|    Gerstel, Ken | Perform pre call review of information needed from client relating to bankruptcy modeling. | $795.00 | 1.3 | $1,033.50 |
|    Gerstel, Ken | Call to kick off bankruptcy modeling with J. Novarro, Quiksilver, and S. Ecker, Deloitte. | $795.00 | 0.5 | $397.50 |
| 10/15/2015 | | | | |
|    Bridenstine, Travis | Read through information provided by Quiksilver while preparing a list of remaining outstanding information relating to preparing the tax modeling for the ramifications of the bankruptcy. | $705.00 | 1.0 | $705.00 |
|    Crane, Leah | Update organization chart for information received by J. Novarro, Quiksilver, for purposes of modeling the tax ramifications of the bankruptcy | $398.00 | 0.4 | $159.20 |
|    Gerstel, Ken | Perform Plan of Reorganization (POR) review. | $795.00 | 0.9 | $715.50 |
|    Gerstel, Ken | Review bankruptcy model information request for information received to date to determine what information remains outstanding to prepare tax bankruptcy ramification modeling. | $795.00 | 1.0 | $795.00 |
| 10/16/2015 | | | | |
|    Bridenstine, Travis | Prepare sample Net Operating Loss (NOL) allocation including stock basis hypothesis. | $705.00 | 2.5 | $1,762.50 |
| 10/19/2015 | | | | |
|    Bridenstine, Travis | Meet with L. Crane to update organization chart and create tax basis in stock schedule. | $705.00 | 2.3 | $1,621.50 |
|    Bridenstine, Travis | Revise organization chart including preparation of hypothesis of NOL allocation, stock basis, and information request follow-up. | $705.00 | 0.7 | $493.50 |
|    Crane, Leah | Meet with T. Bridenstine to update organization chart and create tax basis in stock schedule. | $398.00 | 2.3 | $915.40 |
|    Gerstel, Ken | Review bankruptcy model information request for information received to date to determine what information remains outstanding to prepare tax bankruptcy ramification modeling. | $795.00 | 1.3 | $1,033.50 |
| 10/20/2015 | | | | |
|    Bridenstine, Travis | Modify presentation of company organizational structure including tax attributes, stock basis, and intercompany accounts. | $705.00 | 3.0 | $2,115.00 |
|    Crane, Leah | Update organization chart including tax basis summary. | $398.00 | 1.8 | $716.40 |
|    Gerstel, Ken | Review existing Plan of Reorganization (POR data). | $795.00 | 0.8 | $636.00 |

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| **Bankruptcy Tax Consulting** | | | | | |
| 10/21/2015 | | | | | |
| | Bridenstine, Travis | Prepare computations of tax attributes including sample stock basis, intercompany account reconciliation and tax basis balance sheet. | $705.00 | 2.8 | $1,974.00 |
| | Bridenstine, Travis | Call with J. Novarro, Quiksilver, regarding outstanding information to prepare tax ramification modeling. | $705.00 | 0.7 | $493.50 |
| | Crane, Leah | Update organization chart with NOLs - discussing tax basis in entities. | $398.00 | 1.8 | $716.40 |
| | Ecker, Scott | Review open item list for items needed to complete work regarding Quiksilver tax bankruptcy modeling. | $795.00 | 0.6 | $477.00 |
| | Gerstel, Ken | Review structures chart to determine impact on tax bankruptcy modeling. | $795.00 | 1.3 | $1,033.50 |
| 10/22/2015 | | | | | |
| | Crane, Leah | Determine tax basis in entity including evaluation of schedule of tax deferreds to assist in completing tax bankruptcy ramification modeling. | $398.00 | 2.3 | $915.40 |
| | Ecker, Scott | Discussion with J. Novarro, Quiksilver, regarding bankruptcy modeling work including information needed to complete tax ramifications of bankruptcy. | $795.00 | 0.7 | $556.50 |
| | Gerstel, Ken | Review factual information received and needed to complete tax ramification modeling. | $795.00 | 0.5 | $397.50 |
| 10/27/2015 | | | | | |
| | Bridenstine, Travis | Meet with L. Crane regarding intercompany account schedules and presentation. | $705.00 | 1.0 | $705.00 |
| | Crane, Leah | Meet with T. Bridenstine regarding intercompany account schedules and presentation. | $398.00 | 1.0 | $398.00 |
| 10/29/2015 | | | | | |
| | Bridenstine, Travis | Prepare comments with respect to intercompany presentation and tax attribute reduction to complete tax ramification modeling. | $705.00 | 0.5 | $352.50 |
| | Crane, Leah | Update organization chart including tax basis balance sheets. | $398.00 | 1.3 | $517.40 |
| 10/30/2015 | | | | | |
| | Bridenstine, Travis | Review organization chart prior to discussion with L. Crane regarding modifications to same. | $705.00 | 0.5 | $352.50 |
| | Bridenstine, Travis | Discuss organization chart modifications with L. Crane in connection with the tax ramification modeling | $705.00 | 0.5 | $352.50 |
| | Crane, Leah | Discuss organization chart modifications with T. Bridenstine in connection with the tax ramification modeling. | $398.00 | 0.5 | $199.00 |

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Bankruptcy Tax Consulting** | | | | |
| 10/30/2015 | | | | |
| Crane, Leah | Update organization chart prior to meeting with L. Bridenstine. | $398.00 | 0.3 | $119.40 |
| Subtotal for Bankruptcy Tax Consulting: | | | 53.2 | $33,366.50 |
| ***Federal and State - Tax Compliance Services (Fixed Fee)*** | | | | |
| 10/19/2015 | | | | |
| Gauss, Christopher | Review Michigan tax returns due on October 31, 2015. | $0.00 | 0.9 | $0.00 |
| Gauss, Christopher | Review Texas tax return due on November 15, 2015. | $0.00 | 1.1 | $0.00 |
| 10/20/2015 | | | | |
| Be, Lauren | Prepare Michigan form 4891 (Corporate Income Tax Annual Return). | $0.00 | 2.0 | $0.00 |
| Be, Lauren | Prepare 2013 Michigan Form 4897 for each Unitary Business Group Members (total 13). | $0.00 | 0.3 | $0.00 |
| Be, Lauren | Meet with C. Gauss regarding the preparation of Michigan Form 4897 (Corporate Income Tax Data on Unitary Business Group Members). | $0.00 | 0.8 | $0.00 |
| Gauss, Christopher | Perform review of October 31, 2014 Michigan tax return that is due on October 31, 2015. | $0.00 | 1.0 | $0.00 |
| Gauss, Christopher | Meet with L. Be regarding the preparation of Michigan Form 4897 (Corporate Income Tax Data on Unitary Business Group Members). | $0.00 | 0.8 | $0.00 |
| 10/21/2015 | | | | |
| Be, Lauren | Prepare the e-file package for Michigan state returns. | $0.00 | 1.5 | $0.00 |
| Be, Lauren | Prepare 2013 Michigan form for Unitary Business Group Member (UBG). | $0.00 | 1.3 | $0.00 |
| 10/22/2015 | | | | |
| Gauss, Christopher | Clear clients Michigan tax return review points to complete tax compliance and income tax returns for Michigan. | $0.00 | 0.5 | $0.00 |
| 10/23/2015 | | | | |
| Be, Lauren | Revise Michigan form 4897 for Mt. Waimea. | $0.00 | 0.2 | $0.00 |
| Be, Lauren | Reclass intercompany eliminations to correctly reflect gross receipts per Unitary Business Group Member on Michigan form 4897. | $0.00 | 1.2 | $0.00 |
| Gauss, Christopher | Clear client's points on Michigan tax return. | $0.00 | 0.4 | $0.00 |

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Federal and State - Tax Compliance Services (Fixed Fee)* | | | | |
| 10/25/2015 | | | | |
| Gauss, Christopher | Review Quiksilver's Texas tax return due November 16, 2015. | $0.00 | 1.0 | $0.00 |
| 10/27/2015 | | | | |
| Be, Lauren | Clear C. Gauss, Deloitte, reviewer's comments on Texas tax returns. | $0.00 | 1.3 | $0.00 |
| Gauss, Christopher | Finalize processing of Michigan tax return. | $0.00 | 0.7 | $0.00 |
| 10/28/2015 | | | | |
| Chao, Mark | Review Michigan tax return. | $0.00 | 0.2 | $0.00 |
| Chao, Mark | Review Texas tax return. | $0.00 | 0.2 | $0.00 |
| Gauss, Christopher | E-file Michigan tax return. | $0.00 | 0.5 | $0.00 |
| Subtotal for Federal and State - Tax Compliance Services (Fixed Fee): | | | 15.9 | $10,000.00 |
| *Firm Retention* | | | | |
| 10/02/2015 | | | | |
| Ecker, Scott | Call with J. Novarro, Quiksilver, to discuss fees to finalize bankruptcy project to obtain approval from audit committee. | $795.00 | 0.4 | $318.00 |
| 10/05/2015 | | | | |
| Ecker, Scott | Gather Deloitte Tax invoices that were written off and amounts received prior to 90 days from the bankruptcy for filing. | $795.00 | 0.6 | $477.00 |
| 10/12/2015 | | | | |
| Ecker, Scott | Review tax declaration in support of Deloitte Tax retention application for proper facts and confirm no conflicts with the proposed teams with the bankruptcy judges. | $795.00 | 1.2 | $954.00 |
| 10/26/2015 | | | | |
| Ecker, Scott | Consult with R. Young, Deloitte, regarding questions on Deloitte Tax's bankruptcy retention submission to the court. | $795.00 | 0.7 | $556.50 |
| Subtotal for Firm Retention: | | | 2.9 | $2,305.50 |
| Total | | | 72.0 | $45,672.00 |

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

**Recapitulation**

| Name | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ecker, Scott | $795.00 | 4.7 | $3,736.50 |
| Gerstel, Ken | $795.00 | 11.9 | $9,460.50 |
| Bridenstine, Travis | $705.00 | 22.0 | $15,510.00 |
| Crane, Leah | $398.00 | 17.5 | $6,965.00 |
| Be, Lauren | $0.00 | 8.6 | $0.00 |
| Chao, Mark | $0.00 | 0.4 | $0.00 |
| Gauss, Christopher | $0.00 | 6.9 | $0.00 |