# EXHIBIT A

## DETAILED STATEMENT OF FEES
## NOVEMBER 1, 2015 TO DECEMBER 31, 2015

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - December 31, 2015

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Bankruptcy Tax Consulting* | | | | |
| 11/02/2015 | | | | |
| Bridenstine, Travis | Review information received to date related to bankruptcy modeling and update information document request to send to J. Novarro, Quiksilver to gather all data to complete bankruptcy modeling. | $705.00 | 1.0 | $705.00 |
| 11/03/2015 | | | | |
| Bridenstine, Travis | Send updated information document request regarding open items on bankruptcy tax modeling to J. Novarro, Quiksilver. | $705.00 | 0.5 | $352.50 |
| 11/04/2015 | | | | |
| Gerstel, Ken | Review slides of Quiksilver tax bankruptcy modeling ramifications to be presented to J. Novarro, Quiksilver - possible tax effects of the current bankruptcy plan on the Company. | $795.00 | 1.2 | $954.00 |
| 11/05/2015 | | | | |
| Bridenstine, Travis | Discussion with J. Novarro, Quiksilver regarding outstanding informationregarding bankruptcy tax modeling and bankruptcy modeling/org chart. | $705.00 | 1.0 | $705.00 |
| 11/10/2015 | | | | |
| Bridenstine, Travis | Discussion with K. Gerstel regarding preliminary bankruptcy model results and approach going forward. | $705.00 | 0.7 | $493.50 |
| Bridenstine, Travis | Meeting with L. Crane to discuss intercompany account balance reconciliation and inputs to bankruptcy model to insure we have an accurate view of the intercompany balances and effect on the modeling for bankruptcy tax transaction. | $705.00 | 1.2 | $846.00 |
| Crane, Leah | Update org chart including Turnaround & Restructuring (TRS) team's bankruptcy model. | $398.00 | 2.4 | $955.20 |
| Crane, Leah | Meeting with T. Bridenstine to discuss intercompany account balance reconciliation and inputs to bankruptcy model to insure we have an accurate view of the intercompany balances and effect on the modeling for bankruptcy tax transaction. | $398.00 | 1.2 | $477.60 |
| Gerstel, Ken | Discussion with T. Bridenstine regarding preliminary bankruptcy model results and approach going forward. | $795.00 | 0.7 | $556.50 |
| 11/11/2015 | | | | |
| Bridenstine, Travis | Perform revisions to org chart including anticipated attribute reduction. | $705.00 | 1.3 | $916.50 |
| Bridenstine, Travis | Read through new information provided by J. Novarro, Quiksilver, for tax modeling bankruptcy project. | $705.00 | 0.7 | $493.50 |

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - December 31, 2015

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Bankruptcy Tax Consulting* | | | | |
| 11/12/2015 | | | | |
| Bridenstine, Travis | Prepare intercompany summary including hypothesis of the intercompay net balances to determine effect on bankruptcy modeling. | $705.00 | 0.8 | $564.00 |
| Bridenstine, Travis | Review tax basis balance sheets prepared by L. Crane. | $705.00 | 1.3 | $916.50 |
| Crane, Leah | Update bankruptcy model for intercompany account information to model affects on the tax bankruptcy model. | $398.00 | 2.3 | $915.40 |
| 11/13/2015 | | | | |
| Bridenstine, Travis | Review sample attribute reduction scenario in org chart. | $705.00 | 1.4 | $987.00 |
| Gerstel, Ken | Review Quiksiver bankruptcy tax ramifications while providing comments. | $795.00 | 0.6 | $477.00 |
| 11/15/2015 | | | | |
| Bridenstine, Travis | Revise org chart for attribute reduction modeling. | $705.00 | 0.4 | $282.00 |
| 11/16/2015 | | | | |
| Bridenstine, Travis | Prepare hypothesis of intercompany account balance detail analysis for management validation to assist in bankruptcy tax ramifications modeling. | $705.00 | 0.6 | $423.00 |
| Bridenstine, Travis | Meeting with K. Gerstel and L. Crane to discuss attribute reduction hypothesis and outstanding information. | $705.00 | 1.6 | $1,128.00 |
| Bridenstine, Travis | Discussion with J. Novarro, Quiksilver regarding requested outstanding information relating to open items list to finish bankruptcy modeling. | $705.00 | 0.3 | $211.50 |
| Crane, Leah | Update tax bankruptcy model for tax basis attribute reduction hypotetical information | $398.00 | 1.5 | $597.00 |
| Crane, Leah | Meeting with K. Gerstel and T. Bridenstine to discuss attribute reduction hypothesis and outstanding information. | $398.00 | 1.6 | $636.80 |
| Gerstel, Ken | Review Quiksilver bankruptcy structure in connection with modeling the tax ramifications to the Company. | $795.00 | 1.2 | $954.00 |
| Gerstel, Ken | Meeting with T. Bridenstine and L. Crane to discuss attribute reduction hypothesis and outstanding information. | $795.00 | 1.6 | $1,272.00 |
| 11/17/2015 | | | | |
| Bridenstine, Travis | Meeting with L. Crane and K. Gerstel to discuss attribute reduction results and alternatives. | $705.00 | 1.8 | $1,269.00 |
| Bridenstine, Travis | Perform comparison of interest deductions to location of debt. | $705.00 | 0.7 | $493.50 |
| Bridenstine, Travis | Read amended Plan of Reorganization (POR) including preparation of summary schedule of value and recovery. | $705.00 | 1.3 | $916.50 |

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - December 31, 2015

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Bankruptcy Tax Consulting* | | | | | |
| 11/17/2015 | | | | | |
| | Crane, Leah | Meeting with T. Bridenstine and K. Gerstel to discuss attribute reduction results and alternatives. | $398.00 | 1.8 | $716.40 |
| | Crane, Leah | Update bankruptcy model based on feedback from T. Bridenstine and K. Gerstel. | $398.00 | 1.2 | $477.60 |
| | Gerstel, Ken | Meeting with T. Bridenstine and K. Gerstel to discuss attribute reduction results and alternatives. | $795.00 | 1.8 | $1,431.00 |
| | Gerstel, Ken | Perform review of tax bankruptcy model results. | $795.00 | 1.4 | $1,113.00 |
| 11/18/2015 | | | | | |
| | Bridenstine, Travis | Call with J. Novarro, Quiksilver, regarding bankruptcy modeling information document request and general timing discussion on finishing the bankruptcy tax ramification modeling request. | $705.00 | 0.6 | $423.00 |
| | Bridenstine, Travis | Discussion with L. Crane regarding revisions to org chart and entity history and timeline. | $705.00 | 0.6 | $423.00 |
| | Bridenstine, Travis | Call with K. Gerstel, L. Crane, Deloitte, and valuation advisors (PJ Solomon) to review value cascades in the plan and their effect on the tax bankruptcy modeling to the Company. | $705.00 | 1.2 | $846.00 |
| | Crane, Leah | Discussion with T. Bridenstine regarding revisions to org chart and entity history and timeline. | $398.00 | 0.6 | $238.80 |
| | Crane, Leah | Call with T. Bridenstine, K. Gerstel, Deloitte, and valuation advisors (PJ Solomon) to review value cascades in the plan. | $398.00 | 1.2 | $477.60 |
| | Crane, Leah | Update bankruptcy model. | $398.00 | 3.0 | $1,194.00 |
| | Gerstel, Ken | Call with T. Bridenstine, L. Crane, Deloitte, and valuation advisors (PJ Solomon) to review value cascades in the plan and the effect on the tax bankruptcy modeling to the Company. | $795.00 | 1.2 | $954.00 |
| | Gerstel, Ken | Prepare for valuation call regarding review value cascades in the plan to discuss the tax ramification to the Company and model out possible results. | $795.00 | 0.5 | $397.50 |
| 11/19/2015 | | | | | |
| | Bridenstine, Travis | Discussion with L. Crane regarding tax basis balance sheets and tax basis in stock of consolidated members. | $705.00 | 1.1 | $775.50 |
| | Bridenstine, Travis | Prepare attribute reduction scenario comparison. | $705.00 | 1.5 | $1,057.50 |
| | Crane, Leah | Review tax basis balance sheets received from client. | $398.00 | 2.9 | $1,154.20 |
| | Crane, Leah | Discussion with T. Bridenstine regarding tax basis balance sheets and tax basis in stock of consolidated members. | $398.00 | 1.1 | $437.80 |
| | Gerstel, Ken | Review bankruptcy case including tax ramification modeling. | $795.00 | 0.8 | $636.00 |

4

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - December 31, 2015

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Bankruptcy Tax Consulting* | | | | | |
| 11/20/2015 | | | | | |
| | Bridenstine, Travis | Discussion with L. Crane regarding org chart and attribute reduction presentation. | $705.00 | 0.8 | $564.00 |
| | Bridenstine, Travis | Coordinate client meeting for bankruptcy tax modeling discussion with J. Novarro, Quiksilver. | $705.00 | 0.2 | $141.00 |
| | Crane, Leah | Update bankruptcy model for tax basis balance sheet and stock basis | $398.00 | 0.2 | $79.60 |
| | Crane, Leah | Discussion with T. Bridenstine regarding org chart and attribute reduction presentation. | $398.00 | 0.8 | $318.40 |
| 11/23/2015 | | | | | |
| | Bridenstine, Travis | Coordinate client meeting for bankruptcy tax modeling discussion with J. Novarro, Quiksilver. | $705.00 | 0.3 | $211.50 |
| | Bridenstine, Travis | Modify estimated stock basis and tax basis balance sheet schedules during review. | $705.00 | 1.7 | $1,198.50 |
| 11/24/2015 | | | | | |
| | Gerstel, Ken | Gather information on the bankruptcy case cost and the effect on the tax ramification model. | $795.00 | 1.1 | $874.50 |
| 11/30/2015 | | | | | |
| | Bridenstine, Travis | Review and revise client presentation deck regarding Quiksilver tax modeling ramifications. | $705.00 | 1.4 | $987.00 |
| | Bridenstine, Travis | Prepare alternative attribute reduction scenarios for client presentation. | $705.00 | 1.2 | $846.00 |
| | Bridenstine, Travis | Meeting with K. Gerstel to discuss/revise client presentation regarding tax modeling ramifications. | $705.00 | 1.3 | $916.50 |
| | Bridenstine, Travis | Document preliminary observations for client presentation on bankruptcy tax ramifications modeling. | $705.00 | 1.4 | $987.00 |
| | Bridenstine, Travis | Prepare Cancellation-of-Debt Income (COD) income including attribute reduction slides for client presentation. | $705.00 | 1.8 | $1,269.00 |
| | Crane, Leah | Assemble slide deck on tax attributes and tax implications of bankruptcy for client meeting. Updating tax and stock basis in entity in slide deck. | $398.00 | 2.6 | $1,034.80 |
| | Gerstel, Ken | Revise client slides on bankruptcy tax matters. | $795.00 | 0.6 | $477.00 |
| | Gerstel, Ken | Perform attribute reduction model evaluation. | $795.00 | 2.3 | $1,828.50 |
| | Gerstel, Ken | Meeting with T. Bridenstine to discuss/revise client presentation regarding tax modeling ramifications. | $795.00 | 1.3 | $1,033.50 |
| 12/01/2015 | | | | | |
| | Bridenstine, Travis | Meeting with J. Novarro, Quiksilver, to discuss preliminary tax observations of bankruptcy modeling. | $705.00 | 2.1 | $1,480.50 |

5

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - December 31, 2015

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| **Bankruptcy Tax Consulting** | | | | | |
| 12/01/2015 | | | | | |
| | Crane, Leah | Meet with J. Navarro, Quiksilver, to review slide deck and explain options moving forward. | $398.00 | 5.0 | $1,990.00 |
| | Ecker, Scott | Meeting with J. Novarro, Quiksilver, to discuss preliminary analysis on bankruptcy and tax ramifications. | $795.00 | 2.6 | $2,067.00 |
| | Gerstel, Ken | Meeting with J. Novarro, Quiksilver, to discuss preliminary analysis on bankruptcy and tax ramifications. | $795.00 | 2.2 | $1,749.00 |
| | Gerstel, Ken | Prepare for meeting with J. Novarro, Quiksilver regarding bankruptcy considerations. | $795.00 | 1.8 | $1,431.00 |
| 12/02/2015 | | | | | |
| | Bridenstine, Travis | Evaluate alternative tax planning for bankruptcy emergence - can we have a better tax answer if we structrue the deal differently or plan around tax concerns? | $705.00 | 1.1 | $775.50 |
| 12/03/2015 | | | | | |
| | Bridenstine, Travis | Discussion with J. Novarro, Quiksiver, regarding information request. | $705.00 | 0.3 | $211.50 |
| 12/04/2015 | | | | | |
| | Ecker, Scott | Set-up website to receive returns to prepare basis analysis for bankruptcy modeling. | $795.00 | 0.6 | $477.00 |
| 12/07/2015 | | | | | |
| | Bridenstine, Travis | Request and upload required approvals to client file to get files uploaded to website to prepare basis calculations for tax modeling. | $705.00 | 0.6 | $423.00 |
| 12/08/2015 | | | | | |
| | Bridenstine, Travis | Coordinate data transfer to stock basis team for scoping - setting up a e-room to receive documents to assist in gathering the data to help in modeling possible tax effects of the bankruptcy on the company. | $705.00 | 0.4 | $282.00 |
| | Bridenstine, Travis | Consult with K. Gerstel regarding expanded scoping of the possible tax ramifciation of the bankruptcy to the Company and possible ways to plan out of tax adverse results. | $705.00 | 0.6 | $423.00 |
| | Bridenstine, Travis | Read through historic tax returns for stock basis scoping to assist in tax planning of the bankruptcy to plan for the best emergence of the company from bankruptcy from a tax standpoint. | $705.00 | 0.7 | $493.50 |
| | Crane, Leah | Pulled historical tax returns (2003-2014) for basis analysis. | $398.00 | 1.3 | $517.40 |
| | Gerstel, Ken | Consult with T. Bridenstine regarding expanded scoping of the possible tax ramifciation of the bankruptcy to the Company and possible ways to plan out of tax adverse results. | $795.00 | 0.6 | $477.00 |

6

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - December 31, 2015

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

*Bankruptcy Tax Consulting*

| | | | | | |
|---|---|---|---|---|---|
| 12/09/2015 | | | | | |
| | Bridenstine, Travis | Discuss bankruptcy tax model with K. Gerstel. | $705.00 | 1.2 | $846.00 |
| | Bridenstine, Travis | Read second amended plan of reorganization including disclosure statement to determine any tax ramifications to assist in modeling the emergence from bankruptcy. | $705.00 | 1.8 | $1,269.00 |
| | Crane, Leah | Preform bankruptcy model analysis - data entry for historical tax return information and affect on stock basis | $398.00 | 1.3 | $517.40 |
| | Gerstel, Ken | Discuss bankruptcy model with T. Bridenstine. | $795.00 | 1.2 | $954.00 |
| 12/10/2015 | | | | | |
| | Bridenstine, Travis | Correspond with M. Huston, Deloitte, regarding stock basis for scoping tax ramifications to assist in modeling the emergence from bankruptcy | $705.00 | 0.4 | $282.00 |
| | Crane, Leah | Revise bankruptcy model with calculating (Cancellation of Debt (COD) income. | $398.00 | 1.0 | $398.00 |
| 12/11/2015 | | | | | |
| | Bridenstine, Travis | Prepare Sub C scoping description including fee estimate for tax modeling of bankruptcy. | $705.00 | 0.7 | $493.50 |
| | Bridenstine, Travis | Correspond with M. Huston regarding stock basis scoping. | $705.00 | 0.3 | $211.50 |
| | Bridenstine, Travis | Perform scoping update for client of stock basis tax ramifications to assist in modeling the emergence from bankruptcy | $705.00 | 0.2 | $141.00 |
| | Gerstel, Ken | Review scoping steps for basis study - determine best way to accurately determine stock basis in Companies to assist in modeling the tax ramifciations of the bankruptcy to the Company. | $795.00 | 0.5 | $397.50 |
| 12/14/2015 | | | | | |
| | Bridenstine, Travis | Review bankruptcy model - Cancellation-of-Debt Income (COD) including tax basis balance sheets. | $705.00 | 2.0 | $1,410.00 |
| | Crane, Leah | Update bankruptcy model regarding Cancellation of Debt (COD) Income and tax basis balance sheets. | $398.00 | 4.5 | $1,791.00 |
| 12/15/2015 | | | | | |
| | Bridenstine, Travis | Call with J. Navarro, Quiksilver, and K. Gerstel, Deloitte, to discuss next steps for plan tax consequences. | $705.00 | 2.0 | $1,410.00 |
| | Crane, Leah | Update bankruptcy model -Reduction in Process (RIP) attribute reduction. | $398.00 | 2.0 | $796.00 |
| | Gerstel, Ken | Call with J. Novarro, Quiksilver, and T. Bridenstine, Deloitte, to discuss next steps for plan tax consequences. | $795.00 | 2.0 | $1,590.00 |

7

# Quiksilver, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - December 31, 2015

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Bankruptcy Tax Consulting* | | | | |
| 12/16/2015 | | | | |
|    Bridenstine, Travis | Perform Initial research regarding tax deductibility of certain bankruptcy costs to the Company. | $705.00 | 2.0 | $1,410.00 |
| 12/17/2015 | | | | |
|    Bridenstine, Travis | Finalize research regarding the tax deductibility related to tax bankruptcy costs. | $705.00 | 2.0 | $1,410.00 |
|    Gerstel, Ken | Perform Initial research of tax deductibility to the Company of particular bankruptcy costs. | $795.00 | 0.5 | $397.50 |
|    Gerstel, Ken | Finalize research of tax deductiblity of particular bankrupcty costs. | $795.00 | 0.5 | $397.50 |
| 12/18/2015 | | | | |
|    Bridenstine, Travis | Update bankruptcy model for additional information received from J. Novarro, Quiksilver related to stock basis. | $705.00 | 2.0 | $1,410.00 |
| 12/28/2015 | | | | |
|    Bridenstine, Travis | Correspond with J. Novarro, Quiksilver, regarding status update of the tax bankruptcy modeling project - open items, status of bankruptcy and affects on the model | $705.00 | 0.3 | $211.50 |
|    Subtotal for Bankruptcy Tax Consulting: | | | 120.7 | $75,559.00 |
| *Non-Working Travel* | | | | |
| 12/01/2015 | | | | |
|    Bridenstine, Travis | Transit to and from client office for client meeting related to bankruptcy - San Diego, CA to Huntington Beach, CA. | $705.00 | 3.5 | $2,467.50 |
|    Subtotal for Non-Working Travel: | | | 3.5 | $2,467.50 |
| Total | | | 124.2 | $78,026.50 |

### Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Ecker, Scott | $795.00 | 3.2 | $2,544.00 |
| Gerstel, Ken | $795.00 | 25.6 | $20,352.00 |
| Bridenstine, Travis | $705.00 | 55.9 | $39,409.50 |
| Crane, Leah | $398.00 | 39.5 | $15,721.00 |