# EXHIBIT B

**DETAILED STATEMENT OF EXPENSES
NOVEMBER 1, 2015 TO DECEMBER 31, 2015**

# Quiksilver, Inc.

# Deloitte Tax LLP

# Expenses Sorted by Category for the Fee Period

# November 01, 2015 - December 31, 2015

| Category | Date | Description | Amount |
|---|---|---|---|
| *Auto Tolls, etc* | | | |
| Crane, Leah | 12/02/2015 | Auto tolls in Irvine, CA during travel to Quicksilver client site. | $14.96 |
| Subtotal for Auto Tolls, etc: | | | $14.96 |
| *Meals* | | | |
| Gerstel, Ken | 11/18/2015 | Lunch in Los Angeles, CA while on travel for client engagement meeting. ATTENDEES: Ken Gerstel | $11.85 |
| Crane, Leah | 12/01/2015 | Breakfast in Huntington Beach, CA during travel while working on client engagement. ATTENDEES: Leah Crane | $4.85 |
| Crane, Leah | 12/01/2015 | Lunch in Westminster, CA during travel while working on client engagement. ATTENDEES: Leah Crane | $6.48 |
| Subtotal for Meals: | | | $23.18 |
| *Mileage* | | | |
| Crane, Leah | 12/01/2015 | Mileage from San Diego, CA to Huntington Beach, CA Quicksilver client site. | $110.40 |
| Gerstel, Ken | 12/01/2015 | Mileage from San Diego, CA to Huntington Beach, CA Quicksilver client site. | $112.13 |
| Subtotal for Mileage: | | | $222.53 |
| Total | | | $260.67 |

## Recapitulation

| Category | Amount |
|---|---|
| Mileage | $222.53 |
| Meals | $23.18 |
| Auto Tolls, etc | $14.96 |