**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :   Chapter 11
In re:                                                    :
                                                          :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,                                 :   Jointly Administered
                                                          :
                                          Debtors.¹       :   Related Docket No. 691, 769
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF WITHDRAWAL OF (I) MOTION OF GENERAL ELECTRIC
CAPITAL CORPORATION TO COMPEL DEBTORS TO PAY IN FULL
POSTPETITION AMOUNTS DUE UNDER PERSONAL PROPERTY LEASE
AND FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM; (II) CLAIM NUMBER 208 AND (III) CLAIM NUMBER 874**

CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation ("GECC") through its undersigned counsel and pursuant to that certain Stipulation dated as of February 9, 2016, by and between GECC and Quiksilver, Inc. ("ZQK") and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases hereby withdraws:

1. the Motion of General Electric Capital Corporation for the Entry of an Order, Pursuant to (I) 11 U.S.C. § 365(d)(5) Compelling the Debtor to Immediately Pay in Full Postpetition Amounts Due under Personal Property Lease and (II) 11 U.S.C. § 503(b)(1) for the Allowance and Payment of an Administrative Expense [D.I. 691];

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2. Secured proof of claim number 208 filed by GECC on November 10, 2015, in the amount of $1,888,119.50 as satisfied in full; and

3. Administrative proof of claim number 874 filed by GECC on January 28, 2016 in the amount of $321,436.99 as satisfied in full.

| | |
|---|---|
| Dated: February 17, 2016<br>Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By:  /s/ Emily K. Devan<br>Kurt F. Gwynne (No. 3951)<br>Emily K. Devan (No. 6104)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>Email:  kgwynne@reedsmith.com<br>           edevan@reedsmith.com<br><br>-and-<br><br>Brian I. Swett, Esquire<br>Paul J. Catanese, Esquire<br>MCGUIREWOODS LLP<br>77 W. Wacker Drive, Suite 4100<br>Chicago, IL 60601<br>Telephone: (312) 849-8100<br>Facsimile: (312) 920-3697<br>E-mail:  bswett@mcguirewoods.com<br>             pcatanese@mcguirewoods.com<br><br>*Counsel to General Electric Capital Corporation and CF Equipment Leases, LLC* |