IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

        Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:
: **Related Docket Nos.: 731, 740, 789**

## CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF FINAL DECREE AND ORDER CLOSING CERTAIN BANKRUPTCY CASES PURSUANT TO THE PLAN

The undersigned counsel for the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby certifies as follows:

On January 28, 2016, the Court held a hearing (the "Confirmation Hearing") with respect to confirmation of the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession (as may be amended from time to time, including by the Confirmation Order (as defined below), and including all exhibits and supplements, the "Plan")[2] (Docket No. 731).

On January 29, 2016, the Court entered the Findings of Fact, Conclusions of Law and Order Confirming Plan of Reorganization of the Debtors (Docket No. 740) (the "Confirmation Order").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Plan.

Pursuant to Articles 6.09(d) and 6.11 of the Plan, the Inactive Debtors shall be dissolved and the Chapter 11 Cases of the Inactive Debtors shall be closed as of the Effective Date. Pursuant to Paragraph 38 of the Confirmation Order, Debtors may submit the Inactive Debtor Final Decree, substantially in the form attached as Exhibit D to the Confirmation Order, by certification of counsel on the Effective Date or as soon as reasonably practicable after the Effective Date. The Effective Date of the Plan occurred on February 11, 2016 (Docket No. 789).

Pursuant to the Plan and Confirmation Order, the Debtors previously planned to dissolve Q.S. Optics, Inc. and also to close its corresponding bankruptcy case, Case No. 15-11887 (BLS), upon the Effective Date. However, the Debtors are continuing to work through certain tax reporting issues with respect to Q.S. Optics, Inc. with the relevant taxing authorities for the state of California.  The Debtors will submit a separate form of final decree and order closing the bankruptcy case of Q.S. Optics, Inc. following the resolution of such tax reporting issues and the formal dissolution of Q.S. Optics, Inc.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Accordingly, as contemplated by the Confirmation Order, the undersigned counsel respectfully requests that the Court enter the proposed form of Inactive Debtor Final Decree in the form attached hereto as <u>Exhibit A</u> in each of those chapter 11 cases identified on Exhibit 1 (the "<u>Completed Cases</u>") to the Inactive Debtor Final Decree.

Dated:  Wilmington, Delaware
        February 17, 2016

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        /s/ Van C. Durrer, II
        Van C. Durrer, II (I.D. No. 3827)
        Annie Z. Li
        300 South Grand Avenue, Suite 3400
        Los Angeles, California 90071
        Telephone: (213) 687-5000
        Fax: (213) 687-5600

        - and -

        Mark S. Chehi, Esq. (I.D. No. 2855)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        John K. Lyons
        Jessica S. Kumar
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Counsel for Debtors and Debtors in Possession*

# **EXHIBIT A**

(Inactive Debtor Final Decree)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
Debtors.[1] : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  **Related Docket Nos. 731, 740, 789**

**FINAL DECREE AND ORDER CLOSING CERTAIN
BANKRUPTCY CASES PURSUANT TO THE PLAN**

Pursuant to Articles 6.9(d) and 6.11 of the Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession (as may be amended from time to time, including by the Confirmation Order (as defined below), and including all exhibits and supplements, the "Plan"),[2] providing that the Inactive Debtors shall be dissolved and the Chapter 11 Cases of the Inactive Debtors shall be closed as of the Effective Date; and upon the entry of an order confirming the Plan on January 29, 2016 [Docket No. 740] (the "Confirmation Order"); and upon the occurrence of the Effective Date with respect to the Plan on February 11, 2016; and due and proper notice of the Plan and of the Confirmation Order having been given under the circumstances; and the Bankruptcy Court having jurisdiction over the subject matter of the Plan and of the Confirmation Order; and upon the entire record of these cases;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

THE COURT FINDS AND CONCLUDES THAT:[3]

A.   Pursuant to the Confirmation Order, the Bankruptcy Court approved Section 6.11 of the Plan and held that, upon the Effective Date of the Plan it would enter an order closing the Chapter 11 Cases of DC Direct, Inc., Fidra, Inc., Mt. Waimea, Inc., Quiksilver Entertainment, Inc., and Quiksilver Westsuits, Inc. (the "Completed Cases").

B.   The Effective Date of the Plan occurred on February 11, 2016.

C.   Pursuant to the Confirmation Order, the Bankruptcy Court waived, solely with respect to the Completed Cases, the requirements of Rule 3022-1(a) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to file a written motion seeking entry of a final decree and to file a separate order closing each jointly administered or consolidated case, and the requirement of Local Rule 3022-1(c) that the Debtors file a final report and account.

ACCORDINGLY, THE COURT HEREBY ORDERS THAT:

1.   Pursuant to sections 350 and 105 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 3022-1, and in accordance with the Plan and Confirmation Order, the Completed Cases, as identified in Exhibit 1 attached hereto, are hereby closed, effective as of the Effective Date.

2.   Notwithstanding any other provision or paragraph of this final decree and order (the "Final Decree"), the following cases shall remain open: Quiksilver, Inc., Case No. 15-11880 (BLS), QS Wholesale, Inc., Case No. 15-11881 (BLS), DC Shoes, Inc., Case No. 15-

---

[3] Each finding of fact set forth or incorporated herein, to the extent it is or may be deemed a conclusion of law, shall also constitute a conclusion of law. Each conclusion of law set forth or incorporated herein, to the extent it is or may be deemed a finding of fact, shall also constitute a finding of fact.

11883 (BLS), Hawk Designs, Inc., Case No. 15-11885 (BLS), Q.S. Optics, Inc., Case No. 15-11887 (BLS), and QS Retail, Inc., Case No. 15-11888 (BLS) (the "Remaining Cases").

        3.        To the extent not already paid, any outstanding fees due and owing to the United States Trustee pursuant to 28 U.S.C. § 1930 in the Competed Cases shall be paid within ten (10) business days of the date of entry of this Final Decree.

        4.        The clerk of the Bankruptcy Court shall enter this Final Decree on the dockets of each of the Completed Cases and such dockets thereafter shall be marked as closed. The closure of the Completed Cases is without prejudice to the rights of any party in interest to seek relief in the Remaining Cases with respect to the allowance or disallowance of Claims or as otherwise provided under the confirmed Plan or permitted by applicable law.

        5.        Notwithstanding any other provision or paragraph of this Final Decree, the closure of the Completed Cases pursuant to the Plan and this Final Decree shall be only (i) for procedural purposes and (ii) for purposes of calculating fees payable under 28 U.S.C.§ 1930, and this Final Decree shall in no way prejudice the rights of any creditor with respect to the Debtors or their estates.

        6.        This Bankruptcy Court shall retain jurisdiction and authority to hear and determine all matters arising from or related to the interpretation and/or implementation of this Final Decree.

Dated: Wilmington, Delaware
        _____, 2016

        _____
        HONORABLE BRENDAN L. SHANNON
        CHIEF UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**
**(Chapter 11 Cases Closed Pursuant to Final Decree and Order)**

| DEBTOR | CASE NUMBERS |
|---|---|
| DC Direct, Inc. | 15-11882 (BLS) |
| Fidra, Inc. | 15-11884 (BLS) |
| Mt. Waimea, Inc. | 15-11886 (BLS) |
| Quiksilver Entertainment, Inc. | 15-11889 (BLS) |
| Quiksilver Wetsuits, Inc. | 15-11890 (BLS) |