**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| Debtors.[1] | : | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On February 2, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing Report of FTI Consulting, Inc. for Compensation Earned and Expenses Incurred for the Period From December 1, 2015 Through December 31, 2015** [Docket No. 747]

Furthermore, on February 2, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit C**, and via First Class mail on the service list attached hereto as **Exhibit D**:

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Amended Declaration of Michael J. Hill Regarding Analysis of Ballots for Accepting or Rejecting Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Afiliated Debtors and Debtors in Possession** [Docket No. 748]

Dated: February 17, 2016

Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 17th day of February, 2016, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: ______________

JEFFREY D MCGUIRE
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2018

# EXHIBIT A

**Exhibit A**
**Core Parties Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Co-Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | mstamer@akingump.com; mlahaie@akingump.com |
| Agent for the Debtors' Prepetition Senior Secured Notes | Delware Trust Company | Attn Trust Administration | trust@delawaretrust.com |
| Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | rdehney@mnat.com; aremming@mnat.com; tminott@mnat.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | mark.kenney@usdoj.gov |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Co-Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | strattod@pepperlaw.com; fournierd@pepperlaw.com; schannej@pepperlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | ashmead@sewkis.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | justin.shearer@usbank.com |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | skortanek@wcsr.com |

# EXHIBIT B

**Exhibit B**
**Core Parties First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Co-Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | One Bryant Park | Bank of America Tower | | New York | NY | 10036-6745 |
| Agent for the Debtors' Prepetition Senior Secured Notes | Delware Trust Company | Attn Trust Administration | 2711 Centerville Road | | | Wilmington | DE | 19808 |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Patrick J. Nash, Jr., Ross M. Kwasteniet | William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | Chicago | IL | 60654 |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Robert J Dehney | Andrew R Remming Tamara K Minott | 1201 North Market St 16th Fl | PO Box 1347 | Wilmington | DE | 19899-1347 |
| US Trustee for District of DE | Office of United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | 1133 Avenue of the Americas | | | New York | NY | 10036-6710 |
| Co-Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier | John H Schanne II | Hercules Plaza, Suite 5100 | 1313 N Market St | Wilmington | DE | 19899-1709 |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | | New York | NY | 10036 |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | | Boston | MA | 02108 |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | One Battery Park Plaza | | | New York | NY | 10004 |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | Global Corporate Trust Services | 100 Wall Street, Suite 1600 | | New York | NY | 10005 |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | | Wilmington | DE | 19801 |

# EXHIBIT C

**Exhibit C**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Co-Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | mstamer@akingump.com; mlahaie@akingump.com |
| Attorneys for Blue Diamond Crossing II, LLC | Ashby & Geddes PA | William P Bowden Aaron H Stulman | wbowden@ashby-geddes.com; astulman@ashby-geddes.com |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | jason.starks@texasattorneygeneral.gov |
| Counsel for for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | pollack@ballardspahr.com |
| Counsel for for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops; First & Lenora LLC | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | summersm@ballardspahr.com; heilmanl@ballardspahr.com |
| Co-Counsel for the Official Committee of Unsecured Creditors | Bayard PA | Justin R Alberto | jalberto@bayardlaw.com |
| Attorneys for The Irvine Company LLC | Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | rsolomon@blt-enterprises.com |
| Attorneys for SAP Industries, Inc. | Brown & Connery LLP | Donald K. Ludman | dludman@brownconnery.com |
| Counsel for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, a Professional Corporation | Shawn M Christianson | schristianson@buchalter.com |
| Counsel for First & Lenora LLC | Cairncross & Hempelmann | John Rizzardi | jrizzardi@cairncross.com |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Chipman Brown Cicero & Cole LLP | William E Chipman Jr | chipman@chipmanbrown.com |
| Interested Party | Clayton Blehm | | clayblehm@cblehm.com |
| Lead Counsel for the Official Committee of Unsecured Creditors | Cooley LLP | Jay R Indyke Cathy Hershcopf | jindyke@cooley.com; chershcopf@cooley.com; svanaalten@cooley.com; rwinning@cooley.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Agent for the Debtors' Prepetition Senior Secured Notes | Delware Trust Company | Attn Trust Administration | trust@delawaretrust.com |
| Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | tss-gds.eur@db.com |
| eBay Enterprise, Inc. | eBay Enterprise, Inc. | Katherine S. Pell Esq | kpell@ebay.com |
| Counsel for C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | sgubner@ebg-law.com; ecf@ebg-law.com |
| Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 | Foley & Lardner LLP | Mark L Prager Mark F Hebbeln Lars A Peterson | mprager@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| Counsel to 55 Thompson Street Investments, L.P. | Fowler White Burnett, P.A. | Eric A Rosen Esq | erosen@fowler-white.com |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | ggpbk@ggp.com |
| Counsel to Queens' Market LLC | Goodsill Anderson Quinn & Stifel | Jonathan C Bolton | jbolton@goodsill.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | melorod@gtlaw.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | wolfje@gtlaw.com |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Hogan Lovells US LLP | Christopher R Donoho III John D Beck | chris.donoho@hoganlovells.com; john.beck@hoganlovells.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Victoria Footwear Co Ltd | James A Shalvoy Esq | | james.shalvoy@verizon.net |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | jae@jmbm.com |
| Counsel for Massive Prints Inc | Jeffrey S Shinbrot APLC | Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com |
| Interested Party | Jung & Yuen, LLP | Curtis Jung, Esq. | Curtis@jyllp.com |
| Counsel for E. Gluck Corporation | Kasowitz Benson Torres & Firedman LLP | David M Friedman Daniel A Fliman | DFriedman@kasowitz.com; DFliman@kasowitz.com |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | dustin.branch@kattenlaw.com |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | jessica.mickelsensimon@kattenlaw.com |

**Exhibit C**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Attorneys for Weihai Textile Group Import & Export Co., Ltd. | Katten Muchin Rosenman LLP | Matthew W Olsen | matthew.olsen@kattenlaw.com |
| Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | david.nemecek@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | skaufman@kaufmanlaw.com |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Andrew Cole, Esq. | andrew.cole@leclairryan.com |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Niclas A Ferland Esq Ilan Markus Esq | niclas.ferland@leclairryan.com; ilan.markus@leclairryan.com |
| Attorney for City of El Paso | Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@lgbs.com |
| Attorneys for Dragon Crowd Garment, Inc. | Lobel Weiland Golden Friedman LLP | Alan J Friedman | afriedman@wgllp.com |
| Counsel for C & K Broadway 519 LLC | Loeb & Loeb LLP | P Gregory Schwed, Bethany D Dimmons | gschwed@loeb.com; bsimmons@loeb.com |
| Attorneys for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R Doshi | adoshi@magnozzikye.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | rdehney@mnat.com; aremming@mnat.com; tminott@mnat.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Robert L Cook Esq | Robert.Cook@tax.ny.gov |
| Counsel for ABW Holdings LLC, Outrigger Hotels Hawaii, and ABW 2181 Holdings LLC | O'Connor Playdon & Guben LLP | Jerrold K Guben Jeffery S Flores | jkg@opglaw.com; jsf@opglaw.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | mark.kenney@usdoj.gov |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Co-Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | strattod@pepperlaw.com; fournierd@pepperlaw.com; schannej@pepperlaw.com |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | ebcalvo@pbfcm.com |
| Attorneys for City of Katy, Harris County Municipal Utility District #358 and Harris County Water Control and Improvement District #155 | Perdue, Brandon, Fielder, Collins & Mott LLP | c/o Owen M Sonik | houbank@pbfcm.com |
| Attorneys for Port Logistics | Port Logistics | c/o Pamela Kohlman Webster, Esq. | pwebster@buchalter.com |
| Attorneys for Blue Diamond Crossing II, LLC | Rice Reuther Sullivan & Carroll LLP | David A Carroll Anthony J DiRaimondo | dcarroll@rrsc-law.com; adiraimondo@rrsc-law.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Interested Party | Rosenthal & Rosenthal Inc | Attn Anthony DiTirro | TDiTirro@rosenthalinc.com |
| Counsel for E. Gluck Corporation | Saul Ewing LLP | Mark Minuti | mminuti@saul.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | ashmead@sewkis.com |
| Counsel to G&S Realty 1, LLC | Shenwick & Associates | James H Shenwick | jshenwick@gmail.com |
| Party in Interest, Landlord; Committee of Unsecured Creditors | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Counsel for Victoria Ward, Limited | Spector & Johnson PLLC | Howard Marc Spector | hspector@spectorjohnson.com |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Stroock & Stroock & Lavan LLP | Andrew P DeNatale | adenatale@stroock.com |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | aconway@taubman.com |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |

**Exhibit C**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | justin.shearer@usbank.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | skortanek@wcsr.com |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | skortanek@wcsr.com; thoran@wcsr.com; mpatterson@wcsr.com |
| Interested Party | WRI Marshalls Plaza, LP | c/o Weingarten Realty Investors | bankruptcycases@weingarten.com |

# EXHIBIT D

**Exhibit D**
**Core/2002 First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | One Bryant Park | Bank of America Tower | | New York | NY | 10036-6745 | |
| Attorneys for Blue Diamond Crossing II, LLC | Ashby & Geddes PA | William P Bowden Aaron H Stulman | 500 Delaware Ave 8th Fl | PO Box 1150 | | Wilmington | DE | 19899-1150 | |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | Bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Counsel for for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | 51st Floor - Mellon Bank Center | 1735 Market Street | | Philadelphia | PA | 19103 | |
| Counsel for for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops; First & Lenora LLC | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | 919 Market Street, 11th Floor | | | Wilmington | DE | 19801 | |
| Co-Counsel for the Official Committee of Unsecured Creditors | Bayard PA | Justin R Alberto | 222 Delaware Ave Suite 900 | | | Wilmington | DE | 19801 | |
| Attorneys for The Irvine Company LLC | Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Suite 510 | | | Whittier | CA | 90602-1797 | |
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | 501 Spectrum Circle | | | Oxnard | CA | 93030 | |
| Attorneys for SAP Industries, Inc. | Brown & Connery LLP | Donald K. Ludman | 6 North Broad Street, Suite 100 | | | Woodbury | NJ | 08096 | |
| Counsel for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, a Professional Corp | Shawn M Christianson | 55 Second St 17th Fl | | | San Francisco | CA | 94105-3493 | |
| Counsel for First & Lenora LLC | Cairncross & Hempelmann | John Rizzardi | 524 Second Ave Ste 500 | | | Seattle | WA | 98104-2323 | |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Chipman Brown Cicero & Cole LLP | William E Chipman Jr | Hercules Plaza | 1313 N Market St Ste 5400 | | Wilmington | DE | 19801 | |
| Interested Party | Clayton Blehm | | 770 Sycamore Avenue, Suite 122 | | | Vista | CA | 92083 | |
| Lead Counsel for the Official Committee of Unsecured Creditors | Cooley LLP | Jay R Indyke Cathy Hershcopf | Seth Van Aalten Robert Winning | 1114 Avenue of the Americas | | New York | NY | 10036 | |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Agent for the Debtors' Prepetition Senior Secured Notes | Delware Trust Company | Attn Trust Administration | 2711 Centerville Road | | | Wilmington | DE | 19808 | |
| Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | Winchester House | 1 Great Winchester Street | | London | | EC2N 2DB | United Kingdom |
| eBay Enterprise, Inc. | eBay Enterprise, Inc. | Katherine S. Pell Esq | Assistant General Counsel | 935 First Avenue | | King of Prussia | PA | 19406 | |
| Environmental Protection Agency | Environmental Protection Agency | | 1650 Arch St | | | Philadelphia | PA | 19103-2029 | |
| Counsel for C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | 21650 Oxnard St Ste 500 | | | Woodland Hills | CA | 91367 | |
| Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 | Foley & Lardner LLP | Mark L Prager Mark F Hebbeln | Lars A Peterson | 321 N Clark St Ste 2800 | | Chicago | IL | 60654-5313 | |
| Counsel to 55 Thompson Street Investments, L.P. | Fowler White Burnett, P.A. | Eric A Rosen Esq | Northbridge Centre | 515 North Flagler Dr, Ste 2100 | | West Palm Beach | FL | 33401 | |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | 110 N. Wacker Drive | | | Chicago | IL | 60606 | |
| Committee of Unsecured Creditors | Global Brands Group | Attn Martin Leder | 12 Princeton Dr | | | Tappan | NY | 10903 | |
| Counsel to Queens' Market LLC | Goodsill Anderson Quinn & Stifel | Jonathan C Bolton | First Hawaiian Center | 999 Bishop St Ste 1600 | | Honolulu | HI | 96813 | |

**Exhibit D**
**Core/2002 First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | The Nemours Building | 1007 N Orange St Ste 1200 | | Wilmington | DE | 19801 | |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | One International Place | | | Boston | MA | 02110 | |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Hogan Lovells US LLP | Christopher R Donoho III John D Beck | 875 Third Ave | | | New York | NY | 10022 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| Counsel to Victoria Footwear Co Ltd | James A Shalvoy Esq | | 1201 Morningside Dr | Suite 215 | | Manhattan Beach | CA | 90266 | |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | 1900 Avenue of the Stars 7th Fl | | | Los Angeles | CA | 90067 | |
| Interested Party | Jung & Yuen, LLP | Curtis Jung, Esq. | 888 S. Figueroa St., Suite 720 | | | Los Angeles | CA | 90017 | |
| Counsel for E. Gluck Corporation | Kasowitz Benson Torres & Friedman LLP | David M Friedman Daniel A Fliman | 1633 Broadway | | | New York | NY | 10019 | |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Attorneys for Weihai Textile Group Import & Export Co., Ltd. | Katten Muchin Rosenman LLP | Matthew W Olsen | 575 Madison Avenue | | | New York | NY | 10022-2585 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | 333 South Hope Street | | | Los Angeles | CA | 90071 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Patrick J. Nash, Jr., Ross M. Kwasteniet | William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | Chicago | IL | 60654 | |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | 919 North Market Street, Suite 460 | | | Wilmington | DE | 19801 | |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Andrew Cole, Esq. | 800 North King Street, Suite 303 | | | Wilmington | DE | 19801 | |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Niclas A Ferland Esq Ilan Markus Esq | 545 Long Wharf Dr 9th Fl | | | New Haven | CT | 06511 | |
| Attorney for City of El Paso | Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro St Ste 300 | | | San Antonio | TX | 78205 | |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Attorneys for Dragon Crowd Garment, Inc. | Lobel Weiland Golden Friedman LLP | Alan J Friedman | 650 Town Center Drive, Suite 950 | | | Costa Mesa | CA | 92626 | |
| Counsel for C & K Broadway 519 LLC | Loeb & Loeb LLP | P Gregory Schwed, Bethany D Dimmons | 345 Park Ave | | | New York | NY | 10154 | |
| Attorneys for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R Doshi | 23 Green Street, Suite 302 | | | Huntington | NY | 11743 | |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | Attn Sheryl L Moreau | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Robert J Dehney | Andrew R Remming Tamara K Minott | 1201 North Market St 16th Fl | PO Box 1347 | Wilmington | DE | 19899-1347 | |
| Committee of Unsecured Creditors | New Generation Advisors LLC | Attn Baily Dent | 13 Elm St | | | Manchester | MA | 01944 | |
| New York State Department of Taxation and Finance | New York State Dept Taxation and Finance | Robert L Cook Esq | Office of Counsel | 340 East Main St | | Rochester | NY | 14604 | |
| Counsel for ABW Holdings LLC, Outrigger Hotels Hawaii, and ABW 2181 Holdings LLC | OConnor Playdon & Guben LLP | Jerrold K Guben Jeffery S Flores | Makai Tower, Ste 2400 | 733 Bishop St | | Honolulu | HI | 96813 | |
| US Trustee for District of DE | Office of United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | 1133 Avenue of the Americas | | | New York | NY | 10036-6710 | |
| Co-Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier | John H Schanne II | Hercules Plaza, Suite 5100 | 1313 N Market St | Wilmington | DE | 19899-1709 | |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins Mott LLP | Arlington ISD | c/o Elizabeth Banda Calvo | 500 E Border St Ste 640 | | Arlington | TX | 76010 | |

**Exhibit D**
**Core/2002 First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Attorneys for City of Katy, Harris County Municipal Utility District #358 and Harris County Water Control and Improvement District #155 | Perdue Brandon Fielder Collins Mott LLP | c/o Owen M Sonik | 1235 North Loop West | Suite 600 | | Houston | TX | 77008 | |
| Attorneys for Port Logistics | Port Logistics | c/o Pamela Kohlman Webster, Esq. | Buchalter Nemer | 1000 Wilshire Blvd., Suite 1500 | | Los Angeles | CA | 90017 | |
| Counsel to Parigi Group Ltd. | Potter Anderson & Corroon LLP | Jeremy W Ryan Etta R Mayers | 1313 N Market St 6th Fl | PO Box 951 | | Wilmington | DE | 19899-0951 | |
| Attorneys for Blue Diamond Crossing II, LLC | Rice Reuther Sullivan & Carroll LLP | David A Carroll Anthony J DiRaimondo | 3800 Howard Hughes Parkway Ste 1200 | | | Las Vegas | NV | 89169 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | | New York | NY | 10036 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | | Boston | MA | 02108 | |
| Interested Party | Rosenthal & Rosenthal Inc | Attn Anthony DiTirro | 1370 Broadway | | | New York | NY | 10018 | |
| Committee of Unsecured Creditors | Samil Tong Sang Co | Attn Ian Im | 18-130 Gangdong-Dong | | | Busan | | 13 618-800 | South Korea |
| Counsel for E. Gluck Corporation | Saul Ewing LLP | Mark Minuti | 222 Delaware Ave Ste 1200 | PO Box 1266 | | Wilmington | DE | 19899 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 | |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | One Battery Park Plaza | | | New York | NY | 10004 | |
| Counsel to G&S Realty 1, LLC | Shenwick & Associates | James H Shenwick | 655 Third Ave 20th Fl | | | New York | NY | 10017 | |
| Counsel to Parigi Group Ltd. | Sills Cummis & Gross PC | Andrew H Sherman Boris I Mankovetskiy | Lucas F Hammonds | One Riverfront Plaza | | Newark | NJ | 07102 | |
| Party in Interest, Landlord; Committee of Unsecured Creditors | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | | Indianapolis | IN | 46204 | |
| Counsel for Victoria Ward, Limited | Spector & Johnson PLLC | Howard Marc Spector | 12770 Coit Rd Ste 1100 | | | Dallas | TX | 75251 | |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Stroock & Stroock & Lavan LLP | Andrew P DeNatale | 180 Maiden Ln | | | New York | NY | 10038 | |
| Committee of Unsecured Creditors | T. Rowe Price Credit Opportunities Fund | c/o T. Rowe Price Associates, Inc. | Attn Andrew Baek | 100 E. Pratt Street | | Baltimore | MD | 21202 | |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | 200 East Long Lake Road Ste 300 | | | Bloomfield Hills | MI | 48304 | |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, BK Div | PO Box 20207 | | | Nashville | TN | 37202 | |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | Global Corporate Trust Services | 100 Wall Street, Suite 1600 | | New York | NY | 10005 | |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Committee of Unsecured Creditors | Wilfrid Global Opportunity Fund | c/o Wilfrid Aubrey LLC | Attn Nicholas Walsh | 465 Lexington Ave | | New York | NY | 10174 | |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | | Wilmington | DE | 19801 | |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan | Morgan L Patterson | 222 Delaware Ave Suite 1501 | | Wilmington | DE | 19801 | |
| Interested Party | WRI Marshalls Plaza, LP | c/o Weingarten Realty Investors | Attention: Jenny J. Hyun, Esq | 2600 Citadel Plaza Drive, Suite 125 | | Houston | TX | 77008 | |