# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
Debtors.[1] : Jointly Administered
:
---------------------------------- x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On February 5, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service list attached hereto as **Exhibit B**:

- **[Customized] Amended Notice of Executory Contracts to be Assumed Pursuant to the Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors In Possession and Cure Amount with Respect Thereto** (attached hereto as **Exhibit C**)

Dated: February 17, 2016

_/s/ Darlene Calderon_
Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 17th day of February, 2016, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _/s/ Jeffrey D McGuire_

JEFFREY D MCGUIRE
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

# EXHIBIT A

**Exhibit A**
**Special Parties Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, a Professional Corporation | Shawn M Christianson | schristianson@buchalter.com |
| Attorneys for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R Doshi | adoshi@magnozzikye.com |
| Attorneys for Oracle America, Inc. | Margolis Edelstein | James E Huggett | jhuggett@margolisedelstein.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# EXHIBIT B

**Exhibit B**
**Special Parties First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Counsel for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, a Professional Corporation | Shawn M Christianson | 55 Second St Suite 1700 | San Francisco | CA | 94105-3493 |
| Attorneys for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R Doshi | 23 Green Street, Suite 302 | Huntington | NY | 11743 |
| Attorneys for Oracle America, Inc. | Margolis Edelstein | James E Huggett | 300 Delaware Ave Ste 800 | Wilmington | DE | 19801 |
| Oracle America, Inc. | Oracle America, Inc. | Deborah Miller, Mike Czulada | 500 Oracle Pkwy | Redwood City | CA | 94065 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
Debtors.[1] : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED NOTICE OF EXECUTORY CONTRACTS TO BE ASSUMED PURSUANT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND CURE AMOUNT WITH RESPECT THERETO**

**PLEASE TAKE NOTICE THAT:**

On December 4, 2015, the Debtors filed the Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession [Docket No. 532], which was amended on January 28, 2016 by the Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession [Docket No. 731] (as further amended, modified, or supplemented from time to time, the "Plan").[2]

On January 7, 2016, the Debtors filed the Notice of Filing of Plan Supplement for the Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession [Docket No. 625] (as amended, modified, or supplemented from time to time, the "Plan Supplement"), which includes the schedule of certain executory contracts and unexpired Leases to be assumed by the Debtors pursuant to the Plan (as amended, modified or supplemented from time to time, the "Schedule of Assumed Executory Contracts and Unexpired Leases").

The Schedule of Assumed Executory Contracts and Unexpired Leases included an Executory Contract to which Oracle America Inc. ("Oracle") was the counterparty.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

On January 14, 2016, Oracle filed a limited objection to the Plan [Docket No. 652] (the "Oracle Objection") asserting that the Schedule of Assumed Executory Contracts and Unexpired Leases did not provide sufficient information as to the Executory Contract which the Debtors sought to assume and asserting that certain Cure Amounts were due.

On January 28, 2016, the Bankruptcy Court for the District of Delaware (the "Court") held a hearing in these cases with respect to the proposed confirmation of the Plan.

On January 29, 2016, the Court entered its Findings of Fact, Conclusions of Law and Order Confirming Plan of Reorganization of the Debtors [Docket No. 740] (the "Confirmation Order").  The Confirmation Order included language agreed to between Oracle and the Debtors which resolved the Oracle Objection and reserved all parties' rights with respect to assumption of any Executory Contracts between the Debtors and Oracle.

Following entry of the Confirmation Order, the Debtors and Oracle have engaged in discussions and reached agreement on the Executory Contracts to be assumed and the associated Cure Amounts.

In accordance with the Plan, the Confirmation Order, and the agreement reached between the Debtors and Oracle, the Debtors hereby provide notice of their intent to assume the Executory Contracts with Oracle set forth on Exhibit A hereto (the "Assumed Contracts").

1. Notice of Assumption:  The Debtors hereby provide notice (this "Notice") of their intent to assume the Executory Contracts, as listed on Exhibit A hereto (the "Assumed Contracts"), as of the Effective Date.  Each of the Assumed Contracts listed on Exhibit A includes any and all amendments, restatements or revisions thereto.  Assumption of such Assumed Contracts includes assumption of such amendments, restatements or revisions.

2. Notice of Cure Amount:  Within 30 days following the occurrence of the Effective Date or as soon as reasonably practicable thereafter, the Reorganized Debtors or their assignee, as applicable, shall pay in cash the Cure Amount set forth on Exhibit A hereto as to each Assumed Contract.  The Debtors will continue to pay all postpetition amounts owing under the Assumed Contracts until the assumption of the Assumed Contracts.  The Debtors' records reflect that, other than the Cure Amount, there are no other defaults under the Assumed Contracts.

3. Plan. The treatment of executory contracts and unexpired leases is more fully described in Article VII of the Plan and the Plan Supplement (as each may be amended).

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**COPIES OF DOCUMENTS**

    Any party in interest wishing to obtain information about the Plan or any documents filed in the above-captioned chapter 11 cases should (i) contact the Debtors' Voting Agent, Kurtzman Carson Consultants LLC, at **(877) 709-4757,** within the United States or Canada, or at **(424) 236-7235**, outside the United States or Canada, or at quiksilverinfo@kccllc.com or (ii) view such documents at the website maintained by the Debtors' Voting Agent, at **http://www.kccllc.net/quiksilver**.  All documents that are filed with the Court may be reviewed during regular business hours (9:00 a.m. to 4:00 p.m. weekdays, except legal holidays) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

Dated:   Wilmington, Delaware
     February 5, 2016

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

          /s/  *Van C. Durrer, II*
          Van C. Durrer, II (I.D. No. 3827)
          Annie Li
          300 South Grand Avenue, Suite 3400
          Los Angeles, California 90071
          Telephone: (213) 687-5000
          Fax: (213) 687-5600

          - and -

          Dain A. De Souza (I.D. No. 5737)
          One Rodney Square
          P.O. Box 636
          Wilmington, Delaware 19899-0636
          Telephone: (302) 651-3000
          Fax: (302) 651-3001

          - and -

          John K. Lyons
          Jessica Kumar
          155 N. Wacker Dr.
          Chicago, Illinois 60606
          Telephone: (312) 407-0700
          Fax: (312) 407-0411

          Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## ASSUMED CONTRACTS AND CURE AMOUNTS

| Debtor Name | Counterparty | Description | Cure Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |