**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Quiksilver, Inc., et al.,**[1] | ) | **Case No. 15-11880 (BLS)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**FIRST MONTHLY FEE APPLICATION OF KPMG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ACCOUNTING AND INTERNAL AUDIT ADVISORS
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM SEPTEMBER 9, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 11, 2016 *Nunc Pro Tunc* to September 9, 2015 |
| Period for which compensation and reimbursement is sought: | September 9, 2015 through October 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 129,945.00 [2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 4,162.77 |

This is a: __X__ Monthly _____ Interim _____ Final Application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Compensation requested net of Data Hosting Fee of $7,448.70.

## ATTACHMENT B
## TO FEE APPLICATION

| Professional Person | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Duleep Rodrigo | Principal - IA Team | 11.0 | $ 365 | $ 4,015.00 |
| Blake Elder | Director - IA Team | 16.0 | $ 350 | $ 5,600.00 |
| Jonathan Levitt | Director - IA Team | 81.5 | $ 350 | $ 28,525.00 |
| Samira Salam | Director - IA Team | 4.0 | $ 350 | $ 1,400.00 |
| Jim Crimmer | Manager - IA Team | 58.0 | $ 290 | $ 16,820.00 |
| Pushkar Sharma | Manager - IA Team | 64.0 | $ 290 | $ 18,560.00 |
| Carlos Trevino | Senior Associate - IA Team | 71.0 | $ 250 | $ 17,750.00 |
| Jason Mossuto | Senior Associate - IA Team | 118.5 | $ 250 | $ 29,625.00 |
| Gene Yu | Associate - IA Team | 51.0 | $ 150 | $ 7,650.00 |
| **Total Hours and Fees** | | **475.0** | | **$ 129,945.00** |
| **Blended Rate** | | | **$273.57** | |

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL FEES REQUESTED |
|---|---|---|
| 2015 IT INTERNAL AUDIT | 344.5 | $ 96,000.00 |
| 2015 IA SOX CO-SOURCE | 130.5 | $ 33,945.00 |
| **TOTAL HOURLY FEES** | **475.0** | **$ 129,945.00** |
| Data Hosting Fee | | $ 7,448.70[3] |
| **TOTAL FEES** | | **$ 137,393.70** |

---

[3] Data hosting fees disclosed per paragraph 25 of KPMG's retention application [D.I. 595] representing post-petition costs incurred in connection with maintaining and terminating this service.

2

**ATTACHMENT B**
**TO FEE APPLICATION,**
continued

**EXPENSE SUMMARY**

| Expense Category | | Total Expenses |
|---|---|---|
| Airfare | $ | 1,177.15 |
| Lodging | $ | 2,368.60 |
| Meals | $ | - |
| Ground Transportation | $ | 617.02 |
| Miscellaneous | $ | - |
| **Total** | **$** | **4,162.77** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Quiksilver, Inc., et al.,** | ) | **Case No. 15-11880 (BLS)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**FIRST MONTHLY FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTING AND INTERNAL AUDIT ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 9, 2015 THROUGH OCTOBER 31, 2015**

KPMG LLP, ("KPMG") as Accounting and Internal Audit Advisors to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") [4], files this First Monthly Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from September 9, 2015 through and including October 31, 2015 (the "Compensation Period"), in the amount of $134,107.77 and respectfully represents:

---

[4]  Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

**Background**

1. On September 9, 2015 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). These Chapter 11 Cases are jointly administered.

2. The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On September 22, 2015, the Office of the United States Trustee for the District of Delaware (the "United States Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee"). On September 28, 2015, the United States Trustee filed an Amended Notice of Appointment of Creditors' Committee. No trustee or examiner has been appointed in the Debtors' Chapter 11 Cases.

4. On December 23, 2015, the Debtors filed an Application for Entry of Order Authorizing Employment and Retention of KPMG LLP as their Accounting and Internal Audit Advisors, *Nunc Pro Tunc* to the Petition Date (the "Retention Application") [D.I. 595].

5. By this Court's Order, dated January 11, 2016 [D.I. 640] (the "Retention Order"), the Debtors were authorized to retain and employ KPMG as accounting and internal audit advisors n*unc pro tunc* to the Petition Date. The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set

forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

## Jurisdiction

6.      This Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

7.      The statutory predicates for the relief requested herein are sections 327(a) and 328(a) of the Bankruptcy Code.  The relief is further warranted under Bankruptcy Rules 2014(a) and 2016, as well as Local Bankruptcy Rules 2014-1 and 2016-2.

## Summary of Application

8.      During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person.  By this Application, KPMG requests allowance of interim compensation of professional fees totaling $129,945.00 and reimbursement of necessary and actual out-of-pocket expenses in the amount of $4,162.77.

**Summary of Services Rendered During the Compensation Period**

9. This Application is KPMG's First Monthly Fee Application for compensation and expense reimbursement filed in these chapter 11 cases, as referenced in Attachment B.  During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter11 process.

10. Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period

**Internal Audit Services (2015 Internal IT Audit)**
- Performed testing of the Debtors' Information Technology General Controls ("ITGC") for roll-forward and year-end in the United States

**Loan Staff Services (2015 IA SOX Co-Source)**
- KPMG assisted the Debtors' personnel in a loan staff capacity in supporting its Internal Controls Over Financial Reporting ("ICOFR") services

11. During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $150 to $365 per hour. The rates reflected in this Application represent approximately a 52% to 60% discount from KPMG's standard rates. Of the aggregate time expended, 11 hours were expended by partners and principals, 101.5 hours were expended by managing directors, directors and senior managers, 122 hours were expended by managers, and 240.5 hours were expended by senior associates and associates. KPMG's blended hourly rate for services provided during the Compensation Period is $273.57.

12. In addition to Attachment B, time detail records are annexed hereto as Exhibits C1 – C2. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

13. The fees applied for herein are based on the usual and customary fees KPMG charges to advisory clients and are commensurate with the usual and customary rates charged for services performed.

14. KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

15. The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

16. During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

17. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

18. Attached hereto as Exhibit D1, and incorporated herein by reference, is a detailed description of the actual and necessary expenses incurred by KPMG in connection with its employment with the Debtors during the Compensation Period. As set forth in Exhibit D1, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $4,162.77. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

*[Remainder of page left intentionally blank]*

**Conclusion**

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court approve the interim compensation of $129,945.00 as compensation for professional services rendered during the Compensation Period and reimbursement for actual and necessary expenses totaling $4,162.77 that KPMG incurred in rendering such services.

Dated: February 18, 2016

                                            Respectfully submitted,

*[signature: Pierre Kahn]*

                                            Pierre M. Kahn
                                            Partner, KPMG LLP
                                            550 South Hope Street
                                            Suite 1500
                                            Los Angeles, CA
                                            90071-2629

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Quiksilver, Inc., et al.,** | ) | **Case No. 15-11880 (BLS)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE**
**LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Pierre Kahn, being duly sworn, deposes and says:

1. I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2. By Order dated January 11, 2016, KPMG was retained as Accounting and Internal Audit Advisors to the above captioned debtors and debtors in possession (the "Debtors") *nunc pro tunc* to the petition date. I submit this Declaration in conjunction with KPMG's Monthly Fee Request, dated February 18, 2016 (the "Monthly Fee Request"), for KPMG's First Monthly Fee Request for compensation and allowance of expenses for the period September 9, 2015 through October 31, 2015.

3. I am familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

4. I have reviewed the foregoing Monthly Fee Request and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, and submit that the Monthly Fee Request substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 18th day of February, 2016

*[signature: Pierre Kahn]*

Pierre Kahn
KPMG LLP
550 South Hope Street, Suite 1500
Los Angeles, CA 90071