**EXHIBIT A**

**QUIKSILVER, Inc., et al.**
Summary Of Hours and Discounted Fees Incurred By Professional
September 9, 2015 through October 31, 2015

| Professional Person | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---:|---:|---:|
| Blake Elder | Director - IA Team | 16.0 | $ 350 | $ 5,600.00 |
| Carlos Trevino | Senior Associate - IA Team | 71.0 | $ 250 | $ 17,750.00 |
| Duleep Rodrigo | Principal - IA Team | 11.0 | $ 365 | $ 4,015.00 |
| Gene Yu | Associate - IA Team | 51.0 | $ 150 | $ 7,650.00 |
| Jason Mossuto | Senior Associate - IA Team | 118.5 | $ 250 | $ 29,625.00 |
| Jim Crimmer | Manager - IA Team | 58.0 | $ 290 | $ 16,820.00 |
| Jonathan Levitt | Director - IA Team | 81.5 | $ 350 | $ 28,525.00 |
| Pushkar Sharma | Manager - IA Team | 64.0 | $ 290 | $ 18,560.00 |
| Samira Salam | Director - IA Team | 4.0 | $ 350 | $ 1,400.00 |
| **Total Hours and Discounted Fees** | | **475.0** | | **$ 129,945.00** |
| **Discounted Fees** | | | | **$ 129,945.00** |
| Data Hosting Fee [1] | | | | $ 7,448.70 |
| **Subtotal Fees** | | | | **$ 137,393.70** |
| less Data Hosting Fee paid | | | | $ (7,448.70) |
| **Total Requested Fees** | | | | **$ 129,945.00** |
| Out of Pocket Expenses | | | | $ 4,162.77 |
| **Total Requested Fees & Out of Pocket Expenses** | | | | **$ 134,107.77** |
| less Holdback Adjustment (20%) | | | | $ (25,989.00) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 108,118.77** |

[1] Data hosting fee disclosed per paragraph 25 of KPMG's retention application [D.I. 595] representing postpetition costs incurred in connection with maintaining and terminating this service.