**EXHIBIT B**

QUIKSILVER., et al.
Summary of Hours and Discounted Fees Incurred by Category
September 9, 2015 through October 31, 2015

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | Expenses | Total Fees & Expenses |
|---|---|---|---|---|---|
| 2015 IT INTERNAL AUDIT | C1 | 344.5 | $ 96,000.00 | $ 2,170.78 | $ 98,170.78 |
| 2015 IA SOX CO-SOURCE | C2 | 130.5 | $ 33,945.00 | $ 1,991.99 | $ 35,936.99 |
| **TOTAL** | | **475.0** | **$ 129,945.00** | **$ 4,162.77** | **$ 134,107.77** |