**EXHIBIT D**
QUIKSILVER., et al.
Summary of Out of Pocket Expenses
September 9, 2015 through October 31, 2015

| Expense Category | | Amount |
|---|---|---:|
| Airfare | $ | 1,177.15 |
| Lodging | $ | 2,368.60 |
| Meals | $ | - |
| Ground Transportation | $ | 617.02 |
| Miscellaneous | $ | - |
| **Total** | **$** | **4,162.77** |

**EXHIBIT D1**

QUIKSILVER., et al.
Detail of Out of Pocket Expenses
September 9, 2015 through October 31, 2015

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Blake Elder | 10/13/15 | Round trip coach airfare from San Fransico, CA to Orange County, CA while performing work for Quiksilver. Departure 10/13/15, Return 10/13/15 | $ | 401.20 |
| Pushkar Sharma | 10/14/15 | Round trip coach airfare from San Fransico, CA to Orange County, CA while performing work for Quiksilver. Departure 10/14/15, Return 10/15/15 | $ | 401.20 |
| Pushkar Sharma | 10/20/15 | Round trip coach airfare from San Fransico, CA to Orange County, CA while performing work for Quiksilver. Departure 10/20/15, Return 10/23/15 | $ | 374.75 |
| | | **Air Fare Subtotal** | **$** | **1,177.15** |
| Pushkar Sharma | 10/15/15 | Hotel/Lodging: Hotel fees incurred in Seal Beach, CA for 1 nights (10/14/15 - 10/15/15) while performing work for Client Quiksilver SOX CO-Sourcing project. | $ | 155.95 |
| Jason Mossuto | 10/16/15 | Hotel/Lodging: Hotel fees incurred in Seal Beach, CA for 2 nights (10/14/15 - 10/16/15) while performing work for Client Quiksilver SOX CO-Sourcing project. | $ | 372.46 |
| Jason Mossuto | 10/22/15 | Hotel/Lodging: Hotel fees incurred in Seal Beach, CA for 4 nights (10/19/15 - 10/22/15) while performing work for Client Quiksilver SOX CO-Sourcing project. | $ | 757.12 |
| Pushkar Sharma | 10/23/15 | Hotel/Lodging: Hotel fees incurred in Santa ANA, OC, CA for 3 nights (10/20/15 - 10/23/15) while performing work for Client Quiksilver SOX CO-Sourcing project. | $ | 246.84 |
| Carlos Trevino | 10/23/15 | Hotel/Lodging: Hotel fees incurred in Huntington Beach, CA for 1 night (10/22/15 - 10/23/15) while performing work for Quiksilver | $ | 123.91 |
| Jason Mossuto | 10/30/15 | Hotel/Lodging: Hotel fees incurred in Seal Beach, CA for 4 nights (10/26/15 - 10/30/15) while performing work for Client Quiksilver SOX CO-Sourcing project. | $ | 712.32 |
| | | **Lodging Subtotal** | **$** | **2,368.60** |
| | | **Meals Subtotal** | **$** | **-** |
| Pushkar Sharma | 10/14/15 | Cab charges incurred while traveling to San Jose Airport from home for departing flight while performing work for client Client Quiksilver SOX CO-Sourcing project. | $ | 31.20 |
| Pushkar Sharma | 10/15/15 | Rental Car charges for 2 days incurred - Orange County, CA Airport while performing work for Client Quiksilver SOX CO-Sourcing project. | $ | 95.99 |
| Pushkar Sharma | 10/15/15 | Cab charges incurred while traveling to home from San Jose Airport upon return while performing work for client Client Quiksilver SOX CO-Sourcing project. | $ | 26.64 |

**EXHIBIT D1**

QUIKSILVER., et al.
Detail of Out of Pocket Expenses
September 9, 2015 through October 31, 2015

| Name | Date | Description | Amount |
|---|---|---|---|
| Jason Mossuto | 10/16/15 | Mileage incurred in excess of normal commute for roundtrip travel from home in Vista, CA to client site in Huntington Beach, CA while performing work for Client Quiksilver SOX CO-Sourcing project. Total of amount 50.03 for 87 miles | $ 50.03 |
| Pushkar Sharma | 10/20/15 | Gas charges incurred at Gas Station in Orange County, CA Airport when returning the defective car to Hertz at Santa ANA airport in OC, CA while performing work for Client Quiksilver SOX CO-Sourcing project. | $ 11.73 |
| Pushkar Sharma | 10/20/15 | Cab charges incurred while traveling to San Jose Airport from home for departing flight while performing work for client Client Quiksilver SOX CO-Sourcing project. | $ 23.75 |
| Pushkar Sharma | 10/23/15 | Rental Car charges - 3 days -Orange County, CA -while performing work for Client Quiksilver SOX CO-Sourcing project. | $ 251.34 |
| Pushkar Sharma | 10/23/15 | Cab charges incurred while traveling to Residence from San Jose Airport while performing work for client Client Quiksilver SOX CO-Sourcing project. | $ 26.28 |
| Jason Mossuto | 10/23/15 | Mileage incurred in excess of normal commute for roundtrip travel from home in Vista, CA to client site in Huntington Beach, CA while performing work for Client Quiksilver SOX CO-Sourcing project. Total of amount 50.03 for 87 miles | $ 50.03 |
| Jason Mossuto | 10/30/15 | Mileage incurred in excess of normal commute for roundtrip travel from home in Vista, CA to client site in Huntington Beach, CA while performing work for Client Quiksilver SOX CO-Sourcing project. Total of amount 50.03 for 87 miles | $ 50.03 |
| | | **Total Ground Transportation** | **$ 617.02** |
| | | **Miscellaneous Subtotal** | **$ -** |
| | | **Total Out of Pocket Expenses** | **$ 4,162.77** |