## EXHIBIT 1
### (Chapter 11 Cases Closed Pursuant to Final Decree and Order)

| DEBTOR | CASE NUMBERS |
| --- | --- |
| DC Direct, Inc. | 15-11882 (BLS) |
| Fidra, Inc. | 15-11884 (BLS) |
| Mt. Waimea, Inc. | 15-11886 (BLS) |
| Quiksilver Entertainment, Inc. | 15-11889 (BLS) |
| Quiksilver Wetsuits, Inc. | 15-11890 (BLS) |