# EXHIBIT A

## EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

*(See Guidelines C.3. for definitions of terms used in this Exhibit.)*

| | CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- | --- |
| | | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy * | BILLED In this fee application |
| Delete | Sr./Equity Partner/Shareholder | $950.00 | $921.27 |
| Delete | Of Counsel | $800.00 | $727.65 |
| Delete | Associate | $525.00 | $395.00 |
| Delete | Paralegal | $300.00 | $302.34 |
| Delete | Law Library Director | $325.00 | $0.00 |
| Delete | other Case Management Assistant | $225.00 | $225.00 |
| Add | *Click Add button to add additional timekeeper category* | | |
| | All timekeepers aggregated | * | $591.68 |

* Represents approximate blended hourly rate.  Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies.  For the fiscal year ending 2013, non-estate work represented approximately 1% of the Firm's revenues.  In 2014, non-estate work represented approximately 3-4% of the Firm's revenues, and in 2015, it is expected that non-estate work will represent approximately 2-3% of the Firm's revenues.

Case Name:            Quiksilver, Inc.
Case Number:          15-11880 (BLS)
Applicant's Name:     Pachulski Stang Ziehl & Jones LLP
Date of Application:  02/19/2016
Interim or Final:     Interim

UST Form 11-330-A (2013)