# EXHIBIT B

EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Delete | Laura Davis Jones | Partner | Bankruptcy | 1986 | $58,117.50 | 56.70 | $1,025.00 | $1,025.00 | 0 |
| Delete | Jeffrey N. Pomerantz | Partner | Bankruptcy | 1989 | $626.50 | 0.70 | $895.00 | $895.00 | 0 |
| Delete | David M. Bertenthal | Partner | Bankruptcy | 1993 | $2,537.50 | 2.90 | $875.00 | $875.00 | 0 |
| Delete | John A. Morris | Partner | Bankruptcy | 1991 | $18,112.50 | 20.70 | $875.00 | $875.00 | 0 |
| Delete | James E. O'Neill | Partner | Bankruptcy | 1985 | $6,225.00 | 8.30 | $750.00 | $750.00 | 0 |
| Delete | Harry D. Hochman | Of Counsel | Bankruptcy | 1987 | $4,950.00 | 6.60 | $750.00 | $750.00 | 0 |
| Delete | Michael R. Seidl | Partner | Bankruptcy | 1996 | $9,180.00 | 13.60 | $675.00 | $675.00 | 0 |
| Delete | William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | $1,235.00 | 1.90 | $650.00 | $650.00 | 0 |
| Delete | Joseph M. Mulvihill | Associate | Bankruptcy | 2014 | $5,688.00 | 14.40 | $395.00 | $395.00 | 0 |
| Delete | Monica Molitor | Paralegal | Bankruptcy | | $15,158.50 | 49.70 | $305.00 | $305.00 | 0 |
| Add | Click Add button to add additional timekeeper | | | | | | | | |

Case Name: Quiksilver, Inc.
Case Number: 15-11880 (BLS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 02/19/2016
Interim or Final: Interim

[1] If applicable

UST Form 11-330-B (2013)

EXHIBIT B (continued)

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Delete | Cheryl A. Knotts | Paralegal | Bankruptcy | | $354.00 | 1.20 | $295.00 | $295.00 | 0 |
| Delete | Denise A. Harris | Paralegal | Bankruptcy | | $177.00 | 0.60 | $295.00 | $295.00 | 0 |
| Delete | Patricia E. Cuniff | Paralegal | Bankruptcy | | $4,779.00 | 16.20 | $295.00 | $295.00 | 0 |
| Delete | Sheryle L. Pitman | Case Management Assistant | Bankruptcy | | $67.50 | 0.30 | $225.00 | $225.00 | 0 |
| Delete | Charles J. Bouzoukis | Case Management Assistant | Bankruptcy | | $3,555.00 | 15.80 | $225.00 | $225.0 | 0 |
| Delete | Andrea R. Paul | Case Management Assistant | Bankruptcy | | $45.00 | 0.20 | $225.00 | $225.00 | 0 |
| Delete | Karen S. Neil | Case Management Assistant | Bankruptcy | | $4,072.50 | 18.10 | $225.00 | $225.00 | 0 |
| Delete | Beatrice M. Koveleski | Case Management Assistant | Bankruptcy | | $22.50 | 0.10 | $225.00 | $225.00 | 0 |

[1] If applicable

Case Name: Quiksilver, Inc.
Case Number: 15-11880 (BLS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 02/19/2016
Interim or Final: Interim

UST Form 11-330-B (2013)