# EXHIBIT C

# EXHIBIT C-1

## BUDGET

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. *See* Guidelines ¶ C.8. for project category information.

| | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|---|
| | Asset Analysis and Recovery | | |
| | Asset Disposition | | |
| | Assumption and Rejection of Leases and Contracts | 30.00 | $20,000.00 |
| | Avoidance Action Analysis | | |
| | Budgeting (Case) | 5.00 | $5,000.00 |
| | Business Operations | | |
| | Case Administration | 80.00 | $25,000.00 |
| | Claims Administration and Objections | 30.00 | $25,000.00 |
| | Corporate Governance and Board Matters | | |
| | Employee Benefits and Pensions | | |
| | Employment and Fee Applications | 10.00 | $5,000.00 |
| | Employment and Fee Application Objections | | |
| | Financing and Cash Collateral | | |
| | Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) - identify each separately by caption and adversary number, or title of motion or application and docket number | | |
| Delete | Bankruptcy Litigation | 60.00 | $45,000.00 |
| Add | *Click Add button to add a litigation entry* | | |
| | Meetings and Communications with Creditors | | |
| | Non-Working Travel | | |
| | Plan and Disclosure Statement | 5.00 | $5,000.00 |
| | Real Estate | | |
| | Relief from Stay and Adequate Protection | 30.00 | $20,000.00 |
| | Reporting | | |
| | Tax | | |
| | Valuation | | |
| | **TOTAL** | 250.00 | $150,000.00 |

Case Name:         Quiksilver, Inc.
Case Number:       15-11880 (BLS)
Applicant's Name:  Pachulski Stang Ziehl & Jones LLP
Date of Application: 02/19/2016
Interim or Final:  Interim

UST Form 11-330-C (2013)

EXHIBIT C-2

STAFFING PLAN

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| | CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| Delete | Partner | 6 | $921.27 |
| Delete | Of Counsel | 2 | $727.65 |
| Delete | Associate | 1 | $395.00 |
| Delete | Paralegal | 4 | $302.34 |
| Delete | Case Management Assistant | 5 | $225.00 |
| Add | *Click Add button to add an additional timekeeper category* | | |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

Case Name: Quiksilver, Inc.
Case Number: 15-11880 (BLS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 02/19/2016
Interim or Final: Interim

UST Form 11-330-C (2013)