# EXHIBIT D

# EXHIBIT D -1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| | Asset Analysis and Recovery | | | | |
| | Asset Disposition | | | 1.00 | $1,025.00 |
| | Assumption and Rejection of Leases and Contracts | 30.00 | $20,000.00 | 24.60 | $20,802.00 |
| | Avoidance Action Analysis | | | | |
| | Budgeting (Case) | 5.00 | $5,000.00 | 6.90 | $6,808.50 |
| | Business Operations | | | | |
| | Case Administration | 80.00 | $25,000.00 | 79.90 | $22,872.50 |
| | Claims Administration and Objections | 30.00 | $25,000.00 | 25.70 | $20,564.50 |
| | Corporate Governance and Board Matters | | | | |
| | Employee Benefits and Pensions | | | 0.70 | $645.50 |
| | Employment and Fee Applications | 10.00 | $5,000.00 | 9.70 | $6,306.00 |
| | Employment and Fee Application Objections | | | | |
| | Financing and Cash Collateral | | | | |
| | Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) - identify each separately by caption and adversary number, or title of motion or application and docket number | | | | |
| Delete | Bankruptcy Litigation | 60.00 | $45,000.00 | 50.20 | $35,855.50 |
| Add | *Click Add button to add a litigation entry* | | | | |
| | Meetings and Communications with Creditors | | | | |
| | Non-Working Travel | | | | |
| | Plan and Disclosure Statement | 5.00 | $5,000.00 | 4.20 | $3,990.00 |
| | Real Estate | | | | |
| | Relief from Stay and Adequate Protection | 30.00 | $20,000.00 | 25.10 | $16,033.50 |
| | Reporting | | | | |
| | Tax | | | | |
| | Valuation | | | | |
| | **TOTAL** | 250.00 | $150,000.00 | 228.00 | $134,903.00 |

[1] If applicable

Case Name:            Quiksilver, Inc.
Case Number:          15-11880 (BLS)
Applicant's Name:     Pachulski Stang Ziehl & Jones LLP
Date of Application:  02/19/2016
Interim or Final:     Interim

UST Form 11-330-D (2013)

# EXHIBIT D -2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|  | CATEGORY | AMOUNT |
|---|---|---|
|  | Copies | $3,041.30 |
|  | Outside Printing |  |
|  | Telephone | $3.25 |
|  | Facsimile |  |
|  | Online Research | $85.70 |
|  | Delivery Services/Couriers | $189.51 |
|  | Postage | $13.70 |
|  | Local Travel |  |
|  | Out-of-Town Travel: |  |
|  | (a) Transportation |  |
|  | (b) Hotel |  |
|  | (c) Meals |  |
|  | (d) Ground Transportation |  |
| Delete | Legal Research | $563.55 |
| Delete | Travel Expense | $11.08 |
| Add | *Click Add button to add an out of town travel category* |  |
|  | Meals (local) |  |
|  | Court Fees | $176.00 |
|  | Subpoena Fees |  |
|  | Witness Fees |  |
|  | Deposition Transcripts |  |
|  | Trial Transcripts |  |
|  | Trial Exhibits |  |
|  | Litigation Support Vendors |  |
|  | Experts |  |
|  | Investigators |  |
|  | Arbitrators/Mediators |  |
| Delete | Other (please specify) |  |
| Add | *Click Add button to add another category* |  |

Case Name:         Quiksilver, Inc.
Case Number:       15-11880 (BLS)
Applicant's Name:  Pachulski Stang Ziehl & Jones LLP
Date of Application: 02/19/2016
Interim or Final:  Interim

UST Form 11-330-D (2013)