# EXHIBIT F

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUICKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |
| | | **Objection Deadline: December 14, 2015 at 4:00 p.m.** |
| | | **Hearing Date: Scheduled only if Necessary** |

**FIRST MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM SEPTEMBER 9, 2015 THROUGH SEPTEMBER 30, 2015**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *Nunc Pro Tunc* to September 9, 2015 by order signed October 6, 2015 |
| Period for which Compensation and Reimbursement is Sought: | September 9, 2015 through September 30, 2015[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $32,947.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $    436.40 |

This is a:      x monthly      interim      final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $1,000.00.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]   The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

Case 15-11880-BLS    Doc 488    Filed 11/23/15    Page 2 of 14

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | | | | | |

No prior fee applications have been filed.

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,025.00 | 15.30 | $15,682.50 |
| Jeffrey N. Pomerantz | Partner 1995; Member of CA Bar since 1989 | $ 895.00 | 0.60 | $ 537.00 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $ 875.00 | 2.20 | $ 1,925.00 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $ 750.00 | 8.30 | $ 6,225.00 |
| Joseph M. Mulvihill | Associate 2015; Member of DE Bar since 2014; Member of PA Bar since 2015 | $ 395.00 | 7.30 | $ 2,883.50 |
| Monica M. Molitor | Paralegal 2009 | $ 305.00 | 16.90 | $ 5,154.50 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 225.00 | 0.80 | $ 180.00 |
| Karen S. Neil | Case Management Assistant 2003 | $ 225.00 | 1.50 | $ 337.50 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $ 225.00 | 0.10 | $ 22.50 |

**Grand Total:** $ 32,947.50
**Total Hours:** 53.00
**Blended Rate:** $621.65

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 15.40 | $12,976.50 |
| Case Administration | 17.10 | $ 5,392.50 |
| Compensation of Professional | 0.20 | $   120.00 |
| Executory Contracts | 1.10 | $   434.50 |
| Retention of Professional | 3.70 | $ 3,132.50 |
| Stay Litigation | 15.50 | $10,891.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Delivery/Courier Service | | $ 13.00 |
| Court Research | | $ 17.40 |
| Reproduction Expense | | $333.70 |
| Reproduction/ Scan Copy | | $ 72.30 |

---

[3]PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUICKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
|  | ) |  |
| Debtors.[1] | ) |  |
|  | ) | Jointly Administered |
|  |  | **Objection Deadline:  December 14, 2015 at 4:00 p.m.** |
|  |  | **Hearing Date:  Scheduled only if Necessary** |

**FIRST MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM SEPTEMBER 9, 2015 THROUGH SEPTEMBER 30, 2015**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures," signed on or about October 28, 2015 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Co-Counsel to the Debtors and Debtors in Possession ("Debtors"), hereby submits its First Monthly Application for Compensation and for Reimbursement of Expenses for the Period from September 9, 2015 through September 30, 2015 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $32,947.50 and actual and necessary expenses in the amount of $436.40 for a

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

total allowance of $33,383.90 and payment of $26,358.00 (80% of the allowed fees) and

reimbursement of $436.40 (100% of the allowed expenses) for a total payment of $26,794.40 for

the period September 9, 2015 through September 30, 2015 (the "Interim Period").  In support of

this Application, PSZ&J respectfully represents as follows:

### Background

1.      On September 9, 2015, Debtors commenced their cases by filing voluntary

petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue in possession

of their properties and continue to operate and manage their businesses as debtors in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  An official committee of

unsecured creditors ("Committee") was appointed in these cases on or about September 22,

2015.  No trustee or examiner has been appointed in any of the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about October 28, 2015, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within twenty-one (21) days after service of the

monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning

with the period ending December 31, 2015, and at three-month intervals thereafter, each of the

Professionals shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

    4.    The retention of PSZ&J, as Co-Counsel to the Debtors, was approved effective as of September 9, 2015 by this Court's "Order Granting Debtors' Application Pursuant to Sections 327(a) and 329 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date," signed on or about October 6, 2015 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

    5.    All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors.

    6.    PSZ&J has received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case. PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of

$150,000.00. Upon final reconciliation of the amount actually expended prepetition, any balance

remaining from the prepetition payments to the Firm was credited to the Debtors and utilized as

PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation

procedures approved by this Court in accordance with the Bankruptcy Code.

### Fee Statements

7.    The fee statements for the Interim Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the

Administrative Order.  PSZ&J's time reports are initially handwritten by the attorney or

paralegal performing the described services.  The time reports are organized on a daily basis.

PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time

frame on a variety of different matters for a particular client, separate time entries are set forth in

the time reports.  PSZ&J's charges for its professional services are based upon the time, nature,

extent and value of such services and the cost of comparable services other than in a case under

the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working "travel time"

to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J

professionals attempt to work during travel.

### Actual and Necessary Expenses

8.    A summary of actual and necessary expenses incurred by PSZ&J for the

Interim Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per

page for photocopying expenses related to cases, such as these, arising in Delaware. PSZ&J's

photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier.

PSZ&J summarizes each client's photocopying charges on a daily basis.

      9.     PSZ&J charges $1.00 per page for out-going facsimile transmissions.

There is no additional charge for long distance telephone calls on faxes. The charge for outgoing

facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for

the machines, supplies and extra labor expenses associated with sending telecopies and is

reasonable in relation to the amount charged by outside vendors who provide similar services.

PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

      10.    With respect to providers of on-line legal research services (e.g., LEXIS

and WESTLAW), PSZ&J charges the standard usage rates these providers charge for

computerized legal research. PSZ&J bills its clients the actual amounts charged by such

services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

      11.    PSZ&J believes the foregoing rates are the market rates that the majority

of law firms charge clients for such services. In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and

other charges.

### Summary of Services Rendered

12.     The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

13.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

### Summary of Services by Project

14.     The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.    Bankruptcy Litigation

15.    This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Interim Period, the Firm, among other things: (1) performed work regarding First Day motions; (2) performed work regarding a request for temporary restraining order relating to Euro Notes; (3) performed work regarding Agenda Notices and Hearing Binders; (4) prepared for and attended a hearing on September 10, 2015; and (5) conferred and corresponded regarding litigation issues.

Fees: $12,976.50;    Hours: 15.40

### B.    Case Administration

16.    This category relates to work regarding administration of this case. During the Interim Period, the Firm, among other things:  (1) maintained a memorandum of critical dates; (2) maintained document control; (3) maintained service lists; and (4) reviewed and analyzed documents and pleadings and forwarded them to the appropriate persons.

Fees: $5,392.50;    Hours: 17.10

### C.    Compensation of Professionals

17.    This category relates to work regarding compensation of the Firm.  During the Interim Period, the Firm, among other things, corresponded regarding fee issues.

Fees: $120.00;    Hours: 0.20

### D.    Executory Contracts

18.    This category relates to work regarding executory contracts and unexpired leases of real property.  During the Interim Period, the Firm, among other things, performed

work regarding a motion pursuant to Section 364(d)(4) to extend the time for assumption or rejection of real property leases.

Fees: $434.50;        Hours: 1.10

**E.      Retention of Professionals**

19.     This category relates to issues regarding retention of the Firm.  During the Interim Period, the Firm, among other things, performed work regarding the Firm's retention application.

Fees: $3,132.50;        Hours: 3.70

**F.      Stay Litigation**

20.     This category relates to issues regarding the automatic stay and relief from stay motions.  During the Interim Period, the Firm, among other things, performed work regarding a motion for relief from stay relating to deceleration of notes, performed research, and corresponded and conferred regarding relief from stay issues.

Fees: $10,891.50;        Hours: 15.50

<u>**Valuation of Services**</u>

21.     Attorneys and paraprofessionals of PSZ&J expended a total 53.00 hours in connection with their representation of the Debtors during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,025.00 | 15.30 | $15,682.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey N. Pomerantz | Partner 1995; Member of CA Bar since 1989 | $  895.00 | 0.60 | $      537.00 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $  875.00 | 2.20 | $   1,925.00 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $  750.00 | 8.30 | $   6,225.00 |
| Joseph M. Mulvihill | Associate 2015; Member of DE Bar since 2014; Member of PA Bar since 2015 | $  395.00 | 7.30 | $   2,883.50 |
| Monica M. Molitor | Paralegal 2009 | $  305.00 | 16.90 | $   5,154.50 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $  225.00 | 0.80 | $      180.00 |
| Karen S. Neil | Case Management Assistant 2003 | $  225.00 | 1.50 | $      337.50 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $  225.00 | 0.10 | $        22.50 |

**Grand Total:** $      32,947.50
**Total Hours:**            53.00
**Blended Rate:**        $621.65

22.     The nature of work performed by these persons is fully set forth in Exhibit A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZ&J for the Debtors during the Interim Period is $32,947.50.

23.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period September 9,

2015 through September 30, 2015, an interim allowance be made to PSZ&J for compensation in

the amount of $32,947.50 and actual and necessary expenses in the amount of $436.40 for a total

allowance of $33,383.90 and payment of $26,358.00 (80% of the allowed fees) and

reimbursement of $436.40 (100% of the allowed expenses) be authorized for a total payment of

$26,794.40, and for such other and further relief as this Court may deem just and proper.

Dated: November 23, 2015          PACHULSKI STANG ZIEHL & JONES LLP


                                  Laura Davis Jones (DE Bar No. 2436)
                                  James E. O'Neill (DE Bar No. 4042)
                                  Jeffrey N. Pomerantz (CA Bar No. 143717)
                                  John A. Morris (NY Bar No. 4662)
                                  919 North Market Street, 17th Floor
                                  Wilmington, DE  19801
                                  Telephone:  (302) 652-4100
                                  Facsimile:  (302) 652-4400
                                  Email:   ljones@pszjlaw.com
                                           joneill@pszjlaw.com
                                           jpomerantz@pszjlaw.com
                                           jmorris@pszjlaw.com

                                  Co-Counsel for the Debtors and Debtors in Possession

# VERIFICATION

STATE OF DELAWARE          :
                          :
COUNTY OF NEW CASTLE      :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a)    I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones

LLP, and have been admitted to appear before this Court.

b)    I am familiar with many of the legal services rendered by Pachulski Stang

Ziehl & Jones LLP, as Co-Counsel to the Debtors, and am thoroughly familiar with the other

work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZ&J.

c)    I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about October 28,

2015, and submit that the Application substantially complies with such Rule and Order.

Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 23 day of November, 2015.

Notary Public
My Commission Expires:

MONICA ANGELA MOLITOR
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 17, 2016

# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | September 30, 2015 |
| | Invoice    111420 |
| | Client      72779 |
| | Matter     00002 |
| | **JNP** |

QuickSilver, Inc.
5600 Argosy Circle
Huntington Beach, CA

RE:  Post-Petition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   09/30/2015**

| | |
|---|---|
| FEES | $32,947.50 |
| EXPENSES | $436.40 |
| **TOTAL CURRENT CHARGES** | **$33,383.90** |
| **TOTAL BALANCE DUE** | **$33,383.90** |

Case 15-11880-BLS    Doc 438-2    Filed 11/23/15    Page 3 of 13

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    2
Invoice 111420
September 30, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation [L430] | 15.40 | $12,976.50 |
| CA | Case Administration [B110] | 17.10 | $5,392.50 |
| CP | Compensation Prof. [B160] | 0.20 | $120.00 |
| EC | Executory Contracts [B185] | 1.10 | $434.50 |
| RP | Retention of Prof. [B160] | 3.70 | $3,132.50 |
| SL | Stay Litigation [B140] | 15.50 | $10,891.50 |
|  |  | 53.00 | $32,947.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BMK | Koveleski, Beatrice M. | Case Man. Asst. | 225.00 | 0.10 | $22.50 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 0.80 | $180.00 |
| JAM | Morris, John A. | Partner | 875.00 | 2.20 | $1,925.00 |
| JEO | O'Neill, James E. | Partner | 750.00 | 8.30 | $6,225.00 |
| JMM | Mulvihill, Joseph M. | Associate | 395.00 | 7.30 | $2,883.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 0.60 | $537.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 1.50 | $337.50 |
| LDJ | Jones, Laura Davis | Partner | 1025.00 | 15.30 | $15,682.50 |
| MM | Molitor, Monica | Paralegal | 305.00 | 16.90 | $5,154.50 |
|  |  |  |  | 53.00 | $32,947.50 |

## Summary of Expenses

| Description | Amount |
|-------------|--------|
| Delivery/Courier Service | $13.00 |
| Pacer - Court Research | $17.40 |
| Reproduction Expense [E101] | $333.70 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779      00002

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Reproduction/ Scan Copy | $72.30 |
| | $436.40 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 09/09/2015 | JNP | BL | Review emails regarding case filing and first day hearings. | 0.20 | 895.00 | $179.00 |
| 09/09/2015 | LDJ | BL | Telephone conference with clients and Skadden regarding preparations for 9/10/15 hearing | 1.00 | 1025.00 | $1,025.00 |
| 09/09/2015 | LDJ | BL | Review first day motions and prepare for 9/10/15 hearing | 2.70 | 1025.00 | $2,767.50 |
| 09/09/2015 | JEO | BL | Finalize TRO documents for possible filing. | 2.00 | 750.00 | $1,500.00 |
| 09/09/2015 | JEO | BL | Conference with John Morris and Laura Davis Jones regarding possible TRO filing. | 0.40 | 750.00 | $300.00 |
| 09/09/2015 | JAM | BL | Review TRO papers for Euro Notes (.5); e-mail to PSZ&J team re Euro Notes papers and filing (.1); telephone conference with L. Jones, J. O'Neil re status (.2). | 0.80 | 875.00 | $700.00 |
| 09/09/2015 | MM | BL | Confer with James E. O'Neill regarding adversary proceeding and Temporary restraining order pleadings and exhibits | 0.10 | 305.00 | $30.50 |
| 09/09/2015 | MM | BL | Review first day hearing agenda (.2); email exchange with Sheryle Pitman and Andrea Paul regarding hearing binder for Laura Davis Jones (.2); obtain and refer first day declaration for Laura Davis Jones (.1) | 0.50 | 305.00 | $152.50 |
| 09/09/2015 | MM | BL | Conferences and email exchanges with James E. O'Neill regarding adversary proceeding | 0.30 | 305.00 | $91.50 |
| 09/10/2015 | LDJ | BL | Final preparations for 9/10/15 hearing | 2.50 | 1025.00 | $2,562.50 |
| 09/10/2015 | LDJ | BL | Attend 9/10/15 hearing | 3.00 | 1025.00 | $3,075.00 |
| 09/10/2015 | MM | BL | Email to Laura Davis Jones and James E. O'Neill regarding hearing transcripts | 0.10 | 305.00 | $30.50 |
| 09/24/2015 | JEO | BL | Review critical dates memo. | 0.30 | 750.00 | $225.00 |
| 09/25/2015 | KSN | BL | Prepare hearing binders for 10/6/15 hearing. | 1.50 | 225.00 | $337.50 |
| | | | | **15.40** | | **$12,976.50** |
| **Case Administration [B110]** | | | | | | |
| 09/09/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 09/09/2015 | MM | CA | Update dockets and review (3 times) (.3); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.6); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.50 | 305.00 | $457.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     5
Quiksilver                                                          Invoice 111420
72779    00002                                                      September 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/09/2015 | MM | CA | Coordinate 2002 service data updates regarding Simon Property and GGP Limited Partnership | 0.10 | 305.00 | $30.50 |
| 09/10/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 09/11/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.7); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 1.50 | 305.00 | $457.50 |
| 09/11/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for C & K Trading Company | 0.10 | 305.00 | $30.50 |
| 09/11/2015 | MM | CA | Coordinate 2002 service updates regarding counsel for Oaktree Capital Management and Tax Comptroller of Public Accounts | 0.10 | 305.00 | $30.50 |
| 09/11/2015 | MM | CA | Coordinate 2002 service updates regarding 404 West LLC, Arlington ISD, Taubman Landlords and Hilco Merchant Resources | 0.20 | 305.00 | $61.00 |
| 09/14/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.6); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 1.10 | 305.00 | $335.50 |
| 09/14/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for licensor | 0.10 | 305.00 | $30.50 |
| 09/14/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for GGP Limited Partnership | 0.10 | 305.00 | $30.50 |
| 09/14/2015 | MM | CA | Coordinate 2002 service data updates regarding State of Texas Taxing Authorities | 0.10 | 305.00 | $30.50 |
| 09/14/2015 | MM | CA | Coordinate 2002 service data update regarding counsel for Taubman Landlords | 0.10 | 305.00 | $30.50 |
| 09/15/2015 | MM | CA | Coordinate 2002 service data updates regarding Dallas County, Texas | 0.10 | 305.00 | $30.50 |
| 09/15/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 09/16/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Boulevard Investment and Macerich | 0.10 | 305.00 | $30.50 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/16/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.6); update critical dates memorandum (.1) | 0.80 | 305.00 | $244.00 |
| 09/17/2015 | LDJ | CA | Correspondence with Monica Molitor regarding critical dates memo | 0.10 | 1025.00 | $102.50 |
| 09/17/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 09/17/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Macerich Company and Miracle Mile Shops | 0.10 | 305.00 | $30.50 |
| 09/18/2015 | JNP | CA | Conference with V. Durrer regarding case issues. | 0.30 | 895.00 | $268.50 |
| 09/21/2015 | CJB | CA | Maintain document control. | 0.50 | 225.00 | $112.50 |
| 09/21/2015 | MM | CA | Coordinate 2002 service data updates regarding The Irvine Company, LLC | 0.10 | 305.00 | $30.50 |
| 09/21/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 09/22/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.5); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.20 | 305.00 | $366.00 |
| 09/22/2015 | MM | CA | Coordinate 2002 service data updates regarding Counsel for Banc of America Leasing and Counsel for Delaware Trust Company | 0.10 | 305.00 | $30.50 |
| 09/23/2015 | MM | CA | Coordinate 2002 service updates regarding Committee of Unsecured Creditors | 0.10 | 305.00 | $30.50 |
| 09/23/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 09/24/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.3); email critical dates memo to | 1.10 | 305.00 | $335.50 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | James E. O'Neill for review and comment (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) |  |  |  |
| 09/24/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Massive Prints and State of Missouri Department of Revenue | 0.20 | 305.00 | $61.00 |
| 09/24/2015 | MM | CA | Coordinate 2002 service updates regarding counsel for Banc of America Leasing | 0.10 | 305.00 | $30.50 |
| 09/24/2015 | MM | CA | Email to Linda Miazza regarding adjustments to 2002 service data regarding top 30 creditors and Creditors' Committee counsel | 0.10 | 305.00 | $30.50 |
| 09/24/2015 | MM | CA | Email to Kathe F. Finlayson regarding schedule of statutory deadlines for master calendar | 0.10 | 305.00 | $30.50 |
| 09/24/2015 | MM | CA | Coordinate 2002 service data updates regarding Counsel for SAP Industries | 0.10 | 305.00 | $30.50 |
| 09/25/2015 | CJB | CA | Maintain document control. | 0.30 | 225.00 | $67.50 |
| 09/25/2015 | MM | CA | Coordinate 2002 service data update regarding Counsel for SAP Industries | 0.10 | 305.00 | $30.50 |
| 09/25/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |
| 09/28/2015 | MM | CA | Email exchange with Karen Neil regarding hearing binders | 0.10 | 305.00 | $30.50 |
| 09/28/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 09/28/2015 | MM | CA | Coordinate 2002 service updates regarding Counsel for Annapolis Mall Owner | 0.10 | 305.00 | $30.50 |
| 09/29/2015 | MM | CA | Coordinate 2002 service data updates regarding Counsel for Queens Market | 0.10 | 305.00 | $30.50 |
| 09/29/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.80 | 305.00 | $244.00 |
| 09/30/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779   00002

Page:   8
Invoice 111420
September 30, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) |  |  |  |
|  |  |  |  | 17.10 |  | $5,392.50 |

### Compensation Prof. [B160]

| 09/23/2015 | JNP | CP | Review and forward prepetition bill to Skadden. | 0.10 | 895.00 | $89.50 |
|---|---|---|---|---|---|---|
| 09/24/2015 | MM | CP | Email to William Ramseyer regarding Committee appointment date and PSZJ retention application | 0.10 | 305.00 | $30.50 |
|  |  |  |  | 0.20 |  | $120.00 |

### Executory Contracts [B185]

| 09/27/2015 | JMM | EC | Finalize motion to shorten for 365(d)(4) motion | 0.20 | 395.00 | $79.00 |
|---|---|---|---|---|---|---|
| 09/27/2015 | JMM | EC | Comments to 365(d)(4) motion to Laura Davis Jones and James E. O'Neill | 0.60 | 395.00 | $237.00 |
| 09/28/2015 | JMM | EC | Emails with Laura Davis Jones and Skadden regarding 365 motion | 0.10 | 395.00 | $39.50 |
| 09/28/2015 | JMM | EC | Reviewing comments form Steven Fox regarding 365 motion | 0.20 | 395.00 | $79.00 |
|  |  |  |  | 1.10 |  | $434.50 |

### Retention of Prof. [B160]

| 09/11/2015 | JEO | RP | Draft PSZ&J retention application. | 1.00 | 750.00 | $750.00 |
|---|---|---|---|---|---|---|
| 09/14/2015 | LDJ | RP | Correspondence with Annie Li regarding PSZ&J retention | 0.10 | 1025.00 | $102.50 |
| 09/15/2015 | LDJ | RP | Work on PSZ&J retention application | 0.30 | 1025.00 | $307.50 |
| 09/15/2015 | LDJ | RP | Correspondence with Van Durrer regarding PSZ&J retention application | 0.20 | 1025.00 | $205.00 |
| 09/15/2015 | LDJ | RP | Further revisions to PSZ&J retention application | 0.20 | 1025.00 | $205.00 |
| 09/15/2015 | JEO | RP | Review and update PSZ&J retention app. | 0.60 | 750.00 | $450.00 |
| 09/16/2015 | LDJ | RP | Correspondence with Annie Li regarding PSZ&J retention application revisions | 0.20 | 1025.00 | $205.00 |
| 09/17/2015 | LDJ | RP | Correspondence with James E. O'Neill regarding final charges to PSZ&J retention application | 0.10 | 1025.00 | $102.50 |
| 09/17/2015 | LDJ | RP | Correspondence with Annie Li regarding final retention application | 0.20 | 1025.00 | $205.00 |
| 09/17/2015 | JEO | RP | Work on retention app for PSZ&J. | 0.80 | 750.00 | $600.00 |
|  |  |  |  | 3.70 |  | $3,132.50 |

Case 15-11880-BLS    Doc 436-7    Filed 11/23/15    Page 25 of 34

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    9

Invoice 111420

September 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Stay Litigation [B140]** | | | | | | |
| 09/24/2015 | LDJ | SL | Telephone call with Van Durrer regarding stay relief motion for deceleration of notes | 0.30 | 1025.00 | $307.50 |
| 09/25/2015 | LDJ | SL | Correspondence with James E. O'Neill regarding stay relief motion for deceleration of notes | 0.30 | 1025.00 | $307.50 |
| 09/25/2015 | LDJ | SL | Review and revise stay relief motion | 2.10 | 1025.00 | $2,152.50 |
| 09/25/2015 | LDJ | SL | Review and revise motion to shorten regarding motion for stay relief | 0.40 | 1025.00 | $410.00 |
| 09/25/2015 | LDJ | SL | Correspondence with Annie Li regarding stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/25/2015 | JEO | SL | Review stay motion and provide comments. | 0.80 | 750.00 | $600.00 |
| 09/25/2015 | JEO | SL | Work on draft of stay motion. | 2.00 | 750.00 | $1,500.00 |
| 09/25/2015 | JEO | SL | Emails with Joseph Mulvihill regarding stay motion. | 0.40 | 750.00 | $300.00 |
| 09/25/2015 | JAM | SL | Telephone conference with L. Jones re stay relief motion (.1); telephone conference with L. Jones, A. Li re stay relief motion (.1); review draft stay relief motion (.4); telephone conference with L. Jones re stay relief (.1); review revised motion (.3); communications with J. O'Neil, J. Mulvihill re motion (.2). | 1.20 | 875.00 | $1,050.00 |
| 09/25/2015 | JMM | SL | Drafting relief from stay motion | 2.70 | 395.00 | $1,066.50 |
| 09/25/2015 | JMM | SL | Emails with Laura Davis Jones , James E. O'Neill and co-counsel regarding relief from stay motion | 0.20 | 395.00 | $79.00 |
| 09/25/2015 | JMM | SL | Phone call with Laura Davis Jones and John Morris regarding relief from stay motion | 0.20 | 395.00 | $79.00 |
| 09/25/2015 | JMM | SL | Draft motion to shorten | 0.80 | 395.00 | $316.00 |
| 09/25/2015 | JMM | SL | Emails with Laura Davis Jones regarding filing a motion to shorten | 0.10 | 395.00 | $39.50 |
| 09/25/2015 | JMM | SL | Adding indenture to motion per James E. O'Neill email | 0.10 | 395.00 | $39.50 |
| 09/26/2015 | LDJ | SL | Review revisions to stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/27/2015 | LDJ | SL | Correspondence with Pat Nash regarding stay relief motion for deceleration of notes | 0.20 | 1025.00 | $205.00 |
| 09/27/2015 | LDJ | SL | Correspondence with Steve Fox regarding stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/27/2015 | LDJ | SL | Correspondence with Robert Ripin regarding stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/27/2015 | JMM | SL | Review Skadden changes to motion | 0.20 | 395.00 | $79.00 |
| 09/28/2015 | LDJ | SL | Review and revise stay relief motion | 0.40 | 1025.00 | $410.00 |
| 09/28/2015 | JAM | SL | E-mails with L. Jones, Skadden re Euro Notes Motion (.2). | 0.20 | 875.00 | $175.00 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2015 | LDJ | SL | Update stay relief motion | 0.20 | 1025.00 | $205.00 |
| 09/29/2015 | JMM | SL | Research regarding Steven Fox's comments to stay relief motion | 0.20 | 395.00 | $79.00 |
| 09/30/2015 | JMM | SL | Emails with Laura Davis Jones and Skadden regarding lift stay motion and motion to shorten | 0.30 | 395.00 | $118.50 |
| 09/30/2015 | JMM | SL | Research regarding comments on life stay motion | 1.40 | 395.00 | $553.00 |
| | | | | 15.50 | | $10,891.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                            $32,947.50

Pachulski Stang Ziehl & Jones LLP                          Page:    11
Quiksilver                                                 Invoice 111420
72779    00002                                             September 30, 2015

---

### Expenses

| Date | | | | Amount |
|------|----|----|----|-------|
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | | 0.40 |
| 09/09/2015 | RE | ( 1 @0.10 PER PG) | | 0.10 |
| 09/09/2015 | RE | ( 3 @0.10 PER PG) | | 0.30 |
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | | 0.40 |
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | | 0.40 |
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | | 0.40 |
| 09/09/2015 | RE | ( 2 @0.10 PER PG) | | 0.20 |
| 09/09/2015 | RE | ( 4 @0.10 PER PG) | | 0.40 |
| 09/09/2015 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | | 7.80 |
| 09/10/2015 | RE | ( 148 @0.10 PER PG) | | 14.80 |
| 09/10/2015 | RE | ( 1 @0.10 PER PG) | | 0.10 |
| 09/10/2015 | RE | ( 4 @0.10 PER PG) | | 0.40 |
| 09/10/2015 | RE | ( 16 @0.10 PER PG) | | 1.60 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | | 0.20 |
| 09/11/2015 | RE | ( 4 @0.10 PER PG) | | 0.40 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | | 0.20 |
| 09/11/2015 | RE | ( 172 @0.10 PER PG) | | 17.20 |
| 09/11/2015 | RE | ( 152 @0.10 PER PG) | | 15.20 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | | 0.10 |
| 09/11/2015 | RE | ( 4 @0.10 PER PG) | | 0.40 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

| | | | |
|---|---|---|---|
| 09/11/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 09/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/11/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2015 | RE | ( 34 @0.10 PER PG) | 3.40 |
| 09/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 09/11/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/11/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 09/11/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 919 @0.10 PER PG) | 91.90 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

Case 15-11880-BLS    Doc 466-2    Filed 11/23/15    Page 14 of 19

Pachulski Stang Ziehl & Jones LLP                     Page:    13
Quiksilver                                            Invoice 111420
72779    00002                                        September 30, 2015

| | | | |
|---|---|---|---:|
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/14/2015 | RE | ( 39 @0.10 PER PG) | 3.90 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/14/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/14/2015 | RE | ( 430 @0.10 PER PG) | 43.00 |
| 09/14/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/15/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/15/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/15/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/15/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |

Pachulski Stang Ziehl & Jones LLP                          Page:    14
Quiksilver                                                 Invoice 111420
72779    00002                                             September 30, 2015

---

| 09/15/2015 | RE  | ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 09/15/2015 | RE  | ( 2 @0.10 PER PG) | 0.20 |
| 09/15/2015 | RE  | ( 5 @0.10 PER PG) | 0.50 |
| 09/16/2015 | RE  | ( 6 @0.10 PER PG) | 0.60 |
| 09/16/2015 | RE  | ( 3 @0.10 PER PG) | 0.30 |
| 09/16/2015 | RE  | ( 563 @0.10 PER PG) | 56.30 |
| 09/16/2015 | RE  | ( 4 @0.10 PER PG) | 0.40 |
| 09/16/2015 | RE  | ( 2 @0.10 PER PG) | 0.20 |
| 09/17/2015 | RE  | ( 6 @0.10 PER PG) | 0.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/17/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/18/2015 | DC  | 72779.00001 Digital Legal Charges for 09-18-15 | 6.50 |
| 09/18/2015 | RE  | ( 35 @0.10 PER PG) | 3.50 |
| 09/18/2015 | RE  | ( 64 @0.10 PER PG) | 6.40 |
| 09/18/2015 | RE  | ( 37 @0.10 PER PG) | 3.70 |
| 09/18/2015 | RE  | ( 6 @0.10 PER PG) | 0.60 |
| 09/18/2015 | RE  | ( 2 @0.10 PER PG) | 0.20 |

Case 15-11880-BLS    Doc 466-2    Filed 11/23/15    Page 16 of 19

Pachulski Stang Ziehl & Jones LLP                    Page:    15
Quiksilver                                           Invoice 111420
72779    00002                                       September 30, 2015

| | | | |
|---|---|---|---|
| 09/18/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 09/21/2015 | RE | ( 28 @0.10 PER PG) | 2.80 |
| 09/21/2015 | RE | ( 22 @0.10 PER PG) | 2.20 |
| 09/21/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 09/21/2015 | RE | ( 194 @0.10 PER PG) | 19.40 |
| 09/21/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/21/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 09/21/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 09/21/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 09/21/2015 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 09/22/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/22/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/22/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 09/22/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/23/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/23/2015 | RE | ( 52 @0.10 PER PG) | 5.20 |
| 09/23/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 09/24/2015 | DC | 72779.00001 Digital Legal Charges for 09-24-15 | 6.50 |
| 09/24/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

| | | | |
|---|---|---|---|
| 09/24/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 09/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/24/2015 | RE | ( 32 @0.10 PER PG) | 3.20 |
| 09/24/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/24/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 09/24/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/24/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/24/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 09/25/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 09/28/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/28/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/28/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 09/28/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 09/28/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2015 | RE | ( 36 @0.10 PER PG) | 3.60 |

Case 15-11880-BLS   Doc 486-7   Filed 11/23/15   Page 18 of 19

Pachulski Stang Ziehl & Jones LLP

Quiksilver                                                          Page:    17

72779     00002                                                    Invoice 111420

                                                                   September 30, 2015

---

| 09/29/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 09/30/2015 | PAC | Pacer - Court Research | 17.40 |
| 09/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/30/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/30/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 09/30/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 09/30/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |

**Total Expenses for this Matter**                    **$436.40**

Pachulski Stang Ziehl & Jones LLP                                   Page:    18
Quiksilver                                                         Invoice 111420
72779    00002                                                     September 30, 2015

---

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 09/30/2015

| | |
|---|---|
| Total Fees | $32,947.50 |
| Chargeable costs and disbursements | $436.40 |
| Total Due on Current Invoice..................... | $33,383.90 |

Outstanding Balance from prior Invoices as of 09/30/2015    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices**                         $33,383.90