# EXHIBIT G

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |
| | | **Objection Deadline: January 11, 2016 at 4:00 p.m.** |
| | | **Hearing Date: Scheduled only if Necessary** |

**SECOND MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *Nunc Pro Tunc* to September 9, 2015 by order signed October 6, 2015 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2015 through October 31, 2015[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $38,391.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 1,664.34 |

This is a:      x  monthly        interim        final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $1,000.00.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/23/15 | 09/09/15 – 09/30/15 | $32,947.50 | $436.40 | $26,358.00 | $436.40 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,025.00 | 23.30 | $23,882.50 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $ 875.00 | 2.00 | $ 1,750.00 |
| Joseph M. Mulvihill | Associate 2015; Member of DE Bar since 2014; Member of PA Bar since 2015 | $ 395.00 | 7.10 | $ 2,804.50 |
| Monica M. Molitor | Paralegal 2009 | $ 305.00 | 19.80 | $ 6,039.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 225.00 | 0.30 | $    67.50 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 225.00 | 7.40 | $ 1,665.00 |
| Karen S. Neil | Case Management Assistant 2003 | $ 225.00 | 9.70 | $ 2,182.50 |

**Grand Total:**  $ 38,391.00
**Total Hours:**       69.60
**Blended Rate:** $       551.59

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.00 | $ 1,025.00 |
| Bankruptcy Litigation | 23.70 | $16,284.50 |
| Case Administration | 26.20 | $ 7,335.00 |
| Financing | 6.90 | $ 6,808.50 |
| Plan & Disclosure Statement | 1.70 | $ 1,427.50 |
| Retention of Professional | 0.20 | $     61.00 |
| Retention of Prof./Other | 0.30 | $   307.50 |
| Stay Litigation | 9.60 | $ 5,142.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | AT&T Conference Call | $ 3.25 |
| Delivery/Courier Service | Digital Legal | $ 71.59 |
| Filing Fee | USBC | $176.00 |
| Court Research | Pacer | $ 67.20 |
| Reproduction Expense | | $770.80 |
| Reproduction/ Scan Copy | | $575.50 |

---

[3]PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |
| | | **Objection Deadline:  January 11, 2016 at 4:00 p.m.** |
| | | **Hearing Date:  Scheduled only if Necessary** |

**SECOND MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures," signed on or about October 28, 2015 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Co-Counsel to the Debtors and Debtors in Possession ("Debtors"), hereby submits its Second Monthly Application for Compensation and for Reimbursement of Expenses for the Period from October 1, 2015 through October 31, 2015 (the "Application").

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $38,391.00 and actual and necessary expenses in the amount of $1,664.34 for a total allowance of $40,055.34 and payment of $30,712.80 (80% of the allowed fees) and reimbursement of $1,664.34 (100% of the allowed expenses) for a total payment of $32,377.14 for the period October 1, 2015 through October 31, 2015 (the "Interim Period").  In support of this Application, PSZ&J respectfully represents as follows:

### Background

1.     On September 9, 2015, Debtors commenced their cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue in possession of their properties and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  An official committee of unsecured creditors ("Committee") was appointed in these cases on or about September 22, 2015.  No trustee or examiner has been appointed in any of the Debtors' chapter 11 cases.

2.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.     On or about October 28, 2015, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning

with the period ending December 31, 2015, and at three-month intervals thereafter, each of the

Professionals shall file and serve an interim application for allowance of the amounts sought in

its monthly fee applications for that period.  All fees and expenses paid are on an interim basis

until final allowance by the Court.

4.      The retention of PSZ&J, as Co-Counsel to the Debtors, was approved

effective as of September 9, 2015 by this Court's "Order Granting Debtors' Application Pursuant

to Sections 327(a) and 329 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 and

Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of

Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition

Date," signed on or about October 6, 2015 (the "Retention Order").  The Retention Order

authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and

necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.      All services for which PSZ&J requests compensation were performed for

or on behalf of the Debtors.

6.      PSZ&J has received no payment and no promises for payment from any

source other than from the Debtors for services rendered or to be rendered in any capacity

whatsoever in connection with the matters covered by this Application.  There is no agreement or

understanding between PSZ&J and any other person other than the partners of PSZ&J for the

sharing of compensation to be received for services rendered in this case. PSZ&J has received

payments from the Debtors during the year prior to the Petition Date in the amount of

$150,000.00. Upon final reconciliation of the amount actually expended prepetition, any balance

remaining from the prepetition payments to the Firm was credited to the Debtors and utilized as

PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation

procedures approved by this Court in accordance with the Bankruptcy Code.

### Fee Statements

7.    The fee statements for the Interim Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period. To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the

Administrative Order. PSZ&J's time reports are initially handwritten by the attorney or

paralegal performing the described services. The time reports are organized on a daily basis.

PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time

frame on a variety of different matters for a particular client, separate time entries are set forth in

the time reports. PSZ&J's charges for its professional services are based upon the time, nature,

extent and value of such services and the cost of comparable services other than in a case under

the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working "travel time"

to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J

professionals attempt to work during travel.

## Actual and Necessary Expenses

8.    A summary of actual and necessary expenses incurred by PSZ&J for the

Interim Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per

page for photocopying expenses related to cases, such as these, arising in Delaware.  PSZ&J's

photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier.

PSZ&J summarizes each client's photocopying charges on a daily basis.

9.    PSZ&J charges $1.00 per page for out-going facsimile transmissions.

There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing

facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for

the machines, supplies and extra labor expenses associated with sending telecopies and is

reasonable in relation to the amount charged by outside vendors who provide similar services.

PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

10.    With respect to providers of on-line legal research services (e.g., LEXIS

and WESTLAW), PSZ&J charges the standard usage rates these providers charge for

computerized legal research.  PSZ&J bills its clients the actual amounts charged by such

services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

11.    PSZ&J believes the foregoing rates are the market rates that the majority

of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

12.    The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

13.    PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

### Summary of Services by Project

14.    The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each category.

### A.    Asset Disposition

15.    This category relates to work regarding sale and other asset disposition issues.  During the Interim Period, the Firm, among other things, performed work regarding declarations in support of store closing sales, and attended to issues regarding a store closing motion.

Fees: $1,025.00;      Hours: 1.00

### B.    Bankruptcy Litigation

16.    This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Interim Period, the Firm, among other things: (1) performed work regarding Agenda Notices and Hearing Binders; (2) attended to scheduling issues; (3) prepared for and attended hearings on October 6, 14 and 28, 2015; and (4) conferred and corresponded regarding litigation issues.

Fees: $16,284.50;      Hours: 23.70

### C.    Case Administration

17.    This category relates to work regarding administration of this case. During the Interim Period, the Firm, among other things:  (1) maintained a memorandum of critical dates; (2) maintained document control; (3) maintained service lists; and (4) reviewed and analyzed documents and pleadings and forwarded them to the appropriate persons.

Fees: $7,335.00;      Hours: 26.20

**D.      Financing**

18.      This category relates to work regarding Debtor in Possession ("DIP")

financing and use of cash collateral.  During the Interim Period, the Firm, among other things:

(1) reviewed and analyzed objections to proposed DIP financing; (2) performed work regarding a

Committee objection to DIP financing and assumption of PSA; and (3) corresponded and

conferred regarding financing issues.

Fees:  $6,808.50;      Hours:  6.90

**E.      Plan and Disclosure Statement**

19.      This category relates to work regarding a Plan of Reorganization ("Plan")

and Disclosure Statement.  During the Interim Period, the Firm, among other things:

(1) reviewed and analyzed a Plan; (2) performed research; and (3) performed work regarding

Plan Support Agreements.

Fees:  $1,427.50;      Hours:  1.70

**F.      Retention of Professionals**

20.      This category relates to issues regarding retention of the Firm.  During the

Interim Period, the Firm, among other things, performed work regarding the Firm's retention

application.

Fees:  $61.00;      Hours:  0.20

G.     **Retention of Professionals--Others**

21.    This category relates to issues regarding retention of professionals, other than the Firm.  During the Interim Period, the Firm, among other things, performed work regarding the PJ Solomon matter.

Fees: $307.50;        Hours: 0.30

H.     **Stay Litigation**

22.    This category relates to issues regarding the automatic stay and relief from stay motions.  During the Interim Period, the Firm, among other things, performed work regarding a motion and order for relief from stay relating to bonds, attended to notice issues, and corresponded and conferred regarding relief from stay issues.

Fees: $5,142.00;      Hours: 9.60

### Valuation of Services

23.    Attorneys and paraprofessionals of PSZ&J expended a total 69.60 hours in connection with their representation of the Debtors during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,025.00 | 23.30 | $23,882.50 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $ 875.00 | 2.00 | $ 1,750.00 |
| Joseph M. Mulvihill | Associate 2015; Member of DE Bar since 2014; Member of PA Bar since 2015 | $ 395.00 | 7.10 | $ 2,804.50 |
| Monica M. Molitor | Paralegal 2009 | $ 305.00 | 19.80 | $ 6,039.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 225.00 | 0.30 | $   67.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 225.00 | 7.40 | $ 1,665.00 |
| Karen S. Neil | Case Management Assistant 2003 | $ 225.00 | 9.70 | $ 2,182.50 |

**Grand Total:** $ 38,391.00
**Total Hours:** 69.60
**Blended Rate:** $ 551.59

24.     The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Debtors during the Interim Period is $38,391.00.

25.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period October 1, 2015 through October 31, 2015, an interim allowance be made to PSZ&J for compensation in the amount of $38,391.00 and actual and necessary expenses in the amount of $1,664.34 for a total allowance of $40,055.34 and payment of $30,712.80 (80% of the allowed fees) and

reimbursement of $1,664.34 (100% of the allowed expenses) be authorized for a total payment of

$32,377.14, and for such other and further relief as this Court may deem just and proper.

Dated: December 21, 2015            PACHULSKI STANG ZIEHL & JONES LLP

                                    Laura Davis Jones (DE Bar No. 2436)
                                    James E. O'Neill (DE Bar No. 4042)
                                    Jeffrey N. Pomerantz (CA Bar No. 143717)
                                    John A. Morris (NY Bar No. 4662)
                                    919 North Market Street, 17th Floor
                                    Wilmington, DE  19801
                                    Telephone:  (302) 652-4100
                                    Facsimile:  (302) 652-4400
                                    Email:  ljones@pszjlaw.com
                                            joneill@pszjlaw.com
                                            jpomerantz@pszjlaw.com
                                            jmorris@pszjlaw.com

                                    Co-Counsel for the Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE    :
    :
COUNTY OF NEW CASTLE  :

       Laura Davis Jones, after being duly sworn according to law, deposes and says:

       a)    I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones

LLP, and have been admitted to appear before this Court.

       b)    I am familiar with many of the legal services rendered by Pachulski Stang

Ziehl & Jones LLP, as Co-Counsel to the Debtors, and am thoroughly familiar with the other

work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZ&J.

       c)    I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about October 28,

2015, and submit that the Application substantially complies with such Rule and Order.

                  _____
                     Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 21 day of _Dec._ , 2015.

_____
Notary Public
My Commission Expires:

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 14, 2016

# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

QuickSilver, Inc.
5600 Argosy Circle
Huntington Beach, CA

October 31, 2015
Invoice    111689
Client     72779
Matter     00002
     **JNP**

RE:  Post-Petition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2015

| | |
|---|---|
| FEES | $38,391.00 |
| EXPENSES | $1,664.34 |
| **TOTAL CURRENT CHARGES** | **$40,055.34** |
| **BALANCE FORWARD** | **$33,383.90** |
| **TOTAL BALANCE DUE** | **$73,439.24** |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    2
Invoice 111689
October 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 1.00 | $1,025.00 |
| BL | Bankruptcy Litigation [L430] | 23.70 | $16,284.50 |
| CA | Case Administration [B110] | 26.20 | $7,335.00 |
| FN | Financing [B230] | 6.90 | $6,808.50 |
| PD | Plan & Disclosure Stmt. [B320] | 1.70 | $1,427.50 |
| RP | Retention of Prof. [B160] | 0.20 | $61.00 |
| RPO | Ret. of Prof./Other | 0.30 | $307.50 |
| SL | Stay Litigation [B140] | 9.60 | $5,142.00 |
| | | 69.60 | $38,391.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 7.40 | $1,665.00 |
| JAM | Morris, John A. | Partner | 875.00 | 2.00 | $1,750.00 |
| JMM | Mulvihill, Joseph M. | Associate | 395.00 | 7.10 | $2,804.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 9.70 | $2,182.50 |
| LDJ | Jones, Laura Davis | Partner | 1025.00 | 23.30 | $23,882.50 |
| MM | Molitor, Monica | Paralegal | 305.00 | 19.80 | $6,039.00 |
| SLP | Pitman, L. Sheryle | Case Man. Asst. | 225.00 | 0.30 | $67.50 |
| | | | | 69.60 | $38,391.00 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $3.25 |
| Delivery/Courier Service | $71.59 |

Case 15-11880-BLS   Doc 592-2   Filed 12/21/15   Page 4 of 29

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:      3
Invoice 111689
October 31, 2015

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Filing Fee [E112] | $176.00 |
| Pacer - Court Research | $67.20 |
| Reproduction Expense [E101] | $770.80 |
| Reproduction/ Scan Copy | $575.50 |
| | $1,664.34 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    4

Invoice 111689

October 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** |  |  |  |  |  |  |
| 10/01/2015 | LDJ | AD | Review Chartock supplemental declaration in support of store closing sale | 0.40 | 1025.00 | $410.00 |
| 10/01/2015 | LDJ | AD | Review Ian Fredericks supplemental declaration in support of store closing sale | 0.40 | 1025.00 | $410.00 |
| 10/01/2015 | LDJ | AD | Review reply to limited objection of Taubman Landlords to store closing motion | 0.20 | 1025.00 | $205.00 |
|  |  |  |  | **1.00** |  | **$1,025.00** |
| **Bankruptcy Litigation [L430]** |  |  |  |  |  |  |
| 10/01/2015 | KSN | BL | Prepare hearing binders for 10/6/15 hearing. | 0.20 | 225.00 | $45.00 |
| 10/02/2015 | LDJ | BL | Review matters scheduled for 10/6/15 hearing | 0.20 | 1025.00 | $205.00 |
| 10/02/2015 | KSN | BL | Prepare hearing binders for 10/6/15 hearing. | 2.00 | 225.00 | $450.00 |
| 10/02/2015 | JAM | BL | Review revised motion (.4); review e-mails re motion for Boardriders bonds (.2). | 0.60 | 875.00 | $525.00 |
| 10/02/2015 | MM | BL | Email exchange with Karen Neil regarding 10/6/15 hearing binder | 0.10 | 305.00 | $30.50 |
| 10/05/2015 | KSN | BL | Prepare hearing binders for 10/6/15 hearing. | 0.20 | 225.00 | $45.00 |
| 10/05/2015 | MM | BL | Confer with Karen Neil regarding amended agenda and hearing binder updates for Laura Davis Jones' regarding same | 0.10 | 305.00 | $30.50 |
| 10/06/2015 | LDJ | BL | Attend 10/6/15 hearing | 1.50 | 1025.00 | $1,537.50 |
| 10/06/2015 | KSN | BL | Prepare hearing binders for 10/14/15 hearing. | 0.30 | 225.00 | $67.50 |
| 10/08/2015 | MM | BL | Email exchange with Karen Neil regarding 10/14/15 hearing preparation | 0.10 | 305.00 | $30.50 |
| 10/09/2015 | LDJ | BL | Review matters scheduled for 10/14/15 hearing | 0.20 | 1025.00 | $205.00 |
| 10/09/2015 | KSN | BL | Prepare hearing binders for 10/14/15 hearing. | 2.50 | 225.00 | $562.50 |
| 10/13/2015 | LDJ | BL | Prepare for 10/14/15 hearing | 1.50 | 1025.00 | $1,537.50 |
| 10/13/2015 | KSN | BL | Prepare hearing binders for 10/14/15 hearing. | 0.70 | 225.00 | $157.50 |
| 10/14/2015 | LDJ | BL | Final preparation for 10/14/15 hearing | 1.20 | 1025.00 | $1,230.00 |
| 10/14/2015 | LDJ | BL | Attend 10/14/15 hearing | 5.80 | 1025.00 | $5,945.00 |
| 10/14/2015 | JMM | BL | Printing Judge Sontchi decision for Laura Davis Jones and send to Court | 0.20 | 395.00 | $79.00 |
| 10/22/2015 | KSN | BL | Prepare hearing binders for 11/17/15 hearing. | 0.20 | 225.00 | $45.00 |
| 10/26/2015 | LDJ | BL | Review matters scheduled for hearing on 10/28/15 | 0.20 | 1025.00 | $205.00 |
| 10/26/2015 | KSN | BL | Prepare hearing binders for 10/28/15 hearing. | 2.80 | 225.00 | $630.00 |
| 10/26/2015 | MM | BL | Email exchange with Karen Neil regarding 10/28/15 hearing agenda and hearing binders for Laura Davis | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

Page:    5
Invoice 111689
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Jones regarding same | | | |
| 10/26/2015 | MM | BL | Email to Laura Davis Jones and James E. O'Neill regarding 10/28/15 hearing binders | 0.10 | 305.00 | $30.50 |
| 10/28/2015 | LDJ | BL | Attend 10/28/15 hearing | 2.50 | 1025.00 | $2,562.50 |
| 10/28/2015 | KSN | BL | Prepare hearing binders for 11/17/15 hearing. | 0.30 | 225.00 | $67.50 |
| | | | | **23.70** | | **$16,284.50** |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 10/01/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Creditors' Committee per entry of appearance | 0.10 | 305.00 | $30.50 |
| 10/02/2015 | MM | CA | Coordinate 2002 service updates regarding amended notice of appearance filed by Macerich counsel | 0.10 | 305.00 | $30.50 |
| 10/02/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.2); email critical dates memo to James E. O'Neill and Laura Davis Jones and John A. Morris (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.00 | 305.00 | $305.00 |
| 10/05/2015 | SLP | CA | Maintain docket control. | 0.30 | 225.00 | $67.50 |
| 10/05/2015 | CJB | CA | Maintain document control. | 1.70 | 225.00 | $382.50 |
| 10/05/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 10/06/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.4); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.3) | 1.30 | 305.00 | $396.50 |
| 10/07/2015 | CJB | CA | Maintain document control. | 2.30 | 225.00 | $517.50 |
| 10/07/2015 | MM | CA | Coordinate 2002 service updates regarding counsel for First & Lenora | 0.10 | 305.00 | $30.50 |
| 10/07/2015 | MM | CA | Update dockets and review (.1); review daily | 1.00 | 305.00 | $305.00 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | | | |
| 10/08/2015 | CJB | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 10/08/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 10/08/2015 | MM | CA | Coordinate 2002 update regarding Rosenthal & Rosenthal | 0.10 | 305.00 | $30.50 |
| 10/12/2015 | CJB | CA | Maintain document control. | 0.60 | 225.00 | $135.00 |
| 10/12/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.90 | 305.00 | $274.50 |
| 10/13/2015 | MM | CA | Coordinate 2002 service data regarding counsel for Victoria Ward Ltd. | 0.10 | 305.00 | $30.50 |
| 10/13/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.6); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 1.20 | 305.00 | $366.00 |
| 10/14/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 10/15/2015 | CJB | CA | Maintain document control. | 0.60 | 225.00 | $135.00 |
| 10/15/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/15/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 10/16/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates | 0.50 | 305.00 | $152.50 |

Case 15-11880-BLS    Doc 592-2    Filed 12/21/15    Page 8 of 29

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    7

Invoice 111689

October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | | | |
| 10/19/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.90 | 305.00 | $274.50 |
| 10/20/2015 | CJB | CA | Maintain document control. | 0.80 | 225.00 | $180.00 |
| 10/20/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/20/2015 | MM | CA | Coordinate 2002 service updates regarding City of El Paso and Dragon Crowd Garment | 0.10 | 305.00 | $30.50 |
| 10/20/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.90 | 305.00 | $274.50 |
| 10/21/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.50 | 305.00 | $152.50 |
| 10/21/2015 | MM | CA | Coordinate 2002 service updates per substitution of counsel regarding Taubman landlords | 0.10 | 305.00 | $30.50 |
| 10/21/2015 | MM | CA | Coordinate 2002 service updates regarding WRI Marshals Plaza | 0.10 | 305.00 | $30.50 |
| 10/22/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel for Weihai Textile | 0.10 | 305.00 | $30.50 |
| 10/22/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 10/23/2015 | CJB | CA | Maintain document control. | 0.40 | 225.00 | $90.00 |
| 10/23/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/23/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |

Case 15-11880-BLS   Doc 592-2   Filed 12/21/15   Page 9 of 29

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779   00002

Page:   8
Invoice 111689
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2015 | CJB | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 10/26/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 10/26/2015 | MM | CA | Coordinate 2002 service updates regarding Parigi Group | 0.10 | 305.00 | $30.50 |
| 10/27/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/27/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.5); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.30 | 305.00 | $396.50 |
| 10/27/2015 | MM | CA | Email to Linda Miazza regarding adjustment to 2002 data regarding Committee counsel | 0.10 | 305.00 | $30.50 |
| 10/28/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 10/29/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 10/29/2015 | MM | CA | Coordinate 2002 service data updates regarding Blue Diamond Crossing | 0.10 | 305.00 | $30.50 |
| 10/29/2015 | MM | CA | Coordinate 2002 updates regarding G & S Realty | 0.10 | 305.00 | $30.50 |
| 10/29/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.5); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.90 | 305.00 | $274.50 |
| 10/30/2015 | CJB | CA | Maintain document control. | 0.60 | 225.00 | $135.00 |
| 10/30/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1) | 0.30 | 305.00 | $91.50 |
| | | | | 26.20 | | $7,335.00 |

**Financing [B230]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2015 | LDJ | FN | Review Taubman Landlords joinder in Macerich objection to financing | 0.10 | 1025.00 | $102.50 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    9

Invoice 111689

October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2015 | LDJ | FN | Review Federal Realty joinder to Macerich objection to financing | 0.10 | 1025.00 | $102.50 |
| 10/01/2015 | LDJ | FN | Review Macerich objection to financing | 0.30 | 1025.00 | $307.50 |
| 10/09/2015 | LDJ | FN | Review Committee objection to financing and PSA | 1.30 | 1025.00 | $1,332.50 |
| 10/09/2015 | LDJ | FN | Review DIP issues | 2.50 | 1025.00 | $2,562.50 |
| 10/11/2015 | LDJ | FN | Telephone call with Van Durrer regarding DIP issues | 0.30 | 1025.00 | $307.50 |
| 10/11/2015 | LDJ | FN | Telephone call with John A. Morris regarding DIP | 0.20 | 1025.00 | $205.00 |
| 10/11/2015 | JAM | FN | Review objection to DIP (.4); telephone conference with V. Durrer, L. Jones re DIP objection (.3); telephone conference with L. Jones re DIP objection (1.) | 0.80 | 875.00 | $700.00 |
| 10/13/2015 | LDJ | FN | Review omnibus reply to joint objection of Committee to financing and PSA | 0.40 | 1025.00 | $410.00 |
| 10/13/2015 | LDJ | FN | Review Committee declaration in support of financing and PSA objection | 0.30 | 1025.00 | $307.50 |
| 10/13/2015 | LDJ | FN | Review Committee joint objection to financing and assumption of PSA | 0.40 | 1025.00 | $410.00 |
| 10/23/2015 | MM | FN | Email exchange with Laura Davis Jones and Linda Miazza regarding 10/26/15 telephonic hearing regarding DIP and CourtCall registration regarding same | 0.20 | 305.00 | $61.00 |
| | | | | **6.90** | | **$6,808.50** |

### Plan & Disclosure Stmt. [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2015 | LDJ | PD | Review plan | 1.20 | 1025.00 | $1,230.00 |
| 10/14/2015 | JMM | PD | Research regarding plan support agreements | 0.50 | 395.00 | $197.50 |
| | | | | **1.70** | | **$1,427.50** |

### Retention of Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2015 | MM | RP | Email to Laura Davis Jones and James E. O'Neill regarding Cert of No Obj. regarding PSZ&J retention application | 0.10 | 305.00 | $30.50 |
| 10/05/2015 | MM | RP | Confer with James E. O'Neill regarding retention of PSZ&J | 0.10 | 305.00 | $30.50 |
| | | | | **0.20** | | **$61.00** |

### Ret. of Prof./Other

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2015 | LDJ | RPO | Telephone call with Durc Savini regarding PJ Solomon retention, US Trustee issues | 0.30 | 1025.00 | $307.50 |

Pachulski Stang Ziehl & Jones LLP                          Page:    10
Quiksilver                                                 Invoice 111689
72779    00002                                             October 31, 2015

|  |  |  |  | 0.30 |  | $307.50 |
|---|---|---|---|---|---|---|

## Stay Litigation [B140]

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2015 | LDJ | SL | Further revisions to stay relief motion | 0.30 | 1025.00 | $307.50 |
| 10/01/2015 | JMM | SL | Revising lift stay motion regarding Skadden comments | 1.10 | 395.00 | $434.50 |
| 10/01/2015 | JMM | SL | Revising motion to shorten regarding Skadden comments | 0.60 | 395.00 | $237.00 |
| 10/01/2015 | JMM | SL | Emails to Laura Davis Jones and John Morris regarding Skadden comments | 0.10 | 395.00 | $39.50 |
| 10/02/2015 | LDJ | SL | Review and revise stay motion | 0.40 | 1025.00 | $410.00 |
| 10/02/2015 | JMM | SL | Incorporating Skadden Comments to lift stay motion | 1.30 | 395.00 | $513.50 |
| 10/05/2015 | LDJ | SL | Review motion for stay relief | 0.30 | 1025.00 | $307.50 |
| 10/05/2015 | LDJ | SL | Review motion to shorten regarding motion for stay relief | 0.30 | 1025.00 | $307.50 |
| 10/05/2015 | JAM | SL | E-mails with L. Jones, J. Mulvihill re Euro Notes filings. | 0.30 | 875.00 | $262.50 |
| 10/05/2015 | JMM | SL | Update to lift stay motion | 0.20 | 395.00 | $79.00 |
| 10/05/2015 | JMM | SL | Update to motion to shorten | 0.20 | 395.00 | $79.00 |
| 10/05/2015 | JMM | SL | Correspondence with Skadden regarding filing | 0.10 | 395.00 | $39.50 |
| 10/05/2015 | JMM | SL | Correspondence with Laura Davis Jones and John Morris regarding filing | 0.20 | 395.00 | $79.00 |
| 10/05/2015 | JMM | SL | Call with Annie Li from Skadden | 0.10 | 395.00 | $39.50 |
| 10/05/2015 | JMM | SL | Conversations regarding service on shortened notice | 0.30 | 395.00 | $118.50 |
| 10/05/2015 | JMM | SL | Edits to motions and preparing for filing | 0.60 | 395.00 | $237.00 |
| 10/06/2015 | LDJ | SL | Review and comment on revised stay relief motion, proposed order | 0.30 | 1025.00 | $307.50 |
| 10/06/2015 | JAM | SL | E-mails with L. Jones, J. Mulvihill re Euro bonds motions. | 0.30 | 875.00 | $262.50 |
| 10/06/2015 | JMM | SL | Drafting notice of order to shorten time | 0.60 | 395.00 | $237.00 |
| 10/06/2015 | JMM | SL | Incorporating comments from Laura Davis Jones | 0.40 | 395.00 | $158.00 |
| 10/06/2015 | JMM | SL | Email to Skadden regarding notice | 0.10 | 395.00 | $39.50 |
| 10/06/2015 | JMM | SL | Email and conversation with Diane Potts regarding service of filing | 0.10 | 395.00 | $39.50 |
| 10/06/2015 | JMM | SL | Email to KCC regarding service of notice | 0.10 | 395.00 | $39.50 |
| 10/12/2015 | JMM | SL | Email to James E. O'Neill regarding stay motion | 0.10 | 395.00 | $39.50 |
| 10/13/2015 | LDJ | SL | Telephone call with John Beck regarding stay relief motion | 0.20 | 1025.00 | $205.00 |
| 10/13/2015 | MM | SL | Email exchange with Karen Neil regarding 10/14/15 hearing (.2); email to James E. O'Neill and Laura | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    11

Quiksilver

Invoice 111689

72779    00002

October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Davis Jones regarding sealed declaration of M. Genereux (.1); review amended agenda (.2) | | | |
| 10/13/2015 | MM | SL | Email exchange with Laura Davis Jones regarding proposed order regarding lift stay motion (.1); email to Linda Miazza regarding docket reference in caption of order (.1) | 0.20 | 305.00 | $61.00 |
| 10/13/2015 | MM | SL | Prepare order regarding lift stay motion and refer same to Laura Davis Jones; email to Laura Davis Jones regarding same | 0.10 | 305.00 | $30.50 |
| 10/13/2015 | JMM | SL | Emails with Skadden regarding stay relief order | 0.20 | 395.00 | $79.00 |
| | | | | 9.60 | | $5,142.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                      $38,391.00

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

## Expenses

| Date | | Description | Amount |
|------|------|-------------|--------|
| 10/01/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/01/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 10/01/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/01/2015 | RE | ( 29 @0.10 PER PG) | 2.90 |
| 10/01/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/01/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 10/01/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/01/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 10/01/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/01/2015 | RE | ( 64 @0.10 PER PG) | 6.40 |
| 10/01/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/02/2015 | RE | ( 136 @0.10 PER PG) | 13.60 |
| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 22 @0.10 PER PG) | 2.20 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP                    Page:    13
Quiksilver                                           Invoice 111689
72779    00002                                       October 31, 2015

| | | | |
|---|---|---|---:|
| 10/02/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 10/02/2015 | RE | ( 55 @0.10 PER PG) | 5.50 |
| 10/02/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 10/02/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/02/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 10/02/2015 | RE | ( 183 @0.10 PER PG) | 18.30 |
| 10/02/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/02/2015 | RE | ( 96 @0.10 PER PG) | 9.60 |
| 10/02/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 10/02/2015 | RE | ( 23 @0.10 PER PG) | 2.30 |
| 10/02/2015 | RE | ( 43 @0.10 PER PG) | 4.30 |

Case 15-11880-BLS   Doc 592-2   Filed 12/21/15   Page 15 of 29

Pachulski Stang Ziehl & Jones LLP                          Page:    14
Quiksilver                                                 Invoice 111689
72779    00002                                             October 31, 2015

| | | | |
|---|---|---|---|
| 10/02/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/02/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE | ( 45 @0.10 PER PG) | 4.50 |
| 10/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 10/02/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE | ( 21 @0.10 PER PG) | 2.10 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2015 | RE | ( 13 @0.10 PER PG) | 1.30 |
| 10/02/2015 | RE | ( 44 @0.10 PER PG) | 4.40 |
| 10/02/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/02/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 10/02/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/02/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/02/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 10/02/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/02/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/02/2015 | RE | ( 28 @0.10 PER PG) | 2.80 |
| 10/02/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/02/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 10/02/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 10/02/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    16
Quiksilver                                                          Invoice 111689
72779    00002                                                     October 31, 2015

| | | | |
|---|---|---|---|
| 10/02/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 10/02/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/02/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/02/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/05/2015 | RE | ( 336 @0.10 PER PG) | 33.60 |
| 10/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/05/2015 | RE | ( 278 @0.10 PER PG) | 27.80 |
| 10/05/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/05/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/05/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/05/2015 | RE | ( 70 @0.10 PER PG) | 7.00 |
| 10/05/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 10/06/2015 | DC | 72779.00001 Digital Legal Charges for 10-06-15 | 6.50 |
| 10/06/2015 | RE | ( 143 @0.10 PER PG) | 14.30 |
| 10/06/2015 | RE | ( 182 @0.10 PER PG) | 18.20 |
| 10/06/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/06/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/06/2015 | RE2 | SCAN/COPY ( 165 @0.10 PER PG) | 16.50 |
| 10/06/2015 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |

Pachulski Stang Ziehl & Jones LLP                          Page:    17
Quiksilver                                                 Invoice 111689
72779    00002                                             October 31, 2015

| 10/07/2015 | FF | Filing Fee [E112] USBC-DE, Filing Fee, LDJ | 176.00 |
|---|---|---|---|
| 10/07/2015 | RE | ( 65 @0.10 PER PG) | 6.50 |
| 10/07/2015 | RE | ( 39 @0.10 PER PG) | 3.90 |
| 10/07/2015 | RE | ( 173 @0.10 PER PG) | 17.30 |
| 10/07/2015 | RE | ( 105 @0.10 PER PG) | 10.50 |
| 10/07/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/07/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 10/07/2015 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 10/07/2015 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 10/07/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/07/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/07/2015 | RE2 | SCAN/COPY ( 122 @0.10 PER PG) | 12.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    18
Invoice 111689
October 31, 2015

| | | | |
|---|---|---|---:|
| 10/07/2015 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 10/07/2015 | RE2 | SCAN/COPY ( 95 @0.10 PER PG) | 9.50 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 10/07/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 10/07/2015 | RE2 | SCAN/COPY ( 170 @0.10 PER PG) | 17.00 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/07/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/07/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/08/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/08/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/08/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |

Case 15-11880-BLS    Doc 592-2    Filed 12/21/15    Page 20 of 29

Pachulski Stang Ziehl & Jones LLP                          Page:    19
Quiksilver                                                 Invoice 111689
72779    00002                                             October 31, 2015

---

| 10/08/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 10/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/08/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/08/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/08/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/08/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2015 | RE | ( 122 @0.10 PER PG) | 12.20 |
| 10/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/09/2015 | RE | ( 84 @0.10 PER PG) | 8.40 |
| 10/09/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/09/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 10/09/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 10/09/2015 | RE | ( 53 @0.10 PER PG) | 5.30 |
| 10/09/2015 | RE | ( 21 @0.10 PER PG) | 2.10 |
| 10/09/2015 | RE | ( 44 @0.10 PER PG) | 4.40 |
| 10/09/2015 | RE | ( 938 @0.10 PER PG) | 93.80 |
| 10/09/2015 | RE | ( 53 @0.10 PER PG) | 5.30 |
| 10/09/2015 | RE | ( 144 @0.10 PER PG) | 14.40 |

Pachulski Stang Ziehl & Jones LLP                              Page:    20
Quiksilver                                                     Invoice 111689
72779    00002                                                October 31, 2015

---

| 10/09/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 10/09/2015 | RE | ( 156 @0.10 PER PG) | 15.60 |
| 10/09/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/09/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 10/09/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/09/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/11/2015 | CC | Conference Call [E105] AT&T Conference Call, LDJ | 1.80 |
| 10/11/2015 | RE2 | SCAN/COPY ( 82 @0.10 PER PG) | 8.20 |
| 10/11/2015 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 10/12/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 10/12/2015 | RE | ( 92 @0.10 PER PG) | 9.20 |
| 10/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/12/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/12/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/12/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/12/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/13/2015 | CC | Conference Call [E105] AT&T Conference Call, LDJ | 1.45 |

Pachulski Stang Ziehl & Jones LLP                          Page:    21
Quiksilver                                                 Invoice 111689
72779     00002                                            October 31, 2015

| | | | |
|---|---|---|---|
| 10/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/13/2015 | RE | ( 116 @0.10 PER PG) | 11.60 |
| 10/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 10/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 10/13/2015 | RE | ( 186 @0.10 PER PG) | 18.60 |
| 10/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/14/2015 | DC | 72779.00001 Digital Legal Charges for 10-14-15 | 18.00 |
| 10/14/2015 | DC | 72779.00001 Digital Legal Charges for 10-14-15 | 21.09 |
| 10/14/2015 | DC | 72779.00001 Digital Legal Charges for 10-14-15 | 6.50 |
| 10/14/2015 | DC | 72779.00001 Digital Legal Charges for 10-14-15 | 6.50 |
| 10/14/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/14/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/14/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/14/2015 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 10/14/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |

Case 15-11880-BLS    Doc 592-2    Filed 12/21/15    Page 23 of 29

Pachulski Stang Ziehl & Jones LLP                     Page:    22
Quiksilver                                            Invoice 111689
72779    00002                                        October 31, 2015

| | | | |
|---|---|---|---|
| 10/14/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/14/2015 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 10/14/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/15/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/15/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/15/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/15/2015 | RE | ( 461 @0.10 PER PG) | 46.10 |
| 10/15/2015 | RE2 | SCAN/COPY ( 461 @0.10 PER PG) | 46.10 |
| 10/16/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/16/2015 | RE | ( 23 @0.10 PER PG) | 2.30 |
| 10/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/19/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/19/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/19/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                          Page:    23
Quiksilver                                                 Invoice 111689
72779    00002                                             October 31, 2015

---

| 10/19/2015 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
|---|---|---|---|
| 10/19/2015 | RE2 | SCAN/COPY ( 80 @0.10 PER PG) | 8.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/19/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 10/19/2015 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 10/19/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/19/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 10/19/2015 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 10/19/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 10/20/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/20/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/20/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |

Pachulski Stang Ziehl & Jones LLP                          Page:    24
Quiksilver                                                 Invoice 111689
72779    00002                                             October 31, 2015

---

| 10/20/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/21/2015 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 10/21/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/22/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/22/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/22/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/22/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 10/22/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 10/22/2015 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 10/22/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/22/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 10/23/2015 | RE | ( 246 @0.10 PER PG) | 24.60 |
| 10/23/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 10/26/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 10/26/2015 | RE | ( 208 @0.10 PER PG) | 20.80 |
| 10/26/2015 | RE | ( 1391 @0.10 PER PG) | 139.10 |
| 10/26/2015 | RE | ( 13 @0.10 PER PG) | 1.30 |
| 10/26/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |

Pachulski Stang Ziehl & Jones LLP                           Page:   25
Quiksilver                                                  Invoice 111689
72779    00002                                              October 31, 2015

| 10/26/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/26/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/26/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/26/2015 | RE2 | SCAN/COPY ( 539 @0.10 PER PG) | 53.90 |
| 10/26/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/26/2015 | RE2 | SCAN/COPY ( 539 @0.10 PER PG) | 53.90 |
| 10/26/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/27/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 10/27/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/27/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 10/27/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 10/27/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/27/2015 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 10/27/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/27/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 10/27/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/27/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/27/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/28/2015 | DC | 72779.00001 Digital Legal Charges for 10-28-15 | 6.50 |

Pachulski Stang Ziehl & Jones LLP                                      Page:   26
Quiksilver                                                            Invoice 111689
72779     00002                                                      October 31, 2015

---

| 10/28/2015 | DC | 72779.00001 Digital Legal Charges for 10-28-15 | 6.50 |
| 10/28/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/28/2015 | RE2 | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |
| 10/28/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/28/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/28/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/28/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 10/28/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/28/2015 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 10/28/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/28/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/28/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/28/2015 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 10/28/2015 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 10/28/2015 | RE2 | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |
| 10/29/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/29/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/29/2015 | RE | ( 102 @0.10 PER PG) | 10.20 |
| 10/29/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/29/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/29/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   27
Quiksilver                                                          Invoice 111689
72779    00002                                                     October 31, 2015

| 10/29/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/29/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/29/2015 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 10/29/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/29/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/29/2015 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 10/29/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/30/2015 | RE | ( 38 @0.10 PER PG) | 3.80 |
| 10/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/31/2015 | PAC | Pacer - Court Research | 67.20 |

**Total Expenses for this Matter**                             **$1,664.34**

Pachulski Stang Ziehl & Jones LLP                              Page:    28
Quiksilver                                                     Invoice 111689
72779    00002                                                 October 31, 2015

---

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**


For current services rendered through 10/31/2015

Total Fees                                                              $38,391.00

Chargeable costs and disbursements                                       $1,664.34

Total Due on Current Invoice.....................                       $40,055.34


Outstanding Balance from prior Invoices as of 10/31/2015    (May not reflect recent payments)

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 111420 | 09/30/2015 | $32,947.50 | $436.40 | $33,383.90 |

**Total Amount Due on Current and Prior Invoices**                     $73,439.24