# EXHIBIT I

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., et al., | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |
| | | Objection Deadline: February 5, 2016 at 4:00 p.m. |
| | | Hearing Date: Scheduled only if Necessary |

## FOURTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *Nunc Pro Tunc* to September 9, 2015 by order signed October 6, 2015 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2015 through December 31, 2015[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $51,431.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 1,040.59 |

This is a:    x monthly        interim        final application.

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $800.00.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and  Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/23/15 | 09/09/15 – 09/30/15 | $32,947.50 | $   436.40 | $26,358.00 | $436.40 |
| 12/21/15 | 10/01/15 – 10/31/15 | $38,391.00 | $1,664.34 | $30,712.80 | $1,664.34 |
| 01/06/16 | 11/01/15 – 11/30/15 | $12,133.00 | $   942.76 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,025.00 | 12.70 | $13,017.50 |
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $   875.00 | 2.90 | $ 2,537.50 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $   875.00 | 16.50 | $14,437.50 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $   750.00 | 6.60 | $ 4,950.00 |
| Michael R. Seidl | Partner 2003; Member of Washington, D.C. Bar since 1996; Member of DE Bar since 2000 | $   675.00 | 13.60 | $ 9,180.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $   650.00 | 1.90 | $ 1,235.00 |
| Cheryl A. Knotts | Paralegal 2000 | $   295.00 | 0.80 | $    236.00 |
| Denise A. Harris | Paralegal 2001 | $   295.00 | 0.60 | $    177.00 |
| Patricia E. Cuniff | Paralegal 2000 | $   295.00 | 15.30 | $ 4,513.50 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $   225.00 | 3.30 | $    742.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $   225.00 | 0.20 | $     45.00 |
| Karen S. Neil | Case Management Assistant 2003 | $   225.00 | 1.60 | $    360.00 |

**Grand Total:** $ 51,431.50
**Total Hours:**      76.00
**Blended Rate:** $    676.73

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 6.20 | $ 5,100.00 |
| Case Administration | 18.60 | $ 5,144.00 |
| Claims Admin/Objections | 24.00 | $18,835.00 |
| Compensation of Professional | 3.70 | $ 1,985.00 |
| Executory Contracts | 23.50 | $20,367.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Delivery/Courier Service | Digital Legal | $ 58.96 |
| Legal Research | Lexis/Nexis and Westlaw | $563.55 |
| Court Research | Pacer | $ 0.60 |
| Postage | US Mail | $ 13.70 |
| Reproduction Expense | | $301.20 |
| Reproduction/ Scan Copy | | $ 91.50 |
| Travel Expense | Petty Cash (toll fee) | $ 11.08 |

---

[3]PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
|  | ) |  |
| Debtors.[1] | ) |  |
|  | ) | Jointly Administered |
|  |  | **Objection Deadline:  February 5, 2016 at 4:00 p.m.** |
|  |  | **Hearing Date:  Scheduled only if Necessary** |

**FOURTH MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the

"Bankruptcy Rules"), and the Court's "Order Pursuant to Bankruptcy Code Sections 105(a) and

331 Establishing Interim Compensation Procedures," signed on or about October 28, 2015 (the

"Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Co-

Counsel to the Debtors and Debtors in Possession ("Debtors"), hereby submits its Fourth

Monthly Application for Compensation and for Reimbursement of Expenses for the Period from

December 1, 2015 through December 31, 2015 (the "Application").

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $51,431.50 and actual and necessary expenses in the amount of $1,040.59 for a total allowance of $52,472.09 and payment of $41,145.20 (80% of the allowed fees) and reimbursement of $1,040.59 (100% of the allowed expenses) for a total payment of $42,185.79 for the period December 1, 2015 through December 31, 2015 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

### Background

1.     On September 9, 2015, Debtors commenced their cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their properties and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. An official committee of unsecured creditors ("Committee") was appointed in these cases on or about September 22, 2015. No trustee or examiner has been appointed in any of the Debtors' chapter 11 cases.

2.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.     On or about October 28, 2015, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses. Beginning

with the period ending December 31, 2015, and at three-month intervals thereafter, each of the

Professionals shall file and serve an interim application for allowance of the amounts sought in

its monthly fee applications for that period. All fees and expenses paid are on an interim basis

until final allowance by the Court.

4.      The retention of PSZ&J, as Co-Counsel to the Debtors, was approved

effective as of September 9, 2015 by this Court's "Order Granting Debtors' Application Pursuant

to Sections 327(a) and 329 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 and

Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of

Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition

Date," signed on or about October 6, 2015 (the "Retention Order"). The Retention Order

authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and

necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.      All services for which PSZ&J requests compensation were performed for

or on behalf of the Debtors.

6.      PSZ&J has received no payment and no promises for payment from any

source other than from the Debtors for services rendered or to be rendered in any capacity

whatsoever in connection with the matters covered by this Application. There is no agreement or

understanding between PSZ&J and any other person other than the partners of PSZ&J for the

sharing of compensation to be received for services rendered in this case.  PSZ&J has received

payments from the Debtors during the year prior to the Petition Date in the amount of

$150,000.00.  Upon final reconciliation of the amount actually expended prepetition, any balance

remaining from the prepetition payments to the Firm was credited to the Debtors and utilized as

PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation

procedures approved by this Court in accordance with the Bankruptcy Code.

### Fee Statements

7.      The fee statements for the Interim Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the

Administrative Order.  PSZ&J's time reports are initially handwritten by the attorney or

paralegal performing the described services.  The time reports are organized on a daily basis.

PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time

frame on a variety of different matters for a particular client, separate time entries are set forth in

the time reports.  PSZ&J's charges for its professional services are based upon the time, nature,

extent and value of such services and the cost of comparable services other than in a case under

the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working "travel time"

to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J

professionals attempt to work during travel.

## Actual and Necessary Expenses

8.      A summary of actual and necessary expenses incurred by PSZ&J for the

Interim Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per

page for photocopying expenses related to cases, such as these, arising in Delaware.  PSZ&J's

photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier.

PSZ&J summarizes each client's photocopying charges on a daily basis.

9.      PSZ&J charges $1.00 per page for out-going facsimile transmissions.

There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing

facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for

the machines, supplies and extra labor expenses associated with sending telecopies and is

reasonable in relation to the amount charged by outside vendors who provide similar services.

PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

10.      With respect to providers of on-line legal research services (e.g., LEXIS

and WESTLAW), PSZ&J charges the standard usage rates these providers charge for

computerized legal research.  PSZ&J bills its clients the actual amounts charged by such

services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

11.      PSZ&J believes the foregoing rates are the market rates that the majority

of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

12.     The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

13.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

14.     The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each category.

### A.    Bankruptcy Litigation

15.    This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court. During the Interim Period, the Firm, among other things: (1) performed work regarding Hearing Binders; (2) attended to discovery issues; (3) prepared for and attended a hearing on December 1, 2015; and (4) conferred regarding litigation issues.

Fees: $5,100.00;    Hours: 6.20

### B.    Case Administration

16.    This category relates to work regarding administration of this case. During the Interim Period, the Firm, among other things, maintained document control.

Fees: $5,144.00;    Hours: 18.60

### C.    Claims Administration and Objections

17.    This category relates to work regarding claims administration and claim objections. During the Interim Period, the Firm, among other things: (1) performed work regarding claim objections; (2) reviewed and analyzed claims and related documents; (3) attended to issues regarding the Reynolds claim; (4) performed work regarding the Blehm claim; (5) drafted First and Second Omnibus objections to claims; and (6) corresponded and conferred regarding claim objection issues.

Fees: $18,835.00;    Hours: 24.00

**D.    Compensation of Professionals**

18.    This category relates to work regarding compensation of the Firm. During the Interim Period, the Firm, among other things, performed work regarding its October 2015 monthly fee application.

Fees: $1,985.00;      Hours: 3.70

**E.    Executory Contracts**

19.    This category relates to work regarding executory contracts and unexpired leases of real property. During the Interim Period, the Firm, among other things: (1) performed work regarding a motion to reject Gluck license agreement; (2) reviewed and analyzed an objection to motion and performed work regarding a reply to objection; (3) performed research; and (4) corresponded and conferred regarding executory contract issues.

Fees: $20,367.50;      Hours: 23.50

**Valuation of Services**

20.    Attorneys and paraprofessionals of PSZ&J expended a total 76.00 hours in connection with their representation of the Debtors during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,025.00 | 12.70 | $13,017.50 |
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $ 875.00 | 2.90 | $ 2,537.50 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $ 875.00 | 16.50 | $14,437.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $ 750.00 | 6.60 | $ 4,950.00 |
| Michael R. Seidl | Partner 2003; Member of Washington, D.C. Bar since 1996; Member of DE Bar since 2000 | $ 675.00 | 13.60 | $ 9,180.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 650.00 | 1.90 | $ 1,235.00 |
| Cheryl A. Knotts | Paralegal 2000 | $ 295.00 | 0.80 | $ 236.00 |
| Denise A. Harris | Paralegal 2001 | $ 295.00 | 0.60 | $ 177.00 |
| Patricia E. Cuniff | Paralegal 2000 | $ 295.00 | 15.30 | $ 4,513.50 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 225.00 | 3.30 | $ 742.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 225.00 | 0.20 | $ 45.00 |
| Karen S. Neil | Case Management Assistant 2003 | $ 225.00 | 1.60 | $ 360.00 |

**Grand Total:**  $ 51,431.50
**Total Hours:**  76.00
**Blended Rate:** $  676.73

21.     The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Debtors during the Interim Period is $51,431.50.

22.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period December 1,

2015 through December 31, 2015, an interim allowance be made to PSZ&J for compensation in

the amount of $51,431.50 and actual and necessary expenses in the amount of $1,040.59 for a

total allowance of $52,472.09 and payment of $41,145.20 (80% of the allowed fees) and

reimbursement of $1,040.59 (100% of the allowed expenses) be authorized for a total payment of

$42,185.79, and for such other and further relief as this Court may deem just and proper.

Dated: January 15, 2016          PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com
         joneill@pszjlaw.com
         jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession

## **VERIFICATION**

STATE OF DELAWARE      :

                                :

COUNTY OF NEW CASTLE   :

        Laura Davis Jones, after being duly sworn according to law, deposes and says:

        a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones

LLP, and have been admitted to appear before this Court.

        b)      I am familiar with the work performed on behalf of the Debtors by the

lawyers and paraprofessionals of PSZ&J.

        c)      I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about October 28,

2015, and submit that the Application substantially complies with such Rule and Order.

_____
                Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 15th day of January, 2016.

_____
Notary Public
My Commission Expires: 2-15-16

       DIANE K. POTTS
       NOTARY PUBLIC
      STATE OF DELAWARE
    My commission expires Feb. 15, 2016

DOCS_DE:204545.1 72779/001

# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | December 31, 2015 |
| | Invoice    111919 |
| | Client     72779 |
| | Matter      00002 |
| | **JNP** |

QuickSilver, Inc.
5600 Argosy Circle
Huntington Beach, CA

RE:   Post-Petition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   12/31/2015**

| | |
|---|---:|
| FEES | $51,431.50 |
| EXPENSES | $1,040.59 |
| **TOTAL CURRENT CHARGES** | **$52,472.09** |
| **BALANCE FORWARD** | **$86,515.00** |
| **TOTAL BALANCE DUE** | **$138,987.09** |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 6.20 | $5,100.00 |
| CA | Case Administration [B110] | 18.60 | $5,144.00 |
| CO | Claims Admin/Objections[B310] | 24.00 | $18,835.00 |
| CP | Compensation Prof. [B160] | 3.70 | $1,985.00 |
| EC | Executory Contracts [B185] | 23.50 | $20,367.50 |
| | | 76.00 | $51,431.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| ARP | Paul, Andrea R. | Case Man. Asst. | 225.00 | 0.20 | $45.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 295.00 | 0.80 | $236.00 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 3.30 | $742.50 |
| DAH | Harris, Denise A. | Paralegal | 295.00 | 0.60 | $177.00 |
| DMB | Bertenthal, David M. | Partner | 875.00 | 2.90 | $2,537.50 |
| HDH | Hochman, Harry D. | Counsel | 750.00 | 6.60 | $4,950.00 |
| JAM | Morris, John A. | Partner | 875.00 | 16.50 | $14,437.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 1.60 | $360.00 |
| LDJ | Jones, Laura Davis | Partner | 1025.00 | 12.70 | $13,017.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 13.60 | $9,180.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 295.00 | 15.30 | $4,513.50 |
| WLR | Ramseyer, William L. | Counsel | 650.00 | 1.90 | $1,235.00 |
| | | | | 76.00 | $51,431.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Delivery/Courier Service | $58.96 |
| Lexis/Nexis- Legal Research [E | $124.50 |

Pachulski Stang Ziehl & Jones LLP
Quiksilver
72779    00002

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $0.60 |
| Postage [E108] | $13.70 |
| Reproduction Expense [E101] | $301.20 |
| Reproduction/ Scan Copy | $91.50 |
| Travel Expense [E110] | $11.08 |
| Westlaw - Legal Research [E106 | $439.05 |
| | $1,040.59 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 12/01/2015 | LDJ | BL | Prepare for 12/1/15 hearing | 1.00 | 1025.00 | $1,025.00 |
| 12/01/2015 | LDJ | BL | Attend 12/1/15 hearing | 2.00 | 1025.00 | $2,050.00 |
| 12/01/2015 | PEC | BL | Review Amended Agenda Canceling 12/1/15 Hearing and circulate | 0.20 | 295.00 | $59.00 |
| 12/08/2015 | LDJ | BL | Telephone call with Durc Savini regarding discovery issues | 0.30 | 1025.00 | $307.50 |
| 12/15/2015 | KSN | BL | Prepare hearing binder for 12/17/15 hearing. | 0.20 | 225.00 | $45.00 |
| 12/15/2015 | PEC | BL | Review and circulate 12/17/15 Agenda | 0.30 | 295.00 | $88.50 |
| 12/15/2015 | PEC | BL | Review 12/17/15 Hearing Binders | 0.40 | 295.00 | $118.00 |
| 12/16/2015 | LDJ | BL | Correspondence with Van Durrer regarding 12/17/15 hearing | 0.20 | 1025.00 | $205.00 |
| 12/22/2015 | DAH | BL | Research regarding regulated cases for John A. Morris. | 0.60 | 295.00 | $177.00 |
| 12/23/2015 | LDJ | BL | Telephone conference with Van Durrer, John A. Morris regarding Gluck litigation | 0.20 | 1025.00 | $205.00 |
| 12/23/2015 | LDJ | BL | Telephone conference with Mark Minuti, Van Durrer, John A. Morris regarding Gluck opposition to motion to reject, scheduling | 0.30 | 1025.00 | $307.50 |
| 12/23/2015 | LDJ | BL | Telephone call with Bankruptcy Court regarding scheduling | 0.10 | 1025.00 | $102.50 |
| 12/30/2015 | LDJ | BL | Correspondence to VanDurrer, Mark Minuiti re: Gluck litigation scheduling | 0.20 | 1025.00 | $205.00 |
| 12/30/2015 | LDJ | BL | Correspondence to John Morris re: scheduling order | 0.20 | 1025.00 | $205.00 |
|  |  |  |  | 6.20 |  | $5,100.00 |
| **Case Administration [B110]** | | | | | | |
| 12/01/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 12/01/2015 | PEC | CA | Update critical dates | 0.80 | 295.00 | $236.00 |
| 12/01/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/02/2015 | CAK | CA | Review document and organize to file. | 0.10 | 295.00 | $29.50 |
| 12/02/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/02/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |
| 12/03/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/03/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |

Pachulski Stang Ziehl & Jones LLP                          Page:      5
Quiksilver                                                 Invoice 111919
72779     00002                                            December 31, 2015

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 12/04/2015 | PEC | CA | Update critical dates | 0.80 | 295.00 | $236.00 |
| 12/04/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/07/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/07/2015 | PEC | CA | Update critical dates | 0.80 | 295.00 | $236.00 |
| 12/07/2015 | CJB | CA | Maintain document control. | 1.30 | 225.00 | $292.50 |
| 12/07/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/08/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 12/08/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 12/08/2015 | PEC | CA | Review docket | 0.30 | 295.00 | $88.50 |
| 12/09/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 12/09/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |
| 12/10/2015 | PEC | CA | Update critical dates | 0.60 | 295.00 | $177.00 |
| 12/10/2015 | CJB | CA | Maintain document control. | 0.70 | 225.00 | $157.50 |
| 12/11/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/11/2015 | PEC | CA | Update critical dates | 0.80 | 295.00 | $236.00 |
| 12/11/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/14/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/14/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 12/14/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/15/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/16/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/16/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/17/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/17/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 12/17/2015 | CJB | CA | Maintain document control. | 0.50 | 225.00 | $112.50 |
| 12/17/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/18/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |

Pachulski Stang Ziehl & Jones LLP                           Page:     6
Quiksilver                                                  Invoice 111919
72779    00002                                             December 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2015 | PEC | CA | Update critical dates | 0.40 | 295.00 | $118.00 |
| 12/21/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.50 | 295.00 | $147.50 |
| 12/21/2015 | PEC | CA | Update critical dates | 0.20 | 295.00 | $59.00 |
| 12/21/2015 | CJB | CA | Maintain document control. | 0.80 | 225.00 | $180.00 |
| 12/21/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/22/2015 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 12/22/2015 | PEC | CA | Update critical dates | 0.50 | 295.00 | $147.50 |
| 12/22/2015 | ARP | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/22/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/24/2015 | CAK | CA | Review documents and organize to file. | 0.10 | 295.00 | $29.50 |
| 12/30/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| | | | | **18.60** | | **$5,144.00** |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | LDJ | CO | Telephone conference with FTI, KCC, John A. Morris regarding claim objections | 0.40 | 1025.00 | $410.00 |
| 12/01/2015 | LDJ | CO | Telephone call with John A. Morris regarding claim objections | 0.20 | 1025.00 | $205.00 |
| 12/01/2015 | LDJ | CO | Attention to claim objections issues, precedent | 1.00 | 1025.00 | $1,025.00 |
| 12/01/2015 | MRS | CO | Emails to and from John Morris re: claim objection issues | 0.40 | 675.00 | $270.00 |
| 12/01/2015 | JAM | CO | Telephone conference with L. Jones, FTI, Skadden re claims objections (.4). | 0.40 | 875.00 | $350.00 |
| 12/02/2015 | LDJ | CO | Correspondence with Michael R. Seidl regarding claims objections | 0.20 | 1025.00 | $205.00 |
| 12/02/2015 | LDJ | CO | Telephone conference with FTI, Michael R. Seidl, John A. Morris regarding claims objections | 0.80 | 1025.00 | $820.00 |
| 12/02/2015 | MRS | CO | Collect forms of claims objections; email to John Morris re: same | 0.50 | 675.00 | $337.50 |
| 12/02/2015 | MRS | CO | Email to John Morris and Laura Jones re: satisfied claims | 0.10 | 675.00 | $67.50 |
| 12/02/2015 | MRS | CO | Emails from and to Brian Martin re: claims objection issues | 0.30 | 675.00 | $202.50 |
| 12/02/2015 | MRS | CO | Further emails from and to John Morris re: claim objection issues | 0.20 | 675.00 | $135.00 |
| 12/02/2015 | MRS | CO | Call with FTI re: claims objections | 0.70 | 675.00 | $472.50 |
| 12/02/2015 | JAM | CO | Telephone conference with L. Jones, M. Seidl, FTI, | 0.80 | 875.00 | $700.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Quiksilver                                                          Invoice 111919
72779    00002                                                     December 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Skadden re claims objections (.8). | | | |
| 12/09/2015 | MRS | CO | Review claims for substantive objection in anticipation of conference call re: same | 0.60 | 675.00 | $405.00 |
| 12/09/2015 | MRS | CO | Calls to and from John Morris re: claims | 0.20 | 675.00 | $135.00 |
| 12/09/2015 | MRS | CO | Call with John Morris and FTI team re: claims objections | 0.30 | 675.00 | $202.50 |
| 12/09/2015 | MRS | CO | Calls from and to John Morris re: Reynolds claim | 0.20 | 675.00 | $135.00 |
| 12/09/2015 | JAM | CO | Review proofs of claim (.6); telephone conference with M. Siedel re proofs of claim (.2); telephone conference with FTI, M. Siedel, Quiksilver (.3); telephone conference with M. Siedel re division of labor (.1). | 1.20 | 875.00 | $1,050.00 |
| 12/11/2015 | MRS | CO | Review issues re: equity objections; email to Brian Martin re: same | 0.40 | 675.00 | $270.00 |
| 12/11/2015 | MRS | CO | Emails from and to Brian Martin re: Peschke claim objection | 0.10 | 675.00 | $67.50 |
| 12/15/2015 | MRS | CO | Emails from and to John A. Morris re: claims objection issues | 0.10 | 675.00 | $67.50 |
| 12/18/2015 | JAM | CO | E-mail to FTI, Skadden re Reynolds claim objection. | 0.10 | 875.00 | $87.50 |
| 12/24/2015 | JAM | CO | Review Blehm claim and related documents (1.3). | 1.30 | 875.00 | $1,137.50 |
| 12/28/2015 | LDJ | CO | Correspondence with Michael R. Seidl regarding claim objections | 0.20 | 1025.00 | $205.00 |
| 12/28/2015 | LDJ | CO | Attention to claim objections, revisions | 0.30 | 1025.00 | $307.50 |
| 12/28/2015 | MRS | CO | Review exhibits for omnibus objections; emails from and to Brian Martin re: same | 0.50 | 675.00 | $337.50 |
| 12/28/2015 | MRS | CO | Draft first omnibus objection to claims | 2.80 | 675.00 | $1,890.00 |
| 12/28/2015 | MRS | CO | Draft second omnibus objection to claims | 1.90 | 675.00 | $1,282.50 |
| 12/28/2015 | MRS | CO | Email to John Morris re: claims objections | 0.10 | 675.00 | $67.50 |
| 12/28/2015 | MRS | CO | Emails from and to Armen Emrikian re: claims objection issues | 0.30 | 675.00 | $202.50 |
| 12/28/2015 | MRS | CO | Emails to and from Laura Jones re: claims objection issues | 0.10 | 675.00 | $67.50 |
| 12/29/2015 | MRS | CO | Call from John Morris re: claims objections | 0.20 | 675.00 | $135.00 |
| 12/29/2015 | MRS | CO | Review revised exhibits for omnibus objections | 0.30 | 675.00 | $202.50 |
| 12/29/2015 | MRS | CO | Emails from and to Armen Emrikian re: declarant for claims objections | 0.10 | 675.00 | $67.50 |
| 12/29/2015 | MRS | CO | Call from Armen Emrikian and Brian Martin re: claims objections | 0.20 | 675.00 | $135.00 |
| 12/29/2015 | MRS | CO | Review and revise first omnibus objection to claims | 0.40 | 675.00 | $270.00 |
| 12/29/2015 | MRS | CO | Review and revise second omnibus objection to | 0.40 | 675.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    8

Invoice 111919

December 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | claims | | | |
| 12/30/2015 | DMB | CO | Review omnibus claim objection (.3) and call to L. Jones re same (.2). | 0.50 | 875.00 | $437.50 |
| 12/30/2015 | LDJ | CO | Review omnibus claims objections | 0.60 | 1025.00 | $615.00 |
| 12/30/2015 | MRS | CO | Review revised objection exhibits; emails from and to Brian Martin re: same | 0.30 | 675.00 | $202.50 |
| 12/30/2015 | MRS | CO | Emails from and to Armen Emrikian re: declarations for objections | 0.10 | 675.00 | $67.50 |
| 12/30/2015 | MRS | CO | Emails to and from Leti Sanchez re: objection service issues | 0.20 | 675.00 | $135.00 |
| 12/30/2015 | MRS | CO | Revise and finalize first omnibus objection; coordinate filing and service of same | 0.80 | 675.00 | $540.00 |
| 12/30/2015 | MRS | CO | Revise and finalize second omnibus objection; coordinate filing and service of same | 0.80 | 675.00 | $540.00 |
| 12/30/2015 | JAM | CO | Review/ revise Second Omnibus Claims Objection and supporting documentation (1.1); review/ revise First Omnibus Claims Objection and supporting documentation (0.9); emails with M. Seidl regarding Omnibus Objections (0.2) | 2.20 | 875.00 | $1,925.00 |
| 12/31/2015 | DMB | CO | Follow up call with L. Jones re claims objections. | 0.20 | 875.00 | $175.00 |
| | | | | 24.00 | | $18,835.00 |

### Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/16/2015 | PEC | CP | Draft Certificate of No Objection Regarding PSZ&J LLP's September 2015 Monthly Fee Application (.2); Prepare for filing (.2) | 0.40 | 295.00 | $118.00 |
| 12/18/2015 | WLR | CP | Draft Oct. 2015 fee application | 1.00 | 650.00 | $650.00 |
| 12/18/2015 | WLR | CP | Review and revise October 2015 fee application | 0.90 | 650.00 | $585.00 |
| 12/21/2015 | CAK | CP | Review and update October fee application | 0.40 | 295.00 | $118.00 |
| 12/21/2015 | CAK | CP | Coordinate posting, filing and service of October fee application | 0.20 | 295.00 | $59.00 |
| 12/21/2015 | LDJ | CP | Review and finalize interim fee application (October 2015) | 0.30 | 1025.00 | $307.50 |
| 12/21/2015 | PEC | CP | Draft Notice of Filing PSZ&J LLP's October 2015 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 295.00 | $147.50 |
| | | | | 3.70 | | $1,985.00 |

### Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/10/2015 | LDJ | EC | Review Gluck objection to rejection motion | 0.30 | 1025.00 | $307.50 |
| 12/21/2015 | LDJ | EC | Review Gluck matter status, develop strategy going | 2.30 | 1025.00 | $2,357.50 |

Pachulski Stang Ziehl & Jones LLP                                         Page:     9
Quiksilver                                                               Invoice 111919
72779    00002                                                          December 31, 2015

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | forward |  |  |  |
| 12/22/2015 | LDJ | EC | Continued attention to Gluck objection to rejection motion | 1.00 | 1025.00 | $1,025.00 |
| 12/22/2015 | JAM | EC | Review proposed scheduling order (.2); review motion to reject Gluck license agreement (.5); review objection to motion to reject Gluck license agreement (.7); review caselaw in section 365 (3.0); review transcript from rejection hearing (.3); review draft reply on motion to reject Gluck license (.3). | 5.00 | 875.00 | $4,375.00 |
| 12/23/2015 | JAM | EC | Telephone conference with L. Jones, V. Durrer re Gluck objection (.2); telephone conference with L. Jones, V. Durrer, A. Li, M. Miuti re Gluck objection (.1); telephone conference with L. Jones re Gluck objection (.1); review draft Reply to Gluck objection (.2). | 0.60 | 875.00 | $525.00 |
| 12/29/2015 | DMB | EC | Call with L. Jones re Gluck (.3); initial review with materials re same (.6). | 0.90 | 875.00 | $787.50 |
| 12/29/2015 | LDJ | EC | Correspond with John Morris re: reply to Gluck objection | 0.20 | 1025.00 | $205.00 |
| 12/29/2015 | LDJ | EC | Review draft reply to Gluck objection | 0.40 | 1025.00 | $410.00 |
| 12/29/2015 | JAM | EC | Review/revise Reply to E. Gluck opposition to motion to reject license agreement (4.7); e-mails with L. Jones re Reply to E. Gluck (.1); telephone conference with M. Seidl re omnibus objections (.1). | 4.90 | 875.00 | $4,287.50 |
| 12/30/2015 | DMB | EC | Review/analysis re rejection motions 365(n) based objection and draft reply (1.1); call with L. Jones re same (.2). | 1.30 | 875.00 | $1,137.50 |
| 12/30/2015 | HDH | EC | Review and analyze Gluck rejection motion, contract, objection and draft of reply | 2.00 | 750.00 | $1,500.00 |
| 12/30/2015 | HDH | EC | Correspond with Laura Davis Jones and John A. Morris re Gluck reply | 0.30 | 750.00 | $225.00 |
| 12/31/2015 | HDH | EC | Research trademark termination issues | 2.80 | 750.00 | $2,100.00 |
| 12/31/2015 | HDH | EC | Revise reply brief re Gluck rejection | 1.50 | 750.00 | $1,125.00 |
|  |  |  |  | 23.50 |  | $20,367.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$51,431.50**

Pachulski Stang Ziehl & Jones LLP

Page:    10
Quiksilver
Invoice 111919
72779    00002
December 31, 2015

---

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/07/2015 | TE | Travel Expense [E110] JAM Travel expense for toll fee (NY-PC) | 11.08 |
| 12/01/2015 | DC | 72779.00002 Digital Legal Charges for 12-01-15 | 6.50 |
| 12/01/2015 | DC | 72779.00002 Digital Legal Charges for 12-01-15 | 6.50 |
| 12/01/2015 | RE | ( 178 @0.10 PER PG) | 17.80 |
| 12/01/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/02/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/02/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/03/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/03/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 12/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/04/2015 | RE | ( 159 @0.10 PER PG) | 15.90 |
| 12/04/2015 | RE | ( 280 @0.10 PER PG) | 28.00 |
| 12/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/04/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/04/2015 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 12/04/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/04/2015 | RE2 | SCAN/COPY ( 81 @0.10 PER PG) | 8.10 |
| 12/04/2015 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    11
Invoice 111919
December 31, 2015

| 12/07/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 12/07/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/07/2015 | RE | ( 82 @0.10 PER PG) | 8.20 |
| 12/07/2015 | RE2 | SCAN/COPY ( 82 @0.10 PER PG) | 8.20 |
| 12/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/08/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/08/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/08/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/08/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/09/2015 | RE | ( 111 @0.10 PER PG) | 11.10 |
| 12/10/2015 | RE | ( 345 @0.10 PER PG) | 34.50 |
| 12/10/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/10/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/10/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/10/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/11/2015 | RE | ( 164 @0.10 PER PG) | 16.40 |
| 12/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/11/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 12/14/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 12/14/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/15/2015 | RE | ( 41 @0.10 PER PG) | 4.10 |
| 12/15/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                          Page:   12
Quiksilver                                                 Invoice 111919
72779    00002                                             December 31, 2015

---

| 12/15/2015 | RE  | ( 41 @0.10 PER PG)                          | 4.10  |
|------------|-----|--------------------------------------------|-------|
| 12/15/2015 | RE  | ( 75 @0.10 PER PG)                          | 7.50  |
| 12/16/2015 | RE  | ( 102 @0.10 PER PG)                         | 10.20 |
| 12/16/2015 | RE2 | SCAN/COPY ( 82 @0.10 PER PG)                | 8.20  |
| 12/16/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG)                 | 0.60  |
| 12/16/2015 | RE2 | SCAN/COPY ( 112 @0.10 PER PG)               | 11.20 |
| 12/17/2015 | RE  | ( 1 @0.10 PER PG)                           | 0.10  |
| 12/17/2015 | RE  | ( 7 @0.10 PER PG)                           | 0.70  |
| 12/17/2015 | RE  | ( 22 @0.10 PER PG)                          | 2.20  |
| 12/17/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG)                 | 0.60  |
| 12/17/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG)                 | 0.80  |
| 12/18/2015 | RE  | Reproduction Expense. [E101] 17 Pages, WLR | 1.70  |
| 12/18/2015 | RE  | ( 1 @0.10 PER PG)                           | 0.10  |
| 12/18/2015 | RE  | ( 82 @0.10 PER PG)                          | 8.20  |
| 12/18/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG)                 | 0.80  |
| 12/21/2015 | PO  | 72779.00002 :Postage Charges for 12-21-15  | 13.70 |
| 12/21/2015 | RE  | ( 230 @0.10 PER PG)                         | 23.00 |
| 12/21/2015 | RE  | ( 1 @0.10 PER PG)                           | 0.10  |
| 12/21/2015 | RE  | ( 2 @0.10 PER PG)                           | 0.20  |
| 12/21/2015 | RE  | ( 18 @0.10 PER PG)                          | 1.80  |
| 12/21/2015 | RE  | ( 100 @0.10 PER PG)                         | 10.00 |

Pachulski Stang Ziehl & Jones LLP

Quiksilver

72779    00002

Page:    13

Invoice 111919

December 31, 2015

| 12/21/2015 | RE | ( 384 @0.10 PER PG) | 38.40 |
|---|---|---|---|
| 12/21/2015 | RE | ( 38 @0.10 PER PG) | 3.80 |
| 12/21/2015 | RE | ( 90 @0.10 PER PG) | 9.00 |
| 12/21/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 12/21/2015 | RE | ( 115 @0.10 PER PG) | 11.50 |
| 12/21/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 12/21/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/21/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/21/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/22/2015 | DC | 72779.00002 Digital Legal Charges for 12-22-15 | 37.50 |
| 12/22/2015 | DC | 72779.00002 Digital Legal Charges for 12-22-15 | 8.46 |
| 12/22/2015 | LN | 72779.00002 Lexis Charges for 12-22-15 | 124.50 |
| 12/22/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 12/22/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/22/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/22/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/22/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/23/2015 | RE | ( 142 @0.10 PER PG) | 14.20 |
| 12/28/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/28/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 12/29/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |

| | | | |
|---|---|---|---|
| 12/29/2015 | RE2 | SCAN/COPY ( 106 @0.10 PER PG) | 10.60 |
| 12/30/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 12/30/2015 | RE | ( 65 @0.10 PER PG) | 6.50 |
| 12/30/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 12/30/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/31/2015 | PAC | Pacer - Court Research | 0.60 |
| 12/31/2015 | WL | Westlaw - Legal Research [E106] | 439.05 |

**Total Expenses for this Matter**                    **$1,040.59**