IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | **Re: Docket No.** _____ |

## ORDER GRANTING
## FIRST QUARTERLY APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES OF
## PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL TO
## THE DEBTORS AND DEBTORS IN POSSESSION, FOR
## THE PERIOD FROM SEPTEMBER 9, 2015 THROUGH DECEMBER 31, 2015

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel for the Debtorr (the "Debtors") in the above-captioned case, filed its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from September 9, 2015 through December 31, 2015 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

ORDERED that the First Quarterly Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $134,903.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $4,084.09 for a total of $138,987.09 for services rendered and disbursements incurred by PSZ&J for the period September 9, 2015 through December 31, 2015, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2016

                                                                                                                           The Honorable Brendan L. Shannon
                                                                                                                           United States Bankruptcy Judge