# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Quiksilver, Inc.

**Case No.:** 15–11880–BLS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

David D. Bird, Clerk of Court

Date: 2/17/16
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                 Case No. 15-11880-BLS
Quiksilver, Inc.                                                       Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1    User: Margaret    Page 1 of 4    Date Rcvd: Feb 17, 2016
                      Form ID: van440    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2016.
aty             Ashley R. Beane,   Akin Gump Strauss Hauer & Feld LLP,   1700 Pacific Avenue, Suite 4100,
                  Dallas, TX   75201-4675
aty            +Blake Lindemann,   Lindemann Law Firm,   433 N. Camden Drive,   Beverly Hills, CA 90210-4409
aty            +David M. Fournier,   Pepper Hamilton, LLP,   Hercules Plaza, Suite 5100,   1313 Market Street,
                  Wilmington, DE 19801-6111
aty            +Laura Davis Jones,   Pachulski Stang Ziehl & Jones LLP,   919 N. Market Street, 17th Floor,
                  Wilmington, DE 19801-3034
aty            +Laura Davis Jones,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
                  Wilmington, DE 19801-3034
aty            +Michael G. Busenkell,   Gellert Scali Busenkell & Brown, LLC,   1201 North Orange Street,
                  3rd Floor,   Wilmington, DE 19801-1167
aty            +Van C. Durrer, II,   Skadden Arps Slate Meagher & Flom LLP,   300 South Grand Avenue,
                  Los Angeles, CA 90071-3137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Feb 17 2016 20:44:42     Mark S. Kenney,
                 Office of the U.S. Trustee,   844 King Street, Suite 2207,   Lockbox 35,
                 Wilmington, DE 19801-3519
                                                                                                                                          TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2016                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2016 at the address(es) listed below:
              Aaron H Stulman    on behalf of Creditor    Blue Diamond Crossing II, LLC AStulman@ashby-geddes.com
              Alan J Friedman    on behalf of Creditor    Dragon Crowd Garment, Inc. afriedman@wgllp.com,
               nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
              Albert Kass    on behalf of Claims Agent    Kurtzman Carson Consultants LLC
               ECFpleadings@kccllc.com,   ecfpleadings@kccllc.com
              Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
              Andrew H. Sherman    on behalf of Interested Party    Parigi Group, LTD. asherman@sillscummis.com
              Andrew L. Cole    on behalf of Creditor    Westfield LLC andrew.cole@leclairryan.com
              Andrew L. Cole    on behalf of Creditor    Annapolis Mall Owner LLC andrew.cole@leclairryan.com
              Andrew P. DeNatale    on behalf of Interested Party    Industrial Property Fund VII, LLC
               adenatale@stroock.com
              Andrew P. DeNatale    on behalf of Interested Party    West County Commerce Realty Holding Co. LLC
               adenatale@stroock.com
              Andrew R. Remming    on behalf of Interested Party    Oaktree Capital Management, L.P.
               aremming@mnat.com,   rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
              Andrew S. Conway    on behalf of Creditor    Taubman Landlords Aconway@taubman.com
              Borris I. Mankovetskiy    on behalf of Interested Party    Parigi Group, LTD.
               bmankovetskiy@sillscummis.com
              Carolyn G. Wade    on behalf of Interested Party    State of Oregon, Department of Justice
               carolyn.g.wade@doj.state.or.us
              Cathy Hershcopf    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               chershcopf@cooley.com
              Christopher R. Donoho, III    on behalf of Creditor    Deutsche Trustee Company Limited
               chris.donoho@hoganlovells.com
              Dain A. De Souza    on behalf of Debtor    Quiksilver, Inc. Dain.DeSouza@skadden.com,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              Daniel A. Fliman    on behalf of Creditor    E. Gluck Corporation dfliman@kasowitz.com
              Daren M. Schlecter    on behalf of Interested Party Nicholas Drake daren@schlecterlaw.com

```
District/off: 0311-1          User: Margaret               Page 2 of 4                   Date Rcvd: Feb 17, 2016
                              Form ID: van440              Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    David B. Stratton  on behalf of Creditor Committee  Official Committee of Unsecured Creditors strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com, wlbank@ecf.inforuptcy.com
    David G. Aelvoet  on behalf of Creditor  City Of El Paso davida@publicans.com
    David L. Pollack  on behalf of Creditor  Federal Realty Investment Trust pollack@ballardspahr.com, blunt@ballardspahr.com
    David L. Pollack  on behalf of Creditor  GGP Limited Partnership pollack@ballardspahr.com, blunt@ballardspahr.com
    David M. Fournier  on behalf of Creditor Committee  Official Committee of Unsecured Creditors flbank@pepperlaw.com, fournierd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
    David W Dykhouse  on behalf of Interested Party  404 West LLC dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
    Dennis A. Meloro  on behalf of Interested Party  Gordon Brothers Retail Partners, LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
    Dennis A. Meloro  on behalf of Interested Party  Hilco Merchant Resources, LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
    Donald K. Ludman  on behalf of Creditor  SAP Industries, Inc. dludman@brownconnery.com
    Dustin Parker Branch  on behalf of Creditor  The Macerich Company dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com
    Dustin Parker Branch  on behalf of Creditor  Boulevard Invest LLC dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com
    Elizabeth Banda Calvo  on behalf of Creditor  Arlington ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
    Emily Kathryn Devan  on behalf of Creditor  General Electric Capital Corporation edevan@reedsmith.com
    Emily Kathryn Devan  on behalf of Interested Party  CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation edevan@reedsmith.com
    Eric A. Rosen  on behalf of Creditor  55 Thompson Street Investments, L.P. erosen@fowler-white.com, jmannon@fowler-white.com
    Gary D. Bressler  on behalf of Creditor  XL Specialty Insurance Company gbressler@mdmc-law.com, smullen@mdmc-law.com;sshidner@mdmc-law.com;kdeans@mdmc-law.com
    Gilbert R. Saydah, Jr.  on behalf of Creditor  HP Investors KDWBankruptcyDepartment@kelleydrye.com
    Helen Elizabeth Weller  on behalf of Creditor  Dallas County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
    Howard M. Spector  on behalf of Creditor  Victoria Ward, Limited hmspector@spectorjohnson.com, sshank@spectorjohnson.com;hrogers@spectorjohnson.com
    James E. Huggett  on behalf of Creditor  Oracle America, Inc. jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
    James E. O'Neill  on behalf of Debtor  Quiksilver, Inc. jo'neill@pszjlaw.com, efile1@pszyj.com
    James H. Shenwick  on behalf of Creditor  G&S Realty 1, LLC jhs7@att.net
    Jason A. Starks  on behalf of Creditor  Texas Comptroller of Public Accounts bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
    Jeffery Steven Flores  on behalf of Creditor  ABW Holdings LLC jsf@opglaw.com
    Jeffery Steven Flores  on behalf of Creditor  Outrigger Hotels Hawaii jsf@opglaw.com
    Jeffery Steven Flores  on behalf of Creditor  ABW 2181 Holdings LLC jsf@opglaw.com
    Jeffrey N. Pomerantz  on behalf of Debtor  Quiksilver, Inc. jpomerantz@pszjlaw.com
    Jeffrey S. Shinbrot  on behalf of Creditor  Massive Prints, Inc. jeffrey@shinbrotfirm.com
    Jeremy William Ryan  on behalf of Interested Party  Parigi Group, LTD. jryan@potteranderson.com, bankruptcy@potteranderson.com
    Jerrold K Guben  on behalf of Creditor  Outrigger Hotels Hawaii jkg@opglaw.com
    Jerrold K Guben  on behalf of Creditor  ABW 2181 Holdings LLC jkg@opglaw.com
    Jerrold K Guben  on behalf of Creditor  ABW Holdings LLC jkg@opglaw.com
    John A. Morris  on behalf of Debtor  Quiksilver, Inc. jmorris@pszjlaw.com
    John D. Demmy  on behalf of Creditor  Southern California Edison Company jdd@stevenslee.com
    John D. Demmy  on behalf of Creditor  Florida Power and Light Company jdd@stevenslee.com
    John D. Demmy  on behalf of Creditor  San Diego Gas & Electric Company jdd@stevenslee.com
    John Douglas Beck  on behalf of Creditor  Deutsche Trustee Company Limited john.beck@hoganlovells.com, ronald.cappiello@hoganlovells.com
    John Henry Schanne, II  on behalf of Creditor Committee  Official Committee of Unsecured Creditors schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
    John P. Dillman  on behalf of Creditor  Harris County houston_bankruptcy@publicans.com
    John P. Dillman  on behalf of Creditor  Galveston County houston_bankruptcy@publicans.com
    John P. Dillman  on behalf of Creditor  Cypress Fairbanks ISD houston_bankruptcy@publicans.com
    John R. Ashmead  on behalf of Interested Party  Deleware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes ashmead@sewkis.com
    Joseph A. Eisenberg  on behalf of Interested Party  Wasserman Sports jae@jmbm.com;bt@jmbm.com;vr@jmbm.com
    Julia Bettina Klein  on behalf of Creditor  EP Holdings, Inc. klein@teamrosner.com
    Justin R. Alberto  on behalf of Creditor Committee  Official Committee of Unsecured Creditors jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
    Kristen N. Pate  on behalf of Creditor  GGP Limited Partnership ggpbk@ggp.com, ggpbk@ggp.com;
    Kurtzman Carson Consultants LLC  akass@kccllc.com
    Lars A. Peterson  on behalf of Creditor  U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.000% Senior Notes due 2020 lapeterson@foley.com, khall@foley.com

```
District/off: 0311-1           User: Margaret              Page 3 of 4                  Date Rcvd: Feb 17, 2016
                               Form ID: van440             Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Laura  Davis  Jones    on behalf of Attorney    Pachulski Stang Ziehl & Jones LLP ljones@pszjlaw.com, efile1@pszyjw.com
          Laura  Davis  Jones    on behalf of Debtor    Quiksilver, Inc. ljones@pszjlaw.com
          Laura L. McCloud    on behalf of Creditor    Tennessee Department of Revenue agbankdelaware@ag.tn.gov
          Leslie C. Heilman    on behalf of Creditor    Miracle Mile Shops heilmanl@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    GGP Limited Partnership heilmanl@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    Boulevard Invest LLC heilmanl@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    Federal Realty Investment Trust heilmanl@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    First & Lenora LLC heilmanl@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    The Macerich Company heilmanl@ballardspahr.com
          Mark  Minuti    on behalf of Creditor    E. Gluck Corporation mminuti@saul.com, rwarren@saul.com
          Mark F. Hebbeln    on behalf of Creditor    U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.000% Senior Notes due 2020 mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com
          Mark S. Kenney    on behalf of U.S. Trustee    United States Trustee mark.kenney@usdoj.gov
          Matthew  Summers    on behalf of Creditor    Federal Realty Investment Trust summersm@ballardspahr.com
          Matthew  Summers    on behalf of Creditor    GGP Limited Partnership summersm@ballardspahr.com
          Matthew  Summers    on behalf of Creditor    Miracle Mile Shops summersm@ballardspahr.com
          Matthew  Summers    on behalf of Creditor    First & Lenora LLC summersm@ballardspahr.com
          Matthew  Summers    on behalf of Creditor    The Macerich Company summersm@ballardspahr.com
          Matthew W. Olsen    on behalf of Creditor    Weihai Textile Group Import & Export Co., Ltd. matthew.olsen@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Meredith A. Lahaie    on behalf of Creditor Committee    Official Committee of Unsecured Creditors mlahaie@akingump.com
          Michael  Seidl    on behalf of Debtor    Quiksilver, Inc. mseidl@pszjlaw.com, efile1@pszyj.com
          Michael G. Busenkell    on behalf of Interested Party Chris  Schreiber mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Brad  Holman mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Carol  Neilsen mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Vicki  Love mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Kelly  Ketner mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Darren  Lott mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Viki  Love mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Scott  Fullerton mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Pamela  Gobright mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Alan  Vickers mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Thomas  Webster mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Steve  Swokowski mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Kelley C. Graham mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Nicholas  Drake mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Kelley  Ketner mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Liam  Devoy mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Stephen  Finney mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Christina G. Rice mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Joe  O'Neil mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Kelly C. Graham mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party John  Graham mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Kasey  Mazzone mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Andy  Mooney mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Jennifer  Kutsch mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Attorney Lance  Stern mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Natalie  Rigolet mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Andrew P. Mooney mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Steve  Finney mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Anda  Druva mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Thomas  Hartge mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Roberta  Turchi mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Kerstin N. Mazzone mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Robert  Oberschelp mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party Kristina  Kastelan mbusenkell@gsbblaw.com
          Michael S. Stamer    on behalf of Creditor Committee    Official Committee of Unsecured Creditors mstamer@akingump.com
          Morgan L. Patterson    on behalf of Creditor    Bank Of America, N.A. mpatterson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
          Niclas A. Ferland    on behalf of Creditor    Annapolis Mall Owner LLC niclas.ferland@leclairryan.com
          Niclas A. Ferland    on behalf of Creditor    Westfield LLC niclas.ferland@leclairryan.com
          Owen M. Sonik    on behalf of Creditor    City of Katy osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Pamela K. Webster    on behalf of Creditor    Port Logistics pwebster@buchalter.com, smartin@buchalter.com
          Patrick J. Reilley    on behalf of Interested Party    Cisco Bros. Corp. preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
          Paul J. Catanese    on behalf of Interested Party    CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation pcatanese@mcguirewoods.com

```
District/off: 0311-1           User: Margaret              Page 4 of 4                  Date Rcvd: Feb 17, 2016
                               Form ID: van440             Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter G. Schwed    on behalf of Creditor    C & K Broadway 519 LLC gschwed@loeb.com
              Reem J Bello    on behalf of Creditor    Dragon Crowd Garment, Inc. rbello@wgllp.com,
               kadele@wgllp.com;nlockwood@wgllp.com
              Robert J. Dehney    on behalf of Interested Party    Oaktree Capital Management, L.P.
               rdehney@mnat.com, rfusco@mnat.com;aconway@mnat.com;mmaddox@mnat.com;chare@mnat.com
              Robert L. Cook    on behalf of Creditor    New York State Department of Taxation and Finance
               Robert.Cook@tax.ny.gov
              Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
               bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
              Seth  Van Aalten    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               svanaalten@cooley.com
              Sharon L. Levine    on behalf of Creditor    Janus Multi-Sector Income Fund, Janus High-Yield Fund,
               Janus Capital Funds plc  Janus Global High Yield Fund, and Janus Capital Funds plc  Janus High
               Yield Fund slevine@lowenstein.com
              Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Sheryl L. Moreau    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
              Steven E. Fox    on behalf of Creditor    Bank Of America, N.A. sfox@riemerlaw.com,
               dromanik@riemerlaw.com
              Steven T. Gubner    on behalf of Creditor    C & K Trading Co., Ltd. sgubner@ebg-law.com,
               ecf@ebg-law.com
              Susan E. Kaufman    on behalf of Creditor    Taubman Landlords skaufman@skaufmanlaw.com
              Tamara K. Minott    on behalf of Interested Party    Oaktree Capital Management, L.P.
               tminott@mnat.com, aconway@mnat.com
              Thomas M. Horan    on behalf of Creditor    Bank Of America, N.A. thoran@wcsr.com,
               hsasso@wcsr.com;jwray@wcsr.com;kdalton@wcsr.com
              United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
              Van C. Durrer, II    on behalf of Debtor    DC Direct, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    QS Retail, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Quiksilver Entertainment, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Fidra, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Mt. Waimea, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Quiksilver, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    DC Shoes, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    QS Wholesale, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Q.S. Optics, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Quiksilver Wetsuits, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Van C. Durrer, II    on behalf of Debtor    Hawk Designs, Inc. van.durrer@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
              Victoria A. Guilfoyle    on behalf of Creditor    eBay Enterprise, Inc. guilfoyle@blankrome.com
              William E. Chipman, Jr.    on behalf of Interested Party    Industrial Property Fund VII, LLC
               chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Interested Party    West County Commerce Realty Holding Co.
               LLC chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
              William Pierce Bowden    on behalf of Creditor    Blue Diamond Crossing II, LLC
               wbowden@ashby-geddes.com
              Zi C. Lin    on behalf of Creditor    Travel Plus International, LLC. zlin@garrett-tully.com
                                                                                             TOTAL: 159
```