UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 Bankruptcy |
| ) | |
| ) | Case No. 15-11880 (BLS) |
| ) | |
| QUIKSILVER, INC., *et al* ) | (Jointly Administered) |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Port Logistics Group, Inc. ("PLG"), a creditor in the above-captioned case and hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§342 of the U.S. Bankruptcy Code, that all copies and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

**Deirdre M. Richards, Esquire**
**Fineman Krekstein & Harris PC**
**Ten Penn Center**
**1801 Market Street, Suite 1100**
**Philadelphia, PA 19103**
**Telephone No.: (215) 893-8703**
**Facsimile No.: (215) 893-8719**
Email: **drichards@finemanlawfirm.com**

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) that affects or seeks to affect in any way any rights or interest of any creditor or any party-in-interest in this

{01073219;v1}

case, including PLG with respect to (a) the debtor; (b) property of the estate or proceeds thereof, in which the debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or conduct by the delivery of any property, payment, or other conduct by PLG.

PLEASE TAKE FURTHER NOTICE that PLG intends that neither this Entry of Appearance nor any later appearance, claim, or other pleadings shall waive (1) PLG's right to have final Orders in non-core matters entered only after *de novo* review by the United States District Court; (2) PLG's right to trial by jury in any proceeding related to this case; (3) PLG's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any rights, claims, actions, defensives, set-offs or recruitments to which PLG is or may be entitled to under agreement, in law or at equity, all of which rights, claims, actions, defenses, set-off or recruitments PLG hereby expressly reserves.

**FINEMAN KREKSTEIN & HARRIS PC**

By: /s/Deirdre M. Richards
Deirdre M. Richards (#4191)
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103
(215) 893-8703 (direct dial); (215) 893-8719 (facsimile)
drichards@finemanlawfirm.com

*Attorneys for Port Logistics Group, Inc.*

{01073219;v1}