## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Bankruptcy |
| | ) | |
| | ) | Case No. 15-11880 (BLS) |
| | ) | |
| QUIKSILVER, INC., *et al* | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hrg. Date:  March 31, 2016, 10:30 a.m. (Eastern)** |
| Debtors. | ) | |
| | ) | **Re: DOC. 820** |

## CERTIFICATE OF SERVICE

I, Deirdre M. Richards, on this 22nd Day of February 2016, affirm that I have caused to be served a copy of the *Limited Objection of Port Logistics Group, Inc. To Debtors' First Omnibus Motion For Order Pursuant To Bankruptcy Code Sections 105(A) and 365(A) and Bankruptcy Rules 6006 and 9014 Authorizing the Debtors to (I) Assume Certain Executory Contracts and Unexpired Leases as of the Effective Date of the Debtors' Plan of Reorganization and (II) Pay Certain Cure Amounts Due Thereunder* on the attached list via e-mail unless otherwise indicated:

Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Attn: Van C. Durrer, II, Esquire
(Van.Durrer@Skadden.com)

Kirkland & Ellis LLP
300 North LaSalle
Chicago, Il 60654
Attn: Patrick J. Nash, Jr., Esquire
(Patrick.nash@kirkland.com)

Reimer & Braunstein LLP
Three Center Plaza
Boston, MA 02108
Attn: David S. Berman, Esquire
(dberman@reimerlaw.com)

Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue Suite 1501
Wilmington, DE 19801
Attn: Steven K. Kortanek, Esquire
(skortanek@wcsr.com and at dbr.com)

Foley & Lardner, LLP
321 N. Clark Street, Suite 2800
Chicago, Il 60654
Attn: Mark L. Prager, Esquire
(mprager@foley.com)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, Bank of America Tower
New York, NY 10036
Attn: Michael S. Stamer, Esquire
(mstamer@akingump.com)

Office of the United States Trustee
844 King Street. Suite 2207
LockBox 35
Wilmington, DE 19801
Attn: Mark S. Kenney, Esq.
(FAX 302 573-6497)

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: John K. Lyons, Esquire (John.
Lyons@Skadden.com)

Morris Nichols Arsht & Tunnel LLP
1201 N. Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899
Attn: Robert J. Dehney, Esquire
(rdehney@mnat.com)

Reimer & Braunstein LLP
Times Square Tower,
Seven Times Square, Suite 2506
New York, New York 10036
Attn: Steven E. Fox, Esquire
(sfox@riemerlaw.com)

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Attn: John R. Ashmead, Esquire
(ashmead@sewkis.com)

US Bank National Association,
Global Corporate Trust Services
100 Wall Street
New York, NY 10005
Attn: Justin L. Shearer, VP
(Justin.shearer@usbank.com)

Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N., Market Street
Wilmington, DE 19899
Attn: David B. Stratton, Esquire
(strattod@pepperlaw.com

FINEMAN KREKSTEIN & HARRIS, P.C.

*/s/ Deirdre M. Richards*
Deirdre M. Richards (#4191)
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103
Attorneys for Plaintiff
(v) 215-893-9300; (f) 215-893-8719

Dated:  _____February 22, 2016_____