IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
In re:                                         :   Chapter 11
                                               :
QUIKSILVER, INC., *et al.*,[1]                 :   Case No. 15-11880 (BLS)
                                               :
       Debtors.                      :   Jointly Administered
                                               :
                                               :   **Hearing Date: TBD**
                                               :   **Objection Deadline: March 14, 2016 at 4:00 p.m. (ET)**
                                               :
---------------------------------------------- x

**NOTICE OF SECOND MONTHLY APPLICATION OF PJT PARTNERS INC. AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR NECESSARY SERVICES RENDERED AND FOR THE REIMBURSEMENT OF ALL EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

PLEASE TAKE NOTICE that, on February 22, 2016, the Official Committee of Unsecured Creditors (the "Committee") filed the **Second Monthly Application of PJT Partners Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation for Necessary Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2015 through December 31, 2015** (the "Application").

      PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before March 14, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned proposed counsel to the Committee.

      PLEASE TAKE FURTHER NOTICE that a Hearing on the application will be scheduled at the Court's convenience before the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: February 22, 2016
Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: strattond@pepperlaw.com
fournierd@pepperlaw.com
schannej@pepperlaw.com

-AND-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: mstamer@akingump.com
aqureshi@akingump.com
mlahaie@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*

#37954361 v1