**APPENDIX D**

**PJT PARTNERS INC.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Title | Hours |
|---|---|---|
| Michael Genereux | Partner | 48.5 |
| Jamie Baird | Partner | 77.0 |
| Joshua Abramson | Vice President | 142.0 |
| Samuel Rappaport | Analyst | 147.0 |
| | **Total** | **414.5** |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Genereux | 11/02/15 | 1.5 | Call with counsel to discuss strategy plus preparation |
| Michael Genereux | 11/02/15 | 1.0 | Reviewed materials for UCC Call |
| Michael Genereux | 11/03/15 | 1.0 | Preparation for UCC Call |
| Michael Genereux | 11/03/15 | 0.5 | UCC Advisors Call |
| Michael Genereux | 11/03/15 | 1.0 | UCC Call |
| Michael Genereux | 11/05/15 | 0.5 | Reviewed analysis from Company related to KEIP/KERP |
| Michael Genereux | 11/09/15 | 1.0 | Prepared and reviewed term sheet |
| Michael Genereux | 11/09/15 | 1.0 | Internal PJT meeting |
| Michael Genereux | 11/09/15 | 1.0 | Reviewed materials for UCC Call |
| Michael Genereux | 11/10/15 | 0.5 | Finalized term sheet |
| Michael Genereux | 11/10/15 | 1.0 | Preparation for UCC call |
| Michael Genereux | 11/10/15 | 0.5 | UCC Advisors Call |
| Michael Genereux | 11/10/15 | 1.0 | UCC Call |
| Michael Genereux | 11/12/15 | 1.0 | Internal UCC advisors call |
| Michael Genereux | 11/13/15 | 1.0 | Reviewed backstop motion |
| Michael Genereux | 11/13/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Michael Genereux | 11/16/15 | 0.5 | Reviewed materials for UCC Call |
| Michael Genereux | 11/18/15 | 1.0 | Reviewed disclosure statement, backstop agreement and plan of reorganization |
| Michael Genereux | 11/18/15 | 1.0 | Calls with counsel regarding disclosure statement and backstop agreement |
| Michael Genereux | 11/19/15 | 0.5 | Call with counsel on strategy |
| Michael Genereux | 11/19/15 | 1.5 | Reviewed analysis with internal team |
| Michael Genereux | 11/23/15 | 1.0 | Reviewed presentation for UCC Call |
| Michael Genereux | 11/23/15 | 1.5 | Call with counsel on strategy + preparation |
| Michael Genereux | 11/24/15 | 1.0 | Prepared for UCC Call |
| Michael Genereux | 11/24/15 | 0.5 | UCC Advisors Call |
| Michael Genereux | 11/24/15 | 1.0 | UCC Call and follow up |
| Michael Genereux | 11/25/15 | 1.0 | Reviewed Secured Lender settlement proposal and related analysis |
| Michael Genereux | 11/29/15 | 1.0 | Reviewed legal documents |
| Michael Genereux | 11/30/15 | 1.0 | Internal meeting related to various analyses |
| Michael Genereux | 12/01/15 | 0.5 | Preparation for committee call |
| Michael Genereux | 12/01/15 | 1.5 | Listened to hearing |
| Michael Genereux | 12/02/15 | 0.5 | Preparation for committee call |
| Michael Genereux | 12/02/15 | 1.5 | Committee call and follow up |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Genereux | 12/04/15 | 1.0 | Reviewed updated disclosure statement and rights offering documents |
| Michael Genereux | 12/08/15 | 0.5 | Preparation for Committee Call |
| Michael Genereux | 12/08/15 | 1.5 | Call with Committee and follow up |
| Michael Genereux | 12/09/15 | 1.0 | Call with HL and follow up discussion |
| Michael Genereux | 12/10/15 | 1.0 | Call with counsel and internal follow-up |
| Michael Genereux | 12/14/15 | 1.0 | Call with Counsel on litigation |
| Michael Genereux | 12/15/15 | 1.0 | Calls with counsel and internal meetings regarding discovery and expert report schedule |
| Michael Genereux | 12/16/15 | 1.0 | Call with counsel on strategy and reports and follow up work |
| Michael Genereux | 12/16/15 | 1.5 | UCC Call, prep and follow up |
| Michael Genereux | 12/16/15 | 0.5 | Reviewed financial analysis |
| Michael Genereux | 12/17/15 | 1.0 | Calls with counsel on various matters |
| Michael Genereux | 12/22/15 | 1.5 | Meeting with Counsel plus preparation |
| Michael Genereux | 12/24/15 | 1.0 | Review PJSC Expert Report |
| Michael Genereux | 12/27/15 | 2.0 | Prepared and review PJT expert report |
| Michael Genereux | 12/29/15 | 2.0 | Prepared and review PJT expert report |
| | | **48.5** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 11/02/15 | 1.5 | Call with counsel to discuss strategy plus preparation |
| Jamie Baird | 11/02/15 | 0.5 | Call with Oaktree Counsel to discuss transaction |
| Jamie Baird | 11/02/15 | 1.0 | Call with Company advisors to discuss critical vendors plus preparation |
| Jamie Baird | 11/02/15 | 1.5 | Prepared and Reviewed materials for UCC Call |
| Jamie Baird | 11/03/15 | 0.5 | Reviewed analysis related to financial projections |
| Jamie Baird | 11/03/15 | 1.0 | Preparation for UCC Call |
| Jamie Baird | 11/03/15 | 0.5 | UCC Advisors Call |
| Jamie Baird | 11/03/15 | 1.0 | UCC Call |
| Jamie Baird | 11/03/15 | 1.0 | Follow up call with Company advisors re: critical vendors |
| Jamie Baird | 11/05/15 | 1.0 | Reviewed analysis from Company related to KEIP/KERP |
| Jamie Baird | 11/05/15 | 1.0 | Calls with Company (and follow up) related to KEIP / KERP |
| Jamie Baird | 11/06/15 | 0.5 | Reviewed materials related to vendors |
| Jamie Baird | 11/09/15 | 1.0 | Internal PJT meeting |
| Jamie Baird | 11/09/15 | 0.5 | Reviewed materials for UCC call |
| Jamie Baird | 11/10/15 | 0.5 | Finalized term sheet |
| Jamie Baird | 11/10/15 | 1.0 | Call with Company and their advisors to discuss financial projections |
| Jamie Baird | 11/10/15 | 0.5 | Preparation for UCC call |
| Jamie Baird | 11/10/15 | 0.5 | UCC Advisors Call |
| Jamie Baird | 11/10/15 | 1.0 | UCC Call |
| Jamie Baird | 11/11/15 | 0.5 | Call with Company advisors |
| Jamie Baird | 11/12/15 | 1.0 | Internal UCC advisors call |
| Jamie Baird | 11/12/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Jamie Baird | 11/12/15 | 1.0 | Reviewed analysis related to backstop motion |
| Jamie Baird | 11/13/15 | 1.0 | Reviewed analysis related to backstop motion |
| Jamie Baird | 11/13/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Jamie Baird | 11/17/15 | 1.0 | Reviewed financial analysis |
| Jamie Baird | 11/18/15 | 1.0 | Reviewed disclosure statement and backstop agreement |
| Jamie Baird | 11/18/15 | 1.0 | Reviewed financial analysis related to D.S. & Backstop Agreement |
| Jamie Baird | 11/18/15 | 1.0 | Calls with counsel regarding disclosure statement and backstop agreement |
| Jamie Baird | 11/18/15 | 1.0 | Calls with debtor advisors regarding disclosure statement and backstop agreement |
| Jamie Baird | 11/19/15 | 1.0 | Internal meeting to discuss strategy |
| Jamie Baird | 11/19/15 | 0.5 | Call with counsel on strategy |
| Jamie Baird | 11/19/15 | 1.5 | Reviewed analysis with internal team |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 11/23/15 | 1.0 | Prepared presentation for UCC Call |
| Jamie Baird | 11/23/15 | 1.5 | Call with counsel on strategy + preparation |
| Jamie Baird | 11/23/15 | 0.5 | Call with Company and potential bidder |
| Jamie Baird | 11/23/15 | 1.5 | Call with Debtor & Advisors re diligence |
| Jamie Baird | 11/23/15 | 0.5 | Internal discussion re diligence |
| Jamie Baird | 11/24/15 | 0.5 | Follow up meeting re diligence |
| Jamie Baird | 11/24/15 | 1.0 | Reviewed legal filings re: license rejection |
| Jamie Baird | 11/24/15 | 0.5 | Prepared for UCC Call |
| Jamie Baird | 11/24/15 | 0.5 | UCC Advisors Call |
| Jamie Baird | 11/24/15 | 1.0 | UCC Call and follow up |
| Jamie Baird | 11/25/15 | 1.0 | Reviewed Secured Lender settlement proposal and related analysis |
| Jamie Baird | 11/29/15 | 2.0 | Reviewed and commented on legal documents |
| Jamie Baird | 11/30/15 | 1.0 | Internal meeting related to various analysis |
| Jamie Baird | 11/30/15 | 2.0 | Meeting with counsel related to litigation |
| Jamie Baird | 12/01/15 | 0.5 | Preparation for committee call |
| Jamie Baird | 12/01/15 | 1.5 | Listened to hearing |
| Jamie Baird | 12/02/15 | 0.5 | Preparation for committee call |
| Jamie Baird | 12/02/15 | 1.5 | Committee call and follow up |
| Jamie Baird | 12/02/15 | 1.0 | Reviewed materials related to 503b9 claims |
| Jamie Baird | 12/04/15 | 1.0 | Reviewed updated disclosure statement and rights offering documents |
| Jamie Baird | 12/08/15 | 0.5 | Preparation for Committee Call |
| Jamie Baird | 12/08/15 | 1.5 | Call with Committee and follow up |
| Jamie Baird | 12/09/15 | 1.0 | Call with HL and follow up discussion |
| Jamie Baird | 12/10/15 | 1.0 | Call with counsel and internal follow-up |
| Jamie Baird | 12/11/15 | 1.5 | Review of internal analysis related to plan |
| Jamie Baird | 12/14/15 | 1.0 | Call with Counsel on litigation |
| Jamie Baird | 12/14/15 | 1.5 | Calls with internal and external counsel on discovery |
| Jamie Baird | 12/14/15 | 1.0 | Review of financial analysis |
| Jamie Baird | 12/15/15 | 1.0 | Calls with counsel and internal meetings regarding discovery and expert report schedule |
| Jamie Baird | 12/16/15 | 1.0 | Call with counsel on strategy and reports and follow up work |
| Jamie Baird | 12/16/15 | 1.5 | UCC Call, prep and follow up |
| Jamie Baird | 12/16/15 | 0.5 | Reviewed financial analysis |
| Jamie Baird | 12/17/15 | 1.0 | Calls with counsel on various matters |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 12/22/15 | 3.0 | Meeting with Counsel plus preparation |
| Jamie Baird | 12/24/15 | 1.0 | Review PJSC Expert Report |
| Jamie Baird | 12/26/15 | 2.0 | Prepared and review PJT expert report |
| Jamie Baird | 12/27/15 | 2.0 | Prepared and review PJT expert report |
| Jamie Baird | 12/28/15 | 1.0 | Prepared and review PJT expert report |
| Jamie Baird | 12/29/15 | 2.0 | Prepared and review PJT expert report |
| Jamie Baird | 12/30/15 | 2.0 | Prepared and review PJT expert report |
| | | **77.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 11/02/15 | 1.5 | Call with counsel to discuss strategy plus preparation |
| Joshua Abramson | 11/02/15 | 1.0 | Call with Company advisors to discuss critical vendors plus preparation |
| Joshua Abramson | 11/02/15 | 1.5 | Prepared and Reviewed materials for UCC Call |
| Joshua Abramson | 11/03/15 | 1.5 | Prepared analysis related to financial projections |
| Joshua Abramson | 11/03/15 | 0.5 | Reviewed analysis related to financial projections |
| Joshua Abramson | 11/03/15 | 1.0 | Preparation for UCC Call |
| Joshua Abramson | 11/03/15 | 0.5 | UCC Advisors Call |
| Joshua Abramson | 11/03/15 | 1.0 | UCC Call |
| Joshua Abramson | 11/03/15 | 1.0 | Follow up call with Company advisors re: critical vendors |
| Joshua Abramson | 11/04/15 | 2.0 | Preparation for call with Company on financial projections |
| Joshua Abramson | 11/04/15 | 3.5 | Prepared analysis related to financial projections |
| Joshua Abramson | 11/04/15 | 1.0 | Call with Company on financial projections |
| Joshua Abramson | 11/05/15 | 1.5 | Reviewed analysis from Company related to KEIP/KERP |
| Joshua Abramson | 11/05/15 | 1.0 | Calls with Company (and follow up) related to KEIP / KERP |
| Joshua Abramson | 11/06/15 | 0.5 | Reviewed materials related to vendors |
| Joshua Abramson | 11/07/15 | 1.0 | Reviewed financial model |
| Joshua Abramson | 11/09/15 | 1.0 | Internal PJT meeting |
| Joshua Abramson | 11/09/15 | 0.5 | Prepared materials for UCC call |
| Joshua Abramson | 11/09/15 | 0.5 | Reviewed materials for UCC call |
| Joshua Abramson | 11/10/15 | 0.5 | Finalized term sheet |
| Joshua Abramson | 11/10/15 | 1.0 | Call with Company and their advisors to discuss financial projections |
| Joshua Abramson | 11/10/15 | 1.0 | Preparation for UCC call |
| Joshua Abramson | 11/10/15 | 0.5 | UCC Advisors Call |
| Joshua Abramson | 11/10/15 | 1.0 | UCC Call |
| Joshua Abramson | 11/12/15 | 1.0 | Internal UCC advisors call |
| Joshua Abramson | 11/12/15 | 1.5 | Reviewed documents related to critical vendors |
| Joshua Abramson | 11/12/15 | 2.0 | Prepared and reviewed analysis related to backstop motion |
| Joshua Abramson | 11/13/15 | 1.0 | Reviewed analysis related to backstop motion |
| Joshua Abramson | 11/13/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Joshua Abramson | 11/16/15 | 1.0 | Prepared materials for UCC Call |
| Joshua Abramson | 11/17/15 | 3.0 | Reviewed and prepared financial analysis |
| Joshua Abramson | 11/17/15 | 4.0 | Reviewed disclosure statement and backstop agreement |
| Joshua Abramson | 11/18/15 | 3.0 | Reviewed disclosure statement and backstop agreement |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 11/18/15 | 3.0 | Prepared and reviewed financial analysis related to D.S. & Backstop Agreement |
| Joshua Abramson | 11/18/15 | 1.0 | Calls with counsel regarding disclosure statement and backstop agreement |
| Joshua Abramson | 11/18/15 | 1.0 | Calls with debtor advisors regarding disclosure statement and backstop agreement |
| Joshua Abramson | 11/18/15 | 0.5 | prepare analysis related to litigation |
| Joshua Abramson | 11/19/15 | 1.0 | Discussions related to critical vendor |
| Joshua Abramson | 11/19/15 | 1.0 | Internal meeting to discuss strategy |
| Joshua Abramson | 11/19/15 | 0.5 | Call with counsel on strategy |
| Joshua Abramson | 11/19/15 | 1.0 | Review diligence provided by Company |
| Joshua Abramson | 11/19/15 | 0.5 | Prepared follow-up diligence list for the Company |
| Joshua Abramson | 11/19/15 | 1.5 | Reviewed analysis with internal team |
| Joshua Abramson | 11/19/15 | 1.0 | Updated analysis related to litigation |
| Joshua Abramson | 11/20/15 | 1.5 | Review materials provided by counsel |
| Joshua Abramson | 11/21/15 | 0.5 | Reviewed and responded to emails |
| Joshua Abramson | 11/22/15 | 0.5 | Reviewed and responded to emails |
| Joshua Abramson | 11/23/15 | 1.0 | Prepared presentation for UCC Call |
| Joshua Abramson | 11/23/15 | 1.5 | Call with counsel on strategy + preparation |
| Joshua Abramson | 11/23/15 | 0.5 | Call with Company and potential bidder |
| Joshua Abramson | 11/23/15 | 1.5 | Call with Debtor & Advisors re diligence |
| Joshua Abramson | 11/23/15 | 0.5 | Internal discussion re diligence |
| Joshua Abramson | 11/24/15 | 0.5 | Follow up meeting re diligence |
| Joshua Abramson | 11/24/15 | 1.0 | Reviewed legal filings re: license rejection |
| Joshua Abramson | 11/24/15 | 0.5 | Prepared for UCC Call |
| Joshua Abramson | 11/24/15 | 0.5 | UCC Advisors Call |
| Joshua Abramson | 11/24/15 | 1.0 | UCC Call and follow up |
| Joshua Abramson | 11/25/15 | 2.0 | Reviewed Secured Lender settlement proposal and prepared related analysis |
| Joshua Abramson | 11/27/15 | 1.5 | Reviewed and commented on legal documents |
| Joshua Abramson | 11/29/15 | 1.0 | Reviewed and commented on legal documents |
| Joshua Abramson | 11/30/15 | 1.0 | Internal meeting related to various analysis |
| Joshua Abramson | 11/30/15 | 1.5 | Meeting with counsel related to litigation |
| Joshua Abramson | 11/30/15 | 1.0 | Prepared follow up analysis relating to meeting |
| Joshua Abramson | 12/01/15 | 0.5 | Preparation for committee call |
| Joshua Abramson | 12/01/15 | 1.5 | Listened to hearing |
| Joshua Abramson | 12/02/15 | 0.5 | Preparation for committee call |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 12/02/15 | 1.5 | Committee call and follow up |
| Joshua Abramson | 12/02/15 | 1.0 | Reviewed materials related to 503b9 claims |
| Joshua Abramson | 12/03/15 | 0.5 | Call with FTI |
| Joshua Abramson | 12/03/15 | 1.0 | Reviewed materials related to equipment leases |
| Joshua Abramson | 12/03/15 | 0.5 | Reviewed materials related to 503b9 claims |
| Joshua Abramson | 12/04/15 | 1.5 | Reviewed updated disclosure statement and rights offering documents |
| Joshua Abramson | 12/06/15 | 1.0 | Reviewed and responded to emails.  Prepared materials responsive to request from counsel. |
| Joshua Abramson | 12/07/15 | 1.0 | Call with Counsel on deal strategy |
| Joshua Abramson | 12/08/15 | 1.0 | Preparation for Committee Call |
| Joshua Abramson | 12/08/15 | 1.5 | Call with Committee and follow up |
| Joshua Abramson | 12/10/15 | 1.5 | Call with counsel and internal follow-up |
| Joshua Abramson | 12/11/15 | 2.5 | Internal analysis related to plan |
| Joshua Abramson | 12/14/15 | 1.0 | Call with Counsel on litigation |
| Joshua Abramson | 12/14/15 | 1.5 | Calls with internal and external counsel on discovery |
| Joshua Abramson | 12/14/15 | 1.0 | Review of financial analysis |
| Joshua Abramson | 12/15/15 | 1.0 | Calls with counsel and internal meetings regarding discovery and expert report schedule |
| Joshua Abramson | 12/15/15 | 1.0 | Work related to discovery requests |
| Joshua Abramson | 12/16/15 | 1.0 | Call with counsel on strategy and reports and follow up work |
| Joshua Abramson | 12/16/15 | 0.5 | Work related to discovery requests |
| Joshua Abramson | 12/16/15 | 1.5 | Prepared and reviewed financial analysis |
| Joshua Abramson | 12/17/15 | 1.0 | Calls with counsel on various matters |
| Joshua Abramson | 12/17/15 | 1.5 | Internal work relating to discovery requests |
| Joshua Abramson | 12/22/15 | 3.0 | Meeting with Counsel plus preparation |
| Joshua Abramson | 12/24/15 | 3.0 | Review PJSC Expert Report |
| Joshua Abramson | 12/25/15 | 8.0 | Review PJSC expert report and prepare PJT expert report |
| Joshua Abramson | 12/26/15 | 4.0 | Prepare and review analysis related to PJT expert report |
| Joshua Abramson | 12/27/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| Joshua Abramson | 12/28/15 | 6.0 | Prepare and review analysis related to PJT expert report |
| Joshua Abramson | 12/29/15 | 6.5 | Prepare and review analysis related to PJT expert report |
| Joshua Abramson | 12/30/15 | 4.0 | Prepare and review analysis related to PJT expert report |
| | | **142.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 11/02/15 | 1.5 | Call with counsel to discuss strategy plus preparation |
| Samuel Rappaport | 11/02/15 | 1.0 | Call with Company advisors to discuss critical vendors plus preparation |
| Samuel Rappaport | 11/02/15 | 3.0 | Prepared materials for UCC Call |
| Samuel Rappaport | 11/03/15 | 3.0 | Prepared analysis related to financial projections |
| Samuel Rappaport | 11/03/15 | 1.0 | Preparation for UCC Call |
| Samuel Rappaport | 11/03/15 | 0.5 | UCC Advisors Call |
| Samuel Rappaport | 11/03/15 | 1.0 | UCC Call |
| Samuel Rappaport | 11/03/15 | 1.0 | Follow up call with Company advisors re: critical vendors |
| Samuel Rappaport | 11/04/15 | 1.0 | Preparation for call with Company on financial projections |
| Samuel Rappaport | 11/04/15 | 1.0 | Call with Company on financial projections |
| Samuel Rappaport | 11/04/15 | 2.0 | Performed follow up analysis relating to financial projections |
| Samuel Rappaport | 11/05/15 | 1.0 | Reviewed analysis from Company related to KEIP/KERP |
| Samuel Rappaport | 11/09/15 | 3.0 | Performed analysis for preparation of term sheet |
| Samuel Rappaport | 11/09/15 | 1.0 | Internal PJT meeting |
| Samuel Rappaport | 11/09/15 | 2.0 | Prepared materials for UCC call |
| Samuel Rappaport | 11/10/15 | 1.0 | Finalized term sheet |
| Samuel Rappaport | 11/10/15 | 1.0 | Call with Company and their advisors to discuss financial projections |
| Samuel Rappaport | 11/10/15 | 1.0 | Preparation for UCC call |
| Samuel Rappaport | 11/10/15 | 0.5 | UCC Advisors Call |
| Samuel Rappaport | 11/10/15 | 1.0 | UCC Call |
| Samuel Rappaport | 11/10/15 | 2.0 | Performed analysis related to financial projections |
| Samuel Rappaport | 11/12/15 | 1.0 | Internal UCC advisors call |
| Samuel Rappaport | 11/12/15 | 0.5 | Reviewed documents related to critical vendors |
| Samuel Rappaport | 11/12/15 | 4.0 | Performed analysis related to backstop motion |
| Samuel Rappaport | 11/13/15 | 3.0 | Performed analysis related to backstop motion |
| Samuel Rappaport | 11/13/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Samuel Rappaport | 11/16/15 | 2.0 | Prepared materials for UCC Call |
| Samuel Rappaport | 11/17/15 | 2.0 | Reviewed Company model and prepared diligence list |
| Samuel Rappaport | 11/17/15 | 3.0 | Prepared financial analysis |
| Samuel Rappaport | 11/17/15 | 3.0 | Reviewed disclosure statement, backstop agreement and plan of reorganization |
| Samuel Rappaport | 11/18/15 | 1.0 | Reviewed disclosure statement, backstop agreement and plan of reorganization |
| Samuel Rappaport | 11/18/15 | 2.0 | Prepared financial analysis related to disclosure statement and backstop agreement |
| Samuel Rappaport | 11/18/15 | 1.0 | Calls with counsel regarding disclosure statement and backstop agreement |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 11/18/15 | 1.0 | Calls with debtor advisors regarding disclosure statement and backstop agreement |
| Samuel Rappaport | 11/19/15 | 1.0 | Reviewed Company model and prepared diligence list |
| Samuel Rappaport | 11/19/15 | 0.5 | Call with counsel on strategy |
| Samuel Rappaport | 11/19/15 | 3.0 | Review diligence provided by Company |
| Samuel Rappaport | 11/19/15 | 1.5 | Prepared follow-up diligence list for the Company |
| Samuel Rappaport | 11/19/15 | 1.5 | Reviewed analysis with internal team |
| Samuel Rappaport | 11/20/15 | 1.5 | Review materials provided by counsel |
| Samuel Rappaport | 11/22/15 | 1.5 | Reviewed diligence materials provided by Company |
| Samuel Rappaport | 11/23/15 | 2.0 | Prepared presentation for UCC Call |
| Samuel Rappaport | 11/23/15 | 1.5 | Call with counsel on strategy + preparation |
| Samuel Rappaport | 11/23/15 | 1.5 | Call with Company and their advisors to discuss diligence items |
| Samuel Rappaport | 11/24/15 | 0.5 | Follow up meeting re: diligence |
| Samuel Rappaport | 11/24/15 | 0.5 | Reviewed legal filings re: license rejection |
| Samuel Rappaport | 11/24/15 | 1.0 | Prepared for UCC Call |
| Samuel Rappaport | 11/24/15 | 0.5 | UCC Advisors Call |
| Samuel Rappaport | 11/24/15 | 1.0 | UCC Call and follow up |
| Samuel Rappaport | 11/25/15 | 3.0 | Reviewed Secured Lender settlement proposal and prepared related analysis |
| Samuel Rappaport | 11/29/15 | 2.0 | Reviewed and commented on legal documents |
| Samuel Rappaport | 11/30/15 | 1.0 | Internal meeting related to various analysis |
| Samuel Rappaport | 11/30/15 | 1.5 | Meeting with counsel related to litigation |
| Samuel Rappaport | 11/30/15 | 2.0 | Prepared follow up analysis relating to meeting |
| Samuel Rappaport | 12/01/15 | 0.5 | Preparation for committee call |
| Samuel Rappaport | 12/01/15 | 1.5 | Listened to hearing |
| Samuel Rappaport | 12/02/15 | 0.5 | Preparation for committee call |
| Samuel Rappaport | 12/02/15 | 1.0 | Committee call and follow up |
| Samuel Rappaport | 12/02/15 | 0.5 | Reviewed materials related to 503b9 claims |
| Samuel Rappaport | 12/03/15 | 0.5 | Reviewed materials related to 503b9 claims |
| Samuel Rappaport | 12/04/15 | 2.0 | Reviewed updated disclosure statement and rights offering documents |
| Samuel Rappaport | 12/07/15 | 1.0 | Call with Counsel on deal strategy |
| Samuel Rappaport | 12/08/15 | 0.5 | Preparation for Committee Call |
| Samuel Rappaport | 12/08/15 | 1.5 | Call with Committee and follow up |
| Samuel Rappaport | 12/10/15 | 1.5 | Call with counsel and internal follow-up |
| Samuel Rappaport | 12/11/15 | 3.0 | Internal analysis related to plan |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 12/14/15 | 1.0 | Call with Counsel on litigation |
| Samuel Rappaport | 12/14/15 | 1.5 | Calls with internal and external counsel on discovery |
| Samuel Rappaport | 12/14/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 12/15/15 | 1.0 | Calls with counsel and internal meetings regarding discovery and expert report schedule |
| Samuel Rappaport | 12/15/15 | 1.5 | Work related to discovery requests |
| Samuel Rappaport | 12/16/15 | 2.0 | Call with counsel on strategy and reports and follow up work |
| Samuel Rappaport | 12/16/15 | 3.0 | Prepared and reviewed financial analysis |
| Samuel Rappaport | 12/17/15 | 1.0 | Calls with counsel on various matters |
| Samuel Rappaport | 12/17/15 | 1.5 | Internal work relating to discovery requests |
| Samuel Rappaport | 12/22/15 | 4.0 | Meeting with Counsel plus preparation |
| Samuel Rappaport | 12/24/15 | 6.0 | Review PJSC Expert Report |
| Samuel Rappaport | 12/25/15 | 2.0 | Review PJSC expert report and prepare PJT expert report |
| Samuel Rappaport | 12/26/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 12/27/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 12/28/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 12/29/15 | 4.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 12/30/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| | | **147.0** | |