**APPENDIX E**

# PJT Partners LP

February 7, 2016

Andrew Bruenjes
Quiksilver, Inc.
5600 Argosy Circle, #100
Huntington Beach, CA 92649

| | |
|---|---:|
| Monthly Fee for the period of November 1, 2015 through November 30, 2015: | $ 150,000.00 |
| Monthly Fee for the period of December 1, 2015 through December 31, 2015: | 150,000.00 |
| Less Holdback at 20%: | (60,000.00) |
| **Total Amount Due**[1] | **$ 240,000.00** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP
Finance Department- 16th Floor
Account # 80003266582

**Invoice No. 10000503**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
280 Park Avenue
New York, NY 10017
212 364-7800