## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 22nd day of February, 2016, I caused the foregoing **Second Monthly Application of PJT Partners Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation for Necessary Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2015 through December 31, 2015** to be served upon the parties on the attached service list via first-class mail, postage prepaid.

      /s/ John H. Schanne, II  
      John H. Schanne, II (DE No. 5260)

#37954361 v1

Van C. Durrer, II, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Andrew Bruenjes
5600 Argosy Circle
#100
Huntington Beach, CA  92649

Mark S. Kenney, Esq.
Office of the United States Trustee Delaware
844 King St
Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

Steven Fox, Esq.
Riemer & Braunstein LLP
Seven Times Square
Suite 2506
New York, NY 10036

Patrick J. Nash, Jr., Esq.
Ross M. Kwasteniet, Esq.
William A. Guerrieri, Esq.
W. Benjamin Winger, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

#37954361 v1