

**DIVERSIFIED DISTRIBUTION SYSTEMS, LLC**

7351 Boone Avenue North
Brooklyn Park, MN 55428-1007

February 19, 2016

| | |
|---|---|
| US Bankruptcy Court | Kurtzman Carson Consultants |
| District of Delaware | Quiksilver Transfer Objection |
| 824 Market St. N, 3rd Fl. | 2335 Alaska Ave. |
| Wilmington, DE 19801 | El Segundo, CA 90245 |

Case # 15-11880

This letter is our written objection to the transfer of our bankruptcy claim #222 in the amount of $22,926.66 filed by Claims Recovery Group on 1/28/2016 as per the attached notice.

We notified the transferee on 1/27/2016 that we withdrew our offer to sell them the claim as described in the attached letter sent to them on 2/12/2016.

Regards,

*Jim Kozicky*

Jim Kozicky

Chief Financial Officer

Diversified Distribution Systems, LLC

7351 Boone Ave N

Brooklyn Park, MN 55428

612-813-5243

cc: Claims Recovery Group

    92 Union Ave

    Cresskill, NJ 07626

Phone  1-612-813-5200
Fax       1-612-813-5205

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------- x
                                :
    In re:                      :    Chapter 11
                                :
    QUIKSILVER, INC., et al.,   :    Case No. 15-11880 (BLS)
                                :
                    Debtors.[1] :    Jointly Administered
                                :
------------------------------- x
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:     Diversified Distribution Systems LLC
                  7351 Boone Avenue North
                  Brooklyn Park, MN  55428

Please note that your claim number 222 in the amount of $743,215.87 has been partially transferred in the amount of $22,926.66 **(unless previously expunged by court order)** to:

              Claims Recovery Group LLC
              92 Union Ave
              Cresskill, NJ 07626

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| US Bankruptcy Court | Kurtzman Carson Consultants LLC |
| District of Delaware | Quiksilver Transfers Objection |
| 824 Market St. N, 3rd Fl. | 2335 Alaska Ave |
| Wilmington, DE 19801 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: February 5, 2016

                                                          By: _____/s/_____
                                                                **Darlene Calderon**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.



**DIVERSIFIED DISTRIBUTION SYSTEMS, LLC**

7351 Boone Avenue North
Brooklyn Park, MN 55428-1007

February 12, 2016

Claims Recovery Group LLC

Attn: Helen Bennett

92 Union Avenue

Cresskill, NJ 0726

Dear Helen:

Enclosed please find your check #130 dated 1/28/2016 for $14,935.22. We have signed a settlement with Quiksilver that waived all our bankruptcy claims, so we cannot sell our administrative claim to you. We signed the settlement on 1/25/2016 and a copy of the court notice is also attached. I informed you via email on 1/27/2016 that we needed to put a hold on our claim, but you cut you check anyway on 1/28/2016.

I see you have also filed a transfer of claim (copy attached) that you need to retract.

Please contact me if you have any questions,

Regards,

Jim Kozicky

Chief Financial Officer

Phone 1-612-813-5200
Fax    1-612-813-5205