**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF PUBLICATION OF THE NOTICE OF (A) ENTRY OF ORDER
CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND
DEBTORS IN POSSESSION, (B) OCCURRENCE OF EFFECTIVE DATE, AND (C)
CERTAIN DEADLINES IN THE NEW YORK TIMES (NATIONAL EDITION), THE
LOS ANGELES TIMES (NATIONAL EDITION), THE ORANGE COUNTY REGISTER
AND THE NEW YORK TIMES (INTERNATIONAL EDITION)**

       This Affidavit of Publication includes the sworn statement verifying that the Notice of (A) Entry of Order Confirming Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession, (B) Occurrence of Effective Date, and (C) Certain Deadlines was published and incorporated by reference herein as follows:

1. In *The New York Times (National Edition)* on February 18, 2016, attached hereto as **Exhibit A**;

2. In the *Los Angeles Times (National Edition)* on February 18, 2016, attached hereto as **Exhibit B**;

3. In *The Orange County Register* on February 18, 2016, attached hereto as **Exhibit C**; and

4. In the *International New York Times* on February 18, 2016, attached hereto as **Exhibit D**.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

# **Exhibit A**



**The New York Times**
620 8TH AVENUE · NEW YORK, NY 10018

# PROOF OF PUBLICATION

*February 18*        201*6*

**The New York Times** a

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a
daily newspaper of general circulation printed and published in the City, County and State of New York,
hereby certify that the advertisement annexed hereto was published in the editions of

**The New York Times** on the following date or dates, to wit on

FEB 1 8 2016        *B2*

*Alice Weber*

Sworn before me the

*K* day of *Feb* , 201*6*

Notary Public

WILLIAM J. McDERMOTT
NOTARY PUBLIC, State of New York
No. 41-4956375
Qualified in Nassau County
Commission Expires Sept 25, 2017

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:  )  Chapter 11
)  Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,  )  Jointly Administered
Debtors.[1]  )  Related Docket Nos. 731, 740

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, (B) OCCURRENCE OF EFFECTIVE DATE, AND (C) CERTAIN DEADLINES**

PLEASE TAKE NOTICE that on January 29, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 740] confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession [Docket No. 731] (the "Plan").[2] Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.deb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Kurtzman Carson Consultants, LLC (the "Claims and Solicitation Agent"), https://www.kccllc.net/quiksilver, free of charge.

PLEASE TAKE FURTHER NOTICE that on February 11, 2016, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XI have either been satisfied or waived in accordance with the Plan and Confirmation Order.

PLEASE TAKE FURTHER NOTICE that, except as set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Claims and Solicitation Agent on or before March 14, 2016, the first business day following the date that is 30 days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including the Effective Date shall be filed with the Bankruptcy Court on or before March 28, 2016, the first business day following the date that is forty-five (45) days after the Effective Date.

PLEASE TAKE FURTHER NOTICE pursuant to Article VII of the Plan, unless an Executory Contract or Unexpired Lease: (a) is listed on the Schedule of Assumed Executory Contracts and Unexpired Leases contained in the Plan Supplement; (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan, such Executory Contract or Unexpired Lease, is deemed automatically rejected as of the Effective Date.

PLEASE TAKE FURTHER NOTICE that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

PLEASE TAKE FURTHER NOTICE that, pursuant to Article VII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the Schedule of Assumed Executory Contracts and Unexpired Leases in the Plan Supplement are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their assignees in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that, unless a counterparty to an assumed Executory Contract or Unexpired Lease has filed or files a proper and timely objection to the Cure Notice or proposed Cure on or before the deadline set forth in the applicable Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

Dated: Wilmington, Delaware, February 11, 2016. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, /s/ Van C. Durrer, II , Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- Mark S. Chehi (I.D. No. 2855), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, Fax: (302) 651-3001 -and- John K. Lyons, Jessica Kumar, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411, *Counsel for Debtors and Debtors in Possession*

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9509). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

# Bombardier to Cut 7,000 Jobs as New Airplanes Struggle

### By IAN AUSTEN

OTTAWA — Bombardier, the Canadian transportation company, said on Wednesday that it would lay off about 7,000 employees over the next two years, as it struggles to find buyers for a new series of planes that for the first time put it in direct competition with the aviation giants Boeing and Airbus.

After a prolonged drought in sales announcements, Bombardier said that Air Canada, which has its headquarters in Montreal, had signed a letter of intent to buy 45 of the new CSeries planes, with options for 30 more. Bombardier expects to start delivering the aircraft within three years and estimated that all 75 planes could cost up to $6.4 billion.

The company also reported on Wednesday that its revenue had fallen to just over $18 billion in 2015, from about $20 billion in the previous year. It lost $2.58 a share for the year, compared with a loss of 74 cents in 2014.

While the Air Canada sale provided important help for the CSeries, sales of the aircraft remain below levels that analysts generally view as assuring the project's success. Including the 45 planes for Air Canada, Bombardier now has 288 firm orders.

While the CSeries airplanes have won praise for their technical abilities, their development has been plagued by delays. That allowed Airbus and Boeing to adapt their smaller airliners to use the unusually fuel-efficient and quiet engine technology that Bombardier had hoped to introduce to the market. The larger companies have also been aggressive in offering airlines deals to keep them from buying Bombardier's planes.

Air Canada has not signed formal contracts for the 45 planes, which will be the larger CS300 version. Neither it nor Bombardier offered details about sales prices, financing or other terms of the sale.

Alain Bellemare, chief executive of Bombardier, confirmed in a



PAUL CHIASSON/THE CANADIAN PRESS, VIA ASSOCIATED PRESS

Alain Bellemare, left, chief of Bombardier, with Calin Rovinescu, his counterpart at Air Canada, which has agreed to buy 45 jets.

*Advanced jets meant to compete with Boeing and Airbus have faced delays.*

conference call with analysts on Wednesday that the first CSeries planes would begin service this year with Swiss International Air Lines, a unit of Lufthansa. But he warned that costs resulting from the move to full-scale production of the airliner would be a drain on Bombardier's financial performance this year.

While there have been concerns that the CSeries program might force Bombardier into a financial crisis, Mr. Bellemare said that a $1 billion investment by the province of Quebec and a $1.5 billion infusion from the province's pension and investment fund meant that Bombardier now had $6.4 billion in cash.

"Our liquidity position will remain strong," he said.

Despite that, Mr. Bellemare also said that obtaining a similar investment from the government of Canada remained "very critical" for the company. Such an infusion, he said, would give airlines further confidence in the future of the CSeries and provide Bombardier with added financial flexibility.

While the Liberal government led by Prime Minister Justin Trudeau has not clearly indicated its plans, the idea of federal assistance to Bombardier is unpopular in Western Canada, partly because no such aid is being proposed for its struggling oil and gas industry.

The layoffs will affect Bombardier's thriving rail operations, as well as its aviation business. The company said nearly half of the announced job cuts would take place in Europe, where nearly 3,400 jobs would be affected. A further 2,800 jobs will be cut in Canada.

---

# Industrial Production Jumps, Pointing to Resilience in U.S. Economy

WASHINGTON (Reuters) — Industrial production in the United States had its largest gain in 14 months in January as manufacturing and utilities output increased, the latest sign that the economy regained some ground early in the year.

While other data on Wednesday showed a surprise decline in housing starts last month, that was probably because of bad weather, especially in the Northeast and Midwest. With building permits ahead of groundbreaking activity, home construction is likely to pick up in the months ahead.

The first increase in industrial output in five months should help allay the fears of a recession that have shaken up the stock market and eliminated bets for an interest-rate increase from the Federal Reserve in March.

Industrial production rose 0.9 percent last month, the largest increase since November 2014, the Fed said. That followed a 0.7 percent decline in December and was helped by a 0.5 percent advance in manufacturing output.

The rise in manufacturing production reflected gains in the output of long-lasting goods, as well as food and chemicals. But manufacturing is not out of trouble and will continue to be buffeted by a strong dollar, weak global demand and lower oil prices.

Industrial production was also lifted by a 5.4 percent surge in utilities production as the return of normal winter temperatures produced a jump in demand for heating. Mining output was flat after four consecutive months of hefty declines.

"The overall tone of this report was encouraging, pointing to a respite in the ongoing recession engulfing the U.S. industrial sector," said Millan Mulraine, deputy chief economist at TD Securities in New York.

In a separate report, the Commerce Department said groundbreaking activity on new housing projects fell 3.8 percent to a seasonally adjusted annual pace of 1,099 million units last month. Starts dropped in the Northeast, which was blanketed by snowstorms last month, and tumbled in the Midwest.

Building permits dipped 0.2 percent to a 1.202 million-unit rate last month. Permits remain above starts, indicating that building activity will rebound in the coming months. In addition, housing market fundamentals remain strong, with a tightening labor market starting to push up wage growth.

"We continue to believe that the housing market will be one of the bright spots for the domestic economy in 2016," said Mark Vitner, a senior economist at Wells Fargo Securities in Charlotte, North Carolina, "reflecting stronger job growth, increased household formations and the current paucity of supply, particularly in the new-home market."

In another report, the Labor Department said its producer price index edged up 0.1 percent in January as the cost of services increased, after slipping 0.2 percent in December. In the 12 months through January, the index decreased 0.2 percent, after declining 1 percent in December.

The increase in services was led by a 4 percent gain in margins for machinery and equipment.



**Industrial Production**

Index of total industrial production, 2007 = 100, seasonally adjusted.

| NOV. | DEC. | JAN. |
|------|------|------|
| −0.8% | −0.7% | **+0.9%** |

Source: Federal Reserve
THE NEW YORK TIMES

---

# Russia Sues Ukraine in London Over Unpaid Debt Claim

### By ANDREW E. KRAMER

MOSCOW — Russia filed a lawsuit against Ukraine in the London High Court on Wednesday over $3 billion in unpaid loans, escalating a legal battle that is adding to the geopolitical tensions between the countries.

The lawsuit centers on a controversial $3 billion loan that Russia granted to Ukraine in 2013 under the former Ukrainian president. In December, Ukraine declared a moratorium on paying the debts, unless Russia joined a restructuring program that included other creditors.

The dispute is the latest between Ukraine and Russia to spill off the battlefield and into European courts. While a shaky ceasefire has reduced violence in eastern Ukraine, a year-old peace accord still faces major obstacles.

The new Ukrainian cabinet has insisted that Moscow agree to the same 20 percent write-down and delay in repayment that was accepted by commercial creditors in a restructuring deal last year. President Vladimir V. Putin of Russia has rejected the deal as unfair.

Russia's finance minister, Anton Siluanov, told reporters in Moscow that his ministry had sued after "repeated unsuccessful attempts to encourage Ukraine" to settle in negotiations.

Ukraine was not "negotiating in a spirit of good will," Mr. Siluanov said in announcing the lawsuit.

Despite blaming the West for geopolitical woes, many Russian companies and even government ministries prefer to settle commercial disputes in European courts, which are perceived to be more evenhanded than those in former Soviet countries.

The Russian energy giant Gazprom is seeking $29.2 billion from Ukraine in a Stockholm arbitration court for what it says are various breaches of the terms of a natural gas contract.

Ukraine's prime minister, Arseniy P. Yatsenyuk, announced in Parliament on Tuesday that Kiev, in turn, was seeking $22.5 billion from Gazprom in countersuits. Neither side is likely to collect in full.

The murky structuring of the loan is proving contentious in the latest run-in between Ukraine and Russia. Moscow provided the funds to Ukraine in December 2013 in an unsuccessful attempt to prop up the government of President Viktor F. Yanukovych, who was ousted two months later. Russia had, for unclear reasons, structured the loan as a Eurobond, a financial instrument typically used in commercial transactions rather than in loans between two countries.

The new Ukrainian government, deeply at odds with Russia, has insisted that the loan now be treated as a commercial transaction, making it subject to the restructuring deal.

Russia argues that the bonds should not be subject to the terms of the commercial debt restructuring, a position backed by the International Monetary Fund.

*An escalation of a legal battle adds to tensions for two countries.*

---

The Times Book Review, every Sunday

---

## BUSINESS BRIEFING

### Toyota Recalls 3 Million S.U.V.s Because of Faulty Seatbelts

Toyota said on Thursday that it was conducting a global recall of 2.87 million vehicles because their seatbelts could be damaged by a metal seat-frame part in the event of a crash. In an email, the automaker said that the global recall involved its RAV4 sport utility vehicle model produced between July 2005 and August 2014, and its Vanguard S.U.V. produced between October 2005 and January 2016. The recall includes 1.3 million vehicles in North America. The automaker said it had received two reports in which rear seatbelts separated after crashes. Toyota said it could not determine whether these episodes were linked to any injuries or fatalities. *(REUTERS)*

### Aston Martin and LeEco Plan to Develop Electric Car

The British luxury-car maker Aston Martin has set up a venture with the Chinese consumer electronics group LeEco to jointly develop an electric vehicle. Aston Martin and LeEco said that the car would be based on Aston Martin's Rapide S model, and that if successful the venture would develop other electric vehicles, including for LeEco. Financial terms of the transaction were not disclosed. The automaker said the new car would come to market in 2018. *(REUTERS)*

### Iron Ore Giant Begins Tests At Its Largest Mine

The Brazilian company Vale, the world's biggest iron ore producer, said on Wednesday that it had begun testing equipment at its largest mine, in the Brazilian Amazon. Tests began with a nearly six-mile-long conveyor belt that takes iron ore from the mine's open-cut pit to a processing facility, said Jamil Sebe, project director for the company's Amazon iron assets. The mine has a planned capacity to produce 90 million metric tons of high-grade ore a year. *(REUTERS)*

### Venezuela Devalues Currency And Raises Price of Gasoline

Venezuela's president, Nicolás Maduro, on Wednesday devalued the currency by 37 percent and raised fuel prices for the first time in 17 years. The measures are meant to help shore up the nation's finances as dropping oil prices and a collapsing state-led economic model have left the country with a severe recession, high inflation and product shortages. The price of premium gasoline will rise to 6 bolívars from 0.097 bolívars a liter, but fuel is so heavily subsidized that filling up a small car will still cost about 23 cents, based on the black market exchange rate. *(REUTERS)*

---

# Simmons Announces Plans For Post-Grantland Website

### By JOHN KOBLIN

The sports personality Bill Simmons's much anticipated new website has a name: the Ringer.

The site, which also already has a web address, is expected to debut this year, either by the spring or early summer, according to a news release on Wednesday. The site will begin producing an email newsletter in mid-March.

Mr. Simmons left ESPN and the website he founded, Grantland, last year under bitter circumstances. In the months since his departure, Mr. Simmons has resurrected a podcast he once did for Grantland. He has not been shy about saying that ESPN let him go rather than renewing his contract because he criticized the National Football League and its commissioner, Roger Goodell. ESPN has denied that.

Months after Mr. Simmons's departure, ESPN shut Grantland.

The Ringer looks as if it will be similar to Grantland, which covered a mix of sports and pop culture. Mr. Simmons has announced about a dozen hires for the Ringer, the majority of whom worked with him at Grantland. When the site does debut, it will end what will have effectively been a yearlong hiatus from writing for Mr. Simmons, who has developed a loyal and substantial following for his columns written in the voice of the rabid, and often frustrated, fan that he is.

In addition to the Ringer, Mr. Simmons will also have an HBO show that will have its premiere this year. Last week, HBO announced that Stuart Miller, the former co-executive producer of "The Daily Show with Jon Stewart," would serve as executive producer of the show. Jason Ross, another "Daily Show" veteran, was named head writer.

On Wednesday, when a person asked Mr. Simmons on Twitter what lessons he learned from his experience of running a business like Grantland, Mr. Simmons replied: "Don't do it with ESPN."

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:
QUIKSILVER, INC. and its Affiliated
Debtors.[1]

Chapter 11
Case No. 15-11880 (BLS)
Jointly Administered
**Related Docket Nos. 731, 740**

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, (B) OCCURRENCE OF EFFECTIVE DATE, AND (C) CERTAIN DEADLINES**

PLEASE TAKE NOTICE that on January 29, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 740] confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 731] (the "Plan").[1] Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.debsaccounts.gov.fr, or a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Kurtzman Carson Consultants, LLC (the "Claims and Solicitation Agent"), https://www.kccllc.net/quiksilver, free of charge.

PLEASE TAKE FURTHER NOTICE that on February 11, 2016, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article X have either been satisfied or waived in accordance with the Plan and Confirmation Order.

PLEASE TAKE FURTHER NOTICE that, except as set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Claims and Solicitation Agent on or before March 14, 2016, the first business day following the date that is 30 days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including the Effective Date shall be filed with the Bankruptcy Court on or before March 28, 2016, the first business day following the date that is forty-five (45) days after the Effective Date.

PLEASE TAKE FURTHER NOTICE pursuant to Article VII of the Plan, unless an Executory Contract or Unexpired Lease: (a) is listed on the Schedule of Assumed Executory Contracts and Unexpired Leases contained in the Plan Supplement; (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan, such Executory Contract or Unexpired Lease, is deemed automatically rejected as of the Effective Date.

PLEASE TAKE FURTHER NOTICE that, unless otherwise provided by a

Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

PLEASE TAKE FURTHER NOTICE that, pursuant to Article VII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the Schedule of Assumed Executory Contracts and Unexpired Leases in the Plan Supplement are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their assignees in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously or expressly rejected or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that, unless a counterparty to an assumed Executory Contract or Unexpired Lease has filed or files a proper and timely objection to the Cure Notice or proposed Cure on or before the deadline set forth in the applicable Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

Dated: Wilmington, Delaware, February 11, 2016, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, /s/ Van C. Durrer, II , Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- Mark S. Chehi (I.D. No. 2855), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, Fax: (302) 651-3001 -and- John K. Lyons, Jessica Kumar, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411, Counsel for Debtors and Debtors in Possession

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8845), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

---



GOVERNO DE **BRASÍLIA**

Federal District Fire Department (CBMDF)
Acquisition And Contracting Section

**BIDDING PROCESS ANNOUNCEMENT – NEW OPENING
INTERNATIONAL IN PERSON REVERSE AUCTION N. 01/2014**

PROCESS n. 053.001.759/2012/CBMDF. TYPE: Lowest price. OBJECT: PRICE REGISTRATION of flight helmet as personal protective equipment to the FEDERAL DISTRICT FIRE DEPARTMENT (CBMDF), according to requirements, quantities and provisions contained in the official bidding announcement, in the Annex 1, and other documents of bidding process. The Director of Acquisition and Contracting of CBMDF announces the NEW OPENING of bidding process on March, 21st, 2016, at 2:00 pm. Place: Sala de Licitações of CBMDF, at SAM, Quadra B, Bloco D, Brasília – DF, Brasil, ZIP CODE 70.620-000. OFFICIAL BIDDING ANNOUNCEMENT on the site www.cbm.df.gov.br and www. comprasnet.gov.br (UASG to CBMDF: 170394). For more information: +55 61 3901-3481 and +55 61 3901-8659.

JORGE MARTINS RODRIGUES DE OLIVEIRA – CEL QOBM/COMB.
Director of Acquisition and Contracting

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:
RESTAURANTS ACQUISITION I, LLC,[1]
Debtor.

Chapter 11
Case No. 15-12406 (KG)

**NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING DEADLINES FOR FILING CLAIMS AGAINST THE DEBTOR**

PLEASE TAKE NOTICE THAT:
On December 2, 2015 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") with the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On February 8, 2016, the Bankruptcy Court entered an order [Docket No. 143] (the "Bar Date Order") establishing the following deadlines (the "Bar Dates") for filing Proof of Claim Forms and Administrative Claim Forms (as such terms are defined in the Bar Date Order) with BMC Group, Inc. ("BMC"), the Debtor's Court-appointed claims agent:

General Bar Date. Each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) holding or asserting a claim (as such term is defined in Bankruptcy Code section 101(5)) against the Debtor that arose (or is deemed to have arisen) on or before the Petition Date must file a Proof of Claim Form so that it is actually received by BMC on or before March 14, 2016 at 5:00 p.m. (Eastern Time).

Governmental Bar Date. Each governmental unit holding or asserting a claim against the Debtor that arose (or is deemed to have arisen) on or before the Petition Date must file a Proof of Claim Form so that it is actually received by BMC on or before May 30, 2016 at 5:00 p.m. (Eastern Time).

Administrative Claims Bar Date. Each person or entity holding or asserting a claim arising under sections 503(b)(1) through (8) and 507(a) (2) of the Bankruptcy Code (each, an "Administrative Claim") against the Debtor that may have arisen, accrued or otherwise become due and

payable at any time subsequent to the Petition Date but on or before December 31, 2015 (the "Initial Administrative Claims Period") must file an Administrative Claim Form so that it is actually received by BMC on or before March 14, 2016 at 5:00 p.m. (Eastern Time).

Proof of Claim Forms and Administrative Claim Forms (together, "Claim Forms") must be delivered to BMC, so that such forms are actually received by BMC by the applicable Bar Date, at the following address: If by mail, BMC Group, Inc., Attn: RAI Claims Processing, PO Box 90100, Los Angeles, CA 90009; and if by messenger or overnight courier, BMC Group, Inc., Attn: RAI Claims Processing, 300 N. Continental Blvd., #570, El Segundo, CA 90245. Claim Forms shall not be submitted by facsimile, telecopy, e-mail or other electronic means, and Claim Forms submitted by such means shall not be deemed timely filed.

Any person or entity that is required to file a Claim Form in the form and manner specified in the Bar Date Order and that fails to do so on or before the applicable Bar Date: (i) shall be forever barred, estopped and enjoined from asserting such claim against the Debtor, its estate or its property, or thereafter filing a Claim Form with respect thereto in the chapter 11 case; (ii) shall not, with respect to such claim, be treated as a creditor of the Debtor for the purpose of voting upon any plan in this proceeding; and (iii) shall not receive or be entitled to receive any payment or distribution of property from the Debtor or its successors or assigns with respect to such claim.

Copies of the Bar Date Order and the Claim Forms may be viewed and downloaded free of charge at BMC's website and also may be obtained by written request to BMC at BMC Group, Inc., Attn: RAI Claims Processing, PO Box 90100, Los Angeles, CA 90009.

Questions concerning this Notice should be directed to BMC in writing at BMC Group, Inc., Attn: RAI Claims Processing, PO Box 90100, Los Angeles, CA 90009 or by telephone at 310.321.5555. Please note that BMC's staff is not permitted to give legal advice.

[1] The Debtor's mailing address is 313 East Main Street, Suite 2, Hendersonville, TN and the last four digits of its tax identification number are 8761.

# **Exhibit B**

# Los Angeles Times

## M E D I A    G R O U P

PROOF OF PUBLICATION
(2015.5 C.C.P.)

## STATE OF ILLINOIS
## County of Cook

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.

I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):

Feb 18, 2016

I certify (or declare) under penalty of perjury
under the laws of the State of California that the foregoing is true and correct.

Dated at Chicago, Illinois
on this ____ day of ____, 20__ .

_____
[signature]

435 N. Michigan Ave.
Chicago, IL 60611

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>QUIKSILVER, INC., et al.,<br>Debtors.[1] | Chapter 11<br>Case No. 15-11880 (BLS)<br>Jointly Administered<br>**Related Docket Nos. 731, 740** |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, (B) OCCURRENCE OF EFFECTIVE DATE, AND (C) CERTAIN DEADLINES**

**PLEASE TAKE NOTICE** that on January 29, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 740] confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 731] (the "Plan").[2] Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.deb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Kurtzman Carson Consultants, LLC (the "Claims and Solicitation Agent"), https://www.kccllc.net/quiksilver, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2016, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XI have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE that, except as set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Claims and Solicitation Agent on or before March 14, 2016, the first business day following the date that is 30 days after the Effective Date.**

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including the Effective Date shall be filed with the Bankruptcy Court on or before March 28, 2016, the first business day following the date that is forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VII of the Plan, unless an Executory Contract or Unexpired Lease: (a) is listed on the Schedule of Assumed Executory Contracts and Unexpired Leases contained in the Plan Supplement; (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan, such Executory Contract or Unexpired Lease, is deemed automatically rejected as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the Schedule of Assumed Executory Contracts and Unexpired Leases in the Plan Supplement are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their assignees in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease has filed or files a proper and timely objection to the Cure Notice or proposed Cure on or before the deadline set forth in the applicable Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

Dated: Wilmington, Delaware, February 11, 2016, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, /s/ Van C. Durrer, II , Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- Mark S. Chehi (I.D. No. 2855), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, Fax: (302) 651-3001 -and- John K. Lyons, Jessica Kumar, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411, *Counsel for Debtors and Debtors in Possession*

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

## Los Angeles Times

### Major stock indexes

| Index | Close | Daily change | Daily % change | YTD % change |
|---|---|---|---|---|
| Dow industrials | 16,453.83 | +257.42 | +1.59 | -5.57 |
| S&P 500 | 1,926.82 | +31.24 | +1.65 | -5.73 |
| Nasdaq composite | 4,534.06 | +98.10 | +2.21 | -9.45 |
| S&P 400 | 1,309.21 | +19.98 | +1.55 | -6.39 |
| Russell 2000 | 1,011.13 | +15.33 | +1.54 | -10.98 |
| EuroStoxx 50 | 2,771.95 | +63.23 | +2.33 | -11.10 |
| Nikkei (Japan) | 15,836.36 | -218.07 | -1.36 | -16.80 |
| Hang Seng (Hong Kong) | 18,924.57 | -197.51 | -1.03 | -13.64 |

Source: AP

**MARKET ROUNDUP**

# Stocks rally as price of oil rises

ASSOCIATED PRESS

Stocks climbed Wednesday as investors clung to hope for an international deal to stem a global glut in crude oil with production cutbacks. That sent the price of oil sharply higher, as well as the stocks of energy companies.

The gains capped a three-day rally, the longest so far in 2016, that has wiped out about half of the market's losses since the beginning of the year.

The Dow Jones industrial average climbed 257.42 points, or 1.6%, to 16,453.83. The Standard & Poor's 500 index rose 31.24 points, or 1.7%, to 1,926.82. The Nasdaq composite increased 98.11 points, or 2.2%, to 4,534.06.

The price of U.S. crude jumped $1.62, or 5.6%, to $30.66 a barrel. Brent crude rose $2.32, or 7.2%, to $34.50.

Energy stocks climbed along with the price of oil. Chevron rose 4.1% and Hess picked up 6.4%. Tech stocks made big gains, led by Microsoft, which added 2.6%, and Facebook, which rose 3.5%.

For almost six months, stocks have surged and dropped repeatedly as investors worry about issues like the health of China's economy, the Federal Reserve's plans on interest rates and plunging oil prices. Sameer Samana, global quantitative strategist for Wells Fargo Investment Institute, said the ride isn't over yet.

"None of those issues have gone away," Samana said. "You'll continue to see that kind of pattern."

Samana said that U.S. firms, large stocks in particular, are doing pretty well and that investors will eventually start paying more attention to their performance. But he said it's possible that volatility in financial markets will start to affect the broader economy, cutting into consumer spending and prompting businesses to cut jobs.

Although corporate earnings have been shaky, companies that surpassed analysts' expectations were rewarded Wednesday. Online travel company Priceline climbed 11.2% after its profit and revenue beat estimates. Personal navigation device maker Garmin rose 16.5% after its fourth-quarter profit topped estimates.

Watch and accessories maker Fossil posted strong results, and its annual profit guidance also pleased investors. The stock added 28.6%.

Wholesale gasoline rose 3.3 cents to $1 a gallon. Heating oil rose 6.1 cents, or 5.9%, to $1.088 a gallon. Natural gas rose 3.9 cents, or 2%, to $1.942 per 1,000 cubic feet.

Gold rose $3.20 to $1,211.40 an ounce. Silver inched up 4.3 cents to $15.377 an ounce. Copper climbed 2.5 cents to $2.076 a pound.

The yield on the 10-year Treasury note jumped to 1.82% from 1.78%. The dollar fell to 113.77 yen from 113.88 yen. The euro slipped to $1.1139 from $1.1144.



Honda/Wieck

**THE HONDA ACCORD,** which was the top model sold in California in 2014, fell a notch to No. 2 last year.

# 2015 new car sales climb 11% and nearly set a record

[**Auto sales,** from C1]

strength in compact pickups, midsize SUVs and large midsize sedans. Toyota captured 21% of all California new-vehicle sales. Honda trailed with 13%.

Toyota's overall sales increased 5.2% over 2014. Honda's were about double that, at 10.5%.

As the leader, Toyota had less room to grow market share, said TrueCar industry analyst Patrick Min. But Honda saw an "aggressive product cadence" in 2015, with new or refreshed versions of its HR-V, Pilot, Civic and Accord models, he added.

"The product line is all fresh or all new," Min said. "It's a brand revival."

The sales picture could change soon, though, as Toyota's newly remodeled 2016 Prius hits the market. The new generation of the world's bestselling hybrid has gotten strong critical reception and could again be a top seller.

Jeep and Subaru saw the greatest growth by brand.

### Top-selling cars in California

Japanese vehicles dominated the market, based on the total amount of new registrations issued in 2015.

| Model | Registrations |
|---|---|
| Honda Civic | 79,656 |
| Honda Accord | 73,505 |
| Toyota Prius | 72,040 |
| Toyota Camry | 63,290 |
| Toyota Corolla | 62,553 |

Source: California New Car Dealers Assn.

ANGELICA QUINTERO Los Angeles Times

Jeep sales rose 29.8%; Subaru's were up 21.9%.

Min credited the two companies with taking a creative approach to California's product needs.

The new Jeeps, he said, "are well executed and really fit in with the younger, urban lifestyle." And Subaru "is the darling brand. They have established themselves as a very genuine brand, and an outdoor brand."

Mazda, Kia, Chevy, Hyundai, Ford, Lexus, Nissan and Mercedes-Benz also saw sales up more than 10%.

Following a national trend, the growth in sales of light trucks outpaced growth in passengers cars sales, and gained market share. Statewide, truck sales were up 19.4%, while cars rose 5.8%. Trucks gained 2.9% in market share, taking away that percentage from cars.

The Ford F-series, the nation's top-selling vehicle for more than three decades, was the state's favorite full-size pickup truck, with 44,369 vehicles sold. Chevy's Silverado was next, with 39,157 units. Ram trailed with 28,050. Among compact pickups, Toyota's Tacoma dwarfed the competition, with 31,082 trucks sold, compared with No. 2 seller Nissan Frontier's 7,831.

Nationally, the association said, overall sales were up by a less robust rate of 5% over 2014.

The organization predicted that 2016 will be an equally strong year.

"The combination of very low fuel prices, high demand for light trucks, and strong consumer affordability should help the market increase this year," the association said.

charles.fleming
@latimes.com

---

# The smart way to make your house energy efficient

ASSOCIATED PRESS

Making your home more energy efficient can help the environment, lower your utility bills and possibly help you fetch a higher sales price.

But homeowners considering a green remodel should also weigh how long it will take for the improvements to reap savings. Some pricey features, such as replacing windows or buying a solar power system, could take many years to pay for themselves.

"You have to make a decision: 'How environmentally friendly do I want to get if it takes me 16 years to break even on my investment?'" said Sid Davis, a home renovator and author of "Your Eco-Friendly Home: Buying, Building or Remodeling Green."

Here are some things to consider as you map out your home's conversion to a more energy-efficient, environmentally friendly pad:

**Get a home energy audit.** During an energy audit an expert sizes up the efficiency of your appliances and air and heating systems, and gauges how much air your home is leaking.

Up to 25% of heating and cooling costs result from heat loss, as air moves in and out of a house through holes, improperly sealed windows and insufficient insulation.

Check with your electric or gas company to see whether it offers home energy inspections. Often, such audits are free.

**Make easy changes first.** Tackling less expensive changes first can add up to big savings.

Replacing incandescent lights with compact fluorescent light bulbs and using a programmable thermostat to control when air conditioning or heat turns on can whittle away at your utility bills. Then there's insula-

tion, the decidedly low-tech but key feature of every energy-efficient home.

The cost of home insulation can vary, depending on how much you need and which type you use. You can find an online tool to estimate costs at home-improvement website Homewyse.com.

"Adding attic insulation is a good energy saver that does not break the bank," said John Ritterpusch, assistant vice president of sustainability and green building at the National Assn. of Home Builders. "Air sealing older homes with a caulk gun and a steady hand can do much to keep the winter winds at bay."

Adding high-efficiency toilets can also translate into savings, especially when you factor in potential rebates from water utilities that range from $25 to $200, according to the U.S. Environmental Protection Agency. That could shorten the time it takes to recover the cost of such toilets, which are typically more expensive than less-efficient ones, to a few years, the EPA says.

**Look into rebates.** Certain energy and water-efficient improvements — including solar power systems, appliances and dual-pane windows — can qualify homeowners for rebates from utilities or government tax credits.

For example, the IRS offers a tax credit of 30% of the cost of solar water heaters, solar electric equipment and wind turbines. If the credit exceeds how much you owe in taxes, the IRS allows you to carry over the unused portion into the next year's tax return.



MAGGIE HUBER Associated Press

**SOME** improvements such as solar power can qualify for rebates from utilities or government tax credits.

To search which energy-efficient appliances and other home features qualify homeowners for federal tax credits for the 2015 tax year, visit the EnergyStar.gov website.

Available rebates on Energy Star-rated appliances can also be found on that website.

**Consider resale.** Certain green upgrades may add value to your home.

In the Southwest, home buyers may be more likely to view water-sparing landscaping, "smart" sprinklers or a solar power system as valuable features of a home than in other parts of the country where water and energy costs are less expensive.

A recent study tracked single-family homes with solar power systems in six states that were sold mostly from 2010 to 2013. The study, conducted by real estate appraisers and the U.S. Energy Department's Lawrence Berkeley National Laboratory, found that the homes sold, on average, for more than other homes without solar power systems. It also found that the sales price gain increased with the size of the solar system in the home.

The appraisers, on average, found a premium of about $14,000 for solar homes with typical-sized systems of about 3.85 kilowatts.

The green premium isn't a given. Some home appraisers may not have the training to evaluate the value of green home features. Or there may not be enough comparable homes in the area with such features, said Sandra Adomatis, a certified general appraiser and instructor with the Appraisal Institute. She co-led the solar power study.

One way to boost the likelihood that green remodeling features are factored into your home's value by appraisers and would-be buyers is to prioritize improvements that make a visible dent in your utility bills.

"If you can prove dollars and cents, [buyers] are more willing to pay a premium," Adomatis said.

## The Los Angeles World Airports (LAWA) is seeking proposals

from qualified Perimeter Intrusion Detection System (PIDS) providers for the purpose of implementing and maintaining a PIDS solution as described in the Request for Proposals (RFP) to enhance the security posture of the Los Angeles International Airport (LAX) and to assist the LAWA Airport Police Division (APD) in protecting the Airport perimeter. In addition, several more RFPs are scheduled to be released for upcoming Airport projects. Interested parties must register with the City of Los Angeles Business Assistance Virtual Network (LABAVN) in order to be able to download the released RFP and be notified of additional RFPs.

Go to http://www.labavn.org to register your firm.

**Los Angeles World Airports**

LAA39739966-1

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: QUIKSILVER, INC., et al., Debtors.¹ — Chapter 11 — Case No. 15-11880 (BLS) — Jointly Administered — Related Docket Nos. 731, 740

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, (B) OCCURRENCE OF EFFECTIVE DATE, AND (C) CERTAIN DEADLINES**

**PLEASE TAKE NOTICE** that on January 29, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 740] confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 731] (the "Plan").² Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.deb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Kurtzman Carson Consultants, LLC (the "Claims and Solicitation Agent"), https://www.kccllc.net/quiksilver, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2016, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XI have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Claims and Solicitation Agent on or before March 14, 2016, the first business day following the date that is 30 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including the Effective Date shall be filed with the Bankruptcy Court on or before March 28, 2016, the first business day following the date that is forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VII of the Plan, unless an Executory Contract or Unexpired Lease: (a) is listed on the Schedule of Assumed Executory Contracts and Unexpired Leases contained in the Plan Supplement; (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan, such Executory Contract or Unexpired Lease, is deemed automatically rejected as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the Schedule of Assumed Executory Contracts and Unexpired Leases in the Plan Supplement are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their assignees in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumption pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease has filed or files a proper and timely objection to the Cure Notice or proposed Cure on or before the deadline set forth in the applicable Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

Dated: Wilmington, Delaware, February 11, 2016, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, /s/ Van C. Durrer, II _Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- Mark S. Chehi (I.D. No. 2855), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, Fax: (302) 651-3001 -and- John K. Lyons, Jessica Kumar, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411, Counsel for Debtors and Debtors in Possession

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

# **Exhibit C**

**AFFIDAVIT OF PUBLICATION**

STATE OF CALIFORNIA,  )

                                   ) ss.

County of Orange          )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of **The Orange County Register**, a newspaper of general circulation, published in the city of Santa Ana, County of Orange, and which newspaper has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of November 19, 1905, Case No. A-21046, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

February 18, 2016

"I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct":

Executed at Santa Ana, Orange County, California, on

Date:  February 18, 2016

*[signature: Sandra Campos]*

_____
Signature

**The Orange County Register**
**625 N. Grand Ave.**
**Santa Ana, CA 92701**
**(714) 796-2209**

---

**PROOF OF PUBLICATION**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:              ) Chapter 11
QUIKSILVER, INC., et al.,  ) Case No. 15-11880 (BLS)
      Debtors.[1]       ) Jointly Administered
              ) Related Docket Nos. 731, 740

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, (B) OCCURRENCE OF EFFECTIVE DATE, AND (C) CERTAIN DEADLINES**

PLEASE TAKE NOTICE that on January 29, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 740] confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 731] (the "Plan").[2] Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.deb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Kurtzman Carson Consultants, LLC (the "Claims and Solicitation Agent"), https://www.kccllc.net/quiksilver, free of charge.

PLEASE TAKE FURTHER NOTICE that on February 11, 2016, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XI have either been satisfied or waived in accordance with the Plan and Confirmation Order.

PLEASE TAKE FURTHER NOTICE that, except as set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Claims and Solicitation Agent on or before March 14, 2016, the first business day following the date that is 30 days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including the Effective Date shall be filed with the Bankruptcy Court on or before March 28, 2016, the first business day following the date that is forty-five (45) days after the Effective Date.

PLEASE TAKE FURTHER NOTICE pursuant to Article VII of the Plan, unless an Executory Contract or Unexpired Lease (a) is listed on the Schedule of Assumed Executory Contracts and Unexpired Leases contained in the Plan Supplement; (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan, such Executory Contract or Unexpired Lease, is deemed automatically rejected as of the Effective Date.

PLEASE TAKE FURTHER NOTICE that, unless otherwise provided by a Bankruptcy Court, any proof of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

PLEASE TAKE FURTHER NOTICE that, pursuant to Article VII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the Schedule of Assumed Executory Contracts and Unexpired Leases in the Plan Supplement are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their assignees in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that, unless a counterparty to an assumed Executory Contract or Unexpired Lease has filed or files a proper and timely objection to the Cure Notice or proposed Cure on or before the deadline set forth in the applicable Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

Dated: Wilmington, Delaware, February 11, 2016, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP /s/ Van C. Durrer, II . Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- Mark S. Chehi (I.D. No. 2855), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, Fax: (302) 651-3001 -and- John K. Lyons, Jessica Kumar, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (5965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0595), Quiksilver Entertainment, Inc. (9667), and QuiksilverWetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

# RIPPLE EFFECT OF IPHONE BATTLE

## Apple will fight a federal court order to help the FBI hack San Bernardino shooter's phone.

By **TAMI ABDOLLAH** and **ERIC TUCKER**
THE ASSOCIATED PRESS

RICHARD DREW, AP FILE PHOTO
**Apple CEO Tim Cook contends the software a federal magistrate judge has ordered the company to provide is "too dangerous to create" and "undeniably" a backdoor.**

U.S. CUSTOMS AND BORDER PROTECTION
**A July 27, 2014, photo shows Tashfeen Malik, left, and Syed Rizwan Farook at O'Hare International Airport in Chicago.**

**WASHINGTON** • An extraordinary legal fight is brewing with major privacy implications for millions of cellphone users after a federal magistrate ordered Apple Inc. to help the FBI hack into an iPhone used by the gunman in the San Bernardino mass shootings.

The clash brings to a head a long-simmering debate between technology companies insistent on protecting digital privacy and law enforcement agencies concerned about losing their ability to recover evidence or eavesdrop on the communications of terrorists or criminals.

On Wednesday, the White House quickly disputed the contention by Apple's chief executive, Tim Cook, that the Obama administration is seeking to force the software company to build a "backdoor" to bypass digital locks protecting consumer information on Apple's popular iPhones.

The early arguments set the stage for what will likely be a protracted policy and public relations fight in the courts, on Capitol Hill, on the Internet and elsewhere.

"They are not asking Apple to redesign its product or to create a new backdoor to one of their products," White House spokesman Josh Earnest said. "They're simply asking for something that would have an impact on this one device."

Within hours of the judge's order on Tuesday telling Apple to aid the FBI with special software in the case, Cook promised a court challenge. He said the software the FBI would need to unlock the gunman's work-issued iPhone 5C would be "too dangerous to create" and "undeniably" a backdoor.

Cook compared it to a master key, capable of opening hundreds of millions of locks, and said there was no way to keep the technique secret once it was developed.

At the center of the debate is the private information carried on nearly 900 million iPhones sold worldwide: Photographs, videos, chat messages, health records and more.

There also was swift reaction on Capitol Hill, where the chairman of the Senate Intelligence Committee, Richard Burr, R-N.C., said, "Court orders are not optional and Apple should comply."

Democratic Sen. Dianne Feinstein of California, who fought encryption in the 1990s, said she thought the government should be able to access the phone. On Twitter, Edward Snowden called it "the most important tech case in a decade."

But Rep. Justin Amash, R-Mich., called the Justice Department's request "unconscionable and unconstitutional."

The ruling by U.S. Magistrate Judge Sheri Pym represents a significant victory for the Justice Department, which last year decided not to pursue a legislative fix to address encryption but has now scored a win instead in the courts.

Federal officials until now have struggled to identify a high-profile case to make its concerns resonate.

But in siding with the government, Pym, a former federal prosecutor, was convinced that agents investigating the worst terror attack on U.S. soil since Sept. 11 had been hobbled by their inability to unlock the San Bernardino County-owned phone used by Syed Farook, who along with his wife, Tashfeen Malik, killed 14 people in December before dying in a police shootout.

# Q&A: A LOOK AT THE ENCRYPTION COURT FIGHT

PATRICK TEHAN, MCT

THE ASSOCIATED PRESS

**WASHINGTON** • A U.S. magistrate judge has ordered Apple to help the FBI break into a work-issued iPhone used by a gunman in the mass shooting in San Bernardino. Apple CEO Tim Cook immediately objected, setting the stage for a high-stakes legal fight between Silicon Valley and the federal government.

Here's a look at the case:

**Q. What makes this ruling so important?**

**A.** Federal law enforcement and leading technology companies have long been at an impasse about how to balance digital privacy for consumers against the responsibility of federal agents and police to investigate crimes or terrorism. The Obama administration has acknowledged encryption as valuable for privacy protection but, until now, had struggled to identify a major case that shows how Apple's encryption can hobble their investigations.

**Q. How's Apple supposed to help?**

**A.** Magistrate Judge Sheri Pym's order forces Apple to create and supply highly specialized software that the FBI can load onto the iPhone. That software would bypass a self-destruct feature that erases the phone's data after too many unsuccessful attempts to guess the passcode. The FBI wants to be able to try different combinations in rapid sequence until it finds the right one.

**Q. What impact will this have on other Apple users?**

**A.** The Justice Department said it's asking Apple only to help unlock the iPhone used by gunman Syed Farook. The judge said the software should include a "unique identifier" so that it can't be used to unlock other iPhones. But it's unclear how readily the software could be adapted to work against other phones. And the FBI would likely share its new tool with U.S. intelligence agencies – and possibly foreign allies – that are investigating global terrorism.

**Q. How is this legal?**

**A.** Pym relied on the 1789 All Writs Act, which has been used many times in the past by the government to require a third party to aid law enforcement in its investigation.

FEBRUARY SPECIALS
You Don't Need a Hero...
...Just a Great Plumber
WATER SAVING SPECIALS
Mr. Rooter PLUMBING
A Family Owned Company
www.MrRooter1.com
$65* Any Drain
Through ready accessible clean-out.
Coupon expires 2/29/16. Not valid on holidays.
Not valid with other offers.
$150 Clean Main Sewer Line From Roof Vent
Through ready accessible clean-out.
Coupon expires 2/29/16. Not valid on holidays.
Not valid with other offers.
15% OFF Senior Citizens & Military With Proper I.D.
Coupon expires 2/29/16. Not valid on holidays.
Not valid with other offers.
FREE CAMERA INSPECTION
With Any Drain Service Through Proper Ground-Level Clean-Out Access.
Coupon expires 2/29/16. Not valid on holidays.
Not valid with other offers.
*All special pricing through proper/direct access. Cannot combine with any other offer or discounts.
• We will honor any competitors coupons*- must have coupon at time of service
• Have you checked your emergency shut off valve lately? • Senior Citizen Discount
• Prices good from 7am - 6pm, 7 Days a Week
• Night & Weekend service at no extra charge Lic #767047
714-784-5254

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: QUIKSILVER, INC., et al., Debtors.[1] | Chapter 11<br>Case No. 15-11880 (BLS)<br>Jointly Administered<br>**Related Docket Nos. 731, 740** |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF QUIKSILVER, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, (B) OCCURRENCE OF EFFECTIVE DATE, AND (C) CERTAIN DEADLINES**

**PLEASE TAKE NOTICE** that on January 29, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 740] confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 731] (the "Plan").[2] Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.deb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Kurtzman Carson Consultants, LLC (the "Claims and Solicitation Agent"), https://www.kccllc.net/quiksilver, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2016, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XI have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE that, except as set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Claims and Solicitation Agent on or before March 14, 2016, the first business day following the date that is 30 days after the Effective Date.**

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including the Effective Date shall be filed with the Bankruptcy Court on or before March 28, 2016, the first business day following the date that is forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VII of the Plan, unless an Executory Contract or Unexpired Lease: (a) is listed on the Schedule of Assumed Executory Contracts and Unexpired Leases contained in the Plan Supplement; (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan, such Executory Contract or Unexpired Lease, is deemed automatically rejected as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the Schedule of Assumed Executory Contracts and Unexpired Leases in the Plan Supplement are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their assignees in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease has filed or files a proper and timely objection to the Cure Notice or proposed Cure on or before the deadline set forth in the applicable Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

Dated: Wilmington, Delaware, February 11, 2016, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, /s/ Van C. Durrer, II , Van C. Durrer, II (I.D. No. 3827), Annie Z. Li, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Telephone: (213) 687-5000, Fax: (213) 687-5600 -and- Mark S. Chehi (I.D. No. 2855), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, Fax: (302) 651-3001 -and- John K. Lyons, Jessica Kumar, 155 N. Wacker Dr., Chicago, Illinois 60606, Telephone: (312) 407-0700, Fax: (312) 407-0411, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

Roofing Jobs Guaranteed at an Affordable Price!
Guardian Roofs has been providing superior service to Southern California for over 28 years.
FREE $100 Gift Card to Home Depot with $1,000 minimum contract.
You'll get a FREE written estimate NO PRESSURE, NO HASSLES, Guaranteed!
ALL ROOFING SYSTEMS
- Low Cost 4-Point Roof Inspection
- Reroof
- Repair Roofing
- New Roof
- Roof Certifications
- Free Estimates
- Roofing Specialist
- All phone calls returned the same day
- Competitive pricing
- Quality Craftsmanship
- Neat, Clean, Professional
Complete Satisfaction Guaranteed in Writing!
Guardian ROOFS & ENERGY SOLUTIONS BY SUDDUTH CONSTRUCTION, INC.
Lic. No. 847279, B1 & C39
Call Today For A FREE Estimate! 949-236-7026

# **<u>Exhibit D</u>**

# International New York Times

620 Eighth Avenue, New York, NY 10018 USA
Tel: (212) 556-7723   Fax: (212) 556-7706

**DECLARATION OF PUBLICATION**

**Quiksilver Inc.**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter.  I am a principal
of the International New York Times, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East.  Far East  and the Americas.  The notice, a true copy of which is attached,
was published on the following date(s):

February 18, 2016

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on February 18, 2016

_Judith King_
Judith King

Sworn before me on this ___18th___ day of ___February___ 2016  in the state of New York.

_Notary Public_
Notary Public

DEBORAH BESHAW-FARRELL
Notary Public, State of New York
No. 01BE5076617
Qualified in New York County
Commission Expires April 21, 2019

THE WORLD'S DAILY NEWSPAPER

INTERNATIONAL NEW YORK TIMES

THURSDAY, FEBRUARY 18, 2016 | **15**

## ECONOMY COMPANIES BUSINESS

# Start-ups step in for banks over marijuana sales

**With business booming, cash-only industry seeks transparent transactions**

BY NATHANIEL POPPER




PHOTOGRAPHS BY NICK COTE FOR THE NEW YORK TIMES

**Lamine Zarrad, left, a former federal bank examiner, created Tokken to help solve the banking difficulties faced by people like Stephanie Hopper, right, a dispensary owner in Denver.**

When Lamine Zarrad was not at his job as a federal banking regulator in recent months, he was spending a lot of time at Denver's marijuana dispensaries.

As a federal employee, he could not partake of the pot.

He was there, instead, to pitch the shops on a start-up he has been working on in his free time and is making official this week after quitting his job as a bank examiner at the Office of the Comptroller of the Currency, a division of the United States Treasury Department.

Mr. Zarrad's start-up, Tokken (pronounced token), is one of several recently created companies looking to solve one of the most vexing problems facing marijuana businesses in Colorado and several other states: the endless flow of dirty, dangerous, hard-to-track cash.

The State of Colorado legalized marijuana for recreational use in 2014, joining several other states where the drug has been decriminalized in some form. But Visa and MasterCard will not process transactions for pot dispensaries, and most banks will not open accounts for the businesses — leaving dispensaries dealing with a constant influx of cash and nowhere good to put it.

Tokken and other start-ups, with names like Hypur and Kind Financial, have been putting together software that helps banks and dispensaries monitor and record transactions, with the long-term goal of moving transactions away from cash.

Stephanie Hopper, the owner of Ballpark Holistic Dispensary in Denver, said the tech solutions could not come soon enough.

"We are all kind of chomping at the bit, trying to figure out what to do," Ms. Hopper said. "We're fighting so hard on so many fronts that taking one thing off of us would be such a relief."

The array of attempted answers to Ms. Hopper's problems underscores what a gray area the marijuana industry still occupies. Despite the various state laws legalizing it, marijuana is still listed by the federal authorities as a so-called Schedule 1 drug. Such drugs, which also include LSD and heroin, are deemed to have the highest potential for abuse.

The United States Department of Justice has said that it will generally let states enforce their own laws on marijuana. And the arm of the Treasury Department responsible for enforcing money-laundering laws has provided guidelines for banks that want to work with marijuana-related businesses. But federally regulated banks have generally refused to open accounts, and credit card companies have prohibited transactions from going across their networks.

There are already several less savory ways of dealing with the cash problem. Some dispensaries open bank accounts under fake names. Mr. Zarrad, the founder of Tokken, said that in his regulatory work, he caught a number of these schemes when he was examining banks in Colorado.

In a slightly more legitimate maneuver, some small companies have offered prepaid cards that can be used for purchases in dispensaries, though the le-

gality of this is still unclear.

A few credit unions and small banks in Colorado have opened accounts for dispensaries — but they generally take on only a few marijuana customers each, and even they are still generally unable to process electronic payments.

Ms. Hopper, one of the lucky dispensary owners to have a bank account, is still left doing much of her business in cash and sending it out covertly with employees, who deposit it at the bank, constantly worrying about their safety.

"We make sure it's never the same person — never the same time of day," she said.

Most of the start-ups trying to help with this problem are focused, in one way or another, on tracking every detail of every purchase in a more sophisticated way. Careful record-keeping can answer the concerns of banks worried about violating anti-money laundering laws. The start-ups hope their software can allow banks to open up their accounts, and their payment networks, to cannabis businesses.

Hypur, a two-year-old company based in Arizona, has built software for banks that uses GPS to geo-locate each purchase and prove it was done in an authorized dispensary.

That has been enough to allow Hypur to raise more than $5 million from investors.

The California-based start-up Kind Financial is offering software as well as hardware, in the form of kiosks that can go inside dispensaries. Customers can deposit cash in the Kind kiosk to pay for their purchase, removing one headache

for the dispensary.

Mr. Zarrad's start-up, Tokken, is younger than the others, but he is aiming to offer something new — an electronic payment system that will not rely on the credit card companies or debit networks. Somewhat like PayPal or Venmo, Tokken will use the electronic money transfer system in the United States known as the Automated Clearinghouse, or ACH, to move money from the bank account of a dispensary customer to Tokken's bank account. Tokken will then keep subaccounts for each dis-



BENJAMIN RASMUSSEN FOR THE NEW YORK TIMES

**A customer at Tru Cannabis in Denver. Most marijuana dispensaries cannot get bank accounts and they cannot accept credit cards, so they often contend with large amounts of cash.**

pensary — making it unnecessary for the banks to deal directly with dispensaries.

Mr. Zarrad is confident he can stay on the good side of the banks because of his experience as a regulator and, before that, in the financial industry.

Mr. Zarrad, 36, briefly worked as a financial adviser for Merrill Lynch after serving in the Marine Corps for six years. He took the job with the O.C.C., which regulates all national banks, in part because he spotted the opportunity in marijuana compliance and wanted to

understand the financial system better.

In his nearly two years with the O.C.C., Mr. Zarrad was often on the road, combing through the books of regulated banks. He said that his teams would not crack down on banks if they were openly working with marijuana businesses, as long as they were tracking the transactions carefully.

The problems cropped up when the banks did not take enough steps to prevent money laundering, the process of making illegally gained proceeds appear legal.

Mr. Zarrad began working on Tokken in his free time, and found a programming partner, Tom Rau, who lives in North Carolina. The system they have built will allow customers to make purchases with a Tokken app on their smartphone, taking cash out of the equation.

The special sauce that sets apart Tokken is that every transaction will be recorded on the ledger underlying the Bitcoin system — known as the blockchain. Because transactions on the blockchain are irrevocable, pot dispensaries and banks will have a reliable and complete record of all Tokken transactions, including the specifics of each transaction — without requiring any Bitcoins to change hands (a tiny portion of a Bitcoin will be sent between Tokken accounts to record the transaction on the blockchain).

Mr. Zarrad hopes that the transparency offered by Tokken's blockchain backbone will make banks feel comfortable opening up accounts for the start-up.

# RWE skips dividend for the first time in 23 years

FRANKFURT

REUTERS

RWE, the German utility, said on Wednesday that it would not pay a dividend on its common stock for 2015 to conserve cash following major writedowns on power stations at home and abroad. It is the first time in 23 years that RWE has not paid a dividend.

RWE shares slumped nearly 13 percent in Frankfurt on the news.

German utilities have been burdened by the government's decision to close all the country's nuclear plants and by a plunge in wholesale power prices. A rapid expansion in renewable energy has compounded the difficulties.

The four largest utilities operating in the country— RWE, E.ON , EnBW and Vattenfall — have so far set aside 39 billion euros, or $43.5 billion, in provisions to fund the shutdown of their nuclear power plants, the last of which is set to close in 2022.

RWE has also struggled with problems at its British subsidiary Npower, which has been losing customers after a series of billing errors.

As a result, RWE took a €2.1 billion write-down on plants in Germany and Britain, resulting in a net loss of €200 million in 2015. The utility was also hit by a €900 million charge for deferred taxes.

"We know that we might disappoint many shareholders" with the dividend decision, RWE's chief executive, Peter Terium, said in a statement on Wednesday. "However, it is necessary in order to strengthen our company."

Analysts had expected a dividend of 61 euro cents per common share, according to Thomson Reuters data. For preferred

> **"We might disappoint many shareholders. However, it is necessary in order to strengthen our company."**

shares, which account for only about 6 percent of RWE's stock, the company will pay a dividend of 13 cents per share.

"This is a major blow and really throws us off our feet," said Ernst Gerlach, head of VkA, a group representing municipal shareholders in RWE, which have a 24 percent stake in the utility.

"With a supervisory board meeting only one and a half weeks away, this announcement is not a trust-building measure," he said.

RWE said late last year that it would split off and separately list its betterperforming subsidiaries handling renewable energy, networks and retail sales in 2016, hoping to redirect the utility away from the bread-and-butter business of power plants.

In releasing its results, RWE said it had achieved its goals for 2015, posting underlying net income of €1.1 billion and operating profit of €3.8 billion. It cautioned, though, that it expected net income to decline to between €500 million and €700 million, and operating profit to fall to €2.8 billion to € 3.1 billion in 2016.

---

# A winning effort to give the art, at least, a home

BY GLENN RIFKIN

In September 2014, Scott Benner, a former heavy equipment operator, was homeless, unemployed and staying at Father Bill's Place & MainSpring, a shelter in Quincy, Mass.

Fending off a debilitating illness and depression, Mr. Benner spent hours making art, something he had done much of his life. His compelling pen-and-ink drawings enticed the Boston start-up ArtLifting to add him to its collection of homeless and disabled artists whose work was being sold on its website.

So good was Mr. Benner's work that Liz Powers, founder of ArtLifting, arranged for a solo gallery show on Boston's fancy Newbury Street at which several of his pieces were sold for hundreds of dollars.

For Mr. Benner, 58, who lost his job in 2009 and despaired as his marriage broke up and he spiraled into homelessness, the solo show in Boston served as a startling juxtaposition from where he had been to where he might be going.

"There I was with people sipping wine, eating cheese and crackers, and talking about art," he recalled. "And an hour after the show was over, I was on the T going back to Quincy, where I had to turn in my wallet and medications, be searched and then go back into the shelter where guys were fighting and puking and passing out. It was surreal."

A few months after the show, Mr. Benner found subsidized housing on the Maine coast, and last Christmas ArtLifting sold one of his drawings for $2,500. Like his fellow ArtLifting artists, Mr. Benner said Ms. Powers had played a significant role in turning around his fortunes. "She exudes energy," he said. "Even though I just met her, I turned over my whole life's artwork to her because I knew I was in good hands."

Ms. Powers, a 27-year-old Harvard sociology graduate, founded ArtLifting with her brother Spencer in 2013 after

years of searching for a creative way to help homeless people. After graduation, she joined LIFT, a national nonprofit organization, where she was trained to work with the homeless, helping people grapple with housing issues, unemployment, food access and self-esteem.

During her one-on-one sessions, Ms. Powers heard a familiar refrain. "A lot of our clients said to me, 'Liz, I'm incredibly lonely,'" she said. How, she wondered, could she create a safe space to bring these people together to support one another?

Having been an artist, she combined her passions and urged local shelters to create groups where their residents

> **The start-up ArtLifting takes pieces created by homeless and disabled people, finds buyers, and shares the proceeds with the artists.**

could come together, make art and earn one another's trust. With a public service fellowship from Harvard, she spent a year working on her concept. What Ms. Powers discovered was that many shelters already had art programs and closets filled with discarded artwork.

But in the mix was enough quality material to get her thinking. If these artists' work could be seen, they might be able to sell it. In 2013, Boston Properties, a real estate trust, donated a space inside the city's Prudential Center shopping mall, and Ms. Powers mounted an art show for shelter artists. Shoppers stopped, admired the art, bought some of the work and asked, "When is the next show?" ArtLifting was born.

"My brother Spencer and I brainstormed, 'How can this be scaled? How can we help people not just in Boston but across the country? How can we help not just one day a year but every day?'" she said.

The goal was to provide a way for these disenfranchised artists to sell their work, enhance self-esteem and change their lives. Starting with a $4,000 investment from their savings, the Powerses started ArtLifting as a for-profit business. It got noticed in the Boston media, and the fledgling venture took off.

The company now has contracts with more than 70 artists, six-figure revenue, seven full-time employees and offices in eight cities. Spencer Powers departed for business school, leaving his sister in charge. Last summer, Ms. Powers raised more than $1 million from more than 20 venture capitalists and angel investors. Among them was Blake Mycoskie, the founder of TOMS, a social enterprise that began by giving away a pair of shoes to a needy person for every pair the company sold. Mr. Mycoskie started the TOMS Social Entrepreneurship Fund last fall, and ArtLifting was among its first investments.

"Liz's realization that talented homeless and disabled artists should have a market to sell their artwork — and that a purpose-driven business could fill this need — felt very much like the 'Aha' moment to start TOMS," Mr. Mycoskie said. A believer that the best ventures combine profit and purpose, Mr. Mycoskie eschewed the nonprofit route because he did not want to depend on grants and fund-raising to sustain the business. It is a philosophy shared by Ms. Powers.

Ms. Powers is eager to dispel any misconceptions about the company. ArtLifting is an art broker, and all the artists are recommended by someone from various shelters around the country; the artists must apply to ArtLifting to represent their work. The artwork must be of high enough quality to be approved by a staff curator. "The easiest way to describe a good fit is that it is salable art," Ms. Powers said. "It can be abstract, or realistic, but it must be something you can imagine in someone's home or office."

Artists receive 55 percent of the profit

from the sale of their work. ArtLifting has already sold artwork to the Staples headquarters in Framingham, Mass., and the Microsoft Innovation Center in San Francisco. In addition, the company is seeking licensing deals with corporate clients to get artists' work on totebags, greeting cards, smartphone cases and other products.

According to Kelly McKenna, ArtLifting's chief operating officer, the company is basing its sales projections on similar business models, such as that of Etsy, the online artisan site, which increased sales tenfold in its second year. ArtLifting is building a sales force to fuel similar growth.

"We have the funding right now, but it isn't going to be here forever," said Ms. McKenna, a Harvard Business School graduate who said she turned down more lucrative job offers to join ArtLifting. "This is a critical year to grow sales, and we're hoping to close two major licensing deals and do 10 times the sales with e-commerce."

Though there is potential for an artist to strike it big with a lucrative licensing deal, Ms. Powers said the more realistic outcome is providing the artists with the self-confidence and assurance that springs from being appreciated and paid for their talent. The objective is less about money than about providing hope in people's lives, she said.

Kitty Zen, a 25-year-old Boston artist, has been homeless since age 16, and her connection to ArtLifting has not solved her housing issue. But her experience with the company has been revelatory. Her first sale was for $1,000, with $550 for her.

"When I got that first check, it was amazing!" Ms. Zen said. "I didn't want to cash it. I wanted to frame it. The biggest absolute feeling of 'wow' was having my art displayed at the Museum of Fine Arts, knowing that the summer before that, I was selling my art outside on a blanket on the Boston Common."

---

# Bombardier will cut 7,000 jobs

OTTAWA

BY IAN AUSTEN

Bombardier, the Canadian transportation company, said on Wednesday that it would lay off about 7,000 employees over the next two years, as it struggles to find buyers for a new series of planes that for the first time put it in direct competition with the aviation giants Boeing and Airbus.

After a prolonged drought in sales announcements, the maker of airliners and trains said that Air Canada, which has its headquarters in Montreal, had signed a letter of intent to buy 45 of the new CSeries planes, with options for 30 more. Bombardier expects to start de-

livering the aircraft within three years but gave no value for the sale.

The company also reported on Wednesday that its revenue had fallen to just over $18 billion in 2015 from about $20 billion in the previous year. It lost $5.28 a share for the year, compared with a loss of 74 cents a share in 2014.

The company said that nearly half of the announced cuts would be in Europe, involving around 3,300 jobs. It said 2,800 jobs would be cut in Canada.

Bombardier shares rose nearly 19 percent to 1.07 Canadian dollars, or about 78 cents, by midday Wednesday in Toronto.

The province of Quebec had given financial assistance to the company for its airliner program.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

[Legal notice text regarding Case No. 15-11880 (BLS), QUIKSILVER, INC., et al., Debtors, Chapter 11 — Notice of entry of order confirming Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its affiliated debtors and debtors in possession, and occurrence of effective date, and certain deadlines.]