Southern California Edison Company
Attn.: Corporate Credit Services
1551 W. San Bernardino Road
Covina, CA 91722
Tel: (626) 967-8365

## UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| | |
|---|---|
| **DEBTORS** | )<br>)<br>) CASE NO.: 15-11880<br>) |
| **Quiksilver, Inc** | ) WITHDRAWAL OF CREDITOR'S<br>) CLAIMS<br>)<br>) |

1. SOUTHERN CALIFORNIA EDISON COMPANY, a California corporation ("Claimant"), was served with a Notice of the Bankruptcy filing for **Quiksilver, Inc.** on or about September 9, 2015.

2. Claimant filed its proof of Claim in the total amount of $55,161.55 with this court on October 26, 2015.

3. Claimant now desires to withdraw its original proof of claim.
4.

Dated: February 17, 2016         SOUTHERN CALIFORNIA EDISON

BY: _____
Tammy McCullar
ITS: Special Collections Coordinator