## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

In re:                      :      Chapter 11

                       :

QUIKSILVER, INC., *et al.*,    :      Case No. 15-11880 (BLS)

                       :

               Debtors.[1]   :      Jointly Administered

                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On February 10, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit C**:

- **Order Approving Stipulation Resolving Motion of General Electric Capital Corporation to Compel Debtors to Pay in Full Postpetition Amounts Due Under Personal Property Lease and for the Allowance and Payment of Administrative Expense Claim** [Docket No. 775]

On February 10, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit D**:

- **Order Granting Debtors' First Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims, (II) Amended And Superseded Claims, And (III) Stock Claims (Non-Substantive)** [Docket No. 776]

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

On February 10, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit E**:

- **Order Granting Debtors' Second Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims Filed Against Different Debtors and (II) Duplicate Debt Claims (Substantive)** [Docket No. 778]

On February 10, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit F**:

- **Order Authorizing Rejection** [Docket No. 779]

On February 10, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit G**:

- **Order Authorizing Rejection of Certain Unexpired Leases** [Docket No. 780]

On February 10, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit H**:

- **Order Authorizing Rejection** [Docket No. 781]

On February 10, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit I**:

- **Order Authorizing Rejection of Certain Unexpired Leases** [Docket No. 782]

On February 10, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**, and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit J**:

- **Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rules 6006 and 9014 Authorizing the Debtors to (I) Assume a Certain Unexpired Lease as of the Effective Date of the Debtors' Plan of Reorganization and (II) Pay Cure Amount Due Thereunder** [Docket No. 783]

Dated: February 24, 2016

_____
Darlene Calderon

State of Minnesota

County of Ramsey

Subscribed and sworn to (or affirmed) before me on this 24th day of February, 2016, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

MARK JOSEPH SCHONEBERGER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2019

3

# EXHIBIT A

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Co-Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | mstamer@akingump.com; mlahaie@akingump.com |
| Attorneys for Blue Diamond Crossing II, LLC | Ashby & Geddes PA | William P Bowden Aaron H Stulman | wbowden@ashby-geddes.com; astulman@ashby-geddes.com |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | jason.starks@texasattorneygeneral.gov |
| Counsel for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | pollack@ballardspahr.com |
| Counsel for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops; First & Lenora LLC | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | summersm@ballardspahr.com; heilman@ballardspahr.com |
| Co-Counsel for the Official Committee of Unsecured Creditors | Bayard PA | Justin R Alberto | jalberto@bayardlaw.com |
| Attorneys for The Irvine Company LLC | Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | rsolomon@blt-enterprises.com |
| Attorneys for SAP Industries, Inc. | Brown & Connery LLP | Donald K. Ludman | dludman@brownconnery.com |
| Counsel for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, a Professional Corporation | Shawn M Christianson | schristianson@buchalter.com |
| Counsel for First & Lenora LLC | Cairncross & Hempelmann | John Rizzardi | jrizzardi@cairncross.com |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Chipman Brown Cicero & Cole LLP | William E Chipman Jr | chipman@chipmanbrown.com |
| Interested Party | Clayton Blehm | | clayblehm@cblehm.com |
| Lead Counsel for the Official Committee of Unsecured Creditors | Cooley LLP | Jay R Indyke Cathy Hershcopf | jindyke@cooley.com; chershcopf@cooley.com; svanaalten@cooley.com; rwinning@cooley.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Agent for the Debtors' Prepetition Senior Secured Notes | Delware Trust Company | Attn Trust Administration | trust@delawaretrust.com |
| Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | tss-gds.eur@db.com |
| eBay Enterprise, Inc. | eBay Enterprise, Inc. | Katherine S. Pell Esq | kpell@ebay.com |
| Counsel for C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | sgubner@ebg-law.com; ecf@ebg-law.com |
| Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 | Foley & Lardner LLP | Mark L Prager Mark F Hebbeln Lars A Peterson | mprager@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| Counsel to 55 Thompson Street Investments, L.P. | Fowler White Burnett, P.A. | Eric A Rosen Esq | erosen@fowler-white.com |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | ggpbk@ggp.com |
| Counsel to Queens' Market LLC | Goodsill Anderson Quinn & Stifel | Jonathan C Bolton | jbolton@goodsill.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | melorod@gtlaw.com |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | wolfje@gtlaw.com |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Hogan Lovells US LLP | Christopher R Donoho III John D Beck | chris.donoho@hoganlovells.com; john.beck@hoganlovells.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Victoria Footwear Co Ltd | James A Shalvoy Esq | | james.shalvoy@verizon.net |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | jae@jmbm.com |
| Counsel for Massive Prints Inc | Jeffrey S Shinbrot APLC | Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com |
| Interested Party | Jung & Yuen, LLP | Curtis Jung, Esq. | Curtis@jyllp.com |
| Counsel for E. Gluck Corporation | Kasowitz Benson Torres & Fiedman LLP | David M Friedman Daniel A Fliman | DFriedman@kasowitz.com; DFliman@kasowitz.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 3

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | dustin.branch@kattenlaw.com |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | jessica.mickelsensimon@kattenlaw.com |
| Attorneys for Weihai Textile Group Import & Export Co., Ltd. | Katten Muchin Rosenman LLP | Matthew W Olsen | matthew.olsen@kattenlaw.com |
| Noticing and Claims Agent | KCC | Mike Hill | quiksilverinfo@kccllc.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | david.nemecek@kirkland.com |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | will.guerrieri@kirkland.com; ross.kwasteniet@kirkland.com; patrick.nash@kirkland.com |
| KPMG LLP | KPMG LLP | Celeste Campbell | chcampbell@kpmg.com |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | skaufman@kaufmanlaw.com |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Andrew Cole, Esq. | andrew.cole@leclairryan.com |
| Counsel to Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Niclas A Ferland Esq Ilan Markus Esq | niclas.ferland@leclairryan.com; ilan.markus@leclairryan.com |
| Attorney for City of El Paso | Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@lgbs.com |
| Attorneys for Dragon Crowd Garment, Inc. | Lobel Weiland Golden Friedman LLP | Alan J Friedman | afriedman@wgllp.com |
| Counsel for C & K Broadway 519 LLC | Loeb & Loeb LLP | P Gregory Schwed, Bethany D Dimmons | gschwed@loeb.com; bsimmons@loeb.com |
| Attorneys for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R Doshi | adoshi@magnozzikye.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | rdehney@mnat.com; aremming@mnat.com; tminott@mnat.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Robert L Cook Esq | Robert.Cook@tax.ny.gov |
| Counsel for ABW Holdings LLC, Outrigger Hotels Hawaii, and ABW 2181 Holdings LLC | O'Connor Playdon & Guben LLP | Jerrold K Guben Jeffery S Flores | jkg@opglaw.com; jsf@opglaw.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | mark.kenney@usdoj.gov |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Co-Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | stratto@pepperlaw.com; fournierd@pepperlaw.com; schannej@pepperlaw.com |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | ebcalvo@pbfcm.com |
| Attorneys for City of Katy, Harris County Municipal Utility District #358 and Harris County Water Control and Improvement District #155 | Perdue, Brandon, Fielder, Collins & Mott LLP | c/o Owen M Sonik | houbank@pbfcm.com |
| Attorneys for Port Logistics | Port Logistics | c/o Pamela Kohlman Webster, Esq. | pwebster@buchalter.com |
| Attorneys for Blue Diamond Crossing II, LLC | Rice Reuther Sullivan & Carroll LLP | David A Carroll Anthony J DiRaimondo | dcarroll@rrsc-law.com; adiraimondo@rrsc-law.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | sfox@riemerlaw.com |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | dberman@riemerlaw.com |
| Interested Party | Rosenthal & Rosenthal Inc | Attn Anthony DiTirro | TDiTirro@rosenthalinc.com |
| Counsel for E. Gluck Corporation | Saul Ewing LLP | Mark Minuti | mminuti@saul.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | ashmead@sewkis.com |
| Counsel to G&S Realty 1, LLC | Shenwick & Associates | James H Shenwick | jshenwick@gmail.com |
| Party in Interest, Landlord; Committee of Unsecured Creditors | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | John K Lyons | renu.shah@skadden.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 3

**Exhibit A**
**Core/2002 Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Van C Durrer | Adithya.Mani@skadden.com; Annie.Li@skadden.com; wendy.lamanna@skadden.com |
| Counsel for Victoria Ward, Limited | Spector & Johnson PLLC | Howard Marc Spector | hspector@spectorjohnson.com |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Stroock & Stroock & Lavan LLP | Andrew P DeNatale | adenatale@stroock.com |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | aconway@taubman.com |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | justin.shearer@usbank.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | skortanek@wcsr.com |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | skortanek@wcsr.com; thoran@wcsr.com; mpatterson@wcsr.com |
| Interested Party | WRI Marshalls Plaza, LP | c/o Weingarten Realty Investors | bankruptcycases@weingarten.com |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 3 of 3

# EXHIBIT B

Exhibit B
Core/2002 First Class Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Meredith A Lahaie | One Bryant Park | Bank of America Tower | | New York | NY | 10036-6745 | |
| Attorneys for Blue Diamond Crossing II, LLC | Ashby & Geddes PA | William P Bowden Aaron H Stulman | 500 Delaware Ave 8th Fl | PO Box 1150 | | Wilmington | DE | 19899-1150 | |
| Comptroller of Public Accounts of the State of Texas | Assistant Attorney General | Jason A Starks | Bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Counsel for Federal Realty Investment Trust; GGP Limited Partnership | Ballard Spahr LLP | David L Pollack | 51st Floor - Mellon Bank Center | 1735 Market Street | | Philadelphia | PA | 19103 | |
| Counsel for Federal Realty Investment Trust; ; GGP Limited Partnership; The Macerich Company and Miracle Mile Shops; First & Lenora LLC | Ballard Spahr LLP | Matthew Summers, Leslie Heilman | 919 Market Street, 11th Floor | | | Wilmington | DE | 19801 | |
| Co-Counsel for the Official Committee of Unsecured Creditors | Bayard PA | Justin R Alberto | 222 Delaware Ave Suite 900 | | | Wilmington | DE | 19801 | |
| Attorneys for The Irvine Company LLC | Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Suite 510 | | | Whittier | CA | 90602-1797 | |
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | 1714 16th St | | | Santa Monica | CA | 90404-4402 | |
| Attorneys for SAP Industries, Inc. | Brown & Connery LLP | Donald K. Ludman | 6 North Broad Street, Suite 100 | | | Woodbury | NJ | 08096 | |
| Counsel for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, a Professional Corporation | Shawn M Christianson | 55 Second St 17th Fl | | | San Francisco | CA | 94105-3493 | |
| Counsel for First & Lenora LLC | Cairncross & Hempelmann | John Rizzardi | 524 Second Ave Ste 500 | | | Seattle | WA | 98104-2323 | |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Chipman Brown Cicero & Cole LLP | William E Chipman Jr | Hercules Plaza | 1313 N Market St Ste 5400 | | Wilmington | DE | 19801 | |
| Interested Party | Clayton Blehm | | 770 Sycamore Avenue, Suite 122 | | | Vista | CA | 92083 | |
| Lead Counsel for the Official Committee of Unsecured Creditors | Cooley LLP | Jay R Indyke Cathy Hershcopf | Seth Van Aalten Robert Winning | 1114 Avenue of the Americas | | New York | NY | 10036 | |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Agent for the Debtors' Prepetition Senior Secured Notes | Delware Trust Company | Attn Trust Administration | 2711 Centerville Road | | | Wilmington | DE | 19808 | |
| Deutsche Trustee Company Limited, as Trustee | Deutsche Trustee Company Limited | Attn Debt & Agency Services | Winchester House | 1 Great Winchester Street | | London | | EC2N 2DB | United Kingdom |
| eBay Enterprise, Inc. | eBay Enterprise, Inc. | Katherine S. Pell Esq | Assistant General Counsel | 935 First Avenue | | King of Prussia | PA | 19406 | |
| Environmental Protection Agency | Environmental Protection Agency | | 1650 Arch St | | | Philadelphia | PA | 19103-2029 | |
| Counsel for  C & K Trading Co., Ltd | Ezra Brutzkus Gubner LLP | Steven T Gubner | 21650 Oxnard St Ste 500 | | | Woodland Hills | CA | 91367 | |
| Attorneys for U.S. Bank National Association, solely in its capacity as Indenture Trustee for the 10.000% Senior Notes due 2020 | Foley & Lardner LLP | Mark L Prager Mark F Hebbeln Lars A Peterson | 321 N Clark St Ste 2800 | | | Chicago | IL | 60654-5313 | |
| Counsel to 55 Thompson Street Investments, L.P. | Fowler White Burnett, P.A. | Eric A Rosen Esq | Northbridge Centre | 515 North Flagler Dr, Ste 2100 | | West Palm Beach | FL | 33401 | |
| Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent of Leases with the Debtor | GGP Limited Partnership, as Agent | Kristen N. Pate | 110 N. Wacker Drive | | | Chicago | IL | 60606 | |
| Committee of Unsecured Creditors | Global Brands Group | Attn Martin Leder | 12 Princeton Dr | | | Tappan | NY | 10903 | |

**Exhibit B**
**Core/2002 First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Queens' Market LLC | Goodsill Anderson Quinn & Stifel | Jonathan C Bolton | First Hawaiian Center | 999 Bishop St Ste 1600 | | Honolulu | HI | 96813 | |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Dennis A Meloro | The Nemours Building | 1007 N Orange St Ste 1200 | | Wilmington | DE | 19801 | |
| Counsel for Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | Greenberg Taurig LLP | Jeffrey M Wolf | One International Place | | | Boston | MA | 02110 | |
| Attorneys for Deutsche Trustee Company Limited, as Trustee | Hogan Lovells US LLP | Christopher R Donoho III John D Beck | 875 Third Ave | | | New York | NY | 10022 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| Counsel to Victoria Footwear Co Ltd | James A Shalvoy Esq | | 1201 Morningside Dr | Suite 215 | | Manhattan Beach | CA | 90266 | |
| Counsel to Various Licensors | Jeffer Mangels Butler & Mitchell LLP | Joseph A Eisenberg PC | 1900 Avenue of the Stars 7th Fl | | | Los Angeles | CA | 90067 | |
| Interested Party | Jung & Yuen, LLP | Curtis Jung, Esq. | 888 S. Figueroa St., Suite 720 | | | Los Angeles | CA | 90017 | |
| Counsel for E. Gluck Corporation | Kasowitz Benson Torres & Friedman LLP | David M Friedman Daniel A Fliman | 1633 Broadway | | | New York | NY | 10019 | |
| Counsel for Landlord Creditors Boulevard Invest LLC and The Macerich Company; Miracle Mile Shops | Katten Muchin Rosenman LLP | c/o Dustin P Branch | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Counsel for The Macerich Company and Miracle Mile Shops | Katten Muchin Rosenman LLP | Jessica Mickelsen Simon | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Attorneys for Weihai Textile Group Import & Export Co., Ltd. | Katten Muchin Rosenman LLP | Matthew W Olsen | 575 Madison Avenue | | | New York | NY | 10022-2585 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities | Kirkland & Ellis LLP | Attn: David Nemecek | 333 South Hope Street | | | Los Angeles | CA | 90071 | |
| Counsel for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Kirkland & Ellis LLP | Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, William A. Guerrieri, W. Benjamin Winger | 300 North LaSalle Street | | | Chicago | IL | 60654 | |
| Counsel for Taubman Landlords | Law Office of Susan E Kaufman LLC | Susan E Kaufman | 919 North Market Street, Suite 460 | | | Wilmington | DE | 19801 | |
| Counsel for Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Andrew Cole, Esq. | 800 North King Street, Suite 303 | | | Wilmington | DE | 19801 | |
| Counsel for Westfield, LLC and Annapolis Mall Owner LLC | LeClairRyan | Niclas A Ferland Esq Ilan Markus Esq | 545 Long Wharf Dr 9th Fl | | | New Haven | CT | 06511 | |
| Attorney for City of El Paso | Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro St Ste 300 | | | San Antonio | TX | 78205 | |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| Counsel for Taxing Authorities in Cypress-Fairbanks ISD, Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Attorneys for Dragon Crowd Garment, Inc. | Lobel Weiland Golden Friedman LLP | Alan J Friedman | 650 Town Center Drive, Suite 950 | | | Costa Mesa | CA | 92626 | |
| Counsel for C & K Broadway 519 LLC | Loeb & Loeb LLP | P Gregory Schwed, Bethany D Dimmons | 345 Park Ave | | | New York | NY | 10154 | |
| Attorneys for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R Doshi | 23 Green Street, Suite 302 | | | Huntington | NY | 11743 | |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | Attn Sheryl L Moreau | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Counsel to the Agent for the Debtors' Postpetition Secured Loan Facilities, Oaktree | Morris, Nichols, Arsht & Tunnell LLP | Attn Robert J. Dehney, Andrew R. Remming, Tamara K. Minott | 1201 North Market Street | 16th Floor | PO Box 1347 | Wilmington | DE | 19899-1347 | |
| Committee of Unsecured Creditors | New Generation Advisors LLC | Attn Baily Dent | 13 Elm St | | | Manchester | MA | 01944 | |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Robert L Cook Esq | Office of Counsel | 340 East Main St | | Rochester | NY | 14604 | |
| Counsel for ABW Holdings LLC, Outrigger Hotels Hawaii, and ABW 2181 Holdings LLC | O'Connor Playdon & Guben LLP | Jerrold K Guben Jeffery S Flores | Makai Tower, Ste 2400 | 733 Bishop St | | Honolulu | HI | 96813 | |

**Exhibit B**
**Core/2002 First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Mark S. Kenney | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Counsel for 404 West LLC | Patterson Belknap Webb & Tyler LLP | David W Dykhouse Brian P Guiney | 1133 Avenue of the Americas | | | New York | NY | 10036-6710 | |
| Co-Counsel for the Official Committee of Unsecured Creditors | Pepper Hamilton LLP | David B Stratton David M Fournier John H Schanne II | Hercules Plaza, Suite 5100 | 1313 N Market St | | Wilmington | DE | 19899-1709 | |
| Counsel for Arlington ISD | Perdue Brandon Fielder Collins & Mott LLP | Arlington ISD | c/o Elizabeth Banda Calvo | 500 E Border St Ste 640 | | Arlington | TX | 76010 | |
| Attorneys for City of Katy, Harris County Municipal Utility District #358 and Harris County Water Control and Improvement District #155 | Perdue, Brandon, Fielder, Collins & Mott LLP | c/o Owen M Sonik | 1235 North Loop West | Suite 600 | | Houston | TX | 77008 | |
| Attorneys for Port Logistics | Port Logistics | c/o Pamela Kohlman Webster, Esq. | Buchalter Nemer | 1000 Wilshire Blvd., Suite 1500 | | Los Angeles | CA | 90017 | |
| Counsel to Parigi Group Ltd. | Potter Anderson & Corroon LLP | Jeremy W Ryan Etta R Mayers | 1313 N Market St 6th Fl | PO Box 951 | | Wilmington | DE | 19899-0951 | |
| Attorneys for Blue Diamond Crossing II, LLC | Rice Reuther Sullivan & Carroll LLP | David A Carroll Anthony J DiRaimondo | 3800 Howard Hughes Parkway Ste 1200 | | | Las Vegas | NV | 89169 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | Attn Steven Fox | Seven Times Square | Suite 2506 | | New York | NY | 10036 | |
| Counsel for Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as a pre-petition and post-petition senior secured lender | Riemer & Braunstein LLP | David S. Berman | Three Center Plaza | | | Boston | MA | 02108 | |
| Interested Party | Rosenthal & Rosenthal Inc | Attn Anthony DiTirro | 1370 Broadway | | | New York | NY | 10018 | |
| Committee of Unsecured Creditors | Samil Tong Sang Co | Attn Ian Im | 18-130 Gangdong-Dong | | | Busan | | 13 618-800 | South Korea |
| Counsel for E. Gluck Corporation | Saul Ewing LLP | Mark Minuti | 222 Delaware Ave Ste 1200 | PO Box 1266 | | Wilmington | DE | 19899 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 | |
| Attorneys for Delaware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes | Seward & Kissel LLP | John R Ashmead | One Battery Park Plaza | | | New York | NY | 10004 | |
| Counsel to G&S Realty LLC | Shenwick & Associates | James H Shenwick | 655 Third Ave 20th Fl | | | New York | NY | 10017 | |
| Counsel to Parigi Group Ltd. | Sills Cummis & Gross PC | Andrew H Sherman Boris I Mankovetskiy Lucas F Hammonds | One Riverfront Plaza | | | Newark | NJ | 07102 | |
| Party in Interest, Landlord; Committee of Unsecured Creditors | Simon Property Group, Inc | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | | Indianapolis | IN | 46204 | |
| Counsel for Victoria Ward, Limited | Spector & Johnson PLLC | Howard Marc Spector | 12770 Coit Rd Ste 1100 | | | Dallas | TX | 75251 | |
| Counsel to Industrial Property Fund VII, LLC; West County Commerce Realty Holding Co. LLC | Stroock & Stroock & Lavan LLP | Andrew P DeNatale | 180 Maiden Ln | | | New York | NY | 10038 | |
| Committee of Unsecured Creditors | T. Rowe Price Credit Opportunities Fund | c/o  T. Rowe Price Associates, Inc. | Attn Andrew Baek | 100 E. Pratt Street | | Baltimore | MD | 21202 | |
| Counsel for Taubman Landlords | The Taubman Company | Andrew S Conway Esq | 200 East Long Lake Road Ste 300 | | | Bloomfield Hills | MI | 48304 | |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202 | |
| Agent for the Debtors' Prepetition Senior Secured Notes and Prepetition Senior Unsecured Notes; Committee of Unsecured Creditors | U.S. Bank National Association | Justin L. Shearer Vice President | Global Corporate Trust Services | 100 Wall Street, Suite 1600 | | New York | NY | 10005 | |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 3 of 4

**Exhibit B**
**Core/2002 First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | Wilfrid Global Opportunity Fund | c/o Wilfrid Aubrey LLC | Attn Nicholas Walsh | 465 Lexington Ave | | New York | NY | 10174 | |
| Counsel to the Agent for the Debtors' Prepetition Revolving Loan Facility | Womble Carlyle Sandridge & Rice, LLP | Attn Steven K Kortanek | 222 Delaware Avenue | Suite 1501 | | Wilmington | DE | 19801 | |
| Counsel to Bank of America, N.A., in its capacity as administrative agent and collateral agent, and as pre-petition and post-petition senior secured lender | Womble Carlyle Sandridge & Rice, LLP | Steven K Kortanek Thomas M Horan Morgan L Patterson | 222 Delaware Ave Suite 1501 | | | Wilmington | DE | 19801 | |
| Interested Party | WRI Marshalls Plaza, LP | c/o Weingarten Realty Investors | Attention: Jenny J. Hyun, Esq | 2600 Citadel Plaza Drive, Suite 125 | | Houston | TX | 77008 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 4 of 4

# EXHIBIT C

**Exhibit C**
**General Electric Capital Corporation First Class Service List**

| NAME | NOTICE NAME | ADDRESS1 | CITY | STATE | ZIP |
|------|-------------|----------|------|-------|-----|
| McGuirewoods LLP | Brian Sweet Paul Catanese | 77 W Wacker Dr Ste 4100 | Chicago | IL | 60601 |
| Reed Smith LLP | Kurt F Gwynne Emily K Devan | 1201 Market St Ste 1500 | Wilmington | DE | 19801 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# EXHIBIT D

**Exhibit D**
**First Omnibus Objection Order First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AIT Worldwide Logistics, Inc. | | PO Box 66730 | | | Chicago | IL | 60666 | |
| AIT Worldwide Logistics, Inc. | Andrew Witt | 19901 S. Hamilton Ave. Suite D | | | Torrance | CA | 90502 | |
| Alan Janc | | 6587 Red Khot St. | | | Carlsbad | CA | 92011 | |
| Albert Cueller | | 8748 Monroe Ave. | | | Munster | IN | 46321-2415 | |
| Albert Finnan | | 31 Riviera Ridge | | | Stoney Creek | ON | L8E 5E6 | Canada |
| Albert T. Yamamoto & Robin M. Nishimura TTEES UTD 7/1/81 | FBO Yamamoto & Nishimura DDS Inc PST | FBO Robin Nishimura | 850 Kam Hwy Ste 112 | | Pearl City | HI | 96782 | |
| Alexander Buchler | | 2213 Scott St. | | | San Francisco | CA | 94115 | |
| Andrae L. Hampton | | 45 Youtz Ave. | | | Akron | OH | 44301 | |
| Anitha Kellampalli | | 6364 Lyndsey St | | | Corona | CA | 92880 | |
| Ann K. Sandoval | | | | | | | | |
| Barbara Harris | | 1512 SE Knarr Ct | | | Troutdale | OR | 97060 | |
| Barbara Kessler | | 6790 Fiji Circle | | | Boynton Beach | FL | 33437 | |
| Barry Buchholtz | | 2458 Mica Road | | | Carlsbad | CA | 92008 | |
| Barry Buchholtz - IRA Account | | 2458 Mica Road | | | Carlsbad | CA | 92009 | |
| Brandon Olson | | 9875 Beckenham Dr. | | | Granite Bay | CA | 95746 | |
| Brian Arrif Abrahiem | | 11853 SW 8th St. | | | Pembroke Pines | FL | 33025 | |
| Brian F Soden | | 1421 Deckside Ct | | | Oxnard | CA | 93035 | |
| Brian McEvilly | | 4632 Telescope Ave. | | | Carlsbad | CA | 92008 | |
| Brian Sullivan | | 106 Twin Oaks Drive | | | Kings Park | NY | 11754 | |
| Brinco Mechanical Management Services. Inc. | | 125 S Main St | | | Freeport | NY | 11520 | |
| Broward County Records, Taxes & Treasury Div. | Attn Bankruptcy Section | 115 S. Andrews Ave. #A-100 | | | Ft. Lauderdale | FL | 33301 | |
| C&K Broadway 519 LLC | Kevin Collins, Managing Director - Asset Services & Finance | C&K Properties | 2 Gateway Center | 283-299 Market Street, Suite 1502 | Newark | NJ | 07102 | |
| C&K Broadway 519 LLC | Loeb & Loeb LLP | Attn Gregory Schwed | 345 Park Avenue | | New York | NY | 10154 | |
| Caroline Joy Co | | 1119 Jefferson Pl | | | Baldwin | NY | 11510 | |
| Charles E. Travis | | 991 Fortner Rd. | | | Lantana | TX | 76226 | |
| Chris Schreiber | | 5318 E. Mezzanine Way | | | Long Beach | CA | 90808 | |
| Christina Patterson | | 139 Channel Rd. | | | Carlsbad | CA | 92011 | |
| Chuck B. Ihekwaba | | 19 Brookland Farms Rd, Suite B | | | Poughkeepsie | NY | 12601 | |
| Clenric Guy Hancock | Guy Hancock | 11371 122 Ter | | | Largo | FL | 33778 | |
| Cole Waidley | | 930 NW 162nd Ter | | | Beaverton | OR | 97006 | |
| Craig Alan Hall | | 147 CR 4240 | | | Salem | MO | 65560 | |
| Daniel Botyos | | 2224 Homewood Dr. | | | Belle Isle | FL | 32809 | |
| Daniel Horowitz | | 14 Strathmore Road | | | Great Neck | NY | 11023 | |
| Daniel Sforza | | 1328 Pavoreal | | | San Clemente | CA | 92673 | |
| David B Webb | | 3417 Rolin Ave | | | Ft Mill | SC | 29708 | |
| David E. Dettwiler | | 1709 N. Rocky Creek Ct | | | Wichita | KS | 67230 | |
| David J Wadolny - SEP IRA | | 20401 Old Castle Dr | | | Mokena | IL | 60448 | |
| Dawn E. Appel | | 5231 Kentwater Place | | | Yorba Linda | CA | 92886 | |
| Deborah E. Bauernfeind | | 35382 - 480th St. | | | Kasota | MN | 56050 | |
| Debra A Klumph | | 21025 Las Flores Mesa Dr | | | Malibu | CA | 90265 | |
| Delvin D. Goldworm | | 2023 Hart Ave | | | Dodge City | KS | 67801 | |
| Dennis Hayer | | 1500 Jackson St No. 602 | | | Dallas | TX | 75201 | |
| Dori J. Bunting | | 353 Hawthorne Rd. | | | Laguna Beach | CA | 92651 | |
| Douglas Koontz | | 4514 Packard Ave NW | | | Canton | OH | 44709-1815 | |

**Exhibit D**
**First Omnibus Objection Order First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| E. Scott Douglas | Douglas Meditation | 595 27th Street | | | Manhattan Beach | CA | 90266 | |
| Eloy J. Loza Trust | | 418 Garnsey Ave | | | Joliet | IL | 60432 | |
| Elyse Spielberg | | 244 Ryest | | | Broad Brook | CT | 06016 | |
| Eric Coca | | 950 NW 15th Ave. | | | Boca Raton | FL | 33486 | |
| Eric J. Enriqez | | 808 W. Bayview Blvd. | | | Portland | TX | 78374 | |
| Eric Lien | | 464 Pine Hill Rd | | | Leonia | NJ | 07605 | |
| Eric Pelletier | | 28 du Ravin | Sainte-Therese | | | QC | J7E 2T6 | Canada |
| Eric W Muller | | 7138 S. Adams Cir | | | Centennial | CO | 80122 | |
| Ernesto Rafael Herrero Chacon & Ana Maria Flores Figueroa | | 16203 Emerald Cove Rd. | | | Weston | FL | 33331 | |
| Ernesto Rafael Herrero Chacon & Ana Maria Flores Figueroa | | 256 W Riverbend Dr | | | Sunrise | FL | 33326 | |
| Evan Davis | | 2035 S 4th St | | | Philadelphia | PA | 19148 | |
| Focus H.K. Company Limited | | Rm 4208-11, One Midtown, No. 11 Hoi Shing Road | Tsuen Wan | | New Territories | | | Hong Kong |
| Focus H.K. Company Limited | Hong Kong Export Credit Insurance Corporation | Attn Eva Chang & Phoebe Tsang & Tony Siu | 2/F., Tower 1, South Seas Centre | 75 Mody Road | Tsimshatsui | Kowloon | | Hong Kong |
| Gail MacGillivray | | 393 Twin Lakes Dr. | | | Halifax | MA | 02338-2236 | |
| Gary M and Karin K Gunther Revocab Living Trust | Gary Gunther | 4822 Island View St | | | Oxnard | CA | 93035 | |
| George H. Whitmore | | 311 48th Street | | | Virgina Beach | VA | 23451 | |
| Golden Bond Inc., Limited | | C/O NO. 36, LN. 101, SEC. 3 | Tsang Ping Road | | Taichung | | | Taiwan |
| Gregory A. Laney | | 13601 Woodward Drive | | | Hudson | FL | 34667 | |
| Hank Thurston | | 3002 E. Cleveland Ave. | | | Spokane | WA | 99207 | |
| Henry Lewis Cobbs | | 1 Maher Court | | | Greenwich | CT | 06830 | |
| Hui-Wen Hsu | | 400 Sycamore Ln Apt. #301 | | | Woodstock | GA | 30188-7318 | |
| Irving Newman | | 16312 Mandalay Cir | | | Huntington Beach | CA | 92649 | |
| Ivan Pinzon | | 12409 E Gibson Rd., Apt C | | | Everett | WA | 98204 | |
| Jack Putney | | 3270 21st Street, Apt 301 | | | San Francisco | CA | 94110 | |
| Jaime Carazo | | 42944 Deer Chase Pl | | | Ashburn | VA | 20147 | |
| Jaime Linden Jakovac | | 91-2101 Kaioli St. #2104 | | | Ewa Beach | HI | 96706 | |
| James Rubel | | 130 Prospect Ave. | | | Long Beach | CA | 90803 | |
| Jason Potter & Rebeca Potter | | 1909 W 2nd St | | | Mesa | AZ | 85201 | |
| Jason Richard Brodbeck | | 16 Mariners Walk Way | | | Middle River | MD | 21220 | |
| Jeffrey M Beckerman | | 10339 Gothic Ave | | | Granada Hills | CA | 91344-6822 | |
| Joan S. Mansueti | | 17425 Kirkshire | | | Beverly Hills | MI | 48025 | |
| Joerg Fischer-Felsberg | | 127 David Drive | | | Mandeville | LA | 70448 | |
| John Hornbeak | | 319 Ledroit St. | | | Laguna Beach | CA | 92651 | |
| John William Zipfel | John Zipfel | 1081 Alabama St. | | | San Francisco | CA | 94110 | |
| Jon Carter | | 1065 West River Heights Drive | | | Meridian | ID | 83646-5123 | |
| Jonathan A. Babilonia | | 703 S. A Street | | | Lake Worth | FL | 33460 | |
| Jordan Best | | 41 Bamboo | | | Irvine | CA | 92620 | |
| Jorja An Fox | | PO Box 48121 | | | Los Angeles | CA | 90048 | |
| Joseph Patterson | | 139 Channel Rd | | | Carlsbad | CA | 92011 | |
| Josephine M. Rudkin | | 87 Norwood Dr | | | Toms River | NJ | 08755 | |
| Joshua Williams | | 2005 Makarios Dr | | | St. Augustine | FL | 32080 | |
| Judy Ng Adams | | 5221 Larcade Dr. | | | Corpus Christi | TX | 78415-2007 | |
| Karen D. Sheeler | | 19132 Eccles St. | | | Northridge | CA | 91324 | |
| Karen K. Akers | | 72-4040 Ke Ana Wai St. | | | Kailua-Kona | HI | 96740 | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 5

**Exhibit D**
**First Omnibus Objection Order First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kazuko Otomo | | 11 Deer Lake Dr. | | | N. Babylon | NY | 11703 | |
| Keith J Smith | | 6 Buena Vista St | | | Stamford | CT | 06907 | |
| Kenneth N Unger | | P.O. Box 2893 | | | Fullerton | CA | 92837 | |
| Kevin Krause | | 293 Rudetown Rd | | | Hamburg | NJ | 07419 | |
| Kristena Petty Cust FBO Shelby Lynn Petty | | 5104 Milne Dr. | | | Torrance | CA | 90505 | |
| Kristin Schneider | | 6552 Pepperell Lane | | | Cincinnati | OH | 45236 | |
| Laurel DeCiucies | | 10530 Hardwood Ct. | | | Port Richey | FL | 34668 | |
| Lauri Preedge | | 21 Gleneagles Dr. | | | Newport Beach | CA | 92660 | |
| Laurie D. Norton & Robert J. Norton | Laurie Norton | P.O. Box 232512 | | | Encinatas | CA | 92023 | |
| Lien-Fung Chang | | 7536 Berkshire Pines Dr | | | Naples | FL | 34104 | |
| Ligia Lizette Pinate | 10554 NW 51 Street | | | | Miami | FL | 33178 | |
| Ligia Lizette Pinate | Diana Prat. | Beta Capital Management | 777 Brickell Av. #1201 | | Miami | FL | 33131 | |
| Lindsey Hourihan | | 1326 Engle Creek Dr. | | | OFallon | IL | 62269 | |
| Lucy Cobbs | | 1 Maher Court | | | Greenwich | CT | 06830 | |
| Marian A. Slope | | 1063 W. Valencia Mesa | | | Fullerton | CA | 92833 | |
| Marian A. Slope | Sonshine Services | John Slope | 1041 La Senda Dr | | Fullerton | CA | 92835 | |
| Marie Cassano | | 3170 S West Ave | | | Fresno | CA | 93706 | |
| Marie Leventis | | 2070 Palmer Ln | | | Green Oaks | IL | 60048 | |
| Mark A. Burris | | P.O. Box 1489 | | | Monrovia | CA | 91017 | |
| Mark Christy | | 386 High Drive | | | Laguna Beach | CA | 92651 | |
| Mark D. Drenner SEP IRA | | 424 S. Grand St. | | | Orange | CA | 92866 | |
| Mark D. Drenner SEP IRA | Merrill Lynch | P.O. Box 2011 | | | Lakewood | NJ | 08701 | |
| Mark Hoffman | | 10630 Amberglades Lane | | | San Diego | CA | 92130 | |
| Mark W. Hoffman | | 8174 Grand Ct | | | Marassas | VA | 20111 | |
| Marty Caliva | | 910 Fox Trail | | | Pasadena | TX | 77504 | |
| Marty Cole | | 6445 Kenwick Ave | | | Fort Worth | TX | 76116 | |
| Matthew Chema | | 9677 Burning Tree Dr | | | Grand Blanc | MI | 48439 | |
| Matthew K. Wasko | | 2160 Aulii St | | | Honolulu | HI | 96817 | |
| Matthew M. Thiel | | 6441 N. Northwest Hwy B15 | | | Chicago | IL | 60631 | |
| Matthew Pedro | | 1328 East Vermont Street | | | Indianapolis | IN | 46202 | |
| Maurice Lewitt | | 16633 Ventura Blvd Suite 1100 | | | Encino | CA | 91436 | |
| Michael D. Nalick | | 188 San Gabriel Ct | | | Sierra Madre | CA | 91024 | |
| Michael J Standing | | 809 Linkhorn Dr | | | Virginia Beach | VA | 23451 | |
| Michael J. Miela | | 21 Toulon Ave | | | Foothill Ranch | CA | 92610 | |
| Michael Saghera | | 3023 Bagley Ave. | | | Los Angeles | CA | 90034 | |
| Mikako Hirose | | 2634 Dunstan Dr. | | | Tustin | CA | 92782 | |
| Minhao Yu | | 9101 208th Ave NE | | | Redmond | WA | 98053-5210 | |
| Minh-Quan Phan | | 49 E. Pastime Rd | | | Tucson | AZ | 85705 | |
| Mustapha Ait-Idir | | 1180 Croissant Champigny | | | Laval | QC | H7E 4M1 | Canada |
| Nahal Ashouri | | 10660 Eloise Circle | | | Los Altos Hills | CA | 94024 | |
| Nathan Michael Harris | | 3277 Appaloosa Ct. | | | Eagle Mountain | UT | 84005 | |
| Newport Bluffs, LLC | c/o Ernie Zachary Park | Bewley, Lassleben & Miller | 13215 E. Penn St., Suite 510 | | Whittier | CA | 90602 | |
| Nicholas Loftus | | 4869 Montevista Drive | | | Sarasota | FL | 34231 | |
| Nicole Julianne Sternin | | 1905 Spokane Rd | | | West Sacramento | CA | 95691 | |
| Nikki Sternin | | 1905 Spokane Rd | | | West Sacramento | CA | 95691 | |
| October International Co., Ltd. | | c/o No. 36, Ln. 101, Sec. 3 | Tsang Ping Road | | Taichung | | | Taiwan |
| Pamela Huynh | | 7878 Flanders Dr | | | San Diego | CA | 92126 | |

**Exhibit D**
**First Omnibus Objection Order First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Patricia H. Blessing | | 1801 Yettford Rd | | | Vista | CA | 92083 | |
| Peter J Hampson | Peter J Hampson TTEE | 26421 Calle Lucana | | | San Juan Capistrano | CA | 92675 | |
| Phy Tran | | 15907 W Deanne Dr | | | Waddell | AZ | 85355 | |
| Pierre Dufour | | 7112 Waverly | | | Montreal | QC | H25 3J3 | Canada |
| Pt. Busana Prima Global | | JL. Mercedes Benz No. 223A, Desa Cicadas | Kecamatan Gunung Putri | Kab. Bogor | Jawa Barat | | 16964 | Indonesia |
| PUTIAN XINXIESHENG FOOTWEAR CO., LT | | Liuxian, Laidian Town, Xianyou | | 150 | Putian | | 351251 | China |
| PUTIAN XINXIESHENG FOOTWEAR CO., LT | | Liuxian, Laidian Town, Xianyou | | | Putian | | 351251 | China |
| QTNP Apparels JSC | | No. 18 Lot 8 Long Bien Resettlement, Long Bien Ward | Long Bien District | | Ha Noi | | 10000 | Vietnam |
| Rafik Saba | | 2909 N. Jerusalem Rd. | | | E. Meadow | NY | 11554 | |
| Rakesh Rachakonda | | 310 Forest View Dr | | | Avenel | NJ | 07001 | |
| Ramani Theresa Rani Gaspar | | 303 Jesse Way | | | Piscataway | NJ | 08854-6402 | |
| Ramon Torres | | 1211 S Palmetto Ave | Unit D | | Ontario | CA | 91762 | |
| Ramsey N. Aswad | | 5135 W. Merlot Lt. | | | Visalia | CA | 93291-9113 | |
| Ramsey Slim | | 2097 Walton Blvd | | | Rochester Hills | MI | 48309 | |
| Randall Douglas | | PO Box 5424 | | | Mt Maunganui | | 03150 | New Zealand |
| Rhonda Leonard | | 246 Lyme St | | | Hartford | CT | 06112 | |
| Richard Joseph Kehoe, Jr. | Richard Kehoe | 7924 Kelburn Hill St | | | Las Vegas | NV | 89131 | |
| Richard Porreco, Trustee Family Trust | | 1808 Lahoud Drive | | | Cardiff By The Sea | CA | 92007 | |
| Richard Severino | | PO Box 241044 | | | Honolulu | HI | 96824 | |
| Rita Aghadiuno | | 19 Brookland Farms Rd | | | Poughkeepsie | NY | 12601 | |
| Ronald J. Zidek | | 264 Crestview Dr | | | Elyria | OH | 44035 | |
| Ronald Sandoval | | 12372 Elmwood St | | | Garden Grove | CA | 92840 | |
| Rostov Management | Stanislav Rostov | 1787 Madison Avenue, Suite 502 | | | New York | NY | 10035 | |
| Ruth Schmidt | | 2030 Pleasant Creek Rd | | | Rogue River | OR | 97537 | |
| Ryan Bostrom | | 4258 Laurelhurst | | | Moorpark | CA | 93021 | |
| Ryan Mengel | | 3211 E. Lavey Ln. # 104 | | | Phoenix | AZ | 85032 | |
| Ryan T Clancy | | 212 Avenida Montalvo, #E | | | San Clemente | CA | 92672 | |
| Sacramento Municipal Utility District | SMUD | PO Box 15830 | MS A253 | | Sacramento | CA | 95852-1830 | |
| Safeandvaultstore.com | | 425 W. 2nd Ave | | | Spokane | WA | 99201 | |
| Snohomish County | Attn Bankruptcy | Snohomish County Treasurer | 3000 Rockefeller Ave | M/S 501 | Everett | WA | 98201-4060 | |
| Snohomish County PUD #1 | | PO Box 1107 | | | Everett | WA | 98206 | |
| Stephen Puglisi | | 15 Silo Drive | | | Wethersfield | CT | 06109 | |
| Stuart A Kessler | | 6790 Fiji Circle | | | Boynton Beach | FL | 33437 | |
| Ted Barton | | 432 Edgehill Ln #29 | | | Oceanside | CA | 92054 | |
| The Carr Survivors Trust A | Joan Carr TTEE | 1038 Sea Ln | | | Corona Del Mar | CA | 92625 | |
| The Stambuk Family Trust, 03/25/1994 | | 4875 Green Crest Drive | | | Yorba Linda | CA | 92887 | |
| Timothy W Friske | | 619 West Park Ln | | | Kohler | WI | 53044 | |
| Todd D. Sells | | 67-345 Kaiea Pl Apt A | | | Waialua | HI | 96791 | |
| Tom Waldron | | 1000 W. Horatio #224 | | | Tampa | FL | 33606 | |
| Tung Duong | | 1216 W. Argyle St. Apt 2 | | | Chicago | IL | 60640 | |
| Vijay Nishawala | | 7929-17 Shady Oak Trl | | | Charlotte | NC | 28210 | |
| Vijay Nishawala | Muriel Siebert & Co., Inc. | 885 Third Ave, Suite 3100 | | | New York | NY | 10022 | |
| Vincent J. Mattera | | 2121 Brownstone Creek Ave | | | Simi Valley | CA | 93063 | |

**Exhibit D**
**First Omnibus Objection Order First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Vito Cassano | | 3170 S. West Ave | | | Fresno | CA | 93706 | |
| William J. Morton | | 215 Wrightsburg Ct | | | Wetumpka | AL | 36093 | |
| William J. Wigmore, Paula J. Wigmore | | 6 Knoll Road | | | Hingham | MA | 02043 | |
| William Robert Westphal | | 1559 West St. | | | Hayward | CA | 94545 | |
| Wilma L Nielsen | | PO Box 2265 | | | Ewa Beach | HI | 96706 | |
| Wing Wong | | 952 58th St 2R | | | Brooklyn | NY | 11219 | |
| World Commerce Intl. Ltd. | | 32/F Millenium 1, Tower City | | | Kowloon | KLN | 999077 | Hong Kong |
| Xcaret Duran-Fernandez (Colon) | | 3400 Greyfriar Dr. | | | Killeen | TX | 76542 | |
| Yuancheng Liu | | 5 Tiffany Sq. | | | Sugar Land | TX | 77478 | |
| Zachary Rome | | 50 N Broadway #16 | | | Nyack | NY | 10960 | |

# EXHIBIT E

**Exhibit E**
**Second Omnibus Objection Order First Class Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 3 Times Square Associates, LLC | Cole Schotz P.C. | Rebecca W. Hollander | Court Plaza North | 25 Main St, P.O. Box 800 | Hackensack | NJ | 07602-0800 |
| 3 Times Square Associates, LLC | Ronald E. Burton, Esq. | Goldfarb & Fleece LLP | 560 Lexington Ave., 6th Fl. | | New York | NY | 10022 |
| 3 Times Square Associates, LLC | Rudin Management Co., Inc. | Roslyn Stuart | 345 Park Avenue | | New York | NY | 10154 |
| Alaska Electrical Pension | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| Allan M. Rose | | 7198 SW Dunraven Ln. | | | Port Orchard | WA | 98367 |
| Beacon Resources, LLC | Thomas M. Geher | Jeffer Mangels Butler & Mitchell LLP | 1900 Avenue of the Stars | 7th Floor | Los Angeles | CA | 90067 |
| California Rampworks | | 273 N Benson Ave | | | Upland | CA | 91786 |
| Cataria International, Inc., a California Corporation | Curtis C. Jung, Esq. | Jung & Yuen, LLP | 888 South Figueroa Street | Suite 720 | Los Angeles | CA | 90017 |
| Donna L. Schulze / Bryan D. Schulze | | 12716 E 77th Circle North | | | Owasso | OK | 74055 |
| Gilbert Cox IRA | | 255 E Waverly Rd | | | Wyncote | PA | 19095 |
| Gilbert Cox IRA | Oppenhamer & Co Inc Cust FBO Gilbert Cox IRA | 255 E Waverly Rd | | | Wyncote | PA | 19095 |
| Govt of Guam Retirement Fund | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| G&S Realty 1, LLC | Savitt Partners LLC | 530 Seventh Avenue, Suite 401 | | | New York | NY | 10018 |
| G&S Realty 1, LLC | Shenwick & Associates | James H. Shenwick | 655 Third Avenue, 20th Floor | | New York | NY | 10017 |
| Hotchkis & Wiley Capital Income Fund | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| Hotchkis & Wiley Hedged Value Fund | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| Hotchkis & Wiley High Yield Fund | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| Jack Putney | | 3270 21st Street, Apt 301 | | | San Francisco | CA | 94112 |
| John C Balzarini | | 208 Heather Lane | | | Huddleston | VA | 24104 |
| Mike Pitcher | | 3466 Julian Avenue | | | Long Beach | CA | 90808-3108 |
| National Elevator | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| Oakmark Equity and Income Fund | Harris Accociates L.P. | 111 S. Wacker Drive, Suite 4600 | | | Chicago | IL | 60606 |
| Oakmark Equity and Income Fund | State Street Bank and Trust Company | 1776 Heritage Drive | | | North Quincy | MA | 02171 |
| OMelveny & Myers LLP | Michael Lotito, Esq. | 7 Times Square | | | New York | NY | 10036 |
| OMelveny & Myers LLP | Michael Yoder, Esq. | 400 South Hope Street | | | Los Angeles | CA | 90071 |
| OMelveny & Myers LLP | | P.O. Box 894436 | | | Los Angeles | CA | 90189-4436 |
| Ramsey Slim | | 2097 Walton Blvd | | | Rochester Hills | MI | 48309 |
| San Diego County Employees Retirement (SDCERA) | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| Santa Barbara County Employees Retirement System (SBCERS) | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| Snohomish County Pud No 1 | | P.O. Box 1100 | | | Everett | WA | 98206 |
| Texas County and District Retirement System | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| University of Dayton | c/o Anna Marie Lopez | Hotchkis & Wiley Capital Mgmt | 725 S. Figueroa St. 39th Fl | | Los Angeles | CA | 90017 |
| Vector Intelligent Solutions, LLC dba Industry Retail Group | Eckert Seamans Cherin & Mellott, LLC | Harry A. Readshaw, Esquire | 600 Grant Street, 44th Floor | | Pittsburgh | PA | 15219 |
| Vector Intelligent Solutions, LLC dba Industry Retail Group | Vector Intelligent Solutions, LLC | P.O. Box 645096 | | | Pittsburgh | PA | 15264-5096 |
| Walt Disney Parks and Resorts U.S., Inc. | Walt Disney Company | Corporate Credit and Collection | 500 South Buena Vista St | | Burbank | CA | 91521-9750 |
| Wei-En Chang | | 317 Colusa Avenue | | | Kensington | CA | 94707 |
| World Marketing, Inc. | Dianne F. Coffino, Esq. | Covington & Burling, LLP | The New York Times Building | 620 8th Avenue | New York | NY | 10018 |
| World Marketing, Inc. | Jerry Mossberg, Vice President of Sales | 306 West 38th Street, 8th Floor | | | New York | NY | 10018 |
| WRI Marshalls Plaza, LP | Attn Jenny J. Hyun, Esq. | c/o Weingarten Realty Investors | 2600 Citadel Plaza Drive, Suite 125 | | Houston | TX | 77008 |

# EXHIBIT F

**Exhibit F**
**Affected Parties First Class Service List**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|------|-------------|----------|----------|------|-------|-----|
| Adobe Systems Incorporated | | 345 Park Avenue | | San Jose | CA | 95110-2704 |
| George Downing | | 3021 Waialae Avenue | | Honolulu | HI | 96816 |
| The Meisel Group | Attn: David Meisel | 10605 Concord Street | Suite 307 | Kensington | MD | 20895 |
| The Northwest Company | | 49 Bryant Avenue | | Roslyn | NY | 11576 |

# EXHIBIT G

**Exhibit G**
**Affected Parties First Class Service List**

| Name | Notice Name | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| F/C Gilroy Development LLC | Attn Director of Lease Administration & General Counsel | 105 Eisenhower Pkwy | Roseland | NJ | 07068 |

Quiksilver, Inc., et al.
Case No.: 15-11880

# EXHIBIT H

**Exhibit H**
**Affected Parties First Class Service List**

| Name | Notice Name | Address1 | City | State | Zip |
|------|-------------|----------|------|-------|-----|
| Dyrdek Enterprises, Inc. | Attn: Rob Dyrdek | 777 S. Mission Rd. | Los Angeles | CA | 90023 |

Quiksilver, Inc., et al.
Case No.: 15-11880

# EXHIBIT I

**Exhibit I**
**Affected Parties First Class Service List**

| Name | Address1 | Address2 | City | State | Zip |
|------|----------|----------|------|-------|-----|
| Regency Centers, L.P. | One Independent Drive | Suite 114 | Jacksonville | FL | 32202 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# EXHIBIT J

**Exhibit J**
**Affected Parties First Class Service List**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|------|-------------|----------|----------|----------|------|-------|-----|
| Howard Marc Spector | Spector & Johnson, PLLC | 12770 Coit Road, Suite 1100 | | | Dallas | TX | 75251 |
| Ward Gateway-Industrial-Village, LLC | c/o The Howard Hughes Corporation | Attn: General Counsel | One Galleria Tower | 13355 Noel Road, 22nd Floor | Dallas | TX | 75240 |
| Ward Gateway-Industrial-Village, LLC | c/o Victoria Ward, Limited | Attn: General Manager | 1240 Ala Moana Blvd., Suite 200 | | Honolulu | HI | 96814-4260 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1