# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------x
:
In re:                              : Chapter 11
                                    :
QUIKSILVER, INC., *et al.*,         : Case No. 15-11880 (BLS)
                                    :
                  Debtors.[1]    : Jointly Administered
                                    :
---------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

     I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

     On February 1, 2016, at my direction and under my supervision, employees of KCC caused to be served the following documents served per postal forwarding address via First Class mail on the service list attached hereto as **Exhibit A**:

- **Order Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-2 Authorizing Employment and Retention of KPMG LLP as Their Accounting and Internal Audit Advisors, Nunc Pro Tunc to the Petition Date** [Docket No. 640]

- **Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027** [Docket No. 642]

*[Space Left Intentionally Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Order Under Bankruptcy Code Section 105 and Bankruptcy Rule 9019 for Order Approving Settlement Agreement by and Among Certain of the Debtors and Rox Volleyball, Inc. and First Place Team Sales, Inc.** [Docket No. 641]

Dated: February 5, 2016

_____
Stephanie Delgado

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th day of February, 2016, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

> CASEY MICHAEL SULLIVAN
> Commission # 2130532
> Notary Public - California
> Los Angeles County
> My Comm. Expires Oct 16, 2019

2

**Exhibit A**
**Core/2002 First Class Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Counsel to S&S Prop Acquisition, LLC | BLT Enterprises | Robert Solomon | 1714 16th St | Santa Monica | CA | 90404-4402 |