IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Quiksilver, Inc., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS) |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM BY CLAIMS RECOVERY GROUP LLC

PLEASE TAKE NOTICE that Claims Recovery Group LLC, by its undersigned representative, hereby withdraws its Notice of Transfer of Claim of Diversified Distribution Systems, in the amount of $22,926.66, filed on January 28, 2016, Docket Number 733.

Dated: February 09, 2016

            CLAIMS RECOVERY GROUP LLC

            By: __/s/Robert Axenrod__
                  Robert Axenrod
                  92 Union Avenue
                  Cresskill, NJ 07626
                  Telephone: (201) 266-6988