IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :    Chapter 11
In re:                                                      :
                                                            :    Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al*.                                  :
                                                            :    (Jointly Administered)
                           Debtors.[1]                      :
                                                            :
                                                            :
------------------------------------------------------------x

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Nicholas Drake, Christina G. Rice, Liam Devoy, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, Brad Holman, Kristina Kastelan, Kelley Ketner, Jennifer Kutsch, Viki Love, Kerstin N. Mazzone, Andrew P. Mooney, Carol Nielsen, Robert Oberschelp, Joe O'Neil, Natalie Rigolet, Chris Schreiber, Lance Stern, Steve Swokowski, Roberta Turchi, Alan Vickers, and Thomas Webster, on their own behalf and on behalf of all similarly-situated terminated former employees ("Former Employees") of the above-captioned debtors, Quiksilver, Inc. and its affiliated debtors and debtors in possession (the "Debtors") pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, file this Designation of Record and Statement of Issues on Appeal with respect to their appeal from the decision of the United States Bankruptcy Court for the District of Delaware on January 29, 2016 (the "Confirmation Decision") findings of fact, conclusions of law, and order confirming Third Amended Chapter 11 Plan (the "Plan").

Former Employees reserve their right to designate additional items for inclusion in the record and/or restate issues presented on appeal, including without limitation, the right to designate

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs,

additional items or restate issues, if any relief is granted or denied subsequent to the filing of this designation that affects the Confirmation Decision and/or related documents. For items designated, the designation includes all documents referenced with the particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.

Former Employees designate each of the following documents filed in the above-captioned case for inclusion in the record on appeal:

| Designation Number | Docket Entry Number | Description (Docket Text) |
|---|---|---|
| 1. | 532 | Second Amended Chapter 11 Plan (related document(s)292, 476, 526) Filed by Quiksilver, Inc. (Durrer, Van) (Entered: 12/04/2015) |
| 2. | 533 | Second Amended Disclosure Statement *With Respect To The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession (Solicitation Version)* (related document(s)532) Filed by Quiksilver, Inc. (Durrer, Van) (Entered: 12/04/2015) |
| 3. | 534 | Notice of Confirmation Hearing - *Notice Of (A) Approval Of Adequacy Of Disclosure Statement, (B) Solicitation And Notice Procedures, (C) Objection And Voting Deadlines, And (D) The Hearing To Confirm The Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession* Filed by Quiksilver, Inc.. Confirmation Hearing scheduled for 1/27/2016 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Durrer, Van) Modified on 12/7/2015 (MAS). (Entered: 12/04/2015) |

---

Inc. (1121), Mt. Waimea Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).

| | | |
|---|---|---|
| 4. | 625 | Plan Supplement *With Respect To The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession* (related document(s)532) Filed by Quiksilver, Inc. (Durrer, Van) (Entered: 01/07/2016) |
| 5. | 657 | Limited Objection to Confirmation of Plan *by Former Employees to Confirmation of Second Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* (related document(s)532, 625) Filed by Thomas Webster, Alan Vickers, Roberta Turchi, Steve Swokowski, Lance Stern, Chris Schreiber, Natalie Rigolet, Joe O'Neil, Robert Oberschelp, Carol Neilsen, Andrew P. Mooney, Kerstin N. Mazzone, Viki Love, Jennifer Kutsch, Kelley Ketner, Kristina Kastelan, Brad Holman, Kelley C. Graham, John Graham, Pamela Gobright, Scott Fullerton, Steve Finney, Anda Druva, Liam Devoy, Christina G. Rice, Nicholas Drake (Attachments: # 1 Certificate of Service) (Busenkell, Michael) (Entered: 01/14/2016) |
| 6. | 658 | Declaration *of Nicholas Drake in Support of Limited Objection to Confirmation of Second Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* (related document(s)657) Filed by Nicholas Drake. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Busenkell, Michael) (Entered: 01/14/2016) |
| 7. | 659 | Declaration *of Blake J. Lindemann in Support of Limited Objection to Confirmation of Second Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* (related document(s)657) Filed by Liam Devoy, Nicholas Drake, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, Brad Holman, Kelley Ketner, Jennifer Kutsch, Viki Love, Kerstin N. Mazzone, Andrew P. Mooney, Carol Neilsen, Joe O'Neil, Robert Oberschelp, Christina G. Rice, Natalie Rigolet, Chris Schreiber, Lance Stern, Steve Swokowski, |

| | | |
|---|---|---|
| | | Roberta Turchi, Alan Vickers, Thomas Webster. (Attachments: # 1 Certificate of Service) (Busenkell, Michael) (Entered: 01/14/2016) |
| 8. | 661 | [SEALED] Objection *of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* (related document(s)526, 532) Filed by Official Committee of Unsecured Creditors (Stratton, David) (Entered: 01/14/2016) |
| 9. | 667 | Objection to Confirmation of Plan (related document(s)532) Filed by United States Trustee (Attachments: # 1 Certificate of Service) (Kenney, Mark) (Entered: 01/15/2016) |
| 10. | 706 | Objection // *[REDACTED] Objection of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* (related document(s)661) Filed by Official Committee of Unsecured Creditors (Stratton, David) (Entered: 01/21/2016) |
| 11. | 709 | Certification of Ballots (related document(s)529) Filed by Quiksilver, Inc. (Durrer, Van) (Entered: 01/25/2016) |
| 12. | 710 | Declaration *Of Peter Walsh Regarding Subscription To Rights Offerings As Set Forth In The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession* (related document(s)529, 530) Filed by Quiksilver, Inc.. (Durrer, Van) (Entered: 01/25/2016) |
| 13. | 711 | Memorandum/Brief *In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors And (II) In Response To Objections Thereto* Filed by Quiksilver, Inc. (Durrer, Van) (Entered: 01/25/2016) |
| 14. | 713 | Declaration *Of Stephen Coulombe, Chief Restructuring Officer Of The Debtors, In Support Of Confirmation Of* |

|   |   |   |
|---|---|---|
|   |   | *The Plan Of Reorganization Of The Debtors* (related document(s)711) Filed by Quiksilver, Inc.. (Durrer, Van) (Entered: 01/25/2016) |
| 15. | 714 | Declaration *Of Andrew Bruenjes In Support of Confirmation of the Plan of Reorganization of the Debtors* (related document(s)711) Filed by Quiksilver, Inc.. (Durrer, Van) (Entered: 01/25/2016) |
| 16. | 715 | Declaration *Of Durc A. Savini In Support Of Confirmation Of The Plan Of Reorganization Of The Debtors* (related document(s)711) Filed by Quiksilver, Inc.. (Durrer, Van) (Entered: 01/25/2016) |
| 17. | 717 | Notice Of Filing Of Proposed Findings Of Fact, Conclusions Of Law And Order Confirming Plan Of Reorganization Of The Debtors (related document(s)532, 711) Filed by Quiksilver, Inc.. (Durrer, Van) Modified docket entry text on 1/26/2016 (MAS). (Entered: 01/25/2016) |
| 18. | 720 | Amended Plan Supplement - *Notice Of Filing Of First Amendment To The Plan Supplement With Respect To The Second Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession* (related document(s)532, 625) Filed by Quiksilver, Inc. (Durrer, Van) Modified docket text on 1/26/2016 (MAS). (Entered: 01/25/2016) |
| 19. | 731 | Third Amended Chapter 11 Plan *Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession* (related document(s)292, 476, 532) Filed by Quiksilver, Inc. (Durrer, Van) (Entered: 01/28/2016) |
| 20. | 732 | Objection to Confirmation of Plan - *Notice of Filing of Unredacted Objection of the Official Committee of Unsecured Creditors to Second Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and Its Affiliated Debtors and Debtors in Possession* (related document(s)532, 706) Filed by Quiksilver, Inc. (Durrer, |

|   |   |   |
|---|---|---|
|   |   | Van) Modified text on 1/29/2016 (MAS). (Entered: 01/28/2016) |
| 21. | 735 | Amended Plan Supplement - *Notice Of Filing Of Second Amendment To The Plan Supplement With Respect To The Third Amended Joint Chapter 11 Plan Of Reorganization Of Quiksilver, Inc. And Its Affiliated Debtors And Debtors In Possession* (related document(s)625, 720, 731) Filed by Quiksilver, Inc. (Durrer, Van) Modified text on 1/29/2016 (MAS). (Entered: 01/28/2016) |
| 22. | 738 | Transcript regarding Hearing Held 1/28/2016 RE: Confirmation. Remote electronic access to the transcript is restricted until 4/28/2016. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber Reliable, Telephone number (302)654-8080.] (RE: related document(s) 727). Notice of Intent to Request Redaction Deadline Due By 2/5/2016. Redaction Request Due By 2/19/2016. Redacted Transcript Submission Due By 2/29/2016. Transcript access will be restricted through 4/28/2016. (BJM) (Entered: 01/29/2016) |
| 23. | 739 | Hearing Held/Court Sign-In Sheet (related document(s)722, 727) (SJS) (Entered: 01/29/2016) |
| 24. | 740 | Findings of Fact, Conclusions of Law and Order Confirming Plan of Reorganization of the Debtors (related document(s)717, 731, 737). Signed on 1/29/2016. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (SJS) (Entered: 01/29/2016) |

## STATEMENT OF ISSUES ON APPEAL

1. Did the Court err in confirming the Debtors' Plan?

2. Did the Court err in holding that the Debtors had carried their burden under the Plan with respect to section 1126 of the Bankruptcy Code?

3. Did the Court err in ruling that the Plan satisfied section 1129(a)(10) of the Bankruptcy Code?

4. Did the Court err in making insufficient (or implicitly incorrect) findings as to whether Class 4 constituted an accepting impaired class of claims pursuant to section 1129(a)(10) of the Bankruptcy Code?

5. Did the Court err in making insufficient (or implicitly incorrect) findings as to whether Class 4 constituted a class of insider claims for voting purposes?

6. Did the Court err in making insufficient findings as to whether Class 5(b) constituted an accepting impaired class of claims pursuant to section 1129(a)(10) of the Bankruptcy Code?

7. Did the Court err in making insufficient (or implicitly incorrect) findings as to whether Class 5(b) accepted or rejected the Plan?

8. Did the Court err in ruling that evidence was closed at the confirmation hearing as to the status of Class 4, after previously permitting the right of cross-examination at the beginning of the confirmation hearing?

| | |
|---|---|
| Dated: February 26, 2016 | GELLERT SCALI BUSENKELL & BROWN, LLC |

<u>*Michael Busenkell*</u>
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone:  302-425-5812
Email: mbusenkell@gsbblaw.com

-and-

Blake J. Lindemann – Cal. Bar #255747
   (*pro hac vice*)
Lindemann Law Firm
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: 310-279-5269
Facsimile:  310-300-0267
E-mail: blake@lawbl.com

-and-

Daren M. Schlecter – Cal. Bar #259537
   (*pro hac vice*)
Law Office of Daren M. Schlecter, A Prof. Corp.
1925 Century Park East, Suite 830
Los Angeles, CA 90067
Telephone: 310-553-5747
Facsimile: 310-553-5487
E-mail:     daren@schlecterlaw.com

*Attorneys for Nicholas Drake, Christina G. Rice, Liam Devoy, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, Brad Holman, Kristina Kastelan, Kelley Ketner, Jennifer Kutsch, Viki Love, Kerstin N. Mazzone, Andrew P. Mooney, Carol Nielsen, Robert Oberschelp, Joe O'Neil, Natalie Rigolet, Chris Schreiber, Lance Stern, Steve Swokowski, Roberta Turchi, Alan Vickers, and Thomas Webster on behalf of themselves and those similarly situated*