## **CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, hereby certify that on February 26, 2016, I caused a true and correct copy of the *Designation of Record and Statement of Issues on Appeal* to be served via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed on the attached Service List.

Dated: February 26, 2016                                        */s/ Michael Busenkell*
                                                                                Michael Busenkell (No. 3933)