IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |

**Objection Deadline:  March 24, 2016, at 4:00 p.m.**
**Hearing Date:  March 31, 2016, at 10:30 a.m.**

**NOTICE OF DEBTORS'**
**THIRD OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502**
**OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL**
**RULE 3007-1, TO (I) DUPLICATE CLAIMS FILED AGAINST DIFFERENT**
**DEBTORS, (II) DUPLICATE CLAIMS, (III) AMENDED AND SUPERSEDED**
**CLAIMS, (IV) STOCK CLAIMS, (V) LATE CLAIMS (NON-SUBSTANTIVE)**

TO:     (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the
agent for the Debtors' postpetition secured loan facilities; (c) counsel to the agent for the
Debtors' prepetition revolving loan facility; (d) counsel to the indenture trustee for the Debtors'
prepetition senior secured notes; (e) counsel to the indenture trustee for the Debtors' prepetition
senior unsecured notes; (f) counsel to the Creditors' Committee; (g) all parties entitled to notice
pursuant to Bankruptcy Rule 2002; and (h) the claimants identified in Exhibits A, B, C, D, and E
to the Objection.

          **PLEASE TAKE NOTICE** that on February 26, 2016, the above-captioned post-

confirmation debtors (the "Debtors") filed the attached *Debtors' Third Omnibus Objection,*

*Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local*

*Rule 3007-1, to (I) Duplicate Claims Filed Against Different Debtors, (II) Duplicate Claims,*

*(III) Amended and Superseded Claims, (IV) Stock Claims, and (V) Late Claims (Non-*

*Substantive)* (the "Objection") with the United States Bankruptcy Court for the District of

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and  Quiksilver Wetsuits, Inc. (9599). The address of the Debtors'
corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"), which seeks an order disallowing the claims identified on Exhibits A, B, C, D, and E to the proposed order appended to the Objection for all purposes and as more fully described in the Objection and the exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Objection must be filed with the Bankruptcy Court on or before **March 24, 2016, at 4:00 p.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) Quiksilver, Inc., 5600 Argosy Circle, #100, Huntington Beach, California 92649, Attn: Andrew Bruenjes; (ii) counsel to the Debtors: (a) Skadden, Arps, Slate, Meagher & Flom LLP, 300 S. Grand Ave., Los Angeles, CA 90071, Attn: Van C. Durrer, II, Esquire (van.durrer@skadden.com) and (b) Skadden, Arps, Slate, Meagher & Flom LLP, 920 North King Street, P.O. Box 636, Wilmington, Delaware 19801, Attn: Dain A. De Souza, Esquire (Dain.DeSouza@skadden.com); (iii) co-counsel to the Debtors: (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-4100, Attn: Jeffrey N. Pomerantz, Esquire (jpomerantz@pszjlaw.com) and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire (ljones@pszjlaw.com); (iv) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Mark S. Kenney, Esquire (mark.kenney@usdoj.gov); (v) counsel to the agent under the Debtors' prepetition revolving loan facility and postpetition debtor-in-possession revolving loan facility, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, NY 10036, Attn: Steven

Fox, Esquire (sfox@riemerlaw.com); (vi) counsel to the agent under the Debtors' postpetition debtor-in-possession term loan facility, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, Attn: Patrick J. Nash, Jr., Esquire (patrick.nash@kirkland.com), Ross M. Kwasteniet, Esquire (ross.kwasteniet@kirkland.com), and William A. Guerrieri, Esquire (will.guerrieri@kirkland.com); (vii) counsel to the Official Committee of Unsecured Creditors: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Michael S. Stamer, Esquire (mstamer@akingump.com) and Meredith A. Lahaie, Esquire (mlahaie@akingump.com); and (b) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 North Market Street, Wilmington, DE 19899-1709, Attn: David B. Stratton, Esquire (strattod@pepperlaw.com) and David M. Fournier, Esquire (fournierd@pepperlaw.com) (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** THAT IF TIMELY RESPONSE OR OBJECTION TO THE OBJECTION IS RECEIVED, A HEARING ON THE OBJECTION (THE "HEARING") WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON ON MARCH 31, 2016, AT 10:30 A.M., AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801. The Hearing may be continued from time to time upon written notice to you or oral announcement in Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if you file a response to the Objection, you should be prepared to argue that response at the Hearing. You need not appear at the Hearing if you do not oppose the relief requested in the Objection. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY

GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE
OR HEARING.

**PLEASE TAKE FURTHER NOTICE** that each claimant should read the
Objection, which describes the grounds for the objection to the claim set forth therein.  Any
response filed with the Bankruptcy Court must contain at a minimum the following:

a.    a caption setting forth the name of the Bankruptcy Court, the names of the
Reorganized Debtors, the case number, and the title of the Objection;

b.    the name of the claimant and description of the basis for the amount of the
claim;

c.    a concise statement setting forth the reasons why the claim should not be
disallowed for the reasons set forth in the Objection, including, but not limited to, the specific
factual and legal basis upon which the claimant will rely in opposing the Objection;

d.    all documentation or other evidence of the claim, to the extent not
included with the proof of claim previously filed with the Bankruptcy Court, upon which the
claimant will rely in opposing the Objection at the Hearing; and

e.    the name, address, and telephone number of the person (who may be the
claimant or the claimant's legal representative) possessing ultimate authority to reconcile, settle,
or otherwise resolve the claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that questions about the Objection or
requests for additional information about the proposed disposition of the claim should be
directed to counsel for the Debtors at the address or telephone number set forth below.  The
Debtors reserve the right to object in the future to any of the proof of claim that is the subject of

4

the Objection on any further or additional grounds.  Separate notice will be made and a separate hearing will be scheduled for any such objection.

Dated: February 26, 2016

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    ljones@pszjlaw.com
          mseidl@pszjlaw.com
          jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors