# Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| QUIKSILVER, INC., *et al.*, | ) Case No. 15-11880 (BLS) |
| | ) |
| Debtors.[1] | ) |
| | ) Jointly Administered |
| | Re: Docket No. __ |

**ORDER GRANTING DEBTORS'**
**THIRD OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502**
**OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL**
**RULE 3007-1, TO (I) DUPLICATE CLAIMS FILED AGAINST DIFFERENT**
**DEBTORS, (II) DUPLICATE CLAIMS, (III) AMENDED AND SUPERSEDED**
**CLAIMS, (IV) STOCK CLAIMS, (V) LATE CLAIMS (NON-SUBSTANTIVE)**

Upon the *Debtors' Third Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims Filed Against Different Debtors, (II) Duplicate Claims, (III) Amended and Superseded Claims, (IV) Stock Claims, and (V) Late Claims (Non-Substantive)* (the "Objection"), seeking entry of an order disallowing and expunging certain Claims,[2] as listed in Exhibits A through E attached hereto; and the Court having subject matter jurisdiction to consider the Objection and to issue the relief requested therein in accordance with 28 U.S.C. § 1334; and the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Objection

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

is in the best interests of the Debtors, their estates, and creditors, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Objection is granted, as may be modified herein; and it is further

ORDERED that each of the Duplicate Claims listed in Exhibit A under the heading "Duplicate Claim to Be Disallowed" hereby is disallowed and expunged in its entirety; and it is further

ORDERED that each of the Duplicate Claims listed in Exhibit B under the heading "Duplicate Claim to Be Disallowed" hereby is disallowed and expunged in its entirety; and it is further

ORDERED that each of the Amended and Superseded Claims listed in Exhibit C under the heading "Amended Claim to Be Disallowed" hereby is disallowed and expunged in its entirety; and it is further

ORDERED that each of the Equity Claims listed in Exhibit D hereby is disallowed and expunged in its entirety; and it is further

ORDERED that each of the Late Filed Claims listed in Exhibit E hereby is disallowed and expunged in its entirety; and it is further

ORDERED that the rights of the Debtors to (i) file subsequent objections to any Claims listed in Exhibits A through E attached hereto on any ground; (ii) amend, modify, or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims; (iii) seek expungement or reduction of any Claim to the extent all or a portion of such Claim has been paid; and (iv) settle any Claim for less than the asserted

amount are preserved. Additionally, should the grounds of objection stated in the Objection be denied, the rights of the Debtors to object on any other grounds are preserved; and it is further

ORDERED that this Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order; and it is further

ORDERED that each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and set forth in the Exhibits A through E hereto, constitute a separate contested matter as contemplated by Rule 9014 of the Bankruptcy Rules and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim that is subject to the Objection. Any stay of this Order pending appeal by any claimant whose Claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters addressed in the Objection and this Order; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in a contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to those claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters.

Dated: _____, 2016
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Court Judge

## Exhibit A

**Duplicate Claims Filed Against Different Debtors**

Exhibit A - Duplicate Claims Filed Against Multiple Debtors

In re: Quiksilver, Inc., et. al.
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Debtor - Remaining Claim | Duplicate Claim to be Disallowed | Debtor - Disallowed Claim | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| Borley, Krista | 232 | QS Wholesale, Inc. | 231 | Quiksilver, Inc. | $ 51,850 | Priority | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | 210 | Quiksilver, Inc. | UNLIQUIDATED | Secured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | 211 | DC Shoes, Inc. | UNLIQUIDATED | Secured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | 212 | QS Retail, Inc. | UNLIQUIDATED | Secured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | 214 | Hawk Designs, Inc. | UNLIQUIDATED | Secured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | Schedule F | DC Shoes, Inc. | $ 282,327,500 | Secured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | Schedule F | Quiksilver, Inc. | $ 282,327,500 | Secured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | Schedule F | QS Wholesale, Inc. | $ 282,327,500 | Secured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | Schedule F | QS Retail, Inc. | $ 282,327,500 | Secured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| Delaware Trust Company, as Successor to U.S. Bank National Association, as Indenture Trustee and Collateral Agent | 213 | QS Wholesale, Inc. | Schedule F | Hawk Designs, Inc | $ 282,327,500 | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | 215 | QS Retail, Inc. | UNLIQUIDATED | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | 216 | Quiksilver, Inc. | UNLIQUIDATED | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | 217 | Hawk Designs, Inc | UNLIQUIDATED | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | 218 | DC Shoes, Inc. | UNLIQUIDATED | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | Schedule F | Hawk Designs, Inc | $ 227,375,000 | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | Schedule F | Quiksilver, Inc. | $ 227,375,000 | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | Schedule F | QS Wholesale, Inc. | $ 227,375,000 | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | Schedule F | DC Shoes, Inc. | $ 227,375,000 | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |
| U.S. Bank National Association | 219 | QS Wholesale, Inc. | Schedule F | QS Retail, Inc. | $ 227,375,000 | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |

# Exhibit B

## Duplicate Claims

Exhibit B - Duplicate Claims Filed Against the Same Debtor

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| Greydog Signs & Displays, Inc. | 71 | 27 | $ 18,509.52 | General Unsecured | Duplicate claim against the same Debtor. |
| Langman, M. Steven | 644 | 610 | Unliquidated | General Unsecured | Duplicate claim against the same Debtor. |
| Travis Thompson Farms | 808 | 143 | $ 15,200.00 | General Unsecured | Duplicate claim against the same Debtor. |
| Xiamen C&D Light Industry Co., Ltd. | 732 | 682 | $ 1,231,401.45 | General Unsecured | Duplicate claim against the same Debtor. |
| Xiamen C&D Light Industry Co., Ltd. | 732 | 682 | $ 276,090.28 | Admin Priority | Duplicate claim against the same Debtor. |

# Exhibit C

## Amended and Superseded Claims

Exhibit C - Amended and Superseded Claims

In re: Quiksilver, Inc., et. al.
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Amended Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| 3 Times Square Associates, LLC | 878 | 544 | $ 69,319.57 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Annapolis Mall Owner LLC | 850 | 397 | $ 9,349.64 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Blehm, Clayton | 840 | 59 | $ 532,660,808.71 | Secured | Claim to be disallowed is amended and superseded by indicated claim. |
| Blehm, Clayton | 840 | 59 | $ 44,372,264.00 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Charlotte Outlets, LLC | 873 | 477 | $ 943.46 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| CP Deerfield, LLC, a Delaware Limited Liability Company | 677 | 584 | $ 72,175.70 | Priority | Claim to be disallowed is amended and superseded by indicated claim. |
| CP Deerfield, LLC, a Delaware Limited Liability Company | 898 | 677 | $ 183,644.37 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| CP Deerfield, LLC, a Delaware Limited Liability Company | 898 | 677 | $ 72,175.70 | Admin Priority | Claim to be disallowed is amended and superseded by indicated claim. |
| CPG Partners, L.P. | 869 | 497 | $ 5,451.40 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Cypress-Fairbanks ISD | 847 | 12 | $ 2,441.13 | Secured | Claim to be disallowed is amended and superseded by indicated claim. |
| Displayit, Inc. | 841 | 529 | $ 1,098,672.83 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Fair Harbor Capital, LLC as Assignee of QPD International Inc. | 886 | 305 | $ 31,633.00 | Admin Priority | Claim to be disallowed is amended and superseded by indicated claim. |
| Fashion Outlets of Chicago LLC | 863 | 530 | $ 13,812.06 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Florida Mall Associates, LTD | 871 | 488 | $ 9,621.26 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Gilroy Premium Outlets, LLC | 867 | 441 | $ 874.04 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Harris County et al | 853 | 11 | $ 1,390.50 | Secured | Claim to be disallowed is amended and superseded by indicated claim. |

1 of 2

In re: Quiksilver, Inc., et. al.
Case No. 15-11880

Exhibit C - Amended and Superseded Claims

| Name of Claimant | Remaining Claim Number | Amended Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| Mall at Katy Mills, L.P. | 866 | 445 | $ 670.97 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Miromar Outlet East, LLC. | 880 | 599 | $ 3,715.73 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| New Era Cap Co., Inc. | 852 | 30 | $ 20,886.00 | Admin Priority | Claim to be disallowed is amended and superseded by indicated claim. |
| Pashley, Erin | 848 | 178 | $ 18,089.00 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Prime Outlets At Pismo Beach LLC | 872 | 473 | $ 1,322.94 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Silver Sands GL I, LLC | 870 | 478 | $ 1,634.22 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Stern, Lance | 740 | 14 | $ 16,832.37 | Priority | Claim to be disallowed is amended and superseded by indicated claim. |
| Taubman Auburn Hills Associates Limited Partnership | 842 | 80 | $ 12,312.76 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Taubman Auburn Hills Associates Limited Partnership | 843 | 79 | $ 153.20 | Admin Priority | Claim to be disallowed is amended and superseded by indicated claim. |
| Tennessee Department of Revenue | 881 | 24 | $ 68,656.47 | Priority | Claim to be disallowed is amended and superseded by indicated claim. |

# Exhibit D

## Equity Claims

Exhibit D - Equity Claims

In re: Quiksilver Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Bennett, Leonor America | 820 | $ 2,500.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Cole, Schuyler E. and Cole, Marlyn J. | 818 | $ 9,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Freilich, Jeffrey | 897 | $ 2,000.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Johnson, Timothy B | 810 | $ 1,725.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| P&S Somani Corporation | 812 | $ 33,109.99 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| P&S Somani Corporation | 813 | $ 6,109.45 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Palmer, Patrick | 846 | $ 6,300.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Salisbury, Kevin John | 807 | $ 301.83 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Shepard, Roger D. | 900 | $ 273.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Somani, Salim and Somani Parvaz | 814 | $ 15,009.95 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Somani, Salim and Somani, Parvaz | 811 | $ 35,092.99 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Tafoya, William M. | 412 | $ 503.48 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

# Exhibit E

# Late Claims

Exhibit E - Late Filed Claims

In re: Quiksilver, Inc., et al.
Case No. 15-11880

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|
| ABSOLUTE DISTRIBUTORS, INC | QS Retail, Inc. | 12/03/2015 | 805 | $ 63,014.55 | General Unsecured | Late Filed Claim. |
| ABW Holdings, LLC | QS Retail, Inc. | 02/09/2016 | 893 | 374,695.87 | General Unsecured | Late Filed Claim. |
| AML Group Limited | QS Wholesale, Inc. | 11/30/2015 | 789 | 11,969.80 | General Unsecured | Late Filed Claim. |
| ANTE GALIC | Quiksilver, Inc. | 12/17/2015 | 828 | 31,770.76 | Priority | Late Filed Claim. |
| BAYONE SOLUTIONS INC | Quiksilver, Inc. | 12/07/2015 | 809 | 24,705.70 | General Unsecured | Late Filed Claim. |
| Bennett, Leonor America | Quiksilver, Inc. | 12/11/2015 | 820 | 2,500.00 | General Unsecured | Late Filed Claim. |
| Bergquist, Mark | Quiksilver, Inc. | 12/04/2015 | 806 | 20,806.96 | General Unsecured | Late Filed Claim. |
| Blaisdell, Deborah | Quiksilver, Inc. | 12/10/2015 | 819 | 961.00 | General Unsecured | Late Filed Claim. |
| Brinks Incorporated | QS Retail, Inc. | 11/20/2015 | 710 | 25,606.75 | General Unsecured | Late Filed Claim. |
| Calderon, Maria Laura | Quiksilver, Inc. | 11/23/2015 | 744 | 500,000.00 | General Unsecured | Late Filed Claim. |
| COBRACOLE, INC. | DC Shoes, Inc. | 11/30/2015 | 782 | 78,900.00 | General Unsecured | Late Filed Claim. |
| Desravines, Michael | Quiksilver, Inc. | 01/22/2016 | 861 | 27.90 | Admin Priority | Late Filed Claim. |
| DOMNERN SOMGIAT & BOONMA | Quiksilver, Inc. | 11/30/2015 | 785 | 313.47 | General Unsecured | Late Filed Claim. |
| Earl, Lonnie | Quiksilver, Inc. | 11/23/2015 | 715 | 678.00 | General Unsecured | Late Filed Claim. |
| Eastern Stretch Inc. | QS Wholesale, Inc. | 12/08/2015 | 817 | 20,983.10 | General Unsecured | Late Filed Claim. |
| Greenfield, David A | Quiksilver, Inc. | 11/30/2015 | 784 | 3,225.00 | General Unsecured | Late Filed Claim. |
| HAWAIIAN ELECTRIC CO., INC | QS Retail, Inc. | 11/19/2015 | 695 | 3,496.28 | General Unsecured | Late Filed Claim. |
| Hawaiian Electric Companies | Quiksilver, Inc. | 11/19/2015 | 697 | 1,878.75 | General Unsecured | Late Filed Claim. |
| INVESHARE, INC. | Quiksilver, Inc. | 11/30/2015 | 783 | 143.71 | Priority | Late Filed Claim. |
| Johnson, Timothy B. | Quiksilver, Inc. | 12/07/2015 | 810 | 1,725.95 | General Unsecured | Late Filed Claim. |
| JP Morgan Chase Bank, N.A. | QS Wholesale, Inc. | 11/27/2015 | 777 | 86,374.27 | Secured | Late Filed Claim. |
| Karnati, Nareen | Quiksilver, Inc. | 11/23/2015 | 720 | 659.43 | General Unsecured | Late Filed Claim. |
| M&H Corporation | QS Retail, Inc. | 02/17/2016 | 895 | 171,601.55 | General Unsecured | Late Filed Claim. |
| MarkMonitor Inc. | Quiksilver, Inc. | 11/20/2015 | 702 | 2,284.00 | Priority | Late Filed Claim. |

1 of 3

Exhibit E - Late Filed Claims

In re: Quiksilver, Inc., et al.
Case No. 15-11880

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Maui Disposal | Quiksilver, Inc. | 11/20/2015 | 706 | 170.02 | General Unsecured | Late Filed Claim. |
| Maui Electric Company | Quiksilver, Inc. | 11/19/2015 | 696 | 10,136.04 | General Unsecured | Late Filed Claim. |
| Mesa Water District | Quiksilver, Inc. | 11/19/2015 | 686 | 15.66 | General Unsecured | Late Filed Claim. |
| Nguyen, Khang | Quiksilver, Inc. | 11/20/2015 | 704 | 3,756.62 | General Unsecured | Late Filed Claim. |
| Outsource Technical, LLC | QS Wholesale, Inc. | 11/20/2015 | 703 | 11,418.75 | Priority | Late Filed Claim. |
| P&S Somani Corporation | Quiksilver, Inc. | 12/07/2015 | 812 | 33,109.99 | General Unsecured | Late Filed Claim. |
| P&S Somani Corporation | Quiksilver, Inc. | 12/07/2015 | 813 | 6,109.45 | General Unsecured | Late Filed Claim. |
| Palmer, Patrick | Quiksilver, Inc. | 01/11/2016 | 846 | 6,300.00 | General Unsecured | Late Filed Claim. |
| Payne, Ariel | Quiksilver, Inc. | 11/23/2015 | 712 | 431.77 | Priority | Late Filed Claim. |
| Pebbles, Rick | Quiksilver, Inc. | 11/19/2015 | 685 | 224.72 | Priority | Late Filed Claim. |
| Pekin & Pekin | Quiksilver, Inc. | 11/23/2015 | 756 | 5,299.45 | General Unsecured | Late Filed Claim. |
| PT Ameya Living Style | QS Wholesale, Inc. | 01/18/2016 | 859 | 10,393.35 | General Unsecured | Late Filed Claim. |
| PT AMEYA LIVINGSTYLE INDONESIA | DC Shoes, Inc. | 01/18/2016 | 858 | 1,104.63 | Admin Priority | Late Filed Claim. |
| PT REGENCY SOURCING INDONESIA | Quiksilver, Inc. | 11/24/2015 | 769 | 3,255.80 | General Unsecured | Late Filed Claim. |
| Salim Somani and Parviz Somani | Quiksilver, Inc. | 12/07/2015 | 811 | 35,092.99 | General Unsecured | Late Filed Claim. |
| Salim Somani and Parviz Somani | Quiksilver, Inc. | 12/07/2015 | 814 | 15,009.95 | General Unsecured | Late Filed Claim. |
| Salisbury, Kevin John | Quiksilver, Inc. | 12/04/2015 | 807 | 301.83 | General Unsecured | Late Filed Claim. |
| Schlotman, Thomas C. | Quiksilver, Inc. | 11/20/2015 | 709 | 11,500.00 | General Unsecured | Late Filed Claim. |
| Shelton Fire Protection Co., Inc. | Quiksilver, Inc. | 11/23/2015 | 735 | 3,283.05 | General Unsecured | Late Filed Claim. |
| Shelton Fire Protection Co., Inc. | Quiksilver, Inc. | 11/23/2015 | 735 | 1,766.95 | Priority | Late Filed Claim. |
| TALISMAN LICENSING UK LTD | DC Shoes, Inc. | 11/20/2015 | 700 | 32,000.00 | Admin Priority | Late Filed Claim. |
| The Sauce Suppliers | QS Wholesale, Inc. | 11/19/2015 | 689 | 29,950.30 | General Unsecured | Late Filed Claim. |
| Thomas, Traci | Quiksilver, Inc. | 02/02/2016 | 884 | 3,043.48 | General Unsecured | Late Filed Claim. |
| United Parcel Service | DC Shoes, Inc. | 12/01/2015 | 801 | 123.00 | General Unsecured | Late Filed Claim. |

2 of 3

Exhibit E - Late Filed Claims

In re: Quiksilver, Inc., et al.
Case No. 15-11880

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Yelp Inc | Quiksilver, Inc. | 01/19/2016 | 860 | 129.33 | Secured | Late Filed Claim. |
| Yelp Inc | Quiksilver, Inc. | 01/19/2016 | 860 | 204.00 | General Unsecured | Late Filed Claim. |
| Zesati, Norma | Quiksilver, Inc. | 11/23/2015 | 751 | 500,000.00 | General Unsecured | Late Filed Claim. |