IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| QUIKSILVER, INC., *et al.*,[1] | : | Case No. 15-11880 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Hearing Date:  March 31, 2016 at 10:30 am (ET)** |
| | : | **Objection Deadline:  March 18, 2016 at 4:00 pm (ET)** |
| ------------------------------------------------ x | | |

**NOTICE OF FOURTH MONTHLY APPLICATION OF PEPPER HAMILTON LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUIKSILVER, INC., *ET AL*., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2016 THROUGH FEBRUARY 11, 2016**

PLEASE TAKE NOTICE that on February 26, 2016, Pepper Hamilton LLP (the "Applicant"), co-counsel to the Official Committee of Unsecured Creditors in the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the **Fourth Monthly Application of Pepper Hamilton as Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc.,** *et al.* **for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From January 1, 2016 through February 11, 2016** (the "Application").

PLEASE TAKE FURTHER NOTICE that in accordance with the Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures, dated October 28, 2015 [Docket No. 379] (the "Interim Compensation Order"), any objection or other response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before March 18, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (ii) served so as to be actually received no later than the Objection Deadline by (a) the Applicant and (b) the Notice Parties (as defined and identified in the Interim Compensation Order).

PLEASE TAKE FURTHER NOTICE that a hearing on the Application will be held before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, at the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on **March 31, 2016 at 10:30 a.m. (ET)**.

<u>IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING</u>.

Dated: February 26, 2016  **PEPPER HAMILTON LLP**
Wilmington, Delaware

/s/ David B. Stratton
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone:	(302) 777-6500
Facsimile:	(302) 421-8390
Email:	strattond@pepperlaw.com
	fournierd@pepperlaw.com
	schannej@pepperlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Quiksilver, Inc., et al.*

#38007128 v1