# EXHIBIT D

## (Billing Disclosures)

| POSITION AT PEPPER HAMILTON | BLENDED HOURLY RATE FOR THIS FEE APPLICATION | BLENDED HOURLY RATE FIRM-WIDE FOR FISCAL YEAR 2014[1] |
|---|---|---|
| Partner | $690.83 (partner fees/hours) | $601.50 |
| Of Counsel | N/A | $501.20 |
| Associate | $455.72 (associate fees/hours) | $362.50 |
| Paralegal | $246.59 (paralegal fees/hours) | $189.70 |
| Case Management Assistant | $60.00 | $54.30 |
| **AGGREGATE BLENDED HOURLY RATE FOR THIS FEE APPLICATION:** | $475.70 | |

---

[1] The data in this column excludes FY2014 blended hourly rate information for the Bankruptcy and Corporate Restructuring group at Pepper Hamilton LLP as well engagements at materially discounted rates.

#37660290 v2