# EXHIBIT E

### (Summary of Total Fees Incurred and Hours Billed During Fee Period)

| Timekeeper Name | Position (Year of Bar Admission) | Department | Fees Billed in This Fee Application | Hours Billed in This Fee Application | Hourly Rate Billed in This Fee Application | Number of Rate Increases |
|---|---|---|---|---|---|---|
| David B. Stratton | Partner (1978) | Corporate Restructuring & Bankruptcy | $13,366.00 | 16.40 | $815.00 | 2015 $790.00 |
| David M. Fournier | Partner (1990) | Corporate Restructuring & Bankruptcy | $6,258.00 | 8.40 | $745.00 | 2015 $720.00 |
| Angelo A. Stio, III | Partner (2007) | Commercial Litigation | $15,470.00 | 26.00 | $595.00 | 2015 $575.00 |
| Michael J. Custer | Associate (2006) | Corporate Restructuring & Bankruptcy | $1,348.50 | 2.90 | $465.00 | 2015 $445.00 |
| John H. Schanne, II | Associate (2009) | Corporate Restructuring & Bankruptcy | $17,108.00 | 37.60 | $455.00 | 2015 $425.00 |
| Christopher Lano | Paralegal | Corporate Restructuring & Bankruptcy | $7,675.00 | 30.70 | $250.00 | None |
| Rebecca S. Hudson | Paralegal | Corporate Restructuring & Bankruptcy | $1,449.00 | 6.30 | $230.00 | 2015 $210.00 |
| David Smith | Case Management Assistant | N/A | $260.00 | 4.00 | $65.00 | 2015 $60.00 |
| | **TOTALS:** | | **$62,934.50** | **132.30** | | |

#37660290 v2