## **EXHIBIT F**

**(Detailed Description of Services Rendered During Fee Period)**

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number:  10971828
Page 3

## Time Detail by Task Code

TASK CODE:   B110  Case Administration

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/04/16 | J.H. Schanne, II | Update critical dates calendar. | 0.30 | 455.00 | 136.50 |
| 01/07/16 | D. Smith | Organize pleadings files. | 0.30 | 65.00 | 19.50 |
| 01/08/16 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 455.00 | 136.50 |
| 01/11/16 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 455.00 | 91.00 |
| 01/15/16 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 455.00 | 136.50 |
| 01/19/16 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 455.00 | 91.00 |
| 01/20/16 | C. Lano | Review critical dates calendar. | 0.20 | 250.00 | 50.00 |
| 01/22/16 | J.H. Schanne, II | Update critical dates calendar. | 0.20 | 455.00 | 91.00 |
| 01/27/16 | D. Smith | Review and add items from amended agenda to hearing binder per C. Lano. | 0.30 | 65.00 | 19.50 |
| 01/29/16 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 455.00 | 136.50 |
| 01/29/16 | C. Lano | Review Critical Dates calendar. | 0.10 | 250.00 | 25.00 |
| 02/01/16 | D. Smith | Organize pleadings files. | 1.60 | 65.00 | 104.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number: 10971828
Page 4

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 02/05/16 | J.H. Schanne, II | Update critical dates calendar (.2); circulate same to Pepper Hamilton team (.1). | 0.30 | 455.00 | 136.50 |
| 02/05/16 | C. Lano | Review Critical Dates Calendar. | 0.10 | 250.00 | 25.00 |
| 02/08/16 | J.H. Schanne, II | Update critical dates calendar.` | 0.10 | 455.00 | 45.50 |
| 02/09/16 | C. Lano | Update hearing calendar. | 0.10 | 250.00 | 25.00 |
| 02/09/16 | C. Lano | Email to IT re ECF notification issues. | 0.30 | 250.00 | 75.00 |
| 02/09/16 | C. Lano | Email L. Lifland re ECF notification issues. | 0.10 | 250.00 | 25.00 |
| 02/11/16 | J.H. Schanne, II | Email to L. Lifland re noticing issues. | 0.10 | 455.00 | 45.50 |
| 02/11/16 | C. Lano | Email to IT re ECF notification issues. | 0.20 | 250.00 | 50.00 |
| 02/11/16 | D. Smith | Organize pleadings files. | 0.20 | 65.00 | 13.00 |
| Total B110 Case Administration | | | 5.80 | | 1,477.50 |

TASK CODE:   B150  Creditors' Committee

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/05/16 | D. Stratton | Pre call and call with committee. | 0.80 | 815.00 | 652.00 |
| 01/12/16 | D. Stratton | Participate in conference calls with committee professionals and creditors' committee. | 1.00 | 815.00 | 815.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number: 10971828
Page 5

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/18/16 | D. Fournier | Teleconference call with UCC professionals re issues for Committee call (.5); attend telephonic meeting of Committee (.5). | 1.00 | 745.00 | 745.00 |
| 01/18/16 | D. Stratton | Teleconference call with UCC professionals re issues for Committee call (.5); attend telephonic meeting of Committee (.5). | 1.00 | 815.00 | 815.00 |
| Total B150 Creditors' Committee | | | 3.80 | | 3,027.00 |

TASK CODE:   B155  Court Hearings

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/11/16 | J.H. Schanne, II | Review hearing agenda (.1); email to A. Beane re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/11/16 | J.H. Schanne, II | Email to D. Smith re hearing binders. | 0.10 | 455.00 | 45.50 |
| 01/11/16 | J.H. Schanne, II | Review amended agenda (.1); email to A. Beane re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/11/16 | J.H. Schanne, II | Follow up with D. Smith re hearing binders. | 0.10 | 455.00 | 45.50 |
| 01/11/16 | C. Lano | Review 1/13/16 Agenda. | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                      Invoice Number:  10971828
February 26, 2016                                                              Page 6

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/11/16 | C. Lano | Review Amended 1/13/16 Agenda. | 0.10 | 250.00 | 25.00 |
| 01/22/16 | C. Lano | Confer with J. Schanne re 1/26/15 hearing. | 0.20 | 250.00 | 50.00 |
| 01/22/16 | C. Lano | Email C. Heaney re proposed 1/26/15 Agenda. | 0.10 | 250.00 | 25.00 |
| 01/22/16 | C. Lano | Prepare 1/26/15 hearing binder. | 2.30 | 250.00 | 575.00 |
| 01/22/16 | C. Lano | Confer with J. Schanne re 1/26/16 Agenda. | 0.10 | 250.00 | 25.00 |
| 01/25/16 | D. Stratton | Review agenda and prepare for hearing. | 0.40 | 815.00 | 326.00 |
| 01/25/16 | D. Stratton | Emails to and from court re status. | 0.20 | 815.00 | 163.00 |
| 01/25/16 | J.H. Schanne, II | Prepare hearing binder. | 0.60 | 455.00 | 273.00 |
| 01/25/16 | C. Lano | Review 1/27/15 Agenda. | 0.10 | 250.00 | 25.00 |
| 01/25/16 | C. Lano | Review 1/27/15 Agenda. | 0.10 | 250.00 | 25.00 |
| 01/25/16 | C. Lano | Email L. Liftland re Courtcall for 1/27/15 hearing. | 0.10 | 250.00 | 25.00 |
| 01/25/16 | C. Lano | Prepare supplemental documents for 1/27/15 hearing binder. | 1.20 | 250.00 | 300.00 |
| 01/25/16 | C. Lano | Confer with D. Smith re 1/27/15 hearing binder. | 0.40 | 250.00 | 100.00 |
| 01/25/16 | C. Lano | Confer with J. Schanne re 1/27/15 hearing binder. | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                                    Invoice Number:  10971828
February 26, 2016                                                                                    Page 7

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/25/16 | C. Lano | Email A. Hurtado requesting supplemental 1/27/16 hearing documents. | 0.10 | 250.00 | 25.00 |
| 01/25/16 | C. Lano | Coordinate with Court Call re L. Liftland's 1/27/15 appearance. | 0.30 | 250.00 | 75.00 |
| 01/25/16 | C. Lano | Review CourtCall confirmation and forward same to L. Lifland. | 0.10 | 250.00 | 25.00 |
| 01/25/16 | D. Smith | Prepare 1/27/16 hearing binder. | 1.60 | 65.00 | 104.00 |
| 01/26/16 | D. Stratton | Emails to court and co-counsel re confirmation hearing. | 0.30 | 815.00 | 244.50 |
| 01/26/16 | J.H. Schanne, II | Prepare hearing binders. | 0.50 | 455.00 | 227.50 |
| 01/26/16 | J.H. Schanne, II | Email to C. Lano re hearing binders (.1); email to L. Lifland re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/26/16 | C. Lano | Confer with D. Smith re 1/27/16 hearing binders. | 0.30 | 250.00 | 75.00 |
| 01/26/16 | C. Lano | Review and revise 1/27/16 hearing binder. | 1.20 | 250.00 | 300.00 |
| 01/26/16 | C. Lano | Email J. Schanne re status of 1/27/15 hearing binders. | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                    Invoice Number:  10971828
February 26, 2016                                                      Page 8

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/26/16 | C. Lano | Confer with R. Hudson re supplemental 1/27/16 hearing documents. | 0.20 | 250.00 | 50.00 |
| 01/26/16 | C. Lano | Review Notice of Adjourned 1/27/16 hearing. | 0.10 | 250.00 | 25.00 |
| 01/27/16 | D. Stratton | Review emails re status of hearing. | 0.20 | 815.00 | 163.00 |
| 01/27/16 | J.H. Schanne, II | Prepare hearing binders. | 0.50 | 455.00 | 227.50 |
| 01/27/16 | C. Lano | Review 1/28/16 Agenda. | 0.10 | 250.00 | 25.00 |
| 01/27/16 | C. Lano | Revise 1/28/16 hearing binders. | 0.40 | 250.00 | 100.00 |
| 01/27/16 | C. Lano | Confer with D. Smith re 1/28/16 Agenda. | 0.20 | 250.00 | 50.00 |
| 01/27/16 | C. Lano | Revise 1/28/16 hearing binders. | 0.60 | 250.00 | 150.00 |
| 01/27/16 | C. Lano | Confer with J. Schanne re supplemental documents for 1/28/16 hearing. | 0.10 | 250.00 | 25.00 |
| 01/28/16 | D. Stratton | Prepare for confirmation hearing and meet with Akin team. | 1.70 | 815.00 | 1,385.50 |
| 01/28/16 | D. Stratton | Attend confirmation hearing. | 2.60 | 815.00 | 2,119.00 |
| 01/28/16 | J.H. Schanne, II | Prepare hearing binders. | 0.40 | 455.00 | 182.00 |
| 01/28/16 | J.H. Schanne, II | Prepare for hearing (1.5);attend confirmation hearing (2.0). | 4.10 | 455.00 | 1,865.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                          Invoice Number: 10971828
February 26, 2016                                                          Page 9

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/28/16 | C. Lano | Prepare supplemental 1/28/16 hearing documents. | 0.30 | 250.00 | 75.00 |
| 01/28/16 | C. Lano | Confer with J. Schanne re 1/28/16 hearing documents. | 0.20 | 250.00 | 50.00 |
| 01/28/16 | C. Lano | Review docket re status of 1/28/16 hearing. | 0.10 | 250.00 | 25.00 |
| 01/28/16 | C. Lano | Email J. Schanne re status of 1/28/16 hearing. | 0.10 | 250.00 | 25.00 |
| 01/28/16 | C. Lano | Email with L. Lifland re returning hearing documents. | 0.20 | 250.00 | 50.00 |
| 02/08/16 | J.H. Schanne, II | Review agenda (.1); email to L Lifland re hearing coverage (.1). | 0.20 | 455.00 | 91.00 |
| 02/08/16 | C. Lano | Review 2/10/16 Agenda. | 0.10 | 250.00 | 25.00 |
| 02/08/16 | C. Lano | Confer with J. Schanne re 2/10/16 hearing. | 0.10 | 250.00 | 25.00 |
| 02/09/16 | J.H. Schanne, II | Prepare for omnibus hearing. | 0.30 | 455.00 | 136.50 |
| 02/09/16 | C. Lano | Email J. Schanne re status of 2/10/16 hearing binder. | 0.10 | 250.00 | 25.00 |
| 02/09/16 | C. Lano | Prepare 2/10/16 hearing binder for J. Schanne. | 0.40 | 250.00 | 100.00 |
| 02/10/16 | J.H. Schanne, II | Prepare for hearing and attend hearing. | 1.60 | 455.00 | 728.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                    Invoice Number:  10971828
February 26, 2016                                                          Page 10

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 02/10/16 | J.H. Schanne, II | Email to Akin re hearing update (.1); email to D. Stratton re same (.1). | 0.20 | 455.00 | 91.00 |
| | Total B155 Court Hearings | | 26.50 | | 11,266.00 |

TASK CODE:   B160  Fees

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/05/16 | J.H. Schanne, II | Email to D. Fournier and D. Stratton re Pepper Hamilton fee application objection deadline. | 0.10 | 455.00 | 45.50 |
| 01/05/16 | R.S. Hudson | Draft CNO re Pepper's 2nd monthly fee application. | 0.20 | 230.00 | 46.00 |
| 01/06/16 | J.H. Schanne, II | Review and revise Pepper Hamilton CNO (.1); email to R. Hudson re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/07/16 | J.H. Schanne, II | Review and execute CNO re PH fee application (.1); confer with R. Hudson re filing and service of same (.1). | 0.20 | 455.00 | 91.00 |
| 01/07/16 | J.H. Schanne, II | Email to A. Li re payment on PH CNO. | 0.10 | 455.00 | 45.50 |
| 01/07/16 | R.S. Hudson | File CNO re Pepper's 2nd monthly fee application. | 0.30 | 230.00 | 69.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number:  10971828
Page 11

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/07/16 | R.S. Hudson | Serve CNO re Pepper's 2nd monthly fee application. | 0.20 | 230.00 | 46.00 |
| 01/07/16 | C. Lano | Confer with R. Hudson re filing Certificate of No Objection to Pepper Hamilton's Second Monthly Fee Application. | 0.10 | 250.00 | 25.00 |
| 01/12/16 | J.H. Schanne, II | Prepare Pepper Hamilton's fee application. | 0.70 | 455.00 | 318.50 |
| 01/19/16 | J.H. Schanne, II | Email to C. Soper re preparation of Pepper Hamilton fee application. | 0.10 | 455.00 | 45.50 |
| 01/19/16 | J.H. Schanne, II | Prepare Pepper Hamilton fee application. | 0.50 | 455.00 | 227.50 |
| 01/19/16 | C. Lano | Confer with J. Schanne re Pepper Hamilton's Second Monthly Fee Application. | 0.20 | 250.00 | 50.00 |
| 01/19/16 | C. Lano | Confer with C. Vernon re revised Pepper Hamilton's Fee Application. | 0.20 | 250.00 | 50.00 |
| 01/20/16 | C. Lano | Prepare PH Third Monthly Fee Application. | 2.40 | 250.00 | 600.00 |
| 01/25/16 | J.H. Schanne, II | Prepare Pepper Hamilton's monthly fee application. | 1.10 | 455.00 | 500.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number: 10971828
Page 12

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/25/16 | C. Lano | Email J. Schanne re Pepper Hamilton's Third Monthly Fee Application. | 0.10 | 250.00 | 25.00 |
| 01/25/16 | C. Lano | Email M. Daly re Pepper Hamilton's Third Monthly Fee Application. | 0.10 | 250.00 | 25.00 |
| 01/29/16 | D. Stratton | Review and sign monthly fee application. | 0.20 | 815.00 | 163.00 |
| 01/29/16 | R.S. Hudson | File Pepper's 3rd monthly (Dec.) fee application. | 0.50 | 230.00 | 115.00 |
| 01/29/16 | R.S. Hudson | Serve Pepper's 3rd monthly (Dec.) fee application. | 0.20 | 230.00 | 46.00 |
| 01/29/16 | C. Lano | Prepare PH Third Monthly Fee Application. | 0.40 | 250.00 | 100.00 |
| 01/29/16 | C. Lano | Confer with C. Vernon re finalized PH Third Monthly Fee Application. | 0.10 | 250.00 | 25.00 |
| 01/29/16 | C. Lano | Confer with R. Hudson re filing PH Third Monthly Fee Application. | 0.10 | 250.00 | 25.00 |
| 02/01/16 | J.H. Schanne, II | Email to A. Li re payment of Pepper Hamilton CNO. | 0.10 | 455.00 | 45.50 |
| 02/03/16 | C. Lano | Review Confirmation Order re Final Fee Applications. | 0.20 | 250.00 | 50.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                    Invoice Number:  10971828
February 26, 2016                                                                Page 13

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 02/03/16 | C. Lano | Confer with J. Schanne re Confirmation Order and Effective Date re Final Fee Applications. | 0.10 | 250.00 | 25.00 |
| 02/03/16 | C. Lano | Prepare Pepper Hamilton's Fourth Monthly Fee Application. | 0.60 | 250.00 | 150.00 |
| 02/04/16 | J.H. Schanne, II | Prepare Pepper Hamilton's fee application. | 0.80 | 455.00 | 364.00 |
| 02/04/16 | C. Lano | Prepare Pepper Hamilton's Fourth Monthly Fee Application. | 0.30 | 250.00 | 75.00 |
| 02/04/16 | C. Lano | Confer with J. Schanne re Pepper Hamilton's Fourth Monthly Fee Application and Final Fee Application. | 0.10 | 250.00 | 25.00 |
| 02/05/16 | C. Lano | Prepare Pepper Hamilton's Fourth Monthly Fee Application. | 2.40 | 250.00 | 600.00 |
| 02/08/16 | J.H. Schanne, II | Email to A. Li re payment of outstanding Pepper Hamilton fees. | 0.10 | 455.00 | 45.50 |
| 02/09/16 | J.H. Schanne, II | Email to C. Lano re preparation of quarterly fee application. | 0.10 | 455.00 | 45.50 |
| 02/11/16 | C. Lano | Confer with J. Schanne re Final Fee Application. | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002          Invoice Number: 10971828
February 26, 2016                                              Page 14

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 02/11/16 | C. Lano | Prepare Pepper Hamilton's First Interim Fee Application. | 1.30 | 250.00 | 325.00 |
| 02/11/16 | C. Lano | Prepare Pepper Hamilton's Final Fee Application. | 1.50 | 250.00 | 375.00 |
| Total B160 Fees | | | 16.00 | | 4,925.50 |

TASK CODE:    B160.1  Fee Application of Others

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/04/16 | D. Stratton | Review PJT fee application and email J. Schanne re same. | 0.20 | 815.00 | 163.00 |
| 01/04/16 | J.H. Schanne, II | Review draft form of PJT fee application (.3); emails to D. Stratton re same (.1); email to A. Beane re same (.1). | 0.50 | 455.00 | 227.50 |
| 01/04/16 | J.H. Schanne, II | Review draft form of Akin fee application (.3); email to L. Lifland re same (.1); email to A. Beane re same (.1). | 0.40 | 455.00 | 182.00 |
| 01/04/16 | J.H. Schanne, II | Email to C. Lano re filing and service of Akin fee application. | 0.10 | 455.00 | 45.50 |
| 01/04/16 | J.H. Schanne, II | Email to C. Lano re filing and service of PJT fee application. | 0.10 | 455.00 | 45.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                          Invoice Number:  10971828
February 26, 2016                                                          Page 15

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/04/16 | J.H. Schanne, II | Review and execute notice of PJT fee application. | 0.10 | 455.00 | 45.50 |
| 01/04/16 | J.H. Schanne, II | Review and execute notice of Akin fee application. | 0.10 | 455.00 | 45.50 |
| 01/04/16 | C. Lano | File Akin Gump Second Monthly Fee Application. | 0.40 | 250.00 | 100.00 |
| 01/04/16 | C. Lano | File PJT Partners First Monthly Fee Application. | 0.40 | 250.00 | 100.00 |
| 01/08/16 | J.H. Schanne, II | Email to R. Hudson re PJT monthly fee application. | 0.10 | 455.00 | 45.50 |
| 01/08/16 | J.H. Schanne, II | Email to R. Hudson re Akin fee application. | 0.10 | 455.00 | 45.50 |
| 01/25/16 | J.H. Schanne, II | Review docket for responses to Akin fee application (.1); email to L. Lifland re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/25/16 | J.H. Schanne, II | Review docket for responses to PJT fee application (.1); email to L. Lifland re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/25/16 | R.S. Hudson | Prepare CNO re Akin's 2nd monthly fee application. | 0.20 | 230.00 | 46.00 |
| 01/25/16 | R.S. Hudson | Prepare CNO re PJT's 1st monthly fee application. | 0.20 | 230.00 | 46.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number: 10971828
Page 16

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/26/16 | J.H. Schanne, II | Review and revise PJT CNO (.1); email to L. Lifland re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/26/16 | J.H. Schanne, II | Review and revise Akin CNO (.1); email to L. Lifland re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/26/16 | J.H. Schanne, II | Email to R. Hudson re CNOs. | 0.10 | 455.00 | 45.50 |
| 01/27/16 | J.H. Schanne, II | Email to L. Lifland re fee application CNOs. | 0.10 | 455.00 | 45.50 |
| 02/01/16 | J.H. Schanne, II | Email L. Lifland re CNOs. | 0.10 | 455.00 | 45.50 |
| 02/08/16 | J.H. Schanne, II | Review and execute CNO re PJT fee application (.1); email to C. Lano re same (.1). | 0.20 | 455.00 | 91.00 |
| 02/08/16 | J.H. Schanne, II | Review and execute CNO re Akin fee application (.1); email to C. Lano re same (.1). | 0.20 | 455.00 | 91.00 |
| 02/08/16 | J.H. Schanne, II | Email to L. Lifland re preparation of Akin fee application. | 0.10 | 455.00 | 45.50 |
| 02/08/16 | C. Lano | File Certificate of No Objection to Akin Gump's Second Monthly Fee Application. | 0.30 | 250.00 | 75.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002          Invoice Number:  10971828
February 26, 2016                                                        Page 17

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 02/08/16 | C. Lano | File Certificate of No Objection to PJT's First Monthly Fee Application. | 0.30 | 250.00 | 75.00 |
| 02/08/16 | C. Lano | Serve Akin Gump's and PJT's Certificate of No Objection re Monthly Fee Application. | 0.20 | 250.00 | 50.00 |
| 02/09/16 | J.H. Schanne, II | Review PJT retention application documents (.1); email to A. Beane re fee application (.1). | 0.30 | 455.00 | 136.50 |
| 02/09/16 | J.H. Schanne, II | Emails to L. Lifland re Akin fee application (.1); email to R. Hudson re filing and service of same (.1). | 0.20 | 455.00 | 91.00 |
| 02/09/16 | J.H. Schanne, II | Emails to L. Lifland re fee applications. | 0.20 | 455.00 | 91.00 |
| 02/09/16 | J.H. Schanne, II | Prepare Akin fee application for filing. | 0.90 | 455.00 | 409.50 |
| 02/09/16 | J.H. Schanne, II | Multiple emails to D. Stratton re Akin fee application. | 0.20 | 455.00 | 91.00 |
| 02/09/16 | J.H. Schanne, II | Emails with L. Lifland re Akin retention application. | 0.20 | 455.00 | 91.00 |
| 02/09/16 | R.S. Hudson | File third monthly fee application of Akin Gump. | 0.50 | 230.00 | 115.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                    Invoice Number:  10971828
February 26, 2016                                                          Page 18

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 02/09/16 | R.S. Hudson | Serve third monthly fee application of Akin Gump. | 0.20 | 230.00 | 46.00 |
| 02/10/16 | J.H. Schanne, II | Email to L. Lifland re interim fee applications. | 0.10 | 455.00 | 45.50 |
| Total B160.1 Fee Application of Others | | | 8.10 | | 3,182.00 |

TASK CODE:   B170  Employment of Professionals

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/08/16 | C. Lano | Draft Stratton Supplemental Affidavit re Rate Increases. | 0.60 | 250.00 | 150.00 |
| 01/11/16 | R.S. Hudson | Review court's docket re supplemental retention disclosures. | 0.50 | 230.00 | 115.00 |
| 01/11/16 | C. Lano | Confer with R. Hudson re Supplemental Disclosure Statement re attorney rate increase. | 0.10 | 250.00 | 25.00 |
| 01/12/16 | R.S. Hudson | Prepare second supplemental declaration of D. Stratton re Pepper's retention application. | 0.40 | 230.00 | 92.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number: 10971828
Page 19

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/13/16 | J.H. Schanne, II | Review and revise supplemental retention declaration (.2); email to R. Hudson re same (.1). | 0.30 | 455.00 | 136.50 |
| 01/13/16 | J.H. Schanne, II | Prepare supplement to retention application. | 1.40 | 455.00 | 637.00 |
| 01/13/16 | C. Lano | Revise Supplemental Disclosure Statement re attorney rate increase. | 0.20 | 250.00 | 50.00 |
| 01/13/16 | C. Lano | Confer with J. Schanne re Supplemental Disclosure Statement re attorney rate increase. | 0.20 | 250.00 | 50.00 |
| 01/19/16 | R.S. Hudson | File second supplemental declaration of D. Stratton in support of Pepper's retention application. | 0.30 | 230.00 | 69.00 |
| 01/19/16 | R.S. Hudson | Serve second supplemental declaration of D. Stratton in support of Pepper's retention application. | 0.20 | 230.00 | 46.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                    Invoice Number:  10971828
February 26, 2016                                                       Page 20

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/19/16 | C. Lano | Confer with R. Hudson re status of PH Second Supplemental. | 0.10 | 250.00 | 25.00 |
| Total B170 Employment of Professionals | | | 4.30 | | 1,395.50 |

TASK CODE:   B185  Assumption/Rejection of Leases and Contracts

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/19/16 | R.S. Hudson | Research and retrieve notices of lease rejections and send to A. Stio. | 0.30 | 230.00 | 69.00 |
| Total B185 Assumption/Rejection of Leases and Contracts | | | 0.30 | | 69.00 |

TASK CODE:   B191  General Litigation

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/04/16 | D. Stratton | Review mediation order (0.1); email to and from M. Lehaie re mediation (0.1). | 0.20 | 815.00 | 163.00 |
| 01/04/16 | J.H. Schanne, II | Review discovery emails. | 0.10 | 455.00 | 45.50 |
| 01/07/16 | C. Lano | Prepare Notice of Service re Responses and Objection to Requests for Documents. | 0.20 | 250.00 | 50.00 |
| 01/07/16 | C. Lano | File Notice of Service re Responses and Objection to Requests for Documents. | 0.20 | 250.00 | 50.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
Invoice Number: 10971828
February 26, 2016
Page 21

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/11/16 | J.H. Schanne, II | Review and execute notice of deposition (.1); confer with C. Lano re same (.1); confer with C. Loper re same (.1). | 0.30 | 455.00 | 136.50 |
| 01/11/16 | C. Lano | Telephone call to C. Sopher re Notice of Deposition. | 0.10 | 250.00 | 25.00 |
| 01/11/16 | C. Lano | Confer with J. Schanne re Notice of Deposition. | 0.10 | 250.00 | 25.00 |
| 01/11/16 | C. Lano | File Notice of Deposition. | 0.20 | 250.00 | 50.00 |
| 01/11/16 | C. Lano | Serve Notice of Deposition. | 0.10 | 250.00 | 25.00 |
| 01/11/16 | C. Lano | Email C. Sopher filed Notice of Deposition. | 0.10 | 250.00 | 25.00 |
| 01/13/16 | D. Fournier | Emails from and to D. Stratton re plan discovery. | 0.10 | 745.00 | 74.50 |
| 01/14/16 | D. Fournier | Prepare for discovery call with A. Stio (.4); teleconference call with D. Stratton and A. Stio re Oaktree discovery (.5); work on Plan and Diminution objections (.7). | 1.60 | 745.00 | 1,192.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number:  10971828
Page 22

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/14/16 | A. Stio | Conference with Stratton and Fournier regarding diminution in value materials (0.5); begin to review background documents (1.0). | 1.50 | 595.00 | 892.50 |
| 01/14/16 | A. Stio | Confirm with D. Stratton and D. Fournier on diminution in value deposition (0.2); review motion papers to obtain background in preparation for deposition (3.0). | 3.20 | 595.00 | 1,904.00 |
| 01/18/16 | D. Fournier | Review emails from and to D. Stratton and A. Stio re discovery. | 0.20 | 745.00 | 149.00 |
| 01/19/16 | D. Fournier | Review and edit draft Oaktree deposition outline (.6); telephone call with A. Stio (3x) re same (.5); diligence re information requested by A. Stio (.7). | 1.80 | 745.00 | 1,341.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number:  10971828
Page 23

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/19/16 | A. Stio | Review motion papers in support of and in opposition to diminution in value motion in preparation for Oaktree deposition | 4.50 | 595.00 | 2,677.50 |
| 01/19/16 | A. Stio | Review expert reports on diminution of value motion in preparation for Oaktree corporate designee deposition | 3.00 | 595.00 | 1,785.00 |
| 01/20/16 | A. Stio | Prepare for deposition of Oaktree corporate designee | 7.00 | 595.00 | 4,165.00 |
| 01/20/16 | A. Stio | Take deposition of Oaktree corporate designee | 2.00 | 595.00 | 1,190.00 |
| 01/21/16 | A. Stio | Review rough transcript of M. Wilson | 2.50 | 595.00 | 1,487.50 |
| 01/21/16 | A. Stio | Review Oaktree brief in reply to committee opposition on diminution of value motion | 2.30 | 595.00 | 1,368.50 |
| Total B191 General Litigation | | | 31.30 | | 18,821.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                    Invoice Number:  10971828
February 26, 2016                                                              Page 24

**TASK CODE:    B230  Financing/Cash Collateral**

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/05/16 | D. Stratton | Email to M. Lahaie re adequate protection issue. | 0.20 | 815.00 | 163.00 |
| 01/12/16 | D. Stratton | Emails to and from M. Lahaie, J. Schanne and D. Fournier re objection. | 0.30 | 815.00 | 244.50 |
| 02/11/16 | J.H. Schanne, II | Email to L. Lifland re Effective Date. | 0.10 | 455.00 | 45.50 |
| Total B230 Financing/Cash Collateral | | | 0.60 | | 453.00 |

**TASK CODE:    B320  Plan and Disclosure Statement**

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/05/16 | D. Fournier | Confer with D. Stratton re Diminution Motion. | 0.10 | 745.00 | 74.50 |
| 01/08/16 | D. Fournier | Telephone call with J. Schanne re confirmation witnesses. | 0.10 | 745.00 | 74.50 |
| 01/08/16 | J.H. Schanne, II | Telephone calls from D. Fournier re confirmation issues (.1); emails to A. Beane re same (.1). | 0.20 | 455.00 | 91.00 |
| 01/11/16 | J.H. Schanne, II | Email to Parcels re service of expert reports (.1); email to L. Lifland re same (.1). | 0.20 | 455.00 | 91.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number:  10971828
Page 25

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/11/16 | J.H. Schanne, II | Email to A. Beane re confirmation issues. | 0.10 | 455.00 | 45.50 |
| 01/11/16 | J.H. Schanne, II | Emails with L. Lifland re confirmation issues. | 0.20 | 455.00 | 91.00 |
| 01/11/16 | J.H. Schanne, II | Emails to Parcels re service issues. | 0.20 | 455.00 | 91.00 |
| 01/11/16 | J.H. Schanne, II | Emails with C. Cornell re confirmation issues. | 0.20 | 455.00 | 91.00 |
| 01/12/16 | D. Fournier | Review and revise draft opposition to Oaktree 507(b) motion (2.8); emails from and to D. Stratton and M. Lahaie re same (.3). | 3.10 | 745.00 | 2,309.50 |
| 01/12/16 | D. Stratton | Review Oaktree diminution motion. | 0.40 | 815.00 | 326.00 |
| 01/12/16 | D. Stratton | Review and note comments on objection. | 2.70 | 815.00 | 2,200.50 |
| 01/12/16 | J.H. Schanne, II | Research re plan issues. | 0.80 | 455.00 | 364.00 |
| 01/12/16 | J.H. Schanne, II | Emails to L. Lifland and A. Beane re confirmation issues. | 0.20 | 455.00 | 91.00 |
| 01/12/16 | J.H. Schanne, II | Research re confirmation issues. | 0.40 | 455.00 | 182.00 |
| 01/12/16 | J.H. Schanne, II | Prepare response to Oaktree diminution motion. | 2.60 | 455.00 | 1,183.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number:  10971828
Page 26

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/14/16 | D. Stratton | Review objection to plan and email co-counsel with comments. | 3.40 | 815.00 | 2,771.00 |
| 01/14/16 | D. Stratton | Coordinate filing and service of objections and motions to seal. | 0.60 | 815.00 | 489.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number:  10971828
Page 27

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/14/16 | M.J. Custer | Email to J. Schanne re plan objection and diminution motion objection(.1); email to D. Stratton re same (.1); draft motion to seal plan objection (.4); draft motion to exceed page limit re same (.4); email to L. Lifland re same (.1); revise motion to seal diminution objection, order (.2); confer with C. Lano re service, filing of objections (.1); email to C. Lano re same (.1); review notice re plan objections (.2); email to L. Lifland re same (.1); revise motions, orders re sealing, exceeding page limits (.5); organize filing of objections (.5); confer with R. Hudson re filing of same (.1). | 2.90 | 465.00 | 1,348.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                    Invoice Number: 10971828
February 26, 2016                                              Page 28

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/14/16 | J.H. Schanne, II | Emails with Pepper team re drafting, filing and service of objections and related motions to seal . | 0.40 | 455.00 | 182.00 |
| 01/14/16 | R.S. Hudson | Serve objections to plan and diminution in value motion along with supporting pleadings to chambers. | 0.50 | 230.00 | 115.00 |
| 01/14/16 | C. Lano | Confer with M. Custer re status of objection to Plan. | 0.40 | 250.00 | 100.00 |
| 01/14/16 | C. Lano | Prepare service list re Objection to Plan. | 0.40 | 250.00 | 100.00 |
| 01/14/16 | C. Lano | Prepare e-mail distribution re Objection to Plan. | 0.30 | 250.00 | 75.00 |
| 01/14/16 | C. Lano | Prepare service list re Objection to Motion to Determine Diminution in Value. | 0.40 | 250.00 | 100.00 |
| 01/14/16 | C. Lano | Confer with D. Fournier re e-mail distribution re Objection to Plan. | 0.20 | 250.00 | 50.00 |
| 01/14/16 | C. Lano | Confer with M. Custer re e-mail distribution re Objection to Plan. | 0.20 | 250.00 | 50.00 |
| 01/14/16 | C. Lano | File Objection to Plan. | 0.40 | 250.00 | 100.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number:  10971828
Page 29

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/14/16 | C. Lano | File Motion to Seal Objection to Plan. | 0.30 | 250.00 | 75.00 |
| 01/14/16 | C. Lano | File Motion to Exceed Page Limit to Objection to Plan. | 0.30 | 250.00 | 75.00 |
| 01/14/16 | C. Lano | File Objection to Motion to Determine Diminution in Value. | 0.30 | 250.00 | 75.00 |
| 01/14/16 | C. Lano | File Motion to Seal Objection to Motion to Determine Diminution in Value. | 0.30 | 250.00 | 75.00 |
| 01/14/16 | C. Lano | E-mail group Objection to Plan. | 0.20 | 250.00 | 50.00 |
| 01/14/16 | C. Lano | E-mail group Objection to Motion to Determine Diminution in Value and related motion to seal. | 0.30 | 250.00 | 75.00 |
| 01/14/16 | C. Lano | Confer with R. Hudson re preparing orders to Bankruptcy Court. | 0.10 | 250.00 | 25.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                                    Invoice Number: 10971828
February 26, 2016                                                                              Page 30

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/14/16 | C. Lano | Confer with R. Hudson re Declaration of Service to Objection to Motion to Determine Diminution in Value and related motion to seal. | 0.20 | 250.00 | 50.00 |
| 01/15/16 | D. Fournier | Review UST Objection to Plan (.2); email to D. Stratton re same (.1); emails to and from D. Stratton and M. LaHaie re mediation (.1). | 0.40 | 745.00 | 298.00 |
| 01/15/16 | J.H. Schanne, II | Draft motion to shorten. | 1.70 | 455.00 | 773.50 |
| 01/15/16 | C. Lano | Confer with J. Schanne re hearing for Noticing Motions to File under Seal. | 0.20 | 250.00 | 50.00 |
| 01/20/16 | J.H. Schanne, II | Review plan objection. | 1.30 | 455.00 | 591.50 |
| 01/21/16 | J.H. Schanne, II | Review Committee's plan objection. | 1.30 | 455.00 | 591.50 |
| 01/21/16 | J.H. Schanne, II | Review Committee's objection to diminution motion. | 0.60 | 455.00 | 273.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                    Invoice Number:  10971828
February 26, 2016                                                          Page 31

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/21/16 | J.H. Schanne, II | Review unredacted plan objection (.1); confer with C. Lano re filing and service of same (.1); email to L. Lifland re same (.1). | 0.30 | 455.00 | 136.50 |
| 01/21/16 | J.H. Schanne, II | Review unredacted diminution objection (.1); confer with C. Lano re filing and service of same (.1); email to L. Lifland re same (.1). | 0.30 | 455.00 | 136.50 |
| 01/21/16 | J.H. Schanne, II | Email to R. Hudson re filing redacted objection. | 0.10 | 455.00 | 45.50 |
| 01/21/16 | R.S. Hudson | File Declaration of Service re service of unredacted and redacted objections to plan and diminution in value motion, motions to file under seal, motion to exceed pages limits and signed order. | 0.20 | 230.00 | 46.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002                          Invoice Number:  10971828
February 26, 2016                                                              Page 32

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/21/16 | R.S. Hudson | Prepare Declaration of Service re service of unredacted and redacted objections to plan and diminution in value motion, motions to file under seal, motion to exceed pages limits and signed order. | 0.30 | 230.00 | 69.00 |
| 01/21/16 | R.S. Hudson | File redacted objection to second amended plan.` | 0.30 | 230.00 | 69.00 |
| 01/21/16 | R.S. Hudson | Serve redacted objection to second amended plan. | 0.30 | 230.00 | 69.00 |
| 01/21/16 | R.S. Hudson | File redacted objection to Oaktree's motion for order determining diminution in value of secured notes parties' collateral. | 0.30 | 230.00 | 69.00 |
| 01/21/16 | R.S. Hudson | Serve redacted objection to Oaktree's motion for order determining diminution in value of secured notes parties' collateral. | 0.20 | 230.00 | 46.00 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number: 10971828
Page 33

| Date | Name | Services | Time | Rate | Amount |
|------|------|----------|------|------|--------|
| 01/21/16 | C. Lano | Confer with J. Schanne re filing redacted Objection to Amended Plan. | 0.10 | 250.00 | 25.00 |
| 01/21/16 | C. Lano | Prepare redacted Objection to Amended Plan for filing. | 0.40 | 250.00 | 100.00 |
| 01/21/16 | C. Lano | Confer with R. Hudson re filing redacted Objection to Amended Plan. | 0.20 | 250.00 | 50.00 |
| 01/22/16 | J.H. Schanne, II | Email to L. Lifland re confirmation issues. | 0.10 | 455.00 | 45.50 |
| 01/22/16 | J.H. Schanne, II | Call with L. Lifland re confirmation issues (.2); confer with C. Lano re same (.1). | 0.30 | 455.00 | 136.50 |
| 01/22/16 | J.H. Schanne, II | Confer with D. Stratton re confirmation issues. | 0.10 | 455.00 | 45.50 |
| 01/25/16 | J.H. Schanne, II | Review Debtor's briefing in support of plan confirmation. | 2.20 | 455.00 | 1,001.00 |
| 01/26/16 | J.H. Schanne, II | Prepare for confirmation hearing. | 0.60 | 455.00 | 273.00 |
| 01/27/16 | J.H. Schanne, II | Email to L. Lifland re confirmation hearing issues. | 0.10 | 455.00 | 45.50 |
| 02/04/16 | J.H. Schanne, II | Email to L. Lifland re plan effective date. | 0.10 | 455.00 | 45.50 |
| Total B320 Plan and Disclosure Statement | | | 35.60 | | 18,317.50 |