# EXHIBIT G

**(Summary of Expenses Incurred During Fee Period)**

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | EXPENSE SUB-TOTAL |
|---|---|---:|
| Duplicating & Reproduction | In-house + Parcels, Inc. | $796.68 |
| E-Discovery Hosting | | $8.85 |
| Filing Fees | CourtCall | $60.00 |
| Meals | | $5.50 |
| Messenger Service | Parcels, Inc. | $104.25 |
| Messenger Service – Overnight Courier | Federal Express | $71.37 |
| Online Services/Internet Web Sites | Pacer | $632.20 |
| Postage | USPS | $140.68 |
| Reporting Services | Reliable Copy Services | $120.00 |
| Travel Expenses | Airfare | $1,018.20 |
| **TOTAL:** | | **$2,957.73** |

#37660290 v2