# EXHIBIT H

**(Detailed Description of Expenses Incurred During Fee Period)**

#37660290 v2

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number: 10971828
Page 34

TOTAL FEES ..................................................................................................$62,934.50

**SUMMARY OF EXPENSES**

| | Amount |
|---|---|
| Duplicating | 796.68 |
| E-Discovery hosting | 8.85 |
| Filing Fees | 60.00 |
| Meals | 5.50 |
| Messenger Service | 104.25 |
| Messenger Service - Overnight Courier | 71.37 |
| Online Services/Internet Web Sites | 632.20 |
| Postage | 140.68 |
| Reporting Services | 120.00 |
| Travel Expense | 1,018.20 |

**DETAIL OF EXPENSES**

| Date | Code | Description | Qty | Cost | Amount |
|---|---|---|---|---|---|
| 12/11/15 | MES2 | 113015 - Messenger Service | 1 | 7.50 | 7.50 |
| 12/11/15 | MES2 | 113015 - Messenger Service | 1 | 7.50 | 7.50 |
| 12/11/15 | MES2 | 113015 - Messenger Service | 1 | 7.50 | 7.50 |
| 01/04/16 | DUP2 | DUP - Parcels - 01/04/2016 | 526 | 0.10 | 52.60 |
| 01/04/16 | POS2 | Postage | 1 | 14.80 | 14.80 |
| 01/11/16 | DUP2 | DUP - Parcels - 01/11/2016 | 5 | 0.10 | 0.50 |
| 01/11/16 | POS2 | Postage | 1 | 0.98 | 0.98 |
| 01/14/16 | DUP2 | DUP - Hudson Rebecca S. - 01/14/2016 | 98 | 0.10 | 9.80 |
| 01/14/16 | DUP2 | DUP - Parcels - 01/14/2016 | 498 | 0.10 | 49.80 |
| 01/14/16 | DUP2 | DUP - Parcels - 01/14/2016 | 392 | 0.10 | 39.20 |
| 01/14/16 | POS2 | Postage | 1 | 17.00 | 17.00 |
| 01/21/16 | DUP1 | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 133.41 | 133.41 |
| 01/22/16 | FEE1 | Filing Fees - AMERICAN EXPRESS DALY - 12/18/15 COURT CALL | 1 | 30.00 | 30.00 |
| 01/22/16 | FEE1 | Filing Fees - AMERICAN EXPRESS DALY - 12/25/15 COURT CALL | 1 | 30.00 | 30.00 |
| 01/22/16 | TRV2 | STIO 011916 - AIRFARE | 1 | 1,018.20 | 1,018.20 |
| 01/26/16 | MES2 | 011116 - Messenger Service | 1 | 7.50 | 7.50 |

OCUC of Quiksilver, Inc.
Client/Matter Number: 143678.00002
February 26, 2016

Invoice Number: 10971828
Page 35

| Date | Code | Description | Qty | Cost | Amount |
|---|---|---|---|---|---|
| 01/26/16 | MES2 | 011416 - Messenger Service | 1 | 7.50 | 7.50 |
| 01/26/16 | MES2 | 011416 - Messenger Service | 1 | 7.50 | 7.50 |
| 01/26/16 | MES2 | 011416 - Messenger Service | 1 | 7.50 | 7.50 |
| 01/26/16 | MES2 | 011416 - Messenger Service | 1 | 7.50 | 7.50 |
| 01/26/16 | DUP2 | 012216 - Duplicating & Reproduction | 1 | 0.10 | 0.10 |
| 01/26/16 | DUP2 | DUP - Parcels - 01/26/2016 | 1,916 | 0.10 | 191.60 |
| 01/26/16 | DUP1 | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 133.66 | 133.66 |
| 01/26/16 | MES1 | Messenger Service - PARCELS, INC. COURIER BILLS | 1 | 18.00 | 18.00 |
| 01/29/16 | EDISC2 | DECEMBER 2015 - E-Discovery hosting | 1 | 4.52 | 4.52 |
| 01/29/16 | DUP2 | DUP - Parcels - 01/29/2016 | 251 | 0.10 | 25.10 |
| 01/29/16 | EDISC2 | NOVEMBER 2015 - E-Discovery hosting | 1 | 4.33 | 4.33 |
| 01/29/16 | POS2 | Postage | 1 | 9.30 | 9.30 |
| 02/04/16 | DUP1 | Duplicating & Reproduction - PARCELS, INC. OFFSITE DUPLICATING | 1 | 96.71 | 96.71 |
| 02/04/16 | MES1 | Messenger Service - PARCELS, INC. COURIER BILLS | 1 | 18.75 | 18.75 |
| 02/04/16 | RPT1 | Reporting Services - RELIABLE COPY SERVICES LANO HOURLY TRANSCRIPT 1ST COPY 12/1/15 | 1 | 99.60 | 99.60 |
| 02/04/16 | RPT1 | Reporting Services - RELIABLE COPY SERVICES LANO HOURLY TRANSCRIPT 1ST COPY 12/14/15 | 1 | 20.40 | 20.40 |
| 02/08/16 | DUP2 | Duplicating | 360 | 0.10 | 36.00 |
| 02/08/16 | MES1 | Messenger Service - PARCELS, INC. COURIER BILLS | 1 | 7.50 | 7.50 |
| 02/08/16 | POS2 | Postage | 1 | 88.20 | 88.20 |
| 02/09/16 | DUP2 | Duplicating | 280 | 0.10 | 28.00 |
| 02/09/16 | MES4 | FedEx: CAROLYN CORNELL NEW YORK | 1 | 26.56 | 26.56 |
| 02/09/16 | MES4 | FedEx: CAROLYN CORNELL NEW YORK | 1 | 25.88 | 25.88 |
| 02/09/16 | MES4 | FedEx: CAROLYN CORNELL NEW YORK | 1 | 18.93 | 18.93 |
| 02/09/16 | POS2 | Postage | 1 | 10.40 | 10.40 |
| 02/10/16 | DUP2 | DUP - Parcels - 02/10/2016 | 2 | 0.10 | 0.20 |
| 02/10/16 | REF4 | PACER - 100115 - 123115 - Online Services/Internet Web Sites | 1 | 629.30 | 629.30 |
| 02/10/16 | REF4 | PACER - 100115 - 123115 - Online Services/Internet Web Sites | 1 | 2.90 | 2.90 |

OCUC of Quiksilver, Inc.  
Client/Matter Number: 143678.00002  
February 26, 2016

Invoice Number: 10971828  
Page 36

| Date | Code | Description | Qty | Cost | Amount |
|---|---|---|---|---|---|
| 02/12/16 | CON1 | Meals - JOHN SCHANNE SCHANNE - LUNCH ON 2/10/16 | 1 | 5.50 | 5.50 |

TOTAL EXPENSES ...............................................................................................$2,957.73

TOTAL AMOUNT DUE ........................................................................................$65,892.23