-2-

# EXHIBIT I

## (Attorney Biographies)

---

David B. Stratton – Mr. Stratton is a Partner in, and co-chair of, the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP and has been practicing law since 1978. He is co-chair of the firm's Corporate Restructuring and Bankruptcy Practice Group. He is a member of the American Bar Association Business Law Section and a member of the Bankruptcy Subcommittee of the Banking Committee. He is also a member of the bar of Delaware.

David M. Fournier – Mr. Fournier is a Partner in and Vice-Chair of the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP, and has been practicing law since 1990. He is a former chair of the Delaware State Bar Association International Law Section, and is current co-chair of the USA/Canada Membership Development Committee of INSOL International. He is also co-chair of the Chapter 11 Subcommittee of the ABA Business Law Section Business Bankruptcy Committee. Mr. Fournier is a member of the bars of Delaware and Pennsylvania.

Angelo A. Stio, III – Mr. Stio is a Partner in the Litigation and Dispute Resolution Department of Pepper Hamilton LLP, and has been practicing law since 2001. He is a member of the bars of New Jersey, New York, and Pennsylvania.

Michael J. Custer – Mr. Custer is an Associate in the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP and has been practicing law since 2006. He is a member of the bar of Delaware.

John H. Schanne, II – Mr. Schanne is an Associate in the Corporate Restructuring and Bankruptcy Practice Group of Pepper Hamilton LLP and has been practicing law since 2009. He is a member of the bar of Delaware.