**CERTIFICATE OF SERVICE**

I, David B. Stratton, hereby certify that on the 26th day of February, 2016, I

caused the foregoing **Fourth Monthly Application of Pepper Hamilton as Co-Counsel to the**

**Official Committee of Unsecured Creditors of Quiksilver, Inc.,** *et al.* **for Allowance of**

**Compensation and Reimbursement of Expenses Incurred for the Period From January 1,**

**2016 through February 11, 2016** to be served upon the following parties by first-class mail,

postage prepaid.


Van C. Durrer, II, Esq.
Skadden, Arps, Slate, Meagher & Flom
LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Andrew Bruenjes
5600 Argosy Circle
#100
Huntington Beach, CA  92649


Mark S. Kenney, Esq.
Office of the United States Trustee
Delaware
844 King St
Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

Steven Fox, Esq.
Riemer & Braunstein LLP
Seven Times Square
Suite 2506
New York, NY 10036


Patrick J. Nash, Jr., Esq.
Ross M. Kwasteniet, Esq.
William A. Guerrieri, Esq.
W. Benjamin Winger, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654


 /s/ David B. Stratton
David B. Stratton (DE No. 960)