IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) Case No. 15-10585 (LSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket Nos. 799 & <u>844</u> |

**ORDER (I) SEALING UNREDACTED TRANSCRIPT OF
NOVEMBER 3, 2015 HEARING AND (II) DIRECTING THAT
ONLY REDACTED VERSION OF THE TRANSCRIPT OF
NOVEMBER 3, 2015 HEARING BE FILED ON THE COURT'S
DOCKET AND MADE PUBLICALLY AVAILABLE**

Upon the motion, dated March 11, 2013 (the "Motion")[2] of the Debtors for entry of an order, pursuant to section 107(b) of title 11 of the United States Code, rule 9018 of the Federal Rules of Bankruptcy Procedure, and rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, (i) sealing the unredacted transcript of the November 3 Hearing and (ii) directing that only the redacted version of the November 3 Transcript, in the form attached to the Motion as <u>Exhibit B</u>, be filed with the Court and be made publically available, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. ("Quicksilver") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and all objections to the Motion having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. The unredacted transcript of the November 3 Hearing is hereby placed under seal and only the redacted version of the November 3 Transcript, including the redacted pages of the November 3 Transcript attached to the Motion as Exhibit B, shall be filed with the Court or made publically available.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: November 12, 2015
Wilmington, Delaware

*/s/ Laurie Selber Silverstein*
THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

RLF1 13265903v.2