**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) Case No. 15-10585 (LSS) |
| Debtors. | ) Jointly Administered |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON NOVEMBER 13, 2015 AT 2:00 P.M. (ET)</u>[3]**

---

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING
HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

---

**I.    <u>RESOLVED MATTER</u>:**

1. Debtors' Emergency Motion for Entry of an Order (I) Sealing Unredacted Transcript of November 3, 2015 Hearing and (II) Directing that Only Redacted Version of the Transcript of November 3, 2015 Hearing Be Filed on the Court's Docket and Made Publically Available [Docket No. 799; filed November 5, 2015]

   <u>Objection/Response Deadline</u>:    November 12, 2015 at 12:00 p.m. (ET)

   <u>Objections/Responses Received</u>:    None to date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] **Amended/Added agenda items are noted in bold.**

[3] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the November 13, 2015, hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (ET) on Thursday, November 12, 2015, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

Related Documents:

i. Notice of Intent to Request Redaction of November 3, 2015 Hearing Transcript [Docket No. 801; filed November 5, 2015]

ii. Order Shortening Notice and Objection Periods Regarding Debtors' Emergency Motion for Entry of an Order (I) Sealing Unredacted Transcript of November 3, 2015 Hearing and (II) Directing that Only Redacted Version of the Transcript of November 3, 2015 Hearing Be Filed on the Court's Docket and Made Publically Available [Docket No. 802; filed November 5, 2015]

iii. Notice of Hearing Regarding Debtors' Emergency Motion for Entry of an Order (I) Sealing Unredacted Transcript of November 3, 2015 Hearing and (II) Directing that Only Redacted Version of the Transcript of November 3, 2015 Hearing Be Filed on the Court's Docket and Made Publically Available [Docket No. 803; filed November 5, 2015]

iv. **Certification of Counsel Regarding Order (I) Sealing Unredacted Transcript of November 3, 2015 Hearing and (II) Directing that Only Redacted Version of the Transcript of November 3, 2015 Hearing Be Filed on the Court's Docket and Made Publically Available [Docket No. 844; filed November 12, 2015]**

v. **Order (I) Sealing Unredacted Transcript of November 3, 2015 Hearing and (II) Directing that Only Redacted Version of the Transcript of November 3, 2015 Hearing Be Filed on the Court's Docket and Made Publically Available [Docket No. 848; filed November 13, 2015]**

**Status: On November 13, 2015 the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

| | |
|---|---|
| Dated: November 1**3**, 2015 | */s/ Amanda R. Steele* |

        **RICHARDS, LAYTON & FINGER, P.A.**
        Paul N. Heath (DE 3704)
        Amanda R. Steele (DE 5530)
        Rachel L. Biblo (DE 6012)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701

        – and –

        **AKIN GUMP STRAUSS HAUER & FELD LLP**
        Charles R. Gibbs (admitted *pro hac vice*)
        Sarah Link Schultz (admitted *pro hac vice*)
        Travis A. McRoberts (DE 5274)
        1700 Pacific Avenue, Suite 4100
        Dallas, Texas 75201
        Telephone: (214) 969-2800
        Facsimile: (214) 969-4343

        Ashleigh L. Blaylock (admitted *pro hac vice*)
        Robert S. Strauss Building
        1333 New Hampshire Avenue, N.W.
        Washington, DC 20036-1564
        Telephone: (202) 887-4000
        Facsimile: (202) 887-4288

        **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**