IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Quicksilver Resources Inc., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10585 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: January 12, 2016 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 4, 2015 at 4:00 p.m. ET** |

SECOND INTERIM FEE APPLICATION OF PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP, ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM
<u>JULY 1, 2015 THROUGH AND INCLUDING SEPTEMBER 30, 2015</u>

*General Information*

| | |
|---|---|
| Name of applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP ("<u>Paul, Weiss</u>") |
| Authorized to provide services to: | The Official Committee of Unsecured Creditors (the "<u>Committee</u>") |
| Date of Retention: | May 8, 2015 *Nunc Pro Tunc* to March 25, 2015 |

*Summary of Fees and Expenses Sought in the Fee Application*

| | |
|---|---|
| Period for which compensation and reimbursement sought: | July 1, 2015 through September 30, 2015 |
| Amount of compensation sought as actual, reasonable and necessary: | $708,092.50[2] |
| Amount of expenses sought as actual, | $10,612.31[3] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] During the Application Period, Paul, Weiss voluntarily reduced its fees by $1,565.50 in connection with, among other things, billing and reviewing time entries related to Paul, Weiss's Monthly Fee Applications. Additionally, pursuant to Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware ("<u>Local Rules</u>"), travel time during which no work was performed was billed at 50% of regular hourly rates.

reasonable and necessary:

| | |
|---|---|
| Total compensation and expense reimbursement requested this period: | $718,704.81 |
| Total holdback compensation requested this period: | $141,618.50 |
| Fees sought in this application approved to date: | $566,474.00 |
| Expenses sought in this application approved to date: | $10,612.31 |

***Information about Professionals***

| | |
|---|---|
| Number of professionals included in this application | 17 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought for this period | $358,146.30 *less* than amounts budgeted |
| Are any rates higher than those approved or disclosed at retention? | No |

This is a(n) _____ monthly   _x__ interim   _____ final application

---

3     During the Application Period, Paul, Weiss voluntarily reduced its expenses by $332.13.

**SUMMARY OF MONTHLY FEE APPLICATIONS**
**DURING THE APPLICATION PERIOD**

| | | Requested | | Approved | | Holdback |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses (at 100%) | Fees (at 20%) |
| 08/21/15 | 07/01/15 - 07/31/15 | $150,739.00 | $2,156.23 | $120,591.20 | $2,156.23 | $30,147.80 |
| 09/25/15 | 08/01/15 – 08/31/15 | $243,604.50 | $2,103.30 | $194,883.60 | $2,103.30 | $48,720.90 |
| 10/22/15 | 07/01/15 – 07/31/15 | $313,749.00 | $6,352.78 | $250,999.20 | $6,352.78 | $62,749.80 |

## SUMMARY OF RATES AND HOURS BILLED
## DURING THE APPLICATION PERIOD

| Name of Professional Person | Position With the Firm | Department | Year Admitted | Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David W. Mayo | Partner | Tax | 1988 | $1,275.00 | 0.4 | $510.00 |
| Maria T. Vullo | Partner | Litigation | 1988 | $1,275.00 | 17.8 | $22,695.00 |
| Andrew N. Rosenberg | Partner | Bankruptcy | 1992 | $1,275.00 | 108.3 | $135,532.50 |
| Elizabeth McColm | Partner | Bankruptcy | 1999 | $1,080.00 | 133.3 | $141,642.00 |
| Patrick Karsnitz | Partner | Tax | 2006 | $970.00 | 4.3 | $4,171.00 |
| | | | | **Partner Subtotal** **Blended Rate for Partners** | | **$304,550.50** **$1,153.16** |
| William O'Brien | Counsel | Environmental | 1987 | $925.00 | 0.3 | $277.50 |
| David Harris | Counsel | Corporate | 2003 | $900.00 | 10.1 | $9,090.00 |
| | | | | **Counsel Subtotal** **Blended Rate for Counsel** | | **$9,367.50** **$900.72** |
| Margaret Phillips | Associate | Bankruptcy | 2001 | $855.00 | 72.7 | $62,158.50 |
| Adam M. Denhoff | Associate | Bankruptcy | 2011 | $760.00 | 120.0 | $91,200.00 |
| Holly Vandersluis | Associate | Litigation | 2011 | $760.00 | 8.0 | $6,080.00 |
| Priyanka K. Wityk | Associate | Litigation | 2012 | $720.00 | 2.7 | $1,944.00 |
| Rachel E. Brennan | Associate | Bankruptcy | 2013 | $660.00 | 315.0 | $207,900.00 |

| Name of Professional Person | Position With the Firm | Department | Year Admitted | Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael M. Turkel | Associate | Bankruptcy | 2015 | $510.00 | 20.6 | $10,506.00 |
| Deepa Sarkar | Associate | Environmental | 2010 | $790.00 | 1.1 | $869.00 |
| Amir Cooper | Associate | Tax | NY Admission Pending | $510.00 | 1.4 | $714.00 |
| Associate Subtotal **Blended Rate for Associates** | | | | | | **$381,371.50** **$704.29** |
| Joseph Monzione | Paralegal | N/A | N/A | $295.00 | 3.3 | $973.50 |
| Brooke Poffel | Paralegal | N/A | N/A | $295.00 | 40.1 | $11,829.50 |
| **Paraprofessional Subtotal** **Blended Rate for Paraprofessionals** | | | | | | **$12,803.00** **$295.00** |
| **TOTAL** | | | | | 859.4 | **$708,092.50[4]** |

**Blended Hourly Rate for all Timekeepers: $823.94**
**Attorney Blended Hourly Rate:        $852.07**

---

[4]     During the Application Period, Paul, Weiss voluntarily reduced its fees by $1,565.50 in connection with, among other things, billing and reviewing time entries related to Paul, Weiss's Monthly Fee Applications. Additionally, pursuant to Local Rule 2016-2 of the Local Rules, travel time during which no work was performed was billed at 50% of regular hourly rates.

## CUSTOMARY AND COMPARABLE
## COMPENSATION DISCLOSURES FOR PAUL WEISS

The blended hourly rate (the "Non-Bankruptcy Blended Rate") for all of Paul Weiss's non-bankruptcy timekeepers in New York, which is the only domestic office in which timekeepers collectively billed more than 10% of the hours to these chapter 11 cases during the Application Period, during the preceding fiscal year is outlined in the chart below:

| Category of Timekeeper | Non-Bankruptcy Blended Rate | Blended Hourly Rate in the Fee Application |
|---|---|---|
| Partner | $1,189.00 | $1,153.16 |
| Counsel | $911.00 | $900.72 |
| Associate | $728.00 | $704.29 |
| Paraprofessional | $264.00 | $295.00 |
| **TOTAL** | **$761.00** | **$823.94** |

6

## APPLICATION PERIOD EXPENSE SUMMARY

| EXPENSE | TOTAL AMOUNT |
|---|---|
| Information Retrieval Services | $3,061.46 |
| Out-of-Town Travel | $1,276.38[5] |
| Word Processing | $190.00 |
| Overtime Expenses | $206.71 |
| Duplication Expenses | $2,602.16 |
| Communications | $1,221.56 |
| Local Transportation Expenses | $336.81 |
| Business Expenses | $1,717.23 |
| **TOTAL** | **$10,612.31**[6] |

---

[5]    With respect to reimbursement for train fare, Paul, Weiss attorneys travelled on the lowest class of fare available on the Acela train from New York to Delaware, to attend hearings on July 7, 2015 and October 6, 2015. The dates associated with the train tickets in the expense detail reflect the dates the tickets were purchased, rather than the dates of travel.

[6]    During the Application Period, Paul, Weiss voluntarily reduced its expenses by $332.13.

## COMPENSATION BY PROJECT CATEGORY
## DURING THE APPLICATION PERIOD

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 02 – Asset Disposition | 120.1 | $100,732.50 |
| 07 – Case Administration | 84.3 | $66,936.00 |
| 08 – Claims Administration and Objections | 6.7 | $5,514.00 |
| 11 – Employment and Fee Applications | 106.7 | $64,346.00 |
| 13 – Meetings and Communications with Creditors | 41.1 | $46,359.50 |
| 14 – Non-Working Travel | 8.3 | $4,872.00[7] |
| 22 – Other Motions/Applications | 24.9 | $18,561.50 |
| 23 – Prep/Attendance at Court Hearings | 4.7 | $5,172.00 |
| 24 – Cash Collateral/DIP Financing | 62.6 | $42,781.00 |
| 25 - Litigation | 49.6 | $46,577.00 |
| 28 – Committee Matters, Meetings & Communications | 326.7 | $287,939.50 |
| 30 – Contract and Lease Analysis | 22.1 | $16,865.00 |
| 31 – Canadian Issues | 1.6 | $1,436.50 |
| **TOTAL** | **859.4** | **$419,332.50[8]** |

---

[7] Pursuant to Local Rule 2016-2, travel time during which no work was performed was billed at 50% of regular hourly rates.

[8] Paul, Weiss voluntarily reduced its fees by $1,565.50 in connection with, among other things, billing and reviewing time entries related to Paul, Weiss's Monthly Fee Applications.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Quicksilver Resources Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10585 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: January 12, 2016 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 4, 2015 at 4:00 p.m.**<br>**ET** |

**SECOND INTERIM FEE APPLICATION OF PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS, FOR THE PERIOD FROM**
**JULY 1, 2015 THROUGH AND INCLUDING SEPTEMBER 30, 2015**

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel to the Official

Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors and

debtors-in-possession (collectively, the "Debtors"), submits this second interim fee application

(the "Application") for compensation and reimbursement of expenses incurred on behalf of the

Committee during the period from July 1, 2015 through and including September 30, 2015 (the

"Application Period"). This Application is submitted pursuant to sections 330 and 331 of title 11

of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Rule 2016-2 of the

Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed under 11 U.S.C. § 330 (the "UST Fee Guidelines"), and this

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

1

Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 195] (the "Interim Compensation Order"). In support of the Application, Paul, Weiss respectfully represents as follows:

## RELIEF REQUESTED

1.      By this Application, Paul, Weiss seeks interim approval and allowance of its compensation for legal services and reimbursement of expenses incurred during the Application Period, including authorization for the Debtors to pay the 20% holdback of fees as provided under the Interim Compensation Order.  Paul, Weiss has filed and served monthly fee applications and accompanying certifications of counsel for the periods covering July 1, 2015 through and including September 30, 2015 (collectively, the "Monthly Fee Applications").  Each of the Monthly Fee Applications is incorporated by reference as if fully set forth herein.[2]

2.      A summary of the hours spent, the names of each professional and paraprofessional rendering services to the Committee during the Application Period, the regular customary billing rates and the total value of time incurred by each of the Paul, Weiss attorneys rendering services to the Committee is attached to each of the Monthly Fee Applications.  A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the UST Guidelines, is attached to each of the Monthly Fee Applications as Exhibit A.  A statement of the expenses incurred by Paul, Weiss during the Application Period is attached to each of the Monthly Fee Applications as Exhibit B.

---

[2]    Copies of the Monthly Fee Applications may be obtained by written request to the undersigned counsel.

3.      All time entries and requested expenses are in compliance with Rule 2016-2 of the Local Rules.[3] Pursuant to the UST Guidelines, a certification of Andrew N. Rosenberg regarding compliance with Local Rule 2016-2 is attached hereto as Exhibit 1.

4.      Attached hereto as Exhibit 2 is Paul, Weiss's budget and staffing plan for the Application Period and a comparison of hours and fees budgeted for each category against the hours and fees for which Paul, Weiss seeks compensation in the Application.

## ATTORNEY STATEMENT PURSUANT TO UST FEE GUIDELINES

5.      The following statement is provide pursuant to the UST Fee Guidelines.

Question: Did you agree to any variations from, or alternatives to your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Response: No.

Question: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response: Paul, Weiss's actual fees were lower than the budgeted fees.

Question: Have any of the professionals included in this fee application varied their hourly rates based on the geographic location of the bankruptcy case?

Response: No.

Question: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

Response: No.

---

[3]  Paul, Weiss has also attempted to ensure that this Application complies with the UST Guidelines. To the extent that the UST Guidelines conflict with local rules, in particular, Local Rule 2016-2, Paul, Weiss has chosen to comply with such local rule. Paul, Weiss will supplement this Application with additional detail or information upon request.

3

Question: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response: Yes. Paul, Weiss professionals and paraprofessionals devoted a total of 9.3 hours to reviewing and editing certain time records to remove privileged or confidential information, for which compensation in the amount of $6,128.00 is sought.

Question: Does this fee application include rate increases since retention?

Response: No.

## COMPENSATION REQUESTED

6.      Paul, Weiss seeks interim allowance of fees in the amount of $708,092.50 for legal services rendered and reimbursement of expenses in the amount of $10,612.31 which were incurred during the Application Period.[4] In addition, Paul, Weiss requests that the Debtors be authorized to pay the $141,618.50 in fees representing the twenty percent (20%) "holdback" of fees.

## NOTICE

8. No examiner has been appointed in these chapter 11 cases.   Notice of this Application has been given to: (a) the Debtors; (b) counsel to the Debtors; (c) the UST; (d) counsel to the global administrative agent for the first lien lenders; (e) counsel to second lien agent; (f) counsel to the ad hoc group of second lienholders; and (g) all parties required to be given notice in the Interim Compensation Order.   Paul, Weiss submits that no other or further notice is necessary.

---

[4]     During the Application Period, Paul, Weiss voluntarily reduced its fees by $1,565.50 in connection with, among other things, billing and reviewing time entries related to Paul, Weiss's Monthly Fee Applications. Paul, Weiss also voluntarily reduced its expenses by $332.13 during the Application Period.

4

WHEREFORE, Paul, Weiss respectfully requests that the Court (i) grant the Application and (ii)

grant such further relief as is just and proper.

Dated: November 13, 2015

                        PAUL, WEISS, RIFKIND, WHARTON &
                        GARRISON LLP
                        By:   */s/*        *Andrew Rosenberg*
                                  Andrew N. Rosenberg
                                  Elizabeth R. McColm
                                  Adam M. Denhoff
                        1285 Avenue of the Americas
                        New York, New York  10019-6064
                        Telephone: (212) 373-3000
                        Facsimile: (212) 757-3990

                        *Counsel to the Official Committee of Unsecured Creditors*

5