# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., *et al.*,[13] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF ANDREW N. ROSENBERG

ANDREW N. ROSENBERG hereby declares, under penalty of perjury:

1.      I am an attorney at law admitted to practice in the State of New York, and various federal circuit and district courts, including the Southern District of New York. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), which has offices at 1285 Avenue of the Americas, New York, New York, 10019-6064.

2.      This certification is made in support of the *Second Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attorneys for the Official Committee of Unsecured Creditors, for the Period from July 1, 2015 Through and Including September 30, 2015* (the "Application") and in compliance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and with the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement

---

[13]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases (the

"UST Guidelines").

      3.      I have read the Application and I certify that the Application substantially

complies with the Local Rules and the UST Guidelines.

Dated: November 13, 2015        PAUL, WEISS, RIFKIND, WHARTON &
                                  GARRISON LLP

                              By:  */s/ Andrew N. Rosenberg*
                                      Andrew N. Rosenberg

                              *Counsel to the Official Committee of Unsecured
Creditors*