# EXHIBIT 2

## BUDGET FOR PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015

| Task Code | Project Category | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 001 | Asset Analysis and Recovery | 0 | $0.00 | 0 | $0.00 |
| 002 | Asset Disposition | 0 | $0.00 | 0 | $0.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 0 | $0.00 | 0 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | $0.00 | 0 | $0.00 |
| 005 | Budgeting (Case) | 0 | $0.00 | 0 | $0.00 |
| 006 | Business Operations | 0 | $0.00 | 0 | $0.00 |
| 007 | Case Administration | 50.0 | $42,993.50 | 26.3 | $21,636.50 |
| 008 | Claims Administration and Objections | 0 | $0.00 | 0 | $0.00 |
| 009 | Corporate Governance and Board Matters | 0 | $0.00 | 0 | $0.00 |
| 010 | Employee Benefits and Pensions | 0 | $0.00 | 0 | $0.00 |
| 011 | Employment and Fee Applications | 50.0 | $42,993.50 | 40.6 | $25,227.50 |
| 012 | Employment and Fee Applications Objections | 0 | $0.00 | 0 | $0.00 |
| 013 | Meetings and Communications with Creditors | 15.0 | $12,898.05 | 11.4 | $12,612.00 |
| 014 | Non-Working Travel[14] | 10.0 | $8,598.70 | 8.3 | $4,872.00 |
| 015 | Plan and Disclosure Statement | 0 | $0.00 | 0 | $0.00 |
| 016 | Real Estate | 0 | $0.00 | 0 | $0.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | $0.00 | 0 | $0.00 |
| 018 | Reporting | 0 | $0.00 | 0 | $0.00 |
| 019 | Tax | 0 | $0.00 | 0 | $0.00 |
| 020 | Valuation | 0 | $0.00 | 0 | $0.00 |

---

[14] Non-working travel billed at 50% pursuant to Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware ("Local Rule").

| Task Code | Project Category | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 022 | Other Motions/Applications | 25.0 | $21,496.75 | 24.9 | $18,561.50 |
| 023 | Prep/Attendance at Court Hearings | 10.0 | $8,598.70 | 4.7 | $5,172.00 |
| 024 | Cash Collateral/DIP Financing | 40.0 | $34,394.80 | 17.5 | $12,350.50 |
| 025 | Litigation | 0 | $0.00 | 0 | $0.00 |
| 026 | Lien Investigation | 0 | $0.00 | 0 | $0.00 |
| 027 | Environmental Issues | 0 | $0.00 | 0 | $0.00 |
| 028 | Committee Matters, Mtgs & Communication | 100.0 | $85,987.00 | 47.1 | $42,624.50 |
| 030 | Contract & Lease Analysis | 10.0 | $8,598.70 | 7.6 | $6,246.00 |
| 031 | Canadian Issues | 5.0 | $0.00 | 1.6 | $1,436.50 |
| | **TOTALS:** | **315.0** | **$266,559.70** | **190.0** | **$150,739.00** |

# STAFFING PLAN FOR PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | $1,175.00 |
| Counsel | 0 | $900.00 |
| Sr. Associate (7 or more years since first admission) | 1 | $855.00 |
| Associate (4-6 years since first admission) | 1 | $760.00 |
| Jr. Associate (1-3 years since first admission) | 1 | $650.00 |
| Paraprofessionals | 1 | $295.00 |

4

**BUDGET FOR PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 001 | Asset Analysis and Recovery | 0 | $0.00 | 0 | $0.00 |
| 002 | Asset Disposition | 0 | $0.00 | 0 | $0.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 0 | $0.00 | 0 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | $0.00 | 0 | $0.00 |
| 005 | Budgeting (Case) | 0 | $0.00 | 0 | $0.00 |
| 006 | Business Operations | 0 | $0.00 | 0 | $0.00 |
| 007 | Case Administration | 50.0 | $42,993.50 | 40.0 | $33,202.00 |
| 008 | Claims Administration and Objections | 10.0 | $8,598.70 | 6.7 | $5,514.00 |
| 009 | Corporate Governance and Board Matters | 0 | $0.00 | 0 | $0.00 |
| 010 | Employee Benefits and Pensions | 0 | $0.00 | 0 | $0.00 |
| 011 | Employment and Fee Applications | 50.0 | $42,993.50 | 43.4 | $25,119.50 |
| 012 | Employment and Fee Applications Objections | 0 | $0.00 | 0 | $0.00 |
| 013 | Meetings and Communications with Creditors | 15.0 | $12,898.05 | 12.1 | $13,848.00 |
| 014 | Non-Working Travel[15] | 10.0 | $8,598.70 | 0 | $0.00 |
| 015 | Plan and Disclosure Statement | 0 | $0.00 | 0 | $0.00 |
| 016 | Real Estate | 0 | $0.00 | 0 | $0.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | $0.00 | 0 | $0.00 |
| 018 | Reporting | 0 | $0.00 | 0 | $0.00 |
| 019 | Tax | 0 | $0.00 | 0 | $0.00 |
| 020 | Valuation | 0 | $0.00 | 0 | $0.00 |

---

[15] Non-working travel billed at 50% pursuant to Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware ("Local Rule").

| Task Code | Project Category | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 022 | Other Motions/Applications | 25.0 | $21,496.75 | 0 | $0.00 |
| 023 | Prep/Attendance at Court Hearings | 0 | $0.00 | 0 | $0.00 |
| 024 | Cash Collateral/DIP Financing | 40.0 | $34,394.80 | 26.7 | $18,622.00 |
| 025 | Litigation | 0 | $0.00 | 0 | $0.00 |
| 026 | Lien Investigation | 0 | $0.00 | 0 | $0.00 |
| 027 | Environmental Issues | 0 | $0.00 | 0 | $0.00 |
| 028 | Committee Matters, Mtgs & Communication | 150.0 | $128,980.50 | 174.8 | $145,950.50 |
| 030 | Contract & Lease Analysis | 10.0 | $8,598.70 | 1.6 | $1,348.50 |
| 031 | Canadian Issues | 5.0 | $4,299.35 | 0 | $0.00 |
|  | **TOTALS:** | **365.0** | **$313,852.55** | **305.3** | **$243,604.50** |

## STAFFING PLAN FOR PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | $1,175.00 |
| Counsel | 0 | $900.00 |
| Sr. Associate (7 or more years since first admission) | 1 | $855.00 |
| Associate (4-6 years since first admission) | 2 | $760.00 |
| Jr. Associate (1-3 years since first admission) | 1 | $650.00 |
| Paraprofessionals | 2 | $295.00 |

7

**BUDGET FOR PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 001 | Asset Analysis and Recovery | 0 | $0.00 | 0 | $0.00 |
| 002 | Asset Disposition | 125.0 | $107,483.75 | 120.1 | $100,732.50 |
| 003 | Assumption and Rejection of Leases and Contracts | 0 | $0.00 | 0 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | $0.00 | 0 | $0.00 |
| 005 | Budgeting (Case) | 0 | $0.00 | 0 | $0.00 |
| 006 | Business Operations | 0 | $0.00 | 0 | $0.00 |
| 007 | Case Administration | 50.0 | $42,993.50 | 18.0 | $12,097.50 |
| 008 | Claims Administration and Objections | 0 | $0.00 | 0 | $0.00 |
| 009 | Corporate Governance and Board Matters | 0 | $0.00 | 0 | $0.00 |
| 010 | Employee Benefits and Pensions | 0 | $0.00 | 0 | $0.00 |
| 011 | Employment and Fee Applications | 50.0 | $42,993.50 | 22.7 | $13,999.00 |
| 012 | Employment and Fee Applications Objections | 0 | $0.00 | 0 | $0.00 |
| 013 | Meetings and Communications with Creditors | 15.0 | $12,898.05 | 17.6 | $19,899.50 |
| 014 | Non-Working Travel[16] | 10.0 | $8,598.70 | 0 | $0.00 |
| 015 | Plan and Disclosure Statement | 0 | $0.00 | 0 | $0.00 |
| 016 | Real Estate | 0 | $0.00 | 0 | $0.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | $0.00 | 0 | $0.00 |
| 018 | Reporting | 0 | $0.00 | 0 | $0.00 |
| 019 | Tax | 0 | $0.00 | 0 | $0.00 |
| 020 | Valuation | 0 | $0.00 | 0 | $0.00 |

---

[16] Non-working travel billed at 50% pursuant to Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware ("Local Rule").

| Task Code | Project Category | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 022 | Other Motions/Applications | 25.0 | $21,496.75 | 0 | $0.00 |
| 023 | Prep/Attendance at Court Hearings | 10.0 | $8,598.70 | 0 | $0.00 |
| 024 | Cash Collateral/DIP Financing | 40.0 | $34,394.80 | 18.4 | $11,808.50 |
| 025 | Litigation | 75.0 | $64,490.25 | 49.6 | $46,577.00 |
| 026 | Lien Investigation | 0 | $0.00 | 0 | $0.00 |
| 027 | Environmental Issues | 0 | $0.00 | 0 | $0.00 |
| 028 | Committee Matters, Mtgs & Communication | 150.0 | $128,980.50 | 104.8 | $99,364.50 |
| 030 | Contract & Lease Analysis | 10.0 | $8,598.70 | 12.9 | $9,270.50 |
| 031 | Canadian Issues | 5.0 | $4,299.35 | 0 | $0.00 |
| | TOTALS: | 565.0 | $485,826.55 | 364.1 | $313,749.00 |

# STAFFING PLAN FOR PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 5 | $1,175.00 |
| Counsel | 2 | $900.00 |
| Sr. Associate (7 or more years since first admission) | 1 | $855.00 |
| Associate (4-6 years since first admission) | 2 | $760.00 |
| Jr. Associate (1-3 years since first admission) | 4 | $650.00 |
| Paraprofessionals | 2 | $295.00 |