# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |
|  | Obj. Deadline: December 3, 2015 at 4:00 p.m. (ET) |

## NOTICE OF SECOND INTERIM FEE APPLICATION
## REQUEST OF KPMG LLP

| Name of Applicant (the "Applicant"): | KPMG LLP |
|---|---|
| Authorized to provide professional services to: | the above-captioned debtors and debtors in possession |
| Date of retention: | May 8, 2015 *nunc pro tunc* to March 17, 2015 |
| Period for which compensation and reimbursement is sought: | July 01, 2015 through September 30, 2015 |
| Amount of compensation sought as actual, reasonable and necessary: | $   189,788.00 [2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $        567.80 |

This is a(n): _____X_____ interim _____final application

Summary of fee applications for the compensation period: Three

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] This amount reflects an agreed upon deduction of $126.00 per request from the Debtors.

| Date Filed and Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date Via Certification of No Objection | | Holdback fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@100%) | Fees (@ 20%) |
| 9/09/2015 No. 619 | 07/01/15 to 07/31/15 | $ 54,739.50 | $    - | $ 43,791.60 | $    - | $ 10,821.90[3] |
| 10/23/2015 No. 738 | 08/01/15 to 08/31/15 | $ 29,907.00[4] | $ 567.80 | $ 23,925.60 | $ 567.80 | $ 5,981.40 |
| 11/13/2015 No. 000 | 09/01/15 to 09/30/15 | $ 105,267.50[5] | $    - | $ 84,214.00 | $    - | $ 21,053.50 |
| | | | | | | |
| Total: | | $ 189,914.00 | $ 567.80 | $ 151,931.20 | $ 567.80 | $ 37,856.80 |

[3] This amount reflects an agreed upon deduction of $126.00 per request from the Debtors.
[4] The Certification of No Objection has not been filed as of yet; objection deadline to occur on November 13, 2015
[5] The Certification of No Objection has not been filed as of yet; objection deadline to occur on December 3, 2015.

Summary of any objections to fee applications: None

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Order Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016 and Local Rules 2016-1 and 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 14, 2015* [Docket No. 195] (the "Interim Compensation Order"), objections, if any, to this Interim Fee Application[6] must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties so as to be received by **December 3, 2015 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Interim Fee Application will be held before the Honorable Laurie S. Silverstein at the United States Bankruptcy Court

---

[6] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **January 12, 2016 at 10:00 a.m. (ET).**

IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.

Dated:  November 13, 2015
         Dallas, Texas

*/s/ Chuck Thompson*
Chuck Thompson
KPMG LLP
2323 Ross Avenue
Suite 1400
Dallas, Texas  75201-2709