**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 15-10585 (LSS) |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objection Deadline: December 3, 2015 at 4:00 p.m.** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | **Hearing Date: January 12, 2016 at 10:00 a.m.** |

**SUMMARY OF SECOND INTERIM APPLICATION
OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDIT
SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
<u>FOR THE PERIOD FROM JULY 1, 2015 THROUGH SEPTEMBER 30, 2015</u>**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | March 27, 2015 (*nunc pro tunc* to March 17, 2015) |
| Period for which Compensation and Reimbursement is sought: | July 1, 2015 through September 30, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $764,085.25 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $7,650.96 |
| Blended Hourly Rate: | $462.47 |

This is a(n): ___ monthly    __X__ interim    _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

Prior Applications Filed:

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 438 Filed: 06/19/2015 (First Monthly Application) | 03/17/2015-04/30/2015 | $538,529.50 | $0.00 | $430,823.60 | $0.00 |
| Docket No. 497 Filed: 07/16/2015 (Second Monthly Application) | 05/01/2015-05/31/2015 | $282,310.00 | $0.00 | $225,848.00 | $0.00 |
| Docket No. 516 Filed 7/24/2015 (Third Monthly Application) | 06/01/2015-06/30/2015 | $89,015.00 | $0.00 | $71,212.00 | $0.00 |
| Docket No. 555 Filed:8/12/2015 (First Interim Fee Application) | 03/17/2015-06/03/2015 | $909,854.50 | $0.00 | $909,854.50 | $0.00 |
| Docket No. 607 Filed: 8/31/2015 (Fourth Monthly Application) | 07/01/2015-07/31/2015 | $240,234.50 | $0.00 | $192,187.60 | $0.00 |
| Docket No. 745 Filed: 10/27/2015 (Fifth Monthly Application) | 08/01/2015-08/31/2015 | $294,859.50 | $0.00 | Pending | Pending |
| Docket No. 834 Filed: 11/9/2015 (Sixth Monthly Application) | 09/01/2015-09/30/2015 | $228,991.25 | $7,650.96 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ali, Shahid | Senior Manager | $837.00 | 7.40 | $6,193.80 |
| Ali, Shahid | Senior Manager | $815.00 | 2.00 | $1,630.00 |
| Ali, Shahid | Senior Manager | $418.50 | 6.50 | $2,720.25 |
| Aloysius, Bianca | Senior | $540.00 | 12.30 | $6,642.00 |
| Aloysius, Bianca | Senior | $508.00 | 51.60 | $26,212.80 |
| Aloysius, Bianca | Senior | $254.00 | 8.00 | $2,032.00 |
| Avedikian, Brandon | Staff | $335.00 | 113.50 | $38,022.50 |
| Batson, Ross | Senior Manager | $815.00 | 1.80 | $1,467.00 |
| Champagne, Robert | Senior Manager | $837.00 | 0.40 | $334.80 |
| Champagne, Robert | Senior Manager | $815.00 | 3.50 | $2,852.50 |
| Darden, Ross | Staff | $336.00 | 38.10 | $12,801.60 |
| Darden, Ross | Staff | $335.00 | 241.20 | $80,802.00 |
| Emery, Matthew | Senior | $540.00 | 100.60 | $54,324.00 |
| Emery, Matthew | Senior | $508.00 | 3.80 | $1,930.40 |
| Hickson, Scott | Partner | $955.00 | 19.70 | $18,813.50 |
| Hickson, Scott | Partner | $925.00 | 43.20 | $39,960.00 |
| Jacobs, Steven | Partner | $925.00 | 0.30 | $277.50 |
| Lacy, Sharonda | Manager | $715.00 | 17.90 | $12,798.50 |
| Li, Yanchu | Staff | $336.00 | 128.10 | $43,041.60 |
| Li, Yanchu | Staff | $335.00 | 83.90 | $28,106.50 |
| McNeil, Ashley | Manager | $715.00 | 10.70 | $7,650.50 |
| Metzinger, John | Senior | $540.00 | 293.80 | $158,652.00 |
| Metzinger, John | Senior | $508.00 | 116.10 | $58,978.80 |
| Morris, Robert | Executive Director | $925.00 | 2.60 | $2,405.00 |
| Nguyen, Mary | Staff | $336.00 | 20.00 | $6,720.00 |
| Nguyen, Mary | Staff | $335.00 | 45.20 | $15,142.00 |
| Nguyen, Vivian | Senior | $540.00 | 29.90 | $16,146.00 |
| Nicol, Jacqueline | Staff | $336.00 | 137.40 | $46,166.40 |
| Nicol, Jacqueline | Staff | $335.00 | 2.00 | $670.00 |
| Nicol, Jacqueline | Staff | $168.00 | 4.00 | $672.00 |
| Pippolo, Carlo | Partner | $925.00 | 0.30 | $277.50 |
| Plaissance, Clay | Partner | $955.00 | 0.40 | $382.00 |
| Plaissance, Clay | Partner | $925.00 | 9.00 | $8,325.00 |
| Poteet, Kristi | Partner | $955.00 | 0.40 | $382.00 |
| Poteet, Kristi | Partner | $925.00 | 2.80 | $2,590.00 |
| Russell, Andrew | Staff | $335.00 | 9.40 | $3,149.00 |
| Sanchez, Lysa | Partner | $955.00 | 1.10 | $1,050.50 |
| Slatt, Jeff | Partner | $925.00 | 1.70 | $1,572.50 |

---

[2] Employees may be billed at different rates pursuant to rates approved by the Supplemental Retention order (defined herein), or for non-working travel time.

LEGAL02/35984001v2     3

| Name of Professional Person | Position of Applicant | Hourly Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stone, Craig | Partner | $925.00 | 21.20 | $19,610.00 |
| Thurman, Spencer | Senior | $540.00 | 59.30 | $32,022.00 |
| Thurman, Spencer | Senior | $508.00 | 1.10 | $558.80 |
| **TOTAL** | | | **1,652.20** | **$764,085.25** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Retention | 0.20 | $191.00 |
| Fee Application | 29.60 | $11,515.20 |
| Planning for 2015 Audit | 679.70 | $332,494.70 |
| Audit Walkthroughs | 331.50 | $124,467.80 |
| Interim Substantive Audit Work | 5.00 | $2,680.80 |
| Second Quarter 2015 Review | 559.30 | $277,034.40 |
| Test of Control | 24.70 | $8,397.50 |
| Third Quarter 2015 Review | 3.70 | $1,879.60 |
| Travel Time | 18.50 | $5,424.25 |
| **Total:** | **1,652.20** | **$764,085.25** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfare | $3,474.59 |
| Ground Transportation | $516.07 |
| International Cell Phone Expense | $60.00 |
| Lodging | $3,115.00 |
| Meals | $485.30 |
| **Total:** | **$7,650.96** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

Quicksilver Resources Inc., <u>et al.</u>,[1]

              Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   Chapter 11
:
:   Case No. 15-10585 (LSS)
:
:   Jointly Administered
:
:   **Objection Deadline: December 3, 2015 at 4:00 p.m.**
:   **Hearing Date: January 12, 2016 at 10:00 a.m.**

**SECOND INTERIM APPLICATION**
**OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDIT**
**SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH SEPTEMBER 30, 2015**

      Ernst & Young LLP ("<u>EY LLP</u>"), as audit services provider to the above captioned debtors (the "<u>Debtors</u>"), hereby submits this Second Interim Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Audit Services Provider for the Debtors and Debtors in Possession for the Period from July 1, 2015 through September 30, 2015 (the "<u>Application</u>"), and in support thereof respectfully represents as follows:

**Introduction**

      1.    EY LLP makes this Application for payment of professional services rendered and expenses incurred as audit services provider to the Debtors as provided under sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 14, 2015 (the "Administrative Order;" Docket No. 195).

2.  By this Application EY LLP seeks interim approval and allowance pursuant to the Administrative Order with respect to the sum of $764,085.25 in compensation and $7,650.96 for reimbursement of actual and necessary expenses, for a total of $771,736.21 for the period from July 1, 2015 through September 30, 2015 (the "Compensation Period").

**Background**

3.  On March 17, 2015 (the "Petition Date"), each of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

4.  On March 17, 2015, the Debtors filed the Debtors' Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP as Independent Auditors for the Debtors *Nunc Pro Tunc* to the Petition Date (the "Retention Application;" Docket No. 17). The Retention Application was approved effective as of March 17, 2015 pursuant to this Court's related Order dated March 27, 2015 (the "Original Retention Order;" Docket No. 136). On October 12, 2015, the Debtors' filed the Debtors' Application for an Order (I) Authorizing the

---

Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas

Expansion of the Scope of their Retention of Ernst & Young LLP as Audit Services Providers Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to September 1, 2015, and (II) Approving the Subcontracting of Certain Audit Services to the Member Firm of Ernst & Young Global Limited Located in Canada, *Nunc Pro Tunc* to September 1, 2015 (the "Supplemental Retention Application;" Docket No. 692). The Supplemental Retention Application was approved effective as of September 1, 2015 pursuant to this Court's related Order dated October 30, 2015 (the "Supplemental Retention Order;" Docket No. 768, and together with the Original Order, the "Retention Orders"). The Retention Orders authorized EY LLP to be compensated for services rendered and to be reimbursed for actual and necessary out-of pocket expenses.

5. On August 31, 2015, EY LLP filed its *Fourth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Audit Services Provider for the Debtors and Debtors-In-Possession for the Period from July 1, 2015 through July 31, 2015* (the "Fourth Monthly Application," Docket No. 607) attached hereto as **Exhibit A.**

6. On October 27, 2015, EY LLP filed its *Fifth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Audit Services Provider for the Debtors and Debtors-In-Possession for the Period from August 1, 2015 through August 31, 2015* (the "Fifth Monthly Application," Docket No. 745) attached hereto as **Exhibit B**.

7. On November 9, 2015, EY LLP filed its *Sixth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Audit Services Provider for the Debtors and Debtors-In-Possession for the Period from*

---

76102.

*September 1, 2015 through September 30, 2015* (the "Sixth Monthly Application," Docket No. 834) attached hereto as **Exhibit C**[2].

8. On August 12, 2015, EY LLP filed its *First Interim Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Audit Services Provider for the Debtors and Debtors in Possession for the Period from March 17, 2015 through June 30, 2015* (the "First Interim Application," Docket No. 555). The First Interim Application reflected fees in the amount of $909,854.50. By order dated November 3, 2015, EY LLP was allowed interim fees in the amount of $909,854.50.

9. As noted in EY LLP's affidavit annexed to the Retention Application (the "Hickson Affidavit"), as of March 13, 2015, EY LLP was holding a credit balance of $117,407 (the "Credit Balance"). As indicated in Paragraph 33 of the Hickson Affidavit, EY LLP applied $36,123.00 of the Credit Balance to fees and expenses incurred between March 13, 2015 and the Petition Date. As of the Petition Date, EY LLP was holding a retainer of $81,284.00 (the "Retainer"). EY LLP subsequently received the Court's approval to apply the remaining $81,284.00 of the Credit Balance to postpetition fees and expenses approved in the case.

**Compensation Paid and its Source**

10. All services for which compensation is requested by EY LLP were performed for or on behalf of the Debtors.

11. During the Compensation Period covered by this Application, EY LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in connection with matters covered by this Application.

---

[2] The Debtors have been provided with an opportunity to review all amounts requested in the Application and has not objected to the amounts requested herein.

There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

## Summary of Services Rendered

12. During the Compensation Period, EY LLP provided significant professional services to the Debtors in connection with these chapter 11 cases. Such services included, among other things (as set forth in further detail in the billing information annexed in support of the Fourth Monthly Application, the Fifth Monthly Application and the Sixth Monthly Application):

A. <u>Retention</u>

Fees: $191.00          Hours: 0.20

This category includes all matters related to procedures necessary for EY LLP to be retained by the Debtor, including the supplemental retention and documentation and affidavits filed for the appointment of EY LLP.

B. <u>Fee Application</u>

Fees: $11,515.20          Hours: 29.60

This category includes all matters related to the fee application process.

C. <u>Planning for 2015 Audit</u>

Fees: $332,494.70          Hours: 679.70

This category includes all matters related to required procedures for planning for the 2015 audit.

D. Audit Walkthroughs

Fees: $124,467.80        Hours: 331.50

This category includes all matters related to walkthroughs performed to confirm EY LLP's understanding of the Debtors' accounting processes and internal controls over financial reporting.

E. Interim Substantive Audit Work

Fees: $2,680.80        Hours: 5.00

This category includes all matters related to the audit of the Debtors' December 31, 2015 financial statement that are performed before EY LLP's year-end procedures.

F. Second Quarter 2015 Review

Fees: $277,034.40        Hours: 559.30

This category includes all matters related to the review of the Debtors' 2015 second quarter financial statements, including management inquiries, performance of analytical review procedures, review of subjective accounting areas, financial statement support and presentation of results to the Audit Committee.

G. Tests of Controls

Fees: $8,397.50        Hours: 24.70

This category includes all matters related to work performed to test the design and operating effectiveness of the Debtors' internal controls over financial reporting.

H. Third Quarter 2015 Review

Fees: $1,879.60        Hours: 3.70

This category includes all matters related to the review of the Debtors' 2015 third quarter financial statements, including management inquiries, performance of analytical review

procedures, review of subjective accounting areas, financial statement support and presentation of results to the Audit Committee.

    I.    Travel Time

        Fees: $5,424.25        Hours: 18.50

This category includes all time spent traveling specifically in connection with performing procedures required for the 2015 audit. This category only includes time traveling during normal business hours and is billed at half the normal billing rate for each applicable rank/employee.

13. To the best of EY LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order.

14. The fees charged in this matter are comparable to those rates that EY LLP generally charges similar clients for similar services to those rendered to the Debtor during the Compensation Period. In addition, EY LLP believes that such charges are comparable to amounts which EY LLP and other public accounting firms would normally invoice similar clients for similar services both in and outside of bankruptcy.

**Actual and Necessary Expenses**

15. As is reflected in the attached Summary of Second Interim Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Audit Services Provider for the Debtors and Debtors in Possession for the Period from July 1, 2015 through September 30, 2015 (the "Covert Sheet"), EY LLP expended a total of $7,650.96

for reasonable and necessary expenses in connection with the services performed on behalf of the Debtor during the Compensation Period. Attached to the Sixth Monthly Application is a detailed list of expenses for which EY LLP hereby seeks reimbursement, broken out by category of service and arranged chronologically. The Cover Sheet attached hereto also contains a summary of the expenses incurred by type.

### Valuation of Services

16. EY LLP professionals have expended a total of 1,652.20 hours in connection with the work performed during the Compensation Period. EY LLP believes that the reasonable value of the services rendered by EY LLP to the Debtors during the Compensation Period is not less than $764,085.25.

17. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by EY LLP is fair and reasonable given (a) the complexity of the Debtors' businesses and the matters being addressed by EY LLP, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, EY LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

### Notice

18. Pursuant to the Administrative Order, a copy of this Application is being provided to (i) the Debtor; (ii) counsel to the Debtors; (iii) counsel to the global administrative agent for the first lien lenders; (iv) counsel to the second lien agent; (v) counsel to the ad hoc group of second lienholders; (vi) the Office of the United States Trustee for the District of Delaware; and (viii) counsel to the Official Committee of Unsecured Creditors.

WHEREFORE, EY LLP respectfully requests that the Court (i) awarding EY LLP interim allowance of compensation in the amount of $764,085.25 and reimbursement of actual and necessary expenses in the amount of $7,650.96 for the Compensation Period, (ii) authorize payment of such amounts by the Debtors to EY LLP, less any amounts previously paid to EY LLP for the period covered by this Application, and (iii) grant such further relief as is just and proper.

Dated: November 10, 2015

                                                       Benny Scott Hickson
                                                       Partner
                                                       Ernst & Young LLP

Sworn to and subscribed before me this 10 day of November, 2015.

Notary Public                      My Commission Expires:

SANDRA C. COLLINS
MY COMMISSION EXPIRES
February 6, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------ x
                                             :    Chapter 11
In re:                                    :
                                             :    Case No. 15-10585 (LSS)
Quicksilver Resources Inc., et al.,[1]  :
                                             :    Jointly Administered
                 Debtors.             :
                                             :
------------------------------------ x

## **VERIFICATION**

STATE OF TEXAS           )
                                )    SS
COUNTY OF DALLAS     )

Benny Scott Hickson, after being duly sworn according to law, deposes and says:

1.    I am a Partner of the applicant firm, Ernst & Young LLP, serving as professionals to Quicksilver Resources Inc., *et al.* in the above-referenced chapter 11 cases.

2.    I have read the foregoing Application of Ernst & Young LLP for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information and belief.

3.    I have reviewed the requirements of Local Rule 2016-2 of the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

Dated: November 10, 2015

*Benny Scott Hickson*
Benny Scott Hickson
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 10 day of November, 2015

*Sandra C. Collins*
Notary Public            My Commission Expires: _____

SANDRA C. COLLINS
MY COMMISSION EXPIRES
February 6, 2017