**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' FIRST
(NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS
THAT ARE (A) DUPLICATIVE OF A CLAIM FILED ON THE CLAIMANT'S
BEHALF, (B) ON ACCOUNT OF EQUITY INTERESTS, OR (C) LATE FILED**

PLEASE TAKE NOTICE THAT the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>"), hereby withdraw the *Debtors' First (Non-Substantive) Omnibus Objection to Certain Claims that are (A) Duplicative of a Claim Filed on the Claimant's Behalf, (B) Filed on Account of Equity Interests, or (C) Late Filed* (the "<u>Objection</u>") only as it relates to the proofs of claim filed by Fritz Walter (Claim No. 174); Eleanor Berglund (Claim No. 203); and Stuart Silverstein (Claim No. 330) (each a "<u>Subject Claim</u>" and collectively, the "<u>Subject Claims</u>") solely to permit the Debtors' claims and noticing agent to process withdrawal forms for the Subject Claims.

PLEASE TAKE FURTHER NOTICE THAT in the event any Subject Claim is not withdrawn or is reinstated, the Debtors hereby reserve their rights to reinstate the Objection and/or pursue any other applicable basis for objection as against any Subject Claim that is not

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. ("<u>Quicksilver</u>") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

withdrawn or is reinstated.  Nothing in this notice represents or should be construed as a waiver of any rights that the Debtors may have with respect to the Objection or the Subject Claims and the Debtors hereby expressly reserve all rights related thereto.

Wilmington, Delaware
Date: November 13, 2015 	/s/ Amanda R. Steele

**RICHARDS, LAYTON & FINGER, P.A.**
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**