IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quicksilver Resources Inc., et al., | ) Case No. 15-10585 (LSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Quicksilver Resources Inc. 15-10585 | | |
|---|---|---|---|
| Claim Number: | 203 | Date Claim Filed: | 07/05/15 |
| Scheduled ID Number (if any): | | | |
| Creditor Name and Address: | Eleanor Berglund, 8 Pebblebrook Circle, Richardson, TX 75080 | | |
| Original Amount and Classification: | Filed: $15,206.70 | Scheduled: | |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

[✓] In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: 11/12/2015

By: *Eleanor Berglund*

Print Name: Eleanor Berglund

Title: _____

Address: 8 Pebblebrook Circle
Richardson, TX 75080

Phone: 972-805-7520

Email: elliebergie@yahoo.com