IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quicksilver Resources Inc., et al., | ) Case No. 15-10585 (LSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | Quicksilver Resources Inc. 15-10585 | | |
|---|---|---|---|
| Claim Number: | 174 | Date Claim Filed: | 06/30/2015 |
| Scheduled ID Number (if any): | n/a | | |
| Creditor Name and Address: | Fritz Walter, Unt. Welzberg 6, 75365 Calw, Germany | | |
| Original Amount and Classification: | Filed: $15,000.00 | Scheduled: | n/a |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

☐ In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: 12. Dec 2015

By: *(signature)*

Print Name: Fritz Walter

Title: _____

Address: Unt. Welzberg 6
75365 Calw
Germany

Phone: +4970511598187

Email: user673611@hotmail.com