# Exhibit 2

**ESTIMATED FEES FOR LANDIS RATH & COBB LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | ACTUAL HOURS | ACTUAL FEES |
|---|---|---|---|---|
| B110 – Asset Analysis and Recovery | 0 | 0 | 0 | $0.00 |
| B112 – Asset Disposition | 0 | 0 | 0 | $0.00 |
| B114 – Assumption/Rejection of Leases and Contracts | 5 | $2,250 | .1 | $24.00 |
| B119 -- Budgeting | 0 | 0 | 0 | $0.00 |
| B120 – Business Operations | 5 | $2,250 | 3.2 | $1,978.50 |
| B122 – Case Administration | 10 | $4,500 | 6.3 | $2,130.00 |
| B124 – Claims Administration & Objections | 0 | 0 | 0 | $0.00 |
| B126 – Employee Benefits/Pensions | 0 | 0 | 0 | $0.00 |
| B128 – Fee/Employment Objections | 0 | 0 | 0 | $0.00 |
| B130 – Financing/Cash Collateral | 5 | $2,250 | 2.7 | $1,431.00 |
| B131 – Litigated Loans | 0 | 0 | 0 | $0.00 |
| B134 – Hearings | 5 | $2,250 | 3.7 | $1,593.00 |
| B135 – Litigation | 5 | $2,250 | 1.8 | $1,215.00 |
| B136 – LRC Retention & Fee Matters | 15 | $6,750 | 14.0 | $3,792.00 |
| B138 – Committee Meetings/Communications | 20 | $9,000 | 17.20 | $10,009.50 |
| B140 – Creditor Inquiries | 0 | 0 | 0 | $0.00 |
| B141 – Lien Investigation | 140 | $63,000 | 135.2 | $62,304.00 |
| B142 – Non-Working Travel | 5 | $1,125 | 4.4 | $1,340.00 |
| B144 – Non-LRC Retention & Fee Matters | 30 | $13,500 | 25.5 | $10,971.00 |

| | | | | |
|---|---|---|---|---|
| B146 – Plan and Disclosure Statement | 5 | $2,250 | 2.0 | $1,118.00 |
| B148 – Real Estate | 0 | 0 | 0 | $0.00 |
| B149 – Valuation | 0 | 0 | 0 | $0.00 |
| B150—Relief from Stay/Adequate Protection | 0 | 0 | 0 | $0.00 |
| B151 – Schedules/Operating Reports | 5 | $2,250 | .6 | $171.00 |
| B152 – Tax Issues | 0 | 0 | 0 | $0.00 |
| TOTAL | 255 | $113,625.00 | 216.7 | $98,077.00 |

**STAFFING PLAN FOR LANDIS RATH & COBB LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 2 | $602.50 |
| Associates | 2 | $312.50 |
| Paralegal | 1 | $240.00 |

**ESTIMATED FEES FOR LANDIS RATH & COBB LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | ACTUAL HOURS | ACTUAL FEES |
|---|---|---|---|---|
| B110 – Asset Analysis and Recovery | 15 | $6,750 | 12.2 | $6,226.00 |
| B112 – Asset Disposition | 5 | $2,250 | 4.7 | $1,463.50 |
| B114 – Assumption/Rejection of Leases and Contracts | 0 | 0 | 0 | $0.00 |
| B119 -- Budgeting | 0 | 0 | 0 | $0.00 |
| B120 – Business Operations | 5 | $2,250 | 2.0 | $1,281.00 |
| B122 – Case Administration | 5 | $2,250 | 4.6 | $1,184.00 |
| B124 – Claims Administration & Objections | 0 | 0 | 0 | $0.00 |
| B126 – Employee Benefits/Pensions | 0 | 0 | 0 | $0.00 |
| B128 – Fee/Employment Objections | 0 | 0 | 0 | $0.00 |
| B130 – Financing/Cash Collateral | 90 | $40,500 | 86.3 | $39,752.50 |
| B131 – Litigated Loans | 0 | 0 | 0 | $0.00 |
| B134 – Hearings | 5 | $2,250 | .7 | $195.00 |
| B135 – Litigation | 0 | 0 | 0 | $0.00 |
| B136 – LRC Retention & Fee Matters | 20 | $9,000 | 17.7 | $5,791.50 |
| B138 – Committee Meetings/Communications | 25 | $11,250 | 22.6 | $12,719.00 |
| B140 – Creditor Inquiries | 0 | 0 | 0 | $0.00 |
| B141 – Lien Investigation | 115 | $51,750 | 113.8 | $51,114.50 |
| B142 – Non-Working Travel | 0 | 0 | 0 | $0.00 |
| B144 – Non-LRC Retention & Fee Matters | 25 | $11,250 | 23.4 | $7,536.00 |

| | | | | |
|---|---|---|---|---|
| B146 – Plan and Disclosure Statement | 5 | $2,250 | 1.2 | $672.00 |
| B148 – Real Estate | 0 | 0 | 0 | $0.00 |
| B149 – Valuation | 0 | 0 | 0 | $0.00 |
| B150—Relief from Stay/Adequate Protection | 0 | 0 | 0 | $0.00 |
| B151 – Schedules/Operating Reports | 5 | $2,250 | .1 | $24.00 |
| B152 – Tax Issues | 0 | 0 | 0 | $0.00 |
| TOTAL | 320 | $144,000.00 | 289.3 | $127,959.00 |

**STAFFING PLAN FOR LANDIS RATH & COBB LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 2 | $602.50 |
| Associates | 2 | $312.50 |
| Paralegal | 1 | $240.00 |

| | | | | |
|---|---|---|---|---|
| B144 – Non-LRC Retention & Fee Matters | 20 | $9,000 | 19.4 | $5,214.00 |
| B146 – Plan and Disclosure Statement | 0 | 0 | 0 | $0.00 |
| B148 – Real Estate | 0 | 0 | 0 | $0.00 |
| B149 – Valuation | 0 | 0 | 0 | $0.00 |
| B150—Relief from Stay/Adequate Protection | 0 | 0 | 0 | $0.00 |
| B151 – Schedules/Operating Reports | 5 | $2,250 | .1 | $24.00 |
| B152 – Tax Issues | 0 | 0 | 0 | $0.00 |
| TOTAL | 355 | $158,625.00 | 307.2 | $139,605.00 |

**STAFFING PLAN FOR LANDIS RATH & COBB LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 2 | $602.50 |
| Associates | 2 | $312.50 |
| Paralegal | 1 | $240.00 |