# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JULY 1, 2015 THROUGH SEPTEMBER 30, 2015

| PARTNERS | DEPARTMENT | STATE OF BAR ADMISSION - YEAR | TOTAL HOURS | HOURLY BILLING RATE | AMOUNT |
|---|---|---|---|---|---|
| Marty L. Brimmage Jr. | Litigation | Texas - 1995<br>New York - 2007 | 15.90 | $850.00 | $13,515.00 |
| Michael J. Byrd | Oil & Gas/Natural Resources | Texas - 1987 | 1.40 | $910.00 | $1,274.00 |
| Stephen Davis | Oil & Gas/Natural Resources | Texas 1982 | 0.30 | $1,040.00 | $312.00 |
| David P. Elder | Oil & Gas/Natural Resources | Texas - 1995 | 7.60 | $890.00 | $6,764.00 |
| Charles R. Gibbs | Financial Restructuring | Texas - 1978 | 230.00 | $1,095.00 | $251,850.00 |
| Paul Gutermann | Env, Natural Resources & Land | District of Columbia - 1981 | 6.80 | $850.00 | $5,780.00 |
| Stephen B. Kuhn | Corporate | New York - 1991 | 139.20 | $975.00 | $135,720.00 |
| Lacy M. Lawrence | Litigation | Texas - 2006 | 4.10 | $700.00 | $2,870.00 |
| Lauren Leyden | Labor | New York - 2006 | 1.30 | $830.00 | $1,079.00 |
| Thomas J. McCaffrey | Oil & Gas/Natural Resources | Texas - 1985 | 26.80 | $860.00 | $23,048.00 |
| Eric L. Munoz | Oil & Gas/Natural Resources | Texas - 2006 | 7.90 | $700.00 | $5,530.00 |
| Sarah Link Schultz | Financial Restructuring | Texas - 2001 | 482.10 | $975.00 | $470,047.50 |
| W. Thomas Weir | Tax | Texas - 1973 | 3.10 | $900.00 | $2,790.00 |
| Rolf Zaiss | Tax | New York - 1993 | 8.20 | $935.00 | $7,667.00 |
| SENIOR COUNSEL | DEPARTMENT | STATE OF BAR ADMISSION - YEAR | TOTAL HOURS | HOURLY BILLING RATE | AMOUNT |
| Jamison A. Diehl | Litigation | New York - 2001 | 0.40 | $665.00 | $266.00 |

| COUNSEL | DEPARTMENT | STATE OF BAR ADMISSION - YEAR | TOTAL HOURS | HOURLY BILLING RATE | AMOUNT |
|---|---|---|---|---|---|
| Ashleigh L. Blaylock | Financial Restructuring | New York - 2007 | 550.70 | $775.00 | $426,792.50 |
| Cody R. Carper | Corporate | Texas - 2007 | 13.10 | $675.00 | $8,842.50 |
| Travis A. McRoberts | Financial Restructuring | Delaware - 2009<br>Texas - 2013 | 361.10 | $750.00 | $270,825.00 |
| Brandon T. Morris | Tax | District of Columbia - 2014<br>New York - 2009 | 3.70 | $625.00 | $2,312.50 |
| Rebecca L. Tyler | Oil & Gas/Natural Resources | Texas - 2005 | 4.20 | $675.00 | $2,835.00 |
| **ASSOCIATES** | **DEPARTMENT** | **STATE OF BAR ADMISSION - YEAR** | **TOTAL HOURS** | **HOURLY BILLING RATE** | **AMOUNT** |
| Eduardo Canales | Oil & Gas/Natural Resources | Texas - 2013 | 36.50 | $410.00 | $14,965.00 |
| Gonzalo D. Castro | Oil & Gas/Natural Resources | Texas - 2011 | 244.10 | $530.00 | $129,373.00 |
| Sarah J. Crow | Financial Restructuring | Texas - 2010 | 351.45 | $655.00 | $230,199.75 |
| Adam Garmezy | Oil & Gas/Natural Resources | Texas - 2014 | 6.80 | $410.00 | $2,788.00 |
| Matthew Kinskey | Financial Restructuring | Texas - 2015 | 83.50 | $430.00 | $35,905.00 |
| Jason S. Sharp | Financial Restructuring | Texas - 2012 | 426.20 | $565.00 | $240,803.00 |
| Aaron R. Slavutin | Financial Restructuring | New York - 2011 | 164.90 | $565.00 | $93,168.50 |
| Rahul D. Vashi | Oil & Gas/Natural Resources | Texas - 2010 | 17.90 | $600.00 | $10,740.00 |
| Laura Warrick | Litigation | Texas - 2011 | 25.50 | $530.00 | $13,515.00 |
| **LEGAL ASSISTANTS** | **DEPARTMENT** | | **TOTAL HOURS** | **HOURLY BILLING RATE** | **AMOUNT** |
| Francisco B. Alvarez | Financial Restructuring | | 2.50 | $195.00 | $487.50 |
| Sara D'Addese | Financial Restructuring | | 0.20 | $210.00 | $42.00 |
| Brenda R. Kemp | Financial Restructuring | | 6.10 | $255.00 | $1,555.50 |

| Dagmara Krasa-Berstell | Financial Restructuring | | 12.30 | $275.00 | $3,382.50 |
|---|---|---|---|---|---|
| Michael R. Morse | Ediscovery, Project Coordinator | | 1.20 | $290.00 | $348.00 |
| Tracy Southwell | Financial Restructuring | | 2.50 | $275.00 | $687.50 |
| **TOTAL*** | | | 3,249.55 | | $2,418,080.25 |
| **Attorney Blended Hourly Rate** | | | | | $747.83 |
| **Blended Hourly Rate** | | | | | $744.13 |
| *Akin Gump has voluntarily written off time related to reviewing invoices to ensure proper task coding, but has included time related to reviewing invoices for the purpose of redacting privileged information and time related to the preparation of this Application. | | | | | |