# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2015 THROUGH SEPTEMBER 30, 2015

| PROJECT CATEGORY | TASK CODE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| General Case Administration | 0002 | 322.90 | $240,588.50 |
| Akin Gump Fee Application/Monthly Billing Reports | 0003 | 106.30 | $65,950.00 |
| Analysis of Other Professional Fee Applications | 0004 | 186.80 | $114,190.00 |
| Review / Preparation of Schedules, Statements | 0005 | 8.40 | $5,618.00 |
| Retention of Professionals | 0006 | 70.80 | $53,967.00 |
| Creditors Committee Matters/Meetings (including 341 Meetings) | 0007 | 239.00 | $207,240.00 |
| Court Hearings | 0008 | 15.60 | $12,185.00 |
| Financial Reports and Analysis | 0009 | 4.90 | $4,225.00 |
| DIP, Cash Collateral Usage and Exit Financing | 0010 | 38.10 | $30,175.00 |
| Executory Contracts/License Agreements | 0011 | 115.90 | $101,615.00 |
| General Claims Analysis/Claims Objections | 0012 | 169.90 | $111,157.00 |
| Analysis of Pre-Petition Transactions | 0013 | 1.30 | $851.50 |
| Insurance Issues | 0014 | 1.80 | $1,511.00 |
| Analysis of Secured Claims/Adequate Protection Issues | 0015 | 164.30 | $108,494.00 |
| Automatic Stay Issues | 0016 | 5.10 | $3,177.50 |
| General Adversary Proceedings / Litigation Matters | 0017 | 25.70 | $19,637.00 |
| Tax Issues | 0018 | 17.60 | $14,474.00 |
| Labor Issues/Employee Benefits | 0019 | 12.70 | $11,570.50 |
| Canadian Proceedings | 0020 | 62.50 | $54,100.00 |
| Exclusivity | 0021 | 31.20 | $19,741.00 |

| | | | |
|---|---|---|---|
| Plan, Disclosure Statement/Solicitation and Related Documentation | 0022 | 235.10 | $162,580.50 |
| Asset/Stock Transaction/Business Liquidations | 0024 | 1089.10 | $792,502.00 |
| Travel Time | 0025 | 73.45 | $67,124.75 |
| Securities Law Issues | 0026 | 30.40 | $25,837.00 |
| General Corporate Matters | 0028 | 209.00 | $181,064.50 |
| Critical Vendor Issues | 0030 | 11.70 | $8,504.50 |
| **TOTAL*** | | **3249.55** | **$2,418,080.25** |

* Akin Gump has voluntarily written off time related to reviewing invoices to ensure proper task coding, but has included time related to reviewing invoices for the purpose of redacting privileged information and time related to the preparation of this Application.