## EXHIBIT C

## EXPENSE SUMMARY
## JULY 1, 2015 THROUGH SEPTEMBER 30, 2015

| Expense Category | Total Expenses |
| --- | --- |
| Computerized Legal Research - Lexis | $1,066.05 |
| Computerized Legal Research - Westlaw | $731.36 |
| Courier Service | $11.74 |
| Document Retrieval | $1,232.10 |
| Duplication - In House - 0.10 per page | $31.00 |
| Business Meals | $3,827.46 |
| Parking | $120.00 |
| Travel - Airfare | $10,071.60 |
| Travel - Ground Transportation | $2,767.20 |
| Travel - Lodging | $6,984.39 |
| Travel - Parking | $386.99 |
| Travel - Inflight Internet Service | $157.12 |
| Travel - Train | $1,323.00 |
| **TOTAL** | **$28,710.01** |