# EXHIBIT D

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for preceding fiscal year (FY2014) | Billed July 1, 2015 through September 30, 2015 |
| Partner | $750.00 | $993.10 |
| Senior Counsel | $614.00 | $665.00 |
| Counsel | $587.00 | $764.12 |
| Associate | $444.00 | $569.58 |
| Legal Assistant | $203.00 | $262.22 |
| Aggregated | $572.00 | $744.13 |