**EXHIBIT E**

**BUDGET AND STAFFING PLAN**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |

**BUDGET FOR AKIN GUMP STRAUSS HAUER & FELD LLP,
CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD FROM JULY 1, 2015 THROUGH SEPTEMBER 30, 2015**

Date Retention Approved: April 14, 2015

Date Staffing Plan Approved by Client: July 29, 2015

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES (assuming blended Hourly Rate of $750) |
|---|---|---|
| General Case Administration (0002) | 600 | $450,000 |
| Akin Gump Fee Application/Monthly Billing Reports (0003) | 150 | $112,500 |
| Analysis of Other Professionals Fee Applications/Reports (0004) | 150 | $112,500 |
| Review/Preparation of Schedules, Statements (0005) | 100 | $75,000 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES (assuming blended Hourly Rate of $750) |
|---|---|---|
| Retention of Professionals (0006) | 50 | $37,500 |
| Creditor Committee Matters/Meetings (including 341 Meetings) (0007) | 500 | $375,000 |
| Court Hearings (0008) | 45 | $33,750 |
| Financial Reports and Analysis (0009) | 45 | $33,750 |
| DIP, Cash Collateral Usage and Exit Financing (0010) | 50 | $37,500 |
| Executory Contracts/License Agreements (0011) | 250 | $187,500 |
| General Claims Analysis/Claims Objections (0012) | 350 | $262,500 |
| Analysis of Pre-Petition Transactions (0013) | 10 | $7,500 |
| Insurance Issues (0014) | 25 | $18,750 |
| Analysis of Secured Claims/Adequate Protection Issues (0015) | 75 | $56,250 |
| Automatic Stay Issues (0016) | 60 | $45,000 |
| General Adversary Proceedings/Litigation Matters (0017) | 100 | $75,000 |
| Tax Issues (0018) | 100 | $75,000 |
| Labor Issues/Employee Benefits (0019) | 25 | $18,750 |

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES (assuming blended Hourly Rate of $750) |
|---|---|---|
| Canadian Proceedings (0020) | 500 | $375,000 |
| Exclusivity (0021) | 75 | $56,250 |
| Plan/Disclosure Statement/Solicitation and Related Documentation (0022) | 800 | $600,000 |
| 1.    363 Transactions (other than asset sales) (0023) | 50 | $37,500 |
| Asset/Stock Transaction/Business Liquidations (0024) | 500 | $375,000 |
| Travel Time (0025) | 200 | $150,000 |
| Securities Law Issues (0026) | 150 | $112,500 |
| Environmental Issues (0027) | 15 | $11,500 |
| General Corporate Matters (0028) | 200 | $150,000 |
| Intercompany Claims (0029) | 15 | $11,250 |
| Critical Vendor Issues (0030) | 100 | $75,000 |
| **TOTAL** | **5,290** | **$3,967,750** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STAFFING PLAN FOR AKIN GUMP
STRAUSS HAUER & FELD LLP, CO-COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD FROM JULY 1, 2015 THROUGH SEPTEMBER 30, 2015**

Date Retention Approved: April 14, 2015

Date Staffing Plan Approved by Client: July 29, 2015

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 9 | $885 |
| Senior Counsel | 2 | $705 |
| Counsel | 6 | $700 |
| Associates | 8 | $512 |
| Paralegals and Staff | 5 | $254 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.