# EXHIBIT F

## SUMMARY OF FEES AND HOURS BUDGETED COMPARED TO FEES AND HOURS BILLED

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| General Case Administration (0002) | 600.0 | 322.90 | $450,000 | $240,588.50 |
| Akin Gump Fee Application/Monthly Billing Reports (0003) | 150.0 | 106.30 | $112,500 | $65,950.00 |
| Analysis of Other Professionals Fee Applications/Reports (0004) | 150.0 | 186.80 | $112,500 | $114,190.00 |
| Review/Preparation of Schedules, Statements (0005) | 100.0 | 8.40 | $75,000 | $5,618.00 |
| Retention of Professionals (0006) | 50.0 | 70.80 | $37,500 | $53,967.00 |
| Creditor Committee Matters/Meetings (including 341 Meetings) (0007) | 500.0 | 239.00 | $375,000 | $207,240.00 |
| Court Hearings (0008) | 45.0 | 15.60 | $33,750 | $12,185.00 |
| Financial Reports and Analysis (0009) | 45.0 | 4.90 | $33,750 | $4,225.00 |
| DIP, Cash Collateral Usage and Exit Financing (0010) | 50.0 | 38.10 | $37,500 | $30,175.00 |
| Executory Contracts/License Agreements (0011) | 250.0 | 115.90 | $187,500 | $101,615.00 |
| General Claims Analysis/Claims Objections (0012) | 350.0 | 169.90 | $262,500 | $111,157.00 |
| Analysis of Pre-Petition Transactions (0013) | 10.0 | 1.30 | $7,500 | $851.50 |
| Insurance Issues (0014) | 25.0 | 1.80 | $18,750 | $1,511.00 |
| Analysis of Secured Claims/Adequate Protection Issues (0015) | 75.0 | 164.30 | $56,250 | $108,494.00 |
| Automatic Stay Issues (0016) | 60.0 | 5.10 | $45,000 | $3,177.50 |
| General Adversary Proceedings/Litigation Matters (0017) | 100.0 | 25.70 | $75,000 | $19,637.00 |

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Tax Issues (0018) | 100.0 | 17.60 | $75,000 | $14,474.00 |
| Labor Issues/Employee Benefits (0019) | 25.0 | 12.70 | $18,750 | $11,570.50 |
| Canadian Proceedings (0020) | 500.0 | 62.50 | $375,000 | $54,100.00 |
| Exclusivity (0021) | 75.0 | 31.20 | $56,250 | $19,741.00 |
| Plan/Disclosure Statement/Solicitation and Related Documentation (0022) | 800.0 | 235.10 | $600,000 | $162,580.50 |
| 363 Transactions (other than asset sales) (0023) | 50.0 | 0.00 | $37,500 | $0.00 |
| Asset/Stock Transaction/Business Liquidations (0024) | 500.0 | 1,089.10 | $375,000 | $792,502.00 |
| Travel Time (0025) | 200.0 | 73.45 | $150,000 | $67,124.75 |
| Securities Law Issues (0026) | 150.0 | 30.40 | $112,500 | $25,837.00 |
| Environmental Issues (0027) | 15.0 | 0.00 | $11,500 | $0.00 |
| General Corporate Matters (0028) | 200.0 | 209.00 | $150,000 | $181,064.50 |
| Intercompany Claims (0029) | 15.0 | 0.00 | $11,250 | $0.00 |
| Critical Vendor Issues (0030) | 100.0 | 11.70 | $75,000 | $8,504.50 |
| **TOTAL** | **5,290.0** | **3,249.55** | **$3,967,750.00** | **$2,418,080.25** |