# EXHIBIT G

## ADDITIONAL INFORMATION RELATED TO INTERIM FEE APPLICATION

| | |
|---|---|
| Are Rates in Interim Fee Application Higher than those Approved or Disclosed at Retention? | No |
| Total Compensation[1] Requested: | $2,446,790.26 |
| Compensation Sought in this Interim Application Approved to Date Pursuant to the Interim Compensation Order:[2] | Fees: $1,934,464.20<br>Expenses: $28,710.01 |
| Compensation Sought in this Interim Application Already Paid Pursuant to the Interim Compensation Order:[3] | $1,114,646.92 |
| Compensation Sought in this Interim Application Not Yet Paid:[4] | $483,616.05 |
| Number of Professionals[5] Included in this Interim Application: | 29 |
| If Applicable, Number of Professionals[6] in this Interim Application Not Included in Staffing Plan Approved by Client: | 4[7] |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for the Interim Compensation Period: | $1,349,669.75 *less* than amounts budgeted. |

[1] Total compensation includes both fees of, and expenses incurred by, Akin Gump.
[2] Includes amounts pending approval after expiration of November 25, 2015 objection deadline.
[3] Includes only amounts actually received by Akin Gump as of the date of filing of the Interim Fee Application.
[4] Does not include amounts expected to be paid pursuant to Akin Gump's Sixth Monthly Fee Application [D.I. 797] filed on November 4, 2015.
[5] Does not include paralegals and staff.
[6] Does not include paralegals and staff.
[7] These professionals were utilized to perform discrete, ancillary tasks that, in many instances, required special expertise.