**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------- x
                           :

In re:                          :      Chapter 11

QUIKSILVER, INC., *et al.*,[1]    :      Case No. 15-11880 (BLS)

          Debtors.       :      Jointly Administered
                           :
                           :      **Hearing Date: March 31, 2016 at 10:30 a.m. (ET)**
                           :      **Objection Deadline: March 28, 2016 at 4:00 p.m. (ET)**
                           :
---------------------------------------------- x

**NOTICE OF FIRST AND FINAL APPLICATION OF PJT PARTNERS INC. AS
INVESTMENT BANKER TO THE OFFICIAL OF COMMITTEE UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION FOR NECESSARY
SERVICES RENDERED AND FOR THE REIMBURSEMENT OF ALL ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 29, 2015
THROUGH JANUARY 29, 2016**

PLEASE TAKE NOTICE that, on March 7, 2016, the Official Committee of Unsecured Creditors (the "Committee") filed the **First and Final Application of PJT Partners Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation for Necessary Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 29, 2015 through January 29, 2016** (the "Application").

        PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before March 28, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned proposed counsel to the Committee.

        PLEASE TAKE FURTHER NOTICE that a Hearing on the application is scheduled for **March 31, 2016 at 10:30 a.m. (Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

     PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: March 7, 2016
      Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19899-1709
Telephone:    (302) 777-6500
Facsimile:    (302) 421-8390
E-mail:    strattond@pepperlaw.com
       fournierd@pepperlaw.com
       schannej@pepperlaw.com

-AND-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York  10036-6745
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
E-mail:    mstamer@akingump.com
       aqureshi@akingump.com
       mlahaie@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*

#38163337 v1