**APPENDIX D**

**PJT PARTNERS INC.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Title | Hours |
|---|---|---|
| Michael Genereux | Partner | 72.0 |
| Jamie Baird | Partner | 135.0 |
| Joshua Abramson | Vice President | 160.5 |
| Samuel Rappaport | Analyst | 182.5 |
| | **Total** | **550.0** |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Genereux | 09/29/15 | 1.0 | Prep for kickoff call with UCC |
| Michael Genereux | 09/29/15 | 1.0 | Kickoff call with UCC |
| Michael Genereux | 09/30/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Michael Genereux | 09/30/15 | 3.5 | Strategy meeting with counsel |
| Michael Genereux | 10/01/15 | 1.0 | Review of first day motions |
| Michael Genereux | 10/01/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Michael Genereux | 10/01/15 | 1.0 | Review case documents and analysis |
| Michael Genereux | 10/02/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Michael Genereux | 10/03/15 | 0.5 | Reviewed and commented on financial analysis related to DIP/PSA |
| Michael Genereux | 10/04/15 | 1.0 | Reviewed and commented on draft of DIP / PSA objection |
| Michael Genereux | 10/05/15 | 0.5 | Reviewed financial analysis related to DIP/PSA |
| Michael Genereux | 10/06/15 | 1.0 | Reviewed draft of DIP / PSA objection |
| Michael Genereux | 10/07/15 | 4.5 | Meeting with counsel to discuss DIP/PSA objection |
| Michael Genereux | 10/07/15 | 1.0 | Reviewed Genereux declaration |
| Michael Genereux | 10/08/15 | 2.0 | Reviewed documents for Court Hearing |
| Michael Genereux | 10/09/15 | 0.5 | Reviewed analysis related to DIP provided by debtor advisors |
| Michael Genereux | 10/10/15 | 1.0 | Reviewed financial analysis related to Genereux declaration |
| Michael Genereux | 10/11/15 | 1.0 | Internal PJT team call |
| Michael Genereux | 10/11/15 | 1.0 | Reviewed Genereux declaration |
| Michael Genereux | 10/11/15 | 1.5 | Reviewed analysis related to Critical Vendor / Retention objection |
| Michael Genereux | 10/12/15 | 4.0 | Prepared for deposition |
| Michael Genereux | 10/12/15 | 1.0 | Call with counsel regarding Genereux declaration and preparation for the same |
| Michael Genereux | 10/12/15 | 1.0 | Reviewed Genereux declaration |
| Michael Genereux | 10/13/15 | 3.5 | Genereux deposition preparation with counsel |
| Michael Genereux | 10/13/15 | 5.0 | Genereux deposition |
| Michael Genereux | 10/14/15 | 9.0 | Attended second day hearings |
| Michael Genereux | 10/15/15 | 8.0 | Prepared for and attended second day hearings |
| Michael Genereux | 10/16/15 | 1.0 | Call with UCC and preparation for the same |
| Michael Genereux | 10/19/15 | 1.0 | Call with debtor advisors regarding sale process and preparation |
| Michael Genereux | 10/19/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Michael Genereux | 10/19/15 | 1.0 | Call with UCC and preparation for the same |
| Michael Genereux | 10/22/15 | 1.5 | Reviewed materials from diligence meeting |
| Michael Genereux | 10/22/15 | 0.5 | Reviewed materials for UCC |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Genereux | 10/23/15 | 1.0 | Reviewed materials for UCC |
| Michael Genereux | 10/25/15 | 0.5 | Reviewed materials for UCC |
| Michael Genereux | 10/26/15 | 1.0 | Reviewed materials for UCC |
| Michael Genereux | 10/27/15 | 0.5 | Reviewed materials for UCC |
| Michael Genereux | 10/27/15 | 1.0 | Call with debtors' and UCC's advisors |
| Michael Genereux | 10/27/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Michael Genereux | 10/27/15 | 1.0 | Call with UCC and preparation for the same |
| Michael Genereux | 10/28/15 | 1.0 | Reviewed legal documents |
| Michael Genereux | 10/30/15 | 1.5 | Preparation and review of materials for UCC |
| Michael Genereux | 10/30/15 | 1.0 | Internal PJT team call |
| | | **72.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 09/29/15 | 1.0 | Prep for kickoff call with UCC |
| Jamie Baird | 09/29/15 | 1.0 | Kickoff call with UCC |
| Jamie Baird | 09/30/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Jamie Baird | 09/30/15 | 1.0 | Reviewed initial diligence list to send to company |
| Jamie Baird | 09/30/15 | 4.5 | Prep for and strategy meeting with counsel |
| Jamie Baird | 09/30/15 | 1.0 | Review of prepared analyses |
| Jamie Baird | 10/01/15 | 1.0 | Review of first day motions |
| Jamie Baird | 10/01/15 | 1.0 | Reviewed and analyzed store closure analysis provided by Company advisors |
| Jamie Baird | 10/01/15 | 0.5 | Call with debtor advisors regarding store closures motion and preparation for the same |
| Jamie Baird | 10/01/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Jamie Baird | 10/01/15 | 2.0 | Review case documents and analysis |
| Jamie Baird | 10/02/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Jamie Baird | 10/03/15 | 1.5 | Reviewed and commented on financial analysis related to DIP/PSA |
| Jamie Baird | 10/04/15 | 2.5 | Reviewed and commented on draft of DIP / PSA objection |
| Jamie Baird | 10/05/15 | 1.0 | Call with debtor advisors regarding DIP budget and preparation for the same |
| Jamie Baird | 10/05/15 | 1.0 | Prepared and commented on presentation for UCC |
| Jamie Baird | 10/05/15 | 0.5 | Reviewed financial analysis related to DIP/PSA |
| Jamie Baird | 10/06/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Jamie Baird | 10/07/15 | 4.5 | Meeting with counsel to discuss DIP/PSA objection |
| Jamie Baird | 10/07/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Jamie Baird | 10/07/15 | 1.5 | Reviewed draft of DIP / PSA objection |
| Jamie Baird | 10/07/15 | 0.5 | Reviewed analysis for Genereux declaration |
| Jamie Baird | 10/08/15 | 4.5 | Attended Cooper Deposition |
| Jamie Baird | 10/08/15 | 3.0 | Attended Savini Deposition |
| Jamie Baird | 10/08/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Jamie Baird | 10/08/15 | 1.0 | Call with debtor advisors regarding taxes and preparation for the same |
| Jamie Baird | 10/10/15 | 1.0 | Reviewed and commented on financial analysis related to Genereux declaration |
| Jamie Baird | 10/11/15 | 1.0 | Internal PJT team call |
| Jamie Baird | 10/11/15 | 4.0 | Reviewed and commented on financial analysis related to Genereux declaration |
| Jamie Baird | 10/11/15 | 1.5 | Reviewed analysis related to Critical Vendor / Retention objection |
| Jamie Baird | 10/12/15 | 1.5 | Dilgenced and reviewed financial analysis provided by debtors' advisors |
| Jamie Baird | 10/12/15 | 2.0 | Prepared for and attended deposition |
| Jamie Baird | 10/12/15 | 1.0 | Call with counsel regarding Genereux declaration and preparation for the same |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 10/12/15 | 5.0 | Reviewed financial analysis |
| Jamie Baird | 10/13/15 | 2.0 | Genereux deposition preparation with counsel |
| Jamie Baird | 10/13/15 | 8.0 | Hearing preparation |
| Jamie Baird | 10/14/15 | 9.0 | Attended second day hearings |
| Jamie Baird | 10/14/15 | 2.0 | Strategy sessions with Committee advisors |
| Jamie Baird | 10/14/15 | 1.0 | Reviewed financial analysis |
| Jamie Baird | 10/15/15 | 6.0 | Prepared for and attended second day hearings |
| Jamie Baird | 10/16/15 | 1.0 | Call with UCC |
| Jamie Baird | 10/17/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Jamie Baird | 10/18/15 | 2.0 | Performed diligence for sale process |
| Jamie Baird | 10/19/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Jamie Baird | 10/19/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Jamie Baird | 10/19/15 | 1.0 | Call with UCC and preparation for the same |
| Jamie Baird | 10/19/15 | 1.0 | Performed diligence for sale process |
| Jamie Baird | 10/19/15 | 2.0 | Reviewed and assisted with legal documents related to revised DIP / PSA orders |
| Jamie Baird | 10/19/15 | 1.0 | Preparation for diligence trip to company headquarters |
| Jamie Baird | 10/20/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Jamie Baird | 10/21/15 | 8.0 | Full day diligence meeting at Company headquarters |
| Jamie Baird | 10/22/15 | 3.0 | Reviewed materials from diligence meeting and prepared follow up list |
| Jamie Baird | 10/22/15 | 1.0 | Call with debtors advisors regarding DIP budget + preparation |
| Jamie Baird | 10/22/15 | 1.5 | Reviewed materials for UCC |
| Jamie Baird | 10/22/15 | 0.5 | Call with Company management regarding critical vendors |
| Jamie Baird | 10/23/15 | 2.0 | Preparation of materials for UCC |
| Jamie Baird | 10/23/15 | 1.0 | Reviewed and commented on financial analysis |
| Jamie Baird | 10/26/15 | 2.5 | Review of materials for UCC |
| Jamie Baird | 10/27/15 | 1.0 | Review of materials for UCC |
| Jamie Baird | 10/27/15 | 1.0 | Call with debtors' and UCC's advisors |
| Jamie Baird | 10/27/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Jamie Baird | 10/27/15 | 1.0 | Call with UCC and preparation for the same |
| Jamie Baird | 10/28/15 | 0.5 | Reviewed updated diligence list for debtors' advisors |
| Jamie Baird | 10/28/15 | 2.0 | Reviewed legal documents |
| Jamie Baird | 10/28/15 | 4.0 | Prepared for and attended hearing |
| Jamie Baird | 10/29/15 | 1.0 | Call with Company relating to Critical Vendors |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 10/30/15 | 2.5 | Review of materials for UCC |
| Jamie Baird | 10/30/15 | 1.0 | Internal PJT team call |
| | | **135.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 09/29/15 | 1.0 | Prep for kickoff call with UCC |
| Joshua Abramson | 09/29/15 | 1.0 | Kickoff call with UCC |
| Joshua Abramson | 09/30/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Joshua Abramson | 09/30/15 | 1.0 | Prepared and reviewed initial diligence list to send to company |
| Joshua Abramson | 09/30/15 | 4.5 | Strategy meeting with counsel |
| Joshua Abramson | 09/30/15 | 2.0 | Review and prepared analysis |
| Joshua Abramson | 10/01/15 | 2.0 | Review of first day motions |
| Joshua Abramson | 10/01/15 | 1.0 | Reviewed and analyzed store closure analysis provided by Company advisors |
| Joshua Abramson | 10/01/15 | 0.5 | Call with debtor advisors regarding store closures motion and preparation for the same |
| Joshua Abramson | 10/01/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Joshua Abramson | 10/01/15 | 2.0 | Review case documents and analysis |
| Joshua Abramson | 10/02/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Joshua Abramson | 10/03/15 | 1.5 | Reviewed and commented on financial analysis related to DIP/PSA |
| Joshua Abramson | 10/04/15 | 2.5 | Reviewed and commented on draft of DIP / PSA objection |
| Joshua Abramson | 10/05/15 | 1.0 | Call with debtor advisors regarding DIP budget + preparation |
| Joshua Abramson | 10/05/15 | 1.0 | Prepared and commented on presentation for UCC |
| Joshua Abramson | 10/05/15 | 0.5 | Reviewed financial analysis related to DIP/PSA |
| Joshua Abramson | 10/06/15 | 1.0 | Call with debtor advisors regarding critical vendors + preparation |
| Joshua Abramson | 10/06/15 | 1.0 | Prepared and reviewed financial analysis |
| Joshua Abramson | 10/06/15 | 1.5 | Reviewed draft of DIP / PSA objection |
| Joshua Abramson | 10/07/15 | 4.5 | Meeting with counsel to discuss DIP/PSA objection |
| Joshua Abramson | 10/07/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Joshua Abramson | 10/07/15 | 1.5 | Reviewed draft of DIP / PSA objection |
| Joshua Abramson | 10/07/15 | 1.0 | Reviewed and prepared analysis for Genereux declaration |
| Joshua Abramson | 10/08/15 | 6.5 | Reviewed and prepared documents for Court Hearing |
| Joshua Abramson | 10/08/15 | 2.0 | Reviewed and prepared documents relevant to depositions |
| Joshua Abramson | 10/08/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Joshua Abramson | 10/08/15 | 1.0 | Call with debtor advisors regarding taxes and preparation for the same |
| Joshua Abramson | 10/09/15 | 0.5 | Reviewed analysis related to DIP provided by debtor advisors |
| Joshua Abramson | 10/09/15 | 7.0 | Prepared for and attended depositions |
| Joshua Abramson | 10/10/15 | 4.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Joshua Abramson | 10/10/15 | 3.0 | Reviewed information related to depositions |
| Joshua Abramson | 10/11/15 | 1.0 | Internal PJT team call |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 10/11/15 | 3.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Joshua Abramson | 10/11/15 | 1.5 | Reviewed analysis related to Critical Vendor / Retention objection |
| Joshua Abramson | 10/12/15 | 1.5 | Dilgenced and reviewed financial analysis provided by debtors' advisors |
| Joshua Abramson | 10/12/15 | 2.0 | Prepared for and attended deposition |
| Joshua Abramson | 10/12/15 | 1.0 | Call with counsel regarding Genereux declaration and preparation for the same |
| Joshua Abramson | 10/12/15 | 5.0 | Prepared and reviewed financial analysis |
| Joshua Abramson | 10/12/15 | 2.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Joshua Abramson | 10/13/15 | 3.5 | Genereux deposition preparation with counsel |
| Joshua Abramson | 10/13/15 | 8.0 | Hearing preparation |
| Joshua Abramson | 10/14/15 | 9.0 | Attended second day hearings |
| Joshua Abramson | 10/14/15 | 2.0 | Strategy sessions with Committee advisors |
| Joshua Abramson | 10/14/15 | 1.0 | Reviewed financial analysis |
| Joshua Abramson | 10/15/15 | 6.0 | Prepared for and attended second day hearings |
| Joshua Abramson | 10/16/15 | 1.0 | Call with UCC and preparation for the same |
| Joshua Abramson | 10/16/15 | 1.5 | Preparation for diligence trip to company headquarters |
| Joshua Abramson | 10/17/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Joshua Abramson | 10/18/15 | 2.0 | Performed diligence for sale process |
| Joshua Abramson | 10/19/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Joshua Abramson | 10/19/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Joshua Abramson | 10/19/15 | 1.0 | Call with UCC and preparation for the same |
| Joshua Abramson | 10/19/15 | 1.0 | Performed diligence for sale process |
| Joshua Abramson | 10/19/15 | 2.0 | Reviewed and assisted with legal documents related to revised DIP / PSA orders |
| Joshua Abramson | 10/19/15 | 1.0 | Preparation for diligence trip to company headquarters |
| Joshua Abramson | 10/20/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Joshua Abramson | 10/21/15 | 8.0 | Full day diligence meeting at Company headquarters |
| Joshua Abramson | 10/22/15 | 3.0 | Reviewed materials from diligence meeting and prepared follow up list |
| Joshua Abramson | 10/22/15 | 1.0 | Call with debtors advisors regarding DIP budget and preparation for the same |
| Joshua Abramson | 10/22/15 | 2.0 | Prepared and reviewed materials for UCC |
| Joshua Abramson | 10/22/15 | 0.5 | Call with Company management regarding critical vendors |
| Joshua Abramson | 10/23/15 | 2.0 | Preparation of materials for UCC |
| Joshua Abramson | 10/23/15 | 1.0 | Reviewed and commented on financial analysis |
| Joshua Abramson | 10/25/15 | 1.0 | Preparation and review of materials for UCC |
| Joshua Abramson | 10/26/15 | 3.0 | Preparation and review of materials for UCC |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 10/27/15 | 1.0 | Preparation and review of materials for UCC |
| Joshua Abramson | 10/27/15 | 1.0 | Call with debtors' and UCC's advisors |
| Joshua Abramson | 10/27/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Joshua Abramson | 10/27/15 | 1.0 | Call with UCC and preparation for the same |
| Joshua Abramson | 10/28/15 | 0.5 | Prepared and reviewed updated diligence list for debtors' advisors |
| Joshua Abramson | 10/28/15 | 2.0 | Reviewed legal documents |
| Joshua Abramson | 10/28/15 | 4.0 | Prepared for and attended hearing |
| Joshua Abramson | 10/29/15 | 1.0 | Call with Company relating to Critical Vendors |
| Joshua Abramson | 10/30/15 | 2.5 | Preparation and review of materials for UCC |
| Joshua Abramson | 10/30/15 | 1.0 | Internal PJT team call |
|  |  | **160.5** |  |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 09/29/15 | 1.0 | Prep for kickoff call with UCC |
| Samuel Rappaport | 09/29/15 | 1.0 | Kickoff call with UCC |
| Samuel Rappaport | 09/30/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Samuel Rappaport | 09/30/15 | 2.0 | Prepared initial diligence list to send to company |
| Samuel Rappaport | 09/30/15 | 4.5 | Strategy meeting with counsel |
| Samuel Rappaport | 09/30/15 | 3.0 | Review of first day motions |
| Samuel Rappaport | 10/01/15 | 1.0 | Reviewed store closure analysis provided by Company advisors |
| Samuel Rappaport | 10/01/15 | 0.5 | Call with debtor advisors regarding store closures motion and preparation for the same |
| Samuel Rappaport | 10/01/15 | 1.0 | Call with UCC counsel and preparation for the same |
| Samuel Rappaport | 10/01/15 | 1.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/02/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Samuel Rappaport | 10/02/15 | 4.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/03/15 | 5.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/03/15 | 1.0 | Reviewed critical vendor analysis provided by Company advisors |
| Samuel Rappaport | 10/04/15 | 4.5 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/04/15 | 2.0 | Reviewed draft of DIP / PSA objection |
| Samuel Rappaport | 10/05/15 | 1.0 | Call with debtor advisors regarding DIP budget and preparation for the same |
| Samuel Rappaport | 10/05/15 | 1.0 | Prepared presentation for UCC |
| Samuel Rappaport | 10/05/15 | 2.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/06/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Samuel Rappaport | 10/06/15 | 2.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/06/15 | 1.0 | Reviwed draft of DIP / PSA objection |
| Samuel Rappaport | 10/07/15 | 3.5 | Meeting with counsel to discuss DIP/PSA objection |
| Samuel Rappaport | 10/07/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Samuel Rappaport | 10/07/15 | 1.5 | Reviewed draft of DIP / PSA objection |
| Samuel Rappaport | 10/07/15 | 3.0 | Prepared financial analysis related to DIP/PSA |
| Samuel Rappaport | 10/07/15 | 1.5 | Reviewed and prepared analysis for Genereux declaration |
| Samuel Rappaport | 10/08/15 | 4.0 | Reviewed and prepared analysis for Genereux declaration |
| Samuel Rappaport | 10/08/15 | 2.0 | Reviewed legal documents related to litigation |
| Samuel Rappaport | 10/08/15 | 1.0 | Call with debtor advisors regarding critical vendors and preparation for the same |
| Samuel Rappaport | 10/08/15 | 1.0 | Call with debtor advisors regarding taxes and preparation for the same |
| Samuel Rappaport | 10/09/15 | 1.5 | Dilgenced analysis related to DIP provided by debtor advisors |
| Samuel Rappaport | 10/09/15 | 5.0 | Reviewed and prepared financial analysis related to Genereux declaration |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 10/10/15 | 6.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Samuel Rappaport | 10/11/15 | 1.0 | Internal PJT team call |
| Samuel Rappaport | 10/11/15 | 5.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Samuel Rappaport | 10/11/15 | 2.0 | Prepared analysis related to Critical Vendor / Retention objection |
| Samuel Rappaport | 10/12/15 | 1.5 | Dilgenced financial analysis provided by debtors' advisors |
| Samuel Rappaport | 10/12/15 | 1.0 | Call with counsel regarding Genereux declaration and preparation for the same |
| Samuel Rappaport | 10/12/15 | 5.0 | Prepared analysis related to Critical Vendor / Retention objection |
| Samuel Rappaport | 10/12/15 | 2.0 | Reviewed and prepared financial analysis related to Genereux declaration |
| Samuel Rappaport | 10/13/15 | 3.5 | Genereux deposition preparation with counsel |
| Samuel Rappaport | 10/13/15 | 8.0 | Hearing preparation |
| Samuel Rappaport | 10/14/15 | 6.0 | Attended second day hearings telephonically |
| Samuel Rappaport | 10/14/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 10/15/15 | 2.0 | Performed diligence for sale process |
| Samuel Rappaport | 10/15/15 | 6.0 | Attended second day hearings telephonically |
| Samuel Rappaport | 10/16/15 | 1.0 | Call with UCC and preparation for the same |
| Samuel Rappaport | 10/16/15 | 2.0 | Preparation for diligence trip to company headquarters |
| Samuel Rappaport | 10/17/15 | 2.0 | Performed diligence for sale process |
| Samuel Rappaport | 10/17/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Samuel Rappaport | 10/18/15 | 2.0 | Performed diligence for sale process |
| Samuel Rappaport | 10/19/15 | 1.0 | Call with debtor advisors regarding sale process and preparation for the same |
| Samuel Rappaport | 10/19/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Samuel Rappaport | 10/19/15 | 1.0 | Call with UCC and preparation for the same |
| Samuel Rappaport | 10/19/15 | 1.0 | Performed diligence for sale process |
| Samuel Rappaport | 10/19/15 | 2.0 | Reviewed and assisted with legal documents related to revised DIP / PSA orders |
| Samuel Rappaport | 10/19/15 | 2.0 | Preparation for diligence trip to company headquarters |
| Samuel Rappaport | 10/20/15 | 3.0 | Preparation for diligence trip to company headquarters |
| Samuel Rappaport | 10/21/15 | 8.0 | Full day diligence meeting at Company headquarters |
| Samuel Rappaport | 10/22/15 | 2.0 | Reviewed materials from diligence meeting and prepared follow up list |
| Samuel Rappaport | 10/22/15 | 1.0 | Call with debtors advisors regarding DIP budget and preparation for the same |
| Samuel Rappaport | 10/22/15 | 2.0 | Preparation of materials for UCC |
| Samuel Rappaport | 10/22/15 | 0.5 | Call with Company management regarding critical vendors |
| Samuel Rappaport | 10/22/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 10/23/15 | 3.0 | Preparation of materials for UCC |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 29, 2015 THROUGH OCTOBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 10/23/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 10/25/15 | 4.0 | Preparation of materials for UCC |
| Samuel Rappaport | 10/26/15 | 3.5 | Preparation of materials for UCC |
| Samuel Rappaport | 10/27/15 | 2.0 | Preparation of materials for UCC |
| Samuel Rappaport | 10/27/15 | 1.0 | Call with debtors' and UCC's advisors |
| Samuel Rappaport | 10/27/15 | 0.5 | Call with counsel to prepare for call with UCC |
| Samuel Rappaport | 10/27/15 | 1.0 | Call with UCC and preparation for the same |
| Samuel Rappaport | 10/27/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 10/28/15 | 1.0 | Prepared updated diligence list for debtors' advisors |
| Samuel Rappaport | 10/28/15 | 2.0 | Reviewed legal documents |
| Samuel Rappaport | 10/29/15 | 3.0 | Performed financial analysis |
| Samuel Rappaport | 10/30/15 | 3.0 | Preparation of materials for UCC |
| Samuel Rappaport | 10/30/15 | 1.0 | Internal PJT team call |
| | | **182.5** | |

**PJT PARTNERS INC.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Title | Hours |
|---|---|---|
| Michael Genereux | Partner | 48.5 |
| Jamie Baird | Partner | 77.0 |
| Joshua Abramson | Vice President | 142.0 |
| Samuel Rappaport | Analyst | 147.0 |
| **Total** | | **414.5** |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Genereux | 11/02/15 | 1.5 | Call with counsel to discuss strategy plus preparation |
| Michael Genereux | 11/02/15 | 1.0 | Reviewed materials for UCC Call |
| Michael Genereux | 11/03/15 | 1.0 | Preparation for UCC Call |
| Michael Genereux | 11/03/15 | 0.5 | UCC Advisors Call |
| Michael Genereux | 11/03/15 | 1.0 | UCC Call |
| Michael Genereux | 11/05/15 | 0.5 | Reviewed analysis from Company related to KEIP/KERP |
| Michael Genereux | 11/09/15 | 1.0 | Prepared and reviewed term sheet |
| Michael Genereux | 11/09/15 | 1.0 | Internal PJT meeting |
| Michael Genereux | 11/09/15 | 1.0 | Reviewed materials for UCC Call |
| Michael Genereux | 11/10/15 | 0.5 | Finalized term sheet |
| Michael Genereux | 11/10/15 | 1.0 | Preparation for UCC call |
| Michael Genereux | 11/10/15 | 0.5 | UCC Advisors Call |
| Michael Genereux | 11/10/15 | 1.0 | UCC Call |
| Michael Genereux | 11/12/15 | 1.0 | Internal UCC advisors call |
| Michael Genereux | 11/13/15 | 1.0 | Reviewed backstop motion |
| Michael Genereux | 11/13/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Michael Genereux | 11/16/15 | 0.5 | Reviewed materials for UCC Call |
| Michael Genereux | 11/18/15 | 1.0 | Reviewed disclosure statement, backstop agreement and plan of reorganization |
| Michael Genereux | 11/18/15 | 1.0 | Calls with counsel regarding disclosure statement and backstop agreement |
| Michael Genereux | 11/19/15 | 0.5 | Call with counsel on strategy |
| Michael Genereux | 11/19/15 | 1.5 | Reviewed analysis with internal team |
| Michael Genereux | 11/23/15 | 1.0 | Reviewed presentation for UCC Call |
| Michael Genereux | 11/23/15 | 1.5 | Call with counsel on strategy + preparation |
| Michael Genereux | 11/24/15 | 1.0 | Prepared for UCC Call |
| Michael Genereux | 11/24/15 | 0.5 | UCC Advisors Call |
| Michael Genereux | 11/24/15 | 1.0 | UCC Call and follow up |
| Michael Genereux | 11/25/15 | 1.0 | Reviewed Secured Lender settlement proposal and related analysis |
| Michael Genereux | 11/29/15 | 1.0 | Reviewed legal documents |
| Michael Genereux | 11/30/15 | 1.0 | Internal meeting related to various analyses |
| Michael Genereux | 12/01/15 | 0.5 | Preparation for committee call |
| Michael Genereux | 12/01/15 | 1.5 | Listened to hearing |
| Michael Genereux | 12/02/15 | 0.5 | Preparation for committee call |
| Michael Genereux | 12/02/15 | 1.5 | Committee call and follow up |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Genereux | 12/04/15 | 1.0 | Reviewed updated disclosure statement and rights offering documents |
| Michael Genereux | 12/08/15 | 0.5 | Preparation for Committee Call |
| Michael Genereux | 12/08/15 | 1.5 | Call with Committee and follow up |
| Michael Genereux | 12/09/15 | 1.0 | Call with HL and follow up discussion |
| Michael Genereux | 12/10/15 | 1.0 | Call with counsel and internal follow-up |
| Michael Genereux | 12/14/15 | 1.0 | Call with Counsel on litigation |
| Michael Genereux | 12/15/15 | 1.0 | Calls with counsel and internal meetings regarding discovery and expert report schedule |
| Michael Genereux | 12/16/15 | 1.0 | Call with counsel on strategy and reports and follow up work |
| Michael Genereux | 12/16/15 | 1.5 | UCC Call, prep and follow up |
| Michael Genereux | 12/16/15 | 0.5 | Reviewed financial analysis |
| Michael Genereux | 12/17/15 | 1.0 | Calls with counsel on various matters |
| Michael Genereux | 12/22/15 | 1.5 | Meeting with Counsel plus preparation |
| Michael Genereux | 12/24/15 | 1.0 | Review PJSC Expert Report |
| Michael Genereux | 12/27/15 | 2.0 | Prepared and review PJT expert report |
| Michael Genereux | 12/29/15 | 2.0 | Prepared and review PJT expert report |
| | | **48.5** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 11/02/15 | 1.5 | Call with counsel to discuss strategy plus preparation |
| Jamie Baird | 11/02/15 | 0.5 | Call with Oaktree Counsel to discuss transaction |
| Jamie Baird | 11/02/15 | 1.0 | Call with Company advisors to discuss critical vendors plus preparation |
| Jamie Baird | 11/02/15 | 1.5 | Prepared and Reviewed materials for UCC Call |
| Jamie Baird | 11/03/15 | 0.5 | Reviewed analysis related to financial projections |
| Jamie Baird | 11/03/15 | 1.0 | Preparation for UCC Call |
| Jamie Baird | 11/03/15 | 0.5 | UCC Advisors Call |
| Jamie Baird | 11/03/15 | 1.0 | UCC Call |
| Jamie Baird | 11/03/15 | 1.0 | Follow up call with Company advisors re: critical vendors |
| Jamie Baird | 11/05/15 | 1.0 | Reviewed analysis from Company related to KEIP/KERP |
| Jamie Baird | 11/05/15 | 1.0 | Calls with Company (and follow up) related to KEIP / KERP |
| Jamie Baird | 11/06/15 | 0.5 | Reviewed materials related to vendors |
| Jamie Baird | 11/09/15 | 1.0 | Internal PJT meeting |
| Jamie Baird | 11/09/15 | 0.5 | Reviewed materials for UCC call |
| Jamie Baird | 11/10/15 | 0.5 | Finalized term sheet |
| Jamie Baird | 11/10/15 | 1.0 | Call with Company and their advisors to discuss financial projections |
| Jamie Baird | 11/10/15 | 0.5 | Preparation for UCC call |
| Jamie Baird | 11/10/15 | 0.5 | UCC Advisors Call |
| Jamie Baird | 11/10/15 | 1.0 | UCC Call |
| Jamie Baird | 11/11/15 | 0.5 | Call with Company advisors |
| Jamie Baird | 11/12/15 | 1.0 | Internal UCC advisors call |
| Jamie Baird | 11/12/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Jamie Baird | 11/12/15 | 1.0 | Reviewed analysis related to backstop motion |
| Jamie Baird | 11/13/15 | 1.0 | Reviewed analysis related to backstop motion |
| Jamie Baird | 11/13/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Jamie Baird | 11/17/15 | 1.0 | Reviewed financial analysis |
| Jamie Baird | 11/18/15 | 1.0 | Reviewed disclosure statement and backstop agreement |
| Jamie Baird | 11/18/15 | 1.0 | Reviewed financial analysis related to D.S. & Backstop Agreement |
| Jamie Baird | 11/18/15 | 1.0 | Calls with counsel regarding disclosure statement and backstop agreement |
| Jamie Baird | 11/18/15 | 1.0 | Calls with debtor advisors regarding disclosure statement and backstop agreement |
| Jamie Baird | 11/19/15 | 1.0 | Internal meeting to discuss strategy |
| Jamie Baird | 11/19/15 | 0.5 | Call with counsel on strategy |
| Jamie Baird | 11/19/15 | 1.5 | Reviewed analysis with internal team |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 11/23/15 | 1.0 | Prepared presentation for UCC Call |
| Jamie Baird | 11/23/15 | 1.5 | Call with counsel on strategy + preparation |
| Jamie Baird | 11/23/15 | 0.5 | Call with Company and potential bidder |
| Jamie Baird | 11/23/15 | 1.5 | Call with Debtor & Advisors re diligence |
| Jamie Baird | 11/23/15 | 0.5 | Internal discussion re diligence |
| Jamie Baird | 11/24/15 | 0.5 | Follow up meeting re diligence |
| Jamie Baird | 11/24/15 | 1.0 | Reviewed legal filings re: license rejection |
| Jamie Baird | 11/24/15 | 0.5 | Prepared for UCC Call |
| Jamie Baird | 11/24/15 | 0.5 | UCC Advisors Call |
| Jamie Baird | 11/24/15 | 1.0 | UCC Call and follow up |
| Jamie Baird | 11/25/15 | 1.0 | Reviewed Secured Lender settlement proposal and related analysis |
| Jamie Baird | 11/29/15 | 2.0 | Reviewed and commented on legal documents |
| Jamie Baird | 11/30/15 | 1.0 | Internal meeting related to various analysis |
| Jamie Baird | 11/30/15 | 2.0 | Meeting with counsel related to litigation |
| Jamie Baird | 12/01/15 | 0.5 | Preparation for committee call |
| Jamie Baird | 12/01/15 | 1.5 | Listened to hearing |
| Jamie Baird | 12/02/15 | 0.5 | Preparation for committee call |
| Jamie Baird | 12/02/15 | 1.5 | Committee call and follow up |
| Jamie Baird | 12/02/15 | 1.0 | Reviewed materials related to 503b9 claims |
| Jamie Baird | 12/04/15 | 1.0 | Reviewed updated disclosure statement and rights offering documents |
| Jamie Baird | 12/08/15 | 0.5 | Preparation for Committee Call |
| Jamie Baird | 12/08/15 | 1.5 | Call with Committee and follow up |
| Jamie Baird | 12/09/15 | 1.0 | Call with HL and follow up discussion |
| Jamie Baird | 12/10/15 | 1.0 | Call with counsel and internal follow-up |
| Jamie Baird | 12/11/15 | 1.5 | Review of internal analysis related to plan |
| Jamie Baird | 12/14/15 | 1.0 | Call with Counsel on litigation |
| Jamie Baird | 12/14/15 | 1.5 | Calls with internal and external counsel on discovery |
| Jamie Baird | 12/14/15 | 1.0 | Review of financial analysis |
| Jamie Baird | 12/15/15 | 1.0 | Calls with counsel and internal meetings regarding discovery and expert report schedule |
| Jamie Baird | 12/16/15 | 1.0 | Call with counsel on strategy and reports and follow up work |
| Jamie Baird | 12/16/15 | 1.5 | UCC Call, prep and follow up |
| Jamie Baird | 12/16/15 | 0.5 | Reviewed financial analysis |
| Jamie Baird | 12/17/15 | 1.0 | Calls with counsel on various matters |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 12/22/15 | 3.0 | Meeting with Counsel plus preparation |
| Jamie Baird | 12/24/15 | 1.0 | Review PJSC Expert Report |
| Jamie Baird | 12/26/15 | 2.0 | Prepared and review PJT expert report |
| Jamie Baird | 12/27/15 | 2.0 | Prepared and review PJT expert report |
| Jamie Baird | 12/28/15 | 1.0 | Prepared and review PJT expert report |
| Jamie Baird | 12/29/15 | 2.0 | Prepared and review PJT expert report |
| Jamie Baird | 12/30/15 | 2.0 | Prepared and review PJT expert report |
| | | **77.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 11/02/15 | 1.5 | Call with counsel to discuss strategy plus preparation |
| Joshua Abramson | 11/02/15 | 1.0 | Call with Company advisors to discuss critical vendors plus preparation |
| Joshua Abramson | 11/02/15 | 1.5 | Prepared and Reviewed materials for UCC Call |
| Joshua Abramson | 11/03/15 | 1.5 | Prepared analysis related to financial projections |
| Joshua Abramson | 11/03/15 | 0.5 | Reviewed analysis related to financial projections |
| Joshua Abramson | 11/03/15 | 1.0 | Preparation for UCC Call |
| Joshua Abramson | 11/03/15 | 0.5 | UCC Advisors Call |
| Joshua Abramson | 11/03/15 | 1.0 | UCC Call |
| Joshua Abramson | 11/03/15 | 1.0 | Follow up call with Company advisors re: critical vendors |
| Joshua Abramson | 11/04/15 | 2.0 | Preparation for call with Company on financial projections |
| Joshua Abramson | 11/04/15 | 3.5 | Prepared analysis related to financial projections |
| Joshua Abramson | 11/04/15 | 1.0 | Call with Company on financial projections |
| Joshua Abramson | 11/05/15 | 1.5 | Reviewed analysis from Company related to KEIP/KERP |
| Joshua Abramson | 11/05/15 | 1.0 | Calls with Company (and follow up) related to KEIP / KERP |
| Joshua Abramson | 11/06/15 | 0.5 | Reviewed materials related to vendors |
| Joshua Abramson | 11/07/15 | 1.0 | Reviewed financial model |
| Joshua Abramson | 11/09/15 | 1.0 | Internal PJT meeting |
| Joshua Abramson | 11/09/15 | 0.5 | Prepared materials for UCC call |
| Joshua Abramson | 11/09/15 | 0.5 | Reviewed materials for UCC call |
| Joshua Abramson | 11/10/15 | 0.5 | Finalized term sheet |
| Joshua Abramson | 11/10/15 | 1.0 | Call with Company and their advisors to discuss financial projections |
| Joshua Abramson | 11/10/15 | 1.0 | Preparation for UCC call |
| Joshua Abramson | 11/10/15 | 0.5 | UCC Advisors Call |
| Joshua Abramson | 11/10/15 | 1.0 | UCC Call |
| Joshua Abramson | 11/12/15 | 1.0 | Internal UCC advisors call |
| Joshua Abramson | 11/12/15 | 1.5 | Reviewed documents related to critical vendors |
| Joshua Abramson | 11/12/15 | 2.0 | Prepared and reviewed analysis related to backstop motion |
| Joshua Abramson | 11/13/15 | 1.0 | Reviewed analysis related to backstop motion |
| Joshua Abramson | 11/13/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Joshua Abramson | 11/16/15 | 1.0 | Prepared materials for UCC Call |
| Joshua Abramson | 11/17/15 | 3.0 | Reviewed and prepared financial analysis |
| Joshua Abramson | 11/17/15 | 4.0 | Reviewed disclosure statement and backstop agreement |
| Joshua Abramson | 11/18/15 | 3.0 | Reviewed disclosure statement and backstop agreement |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 11/18/15 | 3.0 | Prepared and reviewed financial analysis related to D.S. & Backstop Agreement |
| Joshua Abramson | 11/18/15 | 1.0 | Calls with counsel regarding disclosure statement and backstop agreement |
| Joshua Abramson | 11/18/15 | 1.0 | Calls with debtor advisors regarding disclosure statement and backstop agreement |
| Joshua Abramson | 11/18/15 | 0.5 | prepare analysis related to litigation |
| Joshua Abramson | 11/19/15 | 1.0 | Discussions related to critical vendor |
| Joshua Abramson | 11/19/15 | 1.0 | Internal meeting to discuss strategy |
| Joshua Abramson | 11/19/15 | 0.5 | Call with counsel on strategy |
| Joshua Abramson | 11/19/15 | 1.0 | Review diligence provided by Company |
| Joshua Abramson | 11/19/15 | 0.5 | Prepared follow-up diligence list for the Company |
| Joshua Abramson | 11/19/15 | 1.5 | Reviewed analysis with internal team |
| Joshua Abramson | 11/19/15 | 1.0 | Updated analysis related to litigation |
| Joshua Abramson | 11/20/15 | 1.5 | Review materials provided by counsel |
| Joshua Abramson | 11/21/15 | 0.5 | Reviewed and responded to emails |
| Joshua Abramson | 11/22/15 | 0.5 | Reviewed and responded to emails |
| Joshua Abramson | 11/23/15 | 1.0 | Prepared presentation for UCC Call |
| Joshua Abramson | 11/23/15 | 1.5 | Call with counsel on strategy + preparation |
| Joshua Abramson | 11/23/15 | 0.5 | Call with Company and potential bidder |
| Joshua Abramson | 11/23/15 | 1.5 | Call with Debtor & Advisors re diligence |
| Joshua Abramson | 11/23/15 | 0.5 | Internal discussion re diligence |
| Joshua Abramson | 11/24/15 | 0.5 | Follow up meeting re diligence |
| Joshua Abramson | 11/24/15 | 1.0 | Reviewed legal filings re: license rejection |
| Joshua Abramson | 11/24/15 | 0.5 | Prepared for UCC Call |
| Joshua Abramson | 11/24/15 | 0.5 | UCC Advisors Call |
| Joshua Abramson | 11/24/15 | 1.0 | UCC Call and follow up |
| Joshua Abramson | 11/25/15 | 2.0 | Reviewed Secured Lender settlement proposal and prepared related analysis |
| Joshua Abramson | 11/27/15 | 1.5 | Reviewed and commented on legal documents |
| Joshua Abramson | 11/29/15 | 1.0 | Reviewed and commented on legal documents |
| Joshua Abramson | 11/30/15 | 1.0 | Internal meeting related to various analysis |
| Joshua Abramson | 11/30/15 | 1.5 | Meeting with counsel related to litigation |
| Joshua Abramson | 11/30/15 | 1.0 | Prepared follow up analysis relating to meeting |
| Joshua Abramson | 12/01/15 | 0.5 | Preparation for committee call |
| Joshua Abramson | 12/01/15 | 1.5 | Listened to hearing |
| Joshua Abramson | 12/02/15 | 0.5 | Preparation for committee call |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joshua Abramson | 12/02/15 | 1.5 | Committee call and follow up |
| Joshua Abramson | 12/02/15 | 1.0 | Reviewed materials related to 503b9 claims |
| Joshua Abramson | 12/03/15 | 0.5 | Call with FTI |
| Joshua Abramson | 12/03/15 | 1.0 | Reviewed materials related to equipment leases |
| Joshua Abramson | 12/03/15 | 0.5 | Reviewed materials related to 503b9 claims |
| Joshua Abramson | 12/04/15 | 1.5 | Reviewed updated disclosure statement and rights offering documents |
| Joshua Abramson | 12/06/15 | 1.0 | Reviewed and responded to emails.  Prepared materials responsive to request from counsel. |
| Joshua Abramson | 12/07/15 | 1.0 | Call with Counsel on deal strategy |
| Joshua Abramson | 12/08/15 | 1.0 | Preparation for Committee Call |
| Joshua Abramson | 12/08/15 | 1.5 | Call with Committee and follow up |
| Joshua Abramson | 12/10/15 | 1.5 | Call with counsel and internal follow-up |
| Joshua Abramson | 12/11/15 | 2.5 | Internal analysis related to plan |
| Joshua Abramson | 12/14/15 | 1.0 | Call with Counsel on litigation |
| Joshua Abramson | 12/14/15 | 1.5 | Calls with internal and external counsel on discovery |
| Joshua Abramson | 12/14/15 | 1.0 | Review of financial analysis |
| Joshua Abramson | 12/15/15 | 1.0 | Calls with counsel and internal meetings regarding discovery and expert report schedule |
| Joshua Abramson | 12/15/15 | 1.0 | Work related to discovery requests |
| Joshua Abramson | 12/16/15 | 1.0 | Call with counsel on strategy and reports and follow up work |
| Joshua Abramson | 12/16/15 | 0.5 | Work related to discovery requests |
| Joshua Abramson | 12/16/15 | 1.5 | Prepared and reviewed financial analysis |
| Joshua Abramson | 12/17/15 | 1.0 | Calls with counsel on various matters |
| Joshua Abramson | 12/17/15 | 1.5 | Internal work relating to discovery requests |
| Joshua Abramson | 12/22/15 | 3.0 | Meeting with Counsel plus preparation |
| Joshua Abramson | 12/24/15 | 3.0 | Review PJSC Expert Report |
| Joshua Abramson | 12/25/15 | 8.0 | Review PJSC expert report and prepare PJT expert report |
| Joshua Abramson | 12/26/15 | 4.0 | Prepare and review analysis related to PJT expert report |
| Joshua Abramson | 12/27/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| Joshua Abramson | 12/28/15 | 6.0 | Prepare and review analysis related to PJT expert report |
| Joshua Abramson | 12/29/15 | 6.5 | Prepare and review analysis related to PJT expert report |
| Joshua Abramson | 12/30/15 | 4.0 | Prepare and review analysis related to PJT expert report |
| | | **142.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 11/02/15 | 1.5 | Call with counsel to discuss strategy plus preparation |
| Samuel Rappaport | 11/02/15 | 1.0 | Call with Company advisors to discuss critical vendors plus preparation |
| Samuel Rappaport | 11/02/15 | 3.0 | Prepared materials for UCC Call |
| Samuel Rappaport | 11/03/15 | 3.0 | Prepared analysis related to financial projections |
| Samuel Rappaport | 11/03/15 | 1.0 | Preparation for UCC Call |
| Samuel Rappaport | 11/03/15 | 0.5 | UCC Advisors Call |
| Samuel Rappaport | 11/03/15 | 1.0 | UCC Call |
| Samuel Rappaport | 11/03/15 | 1.0 | Follow up call with Company advisors re: critical vendors |
| Samuel Rappaport | 11/04/15 | 1.0 | Preparation for call with Company on financial projections |
| Samuel Rappaport | 11/04/15 | 1.0 | Call with Company on financial projections |
| Samuel Rappaport | 11/04/15 | 2.0 | Performed follow up analysis relating to financial projections |
| Samuel Rappaport | 11/05/15 | 1.0 | Reviewed analysis from Company related to KEIP/KERP |
| Samuel Rappaport | 11/09/15 | 3.0 | Performed analysis for preparation of term sheet |
| Samuel Rappaport | 11/09/15 | 1.0 | Internal PJT meeting |
| Samuel Rappaport | 11/09/15 | 2.0 | Prepared materials for UCC call |
| Samuel Rappaport | 11/10/15 | 1.0 | Finalized term sheet |
| Samuel Rappaport | 11/10/15 | 1.0 | Call with Company and their advisors to discuss financial projections |
| Samuel Rappaport | 11/10/15 | 1.0 | Preparation for UCC call |
| Samuel Rappaport | 11/10/15 | 0.5 | UCC Advisors Call |
| Samuel Rappaport | 11/10/15 | 1.0 | UCC Call |
| Samuel Rappaport | 11/10/15 | 2.0 | Performed analysis related to financial projections |
| Samuel Rappaport | 11/12/15 | 1.0 | Internal UCC advisors call |
| Samuel Rappaport | 11/12/15 | 0.5 | Reviewed documents related to critical vendors |
| Samuel Rappaport | 11/12/15 | 4.0 | Performed analysis related to backstop motion |
| Samuel Rappaport | 11/13/15 | 3.0 | Performed analysis related to backstop motion |
| Samuel Rappaport | 11/13/15 | 1.0 | Call with Houlihan Lokey to discuss term sheet |
| Samuel Rappaport | 11/16/15 | 2.0 | Prepared materials for UCC Call |
| Samuel Rappaport | 11/17/15 | 2.0 | Reviewed Company model and prepared diligence list |
| Samuel Rappaport | 11/17/15 | 3.0 | Prepared financial analysis |
| Samuel Rappaport | 11/17/15 | 3.0 | Reviewed disclosure statement, backstop agreement and plan of reorganization |
| Samuel Rappaport | 11/18/15 | 1.0 | Reviewed disclosure statement, backstop agreement and plan of reorganization |
| Samuel Rappaport | 11/18/15 | 2.0 | Prepared financial analysis related to disclosure statement and backstop agreement |
| Samuel Rappaport | 11/18/15 | 1.0 | Calls with counsel regarding disclosure statement and backstop agreement |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 11/18/15 | 1.0 | Calls with debtor advisors regarding disclosure statement and backstop agreement |
| Samuel Rappaport | 11/19/15 | 1.0 | Reviewed Company model and prepared diligence list |
| Samuel Rappaport | 11/19/15 | 0.5 | Call with counsel on strategy |
| Samuel Rappaport | 11/19/15 | 3.0 | Review diligence provided by Company |
| Samuel Rappaport | 11/19/15 | 1.5 | Prepared follow-up diligence list for the Company |
| Samuel Rappaport | 11/19/15 | 1.5 | Reviewed analysis with internal team |
| Samuel Rappaport | 11/20/15 | 1.5 | Review materials provided by counsel |
| Samuel Rappaport | 11/22/15 | 1.5 | Reviewed diligence materials provided by Company |
| Samuel Rappaport | 11/23/15 | 2.0 | Prepared presentation for UCC Call |
| Samuel Rappaport | 11/23/15 | 1.5 | Call with counsel on strategy + preparation |
| Samuel Rappaport | 11/23/15 | 1.5 | Call with Company and their advisors to discuss diligence items |
| Samuel Rappaport | 11/24/15 | 0.5 | Follow up meeting re: diligence |
| Samuel Rappaport | 11/24/15 | 0.5 | Reviewed legal filings re: license rejection |
| Samuel Rappaport | 11/24/15 | 1.0 | Prepared for UCC Call |
| Samuel Rappaport | 11/24/15 | 0.5 | UCC Advisors Call |
| Samuel Rappaport | 11/24/15 | 1.0 | UCC Call and follow up |
| Samuel Rappaport | 11/25/15 | 3.0 | Reviewed Secured Lender settlement proposal and prepared related analysis |
| Samuel Rappaport | 11/29/15 | 2.0 | Reviewed and commented on legal documents |
| Samuel Rappaport | 11/30/15 | 1.0 | Internal meeting related to various analysis |
| Samuel Rappaport | 11/30/15 | 1.5 | Meeting with counsel related to litigation |
| Samuel Rappaport | 11/30/15 | 2.0 | Prepared follow up analysis relating to meeting |
| Samuel Rappaport | 12/01/15 | 0.5 | Preparation for committee call |
| Samuel Rappaport | 12/01/15 | 1.5 | Listened to hearing |
| Samuel Rappaport | 12/02/15 | 0.5 | Preparation for committee call |
| Samuel Rappaport | 12/02/15 | 1.0 | Committee call and follow up |
| Samuel Rappaport | 12/02/15 | 0.5 | Reviewed materials related to 503b9 claims |
| Samuel Rappaport | 12/03/15 | 0.5 | Reviewed materials related to 503b9 claims |
| Samuel Rappaport | 12/04/15 | 2.0 | Reviewed updated disclosure statement and rights offering documents |
| Samuel Rappaport | 12/07/15 | 1.0 | Call with Counsel on deal strategy |
| Samuel Rappaport | 12/08/15 | 0.5 | Preparation for Committee Call |
| Samuel Rappaport | 12/08/15 | 1.5 | Call with Committee and follow up |
| Samuel Rappaport | 12/10/15 | 1.5 | Call with counsel and internal follow-up |
| Samuel Rappaport | 12/11/15 | 3.0 | Internal analysis related to plan |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 12/14/15 | 1.0 | Call with Counsel on litigation |
| Samuel Rappaport | 12/14/15 | 1.5 | Calls with internal and external counsel on discovery |
| Samuel Rappaport | 12/14/15 | 2.0 | Performed financial analysis |
| Samuel Rappaport | 12/15/15 | 1.0 | Calls with counsel and internal meetings regarding discovery and expert report schedule |
| Samuel Rappaport | 12/15/15 | 1.5 | Work related to discovery requests |
| Samuel Rappaport | 12/16/15 | 2.0 | Call with counsel on strategy and reports and follow up work |
| Samuel Rappaport | 12/16/15 | 3.0 | Prepared and reviewed financial analysis |
| Samuel Rappaport | 12/17/15 | 1.0 | Calls with counsel on various matters |
| Samuel Rappaport | 12/17/15 | 1.5 | Internal work relating to discovery requests |
| Samuel Rappaport | 12/22/15 | 4.0 | Meeting with Counsel plus preparation |
| Samuel Rappaport | 12/24/15 | 6.0 | Review PJSC Expert Report |
| Samuel Rappaport | 12/25/15 | 2.0 | Review PJSC expert report and prepare PJT expert report |
| Samuel Rappaport | 12/26/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 12/27/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 12/28/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 12/29/15 | 4.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 12/30/15 | 5.0 | Prepare and review analysis related to PJT expert report |
| | | **147.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2016 THROUGH JANUARY 29, 2016**

| Professional | Title | Hours |
|---|---|---|
| Michael Genereux | Partner | 48.0 |
| Jamie Baird | Partner | 74.0 |
| Joshua Abramson | Vice President | 106.5 |
| Samuel Rappaport | Analyst | 135.0 |
| | **Total** | **363.5** |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2016 THROUGH JANUARY 29, 2016**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Genereux | 01/03/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Michael Genereux | 01/04/16 | 1.0 | Prepare and review analysis related to PJT expert report |
| Michael Genereux | 01/05/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Michael Genereux | 01/06/16 | 2.0 | Prepare and review analysis related to PJT expert report |
| Michael Genereux | 01/08/16 | 3.0 | Meeting with counsel and internal team related to PJT expert report |
| Michael Genereux | 01/09/16 | 1.0 | Prepare and review analysis related to PJT expert report |
| Michael Genereux | 01/10/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Michael Genereux | 01/11/16 | 2.0 | Prepare and review analysis related to PJT expert report |
| Michael Genereux | 01/12/16 | 0.5 | UCC Advisors Call |
| Michael Genereux | 01/13/16 | 1.0 | UCC Call and follow up |
| Michael Genereux | 01/14/16 | 2.0 | Mediation preparation |
| Michael Genereux | 01/15/16 | 2.0 | Calls and analysis related to Mediation preparation |
| Michael Genereux | 01/18/16 | 10.0 | Mediation |
| Michael Genereux | 01/19/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Michael Genereux | 01/19/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Michael Genereux | 01/20/16 | 1.0 | Reviewed PJSC Rebuttal Report |
| Michael Genereux | 01/20/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Michael Genereux | 01/22/16 | 1.0 | Reviewed Houlihan Rebuttal Report |
| Michael Genereux | 01/26/16 | 1.5 | Calls with counsel and committee related to settlement discussions |
| Michael Genereux | 01/27/16 | 2.0 | Calls and analysis related to settlement discussions |
| Michael Genereux | 01/27/16 | 1.0 | Calls with secured lender advisors related to settlement |
| Michael Genereux | 01/27/16 | 3.0 | Calls with counsel and committee related to settlement discussions |
| Michael Genereux | 01/28/16 | 2.0 | Analysis related to settlement and review of plan documents |
| | | **48.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2016 THROUGH JANUARY 29, 2016**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie Baird | 01/02/16 | 2.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/04/16 | 2.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/05/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/06/16 | 2.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/07/16 | 2.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/08/16 | 6.0 | Meeting with counsel and internal team related to PJT expert report |
| Jamie Baird | 01/08/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/09/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/10/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/11/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Jamie Baird | 01/12/16 | 0.5 | UCC Advisors Call |
| Jamie Baird | 01/12/16 | 1.0 | UCC Call and follow up |
| Jamie Baird | 01/12/16 | 2.0 | Assist counsel in legal briefs and mediation preparation |
| Jamie Baird | 01/13/16 | 3.0 | Mediation preparation |
| Jamie Baird | 01/14/16 | 4.0 | Calls and analysis related to Mediation preparation |
| Jamie Baird | 01/15/16 | 10.0 | Mediation |
| Jamie Baird | 01/17/16 | 1.0 | Call with Oaktree related to settlement discussions |
| Jamie Baird | 01/18/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Jamie Baird | 01/19/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Jamie Baird | 01/19/16 | 1.5 | Reviewed PJSC Rebuttal Report |
| Jamie Baird | 01/19/16 | 1.0 | Preparation with counsel for depositions |
| Jamie Baird | 01/20/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Jamie Baird | 01/20/16 | 1.5 | Reviewed Houlihan Rebuttal Report |
| Jamie Baird | 01/22/16 | 1.5 | Calls with counsel and committee related to settlement discussions |
| Jamie Baird | 01/22/16 | 2.0 | Attended HL deposition, related meetings, settlement discussions |
| Jamie Baird | 01/23/16 | 1.0 | Discussions related to settlement details |
| Jamie Baird | 01/24/16 | 1.0 | Discussions related to settlement details |
| Jamie Baird | 01/26/16 | 2.0 | Calls and analysis related to settlement discussions |
| Jamie Baird | 01/27/16 | 1.0 | Calls with secured lender advisors related to settlement |
| Jamie Baird | 01/27/16 | 3.0 | Calls with counsel and committee related to settlement discussions |
| Jamie Baird | 01/28/16 | 2.0 | Analysis related to settlement and review of plan documents |
| Jamie Baird | 01/28/16 | 2.0 | Listened to Confirmation Hearing |
| Jamie Baird | 01/29/16 | 1.0 | Responded to UCC questions on plan |
| | | **74.0** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2016 THROUGH JANUARY 29, 2016**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Josh Abramson | 01/02/16 | 9.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/03/16 | 4.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/04/16 | 11.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/05/16 | 12.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/06/16 | 8.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/07/16 | 4.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/07/16 | 3.0 | Review discovery documents with Counsel |
| Josh Abramson | 01/08/16 | 5.0 | Meeting with counsel and internal team related to PJT expert report |
| Josh Abramson | 01/08/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/09/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/10/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/11/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Josh Abramson | 01/12/16 | 0.5 | UCC Advisors Call |
| Josh Abramson | 01/12/16 | 1.0 | UCC Call and follow up |
| Josh Abramson | 01/12/16 | 3.0 | Assist counsel in legal briefs and mediation preparation |
| Josh Abramson | 01/13/16 | 3.0 | Mediation preparation |
| Josh Abramson | 01/14/16 | 8.0 | Calls and analysis related to Mediation preparation |
| Josh Abramson | 01/15/16 | 10.0 | Mediation |
| Josh Abramson | 01/18/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Josh Abramson | 01/26/16 | 2.0 | Calls and analysis related to settlement discussions |
| Josh Abramson | 01/27/16 | 1.0 | Calls with secured lender advisors related to settlement |
| Josh Abramson | 01/27/16 | 3.0 | Calls with counsel and committee related to settlement discussions |
| Josh Abramson | 01/27/16 | 1.0 | Analysis related to settlement discussions |
| Josh Abramson | 01/28/16 | 2.0 | Analysis related to settlement and review of plan documents |
| Josh Abramson | 01/28/16 | 2.0 | Listened to Confirmation Hearing |
| Josh Abramson | 01/29/16 | 1.0 | Responded to UCC questions on plan |
| | | **106.5** | |

**PJT PARTNERS INC.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2016 THROUGH JANUARY 29, 2016**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Samuel Rappaport | 01/02/16 | 10.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/03/16 | 10.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/04/16 | 10.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/05/16 | 12.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/06/16 | 9.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/07/16 | 6.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/07/16 | 3.0 | Review discovery documents with Counsel |
| Samuel Rappaport | 01/08/16 | 6.0 | Meeting with counsel and internal team related to PJT expert report |
| Samuel Rappaport | 01/08/16 | 3.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/09/16 | 4.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/10/16 | 4.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/11/16 | 6.0 | Prepare and review analysis related to PJT expert report |
| Samuel Rappaport | 01/12/16 | 0.5 | UCC Advisors Call |
| Samuel Rappaport | 01/12/16 | 1.0 | UCC Call and follow up |
| Samuel Rappaport | 01/12/16 | 3.0 | Assist counsel in legal briefs and mediation preparation |
| Samuel Rappaport | 01/13/16 | 3.0 | Mediation preparation |
| Samuel Rappaport | 01/14/16 | 8.0 | Calls and analysis related to Mediation preparation |
| Samuel Rappaport | 01/15/16 | 10.0 | Mediation |
| Samuel Rappaport | 01/18/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Samuel Rappaport | 01/19/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Samuel Rappaport | 01/19/16 | 3.0 | Reviewed PJSC Rebuttal Report |
| Samuel Rappaport | 01/19/16 | 2.0 | Preparation with counsel for depositions |
| Samuel Rappaport | 01/20/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Samuel Rappaport | 01/20/16 | 2.0 | Reviewed Houlihan Rebuttal Report |
| Samuel Rappaport | 01/20/16 | 8.0 | Attended depositions |
| Samuel Rappaport | 01/22/16 | 1.5 | Calls with counsel and committee related to settlement discussions |
| Samuel Rappaport | 01/25/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Samuel Rappaport | 01/26/16 | 1.0 | Calls and analysis related to settlement discussions |
| Samuel Rappaport | 01/27/16 | 1.0 | Calls with counsel and committee related to settlement discussions |
| Samuel Rappaport | 01/27/16 | 1.0 | Analysis related to settlement discussions |
| Samuel Rappaport | 01/28/16 | 2.0 | Listened to Confirmation Hearing |
| Samuel Rappaport | 01/29/16 | 1.0 | Responded to UCC questions on plan |
| | | **135.0** | |