**APPENDIX E**

# PJT Partners LP

February 26, 2016

Andrew Bruenjes
Quiksilver, Inc.
5600 Argosy Circle, #100
Huntington Beach, CA 92649

| | | |
|---|---|---:|
| Pro-rated Monthly Fee for the period of September 29, 2015 through September 30, 2015:[1] | $ | 10,000.00 |
| Monthly Fee for the period of October 1, 2015 through October 31, 2015: | | 150,000.00 |
| Out-of-pocket expenses processed for the period through October 31, 2015:[2] | | |
|     Legal Expenses    $   6,120.00 | | 6,120.00 |
| **Total Amount Due** | **$** | **166,120.00** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP
Finance Department- 16th Floor
Account # 80003266582

**Invoice No. 10000248**

---

[1] Amount calculated as follows: 2 days out of 30 days multiplied by $150,000.
[2] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
280 Park Avenue
New York, NY 10017
212 364-7800

INVOICE NO. 423059

November 19, 2015

PJT PARTNERS LP RESTRUCTURING
ADVISORY

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

---

For all professional services rendered and recorded
    through November 19, 2015, in connection with
    PJT Partners LP's engagement and retention in
    the Quiksilver bankruptcy proceeding.      $    6,120

AMOUNT DUE      $    6,120

PLEASE SEND REMITTANCE TO:     SIMPSON THACHER & BARTLETT LLP
    P. O. BOX 29008
    NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:     JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
    FOR THE ACCOUNT OF
    SIMPSON THACHER & BARTLETT LLP
    ACCOUNT #127-0-57338
    ABA #021000021
    SWIFT CODE : CHASUS33
    PLEASE CONFIRM WIRE INSTRUCTIONS BY CALLING
    ACCOUNTS RECEIVABLE DEPARTMENT 212-455-2576
PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:     13-5395280

CLIENT:    002467           PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:    0013             QUIKSILVER

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| GRAFF, ELISHA D. | 10/21/15 | PJT/ Quiksilver -- prep retention app. | 1.00 |
| GRAFF, ELISHA D. | 10/22/15 | PJT/ Quiksilver -- prep retention docs. | 1.20 |
| GRAFF, ELISHA D. | 10/25/15 | PJT/ Quiksilver -- emails w/ A Kim-Rosen re: conflict check. | 0.40 |
| GRAFF, ELISHA D. | 10/26/15 | T/cs w/ Annah Kim-Rosen re: conflicts check (.4), review retention docs and prep compliance declaration (1.9), t/cs w/ Annah Kim-Rosen re: compliance declaration (.2). | 2.50 |
| | | **MATTER TOTAL** | **5.10** |

# PJT Partners LP

February 26, 2016

Andrew Bruenjes
Quiksilver, Inc.
5600 Argosy Circle, #100
Huntington Beach, CA 92649

| | |
|---|---:|
| Monthly Fee for the period of November 1, 2015 through November 30, 2015: | $ 150,000.00 |
| Monthly Fee for the period of December 1, 2015 through December 31, 2015: | 150,000.00 |
| **Total Amount Due**[1] | **$ 300,000.00** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP
Finance Department- 16th Floor
Account # 80003266582

**Invoice No. 10000503**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
280 Park Avenue
New York, NY 10017
212 364-7800

# PJT Partners LP

March 7, 2016

Andrew Bruenjes
Quiksilver, Inc.
5600 Argosy Circle, #100
Huntington Beach, CA 92649

| | | | | |
|---|---|---|---|---|
| Monthly Fee pro-rated for the period of January 1, 2016 through January 29, 2016: | | | $ | 140,322.58 |
| Restructuring Fee: | | | | 2,000,000.00 |

Out-of-pocket expenses proceesed for the period through January 29, 2016:

| | | | |
|---|---|---|---|
| Airfare | $ | 7,501.75 | |
| Ground Transportation | | 5,492.91 | |
| Communications | | 169.75 | |
| Meals | | 1,255.93 | |
| Lodging | | 4,304.40 | 18,724.74 |
| **Total Amount Due** | | | **$ 2,159,047.32** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP
Finance Department- 16th Floor
Account # 80003266582

Invoice No. 10000683

**PJT Partners LP**
280 Park Avenue
New York, NY 10017
212 364-7800

**Quiksilver**
**Summary of Expenses**

|  | GL Detail Feb-2016 | Total Expenses |
|---|---:|---:|
| Airfare | $ 7,501.75 | $ **7,501.75** |
| Ground Transportation | 5,492.91 | **5,492.91** |
| Communications | 169.75 | **169.75** |
| Employee Meals | 1,255.93 | **1,255.93** |
| Lodging | 4,304.40 | **4,304.40** |
| **Total Expenses** | $ **18,724.74** | $ **18,724.74** |

| | |
|---|---:|
| **Airfare** | $ **7,501.75** |
| **Ground Transportation** | **5,492.91** |
| **Communications** | **169.75** |
| **Meals** | **1,255.93** |
| **Lodging** | **4,304.40** |
| **Total Expenses** | $ **18,724.74** |

**Quiksilver**
**Details of Expenses Processed**
**Through January 29, 2016**
**Invoice No. 10000683**

**Airfare**

| Description | Date | Amount |
|---|---|---|
| Abramson (travel agency fee for booking of flight to Los Angeles, CA from Queens, NY on 10/08 & 10/09/15) | 10/07/15 | 35.00 |
| Abramson (round trip coach class flight to/from Los Angeles, CA from/to Queens, NY) | 10/08/15 - 10/09/15 | 1,465.35 |
| Abramson (travel agency fee for flight to/from Los Angeles, CA from/to Queens, NY on 10/20 & 10/21/15) | 10/20/15 | 35.00 |
| Abramson (round trip coach class flight to/from Los Angeles, CA from/to Queens, NY) | 10/20/15 - 10/21/15 | 1,465.35 |
| Baird (travel agency fee for flight to/from Los Angeles, CA from/to Queens, NY on 10/20 & 10/21/15) | 10/20/15 | 35.00 |
| Baird (round trip coach class flight to/from Los Angeles, CA from/to Queens, NY) | 10/20/15 - 10/21/15 | 1,465.35 |
| Rappaport (travel agency fee for flight to/from Los Angeles, CA from/to Queens, NY on 10/20 & 10/21/15) | 10/20/15 | 35.00 |
| Rappaport (round trip coach class flight to/from Los Angeles, CA from/to Queen, NY) | 10/20/15 - 10/21/15 | 1,465.35 |
| Rappaport (round trip coach class flight to/from Los Angeles, CA from/to Queens, NY) | 01/19/16 - 01/20/16 | 1,465.35 |
| Rappaport (travel agency fee for flight to/from Los Angeles, CA from/to Queens, NY on 01/19 & 01/20/16) | 01/21/16 | 35.00 |
| **Subtotal - Airfare** | | **$ 7,501.75** |

**Ground Transportation**

| Description | Date | Amount |
|---|---|---|
| Abramson (weeknight taxi home from office after working late) | 10/05/15 | 11.75 |
| Abramson (weeknight taxi home from office after working late) | 10/07/15 | 11.76 |
| Abramson (taxi to JFK Airport in Queens, NY from office) | 10/08/15 | 116.35 |
| Abramson (taxi to hotel from airport in Los Angeles, CA) | 10/09/15 | 54.30 |
| Abramson (taxi to client meeting from hotel in Los Angeles, CA) | 10/09/15 | 18.54 |
| Abramson (taxi home from JFK Airport in Queens, NY) | 10/09/15 | 69.99 |
| Abramson (weeknight taxi home from office after working late) | 10/09/15 | 11.75 |
| Abramson (weekend taxi to office from home) | 10/10/15 | 11.11 |
| Abramson (travel agency fee for booking of train travel to Wilmington, DE from New York, NY) | 10/13/15 | 35.00 |
| Abramson (one-way train travel to Wilmington, DE from New York, NY) | 10/13/15 | 163.00 |
| Abramson (weeknight taxi home from office after working late) | 10/13/15 | 24.33 |
| Abramson (taxi to New York Penn Station from home) | 10/14/15 | 27.34 |
| Abramson (travel agency fee for booking of train travel to New York, NY from New York, NY) | 10/14/15 | 35.00 |
| Abramson (one-way train travel to New York, NY from Wilmington, DE) | 10/15/15 | 124.00 |
| Abramson (weeknight taxi home from New York Penn Station) | 10/15/15 | 59.85 |
| Abramson (taxi to JFK Airport in Queens, NY from office) | 10/20/15 | 64.21 |
| Abramson (car service to hotel from airport in Los Angeles, CA) | 10/20/15 | 181.78 |
| Abramson (taxi to client meeting from hotel in Los Angeles, CA) | 10/21/15 | 16.47 |
| Abramson (car service home from JFK Airport in Queens, NY) | 10/22/15 | 72.97 |
| Abramson (travel agency fee for booking of train travel to/from Wilmington, DE from/to New York, NY) | 10/27/15 | 35.00 |
| Abramson (one-way train travel to Wilmington, DE from New York, NY) | 10/27/15 | 124.00 |
| Abramson (weeknight taxi home from office after working late) | 10/27/15 | 11.76 |
| Abramson (one-way train travel to New York, NY from Wilmington, DE) | 10/28/15 | 183.00 |
| Abramson (taxi home from New York Penn Station) | 10/28/15 | 63.47 |
| Abramson (taxi to courthouse from train station in Wilmington, DE) | 10/28/15 | 5.75 |
| Abramson (taxi to New York Penn Station from office) | 10/28/15 | 13.24 |
| Baird (car service home from office after working late) | 10/01/15 | 154.09 |
| Baird (car service home from office after working late) | 10/07/15 | 149.99 |
| Baird (one-way train travel to Wilmington, DE from New York, NY) | 10/13/15 | 124.00 |
| Baird (car service home from New York Penn Station) | 10/14/15 | 224.39 |
| Baird (one-way train travel to Wilmington, DE from Stamford, CT) | 10/15/15 | 127.00 |
| Baird (early morning car service to New York, NY from home) | 10/16/15 | 210.75 |
| Baird (car service home from train station in Stamford, CT) | 10/16/15 | 58.00 |
| Baird (car service to office from JFK Airport in Queens, NY) | 10/21/15 | 150.07 |
| Baird (car service home from office after working late) | 10/26/15 | 152.47 |
| Baird (one-way train travel to Wilmington, DE from New York, NY) | 10/27/15 | 124.00 |
| Baird (one-way train travel to Stamford, CT from Wilmington, DE) | 10/28/15 | 127.00 |
| Baird (weeknight taxi home from train station in Stamford, CT) | 10/28/15 | 57.40 |
| Baird (car service home from client dinner meeting in New York, NY) | 01/14/16 | 229.93 |
| Genereux (travel agency fee for booking of train travel to Wilmington, DE from New York, NY) | 10/09/15 | 35.00 |
| Genereux (one-way train travel to Wilmington, DE from New York, NY) | 10/09/15 | 139.00 |
| Genereux (one-way train travel to Wilmington, DE from New York, NY) | 10/13/15 | 126.00 |
| Genereux (travel agency fee for booking of train travel to Stamford, CT from Wilmington, DE) | 10/14/15 | 21.00 |
| Genereux (one-way train travel to Stamford, CT from Wilmington, DE) | 10/13/15 | 127.00 |
| Genereux (taxi to courthouse from train station in Wilmington, DE) | 10/15/15 | 10.00 |
| Genereux (taxi to train station from courthouse in Wilmington, DE) | 10/15/15 | 15.00 |
| Genereux (taxi home from train station in Stamford, CT) | 10/15/15 | 59.20 |
| Genereux (travel agency fee for booking of train travel to Wilmington, DE from New York, NY) | 10/19/15 | 35.00 |
| Rappaport (weeknight taxi home from office after working late) | 10/01/15 | 12.22 |
| Rappaport (weeknight taxi home from office after working late) | 10/02/15 | 11.59 |
| Rappaport (weekend taxi to office from home) | 10/03/15 | 12.95 |
| Rappaport (weekend taxi home from office) | 10/03/15 | 18.50 |
| Rappaport (weekend taxi to office from home) | 10/04/15 | 16.12 |
| Rappaport (weeknight taxi home from office after working late) | 10/05/15 | 11.89 |
| Rappaport (weeknight taxi home from office after working late) | 10/06/15 | 13.60 |
| Rappaport (taxi to office from client meeting in New York, NY) | 10/13/15 | 16.53 |
| Rappaport (taxi to client dinner meeting in New York, NY) | 10/15/15 | 19.22 |
| Rappaport (taxi to client meeting in New York, NY) | 10/17/15 | 24.14 |
| Rappaport (weeknight taxi home from office after working late) | 10/17/15 | 33.16 |
| Rappaport (weeknight taxi home from office after working late) | 10/19/15 | 23.60 |
| Rappaport (taxi to JFK Airport in Queens, NY from office) | 10/20/15 | 128.17 |
| Rappaport (taxi to hotel in Costa mesa from airport in Los Angeles, CA) | 10/20/15 | 169.40 |
| Rappaport (taxi while traveling) | 10/21/15 | 46.48 |
| Rappaport (taxi home from JFK Airport in Queens, NY) | 10/21/15 | 71.68 |
| Rappaport (weeknight taxi home from office after working late) | 10/22/15 | 15.80 |
| Rappaport (weekend taxi to office from home) | 10/24/15 | 24.87 |
| Rappaport (weeknight taxi home from office after working late) | 10/26/15 | 12.70 |
| Rappaport (weeknight taxi home from office after working late) | 10/27/15 | 13.08 |
| Rappaport (weekend taxi to office from home) | 10/30/15 | 12.71 |
| Rappaport (weeknight taxi home from office after working late) | 10/31/15 | 31.03 |
| Rappaport (weeknight taxi home from office after working late) | 11/11/15 | 13.54 |
| Rappaport (weeknight taxi home from office after working late) | 11/12/15 | 14.49 |

**Quiksilver**
**Details of Expenses Processed**
**Through January 29, 2016**
**Invoice No. 10000683**

| Description | Date | Amount | |
|---|---|---|---|
| Rappaport (weekend taxi home from office) | 11/14/15 | 14.20 | |
| Rappaport (weekend taxi home from office) | 11/15/15 | 20.11 | |
| Rappaport (weeknight taxi home from office after working late) | 11/16/15 | 15.21 | |
| Rappaport (weeknight taxi home from office after working late) | 11/18/15 | 31.77 | |
| Rappaport (weeknight taxi home from office after working late) | 11/19/15 | 28.58 | |
| Rappaport (weeknight taxi home from office after working late) | 12/11/15 | 16.13 | |
| Rappaport (Weekend taxi home from office) | 12/12/15 | 16.13 | |
| Rappaport (weeknight taxi home from office after working late) | 12/22/15 | 11.36 | |
| Rappaport (weekend taxi home from office) | 01/04/16 | 12.90 | |
| Rappaport (weekend taxi home from office) | 01/03/16 | 27.89 | |
| Rappaport (weekend taxi to office from home) | 01/03/16 | 10.21 | |
| Rappaport (weeknight taxi home from office after working late) | 01/06/16 | 21.76 | |
| Rappaport (weeknight taxi home from office after working late) | 01/06/16 | 23.60 | |
| Rappaport (weeknight taxi home from office after working late) | 01/07/16 | 33.21 | |
| Rappaport (weeknight taxi home from office after working late) | 01/08/16 | 22.18 | |
| Rappaport (weekend taxi to office from home) | 01/10/16 | 27.17 | |
| Rappaport (weekend taxi home from office) | 01/10/16 | 11.55 | |
| Rappaport (weeknight taxi home from office after working late) | 01/09/16 | 26.69 | |
| Rappaport (weekend taxi home from office) | 01/11/16 | 22.26 | |
| Rappaport (weeknight taxi home from office after working late) | 01/12/16 | 22.43 | |
| Rappaport (weeknight taxi home from office after working late) | 01/13/16 | 24.32 | |
| Rappaport (weeknight taxi home from office after working late) | 01/14/16 | 22.92 | |
| Rappaport (weeknight taxi home from office after working late) | 01/14/16 | 16.55 | |
| Rappaport (late night document document delivery J. Baird's residence) | 01/08/16 | 77.14 | |
| Rappaport (taxi to JFK Airport in Queens, NY from office) | 01/19/16 | 68.76 | |
| Rappaport (taxi home from JFK Airport in Queens, NY) | 01/21/16 | 69.15 | |
| Rappaport (weeknight taxi home from office after working late) | 01/22/16 | 29.25 | |
| **Subtotal - Ground Transportation** | | | **5,492.91** |

**Communications**

| Description | Date | Amount | |
|---|---|---|---|
| Abramson (wi-fi access while traveling) | 10/08/15 | 39.95 | |
| Abramson (wi-fi access while traveling) | 10/20/15 | 33.95 | |
| Baird (wi-fi access while traveling) | 10/20/15 | 33.95 | |
| Rappaport (wi-fi access while traveling) | 10/20/15 | 34.95 | |
| Rappaport (wi-fi access while traveling) | 01/20/16 | 26.95 | |
| **Subtotal - Communications** | | | **169.75** |

**Employee Meals**

| Description | Date | Amount | |
|---|---|---|---|
| Abramson (weeknight working dinner meal @ office while working late) | 10/06/15 | 16.33 | |
| Abramson (weeknight working dinner meal @ JFK Airport in Queens, NY) | 10/08/15 | 30.16 | |
| Abramson (working meal with A. Querishi, J. Izkowitz, J. Sorkin & J. Abramson in Los Angeles, CA) | 10/09/15 | 140.00 | |
| Abramson (working meal @ hotel in Los Angeles, CA) | 10/10/15 | 4.36 | |
| Abramson (working meal while traveling) | 10/14/15 | 6.70 | |
| Abramson (working meal while traveling) | 10/15/15 | 25.25 | |
| Abramson (working meal while traveling) | 10/15/15 | 35.00 | |
| Abramson (working meal with J. Baird while traveling) | 10/20/15 | 35.00 | |
| Abramson (working meal @ hotel in Cost Mesa, CA) | 10/21/15 | 14.03 | |
| Abramson (weeknight working dinner meal @ office while working late) | 10/22/15 | 15.73 | |
| Abramson (working meal while traveling) | 10/22/15 | 35.00 | |
| Abramson (weeknight taxi home from office after working late) | 10/27/15 | 11.76 | |
| Abramson (working meal while traveling) | 10/28/15 | 6.50 | |
| Abramson (weeknight working dinner meal @ office while working late) | 10/29/15 | 22.86 | |
| Abramson (weeknight working dinner meal @ office while working late) | 11/04/15 | 34.65 | |
| Abramson (weeknight working dinner meal @ office while working late) | 11/09/15 | 37.29 | |
| Baird (working lunch meal while in Wilmington, DE) | 10/15/15 | 8.25 | |
| Baird (working meal @ hotel in Wilmington, DE) | 10/16/15 | 35.00 | |
| Baird (working meal while in Los Angeles, CA) | 10/21/15 | 32.47 | |
| Baird (working meal while in Los Angeles, CA) | 10/21/15 | 35.00 | |
| Baird (working meal while in Wilmington, DE) | 10/28/15 | 8.50 | |
| Genereux (working meal while traveling) | 10/15/15 | 3.15 | |
| Genereux (working meal while traveling) | 10/15/15 | 23.50 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 10/01/15 | 35.41 | |
| Rappaport (weekend working dinner meal @ office) | 10/03/15 | 36.42 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 10/05/15 | 13.50 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 10/12/15 | 35.06 | |
| Rappaport (weekend working dinner meal @ office) | 10/17/15 | 25.25 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 10/27/15 | 26.13 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 10/30/15 | 25.92 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 11/01/15 | 20.50 | |
| Rappaport (catered meal for client dinner meeting) | 12/21/15 | 211.22 | |
| Rappaport (weekend working lunch meal @ office) | 01/02/16 | 18.51 | |
| Rappaport (weekend working lunch meal @ office) | 01/03/16 | 16.27 | |
| Rappaport (weekend working dinner meal @ office) | 01/04/16 | 33.81 | |
| Rappaport (weekend working dinner meal @ office) | 01/03/16 | 34.72 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 01/07/16 | 34.97 | |
| Rappaport (weekend working lunch meal @ office) | 01/10/16 | 19.60 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 01/12/16 | 22.54 | |
| Rappaport (weeknight working dinner meal @ office while working late) | 01/15/16 | 29.61 | |
| **Subtotal - Employee Meals** | | | **1,255.93** |

**Lodging**

| Description | Date | Amount |
|---|---|---|
| Abramson (one-day hotel stay in Los Angeles, CA) | 10/08/15 - 10/09/15 | 550.14 |
| Abramson (1 day hotel stay in Wilmington, DE) | 10/14/15 - 10/15/15 | 396.28 |
| Abramson (1 day hotel stay in Costa Mesa, CA) | 10/20/15 - 10/21/15 | 403.43 |
| Baird (2 day hotel stay in Wilmington, DE) | 10/13/15 - 10/15/15 | 695.90 |
| Baird (1 day hotel stay in Mesa, CA) | 10/20/15 - 10/21/15 | 551.93 |

**Quiksilver**
**Details of Expenses Processed**
**Through January 29, 2016**
**Invoice No. 10000683**

| | | |
|---|---|---:|
| Genereux (1 day hotel stay in Wilmington, DE) | 10/13/15 - 10/14/15 | 381.70 |
| Genereux (1 day hotel stay in Wilmington, DE) | 10/14/15 - 10/15/15 | 468.15 |
| Rapport (1 day hotel stay in Costa, Mesa, CA) | 10/20/15 - 10/21/15 | 403.43 |
| Rapport (1 day hotel stay in Los Angeles, CA)) | 01/19/16 - 01/20/16 | 453.44 |
| | **Subtotal - Lodging** | **4,304.40** |
| | **Total Expenses** | **$ 18,724.74** |