## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 7th day of March, 2016, I caused the foregoing **First and Final Application of PJT Partners Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation for Necessary Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 29, 2015 through January 29, 2016** to be served upon the parties on the attached service list via first-class mail, postage prepaid.

      /s/ John H. Schanne, II
      John H. Schanne, II (DE No. 5260)

#38163337 v1

| | |
|---|---|
| Van C. Durrer, II, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Andrew Bruenjes<br>5600 Argosy Circle<br>#100<br>Huntington Beach, CA 92649 |
| Mark S. Kenney, Esq.<br>Office of the United States Trustee<br>Delaware<br>844 King St<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | Steven Fox, Esq.<br>Riemer & Braunstein LLP<br>Seven Times Square<br>Suite 2506<br>New York, NY 10036 |
| Patrick J. Nash, Jr., Esq.<br>Ross M. Kwasteniet, Esq.<br>William A. Guerrieri, Esq.<br>W. Benjamin Winger, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | |

#38163337 v1