Quicksilver Resources, Inc. et al. 

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 8/1/2015 through 9/30/2015

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 8/31/2015 | J. Song | 2.0 | Continued to review analysis of implications of asset sale. |
| 8/31/2015 | J. Song | 1.3 | Reviewed analysis of implications of asset sale. |
| 8/31/2015 | M. Shankweiler | 1.1 | Commented on Paul Weiss memo re: sale process. |
| 8/31/2015 | J. Song | 1.0 | Reviewed Paul Weiss' sale process memo. |
| 9/1/2015 | D. Demko | 2.8 | Reviewed the Paul Weiss' sale process memo in order to prepare an update presentation. |
| 9/1/2015 | R. Wright | 0.9 | Reviewed Paul Weiss memo re: sale process implications. |
| 9/1/2015 | J. Song | 0.5 | Reviewed subsequent version of analysis of implications of asset sale. |
| 9/3/2015 | C. Kearns | 0.3 | Outlined key issues for Committee re: sale versus plan scenarios. |
| 9/9/2015 | J. Song | 1.8 | Reviewed risks and opportunities related to restructuring alternatives. |
| 9/10/2015 | J. Song | 1.5 | Reviewed proposed bidding procedures for sale of Debtors' assets. |
| 9/10/2015 | J. Song | 1.3 | Reviewed risks and opportunities related to restructuring alternatives. |
| 9/10/2015 | M. Shankweiler | 0.8 | Commented on presentation re: case strategy for UCC call. |
| 9/11/2015 | D. Demko | 2.9 | Reviewed the bidding procedures draft to stay updated on recent case filings. |
| 9/11/2015 | R. Wright | 0.5 | Reviewed draft bid procedures re: asset sale. |
| 9/11/2015 | M. Shankweiler | 0.4 | Reviewed draft bidding procedures document presented by Debtors. |
| 9/12/2015 | J. Song | 1.3 | Reviewed new proposed bidding procedures for sale of Debtors' assets. |
| 9/14/2015 | R. Wright | 0.5 | Reviewed draft bid procedures re: Quicksilver sale process. |
| 9/15/2015 | M. Shankweiler | 0.6 | Commented on bidding procedures re: potential 363 sale process. |
| 9/17/2015 | M. Shankweiler | 1.1 | Reviewed bidding procedures re: potential auction of assets. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 9/17/2015 | R. Wright | 0.5 | Participated in a call with the Committee re: bidding procedures. |
| 9/22/2015 | M. Shankweiler | 1.3 | Reviewed draft purchase agreement documents. |
| 9/22/2015 | J. Song | 0.5 | Reviewed proposed response to Debtors' bidding procedures. |
| 9/22/2015 | C. Kearns | 0.2 | Emailed with Moelis and Counsel re: gathering and processing contract and plan issues. |
| 9/23/2015 | J. Song | 2.0 | Reviewed Debtors' proposed asset purchase agreement. |
| 9/24/2015 | R. Wright | 1.0 | Reviewed the Committee's draft response to the Debtors' bidding procedures. |
| 9/24/2015 | R. Wright | 0.8 | Reviewed the Debtors' bidding procedures re: sale process. |
| 9/24/2015 | M. Shankweiler | 0.7 | Reviewed documents re: asset sale process. |
| 9/24/2015 | M. Shankweiler | 0.6 | Commented on draft response of Committee regarding the draft bidding procedures and asset sale. |
| 9/24/2015 | R. Wright | 0.6 | Participated in a call with the Committee re: bidding procedures. |
| 9/29/2015 | J. Song | 0.5 | Participated in meeting with UCC advisors (Paul Weiss and Moelis) to discuss plans to address a possible credit bid. |
| **Task Code Total Hours** | | *31.3* | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 8/6/2015 | M. Haverkamp | 1.2 | Drafted the first interim fee application. |
| 8/7/2015 | R. Wright | 1.8 | Prepared interim fee application. |
| 8/7/2015 | M. Haverkamp | 0.5 | Drafted Quicksilver interim fee application. |
| 8/8/2015 | R. Wright | 0.7 | Prepared first interim fee application. |
| 8/11/2015 | M. Haverkamp | 1.2 | Edited first interim fee application. |
| 8/12/2015 | R. Wright | 0.8 | Prepared interim fee application. |
| 8/12/2015 | C. Kearns | 0.2 | Reviewed interim fee application summary. |
| 8/12/2015 | M. Haverkamp | 0.1 | Finalized interim fee application for filing. |
| 8/13/2015 | M. Haverkamp | 1.2 | Prepared BRG June fee application. |
| 8/14/2015 | M. Haverkamp | 1.0 | Prepared BRG June fee application. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention Fee Application Preparation** | | | |
| 8/19/2015 | M. Haverkamp | 0.5 | Prepared BRG June fee application. |
| 8/21/2015 | M. Haverkamp | 2.5 | Prepared June BRG fee application. |
| 8/24/2015 | M. Haverkamp | 1.3 | Prepared June BRG fee application. |
| 8/26/2015 | M. Haverkamp | 0.4 | Prepared June BRG fee application. |
| 9/1/2015 | M. Haverkamp | 1.0 | Prepared June fee application. |
| 9/2/2015 | C. Ringer | 0.5 | Provided case director with time detail and expenses to be sent to the fee examiner for review. |
| 9/23/2015 | M. Haverkamp | 2.6 | Prepared June fee application. |
| 9/23/2015 | R. Wright | 1.1 | Prepared June fee application. |
| 9/24/2015 | M. Haverkamp | 2.4 | Prepared July fee application. |
| 9/25/2015 | M. Haverkamp | 0.4 | Prepared July fee application. |
| 9/29/2015 | R. Wright | 1.2 | Prepared June fee application. |
| 9/29/2015 | M. Haverkamp | 0.8 | Prepared July fee application. |
| 9/29/2015 | M. Haverkamp | 0.8 | Prepared June fee application. |
| 9/30/2015 | R. Wright | 2.1 | Prepared June fee application. |
| 9/30/2015 | M. Haverkamp | 0.9 | Edited June fee application based on comments from professional staff. |
| **Task Code Total Hours** | | **27.2** | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 8/4/2015 | R. Wright | 0.5 | Participated in a call with Deloitte (C. Kennedy) re: open requested items. |
| 8/18/2015 | M. Shankweiler | 0.3 | Participated in weekly update call with Debtors, Akin Gump, and UCC professionals re: operational updates. |
| 8/18/2015 | C. Kearns | 0.3 | Participated on weekly status call with the Debtors. |
| 8/19/2015 | D. Demko | 2.1 | Prepared an updated diligence request list to be sent to the Debtors. |
| 8/19/2015 | R. Wright | 1.3 | Prepared an updated request list and sent to Deloitte. |
| 8/19/2015 | C. Kearns | 0.2 | Reviewed current list of open diligence items. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 8/24/2015 | J. Song | 0.5 | Participated in due diligence call with Debtors to discuss West Texas wells. |
| 8/25/2015 | R. Wright | 0.4 | Participated in a call with Deloitte (C. Kennedy) re: request list update. |
| 8/25/2015 | C. Kearns | 0.2 | Reviewed latest list of open due diligence items. |
| 8/25/2015 | M. Shankweiler | 0.1 | Participated in weekly update call with Debtors and Akin Gump re: operations update. |
| 8/25/2015 | C. Kearns | 0.1 | Participated on short status call with Debtor. |
| 8/26/2015 | C. Kearns | 0.2 | Reviewed Debtors' response to latest diligence requests. |
| 9/10/2015 | C. Kearns | 0.3 | Participated in call with Paul Weiss and Moelis to review presentation for Committee on strategic alternatives. |
| 9/15/2015 | D. Demko | 2.3 | Prepared a follow up diligence request of QRCI reports to be sent to the Debtors. |
| 9/21/2015 | R. Wright | 0.6 | Prepared a request list re: QRCI. |
| 9/22/2015 | R. Wright | 0.4 | Participated in a call with the Debtors (V. LaGatta) re: case update. |
| 9/22/2015 | M. Shankweiler | 0.4 | Participated in weekly call with Debtors and Debtors professionals re: case update. |
| **Task Code Total Hours** | | **10.2** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 8/4/2015 | R. Wright | 0.3 | Participated in a call with Counsel (A. Rosenberg) re: preparation for call with Debtors. |
| 8/4/2015 | C. Kearns | 0.1 | Emailed with team re: case status. |
| 8/6/2015 | M. Shankweiler | 0.6 | Participated in weekly UCC update call re: case issues. |
| 8/6/2015 | J. Song | 0.3 | Participated in meeting with UCC advisors (Paul Weiss and Moelis) to discuss valuation waterfall. |
| 8/6/2015 | M. Shankweiler | 0.3 | Participated in precall to weekly Committee call with Committee professionals. |
| 8/6/2015 | R. Wright | 0.2 | Participated in a pre-call before the Committee call with Counsel (E. McColm) re: agenda for Committee call. |
| 8/13/2015 | J. Song | 0.5 | Held conference call with S. Kim at Ares regarding potential plans related to restructuring. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 8/13/2015 | C. Kearns | 0.4 | Participated on status call with Committee professionals. |
| 8/21/2015 | C. Kearns | 0.3 | Participated in status call with Paul Weiss and Moelis. |
| 8/21/2015 | J. Song | 0.2 | Participated in call with UCC advisors (Paul Weiss, Moelis) in preparation for update call with UCC to discuss contract negotiations and litigation regarding challenge period. |
| 8/24/2015 | C. Kearns | 0.1 | Emailed with Counsel re: status of case. |
| 8/25/2015 | R. Wright | 0.3 | Participated in a precall with Counsel (A. Rosenberg) re: agenda for call with the Debtors. |
| 8/25/2015 | M. Shankweiler | 0.3 | Participated in pre-call to UCC call with professionals (Paul Weiss and Moelis) re: case issues. |
| 8/25/2015 | C. Kearns | 0.3 | Participated in weekly status call with Paul Weiss and Moelis to discuss case status and critical path to exit. |
| 8/25/2015 | R. Wright | 0.2 | Participated in a call with Counsel (R. Brennan) re: agenda for 8/27 Committee call. |
| 8/27/2015 | M. Shankweiler | 0.4 | Participated in weekly UCC update call re: case status and Committee issues. |
| 8/27/2015 | M. Shankweiler | 0.3 | Participated in pre-call with Committee professionals (Paul Weiss and Moelis) to UCC weekly update call re: case strategy. |
| 8/28/2015 | C. Kearns | 0.2 | Participated in conference call with A. Rosenberg (Paul Weiss) to debrief after business plan call and discuss next steps. |
| 8/31/2015 | C. Kearns | 0.6 | Reviewed draft memo from Counsel re: plan alternatives. |
| 9/1/2015 | J. Song | 1.3 | Participated in meeting with member of UCC (S. Kim of Ares) to discuss potential restructuring scenarios. |
| 9/3/2015 | C. Kearns | 0.7 | Pre-meeting preparation with Moelis and Paul Weiss. |
| 9/3/2015 | M. Shankweiler | 0.6 | Met with UCC and UCC professionals for post meeting with Debtors to discuss case strategy. |
| 9/3/2015 | C. Kearns | 0.6 | Participated in post meeting debrief with the Committee on next steps. |
| 9/4/2015 | M. Shankweiler | 0.6 | Developed discussion outline for report to UCC re: case strategy. |
| 9/4/2015 | C. Kearns | 0.3 | Outlined key issues for Committee path to exit. |
| 9/4/2015 | C. Kearns | 0.2 | Emailed with Committee members re: restructuring alternatives. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 9/8/2015 | J. Song | 0.5 | Participated in meeting with UCC advisors (Paul Weiss and Moelis) to discuss financial deliverables that UCC should receive. |
| 9/8/2015 | R. Wright | 0.3 | Participated in a call with Moelis (K. Voelte) re: deliverables for 9/11 Committee meeting. |
| 9/8/2015 | M. Shankweiler | 0.3 | Participated in call with UCC professionals re: plan issues. |
| 9/8/2015 | C. Kearns | 0.3 | Participated in status call with Counsel and Moelis re: possible exit paths. |
| 9/9/2015 | C. Kearns | 0.5 | Reviewed draft presentation for UCC on critical path in the case and provided comments. |
| 9/10/2015 | J. Song | 0.5 | Participated in meeting with UCC advisors (Paul Weiss and Moelis) to discuss status of financial deliverables for UCC. |
| 9/10/2015 | R. Wright | 0.3 | Participated in a call with Counsel (A. Rosenberg) re: agenda for 9/11 Committee call. |
| 9/10/2015 | C. Kearns | 0.3 | Reviewed final draft presentation to UCC on strategic alternatives and related paths. |
| 9/11/2015 | C. Kearns | 1.1 | Participated in call with Committee to review exit alternatives. |
| 9/11/2015 | M. Shankweiler | 1.1 | Participated in call with UCC and professionals re: case strategy. |
| 9/11/2015 | J. Song | 1.0 | Participated in meeting with UCC to discuss restructuring strategies. |
| 9/11/2015 | M. Shankweiler | 0.8 | Developed talking points for UCC call re: case strategy. |
| 9/15/2015 | M. Shankweiler | 0.4 | Discussed inter-creditor case issues with Moelis (K. Voelte). |
| 9/17/2015 | M. Shankweiler | 0.5 | Participated in weekly update call re: case status with Committee. |
| 9/17/2015 | J. Song | 0.3 | Participated in meeting with UCC advisors (Paul Weiss and Moelis) to discuss possibility of a sale of the company. |
| 9/17/2015 | J. Song | 0.3 | Participated in meeting with UCC and advisors to discuss potential sale of Debtors. |
| 9/17/2015 | M. Shankweiler | 0.2 | Participated in pre-call to weekly Committee call re: case update with UCC professionals. |
| 9/21/2015 | C. Kearns | 0.3 | Drafted note to Moelis and Paul Weiss re: POR questions raised by a UCC member. |
| 9/21/2015 | C. Kearns | 0.2 | Participated in a call with Moelis and Paul Weiss (R. Flachs, A. Rosenberg) to discuss possible POR related questions raised by members of the UCC. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 9/23/2015 | C. Kearns | 0.2 | Emailed with Counsel re: changes to bond holdings. |
| 9/24/2015 | C. Kearns | 0.5 | Participated in a call with Moelis and designees for certain note holders re: status of the case and 363 sale calendar. |
| 9/24/2015 | J. Song | 0.4 | Participated in meeting with UCC to discuss new developments regarding contracts and constituents. |
| 9/24/2015 | C. Kearns | 0.3 | Participated in portion of call with the Committee re: sale motion and gathering and processing contract. |
| 9/24/2015 | M. Shankweiler | 0.2 | Participated in pre-call to UCC weekly call with UCC professionals re: agenda for UCC call. |
| 9/29/2015 | R. Wright | 0.5 | Participated in a pre-call with case professionals re: agenda for call with the Debtors. |
| **Task Code Total Hours** | | **21.5** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/3/2015 | D. Demko | 2.8 | Reviewed the Debtors' response to follow up lien review questions. |
| 8/3/2015 | M. Shankweiler | 0.8 | Participated in call with Debtors (V. LaGatta) and Moelis (K. Voelte) re: lien issues. |
| 8/3/2015 | M. Shankweiler | 0.5 | Participated in call with Moelis and Landis Rath & Cobb (M. McGuire) re: lien review issues. |
| 8/3/2015 | M. Shankweiler | 0.4 | Reviewed lien review summary prepared by Counsel. |
| 8/6/2015 | R. Wright | 1.2 | Reviewed Moelis recovery analysis. |
| 8/6/2015 | M. Shankweiler | 0.9 | Analyzed illustrative waterfall analysis prepared by Moelis in preparation for Committee call. |
| 8/6/2015 | R. Wright | 0.7 | Participated in a call with the Committee re: recoveries. |
| 8/6/2015 | C. Kearns | 0.5 | Reviewed illustrative recovery analysis and gave comments to Committee advisors. |
| 8/12/2015 | R. Wright | 2.0 | Reviewed lien investigation report re: status of lenders' liens. |
| 8/12/2015 | M. Shankweiler | 0.9 | Reviewed Lien Review Memorandum prepared by Committee Counsel (Landis Rath Cobb). |
| 8/13/2015 | C. Kearns | 1.2 | Participated in call with Committee re: lien searches, liquidity and overall update. |
| 8/13/2015 | J. Song | 0.5 | Participated in call with UCC advisors in preparation for update call with UCC to discuss lien investigation and recent 10Q filing. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/17/2015 | D. Demko | 1.6 | Reviewed a well listing from Landis Rath & Cobb in order to compare it the well listing received from the Debtors. |
| 8/18/2015 | M. Shankweiler | 0.4 | Reviewed lien analysis report prepared by Landis Rath Cobb. |
| 8/21/2015 | C. Kearns | 0.2 | Reviewed first lien stipulation. |
| 8/24/2015 | J. Song | 1.0 | Determined necessary information items for further due diligence on Debtors' assets. |
| 8/25/2015 | M. Shankweiler | 0.6 | Participated in call with Moelis (K. Voelte) re: valuation and lien review issues. |
| 8/26/2015 | R. Wright | 0.5 | Reviewed QRCI recovery analysis prepared by the Debtors. |
| 8/27/2015 | R. Wright | 1.0 | Reviewed QRCI recovery analysis prepared by the Debtors. |
| 8/27/2015 | C. Kearns | 0.3 | Reviewed update re: lien stipulation. |
| 8/31/2015 | M. Shankweiler | 0.4 | Discussed analysis of waterfall with Moelis (K. Voelte). |
| 8/31/2015 | R. Wright | 0.3 | Participated in a portion of a call with Moelis (K. Lastrapes) re: recovery waterfall. |
| 8/31/2015 | J. Song | 0.3 | Participated in call with UCC advisors (Paul Weiss, Moelis) to discuss potential asset allocation waterfall. |
| 8/31/2015 | C. Kearns | 0.2 | Reviewed draft illustrative recovery waterfall. |
| 9/1/2015 | M. Shankweiler | 1.9 | Commented on memo prepared by Paul Weiss re: claims recovery analysis. |
| 9/1/2015 | C. Kearns | 1.2 | Commented on draft memo from Paul Weiss on recovery related issues. |
| 9/1/2015 | R. Wright | 0.7 | Reviewed Quicksilver recovery waterfall. |
| 9/1/2015 | M. Shankweiler | 0.6 | Participated in discussion with Moelis (K. Voelte) re: waterfall analysis. |
| 9/1/2015 | M. Shankweiler | 0.5 | Participated in call with Counsel (Paul Weiss and Landis Rath & Cobb) and Moelis (K. Voelte) re: claims recovery analysis. |
| 9/1/2015 | R. Wright | 0.5 | Participated in call with Moelis (K. Voelte) re: recovery waterfall. |
| 9/1/2015 | C. Kearns | 0.5 | Participated in call with Paul Weiss and Moelis to discuss illustrative recovery waterfall. |
| 9/1/2015 | J. Song | 0.5 | Participated in call with UCC advisors (Paul Weiss, Moelis) to discuss asset allocation waterfall. |
| 9/3/2015 | D. Demko | 2.9 | Reviewed a waterfall recovery analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/3/2015 | J. Song | 1.5 | Assessed potential allocations of value in Debtors' future restructuring. |
| 9/8/2015 | J. Song | 2.3 | Analyzed potential recoveries in restructuring scenarios. |
| 9/9/2015 | J. Song | 2.0 | Analyzed potential recoveries in restructuring scenarios. |
| 9/9/2015 | M. Shankweiler | 0.4 | Participated in call with Moelis (K. Voelte) re: claims impact on waterfall. |
| 9/11/2015 | R. Wright | 1.5 | Reviewed Canada due diligence package provided by Debtors re: recoveries. |
| 9/11/2015 | M. Shankweiler | 1.3 | Reviewed report by Landis Rath & Cobb to UCC re: lien review investigation. |
| 9/14/2015 | J. Song | 0.5 | Reviewed new iteration of UCC's motion to extend challenge period. |
| 9/15/2015 | J. Song | 0.5 | Reviewed QRCI's reserve report to understand current market value in terms of reserves. |
| 9/16/2015 | J. Song | 1.3 | Reviewed Debtors' sale motion re: UCC recoveries. |
| 9/16/2015 | J. Song | 0.3 | Reviewed QRCI's new forbearance agreement. |
| 9/17/2015 | J. Song | 1.5 | Continued to review Debtors' sale motion re: UCC recoveries. |
| 9/18/2015 | J. Song | 1.0 | Reviewed Debtors' 8K SEC filings regarding forbearance agreement and bidding procedures. |
| 9/22/2015 | D. Demko | 2.4 | Reviewed the Committee demand to Debtors to file certain actions letter in order to stay updated on case filings. |
| 9/24/2015 | M. Shankweiler | 0.8 | Reviewed letter re: demand for Debtors to assert and prosecute claims re: second lien claims. |
| 9/28/2015 | C. Kearns | 0.3 | Emailed with Counsel (R. Cobb) re: second lien objection to extension of lien analysis. |
| 9/30/2015 | J. Song | 1.0 | Reviewed Second Lien's objection to motion to extend challenge period to understand Second Lien's desire for shorter period. |
| **Task Code Total Hours** | | *47.1* | |
| **11. Claim Analysis/Accounting** | | | |
| 8/12/2015 | R. Wright | 1.9 | Reviewed claims filed as of the bar date - 7/31/15. |
| 8/13/2015 | R. Wright | 1.3 | Reviewed claims filed as of the bar date - 7/31/15. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/Accounting** | | | |
| 8/27/2015 | D. Demko | 2.8 | Reviewed the Debtors' potential gathering and processing counterparty claims analysis. |
| 8/27/2015 | J. Song | 1.0 | Reviewed claims analysis re: KKR claims. |
| 8/27/2015 | C. Kearns | 0.4 | Reviewed Debtors' summary of Canada claims. |
| *Task Code Total Hours* | | *7.4* | |
| **12. Statements and Schedules** | | | |
| 8/25/2015 | R. Wright | 0.9 | Reviewed the Debtors' statements of financial affairs. |
| *Task Code Total Hours* | | *0.9* | |
| **13. Intercompany Transactions/Balances** | | | |
| 8/31/2015 | R. Wright | 0.7 | Reviewed Quicksilver intercompany note terms and conditions. |
| 9/1/2015 | D. Demko | 2.6 | Reviewed the intercompany note documents in the data room to determine the recent intercompany activity. |
| 9/14/2015 | D. Demko | 2.8 | Reviewed the intercompany account transactions over the last 5 years for any potential fraudulent conveyances. |
| 9/18/2015 | R. Wright | 2.1 | Reviewed data provided re: QRCI business plan re: value of intercompany note. |
| *Task Code Total Hours* | | *8.2* | |
| **14. Executory Contracts/Leases** | | | |
| 8/4/2015 | J. Song | 0.5 | Participated in update call with Debtors to discuss status of business and contract negotiations. |
| 8/4/2015 | R. Wright | 0.4 | Participated in a call with the Debtors (V. LaGatta) re: contract negotiations. |
| 8/10/2015 | C. Kearns | 0.2 | Debriefed on current status of discussion with a gathering and processing counterparty. |
| 8/11/2015 | R. Wright | 0.5 | Participated in a call with the Debtors (V. LaGatta) re: contract negotiations. |
| 8/18/2015 | J. Song | 0.5 | Participated in update call with Debtors to discuss negotiations with gathering and processing counterparty. |
| 8/18/2015 | R. Wright | 0.4 | Reviewed gathering and processing contract negotiation documents provided by the Debtors. |
| 8/18/2015 | R. Wright | 0.3 | Participated in a call with the Debtors re: contract update. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **14. Executory Contracts/Leases** | | | |
| 8/18/2015 | C. Kearns | 0.3 | Reviewed summary of gathering and processing contract negotiations. |
| 8/21/2015 | R. Wright | 0.6 | Participated in a call with the Committee re: contract update. |
| 8/21/2015 | M. Shankweiler | 0.6 | Participated in weekly updated call with Committee re: contract negotiations and case status. |
| 8/24/2015 | R. Wright | 0.5 | Participated in a call with the Debtors (V. LaGatta) re: ENI leases. |
| 8/25/2015 | J. Song | 1.0 | Evaluated metrics related to Debtors' negotiations with a gathering and processing counterparty. |
| 8/25/2015 | J. Song | 0.3 | Participated in update call with Debtors regarding contract negotiations. |
| 8/25/2015 | R. Wright | 0.1 | Participated in a call with the Debtors (V. LaGatta) re: contract negotiations. |
| 8/27/2015 | D. Demko | 2.7 | Reviewed the Debtors' gathering and processing counterparty negotiation proposal received from the Debtors. |
| 8/27/2015 | J. Song | 0.3 | Participated in call with UCC advisors (Paul Weiss, Moelis) in preparation for update call with UCC to discuss latest proposal from one of Debtors' midstream providers. |
| 9/22/2015 | J. Song | 0.5 | Participated in meeting with the Debtors to discuss latest contract negotiations and operations. |
| 9/24/2015 | C. Kearns | 0.8 | Participated in a call with R. Flachs (Moelis) and financial advisor to a gathering and processing contract counterparty re: open issues. |
| 9/29/2015 | R. Wright | 0.6 | Reviewed the Debtors' contract analysis re: contract extension with a particular contract counterparty. |
| 9/29/2015 | R. Wright | 0.5 | Participated in a call with the Debtors (V. LaGatta) re: contract negotiations. |
| 9/29/2015 | J. Song | 0.5 | Participated in meeting with the Debtors to discuss recent developments regarding contracts. |
| 9/29/2015 | C. Kearns | 0.3 | Reviewed summary of proposal from a particular contract counterparty and related emails with Moelis. |
| 9/30/2015 | D. Demko | 2.9 | Reviewed the amendment to the ENI joint venture agreement. |
| 9/30/2015 | C. Kearns | 0.3 | Reviewed ENI summary. |
| ***Task Code Total Hours*** | | *15.6* | |
| **17. Analysis of Historical Results** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **17. Analysis of Historical Results** | | | |
| 8/11/2015 | D. Demko | 2.9 | Prepared a cumulative 2015 balance sheet schedule as part of an update presentation. |
| 8/11/2015 | D. Demko | 2.8 | Reviewed the Debtors' Q215 10-Q in preparation for creating an update presentation to the Committee. |
| 8/11/2015 | D. Demko | 2.7 | Prepared a Q215 10-Q income statement schedule as part of an update presentation. |
| 8/11/2015 | J. Song | 2.5 | Reviewed Debtors' 10Q filing to understand business status, plans and consistency with update reports received by UCC. |
| 8/11/2015 | D. Demko | 2.4 | Prepared a cumulative 2015 statement of cash flows schedule as part of an update presentation to the Committee. |
| 8/11/2015 | C. Kearns | 0.8 | Reviewed second quarter 10Q. |
| 8/12/2015 | D. Demko | 2.9 | Prepared cumulative balance sheet commentary as part of an update presentation. |
| 8/12/2015 | D. Demko | 2.9 | Prepared cumulative statement of cash flows commentary as part of an update presentation for the Committee. |
| 8/12/2015 | D. Demko | 2.7 | Prepared Q2 income statement commentary in connection with the update presentation to the Committee. |
| 8/12/2015 | J. Song | 1.8 | Analyzed impact of gas prices on current operations, relative to forecasts. |
| 8/13/2015 | D. Demko | 2.9 | Revised the Q215 income statement commentary for additional information received from the Debtors. |
| 8/13/2015 | D. Demko | 2.6 | Revised the cumulative balance sheet commentary for edits received from professional staff leadership. |
| 8/13/2015 | J. Song | 1.8 | Analyzed 2Q15 performance compared to 1Q15 performance to determine trending health of business and business decisions. |
| 8/13/2015 | R. Wright | 1.4 | Analyzed Quicksilver 6/30/15 10-Q re: operating results. |
| 8/13/2015 | C. Kearns | 0.5 | Reviewed report for Committee re: liquidity and 2Q results. |
| 8/14/2015 | D. Demko | 2.7 | Prepared an analysis comparing Q2 to Q1 operating expense run rates as part of a liquidity analysis. |
| 8/14/2015 | J. Song | 0.8 | Continued to analyze 2Q15 performance compared to 1Q15 performance to determine trending health of business and business decisions. |
| 8/18/2015 | D. Demko | 2.9 | Compared Q215 10K revenue to Q215 revenue cash flows in order to explain any differences. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **17. Analysis of Historical Results** | | | |
| 8/19/2015 | R. Wright | 1.8 | Reviewed Quicksilver Q2-2015 10-Q re: operating expense run rate. |
| 8/25/2015 | M. Shankweiler | 0.6 | Read Q2 2015 SEC Form 10Q re: operational update |
| 8/26/2015 | D. Demko | 2.8 | Prepared a natural gas price movement slide from March through July. |
| 8/26/2015 | R. Wright | 1.2 | Prepared a report for the Committee re: monthly expenses run rate comparison. |
| 8/26/2015 | R. Wright | 0.6 | Prepared a report for the Committee re: natural gas price movements and their impact on Quicksilver. |
| 8/27/2015 | D. Demko | 2.6 | Revised the natural gas price movement analysis for edits received from professional staff leadership. |
| 8/27/2015 | R. Wright | 0.4 | Prepared a report for the Committee re: monthly expenses run rate comparison. |
| 9/16/2015 | D. Demko | 2.7 | Revised the budget to actual variances commentary for edits received from professional staff leadership. |
| 9/30/2015 | R. Wright | 0.6 | Prepared request list re: transactions requiring solvency analysis. |
| **Task Code Total Hours** | | 53.3 | |
| **18. Operating and Other Reports** | | | |
| 8/5/2015 | D. Demko | 1.7 | Reviewed the actual capital expenditures through June in connection with the monthly operating forecasts. |
| 8/17/2015 | D. Demko | 2.6 | Reviewed the May operating report and cash allocation in order to produce an update presentation. |
| 8/18/2015 | J. Song | 2.5 | Reviewed Debtors' July 2015 financials, noting differences between different presentations of the same line items. |
| 8/19/2015 | J. Song | 2.0 | Continued to reviewed July 2015 Debtors' financials, noting differences between different presentations of the same line items. |
| 8/19/2015 | J. Song | 1.5 | Continued to reviewed July 2015 Debtors' financials, noting differences between different presentations of the same line items. |
| 8/20/2015 | D. Demko | 2.5 | Reviewed the July MOR in connection with the preparation of an update presentation. |
| 8/20/2015 | J. Song | 1.8 | Reviewed Debtors' July 2015 operating reports to assess health of business. |
| 8/20/2015 | D. Demko | 1.6 | Prepared questions on the July MOR in order to follow up with the Debtors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 8/20/2015 | R. Wright | 1.2 | Analyzed July monthly operating report. |
| 8/21/2015 | D. Demko | 2.9 | Prepared a cumulative income statement schedule from the July MOR to be included in an update presentation for the Committee. |
| 8/21/2015 | D. Demko | 2.6 | Prepared a comparative balance sheet schedule from the July MOR to be included in an update presentation for the Committee. |
| 8/21/2015 | J. Song | 1.0 | Continued to analyze Debtors' July 2015 operating reports to assess health of business. |
| 8/21/2015 | R. Wright | 0.6 | Analyzed July monthly operating report. |
| 8/25/2015 | D. Demko | 2.8 | Prepared July MOR cumulative income statement commentary as part of an update presentation. |
| 8/25/2015 | D. Demko | 2.6 | Prepared July MOR comparative balance sheet commentary as part of an update presentation for the Committee. |
| 8/25/2015 | R. Wright | 1.1 | Prepared a report for the Committee re: monthly expenses run rate comparison. |
| 8/25/2015 | R. Wright | 1.0 | Analyzed July monthly operating report. |
| 8/26/2015 | D. Demko | 2.9 | Revised the July MOR income statement commentary for edits received from professional staff leadership. |
| 8/26/2015 | D. Demko | 2.7 | Revised the July MOR balance sheet schedule for additional information received from the Debtors. |
| 8/26/2015 | R. Wright | 1.8 | Prepared a report for the Committee re: July MOR. |
| 8/27/2015 | R. Wright | 1.0 | Prepared a report for the Committee re: July MOR. |
| 9/8/2015 | D. Demko | 2.5 | Prepared a QRI budget to actual schedule for August actuals as part of an update presentation. |
| 9/8/2015 | D. Demko | 1.8 | Continued preparing a QRI budget to actual schedule for August actuals as part of an update presentation. |
| 9/15/2015 | J. Song | 0.5 | Reviewed QRCI's July 2105 financial statements. |
| 9/21/2015 | J. Song | 1.5 | Reviewed Debtors' August monthly operating report to assess health of business. |
| 9/22/2015 | D. Demko | 2.9 | Prepared an August monthly operating report cash receipts and disbursements schedule as part of an update presentation for the Committee. |
| 9/22/2015 | D. Demko | 2.8 | Prepared an August monthly operating report cumulative income statement schedule as part of an update presentation for the Committee. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 9/22/2015 | D. Demko | 2.3 | Prepared an August monthly operating report balance sheet schedule as part of an update presentation. |
| 9/22/2015 | R. Wright | 1.3 | Analyzed August monthly operating report. |
| 9/24/2015 | D. Demko | 2.7 | Prepared an August monthly operating report cumulative income statement commentary as part of an update presentation for the Committee. |
| 9/24/2015 | D. Demko | 2.6 | Prepared an August monthly operating report balance sheet as part of an update presentation for the Committee. |
| 9/24/2015 | R. Wright | 1.3 | Prepared a report re: August monthly operating report. |
| 9/29/2015 | D. Demko | 2.7 | Revised the August monthly operating report income statement commentary for additional information received from the Debtor. |
| 9/29/2015 | D. Demko | 2.5 | Revised the August monthly operating report balance sheet commentary for additional information received from the Debtor. |
| 9/29/2015 | R. Wright | 0.6 | Prepared report for the Committee re: August MOR. |
| **Task Code Total Hours** | | **68.4** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/1/2015 | D. Demko | 2.5 | Prepared updated liquidity schedules for the forecast ending 7/31/15. |
| 8/2/2015 | D. Demko | 2.7 | Prepared updated liquidity commentary for the forecast ending 7/31/15. |
| 8/3/2015 | D. Demko | 2.9 | Prepared a cumulative unencumbered operations cash change graph as part of a liquidity analysis. |
| 8/3/2015 | D. Demko | 2.7 | Prepared a cumulative cash change graph from the petition date through July as part of a liquidity analysis. |
| 8/3/2015 | J. Song | 1.8 | Drafted analysis of cash credits between secured and unsecured creditors. |
| 8/3/2015 | J. Song | 1.5 | Developed analysis of cash credits between secured and unsecured creditors. |
| 8/3/2015 | M. Shankweiler | 0.8 | Reviewed latest liquidity forecast received from Debtors. |
| 8/4/2015 | D. Demko | 2.7 | Revised a cumulative cash change graph for additional information received from the Debtors. |
| 8/4/2015 | D. Demko | 2.5 | Revised the cumulative cash change commentary for additional information received from the Debtors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/4/2015 | R. Wright | 2.4 | Continued to prepare a report for the Committee re: liquidity forecast update. |
| 8/4/2015 | D. Demko | 2.3 | Revised an unencumbered operations cash change graph for additional information received from the Debtors. |
| 8/4/2015 | R. Wright | 2.2 | Prepared a report for the Committee re: liquidity forecast update. |
| 8/4/2015 | J. Song | 2.0 | Continued to draft analysis of cash credits between secured and unsecured creditors. |
| 8/4/2015 | J. Song | 1.5 | Continued to draft analysis of cash credits between secured and unsecured creditors. |
| 8/5/2015 | D. Demko | 2.7 | Reviewed the Debtors' capital expenditures budget with an emphasis on unencumbered wells expenditures. |
| 8/5/2015 | R. Wright | 2.2 | Prepared a report for the Committee re: liquidity forecast update. |
| 8/5/2015 | R. Wright | 2.0 | Commented on proposed interim cash collateral order. |
| 8/5/2015 | R. Wright | 1.2 | Reviewed first day hearing transcript re: petition date liquidity. |
| 8/5/2015 | C. Kearns | 0.1 | Reviewed schedule of hedge unwind proceeds. |
| 8/6/2015 | D. Demko | 2.3 | Prepared an actual to budget schedule for July QRI actuals as part of a liquidity presentation for the Committee. |
| 8/6/2015 | D. Demko | 1.8 | Prepared an actual to budget schedule for July QRCI actuals as part of a liquidity presentation for the Committee. |
| 8/6/2015 | J. Song | 1.0 | Reviewed Debtors' liquidity trends as of 7/30/15 to assess current operations. |
| 8/6/2015 | J. Song | 0.8 | Participated in weekly update call with UCC to discuss Company's 7/30/15 cash flow forecast and status of contract negotiations. |
| 8/6/2015 | R. Wright | 0.4 | Reviewed proposed pre-petition payments. |
| 8/7/2015 | D. Demko | 2.7 | Prepared a weekly 13-week cash forecast schedule for the forecast ending 8/7/15. |
| 8/7/2015 | D. Demko | 2.6 | Prepared updated liquidity slides for the forecast ending 8/7/15. |
| 8/7/2015 | J. Song | 1.5 | Drafted update report for UCC regarding liquidity outlook as of 8/6/15. |
| 8/7/2015 | J. Song | 1.3 | Reviewed Debtors' liquidity forecast as of 7/30/15 to assess future cash need. |
| 8/7/2015 | C. Kearns | 0.3 | Reviewed weekly cash update. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/8/2015 | D. Demko | 2.7 | Prepared commentary for QRI budget to actual variances as part of an update presentation to the Committee. |
| 8/8/2015 | D. Demko | 2.6 | Prepared updated cumulative cash change schedules from March 2015 through the forecast ending 8/7/15. |
| 8/10/2015 | J. Song | 2.3 | Continued drafting update report for UCC regarding cash flow forecast. |
| 8/10/2015 | J. Song | 1.8 | Continued drafting update report for UCC regarding cash flow forecast. |
| 8/10/2015 | J. Song | 1.5 | Drafted update report for UCC regarding cash flow forecast. |
| 8/10/2015 | D. Demko | 1.2 | Reviewed the final cash collateral order to determine the timing of when the cash flow allocation reports are to be sent by the Debtor. |
| 8/10/2015 | J. Song | 0.3 | Reviewed diligence request to Debtors regarding bridging cash flow forecasts. |
| 8/11/2015 | J. Song | 2.0 | Continued drafting update report for UCC regarding cash flow forecast. |
| 8/11/2015 | R. Wright | 2.0 | Prepared a report for the Committee re: liquidity forecast update. |
| 8/11/2015 | D. Demko | 1.8 | Prepared a forecast bridge schedule as part of an update presentation. |
| 8/11/2015 | J. Song | 1.5 | Researched cash flow drivers that impacted the business in 2Q15. |
| 8/11/2015 | J. Song | 1.3 | Continued drafting update report for UCC regarding cash flow forecast. |
| 8/11/2015 | R. Wright | 0.8 | Reviewed hedge runoff schedule. |
| 8/11/2015 | C. Kearns | 0.4 | Participated on status call with Debtors re: cash and midstream update. |
| 8/11/2015 | C. Kearns | 0.3 | Reviewed latest weekly liquidity summary. |
| 8/12/2015 | R. Wright | 2.9 | Prepared a report for the Committee re: liquidity update. |
| 8/12/2015 | R. Wright | 2.7 | Continued to prepare a report for the Committee re: liquidity update. |
| 8/12/2015 | D. Demko | 2.6 | Prepared a comparative forecast bridge commentary as part of a liquidity update. |
| 8/12/2015 | J. Song | 2.3 | Continued drafting update report for UCC regarding cash flow forecast. |
| 8/12/2015 | J. Song | 1.3 | Continued drafting update report for UCC regarding cash flow forecast. |
| 8/12/2015 | R. Wright | 0.5 | Reviewed hedge runoff schedule. |
| 8/13/2015 | R. Wright | 2.9 | Prepared a report for the Committee re: liquidity update. |

| Date | Professional | Hours | Description |
|------|------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/13/2015 | D. Demko | 2.7 | Prepared a monthly cash burn schedule from the petition date through July. |
| 8/13/2015 | R. Wright | 2.6 | Reviewed lien investigation report prepared by DE Counsel. |
| 8/13/2015 | J. Song | 1.3 | Participated in weekly update call with UCC to discuss Debtors' 8/6/15 cash flow forecast and ongoing contract negotiations in U.S. and Canada. |
| 8/13/2015 | R. Wright | 1.2 | Participated in a call with the Committee re: liquidity update. |
| 8/13/2015 | R. Wright | 0.4 | Continued to prepare a report for the Committee re: liquidity update. |
| 8/13/2015 | R. Wright | 0.3 | Participated in a pre-call to the Committee call with Committee professionals re: liquidity update. |
| 8/14/2015 | D. Demko | 2.8 | Prepared a weekly 13-week cash forecast schedule for the forecast ending 8/14/15. |
| 8/14/2015 | J. Song | 2.3 | Analyzed Debtors' cash burn rate to estimate recoveries vis-à-vis timing of a restructuring. |
| 8/14/2015 | R. Wright | 1.2 | Reviewed the Debtors weekly liquidity reporting package. |
| 8/14/2015 | J. Song | 1.0 | Reviewed Debtors' liquidity trends as of 8/13/15 to assess state of operations. |
| 8/17/2015 | D. Demko | 2.8 | Prepared updated liquidity schedules for the forecast ending 8/14/15. |
| 8/17/2015 | J. Song | 2.0 | Continued analysis of cash credits between secured and unsecured creditors. |
| 8/17/2015 | J. Song | 1.8 | Developed analysis of cash credits between secured and unsecured creditors. |
| 8/17/2015 | R. Wright | 0.9 | Reviewed the Debtors weekly liquidity reporting package. |
| 8/18/2015 | D. Demko | 2.8 | Compared a listing of encumbered versus unencumbered wells to the monthly cash allocation report in order to follow up with the Debtors on any discrepancies. |
| 8/18/2015 | J. Song | 2.3 | Continued analysis of cash credits between secured and unsecured creditors. |
| 8/19/2015 | D. Demko | 2.2 | Revised the May 2015 cash flow allocation slides for additional information received from the Debtors. |
| 8/20/2015 | M. Shankweiler | 0.3 | Reviewed latest cash flow forecast submission by Debtors. |
| 8/21/2015 | D. Demko | 2.8 | Prepared a weekly 13-week cash forecast schedule for the forecast ending 8/21/15. |

| Date | Professional | Hours | Description |
|------|------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/21/2015 | R. Wright | 1.8 | Prepared a report for the Committee re: cash flow forecast. |
| 8/21/2015 | J. Song | 1.3 | Reviewed Debtors' liquidity trends as of 8/20/15 to assess state of operations. |
| 8/21/2015 | J. Song | 0.8 | Participated in weekly update call with UCC to discuss Company's 8/13/15 cash flow forecast and status of contract negotiations. |
| 8/24/2015 | R. Wright | 2.9 | Prepared a report for the Committee re: liquidity forecast update version 44-2. |
| 8/24/2015 | D. Demko | 2.8 | Prepared updated cumulative cash change schedules from the petition date through the forecast ending 8/21/15. |
| 8/24/2015 | D. Demko | 2.7 | Prepared updated liquidity slides for the forecast ending 8/21/15. |
| 8/24/2015 | D. Demko | 2.6 | Prepared a cumulative schedule of cash receipts and disbursements in connection with an update presentation. |
| 8/24/2015 | J. Song | 0.8 | Edited presentation regarding Debtors' liquidity trends and forecast. |
| 8/24/2015 | R. Wright | 0.3 | Reviewed consultation payments for week ending 8/28/2015. |
| 8/24/2015 | C. Kearns | 0.2 | Reviewed recent royalty payments. |
| 8/25/2015 | D. Demko | 2.7 | Prepared a quarterly operating expense run rate comparison schedule as part of a liquidity analysis. |
| 8/25/2015 | D. Demko | 2.4 | Prepared quarterly operating expense run rate comparison commentary as part of a liquidity analysis. |
| 8/25/2015 | R. Wright | 1.7 | Prepared a report for the Committee re: analysis of actual and prospective investment account balances. |
| 8/25/2015 | J. Song | 1.5 | Edited presentation regarding Debtors' liquidity trends and forecast. |
| 8/25/2015 | R. Wright | 1.5 | Prepared a report for the Committee re: lease operating statements. |
| 8/25/2015 | R. Wright | 1.5 | Prepared a report for the Committee re: liquidity forecast update. |
| 8/25/2015 | M. Shankweiler | 1.2 | Commented on draft report to UCC re: liquidity and operational update. |
| 8/26/2015 | R. Wright | 2.8 | Prepared a report for the Committee re: analysis of actual and prospective investment account balances. |
| 8/26/2015 | D. Demko | 2.8 | Revised the December pro forma cash balance analysis for additional information received from the Debtors. |
| 8/26/2015 | M. Shankweiler | 2.7 | Commented on draft report to UCC re: liquidity forecast. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/26/2015 | R. Wright | 1.7 | Prepared a report for the Committee re: liquidity forecast update. |
| 8/26/2015 | M. Shankweiler | 1.2 | Continued to comment on draft UCC report re: liquidity forecast. |
| 8/26/2015 | R. Wright | 1.2 | Prepared a report for the Committee re: allocation of cash flow between encumbered and unencumbered wells. |
| 8/26/2015 | J. Song | 0.8 | Reviewed stipulation for the expiration of the challenge period related to cash collateral. |
| 8/26/2015 | C. Kearns | 0.7 | Reviewed draft report for UCC on liquidity update, LOS analysis and preliminary thoughts on use of cash collateral. |
| 8/26/2015 | J. Song | 0.5 | Reviewed presentation regarding Debtors' liquidity trends and forecast. |
| 8/26/2015 | C. Kearns | 0.1 | Reviewed Debtors' most recent liquidity update. |
| 8/27/2015 | R. Wright | 1.7 | Prepared a report for the Committee re: allocation of cash flow between encumbered and unencumbered wells. |
| 8/27/2015 | R. Wright | 1.7 | Prepared a report for the Committee re: analysis of actual and prospective investment account balances. |
| 8/27/2015 | R. Wright | 0.8 | Prepared a report for the Committee re: liquidity forecast update. |
| 8/27/2015 | J. Song | 0.8 | Reviewed a new draft of the stipulation for the expiration of the challenge period related to cash collateral. |
| 8/27/2015 | M. Shankweiler | 0.7 | Prepared discussion outline for upcoming UCC call re: liquidity issues. |
| 8/27/2015 | J. Song | 0.5 | Participated in weekly update call with UCC to discuss Company's 8/20/15 cash flow forecast. |
| 8/27/2015 | R. Wright | 0.4 | Participated in a call with the Committee re: liquidity update. |
| 8/28/2015 | D. Demko | 2.8 | Prepared a weekly 13-week cash forecast schedule for the forecast ending 8/28/15. |
| 8/28/2015 | C. Kearns | 0.2 | Emailed with Debtors on latest set of royalty payments. |
| 8/29/2015 | D. Demko | 2.4 | Prepared updated liquidity schedules for the forecast ending 8/28/15. |
| 8/31/2015 | D. Demko | 2.8 | Prepared a liquidity waterfall schedule as part of a liquidity analysis for the Committee. |
| 9/3/2015 | D. Demko | 2.8 | Updated natural gas futures curves with recent prices as part of a liquidity presentation. |
| 9/3/2015 | R. Wright | 1.0 | Read reply of the Debtors to the Committee's cash collateral objection. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 9/3/2015 | R. Wright | 0.6 | Read reply of Wells Fargo to the Committee's cash collateral objection. |
| 9/4/2015 | D. Demko | 2.9 | Prepared a weekly 13-week cash forecast schedule for the forecast ending 9/4/15. |
| 9/4/2015 | D. Demko | 2.9 | Prepared updated liquidity schedules for the forecast ending 9/4/15. |
| 9/8/2015 | D. Demko | 2.8 | Prepared a cash roll forward schedule for the forecast ending 9/4/15. |
| 9/8/2015 | D. Demko | 2.6 | Prepared updated liquidity commentary for the forecast ending 9/4/15. |
| 9/8/2015 | R. Wright | 1.9 | Prepared a report for the Committee re: liquidity forecast update version 45. |
| 9/8/2015 | C. Kearns | 0.2 | Reviewed summary of latest weekly liquidity update. |
| 9/9/2015 | D. Demko | 2.8 | Prepared an updated forecast bridge schedule as part of a liquidity presentation for the Committee. |
| 9/9/2015 | D. Demko | 2.7 | Prepared QRI budget to actual commentary as part of a liquidity presentation for the Committee. |
| 9/9/2015 | D. Demko | 2.6 | Prepared updated forecast bridge commentary as part of a liquidity presentation for the Committee. |
| 9/9/2015 | J. Song | 0.8 | Reviewed Debtors' cash flow performance. |
| 9/10/2015 | D. Demko | 2.9 | Prepared QRCI budget to actual commentary as part of a liquidity presentation for the Committee. |
| 9/10/2015 | D. Demko | 2.8 | Prepared a QRCI budget to actual schedule as part of a liquidity presentation for the Committee. |
| 9/10/2015 | D. Demko | 2.7 | Reviewed the Moelis natural gas price outlook presentation in order to revise a liquidity presentation for the Committee. |
| 9/10/2015 | R. Wright | 1.6 | Prepared a report for the Committee re: liquidity update. |
| 9/10/2015 | M. Shankweiler | 1.4 | Reviewed most recent liquidity analysis provided by Debtors for presentation to UCC. |
| 9/11/2015 | D. Demko | 2.8 | Prepared a weekly 13-week cash forecast schedule for the forecast ending 9/11. |
| 9/11/2015 | R. Wright | 2.2 | Prepared a report to the Committee re: liquidity forecast update. |
| 9/11/2015 | J. Song | 1.3 | Reviewed Debtors' latest cash flow forecast. |
| 9/11/2015 | R. Wright | 0.8 | Prepared a report to the Committee re: capital expenditure forecast update. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 9/11/2015 | R. Wright | 0.8 | Reviewed weekly liquidity forecast update from the Debtors. |
| 9/11/2015 | C. Kearns | 0.2 | Reviewed updated liquidity forecast. |
| 9/14/2015 | D. Demko | 2.7 | Reviewed the motion to extend the challenge period deadline in order to stay updated on the most recent case filings. |
| 9/15/2015 | D. Demko | 2.8 | Prepared a June lease operating statement schedule as part of a liquidity analysis. |
| 9/15/2015 | D. Demko | 2.7 | Reviewed the QRCI financial statements as of June 2015 to review Canadian financial performance. |
| 9/15/2015 | M. Shankweiler | 1.1 | Commented on liquidity portion of weekly status report to UCC. |
| 9/15/2015 | J. Song | 1.0 | Reviewed Debtors' liquidity trends as of 9/10/15 to assess state of operations. |
| 9/15/2015 | J. Song | 0.8 | Reviewed Debtors' delineation of cash flows to determine impact on recoveries to the UCC. |
| 9/16/2015 | D. Demko | 2.8 | Prepared June lease operating statement commentary as part of an update presentation for the Committee. |
| 9/16/2015 | D. Demko | 2.5 | Revised the updated liquidity commentary for edits received from professional staff leadership. |
| 9/16/2015 | R. Wright | 1.8 | Prepared a report for the Committee re: liquidity forecast update. |
| 9/16/2015 | R. Wright | 1.8 | Prepared a report for the Committee re: liquidity forecast update. |
| 9/16/2015 | M. Shankweiler | 1.6 | Commented on report to UCC re: liquidity update issues. |
| 9/16/2015 | R. Wright | 1.2 | Prepared a report for the Committee re: key cash flow variances. |
| 9/16/2015 | R. Wright | 1.0 | Prepared a report for the Committee re: lease operating statement for June. |
| 9/16/2015 | J. Song | 1.0 | Reviewed liquidity update presentation for UCC. |
| 9/16/2015 | C. Kearns | 0.3 | Reviewed weekly cash update. |
| 9/17/2015 | D. Demko | 2.9 | Revised the forecast bridge schedule for edits received from professional staff leadership. |
| 9/17/2015 | D. Demko | 2.8 | Revised the capital expenditures commentary for additional information received from the Debtors. |
| 9/17/2015 | D. Demko | 2.7 | Revised the lease operating statement commentary for additional information received from the Debtors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **19. Cash Flow/Cash Management Liquidity** |
| 9/17/2015 | R. Wright | 2.2 | Prepared a report to the Committee re: liquidity forecast bridge analysis from previous forecast. |
| 9/17/2015 | M. Shankweiler | 0.9 | Prepared discussion outline re: liquidity for discussion with Committee on weekly status call. |
| 9/17/2015 | C. Kearns | 0.4 | Reviewed report for UCC on cash update and other matters. |
| 9/18/2015 | D. Demko | 2.8 | Prepared a weekly 13-week cash forecast schedule for the forecast ending 9/18. |
| 9/18/2015 | R. Wright | 1.9 | Reviewed weekly cash flow reporting package. |
| 9/18/2015 | R. Wright | 1.0 | Prepared a report for the Committee re: liquidity forecast update. |
| 9/18/2015 | R. Wright | 0.5 | Continued to review weekly cash flow reporting package. |
| 9/21/2015 | D. Demko | 2.9 | Prepared updated liquidity commentary for the forecast ending 9/18. |
| 9/21/2015 | D. Demko | 2.8 | Prepared updated liquidity schedules for the forecast ending 9/18. |
| 9/21/2015 | J. Song | 1.3 | Reviewed Debtors' latest cash flow forecast as of 9/17/15. |
| 9/21/2015 | M. Shankweiler | 0.6 | Reviewed most recent liquidity forecast information provided by Debtors. |
| 9/21/2015 | M. Shankweiler | 0.2 | Emailed Moelis re: liquidity issues. |
| 9/22/2015 | R. Wright | 1.3 | Prepared a report for the Committee re: liquidity update. |
| 9/22/2015 | R. Wright | 0.9 | Reviewed the variance report of actual cash flows versus budget. |
| 9/22/2015 | M. Shankweiler | 0.6 | Analyzed most recent liquidity analysis prepared by Debtors. |
| 9/22/2015 | C. Kearns | 0.2 | Reviewed latest liquidity analysis. |
| 9/23/2015 | D. Demko | 2.8 | Prepared investment account activity commentary as part of a liquidity presentation. |
| 9/23/2015 | D. Demko | 2.7 | Prepared an investment account activity schedule for unencumbered cash flows from March through August. |
| 9/24/2015 | D. Demko | 2.9 | Prepared a cumulative actual and forecasted cash balances change from the petition date through the forecast ending 9/25. |
| 9/25/2015 | D. Demko | 2.9 | Prepared updated liquidity slides for the forecast ending 9/25 to be presented to the Committee. |
| 9/25/2015 | D. Demko | 2.8 | Prepared a weekly 13-week cash forecast schedule for the forecast ending 9/25. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 9/25/2015 | J. Song | 1.3 | Reviewed Debtors' latest cash flow forecast as of 9/24/15. |
| 9/28/2015 | R. Wright | 2.6 | Prepared a report for the Committee re: liquidity forecast update for Canadian entity. |
| 9/28/2015 | D. Demko | 2.6 | Prepared updated liquidity commentary for the forecast ended 9/25 to be presented to the Committee. |
| 9/28/2015 | D. Demko | 2.3 | Updated the cumulative investment account analysis for the forecast ending 9/25. |
| 9/30/2015 | D. Demko | 2.7 | Reviewed a pipeline contract amendment in connection with an updated liquidity analysis. |
| **Task Code Total Hours** | | **308.5** | |
| **20. Projections/Business Plan/Other** | | | |
| 8/25/2015 | M. Shankweiler | 0.3 | Reviewed updated data request list re: business plan. |
| 8/26/2015 | M. Lau | 2.0 | Analyzed natural gas spot and futures pricing re: evaluating business plan assumptions. |
| 8/27/2015 | C. Kearns | 0.6 | Participated in call with UCC regarding business plan process and analysis. |
| 8/27/2015 | C. Kearns | 0.2 | Participated in status call with Committee professional re: business plan and other issues. |
| 8/28/2015 | D. Demko | 2.9 | Reviewed the Debtors' business plan in order to prepare an update presentation. |
| 8/28/2015 | D. Demko | 2.7 | Prepared a business plan assumptions schedule in connection with a business plan overview presentation for the Committee. |
| 8/28/2015 | D. Demko | 2.6 | Prepared a business plan overview presentation outline in connection with a business plan overview presentation for the Committee. |
| 8/28/2015 | R. Wright | 2.5 | Continued to analyze the Debtors' business plan presentation. |
| 8/28/2015 | J. Song | 2.3 | Analyzed Debtors' business plan to assess reasonability. |
| 8/28/2015 | J. Song | 2.0 | Developed questions regarding assumptions in Debtors' business plan. |
| 8/28/2015 | J. Song | 1.8 | Continued to review Debtors' business plan. |
| 8/28/2015 | M. Shankweiler | 1.8 | Continued to review business plan re: asset overview. |
| 8/28/2015 | R. Wright | 1.8 | Participated in a call with the Debtors (V. LaGatta) re: business plan presentation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **20. Projections/Business Plan/Other** | | | |
| 8/28/2015 | C. Kearns | 1.4 | Participated in call with Debtors and all advisors for presentation of Debtors' business plan. |
| 8/28/2015 | M. Shankweiler | 1.2 | Participated in call with Debtors (G. Darden, V. LaGatta) and professionals (Akin Gump) re: business plan presentation. |
| 8/28/2015 | R. Wright | 1.0 | Analyzed the Debtors' business plan presentation re: liquidity levels. |
| 8/28/2015 | C. Kearns | 0.9 | Reviewed Debtors' presentation on business plan in advance of call. |
| 8/28/2015 | M. Shankweiler | 0.7 | Reviewed business plan provided by Debtors in preparation for conference call presentation with Debtors. |
| 8/28/2015 | M. Shankweiler | 0.6 | Developed discussion outline for discussion with UCC re: business plan presentation. |
| 8/28/2015 | M. Lau | 0.5 | Analyzed natural gas and West Texas Intermediate oil futures prices through 2020 as of 7/31/15. |
| 8/29/2015 | D. Demko | 2.7 | Continued reviewing the Debtors' business plan as part of an update presentation for the Committee. |
| 8/30/2015 | C. Kearns | 0.1 | Emailed with Moelis re: business plan related matters. |
| 8/31/2015 | M. Shankweiler | 2.9 | Continued to review Debtors' business plan presentation. |
| 8/31/2015 | D. Demko | 2.9 | Prepared a business plan opportunities and risk slide as part of an update presentation for the Committee. |
| 8/31/2015 | D. Demko | 2.7 | Revised a business plan assumptions schedule for additional information received from the Debtors. |
| 8/31/2015 | R. Wright | 1.8 | Analyzed Quicksilver business plan re: EBITDA and FCF calculations. |
| 8/31/2015 | M. Shankweiler | 1.3 | Continued to review Debtors' business plan presentation in preparation for detailed question and answer meeting with Debtors. |
| 8/31/2015 | R. Wright | 0.5 | Participated in a call with Counsel (A. Rosenberg) re: Quicksilver business plan. |
| 8/31/2015 | M. Shankweiler | 0.5 | Participated in call with Counsel (A. Rosenberg) and Moelis (R. Flachs) re: business plan diligence issues. |
| 8/31/2015 | C. Kearns | 0.5 | Participated in call with Paul Weiss and Moelis to discuss business plan and next steps. |
| 8/31/2015 | J. Song | 0.5 | Participated in call with UCC advisors (Paul Weiss, Moelis) to discuss Debtors' business plan. |
| 9/1/2015 | D. Demko | 2.7 | Prepared a business plan due diligence request list to be sent to the Debtors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **20. Projections/Business Plan/Other** | | | |
| 9/1/2015 | M. Shankweiler | 2.2 | Developed questions for discussion with Debtors re: business plan. |
| 9/1/2015 | C. Kearns | 1.7 | Participated in call with Debtors re: Canada and diligence on business plan. |
| 9/1/2015 | R. Wright | 1.6 | Analyzed Quicksilver business plan. |
| 9/1/2015 | R. Wright | 1.6 | Participated in a call with the Debtors (V. LaGatta) re: business plan. |
| 9/1/2015 | J. Song | 1.5 | Participated in due diligence session with Debtors for business plan questions and answers. |
| 9/1/2015 | C. Kearns | 0.4 | Reviewed group's questions for diligence session with Management re: the business plan. |
| 9/2/2015 | M. Shankweiler | 1.3 | Developed talking points for discussion with UCC re: business plan. |
| 9/2/2015 | C. Kearns | 0.2 | Emailed with Committee members on business plan. |
| 9/3/2015 | J. Song | 2.3 | Participated in meeting with the Debtors and UCC to discuss business plan and restructuring plan. |
| 9/3/2015 | M. Shankweiler | 1.4 | Met with Debtors and UCC re: business plan presentation. |
| 9/3/2015 | C. Kearns | 1.4 | Participated in meeting with Debtors and Committee to review business plan and next steps in the case. |
| 9/3/2015 | M. Shankweiler | 1.3 | Met with Moelis (B. Lastrapes, K. Voelte) re: case strategy based on current business plan outlook. |
| 9/3/2015 | C. Kearns | 0.8 | Reviewed Debtors' business plan re: key assumptions. |
| 9/3/2015 | M. Shankweiler | 0.5 | Met with UCC professionals prior to meeting with Debtors/ and UCC re: business plan presentation. |
| 9/3/2015 | J. Song | 0.3 | Participated in meeting with UCC to discuss next steps in light of business plan. |
| 9/8/2015 | M. Shankweiler | 0.9 | Reviewed Debtors' business plan presentation re: potential risks. |
| 9/9/2015 | D. Demko | 2.7 | Reviewed the Moelis preliminary business plan evaluation presentation. |
| 9/9/2015 | M. Shankweiler | 2.2 | Commented on presentation to UCC re: strategy issues. |
| 9/9/2015 | M. Shankweiler | 0.4 | Commented on revised presentation to UCC re: strategy issues. |
| 9/10/2015 | R. Wright | 0.8 | Reviewed Moelis report re: business plan. |
| 9/11/2015 | R. Wright | 1.1 | Participated in a call with the Committee re: business plan. |

Berkeley Research Group, LLC

Invoice for the 8/1/2015 - 9/30/2015 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | |

### 20. Projections/Business Plan/Other

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 9/11/2015 | R. Wright | 0.6 | Reviewed Moelis report re: business plan. |
| 9/14/2015 | D. Demko | 2.9 | Reviewed the QRCI second quarter PV-10 analysis to review Canadian valuation. |
| 9/15/2015 | C. Kearns | 0.5 | Reviewed diligence information provided by the Debtors re: QRCI. |
| 9/22/2015 | J. Song | 1.8 | Reviewed Debtors' business projections (Case A). |
| 9/22/2015 | J. Song | 1.3 | Reviewed Debtors' business projections (Case B). |
| 9/22/2015 | M. Shankweiler | 1.2 | Analyzed potential debt sizing alternatives based on business plan. |
| 9/22/2015 | M. Shankweiler | 0.7 | Reviewed 8K filing re: business plan projections. |
| 9/24/2015 | M. Shankweiler | 0.5 | Participated in call with Drivetrain (S. Wells) and Moelis re: high level plan strategy issues. |

*Task Code Total Hours*    85.0

**Total Hours**    684.6