Quicksilver Resources, Inc. et al.

**Berkeley Research Group, LLC**

Exhibit B: Expense Detail



For the Period 8/1/2015 through 9/30/2015

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 8/12/2015 | R. Wright | $11.50 | Travel to NYC to collaborate with other professionals. |
| 8/13/2015 | R. Wright | $11.50 | Travel to NYC to collaborate with other professionals. |
| 8/26/2015 | R. Wright | $23.00 | Travel to NYC to collaborate with other professionals. |
| 8/27/2015 | R. Wright | $23.00 | Travel to NYC to collaborate with other professionals. |
| 8/31/2015 | R. Wright | $23.00 | Travel to NYC to collaborate with other professionals. |
| *Expense Category Total* | | *$92.00* | |
| **10. Meals** | | | |
| 8/31/2015 | R. Wright | $10.00 | Dinner while working late. |
| *Expense Category Total* | | *$10.00* | |
| **Total Expenses** | | **$102.00** | |

Berkeley Research Group, LLC
Invoice for the 8/1/2015 - 9/30/2015 Period