IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
In Re                                                                  : Chapter 11
                                                                          : Case No. 15-10585 (LSS)
Quicksilver Resources Inc. et al.,[1]                  : Jointly Administered
                                                                          :
                                              Debtors       : **Objection Deadline**: Dec. 7, 2015 at 4:00 p.m. (ET)
                                                                          : **Hearing Date**: Scheduled only if necessary
------------------------------------------------------------X

## VERIFICATION

STATE OF NEW YORK          )
                                               ) SS:
COUNTY OF NEW YORK     )

Christopher J. Kearns, being duly sworn according to law, deposes and says:

a)    I am a Managing Director at the applicant firm, Berkeley Research Group, LLC, and am authorized to submit this verification on behalf of BRG.

b)    I have personally performed or supervised many of the professional services rendered by BRG as financial advisor to the official committee of unsecured creditors and am familiar with the work performed on behalf of the official committee of unsecured creditors by the professionals and other persons in the firm.

c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Quicksilver Resources, Inc. (6163); Barnett Shale Operating LLC (0257); Cowtown Drilling, Inc. (8899); Cowtown Gas Processing L.P. (1404); Cowtown Pipeline Funding, Inc. (9774); Cowtown Pipeline L.P. (9769); Cowtown Pipeline Management, Inc. (9771); Makarios Resources International Holdings LLC (1765); Makarios Resources International Inc. (7612); QPP Holdings LLC (0057); Qpp Parent LLC (8748); Quicksilver Production Partners GP LLC (2701); Quicksilver Production Partners LP (9129); and Silver Stream Pipeline Company LLC (9384).

d) All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

e) I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

Executed on November 16, 2015

*[signature]*
Christopher J. Kearns

SWORN BEFORE ME THIS 16TH DAY OF NOVEMBER, 2015

*[signature]* Stuart R. Jacobs

STUART R JACOBS
Notary Public - State of New York
NO. 01JA4981804
Qualified in Queens County
My Commission Expires 5/20/2019

2