# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | ) ) ) | Case No. 15-10585 (LSS) |
| Debtors. | ) ) ) ) | Jointly Administered |

## NOTICE OF RESCHEDULED OMNIBUS HEARING

PLEASE TAKE NOTICE that the omnibus hearing scheduled for December 1, 2015 at 10:00 a.m. (ET) (the "December 1 Omnibus Hearing") has been rescheduled to **December 14, 2015 at 10:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that any and all matters scheduled to be heard at the December 1 Omnibus Hearing will now be heard December 14, 2015 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

RLF1 13378914v.1

Wilmington, Delaware
Date: November 16, 2015               */s/ Amanda R. Steele*
                                          **RICHARDS, LAYTON & FINGER, P.A**.
                                          Paul N. Heath (DE 3704)
                                          Amanda R. Steele (DE 5530)
                                          Rachel L. Biblo (DE 6012)
                                          One Rodney Square
                                          920 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 651-7700
                                          Facsimile: (302) 651-7701

                                          – and –

                                          **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                          Charles R. Gibbs (admitted *pro hac vice*)
                                          Sarah Link Schultz (admitted *pro hac vice*)
                                          1700 Pacific Avenue, Suite 4100
                                          Dallas, Texas 75201
                                          Telephone: (214) 969-2800
                                          Facsimile: (214) 969-4343

                                          Ashleigh L. Blaylock (admitted *pro hac vice*)
                                          Robert S. Strauss Building
                                          1333 New Hampshire Avenue, N.W.
                                          Washington, DC 20036-1564
                                          Telephone: (202) 887-4000
                                          Facsimile: (202) 887-4288

                                          **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

RLF1 13378914v.1