# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Quicksilver Resources Inc.
801 Cherry Street, Suite 3700, Unit 19
Fort Worth, TX 76102
  **EIN:** 75–2756163
Wellflex Energy Solutions

**Chapter:** 11

*Case No*.: 15−10585−LSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

  A transcript of the proceeding held on 11/3/2015 was filed on 11/17/2015 . The following deadlines apply:

  The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/8/2015 .

  If a request for redaction is filed, the redacted transcript is due 12/18/2015 .

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/16/2016 unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

David D. Bird, Clerk of Court

Date: 11/17/15

(ntc)