# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 11/17/2015 |
| Case: 15−10585−LSS | Form ID: ntcBK | Total: 18 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Amanda R. Steele | steele@rlf.com |
| aty | Amanda R. Steele | steele@rlf.com |
| aty | Amanda R. Steele | steele@rlf.com |
| aty | Amanda R. Steele | steele@rlf.com |
| aty | Charles R. Gibbs | cgibbs@akingump.com |
| aty | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| aty | Paul N. Heath | heath@rlf.com |
| aty | Paul Noble Heath | heath@rlf.com |
| aty | Rachel Layne Biblo | Biblo@rlf.com |
| aty | Sarah Link Schultz | sschultz@akingump.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Quicksilver Resources Inc. | 801 Cherry Street, Suite 3700, Unit 19   Fort Worth, TX 76102 |
| aty | Ashleigh L. Blaylock | Akin Gump Strauss Hauer & Feld LLP   Robert S. Strauss Building   1333 New Hampshire Avenue N.W.   Washington, DC 20036 |
| aty | Joel Byron Bailey | Akin Gump Strauss Hauer & Feld LLP   1700 Pacific Avenue   Suite 4100   Dallas, TX 75201−4624 |
| aty | Kevin M. Eide | Akin Gump Strauss Hauer & Feld LLP   Robert S. Strauss Building   1333 New Hampshire Avenue, N.W.   Washington, DC 20036−1564 |
| aty | Lacy M. Lawrence | Akin Gump Strauss Hauer & Feld LLP   1700 Pacific Ave Ste. 4100   Dallas, TX 75201 |
| aty | Maurice L. Brimmage, Jr. | Akin Gump Strauss Hauer & Feld LLP   1700 Pacific Avenue, Suite 4100   Dallas, TX 75201 |
| aty | Sarah J. Crow | Akin Gump Strauss Hauer & Feld LLP   1700 Pacific Avenue   Suite 4100   Dallas, TX 75201 |

TOTAL: 7