# EXHIBIT A

**Quicksilver Resources Inc.**
Professional Fees and Expenses
Monthly Fee Application

| Applicant | Time Period | Fees & Expenses in Application | Fees and Expenses Allowed/ Awarded | Date Filed | Objection Deadline |
|---|---|---|---|---|---|
| **KPMG LLP**<br><br>717 North Harwood Street<br>Dallas, Texas 75201<br><br>*Tax Consultants* | 8/1/15 through 8/31/15 | $29,907.00 (Fees)<br><br>$567.80 (Expenses) | $23,925.60 (Fees at 80%)<br><br>$567.80 (Expenses at 100%) | 10/23/15 | 11/13/15 at 4:00 p.m. (EDT) |