## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 717 & 718** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

       Caroline E. Dougherty, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and on the 30th day of October, 2015, she caused a copy of the following to be served in the manner indicated upon the party on the attached list:

- **Monthly Operating Report (Reporting Period: September 2015) [Docket No. 717]**
- **Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estate of Quicksilver Resources Inc., et al. Hold a Substantial or Controlling Interest [Docket No. 718]**

Caroline E. Dougherty, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 17th day of November, 2015

Notary Public

LESLEY A. MORRIS
MY COMMISSION
EXPIRES
FEBRUARY 3, 2017
NOTARY PUBLIC
STATE OF DELAWARE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

# **SERVICE LIST**

*Via Hand Delivery*

Office of the United States Trustee
(Attn: Jane M. Leamy)
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801