**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON )
                              ) ss
COUNTY OF KING         )

I, Eric Westberg, being duly sworn, depose and state:

1.       I am a Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.       On November 12, 2015, at the direction of Akin Gump Strauss Hauer & Feld LLP, Counsel to the Debtors, and Richards, Layton & Finger, P.A., Local Counsel to the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Fee Notice Parties):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

- **Notice of and Sixth Monthly Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Consultants to the Debtors and Debtors in Possession for the Period from September 01, 2015 through September 30, 2015** [Docket No. 845].

/s/ Eric Westberg\
Eric Westberg

Sworn to before me this 18th day of
November, 2015

/s/ Mellissa H. Velo-Simpson\
Mellissa H. Velo-Simpson\
Notary Public, State of Washington\
License No. 16726\
Residing in Seattle\
Commission Expires: September 16, 2018

# EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN CHARLES R GIBBS
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH LINK SCHULTZ
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201

LANDIS RATH & COBB LLP
ATTN JOSEPH D WRIGHT ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LANDIS RATH & COBB LLP
ATTN MATTHEW B MCGUIRE ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LANDIS RATH & COBB LLP
ATTN RICHARD S COBB ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LATHAM & WATKINS LLP
ATTN DAVID A HAMMERMAN, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834

LATHAM & WATKINS LLP
ATTN MITCHELL A. SEIDER
885 THIRD AVE
NEW YORK, NY 10022-4834

MASTER SIDLOW & ASSOCIATES, PA
ATTN JUDITH SCARBOROUGH
2002 WEST 14TH ST
WILMINGTON, DE 19806

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN DENNIS F. DUNNE
28 LIBERTY ST
NEW YORK, NY 10005

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN SAMUEL A. KHALIL
28 LIBERTY ST
NEW YORK, NY 10005

OFFICE OF THE UNITED STATES TRUSTEE
ATTN JANE LEAMY
REGION 3
844 KING ST, STE 2207
WILMINGTON, DE 19801

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ADAM M DENHOFF ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ANDREW N ROSENBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ELIZABETH R MCCOLM ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

QUICKSILVER RESOURCES INC.
ATTN VANESSA GOMEZ LAGATTA
801 CHERRY STREET
SUITE 3700, UNIT 19
FORT WORTH, TX 76102

RICHARDS, LAYTON & FINGER, P.A.
ATTN AMANDA R. STEELE
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
ATTN PAUL N. HEATH
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON, DE 19801

SIMPSON THACHER & BARTLETT LLP
ATTN CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954

SIMPSON THACHER & BARTLETT LLP
ATTN STEVEN M. FUHRMAN
425 LEXINGTON AVE
NEW YORK, NY 10017