## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quicksilver Resources Inc., et al.,[1] | ) Case No. 15-10585 (LSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Isabel Baumgarten, being duly sworn, depose and state:

1.      I am a Senior Director with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On November 16, 2015, at the direction of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), Counsel to the Debtors, and Richards, Layton & Finger, P.A. ("Richards Layton"), Local Counsel to the Debtors, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Fee Notice Parties):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

- **Notice of Second Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel to the Debtors** [Docket No. 858]; and

- **Notice of Second Interim Fee Application Request of Richards, Layton & Finger, P.A., Co-Counsel to the Debtors** [Docket No. 859].

3.      On November 16, 2015, also at the direction of Akin Gump and Richards Layton, I caused a true and correct copy of the following document to be served by courtesy e-mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit C annexed hereto (Master Service List and Notice of Appearance Parties):

- **Notice of Rescheduled Omnibus Hearing ("Rescheduled Omnibus Hearing")** [Docket No. 862].

4.      On November 16, 2015, also at the direction of Akin Gump and Richards Layton, I caused a true and correct copy of the **Rescheduled Omnibus Hearing** to be served by courtesy e-mail on the parties identified on Exhibit D annexed hereto (Affected Claimants with e-mail addresses), and by first class mail on the parties identified on Exhibit E annexed hereto (Affected Claimants).

_Isabel Baumgarten_
Isabel Baumgarten

Sworn to before me this __18__ day of
November, 2015

_Nancy Formica_
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires:  August 8, 2018

# EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN CHARLES R GIBBS
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH LINK SCHULTZ
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201

LANDIS RATH & COBB LLP
ATTN JOSEPH D WRIGHT ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LANDIS RATH & COBB LLP
ATTN MATTHEW B MCGUIRE ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LANDIS RATH & COBB LLP
ATTN RICHARD S COBB ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LATHAM & WATKINS LLP
ATTN DAVID A HAMMERMAN, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834

LATHAM & WATKINS LLP
ATTN MITCHELL A. SEIDER
885 THIRD AVE
NEW YORK, NY 10022-4834

MASTER SIDLOW & ASSOCIATES, PA
ATTN JUDITH SCARBOROUGH
2002 WEST 14TH ST
WILMINGTON, DE 19806

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN DENNIS F. DUNNE
28 LIBERTY ST
NEW YORK, NY 10005

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN SAMUEL A. KHALIL
28 LIBERTY ST
NEW YORK, NY 10005

OFFICE OF THE UNITED STATES TRUSTEE
ATTN JANE LEAMY
REGION 3
844 KING ST, STE 2207
WILMINGTON, DE 19801

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ADAM M DENHOFF ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ANDREW N ROSENBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ELIZABETH R MCCOLM ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

QUICKSILVER RESOURCES INC.
ATTN VANESSA GOMEZ LAGATTA
801 CHERRY STREET
SUITE 3700, UNIT 19
FORT WORTH, TX 76102

RICHARDS, LAYTON & FINGER, P.A.
ATTN AMANDA R. STEELE
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
ATTN PAUL N. HEATH
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON, DE 19801

SIMPSON THACHER & BARTLETT LLP
ATTN CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954

SIMPSON THACHER & BARTLETT LLP
ATTN STEVEN M. FUHRMAN
425 LEXINGTON AVE
NEW YORK, NY 10017

# EXHIBIT B

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ASHLEIGH L. BLAYLOCK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON, DC 20036-1564
email: blaylocka@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN CHARLES R GIBBS
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624
email: cgibbs@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH J CROW
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624
email: sjcrow@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH LINK SCHULTZ
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201
email: sschultz@akingump.com

ASHBY & GEDDES, P.A.
ATTN GREGORY A TAYLOR ESQ
500 DELAWARE AVE 8TH FL
PO BOX 1150
WILMINGTON, DE 19899
email: gtaylor@ashby-geddes.com

BANK OF NEW YORK MELLON TRUST COMPANY
ATTN RAFAEL MARTINEZ
601 TRAVIS ST, 16TH FL
HOUSTON, TX 77002
email: rafael.martinez@bynmellon.com

BENNETT JONES LLP
ATTN CHRIS D. SIMARD
4500 BANKERS HALL EAST
855 2ND ST SW
CALGARY, ALBERTA T2P 1B5 CANADA
email: simardc@bennettjones.com

BENNETT JONES LLP
ATTN DONALD E. GREENFIELD Q.C.
4500 BANKERS HALL EAST
855 2ND ST SW
CALGARY, ALBERTA T2P 1B5 CANADA
email: greenfieldd@bennettjones.com

BENNETT JONES LLP
ATTN KEVIN J. ZYCH
3400 ONE FIRST CANADIAN PLACE
PO BOX 130
TORONTO, ONTARIO M5X 1A4 CANADA
email: zychk@bennettjones.com

BENNETT JONES LLP
ATTN SEAN ZWEIG
3400 ONE FIRST CANADIAN PL
PO BOX 130
TORONTO, ONTARIO M5X 1A4 CANADA
email: zweigs@bennettjones.com

BERKELEY RESEARCH GROUP, LLC
ATTN CHRISTOPHER KEARNS, MANAGING DIRECTOR
104 WEST 40TH ST, 16TH FL
NEW YORK, NY 10018
email: ckearns@capstoneag.com

BERKELEY RESEARCH GROUP, LLC
ATTN MARK SHANKWEILER, EXECUTIVE DIRECTOR
104 WEST 40TH ST, 16TH FL
NEW YORK, NY 10018
email: mshankweiler@capstoneag.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN BRENT HERLIHY
280 PARK AVENUE
NEW YORK, NY 10017
email: Herlihy@pjtpartners.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN MICHAEL O'HARA
280 PARK AVENUE
NEW YORK, NY 10017
email: OHara@pjtpartners.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN PETER LAURINAITIS
THE BLACKSTONE GROUP
280 PARK AVENUE
NEW YORK, NY 10017
email: Laurinaitis@pjtpartners.com

BLAKE, CASSELS & GRAYDON LLP
ATTN KELLY BOURASSA
855 2ND ST SW, STE 3500
CALGARY, ALBERTA T2P 4J8 CANADA
email: kelly.bourassa@blakes.com

BMC GROUP, INC
ATTN T FEIL
300 CONTINENTAL BLVD #570
EL SEGUNDO, CA 90245
email: tfeil@bmcgroup.com

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN SHAWN M. CHRISTIANSON, ESQ
55 SECOND ST, FL 17
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

CIARDI CIARDI & ASTIN
ATTN DANIEL K ASTIN, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: dastin@ciardilaw.com

CIARDI CIARDI & ASTIN
ATTN JOHN D MCLAUGHLIN JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: jmclaughlin@ciardilaw.com

CIARDI CIARDI & ASTIN
ATTN JOSEPH J MCMAHON JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: jmcmahon@ciardilaw.com

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN EBONY COBB
500 E BORDER ST, STE 640
ARLINGTON, TX 76010
email: ecobb@pbfcm.com

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN ELIZABETH BANDA CALVO
500 E BORDER ST, STE 640
ARLINGTON, TX 76010
email: ebcalvo@pbfcm.com

CONNOLLY GALLAGHER LLP
ATTN KAREN C BIFFERATO ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801
email: KBIFFERATO@CONNOLLYGALLAGHER.COM

CONNOLLY GALLAGHER LLP
ATTN KELLY M CONLAN ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801
email: KCONLAN@CONNOLLYGALLAGHER.COM

CONWAY MACKENZIE
ATTN KENT J. LABER
2101 CEDAR SPRINGS RD STE 1900
DALLAS, TX 75201-2151
email: klaber@conwaymackenzie.com

CONWAY MACKENZIE
ATTN SCOTT J. COCKERHAM
1301 MCKINNEY ST, STE 2025
HOUSTON, TX 77010
email: scockerham@conwaymackenzie.com

CREDIT SUISSE
ATTN LAURA K. SCHEMBRI
1 MADISON AVE
NEW YORK, NY 10010
email: lk.schembri@credit-suisse.com

CREDIT SUISSE
ATTN MEGAN KANE
1 MADISON AVE
NEW YORK, NY 10010
email: megan.kane@credit-suisse.com

CRESTWOOD MIDSTREAM PARTNERS LP
ATTN JAMES D. JOHNSTON, ESQ
VP, ASSOCIATE GENERAL COUNSEL
700 LOUISIANA ST, STE 2550
HOUSTON, TX 77002
email: james.johnston@crestwoodlp.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN EVAN S. BORENSTEIN
101 PARK AVE
NEW YORK, NY 10178-0061
email: eborenstein@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN JAMES V. DREW ESQ
101 PARK AVE
NEW YORK, NY 10178-0061
email: jdrew@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN ESQ
101 PARK AVE
NEW YORK, NY 10178-0061
email: sreisman@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN SUSANA M. NAMNUM
101 PARK AVE
NEW YORK, NY 10178-0061
email: snamnum@curtis.com

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS - FRANCHISE TAX
TOWNSEND BUILDING, STE 1
401 FEDERAL ST
PO BOX 898
DOVER, DE 19903
email: corp@delaware.gov; dosdoc_Ftax@state.de.us

DELAWARE SECRETARY OF TREASURY
820 SILVER LAKE BLVD
STE 100
DOVER, DE 19904
email: StateTreasurer@state.de.us

DELAWARE TRUST COMPANY
ATTN BILL POPEO
2711 CENTERVILLE RD, STE 400
WILMINGTON, DE 19808
email: bpopeo@delawaretrust.com

DELAWARE TRUST COMPANY
ATTN SANDRA HORWITZ
2711 CENTERVILLE RD, STE 400
WILMINGTON, DE 19808
email: shorwitz@delawaretrust.com

DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP
ATTN ANTHONY J. JACKSON
TEXAS COMMERCE TOWER
2200 ROSS AVE, STE 1600
DALLAS, TX 75201
email: antjackson@deloitte.com

DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP
ATTN JOHN LITTLE
TEXAS COMMERCE TOWER
2200 ROSS AVE, STE 1600
DALLAS, TX 75201
email: jolittle@deloitte.com

EMMET, MARVIN & MARTIN, LLP
ATTN EDWARD P. ZUJKOWSKI, ESQ
120 BROADWAY, 32ND FL
NEW YORK, NY 10271
email: ezujkowski@emmetmarvin.com

EMMET, MARVIN & MARTIN, LLP
ATTN THOMAS A PITTA, ESQ
120 BROADWAY, 32ND FL
NEW YORK, NY 10271
email: tpitta@emmetmarvin.com

FISHMAN JACKSON
ATTN MARK H RALSTON, ESQ.
700 THREE GALLERIA TOWER
13155 NOEL ROAD LB 13
DALLAS, TX 75240
email: mralston@fishmanjackson.com

FOLEY & LARDNER LLP
ATTN LARS A PETERSON
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: lapeterson@foley.com

FOLEY & LARDNER LLP
ATTN MARK F HEBBELN
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: mhebbeln@foley.com

FOLEY & LARDNER LLP
ATTN MARK L PRAGER
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: mprager@foley.com

FOX ROTHSCHILD LLP
ATTN JEFFREY M. SCHLERF
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19899-2323
email: JSchlerf@foxrothschild.com

FOX ROTHSCHILD LLP
ATTN L JOHN BIRD, ESQ
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19801
email: lbird@foxrothschild.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN BRAD ERIC SCHELER
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: brad.scheler@friedfrank.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN GARY L KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: gary.kaplan@friedfrank.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN JENNIFER L RODBURG, ESQ
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: jennifer.rodburg@friedfrank.com

GARDEN CITY GROUP, LLC
ATTN ISABEL BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS, NY 11042
email: Isabel.Baumgarten@gardencitygroup.com

GARDERE WYNNE SEWELL LLP
ATTN EVAN R BAKER
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: ebaker@gardere.com

GARDERE WYNNE SEWELL LLP
ATTN HOLLAND N O'NEIL
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: honeil@gardere.com

GARDERE WYNNE SEWELL LLP
ATTN JOHN P MELKO
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: jmelko@gardere.com

GOODMANS LLP
ATTN JOE LATHAM
BAY ADELAIDE CENTRE
333 BAY ST, STE 3400
TORONTO, ONTARIO M5H 2S7 CANADA
email: jlatham@goodmans.ca

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
ATTN RUSSELL W. MILLS, ESQ.
15303 DALLAS PKWY, STE 700
ADDISON, TX 75001
email: rmills@hhdulaw.com

HOULIHAN LOKEY
ATTN ADAM DUNAYER
245 PARK AVE, 20TH FL
NEW YORK, NY 10167
email: ADunayer@hl.com

HOULIHAN LOKEY
ATTN ERIC SIEGERT
200 CRESCENT COURT, STE 1900
DALLAS, TX 75201
email: ESiegert@hl.com

HOULIHAN LOKEY
ATTN JOHN-PAUL HANSON
200 CRESCENT COURT, STE 1900
DALLAS, TX 75201
email: JHanson@hl.com

HOULIHAN LOKEY
ATTN MICHAEL BOONE
245 PARK AVE, 20TH FL
NEW YORK, NY 10167
email: MBoone@hl.com

HUGHES WATTERS ASKANASE LLP
ATTN RANDALL A RIOS ESQ
THREE ALLEN CENTER
333 CLAY 29TH FL
HOUSTON, TX 77002
email: rrios@hwa.com

JAMES S. BROUNER, ESQ.
12770 COIT RD
STE 541
DALLAS, TX 75251
email: brounerj@earthlink.net

JOHNSON DELUCA KURISKY & GOULD, P.C.
ATTN GEORGE A KURISKY JR, ESQ.
4 HOUSTON CENTER
1221 LAMAR, STE 1000
HOUSTON, TX 77010
email: gkurisky@jdkglaw.com

JPMORGAN CHASE BANK, N.A.
ATTN ANNA LEAL
2200 ROSS AVE
DALLAS, TX 75201
email: anna.leal@jpmorgan.com

JPMORGAN CHASE BANK, N.A.
ATTN TRICIA S CARPEN
10 S DEARBORN, 36TH FL
CHICAGO, IL 60603
email: tricia.carpen@chase.com

KELLY HART & HALLMAN LLP
ATTN KATHERINE T HOPKINS
201 MAIN ST, STE 2500
FORT WORTH, TX 76102
email: katherine.hopkins@kellyhart.com

KELLY HART & HALLMAN LLP
ATTN MICHAEL A MCCONNELL
201 MAIN ST, STE 2500
FORT WORTH, TX 76102
email: michael.mcconnell@kellyhart.com

KPMG LLP
ATTN CHUCK THOMPSON
717 NORTH HARWOOD ST, STE 3100
DALLAS, TX 75201-6585
email: chuckthompson@kpmg.com

KPMG LLP
ATTN TIM OLSON
201 MAIN ST, STE 900
FORT WORTH, TX 76102
email: tcolson@kpmg.com

KPMG LLP
ATTN YINKA KUKOYI
811 MAIN ST, STE 4500
HOUSTON, TX 77002
email: okukoyi@kpmg.com

LANDIS RATH & COBB LLP
ATTN JOSEPH D WRIGHT ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: wright@lrclaw.com

LANDIS RATH & COBB LLP
ATTN MATTHEW B MCGUIRE ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: mcguire@lrclaw.com

LANDIS RATH & COBB LLP
ATTN RICHARD S COBB ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: cobb@lrclaw.com

LATHAM & WATKINS LLP
ATTN DAVID A HAMMERMAN, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834
email: david.hammerman@lw.com

LATHAM & WATKINS LLP
ATTN KEITH A SIMON, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834
email: keith.simon@lw.com

LATHAM & WATKINS LLP
ATTN MATTHEW L WARREN, ESQ
330 NORTH WABASH AVE
STE 2800
CHICAGO, IL 60611
email: matthew.warren@lw.com

LATHAM & WATKINS LLP
ATTN MITCHELL A. SEIDER
885 THIRD AVE
NEW YORK, NY 10022-4834
email: Mitchell.Seider@lw.com

LATHAM & WATKINS, LLP
ATTN J. MICHAEL CHAMBERS
811 MAIN ST, STE 3700
HOUSTON, TX 77002
email: michael.chambers@lw.com

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA, TX 77868
email: pwp@pattiprewittlaw.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064
email: houston_bankruptcy@lgbs.com

LINEBARGER GOGGAN CLAIR & SAMPSON, LLP
ATTN ELIZABETH WELLER
2777 N STEMMONS FREEWAY
STE 1000
DALLAS, TX 75207
email: dallas.bankruptcy@publicans.com

MASTER SIDLOW & ASSOCIATES, PA
ATTN JUDITH SCARBOROUGH
2002 WEST 14TH ST
WILMINGTON, DE 19806
email: jscarborough@mastersidlow.com

MCGRANE LLP
ATTN GAVIN MCGRANE, ESQ.
FOUR EMBARCADERO CENTER, STE 1400
SAN FRANCISCO, CA 94111
email: ecf@pacerpro.com

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN DENNIS F. DUNNE
28 LIBERTY ST
NEW YORK, NY 10005
email: DDunne@milbank.com

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN SAMUEL A. KHALIL
28 LIBERTY ST
NEW YORK, NY 10005
email: skhalil@milbank.com

MOELIS & COMPANY
ATTN BRYAN LASTRAPES
THREE ALLEN CENTER
333 CLAY ST, STE 3750
HOUSTON, TX 77002
email: bryan.lastrapes@moelis.com

MOELIS & COMPANY
ATTN ROBERT J. FLACHS
1999 AVENUE OF THE STARS, STE 1900
LOS ANGELES, CA 90067
email: robert.flachs@moelis.com

MORRIS JAMES LLP
STEPHEN M. MILLER, ESQ.
500 DELAWARE AVE STE 1500
PO BOX 2306
WILMINGTON, DE 19801-1494
email: smiller@morrisjames.com

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN RACHEL R OBALDO, ASST ATTY GEN
PO BOX 12548
AUSTIN, TX 78711-2548
email: rachel.obaldo@texasattorneygeneral.gov

OFFICE OF THE US ATTORNEY
ATTN ELLEN W. SLIGHTS, ESQ
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19801
email: askdoj@usdoj.gov

OFFICE OF THE US ATTORNEY
ATTN RONALD C. MACHEN JR.
555 4TH ST, NW
WASHINGTON, DC 20530
email: dc.outreach@usdoj.gov

PACHULSKI STANG ZIEHL & JONES LLP
ATTN COLIN R ROBINSON, ESQ
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE 19899-8705
email: crobinson@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN LAURA DAVIS JONES, ESQ
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE 19899-8705
email: ljones@pszjlaw.com

PALMER & MANUEL, L.L.P.
ATTN LARRY CHEK ESQ
CAMPBELL CENTRE ONE
8350 N CENTRAL EXPRESSWAY STE 1111
DALLAS, TX 75206
email: LCHEK@PAMLAW.COM

PARKER POE ADAMS & BERNSTEIN LLP
ATTN KIAH T FORD IV, ESQ
401 SOUTH TRYON ST
STE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ADAM M DENHOFF ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: adenhoff@paulweiss.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ANDREW N ROSENBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: arosenberg@paulweiss.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ELIZABETH R MCCOLM ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: emccolm@paulweiss.com

PEPPER HAMILTON LLP
ATTN DAVID M. FOURNIER, ESQ
HERCULES PLAZA, STE 5100
1313 N. MARKET ST, PO BOX 1709
WILMINGTON, DE 19801-1709
email: fournierd@pepperlaw.com

PORTER HEDGES LLP
ATTN JOHN F HIGGINS, ESQ
1000 MAIN ST, 36TH FL
HOUSTON, TX 77002
email: jhiggins@porterhedges.com

QUICKSILVER RESOURCES INC.
ATTN ANN HOUSE
801 CHERRY STREET
SUITE 3700, UNIT 19
FORT WORTH, TX 76102
email: ahouse@qrinc.com

QUICKSILVER RESOURCES INC.
ATTN VANESSA GOMEZ LAGATTA
801 CHERRY STREET
SUITE 3700, UNIT 19
FORT WORTH, TX 76102
email: vgomez@qrinc.com

RICHARDS, LAYTON & FINGER, P.A.
ATTN AMANDA R. STEELE
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON, DE 19801
email: steele@rlf.com

RICHARDS, LAYTON & FINGER, P.A.
ATTN PAUL N. HEATH
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON, DE 19801
email: heath@rlf.com

SECURITIES EXCHANGE COMMISSION
ATTN SECRETARY OF THE TREASURY
100 F ST, NE
WASHINGTON, DC 20549
email: chairmanoffice@sec.gov; secbankruptcy@sec.gov

SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.
ATTN JOSHUA N EPPICH, ESQ
901 MAIN ST, STE 4600
DALLAS, TX 75202
email: jeppich@shannongracey.com

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN IRA BODENSTEIN
321 NORTH CLARK ST
SUITE 800
CHICAGO, IL 60654
email: ibodenstein@shawfishman.com

SIMPSON THACHER & BARTLETT LLC
ATTN MATTHEW EINBINDER
600 TRAVIS ST
STE 5400
HOUSTON, TX 77002-2909
email: meinbinder@stblaw.com

SIMPSON THACHER & BARTLETT LLC
ATTN ROBERT RENE RABALAIS
600 TRAVIS ST
STE 5400
HOUSTON, TX 77002-2909
email: rrabalais@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954
email: christine.marshall@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN KATHERINE A MCLENDON, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954
email: kmclendon@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN STEVEN M. FUHRMAN
425 LEXINGTON AVE
NEW YORK, NY 10017
email: sfuhrman@stblaw.com

STATE OF DELAWARE
ATTN KEN SIMPLER
OFFICE OF THE STATE TREASURER
820 SILVER LAKE BLVD
STE 100
DOVER, DE 19904
email: statetreasurer@state.de.us

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
25 SE 2ND AVE STE 1120
MIAMI, FL 33131
email: claims@recoverycorp.com

UNION PACIFIC RAILROAD COMPANY
ATTN JENNIE L ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179
email: JLANDERS01@UP.COM

UNION PACIFIC RAILROAD COMPANY
ATTN MARY ANN KILGORE, ESQ
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179
email: mkilgore@up.com

US BANK NATIONAL ASSOCIATION
ATTN SANDRA SPIVEY
NEVADA FINANCIAL CENTER
2300 W SAHARA, STE 200
LAS VEGAS, NV 89102
email: sandra.spivey@usbank.com

US DEPT. OF JUSTICE
ATTN ERIC HOLDER, US ATTORNEY GENERAL
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530
email: askdoj@usdoj.gov

US SECURITIES & EXCHANGE COMMISSION
ATTN SHARON BINGER, REG. DIRECTOR
PHILADELPHIA REGIONAL OFFICE
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA, PA 19103
email: philadelphia@sec.gov

US SECURITIES & EXCHANGE COMMISSION
BANKRUPTCY AND ENFORCEMENT
ATTN NEAL JACOBSON
BROOKFIELD PLACE, 200 VESEY ST, STE 400
NEW YORK, NY 10281-1022
email: NYROBankruptcy@SEC.GOV, Jacobsonn@sec.gov

VINSON & ELKINS LLP
ATTN HARRY A PERRIN, ESQ.
1001 FANNIN ST
STE 2500
HOUSTON, TX 77002-6760
email: hperrin@velaw.com

VINSON & ELKINS LLP
ATTN JOHN E WEST ESQ
1001 FANNIN ST, STE 2500
HOUSTON, TX 77002
email: jwest@velaw.com

WEIL, GOTSHAL & MANGES LLP
ATTN ALFREDO R. PÉREZ, ESQ
700 LOUISIANA ST, STE 1700
HOUSTON, TX 77002-2784
email: alfredo.perez@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN CHRISTOPHER M. LÓPEZ, ESQ
700 LOUISIANA ST, STE 1700
HOUSTON, TX 77002-2784
email: chris.lopez@weil.com

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN PETER FINKEL
50 SOUTH SIXTH ST, STE 1290
MINNEAPOLIS, MN 55402
email: pfinkel@wilmingtontrust.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN KARA HAMMOND COYLE, ESQ
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE 19801
email: kcoyle@ycst.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN MICHAEL R NESTOR, ESQ
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE 19801
email: mnestor@ycst.com

# EXHIBIT C

ASHBY & GEDDES, P.A.
ATTN GREGORY A TAYLOR ESQ
500 DELAWARE AVE 8TH FL
PO BOX 1150
WILMINGTON, DE 19899

BANK OF NEW YORK MELLON TRUST COMPANY
ATTN RAFAEL MARTINEZ
601 TRAVIS ST, 16TH FL
HOUSTON, TX 77002

BENNETT JONES LLP
ATTN KEVIN J. ZYCH
3400 ONE FIRST CANADIAN PLACE
PO BOX 130
TORONTO, ONTARIO M5X 1A4 CANADA

BERKELEY RESEARCH GROUP, LLC
ATTN CHRISTOPHER KEARNS, MANAGING DIRECTOR
104 WEST 40TH ST, 16TH FL
NEW YORK, NY 10018

BERKELEY RESEARCH GROUP, LLC
ATTN MARK SHANKWEILER, EXECUTIVE DIRECTOR
104 WEST 40TH ST, 16TH FL
NEW YORK, NY 10018

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN BENJAMIN NISSAN
THE BLACKSTONE GROUP
345 PARK AVE
NEW YORK, NY 10154

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN JON LURVEY
THE BLACKSTONE GROUP
345 PARK AVE
NEW YORK, NY 10154

BLAKE, CASSELS & GRAYDON LLP
855 2ND ST SW, STE 3500
CALGARY, ALBERTA T2P 4J8 CANADA

BLAKE, CASSELS & GRAYDON LLP
ATTN KELLY BOURASSA
855 2ND ST SW, STE 3500
CALGARY, ALBERTA T2P 4J8 CANADA

BMC GROUP, INC
ATTN T FEIL
300 CONTINENTAL BLVD #570
EL SEGUNDO, CA 90245

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN SHAWN M. CHRISTIANSON, ESQ
55 SECOND ST, FL 17
SAN FRANCISCO, CA 94105-3493

CIARDI CIARDI & ASTIN
ATTN DANIEL K ASTIN, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN JOHN D MCLAUGHLIN JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN JOSEPH J MCMAHON JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN EBONY COBB
500 E BORDER ST, STE 640
ARLINGTON, TX 76010

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN ELIZABETH BANDA CALVO
500 E BORDER ST, STE 640
ARLINGTON, TX 76010

CONNOLLY GALLAGHER LLP
ATTN KAREN C BIFFERATO ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801

CONNOLLY GALLAGHER LLP
ATTN KELLY M CONLAN ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801

CONWAY MACKENZIE
ATTN KENT J. LABER
2101 CEDAR SPRINGS RD STE 1900
DALLAS, TX 75201-2151

CONWAY MACKENZIE
ATTN SCOTT J. COCKERHAM
1301 MCKINNEY ST, STE 2025
HOUSTON, TX 77010

CREDIT SUISSE
ATTN LAURA K. SCHEMBRI
1 MADISON AVE
NEW YORK, NY 10010

CREDIT SUISSE
ATTN MEGAN KANE
1 MADISON AVE
NEW YORK, NY 10010

CRESTWOOD MIDSTREAM PARTNERS LP
ATTN JAMES D. JOHNSTON, ESQ
VP, ASSOCIATE GENERAL COUNSEL
700 LOUISIANA ST, STE 2550
HOUSTON, TX 77002

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN EVAN S. BORENSTEIN
101 PARK AVE
NEW YORK, NY 10178-0061

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN JAMES V. DREW ESQ
101 PARK AVE
NEW YORK, NY 10178-0061

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN ESQ
101 PARK AVE
NEW YORK, NY 10178-0061

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN SUSANA M. NAMNUM
101 PARK AVE
NEW YORK, NY 10178-0061

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS - FRANCHISE TAX
TOWNSEND BUILDING, STE 1
401 FEDERAL ST
PO BOX 898
DOVER, DE 19903

DELAWARE SECRETARY OF TREASURY
820 SILVER LAKE BLVD
STE 100
DOVER, DE 19904

DELAWARE TRUST COMPANY
ATTN BILL POPEO
2711 CENTERVILLE RD, STE 400
WILMINGTON, DE 19808

DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP
ATTN ANTHONY J. JACKSON
TEXAS COMMERCE TOWER
2200 ROSS AVE, STE 1600
DALLAS, TX 75201

DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP
ATTN JOHN LITTLE
TEXAS COMMERCE TOWER
2200 ROSS AVE, STE 1600
DALLAS, TX 75201

EMMET, MARVIN & MARTIN, LLP
ATTN EDWARD P. ZUJKOWSKI, ESQ
120 BROADWAY, 32ND FL
NEW YORK, NY 10271

EMMET, MARVIN & MARTIN, LLP
ATTN THOMAS A PITTA, ESQ
120 BROADWAY, 32ND FL
NEW YORK, NY 10271

FOLEY & LARDNER LLP
ATTN LARS A PETERSON
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN MARK F HEBBELN
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN MARK L PRAGER
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
ATTN JEFFREY M. SCHLERF
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19899-2323

FOX ROTHSCHILD LLP
ATTN L JOHN BIRD, ESQ
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19801

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN AARON ROTHMAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN BRAD ERIC SCHELER
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN GARY L KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN JENNIFER L RODBURG, ESQ
ONE NEW YORK PLAZA
NEW YORK, NY 10004

GARDERE WYNNE SEWELL LLP
ATTN EVAN R BAKER
1601 ELM ST, STE 3000
DALLAS, TX 75201

GARDERE WYNNE SEWELL LLP
ATTN HOLLAND N O'NEIL
1601 ELM ST, STE 3000
DALLAS, TX 75201

GARDERE WYNNE SEWELL LLP
ATTN JOHN P MELKO
1601 ELM ST, STE 3000
DALLAS, TX 75201

GOODMANS LLP
ATTN JOE LATHAM
BAY ADELAIDE CENTRE
333 BAY ST, STE 3400
TORONTO, ONTARIO M5H 2S7 CANADA

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
ATTN RUSSELL W. MILLS, ESQ.
15303 DALLAS PKWY, STE 700
ADDISON, TX 75001

HUGHES WATTERS ASKANASE LLP
ATTN RANDALL A RIOS ESQ
THREE ALLEN CENTER
333 CLAY 29TH FL
HOUSTON, TX 77002

INTERNAL REVENUE SERVICE
844 KING ST
WILMINGTON, DE 19801

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114-0326

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 12192
COVINGTON, KY 41012-0192

JAMES S. BROUNER, ESQ.
12770 COIT RD
STE 541
DALLAS, TX 75251

JOHNSON DELUCA KURISKY & GOULD, P.C.
ATTN GEORGE A KURISKY JR, ESQ.
4 HOUSTON CENTER
1221 LAMAR, STE 1000
HOUSTON, TX 77010

JPMORGAN CHASE BANK, N.A.
ATTN ANNA LEAL
2200 ROSS AVE
DALLAS, TX 75201

JPMORGAN CHASE BANK, N.A.
ATTN CRYSTAL BORTAN
2200 ROSS AVE, 3RD FL
DALLAS, TX 75201

JPMORGAN CHASE BANK, N.A.
ATTN TRICIA S CARPEN
10 S DEARBORN, 36TH FL
CHICAGO, IL 60603

KELLY HART & HALLMAN LLP
ATTN KATHERINE T HOPKINS
201 MAIN ST, STE 2500
FORT WORTH, TX 76102

KELLY HART & HALLMAN LLP
ATTN MICHAEL A MCCONNELL
201 MAIN ST, STE 2500
FORT WORTH, TX 76102

LANDIS RATH & COBB LLP
ATTN JOSEPH D WRIGHT ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LANDIS RATH & COBB LLP
ATTN MATTHEW B MCGUIRE ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LANDIS RATH & COBB LLP
ATTN RICHARD S COBB ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LATHAM & WATKINS LLP
ATTN DAVID A HAMMERMAN, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834

LATHAM & WATKINS LLP
ATTN KEITH A SIMON, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834

LATHAM & WATKINS LLP
ATTN MATTHEW L WARREN, ESQ
330 NORTH WABASH AVE
STE 2800
CHICAGO, IL 60611

LATHAM & WATKINS LLP
ATTN MITCHELL A. SEIDER
885 THIRD AVE
NEW YORK, NY 10022-4834

LATHAM & WATKINS, LLP
ATTN J. MICHAEL CHAMBERS
811 MAIN ST, STE 3700
HOUSTON, TX 77002

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA, TX 77868

LINEBARGER GOGGAN CLAIR & SAMPSON, LLP
ATTN ELIZABETH WELLER
2777 N STEMMONS FREEWAY
STE 1000
DALLAS, TX 75207

MASTER SIDLOW & ASSOCIATES, PA
ATTN JUDITH SCARBOROUGH
2002 WEST 14TH ST
WILMINGTON, DE 19806

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTN LEE GORDON, ESQ.
PO BOX 1269
ROUND ROCK, TX 78680

MCGRANE LLP
ATTN GAVIN MCGRANE, ESQ.
FOUR EMBARCADERO CENTER, STE 1400
SAN FRANCISCO, CA 94111

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN DENNIS F. DUNNE
28 LIBERTY ST
NEW YORK, NY 10005

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN SAMUEL A. KHALIL
28 LIBERTY ST
NEW YORK, NY 10005

MOELIS & COMPANY
ATTN BRYAN LASTRAPES
THREE ALLEN CENTER
333 CLAY ST, STE 3750
HOUSTON, TX 77002

MOELIS & COMPANY
ATTN ROBERT J. FLACHS
1999 AVENUE OF THE STARS, STE 1900
LOS ANGELES, CA 90067

MORRIS JAMES LLP
STEPHEN M. MILLER, ESQ.
500 DELAWARE AVE STE 1500
PO BOX 2306
WILMINGTON, DE 19801-1494

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN RACHEL R OBALDO, ASST ATTY GEN
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES TRUSTEE
ATTN JANE LEAMY
REGION 3
844 KING ST, STE 2207
WILMINGTON, DE 19801

OFFICE OF THE US ATTORNEY
ATTN CHARLES M. OBERLY, III
1007 ORANGE ST, STE 700
WILMINGTON, DE 19801

OFFICE OF THE US ATTORNEY
ATTN ELLEN W. SLIGHTS, ESQ
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19801

OFFICE OF THE US ATTORNEY
ATTN JOHN R. PARKER
BURNETT PLAZA, STE 1700
801 CHERRY ST, UNIT 4
FORT WORTH, TX 76102-6882

OFFICE OF THE US ATTORNEY
ATTN RONALD C. MACHEN JR.
555 4TH ST, NW
WASHINGTON, DC 20530

PACHULSKI STANG ZIEHL & JONES LLP
ATTN COLIN R ROBINSON, ESQ
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE 19899-8705

PACHULSKI STANG ZIEHL & JONES LLP
ATTN LAURA DAVIS JONES, ESQ
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE 19899-8705

PALMER & MANUEL, L.L.P.
ATTN LARRY CHEK ESQ
CAMPBELL CENTRE ONE
8350 N CENTRAL EXPRESSWAY STE 1111
DALLAS, TX 75206

PARKER POE ADAMS & BERNSTEIN LLP
ATTN KIAH T FORD IV, ESQ
401 SOUTH TRYON ST
STE 3000
CHARLOTTE, NC 28202

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ADAM M DENHOFF ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ANDREW N ROSENBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ELIZABETH R MCCOLM ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PEPPER HAMILTON LLP
ATTN DAVID M. FOURNIER, ESQ
HERCULES PLAZA, STE 5100
1313 N. MARKET ST, PO BOX 1709
WILMINGTON, DE 19801-1709

PORTER HEDGES LLP
ATTN JOHN F HIGGINS, ESQ
1000 MAIN ST, 36TH FL
HOUSTON, TX 77002

SECURITIES EXCHANGE COMMISSION
ATTN SECRETARY OF THE TREASURY
100 F ST, NE
WASHINGTON, DC 20549

SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.
ATTN JOSHUA N EPPICH, ESQ
901 MAIN ST, STE 4600
DALLAS, TX 75202

SIMPSON THACHER & BARTLETT LLC
ATTN MATTHEW EINBINDER
600 TRAVIS ST
STE 5400
HOUSTON, TX 77002-2909

SIMPSON THACHER & BARTLETT LLC
ATTN ROBERT RENE RABALAIS
600 TRAVIS ST
STE 5400
HOUSTON, TX 77002-2909

SIMPSON THACHER & BARTLETT LLP
ATTN CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954

SIMPSON THACHER & BARTLETT LLP
ATTN KATHERINE A MCLENDON, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954

SIMPSON THACHER & BARTLETT LLP
ATTN STEVEN M. FUHRMAN
425 LEXINGTON AVE
NEW YORK, NY 10017

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
25 SE 2ND AVE STE 1120
MIAMI, FL 33131

UNION PACIFIC RAILROAD COMPANY
ATTN MARY ANN KILGORE, ESQ
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

US DEPT. OF JUSTICE
ATTN ERIC HOLDER, US ATTORNEY GENERAL
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

US SECURITIES & EXCHANGE COMMISSION
ATTN SHARON BINGER, REG. DIRECTOR
PHILADELPHIA REGIONAL OFFICE
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA, PA 19103

VINSON & ELKINS LLP
ATTN HARRY A PERRIN, ESQ.
1001 FANNIN ST
STE 2500
HOUSTON, TX 77002-6760

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN PETER FINKEL
50 SOUTH SIXTH ST, STE 1290
MINNEAPOLIS, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN MICHAEL R NESTOR, ESQ
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE 19801

STATE OF DELAWARE
ATTN KEN SIMPLER
OFFICE OF THE STATE TREASURER
820 SILVER LAKE BLVD
STE 100
DOVER, DE 19904

UNION PACIFIC RAILROAD COMPANY
ATTN JENNIE L ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

US BANK NATIONAL ASSOCIATION
ATTN SANDRA SPIVEY
NEVADA FINANCIAL CENTER
2300 W SAHARA, STE 200
LAS VEGAS, NV 89102

US SECURITIES & EXCHANGE COMMISSION
100 F ST, NE
WASHINGTON, DC 20549

US SECURITIES & EXCHANGE COMMISSION
BANKRUPTCY AND ENFORCEMENT
ATTN NEAL JACOBSON
BROOKFIELD PLACE, 200 VESEY ST, STE 400
NEW YORK, NY 10281-1022

VINSON & ELKINS LLP
ATTN JOHN E WEST ESQ
1001 FANNIN ST, STE 2500
HOUSTON, TX 77002

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN KARA HAMMOND COYLE, ESQ
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE 19801

# EXHIBIT D

ELEANOR BERGLUND
8 PEBBLEBROOK CIRCLE
RICHARDSON, TX 75080
email: ELLIEBERGIE@YAHOO.COM

FRITZ WALTER
UNT WELZBERG 6
75365 CALW GERMANY
email: user673611@hotmail.com

STUART SILVERSTEIN
24530 GRAND CENTRAL PARKWAY
APT 6J
BELLEROSE, NY 11426
email: SSILVERSTEIN@ECHODESIGN.COM

# EXHIBIT E

ELEANOR BERGLUND
8 PEBBLEBROOK CIRCLE
RICHARDSON, TX 75080

FRITZ WALTER
UNT WELZBERG 6
75365 CALW GERMANY

STUART SILVERSTEIN
24530 GRAND CENTRAL PARKWAY
APT 6J
BELLEROSE, NY 11426