**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 745** |

**CERTIFICATION OF NO OBJECTION
REGARDING THE FIFTH MONTHLY APPLICATION
OF ERNST & YOUNG LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS AUDIT SERVICES PROVIDER FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD
FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading with respect to the *Fifth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Audit Services Provider for the Debtors and Debtors-In-Possession for the Period from August 1, 2015 Through August 31, 2015* [Docket No. 745] (the "Application"), filed by Ernst & Young LLP (the "Applicant") with the United States Bankruptcy Court for the District of Delaware (the "Court") on October 27, 2015. Pursuant to the *Notice of Fee Application*, objections to the Application were to be filed and served by no later than **November 17, 2015 at 4:00 p.m. (prevailing Eastern Time)**. The undersigned further certifies that she has reviewed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

the Court's docket in the above-captioned cases and no answer, objection or other responsive pleading to the Application appears thereon.

The Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 195] (the "Interim Compensation Order"). Pursuant to the Interim Compensation Order and the *Order Authorizing the Employment and Retention of Ernst & Young LLP as Independent Auditor for the Debtors* Nunc Pro Tunc *to the Petition Date* [Docket No. 136], the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification of no objection without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

Wilmington, Delaware
Date: November 19, 2015

*/s/ Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A**.
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**