## EXHIBIT A

**Quicksilver Resources Inc.**
Professional Fees and Expenses
Monthly Fee Application

| **Applicant** | **Time Period** | **Fees & Expenses in Application** | **Fees and Expenses Allowed/ Awarded** | **Date Filed** | **Objection Deadline** |
|---|---|---|---|---|---|
| **Ernst & Young LLP**<br><br>425 Houston Street, Suite 600<br>Fort Worth, Texas 76102<br><br>*Audit Services Provider* | 8/1/15 through 8/31/15 | $294,859.50 (Fees)<br><br>$0.00 (Expenses) | $235,887.60 (Fees at 80%)<br><br>$0.00 (Expenses at 100%) | 10/27/15 | 11/17/15 at 4:00 p.m. (EDT) |