## EXHIBIT A

**Quicksilver Resources Inc.**
Professional Fees and Expenses
Monthly Fee Application

| Applicant | Time Period | Fees & Expenses in Application | Fees and Expenses Allowed/ Awarded | Date Filed | Objection Deadline |
|---|---|---|---|---|---|
| **Richards, Layton & Finger, P.A.**<br><br>920 North King Street<br>Wilmington, DE 19801<br><br>*Counsel to the Debtors* | 9/1/15 through 9/30/15 | $17,860.00 (Fees)<br><br>$278.81 (Expenses) | $14,288.00 (Fees at 80%)<br><br>$278.81 (Expenses at 100%) | 10/27/15 | 11/17/15 at 4:00 p.m. (EDT) |