# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Quicksilver Resources Inc.
801 Cherry Street, Suite 3700, Unit 19
Fort Worth, TX 76102
 **EIN:** 75−2756163
Wellflex Energy Solutions

**Chapter:** 11

*Case No.*: 15−10585−LSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 11/3/2015 was filed on 11/17/2015 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/8/2015 .

   If a request for redaction is filed, the redacted transcript is due 12/18/2015 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/16/2016 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

David D. Bird, Clerk of Court

Date: 11/17/15

(ntc)

United States Bankruptcy Court
District of Delaware

In re:
Quicksilver Resources Inc.
      Debtor

Case No. 15-10585-LSS
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: Brandon     Page 1 of 1     Date Rcvd: Nov 17, 2015
Form ID: ntcBK     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2015.
```
db          ++++QUICKSILVER RESOURCES INC.,    801 CHERRY ST UNIT 19,    FORT WORTH TX  76102-6883
              (address filed with court:  Quicksilver Resources Inc.,    801 Cherry Street, Suite 3700, Unit 19,
               Fort Worth, TX  76102)
aty          +Ashleigh L. Blaylock,    Akin Gump Strauss Hauer & Feld LLP,    Robert S. Strauss Building,
              1333 New Hampshire Avenue N.W.,    Washington, DC 20036-1511
aty          +Joel Byron Bailey,    Akin Gump Strauss Hauer & Feld LLP,    1700 Pacific Avenue,    Suite 4100,
              Dallas, TX 75201-4675
aty           Kevin M. Eide,    Akin Gump Strauss Hauer & Feld LLP,    Robert S. Strauss Building,
              1333New Hampshire Avenue, N.W.,    Washington, DC  20036-1564
aty          +Lacy M. Lawrence,    Akin Gump Strauss Hauer & Feld LLP,    1700 Pacific Ave Ste. 4100,
              Dallas, TX 75201-4675
aty          +Maurice L. Brimmage, Jr.,    Akin Gump Strauss Hauer & Feld LLP,
              1700 Pacific Avenue, Suite 4100,    Dallas, TX 75201-4675
aty          +Sarah J. Crow,    Akin Gump Strauss Hauer & Feld LLP,    1700 Pacific Avenue,    Suite 4100,
              Dallas, TX 75201-4675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2015            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2015 at the address(es) listed below:
NONE.     TOTAL: 0