# Exhibit A

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 3
Client #  742658

Matter # 183944

For services through October 31, 2015
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 10/02/15 | Email correspondence with L. Morris re: calendar update (.1); Circulate critical dates chart to A. Steele, R. Biblo, & P. Heath (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/05/15 | Update critical dates chart (.1); Email correspondence with L. Morris re: calendar update (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/06/15 | Email correspondence with L. Morris re: calendar update (.1); Email correspondence with A. Steele re: 10/6/15 transcript request (.1); Email correspondence with G. Matthews re: ordering of same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.30 hrs. | 235.00 | $70.50 |
| 10/06/15 | Review of email from A. Steele re: service issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/08/15 | Organize binders & materials utilized at 10/6/15 hearing | | | |
| Paralegal | Caroline E. Dougherty | 0.60 hrs. | 235.00 | $141.00 |
| 10/09/15 | Circulate critical dates chart to A. Steele, P. Heath, & R. Biblo | | | |
| Paralegal | Caroline E. Dougherty | 0.10 hrs. | 235.00 | $23.50 |
| 10/13/15 | Email correspondence with L. Morris re: calendar update (.1); Email correspondence with K. LaPlante re: calendar update (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/16/15 | Email critical dates chart to A. Steele, R. Biblo, & P. Heath | | | |
| Paralegal | Caroline E. Dougherty | 0.10 hrs. | 235.00 | $23.50 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX 75201

November 16, 2015
Invoice 497187
Page 4

Client #  742658

Matter # 183944

| 10/23/15 | Email correspondence with L. Morris re: calendar update (.1); Email critical dates chart to A. Steele, P. Heath, & R. Biblo (.1) | | | |
|----------|-----------|-----------|-----------|-----------|
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/26/15 | Email correspondence with J. Ruby re: matter number (.1); Email correspondence with L. Morris re: calendar update (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/27/15 | Update critical dates chart (.1); Email correspondence with L. Morris re: calendar update (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/29/15 | Update critical dates chart (.1); Email correspondence with L. Morris re: calendar update (.1); Email correspondence with L. Morris re: calendar update (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.30 hrs. | 235.00 | $70.50 |
| 10/30/15 | Update critical dates chart (.1); Email same to A. Steele, R. Biblo, & P. Heath (.1); Email correspondence with L. Morris re: calendar update (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.30 hrs. | 235.00 | $70.50 |

Total Fees for Professional Services    $746.50

TOTAL DUE FOR THIS INVOICE    **$746.50**
BALANCE BROUGHT FORWARD    $567.49

**TOTAL DUE FOR THIS MATTER**    **$1,313.99**

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 5

Client #  742658

Matter #  183944

For services through October 31, 2015
relating to  Creditor Inquiries

| | | | | |
|---|---|---|---|---|
| 10/14/15 | Creditor calls (x4) | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 235.00 | $94.00 |
| 10/14/15 | Email correspondence with J. Waters re: creditor call | | | |
| Paralegal | Caroline E. Dougherty | 0.10 hrs. | 235.00 | $23.50 |
| 10/15/15 | Creditor calls (x2) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/16/15 | Call with creditor (.1); Email to GCG team re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 425.00 | $85.00 |

Total Fees for Professional Services            $249.50

TOTAL DUE FOR THIS INVOICE            **$249.50**
BALANCE BROUGHT FORWARD            $1,400.00

**TOTAL DUE FOR THIS MATTER**            **$1,649.50**

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 6
Client #  742658

Matter # 183944

---

For services through October 31, 2015
relating to  Executory Contracts/Unexpired Leases

| 10/23/15 | Review of email from D. Ludman re: contract issue | | | |
|----------|---------------------------------------------------|-----------|--------|---------|
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $65.00 |

| TOTAL DUE FOR THIS INVOICE | **$65.00** |
|----------------------------|------------|
| BALANCE BROUGHT FORWARD | $1,599.83 |
| **TOTAL DUE FOR THIS MATTER** | **$1,664.83** |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX 75201

November 16, 2015
Invoice 497187
Page 7
Client # 742658

Matter # 183944

---

For services through October 31, 2015
relating to Plan of Reorganization/Disclousre Statement

| | | | | |
|---|---|---|---|---|
| 10/13/15 Associate | Review exclusivity motion<br>Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/13/15<br><br><br>Paralegal | Draft notice re: second exclusivity extension motion (.1); Email same to A. Steele for review (.1); Edit same per A. Steele's comments (.1); Efile same (.2); Coordinate service of same (.1)<br>Caroline E. Dougherty | 0.60 hrs. | 235.00 | $141.00 |
| 10/13/15 Director | Review of exclusivity motion<br>Paul N. Heath | 0.40 hrs. | 650.00 | $260.00 |
| 10/29/15<br>Paralegal | Email exclusivity CNO to A. Steele & R. Biblo for review (.1); Efile same (.1)<br>Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/30/15 Paralegal | Coordinate service of order further extending exclusivity periods<br>Caroline E. Dougherty | 0.10 hrs. | 235.00 | $23.50 |
| 10/30/15 Director | Review of exclusivity order<br>Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |

Total Fees for Professional Services $579.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$579.00** |
| BALANCE BROUGHT FORWARD | $895.39 |
| **TOTAL DUE FOR THIS MATTER** | **$1,474.39** |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187

Page 8

Client #  742658

Matter # 183944

---

For services through October 31, 2015

relating to  Use, Sale of Assets

| 10/06/15 | Call with L. Mullhern and S. Crow re: service of sale information (.3); Email to S. Crow re: sale notice (.1); Prepare sale notice for filing (.1); Email to L. Mullhern re: service (.1); Email to C. Dougherty re: sale notice (.1) | | | |
| Associate | Amanda R. Steele | 0.70 hrs. | 425.00 | $297.50 |
| | | | | |
| 10/06/15 | Coordinate service of bidding procedures order (.1); Phone call with L. Mulhern re: same (.1); Email correspondence with R. Speaker re: sale motion notice (.1); Efile same (.2); Coordinate service of same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.60 hrs. | 235.00 | $141.00 |
| | | | | |
| 10/06/15 | Review of email from A. Steele re: service issue (.1); Review of email from L. Mulhern re: same (.1) | | | |
| Director | Paul N. Heath | 0.20 hrs. | 650.00 | $130.00 |
| | | | | |
| 10/06/15 | Assist C. Dougherty with sale notice | | | |
| Paralegal | Rebecca V. Speaker | 0.10 hrs. | 235.00 | $23.50 |
| | | | | |
| 10/19/15 | Email to T. McRoberts re: private sale motion | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |

Total Fees for Professional Services                        $634.50

TOTAL DUE FOR THIS INVOICE                               **$634.50**

BALANCE BROUGHT FORWARD                                 $7,831.37

**TOTAL DUE FOR THIS MATTER**                            **$8,465.87**

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 9
Client #  742658

Matter # 183944

---

For services through October 31, 2015
relating to  Cash Collateral/DIP Financing

| | | | | | |
|---|---|---|---|---|---|
| 10/22/15 | Email to A. Slavutin re: cash collateral motion | | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | | $42.50 |

| | |
|---|---|
| Total Fees for Professional Services | $42.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$42.50** |
| BALANCE BROUGHT FORWARD | $233.39 |
| **TOTAL DUE FOR THIS MATTER** | **$275.89** |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187

Page 10

Client #  742658

Matter # 183944

For services through October 31, 2015
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 10/02/15 | Conference with R. Biblo re: omnibus claim objections (.1); Review notice re: same (.1); Review omnibus objection for filing (.3) | | | |
| Associate | Amanda R. Steele | 0.50 hrs. | 425.00 | $212.50 |
| 10/02/15 | Review of first claim objection | | | |
| Director | Paul N. Heath | 0.50 hrs. | 650.00 | $325.00 |
| 10/02/15 | Review and revise notice of first omnibus claim objection (.3); Review omnibus claim objection for filing (.1) | | | |
| Associate | Rachel L. Biblo | 0.40 hrs. | 260.00 | $104.00 |
| 10/02/15 | Draft notice for first omnibus claims objection (.2); Organize same for filing (.3); Finalize and file same (.1); Coordinate service of same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.70 hrs. | 235.00 | $164.50 |
| 10/06/15 | Review of email from L. Mulhern re: claims report | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/09/15 | Review of claim objection response | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/13/15 | Review of email from E. Westberg re: claims report | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/20/15 | Review of email from L. Mulhern re: claims report | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 11
Client #  742658

Matter # 183944

| | | | | |
|---|---|---|---|---|
| 10/23/15 | Email correspondence with R. Biblo re: limited objection to motion for leave (.1); Prepare same for filing (.1); Email same to R. Biblo (.1); Efile same (.1); Coordinate service of same (.1); Email proof of claim 174 to GCG for their records (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.60 hrs. | 235.00 | $141.00 |
| 10/27/15 | Review of email from L. Mulhern re: claims | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/29/15 | Call with T. McRoberts re: COC for first omnibus objection (.1); Draft COC re: same (.2); Revise order re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.40 hrs. | 425.00 | $170.00 |
| 10/29/15 | Circulate informal responses to first omnibus claims objection to Quicksilver distribution group (.1); Email 1st amended proof of claim & withdrawal of proof of claim number 88 to GCG (.1); Update order re: first omnibus objection to claims (.1); Email same to A. Steele for review (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 235.00 | $94.00 |
| 10/29/15 | Review of correspondence re: claim issue (.3); Review of email from A. Steele re: claim objection (.1) | | | |
| Director | Paul N. Heath | 0.40 hrs. | 650.00 | $260.00 |
| 10/29/15 | Review COC re: adjourning hearing on objection to certain claims | | | |
| Associate | Rachel L. Biblo | 0.20 hrs. | 260.00 | $52.00 |
| 10/30/15 | Revise COC re: omnibus claim objection for filing (.2); Review order re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 425.00 | $127.50 |
| 10/30/15 | Prepare COC re: first omnibus claim objection order for filing (.1); Email same to R. Biblo (.1); Efile same (.1); Coordinate service of same & order re: same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 235.00 | $94.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187

Page 12

Client #  742658

Matter # 183944

| | |
|---|---|
| Total Fees for Professional Services | $2,069.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$2,069.50** |
| BALANCE BROUGHT FORWARD | $1,386.99 |
| **TOTAL DUE FOR THIS MATTER** | **$3,456.49** |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX 75201

November 16, 2015
Invoice 497187

Page 13

Client # 742658

Matter # 183944

---

For services through October 31, 2015
relating to Court Hearings

| 10/01/15 | Email 10/6/15 agenda draft to A. Steele & R. Biblo for review (.1); Update same per A. Steele's comments (.1) | | | |
|---|---|---|---|---|
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |

| 10/01/15 | Email correspondence with A. Steele and A. Blaylock re: agenda (.1); Review of revised agenda (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 650.00 | $130.00 |

| 10/01/15 | Review and revise draft hearing agenda for 10/6/15 hearing | | | |
|---|---|---|---|---|
| Associate | Rachel L. Biblo | 0.10 hrs. | 260.00 | $26.00 |

| 10/02/15 | Email to C. Dougherty re: agenda (.1); Email to T. McRoberts re: agenda (.1); Review agenda (.1); Email with C. Borris re: hearing prep (.1); Email to T. McRoberts re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Amanda R. Steele | 0.50 hrs. | 425.00 | $212.50 |

| 10/02/15 | Email draft of 10/6/15 agenda to A. Steele & R. Biblo for review (.1); Update same per A. Steele & R. Biblo's comments (.2); Email same to A. Steele & R. Biblo (.1); Efile same (.2); Coordinate service of same (.1); Circulate same to Quicksilver distribution group (.1); Coordinate delivery of same and of hearing binder to chambers (.1) | | | |
|---|---|---|---|---|
| Paralegal | Caroline E. Dougherty | 0.90 hrs. | 235.00 | $211.50 |

| 10/02/15 | Review of email from T. McRoberts re: agenda (.1); Review of agenda (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 650.00 | $130.00 |

| 10/02/15 | Review 10/6/15 hearing agenda | | | |
|---|---|---|---|---|
| Associate | Rachel L. Biblo | 0.10 hrs. | 260.00 | $26.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 14
Client #  742658

Matter # 183944

| | | | | |
|---|---|---|---|---|
| 10/05/15 | Emails with A. Hutton re: hearing logistics (.2); Emails (x2) to C. Dougherty re: hearing prep (.2); Call with T. McRoberts re: hearing prep (.1); Prepare for hearing (.7); Review documents in preparation for hearing (.2); Emails with S. Schultz re: transcript (.2) | | | |
| Associate | Amanda R. Steele | 1.60 hrs. | 425.00 | $680.00 |
| 10/05/15 | Email correspondence with A. Steele re: 10/6/15 hearing prep (.1); Phone call with Court Call to register T. McRoberts for a telephonic appearance for 10/6/15 hearing (.1); Email confirmation of same to S. DiJoseph (.1); Email confirmation of same to T. McRoberts, A. Steele, & R. Biblo (.1); Prepare final version of bid procedures order for hearing (.1); Email same to A. Steele (.1); Prepare judge's copies of blacklines of bid procedures order & bidding procedures for 10/6/15 hearing (.2); Prepare same for S. Crow (.2); Update bid procedures order (.2); Email same to A. Steele (.1); Prepare copies of bid procedures order for judge (.2); Prepare copies of APA & NDA for A. Steele (.2) | | | |
| Paralegal | Caroline E. Dougherty | 1.70 hrs. | 235.00 | $399.50 |
| 10/05/15 | Email correspondence with C. Dougherty re: hearing (.1); Email correspondence with A. Steele re: same (.3); Email correspondence with S. Schultz and A. Steele re: same (.2) | | | |
| Director | Paul N. Heath | 0.60 hrs. | 650.00 | $390.00 |
| 10/06/15 | Assist co-counsel with preparation for hearing (1.6); Attend bid procedures hearing (1.8) | | | |
| Associate | Amanda R. Steele | 3.40 hrs. | 425.00 | $1,445.00 |
| 10/06/15 | Prepare hearing box for 10/6/15 hearing (.1); Phone call with Blue Marble re: delivery of same to Judge Silverstein's courtroom (.1); Email correspondence with A. Steele re: pick-up of same from Judge Silverstein's courtroom (.1); Phone call with Blue Marble re: same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 235.00 | $94.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 15
Client #  742658

Matter # 183944

| | | | | |
|---|---|---|---|---|
| 10/06/15 | Meeting with S. Schultz and A. Blaylock re: hearing (.5); Meeting with A. Steele re: same (.3); Attend hearing (1.5); Review of hearing binder to prepare for hearing (.7); Meeting with S. Schultz re: hearing (.4); Email correspondence with J. Leamy re: same (.1) | | | |
| Director | Paul N. Heath | 3.50 hrs. | 650.00 | $2,275.00 |
| 10/06/15 | Assist with preparation for 10/6/15 hearing | | | |
| Associate | Rachel L. Biblo | 0.40 hrs. | 260.00 | $104.00 |
| 10/08/15 | Update interim fee hearing binder for first interim fee hearing | | | |
| Paralegal | Caroline E. Dougherty | 1.00 hrs. | 235.00 | $235.00 |
| 10/09/15 | Email correspondence with G. Matthews re: 10/16/15 hearing transcript (.1); Email same to Quicksilver distribution group (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/09/15 | Review of transcript | | | |
| Director | Paul N. Heath | 0.20 hrs. | 650.00 | $130.00 |
| 10/15/15 | Email correspondence with T. McRoberts re: hearing issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/23/15 | Email index for first interim fee hearing binder to R. Biblo for review (.1); Email correspondence with R. Biblo re: same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/23/15 | Meeting with R. Biblo re: hearing | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/26/15 | Meeting with A. Steele re: hearing | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/27/15 | Meeting with A. Steele re: hearing | | | |
| Director | Paul N. Heath | 0.20 hrs. | 650.00 | $130.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 16
Client #  742658

Matter # 183944

---

| | | | | |
|---|---|---|---|---|
| 10/28/15 | Review and comment to agenda (.5); Conference with R. Speaker re: same (.2) | | | |
| Associate | Amanda R. Steele | 0.70 hrs. | 425.00 | $297.50 |
| | | | | |
| 10/28/15 | Discuss issues re: fee application index with A. Steele (.1); Discuss issues re: fee application index with R. Speaker (.1); Review and revise fee application index (.7) | | | |
| Associate | Brendan J. Schlauch | 0.90 hrs. | 260.00 | $234.00 |
| | | | | |
| 10/28/15 | Email correspondence with A. Steele re: hearing and agenda (.3); Review of agenda (.1) | | | |
| Director | Paul N. Heath | 0.40 hrs. | 650.00 | $260.00 |
| | | | | |
| 10/28/15 | Revise 11/3/15 hearing agenda | | | |
| Paralegal | Rebecca V. Speaker | 0.90 hrs. | 235.00 | $211.50 |
| | | | | |
| 10/29/15 | Call with J. Sharp re: agenda issues (.1); Email to C. Dougherty re: same (.1); Email to C. Dougherty re: agenda issues (.1); Email to K. Hammond re: same (.1); Email to A. Slavutin re: Nov. 3rd hearing issues (.1); Review CNOs (.1); Review comments to agenda (.1); Email to C. Dougherty re: same (.1); Review agenda (.4); Emails with C. Dougherty re: same (.1); Emails with T. McRoberts re: same (.1) | | | |
| Associate | Amanda R. Steele | 1.40 hrs. | 425.00 | $595.00 |
| | | | | |
| 10/29/15 | Email to A. Blaylock and T. McRoberts agenda issues | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| | | | | |
| 10/29/15 | Email correspondence with A. Steele re: adding informal responses to first omnibus claim objection to 11/3/15 agenda (.1); Update agenda re: same (.1); Email correspondence with A. Steele re: sealed docs for agenda (.1); Update agenda re: CNO's & COC (.2); Email same to A. Steele (.1); Update agenda per Akin's comments (.2); Email same to A. Steele (.1); Email correspondence with A. Steele re: agenda (.2); Update same per A. Steele's comments (.3); Update & organize documents for judge's binder (.4) | | | |
| Paralegal | Caroline E. Dougherty | 1.80 hrs. | 235.00 | $423.00 |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 17  
Client #  742658

Matter # 183944

---

| | | | | |
|---|---|---|---|---|
| 10/29/15 | Review of email from A. Steele re: agenda (.1); Review of emails from T. McRoberts re: same (.3); Email correspondence with A. Steele re: same (.2); Review of revised agenda (.2) | | | |
| Director | Paul N. Heath | 0.80 hrs. | 650.00 | $520.00 |
| 10/30/15 | Review agenda (.1); Email to J. Sharp and S. Crow re: orders and COCs (.1); Emails with R. Biblo re: agenda (.1); Email to L. Capp re: agenda (.1); Review agenda (.1); Email to C. Dougherty re: agenda (.1); Email to R. Biblo re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.70 hrs. | 425.00 | $297.50 |
| 10/30/15 | Update 11/3/15 agenda (.2); Email same to A. Steele (.1); Efile same (.2); Coordinate service of same (.1); Phone call with Blue Marble re: delivery of same & hearing binder to Judge Silverstein's chambers (.1); Circulate same to Quicksilver distribution group (.1); Update hearing binders (.5); Call Court Call to register T. McRoberts for live line for 11/3/15 hearing (.1); Email confirmation of same to T. McRoberts (.1); Email confirmation of same to S. DiJoseph (.1) | | | |
| Paralegal | Caroline E. Dougherty | 1.60 hrs. | 235.00 | $376.00 |
| 10/30/15 | Meetings with A. Steele re: hearing (.3); Email correspondence with A. Steele re: agenda (.1); Review of agenda (.1) | | | |
| Director | Paul N. Heath | 0.50 hrs. | 650.00 | $325.00 |
| 10/30/15 | Review agenda for 11/3/15 hearing (.3); Assist with filing of agenda for 11/3/15 hearing (.5) | | | |
| Associate | Rachel L. Biblo | 0.80 hrs. | 260.00 | $208.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $10,744.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$10,744.50** |
| BALANCE BROUGHT FORWARD | $2,770.29 |
| **TOTAL DUE FOR THIS MATTER** | **$13,514.79** |

Quicksilver Resources, Inc.                                   November 16, 2015
Sarah L. Schultz, Esq.                                        Invoice 497187
Akin Gump Strauss Hauer & Feld LLP                            Page 18
1700 Pacific Avenue
Suite 4100                                                    Client #  742658
Dallas TX  75201

                                                              Matter # 183944

For services through October 31, 2015
relating to  Schedules/SOFA/U.S. Trustee Reports

| Date | Description | | Hours | Rate | Amount |
|------|-------------|-|-------|------|--------|
| 10/01/15 | Call with S. Crow re: revised schedules (.1); Review other revised schedules (.1); Email to S. Crow re: same (.1) | | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 425.00 | | $127.50 |
| 10/13/15 | Email to S. Crow re: amendment to Schedule G | | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | | $42.50 |
| 10/14/15 | Draft notice re: amendment to Schedule G (.2); Prepare same for filing (.1) | | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 425.00 | | $127.50 |
| 10/14/15 | Finalize and file re: notice of filing amendment to schedule G (.2); E-mail to GCG re: service of same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | | $70.50 |
| 10/14/15 | Prepare declaration concerning amendment to Schedule G for filing (.1); Email same to A. Steele (.1) | | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | | $47.00 |
| 10/14/15 | Review of amended schedule | | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | | $65.00 |
| 10/20/15 | Email to C. Dougherty re: MOR | | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | | $42.50 |
| 10/20/15 | Efile September 2015 MOR (.1); Efile periodic report (.1); Coordinate hand delivery of both to UST (.1) | | | | |
| Paralegal | Caroline E. Dougherty | 0.30 hrs. | 235.00 | | $70.50 |
| 10/20/15 | Review of MOR | | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | | $65.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 19
Client #  742658

Matter # 183944

| | | | | |
|---|---|---|---|---|
| 10/23/15 | Finalize and efile affidavit of service re: monthly operating report for August, 2015 | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 235.00 | $23.50 |
| | | | | |
| 10/30/15 | Review MOR | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |

Total Fees for Professional Services          $724.00

TOTAL DUE FOR THIS INVOICE                    **$724.00**
BALANCE BROUGHT FORWARD                        $578.32

**TOTAL DUE FOR THIS MATTER**                  **$1,302.32**

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187

Page 20

Client #  742658

Matter # 183944

For services through October 31, 2015
relating to  Employee Issues

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/15 | Locate precedent for severance motion (.5); Email to S. Crow re: same (.1) | | | | |
| Associate | Amanda R. Steele | | 0.60 hrs. | 425.00 | $255.00 |
| 10/14/15 | Meeting with A. Steele re: severance motion | | | | |
| Director | Paul N. Heath | | 0.10 hrs. | 650.00 | $65.00 |
| 10/19/15 | Email correspondence with S. Schultz, A. Blaylock and A. Steele re: employee issue | | | | |
| Director | Paul N. Heath | | 0.20 hrs. | 650.00 | $130.00 |
| 10/20/15 | Email correspondence with S. Schultz re: employee issue (.3); Meetings with A. Steele re: same (.2); Call with S. Schultz re: same (.3); Review of draft severance motion (.8); Email correspondence with A. Steele re: same (.1); Research re: same (.6) | | | | |
| Director | Paul N. Heath | | 2.30 hrs. | 650.00 | $1,495.00 |
| 10/21/15 | Email to R. Biblo re: motion to shorten (.1); Conference with B. Schlauch re: same (.1); Email to B. Schlauch re: motion to shorten (.1) | | | | |
| Associate | Amanda R. Steele | | 0.30 hrs. | 425.00 | $127.50 |
| 10/21/15 | Discuss issues re: motion to shorten related to employee severance motion with A. Steele (.1); Review employee severance payment motion (.3); Draft motion to shorten notice re: severance payments (1.0) | | | | |
| Associate | Brendan J. Schlauch | | 1.40 hrs. | 260.00 | $364.00 |
| 10/21/15 | Review of revised severance motion (.2); Email correspondence with A. Steele re: same (.1) | | | | |
| Director | Paul N. Heath | | 0.30 hrs. | 650.00 | $195.00 |

Quicksilver Resources, Inc.                                    November 16, 2015
Sarah L. Schultz, Esq.                                         Invoice 497187
Akin Gump Strauss Hauer & Feld LLP                             Page 21
1700 Pacific Avenue
Suite 4100                                                     Client #  742658
Dallas TX  75201

                                                               Matter # 183944

---

| 10/22/15 | Review and revise motion to shorten (.5); Email with S. Crow re: same (.1) Call with S. Crow and T. McRoberts re: severance motion (.2); Conference with P. Heath re: same (.1); Research re: same (.2); Review severance motion (.2); Email to J. Leamy re: severance motion (.1) | | | |
| Associate | Amanda R. Steele | 1.40 hrs. | 425.00 | $595.00 |

| 10/22/15 | Draft motion to shorten notice re: severance motion with A. Steele (.4); Discuss comments to motion to shorten notice re: severance motion with A. Steele (.1); Revise motion to shorten notice re: severance motion (.4); Emails to and from A. Steele re: motion to shorten notice (.1); Email to P. Heath re: motion to shorten notice (.1); Review and revise motion to shorten notice re: severance payments (.4) | | | |
| Associate | Brendan J. Schlauch | 1.50 hrs. | 260.00 | $390.00 |

| 10/22/15 | Review and revise motion to shorten re: severance motion (.4); Meetings with A. Steele re: severance issue (.3); Email correspondence with B. Schlauch re: motion to shorten (.1); Review of revised severance motion (.2); Email correspondence with A. Steele re: severance issue (.2); Email correspondence with J. Leamy and A. Steele re: severance motion (.1) | | | |
| Director | Paul N. Heath | 1.30 hrs. | 650.00 | $845.00 |

| 10/23/15 | Email to GCG to confirm service of severance motion and motion to shorten | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 235.00 | $23.50 |

| 10/23/15 | Email correspondence with R. Biblo re: motion to shorten re: severance motion (.1); Draft notice re: same (.1); Email same to R. Biblo for review (.1); Email correspondence with P. Heath re: filing of same (.1); Prepare severance motion for filing (.1); Email same to R. Biblo (.1); Efile severance motion (.1); Email same to A. Steele, R. Biblo, & P. Heath (.1); Update motion to shorten with severance motion docket info (.1); Efile same (.1); Email same to A. Steele, R. Biblo, & P. Heath (.1); Email correspondence with GCG re: service of severence motion & motion to shorten (.1) | | | |
| Paralegal | Caroline E. Dougherty | 1.20 hrs. | 235.00 | $282.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 22
Client #  742658

Matter # 183944

---

| | | | | |
|---|---|---|---|---|
| 10/23/15 | Call with J. Leamy, S. Schultz and A. Steele re: severance motion (.3); Call with S. Schultz re: same (.2); Meetings with C. Dougherty and R. Biblo re: same (.4); Meeting with R. Biblo re: same (.1); Email correspondence with S. Schultz re: same (.4); Email correspondence with C. Dougherty re: same (.3); Review of same for filing (.6); Email correspondence with T. McRoberts re: severance motion (.1); Review of motion to shorten re: same (.1); Email correspondence with R. Biblo re: same (.2); Review of email from T. McRoberts re: same (.1); Review of email from A. Jerominski re: service issue (.1) | | | |
| Director | Paul N. Heath | 2.90 hrs. | 650.00 | $1,885.00 |
| 10/23/15 | Meeting with P. Heath re: filing severance motion and related motion to shorten (.1); Call with chambers re: filing severance motion and related motion to shorten (.1); Correspondence with C. Dougherty re: filing severance motion and related motion to shorten (.3); Review notice of severance motion (.1); Assist with preparation for filing of severance motion and related notice to shorten (1.1) | | | |
| Associate | Rachel L. Biblo | 1.70 hrs. | 260.00 | $442.00 |
| 10/23/15 | Meeting with C. Dougherty re: notice procedures for motion to shorten re: severance motion | | | |
| Paralegal | Rebecca V. Speaker | 0.10 hrs. | 235.00 | $23.50 |
| 10/26/15 | Coordinate service of order shortening notice re: severance motion | | | |
| Paralegal | Caroline E. Dougherty | 0.10 hrs. | 235.00 | $23.50 |
| 10/26/15 | Email correspondence with C. Dougherty re: order shortening notice | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/30/15 | Email to J. Leamy re: severance motion | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/30/15 | Email correspondence with J. Leamy and A. Steele re: severance order (.1); Review of revised severance order (.1) | | | |
| Director | Paul N. Heath | 0.20 hrs. | 650.00 | $130.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187

Page 23

Client #  742658

Matter # 183944

---

|  | Total Fees for Professional Services | $7,378.50 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$7,378.50** |
|---|---|

| **TOTAL DUE FOR THIS MATTER** | **$7,378.50** |
|---|---|

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 24
Client #  742658

Matter #  183944

For services through October 31, 2015
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 10/01/15 | Call with T. McRoberts re: standing (.1); Conference with B. Haywood re: same (.1); Research re: same (.5); Call with T.M. Roberts re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.80 hrs. | 425.00 | $340.00 |
| 10/01/15 | Review committee reply re: standing motion | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/01/15 | Discuss standing research with A. Steele (.1); Research re: standing to prosecute claims (1.9); Email same to A. Steele (.3) | | | |
| Associate | Brett M. Haywood | 2.30 hrs. | 260.00 | $598.00 |
| 10/01/15 | Review of reply re: challenge deadline | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/05/15 | Review of email from T. McRoberts re: demand letter (.1); Review of Committee motion for leave and standing (1.2) | | | |
| Director | Paul N. Heath | 1.30 hrs. | 650.00 | $845.00 |
| 10/09/15 | Email to A. Slavutin re: transcript request | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/19/15 | Call with T. McRoberts re: standing motion (.1); Conference with P. Heath re: same (.1); Call with T. McRoberts and P. Heath re: same (.2) | | | |
| Associate | Amanda R. Steele | 0.40 hrs. | 425.00 | $170.00 |
| 10/19/15 | Meetings with A. Steele re: standing issue (.4); Call with T. McRoberts and A. Steele re: same (.4); Research re: same (2.1); Email correspondence with A. Steele re: same (.1) | | | |
| Director | Paul N. Heath | 3.00 hrs. | 650.00 | $1,950.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX 75201

November 16, 2015
Invoice 497187

Page 25

Client # 742658

Matter # 183944

| | | | | |
|---|---|---|---|---|
| 10/19/15 | Conference with P. Heath re: theories for standing motion | | | |
| Director | Russell Silberglied | 0.20 hrs. | 725.00 | $145.00 |
| | | | | |
| 10/21/15 | Review standing objection | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 425.00 | $85.00 |
| | | | | |
| 10/21/15 | Email correspondence with A. Steele and A. Blaylock re: standing objection (.1); Review of draft standing objection (.8) | | | |
| Director | Paul N. Heath | 0.90 hrs. | 650.00 | $585.00 |
| | | | | |
| 10/22/15 | Review of objection to standing motion | | | |
| Director | Paul N. Heath | 0.80 hrs. | 650.00 | $520.00 |
| | | | | |
| 10/23/15 | Emails with R. Biblo and C. Dougherty re: adversary proceedings (.2); Call with T. McRoberts re: service of same (.1) | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 425.00 | $127.50 |
| | | | | |
| 10/23/15 | Email to A. Blaylock re: standing objection (.1); Email correspondence with T. McRoberts re: same (.3); Meeting with R. Biblo re: same (.1); Review of same for filing (.5); Meeting with R. Biblo and C. Dougherty re: same (.1); Email correspondence with R. Biblo and C. Dougherty re: same (.1) | | | |
| Director | Paul N. Heath | 1.20 hrs. | 650.00 | $780.00 |
| | | | | |
| 10/23/15 | Review objection to standing motion | | | |
| Associate | Rachel L. Biblo | 0.20 hrs. | 260.00 | $52.00 |
| | | | | |
| 10/29/15 | Review of reply re: standing (.4); Review of declaration re: reply (.2); Review of Berkeley declaration (.3); Review of seal motion (.1) | | | |
| Director | Paul N. Heath | 1.00 hrs. | 650.00 | $650.00 |
| | | | | |
| 10/31/15 | Review of email from S. Schultz re: depositions | | | |
| Director | Paul N. Heath | 0.20 hrs. | 650.00 | $130.00 |

Total Fees for Professional Services $7,127.50

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 26
Client #  742658

Matter # 183944

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$7,127.50** |
| | $990.00 |
| **TOTAL DUE FOR THIS MATTER** | **$8,117.50** |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX 75201

November 16, 2015
Invoice 497187

Page 27

Client #  742658

Matter # 183944

---

For services through October 31, 2015
relating to Retention of Others

| | | | | |
|---|---|---|---|---|
| 10/12/15 | Emails with R. Biblo re: EY Application | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/12/15 | Prepare application to expand scope of E&Y retention for filing (.5); Prepare notice of application (.1); Emails with R. Biblo re: same (.1); Finalize and efile application to expand (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.90 hrs. | 235.00 | $211.50 |
| 10/12/15 | Review of E&Y retention expansion motion | | | |
| Director | Paul N. Heath | 0.50 hrs. | 650.00 | $325.00 |
| 10/12/15 | Review application re: EY Canada subcontracting (.3); Review notice of application re: EY Canada subcontracting (.2); Assist with filing of application re: EY Canada subcontracting (.3) | | | |
| Associate | Rachel L. Biblo | 0.80 hrs. | 260.00 | $208.00 |
| 10/19/15 | Review notice re: E&Y application (.1); Email to S. Crow and A. Blaylock re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 425.00 | $85.00 |
| 10/19/15 | Draft amended notice of motion re: expansion of Ernst & Young retention (.1); Email same to A. Steele for review (.1); Efile same (.1); Coordinate service of same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 235.00 | $94.00 |
| 10/29/15 | Email CNO re: E&Y expansion motion to A. Steele & R. Biblo for review (.1); Efile same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/30/15 | Coordinate service of order approving Ernst & Young retention expansion | | | |
| Paralegal | Caroline E. Dougherty | 0.10 hrs. | 235.00 | $23.50 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187

Page 28

Client #  742658

Matter # 183944

| | |
|---|---|
| Total Fees for Professional Services | $1,036.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,036.50** |
| | $1,290.39 |
| **TOTAL DUE FOR THIS MATTER** | **$2,326.89** |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 29
Client #  742658

Matter # 183944

---

For services through October 31, 2015
relating to  RLF Fee Applications

| Date | Description | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 10/08/15 | Review RLF's September 2015 bill memorandum | | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 235.00 | | $94.00 |
| 10/13/15 | Review September billing memorandum | | | | |
| Associate | Rachel L. Biblo | 0.10 hrs. | 260.00 | | $26.00 |
| 10/14/15 | Efile fee examiner's final report re: first interim of RLF | | | | |
| Paralegal | Caroline E. Dougherty | 0.10 hrs. | 235.00 | | $23.50 |
| 10/14/15 | Review September billing memorandum | | | | |
| Associate | Rachel L. Biblo | 0.10 hrs. | 260.00 | | $26.00 |
| 10/16/15 | Email to C. Dougherty re: RLF CNO | | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | | $42.50 |
| 10/16/15 | Email CNO re: RLF's 5th monthly fee app to R. Biblo & A. Steele for review (.1); Efile same (.1) | | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | | $47.00 |
| 10/18/15 | Review and revise bill memo in preparation of September 2015 fee application | | | | |
| Associate | Brendan J. Schlauch | 0.30 hrs. | 260.00 | | $78.00 |
| 10/21/15 | Review September billing memorandum | | | | |
| Associate | Rachel L. Biblo | 0.30 hrs. | 260.00 | | $78.00 |
| 10/27/15 | Efile RLF's sixth monthly fee app (.2); Coordinate service of same (.1); Email same to J. Scarborough (.1) | | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 235.00 | | $94.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX 75201

November 16, 2015
Invoice 497187

Page 30

Client # 742658

Matter # 183944

---

| Date | Description | | | |
|------|-------------|------|------|------|
| 10/27/15 | Review RLF monthly fee application | | | |
| Associate | Rachel L. Biblo | 0.30 hrs. | 260.00 | $78.00 |
| 10/29/15 | Email to L. Stevenson re: RLF fees | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/29/15 | Email RLF's sixth monthly fee app to D. Rigler | | | |
| Paralegal | Caroline E. Dougherty | 0.10 hrs. | 235.00 | $23.50 |

Total Fees for Professional Services $653.00

TOTAL DUE FOR THIS INVOICE **$653.00**

$1,469.75

**TOTAL DUE FOR THIS MATTER** **$2,122.75**

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 31
Client #  742658

Matter # 183944

---

For services through October 31, 2015
relating to  Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 10/01/15 | Update interim fee summary chart (.4); Email correspondence with W. Shaffer re: CNO for KPMG's fourth monthly fee app (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.50 hrs. | 235.00 | $117.50 |
| 10/02/15 | Email to R. Biblo re: CNO (.1); Email to J. Sharp re: fee examiner report (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 425.00 | $85.00 |
| 10/02/15 | Email CNO re: KPMG's fourth fee app to A. Steele & R. Biblo for review (.1); Update same per R. Biblo's comments (.1); Efile same (.1); Draft notice re: Akin Gump's fifth monthly fee app (.1); Prep fee app for filing (.1); Email same to R. Biblo for review (.1); Efile same (.2); Email copy of same to J. Scarborough (.1); Coordinate service of same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 1.00 hrs. | 235.00 | $235.00 |
| 10/02/15 | Review notice of and Akin monthly fee application (.1); Review and revise CNO re: KPMG monthly fee application (.3) | | | |
| Associate | Rachel L. Biblo | 0.40 hrs. | 260.00 | $104.00 |
| 10/05/15 | Email to J. Scarborough re: Akin fee examiner response | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/05/15 | Draft notice re: Houlihan Lokey's fifth monthly fee app (.1); Prepare same for filing (.1); Email same to R. Biblo for review (.1); Efile same (.1); Coordinate service of same (.1); Email copy of same to J. Scarborough (.1); Email correspondence with L. Morris re: calendar update for objection deadline of same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.70 hrs. | 235.00 | $164.50 |
| 10/07/15 | Email to S. Crow re: omnibus fee order (.1); Email to C. Dougherty re: fee examiner information (.1); Email to J. Wright re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 425.00 | $127.50 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX 75201

November 16, 2015
Invoice 497187
Page 32
Client # 742658

Matter # 183944

| | | | | |
|---|---|---|---|---|
| 10/07/15 | Email re: fee application printing (.1); Update first interim fee hearing binders (.6); Create service list for J. Scarborough (.2); Email same to A. Steele (.1) | | | |
| Paralegal | Caroline E. Dougherty | 1.00 hrs. | 235.00 | $235.00 |
| 10/08/15 | Emails with A. Blaylock re: Akin fees | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/08/15 | Draft first omnibus interim fee order (.2); Email same to A. Steele & R. Biblo for review (.1); Update same per R. Biblo's comments (.1); Email same to A. Steele & R. Biblo (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.50 hrs. | 235.00 | $117.50 |
| 10/09/15 | Emails with A. Blaylock re: Akin fees (.2); Email to J. Wright re: fee examiner response (.1); Email to J. Scarborough re: same (.1); Email to J. Sharp re: CNO for HL fee application (.1); Review same (.1) | | | |
| Associate | Amanda R. Steele | 0.60 hrs. | 425.00 | $255.00 |
| 10/09/15 | Finalize and file certification of no objection re: Houlihan Lokey July fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| 10/09/15 | Email CNO re: Houlihan Lokey's fourth fee app to A. Steele, R. Biblo, & P. Heath for review (.1); Update same per A. Steele's comments (.1); Email same to A. Steele, R. Biblo, & P. Heath (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.30 hrs. | 235.00 | $70.50 |
| 10/09/15 | Review CNO re: Houlihan Lokey fourth fee application and coordinate filing of same | | | |
| Associate | Rachel L. Biblo | 0.30 hrs. | 260.00 | $78.00 |
| 10/12/15 | Email to K Scarborough re: fee reports | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |

Quicksilver Resources, Inc.                                    November 16, 2015
Sarah L. Schultz, Esq.                                         Invoice 497187
Akin Gump Strauss Hauer & Feld LLP                             Page 33
1700 Pacific Avenue
Suite 4100                                                     Client #  742658
Dallas TX  75201


                                                               Matter # 183944

---

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 10/14/15 | Email to A. Blaylock re: final reports (.1); Review final reports (.3); Emails with J. Scarborough re: final reports (.1) | | | |
| Associate | Amanda R. Steele | 0.50 hrs. | 425.00 | $212.50 |
| 10/14/15 | Email correspondence with A. Steele re: final fee reports (.1); Email correspondence with J. Scarborough re: service of same (.1); Efile fee examiner's final report re: first interim of Akin Gump (.1); Efile fee examiner's final report re: first interim of Ernst & Young (.1); Efile fee examiner's final report re: first interim of Capstone (.1); Efile fee examiner's final report re: first interim of Houlihan Lokey (.1); Efile fee examiner's final report re: first interim of KPMG (.1); Efile fee examiner's final report re: first interim of Landis Rath & Cobb (.1); Efile fee examiner's final report re: first interim of GCG (.1); Efile fee examiner's final report re: first interim of Paul Weiss (.1); Email as-filed copies of all final reports to J. Scarborough for service (.1) | | | |
| Paralegal | Caroline E. Dougherty | 1.10 hrs. | 235.00 | $258.50 |
| 10/14/15 | Review of fee auditor report | | | |
| Director | Paul N. Heath | 0.10 hrs. | 650.00 | $65.00 |
| 10/21/15 | Email to J. Sharp re: Fee application (.1); Email to R. Speaker re: final report (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 425.00 | $85.00 |
| 10/21/15 | Review DT application for filing | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 425.00 | $42.50 |
| 10/21/15 | Finalize and file Moelis fee auditor report | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 235.00 | $47.00 |
| 10/21/15 | Draft notice for staffing report (.2); Finalize and file same (.2); Coordinate service of same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.50 hrs. | 235.00 | $117.50 |

Quicksilver Resources, Inc.                                           November 16, 2015
Sarah L. Schultz, Esq.                                               Invoice 497187
Akin Gump Strauss Hauer & Feld LLP                                   Page 34
1700 Pacific Avenue
Suite 4100                                                           Client #  742658
Dallas TX  75201

Matter # 183944

---

| Date | Description | | | |
|---|---|---|---|---|
| 10/22/15 | Email fee examiner's final report re: Moelis & Company LLC to J. Scarborough | | | |
| Paralegal | Caroline E. Dougherty | 0.10 hrs. | 235.00 | $23.50 |
| 10/23/15 | Draft notice re: KPMG's fifth monthly fee app (.1); Email same to R. Biblo for review (.1); Efile KPMG's fifth monthly fee app (.1); Coordinate service of same (.1); Email same to J. Scarborough (.1); Email correspondence with R. Speaker re: interim fee summary chart (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.60 hrs. | 235.00 | $141.00 |
| 10/26/15 | Revise interim fee order | | | |
| Associate | Amanda R. Steele | 0.60 hrs. | 425.00 | $255.00 |
| 10/26/15 | Email CNO re: Akin's fifth fee app to A. Steele & R. Biblo for review (.1); Efile same (.1); Email draft of first omnibus interim fee order to A. Steele for review (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.30 hrs. | 235.00 | $70.50 |
| 10/27/15 | Emails with C. Dougherty re: fee order (.1); Review interim fee order (.3); Email to S. Crow re: HL CNO (.1); Email to J. Sharp re: same (.1); Prepare E&Y fee application for filing (.1); Review Akin CNO (.1) | | | |
| Associate | Amanda R. Steele | 0.80 hrs. | 425.00 | $340.00 |
| 10/27/15 | Update interim fee order per A. Steele's comments (.1); Email same to A. Steele (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/27/15 | Draft notice re: Ernst & Young's fifth monthly fee app (.1); Prepare same for filing (.1); Email same to R. Biblo (.1); Efile same (.1); Coordinate service of same (.1); Email same to J. Scarborough (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.60 hrs. | 235.00 | $141.00 |
| 10/27/15 | Review notice and monthly fee application of E&Y | | | |
| Associate | Rachel L. Biblo | 0.20 hrs. | 260.00 | $52.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX 75201

November 16, 2015
Invoice 497187
Page 35
Client # 742658

Matter # 183944

---

| 10/27/15 | Review and revise interim fee order (.3); Meetings (x3) with C. Dougherty re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Rebecca V. Speaker | 0.50 hrs. | 235.00 | $117.50 |
| 10/28/15 | Conference with R. Speaker re: interim fee order (.1); Review revised interim fee order (.2); Conference with B. Schlauch re: fee index (.1); Conference with R. Speaker re: fee index (.1) | | | |
| Associate | Amanda R. Steele | 0.50 hrs. | 425.00 | $212.50 |
| 10/28/15 | Email CNO re: Houlihan Lokey's fifth fee app to A. Steele & R. Biblo for review (.1); Email same to R. Speaker for filing (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/28/15 | Revise interim fee order (.5); Finalize and file Houlihan CNO (.2) | | | |
| Paralegal | Rebecca V. Speaker | 0.70 hrs. | 235.00 | $164.50 |
| 10/29/15 | Conference with C. Dougherty re: fee order (.1); Conference with P. Heath re: same (.1); Review revised fee order (.1); Circulate fee order to all professionals (.2); Conference with R. Biblo re: COC re: fee order (.1); Review revised seal order (.2) | | | |
| Associate | Amanda R. Steele | 0.80 hrs. | 425.00 | $340.00 |
| 10/29/15 | Update interim fee order with GCG's holdback amount (.1); Email same to A. Steele (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.20 hrs. | 235.00 | $47.00 |
| 10/29/15 | Review of emails from A. Steele re: fee order (.2); Review of same (.1) | | | |
| Director | Paul N. Heath | 0.30 hrs. | 650.00 | $195.00 |
| 10/29/15 | Draft COC re: interim fee applications | | | |
| Associate | Rachel L. Biblo | 0.30 hrs. | 260.00 | $78.00 |

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187
Page 36
Client #  742658

Matter # 183944

| | | | | |
|---|---|---|---|---|
| 10/30/15 | Email to T. McRoberts re: omnibus fee order (.1); Call with T. McRoberts re: same (.1); Email to J. Wright re: same (.1); Review omnibus fee order (.1); Email to J. Leamy re: fee order (.1); Email to J. Sharp re: next interim fee hearing (.1); Email to T. McRoberts re: omnibus fee order (.1); Same (.1); Email to J. Wright re: same (.1); Email to M. Bellows re: same (.1) | | | |
| Associate | Amanda R. Steele | 1.00 hrs. | 425.00 | $425.00 |
| 10/30/15 | Email correspondence with A. Steele & R. Biblo re: Paul Weiss & Moelis fee numbers (.2); Update fee order re: same (.1); Email fee order to A. Steele & R. Biblo (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 235.00 | $94.00 |
| 10/30/15 | Email correspondence with J. Leamy and A. Steele re: fee order | | | |
| Director | Paul N. Heath | 0.20 hrs. | 650.00 | $130.00 |

Total Fees for Professional Services — $5,512.50

TOTAL DUE FOR THIS INVOICE — **$5,512.50**

$5,139.42

**TOTAL DUE FOR THIS MATTER** — **$10,651.92**

Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

November 16, 2015
Invoice 497187

Page 37

Client #  742658

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 22.40 | 425.00 | 9,520.00 |
| Ann Jerominski | 1.10 | 235.00 | 258.50 |
| Barbara J. Witters | 0.50 | 235.00 | 117.50 |
| Brendan J. Schlauch | 4.10 | 260.00 | 1,066.00 |
| Brett M. Haywood | 2.30 | 260.00 | 598.00 |
| Caroline E. Dougherty | 25.90 | 235.00 | 6,086.50 |
| Paul N. Heath | 26.40 | 650.00 | 17,160.00 |
| Rachel L. Biblo | 6.70 | 260.00 | 1,742.00 |
| Rebecca V. Speaker | 3.70 | 235.00 | 869.50 |
| Russell Silberglied | 0.20 | 725.00 | 145.00 |
| TOTAL | 93.30 | $402.60 | 37,563.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$39,986.65**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

742658