# Exhibit B



Quicksilver Resources, Inc.
Sarah L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas TX  75201

Tax I.D. No.: 51-0226371

November 16, 2015
Invoice 497187

Page 1
Client #  742658
Matter #  183944

For disbursements incurred through October 31, 2015
relating to  Restructuring Advice

OTHER CHARGES:

| | |
|---|---:|
| Binding | $50.00 |
| Business Meals | $263.18 |
| Conference Calling | $37.00 |
| Court Reporter Services | $229.90 |
| Document Retrieval | $72.40 |
| Electronic Legal Research | $416.30 |
| Long distance telephone charges | $59.77 |
| Messenger and delivery service | $67.50 |
| Photocopying/Printing<br>4,938 @ $.10 pg./ 6,038 @ $.10/pg. | $1,097.60 |
| Travel Expense | $130.00 |
| Other Charges | $2,423.65 |

TOTAL DUE FOR THIS INVOICE               **$2,423.65**

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 2  
Client #  742658

Matter #  183944

| | |
|---|---:|
| BALANCE BROUGHT FORWARD | $278.81 |
| **TOTAL DUE FOR THIS MATTER** | **$2,702.46** |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 38  
Client # 742658

Client: Quicksilver Resources, Inc.

Matter: Restructuring Advice  
Case Administration  
Creditor Inquiries  
Executory Contracts/Unexpired Leases  
Plan of Reorganization/Disclousre Statement  
Use, Sale of Assets  
Cash Collateral/DIP Financing  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Employee Issues  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.20 | |
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.60 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.60 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.60 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 39  
Client #  742658

| Date | Description | Code |
|---|---|---|
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.80 | |
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.20 | |
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.30 | |
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $1.00 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.80 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.40 | |
| 10/01/15 | Docket Search | ELEGALRE |
| | Amount = $35.00 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.60 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.80 | |
| 10/01/15 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount = $0.20 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201  

November 16, 2015  
Invoice 497187  
Page 40  
Client #  742658  

| Date | Description | | Code |
|---|---|---|---|
| 10/01/15 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $0.20 | |
| 10/01/15 | 12149694227 Long Distance | | LD |
| | Amount = | $4.17 | |
| 10/01/15 | 12149694227 Long Distance | | LD |
| | Amount = | $8.34 | |
| 10/01/15 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 10/01/15 | PACER | | DOCRETRI |
| | Amount = | $0.70 | |
| 10/01/15 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 10/01/15 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 10/01/15 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 10/01/15 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 10/01/15 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 10/01/15 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 10/01/15 | Printing | | DUP |
| | Amount = | $1.20 | |
| 10/01/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/01/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/01/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/02/15 | Photocopies | | DUP |
| | Amount = | $49.20 | |
| 10/02/15 | Messenger and delivery | | MESS |
| | Amount = | $5.40 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 41  
Client #  742658

| Date | Description | | Code |
|---|---|---|---|
| 10/02/15 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 10/02/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/02/15 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/02/15 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $52.00 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $8.50 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $8.00 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $25.50 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $28.50 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $5.50 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $33.00 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $55.00 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $11.00 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $11.00 | |
| 10/05/15 | Printing | | DUP |
| | | Amount = $7.20 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 42  
Client #  742658

| Date | Description | | | Code |
|------|-------------|---|---|------|
| 10/05/15 | Printing | | | DUP |
| | | Amount = | $25.50 | |
| 10/05/15 | Printing | | | DUP |
| | | Amount = | $3.50 | |
| 10/05/15 | Printing | | | DUP |
| | | Amount = | $8.50 | |
| 10/05/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/05/15 | Printing | | | DUP |
| | | Amount = | $28.50 | |
| 10/05/15 | Printing | | | DUP |
| | | Amount = | $25.50 | |
| 10/05/15 | Printing | | | DUP |
| | | Amount = | $7.20 | |
| 10/05/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/06/15 | MANHATTAN BAGEL COMPANY: Food Service 10/3-10/6 | | | MEALSCL |
| | | Amount = | $98.18 | |
| 10/06/15 | ROADRUNNER EXPRESS INC: Car Service 10/2-10/29 | | | TRAV |
| | | Amount = | $130.00 | |
| 10/06/15 | URBAN CAFE: Food Service 10/6 | | | MEALSCL |
| | | Amount = | $165.00 | |
| 10/06/15 | Photocopies | | | DUP |
| | | Amount = | $123.00 | |
| 10/06/15 | 12149694278 Long Distance | | | LD |
| | | Amount = | $11.12 | |
| 10/06/15 | Messenger and delivery | | | MESS |
| | | Amount = | $10.15 | |
| 10/06/15 | Messenger and delivery | | | MESS |
| | | Amount = | $23.90 | |
| 10/06/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.80 | |
| 10/06/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.80 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 43  
Client #  742658

| Date | Description | | Code |
|---|---|---|---|
| 10/06/15 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 10/06/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/06/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/06/15 | Printing | | DUP |
| | Amount = | $94.00 | |
| 10/07/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/07/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/07/15 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 10/07/15 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 10/07/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/07/15 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 10/07/15 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 10/07/15 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $18.60 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $2.00 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.50 | |

| | |
|---|---|
| Quicksilver Resources, Inc.<br>Sarah L. Schultz, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas TX  75201 | November 16, 2015<br>Invoice 497187<br>Page 44<br>Client #  742658 |

| Date | Description | | |
|---|---|---|---|
| 10/07/15 | Printing | | DUP |
| | Amount = | $6.00 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.50 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $6.60 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.50 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.30 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.50 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $3.10 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.40 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $11.80 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $3.10 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.50 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $2.70 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.40 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.40 | |
| 10/07/15 | Printing | | DUP |
| | Amount = | $0.20 | |
| 10/08/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/08/15 | Printing | | DUP |
| | Amount = | $0.20 | |
| 10/08/15 | Printing | | DUP |
| | Amount = | $4.10 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 45  
Client #  742658

| Date | Description | | Code |
|---|---|---|---|
| 10/08/15 | Printing | | DUP |
| | Amount = | $0.40 | |
| 10/08/15 | Printing | | DUP |
| | Amount = | $4.10 | |
| 10/08/15 | Printing | | DUP |
| | Amount = | $0.20 | |
| 10/08/15 | Printing | | DUP |
| | Amount = | $5.40 | |
| 10/08/15 | Printing | | DUP |
| | Amount = | $2.30 | |
| 10/09/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/09/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/12/15 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 10/12/15 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 10/12/15 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 10/13/15 | RELIABLE WILMINGTON: Reliable Invoices 10/26/15 | | CTRPT |
| | Amount = | $229.90 | |
| 10/14/15 | Docket Search | | ELEGALRE |
| | Amount = | $35.00 | |
| 10/14/15 | CourtCall | | CONFCALL |
| | Amount = | $37.00 | |
| 10/14/15 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 10/14/15 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 10/19/15 | 12149694227 Long Distance | | LD |
| | Amount = | $12.51 | |
| 10/20/15 | PACER | | DOCRETRI |
| | Amount = | $1.70 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201  

November 16, 2015  
Invoice 497187  
Page 46  
Client # 742658

| Date | Description | | Code |
|---|---|---|---|
| 10/20/15 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 10/20/15 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 10/20/15 | Printing | | DUP |
| | Amount = | $0.90 | |
| 10/20/15 | Printing | | DUP |
| | Amount = | $1.50 | |
| 10/21/15 | Richards Layton and Finger/US Trustee Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 10/21/15 | Printing | | DUP |
| | Amount = | $1.80 | |
| 10/21/15 | Printing | | DUP |
| | Amount = | $1.60 | |
| 10/22/15 | 12149694278 Long Distance | | LD |
| | Amount = | $11.12 | |
| 10/22/15 | 12149694278 Long Distance | | LD |
| | Amount = | $4.17 | |
| 10/22/15 | 12149694278 Long Distance | | LD |
| | Amount = | $1.39 | |
| 10/22/15 | PACER | | DOCRETRI |
| | Amount = | $1.70 | |
| 10/22/15 | PACER | | DOCRETRI |
| | Amount = | $1.70 | |
| 10/22/15 | PACER | | DOCRETRI |
| | Amount = | $1.70 | |
| 10/22/15 | Printing | | DUP |
| | Amount = | $3.00 | |
| 10/22/15 | Printing | | DUP |
| | Amount = | $1.00 | |
| 10/22/15 | Printing | | DUP |
| | Amount = | $2.60 | |
| 10/22/15 | Printing | | DUP |
| | Amount = | $0.70 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201  

November 16, 2015  
Invoice 497187  
Page 47  
Client #  742658  

| Date | Description | | | Code |
|---|---|---|---|---|
| 10/22/15 | Printing | | | DUP |
| | | Amount = | $0.90 | |
| 10/22/15 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/22/15 | Westlaw | | | ELEGALRE |
| | | Amount = | $24.00 | |
| 10/23/15 | Binding/Tabs Velobinding | | | BIND |
| | | Amount = | $50.00 | |
| 10/23/15 | Photocopies | | | DUP |
| | | Amount = | $0.20 | |
| 10/23/15 | Photocopies | | | DUP |
| | | Amount = | $89.60 | |
| 10/23/15 | Photocopies | | | DUP |
| | | Amount = | $76.20 | |
| 10/23/15 | Photocopies | | | DUP |
| | | Amount = | $0.10 | |
| 10/23/15 | Photocopies | | | DUP |
| | | Amount = | $81.10 | |
| 10/23/15 | Messenger and delivery | | | MESS |
| | | Amount = | $5.40 | |
| 10/23/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.80 | |
| 10/23/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.80 | |
| 10/23/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 10/23/15 | Printing | | | DUP |
| | | Amount = | $1.80 | |
| 10/23/15 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 10/23/15 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/23/15 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 10/23/15 | Printing | | | DUP |
| | | Amount = | $0.20 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX 75201

November 16, 2015  
Invoice 497187  
Page 48  
Client # 742658

| Date | Description | | Code |
|---|---|---|---|
| 10/23/15 | Printing | | DUP |
| | Amount = $0.10 | | |
| 10/23/15 | Printing | | DUP |
| | Amount = $0.80 | | |
| 10/23/15 | Printing | | DUP |
| | Amount = $0.30 | | |
| 10/23/15 | Printing | | DUP |
| | Amount = $0.20 | | |
| 10/26/15 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 10/26/15 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 10/26/15 | Printing | | DUP |
| | Amount = $0.90 | | |
| 10/26/15 | Printing | | DUP |
| | Amount = $1.80 | | |
| 10/26/15 | Printing | | DUP |
| | Amount = $0.30 | | |
| 10/26/15 | Printing | | DUP |
| | Amount = $0.20 | | |
| 10/26/15 | Printing | | DUP |
| | Amount = $1.80 | | |
| 10/27/15 | Messenger and delivery | | MESS |
| | Amount = $5.40 | | |
| 10/27/15 | Printing | | DUP |
| | Amount = $0.10 | | |
| 10/27/15 | Printing | | DUP |
| | Amount = $0.50 | | |
| 10/27/15 | Printing | | DUP |
| | Amount = $0.50 | | |
| 10/27/15 | Printing | | DUP |
| | Amount = $0.50 | | |
| 10/27/15 | Printing | | DUP |
| | Amount = $0.40 | | |
| 10/27/15 | Printing | | DUP |
| | Amount = $1.80 | | |

| | | | |
|---|---|---|---|
| Quicksilver Resources, Inc. | | November 16, 2015 | |
| Sarah L. Schultz, Esq. | | Invoice 497187 | |
| Akin Gump Strauss Hauer & Feld LLP | | Page 49 | |
| 1700 Pacific Avenue | | | |
| Suite 4100 | | Client # 742658 | |
| Dallas TX 75201 | | | |

| Date | Description | | Code |
|---|---|---|---|
| 10/27/15 | Printing | | DUP |
| | Amount = | $0.30 | |
| 10/27/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/28/15 | 12149694278 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/28/15 | Printing | | DUP |
| | Amount = | $0.90 | |
| 10/28/15 | Printing | | DUP |
| | Amount = | $0.60 | |
| 10/28/15 | Printing | | DUP |
| | Amount = | $0.60 | |
| 10/29/15 | Photocopies | | DUP |
| | Amount = | $74.40 | |
| 10/29/15 | Messenger and delivery | | MESS |
| | Amount = | $5.40 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $1.40 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 10/29/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201  

November 16, 2015  
Invoice 497187  
Page 50  
Client #  742658  

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/29/15 | PACER | Amount = $1.90 | DOCRETRI |
| 10/29/15 | PACER | Amount = $1.90 | DOCRETRI |
| 10/29/15 | PACER | Amount = $0.50 | DOCRETRI |
| 10/29/15 | PACER | Amount = $2.00 | DOCRETRI |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $0.20 | DUP |
| 10/29/15 | Printing | Amount = $0.20 | DUP |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $3.40 | DUP |
| 10/29/15 | Printing | Amount = $2.10 | DUP |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $0.10 | DUP |
| 10/29/15 | Printing | Amount = $1.00 | DUP |

Quicksilver Resources, Inc.  November 16, 2015
Sarah L. Schultz, Esq.  Invoice 497187
Akin Gump Strauss Hauer & Feld LLP  Page 51
1700 Pacific Avenue
Suite 4100  Client #  742658
Dallas TX  75201

| Date | Description | | | |
|---|---|---|---|---|
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.70 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.70 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.70 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.90 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.70 | |
| 10/29/15 | Printing | | | DUP |
| | | Amount = | $0.70 | |

Quicksilver Resources, Inc.  November 16, 2015
Sarah L. Schultz, Esq.  Invoice 497187
Akin Gump Strauss Hauer & Feld LLP  Page 52
1700 Pacific Avenue
Suite 4100  Client #  742658
Dallas TX  75201

| Date | Description | | Code |
|---|---|---|---|
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.60 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.80 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.60 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $2.10 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $1.10 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $7.30 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $7.20 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.20 | |
| 10/29/15 | Printing | | DUP |
| | Amount = | $0.20 | |
| 10/30/15 | 12149694227 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/30/15 | 12124977844 Long Distance | | LD |
| | Amount = | $1.39 | |
| 10/30/15 | Messenger and delivery | | MESS |
| | Amount = | $5.40 | |
| 10/30/15 | Printing | | DUP |
| | Amount = | $0.20 | |

Quicksilver Resources, Inc.  
Sarah L. Schultz, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas TX  75201

November 16, 2015  
Invoice 497187  
Page 53  
Client #  742658

| Date | Description | | |
|---|---|---|---|
| 10/30/15 | Printing | | DUP |
| | Amount = $1.90 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $0.30 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $5.30 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $0.30 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $1.90 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $0.10 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $0.60 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $5.70 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $0.10 | | |
| 10/30/15 | Printing | | DUP |
| | Amount = $0.10 | | |

TOTALS FOR   742658          Quicksilver Resources, Inc.

Expenses     $2,423.65