**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF DELAWARE**

<u>In re: Quicksilver Resources Inc., et al., (1)</u>         Case No.    15-10585 (LSS)
              Debtors.                                         Jointly Administered

                                          Reporting Period:   October 1 - 31, 2015 (2)

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | |
|   Current reporting period | MOR-1 | X | |
|   Cumulative since filing date | MOR-1a | X | |
|   Bank Reconciliation (or copies of debtors' bank reconciliations) | MOR-1b | | X |
|   Copies of bank statements | MOR-1b | | X |
|   Cash disbursements journals | MOR-1b | | X |
|   Schedule of Professional Fees Paid | MOR-1c | X | |
| Statement of Operations | | | |
|   Current reporting period | MOR-2a | X | |
|   Cumulative since filing date | MOR-2b | X | |
| Balance Sheets | | | |
|   As of Petition Date | MOR-3a | X | |
|   As of End of Current Reporting Period | MOR-3b | X | |
| Status of Post Petition Taxes | MOR-4 | | X |
|   Copies of IRS Form 6123 or payment receipt | | | X |
|   Copies of tax returns filed during reporting period | | | X |
| Summary of Unpaid Post Petition Debts | MOR-4 | X | |
|   Listing of aged accounts payable | MOR-4 | | X |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_[signature]_                                          11/20/15
Signature of Authorized Individual*                    Date

                                                       Senior Vice President - Chief Financial Officer and
Vanessa Gomez LaGatta                                  Treasurer
Printed Name of Authorized Individual                  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is limited liability company.

**Notes:**
(1) The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.
(2) The Debtors' monthly accounting period ends on October 31, 2015.

In re: Quicksilver Resources Inc., et al.  
Debtors  

Case No. 15-10585  
Reporting Period: October 1 - 31 2015

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (1)**

($ Thousands)

| Debtors (2): | Quicksilver Resources Inc. | Cowtown Gas Processing L.P. | Cowtown Pipeline L.P. | Total |
|---|---|---|---|---|
| Case #: | 15-10585 | 15-10588 | 15-10590 | Debtors |
| **Cash - Beginning of Reporting Period** | $ 155,000 | $ - | $ - | $ 155,000 |
| **Receipts** | | | | |
| Production | 19,362 | - | - | 19,362 |
| JIBs | 1,920 | - | - | 1,920 |
| Other (3), (6) | 398 | - | 81 | 479 |
| Receipts | 21,680 | - | 81 | 21,761 |
| **Disbursements (4)** | | | | |
| Capital Expenditures | (858) | - | - | (858) |
| Operating Expense (3) | (1,695) | - | (81) | (1,776) |
| Land | (1,079) | - | - | (1,079) |
| G&A | (1,919) | - | - | (1,919) |
| Gathering, Processing & Transportation fees | (8,680) | - | - | (8,680) |
| Sales tax | (81) | - | - | (81) |
| Severance tax | (289) | - | - | (289) |
| Royalty payments - Revenue/ACH checks | (6,176) | - | - | (6,176) |
| Interest/fees/principal/adequate protection payments | (5,646) | - | - | (5,646) |
| Professional Fees and Expenses (5) | (1,720) | - | - | (1,720) |
| Other | (18) | - | - | (18) |
| **Total Disbursements** | (28,161) | - | (81) | (28,242) |
| **Cash - End of Reporting Period** | $ 148,519 | $ - | $ - | $ 148,519 |

**Notes:**
(1) Numbers may not foot due to rounding.
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.
(3) Cowtown Pipeline L.P. receipts and disbursements are received or paid by Quicksilver Resources Inc. on their behalf and have been broken out separately for presentation purposes. Receipts include change in the intercompany payable.
(4) Disbursements include outstanding post-petition checks from the US operating account as of October 31, 2015.
(5) Professional payments listed herein include payments made by the Debtors to professionals retained by order of the Bankruptcy Court, including the Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [D.I. 203].
(6) Other receipts includes GPT provider's imbalance reimbursement.

| In re: Quicksilver Resources Inc., et al. | | | | Case No. 15-10585 |
|---|---|---|---|---|
| Debtors | | | | Reporting Period: October 1 - 31 2015 |

**SCHEDULE OF CUMULATIVE CASH RECEIPTS AND DISBURSEMENTS - March 18 - October 31, 2015 (1)**

*($ Thousands)*

| | *Debtors (2):* | Quicksilver Resources Inc. | Cowtown Gas Processing L.P. | Cowtown Pipeline L.P. | Total |
|---|---|---|---|---|---|
| | *Case #:* | 15-10585 | 15-10588 | 15-10590 | Debtors |
| **Cash - Beginning of Reporting Period** | | $ 183,976 | $ - | $ - | $ 183,976 |
| **Receipts** | | | | | |
| Production | | 183,975 | - | - | 183,975 |
| JIBs | | 17,831 | - | - | 17,831 |
| Other (3), (5) | | 59,685 | - | 392 | 60,076 |
| Receipts | | 261,490 | - | 392 | 261,882 |
| **Disbursements (4)** | | | | | |
| Capital Expenditures | | (27,629) | - | - | (27,629) |
| Operating Expense (5) | | (14,325) | - | (392) | (14,717) |
| Land | | (1,502) | - | - | (1,502) |
| G&A | | (19,396) | - | - | (19,396) |
| Gathering, Processing & Transportation fees | | (60,045) | - | - | (60,045) |
| Sales tax | | (935) | - | - | (935) |
| Severance tax | | (2,080) | - | - | (2,080) |
| Royalty payments - Revenue/ACH checks | | (55,347) | - | - | (55,347) |
| Interest/fees/principal/adequate protection payments | | (100,275) | - | - | (100,275) |
| Professional Fees and Expenses (6) | | (12,836) | - | - | (12,836) |
| Other (7) | | (2,578) | - | - | (2,578) |
| **Total Disbursements** | | (296,947) | - | (392) | (297,338) |
| **Cash - End of Reporting Period** | | $ 148,519 | $ - | $ - | $ 148,519 |

**Notes:**
(1) Numbers may not foot due to rounding.
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports.  If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.
(3) "Other" predominantly relates to one-time, nonrecurring derivative activity. The majority of the remaining pertains to Eni West Texas funding.
(4) Disbursements include outstanding post-petition checks from the US operating account as of October 31, 2015.
(5) Cowtown Pipeline L.P. receipts and disbursements are received or paid by Quicksilver Resources Inc. on their behalf and have been broken out separately for presentation purposes.  Receipts include change in the intercompany payable.
(6) Professional payments listed herein include payments made by the Debtors to professionals retained by order of the Bankruptcy Court, including the Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [D.I. 203].
(7) Other disbursements mainly relates to payment of annual insurance premium.

<mark>Case 15-11880-BLS    Doc    Filed 11/20/15    Page 4 of 15</mark>

| In re: Quicksilver Resources Inc., et al. | | | | | | Case No. 15-10585 |
|---|---|---|---|---|---|---|
| Debtors | | | | | | Reporting Period: October 1 - 31 2015 |

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES**

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Quicksilver Resources Inc. | 15-10585 | | | | | |
| Total Disbursements | | $ 28,160,846 | $ - | $ - | $ 28,160,846 | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ 28,160,846 | $ - | $ - | $ 28,160,846 | **TBD** |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Barnett Shale Operating LLC | 15-10586 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | **TBD** |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Cowtown Drilling, Inc. | 15-10587 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | **TBD** |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Cowtown Gas Processing L.P. | 15-10588 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | **TBD** |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Cowtown Pipeline Funding, Inc. | 15-10589 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | **TBD** |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Cowtown Pipeline L.P. | 15-10590 | | | | | |
| Total Disbursements | | $ 81,406 | $ - | $ - | $ 81,406 | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ 81,406 | $ - | $ - | $ 81,406 | **TBD** |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Cowtown Pipeline Management, Inc. | 15-10591 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | **TBD** |

**In re: Quicksilver Resources Inc., et al.**  **Case No. 15-10585**
**Debtors**  **Reporting Period: October 1 - 31 2015**

### DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Makarios Resources International Holdings LLC | 15-10592 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Makarios Resources International Inc. | 15-10593 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| QPP Holdings LLC | 15-10594 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| QPP Parent LLC | 15-10595 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Quicksilver Production Partners GP LLC | 15-10596 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Quicksilver Production Partners LP | 15-10597 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Silver Stream Pipeline Company LLC | 15-10598 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

**TOTAL U.S. TRUSTEE QUARTERLY FEES** **TBD**

**Notes:**
(1) The quarterly U.S. Trustee fees will be calculated based on the total disbursements by each Debtor entity.

| | |
|---|---|
| **In re: Quicksilver Resources Inc., et al.** | **Case No. 15-10585** |
| **Debtors** | **Reporting Period: October 1 - 31 2015** |

**Statement with Respect to Bank Reconciliations, Copies of Bank Statements, and Cash Disbursement Journals**
For the Period From October 1, 2015 to October 31, 2015

Bank Reconciliations
Other than Quicksilver Resources Inc. ("QRI"), none of the Debtor entities maintain separate bank accounts. All cash flows are through the QRI U.S. operating account for which a monthly reconciliation is performed. Monthly reconciliations are also performed for the payroll, medical, revenue and all other disbursement accounts, as well as the utilities deposit account. The Debtors affirm that these bank reconciliations were prepared as of October 31, 2015.

Copies of Bank Statements
The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors. Attached is a list of Debtors' bank accounts and bank balances as of October 31, 2015.

Cash Disbursements Journals
All cash disbursements summarized in MOR-1 are recorded in the Debtors' general ledger.

MOR-1 (b)

| In re: Quicksilver Resources Inc., et al. | | | | Case No. 15-10585 |
|---|---|---|---|---|
| Debtors | | | | Reporting Period: October 1 - 31 2015 |

**List of Bank Accounts for Debtor Entities**

| Debtor Entity | Account Type | Account Number (Last 4 Digits) | Bank | October 31, 2015 Bank Balances |
|---|---|---|---|---:|
| Quicksilver Resources Inc. | Payroll Account | 7899 | JPMorgan Chase | $ - |
| Quicksilver Resources Inc. | U.S. Operating | 7907 | JPMorgan Chase | 86,410,309 |
| Quicksilver Resources Inc. | ENI Account | 3215 | Bank of Texas | 1,839,049 |
| Quicksilver Resources Inc. | Controlled Disbursement Account | 9729 | JPMorgan Chase | - |
| Quicksilver Resources Inc. | EFT Account | 7881 | JPMorgan Chase | - |
| Quicksilver Resources Inc. | Medical Account | 1590 | JPMorgan Chase | - |
| Quicksilver Resources Inc. | Revenue ACH Account | 9997 | JPMorgan Chase | - |
| Quicksilver Resources Inc. | Utilities Deposit Account | 3237 | Bank of Texas | 73,751 |
| Quicksilver Resources Inc. | Other/Contingency Account | 3226 | Bank of Texas | 50 |
| Quicksilver Resources Inc. | Other/Contingency Account | 3248 | Bank of Texas | 16,930,167 |
| Quicksilver Resources Inc. | Deposit Account | 7954 | Texas Capital Bank | 45,445,787 |
| **Total Cash Accounts (1)** | | | | **$ 150,699,114** |

**Note:**
(1) Numbers may not foot due to rounding.

MOR-1 (b)

In re: Quicksilver Resources Inc., et al.  
Debtors

Case No. 15-10585  
Reporting Period: October 1 - 31 2015

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month. (1)

| Payee | Period Covered | Total Amount Sought | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Petition Date to End of Reporting Date Fees | Petition Date to End of Reporting Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Mar 18-Apr 30, 2015 | $ 1,947,733 | Quicksilver Resources Inc. | WT070215A | 7/2/2015 | $ 1,543,842 | $ 17,930 | | |
| | May 1 - 31, 2015 | $ 685,574 | Quicksilver Resources Inc. | WT073015D | 7/30/2015 | $ 538,052 | $ 13,009 | | |
| | Jun 1 - 30, 2015 | $ 738,886 | Quicksilver Resources Inc. | WT082015A | 8/20/2015 | $ 583,591 | $ 9,287 | | |
| | Jul 1 - 31, 2015 | $ 634,819 | Quicksilver Resources Inc. | WT092315C | 9/23/2015 | $ 497,977 | $ 12,348 | | |
| | Aug 1 - 31, 2015 | $ 752,638 | Quicksilver Resources Inc. | WT102815 | 10/28/2015 | $ 593,267 | $ 11,055 | $ 3,756,729 | $ 63,630 |
| Albert, Neely & Kuhlmann, LLP | May 13, 2015 | $ 625 | Quicksilver Resources Inc. | 201347 | 6/12/2015 | $ 625 | $ - | | |
| | Jul 20-Aug 31, 2015 | $ 375 | Quicksilver Resources Inc. | 202846 | 9/25/2015 | $ 375 | $ - | $ 1,000 | $ - |
| Capstone Advisory Group, LLC | Mar 30-Apr 30, 2015 | $ 333,675 | Quicksilver Resources Inc. | WT071615C | 7/16/2015 | $ 264,612 | $ 2,910 | | |
| | May 1 - 31, 2015 | $ 263,541 | Quicksilver Resources Inc. | WT082115A | 8/21/2015 | $ 210,643 | $ 237 | $ 475,255 | $ 3,147 |
| CTMI LLC | Apr 1-Jul 31, 2015 | $ 106,425 | Quicksilver Resources Inc. | 202263 | 8/14/2015 | $ 106,425 | $ - | $ 106,425 | $ - |
| Davis Polk & Wardwell LLP | Mar 18-Apr 30, 2015 | $ 58,932 | Quicksilver Resources Inc. | WT061115G | 6/11/2015 | $ 58,391 | $ 542 | | |
| | May 1 - 31, 2015 | $ 13,583 | Quicksilver Resources Inc. | 201948 | 7/24/2015 | $ 13,583 | $ - | | |
| | Jun 1 - 30, 2015 | $ 23,588 | Quicksilver Resources Inc. | 202171 | 8/7/2015 | $ 23,569 | $ 19 | | |
| | Jul 1 - 31, 2015 | $ 13,660 | Quicksilver Resources Inc. | 202682 | 9/11/2015 | $ 13,660 | $ - | | |
| | Aug 1 - 31, 2015 | $ 7,850 | Quicksilver Resources Inc. | 203078 | 10/9/2015 | $ 7,850 | $ - | $ 117,051 | $ 561 |
| Deloitte Transactions and Business Analytics | Mar 18-Apr 30, 2015 | $ 554,921 | Quicksilver Resources Inc. | WT081315E | 8/13/2015 | $ 552,704 | $ 2,217 | | |
| | May 1 - 31, 2015 | $ 350,236 | Quicksilver Resources Inc. | WT091615D | 9/16/2015 | $ 346,214 | $ 4,022 | | |
| | Jun 1 - 30, 2015 | $ 242,187 | Quicksilver Resources Inc. | WT093015E | 9/30/2015 | $ 240,413 | $ 1,774 | | |
| | Jul 1 - 31, 2015 | $ 215,608 | Quicksilver Resources Inc. | WT102115B | 10/21/2015 | $ 213,731 | $ 1,877 | $ 1,353,062 | $ 9,890 |
| Ernst & Young LLP | Mar 18-Apr 30, 2015 | $ 538,530 | Quicksilver Resources Inc. | WT071615B | 7/16/2015 | $ 430,824 | $ - | | |
| | May 1 - 31, 2015 | $ 282,310 | Quicksilver Resources Inc. | WT081315C | 8/13/2015 | $ 144,564 | $ - | | |
| | Jun 1 - 30, 2015 | $ 89,015 | Quicksilver Resources Inc. | WT082015E | 8/20/2015 | $ 71,212 | $ - | | |
| | Jul 1 - 31, 2015 | $ 240,235 | Quicksilver Resources Inc. | WT092415 | 9/24/2015 | $ 192,188 | $ - | $ 838,787 | $ - |
| Garden City Group LLC | Mar 18-31, 2015 | $ 29,500 | Quicksilver Resources Inc. | WT040115A | 4/1/2015 | $ - | $ 29,500 | | |
| | Mar 18-31, 2015 | $ 155,355 | Quicksilver Resources Inc. | WT041715 | 4/17/2015 | $ 153,046 | $ 2,308 | | |
| | Apr 1-30, 2015 | $ 482,808 | Quicksilver Resources Inc. | WT061115B | 6/11/2015 | $ 433,933 | $ 48,875 | | |
| | Mar 18-Apr 30, 2015 | $ 84,300 | Quicksilver Resources Inc. | WT070215 | 7/2/2015 | $ 60,805 | $ 8,294 | | |
| | May 1 - 31, 2015 | $ 283,499 | Quicksilver Resources Inc. | WT073015B | 7/30/2015 | $ 272,171 | $ 11,328 | | |
| | May 1 - 31, 2015 | $ 163,616 | Quicksilver Resources Inc. | WT073015C | 7/30/2015 | $ 126,046 | $ 6,059 | | |
| | Jun 1 - 30, 2015 | $ 412,478 | Quicksilver Resources Inc. | WT082615B | 8/26/2015 | $ 340,495 | $ 48,680 | | |
| | Jul 1 - 31, 2015 | $ 213,631 | Quicksilver Resources Inc. | WT090315D | 9/3/2015 | $ 210,107 | $ 3,525 | | |
| | Aug 1 - 31, 2015 | $ 126,654 | Quicksilver Resources Inc. | WT100515A | 10/5/2015 | $ 125,661 | $ 993 | | |
| | Oct 2, 2015 | $ 31,100 | Quicksilver Resources Inc. | WT100515B | 10/5/2015 | $ 12,000 | $ 19,100 | $ 1,734,263 | $ 178,662 |
| Gregory G Gibson | Apr 1-29, 2015 | $ 8,360 | Quicksilver Resources Inc. | 200893 | 5/8/2015 | $ 8,360 | $ - | | |
| | Jun 1 - 30, 2015 | $ 9,760 | Quicksilver Resources Inc. | 201861 | 7/17/2015 | $ 9,760 | $ - | | |
| | May 1 - 31, 2015 | $ 10,920 | Quicksilver Resources Inc. | 201966 | 7/24/2015 | $ 10,920 | $ - | | |
| | Jul 1 - 31, 2015 | $ 6,240 | Quicksilver Resources Inc. | 202282 | 8/14/2015 | $ 6,240 | $ - | | |
| | Mar 18-31, 2015 | $ 6,240 | Quicksilver Resources Inc. | 202492 | 8/28/2015 | $ 6,240 | $ - | | |
| | Aug 1 - 31, 2015 | $ 5,880 | Quicksilver Resources Inc. | 202696 | 9/11/2015 | $ 5,880 | $ - | | |
| | Sep 1 - 30, 2015 | $ 7,630 | Quicksilver Resources Inc. | 203174 | 10/16/2015 | $ 7,630 | $ - | $ 55,030 | $ - |
| Houlihan Lokey Capital, Inc. | Mar 18-Apr 30, 2015 | $ 224,480 | Quicksilver Resources Inc. | WT073015E | 7/30/2015 | $ 178,065 | $ 1,900 | | |
| | May 1-Jun 30, 2015 | $ 311,455 | Quicksilver Resources Inc. | WT082615C | 8/26/2015 | $ 240,000 | $ 11,455 | | |
| | Jul 1 - 31, 2015 | $ 96,864 | Quicksilver Resources Inc. | WT101415A | 10/14/2015 | $ 71,613 | $ 4,929 | | |
| | Aug 1 - 31, 2015 | $ 164,006 | Quicksilver Resources Inc. | WT103015E | 10/30/2015 | $ 120,000 | $ 14,006 | $ 609,677 | $ 32,289 |
| Jones Day | Jun 1 - 30, 2015 | $ 6,413 | Quicksilver Resources Inc. | 202507 | 8/28/2015 | $ 6,413 | $ - | | |
| | Jul 1-Aug 31, 2015 | $ 2,874 | Quicksilver Resources Inc. | 203273 | 10/23/2015 | $ 2,869 | $ 5 | $ 9,281 | $ 5 |
| Kelly Hart & Hallman LLP | Mar 18-Apr 30, 2015 | $ 4,586 | Quicksilver Resources Inc. | 201505 | 6/19/2015 | $ 4,566 | $ 20 | | |
| | May 1 - 31, 2015 | $ 800 | Quicksilver Resources Inc. | 201976 | 7/24/2015 | $ 777 | $ 23 | | |
| | Jun 1 - 30, 2015 | $ 34,729 | Quicksilver Resources Inc. | 202291 | 8/14/2015 | $ 34,616 | $ 113 | | |
| | Jun 29, 2015 | $ 98 | Quicksilver Resources Inc. | 202396 | 8/21/2015 | $ 98 | $ - | | |
| | Jul 1 - 31, 2015 | $ 1,833 | Quicksilver Resources Inc. | 202626 | 9/4/2015 | $ 1,833 | $ - | $ 41,889 | $ 156 |
| KPMG LLP | Mar 18-Apr 30, 2015 | $ 310,107 | Quicksilver Resources Inc. | WT071615D | 7/16/2015 | $ 247,440 | $ 808 | | |
| | May 1 - 31, 2015 | $ 30,732 | Quicksilver Resources Inc. | WT080615C | 8/6/2015 | $ 24,556 | $ 38 | | |
| | Jun 1 - 30, 2015 | $ 105,239 | Quicksilver Resources Inc. | WT082715 | 8/27/2015 | $ 83,540 | $ 814 | | |
| | Jul 1 - 31, 2015 | $ 43,691 | Quicksilver Resources Inc. | WT100715A | 10/7/2015 | $ 43,691 | $ - | | |
| | Jul 1 - 31, 2015 | $ 10,923 | Quicksilver Resources Inc. | 203183 | 10/16/2015 | $ 10,923 | $ - | $ 410,149 | $ 1,659 |
| Landis Rath & Cobb LLP | Mar 30-Apr 30, 2015 | $ 204,402 | Quicksilver Resources Inc. | WT061815A | 6/18/2015 | $ 151,251 | $ 15,339 | | |
| | May 1 - 31, 2015 | $ 94,551 | Quicksilver Resources Inc. | WT072315A | 7/23/2015 | $ 72,201 | $ 4,299 | | |
| | Jun 1 - 30, 2015 | $ 107,455 | Quicksilver Resources Inc. | WT082015F | 8/20/2015 | $ 73,713 | $ 15,313 | | |
| | Jul 1 - 31, 2015 | $ 99,481 | Quicksilver Resources Inc. | WT091615B | 9/16/2015 | $ 78,462 | $ 1,404 | | |
| | Aug 1 - 31, 2015 | $ 129,329 | Quicksilver Resources Inc. | WT102115C | 10/21/2015 | $ 102,367 | $ 1,370 | $ 477,994 | $ 37,725 |
| Littler Mendelson PC | Mar 30-Apr 30, 2015 | $ 2,401 | Quicksilver Resources Inc. | 201417 | 6/12/2015 | $ 2,401 | $ - | | |
| | Jul 1 - 31, 2015 | $ 245 | Quicksilver Resources Inc. | 202914 | 9/25/2015 | $ 245 | $ - | $ 2,646 | $ - |
| Moelis & Company LLC | Mar 30-Apr 30, 2015 | $ 193,810 | Quicksilver Resources Inc. | WT070915A | 7/9/2015 | $ 127,742 | $ 34,133 | | |
| | May 1 - 31, 2015 | $ 172,517 | Quicksilver Resources Inc. | WT080615E | 8/6/2015 | $ 120,000 | $ 22,517 | | |
| | Jun 1 - 30, 2015 | $ 156,658 | Quicksilver Resources Inc. | WT090315F | 9/3/2015 | $ 120,000 | $ 6,658 | | |
| | Jul 1 - 31, 2015 | $ 130,475 | Quicksilver Resources Inc. | WT101415B | 10/14/2015 | $ 100,000 | $ 5,475 | $ 467,742 | $ 68,782 |
| Norton Rose Fulbright US LLP | Apr 1-Jun 30, 2015 | $ 60,986 | Quicksilver Resources Inc. | WT082015D | 8/20/2015 | $ 60,983 | $ 4 | | |
| | Jul 1 - 31, 2015 | $ 43,678 | Quicksilver Resources Inc. | WT082615D | 8/26/2015 | $ 43,433 | $ 245 | | |
| | Aug 1 - 31, 2015 | $ 54,889 | Quicksilver Resources Inc. | WT091615A | 9/16/2015 | $ 54,361 | $ 528 | | |
| | Sep 1 - 30, 2015 | $ 3,838 | Quicksilver Resources Inc. | WT102115 | 10/21/2015 | $ 3,806 | $ 32 | $ 162,582 | $ 809 |

MOR-1 (c)

In re: Quicksilver Resources Inc., et al.  
Debtors

Case No. 15-10585  
Reporting Period: October 1 - 31 2015

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month. (1)

| Payee | Period Covered | Total Amount Sought | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Petition Date to End of Reporting Date Fees | Petition Date to End of Reporting Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Mar 25-Apr 30, 2015 | $ 875,787 | Quicksilver Resources Inc. | WT062515C | 6/25/2015 | $ 692,292 | $ 10,422 | | |
| | May 1 - 31, 2015 | $ 215,599 | Quicksilver Resources Inc. | WT072315C | 7/23/2015 | $ 170,936 | $ 1,929 | | |
| | Jun 1 - 30, 2015 | $ 236,961 | Quicksilver Resources Inc. | WT082015C | 8/20/2015 | $ 187,532 | $ 2,546 | | |
| | Jul 1 - 31, 2015 | $ 152,895 | Quicksilver Resources Inc. | WT091615C | 9/16/2015 | $ 120,591 | $ 2,156 | | |
| | Aug 1 - 31, 2015 | $ 245,708 | Quicksilver Resources Inc. | WT102115D | 10/21/2015 | $ 194,884 | $ 2,103 | $ 1,366,235 | $ 19,156 |
| | | | | | | | | | |
| Richards, Layton & Finger P.A. | Mar 18-Apr 30, 2015 | $ 195,966 | Quicksilver Resources Inc. | WT061815B | 6/18/2015 | $ 142,492 | $ 17,850 | | |
| | May 1 - 31, 2015 | $ 25,013 | Quicksilver Resources Inc. | WT072315B | 7/23/2015 | $ 18,793 | $ 1,521 | | |
| | Jun 1 - 30, 2015 | $ 34,058 | Quicksilver Resources Inc. | WT082015B | 8/20/2015 | $ 25,444 | $ 2,254 | | |
| | Jul 1 - 31, 2015 | $ 27,528 | Quicksilver Resources Inc. | WT091615 | 9/16/2015 | $ 21,172 | $ 1,064 | | |
| | Aug 1 - 31, 2015 | $ 16,940 | Quicksilver Resources Inc. | WT102115A | 10/21/2015 | $ 13,310 | $ 303 | $ 221,210 | $ 22,992 |
| | | | | | | | | | |
| Whitley Penn LLP | Mar 18 - Apr 9, 2015 | $ 45,678 | Quicksilver Resources Inc. | 201062 | 5/15/2015 | $ 45,678 | $ - | | |
| | Apr 1-30, 2015 | $ 1,450 | Quicksilver Resources Inc. | 201235 | 5/29/2015 | $ 1,450 | $ - | | |
| | Apr 1-30, 2015 | $ 2,769 | Quicksilver Resources Inc. | 201336 | 6/5/2015 | $ 2,286 | $ 483 | | |
| | Apr 6-May 31, 2015 | $ 37,360 | Quicksilver Resources Inc. | 201540 | 6/19/2015 | $ 37,360 | $ - | | |
| | May 1-31, 2015 | $ 30,242 | Quicksilver Resources Inc. | 201622 | 6/26/2015 | $ 30,242 | $ - | | |
| | May 15-Jun 18, 2015 | $ 25,171 | Quicksilver Resources Inc. | 202135 | 7/31/2015 | $ 25,171 | $ - | | |
| | Jun 5-Jul 31, 2015 | $ 11,715 | Quicksilver Resources Inc. | 202571 | 8/28/2015 | $ 11,715 | $ - | | |
| | Aug 1 - 31, 2015 | $ 10,450 | Quicksilver Resources Inc. | 203139 | 10/9/2015 | $ 10,450 | $ - | | |
| | Sep 1 - 30, 2015 | $ 24,955 | Quicksilver Resources Inc. | 203419 | 10/30/2015 | $ 24,955 | $ - | $ 189,307 | $ 483 |

**Note**
(1) Professional payments listed herein include payments made by the Debtors solely to professionals retained by order of the Bankruptcy Court, including the Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date [D.I. 203].

MOR-1 (c)

In re: Quicksilver Resources Inc., et al.  
Debtors

Case No. 15-10585  
Reporting Period: October 1 - 31 2015

## STATEMENT OF OPERATIONS (1)
Income Statement for the period October 1 - October 31, 2015

The Statement of Operations is prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| *(in thousands)* | Debtors (2):<br>Case #: | Quicksilver Resources Inc.<br>15-10585 | Cowtown Gas Processing L.P.<br>15-10588 | Cowtown Pipeline L.P.<br>15-10590 | Total Debtors |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Production | | $ 12,109 | $ - | $ - | $ 12,109 |
| Sales of purchased natural gas | | 2,456 | - | - | 2,456 |
| Other | | - | - | 290 | 290 |
| **Total Revenue** | | **14,565** | **-** | **290** | **14,855** |
| | | | | | |
| **Operating Expense** | | | | | |
| Lease operating expense | | 1,882 | - | - | 1,882 |
| GPT expense | | 5,694 | - | - | 5,694 |
| Production and ad-valorem tax expense | | 544 | - | 37 | 581 |
| Costs of purchased natural gas | | 2,465 | - | - | 2,465 |
| Other operating expense | | - | - | 48 | 48 |
| Depreciation, depletion and accretion | | 2,095 | - | 90 | 2,185 |
| General and administrative expense | | 3,623 | - | - | 3,623 |
| **Total Expenses** | | **16,303** | **-** | **175** | **16,478** |
| | | | | | |
| **Gross Profit** | | **(1,738)** | **-** | **115** | **(1,623)** |
| | | | | | |
| Other income (expense) - net | | 31 | - | - | 31 |
| Interest income (expense) | | 235 | - | - | 235 |
| Reorganization items, net | | (2,366) | - | - | (2,366) |
| Income tax benefit (expense) | | (761) | - | - | (761) |
| **Net Income** | | $ (4,599) | $ - | $ 115 | $ (4,484) |

**Notes:**
(1) Numbers may not foot due to rounding.
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.

| In re: Quicksilver Resources Inc., et al. | Case No. 15-10585 |
|---|---|
| Debtors | Reporting Period: October 1 - 31 2015 |

**STATEMENT OF OPERATIONS (1)**
Cumulative Income Statement for the period March 18 - October 31, 2015

The Statement of Operations is prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| *(in thousands)* | Debtors (2):<br>Case #: | Quicksilver<br>Resources Inc.<br>15-10585 | Cowtown Gas<br>Processing L.P.<br>15-10588 | Cowtown Pipeline<br>L.P.<br>15-10590 | Total<br>Debtors |
|---|---|---:|---:|---:|---:|
| **Revenue** | | | | | |
| Production | | $ 96,530 | $ - | $ - | $ 96,530 |
| Sales of purchased natural gas | | 23,271 | - | - | 23,271 |
| Net derivative gain (loss) | | 287 | - | - | 287 |
| Other | | - | - | 7,037 | 7,037 |
| **Total Revenue** | | 120,088 | - | 7,037 | 127,125 |
| | | | | | |
| **Operating Expense** | | | | | |
| Lease operating expense | | 14,097 | - | - | 14,097 |
| GPT expense | | 43,576 | - | - | 43,576 |
| Production and ad-valorem tax expense | | 3,455 | - | 279 | 3,734 |
| Costs of purchased natural gas | | 23,211 | - | - | 23,211 |
| Other operating expense | | (23) | - | 471 | 448 |
| Depreciation, depletion and accretion | | 16,997 | - | 671 | 17,668 |
| Impairment expense | | 89,056 | - | - | 89,056 |
| General and administrative expense | | 23,669 | - | - | 23,669 |
| **Total Expenses** | | 214,038 | - | 1,421 | 215,459 |
| | | | | | |
| **Gross Profit** | | (93,950) | - | 5,616 | (88,334) |
| | | | | | |
| Other income (expense) - net | | 68 | - | - | 68 |
| Interest income (expense) | | 1,213 | - | - | 1,213 |
| Reorganization items, net | | (150,934) | - | - | (150,934) |
| Income tax benefit (expense) | | (5,270) | - | - | (5,270) |
| **Net Income** | | $ (248,873) | $ - | $ 5,616 | $ (243,257) |

**Notes:**
(1) Numbers may not foot due to rounding.
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports.  If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.

| In re: Quicksilver Resources Inc., et al. | Case No. 15-10585 |
|---|---|
| Debtors | Reporting Period: October 1 - 31 2015 |

**BALANCE SHEET (1)**
**AS OF PETITION DATE (as of March 17, 2015)**

The Balance Sheet is prepared on an accrual basis. Pre-petition liabilities must be classified separately from Post-petition obligations.

| *(in thousands)* | Debtors (2): Case #: | Quicksilver Resources Inc. 15-10585 | Cowtown Gas Processing L.P. 15-10588 | Cowtown Pipeline L.P. 15-10590 | Total Debtors |
|---|---|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | | $ 183,976 | $ - | $ - | $ 183,976 |
| Accounts Receivable, net of allowance for doubtful | | 47,621 | - | 54 | 47,675 |
| Intercompany receivables | | 665 | (1,276) | 1,814 | 1,203 |
| Derivative assets at fair value | | 47,066 | - | - | 47,066 |
| Inventory and other current assets | | 15,695 | - | - | 15,695 |
| **Total Current Assets** | | **295,023** | **(1,276)** | **1,868** | **295,615** |
| | | | | | |
| Investments in subsidiaries (3) | | (333,289) | - | - | (333,289) |
| | | | | | |
| **Property, plant and equipment - net** | | | | | |
| Oil and gas properties, full cost method | | 380,042 | - | - | 380,042 |
| Other property and equipment | | 47,516 | - | 14,127 | 61,643 |
| **Property, plant, and equipment - net** | | **427,558** | **-** | **14,127** | **441,685** |
| | | | | | |
| Derivative assets at fair value | | 16,300 | - | - | 16,300 |
| Intercompany loan to QRCI | | 413,282 | - | - | 413,282 |
| Other assets | | 2,452 | - | - | 2,452 |
| | | | | | |
| **Total Assets** | | **$ 821,326** | **$ (1,276)** | **$ 15,995** | **$ 836,045** |
| | | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| **Current liabilities** | | | | | |
| Accounts payable | | $ 16,239 | $ - | $ 60 | $ 16,299 |
| Accrued liabilities | | 37,264 | - | 97 | 37,361 |
| Current portion of long-term debt | | 137,300 | - | - | 137,300 |
| **Total current liabilities** | | **190,803** | **-** | **157** | **190,960** |
| | | | | | |
| Asset Retirement obligations | | 44,928 | - | - | 44,928 |
| Other liabilities | | - | - | 15,131 | 15,131 |
| Liabilities subject to compromise | | 1,792,086 | - | - | 1,792,086 |
| **Total Liabilities** | | **2,027,817** | **-** | **15,288** | **2,043,105** |
| | | | | | |
| **Total Shareholders' Equity** | | **(1,206,491)** | **(1,276)** | **707** | **(1,207,060)** |
| | | | | | |
| **Total Liabilities and Shareholders' Equity** | | **$ 821,326** | **$ (1,276)** | **$ 15,995** | **$ 836,045** |

**Notes:**
(1) Numbers may not foot due to rounding.
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.

(3) Investment in subsidiaries represents QRI's investment in its other Debtor subsidiaries Cowtown Gas Processing L.P. and Cowtown Pipeline L.P. and non-Debtor subsidiaries Quicksilver Resources Canada Inc., Makarios Midstream Inc., Fortune Creek Gathering and Processing Partnership, 1622834 Alberta Inc., 0942065 B. C. Ltd., 0942069 B. C. Ltd., and Quicksilver Production Partners Operating Ltd.

In re: Quicksilver Resources Inc., et al.  
Debtors

Case No. 15-10585  
Reporting Period: October 1 - 31 2015

## BALANCE SHEET (1)
### AS OF END OF CURRENT REPORTING PERIOD (as of October 31, 2015)

The Balance Sheet is prepared on an accrual basis. Pre-petition liabilities must be classified separately from Post-petition obligations.

| (in thousands) Debtors (2):<br>Case #: | Quicksilver Resources Inc.<br>15-10585 | Cowtown Gas Processing L.P.<br>15-10588 | Cowtown Pipeline L.P.<br>15-10590 | Total Debtors |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $ 148,519 | $ - | $ - | $ 148,519 |
| Accounts Receivable, net of allowance for doubtful | 21,864 | - | 43 | 21,907 |
| Intercompany receivables | 3,477 | (1,276) | 3,438 | 5,639 |
| Derivative assets at fair value | - | - | - | - |
| Inventory and other current assets | 9,409 | - | - | 9,409 |
| **Total Current Assets** | **183,269** | **(1,276)** | **3,481** | **185,474** |
| | | | | |
| Investments in subsidiaries (3) | (471,673) | - | - | (471,673) |
| | | | | |
| **Property, plant and equipment - net** | | | | |
| Oil and gas properties, full cost method | 284,038 | - | - | 284,038 |
| Other property and equipment | 43,888 | - | 13,454 | 57,342 |
| **Property, plant, and equipment - net** | **327,926** | **-** | **13,454** | **341,380** |
| | | | | |
| Derivative assets at fair value | - | - | - | - |
| Intercompany loan to QRCI | 413,282 | - | - | 413,282 |
| Other assets | 1,795 | - | - | 1,795 |
| | | | | |
| **Total Assets** | **$ 454,599** | **$ (1,276)** | **$ 16,935** | **$ 470,258** |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **Current liabilities** | | | | |
| Accounts payable | $ 18,148 | $ - | $ 42 | $ 18,190 |
| Accrued liabilities | 32,749 | - | 377 | 33,126 |
| Current portion of long-term debt | 78,618 | - | - | 78,618 |
| **Total current liabilities** | **129,515** | **-** | **419** | **129,934** |
| | | | | |
| Asset Retirement obligations | 46,446 | - | - | 46,446 |
| Other liabilities | - | - | 10,195 | 10,195 |
| Liabilities subject to compromise | 1,879,319 | - | - | 1,879,319 |
| **Total Liabilities** | **2,055,280** | **-** | **10,614** | **2,065,894** |
| | | | | |
| **Total Shareholders' Equity** | **(1,600,681)** | **(1,276)** | **6,320** | **(1,595,637)** |
| | | | | |
| **Total Liabilities and Shareholders' Equity** | **$ 454,599** | **$ (1,276)** | **$ 16,934** | **$ 470,257** |

**Notes:**
(1) Numbers may not foot due to rounding.
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports.  If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.
(3) Investment in subsidiaries represents QRI's investment in its other Debtor subsidiaries Cowtown Gas Processing L.P. and Cowtown Pipeline L.P. and non-Debtor subsidiaries Quicksilver Resources Canada Inc., Makarios Midstream Inc., Fortune Creek Gathering and Processing Partnership, 1622834 Alberta Inc., 0942065 B. C. Ltd., 0942069 B. C. Ltd., and Quicksilver Production Partners Operating Ltd.

| In re: Quicksilver Resources Inc., et al. | Case No. 15-10585 |
|---|---|
| Debtors | Reporting Period: October 1 - 31 2015 |

## STATUS OF POSTPETITION TAXES (1)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

Vanessa Gomez LaGatta hereby declares and states:

I am the Chief Financial Officer and Treasurer of Quicksilver Resources Inc., a corporation organized under the laws of the state of Delaware, which along with certain of its affiliated debtors (collectively, the "Debtors") are Debtors and Debtors in Possession in the above-captioned chapter 11 cases. In this capacity, I am familiar with Quicksilver Resources Inc.'s day-to-day operations, businesses, financial affairs and books and records.

The Debtors have received approval to pay sales, use, property, production and franchise taxes, and such other taxes as the Debtors deem necessary in the ordinary course of business. As such, the Debtors have paid the applicable taxes when due.

To the best of my knowledge, the Debtors have filed all necessary federal, state, and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

Vanessa Gomez LaGatta
Senior Vice President - Chief Financial Officer and Treasurer
Quicksilver Resources Inc.

## SUMMARY OF UNPAID POSTPETITION DEBTS (2)

Attach aged listing of trade accounts payable. (3), (4)
(in thousands)

| Debtor Name | Case Number | Current | Number of Days Past Due | | | | Total |
| | | | 1 - 30 | 31 - 60 | 61-90 (5) | Over 90 (5) | |
|---|---|---|---|---|---|---|---|
| Quicksilver Resources Inc. | 15-10585 | $ 9,990 | $ 48 | $ 26 | $ 111 | $ (138) | $ 10,037 |
| Cowtown Gas Processing L.P. | 15-10588 | - | - | - | - | - | - |
| Cowtown Pipeline L.P. | 15-10590 | - | - | - | - | - | - |
| **Total Post Petition Debts** | | $ 9,990 | $ 48 | $ 26 | $ 111 | $ (138) | $ 10,037 |

**Notes:**
(1) Due to the voluminous amount of information and/or time required to fulfill this request, the Debtors have not included copies of Form 6123 and tax returns filed during this period.
(2) Numbers may not foot due to rounding.
(3) Due to the voluminous amount of information required to fulfill the request for the Debtors' listing of aged accounts, a summary by Debtor has been provided.
(4) Summary of AP aging is for post-petition trade accounts payable only.
(5) The over 60 balances primarily pertain to one vendor which is in a net debit position. The Debtors' are working on a resolution with the vendor.

| In re: Quicksilver Resources Inc., et al. | Case No. 15-10585 |
|---|---|
| Debtors | Reporting Period: October 1 - 31 2015 |

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

(in thousands)

| Trade Accounts Receivable Reconciliation (1), (2) | Quicksilver Resources Inc. 15-10585 | Cowtown Gas Processing L.P. 15-10588 | Cowtown Pipeline L.P. 15-10590 | Total |
|---|---|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 21,789 | $ - | $ 47 | $ 21,836 |
| + Amounts billed during the period | 21,357 | - | 77 | 21,434 |
| - Amounts collected during the period | 21,282 | - | 81 | 21,363 |
| Total Accounts Receivable at the end of the reporting period | $ 21,864 | $ - | $ 43 | $ 21,907 |
| **Trade Accounts Receivable Aging (1)** | | | | |
| Current | $ 13,122 | $ - | $ 43 | $ 13,165 |
| 0 - 30 days old | 958 | - | - | 958 |
| 31 - 60 days old | 143 | - | - | 143 |
| 61 - 90 days old | 31 | - | - | 31 |
| 91+ days old (3) | 7,923 | - | - | 7,923 |
| **Total Accounts Receivable** | **$ 22,177** | **$ -** | **$ 43** | **$ 22,219** |
| Amount considered uncollectible (Bad Debt / Returns) | (313) | - | - | (313) |
| **Accounts Receivable (Net)** | **$ 21,864** | **$ -** | **$ 43** | **$ 21,906** |

**DEBTOR QUESTIONNAIRE (Yes / No)**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Notes**
(1) Numbers may not foot due to rounding.
(2) Accounts receivable reconciliation and aging is primarily for the Debtors' joint interest billing and product sales receivables and does not include intercompany receivables.
(3) Approximately $7.6 million of the 91+ days old amount is related to a federal tax income refund.