# EXHIBIT "A"

November 23, 2015
Account No: 1053-001
Statement No: 18999

Quicksilver Resources, Inc., et al.

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Richard S. Cobb | 3.40 | $337.50 | $1,147.50 |
| Richard S. Cobb | 85.10 | 675.00 | 57,442.50 |
| Rebecca L. Butcher | 1.10 | 540.00 | 594.00 |
| Cathy A. Adams | 2.90 | 230.00 | 667.00 |
| Matthew B. McGuire | 4.00 | 265.00 | 1,060.00 |
| Matthew B. McGuire | 149.40 | 530.00 | 79,182.00 |
| Frances A. Panchak | 40.70 | 240.00 | 9,768.00 |
| Joseph D. Wright | 168.60 | 330.00 | 55,638.00 |
| Travis J. Ferguson | 38.20 | 295.00 | 11,269.00 |