# EXHIBIT "C"

{1053.001-W0039298.}

November 23, 2015
Account No:      1053-001
Statement No:        18999

Quicksilver Resources, Inc., et al.

## Expenses

| | |
|---|---:|
| Postage | 10.36 |
| Travel Expense | 447.00 |
| Copying | 709.00 |
| Overnight Delivery | 65.14 |
| Courier Fees | 30.00 |
| Online research | 181.29 |
| Outside Duplication Services | 2,033.56 |
| Document Retrieval | 209.20 |
| Conference Call Service | 8.31 |
| Telephonic Court Appearance | 44.00 |
| Hearing Transcript | 45.60 |
| **Total Expenses Thru 10/31/2015** | **3,783.46** |

Date: 11/23/2015

**Detail Cost Transaction File List**
Detail Transaction File List
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Tcode 102 Postage** | | | | | | | | |
| 1053.001 | 10/01/2015 | RSC | A | B100 | E108 | | 1.20 | Postage |
| 1053.001 | 10/12/2015 | RSC | A | B100 | E108 | | 7.20 | Postage |
| 1053.001 | 10/26/2015 | RSC | A | B100 | E108 | | 0.49 | Postage |
| 1053.001 | 10/28/2015 | RSC | A | B100 | E108 | | 0.98 | Postage |
| 1053.001 | 10/29/2015 | RSC | A | B100 | E108 | | 0.49 | Postage |
| **Total for Tcode 102** | | | | | | Billable | 10.36 | Postage |
| **Tcode 103 Travel Expense** | | | | | | | | |
| 1053.001 | 10/07/2015 | RSC | A | B100 | E110 | | 447.00 | Out-of-town travel - Amtrak - RSC & MBM travel regular business class to/from NYC for KWK Meeting with PW, Akin & 2nd Liens |
| **Total for Tcode 103** | | | | | | Billable | 447.00 | Travel Expense |
| **Tcode 106 Copying** | | | | | | | | |
| 1053.001 | 10/01/2015 | RSC | A | B100 | E101 | 0.100 | 12.80 | Copying |
| 1053.001 | 10/02/2015 | RSC | A | B100 | E101 | 0.100 | 29.90 | Copying |
| 1053.001 | 10/05/2015 | RSC | A | B100 | E101 | 0.100 | 123.10 | Copying |
| 1053.001 | 10/06/2015 | RSC | A | B100 | E101 | 0.100 | 56.30 | Copying |
| 1053.001 | 10/08/2015 | RSC | A | B100 | E101 | 0.100 | 3.50 | Copying |
| 1053.001 | 10/09/2015 | RSC | A | B100 | E101 | 0.100 | 10.30 | Copying |
| 1053.001 | 10/12/2015 | RSC | A | B100 | E101 | 0.100 | 19.50 | Copying |
| 1053.001 | 10/15/2015 | RSC | A | B100 | E101 | 0.100 | 9.70 | Copying |
| 1053.001 | 10/17/2015 | RSC | A | B100 | E101 | 0.100 | 2.50 | Copying |
| 1053.001 | 10/20/2015 | RSC | A | B100 | E101 | 0.100 | 50.70 | Copying |
| 1053.001 | 10/21/2015 | RSC | A | B100 | E101 | 0.100 | 45.90 | Copying |
| 1053.001 | 10/22/2015 | RSC | A | B100 | E101 | 0.100 | 19.10 | Copying |
| 1053.001 | 10/23/2015 | RSC | A | B100 | E101 | 0.100 | 1.60 | Copying |
| 1053.001 | 10/26/2015 | RSC | A | B100 | E101 | 0.100 | 2.10 | Copying |
| 1053.001 | 10/27/2015 | RSC | A | B100 | E101 | 0.100 | 11.00 | Copying |
| 1053.001 | 10/30/2015 | RSC | A | B100 | E101 | 1.000 | 311.00 | Copying - Color copies |
| **Total for Tcode 106** | | | | | | Billable | 709.00 | Copying |
| **Tcode 108 Overnight Delivery** | | | | | | | | |
| 1053.001 | 10/01/2015 | RSC | A | B100 | E221 | | 28.96 | Overnight Delivery FedEx - Invoice #5-181-67021 (Quicksilver Resources, Inc.) |
| 1053.001 | 10/07/2015 | RSC | A | B100 | E221 | | 18.09 | Overnight Delivery FedEx - Invoice #5-196-74110 (P. Wityk) |
| 1053.001 | 10/08/2015 | RSC | A | B100 | E221 | | 18.09 | Overnight Delivery FedEx - Invoice #5-196-74110 (P. Wityk) |
| **Total for Tcode 108** | | | | | | Billable | 65.14 | Overnight Delivery |
| **Tcode 153 Courier Fees** | | | | | | | | |
| 1053.001 | 10/01/2015 | RSC | A | B100 | E107 | | 15.00 | Delivery services/messengers DLS Discovery - Invoice #95367 (UST, RLF, YCST) |
| 1053.001 | 10/12/2015 | RSC | A | B100 | E107 | | 10.00 | Delivery services/messengers DLS Discovery - Invoice #95686 (RLF, UST) |
| 1053.001 | 10/30/2015 | RSC | A | B100 | E107 | | 5.00 | Delivery services/messengers DLS Discovery - Invoice #96110 (USBC) |
| **Total for Tcode 153** | | | | | | Billable | 30.00 | Courier Fees |
| **Tcode 154 Online research** | | | | | | | | |
| 1053.001 | 10/31/2015 | RSC | A | B100 | E106 | | 181.29 | Online research LexisNexis - Invoice #1510132637 |
| **Total for Tcode 154** | | | | | | Billable | 181.29 | Online research |
| **Tcode 155 Outside Duplication Services** | | | | | | | | |
| 1053.001 | 10/07/2015 | RSC | A | B100 | E102 | | 792.36 | Outside printing DLS Discovery - Invoice #95446 |
| 1053.001 | 10/09/2015 | RSC | A | B100 | E102 | | 122.16 | Outside printing DLS Discovery - Invoice #95635 |
| 1053.001 | 10/20/2015 | RSC | A | B100 | E102 | | 24.91 | Outside printing DLS Discovery - Invoice #95754 |
| 1053.001 | 10/22/2015 | RSC | A | B100 | E102 | | 75.68 | Outside printing DLS Discovery - Invoice #95856 |
| 1053.001 | 10/28/2015 | RSC | A | B100 | E102 | | 63.96 | Outside printing DLS Discovery - Invoice #95983 |
| 1053.001 | 10/29/2015 | RSC | A | B100 | E102 | | 954.49 | Outside printing DLS Discovery - Invoice #96219 |
| **Total for Tcode 155** | | | | | | Billable | 2,033.56 | Outside Duplication Services |
| **Tcode 157 Document Retrieval** | | | | | | | | |
| 1053.001 | 10/31/2015 | RSC | A | B100 | E208 | | 209.20 | PACER Document Retrieval |
| **Total for Tcode 157** | | | | | | Billable | 209.20 | Document Retrieval |
| **Tcode 164 Conference Call Service** | | | | | | | | |
| 1053.001 | 10/01/2015 | RSC | A | B100 | E226 | | 8.31 | Conference Call Service Soundpath Conferencing - Invoice 101215 |
| **Total for Tcode 164** | | | | | | Billable | 8.31 | Conference Call Service |
| **Tcode 167 Telephonic Court Appearance** | | | | | | | | |
| 1053.001 | 10/06/2015 | RSC | A | B100 | E228 | | 44.00 | Telephonic Court Appearance - CourtCall #7189087 - Michael Turkel |
| **Total for Tcode 167** | | | | | | Billable | 44.00 | Telephonic Court Appearance |

**Detail Cost Transaction File List**
Detail Transaction File List
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Tcode 169 Hearing Transcript** | | | | | | | | |
| 1053.001 | 10/13/2015 | RSC | A | B100 | E218 | | 45.60 | Hearing Transcripts Reliable Wilmington - Invoice #WL057967 (10/6/15 hearing) |

| Total for Tcode 169 | | | | Billable | | 45.60 | Hearing Transcript |

| GRAND TOTALS |
|---|

| | | | | Billable | 3,783.46 | |