# EXHIBIT "D"

| POSITION AT LRC | BLENDED HOURLY RATE FOR THIS FEE APPLICATION | FIRM-WIDE RANGE OF HOURLY BILLING RATES (2015) |
|---|---|---|
| Partner | $573.07 | $495 - $750 |
| Associate | $327.52 | $295 - $380 |
| Paralegal | $240.00 | $220 - $240 |
|  |  |  |
| **Aggregated Blended Hourly Rate for this Fee Application** | $439.34 |  |

{1053.001-W0039298.}