# EXHIBIT "E"

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | AVERAGE HOURLY BILLING RATE |
|---|---|---|
| Partner | 2 | $602.50 |
| Associate | 2 | $312.50 |
| Paralegal | 1 | $240.00 |

{1053.001-W0039298.}