# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |
| | Obj. Deadline: December 14, 2015 at 4:00 p.m. (ET) |

### SIXTH MONTHLY FEE STATEMENT FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP TO PROVIDE (I) JOHN LITTLE TO SERVE AS THE DEBTORS' STRATEGIC ALTERNATIVES OFFICER AND (II) SERVICES RELATED THERETO FOR THE PERIOD OF SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| | |
|---|---|
| Name of Applicant: | Deloitte Transactions and Business Analytics LLP |
| Authorized to Provide Professional Services as: | Strategic Alternatives Officer and Related Services |
| Date of Retention: | Effective *Nunc Pro Tunc* to March 17, 2015 by Order Entered May 6, 2015 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2015 through September 30, 2015 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $        218,596.25 |
| Amount of Expense Reimbursement Sought | $            3,941.89 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$        222,538.14** |

This is the Applicant's Sixth Monthly Fee Statement.

---

1    The Debtors in these chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number are:  Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

**Prior Monthly Fee Applications Summary**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 07/17/15 | 3/17/2015 - 4/30/2015 | $  552,704.28 | $  2,216.89 | $  552,704.28 | $  2,216.89 |
| 08/21/15 | 5/1/2015 - 5/31/2015 | $  346,213.92 | $  4,021.87 | $  346,213.92 | $  4,021.87 |
| 09/04/15 | 6/1/2015 - 6/30/2015 | $  240,413.04 | $  1,774.23 | $  240,413.04 | $  1,774.23 |
| 09/28/15 | 7/1/2015 - 7/31/2015 | $  213,731.25 | $  1,877.21 | $  213,731.25 | $  1,877.21 |
| 10/21/15 | 8/1/2015 - 8/31/2015 | $  190,701.25 | $  619.73 | $  190,701.25 | $  619.73 |
| **TOTAL** | | **$ 1,543,763.74** | **$   10,509.93** | **$1,543,763.74** | **$  10,509.93** |

**CUMULATIVE TIME SUMMARY**

For the Period of September 1, 2015 through September 30, 2015

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Carringer, Rob | Partner/Principal | | $650.00 | 28.8 | $18,687.50 |
| Jackson, Anthony | Partner/Principal | | $650.00 | 49.0 | $31,850.00 |
| Little, John | Partner/Principal | | $650.00 | 50.0 | $32,500.00 |
| Hwang, Mandy | Director | | $650.00 | 2.5 | $1,625.00 |
| Thompson, Rick | Director | | $550.00 | 24.5 | $13,475.00 |
| Hanson, John | Senior Manager | | $475.00 | 26.7 | $12,682.50 |
| Kennedy, Cade | Senior Manager | | $475.00 | 118.8 | $56,406.25 |
| Kurdziel, Eric | Manager | | $445.00 | 7.0 | $3,115.00 |
| Shrestha, Amit | Manager | | $445.00 | 25.8 | $11,458.75 |
| Joseph Baby, Ajay | Senior Consultant | | $395.00 | 18.5 | $7,307.50 |
| Ahmed, Rohid | Consultant | | $375.00 | 104.0 | $39,000.00 |
| Gutierrez, Dalia | Project Controller | | $125.00 | 27.9 | $3,487.50 |
| **Professional Subtotal :** | | | | **483.4** | **$231,595.00** |

| Adjustment | |
|---|---|
| Non-Working Travel Reduction | ($12,998.75) |
| **Total** | **$218,596.25** |

**CUMULATIVE FEES BY CATEGORY SUMMARY**

For the Period of September 1, 2015 through September 30, 2015
Please note some numbers may not add due to rounding.

| Categories | Hours | Fees |
|---|---|---|
| Analysis of Executory Contracts | 11.5 | $6,150.00 |
| Business Analysis | 59.0 | $32,693.75 |
| Cash Flow Projections | 93.8 | $39,850.00 |
| Claims | 127.0 | $57,672.50 |
| Creditor Interaction | 1.0 | $475.00 |
| Due Diligence Request | 32.8 | $15,731.25 |
| First Day Motions | 9.3 | $4,400.00 |
| Monthly Operating Report | 22.0 | $10,037.50 |
| Non-Working Travel | 30.8 | $16,572.50 |
| Preparation of Fee Applications | 42.2 | $12,750.00 |
| Strategic Alternatives Officer Duties | 50.0 | $32,500.00 |
| US Trustee Reporting | 4.3 | $2,762.50 |
| Fees Category Subtotal : | 483.4 | $231,595.00 |

| Adjustment | |
|---|---|
| Non-Working Travel Reduction | ($12,998.75) |
| Total | $218,596.25 |

**Average Hourly Rate $452.25**

**CUMULATIVE EXPENSE SUMMARY**

For the Period of September 1, 2015 through September 30, 2015

| Expense Categories | Total Expenses for the Period |
|---|---|
| Airfare | $1,436.37 |
| Hotel | $1,028.58 |
| Meals | $89.26 |
| Parking | $356.32 |
| Taxi | $75.04 |
| Mileage | $339.27 |
| Auto Rental | $551.55 |
| Auto Rental - Gasoline | $65.50 |
| Expense Category Subtotal : | $3,941.89 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |
| | Obj. Deadline: December 14, 2015 at 4:00 p.m. (ET) |

**SIXTH MONTHLY FEE STATEMENT FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF
DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP TO PROVIDE
(I) JOHN LITTLE TO SERVE AS THE DEBTORS' STRATEGIC
ALTERNATIVES OFFICER AND (II) SERVICES RELATED THERETO FOR
THE PERIOD OF SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

Deloitte Transactions and Business Analytics LLP ("DTBA" or "Applicant"), which has been engaged to provide (i) John Little to serve as the Debtors' strategic alternatives officer and (ii) services related thereto, to the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in these chapter 11 cases, hereby seeks allowance of compensation and reimbursement of expenses pursuant to sections 105(a) and 363 (b) of the United States Code (the "Bankruptcy Code"), for the period commencing September 1, 2015 through and including September 30, 2015 (the "Application Period") consistent with the Retention Order (as defined below). In support of this Sixth Monthly Fee Statement (the "Application"), DTBA respectfully represents as follows:

## JURISDICTION

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102

**STATUTORY BASIS**

3.        The statutory predicates for the relief requested herein are Bankruptcy Code sections 105 (a) and 363 (b).

**BACKGROUND**

4.         On March 17, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107 (a) and 1108. These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Federal Bankruptcy Rule of  Procedure 1015 (the "Bankruptcy Rules")  and Rule 1015-1 of the Local Bankruptcy Rules of Bankruptcy for Court for the District of Delaware (the "Local Rules").  On March 25, 2015, the U. S. Trustee appointed the Official Committee of Unsecured Creditors.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

**RETENTION OF DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP**

5.        On April 15, 2015, the Debtors filed the Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 (a) and 363(b) Authorizing and Approving, Nunc Pro Tunc to the Petition Date, the Agreement with Deloitte Transactions and Business Analytics LLP to Provide (I) John Little to Serve as the Debtors' Strategic Alternatives Officer and (II) Services Related Thereto (the "Retention Application") [Docket No. 219].  On May 6, 2015, this Court entered an order approving (the "Retention Order") [Docket No. 314].   On August 12, 2015, the Debtors filed the Debtors' Motion for an Order Pursuant to Bankruptcy Rode Sections 105 (a) and 363 (b) Authorizing and Approving, Nunc Pro Tunc to July 15, 2015, the Amended Agreement with Deloitte Transactions and Business Analytics LLP to Provide John Little to Serve as the Debtors' SAO on an hourly basis (the "Supplemental Application") [Docket No.553].  On August 31, 2015, this Court entered an order approving the Supplemental

Application [Docket 603].

## **RELIEF REQUESTED**

6.         By this Application, DTBA seeks 100% of its reasonable and necessary fees incurred, in the amount of $218,596.25 together with reimbursement of its actual and necessary expenses incurred in the amount of $3,941.89, for the Application Period.  DTBA submits this Application in accordance with the Retention Order.  All services for which DTBA requests compensation were performed for, or on behalf of, the Debtors.

## **BASIS FOR RELIEF**

7.         This Application is the sixth monthly fee statement filed by DTBA in these cases. In connection with the professional services rendered, by this Application, DTBA seeks compensation in the amount of $218,596.25.

8.         A detailed statement of hours spent rendering professional services to the Debtors, in support of DTBA's request for compensation for fees incurred during the Application Period is attached hereto as Exhibit A.  Exhibit A (i) identifies the professionals and paraprofessionals who rendered services in each project category; (ii) describes each service such professional or paraprofessional performed; and (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing the services for all but Mr. John Little, the Debtors' Strategic Alternatives Officer, whose time is recorded in hourly increments consistent with the Retention Order.

9.         By this Application, DTBA also seeks expense reimbursement of $3,941.89.  A summary of actual and necessary expenses incurred by DTBA is attached hereto as Exhibit B. DTBA does not charge for photocopying, out-going facsimile transmissions, or long distance telephone calls on faxes. DTBA customarily charges for conference call expenses.

## <u>DESCRIPTION OF SERVICES RENDERED</u>

10.      DTBA provides below an overview of the services rendered by John Little as Strategic Alternatives Officer and services related thereto provided by DTBA professionals to the Debtors during the Application Period. Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Application Period are also provided in the attached exhibits.

11.      DTBA served the Debtors in the following areas throughout the Application Period:

12.      Analysis of Executory Contracts:  During the Application Period, Applicant reviewed rejection damage claims filed against the Debtors and estimating potential contract rejection damages.  DTBA seeks compensation for 11.5 hours of reasonable and necessary services with the fees incurred for such services totaling $6,150.00.

13.      Business Analysis:  During this Application Period, Applicant reviewed the Debtor's background information for both US and Canadian operations to further understand the Debtor's financials, operations, and previous cost reduction initiatives.  The Applicant reviewed the Debtor's business plan and subsequently met with Debtor personnel to understand cost take-out initiatives and targets.  The Applicant developed cost reduction strategies and created implementation work plans to align with business plan initiatives and targets..  DTBA seeks compensation for 59.0 hours of reasonable and necessary services with the fees incurred for such services totaling $32,693.75.

14.      Cash Flow Projections:  During the Application Period, Applicant coordinated and prepared cash flow projections which included (i) preparing cash forecast models, (ii) identifying key assumptions, (iii) meeting with the Debtors' personnel to review and update assumptions, (iv) preparing restructuring cash forecast overlays to adjust baseline forecast, (v) preparing reports and documentation of assumptions by line item, (vi) preparing cash balance

bridges to document key changes between forecasts.  DTBA seeks compensation for 93.8 hours of reasonable and necessary services with the fees incurred for such services totaling $39,850.00.

15.        Claims:  During the Application Period, Applicant developed a claims reconciliation process, which included: (i) review of claims reports, (ii) creation of preliminary claims summary reports, and (iii) attending meetings to discuss the claims process.  DTBA seeks compensation for 127.0 hours of reasonable and necessary services with the fees incurred for such services totaling $57,672.50.

16.        Creditor Interaction:  During the Application Period, Applicant attended the weekly unsecured creditors call and attended sales process update and overview call with the unsecured creditors..  DTBA seeks compensation for 1.0 hours of reasonable and necessary services with the fees incurred for such services totaling $475.00.

17.        Due Diligence Request:  During the Application Period, Applicant coordinated due diligence requests from secured and unsecured lender advisors and counsel.  This included tracking due diligence requests, meeting with the Debtors' personnel to allocate resources to support response, reviewing response materials with the Debtors' personnel, and providing responses to the applicable parties.  DTBA seeks compensation for 32.8 hours of reasonable and necessary services with the fees incurred for such services totaling $15,731.25.

18.        First Day Motions:  During the Application Period, the Applicant worked with the Debtors' personnel and counsel, to create lienholder and critical vendor agreements consistent with the requirements under each first day motion and prepared various reports as required by the cash collateral order.  DTBA seeks compensation for 9.3 hours of reasonable and necessary services with the fees incurred for such services totaling $4,400.00.

19.        Monthly Operating Report:  During the Application Period, Applicant coordinated the preparation of Monthly Operating Reports which included (i) meeting with the Debtors' personnel to obtain data, (ii) addressing the Debtors' personnel's inquiries on requirements and explaining the process, (iii) establishing the template for which items to report,

(iv) coordinating timeline for delivery, (v) preparing the reporting package, and (vi) reviewing reporting package with the Debtors' personnel and counsel.  DTBA seeks compensation for 22.0 hours of reasonable and necessary services with the fees incurred for such services totaling $10,037.50.

20.        Preparation of Fee Applications:  During the Application Period, Applicant downloaded fees and expenses in preparation of supporting schedules and exhibits of fee applications, and attended to Chapter 11 administration in connection with such fee application preparation. DTBA seeks compensation for 42.2 hours of reasonable and necessary services with the fees incurred for such services totaling $12,750.00.

21.        Strategic Alternatives Officer (SAO) Duties:  During the Application Period, John Little (i) assisted the Debtors with the tasks outlined in the engagement letter dated September 22, 2014 and led the matters discussed in this Application, (ii) participated in management discussions regarding vendor management, cash management, contract rejections and negotiations, led SAO committee updates, worked with counsel and financial advisors on restructuring matters, participated in stakeholder calls and meetings, assisted with developing communications for various stakeholders and assisted with issues associated with the Quicksilver Resources Canada Inc. and (iii) other related matters.  DTBA seeks compensation for 50.0 hours of reasonable and necessary services with the hourly fees incurred for such services totaling $32,500.00.  On August 31, 2015, this Court entered an order approving to Provide Mr. John Little to serve as the Debtors' SAO on an hourly basis effective as of July 15, 2015 [Docket 603].

22.        US Trustee Reporting:  During the Application Period, Applicant reviewed reporting requirements and drafts for second filing of Form 26 report on non-Debtor entities.. DTBA seeks compensation for 4.3 hours of reasonable and necessary services with the fees incurred for such services totaling $2,762.50.

## **ALLOWANCE OF COMPENSATION**

23.        Reimbursement of Expenses.  DTBA has disbursed, and requests reimbursement for $619.73, which represents actual, necessary expenses incurred in the rendition of professional services in these cases.

24.        No agreement or understanding exists between DTBA and any other nonaffiliated or unrelated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

WHEREFORE, DTBA respectfully requests that the Court: (i) grant it allowance of compensation in the amount of $218,596.25 for professional services rendered to the Debtors during the Application Period, (ii) grant it reimbursement of $3,941.89 for reimbursement of 100% of the actual and necessary costs and expenses incurred by DTBA in these cases during the Application Period, and (iii) grant such other and further relief as is just and proper.


DATED:   November 20, 2015

Respectfully submitted,

DELOITTE TRANSACTIONS
AND BUSINESS ANALYTICS
LLP

By: /s/ John Little_____
John Little
Principal
2200 Ross Avenue, Ste 1600
Dallas, TX  75201-6703
Telephone: 214-840-7383

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Quicksilver Resources Inc., <u>et al.</u>, | ) | Case No. 15-10585 (LSS) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## <u>AFFIDAVIT OF JOHN LITTLE</u>

STATE OF TEXAS:

COUNTY OF DALLAS:

John Little deposes and says:

1. I am a Principal in the applicant firm, Deloitte Transactions and Business Analytics LLP.

2. I have personally led, as the engagement principal, the professional services rendered by Deloitte Transactions and Business Analytics LLP, to serve as the Debtors' strategic alternatives officer and services related thereto and am familiar with all work performed on behalf of the Debtors by the employees and partners/principals of my firm.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

_____
John Little

**SWORN TO AND SUBSCRIBED** before me this 20 day of November, 2015.

_____

Notary Public, State of Texas
My Commission Expires: 4/11/16

ALICE B. HECK
MY COMMISSION EXPIRES
April 11, 2016