# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |
|  | **Obj. Deadline: December 14, 2015 at 4:00 p.m. (ET)** |

## NOTICE OF FEE STATEMENT

PLEASE TAKE NOTICE that Deloitte Transaction and Business Analytics LLP has today filed the attached *Sixth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte Transaction and Business Analytics LLP to Provide (I) John Little to Serve as the Debtors' Strategic Alternatives Officer and (II) Services Related Thereto for the Period of September 1, 2015 Through September 30, 2015* (the "Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Statement must be made in accordance with the *Order Pursuant to Bankruptcy Code Sections 105(a) and 363(b) Authorizing and Approving,* Nunc Pro Tunc *to the Petition Date, the Agreement with Deloitte Transactions and Business Analytics LLP to Provide (I) John Little to Serve as the Debtors' Strategic Alternatives Officer and (II) Services Related Thereto* [Docket No. 314].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

PLEASE TAKE FURTHER NOTICE that in the event an objection is timely raised and not consensually resolved, the Bankruptcy Court will review the Fee Statement and consider such objection.

Wilmington, Delaware
Date: November 23, 2015

/s/ Rachel L. Biblo
**RICHARDS, LAYTON & FINGER, P.A.**
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**