# Exhibit B

## Professional Expenses for the Period
## September 1, 2015 through September 30, 2015

# Quicksilver Resources Inc.
# Deloitte Transactions and Business Analytics LLP
# Expenses Sorted by Category for the Fee Period
# September 01, 2015 - September 30, 2015

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Thompson, Rick | 09/01/2015 | Roundtrip coach airfare from Austin, TX to Dallas, TX. | $98.10 |
| Little, John | 09/03/2015 | One-way coach airfare from Virginia to Dallas, TX. | $108.10 |
| Little, John | 09/16/2015 | Roundtrip coach airfare from Dallas, TX to New York. | $327.37 |
| Kurdziel, Eric | 09/28/2015 | Roundtrip coach airfare from Chicago, IL to Dallas, TX. | $775.80 |
| Thompson, Rick | 09/28/2015 | Roundtrip coach airfare from Austin, TX to Dallas, TX. | $127.00 |
| Subtotal for Airfare: | | | $1,436.37 |
| *Auto Rental* | | | |
| Thompson, Rick | 09/04/2015 | Car rental for travel in Dallas, TX - 2 days. | $201.02 |
| Thompson, Rick | 09/25/2015 | Car rental for travel in Dallas, TX - 3 days. | $272.06 |
| Thompson, Rick | 09/30/2015 | Car rental for travel in Dallas, TX - 1 day. | $78.47 |
| Subtotal for Auto Rental: | | | $551.55 |
| *Auto Rental - Gasoline* | | | |
| Thompson, Rick | 09/04/2015 | Gasoline expense for rental car. | $29.50 |
| Thompson, Rick | 09/25/2015 | Gasoline expense for rental car. | $26.00 |
| Thompson, Rick | 09/30/2015 | Gasoline expense for rental car. | $10.00 |
| Subtotal for Auto Rental - Gasoline: | | | $65.50 |
| *Hotel* | | | |
| Thompson, Rick | 09/01/2015 | Hotel accommodation at Hilton in Dallas, TX. | $164.82 |
| Thompson, Rick | 09/23/2015 | Hotel accommodation at Hilton in Dallas, TX. | $115.68 |
| Thompson, Rick | 09/24/2015 | Hotel accommodation at Hilton in Dallas, TX. | $115.68 |
| Kurdziel, Eric | 09/29/2015 | Hotel accommodation at Hilton in Dallas, TX. | $171.35 |
| Thompson, Rick | 09/29/2015 | Hotel accommodation at Hilton in Dallas, TX. | $163.67 |
| Kurdziel, Eric | 09/30/2015 | Hotel accommodation at Hilton in Dallas, TX. | $153.30 |
| Kurdziel, Eric | 09/30/2015 | Hotel accommodation at Hilton in Dallas, TX. | $144.08 |
| Subtotal for Hotel: | | | $1,028.58 |
| *Meals* | | | |
| Thompson, Rick | 09/01/2015 | Dinner in Austin, TX. | $19.97 |
| Thompson, Rick | 09/23/2015 | Lunch in Fort Worth, TX. | $8.21 |

# Quicksilver Resources Inc.
# Deloitte Transactions and Business Analytics LLP
# Expenses Sorted by Category for the Fee Period
# September 01, 2015 - September 30, 2015

| Category | Date | Description | Amount |
|---|---|---|---|
| *Meals* | | | |
| Thompson, Rick | 09/24/2015 | Lunch for R. Thompson, J. Hanson in Dallas, TX. | $18.17 |
| Kurdziel, Eric | 09/28/2015 | Lunch for E. Kurdziel. | $6.70 |
| Kurdziel, Eric | 09/29/2015 | Dinner in Dallas, TX. | $6.93 |
| Kurdziel, Eric | 09/29/2015 | Breakfast for E. Kurdziel. | $4.28 |
| Kurdziel, Eric | 09/30/2015 | Dinner in Dallas, TX. | $25.00 |
| Subtotal for Meals: | | | $89.26 |
| *Mileage* | | | |
| Hanson, John | 09/01/2015 | Mileage from home to Quicksilver in Fort Worth, TX - 35 miles. | $20.13 |
| Hanson, John | 09/01/2015 | Mileage from Quicksilver in Fort Worth, TX to home - 35 miles. | $20.13 |
| Thompson, Rick | 09/03/2015 | Mileage from home to Austin airport - 60 miles. | $34.50 |
| Hanson, John | 09/08/2015 | Mileage from home to Quicksilver in Fort Worth, TX - 35 miles. | $20.13 |
| Hanson, John | 09/08/2015 | Mileage from Quicksilver in Fort Worth, TX to home - 35 miles. | $20.13 |
| Little, John | 09/08/2015 | Mileage from Downtown Dallas to Fort Worth, TX - 68 miles roundtrip. | $39.10 |
| Little, John | 09/14/2015 | Mileage from Downtown Dallas to Fort Worth, TX - 68 miles roundtrip. | $39.10 |
| Hanson, John | 09/23/2015 | Mileage from home to Quicksilver in Fort Worth, TX - 38 miles. | $21.85 |
| Hanson, John | 09/23/2015 | Mileage from Quicksilver in Fort Worth, TX to home - 38 miles. | $21.85 |
| Thompson, Rick | 09/28/2015 | Mileage from home to airport - 60 miles. | $34.50 |
| Jackson, Anthony | 09/30/2015 | Mileage from Allen, TX to Quicksilver - 50 miles. | $28.75 |
| Little, John | 09/30/2015 | Mileage from Downtown Dallas to Fort Worth, TX - 68 miles roundtrip. | $39.10 |
| Subtotal for Mileage: | | | $339.27 |
| *Parking* | | | |
| Thompson, Rick | 09/01/2015 | Hotel parking in Dallas, TX - 1 days. | $17.32 |
| Thompson, Rick | 09/02/2015 | Parking in Dallas, TX - 1 days. | $24.00 |
| Little, John | 09/03/2015 | Airport parking in Dallas, TX - 2 days. | $51.00 |
| Thompson, Rick | 09/04/2015 | Airport parking in Austin, TX - 1 days. | $34.50 |
| Thompson, Rick | 09/23/2015 | Hotel parking in Dallas, TX - 1 days. | $24.00 |
| Thompson, Rick | 09/25/2015 | Airport parking in Austin, TX - 2 days. | $56.50 |

# Quicksilver Resources Inc.
# Deloitte Transactions and Business Analytics LLP
# Expenses Sorted by Category for the Fee Period
# September 01, 2015 - September 30, 2015

| Category | Date | Description | Amount |
|---|---|---|---|
| *Parking* | | | |
| Thompson, Rick | 09/25/2015 | Airport parking in Austin, TX - 2 days. | $56.50 |
| Kurdziel, Eric | 09/28/2015 | Parking in Dallas, TX - 1 days. | $24.00 |
| Kurdziel, Eric | 09/29/2015 | Parking in Dallas, TX - 1 days. | $24.00 |
| Kurdziel, Eric | 09/29/2015 | Hotel parking in Dallas, TX - 1 days. | $10.00 |
| Thompson, Rick | 09/30/2015 | Airport parking in Austin, TX - 1 days. | $34.50 |
| Subtotal for Parking: | | | $356.32 |
| *Taxi* | | | |
| Little, John | 09/02/2015 | Taxi for client meetings for Quicksilver for UCC and 2d lien meetings in New York. | $37.84 |
| Kurdziel, Eric | 09/28/2015 | Taxi from Home to ORD airport. | $37.20 |
| Subtotal for Taxi: | | | $75.04 |
| Total | | | $3,941.89 |

**Recapitulation**

| Category | Amount |
|---|---|
| Airfare | $1,436.37 |
| Hotel | $1,028.58 |
| Auto Rental | $551.55 |
| Parking | $356.32 |
| Mileage | $339.27 |
| Meals | $89.26 |
| Taxi | $75.04 |
| Auto Rental - Gasoline | $65.50 |