IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Quicksilver Resources Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10585 (LSS)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JACQUELINE RUBIN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jacqueline Rubin, Esquire of Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent the Official Committee of Unsecured Creditors in the above-captioned cases.

Dated: November 23, 2015
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Joseph D. Wright
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: wright@lrclaw.com

*Counsel to the Official Committee of Unsecured Creditors*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: November 24th, 2015
Wilmington, Delaware

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

{1053.001-W0039437.}

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 17, 2015

Jacqueline Rubin, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile (212) 757-3990
Email: jrubin@paulweiss.com

{1053.001-W0039437.}