# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | ) Case No. 15-10585 (LSS) |
| Debtors. | ) Joint Administration Requested |

**THIRD SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF ERNST & YOUNG LLP AS AUDIT SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION AND STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) AND SECTION 327(a) OF THE BANKRUPTCY CODE *NUNC PRO TUNC* TO THE PETITION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Benny Scott Hickson, being duly sworn, deposes and says:

1. I am a partner of Ernst & Young LLP ("EY LLP"). I provide this Third Supplemental Affidavit (the "Third Supplemental Affidavit") as a supplement to (i) my affidavit dated March 16, 2015 (the "Original Affidavit," attached as Exhibit B to the Original Application (defined below)) that was submitted in support of the application of Quicksilver Resources, Inc., *et al.*, as debtors and debtors in possession herein (the "Debtors") to retain EY LLP to provide consolidated audit services, *nunc pro tunc* to the Petition Date (the "Original Application"); (ii) my affidavit, dated March 25, 2015 (the "First Supplemental Affidavit"), submitted in support of the Original Application; and (iii) my affidavit dated September 22, 2015, submitted in support of the *Debtors' Application for an Order (i) Expanding the Scope of the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

*Retention of Ernst & Young LLP as Audit Services Provider Nunc Pro Tunc to September 1, 2015 and (ii) Approving the Subcontracting of Certain Audit Services to the Canadian Affiliate of EY LLP Nunc Pro Tunc to September 1, 2015* (the "Second Supplemental Affidavit"). Unless otherwise defined, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Original Application.

2. The facts set forth in this Third Supplemental Affidavit are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP under my supervision and direction.

3. EY LLP was recently retained to provide data collection and eDiscovery services to UOP LLC, a party-in-interest in the Debtors' Chapter 11 cases, in connection with litigation pending in the United States District Court for the District of Delaware (*Enerfax, Inc. v. UOP LLC, Quicksilver Resources Inc., Breitburn Energy Partners L.P., Linn Energy Holdings, LLC, Newpoint, LLC, The Newpoint Companies, Newpoint Gas Services, Inc., and John Does 1-X*; Case No. 11-1056). Debtor Quicksilver Resources, Inc. is a co-defendant with UOP LLC in such litigation.

4. Based upon the circumstances set forth in this Third Supplemental Affidavit and my Original Affidavit, I believe that EY LLP remains eligible for retention by the Debtors under the Bankruptcy Code.

_____
Benny Scott Hickson

Dated: November 20, 2015

Sworn to and subscribed before me this ___ day November, 2015.

_____
Notary Public

My Commission Expires: February 10, 2017

GINA D. HUGHES
MY COMMISSION EXPIRES
February 10, 2017