IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | ) ) ) | Case No. 15-10585 (LSS) |
|  | ) ) | Jointly Administered |
|  | ) |  |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 23rd day of November, 2015, she caused a copy of the following:

**SEVENTH MONTHLY APPLICATION OF LANDIS RATH & COBB LLP,
AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
PURSUANT TO 11 U.S.C. §§ 330 AND 331
[D.I. 882]**

to be served upon the parties identified on the attached list in the manner indicated

                                              /s/ Frances A. Panchak
                                              Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 24th day of November, 2015.

ERICA MYRICK RAUCCI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 6, 2016

Notary Public

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

{1053.001-W0039517.}

**Quicksilver Resources, Inc., *et al.***
C.A. No. 15-10585 (LSS)

Core Service List
{1053.001-W0035748.}

**VIA FIRST CLASS MAIL**
*(Debtors)*
Quicksilver Resources, Inc., et al.
801 Cherry Street, Suite 3700
Unit 19
Fort Worth, TX 76102

**VIA FIRST CLASS MAIL**
*(Counsel to the Debtors)*
Akin Gump Strauss Hauer & Feld LLP
Attn: Charles R. Gibbs, Esq
Attn: Sarah Link Schultz, Esq
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

**VIA HAND DELIVERY**
*(Delaware counsel to the Debtors)*
Richards Layton & Finger, P.A.
Attn: Paul N. Heath, Esq.
Attn: Amanda R. Steele, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
*(Counsel to Global Administrative Agent for the First Lien Lenders)*
Simpson Thacher & Bartlett LLP
Attn: Steven M. Fuhrman, Esq.
425 Lexington Avenue
New York, NY 10017

**VIA FIRST CLASS MAIL**
*(Counsel to Second Lien Agent)*
Latham & Watkins LLP
Attn: Mitchell A. Seider, Esq.
Attn: David Hammerman, Esq.
885 Third Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
*(Counsel to the Ad Hoc Group of Second Lienholders)*
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
Attn: Samuel A. Khalil, Esq.
28 Liberty Street
New York, NY 10005

**VIA HAND DELIVERY**
Office of the United States Trustee
District of Delaware
Attn: Jane Leamy, Esq.
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA FIRST CLASS MAIL**
*(Fee Examiner)*
Judith Scarborough
Master Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806