IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Quicksilver Resources Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10585 (LSS)<br><br>Jointly Administered<br><br>Hearing Date: N/A<br>Objection Deadline: December 15, 2015 at 4:00 p.m. (ET) |

## NOTICE OF APPLICATION

TO:   The above-captioned Debtors; Counsel to the Debtors; the Office of the United States Trustee for the District of Delaware; Counsel to the Global Administrative Agent for the First Lien Lenders; Counsel to the Second Lien Agent; Counsel to the Ad Hoc Group of Second Lienholders; Master Sidlow & Associates, P.A. c/o Judith Scarborough and all parties required to be given notice in the Interim Compensation Order.

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"), counsel to Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), has filed the **Seventh Monthly Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Counsel to the Official Committee of Unsecured Creditors of Quicksilver Resources Inc., for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period of October 1, 2015 through October 31, 2015** (the "Application"). The Application seeks fees in the amount of $429,271.00 (80% = $343,416.80) and expenses in the amount of $5,715.46 for the period October 1, 2015 through October 31, 2015.

Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 15, 2015 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the following parties so as to be **received no later than 4:00 p.m. (ET) on December 15, 2015**:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

{1053.001-W0039511.}

(i) counsel to the Committee, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Andrew N. Rosenberg, Esq. and Elizabeth McColm, Esq.); (ii) Delaware counsel to the Committee, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE (Attn: Richard S. Cobb, Esq. and Matthew B. McGuire, Esq.); (iii) the Debtors, Quicksilver Resources, Inc., et al., 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, TX 76102; (iv) counsel to the Debtors, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201 (Attn: Charles R. Gibbs, Esq. and Sarah Link Schultz, Esq.); (v) Delaware Counsel to the Debtors, Richards Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Paul N. Heath, Esq. and Amanda R. Steele, Esq.); (vi) Counsel to the Global Administrative Agent for the First Lien Lenders, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017 (Attn: Steven M. Fuhrman, Esq); (vii) Counsel to the Second Lien Agent, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022 (Attn: Mitchell A. Seider, Esq. and David Hammerman, Esq.); (viii) Counsel to the Ad Hoc Group of Second Lienholders, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005 (Attn: Dennis F. Dunne, Esq. and Samuel A. Khalil, Esq.) and (ix) the Office of the United States Trustee for the District of Delaware, 844 King Street, Room 2207, Wilmington, DE 19801 (Attn: Jane M. Leamy, Esq.)

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS, IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED FEES AND 100% OF REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: November 24, 2015
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Joseph D. Wright*
-----------------------------------
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
       mcguire@lrclaw.com
       wright@lrclaw.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg
Elizabeth R. McColm
Adam M. Denhoff
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
E-mail:  arosenberg@paulweiss.com
          emccolm@paulweiss.com
          adenhoff@paulweiss.com

*Co-counsel to the Official Committee of Unsecured Creditors*