# **EXHIBIT C**

{1053.001-W0039525.}

| Name of Professional | Position and Year of Admission | Fees Billed in this Fee Application | Hours Billed in this Fee Application | Hourly Billing Rate in this Fee Application | Hourly Billing Rate in the First Interim Fee Application | Fees Billed in this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|
| Maria T. Vullo | Partner (Litigation); admitted NY 1988 | $103,075.00 | 77.5 | $1330.00 | $1275.00 | $98,812.50 |
| Andrew N. Rosenberg | Partner (Bankruptcy); admitted NY 1992 | 66,500.00 | 52.0 | $1330.00 | $1275.00 | 66,300.00 |
| Elizabeth McColm | Partner (Bankruptcy); admitted NY 1999 | 57,442.50 | 52.5 | $1150.00 | $1080.00 | 56,700.00 |
| Adam M. Denhoff | Associate (Bankruptcy); admitted NY 2011 | 20,457.50 | 24.5 | $835.00 | $760.00 | 18,620.00 |
| Priyanka K. Wityk | Associate (Litigation); admitted NY 2012 | 34,776.00 | 43.2 | $805.00 | N/A | 31,104.00 |
| Rachel E. Brennan | Associate (Bankruptcy); admitted NY 2013 | 75,505.50 | 98.7 | $765.00 | $660.00 | 65,142.00 |
| Jason Ertel | Associate (Employee Benefits); admitted NY 2007 | 270.00 | 0.3 | $900.00 | N/A | 256.50 |
| Michael M. Turkel | Associate (Bankruptcy); admitted NY 2015 | 22,258.00 | 35.9 | $620.00 | N/A | 18,309.00 |
| Stephen C. Thompson | Associate (Litigation); Bar admission pending | 29,376.00 | 54.4 | $540.00 | N/A | 27,744.00 |
| Brooke Poffel | Paralegal | 4,693.50 | 14.9 | $315.00 | $295.00 | 4,395.50 |
| Daniel Alford | Paralegal | 1,192.50 | 4.5 | $265.00 | $245.00 | 1,102.50 |
| Ebony Morris | Paralegal | 1,272.00 | 4.8 | $265.00 | N/A | 1,176.00 |
| Philip Duggan | Paralegal | 7,420.00 | 28.0 | $265.00 | N/A | 6,860.00 |
| Jessica Fopiano | Discovery Services | 1,281.00 | 4.2 | $305.00 | N/A | 1,239.00 |
| Brandon Michael Scott | Discovery Services | 915.00 | 3.0 | $305.00 | N/A | 885.00 |
| Romeo Marquez | Discovery Services | 1,494.50 | 4.9 | $305.00 | N/A | 1,445.50 |

{1053.001-W0039525.}

| Name of Professional | Position and Year of Admission | Fees Billed in this Fee Application | Hours Billed in this Fee Application | Hourly Billing Rate in this Fee Application | Hourly Billing Rate in the First Interim Fee Application | Fees Billed in this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|
| Christopher Ho | Discovery Services | 1,342.00 | 4.4 | $305.00 | N/A | 1,298.00 |
| Grand Total: | | $429,271.00 | 507.7 | | | $401,389.50 |
| Blended Rate: | | | | $845.52 | $790.60 | |
| Attorney Grand Total: | | $409,660.50 | 439.00 | | | $382,988.00 |
| Attorney Blended Rate: | | | | $933.17 | $872.41 | |