# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |

## THIRD SUPPLEMENT TO LIST OF PROFESSIONALS UTILIZED BY THE DEBTOR IN THE ORDINARY COURSE OF BUSINESS

**PLEASE TAKE NOTICE** that pursuant to the *Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business* Nunc Pro Tunc *to the Petition Date* [D.I. 203], entered on April 14, 2015 (the "OCP Order"),[2] the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this supplement to the ordinary course professionals listed on **Exhibit A** to the OCP Order.  By this supplement, the Debtors hereby amend the list of ordinary course professionals listed on **Exhibit A** to the OCP Order to include the professional below:

| NAME | ADDRESS | DESCRIPTION OF SERVICES |
|---|---|---|
| Mellina & Larson, P.C. | P.O. Box 12239<br>Fort Worth, TX 76110 | Real estate legal services including perfection analysis, asset sales and general real estate matters |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the OCP Order.

RLF1 13442089v.1

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the OCP Order, notice of this supplement and the Declaration of Disinterestedness of the ordinary course professional listed herein shall be filed with the Court and served upon the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, objections, if any, to the retention of the ordinary course professional listed herein must be made in writing, filed with the Court, and served on the ordinary course professional and the Notice Parties within ten days following the filing and service of a Declaration of Disinterestedness by such ordinary course professional.  Unless an objection is received on a timely basis, the professional shall be deemed to be an OCP and compensated by the Debtors within the purview of the OCP Order without the necessity of a hearing or entry of a further order of the Court.

[Remainder of Page Intentionally Left Blank]

Wilmington, Delaware
Date: November 25, 2015        /s/ Amanda R. Steele

**RICHARDS, LAYTON & FINGER, P.A.**
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**