# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | ) Case No. 15-10585 (LSS) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 895 & 896 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the Debtors' estates, | ) Adv. Pro. No. 15-51896 (LSS) |
| | ) Re: Docket No. 18 & 19 |
| Plaintiff, | ) |
| vs. | ) |
| THE BANK OF NEW YORK MELLON TRUST COMPANY N.A., as indenture trustee under that certain Indenture dated June 21, 2013 and as Second Lien Agent under that certain Mortgage, Deed of Trust, Assignment of As-Extracted Collateral, Security Agreement, Fixture Filing and Financing Statement dated June 21, 2013; CREDIT SUISSE AG, as administrative agent under that certain Second Lien Credit Agreement dated June 21, 2013; and LINDA DAUGHERTY, as trustee under that certain Mortgage, Deed of Trust, Assignment of As-Extracted Collateral, Security Agreement, Fixture Filing and Financing Statement dated June 21, 2013; and JOHN DOES 1 – 1,000, | ) |
| Defendants. | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. ("QRI") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) SEALING THE COURTROOM DURING ANY PRESENTATION OF CONFIDENTIAL INFORMATION AT THE TRIAL SCHEDULED TO BEGIN ON DECEMBER 14, 2015; (II) SEALING UNREDACTED PORTIONS OF ANY TRANSCRIPT OF THE TRIAL CONTAINING SUCH INFORMATION; AND (III) DIRECTING THAT THIS INFORMATION BE REDACTED PRIOR TO BECOMING PUBLICLY AVAILABLE**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") seeking entry of this order shortening the Notice and Objection Periods as more fully set forth in the Motion; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objections having been filed, or all objections having been resolved or overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The hearing to consider the Motion shall be on **December 14, 2015 at 10:00 a.m. (prevailing Eastern Time)**.

3. All objections to the Motion, if any, shall be filed with the Court and served upon counsel to the Debtors so as to be actually received on or before **December 10, 2015 at 12:00 p.m. (prevailing Eastern Time)**.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

---

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

2

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: December 1, 2015
Wilmington, Delaware

_____
THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

RLF1 13454189v.1