# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Resources Inc., et al., | ) Case No. 15-10585 (LSS) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. ___** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| February 10, 2016 at 10:00 a.m. (EST) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 2<br>Wilmington, Delaware 19801 |
| March 17, 2016 at 10:00 a.m. (EDT) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 2<br>Wilmington, Delaware 19801 |
| April 20, 2016 at 10:00 a.m. (EDT)<br>(Third Interim Fee Hearing) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 2<br>Wilmington, Delaware 19801 |