**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | ) ) ) | Case No. 15-10585 (LSS) |
| Debtors. | ) ) ) ) | Jointly Administered<br><br>**Re: Docket No. 797** |

**CERTIFICATION OF NO OBJECTION REGARDING THE SIXTH MONTHLY APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading with respect to the *Sixth Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2015 Through September 30, 2015* [Docket No. 797] (the "Application"), filed by Akin Gump Strauss Hauer & Feld LLP (the "Applicant") with the United States Bankruptcy Court for the District of Delaware (the "Court") on November 4, 2015. Pursuant to the *Notice of Fee Application*, objections to the Application were to be filed and served by no later than **November 25, 2015 at 4:00 p.m. (prevailing Eastern Time)**. The undersigned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

further certifies that she has reviewed the Court's docket in the above-captioned cases and no answer, objection or other responsive pleading to the Application appears thereon.

The Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 195] (the "Interim Compensation Order"). Pursuant to the Interim Compensation Order and the *Order Authorizing the Employment and Retention of Akin Gump Strauss Hauer & Feld LLP as Co-Counsel to the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [Docket No. 196], the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification of no objection without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

Wilmington, Delaware
Date: December 1, 2015

*/s/ Rachel L. Biblo*
**RICHARDS, LAYTON & FINGER, P.A**.
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**