# EXHIBIT A

## Quicksilver Resources Inc.
Professional Fees and Expenses
Monthly Fee Application

| **Applicant** | **Time Period** | **Fees & Expenses in Application** | **Fees and Expenses Allowed/ Awarded** | **Date Filed** | **Objection Deadline** |
|---|---|---|---|---|---|
| **Akin Gump Strauss Hauer & Feld LLP**<br><br>1700 Pacific Avenue, Suite 4100 Dallas, TX 75201<br><br>1333 New Hampshire Avenue, N.W. Washington, DC 20036<br><br>*Counsel to the Debtors* | 9/1/15 through 9/30/15 | $1,054,026.00 (Fees)<br><br>$5,306.49 (Expenses) | $843,220.80 (Fees at 80%)<br><br>$5,306.49 (Expenses at 100%) | 11/4/15 | 11/25/15 at 4:00 p.m. (ET) |