# EXHIBIT A

## Quicksilver Resources Inc.
Professional Fees and Expenses
Monthly Fee Application

| Applicant | Time Period | Fees & Expenses in Application | Fees and Expenses Allowed/ Awarded | Date Filed | Objection Deadline |
|---|---|---|---|---|---|
| **Garden City Group, LLC**<br>1985 Marcus Avenue, Suite 200<br>Lake Success, New York 11042<br>*Administrative Agent* | 7/1/15 through 9/30/15 | $22,941.50 (Fees)<br><br>$675.14 (Expenses) | $18,353.20 (Fees at 80%)<br><br>$675.14 (Expenses at 100%) | 11/6/15 | 11/27/15 at 4:00 p.m. (ET) |