**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF WASHINGTON )
                                     ) ss
COUNTY OF KING         )

I, Eric Westberg, being duly sworn, depose and state:

1.      I am a Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding.  Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.      On November 25, 2015, at the direction of Akin Gump Strauss Hauer & Feld LLP, Counsel to the Debtors, and Richards, Layton & Finger, P.A., Local Counsel to the Debtors, I caused a true and correct copy of the following document to be served by courtesy e-mail on the parties identified on Exhibit A annexed hereto (Ordinary Course Professional Notice Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit B annexed hereto (Ordinary Course Professional Notice Parties):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

- **Third Supplement to List of Professionals Utilized by the Debtor in the Ordinary Course of Business** [Docket No. 893].


/s/ Eric Westberg
Eric Westberg

Sworn to before me this 1st day of
December, 2015


/s/ Mellissa H. Velo-Simpson
Mellissa H. Velo-Simpson
Notary Public, State of Washington
License No. 16726
Residing in Seattle
Commission Expires: September 16, 2018

# EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH J CROW
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624
email: sjcrow@akingump.com

ASHBY & GEDDES, P.A.
ATTN GREGORY A TAYLOR ESQ
500 DELAWARE AVE 8TH FL
PO BOX 1150
WILMINGTON, DE 19899
email: gtaylor@ashby-geddes.com

BMC GROUP, INC
ATTN T FEIL
300 CONTINENTAL BLVD #570
EL SEGUNDO, CA 90245
email: tfeil@bmcgroup.com

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN SHAWN M. CHRISTIANSON, ESQ
55 SECOND ST, FL 17
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

CIARDI CIARDI & ASTIN
ATTN DANIEL K ASTIN, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: dastin@ciardilaw.com

CIARDI CIARDI & ASTIN
ATTN JOHN D MCLAUGHLIN JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: jmclaughlin@ciardilaw.com

CIARDI CIARDI & ASTIN
ATTN JOSEPH J MCMAHON JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: jmcmahon@ciardilaw.com

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN EBONY COBB
500 E BORDER ST, STE 640
ARLINGTON, TX 76010
email: ecobb@pbfcm.com

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN ELIZABETH BANDA CALVO
500 E BORDER ST, STE 640
ARLINGTON, TX 76010
email: ebcalvo@pbfcm.com

CONNOLLY GALLAGHER LLP
ATTN KAREN C BIFFERATO ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801
email: KBIFFERATO@CONNOLLYGALLAGHER.COM

CONNOLLY GALLAGHER LLP
ATTN KELLY M CONLAN ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801
email: KCONLAN@CONNOLLYGALLAGHER.COM

CRESTWOOD MIDSTREAM PARTNERS LP
ATTN JAMES D. JOHNSTON, ESQ
VP, ASSOCIATE GENERAL COUNSEL
700 LOUISIANA ST, STE 2550
HOUSTON, TX 77002
email: james.johnston@crestwoodlp.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN JAMES V. DREW ESQ
101 PARK AVE
NEW YORK, NY 10178-0061
email: jdrew@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN ESQ
101 PARK AVE
NEW YORK, NY 10178-0061
email: sreisman@curtis.com

EMMET, MARVIN & MARTIN, LLP
ATTN EDWARD P. ZUJKOWSKI, ESQ
120 BROADWAY, 32ND FL
NEW YORK, NY 10271
email: ezujkowski@emmetmarvin.com

EMMET, MARVIN & MARTIN, LLP
ATTN THOMAS A PITTA, ESQ
120 BROADWAY, 32ND FL
NEW YORK, NY 10271
email: tpitta@emmetmarvin.com

FISHMAN JACKSON
ATTN MARK H RALSTON, ESQ.
700 THREE GALLERIA TOWER
13155 NOEL ROAD LB 13
DALLAS, TX 75240
email: mralston@fishmanjackson.com

FOLEY & LARDNER LLP
ATTN LARS A PETERSON
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: lapeterson@foley.com

FOLEY & LARDNER LLP
ATTN MARK F HEBBELN
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: mhebbeln@foley.com

FOLEY & LARDNER LLP
ATTN MARK L PRAGER
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: mprager@foley.com

FOX ROTHSCHILD LLP
ATTN JEFFREY M. SCHLERF
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19899-2323
email: JSchlerf@foxrothschild.com

FOX ROTHSCHILD LLP
ATTN L JOHN BIRD, ESQ
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19801
email: lbird@foxrothschild.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN BRAD ERIC SCHELER
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: brad.scheler@friedfrank.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN GARY L KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: gary.kaplan@friedfrank.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN JENNIFER L RODBURG, ESQ
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: jennifer.rodburg@friedfrank.com

GARDERE WYNNE SEWELL LLP
ATTN EVAN R BAKER
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: ebaker@gardere.com

GARDERE WYNNE SEWELL LLP
ATTN HOLLAND N O'NEIL
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: honeil@gardere.com

GARDERE WYNNE SEWELL LLP
ATTN JOHN P MELKO
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: jmelko@gardere.com

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
ATTN RUSSELL W. MILLS, ESQ.
15303 DALLAS PKWY, STE 700
ADDISON, TX 75001
email: rmills@hhdulaw.com

HUGHES WATTERS ASKANASE LLP
ATTN RANDALL A RIOS ESQ
THREE ALLEN CENTER
333 CLAY 29TH FL
HOUSTON, TX 77002
email: rrios@hwa.com

JAMES S. BROUNER, ESQ.
12770 COIT RD
STE 541
DALLAS, TX 75251
email: brounerj@earthlink.net

JOHNSON DELUCA KURISKY & GOULD, P.C.
ATTN GEORGE A KURISKY JR, ESQ.
4 HOUSTON CENTER
1221 LAMAR, STE 1000
HOUSTON, TX 77010
email: gkurisky@jdkglaw.com

KELLY HART & HALLMAN LLP
ATTN KATHERINE T HOPKINS
201 MAIN ST, STE 2500
FORT WORTH, TX 76102
email: katherine.hopkins@kellyhart.com

KELLY HART & HALLMAN LLP
ATTN MICHAEL A MCCONNELL
201 MAIN ST, STE 2500
FORT WORTH, TX 76102
email: michael.mcconnell@kellyhart.com

LANDIS RATH & COBB LLP
ATTN JOSEPH D WRIGHT ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: wright@lrclaw.com

LANDIS RATH & COBB LLP
ATTN MATTHEW B MCGUIRE ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: mcguire@lrclaw.com

LANDIS RATH & COBB LLP
ATTN RICHARD S COBB ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: cobb@lrclaw.com

LATHAM & WATKINS LLP
ATTN DAVID A HAMMERMAN, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834
email: david.hammerman@lw.com

LATHAM & WATKINS LLP
ATTN KEITH A SIMON, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834
email: keith.simon@lw.com

LATHAM & WATKINS LLP
ATTN MATTHEW L WARREN, ESQ
330 NORTH WABASH AVE
STE 2800
CHICAGO, IL 60611
email: matthew.warren@lw.com

LATHAM & WATKINS LLP
ATTN MITCHELL A. SEIDER
885 THIRD AVE
NEW YORK, NY 10022-4834
email: Mitchell.Seider@lw.com

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA, TX 77868
email: pwp@pattiprewittlaw.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064
email: houston_bankruptcy@lgbs.com

LINEBARGER GOGGAN CLAIR & SAMPSON, LLP
ATTN ELIZABETH WELLER
2777 N STEMMONS FREEWAY
STE 1000
DALLAS, TX 75207
email: dallas.bankruptcy@publicans.com

MASTER SIDLOW & ASSOCIATES, PA
ATTN JUDITH SCARBOROUGH
2002 WEST 14TH ST
WILMINGTON, DE 19806
email: jscarborough@mastersidlow.com

MCGRANE LLP
ATTN GAVIN MCGRANE, ESQ.
FOUR EMBARCADERO CENTER, STE 1400
SAN FRANCISCO, CA 94111
email: ecf@pacerpro.com

MORRIS JAMES LLP
STEPHEN M. MILLER, ESQ.
500 DELAWARE AVE STE 1500
PO BOX 2306
WILMINGTON, DE 19801-1494
email: smiller@morrisjames.com

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN RACHEL R OBALDO, ASST ATTY GEN
PO BOX 12548
AUSTIN, TX 78711-2548
email: rachel.obaldo@texasattorneygeneral.gov

PACHULSKI STANG ZIEHL & JONES LLP
ATTN COLIN R ROBINSON, ESQ
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE 19899-8705
email: crobinson@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN LAURA DAVIS JONES, ESQ
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE 19899-8705
email: ljones@pszjlaw.com

PALMER & MANUEL, L.L.P.
ATTN LARRY CHEK ESQ
CAMPBELL CENTRE ONE
8350 N CENTRAL EXPRESSWAY STE 1111
DALLAS, TX 75206
email: LCHEK@PAMLAW.COM

PARKER POE ADAMS & BERNSTEIN LLP
ATTN KIAH T FORD IV, ESQ
401 SOUTH TRYON ST
STE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ADAM M DENHOFF ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: adenhoff@paulweiss.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ANDREW N ROSENBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: arosenberg@paulweiss.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ELIZABETH R MCCOLM ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: emccolm@paulweiss.com

PEPPER HAMILTON LLP
ATTN DAVID M. FOURNIER, ESQ
HERCULES PLAZA, STE 5100
1313 N. MARKET ST, PO BOX 1709
WILMINGTON, DE 19801-1709
email: fournierd@pepperlaw.com

PORTER HEDGES LLP
ATTN JOHN F HIGGINS, ESQ
1000 MAIN ST, 36TH FL
HOUSTON, TX 77002
email: jhiggins@porterhedges.com

SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.
ATTN JOSHUA N EPPICH, ESQ
901 MAIN ST, STE 4600
DALLAS, TX 75202
email: jeppich@shannongracey.com

SIMPSON THACHER & BARTLETT LLP
ATTN CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954
email: christine.marshall@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN KATHERINE A MCLENDON, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954
email: kmclendon@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN STEVEN M. FUHRMAN
425 LEXINGTON AVE
NEW YORK, NY 10017
email: sfuhrman@stblaw.com

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
25 SE 2ND AVE STE 1120
MIAMI, FL 33131
email: claims@recoverycorp.com

UNION PACIFIC RAILROAD COMPANY
ATTN JENNIE L ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179
email: JLANDERS01@UP.COM

UNION PACIFIC RAILROAD COMPANY
ATTN MARY ANN KILGORE, ESQ
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179
email: mkILgore@up.com

VINSON & ELKINS LLP
ATTN HARRY A PERRIN, ESQ.
1001 FANNIN ST
STE 2500
HOUSTON, TX 77002-6760
email: hperrin@velaw.com

VINSON & ELKINS LLP
ATTN JOHN E WEST ESQ
1001 FANNIN ST, STE 2500
HOUSTON, TX 77002
email: jwest@velaw.com

WEIL, GOTSHAL & MANGES LLP
ATTN ALFREDO R. PÉREZ, ESQ
700 LOUISIANA ST, STE 1700
HOUSTON, TX 77002-2784
email: alfredo.perez@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN CHRISTOPHER M. LÓPEZ, ESQ
700 LOUISIANA ST, STE 1700
HOUSTON, TX 77002-2784
email: chris.lopez@weil.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN KARA HAMMOND COYLE, ESQ
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE 19801
email: kcoyle@ycst.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN MICHAEL R NESTOR, ESQ
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE 19801
email: mnestor@ycst.com

# EXHIBIT B

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH J CROW
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624

ASHBY & GEDDES, P.A.
ATTN GREGORY A TAYLOR ESQ
500 DELAWARE AVE 8TH FL
PO BOX 1150
WILMINGTON, DE 19899

BMC GROUP, INC
ATTN T FEIL
300 CONTINENTAL BLVD #570
EL SEGUNDO, CA 90245

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN SHAWN M. CHRISTIANSON, ESQ
55 SECOND ST, FL 17
SAN FRANCISCO, CA 94105-3493

CIARDI CIARDI & ASTIN
ATTN DANIEL K ASTIN, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN JOHN D MCLAUGHLIN JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN JOSEPH J MCMAHON JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN EBONY COBB
500 E BORDER ST, STE 640
ARLINGTON, TX 76010

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN ELIZABETH BANDA CALVO
500 E BORDER ST, STE 640
ARLINGTON, TX 76010

CONNOLLY GALLAGHER LLP
ATTN KAREN C BIFFERATO ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801

CONNOLLY GALLAGHER LLP
ATTN KELLY M CONLAN ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801

CRESTWOOD MIDSTREAM PARTNERS LP
ATTN JAMES D. JOHNSTON, ESQ
VP, ASSOCIATE GENERAL COUNSEL
700 LOUISIANA ST, STE 2550
HOUSTON, TX 77002

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN JAMES V. DREW ESQ
101 PARK AVE
NEW YORK, NY 10178-0061

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN ESQ
101 PARK AVE
NEW YORK, NY 10178-0061

EMMET, MARVIN & MARTIN, LLP
ATTN EDWARD P. ZUJKOWSKI, ESQ
120 BROADWAY, 32ND FL
NEW YORK, NY 10271

EMMET, MARVIN & MARTIN, LLP
ATTN THOMAS A PITTA, ESQ
120 BROADWAY, 32ND FL
NEW YORK, NY 10271

FISHMAN JACKSON
ATTN MARK H RALSTON, ESQ.
700 THREE GALLERIA TOWER
13155 NOEL ROAD LB 13
DALLAS, TX 75240

FOLEY & LARDNER LLP
ATTN LARS A PETERSON
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN MARK F HEBBELN
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN MARK L PRAGER
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
ATTN JEFFREY M. SCHLERF
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19899-2323

FOX ROTHSCHILD LLP
ATTN L JOHN BIRD, ESQ
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19801

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN AARON ROTHMAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN BRAD ERIC SCHELER
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN GARY L KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN JENNIFER L RODBURG, ESQ
ONE NEW YORK PLAZA
NEW YORK, NY 10004

GARDERE WYNNE SEWELL LLP
ATTN EVAN R BAKER
1601 ELM ST, STE 3000
DALLAS, TX 75201

GARDERE WYNNE SEWELL LLP
ATTN HOLLAND N O'NEIL
1601 ELM ST, STE 3000
DALLAS, TX 75201

GARDERE WYNNE SEWELL LLP
ATTN JOHN P MELKO
1601 ELM ST, STE 3000
DALLAS, TX 75201

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
ATTN RUSSELL W. MILLS, ESQ.
15303 DALLAS PKWY, STE 700
ADDISON, TX 75001

HUGHES WATTERS ASKANASE LLP
ATTN RANDALL A RIOS ESQ
THREE ALLEN CENTER
333 CLAY 29TH FL
HOUSTON, TX 77002

JAMES S. BROUNER, ESQ.
12770 COIT RD
STE 541
DALLAS, TX 75251

JOHNSON DELUCA KURISKY & GOULD, P.C.
ATTN GEORGE A KURISKY JR, ESQ.
4 HOUSTON CENTER
1221 LAMAR, STE 1000
HOUSTON, TX 77010

KELLY HART & HALLMAN LLP
ATTN KATHERINE T HOPKINS
201 MAIN ST, STE 2500
FORT WORTH, TX 76102

KELLY HART & HALLMAN LLP
ATTN MICHAEL A MCCONNELL
201 MAIN ST, STE 2500
FORT WORTH, TX 76102

LANDIS RATH & COBB LLP
ATTN JOSEPH D WRIGHT ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LANDIS RATH & COBB LLP
ATTN MATTHEW B MCGUIRE ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LANDIS RATH & COBB LLP
ATTN RICHARD S COBB ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899

LATHAM & WATKINS LLP
ATTN DAVID A HAMMERMAN, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834

LATHAM & WATKINS LLP
ATTN KEITH A SIMON, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834

LATHAM & WATKINS LLP
ATTN MATTHEW L WARREN, ESQ
330 NORTH WABASH AVE
STE 2800
CHICAGO, IL 60611

LATHAM & WATKINS LLP
ATTN MITCHELL A. SEIDER
885 THIRD AVE
NEW YORK, NY 10022-4834

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA, TX 77868

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN CLAIR & SAMPSON, LLP
ATTN ELIZABETH WELLER
2777 N STEMMONS FREEWAY
STE 1000
DALLAS, TX 75207

MASTER SIDLOW & ASSOCIATES, PA
ATTN JUDITH SCARBOROUGH
2002 WEST 14TH ST
WILMINGTON, DE 19806

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTN LEE GORDON, ESQ.
PO BOX 1269
ROUND ROCK, TX 78680

MCGRANE LLP
ATTN GAVIN MCGRANE, ESQ.
FOUR EMBARCADERO CENTER, STE 1400
SAN FRANCISCO, CA 94111

MORRIS JAMES LLP
STEPHEN M. MILLER, ESQ.
500 DELAWARE AVE STE 1500
PO BOX 2306
WILMINGTON, DE 19801-1494

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN RACHEL R OBALDO, ASST ATTY GEN
PO BOX 12548
AUSTIN, TX 78711-2548

PACHULSKI STANG ZIEHL & JONES LLP
ATTN COLIN R ROBINSON, ESQ
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE 19899-8705

PACHULSKI STANG ZIEHL & JONES LLP
ATTN LAURA DAVIS JONES, ESQ
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE 19899-8705

PALMER & MANUEL, L.L.P.
ATTN LARRY CHEK ESQ
CAMPBELL CENTRE ONE
8350 N CENTRAL EXPRESSWAY STE 1111
DALLAS, TX 75206

PARKER POE ADAMS & BERNSTEIN LLP
ATTN KIAH T FORD IV, ESQ
401 SOUTH TRYON ST
STE 3000
CHARLOTTE, NC 28202

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ADAM M DENHOFF ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ANDREW N ROSENBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ELIZABETH R MCCOLM ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PEPPER HAMILTON LLP
ATTN DAVID M. FOURNIER, ESQ
HERCULES PLAZA, STE 5100
1313 N. MARKET ST, PO BOX 1709
WILMINGTON, DE 19801-1709

PORTER HEDGES LLP
ATTN JOHN F HIGGINS, ESQ
1000 MAIN ST, 36TH FL
HOUSTON, TX 77002

SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.
ATTN JOSHUA N EPPICH, ESQ
901 MAIN ST, STE 4600
DALLAS, TX 75202

SIMPSON THACHER & BARTLETT LLP
ATTN CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954

SIMPSON THACHER & BARTLETT LLP
ATTN KATHERINE A MCLENDON, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954

SIMPSON THACHER & BARTLETT LLP
ATTN STEVEN M. FUHRMAN
425 LEXINGTON AVE
NEW YORK, NY 10017

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
25 SE 2ND AVE STE 1120
MIAMI, FL 33131

UNION PACIFIC RAILROAD COMPANY
ATTN JENNIE L ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

UNION PACIFIC RAILROAD COMPANY
ATTN MARY ANN KILGORE, ESQ
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

VINSON & ELKINS LLP
ATTN HARRY A PERRIN, ESQ.
1001 FANNIN ST
STE 2500
HOUSTON, TX 77002-6760

VINSON & ELKINS LLP
ATTN JOHN E WEST ESQ
1001 FANNIN ST, STE 2500
HOUSTON, TX 77002

WEIL, GOTSHAL & MANGES LLP
ATTN ALFREDO R. PÉREZ, ESQ
700 LOUISIANA ST, STE 1700
HOUSTON, TX 77002-2784

WEIL, GOTSHAL & MANGES LLP
ATTN CHRISTOPHER M. LÓPEZ, ESQ
700 LOUISIANA ST, STE 1700
HOUSTON, TX 77002-2784

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN KARA HAMMOND COYLE, ESQ
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN MICHAEL R NESTOR, ESQ
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE 19801