# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss
COUNTY OF NASSAU    )

I, Isabel Baumgarten, being duly sworn, depose and state:

1. I am a Senior Director with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On November 30, 2015, at the direction of Akin Gump Strauss Hauer & Feld LLP, Counsel to the Debtors, and Richards, Layton & Finger, P.A., Local Counsel to the Debtors, I caused true and correct copies of the following documents to be served by courtesy e-mail on the parties identified on Exhibit A annexed hereto (Master Service List, Notice of Appearance Parties and Parties to the Adversary Proceeding with e-mail addresses), and by overnight delivery on the parties identified on Exhibit B annexed hereto (Master Service List, Notice of Appearance Parties and Parties to the Adversary Proceeding):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

- **Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing that this Information Be Redacted Prior to Becoming Publicly Available** [Docket No. 895]; and

- **Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods Regarding Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing that this Information Be Redacted Prior to Becoming Publicly Available** [Docket No. 896].

                /s/ Isabel Baumgarten
                Isabel Baumgarten

Sworn to before me this 2nd day of
December, 2015


/s/ Debra Wolther
Debra Wolther
Notary Public, State of New York
No. 02WO4853469
Qualified in Nassau County
Commission Expires: January 27, 2018

# EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ASHLEIGH L. BLAYLOCK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON, DC 20036-1564
email: blaylocka@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN CHARLES R GIBBS
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624
email: cgibbs@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH J CROW
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624
email: sjcrow@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH LINK SCHULTZ
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201
email: sschultz@akingump.com

ASHBY & GEDDES, P.A.
ATTN GREGORY A TAYLOR ESQ
500 DELAWARE AVE 8TH FL
PO BOX 1150
WILMINGTON, DE 19899
email: gtaylor@ashby-geddes.com

BANK OF NEW YORK MELLON TRUST COMPANY
ATTN RAFAEL MARTINEZ
601 TRAVIS ST, 16TH FL
HOUSTON, TX 77002
email: rafael.martinez@bynmellon.com

BENNETT JONES LLP
ATTN CHRIS D. SIMARD
4500 BANKERS HALL EAST
855 2ND ST SW
CALGARY, ALBERTA T2P 1B5 CANADA
email: simardc@bennettjones.com

BENNETT JONES LLP
ATTN DONALD E. GREENFIELD Q.C.
4500 BANKERS HALL EAST
855 2ND ST SW
CALGARY, ALBERTA T2P 1B5 CANADA
email: greenfieldd@bennettjones.com

BENNETT JONES LLP
ATTN KEVIN J. ZYCH
3400 ONE FIRST CANADIAN PLACE
PO BOX 130
TORONTO, ONTARIO M5X 1A4 CANADA
email: zychk@bennettjones.com

BENNETT JONES LLP
ATTN SEAN ZWEIG
3400 ONE FIRST CANADIAN PL
PO BOX 130
TORONTO, ONTARIO M5X 1A4 CANADA
email: zweigs@bennettjones.com

BERKELEY RESEARCH GROUP, LLC
ATTN CHRISTOPHER KEARNS, MANAGING DIRECTOR
104 WEST 40TH ST, 16TH FL
NEW YORK, NY 10018
email: ckearns@capstoneag.com

BERKELEY RESEARCH GROUP, LLC
ATTN MARK SHANKWEILER, EXECUTIVE DIRECTOR
104 WEST 40TH ST, 16TH FL
NEW YORK, NY 10018
email: mshankweiler@capstoneag.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN BRENT HERLIHY
280 PARK AVENUE
NEW YORK, NY 10017
email: Herlihy@pjtpartners.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN MICHAEL O'HARA
280 PARK AVENUE
NEW YORK, NY 10017
email: OHara@pjtpartners.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN PETER LAURINAITIS
THE BLACKSTONE GROUP
280 PARK AVENUE
NEW YORK, NY 10017
email: Laurinaitis@pjtpartners.com

BLAKE, CASSELS & GRAYDON LLP
ATTN KELLY BOURASSA
855 2ND ST SW, STE 3500
CALGARY, ALBERTA T2P 4J8 CANADA
email: kelly.bourassa@blakes.com

BMC GROUP, INC
ATTN T FEIL
300 CONTINENTAL BLVD #570
EL SEGUNDO, CA 90245
email: tfeil@bmcgroup.com

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN SHAWN M. CHRISTIANSON, ESQ
55 SECOND ST, FL 17
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

CIARDI CIARDI & ASTIN
ATTN DANIEL K ASTIN, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: dastin@ciardilaw.com

CIARDI CIARDI & ASTIN
ATTN JOHN D MCLAUGHLIN JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: jmclaughlin@ciardilaw.com

CIARDI CIARDI & ASTIN
ATTN JOSEPH J MCMAHON JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: jmcmahon@ciardilaw.com

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN EBONY COBB
500 E BORDER ST, STE 640
ARLINGTON, TX 76010
email: ecobb@pbfcm.com

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN ELIZABETH BANDA CALVO
500 E BORDER ST, STE 640
ARLINGTON, TX 76010
email: ebcalvo@pbfcm.com

CONNOLLY GALLAGHER LLP
ATTN KAREN C BIFFERATO ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801
email: KBIFFERATO@CONNOLLYGALLAGHER.COM

CONNOLLY GALLAGHER LLP
ATTN KELLY M CONLAN ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801
email: KCONLAN@CONNOLLYGALLAGHER.COM

CONWAY MACKENZIE
ATTN KENT J. LABER
2101 CEDAR SPRINGS RD STE 1900
DALLAS, TX 75201-2151
email: klaber@conwaymackenzie.com

CONWAY MACKENZIE
ATTN SCOTT J. COCKERHAM
1301 MCKINNEY ST, STE 2025
HOUSTON, TX 77010
email: scockerham@conwaymackenzie.com

CREDIT SUISSE
ATTN LAURA K. SCHEMBRI
1 MADISON AVE
NEW YORK, NY 10010
email: lk.schembri@credit-suisse.com

| | |
|---|---|
| CREDIT SUISSE<br>ATTN MEGAN KANE<br>1 MADISON AVE<br>NEW YORK, NY 10010<br>email: megan.kane@credit-suisse.com | CRESTWOOD MIDSTREAM PARTNERS LP<br>ATTN JAMES D. JOHNSTON, ESQ<br>VP, ASSOCIATE GENERAL COUNSEL<br>700 LOUISIANA ST, STE 2550<br>HOUSTON, TX 77002<br>email: james.johnston@crestwoodlp.com |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN EVAN S. BORENSTEIN<br>101 PARK AVE<br>NEW YORK, NY 10178-0061<br>email: eborenstein@curtis.com | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN JAMES V. DREW ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178-0061<br>email: jdrew@curtis.com |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN STEVEN J. REISMAN ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178-0061<br>email: sreisman@curtis.com | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN SUSANA M. NAMNUM<br>101 PARK AVE<br>NEW YORK, NY 10178-0061<br>email: snamnum@curtis.com |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS - FRANCHISE TAX<br>TOWNSEND BUILDING, STE 1<br>401 FEDERAL ST<br>PO BOX 898<br>DOVER, DE 19903<br>email: dosdoc_Ftax@state.de.us; DOSDOC_Bankruptcy@state.de.us | DELAWARE SECRETARY OF TREASURY<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER, DE 19904<br>email: StateTreasurer@state.de.us |
| DELAWARE TRUST COMPANY<br>ATTN BILL POPEO<br>2711 CENTERVILLE RD, STE 400<br>WILMINGTON, DE 19808<br>email: bpopeo@delawaretrust.com | DELAWARE TRUST COMPANY<br>ATTN SANDRA HORWITZ<br>2711 CENTERVILLE RD, STE 400<br>WILMINGTON, DE 19808<br>email: shorwitz@delawaretrust.com |
| DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP<br>ATTN ANTHONY J. JACKSON<br>TEXAS COMMERCE TOWER<br>2200 ROSS AVE, STE 1600<br>DALLAS, TX 75201<br>email: antjackson@deloitte.com | DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP<br>ATTN JOHN LITTLE<br>TEXAS COMMERCE TOWER<br>2200 ROSS AVE, STE 1600<br>DALLAS, TX 75201<br>email: jolittle@deloitte.com |
| EMMET, MARVIN & MARTIN, LLP<br>ATTN EDWARD P. ZUJKOWSKI, ESQ<br>120 BROADWAY, 32ND FL<br>NEW YORK, NY 10271<br>email: ezujkowski@emmetmarvin.com | EMMET, MARVIN & MARTIN, LLP<br>ATTN THOMAS A PITTA, ESQ<br>120 BROADWAY, 32ND FL<br>NEW YORK, NY 10271<br>email: tpitta@emmetmarvin.com |

FISHMAN JACKSON
ATTN MARK H RALSTON, ESQ.
700 THREE GALLERIA TOWER
13155 NOEL ROAD LB 13
DALLAS, TX 75240
email: mralston@fishmanjackson.com

FOLEY & LARDNER LLP
ATTN LARS A PETERSON
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: lapeterson@foley.com

FOLEY & LARDNER LLP
ATTN MARK F HEBBELN
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: mhebbeln@foley.com

FOLEY & LARDNER LLP
ATTN MARK L PRAGER
321 NORTH CLARK ST, STE 2800
CHICAGO, IL 60654-5313
email: mprager@foley.com

FOX ROTHSCHILD LLP
ATTN JEFFREY M. SCHLERF
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19899-2323
email: JSchlerf@foxrothschild.com

FOX ROTHSCHILD LLP
ATTN L JOHN BIRD, ESQ
CITIZENS BANK CENTER
919 NORTH MARKET ST, STE 300
WILMINGTON, DE 19801
email: lbird@foxrothschild.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN BRAD ERIC SCHELER
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: brad.scheler@friedfrank.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN GARY L KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: gary.kaplan@friedfrank.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN JENNIFER L RODBURG, ESQ
ONE NEW YORK PLAZA
NEW YORK, NY 10004
email: jennifer.rodburg@friedfrank.com

GARDEN CITY GROUP, LLC
ATTN ISABEL BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS, NY 11042
email: Isabel.Baumgarten@gardencitygroup.com

GARDERE WYNNE SEWELL LLP
ATTN EVAN R BAKER
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: ebaker@gardere.com

GARDERE WYNNE SEWELL LLP
ATTN HOLLAND N O'NEIL
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: honeil@gardere.com

GARDERE WYNNE SEWELL LLP
ATTN JOHN P MELKO
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: jmelko@gardere.com

GOODMANS LLP
ATTN JOE LATHAM
BAY ADELAIDE CENTRE
333 BAY ST, STE 3400
TORONTO, ONTARIO M5H 2S7 CANADA
email: jlatham@goodmans.ca

| | |
|---|---|
| HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.<br>ATTN RUSSELL W. MILLS, ESQ.<br>15303 DALLAS PKWY, STE 700<br>ADDISON, TX 75001<br>email: rmills@hhdulaw.com | HOULIHAN LOKEY<br>ATTN ADAM DUNAYER<br>245 PARK AVE, 20TH FL<br>NEW YORK, NY 10167<br>email: ADunayer@hl.com |
| HOULIHAN LOKEY<br>ATTN ERIC SIEGERT<br>200 CRESCENT COURT, STE 1900<br>DALLAS, TX 75201<br>email: ESiegert@hl.com | HOULIHAN LOKEY<br>ATTN JOHN-PAUL HANSON<br>200 CRESCENT COURT, STE 1900<br>DALLAS, TX 75201<br>email: JHanson@hl.com |
| HOULIHAN LOKEY<br>ATTN MICHAEL BOONE<br>245 PARK AVE, 20TH FL<br>NEW YORK, NY 10167<br>email: MBoone@hl.com | HUGHES WATTERS ASKANASE LLP<br>ATTN RANDALL A RIOS ESQ<br>THREE ALLEN CENTER<br>333 CLAY 29TH FL<br>HOUSTON, TX 77002<br>email: rrios@hwa.com |
| JAMES S. BROUNER, ESQ.<br>12770 COIT RD<br>STE 541<br>DALLAS, TX 75251<br>email: brounerj@earthlink.net | JOHNSON DELUCA KURISKY & GOULD, P.C.<br>ATTN GEORGE A KURISKY JR, ESQ.<br>4 HOUSTON CENTER<br>1221 LAMAR, STE 1000<br>HOUSTON, TX 77010<br>email: gkurisky@jdkglaw.com |
| JPMORGAN CHASE BANK, N.A.<br>ATTN ANNA LEAL<br>2200 ROSS AVE<br>DALLAS, TX 75201<br>email: anna.leal@jpmorgan.com | JPMORGAN CHASE BANK, N.A.<br>ATTN TRICIA S CARPEN<br>10 S DEARBORN, 36TH FL<br>CHICAGO, IL 60603<br>email: tricia.carpen@chase.com |
| KELLY HART & HALLMAN LLP<br>ATTN KATHERINE T HOPKINS<br>201 MAIN ST, STE 2500<br>FORT WORTH, TX 76102<br>email: katherine.hopkins@kellyhart.com | KELLY HART & HALLMAN LLP<br>ATTN MICHAEL A MCCONNELL<br>201 MAIN ST, STE 2500<br>FORT WORTH, TX 76102<br>email: michael.mcconnell@kellyhart.com |
| KPMG LLP<br>ATTN CHUCK THOMPSON<br>717 NORTH HARWOOD ST, STE 3100<br>DALLAS, TX 75201-6585<br>email: chuckthompson@kpmg.com | KPMG LLP<br>ATTN TIM OLSON<br>201 MAIN ST, STE 900<br>FORT WORTH, TX 76102<br>email: tcolson@kpmg.com |

KPMG LLP
ATTN YINKA KUKOYI
811 MAIN ST, STE 4500
HOUSTON, TX 77002
email: okukoyi@kpmg.com

LANDIS RATH & COBB LLP
ATTN JOSEPH D WRIGHT ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: wright@lrclaw.com

LANDIS RATH & COBB LLP
ATTN MATTHEW B MCGUIRE ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: mcguire@lrclaw.com

LANDIS RATH & COBB LLP
ATTN RICHARD S COBB ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: cobb@lrclaw.com

LATHAM & WATKINS LLP
ATTN DAVID A HAMMERMAN, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834
email: david.hammerman@lw.com

LATHAM & WATKINS LLP
ATTN KEITH A SIMON, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834
email: keith.simon@lw.com

LATHAM & WATKINS LLP
ATTN MATTHEW L WARREN, ESQ
330 NORTH WABASH AVE
STE 2800
CHICAGO, IL 60611
email: matthew.warren@lw.com

LATHAM & WATKINS LLP
ATTN MITCHELL A. SEIDER
885 THIRD AVE
NEW YORK, NY 10022-4834
email: Mitchell.Seider@lw.com

LATHAM & WATKINS, LLP
ATTN J. MICHAEL CHAMBERS
811 MAIN ST, STE 3700
HOUSTON, TX 77002
email: michael.chambers@lw.com

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA, TX 77868
email: pwp@pattiprewittlaw.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064
email: houston_bankruptcy@lgbs.com

LINEBARGER GOGGAN CLAIR & SAMPSON, LLP
ATTN ELIZABETH WELLER
2777 N STEMMONS FREEWAY
STE 1000
DALLAS, TX 75207
email: dallas.bankruptcy@publicans.com

MASTER SIDLOW & ASSOCIATES, PA
ATTN JUDITH SCARBOROUGH
2002 WEST 14TH ST
WILMINGTON, DE 19806
email: jscarborough@mastersidlow.com

MCGRANE LLP
ATTN GAVIN MCGRANE, ESQ.
FOUR EMBARCADERO CENTER, STE 1400
SAN FRANCISCO, CA 94111
email: ecf@pacerpro.com

| | |
|---|---|
| MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN DENNIS F. DUNNE<br>28 LIBERTY ST<br>NEW YORK, NY 10005<br>email: DDunne@milbank.com | MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN SAMUEL A. KHALIL<br>28 LIBERTY ST<br>NEW YORK, NY 10005<br>email: skhalil@milbank.com |
| MOELIS & COMPANY<br>ATTN BRYAN LASTRAPES<br>THREE ALLEN CENTER<br>333 CLAY ST, STE 3750<br>HOUSTON, TX 77002<br>email: bryan.lastrapes@moelis.com | MOELIS & COMPANY<br>ATTN ROBERT J. FLACHS<br>1999 AVENUE OF THE STARS, STE 1900<br>LOS ANGELES, CA 90067<br>email: robert.flachs@moelis.com |
| MORRIS JAMES LLP<br>STEPHEN M. MILLER, ESQ.<br>500 DELAWARE AVE STE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801-1494<br>email: smiller@morrisjames.com | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>ATTN RACHEL R OBALDO, ASST ATTY GEN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>email: rachel.obaldo@texasattorneygeneral.gov |
| OFFICE OF THE US ATTORNEY<br>ATTN ELLEN W. SLIGHTS, ESQ<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19801<br>email: askdoj@usdoj.gov | OFFICE OF THE US ATTORNEY<br>ATTN RONALD C. MACHEN JR.<br>555 4TH ST, NW<br>WASHINGTON, DC 20530<br>email: dc.outreach@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN COLIN R ROBINSON, ESQ<br>919 N MARKET ST, FL 17<br>PO BOX 8705<br>WILMINGTON, DE 19899-8705<br>email: crobinson@pszjlaw.com | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN LAURA DAVIS JONES, ESQ<br>919 N MARKET ST, FL 17<br>PO BOX 8705<br>WILMINGTON, DE 19899-8705<br>email: ljones@pszjlaw.com |
| PALMER & MANUEL, L.L.P.<br>ATTN LARRY CHEK ESQ<br>CAMPBELL CENTRE ONE<br>8350 N CENTRAL EXPRESSWAY STE 1111<br>DALLAS, TX 75206<br>email: LCHEK@PAMLAW.COM | PARKER POE ADAMS & BERNSTEIN LLP<br>ATTN KIAH T FORD IV, ESQ<br>401 SOUTH TRYON ST<br>STE 3000<br>CHARLOTTE, NC 28202<br>email: chipford@parkerpoe.com |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ADAM M DENHOFF ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019<br>email: adenhoff@paulweiss.com | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ANDREW N ROSENBERG ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019<br>email: arosenberg@paulweiss.com |

| | |
|---|---|
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ELIZABETH R MCCOLM ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019<br>email: emccolm@paulweiss.com | PEPPER HAMILTON LLP<br>ATTN DAVID M. FOURNIER, ESQ<br>HERCULES PLAZA, STE 5100<br>1313 N. MARKET ST, PO BOX 1709<br>WILMINGTON, DE 19801-1709<br>email: fournierd@pepperlaw.com |
| PORTER HEDGES LLP<br>ATTN JOHN F HIGGINS, ESQ<br>1000 MAIN ST, 36TH FL<br>HOUSTON, TX 77002<br>email: jhiggins@porterhedges.com | QUICKSILVER RESOURCES INC.<br>ATTN ANN HOUSE<br>801 CHERRY STREET<br>SUITE 3700, UNIT 19<br>FORT WORTH, TX 76102<br>email: ahouse@qrinc.com |
| QUICKSILVER RESOURCES INC.<br>ATTN VANESSA GOMEZ LAGATTA<br>801 CHERRY STREET<br>SUITE 3700, UNIT 19<br>FORT WORTH, TX 76102<br>email: vgomez@qrinc.com | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN AMANDA R. STEELE<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON, DE 19801<br>email: steele@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A.<br>ATTN PAUL N. HEATH<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON, DE 19801<br>email: heath@rlf.com | SECURITIES EXCHANGE COMMISSION<br>ATTN SECRETARY OF THE TREASURY<br>100 F ST, NE<br>WASHINGTON, DC 20549<br>email: chairmanoffice@sec.gov; secbankruptcy@sec.gov |
| SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.<br>ATTN JOSHUA N EPPICH, ESQ<br>901 MAIN ST, STE 4600<br>DALLAS, TX 75202<br>email: jeppich@shannongracey.com | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>ATTN IRA BODENSTEIN<br>321 NORTH CLARK ST<br>SUITE 800<br>CHICAGO, IL 60654<br>email: ibodenstein@shawfishman.com |
| SIMPSON THACHER & BARTLETT LLC<br>ATTN MATTHEW EINBINDER<br>600 TRAVIS ST<br>STE 5400<br>HOUSTON, TX 77002-2909<br>email: meinbinder@stblaw.com | SIMPSON THACHER & BARTLETT LLC<br>ATTN ROBERT RENE RABALAIS<br>600 TRAVIS ST<br>STE 5400<br>HOUSTON, TX 77002-2909<br>email: rrabalais@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN CHRISTINE M MARSHALL, ESQ<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017-3954<br>email: christine.marshall@stblaw.com | SIMPSON THACHER & BARTLETT LLP<br>ATTN KATHERINE A MCLENDON, ESQ<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017-3954<br>email: kmclendon@stblaw.com |

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>ATTN STEVEN M. FUHRMAN<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017<br>email: sfuhrman@stblaw.com | STATE OF DELAWARE<br>ATTN KEN SIMPLER<br>OFFICE OF THE STATE TREASURER<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER, DE 19904<br>email: statetreasurer@state.de.us |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131<br>email: claims@recoverycorp.com | UNION PACIFIC RAILROAD COMPANY<br>ATTN JENNIE L ANDERSON<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179<br>email: JLANDERS01@UP.COM |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN MARY ANN KILGORE, ESQ<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179<br>email: mklLgore@up.com | US BANK NATIONAL ASSOCIATION<br>ATTN SANDRA SPIVEY<br>NEVADA FINANCIAL CENTER<br>2300 W SAHARA, STE 200<br>LAS VEGAS, NV 89102<br>email: sandra.spivey@usbank.com |
| US DEPT. OF JUSTICE<br>ATTN ERIC HOLDER, US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530<br>email: askdoj@usdoj.gov | US SECURITIES & EXCHANGE COMMISSION<br>ATTN SHARON BINGER, REG. DIRECTOR<br>PHILADELPHIA REGIONAL OFFICE<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA, PA 19103<br>email: philadelphia@sec.gov |
| US SECURITIES & EXCHANGE COMMISSION<br>BANKRUPTCY AND ENFORCEMENT<br>ATTN NEAL JACOBSON<br>BROOKFIELD PLACE, 200 VESEY ST, STE 400<br>NEW YORK, NY 10281-1022<br>email: NYROBankruptcy@SEC.GOV, Jacobsonn@sec.gov | VINSON & ELKINS LLP<br>ATTN HARRY A PERRIN, ESQ.<br>1001 FANNIN ST<br>STE 2500<br>HOUSTON, TX 77002-6760<br>email: hperrin@velaw.com |
| VINSON & ELKINS LLP<br>ATTN JOHN E WEST ESQ<br>1001 FANNIN ST, STE 2500<br>HOUSTON, TX 77002<br>email: jwest@velaw.com | WEIL, GOTSHAL & MANGES LLP<br>ATTN ALFREDO R. PÉREZ, ESQ<br>700 LOUISIANA ST, STE 1700<br>HOUSTON, TX 77002-2784<br>email: alfredo.perez@weil.com |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN CHRISTOPHER M. LÓPEZ, ESQ<br>700 LOUISIANA ST, STE 1700<br>HOUSTON, TX 77002-2784<br>email: chris.lopez@weil.com | WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ATTN PETER FINKEL<br>50 SOUTH SIXTH ST, STE 1290<br>MINNEAPOLIS, MN 55402<br>email: pfinkel@wilmingtontrust.com |

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN KARA HAMMOND COYLE, ESQ<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON, DE 19801<br>email: kcoyle@ycst.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN MICHAEL R NESTOR, ESQ<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON, DE 19801<br>email: mnestor@ycst.com |

# EXHIBIT B

ASHBY & GEDDES P.A.
GREGORY A TAYLOR ESQ
500 DELAWARE AVE 8TH FL
PO BOX 150
WILMINGTON, DE 19899

BANK OF NY MELLON TRUST COMPANY
ATTN RAFAEL MARTINEZ
601 TRAVIS ST, 16TH FL
HOUSTON, TX 77002

BENNETT JONES LLP
ATTN KEVIN J. ZYCH
3400 ONE FIRST CANADIAN PLACE
PO BOX 130
TORONTO, ONTARIO M5X 1A4 CANADA

BERKELEY RESEARCH GROUP, LLC
ATTN C KEARNS, MANAGING DIRECTOR
104 WEST 40TH ST, 16TH FL
NEW YORK, NY 10018

BERKELEY RESEARCH GROUP, LLC
ATTN MARK SHANKWEILER, ED
104 WEST 40TH ST, 16TH FL
NEW YORK, NY 10018

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN BENJAMIN NISSAN
THE BLACKSTONE GROUP
345 PARK AVE
NEW YORK, NY 10154

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN JON LURVEY
THE BLACKSTONE GROUP
345 PARK AVE
NEW YORK, NY 10154

BLAKE, CASSELS & GRAYDON LLP
855 2ND ST SW, STE 3500
CALGARY, ALBERTA T2P 4J8 CANADA

BLAKE, CASSELS & GRAYDON LLP
ATTN KELLY BOURASSA
855 2ND ST SW, STE 3500
CALGARY, ALBERTA T2P 4J8 CANADA

BMC GROUP, INC
T FEIL
300 CONTINENTAL BLVD #570
EL SEGUNDO, CA 90245

BUCHALTER NEMER
ATTN SHAWN M. CHRISTIANSON, ESQ
55 SECOND ST, FL 17
SAN FRANCISCO, CA 94105

CIARDI CIARDI & ASTIN
ATTN DANIEL K ASTIN, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN JOHN D MCLAUGHLIN JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN JOSEPH J MCMAHON JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801

CONNOLLY GALLAGHER LLP
KAREN C BIFFERATO
1000 WEST ST STE 1400
WILMINGTON, DE 19801

CONNOLLY GALLAGHER LLP
KELLY M CONLAN
1000 WEST ST STE 1400
WILMINGTON, DE 19801

CONWAY MACKENZIE
ATTN KENT J. LABER
2101 CEDAR SPRINGS RD STE 1900
DALLAS, TX 75201-2151

CONWAY MACKENZIE
ATTN SCOTT J. COCKERHAM
1301 MCKINNEY ST, STE 2025
HOUSTON, TX 77010

CREDIT SUISSE
ATTN LAURA K. SCHEMBRI
1 MADISON AVE
NEW YORK, NY 10010

CREDIT SUISSE
ATTN MEGAN KANE
1 MADISON AVE
NEW YORK, NY 10010

| | |
|---|---|
| CRESTWOOD MIDSTREAM PARTNERS LLP<br>JAMES D JOHNSTON, ESQ<br>VP, ASSOC GENERAL COUNSEL<br>700 LOUISIANA ST, STE 2550<br>HOUSTON, TX 77002 | CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>ATTN EVAN S. BORENSTEIN<br>101 PARK AVE<br>NEW YORK, NY 10178 |
| CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>ATTN JAMES V. DREW<br>101 PARK AVE<br>NEW YORK, NY 10178 | CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>ATTN STEVEN J. REISMAN<br>101 PARK AVE<br>NEW YORK, NY 10178 |
| CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>ATTN SUSANA M. NAMNUM<br>101 PARK AVE<br>NEW YORK, NY 10178 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS - FRANCHISE TAX<br>TOWNSEND BUILDING, STE 1<br>401 FEDERAL ST<br>PO BOX 898<br>DOVER, DE 19903 |
| DELAWARE SECRETARY OF TREASURY<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER, DE 19904 | DELAWARE TRUST COMPANY<br>ATTN BILL POPEO<br>2711 CENTERVILLE RD, STE 400<br>WILMINGTON, DE 19808 |
| DELOITTE TRANS/BUSINESS ANALYTICS<br>ATTN ANTHONY J. JACKSON<br>TEXAS COMMERCE TOWER<br>2200 ROSS AVE, STE 1600<br>DALLAS, TX 75201 | DELOITTE TRANS/BUSINESS ANALYTICS<br>ATTN JOHN LITTLE<br>TEXAS COMMERCE TOWER<br>2200 ROSS AVE, STE 1600<br>DALLAS, TX 75201 |
| EMMET, MARVIN & MARTIN, LLP<br>EDWARD P ZUJKOWSKI, ESQ<br>120 BROADWAY, FL 32<br>NEW YORK, NY 10271 | EMMET, MARVIN & MARTIN, LLP<br>THOMAS A PITTA, ESQ<br>120 BROADWAY, FL 32<br>NEW YORK, NY 10271 |
| FOLEY & LARDNER LLP<br>ATTN LARS A PETERSON<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654 | FOLEY & LARDNER LLP<br>MARK F HEBBELN<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654 |
| FOLEY & LARDNER LLP<br>MARK L PRAGER<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654 | FOX ROTHSCHILD LLP<br>JEFFREY M SCHLERF<br>CITIZENS BANK CENTER<br>919 NORTH MARKET ST, STE 300<br>WILMINGTON, DE 19899 |
| FOX ROTHSCHILD LLP<br>L JOHN BIRD, ESQ<br>CITIZENS BANK CENTER<br>919 NORTH MARKET ST, STE 300<br>WILMINGTON, DE 19801 | FRIED, FRANK, HARRIS,<br>SHRIVER & JACOBSON LLP<br>ATTN AARON ROTHMAN<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |
| FRIED, FRANK, HARRIS,<br>SHRIVER & JACOBSON LLP<br>ATTN BRAD ERIC SCHELER<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 | FRIED, FRANK, HARRIS, SHRIVER LLP<br>GARY L KAPLAN, ESQ<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER LLP<br>JENNIFER L RODBURG, ESQ<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 | GARDERE WYNNE SEWELL LLP<br>EVAN R BAKER<br>1601 ELM ST<br>SUITE 3000<br>DALLAS, TX 75201 |
| GARDERE WYNNE SEWELL LLP<br>HOLLAND N O'NEIL<br>1601 ELM ST<br>SUITE 3000<br>DALLAS, TX 75201 | GARDERE WYNNE SEWELL LLP<br>JOHN P MELKO<br>1601 ELM ST<br>SUITE 3000<br>DALLAS, TX 75201 |
| GOODMANS LLP/J. LATHAM<br>BAY ADELAIDE CENTRE<br>333 BAY ST, STE 3400<br>TORONTO, ON M5H 2S7 | HIERSCHE, HAYWARD, DRAKELEY<br>ATTN RUSSELL W. MILLS, ESQ.<br>15303 DALLAS PKWY, STE 700<br>ADDISON, TX 75001 |
| HUGHES WATTERS ASKANASE LLP<br>RANDALL A RIOS ESQ<br>THREE ALLEN CENTER<br>333 CLAY 29TH FL<br>HOUSTON, TX 77002 | INTERNAL REVENUE SERVICE<br>844 KING ST<br>WILMINGTON, DE 19801 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 12192<br>COVINGTON, KY 41012-0192 |
| JAMES S. BROUNER, ESQ.<br>12770 COIT RD<br>STE 541<br>DALLAS, TX 75251 | JOHNSON DELUCA KURISKY & GOULD<br>ATTN GEORGE A KURISKY JR, ESQ.<br>4 HOUSTON CENTER<br>1221 LAMAR STE 1000<br>HOUSTON, TX 77010 |
| JPMORGAN CHASE BANK, N.A.<br>ATTN ANNA LEAL<br>2200 ROSS AVE<br>DALLAS, TX 75201 | JPMORGAN CHASE BANK, N.A.<br>ATTN CRYSTAL BORTAN<br>2200 ROSS AVE, 3RD FL<br>DALLAS, TX 75201 |
| JPMORGAN CHASE BANK, N.A.<br>ATTN TRICIA S CARPEN<br>10 S DEARBORN, 36TH FL<br>CHICAGO, IL 60603 | KELLY HART & HALLMAN LLP<br>ATT: KATERHINE T HOPKINS<br>201 MAIN ST, STE 2500<br>FORT WORTH, TX 76102 |
| KELLY HART & HALLMAN LLP<br>ATT: MICHAEL A MCCONNELL<br>201 MAIN ST, STE 2500<br>FORT WORTH, TX 76102 | LANDIS RATH & COBB LLP<br>JOSEPH D WRIGHT ESQ<br>919 MARKET ST STE 1800<br>WILMINGTON, DE 19899 |

| | |
|---|---|
| LANDIS RATH & COBB LLP<br>MATTHEW B MCGUIRE ESQ<br>919 MARKET ST STE 1800<br>WILMINGTON, DE 19899 | LANDIS RATH & COBB LLP<br>RICHARD S COBB ESQ<br>919 MARKET ST STE 1800<br>WILMINGTON, DE 19899 |
| LATHAM & WATKINS LLP<br>DAVID A HAMMERMAN, ESQ<br>885 THIRD AVE<br>NEW YORK, NY 10022 | LATHAM & WATKINS LLP<br>KEITH A SIMON, ESQ<br>885 THIRD AVE<br>NEW YORK, NY 10022 |
| LATHAM & WATKINS LLP<br>MATTHEW L WARREN, ESQ<br>330 NORTH WABASH AVE<br>SUITE 2800<br>CHICAGO, IL 60611 | LATHAM & WATKINS, LLP<br>ATTN J. MICHAEL CHAMBERS<br>811 MAIN ST, STE 3700<br>HOUSTON, TX 77002 |
| LATHAM & WATKINS, LLP<br>MITCHELL A SEIDER<br>885 THIRD AVE, STE 1000<br>NEW YORK, NY 10022 | LAW OFFICE OF PATRICIA W PREWITT<br>PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE CT<br>NAVASOTA, TX 77868 |
| LINEBARGER GOGGAN BLAIR & SAMPSON<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | MASTER SIDLOW & ASSOCIATES, PA<br>ATTN JUDITH SCARBOROUGH<br>2002 WEST 14TH ST<br>WILMINGTON, DE 19806 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN LEE GORDON, ESQ.<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | MCGRANE LLP<br>ATTN GAVIN MCGRANE, ESQ.<br>FOUR EMBARCADERO CENTER, STE 1400<br>SAN FRANCISCO, CA 94111 |
| MILBANK TWEED HADLEY & MCCOY LLP<br>DENNIS F DUNNE<br>28 LIBERTY ST<br>NEW YORK, NY 10005 | MILBANK TWEED HADLEY & MCCOY LLP<br>SAMUEL A KHALIL<br>28 LIBERTY ST<br>NEW YORK, NY 10005 |
| MOELIS & COMPANY<br>ATTN BRYAN LASTRAPES<br>THREE ALLEN CENTER<br>333 CLAY ST, STE 3750<br>HOUSTON, TX 77002 | MOELIS & COMPANY<br>ATTN ROBERT J. FLACHS<br>1999 AVENUE OF THE STARS, STE 1900<br>LOS ANGELES, CA 90067 |
| MORRIS JAMES LLP<br>ATTN STEPHEN M. MILLER, ESQ.<br>500 DELAWARE AVE STE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801 | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>ATTN RACHEL R OBALDO, ASST ATTY GEN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN JANE LEAMY<br>REGION 3<br>844 KING ST, STE 2207<br>WILMINGTON, DE 19801 | OFFICE OF THE US ATTORNEY<br>ATTN CHARLES M. OBERLY, III<br>1007 ORANGE ST, STE 700<br>WILMINGTON, DE 19801 |

OFFICE OF THE US ATTORNEY
ATTN ELLEN W. SLIGHTS, ESQ
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19801

OFFICE OF THE US ATTORNEY
ATTN JOHN R. PARKER
BURNETT PLAZA, STE 1700
801 CHERRY ST, UNIT 4
FORT WORTH, TX 76102-6882

OFFICE OF THE US ATTORNEY
ATTN RONALD C. MACHEN JR.
555 4TH ST, NW
WASHINGTON, DC 20530

PACHULSKI STANG ZIEHL & JONES LLP
COLIN R ROBINSON, ESQ
919 N MARKET ST, FL 17
WILMINGTON, DE 19899

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES, ESQ
919 N MARKET ST, FL 17
WILMINGTON, DE 19899

PALMER & MANUEL LLP
LARRY CHEK
CAMPBELL CENTRE ONE
8350 N CENTRAL EXPRESSWAY STE 1111
DALLAS, TX 75206

PARKER POE ADAMS & BERNSTEIN LLP
KIAH T FORD IV, ESQ
401 SOUTH TRYON ST
STE 3000
CHARLOTTE, NC 28202

PAUL WEISS RIFKIND WHARTON & GARRIS
ADAM M DENHOFF ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRIS
ANDREW N ROSENBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRIS
ELIZABETH R MCCOLM ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PEPPER HAMILTON LLP
DAVID M FOURNIER, ESQ
HERCULES PLAZA, STE 5100
1313 N MARKET ST
WILMINGTON, DE 19801

PERDUE, BRANDON, FIELDER LLP
EBONY COBB
500 E BORDER ST
SUITE 640
ARLINGTON, TX 76010

PERDUE, BRANDON, FIELDER LLP
ELIZABETH BANDA CALVO
500 E BORDER ST
SUITE 640
ARLINGTON, TX 76010

PORTER HEDGES LLP
JOHN F HIGGINS, ESQ
1000 MAIN ST 36TH FL
HOUSTON, TX 77002

SECURITIES EXCHANGE COMMISSION
ATTN SECRETARY OF THE TREASURY
100 F ST, NE
WASHINGTON, DC 20549

SHANNON GRACEY RATLIFF & MILLER LLP
JOSHUA N EPPICH, ESQ
901 MAIN ST STE 4600
DALLAS, TX 75202

SIMPSON THACHER & BARTLETT LLC
ATTN MATTHEW EINBINDER
600 TRAVIS ST
STE 5400
HOUSTON, TX 77002-2909

SIMPSON THACHER & BARTLETT LLC
ATTN ROBERT RENE RABALAIS
600 TRAVIS ST
STE 5400
HOUSTON, TX 77002-2909

SIMPSON THACHER & BARTLETT LLP
ATTN: LINDA DAUGHERTY
2 HOUSTON CENTER
909 FANNIN STREET, SUITE 1475
HOUSTON, TX 77010

SIMPSON THACHER & BARTLETT LLP
CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>KATHERINE A MCLENDON, ESQ<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017 | SIMPSON THACHER & BARTLETT LLP<br>STEVEN M FUHRMAN<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017 |
| STATE OF DELAWARE<br>ATTN KEN SIMPLER<br>OFFICE OF THE STATE TREASURER<br>820 SILVER LAKE BLVD, STE 100<br>DOVER, DE 19904 | SYNCHRONY BANK<br>C/O RECOVERY MANGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN JENNIE L ANDERSON<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179 | UNION PACIFIC RAILROAD COMPANY<br>MARY ANN KILGORE, ESQ<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179 |
| US BANK NATIONAL ASSOCIATION<br>ATTN SANDRA SPIVEY<br>NEVADA FINANCIAL CENTER<br>2300 W SAHARA, STE 200<br>LAS VEGAS, NV 89102 | US DEPT. OF JUSTICE<br>ATTN ERIC HOLDER, US ATTY GENERAL<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530 |
| US SECURITIES & EXCHANGE COMMISSION<br>100 F ST, NE<br>WASHINGTON, DC 20549 | US SECURITIES & EXCHANGE COMMISSION<br>ATTN NEAL JACOBSON<br>BROOKFIELD PLACE<br>200 VESEY ST, STE 400<br>NEW YORK, NY 10281 |
| US SECURITIES & EXCHANGE COMMISSION<br>ATTN SHARON BINGER, PHIL REG OFFICE<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA, PA 19103 | VINSON & ELKINS LLP<br>ATTN HARRY A PERRIN, ESQ.<br>1001 FANNIN ST<br>STE 2500<br>HOUSTON, TX 77002 |
| VINSON & ELKINS LLP<br>JOHN E WEST ESQ<br>1001 FANNIN ST STE 2500<br>HOUSTON, TX 77002 | WILMINGTON TRUST, NA<br>ATTN PETER FINKEL<br>50 SOUTH SIXTH ST, STE 1290<br>MINNEAPOLIS, MN 55402 |
| YOUNG CONAWAY STARGATT & TAYLOR<br>KARA HAMMOND COYLE, ESQ<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR<br>MICHAEL R NESTOR, ESQ<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON, DE 19801 |