IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF DISINTERESTEDNESS OF GREGORY G. GIBSON IN SUPPORT OF RETENTION AS AN ORDINARY COURSE PROFESSIONAL**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am an attorney in private practice.

2. The Debtors have requested that that I provide legal services to the Debtors, primarily at their offices at 801 Cherry Street, Fort Worth, Texas, and I have consented to provide such services.

3. I may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to these chapter 11 cases for persons that are parties in interest in these chapter 11 cases. I do not perform services for any such person in connection with these chapter 11 cases nor do I have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

207540560

4. I have not agreed to share nor will I share any portion of the compensation to be received from the Debtors with any other person or entity.

5. I do not hold or represent any interest adverse to the Debtors or their estates with respect to the matter(s) upon which I am to be retained.

6. The Debtors owe me $1,000.00 for pre-petition services, the payment of which is subject to limitations contained in the Bankruptcy Code. I understand that my designation as an OCP does not entitle me to payment for services provided pre-petition outside of a confirmed plan.

7. I have not been retained by any creditors of the Debtors. At any time during the period of my retention, if I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Declaration.

Executed on
Date: December 1, 2015

Name: Gregory G. Gibson
Title: Attorney