# EXHIBIT A

## Quicksilver Resources Inc.
Professional Fees and Expenses
Monthly Fee Application

| Applicant | Time Period | Fees & Expenses in Application | Fees and Expenses Allowed/ Awarded | Date Filed | Objection Deadline |
|---|---|---|---|---|---|
| **Ernst & Young LLP**<br><br>425 Houston Street, Suite 600<br>Fort Worth, Texas 76102<br><br>*Audit Services Provider* | 9/1/15 through 9/30/15 | $228,991.25 (Fees)<br><br>$7,650.96 (Expenses) | $183,193.00 (Fees at 80%)<br><br>$7,650.96 (Expenses at 100%) | 11/9/15 | 11/30/15 at 4:00 p.m. (ET) |