# EXHIBIT A

**Quicksilver Resources Inc.**
Professional Fees and Expenses
Monthly Fee Application

| Applicant | Time Period | Fees & Expenses in Application | Fees and Expenses Allowed/ Awarded | Date Filed | Objection Deadline |
|---|---|---|---|---|---|
| **Houlihan Lokey Capital, Inc.**<br><br>100 Crescent Court, Suite 900<br>Dallas, TX 75201<br><br>*Financial Advisor and Investment Banker to the Debtors* | 9/1/15 through 9/30/15 | $150,000.00 (Fees)<br><br>$18,081.41 (Expenses) | $120,000.00 (Fees at 80%)<br><br>$18,081.41 (Expenses at 100%) | 11/9/15 | 11/30/15 at 4:00 p.m. (ET) |