IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | ) ) ) | Case No. 15-10585 (LSS) |
| Debtors. | ) ) ) ) ) | Jointly Administered |
|  |  | **Re: Docket Nos. 122 & 203** |

NOTICE OF FILING OF REPORT REGARDING PAYMENTS
MADE TO ORDINARY COURSE PROFESSIONALS
DURING THE PERIOD JULY 1, 2015 THROUGH SEPTEMBER 30, 2015

PLEASE TAKE NOTICE that, on March 25, 2015, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business* Nunc Pro Tunc *to the Petition Date* [Docket No. 122] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). Pursuant to the Motion, the Debtors sought entry of an order authorizing the Debtors to retain and compensate certain professionals utilized in the ordinary course of the Debtors' business.

PLEASE TAKE FURTHER NOTICE that, on April 14, 2015, the Court entered the *Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. ("Quicksilver") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

2

*Course of Business* Nunc Pro Tunc *to the Petition Date* [Docket No. 203] (the "Order")[2] granting the relief requested in the Motion.  Pursuant to the Order, the Debtors are authorized, but not required, to retain and pay certain ordinary course professionals.

PLEASE TAKE FURTHER NOTICE that, in accordance with paragraph 3(vii) of the Order, the Debtors are filing a report summarizing payments made to ordinary course professionals (the "Ordinary Course Professionals Report") during the period from July 1, 2015 through September 30, 2015, and have served a copy of the Ordinary Course Professionals Report on the Notice Parties.  A copy of the Ordinary Course Professionals Report is attached hereto as **Exhibit A**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion or the Order.

Wilmington, Delaware
Dated: December 4, 2015

*/s/ Rachel L. Biblo*
**RICHARDS, LAYTON & FINGER, P.A.**
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**