| | | For the Period from July 1, 2015 through September 30, 2015 | | | | Aggregate Post-Petition Payments through September 30, 2015 | | |
|---|---|---|---|---|---|---|---|---|
| OCP | Service Description | Compensation for Services | Expense Reimbursement | Total Payments | Three-Month Average Fees | Compensation for Services | Expense Reimbursement | Aggregate Total |
| ALBERT NEELY & KUHLMANN LLP | Legal (title opinions) | $375.00 | $0.00 | $375.00 | $125.00 | $1,000.00 | $0.00 | $1,000.00 |
| CTMI LLC | Accounting (property tax) | $106,425.00 | $0.00 | $106,425.00 | $35,475.00 | $106,425.00 | $0.00 | $106,425.00 |
| DAVIS POLK & WARDWELL LLP | Legal (general corporate) | $50,811.20 | $19.30 | $50,830.50 | $16,937.07 | $109,201.70 | $561.17 | $109,762.87 |
| GREGORY G. GIBSON | Legal (oil and gas) | $39,040.00 | $0.00 | $39,040.00 | $13,013.33 | $47,400.00 | $0.00 | $47,400.00 |
| JONES DAY | Legal (401(k) advice) | $6,412.50 | $0.00 | $6,412.50 | $2,137.50 | $6,412.50 | $0.00 | $6,412.50 |
| KELLY HART & HALLMAN LLP | Legal (litigation defense; oil and gas; tax-related litigation) | $37,323.50 | $136.04 | $37,459.54 | $12,441.17 | $41,889.50 | $156.04 | $42,045.54 |
| LITTLER MENDELSON PC | Legal (employment and immigration) | $245.00 | $0.00 | $245.00 | $81.67 | $2,646.00 | $0.00 | $2,646.00 |
| NORTON ROSE FULBRIGHT US LLP | Legal (counsel to independent members of Board of Directors) | $158,776.50 | $776.75 | $159,553.25 | $52,925.50 (1) | $158,776.50 | $776.75 | $159,553.25 |
| WHITLEY PENN LLP | Accounting (preparation of federal and state tax returns) | $36,886.00 | $0.00 | $36,886.00 | $12,295.33 | $153,902.00 | $483.00 | $154,385.00 |
| UPSTREAM TAX CONSULTING, LLC | Consulting (sales tax consulting) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| JONES WALKER LLP | Legal (property tax assessments) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

(1) In accordance with the Order, this chart reflects actual payments made to ordinary course professionals during the period from July 1, 2015 through September 30, 2015.  As a result, the compensation and reimbursement amounts for Norton Rose Fulbright US LLP ("Norton Rose") include fees and expenses attributable to both the prior quarter of April 1, 2015 through June 30, 2015, in addition to the current quarter of July 1, 2015 through September 30, 2015.  The total amount of fees incurred by Norton Rose during the current quarter (and excluding all fees attributable to the prior quarter) is $101,599.50, which corresponds to a monthly average of $33,866.50.