# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Quicksilver Resources Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10585 (LSS)<br><br>Jointly Administered<br><br>Hearing Date: N/A<br>Objection Deadline: December 2, 2015 at 4:00 p.m. (ET)<br><br>Ref. No. 840 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Necessary Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from June 1, 2015 through July 31, 2015* [D.I. 840], filed on November 11, 2015 (the "Application"). The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleading to the Application. Pursuant to the Notice, objections were to be filed and served no later than December 2, 2015.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

{1053.001-W0039601.}

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 195] the Debtors are now authorized to pay 80% ($391,438.80) of the requested fees ($489,298.50) and 100% ($5,225.07) of the requested expenses on an interim basis without further Court order.

Dated: December 4, 2015  
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Joseph D. Wright
_____
Richard S. Cobb (No. 3157)  
Matthew B. McGuire (No. 4366)  
Joseph D. Wright (No. 5669)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: cobb@lrclaw.com  
      mcguire@lrclaw.com  
      wright@lrclaw.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**  
Andrew N. Rosenberg  
Elizabeth R. McColm  
Adam M. Denhoff  
1285 Avenue of the Americas  
New York, New York 10019  
Telephone: (212) 373-3000  
Facsimile: (212) 757-3990  
E-mail: arosenberg@paulweiss.com  
      emccolm@paulweiss.com  
      adenhoff@paulweiss.com

*Counsel to the Official Committee of Unsecured Creditors*