# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) Case No. 15-10585 (LSS) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON ) 
                               ) ss
COUNTY OF KING          )

I, Eric Westberg, being duly sworn, depose and state:

1. I am a Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2. On December 3, 2015, at the direction of Akin Gump Strauss Hauer & Feld LLP, Counsel to the Debtors, and Richards, Layton & Finger, P.A., Local Counsel to the Debtors, I caused a true and correct copy of the following document to be served by courtesy e-mail on the parties identified on Exhibit A annexed hereto (Ordinary Course Professional Notice Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit B annexed hereto (Ordinary Course Professional Notice Parties):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

- **Declaration of Disinterestedness of Whitley Penn, LLC in Support of Retention as an Ordinary Course Professional** [Docket No. 911].

/s/ Eric Westberg<br>
Eric Westberg

Sworn to before me this 4th day of December, 2015

/s/ Mellissa H. Velo-Simpson
Mellissa H. Velo-Simpson
Notary Public, State of Washington
License No. 16726
Residing in Seattle
Commission Expires: September 16, 2018

# EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN CHARLES R GIBBS
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624
email: cgibbs@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH J CROW
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624
email: sjcrow@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH LINK SCHULTZ
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201
email: sschultz@akingump.com

ASHBY & GEDDES, P.A.
ATTN GREGORY A TAYLOR ESQ
500 DELAWARE AVE 8TH FL
PO BOX 1150
WILMINGTON, DE 19899
email: gtaylor@ashby-geddes.com

BMC GROUP, INC
ATTN T FEIL
300 CONTINENTAL BLVD #570
EL SEGUNDO, CA 90245
email: tfeil@bmcgroup.com

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN SHAWN M. CHRISTIANSON, ESQ
55 SECOND ST, FL 17
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

CIARDI CIARDI & ASTIN
ATTN DANIEL K ASTIN, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: dastin@ciardilaw.com

CIARDI CIARDI & ASTIN
ATTN JOHN D MCLAUGHLIN JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: jmclaughlin@ciardilaw.com

CIARDI CIARDI & ASTIN
ATTN JOSEPH J MCMAHON JR, ESQ.
1204 N KING ST
WILMINGTON, DE 19801
email: jmcmahon@ciardilaw.com

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN EBONY COBB
500 E BORDER ST, STE 640
ARLINGTON, TX 76010
email: ecobb@pbfcm.com

CITY OF HASLET
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN ELIZABETH BANDA CALVO
500 E BORDER ST, STE 640
ARLINGTON, TX 76010
email: ebcalvo@pbfcm.com

CONNOLLY GALLAGHER LLP
ATTN KAREN C BIFFERATO ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801
email: KBIFFERATO@CONNOLLYGALLAGHER.COM

CONNOLLY GALLAGHER LLP
ATTN KELLY M CONLAN ESQ
1000 WEST ST, STE 1400
WILMINGTON, DE 19801
email: KCONLAN@CONNOLLYGALLAGHER.COM

CRESTWOOD MIDSTREAM PARTNERS LP
ATTN JAMES D. JOHNSTON, ESQ
VP, ASSOCIATE GENERAL COUNSEL
700 LOUISIANA ST, STE 2550
HOUSTON, TX 77002
email: james.johnston@crestwoodlp.com

| | |
|---|---|
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN JAMES V. DREW ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178-0061<br>email: jdrew@curtis.com | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN STEVEN J. REISMAN ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178-0061<br>email: sreisman@curtis.com |
| EMMET, MARVIN & MARTIN, LLP<br>ATTN EDWARD P. ZUJKOWSKI, ESQ<br>120 BROADWAY, 32ND FL<br>NEW YORK, NY 10271<br>email: ezujkowski@emmetmarvin.com | EMMET, MARVIN & MARTIN, LLP<br>ATTN THOMAS A PITTA, ESQ<br>120 BROADWAY, 32ND FL<br>NEW YORK, NY 10271<br>email: tpitta@emmetmarvin.com |
| FISHMAN JACKSON<br>ATTN MARK H RALSTON, ESQ.<br>700 THREE GALLERIA TOWER<br>13155 NOEL ROAD LB 13<br>DALLAS, TX 75240<br>email: mralston@fishmanjackson.com | FOLEY & LARDNER LLP<br>ATTN LARS A PETERSON<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654-5313<br>email: lapeterson@foley.com |
| FOLEY & LARDNER LLP<br>ATTN MARK F HEBBELN<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654-5313<br>email: mhebbeln@foley.com | FOLEY & LARDNER LLP<br>ATTN MARK L PRAGER<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654-5313<br>email: mprager@foley.com |
| FOX ROTHSCHILD LLP<br>ATTN JEFFREY M. SCHLERF<br>CITIZENS BANK CENTER<br>919 NORTH MARKET ST, STE 300<br>WILMINGTON, DE 19899-2323<br>email: JSchlerf@foxrothschild.com | FOX ROTHSCHILD LLP<br>ATTN L JOHN BIRD, ESQ<br>CITIZENS BANK CENTER<br>919 NORTH MARKET ST, STE 300<br>WILMINGTON, DE 19801<br>email: lbird@foxrothschild.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN BRAD ERIC SCHELER<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>email: brad.scheler@friedfrank.com | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN GARY L KAPLAN<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>email: gary.kaplan@friedfrank.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN JENNIFER L RODBURG, ESQ<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>email: jennifer.rodburg@friedfrank.com | GARDERE WYNNE SEWELL LLP<br>ATTN EVAN R BAKER<br>1601 ELM ST, STE 3000<br>DALLAS, TX 75201<br>email: ebaker@gardere.com |

GARDERE WYNNE SEWELL LLP
ATTN HOLLAND N O'NEIL
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: honeil@gardere.com

GARDERE WYNNE SEWELL LLP
ATTN JOHN P MELKO
1601 ELM ST, STE 3000
DALLAS, TX 75201
email: jmelko@gardere.com

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
ATTN RUSSELL W. MILLS, ESQ.
15303 DALLAS PKWY, STE 700
ADDISON, TX 75001
email: rmills@hhdulaw.com

HUGHES WATTERS ASKANASE LLP
ATTN RANDALL A RIOS ESQ
THREE ALLEN CENTER
333 CLAY 29TH FL
HOUSTON, TX 77002
email: rrios@hwa.com

JAMES S. BROUNER, ESQ.
12770 COIT RD
STE 541
DALLAS, TX 75251
email: brounerj@earthlink.net

JOHNSON DELUCA KURISKY & GOULD, P.C.
ATTN GEORGE A KURISKY JR, ESQ.
4 HOUSTON CENTER
1221 LAMAR, STE 1000
HOUSTON, TX 77010
email: gkurisky@jdkglaw.com

KELLY HART & HALLMAN LLP
ATTN KATHERINE T HOPKINS
201 MAIN ST, STE 2500
FORT WORTH, TX 76102
email: katherine.hopkins@kellyhart.com

KELLY HART & HALLMAN LLP
ATTN MICHAEL A MCCONNELL
201 MAIN ST, STE 2500
FORT WORTH, TX 76102
email: michael.mcconnell@kellyhart.com

LANDIS RATH & COBB LLP
ATTN JOSEPH D WRIGHT ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: wright@lrclaw.com

LANDIS RATH & COBB LLP
ATTN MATTHEW B MCGUIRE ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: mcguire@lrclaw.com

LANDIS RATH & COBB LLP
ATTN RICHARD S COBB ESQ
919 MARKET ST, STE 1800
WILMINGTON, DE 19899
email: cobb@lrclaw.com

LATHAM & WATKINS LLP
ATTN DAVID A HAMMERMAN, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834
email: david.hammerman@lw.com

LATHAM & WATKINS LLP
ATTN KEITH A SIMON, ESQ
885 THIRD AVE
NEW YORK, NY 10022-4834
email: keith.simon@lw.com

LATHAM & WATKINS LLP
ATTN MATTHEW L WARREN, ESQ
330 NORTH WABASH AVE
STE 2800
CHICAGO, IL 60611
email: matthew.warren@lw.com

| | |
|---|---|
| LATHAM & WATKINS LLP<br>ATTN MITCHELL A. SEIDER<br>885 THIRD AVE<br>NEW YORK, NY 10022-4834<br>email: Mitchell.Seider@lw.com | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>ATTN PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE CT<br>NAVASOTA, TX 77868<br>email: pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br>email: houston_bankruptcy@lgbs.com | LINEBARGER GOGGAN CLAIR & SAMPSON, LLP<br>ATTN ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY<br>STE 1000<br>DALLAS, TX 75207<br>email: dallas.bankruptcy@publicans.com |
| MASTER SIDLOW & ASSOCIATES, PA<br>ATTN JUDITH SCARBOROUGH<br>2002 WEST 14TH ST<br>WILMINGTON, DE 19806<br>email: jscarborough@mastersidlow.com | MCGRANE LLP<br>ATTN GAVIN MCGRANE, ESQ.<br>FOUR EMBARCADERO CENTER, STE 1400<br>SAN FRANCISCO, CA 94111<br>email: ecf@pacerpro.com |
| MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN DENNIS F. DUNNE<br>28 LIBERTY ST<br>NEW YORK, NY 10005<br>email: DDunne@milbank.com | MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN SAMUEL A. KHALIL<br>28 LIBERTY ST<br>NEW YORK, NY 10005<br>email: skhalil@milbank.com |
| MORRIS JAMES LLP<br>STEPHEN M. MILLER, ESQ.<br>500 DELAWARE AVE STE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801-1494<br>email: smiller@morrisjames.com | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>ATTN RACHEL R OBALDO, ASST ATTY GEN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>email: rachel.obaldo@texasattorneygeneral.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN COLIN R ROBINSON, ESQ<br>919 N MARKET ST, FL 17<br>PO BOX 8705<br>WILMINGTON, DE 19899-8705<br>email: crobinson@pszjlaw.com | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN LAURA DAVIS JONES, ESQ<br>919 N MARKET ST, FL 17<br>PO BOX 8705<br>WILMINGTON, DE 19899-8705<br>email: ljones@pszjlaw.com |
| PALMER & MANUEL, L.L.P.<br>ATTN LARRY CHEK ESQ<br>CAMPBELL CENTRE ONE<br>8350 N CENTRAL EXPRESSWAY STE 1111<br>DALLAS, TX 75206<br>email: LCHEK@PAMLAW.COM | PARKER POE ADAMS & BERNSTEIN LLP<br>ATTN KIAH T FORD IV, ESQ<br>401 SOUTH TRYON ST<br>STE 3000<br>CHARLOTTE, NC 28202<br>email: chipford@parkerpoe.com |

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ADAM M DENHOFF ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: adenhoff@paulweiss.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ANDREW N ROSENBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: arosenberg@paulweiss.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ELIZABETH R MCCOLM ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: emccolm@paulweiss.com

PEPPER HAMILTON LLP
ATTN DAVID M. FOURNIER, ESQ
HERCULES PLAZA, STE 5100
1313 N. MARKET ST, PO BOX 1709
WILMINGTON, DE 19801-1709
email: fournierd@pepperlaw.com

PORTER HEDGES LLP
ATTN JOHN F HIGGINS, ESQ
1000 MAIN ST, 36TH FL
HOUSTON, TX 77002
email: jhiggins@porterhedges.com

RICHARDS, LAYTON & FINGER, P.A.
ATTN PAUL N. HEATH
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON, DE 19801
email: heath@rlf.com

SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.
ATTN JOSHUA N EPPICH, ESQ
901 MAIN ST, STE 4600
DALLAS, TX 75202
email: jeppich@shannongracey.com

SIMPSON THACHER & BARTLETT LLP
ATTN CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954
email: christine.marshall@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN KATHERINE A MCLENDON, ESQ
425 LEXINGTON AVE
NEW YORK, NY 10017-3954
email: kmclendon@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN STEVEN M. FUHRMAN
425 LEXINGTON AVE
NEW YORK, NY 10017
email: sfuhrman@stblaw.com

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION
ATTN PRESIDENT, MANAGING OR GENERAL AGENT
25 SE 2ND AVE STE 1120
MIAMI, FL 33131
email: claims@recoverycorp.com

UNION PACIFIC RAILROAD COMPANY
ATTN JENNIE L ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179
email: JLANDERS01@UP.COM

UNION PACIFIC RAILROAD COMPANY
ATTN MARY ANN KILGORE, ESQ
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179
email: mkILgore@up.com

VINSON & ELKINS LLP
ATTN HARRY A PERRIN, ESQ.
1001 FANNIN ST
STE 2500
HOUSTON, TX 77002-6760
email: hperrin@velaw.com

| | |
|---|---|
| VINSON & ELKINS LLP<br>ATTN JOHN E WEST ESQ<br>1001 FANNIN ST, STE 2500<br>HOUSTON, TX 77002<br>email: jwest@velaw.com | WEIL, GOTSHAL & MANGES LLP<br>ATTN ALFREDO R. PÉREZ, ESQ<br>700 LOUISIANA ST, STE 1700<br>HOUSTON, TX 77002-2784<br>email: alfredo.perez@weil.com |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN CHRISTOPHER M. LÓPEZ, ESQ<br>700 LOUISIANA ST, STE 1700<br>HOUSTON, TX 77002-2784<br>email: chris.lopez@weil.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN KARA HAMMOND COYLE, ESQ<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON, DE 19801<br>email: kcoyle@ycst.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN MICHAEL R NESTOR, ESQ<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON, DE 19801<br>email: mnestor@ycst.com | |

# **EXHIBIT B**

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN CHARLES R GIBBS<br>1700 PACIFIC AVE, STE 4100<br>DALLAS, TX 75201-4624 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN SARAH LINK SCHULTZ<br>1700 PACIFIC AVE, STE 4100<br>DALLAS, TX 75201 |
| ASHBY & GEDDES, P.A.<br>ATTN GREGORY A TAYLOR ESQ<br>500 DELAWARE AVE 8TH FL<br>PO BOX 1150<br>WILMINGTON, DE 19899 | BMC GROUP, INC<br>ATTN T FEIL<br>300 CONTINENTAL BLVD #570<br>EL SEGUNDO, CA 90245 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>ATTN SHAWN M. CHRISTIANSON, ESQ<br>55 SECOND ST, FL 17<br>SAN FRANCISCO, CA 94105-3493 | CIARDI CIARDI & ASTIN<br>ATTN DANIEL K ASTIN, ESQ.<br>1204 N KING ST<br>WILMINGTON, DE 19801 |
| CIARDI CIARDI & ASTIN<br>ATTN JOHN D MCLAUGHLIN JR, ESQ.<br>1204 N KING ST<br>WILMINGTON, DE 19801 | CIARDI CIARDI & ASTIN<br>ATTN JOSEPH J MCMAHON JR, ESQ.<br>1204 N KING ST<br>WILMINGTON, DE 19801 |
| CITY OF HASLET<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>ATTN EBONY COBB<br>500 E BORDER ST, STE 640<br>ARLINGTON, TX 76010 | CITY OF HASLET<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>ATTN ELIZABETH BANDA CALVO<br>500 E BORDER ST, STE 640<br>ARLINGTON, TX 76010 |
| CONNOLLY GALLAGHER LLP<br>ATTN KAREN C BIFFERATO ESQ<br>1000 WEST ST, STE 1400<br>WILMINGTON, DE 19801 | CONNOLLY GALLAGHER LLP<br>ATTN KELLY M CONLAN ESQ<br>1000 WEST ST, STE 1400<br>WILMINGTON, DE 19801 |
| CRESTWOOD MIDSTREAM PARTNERS LP<br>ATTN JAMES D. JOHNSTON, ESQ<br>VP, ASSOCIATE GENERAL COUNSEL<br>700 LOUISIANA ST, STE 2550<br>HOUSTON, TX 77002 | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN JAMES V. DREW ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178-0061 |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN STEVEN J. REISMAN ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178-0061 | EMMET, MARVIN & MARTIN, LLP<br>ATTN EDWARD P. ZUJKOWSKI, ESQ<br>120 BROADWAY, 32ND FL<br>NEW YORK, NY 10271 |
| EMMET, MARVIN & MARTIN, LLP<br>ATTN THOMAS A PITTA, ESQ<br>120 BROADWAY, 32ND FL<br>NEW YORK, NY 10271 | FOLEY & LARDNER LLP<br>ATTN LARS A PETERSON<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654-5313 |
| FOLEY & LARDNER LLP<br>ATTN MARK F HEBBELN<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654-5313 | FOLEY & LARDNER LLP<br>ATTN MARK L PRAGER<br>321 NORTH CLARK ST, STE 2800<br>CHICAGO, IL 60654-5313 |

| | |
|---|---|
| FOX ROTHSCHILD LLP<br>ATTN JEFFREY M. SCHLERF<br>CITIZENS BANK CENTER<br>919 NORTH MARKET ST, STE 300<br>WILMINGTON, DE 19899-2323 | FOX ROTHSCHILD LLP<br>ATTN L JOHN BIRD, ESQ<br>CITIZENS BANK CENTER<br>919 NORTH MARKET ST, STE 300<br>WILMINGTON, DE 19801 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN AARON ROTHMAN<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN BRAD ERIC SCHELER<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN GARY L KAPLAN<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN JENNIFER L RODBURG, ESQ<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |
| GARDERE WYNNE SEWELL LLP<br>ATTN EVAN R BAKER<br>1601 ELM ST, STE 3000<br>DALLAS, TX 75201 | GARDERE WYNNE SEWELL LLP<br>ATTN HOLLAND N O'NEIL<br>1601 ELM ST, STE 3000<br>DALLAS, TX 75201 |
| GARDERE WYNNE SEWELL LLP<br>ATTN JOHN P MELKO<br>1601 ELM ST, STE 3000<br>DALLAS, TX 75201 | HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.<br>ATTN RUSSELL W. MILLS, ESQ.<br>15303 DALLAS PKWY, STE 700<br>ADDISON, TX 75001 |
| HUGHES WATTERS ASKANASE LLP<br>ATTN RANDALL A RIOS ESQ<br>THREE ALLEN CENTER<br>333 CLAY 29TH FL<br>HOUSTON, TX 77002 | JAMES S. BROUNER, ESQ.<br>12770 COIT RD<br>STE 541<br>DALLAS, TX 75251 |
| JOHNSON DELUCA KURISKY & GOULD, P.C.<br>ATTN GEORGE A KURISKY JR, ESQ.<br>4 HOUSTON CENTER<br>1221 LAMAR, STE 1000<br>HOUSTON, TX 77010 | KELLY HART & HALLMAN LLP<br>ATTN KATHERINE T HOPKINS<br>201 MAIN ST, STE 2500<br>FORT WORTH, TX 76102 |
| KELLY HART & HALLMAN LLP<br>ATTN MICHAEL A MCCONNELL<br>201 MAIN ST, STE 2500<br>FORT WORTH, TX 76102 | LANDIS RATH & COBB LLP<br>ATTN JOSEPH D WRIGHT ESQ<br>919 MARKET ST, STE 1800<br>WILMINGTON, DE 19899 |
| LANDIS RATH & COBB LLP<br>ATTN MATTHEW B MCGUIRE ESQ<br>919 MARKET ST, STE 1800<br>WILMINGTON, DE 19899 | LANDIS RATH & COBB LLP<br>ATTN RICHARD S COBB ESQ<br>919 MARKET ST, STE 1800<br>WILMINGTON, DE 19899 |
| LATHAM & WATKINS LLP<br>ATTN DAVID A HAMMERMAN, ESQ<br>885 THIRD AVE<br>NEW YORK, NY 10022-4834 | LATHAM & WATKINS LLP<br>ATTN KEITH A SIMON, ESQ<br>885 THIRD AVE<br>NEW YORK, NY 10022-4834 |

| | |
|---|---|
| LATHAM & WATKINS LLP<br>ATTN MATTHEW L WARREN, ESQ<br>330 NORTH WABASH AVE<br>STE 2800<br>CHICAGO, IL 60611 | LATHAM & WATKINS LLP<br>ATTN MITCHELL A. SEIDER<br>885 THIRD AVE<br>NEW YORK, NY 10022-4834 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>ATTN PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE CT<br>NAVASOTA, TX 77868 | LINEBARGER GOGGAN CLAIR & SAMPSON, LLP<br>ATTN ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY<br>STE 1000<br>DALLAS, TX 75207 |
| MASTER SIDLOW & ASSOCIATES, PA<br>ATTN JUDITH SCARBOROUGH<br>2002 WEST 14TH ST<br>WILMINGTON, DE 19806 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN LEE GORDON, ESQ.<br>PO BOX 1269<br>ROUND ROCK, TX 78680 |
| MCGRANE LLP<br>ATTN GAVIN MCGRANE, ESQ.<br>FOUR EMBARCADERO CENTER, STE 1400<br>SAN FRANCISCO, CA 94111 | MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN DENNIS F. DUNNE<br>28 LIBERTY ST<br>NEW YORK, NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN SAMUEL A. KHALIL<br>28 LIBERTY ST<br>NEW YORK, NY 10005 | MORRIS JAMES LLP<br>STEPHEN M. MILLER, ESQ.<br>500 DELAWARE AVE STE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19801-1494 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>ATTN RACHEL R OBALDO, ASST ATTY GEN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN JANE LEAMY<br>REGION 3<br>844 KING ST, STE 2207<br>WILMINGTON, DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN COLIN R ROBINSON, ESQ<br>919 N MARKET ST, FL 17<br>PO BOX 8705<br>WILMINGTON, DE 19899-8705 | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN LAURA DAVIS JONES, ESQ<br>919 N MARKET ST, FL 17<br>PO BOX 8705<br>WILMINGTON, DE 19899-8705 |
| PALMER & MANUEL, L.L.P.<br>ATTN LARRY CHEK ESQ<br>CAMPBELL CENTRE ONE<br>8350 N CENTRAL EXPRESSWAY STE 1111<br>DALLAS, TX 75206 | PARKER POE ADAMS & BERNSTEIN LLP<br>ATTN KIAH T FORD IV, ESQ<br>401 SOUTH TRYON ST<br>STE 3000<br>CHARLOTTE, NC 28202 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ADAM M DENHOFF ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ANDREW N ROSENBERG ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ELIZABETH R MCCOLM ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | PEPPER HAMILTON LLP<br>ATTN DAVID M. FOURNIER, ESQ<br>HERCULES PLAZA, STE 5100<br>1313 N. MARKET ST, PO BOX 1709<br>WILMINGTON, DE 19801-1709 |

| | |
|---|---|
| PORTER HEDGES LLP<br>ATTN JOHN F HIGGINS, ESQ<br>1000 MAIN ST, 36TH FL<br>HOUSTON, TX 77002 | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN PAUL N. HEATH<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON, DE 19801 |
| SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.<br>ATTN JOSHUA N EPPICH, ESQ<br>901 MAIN ST, STE 4600<br>DALLAS, TX 75202 | SIMPSON THACHER & BARTLETT LLP<br>ATTN CHRISTINE M MARSHALL, ESQ<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017-3954 |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN KATHERINE A MCLENDON, ESQ<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017-3954 | SIMPSON THACHER & BARTLETT LLP<br>ATTN STEVEN M. FUHRMAN<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017 |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | UNION PACIFIC RAILROAD COMPANY<br>ATTN JENNIE L ANDERSON<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179 |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN MARY ANN KILGORE, ESQ<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179 | VINSON & ELKINS LLP<br>ATTN HARRY A PERRIN, ESQ.<br>1001 FANNIN ST<br>STE 2500<br>HOUSTON, TX 77002-6760 |
| VINSON & ELKINS LLP<br>ATTN JOHN E WEST ESQ<br>1001 FANNIN ST, STE 2500<br>HOUSTON, TX 77002 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN KARA HAMMOND COYLE, ESQ<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON, DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN MICHAEL R NESTOR, ESQ<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON, DE 19801 | |