**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **Quicksilver Resources Inc., et al.,** | Case No. 15-10585 (LSS) |
| Debtors.[1] | Jointly Administered |

**COVER SHEET FOR SEVENTH MONTHLY FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR THE PERIOD OF OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | Houlihan Lokey Capital, Inc. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors-in-possession |
| Date of Retention: | April 27, 2015, *nunc pro tunc* to March 17, 2015 |
| Period for which compensation and reimbursement are sought: | October 1, 2015 through October 31, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $150,000.00, (80% of which equals $120,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $3,943.05 |

This is a(n):    X Monthly        ___ Interim        ___ Final Application

Is this a first monthly application?    Yes        No X

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 7/1/2015 | 3/17/2015 - 4/30/2015 | $222,580.65 | $1,899.55 |
| 7/30/2015 | 5/1/2015 - 5/31/2015 | $120,000.00 | $10,576.98 |
| 7/30/2015 | 6/1/2015 - 6/30/2015 | $120,000.00 | $878.04 |
| 8/13/2015[1] | 3/17/2015 - 6/30/2015 | $522,580.65 | $13,354.57 |
| 9/16/2015 | 7/1/2015 - 7/31/2015 | $120,000.00 | $5,793.38 |
| 10/5/2015 | 8/1/2015 - 8/31/2015 | $120,000.00 | $14,005.51 |
| 11/9/2015 | 9/1/2015 - 9/30/2015 | $120,000.00 | $18,081.41 |

(1) Represents Houlihan Lokey's Interim Fee Application [D.I. 556].

**Quicksilver Resources Inc.**
*Houlihan Lokey Work Hours Summary*                                                                                       *October 1, 2015 - October 31, 2015*

**Houlihan Lokey - Quicksilver Resources Inc. Work Hours Summary**
**October 1, 2015 - October 31, 2015**

| Employee | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| John-Paul Hanson | 3.5 | 2.5 | 3.0 | 29.5 | 5.0 | **43.5** |
| Adam Dunayer | 6.0 | 2.5 | 3.0 | 31.0 | 4.0 | **46.5** |
| Michael Boone | 1.0 | 2.5 | 1.0 | 32.5 | 0.0 | **37.0** |
| Dan Crowley | 4.5 | 1.0 | 2.0 | 5.0 | 5.0 | **17.5** |
| Michael Haney | 4.5 | 1.0 | 2.0 | 16.5 | 2.5 | **26.5** |
| Marcus Bellows | 36.0 | 0.5 | 3.0 | 58.5 | 8.0 | **106.0** |
| Justin Zammit | 30.5 | 1.5 | 3.0 | 53.5 | 11.5 | **100.0** |
| Scott Ingles | 42.5 | 1.5 | 3.5 | 40.0 | 10.0 | **97.5** |
| Neel Gupta | 30.5 | 1.5 | 3.0 | 6.0 | 12.5 | **53.5** |
| Jordan Gaglione | 40.5 | 0.5 | 2.0 | 0.0 | 2.0 | **45.0** |
| **Total** | **199.5** | **15.0** | **25.5** | **272.5** | **60.5** | **573.0** |

| | **Legend** |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

**EXPENSE SUMMARY**

| Expense Category | Amount Incurred |
|---|---|
| Airfare | $1,082.20 |
| Lodging | 1,042.75 |
| Ground Transportation | 393.44 |
| Travel and Overtime Meals | 1,110.34 |
| Telephone and Data | 314.32 |
| **Total Expenses** | **$3,943.05** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| Quicksilver Resources Inc., et al., | : Case No. 15-10585 (LSS) |
| Debtors.¹ | : Jointly Administered |

**SEVENTH MONTHLY FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR THE PERIOD OF
OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

Houlihan Lokey Capital, Inc. ("Houlihan Lokey"), as financial advisor and investment banker to the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submits its application for compensation and reimbursement of expenses (the "Application") pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 195] (the "Interim Compensation Order"). By the Application, Houlihan Lokey seeks

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; OPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

compensation for investment banking services performed and expenses incurred during the period commencing October 1, 2015 through October 31, 2015 (the "Application Period").

By this Application, Houlihan Lokey requests: (a) monthly allowance of compensation of $150,000.00 (80% of which equals $120,000.00) and (b) reimbursement of $3,943.05 in expenses in accordance with the Interim Compensation Order. Therefore, the total payment requested (80% of fees and 100% of expenses) to be paid for the Application Period is $123,943.05.

Pursuant to Local Bankruptcy Rule 2016-2, this Application is supported by the Certification of Adam L. Dunayer, which is annexed hereto as Exhibit A. In support of this Application, Houlihan Lokey states as follows:

## BACKGROUND

1. On March 17, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On March 25, 2015, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee") in these cases.

3. On March 25, 2015, the Debtors filed an application for an order approving the employment and retention of Houlihan Lokey [Docket No. 129] (the "Retention Application").

4. On April 27, 2015, the Court entered its Order approving the Retention Application [Docket No. 284] (the "Retention Order").

5. On August 20, 2015, the Court entered its Order appointing a fee examiner (the

"Fee Examiner") in these cases [Docket No. 582].

6.  The terms and conditions of Houlihan Lokey's engagement in these cases, which are embodied in the Retention Application and approved by the Court, are based upon Houlihan Lokey's Engagement Agreement with the Debtor as of January 27, 2014 (the "Engagement Agreement"). Pursuant to the Engagement Agreement, Houlihan Lokey is to be compensated monthly fees totaling $150,000.00 for the period from October 1, 2015 through October 31, 2015.

7.  In addition, the Engagement Agreement entitles Houlihan Lokey to receive reimbursement of all actual and reasonable out-of-pocket expenses.

8.  As detailed in the Retention Application, the terms of the Engagement Agreement are comparable to the terms Houlihan Lokey and other financial advisors and investment bankers have agreed upon in similar engagements, both in and outside of bankruptcy.

By this Application, Houlihan Lokey requests: (a) monthly allowance of compensation of $150,000.00 (80% of which equals $120,000.00) and (b) reimbursement of $3,943.05 in expenses in accordance with the Interim Compensation Order. Therefore, the total payment requested (80% of fees and 100% of expenses) to be paid for the Application Period is $123,943.05.

9.  For the convenience of the Court and all parties in interest, attached hereto as Exhibit B are detailed time records setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

## SUMMARY OF SERVICES PROVIDED BY HOULIHAN LOKEY

10. Since January 27, 2014, Houlihan Lokey has worked diligently on the matters for

which it was engaged and, as a result, and is uniquely situated to advise the Debtors. The Debtors chose Houlihan Lokey to act as its financial advisor and investment banker because, *inter alia*, Houlihan Lokey has substantial experience in financial restructuring and oil and gas investment banking services and other relevant expertise.

11. During the Application Period, although a number of professionals have worked on this engagement, the following professionals in Houlihan Lokey's New York and Dallas offices have performed substantial services to the Debtors in this case:

| | |
|---|---|
| John-Paul Hanson | – Managing Director |
| Adam Dunayer | – Managing Director |
| Michael Boone | – Director |
| Daniel Crowley | – Senior Vice President |
| Michael Haney | – Vice President |
| Marcus Bellows | – Associate |
| Justin Zammit | – Associate |
| Scott Ingles | – Financial Analyst |
| Neel Gupta | – Financial Analyst |
| Jordan Gaglione | – Financial Analyst |

12. During the Application Period, Houlihan Lokey's work on behalf of the Debtors involved five separate categories of work, which included:

a) General Case Administration

b) Correspondence with Debtors and Advisors

c) Correspondence with Creditors

d) Other Correspondence

e) Analysis, Presentation and Due Diligence

**A.     General Case Administration.**     During the Application Period, Houlihan Lokey expended significant effort to coordinate various case administration tasks necessary to assist the Debtors in their efforts to effectuate a successful restructuring. This work

included: assisting the Debtors and the Debtors' legal counsel in reviewing and drafting court documents; attending court hearings; preparing Houlihan Lokey's fee applications; and other miscellaneous tasks related to the bankruptcy cases.

    **B. Correspondence with Debtors and Debtors' Advisors.** Houlihan Lokey engaged in extensive correspondence, meetings and calls with the Debtors' management, board, counsel, and the Debtors' other advisors in these chapter 11 cases, as well as significant preparations related to such communications. In addition, Houlihan Lokey provided periodic situational updates to the Debtors. During these updates, Houlihan Lokey reported on the status of the restructuring process, feedback from other parties-in-interest, and the status of diligence and other process-related issues. Houlihan Lokey spent considerable time exploring and evaluating various potential outcomes and strategies for the restructuring process along with the Debtors' other advisors.

    **C. Correspondence with Creditors and Creditors' Advisors.** During the Application Period, Houlihan Lokey expended a considerable amount of effort communicating both telephonically and in-person with the Debtors' creditors and the creditors' advisors. These creditors included both secured and unsecured creditors and their respective advisors. Key areas of discussion included: negotiations over the use of cash collateral; structure of a potential plan of reorganization or other restructuring transaction; estimates and treatment of various classes of claims; discussion of the Debtors' businesses, investment merits/risks, broader industry dynamics; and other such matters pertaining to the Debtors' businesses. Houlihan Lokey also spent a considerable amount of time facilitating diligence and providing situation updates.

    **D. Other Correspondence.** Houlihan Lokey corresponded with non-creditor parties-in-interest during its engagement. Such correspondence included corresponding

9

and negotiating with certain midstream service providers regarding a process to reject and / or renegotiate contract terms.

        **E.**      **Analysis, Presentation and Due Diligence.**  During the Application Period, Houlihan Lokey completed numerous analyses, charts and accompanying presentations to assist with the various processes related to these cases, including preparation of sale process materials. In addition, Houlihan Lokey reviewed and analyzed the Debtors' financial performance during the Application Period, including its liquidity position and operating results.

        13.    Pursuant to the Retention Order, Houlihan Lokey is excused from complying with the information requirements contained in Local Bankruptcy Rule 2016-2(d). Instead, Houlihan Lokey has maintained reasonably detailed time records in 0.5 hour increments containing descriptions of those services rendered for the Debtors. Such detailed time records are set forth in <u>Exhibit B</u>.

## HOULIHAN LOKEY'S APPLICATION

        14.    The professional services and related expenses that are the subject of this Application were rendered and incurred in connection with these cases, and in discharge of Houlihan Lokey's professional responsibilities as financial advisor and investment banker for the Debtors in these chapter 11 cases. Houlihan Lokey's services have been substantial, necessary, and beneficial to the Debtors in this case. Houlihan Lokey believes that the fees and expenses requested by this Application are reasonable and necessary given the variety and complexity of the issues involved in these cases, the need to act or respond on an expedited basis to those issues, and are contemplated by the Bankruptcy Code and this Court's Retention Order.

        15.    All requested expenses are in compliance with Local Bankruptcy Rule 2016-2.

Houlihan Lokey has maintained detailed records of actual and necessary expenses incurred. Accordingly, Houlihan Lokey requests (a) monthly allowance of compensation of $150,000.00 (80% of which equals $120,000.00) and (b) reimbursement of $3,943.05 in expenses in accordance with the Interim Compensation Order. The expense detail is outlined in <u>Exhibit D</u> attached hereto. The total payment requested (80% of fees and 100% of expenses) to be paid for the Application Period is $123,943.05.

      WHEREFORE, Houlihan Lokey requests that the Court enter an order providing that, for the period of October 1, 2015 through October 31, 2015, a monthly allowance be made to Houlihan Lokey for: (a) compensation during the Application Period in the amount of $150,000.00 for professional services rendered (80% of which equals $120,000.00), (b) reimbursement of $3,943.05 in expenses in accordance with the Interim Compensation Order, and (c) granting any such and further relief as the Court may deem proper.

Dated:   December 6, 2015
         Dallas, Texas

HOULIHAN LOKEY CAPITAL, INC.

By: _____
Adam L. Dunayer
Managing Director

100 Crescent Court
Suite 900
Dallas, TX 75201
214-220-8483

*Financial Advisor and Investment Banker to
the Debtors and Debtors-in-Possession*