# EXHIBIT A

# CERTIFICATION OF ADAM L. DUNAYER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **Quicksilver Resources Inc., <u>et al.</u>,** | : | **Case No. 15-10585 (LSS)** |
| | : | |
| Debtors.[1] | : | **Jointly Administered** |
| | : | |
| | : | |
| ------------------------------------------------------------ x | | |

**CERTIFICATION OF ADAM L. DUNAYER**

1. I am a Managing Director of Houlihan Lokey Capital, Inc., and I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rule</u>").

2. I have read this Seventh Monthly Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the Period of October 1, 2015 through October 31, 2015 (the "<u>Application</u>").

3. I understand the Local Rule and, to the best of my knowledge, information and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application materially comply with the provisions of the Local Rule, the United States Bankruptcy Code and the Orders of this Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771 ]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; OPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701 ]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

_____
Adam L. Dunayer
Managing Director