**EXHIBIT B**

**DETAIL OF HOURS EXPENDED**

**Hours for: John-Paul Hanson**
**Month of: October 2015**
**Total Hours: 43.5**

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Materials - SAO Call |
| Thursday, October 01, 2015 | D | Other Correspondence | 0.5 | Pre-SAO Call Discussion |
| Thursday, October 01, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 1.0 | SAO Call |
| Thursday, October 01, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Friday, October 02, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Midstream Transaction Discussion |
| Friday, October 02, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 02, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Friday, October 02, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | KWK Auction Discussion |
| Monday, October 05, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Call with Management re: Sale Process |
| Tuesday, October 06, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 06, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Thursday, October 08, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Thursday, October 08, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Monday, October 12, 2015 | E | Analysis, Presentations, and Due Diligence | 2.0 | Review / Prepare Summary of Illustrative Waterfall Analysis |
| Tuesday, October 13, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | C | Correspondence with Creditors | 1.0 | Discussion with Creditors re: G&A |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - John-Paul Hanson

October 1, 2015 - October 31, 2015

**Hours for:** John-Paul Hanson
**Month of:** October 2015
**Total Hours:** 43.5

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 15, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Monday, October 19, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Compile and Review Summary of Potential Investors with High Interest |
| Monday, October 19, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Call with Management and Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Wednesday, October 21, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Thursday, October 22, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Docket Filings |
| Thursday, October 22, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 23, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Friday, October 23, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Monday, October 26, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Tuesday, October 27, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Wednesday, October 28, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Adam Dunayer                                                                    October 1, 2015 - October 31, 2015

**Hours for:** Adam Dunayer
**Month of:** October 2015
**Total Hours:** 46.5

| | | Task Reference Table | |
|---|---|---|---|
| A | General Case Administration | | |
| B | Correspondence with Debtors and Advisors | | |
| C | Correspondence with Creditors | | |
| D | Other Correspondence | | |
| E | Analysis, Presentations, and Due Diligence | | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Materials - SAO Call |
| Thursday, October 01, 2015 | D | Other Correspondence | 0.5 | Pre-SAO Call Discussion |
| Thursday, October 01, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 1.0 | SAO Call |
| Thursday, October 01, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Friday, October 02, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Midstream Transaction Discussion |
| Friday, October 02, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 02, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Friday, October 02, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | KWK Auction Discussion |
| Monday, October 05, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Call with Management re: Sale Process |
| Tuesday, October 06, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 06, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Tuesday, October 06, 2015 | A | General Case Administration | 3.0 | Court Hearing |
| Thursday, October 08, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Thursday, October 08, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Monday, October 12, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Review / Prepare Summary of Illustrative Waterfall Analysis |
| Tuesday, October 13, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Adam Dunayer

October 1, 2015 - October 31, 2015

**Hours for: Adam Dunayer**
**Month of: October 2015**
**Total Hours: 46.5**

| | Task Reference Table | |
|---|---|---|
| A | General Case Administration | |
| B | Correspondence with Debtors and Advisors | |
| C | Correspondence with Creditors | |
| D | Other Correspondence | |
| E | Analysis, Presentations, and Due Diligence | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, October 14, 2015 | C | Correspondence with Creditors | 1.0 | Discussion with Creditors re: G&A |
| Thursday, October 15, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Monday, October 19, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Compile and Review Summary of Potential Investors with High Interest |
| Monday, October 19, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Call with Management and Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Wednesday, October 21, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Thursday, October 22, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Docket Filings |
| Thursday, October 22, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 23, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Monday, October 26, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Tuesday, October 27, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Wednesday, October 28, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Thursday, October 29, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Michael Boone

October 1, 2015 - October 31, 2015

**Hours for:** Michael Boone
**Month of:** October 2015
**Total Hours:** 37.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 1.0 | SAO Call |
| Friday, October 02, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Midstream Transaction Discussion |
| Friday, October 02, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Friday, October 02, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | KWK Auction Discussion |
| Monday, October 05, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Call with Management re: Sale Process |
| Tuesday, October 06, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 06, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Thursday, October 08, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Thursday, October 08, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Tuesday, October 13, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | C | Correspondence with Creditors | 1.0 | Discussion with Creditors re: G&A |
| Friday, October 16, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Monday, October 19, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Wednesday, October 21, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Thursday, October 22, 2015 | D | Other Correspondence | 3.5 | Correspondence with Potential Investors |
| Friday, October 23, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Monday, October 26, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Wednesday, October 28, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Dan Crowley                                                                    October 1, 2015 - October 31, 2015

**Hours for:** Dan Crowley
**Month of:** October 2015
**Total Hours:** 17.5

| | Task Reference Table | |
|---|---|---|
| A | General Case Administration | |
| B | Correspondence with Debtors and Advisors | |
| C | Correspondence with Creditors | |
| D | Other Correspondence | |
| E | Analysis, Presentations, and Due Diligence | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 01, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Correspondence with Management re: NDA Execution |
| Thursday, October 01, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Friday, October 02, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Midstream Transaction Discussion |
| Friday, October 02, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 02, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Sunday, October 04, 2015 | E | Analysis, Presentations, and Due Diligence | 2.0 | Preparation and Review of Marketing Materials |
| Monday, October 05, 2015 | E | Analysis, Presentations, and Due Diligence | 2.0 | Preparation and Review of Marketing Materials |
| Tuesday, October 06, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 06, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Tuesday, October 06, 2015 | A | General Case Administration | 3.0 | Court Hearing |
| Wednesday, October 07, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Thursday, October 08, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Friday, October 09, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review / Prepare Summary of Illustrative Waterfall Analysis |
| Wednesday, October 14, 2015 | C | Correspondence with Creditors | 1.0 | Discussion with Creditors re: G&A |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Michael Haney

October 1, 2015 - October 31, 2015

**Hours for:** Michael Haney
**Month of:** October 2015
**Total Hours:** 26.5

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 01, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Correspondence with Management re: NDA Execution |
| Friday, October 02, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 02, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Saturday, October 03, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Marketing Materials |
| Monday, October 05, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Call with Management re: Sale Process |
| Monday, October 05, 2015 | E | Analysis, Presentations, and Due Diligence | 1.5 | Preparation and Review of Marketing Materials |
| Tuesday, October 06, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Tuesday, October 06, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 06, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Wednesday, October 07, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Wednesday, October 07, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |
| Thursday, October 08, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Thursday, October 08, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Call with Management and Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Marcus Bellows                                                                October 1, 2015 - October 31, 2015

**Hours for: Marcus Bellows**
**Month of: October 2015**
**Total Hours: 106.0**

| | | Task Reference Table | |
|---|---|---|---|
| A | General Case Administration | | |
| B | Correspondence with Debtors and Advisors | | |
| C | Correspondence with Creditors | | |
| D | Other Correspondence | | |
| E | Analysis, Presentations, and Due Diligence | | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 01, 2015 | D | Other Correspondence | 5.0 | Correspondence with Potential Investors |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Correspondence with Management re: NDA Execution |
| Thursday, October 01, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Thursday, October 01, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 1.5 | Preparation and Review of Materials for Midstream Transaction Discussion |
| Friday, October 02, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 02, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Friday, October 02, 2015 | A | General Case Administration | 1.5 | Preparation and Review of Fifth Monthly Fee Application |
| Friday, October 02, 2015 | A | General Case Administration | 2.0 | VDR Management |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of CIM |
| Sunday, October 04, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Marketing Materials |
| Monday, October 05, 2015 | A | General Case Administration | 2.5 | VDR Management |
| Monday, October 05, 2015 | E | Analysis, Presentations, and Due Diligence | 2.0 | Preparation and Review of Marketing Materials |
| Tuesday, October 06, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Tuesday, October 06, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Wednesday, October 07, 2015 | A | General Case Administration | 2.0 | VDR Management |
| Thursday, October 08, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Thursday, October 08, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | D | Other Correspondence | 2.0 | Responding to Diligence Requests of Creditors |
| Friday, October 09, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Marcus Bellows

October 1, 2015 - October 31, 2015

**Hours for:** **Marcus Bellows**
**Month of:** **October 2015**
**Total Hours:** **106.0**

| | Task Reference Table | |
|---|---|---|
| A | General Case Administration | |
| B | Correspondence with Debtors and Advisors | |
| C | Correspondence with Creditors | |
| D | Other Correspondence | |
| E | Analysis, Presentations, and Due Diligence | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, October 09, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Friday, October 09, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Creditors |
| Monday, October 12, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | A | General Case Administration | 1.5 | Compile and Review Potential Investor List |
| Monday, October 12, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review / Prepare Summary of Illustrative Waterfall Analysis |
| Tuesday, October 13, 2015 | A | General Case Administration | 0.5 | Response to Akin re: Fee Application |
| Tuesday, October 13, 2015 | D | Other Correspondence | 3.5 | Correspondence with Potential Investors |
| Tuesday, October 13, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 13, 2015 | A | General Case Administration | 0.5 | Discussion with Creditor Advisors |
| Wednesday, October 14, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Wednesday, October 14, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | A | General Case Administration | 0.5 | Discussion with Creditor Advisors |
| Wednesday, October 14, 2015 | C | Correspondence with Creditors | 1.0 | Discussion with Creditors re: G&A |
| Thursday, October 15, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 15, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Thursday, October 15, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 16, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Friday, October 16, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Sunday, October 18, 2015 | E | Analysis, Presentations, and Due Diligence | 1.5 | Compile and Review Summary of Potential Investors with High Interest |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Marcus Bellows                                                                          October 1, 2015 - October 31, 2015

**Hours for:** Marcus Bellows
**Month of:** October 2015
**Total Hours:** 106.0

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, October 19, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |
| Monday, October 19, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Monday, October 19, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 20, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 20, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Call with Management and Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |
| Wednesday, October 21, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Wednesday, October 21, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Wednesday, October 21, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Wednesday, October 21, 2015 | A | General Case Administration | 1.0 | Discussion with Legal and Counsel re: Diligence Requests |
| Thursday, October 22, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |
| Thursday, October 22, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Thursday, October 22, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 22, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 23, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Friday, October 23, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 23, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Monday, October 26, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Monday, October 26, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Marcus Bellows

October 1, 2015 - October 31, 2015

**Hours for:** **Marcus Bellows**
**Month of:** **October 2015**
**Total Hours:** **106.0**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, October 26, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Tuesday, October 27, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Tuesday, October 27, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 27, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Wednesday, October 28, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Wednesday, October 28, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Wednesday, October 28, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Thursday, October 29, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Thursday, October 29, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 29, 2015 | A | General Case Administration | 1.0 | Preparation and Review of Sixth Monthly Fee App |
| Thursday, October 29, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Friday, October 30, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Friday, October 30, 2015 | A | General Case Administration | 1.0 | Preparation and Review of Sixth Monthly Fee App |
| Friday, October 30, 2015 | A | General Case Administration | 1.0 | VDR Management |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Justin Zammit

October 1, 2015 - October 31, 2015

**Hours for:** **Justin Zammit**
**Month of:** **October 2015**
**Total Hours:** **100.0**

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Preparation and Review of Materials - SAO Call |
| Thursday, October 01, 2015 | A | General Case Administration | 4.0 | Compile and Review Potential Investor List |
| Thursday, October 01, 2015 | D | Other Correspondence | 5.0 | Correspondence with Potential Investors |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Correspondence with Management re: NDA Execution |
| Thursday, October 01, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Thursday, October 01, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Materials for Midstream Transaction Discussion |
| Friday, October 02, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 02, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Friday, October 02, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Saturday, October 03, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Marketing Materials |
| Sunday, October 04, 2015 | E | Analysis, Presentations, and Due Diligence | 2.5 | Preparation and Review of Marketing Materials |
| Monday, October 05, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Monday, October 05, 2015 | E | Analysis, Presentations, and Due Diligence | 3.0 | Preparation and Review of Marketing Materials |
| Tuesday, October 06, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Tuesday, October 06, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Tuesday, October 06, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Wednesday, October 07, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Wednesday, October 07, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Wednesday, October 07, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |
| Thursday, October 08, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Justin Zammit                                                                                                                                                                                October 1, 2015 - October 31, 2015

**Hours for:** Justin Zammit
**Month of:** October 2015
**Total Hours:** 100.0

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 08, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Friday, October 09, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Friday, October 09, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Midstream IRR Analysis |
| Monday, October 12, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Monday, October 12, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review / Prepare Summary of Illustrative Waterfall Analysis |
| Tuesday, October 13, 2015 | A | General Case Administration | 1.0 | Discussion with Akin re: NDAs |
| Tuesday, October 13, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Tuesday, October 13, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Wednesday, October 14, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Wednesday, October 14, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | C | Correspondence with Creditors | 1.0 | Discussion with Creditors re: G&A |
| Thursday, October 15, 2015 | A | General Case Administration | 2.0 | Compile and Review Potential Investor List |
| Thursday, October 15, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Thursday, October 15, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 16, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Monday, October 19, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Compile and Review Summary of Potential Investors with High Interest |
| Monday, October 19, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Justin Zammit                                                                October 1, 2015 - October 31, 2015

**Hours for:** **Justin Zammit**
**Month of:** **October 2015**
**Total Hours:** **100.0**

| | Task Reference Table |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, October 19, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Monday, October 19, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 20, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 20, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Call with Management and Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Wednesday, October 21, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Wednesday, October 21, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Wednesday, October 21, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |
| Wednesday, October 21, 2015 | A | General Case Administration | 1.0 | Discussion with Legal and Counsel re: Diligence Requests |
| Thursday, October 22, 2015 | B | Correspondence with Debtors and Advisors | 1.0 | Discussion with Management re: Reserve Report Bridge |
| Thursday, October 22, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Thursday, October 22, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Thursday, October 22, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 23, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Friday, October 23, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Friday, October 23, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Monday, October 26, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Monday, October 26, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Monday, October 26, 2015 | A | General Case Administration | 0.5 | VDR Management |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Justin Zammit                                                                October 1, 2015 - October 31, 2015

**Hours for:** Justin Zammit
**Month of:** October 2015
**Total Hours:** 100.0

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 27, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Tuesday, October 27, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Tuesday, October 27, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Wednesday, October 28, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Wednesday, October 28, 2015 | A | General Case Administration | 1.5 | Compile and Review Potential Investor List |
| Wednesday, October 28, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Thursday, October 29, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 30, 2015 | A | General Case Administration | 0.5 | Preparation and Review of Sixth Monthly Fee App |
| Friday, October 30, 2015 | A | General Case Administration | 1.0 | VDR Management |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Scott Ingles

October 1, 2015 - October 31, 2015

**Hours for:** Scott Ingles
**Month of:** October 2015
**Total Hours:** 97.5

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Thursday, October 01, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Thursday, October 01, 2015 | A | General Case Administration | 3.0 | Preparation and Review of Fifth Monthly Fee Application |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Correspondence with Management re: NDA Execution |
| Thursday, October 01, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Materials for Midstream Transaction Discussion |
| Friday, October 02, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 02, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Friday, October 02, 2015 | A | General Case Administration | 2.0 | Preparation and Review of Fifth Monthly Fee Application |
| Friday, October 02, 2015 | A | General Case Administration | 1.0 | Preparation of Houlihan Lokey Response to Fee Examiner |
| Friday, October 02, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 1.5 | Preparation and Review of CIM |
| Saturday, October 03, 2015 | A | General Case Administration | 0.5 | Preparation and Review of Fifth Monthly Fee Application |
| Sunday, October 04, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Preparation and Review of Marketing Materials |
| Monday, October 05, 2015 | A | General Case Administration | 3.0 | VDR Management |
| Monday, October 05, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Preparation and Review of Marketing Materials |
| Tuesday, October 06, 2015 | A | General Case Administration | 2.0 | VDR Management |
| Tuesday, October 06, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Wednesday, October 07, 2015 | A | General Case Administration | 2.0 | VDR Management |
| Thursday, October 08, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Thursday, October 08, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Scott Ingles                                                                October 1, 2015 - October 31, 2015

**Hours for:** Scott Ingles
**Month of:** October 2015
**Total Hours:** 97.5

|   | Task Reference Table |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, October 09, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Creditors |
| Friday, October 09, 2015 | D | Other Correspondence | 3.0 | Correspondence with Potential Investors |
| Friday, October 09, 2015 | A | General Case Administration | 0.5 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Friday, October 09, 2015 | A | General Case Administration | 1.0 | Preparation of Houlihan Lokey Response to Fee Examiner |
| Sunday, October 11, 2015 | A | General Case Administration | 2.0 | VDR Management |
| Monday, October 12, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Monday, October 12, 2015 | A | General Case Administration | 0.5 | Preparation of Houlihan Lokey Response to Fee Examiner (First Interim Fee Application) |
| Monday, October 12, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Monday, October 12, 2015 | E | Analysis, Presentations, and Due Diligence | 2.0 | Review / Prepare Summary of Illustrative Waterfall Analysis |
| Tuesday, October 13, 2015 | A | General Case Administration | 1.0 | Response to Akin re: Fee Application |
| Tuesday, October 13, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | C | Correspondence with Creditors | 1.0 | Discussion with Creditors re: G&A |
| Thursday, October 15, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Thursday, October 15, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Thursday, October 15, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 16, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Friday, October 16, 2015 | D | Other Correspondence | 4.0 | Correspondence with Potential Investors |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Sunday, October 18, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Compile and Review Summary of Potential Investors with High Interest |
| Sunday, October 18, 2015 | A | General Case Administration | 1.0 | VDR Management |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Scott Ingles                                                                                            October 1, 2015 - October 31, 2015

**Hours for:** Scott Ingles
**Month of:** October 2015
**Total Hours:** 97.5

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, October 19, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Monday, October 19, 2015 | D | Other Correspondence | 1.5 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | A | General Case Administration | 2.0 | VDR Management |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |
| Tuesday, October 20, 2015 | D | Other Correspondence | 2.5 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Call with Management and Creditors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 0.5 | Correspondence with Creditor |
| Tuesday, October 20, 2015 | D | Other Correspondence | 2.5 | Responding to Diligence Requests of Potential Investors |
| Wednesday, October 21, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Wednesday, October 21, 2015 | D | Other Correspondence | 2.0 | Responding to Diligence Requests of Potential Investors |
| Wednesday, October 21, 2015 | A | General Case Administration | 1.0 | Discussion with Legal and Counsel re: Diligence Requests |
| Thursday, October 22, 2015 | D | Other Correspondence | 1.0 | Responding to Diligence Requests of Potential Investors |
| Thursday, October 22, 2015 | B | Correspondence with Debtors and Advisors | 1.0 | Discussion with Management re: Reserve Report Bridge |
| Thursday, October 22, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Thursday, October 22, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 23, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | G&A Analysis re: RIF |
| Friday, October 23, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Friday, October 23, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Monday, October 26, 2015 | D | Other Correspondence | 2.0 | Correspondence with Potential Investors |
| Monday, October 26, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Tuesday, October 27, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Tuesday, October 27, 2015 | A | General Case Administration | 1.0 | VDR Management |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Scott Ingles

October 1, 2015 - October 31, 2015

**Hours for:** **Scott Ingles**
**Month of:** **October 2015**
**Total Hours:** **97.5**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, October 28, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Wednesday, October 28, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Thursday, October 29, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Thursday, October 29, 2015 | A | General Case Administration | 3.0 | Preparation and Review of Sixth Monthly Fee App |
| Friday, October 30, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Friday, October 30, 2015 | A | General Case Administration | 3.0 | Preparation and Review of Sixth Monthly Fee App |
| Friday, October 30, 2015 | A | General Case Administration | 1.5 | VDR Management |

**Hours for: Neel Gupta**
**Month of: October 2015**
**Total Hours: 53.5**

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, October 01, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Preparation and Review of Materials - SAO Call |
| Thursday, October 01, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Thursday, October 01, 2015 | A | General Case Administration | 0.5 | Preparation and Review of Fifth Monthly Fee Application |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Correspondence with Management re: NDA Execution |
| Thursday, October 01, 2015 | A | General Case Administration | 3.0 | VDR Management |
| Thursday, October 01, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Materials for Midstream Transaction Discussion |
| Friday, October 02, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 02, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Saturday, October 03, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Preparation and Review of Marketing Materials |
| Sunday, October 04, 2015 | E | Analysis, Presentations, and Due Diligence | 4.0 | Preparation and Review of Marketing Materials |
| Monday, October 05, 2015 | A | General Case Administration | 3.5 | VDR Management |
| Monday, October 05, 2015 | E | Analysis, Presentations, and Due Diligence | 3.0 | Preparation and Review of Marketing Materials |
| Tuesday, October 06, 2015 | A | General Case Administration | 2.0 | VDR Management |
| Wednesday, October 07, 2015 | A | General Case Administration | 3.0 | VDR Management |
| Thursday, October 08, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Friday, October 09, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Midstream IRR Analysis |
| Sunday, October 11, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Monday, October 12, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Monday, October 12, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review / Prepare Summary of Illustrative Waterfall Analysis |
| Tuesday, October 13, 2015 | A | General Case Administration | 1.0 | Response to Akin re: Fee Application |
| Tuesday, October 13, 2015 | A | General Case Administration | 1.0 | Discussion with Akin re: NDAs |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Neel Gupta

October 1, 2015 - October 31, 2015

**Hours for:** Neel Gupta
**Month of:** October 2015
**Total Hours:** 53.5

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 13, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Wednesday, October 14, 2015 | C | Correspondence with Creditors | 1.0 | Discussion with Creditors re: G&A |
| Thursday, October 15, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Thursday, October 15, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Thursday, October 15, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 16, 2015 | A | General Case Administration | 0.5 | VDR Management |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Monday, October 19, 2015 | D | Other Correspondence | 0.5 | Responding to Diligence Requests of Potential Investors |
| Monday, October 19, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |
| Tuesday, October 20, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Call with Management and Creditors |
| Thursday, October 22, 2015 | B | Correspondence with Debtors and Advisors | 1.0 | Discussion with Management re: Reserve Report Bridge |
| Thursday, October 22, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 23, 2015 | A | General Case Administration | 2.0 | VDR Management |
| Monday, October 26, 2015 | A | General Case Administration | 1.0 | VDR Management |
| Tuesday, October 27, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Wednesday, October 28, 2015 | A | General Case Administration | 1.5 | VDR Management |
| Thursday, October 29, 2015 | D | Other Correspondence | 1.0 | Correspondence with Potential Investors |
| Thursday, October 29, 2015 | A | General Case Administration | 1.0 | Preparation and Review of Sixth Monthly Fee App |
| Friday, October 30, 2015 | D | Other Correspondence | 0.5 | Correspondence with Potential Investors |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Neel Gupta

October 1, 2015 - October 31, 2015

**Hours for:** Neel Gupta
**Month of:** October 2015
**Total Hours:** 53.5

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtors and Advisors |
| C | Correspondence with Creditors |
| D | Other Correspondence |
| E | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, October 30, 2015 | A | General Case Administration | 0.5 | Preparation and Review of Sixth Monthly Fee App |
| Friday, October 30, 2015 | A | General Case Administration | 2.0 | VDR Management |

**Hours for:** **Jordan Gaglione**
**Month of:** **October 2015**
**Total Hours:** **45.0**

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|
| Thursday, October 01, 2015 | E | Analysis, Presentations, and Due Diligence | 1.0 | Preparation and Review of Materials - SAO Call |
| Thursday, October 01, 2015 | A | General Case Administration | 4.0 | Compile and Review Potential Investor List |
| Thursday, October 01, 2015 | B | Correspondence with Debtors and Advisors | 0.5 | Correspondence with Management re: NDA Execution |
| Friday, October 02, 2015 | A | General Case Administration | 3.5 | Compile and Review Potential Investor List |
| Tuesday, October 06, 2015 | A | General Case Administration | 1.5 | Compile and Review Potential Investor List |
| Wednesday, October 07, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Thursday, October 08, 2015 | A | General Case Administration | 2.0 | Compile and Review Potential Investor List |
| Friday, October 09, 2015 | A | General Case Administration | 2.0 | Compile and Review Potential Investor List |
| Monday, October 12, 2015 | A | General Case Administration | 2.0 | Compile and Review Potential Investor List |
| Tuesday, October 13, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Wednesday, October 14, 2015 | A | General Case Administration | 3.0 | Compile and Review Potential Investor List |
| Thursday, October 15, 2015 | A | General Case Administration | 2.0 | Compile and Review Potential Investor List |
| Thursday, October 15, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review KWK Weekly Reporting Package |
| Friday, October 16, 2015 | A | General Case Administration | 3.0 | Compile and Review Potential Investor List |
| Friday, October 16, 2015 | E | Analysis, Presentations, and Due Diligence | 0.5 | Review of Illustrative Valuation Analysis |
| Monday, October 19, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Tuesday, October 20, 2015 | A | General Case Administration | 1.5 | Compile and Review Potential Investor List |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Update Calls with Creditors |
| Tuesday, October 20, 2015 | C | Correspondence with Creditors | 1.0 | Call with Management and Creditors |
| Wednesday, October 21, 2015 | A | General Case Administration | 1.5 | Compile and Review Potential Investor List |
| Thursday, October 22, 2015 | A | General Case Administration | 1.5 | Compile and Review Potential Investor List |
| Friday, October 23, 2015 | A | General Case Administration | 2.0 | Compile and Review Potential Investor List |

Quicksilver Resources Inc.
Houlihan Lokey Time Sheet - Jordan Gaglione                                                                                          October 1, 2015 - October 31, 2015

**Hours for:** **Jordan Gaglione**
**Month of:** **October 2015**
**Total Hours:** **45.0**

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtors and Advisors |
| **C** | Correspondence with Creditors |
| **D** | Other Correspondence |
| **E** | Analysis, Presentations, and Due Diligence |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, October 26, 2015 | A | General Case Administration | 1.5 | Compile and Review Potential Investor List |
| Tuesday, October 27, 2015 | A | General Case Administration | 3.0 | Compile and Review Potential Investor List |
| Wednesday, October 28, 2015 | A | General Case Administration | 1.5 | Compile and Review Potential Investor List |
| Thursday, October 29, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |
| Friday, October 30, 2015 | A | General Case Administration | 1.0 | Compile and Review Potential Investor List |