**EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Amount Incurred |
|---|---:|
| Airfare | $1,082.20 |
| Lodging | 1,042.75 |
| Ground Transportation | 393.44 |
| Travel and Overtime Meals | 1,110.34 |
| Telephone and Data | 314.32 |
| **Total Expenses** | **$3,943.05** |