**EXHIBIT D**

**EXPENSE DETAIL**

Quicksilver Resources
*Expense Detail*

**Houlihan Lokey Seventh Monthly Fee Application Expense Detail**

| Category | Ticket Class / Meal Time | Date of Incurrence | Amount | HL Professional |
|---|---|---|---|---|
| Airfare (Dallas to Philadelphia) | Coach | 10/5/2015 | $122.00 | Adam Dunayer |
| Fee (for Airfare) | N/A | 10/5/2015 | 35.00 | Adam Dunayer |
| Airfare (Dallas to Philadelphia) | Coach | 9/25/2015 | 890.20 | Adam Dunayer |
| Fee (for Airfare) | N/A | 9/25/2015 | 35.00 | Adam Dunayer |
| **Total - Airfare** | | | **$1,082.20** | |
| Hotel Room Rate (Delaware) | N/A | 10/5/2015 | $439.00 | Daniel Crowley |
| Hotel Room Rate (Philadelphia) | N/A | 10/5/2015 | 299.00 | Adam Dunayer |
| Hotel Tax | N/A | 10/5/2015 | 29.90 | Adam Dunayer |
| Hotel Room Rate (Dallas) | N/A | 8/19/2015 | 239.00 | Daniel Crowley |
| Hotel Tax | N/A | 8/19/2015 | 35.85 | Daniel Crowley |
| **Total - Lodging** | | | **$1,042.75** | |
| Overtime Taxi | N/A | 10/29/2015 | $11.71 | Marcus Bellows |
| Overtime Taxi | N/A | 10/16/2015 | 13.55 | Scott Ingles |
| Overtime Taxi | N/A | 10/15/2015 | 9.95 | Scott Ingles |
| Overtime Taxi | N/A | 10/14/2015 | 12.95 | Marcus Bellows |
| Overtime Taxi | N/A | 10/13/2015 | 13.56 | Scott Ingles |
| Overtime Taxi | N/A | 10/12/2015 | 6.35 | Marcus Bellows |
| Overtime Taxi | N/A | 10/8/2015 | 14.12 | Scott Ingles |
| Overtime Taxi | N/A | 10/7/2015 | 13.56 | Scott Ingles |
| Car Service While Travelling | N/A | 10/7/2015 | 32.13 | Adam Dunayer |
| Car Service While Travelling | N/A | 10/6/2015 | 127.30 | Adam Dunayer |
| Overtime Taxi | N/A | 10/5/2015 | 12.35 | Scott Ingles |
| Overtime Taxi | N/A | 10/5/2015 | 16.56 | Michael Haney |
| Car Service While Travelling | N/A | 10/5/2015 | 26.43 | Adam Dunayer |
| Overtime Taxi | N/A | 10/2/2015 | 17.75 | Michael Haney |
| Overtime Taxi | N/A | 10/1/2015 | 19.57 | Marcus Bellows |
| Overtime Taxi | N/A | 9/29/2015 | 7.93 | Michael Haney |
| Overtime Taxi | N/A | 9/28/2015 | 15.36 | Michael Haney |
| Overtime Taxi | N/A | 9/24/2015 | 10.56 | Michael Haney |
| Overtime Taxi | N/A | 9/23/2015 | 11.75 | Michael Haney |
| **Total - Ground Transportation** | | | **$393.44** | |
| Travel and Overtime Meals | Dinner - New York | 10/23/2015 | $31.31 | Marcus Bellows |
| Travel and Overtime Meals | Lunch - New York | 10/21/2015 | 11.42 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 10/20/2015 | 9.28 | John-Paul Hanson |
| Travel and Overtime Meals | Dinner - New York | 10/19/2015 | 27.50 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 10/18/2015 | 28.80 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/16/2015 | 14.87 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 10/15/2015 | 24.97 | Scott Ingles |
| Travel and Overtime Meals | Dinner - New York | 10/15/2015 | 33.48 | Marcus Bellows |
| Travel and Overtime Meals | Lunch - New York | 10/15/2015 | 16.80 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 10/13/2015 | 24.33 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/13/2015 | 15.25 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 10/12/2015 | 40.86 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 10/11/2015 | 32.27 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/9/2015 | 18.15 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/8/2015 | 18.15 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/8/2015 | 16.33 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 10/7/2015 | 30.61 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/7/2015 | 14.81 | Michael Haney |
| Travel and Overtime Meals | Dinner - New York | 10/6/2015 | 32.27 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/6/2015 | 18.49 | Michael Haney |
| Travel and Overtime Meals | Dinner - Dallas | 10/6/2015 | 40.00 | Neel Gupta |
| Travel and Overtime Meals | Dinner - New York | 10/5/2015 | 30.61 | Michael Haney |
| Travel and Overtime Meals | Dinner - Dallas | 10/5/2015 | 16.02 | Neel Gupta |
| Travel and Overtime Meals | Dinner - New York | 10/4/2015 | 35.61 | Daniel Crowley |
| Travel and Overtime Meals | Lunch - Dallas | 10/4/2015 | 17.70 | Neel Gupta |
| Travel and Overtime Meals | Dinner - Dallas | 10/4/2015 | 40.00 | Neel Gupta |
| Travel and Overtime Meals | Dinner - New York | 10/2/2015 | 32.65 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/2/2015 | 9.00 | Michael Haney |
| Travel and Overtime Meals | Lunch - New York | 10/2/2015 | 17.42 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 10/1/2015 | 32.27 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 10/1/2015 | 11.50 | Scott Ingles |
| Travel and Overtime Meals | Dinner - Dallas | 10/1/2015 | 30.36 | Neel Gupta |
| Travel and Overtime Meals | Dinner - New York | 9/30/2015 | 33.11 | Michael Haney |
| Travel and Overtime Meals | Dinner - New York | 9/30/2015 | 32.27 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 9/30/2015 | 14.81 | Michael Haney |
| Travel and Overtime Meals | Dinner - New York | 9/29/2015 | 29.60 | Michael Haney |
| Travel and Overtime Meals | Dinner - New York | 9/29/2015 | 22.25 | Daniel Crowley |
| Travel and Overtime Meals | Lunch - New York | 9/29/2015 | 9.79 | Michael Haney |
| Travel and Overtime Meals | Dinner - New York | 9/28/2015 | 23.37 | Michael Haney |
| Travel and Overtime Meals | Dinner - New York | 9/28/2015 | 32.27 | Scott Ingles |
| Travel and Overtime Meals | Lunch - New York | 9/28/2015 | 10.26 | Michael Haney |
| Travel and Overtime Meals | Lunch - New York | 9/25/2015 | 17.39 | Michael Haney |
| Travel and Overtime Meals | Lunch - New York | 9/23/2015 | 17.96 | Michael Haney |
| Travel and Overtime Meals | Lunch - New York | 9/22/2015 | 11.00 | Michael Haney |
| Travel and Overtime Meals | Lunch - New York | 9/21/2015 | 16.60 | Michael Haney |
| Travel and Overtime Meals | Lunch - New York | 9/15/2015 | 8.00 | Michael Haney |
| Travel and Overtime Meals | Lunch - New York | 9/2/2015 | 15.82 | Marcus Bellows |
| Travel and Overtime Meals | Dinner - New York | 8/19/2015 | 32.75 | Daniel Crowley |

Quicksilver Resources
*Expense Detail*

| Houlihan Lokey Seventh Monthly Fee Application Expense Detail | | | | |
|---|---|---|---|---|
| Category | Ticket Class / Meal Time | Date of Incurrence | Amount | HL Professional |
| Travel and Overtime Meals | Lunch - New York | 8/6/2015 | 10.00 | Michael Haney |
| **Total - Travel and Overtime Meals** | | | **$1,110.34** | |
| | | | | |
| Telephone and Data | N/A | 10/28/2015 | $18.65 | Marcus Bellows |
| Telephone and Data | N/A | 10/20/2015 | 26.00 | Adam Dunayer |
| Telephone and Data | N/A | 10/9/2015 | 10.47 | Adam Dunayer |
| Telephone and Data | N/A | 10/6/2015 | 103.43 | Michael Haney |
| Telephone and Data | N/A | 10/5/2015 | 46.00 | Scott Ingles |
| Telephone and Data | N/A | 9/22/2015 | 31.25 | Daniel Crowley |
| Telephone and Data | N/A | 9/22/2015 | 48.84 | Daniel Crowley |
| Telephone and Data | N/A | 8/22/2015 | 29.68 | Daniel Crowley |
| **Total - Telephone and Data** | | | **$314.32** | |
| | | | | |
| **Total** | | | **$3,943.05** | |

44