# EXHIBIT A – SUMMARY TIME RECORDS DURING COMPENSATION PERIOD

## *Quicksilver Resources Inc.*

### Summary of Hours - October 2015

| Day | Robert Flachs<br>Managing Director | Bryan Lastrapes<br>Managing Director | Barak Klein<br>Managing Director | Kevin Voelte<br>Senior Vice President | Adam Waldman<br>Vice President |
|---|---|---|---|---|---|
| 10/1/15 | 2.0 | 2.0 | 2.0 | 3.0 | 3.5 |
| 10/2/15 | 1.0 | -- | 1.0 | 2.0 | 3.0 |
| 10/3/15 | -- | -- | -- | -- | -- |
| 10/4/15 | -- | -- | -- | -- | -- |
| 10/5/15 | -- | -- | 2.5 | -- | -- |
| 10/6/15 | 1.0 | 3.0 | -- | 3.0 | -- |
| 10/7/15 | 2.0 | -- | 2.5 | -- | -- |
| 10/8/15 | 2.0 | 2.0 | 3.0 | 3.0 | 4.0 |
| 10/9/15 | 1.0 | -- | 1.0 | 2.0 | 1.0 |
| 10/10/15 | -- | -- | -- | -- | -- |
| 10/11/15 | -- | -- | -- | -- | 2.0 |
| 10/12/15 | -- | 2.0 | 2.0 | 2.0 | 2.0 |
| 10/13/15 | 2.0 | -- | 2.5 | 1.0 | 1.0 |
| 10/14/15 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 10/15/15 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| 10/16/15 | -- | -- | 1.0 | 1.5 | 1.0 |
| 10/17/15 | -- | -- | -- | -- | -- |
| 10/18/15 | -- | -- | -- | -- | -- |
| 10/19/15 | 3.0 | 1.0 | 3.5 | 2.0 | 1.0 |
| 10/20/15 | 2.0 | 2.0 | 2.0 | 3.0 | 2.0 |
| 10/21/15 | -- | -- | -- | 1.0 | -- |
| 10/22/15 | 2.0 | 2.0 | 2.0 | 2.0 | 3.0 |
| 10/23/15 | -- | -- | -- | -- | 1.0 |
| 10/24/15 | -- | -- | -- | -- | -- |
| 10/25/15 | -- | -- | -- | -- | -- |
| 10/26/15 | -- | -- | 1.5 | -- | -- |
| 10/27/15 | -- | -- | -- | -- | -- |
| 10/28/15 | -- | -- | 1.0 | -- | -- |
| 10/29/15 | 2.0 | 2.0 | 2.5 | 4.5 | 4.0 |
| 10/30/15 | -- | -- | -- | -- | -- |
| 10/31/15 | -- | -- | -- | -- | -- |
| **Total** | **23.0** | **19.0** | **33.0** | **33.0** | **31.5** |

## *Quicksilver Resources Inc.*

### Summary of Hours - October 2015

| Day | Rachel Murray<br>Associate | Anton Pismenyuk<br>Associate | Vaibhav Goel<br>Analyst | Aaron Cohen<br>Analyst | Nicholas Kurtenbach<br>Associate | Total |
|---|---|---|---|---|---|---|
| 10/1/15 | 2.0 | 2.0 | 6.5 | 2.0 | 2.0 | 27.0 |
| 10/2/15 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 12.0 |
| 10/3/15 | -- | -- | -- | -- | -- | -- |
| 10/4/15 | -- | -- | -- | -- | -- | -- |
| 10/5/15 | -- | -- | -- | -- | -- | 2.5 |
| 10/6/15 | 2.0 | 2.0 | 3.0 | -- | 3.0 | 17.0 |
| 10/7/15 | -- | -- | -- | -- | -- | 4.5 |
| 10/8/15 | 4.0 | 4.0 | 3.0 | 4.0 | 3.0 | 32.0 |
| 10/9/15 | 4.0 | -- | 2.5 | 4.0 | -- | 15.5 |
| 10/10/15 | -- | -- | -- | -- | -- | -- |
| 10/11/15 | -- | -- | -- | -- | -- | 2.0 |
| 10/12/15 | 1.0 | 2.0 | 2.0 | 1.0 | 2.0 | 16.0 |
| 10/13/15 | 3.0 | -- | 4.0 | 3.0 | -- | 16.5 |
| 10/14/15 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 10.0 |
| 10/15/15 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 20.0 |
| 10/16/15 | -- | -- | 2.0 | -- | -- | 5.5 |
| 10/17/15 | -- | -- | -- | -- | -- | -- |
| 10/18/15 | -- | -- | -- | -- | -- | -- |
| 10/19/15 | 1.0 | 1.0 | 5.0 | 1.0 | 1.0 | 19.5 |
| 10/20/15 | 2.0 | 2.0 | 8.0 | 2.0 | 2.0 | 27.0 |
| 10/21/15 | -- | -- | 10.0 | -- | -- | 11.0 |
| 10/22/15 | 4.0 | 2.0 | 2.0 | 2.0 | 2.0 | 23.0 |
| 10/23/15 | -- | -- | -- | -- | -- | 1.0 |
| 10/24/15 | -- | -- | -- | -- | -- | -- |
| 10/25/15 | -- | -- | -- | -- | -- | -- |
| 10/26/15 | -- | -- | -- | -- | -- | 1.5 |
| 10/27/15 | -- | -- | -- | 5.0 | -- | 5.0 |
| 10/28/15 | 5.0 | -- | -- | 5.0 | -- | 11.0 |
| 10/29/15 | 4.0 | 3.0 | 6.0 | 3.0 | 3.0 | 34.0 |
| 10/30/15 | -- | -- | 2.0 | -- | -- | 2.0 |
| 10/31/15 | -- | -- | 2.0 | -- | -- | 2.0 |
| Total | 36.0 | 22.0 | 62.0 | 36.0 | 22.0 | 317.5 |

*Quicksilver Resources Inc.*

## Summary of Hours - October 2015

**Total Hours:**       23.0 hour(s)

**Banker:**       Robert Flachs

**Restructuring Case:**   Quicksilver Resources Inc.

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 2. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 3. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 4. | 10/2/2015 | 1.0 hour(s) | Call with second lien creditors' advisors |
| 5. | 10/6/2015 | 1.0 hour(s) | Case administration work |
| 6. | 10/7/2015 | 2.0 hour(s) | Review documents and correspondence |
| 7. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 8. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 9. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 10. | 10/9/2015 | 1.0 hour(s) | Call with Paul Weiss and BRG on financial analysis |
| 11. | 10/13/2015 | 2.0 hour(s) | Review documents and correspondence |
| 12. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 13. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 14. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 15. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 16. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 17. | 10/19/2015 | 2.0 hour(s) | Review financial analysis |
| 18. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 19. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 20. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 21. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 22. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 23. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 24. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 25. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| **Total** | | **23.0 hour(s)** | |

## *Quicksilver Resources Inc.*

### Summary of Hours - October 2015

**Total Hours:**      19.0 hour(s)

**Banker:**      Bryan Lastrapes

**Restructuring Case:**  Quicksilver Resources Inc.

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 2. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 3. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 4. | 10/6/2015 | 1.0 hour(s) | Case administration work |
| 5. | 10/6/2015 | 2.0 hour(s) | KWK Hearing |
| 6. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 7. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 8. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 9. | 10/12/2015 | 1.0 hour(s) | Travel to meeting |
| 10. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 11. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 12. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 13. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 14. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 15. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 16. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 17. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 18. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 19. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 20. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 21. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 22. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 23. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| **Total** | | **19.0 hour(s)** | |

*Quicksilver Resources Inc.*

## Summary of Hours - October 2015

Total Hours:        33.0 hour(s)

Banker:            Barak Klein

Restructuring Case:  Quicksilver Resources Inc.

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 2. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 3. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 4. | 10/2/2015 | 1.0 hour(s) | Call with second lien creditors' advisors |
| 5. | 10/5/2015 | 2.5 hour(s) | Review financial analysis and documents |
| 6. | 10/7/2015 | 2.5 hour(s) | Review financial analysis and documents |
| 7. | 10/8/2015 | 1.0 hour(s) | Case administration work |
| 8. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 9. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 10. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 11. | 10/9/2015 | 1.0 hour(s) | Call with Paul Weiss and BRG on financial analysis |
| 12. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 13. | 10/12/2015 | 1.0 hour(s) | Call with creditor advisor |
| 14. | 10/13/2015 | 2.5 hour(s) | Review financial analysis and documents and proposal materials |
| 15. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 16. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 17. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 18. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 19. | 10/16/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 20. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 21. | 10/19/2015 | 2.5 hour(s) | Review financial analysis and documents |
| 22. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 23. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 24. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 25. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 26. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 27. | 10/26/2015 | 1.5 hour(s) | Calls with holders |
| 28. | 10/28/2015 | 1.0 hour(s) | Review documents and emails |
| 29. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 30. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 31. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 32. | 10/29/2015 | 0.5 hour(s) | Update Call with Houlihan Lokey regarding Sale Process |
| **Total** | | **33.0 hour(s)** | |

## *Quicksilver Resources Inc.*

## Summary of Hours – October 2015

**Total Hours:**       33.0 hour(s)

**Banker:**       Kevin Voelte

**Restructuring Case:**   Quicksilver Resources Inc.

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Waterfall Analysis Refresh |
| 2. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 3. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 4. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 5. | 10/2/2015 | 1.0 hour(s) | Call with second lien creditors' advisors |
| 6. | 10/2/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 7. | 10/6/2015 | 1.0 hour(s) | Case administration work |
| 8. | 10/6/2015 | 2.0 hour(s) | KWK Hearing |
| 9. | 10/8/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 10. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 11. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 12. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 13. | 10/9/2015 | 1.0 hour(s) | Waterfall Refresh for Second Lien Advisors |
| 14. | 10/9/2015 | 1.0 hour(s) | Call with Paul Weiss and BRG on financial analysis |
| 15. | 10/12/2015 | 1.0 hour(s) | Travel to meeting |
| 16. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 17. | 10/13/2015 | 1.0 hour(s) | High Value Lease Analysis |
| 18. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 19. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 20. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 21. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 22. | 10/16/2015 | 0.5 hour(s) | High Value Lease Analysis |
| 23. | 10/16/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 24. | 10/19/2015 | 1.0 hour(s) | Valuation Refresh |
| 25. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 26. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 27. | 10/20/2015 | 1.0 hour(s) | Valuation Refresh + Midstream Contract Analysis |
| 28. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 29. | 10/21/2015 | 1.0 hour(s) | Valuation Refresh + Midstream Contract Analysis |
| 30. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 31. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 32. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 33. | 10/29/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 34. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 35. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 36. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 37. | 10/29/2015 | 0.5 hour(s) | Call regarding Voelte Deposition |
| 38. | 10/29/2015 | 1.0 hour(s) | Update Call with Houlihan Lokey regarding Sale Process |
| **Total** | | **33.0 hour(s)** | |

## *Quicksilver Resources Inc.*

## Summary of Hours - October 2015

**Total Hours:**    31.5 hour(s)

**Banker:**    Adam Waldman

**Restructuring Case:**  Quicksilver Resources Inc.

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.5 hour(s) | Reviewed emails |
| 2. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 3. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 4. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 5. | 10/2/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 6. | 10/2/2015 | 1.0 hour(s) | Reviewed email communications and responded to phone calls |
| 7. | 10/2/2015 | 1.0 hour(s) | Call with second lien creditors' advisors |
| 8. | 10/8/2015 | 1.0 hour(s) | Case administration work |
| 9. | 10/8/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 10. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 11. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 12. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 13. | 10/9/2015 | 1.0 hour(s) | Call with Paul Weiss and BRG on financial analysis |
| 14. | 10/11/2015 | 2.0 hour(s) | Review proposal materials and waterfall analysis |
| 15. | 10/12/2015 | 1.0 hour(s) | Case administration work |
| 16. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 17. | 10/13/2015 | 1.0 hour(s) | Review proposal materials |
| 18. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 19. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 20. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 21. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 22. | 10/16/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 23. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 24. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 25. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 26. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 27. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 28. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 29. | 10/22/2015 | 1.0 hour(s) | Review draft proposal materials |
| 30. | 10/23/2015 | 1.0 hour(s) | Review draft proposal materials |
| 31. | 10/29/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 32. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 33. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 34. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 35. | 10/29/2015 | 0.5 hour(s) | Call regarding Voelte Deposition |
| 36. | 10/29/2015 | 0.5 hour(s) | Update Call with Houlihan Lokey regarding Sale Process |
| **Total** | | **31.5 hour(s)** | |

# *Quicksilver Resources Inc.*

## Summary of Hours - October 2015

**Total Hours:**    36.0 hour(s)

**Banker:**    Rachel Murray

**Restructuring Case:**    Quicksilver Resources Inc.

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 2. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 3. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 4. | 10/2/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 5. | 10/6/2015 | 2.0 hour(s) | KWK Hearing |
| 6. | 10/8/2015 | 1.0 hour(s) | Case administration work |
| 7. | 10/8/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 8. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 9. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 10. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 11. | 10/9/2015 | 4.0 hour(s) | Prepare proposal materials and waterfall analysis |
| 12. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 13. | 10/13/2015 | 3.0 hour(s) | Review proposal materials and waterfall analysis |
| 14. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 15. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 16. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 17. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 18. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 19. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 20. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 21. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 22. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 23. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 24. | 10/22/2015 | 2.0 hour(s) | Draft proposal materials |
| 25. | 10/28/2015 | 5.0 hour(s) | Monthly Fee App |
| 26. | 10/29/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 27. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 28. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 29. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 30. | 10/29/2015 | 1.0 hour(s) | Update Call with Houlihan Lokey regarding Sale Process |
| **Total** | | **36.0 hour(s)** | |

## *Quicksilver Resources Inc.*

## Summary of Hours - October 2015

| | | |
|---|---|---|
| **Total Hours:** | 22.0 hour(s) | |
| **Banker:** | Anton Pismenyuk | |
| **Restructuring Case:** | Quicksilver Resources Inc. | |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 2. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 3. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 4. | 10/2/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 5. | 10/6/2015 | 2.0 hour(s) | KWK Hearing |
| 6. | 10/8/2015 | 1.0 hour(s) | Case administration work |
| 7. | 10/8/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 8. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 9. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 10. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 11. | 10/12/2015 | 1.0 hour(s) | Travel to meeting |
| 12. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 13. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 14. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 15. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 16. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 17. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 18. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 19. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 20. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 21. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 22. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 23. | 10/29/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 24. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 25. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 26. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| **Total** | | **22.0 hour(s)** | |

# *Quicksilver Resources Inc.*

## Summary of Hours - October 2015

**Total Hours:**          62.0 hour(s)

**Banker:**          Vaibhav Goel

**Restructuring Case:** Quicksilver Resources Inc.

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 2. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 3. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 4. | 10/1/2015 | 4.5 hour(s) | Waterfall Analysis Refresh |
| 5. | 10/2/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 6. | 10/6/2015 | 1.0 hour(s) | Case administration work |
| 7. | 10/6/2015 | 2.0 hour(s) | KWK Hearing |
| 8. | 10/8/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 9. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 10. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 11. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 12. | 10/9/2015 | 2.5 hour(s) | Waterfall Refresh for Second Lien Advisors |
| 13. | 10/12/2015 | 1.0 hour(s) | Travel to meeting |
| 14. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 15. | 10/13/2015 | 4.0 hour(s) | High Value Lease Analysis |
| 16. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 17. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 18. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 19. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 20. | 10/16/2015 | 2.0 hour(s) | High Value Lease Analysis |
| 21. | 10/19/2015 | 4.0 hour(s) | Valuation Refresh |
| 22. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 23. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 24. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 25. | 10/20/2015 | 6.0 hour(s) | Valuation Refresh + Midstream Contract Analysis |
| 26. | 10/21/2015 | 5.0 hour(s) | Valuation Refresh + Midstream Contract Analysis |
| 27. | 10/21/2015 | 5.0 hour(s) | Valuation Refresh + Midstream Contract Analysis |
| 28. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 29. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 30. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 31. | 10/29/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 32. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 33. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 34. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 35. | 10/29/2015 | 3.0 hour(s) | Voelte Deposition Preparation |
| 36. | 10/30/2015 | 2.0 hour(s) | Voelte Deposition Preparation |
| 37. | 10/31/2015 | 2.0 hour(s) | Voelte Deposition Preparation |
| **Total** | | **62.0 hour(s)** | |

*Quicksilver Resources Inc.*

## Summary of Hours - October 2015

| | | |
|---|---|---|
| **Total Hours:** | 36.0 hour(s) | |
| **Banker:** | Aaron Cohen | |
| **Restructuring Case:** | Quicksilver Resources Inc. | |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 2. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 3. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 4. | 10/2/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 5. | 10/8/2015 | 1.0 hour(s) | Case administration work |
| 6. | 10/8/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 7. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 8. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 9. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 10. | 10/9/2015 | 4.0 hour(s) | Prepare proposal materials and waterfall analysis |
| 11. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 12. | 10/13/2015 | 3.0 hour(s) | Review proposal materials and waterfall analysis |
| 13. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 14. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 15. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 16. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 17. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 18. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 19. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 20. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 21. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 22. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 23. | 10/27/2015 | 5.0 hour(s) | Monthly Fee App |
| 24. | 10/28/2015 | 5.0 hour(s) | Monthly Fee App |
| 25. | 10/29/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 26. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 27. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 28. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| **Total** | | **36.0 hour(s)** | |

*Quicksilver Resources Inc.*

## Summary of Hours - October 2015

| Total Hours: | 22.0 hour(s) |
|---|---|

| Banker: | Nicholas Kurtenbach |
|---|---|

**Restructuring Case:** Quicksilver Resources Inc.

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2015 | 1.0 hour(s) | Prepared for committee call |
| 2. | 10/1/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 3. | 10/1/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 4. | 10/2/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 5. | 10/6/2015 | 1.0 hour(s) | Case administration work |
| 6. | 10/6/2015 | 2.0 hour(s) | KWK Hearing |
| 7. | 10/8/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 8. | 10/8/2015 | 1.0 hour(s) | Prepared for committee call |
| 9. | 10/8/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 10. | 10/8/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 11. | 10/12/2015 | 1.0 hour(s) | Travel to meeting |
| 12. | 10/12/2015 | 1.0 hour(s) | Meeting at Paul Weiss with second lien holders |
| 13. | 10/14/2015 | 1.0 hour(s) | Case administration work |
| 14. | 10/15/2015 | 1.0 hour(s) | Prepared for committee call |
| 15. | 10/15/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 16. | 10/15/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 17. | 10/19/2015 | 1.0 hour(s) | Strategy call with Paul Weiss, Landis Cobb and BRG |
| 18. | 10/20/2015 | 1.0 hour(s) | Case administration work |
| 19. | 10/20/2015 | 1.0 hour(s) | Update Call |
| 20. | 10/22/2015 | 1.0 hour(s) | Prepared for committee call |
| 21. | 10/22/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 22. | 10/22/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| 23. | 10/29/2015 | 1.0 hour(s) | Reviewed KWK Weekly Reporting Package |
| 24. | 10/29/2015 | 1.0 hour(s) | Prepared for committee call |
| 25. | 10/29/2015 | 0.5 hour(s) | Pre-call to Weekly UCC Call |
| 26. | 10/29/2015 | 0.5 hour(s) | Weekly UCC Update Call |
| **Total** | | **22.0 hour(s)** | |