## EXHIBIT B – SUMMARY EXPENSES DURING COMPENSATION PERIOD

*Quicksilver Resources Inc.*

**1. Summary**

| | |
|---|---|
| Legal Fees | 1,460.00 |
| Airfare | 1,224.20 |
| Total | $2,684.20 |

**2. Details**

| Legal | | Description |
|---|---|---|
| Kirkland & Ellis | $1,460.00 | Moelis & Company legal counsel - October 2015 Fees & Expenses |
| Total | $1,460.00 | |

| Airfare | | Description |
|---|---|---|
| Voelte (10/29/15) | $1,224.20 | Airfare to Deal Meeting (Houston to Philadelphia and back) - Economy both ways |
| Total | $1,224.20 | |
| Total | $2,684.20 | |