**EXHIBIT C – INVOICE FOR REIMBURSABLE ATTORNEYS' FEES AND EXPENSES**

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

FEIN 36-1326630

November 16, 2015

Moelis & Company
399 Park Avenue, 5th Floor
New York, NY  10020

Attention:  Mr. Osamu Watanabe

**Invoice Number:  4771416**
**Client Matter:  12991-12**

**In the matter of    Quicksilver Resources, Finance Advice**

| | |
|---|---:|
| For legal services rendered through October 31, 2015 (see attached Description of Legal Services for detail) | $ 1,460.00 |
| For expenses incurred through October 31, 2015 (see attached Description of Expenses for detail) | $ .00 |
| Total legal services rendered and expenses incurred | $ 1,460.00 |

Beijing    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Moelis & Company
Legal Services for the Period Ending October 31, 2015
November 16, 2015

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jason Gott | 2.00 | 730.00 | 1,460.00 |
| **TOTALS** | **2.00** | | **$ 1,460.00** |

Moelis & Company
Legal Services for the Period Ending October 31, 2015
November 16, 2015

## Description of Legal Services

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/07/15 | Jason Gott | .60 | Draft response to fee examiner's report (.4); correspond with C. Husnick, client re same (.2). |
| 10/09/15 | Jason Gott | .60 | Review, revise August fee application (.2); correspond with client re same (.1); draft response to fee examiner's report (.3). |
| 10/28/15 | Jason Gott | .50 | Review, revise Voelte declaration (.4); correspond with C. Husnick, Moelis re same (.1). |
| 10/30/15 | Jason Gott | .30 | Correspond with client, LRC re interim fee application. |
| | | 2.00 | TOTAL HOURS |

3

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

FEIN 36-1326630

November 16, 2015

Mr. Osamu Watanabe
Moelis & Company
399 Park Avenue, 5th Floor
New York, NY 10020

Invoice Number: 4771416

---

## REMITTANCE ADVICE

For Professional Services Rendered Through October 31, 2015

Client Matter: 12991 - 12
In the Matter of    Quicksilver Resources, Finance Advice

| | |
|---|---|
| Total Fees | $ 1,460.00 |
| Total Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,460.00** |

To ensure proper credit to your account please return this remittance with your payment.

### TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
ABA Number: 271070801
Acct. Name: Kirkland & Ellis LLP
Acct. Number: 800418399
Ref. Number: 12991-12

Wire Transfer From a Non U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
Swift Code: CITIUS33
Acct. Name: Kirkland & Ellis LLP
Acct. Number: 800418399
Ref. Number: 12991-12

Beijing    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.