IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quicksilver Resources Inc., et al.,[1] | ) Case No. 15-10585 (LSS) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

### CERTIFICATION OF COMPLIANCE WITH GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN DISTRICT OF DELAWARE BANKRUPTCY CASES

I, Barak Klein, certify that:

1. I am a managing director of Moelis & Company LLC ("*Moelis*"), the investment banker to the official committee of unsecured creditors in these chapter 11 cases. This certification is made pursuant to the United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330 (the "*Guidelines*") in support of Moelis' foregoing Application (the "*Application*"). I am Moelis' Certifying Professional as defined in the Guidelines.

2. I have read the Application and certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application: (a) the Application complies with the Guidelines; and (b) the fees and disbursements sought by Moelis fall within the Guidelines and are billed in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

accordance with practices customarily employed by Moelis and generally accepted by Moelis's clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3. Pursuant to this Court's May 8, 2015 order approving Moelis' retention in these cases (the "*Moelis Retention Order*"), the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 have been modified such that Moelis' investment banking professionals are required only to keep summary time records in half-hour increments, Moelis' non-restructuring professionals and personal in administrative departments (including legal) are not required to keep time records, Moelis' non-restructuring professionals are not required to keep time records on a project category basis, and Moelis is not required to provide or conform to any schedules of hourly rates. As stated in the Moelis Retention Application,[2] (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

4. I have reviewed the requirements of the Local Rules for the United States Bankruptcy Court for the District of Delaware. To the best of my knowledge, information and belief, the Application complies with the requirements of the Local Rules, except to the extent compliance has been modified or waived by the Moelis Retention Order.

Dated: December 7, 2015

/s/ *Barak Klein*
Barak Klein
Managing Director
Moelis & Company LLC

---

[2] "*Moelis Retention Application*" means the *Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker to the Committee, Effective* Nunc Pro Tunc *to March 30, 2015, and Waiving Certain Information Requirements Imposed by Local Rule 2016-2* [Docket No. 246].