## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Obj. Deadline: December 28, 2015 at 4:00 p.m. (ET)** |

### SEVENTH MONTHLY APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| | |
|---|---|
| Name of applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to provide professional services to: | the above-captioned debtors and debtors in possession |
| Date of retention: | April 14, 2015 *nunc pro tunc* to March 17, 2015 |
| Period for which compensation and reimbursement are sought: | October 1, 2015 through October 31, 2015 |
| Amount of compensation sought as actual, reasonable, and necessary: | $652,177.20 (80% of $815,221.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4,029.59 |

This is a(n): _X_ monthly       ___ interim        _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 6/9/2015 | 3/17/2015 – 4/30/2015 | $1,543,842.00 (80% of $1,929,802.50) | $17,930.39 |
| 7/1/2015 | 5/1/2015 – 5/31/2015 | $538,052.20 (80% of $672,565.25) | $13,008.61 |
| 7/28/2015 | 6/1/2015 – 6/30/2015 | $583,591.40 (80% of $729,489.25) | $9,287.03 |
| 8/11/2015[2] | 3/17/2015 – 6/30/2015 | $3,331,574.50 | $40,226.03[3] |
| 8/25/2015 | 7/1/2015 – 7/31/2015 | $497,976.80 (80% of $622,471.00) | $12,348.41 |
| 10/2/2015 | 8/1/2015 – 8/31/2015 | $593,266.60 (80% of $741,583.25) | $11,055.11 |
| 11/4/2015 | 9/1/2015 – 9/30/2015 | $843,220.80 (80% of $1,054,026.00) | $5,306.49 |
| 11/16/2015[4] | 7/1/2015 – 9/30/2015 | $2,418,080.25 | $28,710.01 |

---

[2] First Interim Fee Application.

[3] Subsequent to the filing of Akin Gump's First Interim Fee Application [D.I. 551], Akin Gump agreed to a reduction in the expenses for which it sought reimbursement in the amount of $374.43 to resolve an inquiry of the Fee Examiner.  Accordingly, the total expense reimbursement ultimately requested by Akin Gump in the First Interim Fee Application was $39,851.60.

[4] Second Interim Fee Application.

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| PARTNERS | DEPARTMENT | STATE OF BAR ADMISSION - YEAR | TOTAL HOURS | HOURLY BILLING RATE | AMOUNT |
|---|---|---|---|---|---|
| Marty L. Brimmage Jr. | Litigation | Texas - 1995<br>New York - 2007 | 5.10 | $850.00 | $4,335.00 |
| Michael J. Byrd | Oil & Gas/Natural Resources | Texas - 1987 | 0.50 | $910.00 | $455.00 |
| David P. Elder | Oil & Gas/Natural Resources | Texas - 1995 | 8.80 | $890.00 | $7,832.00 |
| Charles R. Gibbs | Financial Restructuring | Texas - 1978 | 31.30 | $1,095.00 | $34,273.50 |
| Stephen B. Kuhn | Corporate | New York - 1991 | 58.30 | $975.00 | $56,842.50 |
| Lacy Lawrence | Litigation | Texas - 2006 | 0.20 | $700.00 | $140.00 |
| Lauren Leyden | Labor | New York - 2006 | 8.10 | $830.00 | $6,723.00 |
| Thomas J. McCaffrey | Oil & Gas/Natural Resources | Texas - 1985 | 9.10 | $860.00 | $7,826.00 |
| Eric L. Munoz | Oil & Gas/Natural Resources | Texas - 2006 | 1.10 | $700.00 | $770.00 |
| Rebecca L. Tyler | Oil & Gas/Natural Resources | Texas - 2005 | 5.50 | $675.00 | $3,712.50 |
| Sarah Link Schultz | Financial Restructuring | Texas - 2001 | 98.90 | $975.00 | $96,427.50 |
| W. Thomas Weir | Tax | Texas - 1973<br>New York - 2006 | 3.80 | $900.00 | $3,420.00 |
| **COUNSEL** | **DEPARTMENT** | **STATE OF BAR ADMISSION - YEAR** | **TOTAL HOURS** | **HOURLY BILLING RATE** | **AMOUNT** |
| Joel B. Bailey | Litigation | Texas - 2009 | 0.60 | $625.00 | $375.00 |
| Ashleigh L. Blaylock | Financial Restructuring | New York - 2007 | 165.70 | $775.00 | $128,417.50 |
| Travis A. McRoberts | Financial Restructuring | Delaware - 2009<br>Texas - 2013 | 187.00 | $750.00 | $140,250.00 |
| Brandon T. Morris | Tax | District of Columbia - 2014<br>New York - 2009 | 5.60 | $625.00 | $3,500.00 |

207522247

| ASSOCIATES | DEPARTMENT | STATE OF BAR ADMISSION - YEAR | TOTAL HOURS | HOURLY BILLING RATE | AMOUNT |
|---|---|---|---|---|---|
| Eduardo Canales | Oil & Gas/Natural Resources | Texas - 2013 | 1.20 | $410.00 | $492.00 |
| Gonzalo D. Castro | Oil & Gas/Natural Resources | Texas - 2011 | 189.70 | $530.00 | $100,541.00 |
| Sarah J. Crow | Financial Restructuring | Texas - 2010 | 124.90 | $655.00 | $81,809.50 |
| Adam Garmezy | Oil & Gas/Natural Resources | Texas - 2014 | 1.30 | $410.00 | $533.00 |
| Matthew Kinskey | Financial Restructuring | Texas - 2015 | 8.60 | $430.00 | $3,698.00 |
| Jason S. Sharp | Financial Restructuring | Texas - 2012 | 103.60 | $565.00 | $58,534.00 |
| Aaron R. Slavutin | Financial Restructuring | New York - 2011 | 114.00 | $565.00 | $64,410.00 |
| Andrew Turnbull | Labor | District of Columbia - 2010 | 4.30 | $590.00 | $2,537.00 |
| Rahul D. Vashi | Oil & Gas/Natural Resources | Texas - 2010 | 1.60 | $600.00 | $960.00 |
| Sarah Withers | Corporate | New York - 2014 | 1.50 | $495.00 | $742.50 |
| **LEGAL ASSISTANTS** | **DEPARTMENT** | | **TOTAL HOURS** | **HOURLY BILLING RATE** | **AMOUNT** |
| Francisco B. Alvarez | Financial Restructuring | | 3.80 | $195.00 | $741.00 |
| Sarah A. D'Addese | Financial Restructuring | | 5.70 | $210.00 | $1,197.00 |
| Brenda R. Kemp | Financial Restructuring | | 14.40 | $255.00 | $3,672.00 |
| Tracy Southwell | Financial Restructuring | | 0.20 | $275.00 | $55.00 |
| **TOTAL\*** | | | **1164.40** | | **$815,221.50** |
| **Attorney Blended Hourly Rate** | | | | | **709.95** |
| **Blended Hourly Rate** | | | | | **700.12** |

\*Akin Gump has voluntarily written off time related to reviewing invoices to ensure proper task coding, but has included time related to reviewing invoices for the purpose of redacting privileged information and time related to the preparation of this Application.

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| PROJECT CATEGORY | TASK CODE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| General Case Administration | 0002 | 114.30 | $82,310.00 |
| Akin Gump Fee Application/Monthly Billing Reports | 0003 | 33.20 | $19,858.50 |
| Analysis of Other Professional Fee Applications | 0004 | 43.20 | $30,084.00 |
| Review / Preparation of Schedules, Statements | 0005 | 8.90 | $6,334.00 |
| Retention of Professionals | 0006 | 7.80 | $5,809.50 |
| Creditors Committee Matters/Meetings (including 341 Meetings) | 0007 | 13.00 | $10,806.00 |
| Court Hearings | 0008 | 48.30 | $30,520.00 |
| Financial Reports and Analysis | 0009 | 4.50 | $3,954.00 |
| DIP, Cash Collateral Usage and Exit Financing | 0010 | 1.50 | $1,130.00 |
| Executory Contracts/License Agreements | 0011 | 18.90 | $12,609.50 |
| General Claims Analysis/Claims Objections | 0012 | 49.00 | $30,382.50 |
| Analysis of Secured Claims/Adequate Protection Issues | 0015 | 117.30 | $80,679.00 |
| Automatic Stay Issues | 0016 | 8.20 | $4,818.00 |
| General Adversary Proceedings / Litigation Matters | 0017 | 114.10 | $79,329.50 |
| Tax Issues | 0018 | 15.70 | $12,542.50 |
| Labor Issues/Employee Benefits | 0019 | 154.20 | $113,862.00 |
| Canadian Proceedings | 0020 | 26.40 | $22,516.00 |
| Exclusivity | 0021 | 24.80 | $18,386.50 |
| Plan, Disclosure Statement/Solicitation and Related Documentation | 0022 | 17.90 | $12,613.50 |
| Asset/Stock Transaction/Business Liquidations | 0024 | 288.10 | $190,141.50 |
| Travel Time | 0025 | 9.20 | $8,450.00 |
| Securities Law Issues | 0026 | 12.80 | $10,238.50 |

207522247

| | | | |
|---|---|---|---|
| General Corporate Matters | 0028 | 25.50 | $22,794.00 |
| Critical Vendor Issues | 0030 | 7.60 | $5,052.50 |
| **TOTAL\*** | | **1164.40** | **$815,221.50** |

\* Akin Gump has voluntarily written off time related to reviewing invoices to ensure proper task coding, but has included time related to reviewing invoices for the purpose of redacting privileged information and time related to the preparation of this Application.

**EXPENSE SUMMARY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Expense Category | Total Expenses |
|---|---|
| Computerized Legal Research - Lexis | $556.20 |
| Computerized Legal Research - Westlaw | $311.56 |
| Courier Service/Messenger Service-Off Site | $31.84 |
| Document Retrieval | $979.60 |
| Business Meals | $205.34 |
| Telephone - Long Distance | $37.00 |
| Travel - Airfare | $527.20 |
| Travel - Ground Transportation | $374.05 |
| Travel - Lodging | $657.80 |
| Travel - Parking | $29.00 |
| Travel - Telephone & Fax | $50.00 |
| Travel - Train Fare | $270.00 |
| **TOTAL** | **$4,029.59** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: December 28, 2015 at 4:00 p.m. (ET)** |

### SEVENTH MONTHLY APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"); Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 14, 2015 [D.I. 195] (the "Interim Compensation Order"), Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") hereby files this *Seventh Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From October 1, 2015 Through October 31, 2015* (the "Application").  By the Application, Akin Gump seeks a monthly allowance pursuant to the Interim Compensation Order with respect to the sums of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

$815,221.50 (80% of which equals $652,177.20) as compensation and $4,029.59 for reimbursement of actual and necessary expenses, for a total of $819,251.09 for the period from October 1, 2015 through and including October 31, 2015 (the "Compensation Period").   In support of the Application, Akin Gump respectfully states:

## BACKGROUND

1.      On March 17, 2015 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  Additional information regarding the Debtors' business and the background relating to events leading up to the chapter 11 cases can be found in the *Declaration of Vanessa Gomez LaGatta in Support of First Day Pleadings* [D.I. 19], filed with the Court on the Petition Date and fully incorporated herein by reference.

2.      The Debtors continue to manage and operate their business as debtors in possession under Bankruptcy Code sections 1107 and 1108.  No trustee or examiner has been requested in these chapter 11 cases.  On March 25, 2015, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors [D.I. 119] (the "Committee") in these cases.

3.      Akin Gump was retained effective as of the Petition Date by this Court's order dated April 14, 2015 [D.I. 196] (the "Retention Order").  The Retention Order authorized Akin Gump to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

4.      On August 20, 2015, the Court entered its *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Professional Claims* [D.I. 582] (the "Fee Examiner Order"), appointing Judith Scarborough as the fee examiner in these chapter 11 cases (the "Fee Examiner").

2

207522247

## COMPENSATION PAID AND ITS SOURCE

5.      All Akin Gump services for which compensation is requested in this Application were performed for or on behalf of the Debtors.

6.      Except to the extent of the retainer paid to Akin Gump (as described in the application seeking approval of Akin Gump's employment) by the Debtors, during the period covered by this Application, Akin Gump has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Akin Gump and any person other than the partners of Akin Gump for the sharing of compensation to be received for services rendered in these cases.

## FEE STATEMENT

7.      The fee statement for the Compensation Period is attached hereto as <u>Exhibit A</u>. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this Compensation Period.  To the best of Akin Gump's knowledge, this Application complies with Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Local Rule 2016-2, and the Interim Compensation Order.

## ACTUAL AND NECESSARY EXPENSES

8.      A summary of actual and necessary expenses and daily logs of expenses incurred by Akin Gump during the Compensation Period is attached hereto as <u>Exhibit B</u>.  Consistent with Local Rule 2016-2, Akin Gump charges 10¢ per page for photocopying expenses and 10¢ per page for certain printing jobs.

9.      Akin Gump believes the foregoing rates are the market rates that the majority of law firms charges clients for such services.  In addition, Akin Gump believes that such charges

3

are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## SUMMARY OF SERVICES RENDERED

10.     The partners, counsel, and associates of Akin Gump who have rendered professional services in these cases, and the paraprofessionals and staff of Akin Gump who have provided service to these attorneys in these cases, are listed in the above tables.  Akin Gump, by and through the above-named persons, has prepared or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services, which are described and narrated in detail hereinafter.

## SUMMARY OF SERVICES BY PROJECT

11.     The services rendered by Akin Gump during the Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A.      General Case Administration (0002)

Fees:  $82,310.00      Total Hours:  114.30

12.     This category includes time spent by Akin Gump attorneys and paraprofessionals to ensure the efficient and smooth administration of legal services related to the Debtors' chapter 11 cases.  Specifically, Akin Gump attorneys and paraprofessionals spent time (a) reviewing and monitoring the docket and related pleadings and correspondence, (b) preparing case calendars

and task lists, (c) participating in daily calls with the Debtors' senior management regarding operational and restructuring updates and next steps, (d) conferring internally and with the Debtors' other advisors on an as-needed basis in relation to task lists and pending matters, (e) coordinating service of pleadings and notices with the Garden City Group, LLC ("GCG"), the claims and noticing agent retained in these chapter 11 cases, and (f) attending to staffing issues to ensure efficient and timely completion of myriad tasks and motions attendant to these chapter 11 cases.

13.    The Debtors also filed five motions and other substantive pleadings in these chapter 11 cases during the Compensation Period.  In connection with these filings, Akin Gump prepared or reviewed notices of motions, proposed orders, exhibits, and schedules, as applicable, and coordinated with co-counsel Richards, Layton & Finger, P.A. ("RLF") and GCG to ensure the delivery of such pleadings to the Court, the U.S. Trustee, and other appropriate parties.

14.    In addition, Akin Gump paraprofessionals regularly monitored the docket for these chapter 11 cases to track the filing of pleadings and to remain apprised of critical dates. For each pleading filed, Akin Gump paraprofessionals ensured that the appropriate attorneys and personnel of the Debtors and the Debtors' other advisors remained apprised of the filed documents and relevant objection and response deadlines, hearing dates, and other critical dates.

B.    Akin Gump Fee Applications/Monthly Billing Reports (0003)

Fees:  $19,858.50      Total Hours:  33.20[2]

15.    This category includes all time spent preparing, reviewing, filing, and circulating monthly invoices and fee applications for Akin Gump.  During the Compensation Period, Akin Gump prepared the *Sixth Monthly Application of Akin Gump Strauss Hauer & Feld LLP for*

---

[2] Akin Gump has voluntarily written off time related to reviewing invoices to ensure proper task coding, but has included time related to reviewing invoices for the purpose of redacting privileged information and time related to the preparation of this Application.

*Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2015 through September 30, 2015* [D.I. 797], which was filed after the Compensation Period.  Akin Gump professionals spent time during the Compensation Period preparing the budget and staffing report for October–December fee period and distributing the same to the Debtors' management.  Akin Gump professionals also prepared an initial draft of the *Second Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel to the Debtors* [D.I. 858], which was filed subsequent to the Compensation Period.

      C.    <u>Analysis of Other Professionals' Fee Applications/Reports (0004)</u>

          Fees:  $30,084.00      Total Hours:  43.20

16.    This category includes time spent reviewing, tracking, and analyzing fee applications of other professionals, including review and circulation of invoices paid pursuant to the *Final Order Under 11 U.S.C. §§ 106, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties* [D.I. 307] (the "<u>Final Cash Collateral Order</u>").

      D.    <u>Review/Preparation of Schedules, Statements (0005)</u>

          Fees:  $6,334.00      Total Hours:  8.90

17.    This category includes time spent on activities related to the Debtors' schedules of assets and liabilities and statements of financial affairs (collectively, the "<u>Schedules</u>").  During the Compensation Period, Akin Gump professionals and paraprofessionals spent time addressing third-party inquiries regarding the Schedules and an amendment to Schedule G.

E.      Retention of Professionals (0006)

Fees:  $5,809.50        Total Hours:  7.80

18.      This category includes time spent by Akin Gump attorneys and paraprofessionals in connection with preparing applications to retain, or modify, the retention of the Debtors' professionals.  During the Compensation Period, Akin Gump professionals assisted the Debtors in negotiations regarding the expansion of the scope of work of Ernst & Young LLP and reviewed and filed the *Debtors' Application for an Order (I) Authorizing the Expansion of the Scope of Their Retention of Ernst & Young LLP as Audit Services Providers Pursuant to 11 U.S.C. § 327(A),* Nunc Pro Tunc *to September 1, 2015, and (II) Approving the Subcontracting of Certain Audit Services to the Member Firm of Ernst & Young Global Limited Located in Canada,* Nunc Pro Tunc *to September 1, 2015* [D.I. 692], which was filed on October 12, 2015.

F.      Creditor Committee Matters/Meeting (including 341 Meetings) (0007)

Fees:  $10,806.00        Total Hours:  13.00

19.      This category includes all matters related to preparing for and attending meetings with the Committee and the Committee's professionals, as well as the professionals for the Debtors' secured creditors, and responding to information requests from the Committee or the secured creditors or their respective professionals during the Compensation Period.  Akin Gump professionals also participated in update calls with each of the secured creditors' professionals and the Committee's professionals, as well as numerous informational calls with those professionals in response to the myriad information requests.  Akin Gump professionals also spent time preparing various materials attendant to the creditor group calls.

G.      Court Hearings (0008)

Fees:  $30,520.00        Total Hours:  48.30

20.     This category includes time spent by Akin Gump preparing for and attending hearings before the Court.  During the Compensation Period, Akin Gump professionals and paraprofessionals spent time communicating with RLF regarding the status of hearings and reviewing hearing agenda notices, including a notice of agenda of matters scheduled for the omnibus hearing on October 6, 2015 [D.I. 669], which was filed on October 2, 2015.  In addition, Akin Gump professionals spent time preparing for and attending the omnibus hearing on October 6, 2015.

H.      Financial Reports and Analysis (0009)

Fees:  $3,954.00        Total Hours:  4.50

21.     This category includes all financial reporting matters required by the Bankruptcy Rules and the U.S. Trustee.  This category includes time spent by Akin Gump professionals and paraprofessionals ensuring the Debtors' compliance with bankruptcy disclosure requirements, including preparing and submitting monthly operating reports.  During the Compensation Period, Akin Gump professionals worked with the Debtors' other professionals to prepare and file the *Monthly Operating Report for Filing Period September 1 – 30, 2015* [D.I. 717] and the *Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtors' Estates Hold a Substantial or Controlling Interest* [D.I. 718], both of which were filed on October 20, 2015.

I.      DIP, Cash Collateral Usage, and Exit Financing (0010)

Fees:  $1,130.00        Total Hours:  1.50

22.     This category includes all matters relating to negotiation and documentation of all cash collateral issues and related pleadings as well as time spent by Akin Gump attorneys in

8

connection with obligations arising with the Final Cash Collateral Order. Specifically, Akin Gump professionals spent time addressing issues related to the potential extension of the use of cash collateral. Additionally, Akin Gump spent time working with the Debtors' management and employees to prepare the tracking reports required under the Final Cash Collateral Order.

J.    Executory Contracts/License Agreements (0011)

Fees:  $12,609.50      Total Hours:  18.90

23.    This category includes all matters related to contract and lease analysis and matters related to assumption, assignment, or rejection of executory contracts and unexpired leases. Akin Gump attorneys spent time continuing their research and analysis of the Debtors' obligations under their various executory contracts and unexpired leases. During the Compensation Period, Akin Gump attorneys also spent time in discussions with counsel to the counterparties of certain of the Debtors' contracts to address certain issues related to those contracts.

K.    General Claims Analysis/Claims Objections (0012)

Fees:  $30,382.50      Total Hours:  49.00

24.    This category includes all matters related to claims administration and bar date matters, including claims objections and related contested matters. Specifically, this category includes time spent by Akin Gump attorneys (a) tracking and analyzing claims, (b) responding to various creditor inquiries, (c) advising the Debtors on various claims and potential claims against the Debtors' estates and (d) drafting objections to proofs of claim filed in the Debtors' chapter 11 cases. During the Compensation Period, Akin Gump spent considerable time working with GCG and the Debtors' other professionals on the claims reconciliation process. In addition, Akin Gump professionals spent time during the Compensation Period preparing and filing the *Debtors' First (Non-Substantive) Omnibus Objection to Certain Claims that are (A) Duplicative*

9

*of a Claim Filed on the Claimants Behalf, (B) on Account of Equity Interests, or (C) Late Filed* [D.I. 672], which was filed on October 2, 2015. Finally, Akin Gump spent time addressing creditor inquiries relating to certain proofs of claim.

        L.        <u>Analysis of Secured Claims/Adequate Protection Issues (0015)</u>

        Fees: $80,679.00     Total Hours: 117.30

    25.    This category includes all matters relating to the Debtors' secured debt, except those matters relating to the consensual use of cash collateral included in matter 0010. During the Compensation Period, Akin Gump professionals spent time addressing issues related to the review of certain liens on the Debtors' assets. Specifically, Akin Gump professionals spent significant time communicating and meeting with the Debtors' management and advisors for the Debtors' secured creditors and the Committee regarding the Committee's lien review and addressing issues related thereto, including assisting in the review of lien issues with respect to the Committee's draft complaint to determine the scope of the second lien lenders' security interests.

        M.       <u>Automatic Stay Issues (0016)</u>

        Fees: $4,818.00     Total Hours: 8.20

    26.    This category includes all matters related to the automatic stay, including issues related to the effect of the automatic stay or pending matters and all other types of actions where adequate protection is the central issue. Akin Gump professionals spent time negotiating with counsel to the plaintiffs in certain litigation stayed in the 18th Judicial District Court in Somervell County, Texas regarding the automatic stay.

207522247

N.    Litigation/Adversary Proceedings (0017)

Fees:  $79,329.50      Total Hours:  114.10

27.    This category includes time spent by Akin Gump attorneys relating to litigation and adversary proceedings.  Specifically, Akin Gump attorneys spent time analyzing issues relating to certain litigation proceedings and demands made by the Committee regarding the prosecution of certain claims against the Debtors' second lien lenders and standing with respect thereto.  In addition, Akin Gump professionals spent time preparing and filing the *Debtors' Limited Objection to the Motion of the Official Committee of Unsecured Creditors for Leave, Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief* [D.I. 734], which was filed on October 23, 2015.

O.    Tax Issues (0018)

Fees:  $12,542.50      Total Hours:  15.70

28.    This category includes time spent by Akin Gump attorneys preparing correspondence and pleadings and advising the Debtors on tax issues relating to or arising during these chapter 11 cases.  During the Compensation Period, Akin Gump attorneys participated in meetings with the Debtors' and the Committee's professionals regarding certain tax implications of the Debtors' asset sales.

P.    Labor Issues/Employee Benefits (0019)

Fees:  $113,862.00      Total Hours:  154.20

29.    This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.  During the Compensation Period, Akin Gump professionals advised the Debtors' management regarding certain issues relating to the Debtors' reduction-in-force.  In addition, Akin Gump professionals spent significant time preparing and prosecuting the *Debtors' Emergency Motion for Entry of an*

11

*Order Authorizing Certain Severance and Release Payments to Non-Insider Employees* [D.I. 736] and the associated *Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods Regarding Debtors' Emergency Motion for Entry of an Order Authorizing Certain Severance and Release Payments to Non-Insider Employees* [D.I. 737], which were filed on October 23, 2015.

      Q.      Canadian Proceedings (0020)

            Fees:  $22,516.00      Total Hours:  26.40

30.      This category includes all matters relating to the Debtors' Canadian affiliates and issues attendant to any restructuring matters for such entities, including potential claims issues. During the Compensation Period, Akin Gump worked closely with the Debtors' management and other professionals regarding strategy and next steps to advance negotiations with key parties in Canada, including attending weekly calls regarding such issues.  Akin Gump attorneys also spent time addressing issues related to the sale of certain of the Debtors' Canadian assets.

      R.      Exclusivity (0021)

            Fees:  $18,386.50      Total Hours:  24.80

31.      This category includes all matters related to the exclusive periods during which only the Debtors may file a chapter 11 plan and solicit acceptances thereof.  Specifically, Akin Gump spent time preparing and filing the *Debtors' Motion for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof* [D.I. 693], which motion was filed on October 13, 2015.

      S.      Plan/Disclosure Statement/Solicitation and Related Documentation (0022)

            Fees:  $12,613.50      Total Hours:  17.90

32.      This category includes all matters related to the review, formulation, negotiation, preparation, and promulgation of plans of reorganization, disclosure statements, and related

207522247

corporate documentation and research relating thereto.  During the Compensation Period, Akin Gump continued formulating and refining exit strategies from chapter 11 and engaging in discussions regarding these strategies with the Debtors' management and creditor constituencies. In addition, Akin Gump professionals worked with the Debtors' claims and noticing agent to establish preliminary protocols for online solicitation.

    T.  <u>Asset/Stock Transactions/Business Liquidations (0024)</u>

      Fees:  $190,141.50  Total Hours:  288.10

  33.  This category includes all matters relating to acquisitions, dispositions, and other post-petition uses of property of the estate.  During the Compensation Period, Akin Gump attorneys spent a significant amount of time addressing issues relating to the potential sale of some or all of the Debtors' assets.  Specifically, Akin Gump professionals worked closely with the Debtors' management and other advisors in facilitating the sale of the Debtors' assets, and obtaining approval of certain bidding procedures with respect thereto as approved by the Court in its *Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtors' Assets* [D.I. 681] on October 6, 2015.  In addition, Akin Gump attorneys engaged in numerous discussions with advisors to the Debtors' secured creditors and the Committee on issues relating to the sale process and bidding procedures.  Finally, Akin Gump professionals expended a significant amount of time working with the Debtors' management and potential purchasers to negotiate and execute numerous non-disclosure agreements relating to the sale of the Debtors' assets.

U.    Travel Time (0025)

Fees:  $8,450.00        Total Hours:  9.20

34.    This category includes all time expended in connection with non-working travel, including travel to Delaware for the Debtors' omnibus hearing before the Court on October 6, 2015, which time reflects a 50% reduction on hourly rates.

V.    Securities Law Issues (0026)

Fees:  $10,238.50        Total Hours:  12.80

35.    This category includes all matters regarding the Debtors' securities and reporting obligations imposed by the Securities and Exchange Commission (the "SEC").  Specifically, Akin Gump attorneys assisted the Debtors regarding issues related to Debtors' Form 10-Q.

W.    General Corporate Matters (0028)

Fees:  $22,794.00        Total Hours:  25.50

36.    This category includes all matters relating to transactional, corporate governance, and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.  Specifically, Akin Gump attorneys spent time participating in telephone conferences with the Debtors' board of directors and other advisors regarding issues related to the Debtors' chapter 11 cases, including weekly calls to update the board of directors with respect to the progress of the Debtors' chapter 11 cases and attendant restructuring issues.  In addition, Akin Gump worked with the Debtors' management and certain of the Debtors' other advisors to provide status updates to the Debtors' board of directors regarding the sale of some or substantially all of the Debtors' assets.

14

X.    Critical Vendor Issues (0030)

Fees:  $5,052.50        Total Hours:  7.60

37.    This category includes time working to minimize any adverse impact of the chapter 11 process on the Debtors' operations by preserving the Debtors' valuable relationships with their vendors and parties entitled to assert contractual or statutory liens.  Pursuant to the authority granted by the *Final Order (I) Authorizing, but not Directing, Debtors to Pay Pre-Petition Claims of Critical Vendors and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers* [D.I. 197] (the "Critical Vendors Order") and the *Final Order Authorizing, But Not Directing, the Payment of Pre-Petition Claims of Certain Lienholders* [D.I. 199] (the "Lienholders Order"), Akin Gump worked closely with the Debtors' management, the Debtors' other advisors, and the Committee to monitor all payments to vendors that were authorized by the Critical Vendors Order and Lienholders Order.  Akin Gump professionals also reviewed and revised an agreement with one of the Debtors' potential lienholders to resolve the potential lienholder's pre-petition claim.  Akin Gump's work in connection with these vendor issues enabled the Debtors to experience minimal disruption to their business operations during the Compensation Period.

## VALUATION OF SERVICES

38.    Attorneys and paraprofessionals of Akin Gump have expended a total of 1,164.40 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Marty L. Brimmage Jr. | 5.10 | $850.00 |
| Michael J. Byrd | 0.50 | $910.00 |
| David P. Elder | 8.80 | $890.00 |
| Charles R. Gibbs | 31.30 | $1,095.00 |
| Stephen B. Kuhn | 58.30 | $975.00 |
| Lacy Lawrence | 0.20 | $700.00 |
| Lauren Leyden | 8.10 | $830.00 |

15

| Thomas J. McCaffrey | 9.10 | $860.00 |
|---|---|---|
| Eric L. Munoz | 1.10 | $700.00 |
| Rebecca L. Tyler | 5.50 | $675.00 |
| Sarah Link Schultz | 98.90 | $975.00 |
| W. Thomas Weir | 3.80 | $900.00 |
| Joel B. Bailey | 0.60 | $625.00 |
| Ashleigh L. Blaylock | 165.70 | $775.00 |
| Travis A. McRoberts | 187.00 | $750.00 |
| Brandon T. Morris | 5.60 | $625.00 |
| Eduardo Canales | 1.20 | $410.00 |
| Gonzalo D. Castro | 189.70 | $530.00 |
| Sarah J. Crow | 124.90 | $655.00 |
| Adam Garmezy | 1.30 | $410.00 |
| Matthew Kinskey | 8.60 | $430.00 |
| Jason S. Sharp | 103.60 | $565.00 |
| Aaron R. Slavutin | 114.00 | $565.00 |
| Andrew Turnbull | 4.30 | $590.00 |
| Rahul D. Vashi | 1.60 | $600.00 |
| Sarah Withers | 1.50 | $495.00 |
| **PARAPROFESSIONALS** | **TOTAL HOURS** | **HOURLY RATE** |
| Francisco B. Alvarez | 3.80 | $195.00 |
| Sarah A. D'Addese | 5.70 | $210.00 |
| Brenda R. Kemp | 14.40 | $255.00 |
| Tracy Southwell | 0.20 | $275.00 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are Akin Gump's normal hourly rates for work of this character. The reasonable value of the services rendered by Akin Gump to the Debtors during the Compensation Period is $815,221.50.

39.     In accordance with the factors enumerated in Bankruptcy Code section 330, it is respectfully submitted that the amount requested by Akin Gump is fair and reasonable, given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Akin Gump has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

16

WHEREFORE, Akin Gump respectfully requests that the Court authorize that, for the Compensation Period, an allowance be made to Akin Gump pursuant to the terms of the Interim Compensation Order, with respect to the sum of $815,221.50 (80% of which equals $652,177.20 as compensation and $4,029.59, as 100% reimbursement of actual and necessary costs and expenses, for a total of $819,251.09 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

[Remainder of Page Intentionally Left Blank]

207522247

Wilmington, Delaware
Date:  December 7, 2015

AKIN GUMP STRAUSS HAUER & FELD LLP
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

17

207522247

## VERIFICATION

STATE OF TEXAS        )

                                 ) SS:

COUNTY OF DALLAS      )

Sarah Link Schultz, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant firm, Akin Gump Strauss Hauer & Feld LLP, and have been admitted *pro hac vice* to appear before this Court.

b)      I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c)      I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with such rule.

_____
Sarah Link Schultz

SWORN AND SUBSCRIBED before me
this 7th day of December 2015

_____
Notary Public

My Commission Expires: 3-26-16

BRENDA KEMP
Notary Public
STATE OF TEXAS
My Comm. Exp. Mar. 26, 2016

207522247