## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: December 28, 2015 at 4:00 p.m. (ET)** |

### NOTICE OF FEE APPLICATION

PLEASE TAKE NOTICE that Akin Gump Strauss Hauer & Feld LLP (the "<u>Applicant</u>") has today filed the attached *Seventh Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2015 Through October 31, 2015* (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 14, 2015 [Docket No. 195] (the "<u>Interim Compensation Order</u>"), and must be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by: (i) the Debtors, Quicksilver Resources Inc., et al., 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102; (ii) counsel to the Debtors, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

Ave., Suite 4100, Dallas, Texas 75201 (Attn: Charles R. Gibbs and Sarah Link Schultz); (iii) Delaware counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Paul N. Heath and Amanda R. Steele); (iv) counsel to the global administrative agent for the first lien lenders, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017 (Attn: Steven M. Fuhrman); (v) counsel to second lien agent, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022 (Attn: Mitchell A. Seider and David A. Hammerman); (vi) counsel to the ad hoc group of second lienholders, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005 (Attn: Dennis F. Dunne and Samuel A. Khalil); (vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Room 2207, Lockbox #35, Wilmington, Delaware 19899-0035 (Attn: Jane Leamy); and (viii) counsel to the Official Committee of Unsecured Creditors, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Andrew N. Rosenberg, Elizabeth R. McColm and Adam M. Denhoff) no later than **4:00 p.m. (prevailing Eastern Time) on December 28, 2015** (the "Objection Deadline").

      PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served, and received in accordance with this notice and the Interim Compensation Order, a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Interim Compensation Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served and received by the Objection

Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Wilmington, Delaware
Date: December 7, 2015              /s/ Amanda R. Steele
                                    **RICHARDS, LAYTON & FINGER, P.A.**
                                    Paul N. Heath (DE 3704)
                                    Amanda R. Steele (DE 5530)
                                    Rachel L. Biblo (DE 6012)
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:  (302) 651-7700
                                    Facsimile:  (302) 651-7701

                                    – and –

                                    **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                    Charles R. Gibbs (admitted *pro hac vice*)
                                    Sarah Link Schultz (admitted *pro hac vice*)
                                    Travis A. McRoberts (DE 5274)
                                    1700 Pacific Avenue, Suite 4100
                                    Dallas, Texas 75201
                                    Telephone:  (214) 969-2800
                                    Facsimile:  (214) 969-4343

                                    Ashleigh L. Blaylock (admitted *pro hac vice*)
                                    Robert S. Strauss Building
                                    1333 New Hampshire Avenue, N.W.
                                    Washington, DC 20036-1564
                                    Telephone:  (202) 887-4000
                                    Facsimile:  (202) 887-4288

                                    **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**