## **EXHIBIT B**

207522247



| | |
|---|---|
| QUICKSILVER RESOURCES, INC.<br>ATTN: VANESSA GOMEZ LAGATTA<br>801 CHERRY STREET<br>SUITE 3700, UNIT 19<br>FORT WORTH, TX 76102 | Invoice Number 1634350<br>Invoice Date 12/03/15<br>Client Number 692524<br>Matter Number 0007 |

Re: POST-PETITION RESTRUCTURING

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/16/15 | Computerized Legal Research - Lexis   Service: LEXIS LEGAL SERVICES; Employee: BEVINS BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | 91.80 |
| 09/30/15 | Computerized Legal Research - Lexis   Service: PREMIUM NEWS SERVICE; Employee: BEVINS BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | 32.40 |
| 10/16/15 | Computerized Legal Research - Lexis   Service: LEXIS LEGAL SERVICES; Employee: SLAVUTIN AARON; Charge Type: LA DOCUMENT ACCESS; Quantity: 3.0 | 62.10 |
| 10/18/15 | Computerized Legal Research - Lexis   Service: LEXIS LEGAL SERVICES; Employee: SLAVUTIN AARON; Charge Type: LA DOCUMENT ACCESS; Quantity: 4.0 | 82.80 |
| 10/19/15 | Computerized Legal Research - Lexis   Service: LAW REVIEWS; Employee: SLAVUTIN AARON; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | 118.80 |
| 10/19/15 | Computerized Legal Research - Lexis   Service: LEXIS LEGAL SERVICES; Employee: SLAVUTIN AARON; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | 41.40 |
| 10/20/15 | Computerized Legal Research - Lexis   Service: LEXIS LEGAL SERVICES; Employee: D'ADDESE SARAH; Charge Type: LA DOCUMENT ACCESS; Quantity: 3.0 | 62.10 |
| 10/22/15 | Computerized Legal Research - Lexis   Service: NEXIS SERVICE; Employee: BEVINS BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | 32.40 |
| 10/22/15 | Computerized Legal Research - Lexis   Service: | 32.40 |

| | | |
|---|---|---|
| | PREMIUM NEWS SERVICE; Employee: BEVINS BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | |
| 10/15/15 | Computerized Legal Research - Westlaw   User: D'ADDESE,SARAH Date: 10/15/2015 AcctNumber: 1000532285 ConnectTime: 0.0 | 41.31 |
| 10/29/15 | Computerized Legal Research - Westlaw   User: KEMP,BRENDA Date: 10/29/2015 AcctNumber: 1000812018 ConnectTime: 0.0 | 270.25 |
| 10/08/15 | Courier Service/Messenger Service- Off Site   10/1/15: Andrea LaCroix from Travis McRoberts<br>VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 5-185-15723; DATE: 10/8/2015 | 20.18 |
| 10/10/15 | Courier Service/Messenger Service- Off Site   10/5/15: To Matthew B. McGuire<br>VENDOR: UNITED PARCEL SERVICE; INVOICE#: 00007552E7415A; DATE: 10/10/2015 | 11.66 |
| 10/07/15 | Document Retrieval   7/1/15-9/30/15 - Documents retrieval in various courts<br>VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q32015; DATE: 10/7/2015 | 969.90 |
| 10/07/15 | Document Retrieval   Usage from: 7/1-9/30/15<br>VENDOR: PACER SERVICE CENTER; INVOICE#: 2504648-Q32015; DATE: 10/7/2015 | 9.70 |
| 10/05/15 | Meals - Business   VENDOR: SARAH L. SCHULTZ INVOICE#: 0980127610091549 DATE: 10/9/2015<br>Meals Other, 10/05/15, Omnibus Hearing in Delaware, American Airlines, Vanessa LaGatta-Quicksilver Resources, SARAH SCHULTZ | 16.00 |
| 10/05/15 | Meals - Business   VENDOR: ASHLEIGH L. BLAYLOCK INVOICE#: 0993734010202201 DATE: 10/20/2015<br>Hotel - Lunch, 10/05/15, Quicksilver trip to Wilmington, DE for hearing, Hotel Dupont, Wilmington DE, ASHLEIGH BLAYLOCK | 25.00 |
| 10/05/15 | Meals - Business   VENDOR: SARAH L. SCHULTZ INVOICE#: 0980127610091549 DATE: 10/9/2015<br>Dinner, 10/05/15, Omnibus Hearing in Delaware, Tigin Irish Pub, SARAH SCHULTZ | 17.13 |
| 10/06/15 | Meals - Business   VENDOR: ASHLEIGH L. BLAYLOCK INVOICE#: 0993734010202201 DATE: 10/20/2015<br>Hotel - Lunch, 10/06/15, Quicksilver trip to Wilmington, DE for hearing, Hotel Dupont, Wilmington DE, ASHLEIGH BLAYLOCK | 27.20 |
| 10/12/15 | Meals (100%)   VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015<br>Aaron Slavutin - Dig Inn Seasonal Market  275 Madison - 10/12/2015 | 28.59 |
| 10/13/15 | Meals (100%)   VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015<br>Aaron Slavutin - Dig Inn Seasonal Market  275 Madison - 10/13/2015 | 28.21 |
| 10/14/15 | Meals (100%)   VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: | 28.21 |

QUICKSILVER RESOURCES, INC.                                                                             Page 3
Invoice Number: 1634350                                                                                December 3, 2015

| Date | Description | Amount |
|---|---|---:|
| 10/15/15 | 10/18/2015<br>Aaron Slavutin - Dig Inn Seasonal Market  275 Madison - 10/14/2015<br>Meals (100%)   VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015<br>Aaron Slavutin - A Asosan Sushi - 10/15/2015 | 35.00 |
| 10/06/15 | Telephone - Long Distance   VENDOR: TRAVIS A. MCROBERTS INVOICE#: 0986930110161902 DATE: 10/16/2015<br>Court Calls, 10/06/15, Hearing, CourtCall | 37.00 |
| 10/06/15 | Travel - Airfare   VENDOR: SARAH L. SCHULTZ INVOICE#: 0980127610091549 DATE: 10/9/2015<br>Airfare, 10/06/15, Omnibus Hearing in Delaware / Economy Roundtrip Dallas to Philadelphia | 527.20 |
| 09/21/15 | Travel - Ground Transportation   VENDOR: DIAL CAR INC INVOICE#: 1205974 DATE: 9/30/2015<br> Vendor: Dial Car Voucher #: A4248252 Date: 09/21/2015 Name: Stephen Kuhn\|\|Car Service, Vendor: Dial Car Voucher #: A4248252 Date: 09/21/2015 Name: Stephen Kuhn | 134.41 |
| 09/29/15 | Travel - Ground Transportation   VENDOR: AARON R. SLAVUTIN INVOICE#: 0979713810081908 DATE: 10/8/2015<br>Taxi/Car Service/Public Transport, 09/29/15, Late working taxi home., NYC Taxi | 18.00 |
| 09/30/15 | Travel - Ground Transportation   VENDOR: AARON R. SLAVUTIN INVOICE#: 0979713810081908 DATE: 10/8/2015<br>Taxi/Car Service/Public Transport, 09/30/15, Late working taxi home., NYC Taxi | 26.16 |
| 10/05/15 | Travel - Ground Transportation   VENDOR: SARAH L. SCHULTZ INVOICE#: 0980127610091549 DATE: 10/9/2015<br>Taxi/Car Service/Public Transport, 10/05/15, Omnibus Hearing in Delaware, Eagle Chauffeured Services | 152.92 |
| 10/09/15 | Travel - Ground Transportation   VENDOR: AARON R. SLAVUTIN INVOICE#: 0985143510141605 DATE: 10/14/2015<br>Taxi/Car Service/Public Transport, 10/09/15, Late working taxi home., NYC Taxi | 24.80 |
| 10/19/15 | Travel - Ground Transportation   VENDOR: AARON R. SLAVUTIN INVOICE#: 1003034810281907 DATE: 10/28/2015<br>Taxi/Car Service/Public Transport, 10/19/15, Late working taxi home., NYC Taxi | 17.76 |
| 10/06/15 | Travel - Lodging (Hotel, Apt, Other)   VENDOR: ASHLEIGH L. BLAYLOCK INVOICE#: 0993734010202201 DATE: 10/20/2015<br>Hotel - Lodging, 10/06/15, Quicksilver trip to Wilmington, DE for hearing, Hotel Dupont, Wilmington DE | 328.90 |
| 10/06/15 | Travel - Lodging (Hotel, Apt, Other)   VENDOR: SARAH L. SCHULTZ INVOICE#: 0980127610091549 DATE: 10/9/2015<br>Hotel - Lodging, 10/06/15, Omnibus Hearing in Delaware, Hotel Dupont | 328.90 |

QUICKSILVER RESOURCES, INC.  
Invoice Number: 1634350

Page 4  
December 3, 2015

| Date | Description | Amount |
|---|---|---|
| 10/06/15 | Travel - Parking   VENDOR: SARAH L. SCHULTZ INVOICE#: 0980127610091549 DATE: 10/9/2015 Parking, 10/06/15, Omnibus Hearing in Delaware, NTTA - DFW Parking | 29.00 |
| 09/18/15 | Travel - Telephone & Fax   VENDOR: SARAH L. SCHULTZ INVOICE#: 0989645510161902 DATE: 10/16/2015 Wifi, 09/18/15, Traveling abroad WiFi to keep in connection with client, AT&T | 50.00 |
| 10/02/15 | Travel - Train Fare   VENDOR: AMERICAN EXPRESS INVOICE#: 222167 DATE: 10/2/2015 NAME: MCKILLEN ASHLEIGH LB TICKET #: 0652890232 DEPARTURE DATE: 10/05/2015 ROUTE: UNKNOWN | 32.00 |
| 10/02/15 | Travel - Train Fare   VENDOR: AMERICAN EXPRESS INVOICE#: 222167 DATE: 10/2/2015 NAME: MCKILLEN ASHLEIGH LB TICKET #: 5129596042 DEPARTURE DATE: 10/05/2015 ROUTE: WAS WIL WAS | 206.00 |
| 10/06/15 | Travel - Train Fare   VENDOR: AMERICAN EXPRESS INVOICE#: 224226 DATE: 10/6/2015 NAME: MCKILLEN ASHLEIGH LB TICKET #: 0652989580 DEPARTURE DATE: 10/05/2015 ROUTE: UNKNOWN | 32.00 |

Current Expenses $4,029.59