**Exhibit A**

# Historical Henry Hub Pricing

Quicksilver Resources, Inc.



*Source: Bloomberg*