IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Quicksilver Resources Inc., et al., | : | Case No. 15-10585 (LSS) |
| | : | |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on December 10, 2015, the United States Trustee's Limited Objection to Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing That this Information Be Redacted Prior to Becoming Publicly Available was caused to be served via electronic mail to the following persons:

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br>Paul N. Heath<br>Amanda R. Steele<br>Rachel L. Biblo<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Charles R. Gibbs<br>Sarah Link Schultz<br>Travis A. McRoberts<br>Ashleigh L. Blaylock<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201 |
| Landis Rath & Cobb LLP<br>Richard S. Cobb<br>Matthew B. McGuire<br>Joseph D. Wright<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Paul Weiss Rifkind Wharton & Garrison LLP<br>Andrew N. Rosenberg<br>Elizabeth R. McColm<br>Adam M. Denhoff<br>1285 Avenue of the Americas<br>New York, NY 10019 |

/s/  Jane Leamy
_____
      Trial Attorney