# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUICKSILVER RESOURCES INC., *et al.*,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | Adv. Pro. No. 15-51896 (LSS) |
| UNSECURED CREDITORS, on behalf of the | ) | |
| Debtors' estates, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE BANK OF NEW YORK MELLON | ) | |
| TRUST COMPANY N.A., as indenture trustee | ) | |
| under that certain Indenture dated June 21, 2013 | ) | |
| and as Second Lien Agent under that certain | ) | |
| Mortgage, Deed of Trust, Assignment of As- | ) | |
| Extracted Collateral, Security Agreement, | ) | |
| Fixture Filing and Financing Statement dated | ) | |
| June 21, 2013; CREDIT SUISSE AG, as | ) | |
| administrative agent under that certain Second | ) | |
| Lien Credit Agreement dated June 21, 2013; and | ) | |
| LINDA DAUGHERTY, as trustee under that | ) | |
| certain Mortgage, Deed of Trust, Assignment of | ) | |
| As-Extracted Collateral, Security Agreement, | ) | |
| Fixture Filing and Financing Statement dated | ) | |
| June 21, 2013; and JOHN DOES 1 – 1,000, | ) | |
| | ) | |
| Defendants. | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. ("Quicksilver") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 14, 2015 AT 10:00 A.M. (ET)**[2]

I.  **RESOLVED/WITHDRAWN MATTER:**

1. Debtors' First (Non-Substantive) Omnibus Objection to Certain Claims That Are (A) Duplicative of a Claim Filed on the Claimant's Behalf, (B) on Account of Equity Interest, or (C) Late Filed [Docket No. 672; filed October 2, 2015]

    Objection/Response Deadline:        October 27, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.  Response to Omnibus Objection dated Oct 2, 2015 [Docket No. 705; filed October 14, 2015] *(filed by Fritz Walter)*

    B.  Response to Omnibus Objection dated Oct 2, 2015 [Docket No. 711; filed October 19, 2015] *(filed by Fritz Walter)*

    C.  Response to the Debtor's First Omnibus Objection to Claim [Docket No. 755; filed October 27, 2015] *(filed by Stuart Silverstein)*

    D.  Informal Response to Omnibus Objection from Eleanor Berglund; received on October 28, 2015

    Related Documents:

    i.  Order Disallowing Certain Claims that are (A) Duplicative of a Claim Filed on the Claimant's Behalf, (B) Filed on Account of Equity Interests, or (C) Late Filed [Docket No. 769; filed October 30, 2015]

    ii. Notice of Partial Withdrawal of Debtors' First (Non-Substantive) Omnibus Objection to Certain Claims That Are (A) Duplicative of a Claim Filed on the Claimant's Behalf, (B) on Account of Equity Interest, or (C) Late Filed [Docket No. 853; filed November 13, 2015]

---

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the December 14, 2015, hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (ET) on Friday, December 11, 2015, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

2

Status: On October 30, 2015, the Court entered an order disallowing certain claims subject to the objection. The remaining claims subject to the objection were subsequently withdrawn by the claimants and the Debtors withdrew the objection as relates to the same. Accordingly, this matter is fully resolved and a hearing is no longer required.

## II. CONTESTED MATTERS GOING FORWARD:

2. Debtors' Motion for Entry of an Order Extending the Terms, as Modified, of the "Final Order Under 11 U.S.C. §§ 105, 361, 362, 373 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties" [Docket No. 890; filed November 24, 2015]

    Objection/Response Deadline:   December 7, 2015 at 4:00 p.m. (ET); Extended to December 8, 2015 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee")

    Objections/Responses Received:

    A. Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Extending the Terms, as Modified, of the "Final Order Under 11 U.S.C. §§ 105, 361, 362, 373 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties" [Docket No. 922; filed December 8, 2015]

    B. Debtors' Reply in Further Support of Debtors' Motion Regarding Extension of the Final Cash Collateral Order and Response to the Official Committee of Unsecured Creditors' Objection Thereto [Docket No. 926; filed December 9, 2015]

    C. Declaration of John-Paul Hanson in Support of Debtors' Motion for Entry of an Order Extending the Terms, as Modified, of the "Final Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties" [Docket No. 927; filed December 9, 2015]

    Related Documents:

    i. Declaration of Vanessa Gomez LaGatta in Further Support of (1) Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Granting Prepetition Secured Parties Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief and (2) Debtors' Motion for (A) Authority to (I) Continue Using

Existing Cash Management System, (II) Honor Certain Pre-Petition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms; and (B) An Extension of Time to Comply with Bankruptcy Code Section 345(b) and Local Rule 4001-3 [Docket No. 250; filed April 22, 2015]

    ii. Declaration of Stan G. Page in Support of Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Granting Prepetition Secured Parties Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 251; filed April 22, 2015]

    iii. Declaration of John-Paul in Support of Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Granting Prepetition Secured Parties Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 252; filed April 22, 2015]

    iv. Debtors' Reply in Further Support of Debtors' Cash Collateral Motion and Response to the Official Committee of Unsecured Creditors' Objection Thereto [Docket No. 253; filed April 22, 2015]

Status: The hearing regarding this matter will go forward.

3. Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing that this Information Be Redacted Prior to Becoming Publicly Available [Docket No. 895; Adv. Docket No. 18; filed November 30, 2015]

Objection/Response Deadline: December 10, 2015 at 12:00 p.m. (ET)

Objections/Responses Received:

    A. United States Trustee's Limited Objection to Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing that this Information Be Redacted Prior to Becoming Publicly Available [Docket No. 929; filed December 10, 2015]

Related Documents:

    i. Order Shortening Notice and Objection Periods Regarding Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any

        Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing that this Information Be Redacted Prior to Becoming Publicly Available [Docket No. 897; filed December 1, 2015]

    Status:  The Debtors are exploring with the parties to the litigation whether they still intend to use confidential information at the trial and if not, the Debtors intend to withdraw the motion. The hearing regarding this matter will go forward.

### III.   TRIAL GOING FORWARD:

4.   Complaint for Declaratory Judgment and for Related Relief and Objection to Claims [Docket No. 835; Adv. Docket No. 1; filed November 10, 2015]

    Answer Deadline: December 2, 2015

    Answer Received:

    A.   Second Lien Parties' Answer to Counts XIII, XIV and XV of Complaint for Declaratory Judgment and for Related Relief and Objection to Claims [Adv. Docket No. 23; filed December 2, 2015]

    Related Documents:

    i.   Order Granting In Part and Denying In Part Motion of the Official Committee of Unsecured Creditors for Leave, Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief [Docket No. 831; filed November 9, 2015]

    ii.   Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing That This Information Be Redacted Prior to Becoming Publicly Available [Docket No. 895; Adv. Docket No. 18; filed November 30, 2015]

    iii.   Order Approving Stipulation and Agreement By and Among the Official Committee of Unsecured Creditors, the Second Lien Parties and the Debtors [Adv. Docket No. 27; filed December 7, 2015]

    iv.   Letter to The Honorable Laurie Selber Silverstein Regarding the Committee's Section 506(c) Claim [Adv. Docket No. 28; filed December 9, 2015]

Status: As set forth in the letter to the Court sent by the Committee on December 9, 2015, the Committee is waiving its claim under Count XV of the Complaint with respect to the period from the Petition Date through October 31, 2015.  Accordingly, pursuant to the *Order Granting in Part and Denying in Part Motion of the Official Committee of Unsecured Creditors for Leave, Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief* [Docket No. 831], the trial will only go forward with respect to Counts XIII & XIV of the Complaint and will only require legal argument.

Dated: December 10, 2015

*/s/ Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A**.
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**