# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                              ) ss
COUNTY OF KING       )

I, Eric Westberg, being duly sworn, depose and state:

1.    I am a Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.    On December 7, 2015, at the direction of Akin Gump Strauss Hauer & Feld LLP, Counsel to the Debtors, and Richards, Layton & Finger, P.A., Local Counsel to the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Fee Notice Parties):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

2

- **Notice of and Seventh Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2015 through October 31, 2015** [Docket No. 921].

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 10th day of
December, 2015

/s/ Mellissa H. Velo-Simpson
Mellissa H. Velo-Simpson
Notary Public, State of Washington
License No. 16726
Residing in Seattle
Commission Expires: September 16, 2018

# **EXHIBIT A**

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN CHARLES R GIBBS<br>1700 PACIFIC AVE, STE 4100<br>DALLAS, TX 75201-4624 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN SARAH LINK SCHULTZ<br>1700 PACIFIC AVE, STE 4100<br>DALLAS, TX 75201 |
| LANDIS RATH & COBB LLP<br>ATTN JOSEPH D WRIGHT ESQ<br>919 MARKET ST, STE 1800<br>WILMINGTON, DE 19899 | LANDIS RATH & COBB LLP<br>ATTN MATTHEW B MCGUIRE ESQ<br>919 MARKET ST, STE 1800<br>WILMINGTON, DE 19899 |
| LANDIS RATH & COBB LLP<br>ATTN RICHARD S COBB ESQ<br>919 MARKET ST, STE 1800<br>WILMINGTON, DE 19899 | LATHAM & WATKINS LLP<br>ATTN DAVID A HAMMERMAN, ESQ<br>885 THIRD AVE<br>NEW YORK, NY 10022-4834 |
| LATHAM & WATKINS LLP<br>ATTN MITCHELL A. SEIDER<br>885 THIRD AVE<br>NEW YORK, NY 10022-4834 | MASTER SIDLOW & ASSOCIATES, PA<br>ATTN JUDITH SCARBOROUGH<br>2002 WEST 14TH ST<br>WILMINGTON, DE 19806 |
| MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN DENNIS F. DUNNE<br>28 LIBERTY ST<br>NEW YORK, NY 10005 | MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN SAMUEL A. KHALIL<br>28 LIBERTY ST<br>NEW YORK, NY 10005 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN JANE LEAMY<br>REGION 3<br>844 KING ST, STE 2207<br>WILMINGTON, DE 19801 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ADAM M DENHOFF ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ANDREW N ROSENBERG ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN ELIZABETH R MCCOLM ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| QUICKSILVER RESOURCES INC.<br>ATTN VANESSA GOMEZ LAGATTA<br>801 CHERRY STREET<br>SUITE 3700, UNIT 19<br>FORT WORTH, TX 76102 | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN AMANDA R. STEELE<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON, DE 19801 |
| RICHARDS, LAYTON & FINGER, P.A.<br>ATTN PAUL N. HEATH<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON, DE 19801 | SIMPSON THACHER & BARTLETT LLP<br>ATTN CHRISTINE M MARSHALL, ESQ<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017-3954 |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN STEVEN M. FUHRMAN<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017 | |