## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| QUICKSILVER RESOURCES INC., *et al.*,[1] | ) Case No. 15-10585 (LSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the Debtors' estates, | ) Adv. Pro. No. 15-51896 (LSS) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE BANK OF NEW YORK MELLON TRUST COMPANY N.A., as indenture trustee under that certain Indenture dated June 21, 2013 and as Second Lien Agent under that certain Mortgage, Deed of Trust, Assignment of As-Extracted Collateral, Security Agreement, Fixture Filing and Financing Statement dated June 21, 2013; CREDIT SUISSE AG, as administrative agent under that certain Second Lien Credit Agreement dated June 21, 2013; and LINDA DAUGHERTY, as trustee under that certain Mortgage, Deed of Trust, Assignment of As-Extracted Collateral, Security Agreement, Fixture Filing and Financing Statement dated June 21, 2013; and JOHN DOES 1 – 1,000, | ) |
| | ) |
| Defendants. | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. ("Quicksilver") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR PRE-TRIAL CONFERENCE ON DECEMBER 11, 2015 AT 10:00 A.M. (ET)[3]**

**I.    PRE-TRIAL CONFERENCE IN AN ADVERSARY PROCEEDING - Adv. Pro. No. 15-51896 (LSS):**

1.    Complaint for Declaratory Judgment and for Related Relief and Objection to Claims [Docket No. 835; Adv. Docket No. 1; filed November 10, 2015]

Answer Deadline:  December 2, 2015

Answer Received:

A.    Second Lien Parties' Answer to Counts XIII, XIV and XV of Complaint for Declaratory Judgment and for Related Relief and Objection to Claims [Adv. Docket No. 23; filed December 2, 2015]

Related Documents:

i.    Order Granting In Part and Denying In Part Motion of the Official Committee of Unsecured Creditors for Leave, Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief [Docket No. 831; filed November 9, 2015]

ii.    Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing That This Information Be Redacted Prior to Becoming Publicly Available [Docket No. 895; Adv. Docket No. 18; filed November 30, 2015]

iii.    Order Approving Stipulation and Agreement By and Among the Official Committee of Unsecured Creditors, the Second Lien Parties and the Debtors [Adv. Docket No. 27; filed December 7, 2015]

iv.    Letter to The Honorable Laurie Selber Silverstein Regarding the Committee's Section 506(c) Claim [Adv. Docket No. 28; filed December 9, 2015]

---

[2] **Amended/Added agenda items are noted in bold.**

[3] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the December 11, 2015, hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (ET) on Thursday, December 10, 2015, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

v.    **Notice of Withdrawal of Debtors' Motion for Entry of an Order (I) Sealing the Courtroom During Any Presentation of Confidential Information at the Trial Scheduled to Begin on December 14, 2015; (II) Sealing Unredacted Portions of Any Transcript of the Trial Containing Such Information; and (III) Directing That This Information Be Redacted Prior to Becoming Publicly Available [Docket No. 933; Adv. Docket No. 32; filed December 10, 2015]**

vi.    **Joint Pre-Trial Stipulation [Adv. Docket No. 33; filed December 10, 2015]**

Status:  The pre-trial conference will go forward.

Dated: December **10**, 2015

/s/ Amanda R. Steele
**RICHARDS, LAYTON & FINGER, P.A**.
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

3