# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | Case No. 15-10585 (LSS) |
| Debtors. | Jointly Administered |
|  | Re: Docket Nos. 890, 922 & 935 |

**MOTION OF THE AD HOC GROUP OF SECOND LIEN HOLDERS AND THE SECOND LIEN AGENT FOR AN ORDER GRANTING LEAVE AND PERMISSION TO FILE REPLY OF THE AD HOC GROUP OF SECOND LIEN HOLDERS AND THE SECOND LIEN AGENT TO THE LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE TERMS OF THE FINAL CASH COLLATERAL ORDER, AS MODIFIED**

The Ad Hoc Group of Second Lien Holders and Credit Suisse AG, Cayman Islands Branch (f/k/a Credit Suisse AG), as administrative agent for the Second Lien Lenders[2] (the "**Agent**" and, together with the Ad Hoc Group of Second Lien Holders, the "**Second Lien Parties**") hereby submit this motion (the "**Motion**") for the entry of an order, pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), granting the Second Lien Parties leave and permission to file the *Reply of the Ad Hoc Group of Second Lien Holders and the Second Lien Agent to the Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order Extending the Terms of the Final Cash Collateral Order, as Modified* [Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Reply.

01:18054276.2

No. 935] (the "**Reply**"). In support of this Motion, the Second Lien Parties respectfully state as follows:

1. On March 17, 2015, each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court. The Debtors continue to operate their business and manage their properties as debtors in possession.

2. On November 24, 2015, the Debtors filed the *Debtors' Motion for Entry of an Order Extending the Terms, as Modified, of the "Final Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties"* [Docket No. 890] (the "**Cash Collateral Extension Motion**").

3. A hearing to consider approval of the Cash Collateral Extension Motion is scheduled for December 14, 2015 at 10:00 a.m. (ET) (the "**Hearing**"). Objections to the Cash Collateral Extension Motion were required to be filed by December 7, 2015 at 4:00 p.m. (ET) (the "**Objection Deadline**"). The Debtors extended the Objection Deadline until December 8, 2015 at 12:00 p.m. (ET) (the "**Extended Objection Deadline**") for the Official Committee of Unsecured Creditors (the "**Committee**").

4. On December 8, 2015, the Committee filed the *Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Extending the Terms, as Modified, of the "Final Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 507, and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties"* [Docket No. 922] (the "**Objection**").

5. Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed,

shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Since the agenda for the Hearing was due to be filed by the Debtors on December 10, 2015 at 12:00 p.m. (ET), pursuant to Local Rule 9006-1(d), the Second Lien Parties' deadline to file a reply to the Objection was Wednesday, December 9, 2015 at 4:00 p.m. (ET) (the "**Reply Deadline**").

6. By this Motion, the Second Lien Parties respectfully request that the Court enter an order granting the Second Lien Parties leave and permission to file the Reply. Given the timing of the Extended Objection Deadline, the Second Lien Parties did not have sufficient time to review the Objection and prepare and file a response to the Objection prior to the Reply Deadline.

7. The Reply is being filed in support of the Cash Collateral Extension Motion and to respond to the various factual and legal arguments asserted in the Objection. As such, the Reply, among other things, sets forth the reasons why the arguments raised in the Objection should be overruled and the relief sought in the Cash Collateral Extension Motion granted. Accordingly, the Second Lien Parties believe that the Reply will assist the Court in its consideration of the Cash Collateral Extension Motion and the Objection, and will provide additional background and support for the relief requested in the Cash Collateral Extension Motion.

*Remainder of page intentionally left blank*

WHEREFORE, the Second Lien Parties respectfully request that the Court enter an order, in substantially the form attached hereto as <u>Exhibit 1</u>, granting them leave and permission to file the Reply and such other and further relief as the Court deems just and proper.

Dated: December 10, 2015
       Wilmington, DE

YOUNG CONAWAY STARGATT & TAYLOR, LLP

<u>/s/ Kara Hammond Coyle</u>
Michael R. Nestor, Esq. (No. 3526)
Kara Hammond Coyle, Esq. (No. 4410)
Michael S. Neiburg, Esq. (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Facsimile:   (302) 571-1253

*Attorneys for Second Lien Agent and the Ad Hoc Group of Second Lien Holders*

- and -

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Dennis F. Dunne
Samuel A. Khalil
Brian Kinney
28 Liberty Street
New York, NY 10005-1413
Telephone:  (212) 530-5000
Facsimile:   (212) 530-5219

- and -

Andrew M. Leblanc
Aaron L. Renenger
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone:  (202) 835-7500
Facsimile:   (202) 263-7586

*Attorneys for the Ad Hoc Group of Second Lien Holders*

- and -

LATHAM & WATKINS LLP
Mitchell A. Seider
Keith A. Simon
David A. Hammerman
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Second Lien Agent*