IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Resources Inc., et al.,[1] | ) Case No. 15-10585 (LSS) |
| Debtors. | ) Jointly Administered |

**AMENDED DECLARATION OF DISINTERESTEDNESS OF MELLINA & LARSON, P.C. IN SUPPORT OF RETENTION AS AN ORDINARY COURSE PROFESSIONAL**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a shareholder and the Chief Financial Officer of Mellina & Larson, P.C., located at 1128 Fairmount Avenue, Fort Worth, Texas 76104 (PO Box 12239, Fort Worth Texas 76110) (the "Firm").

2. The Debtors have requested that the Firm provide real estate related legal services (including title analysis, asset transactions and general real estate matters) to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to these chapter 11 cases for persons that are parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases or have any relationship with any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

207550171

such person, their attorneys, or accountants that would be adverse to the Debtors or their estates, except as follows: NONE

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants, and parties in interest in these chapter 11 cases.

5. Neither I nor any principal, partner, director, or officer of, or professional retained by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, or officer of, or professional retained by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be retained, except as follows: NONE

7. The Debtors owe the Firm $684.00 for pre-petition services, the payment of which is subject to limitations contained in the Bankruptcy Code. The Firm understands that its designation as an OCP does not entitle the Firm to payment services provided pre-petition outside of a confirmed plan.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Executed on
Date: December 10, 2015

_David M. Mellina_
Name: David M. Mellina
Title: Chief Financial Officer