## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Quicksilver Resources Inc., et al.,[1] | ) Case No. 15-10585 (LSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket Nos. 890, 922, 935 & _____** |

## ORDER GRANTING LEAVE AND PERMISSION TO FILE
## REPLY OF THE AD HOC GROUP OF SECOND LIEN HOLDERS
## AND THE SECOND LIEN AGENT TO THE LIMITED OBJECTION
## OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING
## THE TERMS OF THE FINAL CASH COLLATERAL ORDER, AS MODIFIED

Upon consideration of the motion (the "**Motion**")[2] of the Second Lien Parties for the entry of an order granting the Second Lien Parties leave and permission to file the Reply; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED.

2.      Pursuant to Local Rule 9006-1(d), the Second Lien Parties are granted leave and permission to file the Reply, and the Reply is deemed timely filed and a matter of record in these bankruptcy cases.

3.      This Court shall retain jurisdiction to interpret and enforce this Order.

Dated:  December *12*, 2015
       Wilmington, Delaware

                                        Laurie Selber Silverstein
                                        United States Bankruptcy Judge

01:18054276.2