# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | QUICKSILVER RESOURCES INC. |
| **Case Number:** | 15-10585-LSS    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 14, 2015 10:00 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

### *Matters:*

1) Omnibus
   **R / M #:**   938 / 0

2) **ADV: 1-15-51896**
   **The Official Committee of Unsecured Cred vs The Bank of New York Mellon Trust Compan**
   Evidentiary Hearing
   **R / M #:**   40 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Resolved
#2 - Approved - Order signed
#3 - Withdrawn
#4 - Matter Taken Under Advisement