# SIGN-IN SHEET

CASE NAME: QUICKSILVER RESOURCES, INC.   COURTROOM NO.: 2

CASE NO.: 15-10585 (LSS)   DATE: 12/14/2015

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Nestor | Young Conaway | Second Lien Parties |
| Kara Coyle | " " | " " |
| Mitchell Seider | Latham & Watkins | Credit Suisse |
| David Hammerman | " " | " " |
| Christopher Harris | " " | " " |
| Matthew Warren | " " | " " |
| Sarah Rogers | " " | " " |
| Aaron Renenger | Milbank Tweed | Ad Hoc Group |
| Samuel Khalil | " " | " " |
| Brian Kinney | " " | " " |
| Steve Fuhrman | Simpson Thacher | TPM, as agent |
| Jelly Schlef | Foc Pillsbury | " " |
| Charles Gibbs | Akin Gump | Debtors |
| Sarah Schultz | " " | " " |
| Ashwin Blaylock | " " | " " |
| Amanda Steele | Richards Layton | " " |

| Andrew Rosenberg | Paul Weiss | Committee |
|---|---|---|
| Elizabeth Malcolm | " | |
| Richard Cobb | Landis Rath Cobb | |
| Matthew McGuire | " | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

Calendar Date: 12/14/2015

Calendar Time: 10:00 AM ET

Confirmed Telephonic Appearance Schedule

Honorable Laurie Selber Silverstein

#2

*Amended Calendar 12/14/2015 06:53 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7321043 | Rachel E. Brennan | (212) 373-3235 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Quiksilver Resources Inc. | 15-10585 | Hearing | 7323630 | George Brickfield | (212) 708-2824 | Jefferies Group, LLC | Interested Party, George Brickfield / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7322874 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7312443 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7315899 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7322175 | Lindsay Henrikson | (312) 777-7000 | Latham & Watkins LLP-Chicago Office | Creditor, Credit Suisse / LIVE |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7323188 | Brian Hook | (212) 412-6902 | Barclays PLC | Interested Party, Brian Hook / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7315932 | Brian Kinney | (212) 530-5392 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Second Lien Holders / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7318455 | Kathrine McLendon | 212-455-2589 | Simpson Thacher & Bartlett LLP | Creditor, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7320956 | Travis McRoberts | 214-969-4227 | Akin Gump Strauss Hauer & Feld LLP | Debtor, Quicksilver Resources Inc. / LIVE |
| | | QuickSilver Resources, Inc. | 15-10585 | Hearing | 7323691 | Michael Neiburg | (302) 571-3590 | Young, Conaway Stargatt & Taylor, LLP | Creditor, Suisse / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7310981 | Jason T Prager | (203) 542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| | | Quicksilver Resources Inc. | 15-10585 | Hearing | 7319518 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright @ 2015 CourtCall, LLC. All Rights Reserved.

| | | | | | | |
|---|---|---|---|---|---|---|
| Quicksilver Resources Inc. | 15-10585 | Hearing | 7322440 | Trey Wood | (713) 221-1166 | Bracewell & Giuliani LLP | Creditor, ENI Petroleum / LISTEN ONLY |
| Quicksilver Resources Inc. | 15-51896 | Hearing | 7321974 | Lauren Kanzer | (212) 237-0166 | Vinson & Elkins LLP | Interested Party, Trinity River / LISTEN ONLY |