IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO NOTICE OF DE MINIMIS ASSET SALE

The Official Committee of Unsecured Creditors (the "Committee") of Quicksilver Resources Inc., et al. (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this reservation of rights to the *Notice of De Minimis Asset Sale* (the "De Minimis Asset Sale Notice"), dated December 2, 2015, regarding the sale of 271.718 acres of land in Somervell County, Texas (the "Land"), including the lodge, bunkhouse, and barn (collectively, the "Lodge") and all personal property located thereon (such property, together with the Land and the Lodge, the "Property"), and respectfully represents as follows:[2]

1. The Committee does not object to the Debtors' proposed sale of the Property as described in the De Minimis Asset Sale Notice. However, the Committee disagrees with the Debtors' classification of the Property—and, thus, the proceeds of any sale thereof—as subject to the existing liens of the Lenders as set forth on Exhibit A to the De Minimis Asset Sale Notice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the De Minimis Asset Sale Notice.

{1053.001-W0039744.}

2.    Pursuant to that certain Mortgage, Deed of Trust, Assignment of As-Extracted Collateral, Security Agreement, Fixture Filing and Financing Statement, dated as of September 6, 2011, and that certain Mortgage, Deed of Trust, Assignment of As-Extracted Collateral, Security Agreement, Fixture Filing and Financing Statement, dated as of June 21, 2013 (each as filed in Somervell County, the "<u>Mortgages</u>"), the Debtors granted to the Lenders liens on the "Oil and Gas Properties" described on Exhibit A to the Mortgages. Although "Oil and Gas Properties" includes "all property, real or personal, . . . situated upon, used, held for use or useful in connection with the operating, working or development of any . . . Hydrocarbon Interests or property," it expressly excludes "surface buildings, structures and the contents thereof which contents are not otherwise Oil and Gas Properties situated on such Hydrocarbon Interests or property." Mortgages §1.03. The Lenders also have security interests on "Goods" (as defined in the Mortgages) only to the extent that they are "situated upon or arising from the Mortgaged Property"[3] and "Fixtures" (as defined in the Mortgages) only if they are "situated upon the Mortgaged Property." Mortgages §2.02. Accordingly, any surface buildings, structures and the contents thereof located on the Land that are not Oil and Gas Properties (including, *inter alia*, the Lodge) are not subject to the Lenders' liens; similarly, any "Goods" or "Fixtures" located thereon are not subject to the Lenders' security interests.

3.    As such, a portion of the Property—and any sale proceeds attributable to this Property—is not subject to the Lenders' pre-petition liens and security interests. The Committee expressly reserves the right to seek a determination as to the portion of the sale proceeds that are unencumbered.

---

[3] "Mortgaged Property" means the "Oil and Gas Properties and other properties and assets described in clauses (a) through (e) of Section 2.01 [of the Mortgages]." Mortgages §1.03. Thus, "Mortgaged Property" excludes surface buildings, structures and the contents thereof that are carved out from the definition of "Oil and Gas Properties."

4.  The Committee further reserves the right to (a) amend or supplement this reservation of rights and otherwise take any additional or further action with respect to the proposed sale of the Property described in the De Minimis Asset Sale Notice, or the matters addressed therein, (b) request that any unencumbered sale proceeds be deposited into an escrow account pending resolution of how unencumbered property will be distributed to unsecured creditors, and (c) be heard before the Bankruptcy Court with respect to the proposed sale of the Property and the De Minimis Asset Sale Notice and to raise additional arguments or objections in connection therewith.

Dated: December 14, 2015
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Joseph Wright*

Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
        mcguire@lrclaw.com
        wright@lrclaw.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg
Elizabeth R. McColm
Rachel E. Brennan
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: arosenberg@paulweiss.com
        emccolm@paulweiss.com
        rbrennan@paulweiss.com

*Counsel to the Official Committee of Unsecured Creditors*