## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 14th day of December, 2015, he caused a copy of the following:

## RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO NOTICE OF DE MINIMIS ASSET SALE
## [DOCKET NO. 945]

to be served upon the parties identified on the attached list in the manner indicated.

_Anthony C. Dellose_

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 14th day of December 2015.

_Erica Myrick Raucci_

Notary Public

ERICA MYRICK RAUCCI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 6, 2016

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

**QUICKSILVER RESOURCES INC.**
**Case No. 15-10585 (LSS)**

*VIA FIRST CLASS MAIL*
(COUNSEL FOR DEBTORS)
AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH LINK SCHULTZ
ATTN: CHARLES R. GIBBS
1700 PACIFIC AVE, STE 4100
DALLAS, TX  75201

*VIA FIRST CLASS MAIL*
(COUNSEL FOR DEBTORS)
AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN KEVIN M. EIDE
ATTN ASHLEIGH L. BLAYLOCK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON, DC  20036

*VIA HAND DELIVERY*
OFFICE OF THE UNITED STATES TRUSTEE
ATTN JANE LEAMY
REGION 3
844 KING ST, STE 2207
WILMINGTON, DE  19801

*VIA HAND DELIVERY*
(LOCAL COUNSEL FOR DEBTORS)
RICHARDS, LAYTON & FINGER, P.A.
ATTN:  PAUL N. HEATH
ATTN AMANDA R. STEELE
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON, DE  19801

*VIA FIRST CLASS MAIL*
(COUNSEL FOR QUICKSILVER)
BENNETT JONES LLP
ATTN CHRIS D. SIMARD
ATTN DONALD E. GREENFIELD Q.C.
4500 BANKERS HALL EAST
855 2ND ST SW
CALGARY, ALBERTA T2P 1B5
CANADA,

*VIA FIRST CLASS MAIL*
(COUNSEL FOR QUICKSILVER)
BENNETT JONES LLP
ATTN SEAN ZWEIG
ATTN KEVIN J. ZYCH
3400 ONE FIRST CANADIAN PL
PO BOX 130
TORONTO, ONTARIO M5X 1A4 CANADA,

*VIA HAND DELIVERY*
(COUNSEL FOR TG BARNETT RESOURCES LP)
ASHBY & GEDDES P.A.
ATTN GREGORY A TAYLOR ESQ
500 DELAWARE AVE 8TH FL
WILMINGTON, DE  19899

*VIA FIRST CLASS MAIL*
(FINANCIAL ADVISOR TO ADMINISTRATIVE AGENT
FOR SECOND LIEN TERM LOAN)
BLACKSTONE ADVISORY PARTNERS L.P.
ATTN BRENT HERLIHY
ATTN PETER LAURINAITIS
THE BLACKSTONE GROUP
345 PARK AVE
NEW YORK, NY  10154

*VIA FIRST CLASS MAIL*
(COUNSEL FOR CITY OF HASLET)
CITY OF HASLET
ATTN ELIZABETH BANDA CALVO
C/O PERDUE, BRANDON, FIELDER, COLLINS &
MOTT, LLP
500 E BORDER ST, STE 640
ARLINGTON, TX  76010

*VIA FIRST CLASS MAIL*
(CANADIAN COUNSEL TO ADMINISTRATIVE AGENT
FOR COMBINED CREDIT AGREEMENTS)
BLAKE, CASSELS & GRAYDON LLP
ATTN KELLY BOURASSA
855 2ND ST SW, STE 3500
CALGARY, ALBERTA T2P 4J8
CANADA

*VIA HAND DELIVERY*
(COUNSEL FOR ENLINK MIDSTREAM OPERATING
LP, ENLINK NORTH TEXAS GATHERING LP, ENLINK
NORTH TEXAS PIPELINE LP AND ENLINK GAS
MARKETING LP)
CONNOLLY GALLAGHER LLP
ATTN KAREN C BIFFERATO ESQ
ATTN: KELLY M. CONLAN, ESQ.
1000 WEST ST STE 1400
WILMINGTON, DE  19801

*VIA FIRST CLASS MAIL*
(BMC GROUP, INC)
BMC GROUP, INC
ATTN T FEIL
300 CONTINENTAL BLVD #570
EL SEGUNDO, CA  90245

*VIA FIRST CLASS MAIL*
(FINANCIAL ADVISOR TO ADMINISTRATIVE AGENT
FOR COMBINED CREDIT AGREEMENTS)
CONWAY MACKENZIE
ATTN KENT J. LABER
2101 CEDAR SPRINGS RD STE 1900
DALLAS, TX  75201

*VIA FIRST CLASS MAIL*
(COUNSEL FOR CRESTWOOD MIDSTREAM
PARTNERS LP, COWTOWN GAS PROCESSING
PARTNERS L.P., AND COWTOWN PIPELINE
PARTNERS L.P.)
CRESTWOOD MIDSTREAM PARTNERS LP
ATTN JAMES D. JOHNSTON, ESQ
VP, ASSOCIATE GENERAL COUNSEL
700 LOUISIANA ST, STE 2550
HOUSTON, TX  77002

*VIA FIRST CLASS MAIL*
COUNSEL TO ETP COMPANIES)
JOHN F. HIGGINS
PORTER HEDGES LLP
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX 77002

*VIA FIRST CLASS MAIL*
(COUNSEL TO EOG RESOURCES, INC.)
JOSHUA N. EPPICH
SHANNON, GRACEY, RATLIFF & MILLER L.L.P
901 MAIN STREET, SUITE 4600
DALLAS, TX 75202

*VIA FIRST CLASS MAIL*
(COUNSEL TO THE AD HOC GROUP OF SECOND
LIENHOLDERS)
MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, ESQ.
ATTN: SAMUEL A. KHALIL, ESQ.
28 LIBERTY STREET
NEW YORK, NY 10005

*VIA FIRST CLASS MAIL*
COUNSEL TO UNION PACIFIC RAILROAD)
MARY ANN KILGORE
JENNIE L. ANDERSON
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLEAS STREET, STOP 1580
OMAHA, NE 68179

*VIA FIRST CLASS MAIL*
(COUNSEL TO WILMINGTON TRUST)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN
ATTN: JAMES V. DREW
101 PARK AVE
NEW YORK, NY  10178-0061

*VIA FIRST CLASS MAIL*
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS - FRANCHISE TAX
TOWNSEND BUILDING, STE 1
401 FEDERAL ST
DOVER, DE  19903

*VIA FIRST CLASS MAIL*
DELAWARE SECRETARY OF TREASURY
820 SILVER LAKE BLVD
STE 100
DOVER, DE  19904

*VIA FIRST CLASS MAIL*
(INDENTURE TRUSTEE FOR 11% SR NOTES 2021)
DELAWARE TRUST COMPANY
ATTN BILL POPEO
2711 CENTERVILLE RD, STE 400
WILMINGTON, DE  19808

*VIA FIRST CLASS MAIL*
(INDENTURE TRUSTEE FOR 11% SR NOTES 2021)
DELAWARE TRUST COMPANY
ATTN SANDRA HORWITZ
2711 CENTERVILLE RD, STE 400
WILMINGTON, DE  19808

*VIA FIRST CLASS MAIL*
(STRATEGIC ALTERNATIVES OFFICER)
DELOITTE TRANSACTIONS AND BUSINESS
ANALYTICS LLP
ATTN JOHN LITTLE
TEXAS COMMERCE TOWER
2200 ROSS AVE, STE 1600
DALLAS, TX  75201

*VIA FIRST CLASS MAIL*
(COUNSEL FOR THE BANK OF NEW YORK MELLON
TRUST COMPANY, NA)
EMMET, MARVIN & MARTIN LLP
ATTN EDWARD P. ZUJKOWSKI
120 BROADWAY, 32ND FL
NEW YORK, NY  10271

*VIA HAND DELIVERY*
(COUNSEL FOR JPMORGAN CHASE BANK NA,) FOX
ROTHSCHILD LLP
ATTN:  JEFFREY M. SCHLERF, ESQ.
ATTN L JOHN BIRD, ESQ
919 NORTH MARKET ST
STE 300
WILMINGTON, DE  19801

*VIA FIRST CLASS MAIL*
(COUNSEL FOR US BANK NATIONAL ASSOCIATION,
SOLELY IN ITS CAPACITY AS SUCCESSOR
INDENTURE TRUSTEE)
FOLEY & LARDNER LLP
ATTN MARK L PRAGER
321 NORTH CLARK ST, STE 2800
CHICAGO, IL  60654

*VIA FIRST CLASS MAIL*
(COUNSEL FOR ARES MANAGEMENT LLC)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN:  BRAD ERIC SCHELER
ATTN GARY L KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY  10004

*VIA FIRST CLASS MAIL*
(COUNSEL FOR PINNERGY LTD)
GARDERE WYNNE SEWELL LLP
ATTN HOLLAND N O'NEIL
1601 ELM ST, STE 3000
DALLAS, TX  75201

*VIA FIRST CLASS MAIL*
(CLAIMS AND NOTICING AGENT FOR DEBTORS)
GARDEN CITY GROUP, LLC
ATTN ISABEL BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS, NY  11042

*VIA FIRST CLASS MAIL*
(COUNSEL FOR PINNERGY LTD)
GARDERE WYNNE SEWELL LLP
ATTN EVAN R BAKER
1601 ELM ST, STE 3000
DALLAS, TX  75201

*VIA FIRST CLASS MAIL*
(CANADIAN COUNSEL TO ADMINISTRATIVE AGENT
FOR SECOND LIEN TERM LOAN)
GOODMANS LLP
ATTN JOE LATHAM
BAY ADELAIDE CENTRE
333 BAY ST, STE 3400
TORONTO, ONTARIO M5H 2S7 CANADA,

*VIA FIRST CLASS MAIL*
(FINANCIAL ADVISOR FOR DEBTORS)
HOULIHAN LOKEY
ATTN ADAM DUNAYER
245 PARK AVE, 20TH FL
NEW YORK, NY  10167

*VIA FIRST CLASS MAIL*
(COUNSEL FOR DCP MIDSTREAM LP)
HUGHES WATTERS ASKANASE LLP
ATTN RANDALL A RIOS ESQ
THREE ALLEN CENTER
333 CLAY 29TH FL
HOUSTON, TX  77002

*VIA FIRST CLASS MAIL*
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA  19101

*VIA FIRST CLASS MAIL*
(SEC - HEADQUARTERS)
SECURITIES EXCHANGE COMMISSION
ATTN SECRETARY OF THE TREASURY
100 F ST, NE
WASHINGTON, DC  20549

*VIA FIRST CLASS MAIL*
(TAX ADVISOR FOR DEBTORS)
KPMG LLP
ATTN CHUCK THOMPSON
717 NORTH HARWOOD ST, STE 3100
DALLAS, TX  75201

*VIA FIRST CLASS MAIL*
(TAX ADVISOR FOR DEBTORS)
KPMG LLP
ATTN YINKA KUKOYI
811 MAIN ST, STE 4500
HOUSTON, TX  77002

*VIA FIRST CLASS MAIL*
COUNSEL FOR THE COMPRTROLLER OF PUBLIC
ACCOUNTS OF THE STATE OF TEXAS)
OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN RACHEL R OBALDO, ASST ATTY GEN
BANKRUPTCY & COLLECTIONS DIVISION MC 008
PO BOX 12548
AUSTIN, TX  78711

*VIA FIRST CLASS MAIL*
(COUNSEL FOR CREDIT SUISSE AG, CAYMAN
ISLANDS BRANCH)
LATHAM & WATKINS LLP
ATTN: MITCHELL A. SEIDER, ESQ.
ATTN KEITH A SIMON, ESQ
885 THIRD AVE
NEW YORK, NY  10022

*VIA FIRST CLASS MAIL*
(COUNSEL FOR MIDCONTINENT EXPRESS PIPELINE,
LLC)
LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA, TX  77868

*VIA FIRST CLASS MAIL*
(COUNSEL TO ADMINISTRATIVE AGENT FOR
SECOND LIEN TERM LOAN)
LATHAM & WATKINS, LLP
ATTN J. MICHAEL CHAMBERS
811 MAIN ST, STE 3700
HOUSTON, TX  77002

*VIA FIRST CLASS MAIL*
(COUNSEL FOR HOOD CAD, TARRANT COUNTY,
AND NORTHWEST ISD)
LINEBARGER GOGGAN CLAIR & SAMPSON, LLP
ATTN ELIZABETH WELLER
2777 N STEMMONS FREEWAY
STE 1000
DALLAS, TX  75207

*VIA FIRST CLASS MAIL*
OFFICE OF THE US ATTORNEY
ATTN JOHN R. PARKER
BURNETT PLAZA, STE 1700
801 CHERRY ST, UNIT 4
FORT WORTH, TX  76102

*VIA HAND DELIVERY*
(COUNSEL FOR CREDIT SUISSE AG, CAYMAN
ISLANDS BRANCH)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN MICHAEL R NESTOR, ESQ
ATTN:  KARA HAMMOND COYLE, ESQ.
RODNEY SQUARE
1000 NORTH KING ST
WILMINGTON, DE  19801

*VIA FIRST CLASS MAIL*
(COUNSEL FOR PACERPRO, INC.)
MCGRANE LLP
ATTN GAVIN MCGRANE, ESQ.
FOUR EMBARCADERO CENTER, STE 1400
SAN FRANCISCO, CA  94111

*VIA FIRST CLASS MAIL*
(COUNSEL TO CHARLES PHILLIP FAIRCHILD TRUST
DATED 2/28/2011 AND FRANCES CLARK)
JAMES S. BROUNER, ESQ.
12770 COIT RD., SUITE 541
DALLAS, TX 75251

*VIA HAND DELIVERY*
OFFICE OF THE US ATTORNEY
ATTN CHARLES M. OBERLY, III
1007 ORANGE ST, STE 700
WILMINGTON, DE  19801

*VIA FIRST CLASS MAIL*
OFFICE OF THE US ATTORNEY
ATTN RONALD C. MACHEN JR.
555 4TH ST, NW
WASHINGTON, DC  20530

*VIA FIRST CLASS MAIL*
(FINANCIAL ADVISOR TO SUBORDINATED
NOTEHOLDER GROUP)
MOELIS & COMPANY
ATTN ROBERT J. FLACHS
1999 AVENUE OF THE STARS, STE 1900
LOS ANGELES, CA  90067

*VIA FIRST CLASS MAIL*
(FINANCIAL ADVISOR TO SUBORDINATED
NOTEHOLDER GROUP)
MOELIS & COMPANY
ATTN BRYAN LASTRAPES
THREE ALLEN CENTER
333 CLAY ST, STE 3750
HOUSTON, TX  77002

*VIA HAND DELIVERY*
(COUNSEL TO BAHRINGER HARVARD BURNETT
PLAZA L.P.)
DANIEL K. ASTIN
JOHN D. MCLAUGHLIN
CIARDI CIARDI & ASTIN
1204 N. KING STREET
WILMINGTON, DE 19801

*VIA FIRST CLASS MAIL*
YNCHRONY BANK
/O RECOVERY MANAGEMENT SYSTEMS
ORPORATION
5 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

*VIA HAND DELIVERY*
(COUNSEL FOR ARES MANAGEMENT LLC)
PACHULSKI STANG ZIEHL & JONES LLP
ATTN LAURA DAVIS JONES, ESQ
ATTN: COLIN R. ROBINSON, ESQ.
919 N MARKET ST, FL 17
PO BOX 8705
WILMINGTON, DE  19899

*VIA FIRST CLASS MAIL*
(COUNSEL TO BAHRINGER HARVARD BURNETT
PLAZA L.P.)
MARK H. RALSTON
FISHMANJACKSON
700 THREE GALLERIA TOWER
13155 NOEL ROAD, L.B. 13
DALLAS, TX 75240

*VIA HAND DELIVERY*
(COUNSEL FOR CRESTWOOD MIDSTREAM
PARTNERS LP, COWTOWN GAS PROCESSING
PARTNERS L.P., AND COWTOWN PIPELINE
PARTNERS L.P.)
PEPPER HAMILTON LLP
ATTN DAVID M. FOURNIER, ESQ
HERCULES PLAZA, STE 5100
1313 N. MARKET ST, PO BOX 1709
WILMINGTON, DE  19801

(*VIA FIRST CLASS MAIL*
COUNSEL FOR ENLINK MIDSTREAM OPERATING LP,
ENLINK NORTH TEXAS GATHERING LP, ENLINK
NORTH TEXAS PIPELINE LP AND ENLINK GAS
MARKETING LP)
PALMER & MANUEL LLP
ATTN LARRY CHEK ESQ
CAMPBELL CENTRE ONE
8350 N CENTRAL EXPRESSWAY STE 1111
DALLAS, TX  75206

*VIA FIRST CLASS MAIL*
(COUNSEL TO TXAM PUMPS)
GEORGE A. KURISKY, JR., ESQ.
JOHNSON DELUCA KURISKY & GOULD, P.C.
4 HOUSTON CENTER
1221 LAMAR, SUITE 1000
HOUSTON, TX 77010

*VIA FIRST CLASS MAIL*
(COUNSEL TO ADMINISTRATIVE AGENT FOR
COMBINED CREDIT AGREEMENTS)
SIMPSON THACHER & BARTLETT LLC
ATTN MATTHEW EINBINDER
600 TRAVIS STREET, SUITE 5400
HOUSTON, TX  77002

*VIA FIRST CLASS MAIL*
(COUNSEL FOR JPMORGAN CHASE BANK, NA,)
SIMPSON THACHER & BARTLETT LLP
ATTN:  STEVEN M. FUHRMAN, ESQ.
ATTN CHRISTINE M MARSHALL, ESQ
425 LEXINGTON AVE
NEW YORK, NY  10017

*VIA FIRST CLASS MAIL*
STATE OF DELAWARE
ATTN KEN SIMPLER
OFFICE OF THE STATE TREASURER
820 SILVER LAKE BLVD
STE 100
DOVER, DE  19904

*VIA FIRST CLASS MAIL*
US DEPT. OF JUSTICE
ATTN ERIC HOLDER, US ATTORNEY GENERAL
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530

*VIA FIRST CLASS MAIL*
(COUNSEL FOR TG BARNETT RESOURCES LP)
VINSON & ELKINS LLP
ATTN JOHN E. WEST, ESQ
ATTN:  HARRY A. PERRIN, ESQ.
1001 FANNIN ST STE 2500
HOUSTON, TX  77002

*VIA FIRST CLASS MAIL*
US SECURITIES & EXCHANGE COMMISSION
ATTN ANDREW CALAMARI, REG. DIRECTOR
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY ST, STE 400
NEW YORK, NY  10281

*VIA FIRST CLASS MAIL*
(COUNSEL FOR CRESTWOOD MIDSTREAM
PARTNERS LP, COWTOWN GAS PROCESSING
PARTNERS L.P., AND COWTOWN PIPELINE
PARTNERS L.P.)
WEIL, GOTSHAL & MANGES LLP
ATTN:  ALFREDO R. PEREZ, ESQ.
ATTN CHRISTOPHER M. LÓPEZ, ESQ
700 LOUISIANA ST, STE 1700
HOUSTON, TX  77002

*VIA FIRST CLASS MAIL*
(COUNSEL FOR TEXAS MOTOR SPEEDWAY, INC.)
PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV, ESQ.
401 SOUTH TYRON STREET, SUITE 3000
CHARLOTTE, NC 28202

*VIA FIRST CLASS MAIL*
(COUNSEL FOR COUNTY OF BOSQUE, COUNTY OF
DENTON, COUNTY OF ERATH HILL CAD)
LEE GORDON, ESQ.
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
P.O. BOX 1269
ROUND ROCK, TX 78680

*VIA FIRST CLASS MAIL*
(COUNSEL FOR ORACLE)
SHAWN M. CHRISTANSON, ESQ.
BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

*VIA FIRST CLASS MAIL*
(COUNSEL TO CERTAIN TEXAS TAXING
AUTHORITIES)
JOHN P. DILLMAN, ESQ.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. BOX 3064
HOUTSON, TX 77253-3064

*VIA FIRST CLASS MAIL*
KELLY HART & HALLMAN LLP
MICHAEL A. MCCONNELL, ESQ.
KATHERINE T. HOPKINS, ESQ.
201 MAIN STREET, SUITE 2500
FORT WORTH, TX 76102

*VIA FIRST CLASS MAIL*
(COUNSEL TO TRINITY RIVER ENERGY, LLC)
RUSSELL W. MILLS, ESQ.
HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
15303 DALLAS PARKWAY, SUITE 700
ADDISON, TX 75001

*VIA FIRST CLASS MAIL*
(COUNSEL TO CHEVRON U.S.A.)
STEPHEN M. MILLER, ESQ.
MORRIS JAMES LLP
500 DELAWARE AVENUE
SUITE 1500
WILMINGTON, DE 19801

*VIA FIRST CLASS MAIL*
(Counsel to Cal East Nat Texas LP)
Ira Bodenstein, Esq.
Shaw, Fishman, Glantz & Towbin LLC
321 N Clark Street, Suite 800
Chicago IL 60654

*VIA FIRST CLASS MAIL*
Judith Scarborough
Master Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806

*VIA HAND DELIVERY*
(Counsel for the Ad Hoc Group of Senior
Noteholders)
Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*VIA FIRST CLASS MAIL*
(Counsel for the Ad Hoc Group of Senior
Noteholders)
Keith N. Sambur, Esq.
Richards Kibbe & Orbe LLP
200 Liberty Street
New York, New York 10281

*VIA FIRST CLASS MAIL*
(COUNSEL TO THE AD HOC GROUP OF SECOND
LIENHOLDERS)
MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: ANDREW M. LEBLANC, ESQ.
ATTN: AARON L. RENENGER, ESQ.
1850 K STREET, N.W., SUITE 1100
WASHINGTON, DC 20006