IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                Debtors.[1]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 15-11880 (BLS)

Jointly Administered

**Related Docket No. 886**

**CERTIFICATE OF NO OBJECTION TO THIRD MONTHLY FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTING AND INTERNAL AUDIT ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2015 THROUGH FEBRUARY 11, 2016**

        The undersigned counsel hereby certifies that he is aware of no formal or informal objection or response to the **Third Monthly Fee Application Of KPMG LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Accounting And Internal Audit Advisors To The Debtors And Debtors In Possession For The Period From December 1, 2015 Through February 11, 2016** (Docket No. 886) (the "Application"), filed by counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") on March 17, 2016.  The undersigned counsel further certifies that he has reviewed the Court's docket and no objection to the Application appears thereon.

        Pursuant to the Order Pursuant To Bankruptcy Code Sections 105(a) And 331 Establishing Interim Compensation Procedures (Docket No. 379) (the "Interim Compensation Order"), the notice of the Application set a deadline of April 7, 2016 at 4:00 p.m. (Eastern) (the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

"Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

Accordingly, pursuant to the Interim Compensation Order, the Debtors are authorized to pay 80% of the fees requested in the Application, or $169,771.20, and 100% of the expenses, or $5,275.71.

Dated: Wilmington, Delaware
April 8, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*