**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST TO BE REMOVED FROM MAILING
MATRIX AND CM-ECF ELECTRONIC MAILING MATRIX**

COMES NOW, Eric A. Rosen, Esq., pursuant to Local Rule 9010-2(b), and hereby withdraws his appearance filed on behalf of 55 Thompson Street Investments, L.P., and requests to be removed from the service matrix and the CM-ECF electronic mailing matrix in this case. This party is not currently involved in any pending contested matter or adversary proceeding and the case has been dismissed.

All future documents in this cause should be directed to 55 Thompson Street Investments, L.P., c/o Hold-Thyssen, Inc., 33920 U.S. Highway 19 N, Suite 280, Palm Harbor, FL  34684.

/s/ Eric A. Rosen
Eric A. Rosen
Fla. Bar No. 36426
Email: erosen@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:   (561) 802-9044
Facsimile:     (561) 802-9976

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served on the following parties via the manner stated:

**Via CM/ECF on April 20, 2016:**

David G. Aelvoet on behalf of Creditor City Of El Paso
davida@publicans.com

Justin R. Alberto on behalf of Creditor Committee Official Committee of Unsecured Creditors
jalberto@bayardlaw.com,
bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

John R. Ashmead on behalf of Interested Party Deleware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes
ashmead@sewkis.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

John Douglas Beck on behalf of Creditor Deutsche Trustee Company Limited
john.beck@hoganlovells.com, ronald.cappiello@hoganlovells.com

Reem J Bello on behalf of Creditor Dragon Crowd Garment, Inc.
rbello@wgllp.com, kadele@wgllp.com;nlockwood@wgllp.com

William Pierce Bowden on behalf of Creditor Blue Diamond Crossing II, LLC
wbowden@ashby-geddes.com

Dustin Parker Branch on behalf of Creditor Boulevard Invest LLC
dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com

Dustin Parker Branch on behalf of Creditor The Macerich Company
dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com

Gary D. Bressler on behalf of Creditor XL Specialty Insurance Company
gbressler@mdmc-law.com, smullen@mdmc-law.com;sshidner@mdmc-law.com;kdeans@mdmc-law.com

Michael G. Busenkell on behalf of Interested Party Alan Vickers
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Anda Druva
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Andrew P. Mooney
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Andy Mooney
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Brad Holman
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Carol Neilsen
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Chris Schreiber
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Christina G. Rice
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Darren Lott
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Jennifer Kutsch
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Joe O'Neil
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party John Graham
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kasey Mazzone
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kelley Ketner
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kelley C. Graham
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kelly Ketner
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kelly C. Graham
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kerstin N. Mazzone
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kristina Kastelan
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Lance Stern
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Liam Devoy
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Natalie Rigolet
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Nicholas Drake
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Pamela Gobright
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Robert Oberschelp
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Roberta Turchi
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Scott Fullerton
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Stephen Finney
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Steve Finney
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Steve Swokowski
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Thomas Hartge
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Thomas Webster
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Vicki Love
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Viki Love
mbusenkell@gsbblaw.com

Paul J. Catanese on behalf of Interested Party CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation
pcatanese@mcguirewoods.com

William E. Chipman, Jr. on behalf of Interested Party Industrial Property Fund VII, LLC
chipman@chipmanbrown.com,
bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party West County Commerce Realty Holding Co. LLC
chipman@chipmanbrown.com,
bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Andrew L. Cole on behalf of Creditor Annapolis Mall Owner LLC
andrew.cole@leclairryan.com

Andrew L. Cole on behalf of Creditor Westfield LLC
andrew.cole@leclairryan.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
Aconway@taubman.com

Robert L. Cook on behalf of Creditor New York State Department of Taxation and Finance
Robert.Cook@tax.ny.gov

Dain A. De Souza on behalf of Debtor Quiksilver, Inc.
Dain.DeSouza@skadden.com,
debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com

Andrew P. DeNatale on behalf of Interested Party Industrial Property Fund VII, LLC
adenatale@stroock.com

Andrew P. DeNatale on behalf of Interested Party West County Commerce Realty Holding Co. LLC
adenatale@stroock.com

Robert J. Dehney on behalf of Interested Party Oaktree Capital Management, L.P.
rdehney@mnat.com,
rfusco@mnat.com;aconway@mnat.com;mmaddox@mnat.com;chare@mnat.com

John D. Demmy on behalf of Creditor Florida Power and Light Company
jdd@stevenslee.com

John D. Demmy on behalf of Creditor San Diego Gas & Electric Company
jdd@stevenslee.com

John D. Demmy on behalf of Creditor Southern California Edison Company
jdd@stevenslee.com

Emily Kathryn Devan on behalf of Creditor CF Equipment Leases, LLC
edevan@reedsmith.com

Emily Kathryn Devan on behalf of Creditor General Electric Capital Corporation
edevan@reedsmith.com

Emily Kathryn Devan on behalf of Interested Party CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation
edevan@reedsmith.com

John P. Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Christopher R. Donoho, III on behalf of Creditor Deutsche Trustee Company Limited
chris.donoho@hoganlovells.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
adoshi@magnozzikye.com

Van C. Durrer, II on behalf of Debtor DC Direct, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor DC Shoes, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Fidra, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Hawk Designs, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Mt. Waimea, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Q.S. Optics, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor QS Retail, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor QS Wholesale, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver Entertainment, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver Wetsuits, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

David W Dykhouse on behalf of Interested Party 404 West LLC
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Joseph A. Eisenberg on behalf of Interested Party Wasserman Sports
jae@jmbm.com;bt@jmbm.com;vr@jmbm.com

Niclas A. Ferland on behalf of Creditor Annapolis Mall Owner LLC
niclas.ferland@leclairryan.com

Niclas A. Ferland on behalf of Creditor Westfield LLC
niclas.ferland@leclairryan.com

Daniel A. Fliman on behalf of Creditor E. Gluck Corporation
dfliman@kasowitz.com

Jeffery Steven Flores on behalf of Creditor ABW 2181 Holdings LLC
jsf@opglaw.com, sherriey@opglaw.com

Jeffery Steven Flores on behalf of Creditor ABW Holdings LLC
jsf@opglaw.com, sherriey@opglaw.com

Jeffery Steven Flores on behalf of Creditor M&H Corporation
jsf@opglaw.com, sherriey@opglaw.com

Jeffery Steven Flores on behalf of Creditor Outrigger Hotels Hawaii
jsf@opglaw.com, sherriey@opglaw.com

David M. Fournier on behalf of Creditor Committee Official Committee of Unsecured Creditors
fournierd@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,fournierd@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com;lewisc@pepperlaw.com

David M. Fournier on behalf of Creditor Committee Official Committee of Unsecured Creditors
flbank@pepperlaw.com, fournierd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

Steven E. Fox on behalf of Creditor Bank Of America, N.A.
sfox@riemerlaw.com, dromanik@riemerlaw.com

Alan J Friedman on behalf of Creditor Dragon Crowd Garment, Inc.
afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com

Jerrold K Guben on behalf of Creditor ABW 2181 Holdings LLC
jkg@opglaw.com, julie@opglaw.com

Jerrold K Guben on behalf of Creditor ABW Holdings LLC
jkg@opglaw.com, julie@opglaw.com
Jerrold K Guben on behalf of Creditor M&H Corporation
jkg@opglaw.com, julie@opglaw.com

Jerrold K Guben on behalf of Creditor Outrigger Hotels Hawaii
jkg@opglaw.com, julie@opglaw.com

Steven T. Gubner on behalf of Creditor C & K Trading Co., Ltd.
sgubner@ebg-law.com, ecf@ebg-law.com

Victoria A. Guilfoyle on behalf of Creditor eBay Enterprise, Inc.
guilfoyle@blankrome.com

Mark F. Hebbeln on behalf of Creditor U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.000% Senior Notes due 2020
mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com

Leslie C. Heilman on behalf of Creditor Boulevard Invest LLC
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Federal Realty Investment Trust
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor First & Lenora LLC
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor GGP Limited Partnership
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Miracle Mile Shops
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor The Macerich Company
heilmanl@ballardspahr.com

Cathy Hershcopf on behalf of Creditor Committee Official Committee of Unsecured Creditors
chershcopf@cooley.com

Adam Hiller on behalf of Interested Party Cobracole Inc.
ahiller@hillerarban.com

Thomas M. Horan on behalf of Creditor Bank Of America, N.A.
thoran@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com;kdalton@wcsr.com

James E. Huggett on behalf of Creditor Oracle America, Inc.
jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
Laura Davis Jones on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
ljones@pszjlaw.com, efile1@pszyjw.com

Laura Davis Jones on behalf of Debtor Quiksilver, Inc.
ljones@pszjlaw.com, efile1@pszyjw.com

Laura Davis Jones on behalf of Debtor Quiksilver, Inc.
ljones@pszjlaw.com

Albert Kass on behalf of Claims Agent Kurtzman Carson Consultants LLC
ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Susan E. Kaufman on behalf of Creditor Taubman Landlords
skaufman@skaufmanlaw.com

Mark S. Kenney on behalf of U.S. Trustee United States Trustee
mark.kenney@usdoj.gov

Julia Bettina Klein on behalf of Creditor EP Holdings, Inc.
klein@teamrosner.com

Kurtzman Carson Consultants LLC
info@kccllc.com

Meredith A. Lahaie on behalf of Creditor Committee Official Committee of Unsecured Creditors
mlahaie@akingump.com

Sharon L. Levine on behalf of Creditor Janus Multi-Sector Income Fund, Janus High-Yield Fund, Janus Capital Funds plc Janus Global High Yield Fund, and Janus Capital Funds plc Janus High Yield Fund
slevine@lowenstein.com

Zi C. Lin on behalf of Creditor Travel Plus International, LLC.
zlin@garrett-tully.com

Donald K. Ludman on behalf of Creditor SAP Industries, Inc.
dludman@brownconnery.com

Boris I. Mankovetskiy on behalf of Interested Party Parigi Group, LTD.
bmankovetskiy@sillscummis.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Tamara K. Minott on behalf of Interested Party Oaktree Capital Management, L.P.
tminott@mnat.com, aconway@mnat.com

Mark Minuti on behalf of Creditor E. Gluck Corporation
mminuti@saul.com, rwarren@saul.com

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

John A. Morris on behalf of Debtor Quiksilver, Inc.
jmorris@pszjlaw.com

James E. O'Neill on behalf of Debtor Quiksilver, Inc.
jo'neill@pszjlaw.com, efile1@pszyj.com

Matthew W. Olsen on behalf of Creditor Weihai Textile Group Import & Export Co., Ltd.
matthew.olsen@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kristen N. Pate on behalf of Creditor GGP Limited Partnership
ggpbk@ggp.com, ggpbk@ggp.com;

Morgan L. Patterson on behalf of Creditor Bank Of America, N.A.
mpatterson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com

Lars A. Peterson on behalf of Creditor U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.000% Senior Notes due 2020
lapeterson@foley.com, khall@foley.com

David L. Pollack on behalf of Creditor Federal Realty Investment Trust
pollack@ballardspahr.com, blunt@ballardspahr.com

David L. Pollack on behalf of Creditor GGP Limited Partnership
pollack@ballardspahr.com, blunt@ballardspahr.com

Jeffrey N. Pomerantz on behalf of Debtor Quiksilver, Inc.
jpomerantz@pszjlaw.com

Patrick J. Reilley on behalf of Interested Party Cisco Bros. Corp.
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com

Andrew R. Remming on behalf of Interested Party Oaktree Capital Management, L.P.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Deirdre M. Richards on behalf of Creditor Port Logistics Group Inc
drichards@finemanlawfirm.com, deirdre.richards@gmail.com

Colin R. Robinson on behalf of Debtor Quiksilver, Inc.
crobinson@pszjlaw.com

Jeremy William Ryan on behalf of Interested Party Parigi Group, LTD.
jryan@potteranderson.com, bankruptcy@potteranderson.com

Gilbert R. Saydah, Jr. on behalf of Creditor HP Investors
KDWBankruptcyDepartment@kelleydrye.com

John Henry Schanne, II on behalf of Creditor Committee Official Committee of Unsecured Creditors
schannej@pepperlaw.com,
wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

Daren M. Schlecter on behalf of Interested Party Nicholas Drake
daren@schlecterlaw.com

Peter G. Schwed on behalf of Creditor C & K Broadway 519 LLC
gschwed@loeb.com

Michael Seidl on behalf of Debtor Quiksilver, Inc.
mseidl@pszjlaw.com, efile1@pszyj.com

James H. Shenwick on behalf of Creditor G&S Realty 1, LLC
jhs7@att.net

Andrew H. Sherman on behalf of Interested Party Parigi Group, LTD.
asherman@sillscummis.com

Jeffrey S. Shinbrot on behalf of Creditor Massive Prints, Inc.
jeffrey@shinbrotfirm.com

J Jackson Shrum on behalf of Creditor Ante Galic
jshrum@werbsullivan.com

Owen M. Sonik on behalf of Creditor City of Katy
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Howard M. Spector on behalf of Creditor Victoria Ward, Limited
hmspector@spectorjohnson.com, sshank@spectorjohnson.com;hrogers@spectorjohnson.com

Michael S. Stamer on behalf of Creditor Committee Official Committee of Unsecured Creditors
mstamer@akingump.com

Jason A. Starks on behalf of Creditor Texas Comptroller of Public Accounts
bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

David B. Stratton on behalf of Creditor Committee Official Committee of Unsecured Creditors
strattond@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com

Aaron H Stulman on behalf of Creditor Blue Diamond Crossing II, LLC
AStulman@ashby-geddes.com

Matthew Summers on behalf of Creditor Federal Realty Investment Trust
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor First & Lenora LLC
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor GGP Limited Partnership
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor Miracle Mile Shops
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor The Macerich Company
summersm@ballardspahr.com

Ronald Mark Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Seth Van Aalten on behalf of Creditor Committee Official Committee of Unsecured Creditors
svanaalten@cooley.com

Carolyn G. Wade on behalf of Interested Party State of Oregon, Department of Justice
carolyn.g.wade@doj.state.or.us

Pamela K. Webster on behalf of Creditor Port Logistics
pwebster@buchalter.com, smartin@buchalter.com

Pamela K. Webster on behalf of Creditor Port Logistics Group Inc
pwebster@buchalter.com, smartin@buchalter.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

/s/ Eric A. Rosen
Eric A. Rosen
Fla. Bar No. 36426
Email: erosen@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:    (561) 802-9044
Facsimile:    (561) 802-9976

4830-2342-7888, v. 1