IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

                Debtors.[1]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 15-11880 (BLS)

Jointly Administered

**Related Docket Nos. 908**

**CERTIFICATE OF NO OBJECTION TO FIRST AND FINAL FEE APPLICATION OF KURTZMAN CARSON CONSULTANTS LLC AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 9, 2015 THROUGH FEBRUARY 11, 2016**

The undersigned counsel hereby certifies that he is unaware of any formal or informal objections or responses to the First And Final Fee Application Of Kurtzman Carson Consultants LLC As Administrative Advisor To The Debtors And Debtors-In-Possession For Allowance Of Compensation And Reimbursement Of Expenses For The Period From September 9, 2015 Through February 11, 2016 (Docket No. 908) (the "<u>Final Application</u>"), filed by counsel to the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") on March 28, 2016. The undersigned counsel further certifies that he has reviewed the Court's docket and no objection to the Final Application appears thereon.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Pursuant to the Order Pursuant to 11 U.S.C. Sections 105(a) and 331 Establishing Interim Compensation Procedures (Docket No. 379) (the "<u>Interim Compensation Order</u>"), the notice of the Final Application set a deadline of April 18, 2016 at 4:00 p.m. (Eastern) (the "<u>Objection Deadline</u>") for receipt of objections to the Final Application, and no extension of the Objection Deadline was granted.

The undersigned counsel further certifies that, pursuant to the Interim Compensation Order, a hearing on fee applications has been scheduled for April 28, 2016 at 11:30 a.m. (Eastern) before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, 6th Floor, Courtroom 1, 824 Market Street, Wilmington, Delaware 19801 (the "<u>Final Fee Hearing</u>"). Accordingly, the Debtors will submit at or prior to the Final Fee Hearing a form of proposed order authorizing payment of the fees and expenses requested in the Final Application.

Dated:  Wilmington, Delaware
        April 19, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*