IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

QUIKSILVER, INC., *et al.*,

Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
: **Related Docket Nos. 870**

**CERTIFICATE OF NO OBJECTION TO THIRD MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED BY DELOITTE TAX LLP AS TAX ADVISOR TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2016 THROUGH FEBRUARY 11, 2016**

The undersigned counsel hereby certifies that he is aware of no formal or informal objection or response to the Third Monthly Fee Application For Compensation For Services Rendered And Reimbursement Of Expenses Incurred By Deloitte Tax LLP As Tax Advisor To The Debtors For The Period From January 1, 2016 Through February 11, 2016  (Docket No. 870) (the "Application"), filed by counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") on March 28, 2016.  The undersigned counsel further certifies that he has reviewed the Court's docket and no objection to the Application appears thereon.

Pursuant to the Order Pursuant to 11 U.S.C. Sections 105(a) and 331 Establishing Interim Compensation Procedures (Docket No. 379) (the "Interim Compensation Order"), the notice of the Application set a deadline of March 31, 2016 at 4:00 p.m. (Eastern) (the "Objection

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Deadline") for receipt of objections to the Application, and no extension of the Objection

Deadline was granted.

The undersigned counsel further certifies that, pursuant to the Interim

Compensation Order, a hearing on fee applications has been scheduled for April 28, 2016 at

11:30 a.m. (Eastern) before the Honorable Chief Judge Brendan L. Shannon, United States

Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, 6th Floor, Courtroom 1,

824 Market Street, Wilmington, Delaware 19801 (the "Final Fee Hearing").  Accordingly, the

Debtors will submit at or prior to the Final Fee Hearing a form of proposed order authorizing

payment of the fees and expenses requested in the Application.

Dated:    Wilmington, Delaware
          April 19, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

785606-WILSR01A - MSW