IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**Re: Docket No. 918**

**Objection Deadline: April 18, 2016 at 4:00 p.m.**
**Hearing Date:  April 28, 2016 at 11:00 a.m.**

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING
FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD
FROM SEPTEMBER 9, 2015 THROUGH FEBRUARY 11, 2016**

On March 28, 2016, Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), co-counsel

to the Debtors and Debtors In Possession (the "Debtors") in the above-captioned chapter 11 case,

filed and served the *Final Application for Compensation and Reimbursement of Expenses of*

*Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured*

*Creditors, for the Period from September 9, 2015 through February 11, 2016* (the

"Application").  Pursuant to the *Notice of Filing of Fee Application*, objections to the

Application were to be filed and served no later than April 18, 2016, by 4:00 p.m. (prevailing

Eastern time).  The undersigned has caused the Court's docket in this case to be reviewed, and

no answer, objection or other responsive pleadings to the Application appears thereon.

Additionally, no objections to the Application have been received by the undersigned counsel.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.
(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505),
Quiksilver Entertainment, Inc. (9667), and  Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate
headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

A hearing to consider the Application will be held on April 28, 2016 at

11:00 a.m. before the Honorable Brenden L. Shannon, Chief United States Bankruptcy Judge, at

the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth

Floor, Courtroom No. 1, Wilmington, Delaware 19801.

Dated: April 20, 2016    PACHULSKI STANG ZIEHL & JONES LLP

              Laura Davis Jones (DE Bar No. 2436)
              Michael R. Seidl (DE Bar No. 3889)
              James E. O'Neill (DE Bar No. 4042)
              Jeffrey N. Pomerantz (CA Bar No. 143717)
              John A. Morris (NY Bar No. 4662)
              919 North Market Street, 17th Floor
              Wilmington, DE 19801
              Telephone: (302) 652-4100
              Facsimile: (302) 652-4400
              Email: ljones@pszjlaw.com
                  mseidl@pszjlaw.com
                  joneill@pszjlaw.com
                  jpomerantz@pszjlaw.com
                  jmorris@pszjlaw.com

              Co-Counsel for the Debtors and Debtors in
              Possession