## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on the 25th day of April, 2016, I caused the foregoing **Reply to Objection of the Reorganized Debtors to Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(B)(3) and 503(B)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim** to be served upon the following individual in the manner indicated.

Van C. Durrer, II, Esq.
Annie Li, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
**Federal Express**

Mark S. Chehi, Esq.
Dain A. De Souza, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
**Hand Deliver**

John K. Lyons, Esq.
Jessica Kumar, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
**Federal Express**

Jane M. Leamy, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
**Hand Deliver**

  /s/ David B. Stratton
David B. Stratton (DE No. 960)

#39072574 v1