IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

Related Docket No. 925

Objection Deadline: April 21, 2016 at 4:00 p.m.
Hearing Date: April 28, 2016 at 11:00 a.m.

### CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' OBJECTION TO CLAIMS OF PESCHKE REALTY ASSOCIATES LLC

On March 29, 2016, the Reorganized Debtors (the "Reorganized Debtors") in the above-captioned chapter 11 case, filed and served the *Reorganized Debtors' Objection to Claims of Peschke Realty Associates LLC* (the "Objection"). Pursuant to the *Notice of the Objection*, objections and responses to the Objection were to be filed and served no later than April 21, 2016, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Objection appears thereon. Additionally, no objections or responses to the Objection have been received by the undersigned counsel.

Accordingly, the Debtors request that the order attached to the Motion be entered at the Court's earliest convenience.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: April 25, 2016                           PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com
         mseidl@pszjlaw.com
         joneill@pszjlaw.com
         jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors

DOCS_DE:206694.1 72779/002