## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |
|  | : | **Hrg Date: 4/28/16 at 11:00 a.m. (Eastern)** |
|  | : |  |
|  | : | **Related Docket Nos. 903, 908, 913, 914, 918** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF FILING OF PROPOSED OMNIBUS ORDER ALLOWING FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed today the proposed Omnibus Order Allowing Final Compensation For Services Rendered And Reimbursement Of Expenses Of Professionals, a true and correct copy of which is attached hereto as Exhibit 1.

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:    Wilmington, Delaware
          April 26, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**<u>EXHIBIT 1</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :    Chapter 11
In re:                                        :
                                              :    Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,                     :
                                              :    Jointly Administered
                        Debtors.¹             :
                                              :
                                              :    Related Docket Nos. 903, 908, 913, 914, 918
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**OMNIBUS ORDER ALLOWING FINAL COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES OF PROFESSIONALS**

Upon the final fee applications (the "Fee Applications") of the professionals (collectively, the "Professionals" and each a "Professional"), and this Court having previously authorized the employment of the Professionals listed on Exhibit A hereto in the case of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"); and it appearing that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Fee Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Fee Applications; and the Court having considered the Fee Applications of the Professionals, and good and sufficient cause appearing therefore, it is hereby

---

¹   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Fee Applications are hereby approved in the amounts set forth on

Exhibit A attached to this Order.

2.      The Professionals are hereby granted allowance of compensation and

reimbursement of expenses on a final basis in the amounts set forth on Exhibit A.

3.      The Debtors are hereby authorized and directed to remit to each

Professional the Professional Claims in the amounts set forth on Exhibit A, less any and all

amounts previously paid on account of such fees and expenses.

4.      This Order is a separate order for each Professional and the appeal of any

order with respect to any Professional shall have no effect on the authorized fees and expenses of

the other Professionals.

5.      This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation or interpretation of this Order.


Dated:  Wilmington, Delaware
               _____, 2016



               _____
               HONORABLE BRENDAN L. SHANNON
               CHIEF UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

Final Fee Application Of KPMG LLP
Accounting And Internal Audit Advisors To The Debtors

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| 9/9/15 – 10/31/15 [D.I. 813] | $129,945.00 | $4,162.77 | D.I. 882; 3/11/16 | $0.00 | $0.00 | $134,107.77 |
| 11/1/15 – 11/30/16 [D.I. 852] | $136,829.00 | $2,229.99 | D.I. 910; 3/28/16 | $0.00 | $0.00 | $139,058.99 |
| 12/1/15 – 2/11/16 [D.I. 886] | $212,214.00 | $5,275.71 | D.I. 947; 4/8/16 | $0.00 | $0.00 | $217,489.71 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNTS | $478,988.00 | $11,668.47 | | $0.00 | $0.00 | $490,656.47 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | **$490,656.47** | | |

Final Fee Application Of Kurtzman Carson Consultants LLC
Administrative Advisor To The Debtors And Debtors-In-Possession

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| Final Application 9/9/15 – 2/11/16 [D.I. 908] | $48,096.00 | $0.00 | D.I. 957; 4/19/16 | $0.00 | $0.00 | $48,096.00 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNTS | $48,096.00 | $0.00 | | $0.00 | $0.00 | $48,096.00 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | **$48,096.00** | | |

Final Fee Application Of Deloitte & Touche LLP
Independent Auditor To The Debtors

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| 9/9/15 – 10/31/15 [D.I. 867] | $255,671.00 | $3,008.36 | D.I. 959; 4/19/16 | $0.00 | $0.00 | $258,679.36 |
| 11/1/15 – 11/30/15 [D.I. 868] | $143,281.50 | $908.51 | D.I. 960; 4/19/16 | $0.00 | $0.00 | $144,190.01 |
| 12/1/15 – 12/31/15 [D.I. 901] | $269,947.50 | $2,417.03 | D.I. 961; 4/19/16 | $0.00 | $0.00 | $272,364.53 |
| 1/1/16 – 2/11/16 [D.I. 905] | $397,506.50 | $1,653.06 | D.I. 962; 4/19/16 | $0.00 | $0.00 | $399,159.56 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNTS | $1,101,406.50[2] | $7,986.96 | | $0.00 | $0.00 | $1,074,393.46 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | 1,109,393.46 | | |

---

[2]     Amount reflects addition of $35,000.00 from retainer.

Final Fee Application Of Deloitte Tax LLP
Tax Advisor To The Debtors

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| 10/1/15 – 10/31/15 [D.I. 804] | $45,672.00 | - | D.I. 871; 3/10/16 | $36,537.60 | - | $9,134.40 |
| 11/1/15 – 12/31/15 [D.I. 805] | $76,792.75 | $260.67 | D.I. 872; 3/10/16 | $61,434.20 | $260.67 | $15,358.55 |
| 1/1/16 – 2/11/16 [D.I. 870] | $9,187.50 | - | D.I. 964; 4/19/16 | - | - | $9,187.50 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNT | $131,652.25 | $260.67 | | $97,971.80 | $260.67 | $33,680.45 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | **$131,912.92** | | |

Final Fee Application Of Pachulski Stang Ziehl & Jones LLP
Co-Counsel To The Debtors And Debtors In Possession

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| 9/9/15 – 9/30/15 [D.I. 488] | $32,947.50 | $436.40 | D.I. 574; 12/16/15 | $26,358.00 | $436.40 | $6,589.50 |
| 10/1/15 – 10/31/15 [D.I. 592] | $38,391.00 | $1,664.34 | D.I. 650; 1/13/16 | $30,712.80 | $1,664.34 | $7,678.20 |
| 11/1/15 – 11/30/15 [D.I. 619] | $12,133.00 | $942.76 | D.I. 744; 1/29/16 | $9,706.40 | $942.76 | $2,426.60 |
| 12/1/15 – 12/31/15 [D.I. 679] | $51,431.50 | $1,040.59 | D.I. 765; 2/8/16 | $41,145.20 | $1,040.59 | $10,286.30 |
| First Quarterly 9/9/15 – 12/31/15 [D.I. 816] | | | | | | |
| 1/1/16 – 1/31/16 [D.I. 916] | $58,408.50 | $4,214.04 | D.I. 965; 4/20/16 | $0.00 | $0.00 | $62,622.54 |
| 2/1/16 – 2/11/16 [D.I. 917] | $14,808.00 | $256.20 | D.I. 966; 4/20/16 | $0.00 | $0.00 | $15,064.20 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNTS | $208,119.50 | $8,554.33 | | $107,922.40 | $4,084.09 | $104,667.34 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | **$216,673.83** | | |