### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIKSILVER, INC., *et al.*, | : | Case No. 15-11880 (BLS) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON APRIL 28, 2016 AT 11:00 A.M. (EASTERN)

Set forth below are the matters scheduled to be heard before the Honorable Chief Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on April 28, 2016 beginning at 11:00 a.m. (Eastern).

## I.    CONTINUED MATTERS

1.    **SUBSTANTIAL CONTRIBUTION APPLICATION:** Application Of Certain Unsecured Noteholders Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance Of Fees And Expenses Incurred In Making A Substantial Contribution As An Administrative Expense Claim (Docket No. 883) (Date Filed: 3/11/16)

Objection
Deadline:        April 11, 2016 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

    a.        Objection Of The Reorganized Debtors To Application Of Certain Unsecured Noteholders (Docket No. 949) (Date Filed: 4/11/16)

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

      b.      Reply To Objection Of The Reorganized Debtors To Application Of Certain Unsecured Noteholders Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance Of Fees And Expenses Incurred In Making A Substantial Contribution As An Administrative Expense Claim (Docket No. 973) (Date Filed: 4/25/16)

Status:      This matter is continued by agreement of the parties until May 26, 2016 at 10:00 a.m. (Eastern).

2.    **OBJECTION TO CLAIMS OF CLAYTON D. BLEHM:** Reorganized Debtors' Objection to Claims of Clayton D. Blehm (Docket No. 921) (Date Filed: 3/298/16)

      Objection
Deadline:      April 21, 2016 at 4:00 p.m. (Eastern)

      Objections/
Responses
Filed:      None at the time of filing this agenda

Status:      This matter is continued until May 26, 2016 at 10: a.m. (Eastern).

II.    **UNCONTESTED MATTERS WITH CERTIFICATIONS**

3.    **OBJECTION TO CLAIMS OF PESCHKE REALTY ASSOCIATES LLC:**
Reorganized Debtors' Objection to Claims of Peschke Realty Associates LLC (Docket No. 925) (Date Filed: 3/29/16)

      Related
Documents:

      a.      Certificate Of No Objection (Docket No. 974) (Date Filed: 4/25/16)

      b.      Proposed Form Of Order

      Objection
Deadline:      April 21, 2016 at 4:00 p.m. (Eastern)

      Objections/
Responses
Filed:      None.

Status:      The Reorganized Debtors have filed a certificate of no objection and respectfully request that the relief sought in the objection to claims be granted.

III.    **CONTESTED MATTERS**

4.      **ADMINISTRATIVE EXPENSE CLAIM MOTION:** Motion of Former Employees for
Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C.
§ 503(b)(1)(A) (Docket No. 719) (Date Filed: 1/25/16)

Related
Documents:

a.      Re-Notice Of Motion Of Former Employees (Docket No. 933)
(Date Filed: 3/30/16)

Objection
Deadline:        April 21, 2016 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.      Reorganized Debtors' Objection to Motion of Former Employees for Allowance
and Payment of Administrative Expense Claims (Docket No. 969)
(Date Filed: 4/22/16)

Status:         This matter is going forward.

5.      **THIRD OMNIBUS OBJECTION TO CLAIMS:** Debtors' Third Omnibus Objection
To (I) Duplicate Claims Filed Against Different Debtors, (II) Duplicate Claims, (III)
Amended And Superseded Claims, (IV) Stock Claims, And (V) Late Claims (Non-
Substantive) (Docket No. 844) (Date Filed: 2/26/16)

Related
Documents:

a.      Order Granting Debtors' Third Omnibus Objection to (I) Duplicate Claims Filed
Against Different Debtors, (II) Duplicate Claims, (III) Amended and Superseded
Claims, (IV) Stock Claims, (V) Late Claims (Non-Substantive) (Docket No. 938)
(Date Filed: 3/31/16)

Objection
Deadline:        March 24, 2016 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.      Informal Response of Ante Galic to Debtors' Third Omnibus Objection

Status:        An order was previously entered on this matter granting the requested relief and resolving all filed responses.  This matter was continued to the instant hearing with respect to Ante Galic claim 828.  With respect to claim 828, the parties have agreed to withdraw the objection to claim as late and fix the claim as an allowed general unsecured claim in the amount of $31,770.76.  The Reorganized Debtors expect to submit an agreed order under certification of counsel or to present such at the hearing.

6.    **FOURTH OMNIBUS OBJECTION TO CLAIMS:** Debtors' Fourth Omnibus Objection to Claims Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims Filed Against Different Debtors, (II) Duplicate Claims, (III) Amended and Superseded Claims, (IV) Stock Claims, (V) Late Claims (Non-Substantive) (Docket No. 926) (Date Filed: 3/29/16)

Objection
Deadline:        April 21, 2016 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.    Informal Response of Hunt Jacobsen To Debtors' Fourth Omnibus Objection to Claims

b.    Informal Response of C&K Broadway To Debtors' Fourth Omnibus Objection to Claims

Status:        The Reorganized Debtors received informal responses from Hunt Jacobsen and C&K Broadway.  With respect to claims 935, 936, 937, and 938 of Hunt Jacobsen and claims 698 and 876 of C&K Broadway, the Reorganized Debtors will withdraw the objection without prejudice.  No other responses were received, and the Reorganized Debtors expect to submit a revised form of order under certification of counsel or to present such at the hearing.

IV.     **FEE MATTERS**[2]

7.      **FINAL FEE APPLICATIONS**[3]**:** Notice Of Filing Of Proposed Omnibus Order Allowing Final Compensation For Services Rendered And Reimbursement Of Expenses Of Professionals (Docket No. 975) (Date Filed: 4/26/16)

        Related Documents:

        a.      Proposed Form Of Order

        Status:      This matter is going forward if the proposed form of order is not entered prior to the hearing.  Please see Exhibit A attached hereto for an index of pleadings.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

---

[2]    Binders containing the fee applications were transmitted to the Court on April 21, 2016.

[3]    In accordance with the Bankruptcy Court's general chambers procedures, "A representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the application shall appear in person at the hearing in support of the application.  If such person is not local counsel, then arrangements may be made through the Court-approved teleconferencing facilitator to appear telephonically."

Dated:    Wilmington, Delaware
        April 26, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

John K. Lyons
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :    Chapter 11

In re:                 :

                :    Case No. 15-11880 (BLS)

QUIKSILVER, INC., *et al.*,    :

                :    Jointly Administered

           Debtors.[1]    :

                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**INDEX OF PROFESSIONAL FEE APPLICATIONS FOR
FEE HEARING APRIL 28, 2016 AT 11:00 A.M.**

**I.**    **KPMG LLP**

1.    **KPMG LLP FINAL FEE APPLICATION:** Final Fee Application Of KPMG LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Accounting And Internal Audit Advisors To The Debtors And Debtors In Possession For The Period From September 9, 2015 Through February 11, 2016 (Docket No. 903) (Date Filed: 3/25/16)

    Related Documents:

    a.    First Monthly Fee Application Of KPMG LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Accounting And Internal Audit Advisors To The Debtors And Debtors In Possession For The Period From September 9, 2015 Through October 31, 2015  (Docket No. 813) (Date Filed: 2/18/16)

        Related Document:

        (i)    Certificate of No Objection (Docket No. 882) (Date Filed: 3/11/16)

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

b.      Second Monthly Fee Application Of KPMG LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Accounting And Internal Audit Advisors To The Debtors And Debtors In Possession For The Period From November 1, 2015 Through November 30, 2015 (Docket No. 852) (Date Filed: 3/2/16)

       Related Document:

       (i)      Certificate of No Objection (Docket No. 910) (Date Filed: 3/28/16)

c.      Third Monthly Fee Application Of KPMG LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Accounting And Internal Audit Advisors To The Debtors And Debtors In Possession For The Period From December 1, 2015 Through February 11, 2016 (Docket No. 886) (Date Filed: 3/17/16)

       Related Document:

       (i)      Certificate of No Objection (Docket No. 947) (Date Filed: 4/8/16)

d.      Certificate of No Objection to Final Fee Application (Docket No. 956) (Date Filed: 4/19/16)

## II.      KURTZMAN CARSON CONSULTANTS LLC

2.      **KURTZMAN CARSON CONSULTANTS LLC FINAL FEE APPLICATION:** First And Final Fee Application Of Kurtzman Carson Consultants LLC As Administrative Advisor To The Debtors And Debtors-In-Possession For Allowance Of Compensation And Reimbursement Of Expenses For The Period From September 9, 2015 Through February 11, 2016 (Docket No. 908) (Date Filed: 3/28/16)

Related
Documents:

a.      Certificate of No Objection to Final Fee Application (Docket No. 957) (Date Filed: 4/19/16)

## III.      DELOITTE & TOUCHE LLP

3.      **DELOITTE & TOUCHE LLP FINAL FEE APPLICATION:** Final Fee Application For Compensation For Services Rendered And Reimbursement Of Expenses Incurred By Deloitte & Touche LLP As Independent Auditor To The Debtors For The Period From September 9, 2015 Through February 11, 2016 (Docket No. 913) (Date Filed: 3/28/16)

Related
Documents:

a.  First Monthly Fee Application For Compensation For Services Rendered And
    Reimbursement Of Expenses Incurred By Deloitte & Touche LLP As
    Independent Auditor To The Debtors For The Period From September 9, 2015
    Through October 31, 2015 (Docket No. 867) (Date Filed: 3/10/16)

        Related Document:

            (i)    Certificate of No Objection (Docket No. 959) (Date Filed: 4/19/16)

b.  Second Monthly Fee Application For Compensation For Services Rendered And
    Reimbursement Of Expenses Incurred By Deloitte & Touche LLP As
    Independent Auditor To The Debtors For The Period From November 1, 2015
    Through November 30, 2015 (Docket No. 868) (Date Filed: 3/10/16)

        Related Document:

            (i)    Certificate of No Objection (Docket No. 960) (Date Filed: 4/19/16)

c.  Third Monthly Fee Application For Compensation For Services Rendered And
    Reimbursement Of Expenses Incurred By Deloitte & Touche LLP As
    Independent Auditor To The Debtors For The Period From December 1, 2015
    Through December 31, 2015 (Docket No. 901) (Date Filed: 3/24/16)

        Related Document:

            (i)    Certificate of No Objection (Docket No. 961) (Date Filed: 4/19/16)

d.  Fourth Monthly Fee Application For Compensation For Services Rendered And
    Reimbursement Of Expenses Incurred By Deloitte & Touche LLP As
    Independent Auditor To The Debtors For The Period From January 1, 2016
    Through February 11, 2016 (Docket No. 905) (Date Filed: 3/25/16)

        Related Document:

            (i)    Certificate of No Objection (Docket No. 962) (Date Filed: 4/19/16)

e.  Certificate of No Objection to Final Fee Application (Docket No. 958)
    (Date Filed: 4/19/16)

IV.    **DELOITTE TAX LLP**

4.    **DELOITTE TAX LLP FINAL APPLICATION:** Final Fee Application For Compensation For Services Rendered And Reimbursement Of Expenses Incurred By Deloitte Tax LLP As Tax Advisor To The Debtors For The Period From October 1, 2015 Through February 11, 2016 (Docket No. 914) (Date Filed: 3/28/16)

Related
Documents:

a.    First Monthly Fee Application For Compensation For Services Rendered And Reimbursement Of Expenses Incurred By Deloitte Tax LLP As Tax Advisor To The Debtors For The Period From October 1, 2015 Through October 31, 2015 (Docket No. 804) (Date Filed: 2/17/16)

Related Document:

(i)    Certificate of No Objection (Docket No. 871) (Date Filed: 3/10/16)

b.    Second Monthly Fee Application For Compensation For Services Rendered And Reimbursement Of Expenses Incurred By Deloitte Tax LLP As Tax Advisor To The Debtors For The Period From November 1, 2015 Through December 31, 2015 (Docket No. 805) (Date Filed: 2/17/16)

Related Document:

(i)    Certificate of No Objection (Docket No. 872) (Date Filed: 3/10/16)

c.    Third Monthly Fee Application For Compensation For Services Rendered And Reimbursement Of Expenses Incurred By Deloitte Tax LLP As Tax Advisor To The Debtors For The Period From January 1, 2016 Through February 11, 2016 (Docket No. 870) (Date Filed: 3/10/16)

Related Document:

(i)    Certificate of No Objection (Docket No. 964) (Date Filed: 4/19/16)

d.    Certificate of No Objection to Final Fee Application (Docket No. 963) (Date Filed: 4/19/16)

V.    **PACHULSKI STANG ZIEHL & JONES LLP**

5.    **PACHULSKI STANG ZIEHL & JONES LLP FINAL APPLICATION:** Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors In Possession for the period September 9, 2015 to February 11, 2016 (Docket No. 918) (Date Filed: 3/28/16)

4

Related
Documents:

a.    Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors In Possession for the period January 1, 2016 to January 31, 2016 (Docket No. 916) (Date Filed: 3/28/16)

       Related Document:

         (i)    Certificate of No Objection (Docket No. 965) (Date Filed: 4/20/16)

b.    Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors In Possession for the period February 1, 2016 to February 11, 2016 (Docket No. 917) (Date Filed: 3/28/16)

       Related Document:

         (i)    Certificate of No Objection (Docket No. 966) (Date Filed: 4/20/16)

c.    Certificate of No Objection to Final Fee Application (Docket No. 967) (Date Filed: 4/20/16)

785276-WILSR01A - MSW