IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
In re:                           :   Chapter 11
                                 :
                                 :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.,        :
                                 :   Jointly Administered
                 Debtors.[1]     :
                                 :
                                 :   **Related Docket Nos. 903, 908, 913, 914, 918**, 975
---------------------------------x

## OMNIBUS ORDER ALLOWING FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the final fee applications (the "Fee Applications") of the professionals (collectively, the "Professionals" and each a "Professional"), and this Court having previously authorized the employment of the Professionals listed on Exhibit A hereto in the case of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"); and it appearing that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Fee Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Fee Applications; and the Court having considered the Fee Applications of the Professionals, and good and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Fee Applications are hereby approved in the amounts set forth on Exhibit A attached to this Order.

2. The Professionals are hereby granted allowance of compensation and reimbursement of expenses on a final basis in the amounts set forth on Exhibit A.

3. The Debtors are hereby authorized and directed to remit to each Professional the Professional Claims in the amounts set forth on Exhibit A, less any and all amounts previously paid on account of such fees and expenses.

4. This Order is a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of the other Professionals.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       April 26, 2016

_____
HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE