**Exhibit A**

Final Fee Application Of KPMG LLP
Accounting And Internal Audit Advisors To The Debtors

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| 9/9/15 – 10/31/15 [D.I. 813] | $129,945.00 | $4,162.77 | D.I. 882; 3/11/16 | $0.00 | $0.00 | $134,107.77 |
| 11/1/15 – 11/30/16 [D.I. 852] | $136,829.00 | $2,229.99 | D.I. 910; 3/28/16 | $0.00 | $0.00 | $139,058.99 |
| 12/1/15 – 2/11/16 [D.I. 886] | $212,214.00 | $5,275.71 | D.I. 947; 4/8/16 | $0.00 | $0.00 | $217,489.71 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNTS | $478,988.00 | $11,668.47 | | $0.00 | $0.00 | $490,656.47 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | | | $490,656.47 |

Final Fee Application Of Kurtzman Carson Consultants LLC
Administrative Advisor To The Debtors And Debtors-In-Possession

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| Final Application 9/9/15 – 2/11/16 [D.I. 908] | $48,096.00 | $0.00 | D.I. 957; 4/19/16 | $0.00 | $0.00 | $48,096.00 |
| Voluntary reduction | | | | | | |
| TOTAL AMOUNTS | $48,096.00 | $0.00 | | $0.00 | $0.00 | $48,096.00 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | **$48,096.00** | | |

Final Fee Application Of Deloitte & Touche LLP
Independent Auditor To The Debtors

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| 9/9/15 – 10/31/15 [D.I. 867] | $255,671.00 | $3,008.36 | D.I. 959; 4/19/16 | $0.00 | $0.00 | $258,679.36 |
| 11/1/15 – 11/30/15 [D.I. 868] | $143,281.50 | $908.51 | D.I. 960; 4/19/16 | $0.00 | $0.00 | $144,190.01 |
| 12/1/15 – 12/31/15 [D.I. 901] | $269,947.50 | $2,417.03 | D.I. 961; 4/19/16 | $0.00 | $0.00 | $272,364.53 |
| 1/1/16 – 2/11/16 [D.I. 905] | $397,506.50 | $1,653.06 | D.I. 962; 4/19/16 | $0.00 | $0.00 | $399,159.56 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNTS | $1,101,406.50[2] | $7,986.96 | | $0.00 | $0.00 | $1,074,393.46 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | | | 1,109,393.46 |

---

[2] Amount reflects addition of $35,000.00 from retainer.

Final Fee Application Of Deloitte Tax LLP
Tax Advisor To The Debtors

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| 10/1/15 – 10/31/15 [D.I. 804] | $45,672.00 | - | D.I. 871; 3/10/16 | $36,537.60 | - | $9,134.40 |
| 11/1/15 – 12/31/15 [D.I. 805] | $76,792.75 | $260.67 | D.I. 872; 3/10/16 | $61,434.20 | $260.67 | $15,358.55 |
| 1/1/16 – 2/11/16 [D.I. 870] | $9,187.50 | - | D.I. 964; 4/19/16 | - | - | $9,187.50 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNT | $131,652.25 | $260.67 | | $97,971.80 | $260.67 | $33,680.45 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | $131,912.92 | | |

### Final Fee Application Of Pachulski Stang Ziehl & Jones LLP
### Co-Counsel To The Debtors And Debtors In Possession

| Monthly Fee Period & Docket No. | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Unpaid Compensation Sought |
|---|---|---|---|---|---|---|
| 9/9/15 – 9/30/15 [D.I. 488] | $32,947.50 | $436.40 | D.I. 574; 12/16/15 | $26,358.00 | $436.40 | $6,589.50 |
| 10/1/15 – 10/31/15 [D.I. 592] | $38,391.00 | $1,664.34 | D.I. 650; 1/13/16 | $30,712.80 | $1,664.34 | $7,678.20 |
| 11/1/15 – 11/30/15 [D.I. 619] | $12,133.00 | $942.76 | D.I. 744; 1/29/16 | $9,706.40 | $942.76 | $2,426.60 |
| 12/1/15 – 12/31/15 [D.I. 679] | $51,431.50 | $1,040.59 | D.I. 765; 2/8/16 | $41,145.20 | $1,040.59 | $10,286.30 |
| First Quarterly 9/9/15 – 12/31/15 [D.I. 816] | | | | | | |
| 1/1/16 – 1/31/16 [D.I. 916] | $58,408.50 | $4,214.04 | D.I. 965; 4/20/16 | $0.00 | $0.00 | $62,622.54 |
| 2/1/16 – 2/11/16 [D.I. 917] | $14,808.00 | $256.20 | D.I. 966; 4/20/16 | $0.00 | $0.00 | $15,064.20 |
| **Voluntary reduction** | | | | | | |
| TOTAL AMOUNTS | $208,119.50 | $8,554.33 | | $107,922.40 | $4,084.09 | $104,667.34 |
| **TOTAL PROFESSIONAL CLAIMS** | | | | | | $216,673.83 |