IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                          :   Chapter 11
                                                                :
                                                                :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,                                     :
                                                                :   Jointly Administered
        Reorganized Debtors.[1]                               :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the appearance of John K. Lyons, Esq. is hereby withdrawn, and service of notices and papers in these cases upon him should be discontinued. Notices and pleadings given or filed in these cases should continue to be given and served upon each of the following:

    Van C. Durrer, II, Esq.
    Annie Z. Li, Esq.
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
    Telephone: (213) 687-5000
    Fax: (213) 687-5600
    Van.Durrer@skadden.com
    Annie.Li@skadden.com

    - and -

    Mark S. Chehi, Esq.
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    One Rodney Square, P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    Fax: (302) 651-3001
    Mark.Chehi@skadden.com

---

[1] The Reorganized Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Reorganized Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- and -

Jessica S. Kumar, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411
Jessica.Kumar@Skadden.com

Dated: Wilmington, Delaware
April 27, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Reorganized Debtors*