# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
QUIKSILVER, INC., et al.,               :    Case No. 15-11880 (BLS)
                                        :
                    Debtors.¹           :    Jointly Administered
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On or before March 3, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Notice of (A) Entry of Order Confirming Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession, (B) Occurrence of Effective Date, and (C) Certain Deadlines** [Docket No. 789]

Furthermore, on or before March 3, 2016, employees of KCC caused the following document to be served per postal forwarding address via First Class mail to the parties on the service list attached hereto as **Exhibit B**, and to the Registered Holders of the Common Stock, provided by American Stock Transfer & Trust Company, as transfer agent, on the service list attached hereto as **Exhibit C**:

*[Space Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- **Notice of (A) Entry of Order Confirming Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession, (B) Occurrence of Effective Date, and (C) Certain Deadlines** [Docket No. 789]

Dated: March 4, 2016

_____
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of March, 2016, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

Exhibit A
Creditor Matrix

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 123 Mountain | International Rocky Trade | PO Box 1559 | | Frisco | CO | 80443-1559 |
| Adam Pena | | Address Redacted | | | | |
| Aerl Bailey | | Address Redacted | | | | |
| Aina Tchoshanova | | Address Redacted | | | | |
| Alexandra Marchese | | Address Redacted | | | | |
| Alysha Velasquez | | Address Redacted | | | | |
| Amber LaMontagne | | Address Redacted | | | | |
| Amber Vargas | | 2801 Main St Apt 215 | | Irvine | CA | 92614-5006 |
| Andrew Connors | | Address Redacted | | | | |
| Andrew Guimond | | Address Redacted | | | | |
| Andrew Hogge | | Address Redacted | | | | |
| Annette Veihelmann | | Address Redacted | | | | |
| Beachwear Inc | Aloha Swim | 26 Hoolai St Ste 400 | | Kailua | HI | 96734-2600 |
| Bianca Bayardo | | Address Redacted | | | | |
| Bikinis & More | | 1 W Indian St | | Fenwick Isle | DE | 19944-4524 |
| Bluerush Boardsports | | 1201 Bridgeway Ste C | | Sausalito | CA | 94965-1998 |
| Brenna Murphy | | Address Redacted | | | | |
| Catlin Rawling | | Address Redacted | | | | |
| Cherry Peak Resort LLC Cherry Peak | Resort LLC | PO Box 182 | | Richmond | UT | 84333-0182 |
| Choura Events | | 540 Hawaii Ave | | Torrance | CA | 90503-5148 |
| Cision US, Inc. | | 130 E Randolph St Fl 7 | | Chicago | IL | 60601-6164 |
| Colin Mckay | | 7179 Pintail Dr | | Carlsbad | CA | 92011-5046 |
| Cory Williams | | 2025 NE 44th Ave Unit 410 | | Portland | OR | 97213-1362 |
| Costello Sewing Machine Inc. | | Address Redacted | | | | |
| D. Matt Smith Inc | | 140 W 30th St RM 4W | | New York | NY | 10001-4097 |
| Daniel Delacruz | | Address Redacted | | | | |
| Daniel Delsie | | Address Redacted | | | | |
| DC Travel Plus | | 831 Monterey Pass Rd | | Monterey Park | CA | 91754-3608 |
| Destin Beachwear & Acess. | | PO Box 6608 | | Miramar Beach | FL | 32550-1012 |
| Division Six Sports, Inc | | 17328 Ventura Blvd # 417 | | Encino | CA | 91316-3904 |
| Duffy & Partners LLC | | 211 N 1st St Ste 370 | | Minneapolis | MN | 55401-1527 |
| East Coast Surf Products | | 414 Godwin Ave | | Ridgewood | NJ | 07450-3623 |
| Endure It! Sports | | PO Box 564 | | Warrenville | IL | 60555-0564 |
| Erica Deverian | | Address Redacted | | | | |
| Evelyn Marisol Parada | | Address Redacted | | | | |
| Global Network, Inc. | | 241 W 37th St Rm 605 | | New York | NY | 10018-6881 |

Exhibit A
Creditor Matrix

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Glory | | 595 Main St | | Springfield | MA | 01105-2437 |
| Greenroom Hawaii | | 2255 Kalakaua Ave # 18 | | Honolulu | HI | 96815-2515 |
| Hint Creative | | 10 W 100 S Ste 600 | | Salt Lake Cty | UT | 84101-1566 |
| Huckberry LLC | | 5749 Horton St | | Emeryville | CA | 94608-2515 |
| Intercontinental Fin. Svcs. | | 31368 Via Colinas Ste 109 | | Westlake Vlg | CA | 91362-6829 |
| James T. Pang | | 47 Maujer St Apt 4B | | Brooklyn | NY | 11206-7671 |
| Jennifer Canonico | | Address Redacted | | | | |
| Jesse Lee Schroeder | | Address Redacted | | | | |
| John Smithson | | Address Redacted | | | | |
| John Vestal | | Address Redacted | | | | |
| Johnson Stephens Consulting, Inc. | | 100 Hartsfield Center Pkwy Ste 520 | | Atlanta | GA | 30354-1377 |
| Joseph A. Lara | | Address Redacted | | | | |
| Joshua Hill | | Address Redacted | | | | |
| Juan Alvarez | | Address Redacted | | | | |
| Justin Chu | | Address Redacted | | | | |
| Kaleidoscope Concepts, Inc | | 501 5th Ave RM 2112A | | New York | NY | 10017-6172 |
| Kayleen Recek | | Address Redacted | | | | |
| Kenneth Wayne, Inc | | 675 Rosewood Ct Apt 1A | | Indn Hbr Bch | FL | 32937-4052 |
| Kristin Young | | PO Box 1235 | | Marblehead | MA | 01945-5235 |
| Law Offices of | Robert G. Loewy, P.C. | 101 Enterprise Ste 350 | | Aliso Viejo | CA | 92656-2620 |
| Leslie Lee | | Address Redacted | | | | |
| Lindsey Clancy | | Address Redacted | | | | |
| Lombardi Sports | | 15 Marlin Ave | | Mill Valley | CA | 94941-1372 |
| Madiba, Inc | | 9930 Research Dr Ste 200 | | Irvine | CA | 92618-4372 |
| Marisol Camacho | | Address Redacted | | | | |
| McKay Inc. | | 7179 Pintail Dr | | Carlsbad | CA | 92011-5046 |
| Mia Sorella | | 901 Hampstead Ct | | Barrington | IL | 60010-2805 |
| Modern Key Shop, Inc. | | PO Box 3349 | | Honolulu | HI | 96801-3349 |
| Moonbeams | | 2915 Managua Pl | | Carlsbad | CA | 92009-7106 |
| Msquared Industries, Inc. | | 1060 Calle Negocio Ste C | | San Clemente | CA | 92673-6294 |
| Nicole Jenkins | | Address Redacted | | | | |
| Ohana Paper and Packaging, Inc | | 29911 Niguel Rd Unit 7297 | | Laguna Niguel | CA | 92607-2453 |
| On The Edge Clothing Co | | 404 Washington Ave N | | Mission Hill | SD | 57046-2002 |
| Paul Delia | | Address Redacted | | | | |
| Peltz Shoes | BGP Inc | 10900 US Highway 19 N | | Clearwater | FL | 33764-7415 |
| Peter J Saari | | Address Redacted | | | | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 2 of 3

**Exhibit A**
**Creditor Matrix**

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Potter & CO LLC | | 117 Wellington Ave | | Newport | RI | 02840-3942 |
| Prairie Moon, Inc | Rockman Clothing | 116 N 5th Ave | | Sheldon | IA | 51201-1119 |
| Racines | | 12369 253rd Ave | | Spirit Lake | IA | 51360-7142 |
| Racquel Ablaza | | Address Redacted | | | | |
| Razko Assoc. Inc. | | PO Box 230214 | | Brooklyn | NY | 11223-0214 |
| Reno Mountain Sports | | PO Box 7121 | | Reno | NV | 89510-7121 |
| Robin Kelly | | Address Redacted | | | | |
| Ronald Friedman | | Address Redacted | | | | |
| Solo Agency , Inc | | 40 W 29th St Rm 303 | | New York | NY | 10001-4207 |
| Sophia Rodriguez | | Address Redacted | | | | |
| Sportshoe Center Inc | | Address Redacted | | Kennebunk | ME | 04043-0380 |
| Stephen Wideman | | Address Redacted | | | | |
| Steven Jones | | Address Redacted | | | | |
| Steven Nurhan | | Address Redacted | | | | |
| Tammys Childrens Wear | | 8446 Aveley Farm Rd | | Easton | MD | 21601-7363 |
| Taylor Clark | | 7456 Altiva Pl | | Carlsbad | CA | 92009-6412 |
| Terrence Diamond | | 39 Clubhouse Ave # B | | Venice | CA | 90291-3202 |
| Thomas Wooten | | Address Redacted | | | | |
| Thomas Davis | | Address Redacted | | | | |
| Westside Team Sports | | 1468 Paseo de Oro | | Pacific Plsds | CA | 90272-1961 |
| Yeong Hong | | Address Redacted | | | | |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 3 of 3

# Exhibit B

**Exhibit B**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Alex Dulude | PO Box 177 | Leonardtown | MD | 20650-0177 |
| Andrew Francis | 1715 6th St # B | Berkeley | CA | 94710-1805 |
| Anthony Morasco | 18505 132nd PL SE | Renton | WA | 98058-7967 |
| Bruce Thakur | 13 Kirkbrae Dr | Lincoln | RI | 02865-1007 |
| Christian Senrud | 26272 Via De Gavilan | San Juan Capo | CA | 92675-3427 |
| Constance Beverley | 23 Chester Ct | Brooklyn | NY | 11225-5663 |
| Corey Raub | 4130 Fox Meadow Dr | Medina | OH | 44256-7837 |
| Hari Gorak | 3477 Lily Way Apt 527 | San Jose | CA | 95134-3465 |
| James Fromm | 2109 Franks St | Fort Worth | TX | 76177-7367 |
| Jason Davis | 6 Stoddard Dr | Worcester | WA | 01604-1331 |
| Jimmy Paschall | 1001 W Washington St Apt 1 | Orlando | FL | 32805-1656 |
| Noah Tadevich | 1759 N Sedgwick St Apt 2 | Chicago | IL | 60614-5641 |
| Paul Shabanoff | 3944 Briar Vista Dr | Myrtle Bach | SC | 29579-4316 |
| Sandra Asbridge | 4244 Vicenza Dr Unit B | Venice | FL | 34293-0713 |
| Sandra Sarkis | 12654 Scottsdale Cir Unit D | Stanton | CA | 90680-4198 |
| Samuel Pearson | 2871 Morris Ave | Clovis | CA | 93611-3442 |

Quiksilver, Inc., et al.
Case No.: 15-11880

Page 1 of 1

# Exhibit C

**Exhibit C**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Chris Rung | | 54 Florence Dr | Richboro | PA | 18954-1445 |
| Gary Nylund | | 47 Congamond Rd | Southwick | MA | 01077-9404 |
| Joseph Gaudet III C/F | JG IV UGMA/FL | 148 Santiago Dr | Jupiter | FL | 33458-2721 |
| Joshua Williams | | 2005 Makarios Dr | St Augustine | FL | 32080-5731 |
| Linda A Tucker Cust | BT UTMA/IN Under The MD Unif Tran Min Act | 13200 Crossover Rd NE | Flintstone | MD | 21530-3164 |
| Linda Melloy C/F | CM UTMA/NY | 35 Oakes Rd | Rumson | NJ | 07760-1022 |
| Mark E Derwin Cust | RD Under The CA Unif Tran Min Act | PO Box 178132 | San Diego | CA | 92177-8132 |
| Oleg Sinyavskiy | | 15969 Avenida Villaha Unit 22 | San Diego | CA | 92128-3147 |
| Robert Hardman Cust | MH UTMA/FL | 205 Deer Haven Dr | Ponte Vedra | FL | 32082-2108 |
| Robert Manzo | | 17302 Almelo Ln | Huntington Bch | CA | 92649-4621 |
| Sandra Conklin C/F | IC UGTMA/CA | 1021 Cowper St | Palo Alto | CA | 94301-3215 |