# SIGN-IN SHEET

Case Name: Quiksilver, Inc.

Courtroom No.1: Judge Shannon

Case No.: 15-11880

Date: April 28, 2016

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael R. Seid | Pachulski Stang Ziehl ~ Jones | Debtor |
| Mike Buccakos? | Bailey Lewis Russell & Rey | Drake, et al. |
| Blake Lindemann | Lindemann Law Firm | " |
| | | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Brendan L. Shannon

| Calendar Date: | 04/28/2016 |
| Calendar Time: | 11:00 AM ET |

1st Revision 04/27/2016 03:10 PM

#1

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7577996 | Annie Li | (213) 687-5107 | Skadden Arps Slate Meagher Flom | Debtor, Quiksilver, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7577449 | Daren M. Schlecter | (310) 553-5747 | Law Office of Daren M. Schlecter | Employee, Nicholas Drake / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7573732 | Benjamin Winger | (312) 862-2507 | Kirkland & Ellis LLP | Interested Party, OakTree / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.