## Exhibit A

**Duplicate Claims Filed Against Different Debtors**

Exhibit A - Duplicate Claims Filed Against Multiple Debtors

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Debtor - Remaining Claim | Duplicate Claim to be Disallowed | Debtor - Disallowed Claim | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| SML Warehousing, LLC | 944 | QS Wholesale, Inc. | 943 | Quiksilver, Inc. | $ 1,293,531 | General Unsecured | Duplicate claims against multiple Debtors; Debtors were substantively consolidated pursuant to the confirmed Plan. |

1 of 6