## Exhibit B

**Duplicate Claims**

Exhibit B - Duplicate Claim Filed Against the Same Debtor

In re: Quiksilver, Inc., et al
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| CP Deerfield, LLC, a Delaware Limited Liability Company | 898 | 906 | $ 44,490.62 | Admin Priority | Duplicate claim against the same Debtor. |

2 of 6