## Exhibit C

**Amended and Superseded Claims**

Exhibit C - Amended and Superseded Claims

In re: Quiksilver, Inc., et. al.
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Amended Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| ABW Holdings, LLC | 893 | 293 | $ 6,737.14 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |
| Snohomish County Treasurer | 902 | 47 | $ 783.23 | Secured | Claim to be disallowed is amended and superseded by indicated claim. |