## Exhibit D

## Equity Claims

**Exhibit D - Equity Claims**

In re: Quiksilver Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Ball, Helen, Goldberg, Marc, and Ten, JT | 450 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Blanchett, Colleen | 822 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Cissy, Dr. Yu | 904 | $ 30,000.00 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Fleming, Austin G. | 403 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Fleming, Katherine G. (Kaye) | 404 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Fleming, Linda C. and Fleming, Robert G. | 405 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Fleming, Robert G. | 401 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Fleming, Rory J. | 402 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Hodge, Henderson A. IV | 940 | $ 8,568.09 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Hodge, Henderson A. IV | 941 | $ 8,863.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jepsen, Lynn D. | 962 | $ 2,306.68 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Jones, Stephen Paul | 190 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Laurence, Edward | 837 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| LeVine, Donald B. | 908 | $ 800.00 | Admin Priority | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Lysons, Simon | 387 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Mattoon, Jeff | 341 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

**Exhibit D - Equity Claims**

In re: Quiksilver Inc., et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Stevens, Leiland | 134 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Wong, Duen | 173 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Wu, Huiting | 934 | $ 2,230.68 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Yang, Amy | 716 | UNLIQUIDATED | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |