**<u>Exhibit E</u>**

**Late Claims**

**Exhibit E - Late Filed Claims**

In re: Quiksilver Inc., et al
Case No. 15-11880

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Claim Amount | | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| Asuega, Kaneala | QS Retail, Inc. | 03/14/2016 | 951 | $ | 190.38 | Admin Secured | Late Filed Claim. |
| Balboa Travel Inc. | Quiksilver, Inc. | 02/23/2016 | 903 | $ | 2,292.89 | General Unsecured | Late Filed Claim. |
| Bateman, Frances | Quiksilver, Inc. | 02/26/2016 | 915 | $ | 2,618.00 | General Unsecured | Late Filed Claim. |