IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |
| | ) | **Re: Docket Nos. 844 & 938** |

**SECOND ORDER GRANTING DEBTORS'**
**THIRD OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502**
**OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL**
**RULE 3007-1, TO (I) DUPLICATE CLAIMS FILED AGAINST DIFFERENT**
**DEBTORS, (II) DUPLICATE CLAIMS, (III) AMENDED AND SUPERSEDED**
**CLAIMS, (IV) STOCK CLAIMS, (V) LATE CLAIMS (NON-SUBSTANTIVE)**

Upon the *Debtors' Third Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims Filed Against Different Debtors, (II) Duplicate Claims, (III) Amended and Superseded Claims, (IV) Stock Claims, and (V) Late Claims (Non-Substantive)* (the "Objection"), seeking entry of an order disallowing and expunging certain Claims;[2] and the Court having subject matter jurisdiction to consider the Objection and to issue the relief requested therein in accordance with 28 U.S.C. § 1334; and the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Objection is in the best interests of the Debtors, their

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

estates, and creditors, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and the Court having previously entered the relief requested in the Objection as reflected in the *Order Granting Debtors' Third Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Duplicate Claims Filed Against Different Debtors, (II) Duplicate Claims, (III) Amended and Superseded Claims, (IV) Stock Claims, (V) Late Claims (Non-Substantive)* (the "First Order") [Docket No. 938] except with respect to claim 828 filed by Ante Galic; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Objection is granted, as may be modified herein, and without prejudice to or modification of the relief granted in the First Order; and it is further

ORDERED that, upon agreement of the parties, the Objection as it pertains to claim 828 filed by Ante Galic is withdrawn, and claim 828 filed by Ante Galic is fixed as an Allowed General Unsecured Claim under the Plan in the amount of $31,770.76; and it is further

ORDERED that this Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: _April 28_, 2016
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Court Judge

DOCS_DE:205517.4 72779/002