IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 921

The undersigned counsel for the Reorganized Debtors (the "Reorganized Debtors"), in the above-captioned chapter 11 cases, hereby certifies that, as of the date hereof, no answer, response, or other opposition has been received to the *Reorganized Debtors' Objection to Claims of Clayton D. Blehm* (the "Objection") [Docket No. 921] filed on March 28, 2016. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, response, or other opposition to the Objection appears thereon. Pursuant to the amended notice of the Objection [Docket No. 979], responses to the Objection were to be filed and served no later than May 19, 2016, at 4:00 p.m. prevailing Eastern Time.

Accordingly, it is hereby respectfully requested that the order attached to the Objection be entered at the Court's convenience.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: May 20, 2016                    PACHULSKI STANG ZIEHL & JONES LLP

/s/ *[signature]*

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    ljones@pszjlaw.com
          mseidl@pszjlaw.com
          joneill@pszjlaw.com
          jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com

Co-Counsel for the Reorganized Debtors

DOCS_DE:207373.1 72779/002