# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON MAY 26, 2016 AT 10:00 A.M.

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., 1-business day before the hearing.**

## CONTINUED MATTER

1. Motion of Former Employees for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [Filed: 1/25/16] (Docket No. 719).

   Response Deadline:   April 21, 2016 at 4:00 p.m.

   Responses Received:

   (a) Reorganized Debtors' Objection to Motion of Former Employees for Allowance and Payment of Administrative Expense Claims [Filed: 4/21/16] (Docket No. 969).

   Related Documents:

   (a) Re-Notice of Motion of Former Employees for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [Filed: 3/30/16] (Docket No. 933).

   Status: This matter has been settled in premise subject to documentation. It is continued to a date and time to be determined.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**UNCONTESTED MATTERS FOR WHICH CNOS HAVE BEEN FILED**

2. Reorganized Debtors' Objection to Claims of Clayton D. Blehm [Filed: 3/28/16] (Docket No. 921).

   Response Deadline:   May 19, 2016 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:

   (a) Amended Notice of Reorganized Debtors' Objection to Claims of Clayton D. Blehm [Filed: 4/26/16] (Docket No. 979).

   (b) Certification of No Objection Regarding Docket No. 921 [Filed: 5/20/16] (Docket No. 999).

   Status: A certification of no objection has been filed. The Reorganized Debtors request entry of the order attached to the objection.

3. Reorganized Debtors' (A) Motion for an Order Authorizing the Entry into Termination Agreement with Dane Reynolds Pursuant to Bankruptcy Rule 9019 and (B) Objection to Claim No. 616 [Filed: 4/26/16] (Docket No. 980).

   Response Deadline:   May 19, 2016 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:

   (a) Declaration of Linnsey Caya in Support of Reorganized Debtors' (A) Motion for an Order Authorizing the Entry Into Termination Agreement with Dane Reynolds Pursuant to Bankruptcy Rule 9019, and (B) Objection to Claim No. 616 [Filed: 4/26/16] (Docket No. 981).

   (b) Certification of No Objection Regarding Docket No. 980 [Filed: 5/20/16] (Docket No. 998).

   Status: A certification of no objection has been filed. The Reorganized Debtors request entry of the order attached to the motion.

**CONTESTED MATTER**

4. Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3) and 503(b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim [Filed: 3/11/16] (Docket No. 883).

   Response Deadline:   April 11, 2016 at 4:00 p.m.

Responses Received:

(a) Objection of the Reorganized Debtors to Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3) and 503(b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim [Filed: 4/11/16] (Docket No. 949).

Replies Filed:

(a) Reply to Objection of the Reorganized Debtors to Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3) and 503(b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim [Filed: 4/25/16] (Docket No. 973).

Related Documents:

(a) Declaration of Joshua Abramson in Support of the Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3) and 503 (b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim [Filed: 5/12/16] (Docket No. 996).

(b) Joinder of the Official Committee of Unsecured Creditors to Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3) and 503(b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim [Filed: 5/16/16] (Docket No. 997).

Status: This matter will go forward.

Dated: May 24, 2016

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    ljones@pszjlaw.com
          mseidl@pszjlaw.com
          joneill@pszjlaw.com
          jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com

Co-Counsel for the Reorganized Debtors

3