IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

IT IS HEREBY ORDERED, that the following omnibus hearings have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| June 29, 2016 | 11:30 a.m. Eastern Standard Time |
| August 11, 2016 | 10:00 a.m. Eastern Standard Time |

IT IS HEREBY FURTHER ORDERED that the hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

Dated: May 25th, 2016
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE