# SIGN-IN SHEET

**Case Name:** Quiksilver, Inc.  
**Case No.:** 15-11880  
**Courtroom No. 1 - Judge Shannon**  
**Date:** May 26, 2016

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Van Dwyer | Skadden Arps | Reorganized Quiksilver |
| Mark Sonnerstein | Kirkland Green | Brigade Cptl/Mangmt ad CV opportunitis Fund |
| Michael R. Seidl | Poshalski Stg | Recognized Quiksilver |
| David Shaffer | Pepper Hamilton | Brigade Capital |

# U.S. Bankruptcy Court-Delaware

## Court Conference

## Confirmed Telephonic Appearance Schedule

### Honorable Brendan L. Shannon

**Calendar Date:** 05/26/2016
**Calendar Time:** 09:30 AM ET

#1

Amended Calendar 05/26/2016 05:54 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7631570 | Jessica Kumar | (312) 407-0612 | Skadden Arps Slate Meagher & Flom (Chicago) | Debtor, Quiksilver, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7631129 | Annie Li | (213) 687-5107 | Skadden Arps Slate Meagher Flom | Debtor, Quiksilver, Inc. / LISTEN ONLY |
| | | Quiksilver, Inc. | 15-11880 | Hearing | 7634539 | Alex McGee | (617) 951-7000 | Ropes & Gray, LLP | Interested Party, Wilmington Trust FSB / LISTEN ONLY |