# Notice Recipients

District/Off: 0311−1  User: GingerM  Date Created: 5/27/2016
Case: 15−11880−BLS  Form ID: ntcBK  Total: 16

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Colin R. Robinson | crobinson@pszjlaw.com |
| aty | Dain A. De Souza | Dain.DeSouza@skadden.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com |
| aty | John A. Morris | jmorris@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Michael Seidl | mseidl@pszjlaw.com |
| aty | Van C. Durrer, II | van.durrer@skadden.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Quiksilver, Inc. | 5600 Argosy Circle   Huntington Beach, CA 92649 |
| aty | Annie Z. Li | Skadden, Arps, Slate, Meagher & Flom LLP   300 South Grand Ave.   Suite 3400   Los Angeles, CA 90071 |
| aty | James E. O'Neill | Pachulski Stang Ziehl & Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705 |
| aty | Jason D. Russell | Skadden Arps Slate Meagher & Flom LLP   155 N. Wacker Drive   Chicago, IL 60606 |
| aty | Jessica S. Kumar | Skadden, Arps, Slate, Meagher & Flom LLP   155 North Wacker Drive   Chicago, IL 60606−1720 |

TOTAL: 5