IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | |
| | ) | Jointly Administered |
| | ) | |

**Objection Deadline: June 22, 2016, at 4:00 p.m.**
**Hearing Date: June 29, 2016, at 11:30 a.m.**

**NOTICE OF REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1, TO (I) AMENDED AND SUPERSEDED CLAIMS, (II) STOCK CLAIMS, (III) LATE CLAIMS, AND (IV) CLAIMS WITH NO BASIS IN THE DEBTORS' BOOKS AND RECORDS AND INSUFFICIENT SUPPORTING DOCUMENTATION (NON-SUBSTANTIVE)**

TO:     (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the agent for the Debtors' postpetition secured loan facilities; (c) counsel to the agent for the Debtors' prepetition revolving loan facility; (d) counsel to the indenture trustee for the Debtors' prepetition senior secured notes; (e) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes; (f) counsel to the Creditors' Committee; (g) all parties entitled to notice pursuant to Bankruptcy Rule 2002; and (h) the claimants identified in Exhibits A, B, C, and D to the Objection.

**PLEASE TAKE NOTICE** that on May 27, 2016, the above-captioned post-confirmation debtors (the "Debtors") filed the attached *Reorganized Debtors' Fifth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Amended and Superseded Claims, (II) Stock Claims, (III) Late Claims, and (IV) Claims with No Basis in the Debtors' Books and Records and Insufficient Supporting Documentation (Non-Substantive)* (the "Objection") with the United States

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and  Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"), which seeks an order disallowing the claims identified on Exhibits A, B, C, and D to the proposed order appended to the Objection for all purposes and as more fully described in the Objection and the exhibits thereto.

PLEASE TAKE FURTHER NOTICE that any response or objection to the entry of an order with respect to the relief sought in the Objection must be filed with the Bankruptcy Court on or before **June 22, 2016, at 4:00 p.m. prevailing Eastern time.**

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response or objection upon: (i) Quiksilver, Inc., 5600 Argosy Circle, #100, Huntington Beach, California 92649, Attn: Andrew Bruenjes; (ii) counsel to the Debtors: (a) Skadden, Arps, Slate, Meagher & Flom LLP, 300 S. Grand Ave., Los Angeles, CA 90071, Attn: Van C. Durrer, II, Esquire (van.durrer@skadden.com) and (b) Skadden, Arps, Slate, Meagher & Flom LLP, 920 North King Street, P.O. Box 636, Wilmington, Delaware 19801, Attn: Dain A. De Souza, Esquire (Dain.DeSouza@skadden.com); (iii) co-counsel to the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire (ljones@pszjlaw.com); (iv) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Mark S. Kenney, Esquire (mark.kenney@usdoj.gov); (v) counsel to the agent under the Debtors' prepetition revolving loan facility and postpetition debtor-in-possession revolving loan facility, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, NY 10036, Attn: Steven Fox, Esquire (sfox@riemerlaw.com); and (vi) counsel to the agent under the Debtors' postpetition debtor-in-possession term loan facility, Kirkland & Ellis LLP, 300 North LaSalle

2

Street, Chicago, IL 60654, Attn: Patrick J. Nash, Jr., Esquire (patrick.nash@kirkland.com), Ross M. Kwasteniet, Esquire (ross.kwasteniet@kirkland.com), and William A. Guerrieri, Esquire (will.guerrieri@kirkland.com) (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** THAT IF TIMELY RESPONSE OR OBJECTION TO THE OBJECTION IS RECEIVED, A HEARING ON THE OBJECTION (THE "HEARING") WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON ON JUNE 29, 2016, AT 11:30 A.M., AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.  The Hearing may be continued from time to time upon written notice to you or oral announcement in Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if you file a response to the Objection, you should be prepared to argue that response at the Hearing.  You need not appear at the Hearing if you do not oppose the relief requested in the Objection.  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** that each claimant should read the Objection, which describes the grounds for the objection to the claims set forth therein.  Any response filed with the Bankruptcy Court must contain at a minimum the following:

      a.      a caption setting forth the name of the Bankruptcy Court, the names of the Reorganized Debtors, the case number, and the title of the Objection;

      b.      the name of the claimant and description of the basis for the amount of the

3

claim;

      c.     a concise statement setting forth the reasons why the claim should not be disallowed for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal basis upon which the claimant will rely in opposing the Objection;

      d.     all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the claimant will rely in opposing the Objection at the Hearing; and

      e.     the name, address, and telephone number of the person (who may be the claimant or the claimant's legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that questions about the Objection or requests for additional information about the proposed disposition of the claim should be directed to counsel for the Debtors at the address or telephone number set forth below. The Debtors reserve the right to object in the future to any of the proof of claim that is the subject of

*[remainder of page intentionally left blank]*

4

the Objection on any further or additional grounds.  Separate notice will be made and a separate hearing will be scheduled for any such objection.

Dated: May 27, 2016

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    ljones@pszjlaw.com
          mseidl@pszjlaw.com
          jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors

5