IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
: 
In re:                                            :   Chapter 11
                                                  :
QUIKSILVER, INC., *et al.*,[1]                    :   Case No. 15-11880 (BLS)
                                                  :
                Debtors.  :   (Jointly Administered)
                                                  :
                                                  :   **Related Docket Nos. 883, 996**
                                                  :
------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER
GRANTING APPLICATION OF CERTAIN UNSECURED
NOTEHOLDERS PURSUANT TO 11 U.S.C. §§ 503(B)(3) AND 503(B)(4) FOR
ALLOWANCE OF FEES AND EXPENSES INCURRED IN MAKING A SUBSTANTIAL
CONTRIBUTION AS AN ADMINISTRATIVE EXPENSE CLAIM**

      PLEASE TAKE NOTICE that the undersigned counsel to Brigade Capital Management, LP and CVI Opportunities Fund I, LLLP ("Brigade"), hereby certifies as follows regarding the attached proposed Order Granting Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3) and 503(b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim (the "Proposed Order"):

      1.    On March 11, 2016, counsel to Brigade filed the *Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3) and 503(b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim* (Docket No. 883) (the "Application");

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2. On May 12, 2016, PJT Partners ("PJT") filed the ***Declaration of Joshua Abramson in Support of the Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503§§ 503(b)(3) and 503(b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim*** (Docket No. 883) (the "Declaration");

3. On May 26, 2016, the Court held a hearing (the "Hearing") to consider, among other matters, the relief requested in the Application and the filings related thereto. At the Hearing, the Court ruled that the Application should be granted, for the reasons stated at the Hearing.

4. The Proposed Order appended hereto as **Exhibit A** accurately reflects the Court's ruling at the Hearing, and has been reviewed and approved as to form by counsel to the Reorganized Debtors.

WHEREFORE, Brigade respectfully requests that the Court enter the Proposed Order appended hereto as **Exhibit A** and grant such other and further relief as the Court deems just and proper.

Dated: May 31, 2106
Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19899-1709
Telephone:	(302) 777-6500
Facsimile:	(302) 421-8390
E-mail:	strattond@pepperlaw.com
	fournierd@pepperlaw.com
	schannej@pepperlaw.com

-AND-

**ROPES & GRAY LLP**

Mark R. Somerstein, Esq.
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-Mail: Mark.Somerstein@ropesgray.com

*Attorneys for Brigade Capital Management, LP and CVI Opportunities Fund I, LLLP*

#39485197 v2