IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| QUIKSILVER, INC., et al.,[1] | ) Case No. 15-11880 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket Nos.: 883, 996, 1009** |

### ORDER GRANTING APPLICATION OF CERTAIN UNSECURED NOTEHOLDERS PURSUANT TO 11 U.S.C. §§ 503(b)(3) AND 503(b)(4) FOR ALLOWANCE OF FEES AND EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION AS AN ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Application of Certain Unsecured Noteholders Pursuant to 11 U.S.C. §§ 503(b)(3) and 503(b)(4) for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense Claim* (the "Application")[2] seeking allowance of an administrative expense claim for payment of professional fees and expenses incurred by Brigade Capital Management, LP and CVI Opportunities Fund I, LLLP (together, the "Applicants") in making a substantial contribution in the Chapter 11 Cases; and it appearing that this Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and adequate notice of the Application having been given such that no other or further notice need be given; and it appearing that the relief requested in the Application is in the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), QS Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Application.

#39487015 v1

best interests of the Debtors, their estates and creditors; and for the reasons set forth on the record at the hearing on the Application; it is hereby ORDERED that:

1. The Application is GRANTED.

2. The Applicants shall have an allowed administrative claim under Bankruptcy Code sections 503(b)(3)(D) and 503(b)(4) for reimbursement of professional fees and expenses incurred by them in connection with making a substantial contribution to the Chapter 11 Cases, in the amount of $90,084.50 in fees and $1,252.75 in expenses.

3. This Court shall retain exclusive jurisdiction to hear and decide all matters arising from or related to this Order.

Dated: May 31, 2016
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

#39487015 v1