## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------- x
: 
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
Debtors.[1] : Jointly Administered
:
: Re: Docket No. 980
:
------------------------------- x

### ORDER AS TO REORGANIZED DEBTORS' (A) MOTION FOR AN ORDER AUTHORIZING THE ENTRY INTO TERMINATION AGREEMENT WITH DANE REYNOLDS PURSUANT TO BANKRUPTCY RULE 9019 AND (B) OBJECTION TO CLAIM NO. 616

Upon consideration of the *Reorganized Debtors' (A) Motion For An Order Authorizing the Entry into Termination Agreement with Dane Reynolds Pursuant to Bankruptcy Rule 9019 and (B) Objection to Claim No. 616* (the "Motion and Objection");[2] and the notice of the Motion and Objection having been adequate; and sufficient legal and factual bases existing for the relief requested, and the Court having jurisdiction to consider the Motion and Objection pursuant to 28 U.S.C. §§ 157 and 1334, and the Court finding that the Termination Agreement was negotiated at arm's length and entered into in good faith by the parties and the Termination Agreement is fair and reasonable, it is hereby

ORDERED, ADJUDGED, and DECREED that:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion and Objection.

1. The Motion is GRANTED and the Termination Agreement attached to the Motion as Exhibit A is hereby approved pursuant to Bankruptcy Rule 9019.

2. The Objection is SUSTAINED and, pursuant to Bankruptcy Code section 502(b), Reynolds' Claim is disallowed and expunged.

3. The Reorganized Debtors, the Clerk of the Court, and the Reorganized Debtors' claims agent are authorized to take all actions necessary or appropriate to give effect to this Order.

4. The Reorganized Debtors retain the right to object further to any and all claims filed by Dane Reynolds in the future on any and all available grounds.

5. That this Order is effective immediately.

6. The Court reserves jurisdiction over any matters or disputes arising under the Termination Agreement or implementation thereof.

Dated: June 8, 2016

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

2

DOCS_DE:206711.2 72779/001