IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------- x
                                 :
In re:                           :   Chapter 11
                                 :
QUIKSILVER, INC., et al.,        :   Case No. 15-11880 (BLS)
                                 :
                      Debtors.¹  :   Jointly Administered
                                 :
                                 :   Re: Docket No. 921
                                 :
------------------------------- x
```

## ORDER SUSTAINING THE REORGANIZED DEBTORS' OBJECTION TO CLAMS OF CLAYTON D. BLEHM

Upon consideration of the *Reorganized Debtors' Objection to Claims of Clayton D. Blehm* (the "Objection"),[2] by which the Reorganized Debtors request the entry of an order pursuant to sections 105 and 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing and expunging the claims filed by Clayton D. Blehm; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The relief requested in the Objection is granted and the Objection is sustained in full.

2. Pursuant to section 502(b) of the Bankruptyc Code, Claim Nos. 59 and 840 filed by Clayton D. Blehm are disallowed and expunged.

3. The Reorganized Debtors, the Clerk of this Court, and the Reorganized Debtors' claims agent are authorized to take all actions necessary or appropriate to give effect to this Order.

4. The Reorganized Debtors retain the right to object further to any and all claims filed by Clayton D. Blehm in the future, with respect to their amounts and merits, on any and all available grounds.

5. This Court shall retain jurisdiction to hear and determine all matters relating to and/or arising from the implementation and/or interpretation of this Order.

6. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon execution.

Dated: June 8, 2016

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge