IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | **Related Docket No. 1007** |

**Objection Deadline: June 22, 2016, at 4:00 p.m.**
**Hearing Date: June 29, 2016, at 11:30 a.m.**

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1, TO (I) AMENDED AND SUPERSEDED CLAIMS, (II) STOCK CLAIMS, (III) LATE CLAIMS, AND (IV) CLAIMS WITH NO BASIS IN THE DEBTORS' BOOKS AND RECORDS AND INSUFFICIENT SUPPORTING DOCUMENTATION (NON-SUBSTANTIVE)

TO:   Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On May 27, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Reorganized Debtors' Fifth Omnibus Objection Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Amended and Superseded Claims, (II) Stock Claims, (III) Late Claims, and (IV) Claims with No Basis in the Debtors' Books and Records and Insufficient Supporting Documentation (Non-Substantive)* (the "Fifth Omnibus Objection") [Docket No. 1007] (the "Fifth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A hearing on the Fifth Omnibus Objections is scheduled for **June 29, 2016, at 11:30 a.m. in Wilmington, DE.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.


The proofs of claim that are required to be delivered to Chambers pursuant to Del.Bankr.LR 3007-1(e)(iv) and Del. Bankr. LR 3007-1(d)(vi) (Claims with No Basis in the Debtors' Books and Records and Insufficient Supporting Documentation – <u>Exhibit D</u> to the Fifth Omnibus Objection) (the "<u>Proofs of Claim</u>") have been delivered to Chambers (with all attachments) together with a copy of the Fifth Omnibus Objection. Copies of any Proof of Claim may be requested from Debtors' undersigned counsel.

Dated: June 14, 2016

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com
         mseidl@pszjlaw.com
         jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors

DOCS_DE:207655.2 72779/002