IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**Related Docket No. 1007**

**Objection Deadline: June 22, 2016, at 4:00 p.m.**
**Hearing Date: June 29, 2016, at 11:30 a.m.**

**CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1, TO (I) AMENDED AND SUPERSEDED CLAIMS, (II) STOCK CLAIMS, (III) LATE CLAIMS, AND (IV) CLAIMS WITH NO BASIS IN THE DEBTORS' BOOKS AND RECORDS AND INSUFFICIENT SUPPORTING DOCUMENTATION (NON-SUBSTANTIVE)**

On May 27, 2016, the Reorganized Debtors (the "Reorganized Debtors") in the above-captioned chapter 11 case, filed and served the *Reorganized Debtors' Fifth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Amended and Superseded Claims, (II) Stock Claims, (III) Late Claims, and (IV) Claims with No Basis in the Debtors' Books and Records and Insufficient Supporting Documentation (Non-Substantive)* (the "Fifth Omnibus Objection"). Pursuant to the *Notice of the Fifth Omnibus Objection*, objections and responses to the Fifth Omnibus Objection were to be filed and served no later than June 22, 2016, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Objection appears thereon. Additionally, no

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

objections or responses to the Fifth Omnibus Objection have been received by the undersigned counsel.

Accordingly, the Reorganized Debtors request that the order attached to the Fifth Omnibus Objection be entered at the Court's earliest convenience.

Dated: June 23, 2016

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
mseidl@pszjlaw.com
joneill@pszjlaw.com
jpomerantz@pszjlaw.com
jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors

DOCS_DE:208110.1 72779/002