IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
In re: : Chapter 11
:
QUIKSILVER, INC., *et al.*, : Case No. 15-11880 (BLS)
:
                Debtors.[1] : Jointly Administered
:
:
:
------------------------------------x

**STIPULATION BETWEEN REORGANIZED DEBTORS AND WORLD MARKETING INC. RESOLVING CLAIMS**

QS Wholesale, Inc. and Quiksilver, Inc., two of the above captioned debtors, (collectively, the "Quiksilver Entities"), on the one hand, and World Marketing, Inc. ("World Marketing"), on the other hand, hereby enter into this stipulation (the "Stipulation") as follows:[2]

**RECITALS**

    A.    On September 9, 2015 (the "Petition Date"), the Quiksilver Entities, and certain of their direct and indirect subsidiaries (collectively, the "Debtors"), each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The chapter 11 cases are jointly administered.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2 The Quiksilver Entities and World Marketing are each a "Party" and, together, referred to as "Parties" for purposes of this Stipulation.

B.    Prior to the Petition Date, World Marketing obtained a judgment against each of the Quiksilver Entities in a case captioned as *QS Wholesale, Inc. v. World Marketing, Inc.*, Case No. SACV12-00451 in the United States District Court for the Central District of California (the "District Court") in the amount of $2,591,934.47 (the "Judgment"). The Quiksilver Parties appealed the Judgment to the United States Court of Appeals for the Ninth Circuit, which appeal is pending as *QS Wholesale, Inc. v. World Marketing, Inc.*, Case No. 14-55207 (the "Appeal").

C.    On November 3, 2015, World Marketing submitted two proofs of claim in the Bankruptcy Court. Claim Number 111 was filed against Debtor Quiksilver, Inc. as a nonpriority unsecured claim in the amount of $2,596,247.92 ("Claim 111") and Claim Number 112 was filed against Debtor QS Wholesale, Inc. as a nonpriority unsecured claim in the amount of $2,596,247.92 ("Claim 112" and together with Claim 111, the "Proofs of Claim" and each a "Proof of Claim"). The Proofs of Claim were each filed for the amount of the Judgment entered by the District Court against QS Wholesale, Inc. and Quiksilver, Inc., respectively, plus post-judgment interest accruing until the Petition Date.

D.    On January 29, 2016, the Bankruptcy Court confirmed the *Debtors' Third Amended Joint Chapter 11 Plan of Reorganization* (the "Plan") which became effective on February 11, 2016, and upon which date the Debtors became reorganized debtors (the "Reorganized Debtors"). The Plan provides for the treatment of claims against the Reorganized Debtors.

E.    Section 6.1 of the Plan provides for the substantive consolidation of the Debtors, that each claim against any of the Debtors shall be deemed filed only against Debtor

Quiksilver, Inc. ("Quiksilver"), and which will be deemed a single claim and obligation of Quiksilver for distribution purposes.

NOW THEREFORE, in consideration of the mutual covenants contained herein and other good and valuable consideration, it is hereby stipulated and agreed by the Parties as follows:

### AGREEMENT

1. World Marketing shall have a single allowed claim (Claim No. 111) against Quiksilver in the amount of in the amount of $2,596,247.92 (the "Allowed Claim"). The Allowed Claim shall be treated in accordance with the provisions of the Plan.

2. The Proof of Claim filed by World Marketing against QS Wholesale, Inc. (Claim No. 112) shall be disallowed and expunged from the claims register.

3. The Reorganized Debtors, the Clerk of the Court, and the Reorganized Debtors' claims agent are authorized to take all actions necessary or appropriate to give effect to this Stipulation.

4. Promptly following execution of this Stipulation, the Parties shall reasonably cooperate to obtain dismissal of the Appeal.

5. This Stipulation shall be effective immediately upon execution by each of the Parties.

6. This Stipulation may be executed in multiple counterparts.

7.    The Bankruptcy Court shall retain jurisdiction to resolve any disputes arising or related to this Stipulation.

Dated: June 23, 2016

                PACHULSKI STANG ZIEHL & JONES LLP

                /s/ *signature*

                Laura Davis Jones (DE Bar No. 2436)
                Michael R. Seidl (DE Bar No. 3889)
                John A. Morris (admitted *pro hac vice*)
                Colin R. Robinson (DE Bar No. 5524)
                919 North Market Street, 17th Floor
                Wilmington, DE 19801
                Telephone: (302) 652-4100
                Facsimile: (302) 652-4400
                Email: ljones@pszjlaw.com
                        mseidl@pszjlaw.com
                        jmorris@pszjlaw.com
                        crobinson@pszjlaw.com

                Co-Counsel for the Reorganized Debtors

                --- and ---

Dated _____, 2016

                Dianne F. Coffino, Esq.
                Covington & Burling, LLP
                The New York Times Building
                620 8th Avenue
                New York, NY 10018
                Telephone: (212) 841-1043
                Email: dcoffino@cov.com

                Counsel for World Marketing Inc.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes arising or related to this Stipulation.

Dated: June 23, 2016

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (admitted *pro hac vice*)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
mseidl@pszjlaw.com
jmorris@pszjlaw.com
crobinson@pszjlaw.com

Co-Counsel for the Reorganized Debtors

--- and ---

Dated June 23, 2016

_____
Dianne F. Coffino, Esq.
Covington & Burling, LLP
The New York Times Building
620 8th Avenue
New York, NY 10018
Telephone: (212) 841-1043
Email: dcoffino@cov.com

Counsel for World Marketing Inc.