# Exhibit A

## Amended and Superseded Claims

**Exhibit A – Amended and Superseded Claims**

In re: Quiksilver, Inc., et al.
Case No. 15-11880

| Name of Claimant | Remaining Claim Number | Amended Claim to be Disallowed | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditors Adjustment Bureau, Inc., assignee of La Luminarc Intl Co. | 974 | 225 | $ 330,660.11 | General Unsecured | Claim to be disallowed is amended and superseded by indicated claim. |

1 of 5