## Exhibit B

## Equity Claims

In re: Quiksilver In[...] et al
Case No. 1[...]880

Exhibit B - Equity Claims

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Blum, Andrew | 570 | $ 1,665.90 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Borofsky, Douglas | 378 | BLANK | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Bundalo, Sophie | 346 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Cohen, H. Ronald | 127 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Cripe, Benjamin Michael, Jr. | 967 | $ 580.00 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Ferguson, Matthew and Ferguson, Christine | 275 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Fine, Mark Brett | 839 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Gattino, Patricia C. | 332 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Krause Family Trust, Krause, Jon F. and Krause, Tamara A., Trustees | 968 | $ 7,529.65 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Krause, Tamara A. | 969 | $ 11,547.85 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Larry, Sheldon Cust Cl. Under the CA Unif Tran | 264 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Larry, Sheldon Cust Larry, Jenna Under CA | 267 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Madeo, Frank | 136 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Montoya, Diego | 153 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Montoya, Diego | 154 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Pang, Cecelia | 426 | $ 6,387.50 | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Parkovich, Elizabeth J. | 425 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |

Exhibit E - Equity Claims

In re: Quiksilver, et al
Case No. 15-11880

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Pinto, Anthony V. a/k/a Pinto, Antonio Vaz | 270 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Pinto, Anthony V. a/k/a Pinto, Antonio Vaz | 699 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Remley, William E. and Remley, Cheryle A. | 278 | BLANK | Secured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Schreiber, Chris | 613 | UNLIQUIDATED | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Vician, Dan | 787 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Zaan, Kevin | 344 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |
| Zaan, Kevin | 345 | BLANK | General Unsecured | Claim filed by a shareholder based on ownership of stock; stockholders are entitled to no recovery under the Plan. |