## Exhibit C

**Late Claims**

**Exhibit C — Late Filed Claims**

In re: Quiksilver, et al
Case No. 15-11880

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Ed and Mona Smith Family Trust | Quiksilver, Inc. | 03/28/2016 | 971 | $15,000.00 | General Unsecured | Late Filed Claim. In addition, claim is duplicative of claim filed by indenture trustee on behalf of noteholders. |

4 of 5