# Exhibit D

## No Supporting Documents Claims

In re: Quiksilver I[...] et al
Case No. 1[...]880

Exhibit [...] Claims Lacking Sufficient Support

| Name of Claimant | Claim Number | Claim Amount | Nature of Claim | Reason for Disallowance |
|---|---|---|---|---|
| Barco, Christina | 600 | BLANK | General Unsecured | No basis for claim per debtor books and records and lack of supporting information. |
| Boland, Marcus R. | 816 | BLANK | General Unsecured | No basis for claim per debtor books and records and lack of supporting information. |
| Chadd, Michelle M. and Chadd, Timothy D. | 725 | BLANK | General Unsecured | No basis for claim per debtor books and records and lack of supporting information. |
| Gillen, Daniel | 353 | BLANK | General Unsecured | No basis for claim per debtor books and records and lack of supporting information. |
| Hammonds, Lewis | 481 | BLANK | Priority | No basis for claim per debtor books and records and lack of supporting information. |
| Kemp, Ariana | 824 | BLANK | General Unsecured | No basis for claim per debtor books and records and lack of supporting information. |