IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al.*,[1]<br><br>                   Reorganized Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>Jointly Administered<br>**Related Docket No. 1025** |

### AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2016, AT 11:30 A.M.

### NOTE: HEARING CANCELLED WITH PERMISSION OF THE COURT

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., 1-business day before the hearing.**

### OMNIBUS OBJECTION (CERTIFICATION OF NO OBJECTION FILED):

1. Reorganized Debtors' Fifth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Amended and Superseded Claims, (II) Stock Claims, (III) Late Claims, and (IV) Claims with No Basis in the Debtors' Books and Records and Insufficient Supporting Documentation (Non-Substantive) (Filed May 27, 2016; Docket No. 1007)

   **Response Deadline:** June 22, 2016, at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) Notice of Submission of Proof of Claim in Connection with the Reorganized Debtors' Fifth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) Amended

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

and Superseded Claims, (II) Stock Claims, (III) Late Claims, and (IV) Claims with No Basis in the Debtors' Books and Records and Insufficient Supporting Documentation (Non-Substantive) (Filed June 14, 2016; Docket No. 1019)

(b) Certification of No Objection (Filed June 23, 2016; Docket No. 1022)

**(c) [signed] Order Granting Reorganized Debtors' Fifth Omnibus Objection, to (I) Amended and Superseded Claims, (II) Stock Claims, (III) Late Claims, and (IV) Claims with No Basis in the Debtors' Books and Records and Insufficient Supporting Documentation (Non-Substantive) (Entered June 27, 2016; Docket No. 1026)**

**Status: The Court has signed the order granting the Fifth Omnibus Objection to Claims and cancelled this hearing.**

Dated: June 27, 2016

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
mseidl@pszjlaw.com
joneill@pszjlaw.com
jpomerantz@pszjlaw.com
jmorris@pszjlaw.com

Co-Counsel for the Reorganized Debtors

