**EXHIBIT A—CLAIM 41**

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor:**
Quiksilver, Inc. et. al.

**Case Number:**
15-11880 (BLS)

**RECEIVED**

**OCT 1 4 2015**

**KURTZMAN CARSON CONSULTANTS**

COURT USE ONLY

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
212 Design, Inc.

**Name and address where notices should be sent:**
212 Design, Inc, 45 West 21st Street, Suite 403, New York, NY 10010

**Telephone number:** (212) 904-0432   **email:** virginia@twoonetwodesign.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

**Name and address where payment should be sent (if different from above):**

**Telephone number:**   **email:**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**   $_____65,880.82_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Services Performed
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
1  5  Q  S

**3a. Debtor may have scheduled account as:**
Two One Two
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$   63,791.26

**Nature of property or right of setoff:** ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:** We have liened their projects in San Clemente, Collins Ave, Miami, and 14th Street, NYC

**Basis for perfection:** liens _____

**Value of Property:** $_____

**Amount of Secured Claim:** $   63,791.26

**Annual Interest Rate_____% ☐Fixed  or  ☐Variable**
(when case was filed)

**Amount Unsecured:** $   2,089.56

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of

1511880151014000000000007

B10 (Official Form 10) (04/13)                                                                                                                          2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**RECEIVED**

**OCT 14 2015**

**KURTZMAN CARSON CONSULTANTS**

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Virginia Anderson
Title:           President
Company:      212 Design, Inc.
Address and telephone number (if different from notice address above):

(Signature)                                                      10/13/2015
                                                                    (Date)

Telephone number:                    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any one category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/8/2015 | 3231R |

| Bill To |
|---------|
| QS Retail |
| Attn: John Jackson |
| 5600 Argosy Circle #100 |
| Huntington Beach, CA 92649 |
| Vaughan Mills, Ontario |

| Terms | Project |
|-------|---------|
| Due on receipt | 14213 - Vaughan Mills, Ontario |

| Description | Amount |
|-------------|--------|
| MEP Engineering | 847.50 |
| 10% Administration | 84.75 |
| | |
| 3% Interest 7/7 - 8/6 | 27.97 |

| **Total** | $960.22 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $960.22 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2015 | 3393 |

**Bill To**

QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649
408 W 14th St

| Terms | Project |
|-------|---------|
| Due on receipt | 14221 - 408 W 14th St |

| Description | Amount |
|-------------|--------|
| Permitting | 1,600.00 |
| 10% Administration | 160.00 |

| | |
|---|---|
| **Total** | $1,760.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,760.00 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2015 | 3112R2 |

| Bill To |
|---------|
| QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649
Glendale Galleria |

| Terms | Project |
|-------|---------|
| Due on receipt | 14226.1 - Additional Services |

| Description | Amount |
|-------------|--------|
| Scope of Work: Tenant requested value engineering of store design per budget. Included changes to fixture layout, finishes, storefront, coordination of mechanical and electrical; All part of the revision #1 issued set to LL, Building, and GC on 3/26/15. | |
| | |
| Project Manager: 10 hrs @ $190 / hr | 1,900.00 |
| | |
| 3% Interest 4/30/15 - 5/29/15 | 57.00 |
| 3% Interest 5/30/15 - 6/29/15 | 58.71 |

| | |
|---|---|
| **Total** | $2,015.71 |
| **Payments/Credits** | -$1,900.00 |
| **Balance Due** | $115.71 |



**TWO  ONE  TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/1/2015 | 3115R |

| Bill To |
|---------|
| QS Retail<br>Attn: John Jackson<br>5600 Argosy Circle #100<br>Huntington Beach, CA 92649<br>Pismo Beach Premium Outlets, CA |

| Terms | Project |
|-------|---------|
| Due on receipt | 14227 - Pismo Beach Premium Outlets, CA |

| Description | Amount |
|-------------|--------|
| Offsite Printing | 42.63 |
| Fed Ex - Drawings | 72.90 |
| MEP - Delivery | 74.20 |
| Total Reimbursable Expenses | 189.73 |
| 10% Administration | 18.97 |
| | |
| 3% Interest 6/1/15 - 6/30/15 | 6.26 |

| | |
|---|---|
| **Total** | $214.96 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $214.96 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2015 | 3318R |

**Bill To**

QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS01 - Liquidation Stores |

| Description | Amount |
|-------------|--------|
| Offsite Printing | 91.82 |
| Fed Ex | 72.50 |
| Reimbursable Expenses Subtotal | 164.32 |
| 10% Administration | 16.43 |
| | |
| 3% Interest 7/1 - 7/31 | 5.42 |

| | |
|---|---|
| **Total** | $186.17 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $186.17 |



**TWO  ONE  TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2015 | 3435 |

| Bill To |
|---------|
| QS Retail<br>Attn: John Jackson<br>5600 Argosy Circle #100<br>Huntington Beach, CA 92649 |

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS01 - Liquidation Stores |

| Description | Amount |
|-------------|--------|
| Project Manager 3.5 hrs @ $175 / hr | 612.50 |

| | |
|---|---|
| **Total** | $612.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $612.50 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 3269R |

| Bill To |
|---------|
| QS Retail<br>Attn: John Jackson<br>5600 Argosy Circle #100<br>Huntington Beach, CA 92649 |

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS02 - Outlets at San Clemente, CA |

| Description | Amount |
|-------------|--------|
| Contract Value: $29,800<br>Previous Billing: $0<br>Current Billing to 50% Completion: | 14,900.00 |
| 3% Interest 7/21 - 8/20 | 447.00 |

| | |
|---|---|
| **Total** | $15,347.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,347.00 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2015 | 3342R |

| Bill To |
|---------|
| QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649 |

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS02 - Outlets at San Clemente, CA |

| Description | Amount |
|-------------|--------|
| Contract Value: $29,800
Previous Billing: $14,900
Current Billing to 100% Completion: | 14,900.00 |
| 3% Interest 7/28 - 8/28 | 447.00 |

| | |
|---|---|
| **Total** | $15,347.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,347.00 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432 Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/3/2015 | 3391 |

| Bill To |
|---------|
| QS Retail<br>Attn: John Jackson<br>5600 Argosy Circle #100<br>Huntington Beach, CA 92649 |

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS02 - Outlets at San Clemente, CA |

| Description | Amount |
|-------------|--------|
| Fed Ex | 82.25 |
| MEP Engineering | 6,000.00 |
| Permit Fees | 1,977.86 |
| Permitting | 1,500.00 |
| Total Reimbursable Expenses | 9,560.11 |
| 10% Administration | 956.01 |

| | |
|---|---|
| **Total** | $10,516.12 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,516.12 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/1/2015 | 3113R |

**Bill To**

QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS03 - 740 Collins Ave, Miami |

| Description | Amount |
|-------------|--------|
| Airfare | 361.00 |
| Airfare | 42.78 |
| Total Reimbursable Expenses | 403.78 |
| 10% Administration | 40.38 |
| | |
| 3% Interest 6/1/15 - 6/30/15 | 13.32 |

| | |
|---|---|
| **Total** | $457.48 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $457.48 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2015 | 3176R2 |

**Bill To**

QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS03 - 740 Collins Ave, Miami |

| Description | Amount |
|-------------|--------|
| Lump Sum Fee For Survey | 2,000.00 |
| 3% Interest 6/21/15 - 7/20/15 | 60.00 |
| 3% Interest 7/21 - 8/20 | 61.80 |

| | |
|---|---|
| **Total** | $2,121.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,121.80 |



**T W O   O N E   T W O**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/8/2015 | 3242R |

| Bill To |
|---------|
| QS Retail<br>Attn: John Jackson<br>5600 Argosy Circle #100<br>Huntington Beach, CA 92649 |

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS03 - 740 Collins Ave, Miami |

| Description | Amount |
|-------------|--------|
| Structural Engineering | 2,235.00 |
| 10% Administration | 223.50 |
| 3% Interest 7/7/15 - 8/6/15 | 73.76 |

| | |
|---|---|
| **Total** | $2,532.26 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,532.26 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/26/2015 | 3286R |

| Bill To |
|---------|
| QS Retail<br>Attn: John Jackson<br>5600 Argosy Circle #100<br>Huntington Beach, CA 92649 |

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS03 - 740 Collins Ave, Miami |

| Description | Amount |
|-------------|--------|
| Project Manager 28 hrs @ $190 /hr | 5,320.00 |
| 3% Interest 7/25 - 8/24 | 159.60 |

| | |
|---|---|
| **Total** | $5,479.60 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,479.60 |



**T W O   O N E   T W O**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2015 | 3394 |

| Bill To |
|---------|
| QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649 |

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS03 - 740 Collins Ave, Miami |

| Description | Amount |
|-------------|--------|
| Asbestos Survey | 750.00 |
| 10% Administration | 75.00 |

| | |
|---|---|
| **Total** | $825.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $825.00 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2015 | 3434 |

**Bill To**

QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS03 - 740 Collins Ave, Miami |

| Description | Amount |
|-------------|--------|
| Project Manager 41 hrs @ $190 /hr | 7,790.00 |

| | |
|---|---|
| **Total** | $7,790.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,790.00 |



**TWO ONE TWO**

45 West 21st Street, Suite 403
New York, NY 10010
Ph: 212.904.0432  Fax: 212.904.0433

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2015 | 3466 |

**Bill To**

QS Retail
Attn: John Jackson
5600 Argosy Circle #100
Huntington Beach, CA 92649

| Terms | Project |
|-------|---------|
| Due on receipt | 15QS03 - 740 Collins Ave, Miami |

| Description | Amount |
|-------------|--------|
| Project Manager 8.5 hrs @ $190 /hr | 1,615.00 |

| | |
|---|---|
| **Total** | $1,615.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,615.00 |

CFN: 20150599419 BOOK 29779 PAGE 4947
DATE:09/17/2015  08:09:45 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Recording Requested by:              SPACE ABOVE FOR RECORDER'S USE
Two One Two Design

Return To:
Two One Two Design
c/o Mail Center
14525 SW Millikan Way, #7790
Beaverton, Oregon 97005-2343

## CLAIM OF LIEN

**WARNING! THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR DISCHARGE THIS LIEN.**

**Lienor**                           Property Liened ("Property")
Two One Two Design
45 West 21st St.                     State of Florida
New York, New York 10010             County: Miami-dade County
843-816-2547
                                     740 Collins Avenue
**Property Owner ("Owner")**         Miami Beach, Florida 33139
55 THOMSON ST INVESTMENTS C/O HOLD-
THYSSEN INC                          Legal Property Description:
301 S NEW YORK AVE #200              Please see attached
Winter Park, Florida 32789

**Tenant**
John Jackson, Quiksilver Inc.
15202 Graham St.
Huntington Beach, California 92649

**Hiring Party:** Name and Address of person or   **Date Services First Furnished:**
entity to whom Claimant furnished labor, services, March 01, 2014
equipment and/or materials:          **Date Services Last Furnished:**
Quiksilver-John Jackson              September 16, 2015
5600 Argosy Circle, #100
Huntington Beach, California 92649    Date Preliminary Notice to Owner Sent to
                                     Property Owner:
                                     Date Preliminary Notice to Owner Sent to Prime
                                     Contractor:
**Services:** The lien is claimed for the following   Date Preliminary Notice to Owner Sent to
labor, services, equipment or materials:   Subcontractor (if any):
Full Construction set drawings. Includes
architectural, engineering, shelving. Expedited
fees for permitting. Design. $45376.00 is contract
amount plus reimbursables.

CFN: 20150599419 BOOK 29779 PAGE 4948

**Amount Due and Unpaid:**
$26,816.96

**Amount of Total Contract:**
$45,376.00

**Before Me,** the undersigned Notary Public, personally came and appeared Madeline Fortino, the duly authorized agent of Two One Two Design for the purposes of filing this Claim of Lien only, who was duly sworn and says that the information on the first page of this Claim of Lien is accurate and true. That in accordance with a contract with the Hiring Party, the Lienor Furnished the labor, services, and/or materials above-identified as the Services, said Services were furnished on the above-described Property.

The Property is owned by the Property Owner.

The total contract price between the Hiring Party and the Lienor is above-identified as the Amount of Total Contract. Of this amount, the above-identified Amount of Total Claim remains unpaid.

The Services were first furnished to the Property on the above-identified Dates Services First Furnished, and last furnished to the Property on the above-identified Dates Services Last Furnished.

The Lienor delivered the required preliminary Notice to Owner on the above-indicated dates to the above-indicated parties, if any.

Signed:

_Madeline Fortino_

Two One Two Design, Lienor
Signed by: Madeline Fortino agent
Date:  September 16, 2015


Sworn to (or affirmed) and subscribed before me, Notary Public, on September 16, 2015

_signature_

(SEAL)

Notary Public
Commission expires:  _at death_

NATHAN L. BUDDE
NOTARY PUBLIC
STATE OF LOUISIANA
LOUISIANA BAR NO. 32103
My Commission is for Life.

CFN: 20150599419 BOOK 29779 PAGE 4949

## Legal Property Description

3 54 42 OCEAN BEACH ADDN NO 1 PB 3-11 LOT 3 BLK 33 LOT SIZE 7000 SQ FT OR 18215-3345 0798 1. APN: 02-4203-004-0590. Alternate APN: 02-42-03-004-0590. Subdivision: OCEAN BEACH ADD 01. Map Reference: 265 / 35A. Census Tract / Block: 44.03 / 4. Township-Range-Sect:54-42-03. Legal Book/Page:3-11. Legal Lot: 3. Legal Block: 33.

Recording Requested by Two One Two Design     SPACE ABOVE FOR RECORDER'S USE
Please Return To the Two One Two Design
c/o Mail Center
14525 SW Millikan Way, #7790
Beaverton, Oregon 97005-2343

# NOTICE UNDER MECHANIC'S LIEN LAW FOR ACCOUNT OF PRIVATE IMPROVEMENT

TO THE CLERK OF THE COUNTY OF New York County, STATE OF NEW YORK,
AND TO ALL OTHERS WHOM IT MAY CONCERN:

**Lienor**
Two One Two Design
45 West 21st St.
New York, New York 10010
843-816-2547

Company is a: Corporation (Inc)

If a corporation formed outside New York, the company's principal address in New York is:

If a Partnership, the names of the Partners are:

**Property Owner**

404 West LLC, Benjamin Winter
730 5th Ave
New York, New York 10019

404 West LLC, James Campbell
730 5th Ave
New York, New York 10019
Upon information and belief the listed property owner owns 100% of the Property.

**Hiring Party**
Quiksilver-John Jackson
5600 Argosy Circle, #100
Huntington Beach, California 92649

**Services:** The lien is claimed for the following labor, services, equipment or materials:

Full Construction set drawings. Includes architectural, engineering, shelving. Expedited fees for permitting. Design.
$58318.00 is contract amount plus reimbursables.
Architect's License Number: #18563-1
Property Liened (**"Property"**)

State of New York
County: New York County

408 West 14th Street
New York, New York 10014

Legal Property Description:
Town of: MANHATTAN  BBL: 1-646-38

**Agreed Price for Services:** $58,318.00

**Amount Unpaid For Services and Total Amount For Which Lien Is Filed:**
$1,760.00

**First Date** Services Furnished:  March 01, 2015

**Last Date** Services Furnished:  September 15, 2015

**NOTICE IS HEREBY GIVEN** that Lienor, undersigned, has and claims a mechanic's lien pursuant to the Lien Law of the State of New York, on the real property above-described and identified as the Property.

The name and identity of the lienor is above-indicated as the Lienor. The name of the owner of the Property against whose interests therein Lienor claims a lien is above-identified as the Property Owner, and his interest therein, so far as is known to the lienor is the sole owner of the Property, unless multiple Property Owners are above-listed, in which case these are the owners of the property together or in the alternative, so far as is known to the lienor.

The name and identity of the party with whom the contract was made by Lienor and pursuant to which the labor was performed and the materials were furnished is above-identified as the Hiring Party.  The contract made between the Lienor and the Hiring Party provided that the above-described Services were to be furnished to the Property.

The agreed price for the Services is above-identified as the Agreed Price for Services. After consideration of all offsets, adjustments, additions or deletions to the work, and just credits, the amount unpaid to the Lienor and now due and owing is above-identified as the Unpaid Amount.

The statements and matters within this notice Under Mechanic's Lien Law for Account of Private Improvement are alleged upon information and belief

State Of: _Louisiana_
County Of: _Orleans_

Name of Claimant:
Two One Two Design

**Notary:**  On the date indicated hereon, Madeline Fortino, agent for Lienor, personally came and appeared before me and voluntarily executed this instrument in the agent's stated capacity. The deponent says that s/he has read the foregoing notice under mechanic's lien law for account of private improvement and knows the contents thereof, and that as the appointed agent for the Lienor the deponent has been provided the information indicated in this notice, and that the same is true upon the deponent's information, knowledge and belief.

Signed:

_____
Claimant, by Authorized and Disclosed Agent
Print Name:  Madeline Fortino
Date:  October 13, 2015

Sworn to and subscribed before me, Notary Public, on the below date:

Signed:

_____
Notary Public
Date:  October 13, 2015

NATHAN L. BUDDE
NOTARY PUBLIC
STATE OF LOUISIANA
LOUISIANA BAR NO. 32103
My Commission is for Life.

AUTHORITY GRANTING EXPRESS LIEN, INC.
D/B/A ZLIEN TO SIGN FOR CLAIMANT AS
THE CLAIMANT'S REPRESENTATIVE

**The Claimant:**
Two One Two Design
45 West 21st St.
New York, New York 10010

**Property Being Liened:**
408 West 14th Street
New York, New York 10014
State of New York
County of New York County

The Claimant seeks to file a Notice of Mechanics Lien against the above-identified Property.  By signing this document, the Claimant provides Express Lien, Inc., d/b/a Zlien, a Louisiana company, with the authority to sign the Notice of Mechanics Lien on its behalf as its authorized representative. Further, as required by this statute, the Claimant avers and affirms that the allegations of face within the notice of mechanics lien are true and correct to the best of the Claimant's knowledge and belief.

Two One Two Design

Signed by _Greg Anderson Pres_
(print name and title)

Affidavit of Delivery

Delivery on behalf of:  Two One Two Design
Re:  *408 West 14th Street, New York, New York 10014*
Item Delivered:  Mechanics Lien

I, Madeline Fortino, declare that I am over 18 years of age, and that on October 13, 2015, I delivered copies of above-referenced item to the following parties, and through the following methods:

**Property Owner / Public Entity**, 404 West LLC, Benjamin Winter
730 5th Ave
New York, New York 10019
**By**: US Certified Mail, **No.** 7015 1520 0002 7500 0047 **at** October 13, 2015

**Property Owner / Public Entity**, 404 West LLC, James Campbell
730 5th Ave
New York, New York 10019
**By**: US Certified Mail, **No.** 7015 1520 0002 7500 0054 **at** October 13, 2015

**Other**, Quiksilver-John Jackson
5600 Argosy Circle, #100
Huntington Beach, California 92649
**By**: US Certified Mail, **No.** 7015 1520 0002 7500 0030 **at** October 13, 2015

I swear to and declare under penalty of perjury that the foregoing is true and correct.

Sworn to and subscribed, on October 13, 2015, before me, Notary Public.

Signature: _____

_____
Notary Public

NATHAN L. BUDDE
NOTARY PUBLIC
STATE OF LOUISIANA
LOUISIANA BAR NO. 32103
My Commission is for Life.

Recording Requested by Two One Two Design

Please Return To:
Two One Two Design
c/o Mail Center
14525 SW Millikan Way, #7790
Beaverton, Oregon 97005-2343           SPACE ABOVE FOR RECORDER'S USE
Reference ID: 211290

# CLAIM OF MECHANICS LIEN
## California Civil Code Section 8416

**Claimant**
Two One Two Design
45 West 21st St.
New York, New York 10010
843-816-2547

**Property Owner** (Owner)
Craig Realty Group
4100 Macarthur Blvd, Suite 100
Newport Beach, California 92660

VILLA SAN CLEMENTE LLC
4100 MACARTHUR BLVD #200
Newport Beach, California 92660

**Property Liened** (Property)
County: Orange County
101 West Avenida Vista Hermosa, San Clemente, California 92672

**Legal Property Description:**
N-TRACT: 8817 BLOCK: LOT: 327. Parcel: 691-422-13

**Services:** The lien is claimed for the following labor, services, equipment or materials: Full Construction set drawings. Includes architectural, engineering, shelving. Expedited fees for permitting.

**Amount Due:** Amount due after deducting all just credits and offsets: **$44,048.78**

**Hiring Party:** Name and Address of person or entity to whom Claimant furnished labor, services, equipment and/or materials:
Quiksilver-John Jackson
5600 Argosy Circle, #100
Huntington Beach, California 92649

## IMPORTANT INFORMATION ON FOLLOWING PAGE

NOTICE IS HEREBY GIVEN that Claimant claims a lien for labor, service, equipment or materials under Section 8416 et seq. of the Civil Code of the State of California, upon the Property, above-described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein. The labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land above-described as the Property.

I, the undersigned, as a disclosed and authorized agent of the Claimant, state that I have read the foregoing Claim of Lien, that I have been provided information regarding the facts and contents therein, and that based thereupon, **I declare under penalty of perjury under the laws of California that the foregoing is true and correct.**

Name of Claimant:
   Two One Two Design

Signed:

_____
Claimant, Two One Two Design
by authorized limited agent
Print Name: Madeline Fortino
Date: September 11, 2015

Signed:

_____
Claimant, Two One Two Design
by authorized limited agent
Print Name: Madeline Fortino
Date: September 11, 2015

---

**IMPORTANT INFORMATION ON THE FOLLOWING PAGE**

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the Mechanic's Lien is recorded.

The party identified in the Mechanic's Lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a Mechanic's Lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanic's Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT** www.cslb.ca.gov.

Affidavit of Delivery

Delivery on behalf of:  Two One Two Design
Re:  *101 West Avenida Vista Hermosa, San Clemente , California 92672*
Item Delivered:  Claim of Lien (Mechanics Lien)

Proof of Service Affidavit, California Civil Code § 3084 (a)(6), (c)(1)(A)
I, Madeline Fortino, declare that on September 11, 2015, I delivered copies of the attached
Mechanic's Lien and Notice of Mechanic's Lien to the property owner identified thereon at the
address provided below, and in the delivery manner provided below.  In addition to this delivery, or in
the alternative to said delivery pursuant to California Code §3084(c)(1)(B) if delivery to the owner as
required by §3084(c)(1)(A) could not be performed, I served / also served copies of the Mechanic's
Lien and Notice of Mechanic's Lien to the following parties at the following addresses, and through
the following method of delivery:

**Property Owner / Public Entity**, Craig Realty Group
4100 Macarthur Blvd, Suite 100
Newport Beach, California 92660
**By:** US Certified with Return Receipt, **No.** 9314 8699 0430 0016 5518 28 **at** December 31, 1969

**Property Owner / Public Entity**, VILLA SAN CLEMENTE LLC
4100 MACARTHUR BLVD #200
Newport Beach, California 92660
**By:** US Certified with Return Receipt, **No.** 9314 8699 0430 0016 5518 97 **at** December 31, 1969

**Other**, Quiksilver-John Jackson
5600 Argosy Circle, #100
Huntington Beach, California 92649
**By:** US First Class, **No.**  **at** December 31, 1969

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____
Agent for Claimant
Signed by: Madeline Fortino
September 11, 2015

**Affidavit of Delivery**

Delivery on behalf of:  Two One Two Design
Re:  101 West Avenida Vista Hermosa, San Clemente, California 92672
Item Delivered:  Claim of Lien (Mechanics Lien)

I, Scott Wolfe, declare that on 2015-09-12 05:00:49, I prepared for sending copies of above-referenced item to the following parties, and through the following methods. These mailings were prepared and sent to Walz Group for delivery with a batch of mailings identified within the zlien System as Batch No. 759.  Walz Group reports they were mailed on September 15, 2015:

**Other**, Quiksilver-John Jackson
5600 Argosy Circle, #100
Huntington Beach, California 92649
**By:** US First Class, **No.** 2301076553 **at** September 14, 2015

I declare under penalty of perjury that the foregoing is true and correct.

Signature: Scott Wolfe

Electronically signed by **[Scott Wolfe]** on September 15, 2015