IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | |
| | ) | Jointly Administered |

## DECLARATION OF ARMEN EMRIKIAN IN SUPPORT OF REORGANIZED DEBTORS' SIXTH OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1, TO (I) NO LIABILITY CLAIMS, (II) OVERSTATED CLAIMS, (III) MISCLASSIFIED CLAIMS, AND (IV) OVERSTATED AND MISCLASSIFIED CLAIMS (SUBSTANTIVE)

I, Armen Emrikian, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am a Managing Director with FTI Consulting, Inc., the financial and restructuring advisors retained by the above-captioned debtors (the "Debtors") and a "temporary employee" of the Debtors as contemplated by that retention. I make this declaration (the "Declaration") in support of the *Reorganized Debtors' Sixth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) No Liability Claims, (II) Overstated Claims, (III) Misclassified Claims, and (IV) Overstated and Misclassified Claims (Substantive)* (the "Sixth Omnibus Objection"). Capitalized terms not

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

otherwise defined herein shall have the meaning ascribed thereto in the Sixth Omnibus Objection.

2.  Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge, my review of the Debtors' books and records (the "Books and Records"), the Schedules of Assets and Liabilities filed in the Debtors' chapter 11 cases (the "Schedules"), the claims addressed in the Sixth Omnibus Objection, relevant documents and other information prepared or collected by the Debtors' employees or professionals, or my opinion based on my experience with the Debtors' operations and financial condition. In making my statements based on my review of the Books and Records, relevant documents, and other information prepared or collected by the Debtors' employees, I have relied upon these employees accurately recording, preparing, or collecting such documentation and other information.

3.  If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, review of documents, or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

4.  I have access to the Books and Records. The Debtors' practice is to contemporaneously prepare and/or file documents and records, which are noted and recorded in the books, records, and/or files of the Debtors and which are maintained and relied upon by the Debtors in the ordinary course of their business.

5.  The Debtors object to the Claims listed on Exhibit 1 to the proposed order (the "Proposed Order") filed with the Sixth Omnibus Objection because the claims assert a

liability that is not reflected in the Books and Records (the "No Liability Claims"). The Debtors have reviewed each respective No Liability Claim and all supporting information and documentation provided therewith, have made reasonable efforts to research each such claim in the Books and Records, and, for this reason as well as any supplemental explanation shown in the "Reason for Disallowance" column on Exhibit 1, have determined that there is no liability for the No Liability Claims.

6. The Debtors object to the Claims listed on Exhibit 2 to the Proposed Order because the claims assert an incorrect amount according to the Books and Records (the "Overstated Claims"). The Debtors have reviewed each respective Overstated Claim and all supporting information and documentation provided therewith, have made reasonable efforts to research each such claim in the Books and Records, and, for this reason as well as any supplemental explanation shown in the "Reason for Reduction" column on Exhibit 2, have determined that the Overstated Claims should be reduced as shown on Exhibit 2.

7. The Debtors object to the Claims listed on Exhibit 3 to the Proposed Order because the claims assert an incorrect classification or priority status according to the Books and Records (the "Misclassified Claims"). In addition, the Debtors have reviewed each respective Misclassified Claim and all supporting information and documentation provided therewith, have made reasonable efforts to research each such claim in the Debtors' books and records, and find no basis for the priority status asserted in the Misclassified Claims. For this reason as well as any supplemental explanation shown in the "Reason for Reclassification" column on Exhibit 3,

the Debtors have determined that the Misclassified Claims should be reclassified as shown on Exhibit 3.

8.  The Debtors object to the Claims listed on Exhibit 4 to the Proposed Order because the claims assert an incorrect amount as well as an incorrect classification or priority status according to the Books and Records (the "Overstated and Misclassified Claims"). In addition, the Debtors have reviewed each respective Overstated and Misclassified Claim and all supporting information and documentation provided therewith, have made reasonable efforts to research each such claim in the Debtors' books and records, and find no basis for the amount and priority status asserted in the Overstated and Misclassified Claims. For this reason as well as any supplemental explanation shown in the "Reason for Reduction and Reclassification" column on Exhibit 4, the Debtors have determined that the Overstated and Misclassified Claims should be reduced and reclassified as shown on Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of July 2016.

_____
Armen Emrikian
Managing Director
FTI Consulting, Inc.