IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | Related Docket No. 1034 |

Objection Deadline: August 4, 2016, at 4:00 p.m.
Hearing Date: August 11, 2016, at 10:00 a.m.

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE REORGANIZED DEBTORS' SIXTH OMNIBUS OBJECTION PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1, TO (I) NO LIABILITY CLAIMS, (II) OVERSTATED CLAIMS, (III) MISCLASSIFIED CLAIMS, AND (IV) OVERSTATED AND MISCLASSIFIED CLAIMS (SUBSTANTIVE)

TO:   Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On July 12, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Reorganized Debtors' Sixth Omnibus Objection Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) No Liability Claims, (II) Overstated Claims, (III) Misclassified Claims, and (IV) Overstated and Misclassified Claims (Substantive)* (the "Sixth Omnibus Objection") [Docket No. 1034] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A hearing on the Sixth Omnibus Objections is scheduled for **August 11, 2016, at 10:00 a.m. in Wilmington, DE.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

The proofs of claim that are required to be delivered to Chambers pursuant to Del.Bankr.LR 3007-1(e)(iv) and Del. Bankr. LR 3007-1(d)(vi) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Sixth Omnibus Objection. Copies of any Proof of Claim may be requested from Debtors' undersigned counsel.

Dated: July 26, 2016              PACHULSKI STANG ZIEHL & JONES LLP

/s/ Michael R. Seidl
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     ljones@pszjlaw.com
           mseidl@pszjlaw.com
           jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors

DOCS_DE:208506.1 72779/002