# EXHIBIT 1

11:35 AM  
10/20/15  
Accrual Basis

Case 15-11880-BLS    Doc 1047-2    Filed 08/03/16    Page 2 of 4

Displayit Inc.  
Customer Open Balance  
All Transactions

| | Type | Date | Num | Memo | Due Date | Open Balance | Amount | Ship To City | Ship To Address 1 | w/in 20 | Delivery Date | Shipped | WIP | % Comp | WIP Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Quiksilver Retail** | | | | | | | | | | | | | | | |
| **Quiksilver-FashionIslandFixture-05.15** | | | | | | | | | | | | | | | |
| | Invoice | 05/28/2015 | 14235 | | 05/28/2015 | 864.00 | 864.00 | | | | | x | | | |
| Total Quiksilver-FashionIslandFixture-05.15 | | | | | | 864.00 | 864.00 | | | | | | | | |
| **Quiksilver-FashionIslandRoxyFix-08.15** | | | | | | | | | | | | | | | |
| | Invoice | 08/20/2015 | 14877 | | 08/20/2015 | 600.00 | 600.00 | Fashion Island | | | | x | | | |
| Total Quiksilver-FashionIslandRoxyFix-08.15 | | | | | | 600.00 | 600.00 | | | | | | | | |
| **Quiksilver-GlassShelvesforSanta-08.15** | | | | | | | | | | | | | | | |
| | Invoice | 08/06/2015 | 14739 | | 08/06/2015 | 178.20 | 178.20 | | FOB Displayit | | | x | | | |
| | Invoice | 08/10/2015 | 14754 | | 08/10/2015 | 425.00 | 425.00 | Phone:(310) | QS Santa Monica Store. | | | x | | | |
| Total Quiksilver-GlassShelvesforSanta-08.15 | | | | | | 603.20 | 603.20 | | | | | | | | |
| **Quiksilver-HilcoAdditionalHardw-08.15** | | | | | | | | | | | | | | | |
| | Invoice | 08/11/2015 | 14826 | | 08/11/2015 | 53,656.67 | 53,656.67 | | Multiple Locations | | | | x | 50% | 26,828.34 |
| | Credit Memo | 10/14/2015 | 15150 | | 10/14/2015 | -9,617.49 | -9,617.49 | | | | | x | | | |
| Total Quiksilver-HilcoAdditionalHardw-08.15 | | | | | | 44,039.18 | 44,039.18 | | | | | | | | |
| **Quiksilver-HilcoShipping-09.15** | | | | | | | | | | | | | | | |
| | Invoice | 10/07/2015 | 15109 | | 10/07/2015 | 1,530.37 | 1,530.37 | San Jose | Quiksilver #510 West Gate Shopping Center | x | 08/21/15 | x | | | |
| | Invoice | 10/07/2015 | 15110 | | 10/07/2015 | 236.41 | 236.41 | San Ramon | Quiksilver #702 Crow Canyon Commons | x | 08/24/15 | x | | | |
| | Invoice | 10/08/2015 | 15117 | | 10/08/2015 | 2,001.16 | 2,001.16 | Cherry Hill | Quiksilver #703 Ellisburg Shopping Center | x | 08/21/15 | x | | | |
| | Invoice | 10/08/2015 | 15118 | | 10/08/2015 | 1,735.01 | 1,735.01 | Highland Park | Quiksilver #704 Crossroads Shopping Cente | x | 08/21/15 | x | | | |
| | Invoice | 10/08/2015 | 15119 | | 10/08/2015 | 4,358.90 | 4,358.90 | Philadelphia | Quiksilver #707 Andorra Shopping Center | x | 08/24/15 | x | | | |
| | Invoice | 10/08/2015 | 15120 | | 10/08/2015 | 395.07 | 395.07 | Bristol | Quiksilver #708 Bristol Plaza | x | 09/02/15 | x | | | |
| | Invoice | 10/08/2015 | 15121 | | 10/08/2015 | 4,717.13 | 4,717.13 | Newark | Quiksilver #714 Newpark Mall | x | 09/01/15 | x | | | |
| | Invoice | 10/08/2015 | 15122 | | 10/08/2015 | 2,646.76 | 2,646.76 | Redding | Quiksilver #715 Mt Shasta Mall | x | 08/21/15 | x | | | |
| | Invoice | 10/08/2015 | 15123 | | 10/08/2015 | 3,014.70 | 3,014.70 | Tracy | Quiksilver #716 West Valley Mall | x | 08/26/15 | x | | | |
| | Invoice | 10/08/2015 | 15124 | | 10/08/2015 | 4,011.31 | 4,011.31 | West Dundee | Quiksilver #717 Spring Lake Mall | x | 09/08/15 | x | | | |
| | Invoice | 10/08/2015 | 15125 | | 10/08/2015 | 7,961.08 | 7,961.08 | Lakeland | Quiksilver #718 Lakeland Square | x | 09/09/15 | x | | | |
| | Credit Memo | 10/14/2015 | 15152 | | 10/14/2015 | -279.09 | -279.09 | Falls Church | Quiksilver #710 Graham Park Plaza | x | 08/21/15 | x | | | |
| | Invoice | 10/14/2015 | 15153 | | 10/14/2015 | 6,076.73 | 6,076.73 | Richmond | Quiksilver #720 Chesterfield Towne Center | x | 09/09/15 | x | | | |
| | Invoice | 10/14/2015 | 15154 | | 10/14/2015 | 3,006.90 | 3,006.90 | Concord | Quiksilver #721 Clayton Valley Shopping C | x | 08/29/15 | x | | | |
| | Invoice | 10/14/2015 | 15155 | | 10/14/2015 | 2,349.75 | 2,349.75 | Petaluma | Quiksilver #722 East Washington Place | x | 08/27/15 | x | | | |
| | Invoice | 10/14/2015 | 15156 | | 10/14/2015 | 6,269.25 | 6,269.25 | SAN Bruno | Quiksilver #723 Bayhill Shopping Center | x | 08/27/15 | x | | | |
| | Invoice | 10/14/2015 | 15157 | | 10/14/2015 | 2,701.18 | 2,701.18 | El Cerrito | Quiksilver #725 El Cerrito Plaza | x | 09/02/15 | x | | | |
| | Invoice | 10/14/2015 | 15158 | | 10/14/2015 | 4,756.26 | 4,756.26 | St. Augustine | Quiksilver #726 Anastasia Plaza | x | 09/04/15 | x | | | |
| | Invoice | 10/14/2015 | 15159 | | 10/14/2015 | 4,358.90 | 4,358.90 | Brandon | Quiksilver #727 Regency Square | x | 09/08/15 | x | | | |
| Total Quiksilver-HilcoShipping-09.15 | | | | | | 61,847.78 | 61,847.78 | | | | | | | | |
| **Quiksilver-HilcoStoresADABench-06.15** | | | | | | | | | | | | | | | |
| | Invoice | 06/18/2015 | 14446 | | 06/18/2015 | 401.07 | 401.07 | Modesto | Quiksilver | | | x | | 70% | 280.75 |
| | Invoice | 06/18/2015 | 14447 | | 06/18/2015 | 401.07 | 401.07 | San Jose | Quiksilver Westgate | x | 08/21/15 | x | | | |
| | Invoice | 06/18/2015 | 14448 | | 06/18/2015 | 371.36 | 371.36 | Chappel Hill | Quiksilver East Gate | | | x | | | |
| | Invoice | 06/18/2015 | 14449 | | 06/18/2015 | 371.36 | 371.36 | Falls Chruch | Quiksilver Graham Park Plaza | x | 08/21/15 | x | | | |
| | Invoice | 06/18/2015 | 14450 | | 06/18/2015 | 371.36 | 371.36 | Vienna | Quiksilver Pike 7 Plaza | | | x | | | |
| | Invoice | 06/18/2015 | 14451 | | 06/18/2015 | 401.07 | 401.07 | Bristol | Quiksilver Bristol Plaza | x | 09/02/15 | x | | | |
| | Invoice | 06/18/2015 | 14452 | | 06/18/2015 | 371.36 | 371.36 | Philadelphia | Quiksilver Andorra Shopping Center | x | 08/24/15 | x | | | |
| | Invoice | 06/18/2015 | 14453 | | 06/18/2015 | 371.36 | 371.36 | Broomall | Quiksilver Lawrence Park Shopping Center | x | 09/02/15 | x | | | |
| | Invoice | 06/18/2015 | 14454 | | 06/18/2015 | 371.36 | 371.36 | Downers Grove | Quiksilver Finley Square Shopping Center | | | x | | | |
| | Invoice | 06/18/2015 | 14455 | | 06/18/2015 | 371.36 | 371.36 | Highland Park | Quiksilver Crossroads Shopping Center | x | 08/21/01 | x | | | |
| | Invoice | 06/18/2015 | 14456 | | 06/18/2015 | 371.36 | 371.36 | Cherry Hill | Quiksilver Elixburg Shopping Center | x | 08/21/15 | x | | | |
| | Invoice | 06/18/2015 | 14457 | | 06/18/2015 | 401.07 | 401.07 | San Ramon | Quiksilver Crow Canyon Commons | x | 08/24/15 | x | | | |
| | Invoice | 06/18/2015 | 14458 | | 06/18/2015 | 371.36 | 371.36 | Quiksilver Chandler | | | | | x | 70% | 259.95 |
| | Invoice | 06/18/2015 | 14459 | | 06/18/2015 | 401.07 | 401.07 | Applegate | Quiksilver | | | | x | 70% | 280.75 |
| | Invoice | 06/18/2015 | 14460 | | 06/18/2015 | 401.07 | 401.07 | Clovis | Quiksilver | | | | x | 70% | 280.75 |
| | Invoice | 06/18/2015 | 14461 | | 06/18/2015 | 371.36 | 371.36 | Blue Diamond | Quiksilver | | | | x | 70% | 259.95 |
| Total Quiksilver-HilcoStoresADABench-06.15 | | | | | | 6,120.02 | 6,120.02 | | | | | | | | |
| **Quiksilver-Macy'sHSAdditionalRu-06.15** | | | | | | | | | | | | | | | |
| | Invoice | 07/31/2015 | 14548 | | 07/31/2015 | 2,698.48 | 2,698.48 | Herald Square | Quiksilver | | | x | | | |
| | Invoice | 10/14/2015 | 15147 | | 10/14/2015 | 950.00 | 950.00 | New York | Quiksilver Macy's Herald Square | | | x | | | |
| Total Quiksilver-Macy'sHSAdditionalRu-06.15 | | | | | | 3,648.48 | 3,648.48 | | | | | | | | |
| **Quiksilver-QSCampusStoreDCBlack-06.15** | | | | | | | | | | | | | | | |
| | Invoice | 06/26/2015 | 14537 | | 06/26/2015 | 12,293.16 | 12,293.16 | | | | | x | | | |
| Total Quiksilver-QSCampusStoreDCBlack-06.15 | | | | | | 12,293.16 | 12,293.16 | | | | | | | | |
| **Quiksilver-QSELLENTONOUT-01.15** | | | | | | | | | | | | | | | |
| | Invoice | 01/15/2015 | 13610 | | 01/15/2015 | 76,827.65 | 76,827.65 | Ellenton | Quiksilver Ellenton | | | | x | 90% | 69,144.89 |
| | Invoice | 02/11/2015 | 13761 | | 02/11/2015 | 38,443.00 | 38,443.00 | Ellenton | Quiksilver | | | | x | 90% | 34,598.70 |
| Total Quiksilver-QSELLENTONOUT-01.15 | | | | | | 115,270.65 | 115,270.65 | | | | | | | | |
| **Quiksilver-QSLaJollaLargeRoxyT-07.15** | | | | | | | | | | | | | | | |
| | Invoice | 07/02/2015 | 14565 | | 07/02/2015 | 2,424.60 | 2,424.60 | La Jolla | Quiksilver La Jolla | | | x | | | |
| | Invoice | 08/14/2015 | 14847 | | 08/14/2015 | 250.00 | 250.00 | La Jolla | Quiksilver - La Jolla | | | x | | | |
| Total Quiksilver-QSLaJollaLargeRoxyT-07.15 | | | | | | 2,674.60 | 2,674.60 | | | | | | | | |
| **Quiksilver-QSSantaMonicaDCBlack-06.15** | | | | | | | | | | | | | | | |
| | Invoice | 06/23/2015 | 14496 | | 06/23/2015 | 7,586.22 | 7,586.22 | Santa Monica | QS Santa Monica | | | | x | 50% | 3,793.11 |
| Total Quiksilver-QSSantaMonicaDCBlack-06.15 | | | | | | 7,586.22 | 7,586.22 | | | | | | | | |
| **Quiksilver-QSSantaMonicaLargeUt-06.15** | | | | | | | | | | | | | | | |
| | Invoice | 06/23/2015 | 14473 | | 06/23/2015 | 4,496.99 | 4,496.99 | | FOB Displayit | | | x | | | |
| | Invoice | 07/15/2015 | 14636 | | 07/15/2015 | 95.00 | 95.00 | | | | | x | | | |
| Total Quiksilver-QSSantaMonicaLargeUt-06.15 | | | | | | 4,591.99 | 4,591.99 | | | | | | | | |
| **Quiksilver-QuiksilverHilco-06.15** | | | | | | | | | | | | | | | |
| | Invoice | 06/10/2015 | 14390 | | 06/10/2015 | 11,989.25 | 11,989.25 | Modesto | Quiksilver Modesto | | | | x | 50% | 5,994.63 |
| | Invoice | 06/10/2015 | 14391 | | 06/10/2015 | 11,101.16 | 11,101.16 | Blue Diamond | Quiksilver | | | | x | 50% | 5,550.58 |
| | Invoice | 06/10/2015 | 14392 | | 06/10/2015 | 11,989.25 | 11,989.25 | Clovis | Quiksilver Clovis | | | | x | 50% | 5,994.63 |
| | Invoice | 06/10/2015 | 14393 | | 06/10/2015 | 11,989.25 | 11,989.25 | Applegate | Quiksilver Applegate | | | | x | 50% | 5,994.63 |
| | Invoice | 06/10/2015 | 14394 | | 06/10/2015 | 11,101.16 | 11,101.16 | Chandler | Quiksilver | | | | x | 50% | 5,550.58 |
| | Invoice | 06/10/2015 | 14401 | | 06/10/2015 | 11,101.16 | 11,101.16 | Philadelphia | Quiksilver Andorra Shopping Center | x | 08/24/15 | x | | | |
| | Invoice | 06/10/2015 | 14405 | | 06/10/2015 | 11,101.16 | 11,101.16 | Chappel Hill | Quiksilver East Gate | | | x | | | |

11:35 AM
10/20/15
Accrual Basis

**Displayit Inc.**
**Customer Open Balance**
**All Transactions**

Case 15-11880-BLS    Doc 1024-2    Filed 08/03/16    Page 3 of 4

| Type | Date | Num | Memo | Due Date | Open Balance | Amount | Ship To City | Ship To Address 1 | w/in 20 | Delivery Date | Shipped | WIP | % Comp | WIP Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Credit Memo | 06/26/2015 | 14542 | | 06/26/2015 | -574.16 | -574.16 | San Ramon | Quiksilver Crow Canyon Commons | x | 08/24/15 | x | | | |
| Invoice | 07/10/2015 | 14614 | | 07/10/2015 | 4,483.30 | 4,483.30 | Broomall | Quiksilver Lawrence Park Shopping Center | x | 09/02/15 | x | | | |
| Invoice | 07/10/2015 | 14615 | | 07/10/2015 | 4,000.00 | 4,000.00 | Bristol | Quiksilver #708 Bristol Plaza | x | 09/02/15 | x | | | |
| Invoice | 07/10/2015 | 14616 | | 07/10/2015 | 4,150.00 | 4,150.00 | Vienna | Quiksilver #709 Pike 7 Plaza | | | x | | | |
| Invoice | 07/10/2015 | 14617 | | 07/10/2015 | 4,676.62 | 4,676.62 | Falls Churv | Quiksilver #710 Graham Park Plaza | x | 08/21/15 | x | | | |
| **Total Quiksilver-QuiksilverHilco-06.15** | | | | | **97,108.15** | **97,108.15** | | | | | | | | |
| **Quiksilver-QuiksilverHilco#714N-08.15** | | | | | | | | | | | | | | |
| Invoice | 08/17/2015 | 14866 | | 08/17/2015 | 3,877.20 | 3,877.20 | Newark | Quiksilver #714 Newpark Mall | x | 09/01/15 | x | | | |
| Invoice | 08/17/2015 | 14867 | | 08/17/2015 | 2,944.08 | 2,944.08 | Redding | Quiksilver #715 Mt Shasta Mall | x | 08/21/15 | x | | | |
| **Total Quiksilver-QuiksilverHilco#714N-08.15** | | | | | **6,821.28** | **6,821.28** | | | | | | | | |
| **Quiksilver-QuiksilverHilco#728,-07.15** | | | | | | | | | | | | | | |
| Invoice | 07/16/2015 | 14640 | | 07/16/2015 | 21,936.55 | 21,936.55 | DANVILLE | QS HILCO - #728 TASSAJARA CROSSING | | | x | | | |
| Invoice | 07/16/2015 | 14641 | | 07/16/2015 | 23,122.93 | 23,122.93 | FOLSOM | QS HILCO - #730 PRAIRIE CITY CROSSING | | | x | | | |
| Invoice | 07/16/2015 | 14642 | | 07/16/2015 | 22,411.10 | 22,411.10 | HALF MOON BAY | QS HILCO - #731 STRAWFLOWER VILLAGE | | | x | | | |
| **Total Quiksilver-QuiksilverHilco#728,-07.15** | | | | | **67,470.58** | **67,470.58** | | | | | | | | |
| **Quiksilver-QuiksilverHilcoAddit-08.15** | | | | | | | | | | | | | | |
| Invoice | 08/11/2015 | 14825 | | 08/11/2015 | 25,016.90 | 25,016.90 | BALTIMORE | #732 FESTIVAL AT WOODHOLME | | | | x | 50% | 12,508.45 |
| Invoice | 08/11/2015 | 14827 | | 08/11/2015 | 25,456.30 | 25,456.30 | HERNDON | #733 VILLAGE CENTER AT DULES | | | | x | 90% | 22,910.67 |
| Invoice | 08/11/2015 | 14828 | | 08/11/2015 | 25,895.70 | 25,895.70 | CHANTILLY | #734 GREEN BRIAR TOWN CENTER | | | | x | 50% | 12,947.85 |
| Invoice | 08/11/2015 | 14829 | | 08/11/2015 | 24,007.84 | 24,007.84 | MANASSAS | #735 COUNTY CENTER MANASSAS | | | | x | 50% | 12,003.92 |
| Invoice | 08/11/2015 | 14830 | | 08/11/2015 | 27,433.60 | 27,433.60 | PHOENIX | #736 OUTLETS AT ANTHEM | | | | x | 50% | 13,716.80 |
| Invoice | 08/11/2015 | 14831 | | 08/11/2015 | 25,863.00 | 25,863.00 | CASTLE ROCK | #737 OUTLETS AT CASTLE ROCK | | | | x | 50% | 12,931.50 |
| Invoice | 08/11/2015 | 14832 | | 08/11/2015 | 26,554.80 | 26,554.80 | LOVELAND | #738 OUTLETRS AT LOVELAND | | | | x | 50% | 13,277.40 |
| Invoice | 08/11/2015 | 14833 | | 08/11/2015 | 28,592.20 | 28,592.20 | SILVERTHORNE | #739 OUTLETS AT SILVERTHORNE | | | | x | 50% | 14,296.10 |
| Invoice | 08/11/2015 | 14834 | | 08/11/2015 | 27,054.30 | 27,054.30 | VICKBURG | #740 OUTLETRS AT VICKBURG | | | | x | 50% | 13,527.15 |
| Invoice | 08/14/2015 | 14848 | | 08/14/2015 | 28,592.20 | 28,592.20 | CONROE | #741 OUTLETS AT CONROE | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14849 | | 08/14/2015 | 27,493.70 | 27,493.70 | AUSTIN | #742 HANCOCK CENTER | | | | x | 50% | 13,746.85 |
| Invoice | 08/14/2015 | 14850 | | 08/14/2015 | 29,471.00 | 29,471.00 | SNELLVILLE | #743 THE SHOPPES AT WEBB GIN | | | | x | 50% | 14,735.50 |
| Invoice | 08/14/2015 | 14851 | | 08/14/2015 | 28,592.20 | 28,592.20 | BEAVERCREEK | #744 THE GREENE | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14852 | | 08/14/2015 | 27,054.30 | 27,054.30 | BRONX | #745 PARKCHESTER | | | | x | 50% | 13,527.15 |
| Invoice | 08/14/2015 | 14853 | | 08/14/2015 | 28,592.20 | 28,592.20 | GLENDALE | #746 BAYSHORE TOWN CENTER | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14854 | | 08/14/2015 | 28,592.20 | 28,592.20 | KANSAS CITY | #747 ZONA ROSA TOWN CENTER | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14855 | | 08/14/2015 | 28,592.20 | 28,592.20 | ROSEVILLE | #748 GRATIOT PLAZA | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14856 | | 08/14/2015 | 28,592.20 | 28,592.20 | RICHMOND | #749 GAYTON CROSSING | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14857 | | 08/14/2015 | 28,592.20 | 28,592.20 | ROCKVILLE | #750 KING FARM VILLAGE CENTER | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14858 | | 08/14/2015 | 28,592.20 | 28,592.20 | BETHLEHEM | #751 STEFKO BLVD SHOPPING CENTER | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14859 | | 08/14/2015 | 28,592.20 | 28,592.20 | SAUGAS | #752 SHOPS AT SAUGUS | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14860 | | 08/14/2015 | 28,592.20 | 28,592.20 | WILMINGTON | #753 PIKE CREEK | | | | x | 50% | 14,296.10 |
| Invoice | 08/14/2015 | 14861 | | 08/14/2015 | 28,592.20 | 28,592.20 | CAMBRIDGE | #754 TWIN CITY PLAZA | | | | x | 50% | 14,296.10 |
| **Total Quiksilver-QuiksilverHilcoAddit-08.15** | | | | | **634,407.84** | **634,407.84** | | | | | | | | |
| **Quiksilver-QuiksilverHilcoChapp-06.15** | | | | | | | | | | | | | | |
| Invoice | 07/23/2015 | 14674 | | 07/23/2015 | 3,857.00 | 3,857.00 | Chapel Hill | Quiksilver #711 East Gate | | | x | | | |
| **Total Quiksilver-QuiksilverHilcoChapp-06.15** | | | | | **3,857.00** | **3,857.00** | | | | | | | | |
| **Quiksilver-QuiksilverHilcoFalls-06.15** | | | | | | | | | | | | | | |
| Invoice | 07/15/2015 | 14634 | | 07/15/2015 | 1,105.00 | 1,105.00 | San Ramon | Quiksilver #720 Chesterfield Towne Center | x | 08/24/15 | x | | | |
| Invoice | 07/15/2015 | 14635 | | 07/15/2015 | 827.30 | 827.30 | San Jose | Quiksilver #701 West Gate Shopping Center | x | 08/21/15 | x | | | |
| Invoice | 07/23/2015 | 14672 | | 07/23/2015 | 3,870.00 | 3,870.00 | Falls Chruch | Quiksilver #710 Graham Park Plaza | x | 08/21/15 | x | | | |
| Invoice | 08/31/2015 | 14673 | | 08/31/2015 | 5,809.00 | 5,809.00 | Falls Chruch | Quiksilver #710 Graham Park Plaza | x | 08/21/15 | x | | | |
| **Total Quiksilver-QuiksilverHilcoFalls-06.15** | | | | | **11,611.30** | **11,611.30** | | | | | | | | |
| **Quiksilver-QuiksilverHilcoHardw-06.15** | | | | | | | | | | | | | | |
| Invoice | 06/23/2015 | 14482 | | 06/23/2015 | 9,519.72 | 9,519.72 | PHILADELPHIA | QS HILCO - ANDORRA SHOPPING CENTER | x | 08/24/15 | | x | 60% | 5,711.83 |
| Invoice | 06/23/2015 | 14485 | | 06/23/2015 | 9,519.72 | 9,519.72 | FALLS CHURCH | QS HILCO - GRAHAM PARK  PLAZA | x | 08/21/15 | | x | 60% | 5,711.83 |
| Invoice | 06/23/2015 | 14486 | | 06/23/2015 | 9,519.72 | 9,519.72 | CHAPPEL HILL | QS HILCO - EAST GATE | | | | x | 60% | 5,711.83 |
| Invoice | 06/23/2015 | 14487 | | 06/23/2015 | 10,281.30 | 10,281.30 | MODESTO | QS HILCO MODESTO | | | | x | 60% | 6,168.78 |
| Invoice | 06/23/2015 | 14488 | | 06/23/2015 | 9,519.72 | 9,519.72 | LAS VEGAS | QS HILCO - BLUE DIAMOND LAS VEGAS | | | | x | 60% | 5,711.83 |
| Invoice | 06/23/2015 | 14489 | | 06/23/2015 | 10,281.30 | 10,281.30 | Clovis | QS HILCO - CLOVIS | | | | x | 60% | 6,168.78 |
| Invoice | 06/23/2015 | 14490 | | 06/23/2015 | 9,519.72 | 9,519.72 | CHANDLER | QS HILCO - CHANDLER, AZ | | | | x | 60% | 5,711.83 |
| Invoice | 06/23/2015 | 14491 | | 06/23/2015 | 10,281.30 | 10,281.30 | - | QS HILCO - APPLEGATE, CA | | | | x | 60% | 6,168.78 |
| **Total Quiksilver-QuiksilverHilcoHardw-06.15** | | | | | **78,442.50** | **78,442.50** | | | | | | | | |
| **Quiksilver-QuiksilverHilcorepla-07.15** | | | | | | | | | | | | | | |
| Invoice | 07/15/2015 | 14629 | | 07/15/2015 | 4,282.50 | 4,282.50 | Cherry Hill | Quiksilver #703 Ellisburg Shopping Center | x | 08/21/15 | x | | | |
| Invoice | 07/15/2015 | 14630 | | 07/15/2015 | 2,068.96 | 2,068.96 | Downers Grove | Quiksilver #705 Finley Square Shopping Ce | | | x | | | |
| Invoice | 07/15/2015 | 14631 | | 07/15/2015 | 7,499.55 | 7,499.55 | San Ramon | Quiksilver #702 Crow Canyon Commons | x | 08/24/15 | x | | | |
| Invoice | 07/15/2015 | 14632 | | 07/15/2015 | 4,932.17 | 4,932.17 | Falls Church | Quiksilver #710 Graham Park Plaza | x | 08/21/15 | x | | | |
| Invoice | 07/23/2015 | 14676 | | 07/23/2015 | 2,480.72 | 2,480.72 | Philadelphia | Quiksilver #707 Andorra Shopping Center | x | 08/24/15 | x | | | |
| Invoice | 07/23/2015 | 14677 | | 07/23/2015 | 2,679.18 | 2,679.18 | Newark | Quiksilver #714 Newpark Mall | x | 09/01/15 | x | | | |
| Invoice | 07/23/2015 | 14678 | | 07/23/2015 | 2,204.63 | 2,204.63 | Redding | Quiksilver #715 Mt Shasta Mall | x | 08/21/15 | x | | | |
| Invoice | 07/23/2015 | 14679 | | 07/23/2015 | 2,916.45 | 2,916.45 | Tracy | Quiksilver #716 West Valley Mall | x | 08/26/15 | x | | | |
| Invoice | 07/23/2015 | 14680 | | 07/23/2015 | 4,699.67 | 4,699.67 | West Dundee | Quiksilver #717 Spring Lake Mall | x | 09/08/15 | x | | | |
| Invoice | 07/23/2015 | 14681 | | 07/23/2015 | 2,480.72 | 2,480.72 | Lakeland | Quiksilver #718 Lakeland Square | x | 09/09/15 | x | | | |
| Invoice | 07/23/2015 | 14682 | | 07/23/2015 | 3,798.92 | 3,798.92 | Richmond | Quiksilver #720 Chesterfield Towne Center | x | 09/09/15 | x | | | |
| Invoice | 07/23/2015 | 14683 | | 07/23/2015 | 1,255.52 | 1,255.52 | Concord | Quiksilver #721 Clayton Valley Shopping C | x | 08/29/15 | x | | | |
| Invoice | 07/23/2015 | 14684 | | 07/23/2015 | 1,255.52 | 1,255.52 | Petaluma | Quiksilver #722 East Washington Place | x | 08/27/15 | x | | | |
| Invoice | 07/23/2015 | 14685 | | 07/23/2015 | 1,018.25 | 1,018.25 | San Bruno | Quiksilver #723 Bayhill Shopping Center | x | 08/27/15 | x | | | |
| Invoice | 07/23/2015 | 14686 | | 07/23/2015 | 1,336.21 | 1,336.21 | Sunnyvale | Quiksilver #724 Loehman's Plaza | | | x | | | |
| Invoice | 07/23/2015 | 14687 | | 07/23/2015 | 2,204.63 | 2,204.63 | El Cerrito | Quiksilver #725 El Cerrito Plaza | x | 09/02/15 | x | | | |
| Invoice | 07/23/2015 | 14688 | | 07/23/2015 | 2,041.32 | 2,041.32 | St. Augustine | Quiksilver #726 Anastasia Plaza | x | 09/04/15 | x | | | |
| Invoice | 07/23/2015 | 14689 | | 07/23/2015 | 1,162.52 | 1,162.52 | Bandon | Quiksilver #727 Regency Square | x | 09/08/15 | x | | | |
| Invoice | 07/23/2015 | 14690 | | 07/23/2015 | 2,928.64 | 2,928.64 | SAn JOse | Quiksilver #510 West Gate Shopping Center | | 09/08/15 | x | | | |
| Invoice | 07/23/2015 | 14691 | | 07/23/2015 | 1,366.70 | 1,366.70 | san Ramon | Quiksilver #702 Crow Canyon Commons | | | x | | | |
| Invoice | 07/23/2015 | 14692 | | 07/23/2015 | 723.12 | 723.12 | Cherry Hill | Quiksilver #703 Ellisburg Shopping Center | | | x | | | |
| Invoice | 07/23/2015 | 14693 | | 07/23/2015 | 873.12 | 873.12 | Highland Park | Quiksilver #704 Crossroads Shopping Cente | x | 08/21/15 | x | | | |
| Invoice | 07/23/2015 | 14694 | | 07/23/2015 | 2,169.36 | 2,169.36 | Downers Grove | Quiksilver #705 Finley Square Shopping Ce | | | x | | | |
| Invoice | 07/23/2015 | 14695 | | 07/23/2015 | 723.12 | 723.12 | Broomall | Quiksilver #706 Lawrence Park Shopping Ce | x | 09/02/15 | x | | | |

**Displayit Inc.**
**Customer Open Balance**
All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount | Ship To City | Ship To Address 1 | w/in 20 | Delivery Date | Shipped | WIP | % Comp | WIP Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | 07/23/2015 | 14696 | | 07/23/2015 | 723.12 | 723.12 | Bristol | Quiksilver #708 Bristol Plaza | x | 09/02/15 | x | | | |
| Invoice | 07/23/2015 | 14697 | | 07/23/2015 | 723.12 | 723.12 | Vienna | Quiksilver #709 Pike 7 Plaza | | | x | | | |
| Invoice | 07/23/2015 | 14698 | | 07/23/2015 | 2,409.75 | 2,409.75 | Falls Church | Quiksilver #710 Graham Park Plaza | x | 08/21/15 | x | | | |
| Invoice | 07/23/2015 | 14699 | | 07/23/2015 | 873.12 | 873.12 | Chapel Hill | Quiksilver #711East Gate | | | x | | | |
| Invoice | 07/23/2015 | 14700 | | 07/23/2015 | 873.12 | 873.12 | Charlottesville | Quiksilver #712 29th Place | | | x | | | |
| Total Quiksilver-QuiksilverHilcorepla-07.15 | | | | | 64,703.73 | 64,703.73 | | | | | | | | |
| **Quiksilver-QuiksilverHilcoStand-08.15** | | | | | | | | | | | | | | |
| Invoice | 08/20/2015 | 14874 | | 08/20/2015 | 2,133.46 | 2,133.46 | | stores #717, 718, 720 | x | 09/09/15 | x | | | |
| Total Quiksilver-QuiksilverHilcoStand-08.15 | | | | | 2,133.46 | 2,133.46 | | | | | | | | |
| **Quiksilver-QuiksilverHilcoStore-07.15** | | | | | | | | | | | | | | |
| Invoice | 07/08/2015 | 14581 | | 07/08/2015 | 22,672.27 | 22,672.27 | Newark | Quiksilver #714 Newpark Mall | x | 09/01/15 | x | | | |
| Invoice | 07/08/2015 | 14582 | | 07/08/2015 | 22,672.27 | 22,672.27 | Redding | Quiksilver #715 Mt Shasta Mall | | | x | | | |
| Invoice | 07/08/2015 | 14583 | | 07/08/2015 | 22,672.27 | 22,672.27 | Tracy | Quiksilver #716 West Valley Mall | x | 08/26/15 | x | | | |
| Invoice | 07/08/2015 | 14584 | | 07/08/2015 | 20,992.84 | 20,992.84 | West Dundee | Quiksilver #717 Spring Lake Mall | x | 09/08/15 | x | | | |
| Invoice | 07/08/2015 | 14585 | | 07/08/2015 | 20,992.84 | 20,992.84 | Lakeland | Quiksilver #718 Lakeland Square | x | 09/09/15 | x | | | |
| Invoice | 07/08/2015 | 14586 | | 07/08/2015 | 20,992.84 | 20,992.84 | Richmond | Quiksilver #720 Chesterfield Towne Center | x | 09/09/15 | x | | | |
| Invoice | 07/08/2015 | 14587 | | 07/08/2015 | 22,672.27 | 22,672.27 | Concord | Quiksilver #721 Clayton Valley Shopping C | x | 08/29/15 | x | | | |
| Invoice | 07/08/2015 | 14588 | | 07/08/2015 | 22,672.27 | 22,672.27 | Petaluma | Quiksilver #722 East Washington Place | x | 08/27/15 | x | | | |
| Invoice | 07/08/2015 | 14589 | | 07/08/2015 | 22,672.27 | 22,672.27 | SAN Bruno | Quiksilver #723 Bayhill Shopping Center | x | 08/27/15 | x | | | |
| Invoice | 07/08/2015 | 14590 | | 07/08/2015 | 22,672.27 | 22,672.27 | Sunnyvale | Quiksilver #724 Loehman's Plaza | | | x | | | |
| Invoice | 07/08/2015 | 14591 | | 07/08/2015 | 22,672.27 | 22,672.27 | El Cerrito | Quiksilver #725 El Cerrito Plaza | x | 09/02/15 | x | | | |
| Invoice | 07/08/2015 | 14592 | | 07/08/2015 | 20,992.84 | 20,992.84 | St. Augustine | Quiksilver #726 Anastasia Plaza | x | 09/04/15 | x | | | |
| Invoice | 07/08/2015 | 14593 | | 07/08/2015 | 20,992.84 | 20,992.84 | Brandon | Quiksilver #727 Regency Square | x | 09/08/15 | x | | | |
| Total Quiksilver-QuiksilverHilcoStore-07.15 | | | | | 286,342.36 | 286,342.36 | | | | | | | | |
| **Quiksilver-QuiksilverPismoBeach-01.15** | | | | | | | | | | | | | | |
| Credit Memo | 04/06/2015 | 14007 | | 04/06/2015 | -9,699.26 | -9,699.26 | | | | | x | | | |
| Total Quiksilver-QuiksilverPismoBeach-01.15 | | | | | -9,699.26 | -9,699.26 | | | | | | | | |
| **Quiksilver-QuiksilverWestgateNe-07.15** | | | | | | | | | | | | | | |
| Invoice | 07/10/2015 | 14612 | | 07/10/2015 | 3,730.96 | 3,730.96 | SAn JOse | Quiksilver #701 West Gate Shopping Center | | 08/21/15 | x | | | |
| Total Quiksilver-QuiksilverWestgateNe-07.15 | | | | | 3,730.96 | 3,730.96 | | | | | | | | |
| **Quiksilver-SantaMonicaDCPodiums-06.15** | | | | | | | | | | | | | | |
| Invoice | 06/18/2015 | 14445 | | 06/18/2015 | 1,819.37 | 1,819.37 | Santa Monica | Quiksilver | | | x | | | |
| Total Quiksilver-SantaMonicaDCPodiums-06.15 | | | | | 1,819.37 | 1,819.37 | | | | | | | | |
| | | | | Shipped | 559,408.67 | | | | 420,839.39 | | | | | |
| | | | | WIP | 539,264.16 | | | | | | | | | 539,264.16 |
| | | | | Total | 1,098,672.83 | | | | | | | | | |