# EXHIBIT 2

| Store # | Store Name | Delivery |
|--------:|------------|----------|
| 510 | San Jose | 08/21/15 |
| 702 | San Ramon | 08/24/15 |
| 703 | Cherry Hill | 08/21/15 |
| 704 | Highland Park | 08/21/15 |
| 706 | Broomall | 09/02/15 |
| 708 | Bristol | 09/02/15 |
| 710 | Falls Church | 08/21/15 |
| 707 | Philadelphia | 08/24/15 |
| 714 | Newark | 09/01/15 |
| 715 | Redding | 08/21/15 |
| 716 | Tracy | 08/26/15 |
| 717 | West Dundee | 09/08/15 |
| 718 | Lakeland | 09/09/15 |
| 720 | Richmond | 09/09/15 |
| 721 | Concord | 08/29/15 |
| 722 | Petaluma | 08/27/15 |
| 723 | San Bruno | 08/27/15 |
| 725 | El Cerrito | 09/02/15 |
| 726 | St. Augustine | 09/04/15 |
| 727 | Brandon | 09/08/15 |