# EXHIBIT 3




# Invoice

Invoice No.: 865892
Invoice Date: 8-24-15

Payment Terms: Net 30 Days.
Due Date: 9-23-15

**Please Remit To:**
Trump Card
30012 Ivy Glenn, Suite 220
Laguna Niguel, CA 92677
800-496-2206

DISPLAY IT INC.
16680 ARMSTRONG
IRVINE CA, 92606

| Description | Weight | Rate | Amount | Airbill Total |
|---|---|---|---|---|
| **Airbill No.: 865892** | | | | |
| Next P.M. | M | | 120.00 | |
| Fuel Surcharge | | | 36.00 | |
| Shipper: #707 ANDORRA SHOPPING CENTER - PHILADELPHIA, PA 19128 | | | | |
| Consignee: #706 LAWRENCE PARK SHOPPING CENTER - BROOMALL, PA 19008 | | | | |
| Shipment signed for by: "BAZEMORE" | | | | |
| Total for Airbill No. 865892 | | | | 156.00 |

DISPLAY IT INC.

**Project #** 3978
Invoice # 15119
Amount $ 204.75

QS - QUICKSILVER - HILCOSHIPPING - 09.15



| | |
|---|---|
| **Total Invoice Amount:** | **156.00** |
| Amount Paid / Credits Applied: | 156.00 |
| **Balance Due:** | **0.00** |

We appreciate your business



# Invoice

Please Remit To:
Trump Card Corp
30012 Ivy Glenn, Suite 220
Laguna Niguel, CA 92677
949-360-7340

POSTED 2/18

Invoice No.: 1866203
Invoice Date: 8-26-15

Payment Terms: Net 30 Days.
Due Date: 9-25-15

DISPLAY IT INC.
16680 ARMSTRONG
IRVINE CA, 92606



Project # 4053
Invoice # 14873
Amount $ 994.28

| Description | Weight | Rate | Amount | Airbill Total |
|---|---|---|---|---|
| **Airbill No.: 866203** | | | | |
| Deferred | 885 | .40 | 354.00 | |
| Fuel Surcharge | | | 106.20 | |
| White Glove, Inside, Lift Gate, Pallet Jack, Unpack, Debris Removal | | | 250.00 | |
| Shipper: DISPLAY IT INC - IRVINE, CA 92606 | | | | |
| Consignee: LUCY #21 CHERRY CREEK - DENVER, CO 80206 | | | | |
| Shipment signed for by: "AMANDA THOE" | | | | |
| Total for Airbill No. 866203 | | | | 710.20 |
| **Airbill No.: 866425** | | | | |
| Deferred | 461 | .54 | 248.94 | |
| Fuel Surcharge | | | 74.68 | |
| Special Hotel Location Delivery | | | 20.00 | |
| Shipper: DISPLAY IT INC - IRVINE, CA 92606 | | | | |
| Consignee: #717 SPRING HILL MALL - DUNDEE, IL 60118 | | | | |
| Shipment signed for by: "WARCZAK" | | | | |
| Total for Airbill No. 866425 | | | | 343.62 |

Lucy - 2015 Refresher Shipping 8.15

Project # 3978
Invoice # 15124
Amount $ 4,011.31

Quik - Quiksilver Hilo Shipping 7.15

Total Invoice Amount: 1,053.82
Amount Paid / Credits Applied: 0.00
**Balance Due: 1,053.82**

We appreciate your business




www.trumpcardinc.com

**SHIP DATE:** 08/20/2015

**AIRBILL NUMBER:** 866203

| SHIPPER: |
|---|
| DISPLAY IT INC<br>16680 ARMSTRONG<br><br>IRVINE CA 92606<br>KELSEY ENSCH 949-387-3100 |

| CONSIGNEE: |
|---|
| LUCY #21 CHERRY CREEK<br>170 LAYTON LANE<br><br>DENVER CO 80206<br>303-355-4300 |

| 3RD PARTY: |
|---|
| |

| PREPAID | COLLECT | 3RD PARTY | C.O.D. |
|---|---|---|---|
| YES | | | |

**NOTE:** UNLESS OTHERWISE INDICATED, CHARGES ARE ASSUMED TO BE PREPAID

| PIECES | PALLETS | DIMENSIONS | WEIGHT |
|---|---|---|---|
| 1 | 1 | 96 X 48 X 48 | 550 |

Description: PALLET - DISPLAY / HARDWARE

WEIGHTS ARE SUBJECT TO CORRECTION

THE DECLARED VALUE FOR CARRIAGE OF THIS SHIPMENT IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE DECLARED BELOW AND APPLICABLE CHARGES PAID THEREON.

**DECLARED VALUE**

(SUBJECT TO THE TERMS AND CONDITIONS. THE LOSS IS AS STATED ABOVE)

**AIRFREIGHT SERVICES REQUESTED:**

| | | | |
|---|---|---|---|
| | NEXT FLIGHT OUT | | SECOND DAY |
| | NEXT DAY BY NOON | X | DEFERRED |
| | NEXT DAY BY 5:00 PM | | OTHER |
| | SECOND DAY A.M. | | |

ORIGIN DESTIN

CHGWT RATE

MAWB

AIRFREIGHT

PICKUP

DELIVERY

D.V.C.

OTHER

TOTAL CHARGES: ________________

**VALUE ADDED SERVICES REQUESTED:**

LIFTGATE / PALLET JACK DELIVERY
INSIDE DELIVERY
APPOINTMENT DELIVERY (8AM-5PM)
UNPACK / UNCRATE
DEBRIS REMOVAL

PAYABLE TO TRUMPCARD
GOVERMENT REGULATIONS REQUIRE FREIGHT BILLS TO BE PAID IN (7) SEVEN DAYS.

**SPECIAL INSTRUCTIONS:**

READY: 2PM CLOSE: 5PM

QUOTE 81715-6. MUST DELIVER ON MONDAY 8/24 AT 7PM, AT NIGHT !! WHITE GLOVE DELIVERY

Booking Time: 11:19AM, 8/20/15

**DOMESTIC AIRBILL NON-NEGOTIABLE**

**RECEIVED IN GOOD ORDER BY CONSIGNEE**

Date:

Time:

Pieces:

Signature:




www.trumpcardinc.com

**SHIP DATE:** 08/21/2015

**AIRBILL NUMBER:** 866425

**SHIPPER:**

DISPLAY IT INC
16680 ARMSTRONG

IRVINE CA 92606
DAVE GALAS 949-387-3100

**CONSIGNEE:**

#717 SPRING HILL MALL
1072 SPRING HILL MALL SPACE #1322

WEST DUNDEE IL 60118

**3RD PARTY:**

| PREPAID | COLLECT | 3RD PARTY | C.O.D. |
|---|---|---|---|
| YES | | | |

**NOTE:** UNLESS OTHERWISE INDICATED, CHARGES ARE ASSUMED TO BE PREPAID

THE DECLARED VALUE FOR CARRIAGE OF THIS SHIPMENT IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE DECLARED BELOW AND APPLICABLE CHARGES PAID THEREON.

| PIECES | PALLETS | DIMENSIONS | WEIGHT |
|---|---|---|---|
| 1 | 1 | 120 X 48 X 20 | 200 |

Description: STANDARDS

WEIGHTS ARE SUBJECT TO CORRECTION

**DECLARED VALUE**

(SUBJECT TO THE TERMS AND CONDITIONS. THE LOSS IS AS STATED ABOVE)

**AIRFREIGHT SERVICES REQUESTED:**

| | | | |
|---|---|---|---|
| | NEXT FLIGHT OUT | | SECOND DAY |
| | NEXT DAY BY NOON | X | DEFERRED |
| | NEXT DAY BY 5:00 PM | | OTHER |
| | SECOND DAY A.M. | | |

ORIGIN DESTIN
CHGWT RATE
MAWB

AIRFREIGHT
PICKUP
DELIVERY
D.V.C.
OTHER
TOTAL CHARGES: ________________

**VALUE ADDED SERVICES REQUESTED:**

**SPECIAL INSTRUCTIONS:**

READY: 5PM CLOSE: 7PM

MUST CALL CONTACT TO SET UP DELIVERY. CONTACT TO BE DECIDED.

Booking Time: 2:31PM, 8/21/15

**DOMESTIC AIRBILL NON-NEGOTIABLE**

PAYABLE TO TRUMPCARD
GOVERMENT REGULATIONS REQUIRE FREIGHT BILLS TO BE PAID IN (7) SEVEN DAYS.

**RECEIVED IN GOOD ORDER BY CONSIGNEE**

Date:

Time:

Pieces:

Signature:




# Invoice

Invoice No.: 1866412
Invoice Date: 8-31-15

Payment Terms: Net 30 Days.
Due Date: 9-30-15

**Please Remit To:**
Trump Card
30012 Ivy Glenn, Suite 220
Laguna Niguel, CA 92677
800-496-2206

DISPLAY IT INC.
16680 ARMSTRONG
IRVINE CA, 92606

| Description | Weight | Rate | Amount | Airbill Total |
|---|---|---|---|---|
| **Airbill No.: 866412** | | | | |
| Deferred Freight | 500 | .60 | 300.00 | |
| Fuel Surcharge | | | 90.00 | |
| Shipper: DISPLAY IT INC - IRVINE, CA 92606 | | | | |
| Consignee: #718 LAKELAND SQUARE - LAKELAND, FL 33809 | | | | |
| Shipment signed for by: " YONCE " | | | | |
| Consignee Ref/PO#: 864569 | | | | |
| Total for Airbill No. 866412 | | | | 390.00 |
| **Airbill No.: 866421** | | | | |
| Deferred Freight | 461 | .64 | 295.04 | |
| Fuel Surcharge | | | 88.51 | |
| Shipper: DISPLAY IT INC - IRVINE, CA 92606 | | | | |
| Consignee: #720 CHESTERFIELD TOWNE CENTER - RICHMOND, VA 23235 | | | | |
| Shipment signed for by: "JACKSON" | | | | |
| Total for Airbill No. 866421 | | | | 383.55 |

DISPLAYIT INC.
**Project #** 3978
Invoice # 15125
Amount $ 7,961.08

↑
QS- QUICKSILVER - HILCO SHIPPING - 09.15
↓

DISPLAYIT INC.
**Project #** 3978
Invoice # 15153
Amount $ ~~4,046~~ 6,076.73



| | |
|---|---|
| **Total Invoice Amount:** | **773.55** |
| Amount Paid / Credits Applied: | 773.55 |
| **Balance Due:** | **0.00** |

We appreciate your business




# CHAMPION LOGISTICS GROUP - TRANS. DIV.

200 Champion Way, Northlake, IL 60164
Phone 708-562-4200 Fax 708-562-9212

**Bill To:**

DIS183
DISPLAYIT INCORPORATED
KAREN EXT 201
16680 ARMSTRONG AVENUE
IRVINE CA 92602

**<<< DETAILED INVOICE >>>**

| | |
|---|---|
| **Invoice Date:** | 08/21/15 |
| **Date Shipped:** | 08/13/15 |
| **Freight Bill #:** | IN 6553443 |
| **Bill of Lading #:** | 6553443 |
| **Shipper Reference #:** | ~~1554~~ ~~1834~~ 1555 |
| **Freight Charge Type:** | PREPAID |

**Branch:** LA **Type:** E **Ctrl:** DIS183 /ER

**Shipped From:**

DIS183
DISPLAYIT INCORPORATED
KAREN EXT 201
16680 ARMSTRONG AVENUE
IRVINE CA 92602

**Shipped To:**

#722 EAST WASHINGTON PLACE
MATT ARNOLD / QUICKSILVER
401 KENILWORTH DR SPACE # 31
PETALUMA CA 94952

| Pieces | Description | Class | Weight | Rate | Amount |
|---|---|---|---|---|---|
| 1 | PALLET OF DISPLAYS 97x48x34 | | 814 | | |
| | FREIGHT CHARGE | FRECHG | | | 295.00 |

POSTED 2/16

DISPLAYIT INC.
Project # 3978
Invoice # 15155
Amount $ 2,349.75

Shipper # 1555 = Quik R-QS Hilco Stores 7.15

| | Totals | | 814 | | 295.00 |
|---|---|---|---|---|---|
| 1 | | | | | Please Pay This Amount |

Customer Copy



Project # ____________

Invoice # ____________

Amount $ ____________



# CHAMPION LOGISTICS GROUP - TRANS. DIV.

200 Champion Way, Northlake, IL 60164
Phone 708-562-4200 Fax 708-562-9212

**Bill To:**

DIS183
DISPLAYIT INCORPORATED
KAREN EXT 201
16680 ARMSTRONG AVENUE
IRVINE CA 92602

**<<< DETAILED INVOICE >>>**

| | |
|---|---|
| **Invoice Date:** | 08/21/15 |
| **Date Shipped:** | 08/13/15 |
| **Freight Bill #:** | IN 6553442 |
| **Bill of Lading #:** | 6553442 |
| **Shipper Reference #:** | 1555 |
| **Freight Charge Type:** | PREPAID |

**Branch:** LA **Type:**E **Ctrl:**DIS183 /ER

**Shipped From:**

DIS183
DISPLAYIT INCORPORATED
KAREN EXT 201
16680 ARMSTRONG AVENUE
IRVINE CA 92602

**Shipped To:**

# 723 BAYHILL SHOPPING CENTE
MATT ARNOLD / QUICKSILVER
851 CHERRY AVE SPACE # 31
SAN BRUNO CA 94066

| Pieces | Description | Class | Weight | Rate | Amount |
|---|---|---|---|---|---|
| 1 | PALLET OF DISPLAYS 97x48x34 | | 1002 | | |
| | FREIGHT CHARGE | FRECHG | | | 285.00 |
| 1 | **Totals** | | 1002 | | 285.00 |

Please Pay This Amount

POSTED 2/4

Project # 3978

Invoice # 15156

Amount $ 6,269.25

Quik-Quiksilver Hilco Shipping 7.15

Customer Copy

Shipper# 1554— QS Hilco stores Bulk 7.15

*Champion Logistics Group... Celebrating 30 Years of Excellence*

TrumpCard

Please Remit To:
Trump Card Corp
30012 Ivy Glenn, Suite 220
Laguna Niguel, CA 92677
949-360-7340

# Invoice

Invoice No.: 1866124
Invoice Date: 8-26-15

Payment Terms: Net 30 Days.
Due Date: 9-25-15




DISPLAY IT INC.
16680 ARMSTRONG
IRVINE CA, 92606



Project # 3978
Invoice # 15159
Amount $ 4,358.90

| Description | Weight | Rate | Amount | Airbill Total |
|---|---|---|---|---|
| **Airbill No.: 866124** | | | | |
| Deferred | 4,700 | .50 | 2,350.00 | |
| Fuel Surcharge | | | 705.00 | |
| Liftgate, Pallet Jack Delivery | | | 65.00 | |
| Debris / Trash Removal | | | 188.00 | |
| Special Delivery Required | | | 45.00 | |
| Shipper: DISPLAY IT INC - IRVINE, CA 92606 | | | | |
| Consignee: #727 REGENCY SQUARE - BRANDON, FL 33511 | | | | |
| Shipment signed for by: "DANIEL BATEMAN" | | | | |
| Shipper Ref/PO#: REFERENCE # 1568 | | | | |
| Consignee Ref/PO#: REFERENCE # 1568 | | | | |
| Total for Airbill No. 866124 | | | | 3,353.00 |
| **Airbill No.: 866207** | | | | |
| Deferred | 885 | .51 | 451.35 | |
| Fuel Surcharge | | | 135.41 | |
| White Glove, Inside, Lift Gate, Pallet Jack, Unpack, Debris Removal | | | 250.00 | |
| Shipper: DISPLAY IT INC - IRVINE, CA 92606 | | | | |
| Consignee: LUCY #53 GALLERIA AT EDINA - MINNEAPOLIS, MN 55435 | | | | |
| Shipment signed for by: "H. SEDELSKI" | | | | |
| Total for Airbill No. 866207 | | | | 836.76 |

Quik - Hilco Shipping

Project # 4053
Invoice # 14878
Amount $ 1,171.46

Lucy - 2015 Refresher Shipping 8.15

| | |
|---|---|
| **Total Invoice Amount:** | **4,189.76** |
| Amount Paid / Credits Applied: | 0.00 |
| **Balance Due:** | **4,189.76** |

We appreciate your business




www.trumpcardinc.com

**SHIP DATE:** 08/19/2015

**AIRBILL NUMBER:** 866124

**SHIPPER:**

DISPLAY IT INC
16680 ARMSTRONG

IRVINE CA 92606
EMMA DELAIN 949-387-3100
REF/PO#: REFERENCE # 1568

**CONSIGNEE:**

#727 REGENCY SQUARE
2400 W BRANDON BLVD SPACE #2526
QUICKSILVER
BRANDON FL 33511
TYNDALL JACKSON (904) 616-1819
REF/PO#: REFERENCE # 1568

**3RD PARTY:**

| PREPAID | COLLECT | 3RD PARTY | C.O.D. |
|---|---|---|---|
| YES | | | |

**NOTE:** UNLESS OTHERWISE INDICATED, CHARGES ARE ASSUMED TO BE PREPAID

| PIECES | PALLETS | DIMENSIONS | WEIGHT |
|---|---|---|---|
| 1 | 1 | 96 X 48 X 84 | 1100 |
| Description: PALLET - DISPLAY / HARDWARE | | | |
| 1 | 1 | 96 X 48 X 96 | 1397 |
| Description: PALLET - DISPLAY / HARDWARE | | | |
| 1 | 1 | 120 X 48 X 60 | 1600 |
| Description: PALLET - DISPLAY / HARDWARE | | | |
| WEIGHTS ARE SUBJECT TO CORRECTION | | | |

THE DECLARED VALUE FOR CARRIAGE OF THIS SHIPMENT IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE DECLARED BELOW AND APPLICABLE CHARGES PAID THEREON.

**DECLARED VALUE**

(SUBJECT TO THE TERMS AND CONDITIONS. THE LOSS IS AS STATED ABOVE)

ORIGIN DESTIN
CHGWT RATE
MAWB

AIRFREIGHT
PICKUP
DELIVERY
D.V.C.
OTHER
TOTAL CHARGES: ________________

PAYABLE TO TRUMPCARD
GOVERMENT REGULATIONS REQUIRE FREIGHT BILLS TO BE PAID IN (7) SEVEN DAYS.

**AIRFREIGHT SERVICES REQUESTED:**

| | | |
|---|---|---|
| NEXT FLIGHT OUT | | SECOND DAY |
| NEXT DAY BY NOON | X | DEFERRED |
| NEXT DAY BY 5:00 PM | | OTHER |
| SECOND DAY A.M. | | |

**VALUE ADDED SERVICES REQUESTED:**

LIFTGATE / PALLET JACK DELIVERY
APPOINTMENT DELIVERY (8AM-5PM)
DEBRIS REMOVAL

**SPECIAL INSTRUCTIONS:**

READY: 3PM CLOSE: 5PM

MUST DELIVER ON TUESDAY 8/25 AT 8AM !! DRIVER MUST WAIT FOR DEBRIS REMOVAL, CREW WILL BE ONSITE TO RECEIVE FREIGHT

Booking Time: 3:04PM, 8/19/15

**DOMESTIC AIRBILL NON-NEGOTIABLE**

**RECEIVED IN GOOD ORDER BY CONSIGNEE**

Date:

Time:

Pieces:

Signature:




www.trumpcardinc.com

**SHIP DATE:** 08/20/2015

**AIRBILL NUMBER:** 866207

**SHIPPER:**

DISPLAY IT INC
16680 ARMSTRONG

IRVINE CA 92606
KELSEY ENSCH 949-387-3100

**CONSIGNEE:**

LUCY #53 GALLERIA AT EDINA
3565 GALLERIA

EDINA MN 55435
952-922-8590

**3RD PARTY:**

| PREPAID | COLLECT | 3RD PARTY | C.O.D. |
|---|---|---|---|
| YES | | | |

**NOTE:** UNLESS OTHERWISE INDICATED, CHARGES ARE ASSUMED TO BE PREPAID

| PIECES | PALLETS | DIMENSIONS | WEIGHT |
|---|---|---|---|
| 1 | 1 | 96 X 48 X 48 | 500 |

Description: PALLET - DISPLAY / HARDWARE

WEIGHTS ARE SUBJECT TO CORRECTION

THE DECLARED VALUE FOR CARRIAGE OF THIS SHIPMENT IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE DECLARED BELOW AND APPLICABLE CHARGES PAID THEREON.

**DECLARED VALUE**

(SUBJECT TO THE TERMS AND CONDITIONS. THE LOSS IS AS STATED ABOVE)

**AIRFREIGHT SERVICES REQUESTED:**

| | |
|---|---|
| NEXT FLIGHT OUT | SECOND DAY |
| NEXT DAY BY NOON | X DEFERRED |
| NEXT DAY BY 5:00 PM | OTHER |
| SECOND DAY A.M. | |

ORIGIN　　DESTIN

CHGWT　　RATE

MAWB

AIRFREIGHT

PICKUP

DELIVERY

D.V.C.

OTHER

TOTAL CHARGES: ________________

**VALUE ADDED SERVICES REQUESTED:**

LIFTGATE / PALLET JACK DELIVERY
INSIDE DELIVERY
APPOINTMENT DELIVERY (8AM-5PM)
UNPACK / UNCRATE
DEBRIS REMOVAL

PAYABLE TO TRUMPCARD
GOVERMENT REGULATIONS REQUIRE FREIGHT BILLS TO BE PAID IN (7) SEVEN DAYS.

**SPECIAL INSTRUCTIONS:**

READY: 2PM　　CLOSE: 5PM

QUOTE 81715-7. MUST DELIVER ON MONDAY 8/24 AT 9PM, AT NIGHT !! WHITE GLOVE DELIVERY

Booking Time: 11:25AM, 8/20/15

**DOMESTIC AIRBILL NON-NEGOTIABLE**

**RECEIVED IN GOOD ORDER BY CONSIGNEE**

Date:

Time:

Pieces:

Signature: