# EXHIBIT 4

11:35 AM
10/20/15
Accrual Basis

Case 15-11880-BLS    Doc 1043-5    Filed 08/03/16    Page 2 of 2

Display it Inc.
**Customer Open Balance**
All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount | Ship To City | Ship To Address 1 | w/in 20 |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 10/08/2015 | 15119 | | 10/08/2015 | 4,358.90 | 4,358.90 | Philadelphia | Quiksilver #707 Andorra Shopping Center | X |
| Invoice | 10/08/2015 | 15124 | | 10/08/2015 | 4,011.31 | 4,011.31 | West Dundee | Quiksilver #717 Spring Lake Mall | X |
| Invoice | 10/08/2015 | 15125 | | 10/08/2015 | 7,961.08 | 7,961.08 | Lakeland | Quiksilver #718 Lakeland Square | X |
| Invoice | 10/14/2015 | 15153 | | 10/14/2015 | 6,076.73 | 6,076.73 | Richmond | Quiksilver #720 Chesterfield Towne Center | X |
| Invoice | 10/14/2015 | 15155 | | 10/14/2015 | 2,349.75 | 2,349.75 | Petaluma | Quiksilver #722 East Washington Place | X |
| Invoice | 10/14/2015 | 15156 | | 10/14/2015 | 6,269.25 | 6,269.25 | SAN Bruno | Quiksilver #723 Bayhill Shopping Center | X |
| Invoice | 10/14/2015 | 15159 | | 10/14/2015 | 4,358.90 | 4,358.90 | Brandon | Quiksilver #727 Regency Square | X |
| Invoice | 06/18/2015 | 14452 | | 06/18/2015 | 371.36 | 371.36 | Philadelphia | Quiksilver Andorra Shopping Center | X |
| Invoice | 06/10/2015 | 14401 | | 06/10/2015 | 11,101.16 | 11,101.16 | Philadelphia | Quiksilver Andorra Shopping Center | X |
| Invoice | 07/15/2015 | 14634 | | 07/15/2015 | 1,105.00 | 1,105.00 | San Ramon | Quiksilver #720 Chesterfield Towne Center | X |
| Invoice | 06/23/2015 | 14482 | | 06/23/2015 | 9,519.72 | 9,519.72 | PHILADELPHIA | QS HILCO - ANDORRA SHOPPING CENTER | X |
| Invoice | 07/23/2015 | 14676 | | 07/23/2015 | 2,480.72 | 2,480.72 | Philadelphia | Quiksilver #707 Andorra Shopping Center | X |
| Invoice | 07/23/2015 | 14680 | | 07/23/2015 | 4,699.67 | 4,699.67 | West Dundee | Quiksilver #717 Spring Lake Mall | X |
| Invoice | 07/23/2015 | 14681 | | 07/23/2015 | 2,480.72 | 2,480.72 | Lakeland | Quiksilver #718 Lakeland Square | X |
| Invoice | 07/23/2015 | 14682 | | 07/23/2015 | 3,798.92 | 3,798.92 | Richmond | Quiksilver #720 Chesterfield Towne Center | X |
| Invoice | 07/23/2015 | 14684 | | 07/23/2015 | 1,255.52 | 1,255.52 | Petaluma | Quiksilver #722 East Washington Place | X |
| Invoice | 07/23/2015 | 14685 | | 07/23/2015 | 1,018.25 | 1,018.25 | San Bruno | Quiksilver #723 Bayhill Shopping Center | X |
| Invoice | 07/23/2015 | 14689 | | 07/23/2015 | 1,162.52 | 1,162.52 | Bandon | Quiksilver #727 Regency Square | X |
| Invoice | 08/20/2015 | 14874 | | 08/20/2015 | 2,133.46 | 2,133.46 | | stores #717, 718, 720 | X |
| Invoice | 07/08/2015 | 14584 | | 07/08/2015 | 20,992.84 | 20,992.84 | West Dundee | Quiksilver #717 Spring Lake Mall | X |
| Invoice | 07/08/2015 | 14585 | | 07/08/2015 | 20,992.84 | 20,992.84 | Lakeland | Quiksilver #718 Lakeland Square | X |
| Invoice | 07/08/2015 | 14586 | | 07/08/2015 | 20,992.84 | 20,992.84 | Richmond | Quiksilver #720 Chesterfield Towne Center | X |
| Invoice | 07/08/2015 | 14588 | | 07/08/2015 | 22,672.27 | 22,672.27 | Petaluma | Quiksilver #722 East Washington Place | X |
| Invoice | 07/08/2015 | 14589 | | 07/08/2015 | 22,672.27 | 22,672.27 | SAN Bruno | Quiksilver #723 Bayhill Shopping Center | X |
| Invoice | 07/08/2015 | 14593 | | 07/08/2015 | 20,992.84 | 20,992.84 | Brandon | Quiksilver #727 Regency Square | X |

205,828.84