# EXHIBIT 5

April 14, 2016

RE:    Quiksilver Deliveries made by DisplayIt, Inc.

To whom it may concern:

Displayit, Inc. is a supplier of store fixtures for Quiksilver.  Between the dates of August 21, 2015 and September 9, 2015, Displayit, Inc. delivered store fixtures to the following Quiksilver locations:

      Quiksilver #701 West Gate Shopping Center
      Quiksilver #702 Crow Canyon Commons
      Quiksilver #703 Ellisburg Shopping Center
      Quiksilver #704 Crossroads Shopping Cente
      Quiksilver #706 Lawrence Park Shopping Center
      Quiksilver #707 Andorra Shopping Center
      Quiksilver #708 Bristol Plaza
      Quiksilver #710 Graham Park Plaza
      Quiksilver #714 Newpark Mall
      Quiksilver #715 Mt Shasta Mall
      Quiksilver #716 West Valley Mall
      Quiksilver #717 Spring Lake Mall
      Quiksilver #718 Lakeland Square
      Quiksilver #720 Chesterfield Towne Center
      Quiksilver #721 Clayton Valley Shopping Center
      Quiksilver #722 East Washington Place
      Quiksilver #723 Bayhill Shopping Center
      Quiksilver #725 El Cerrito Plaza
      Quiksilver #726 Anastasia Plaza
      Quiksilver #727 Regency Square

Should any additional information be required I can be reached at (714) 889-6004.

Regards,

John Jackson
Former VP Retail Design and Construction at Quiksilver