# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUICKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Reorganized Debtors.[1] | Jointly Administered |
| | Hearing: August 11, 2016 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I, Stephen A. Spence, Esquire, do hereby certify that on August 3, 2016, I caused true and correct copies of the following documents to be served via CM/ECF and E-mail where indicated on the attached service list. The following document will be mailed to the parties on the attached service list on August 4, 2016:

*Display It Inc.'s Objection to the Reorganized Debtor's Sixth Omnibus Claim Objection Re Claim No. 841*

Dated: August 3, 2016

**BAIRD MANDALAS BROCKSTEDT, LLC**

/s/ *Stephen A. Spence*

Stephen W. Spence, Esquire (#2003)
Stephen A. Spence, Esquire (#5392)
1413 Savannah Road, Suite 1
Lewes, DE 19958
(302) 645-2262

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

{}

**SERVICE LIST**

Quiksilver, Inc.,
5600 Argosy Circle, #100
Huntington Beach, California 92649
Attn: Andrew Bruenjes;

Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave.,
Los Angeles, CA 90071,
Attn: Van C. Durrer, II, Esquire (van.durrer@skadden.com)

Skadden, Arps, Slate, Meagher & Flom LLP,
920 North King Street
P.O. Box 636
Wilmington, Delaware 19801
Attn: Dain A. De Souza, Esquire (Dain.DeSouza@skadden.com)

Pachulski Stang Ziehl &Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Attn: Laura Davis Jones, Esquire (ljones@pszjlaw.com)

Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn: Mark S. Kenney, Esquire (mark.kenney@usdoj.gov)

Riemer Braunstein LLP
Seven Times Square, Suite 2506
New York, NY 10036
Attn: Steven Fox, Esquire (sfox@riemerlaw.com)

Kirkland &Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Attn: Patrick J. Nash, Jr., Esquire (patrick.nash@kirkland.com)
Ross M. Kwasteniet, Esquire (ross.kwasteniet@kirkland.com)
William A. Guerrieri, Esquire (will.guerrieri@kirkland.com)

Akin Gump Strauss Hauer & Feld LLF
One Bryant Park
New York, NY 10036
Attn: Michael S. Starner, Esquire (mstamer@akingump.com)
Meredith. A. Lahaie, Esquire (mlahaie@akingump.com)

{}

Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19899-1709
Attn: David B. Stratton, Esquire (strattod@pepperlaw.com)
David M. Fournier, Esquire (fournierd@pepperlaw.com)

{}