## UNITED STATES BANKRUPTCY COURT
## DIST OF DELAWARE BK COURT

IN RE: QUIKSILVER, INC.

CASE NO: 15-11880

_____Debtor_____/

### WITHDRAWAL OF CLAIM
### BY BREVARD COUNTY TAX COLLECTOR

COMES NOW, BREVARD COUNTY TAX COLLECTOR, by and through the undersigned and files this Withdrawal of Claim #713 in the amount of $338.62. The property taxes on account #P088015000 have been paid in full.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this, 2nd day of August, 2016 by electronic transmission or first class mail, postage prepaid within the United States to: U. S. BANKRUPTCY COURT, 824 MARKET STREET, 3RD FLOOR, WILMINGTON, DE   19801

/s/ Tamara Fox
Brevard County Tax Collector
P.O. Box 2500
Titusville, FL 32781-2500
321-264-7708
tamara.fox@brevardtc.com