IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**Related Docket No. 1033**

## CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' OBJECTION TO CLAIM OF 212 DESIGN, INC.

The undersigned counsel for the above-captioned reorganized debtors (the "Reorganized Debtors") hereby certifies that on July 11, 2016, the Reorganized Debtors filed and served the *Reorganized Debtors' Objection to Claim of 212 Design, Inc.* (the "Objection"). Pursuant to the *Notice of the Objection*, objections and responses to the Objection were to be filed and served no later than August 4, 2016, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Objection appears thereon. Additionally, no objections or responses to the Objection have been received by the undersigned counsel.

Accordingly, the Reorganized Debtors request that the order attached to the Objection be entered at the Court's convenience.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:  August 8, 2016	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:   ljones@pszjlaw.com
            mseidl@pszjlaw.com
            joneill@pszjlaw.com
            jpomerantz@pszjlaw.com
            jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors

DOCS_DE:208857.1 72779/002