IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

Related Docket Nos. 1034 & 1043

# CERTIFICATION OF COUNSEL AND OF NO OBJECTION REGARDING REORGANIZED DEBTORS' SIXTH OMNIBUS OBJECTION, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1, TO (I) NO LIABILITY CLAIMS, (II) OVERSTATED CLAIMS, (III) MISCLASSIFIED CLAIMS, AND (IV) OVERSTATED AND MISCLASSIFIED CLAIMS (SUBSTANTIVE)

The undersigned counsel for the above-captioned reorganized debtors (the "Reorganized Debtors") hereby certifies that on July 12, 2016, the Reorganized Debtors filed and served the *Reorganized Debtors' Sixth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) No Liability Claims, (II) Overstated Claims, (III) Misclassified Claims, and (IV) Overstated and Misclassified Claims (Substantive)* (the "Sixth Omnibus Objection"). Pursuant to the *Notice of the Sixth Omnibus Objection*, objections and responses to the Sixth Omnibus Objection were to be filed and served no later than August 4, 2016, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and—other than *DisplayIt, Inc.'s Objection to the Reorganized Debtors' Sixth Omnibus Claim Objection Re Claim No. 841* (the "Response") [Docket No. 1043]—no answer, objection, or other responsive

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

pleadings to the Sixth Omnibus Objection appears thereon. Additionally, other than the Response, no objections or responses to the Sixth Omnibus Objection have been received by the undersigned counsel.

With respect to the Response, the parties have agreed to continue the Sixth Omnibus Objection to a date and time to be determined. Attached hereto as Exhibit A is a modified order, acceptable to DisplayIt, Inc., continuing the hearing with respect to the Response (the "Proposed Order"); attached hereto as Exhibit B is a blackline of the Proposed Order as compared to the form filed with the Sixth Omnibus Objection.

Accordingly, the Reorganized Debtors request that the Proposed Order be entered at the Court's convenience.

Dated: August 9, 2016

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Laura Davis Jones_
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
        mseidl@pszjlaw.com
        joneill@pszjlaw.com
        jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors