IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> QUIKSILVER, INC., *et al.*,[1] <br><br>         Reorganized Debtors. | Chapter 11 <br><br> Case No. 15-11880 (BLS) <br><br> Jointly Administered <br> **Related Docket No. 1048** |

### AMENDED NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON AUGUST 11, 2016, AT 10:00 A.M.

### NOTE: HEARING CANCELED – ALL MATTERS RESOLVED

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, DE 19801**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., 1-business day before the hearing.**

### UNCONTESTED MATTER (CERTIFICATION OF NO OBJECTION FILED):

1.   Reorganized Debtors' Objection to Claim of 212 Design, Inc. (Filed July 11, 2016; Docket No. 1033)

     **Response Deadline:** August 4, 2016, at 4:00 p.m.

     **Objections/Responses:** None.

     **Related Documents:**

     (a)   Certification of No Objection (Filed August 8, 2016; Docket No. 1046)

     **Status:** A certification of no objection has been filed. The Reorganized Debtors' request entry of the order attached to the objection.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**CONTESTED MATTER (CERTIFICATION OF COUNSEL FILED)**

2. Reorganized Debtors' Sixth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) No Liability Claims, (II) Overstated Claims, (III) Misclassified Claims, and (IV) Overstated and Misclassified Claims (Substantive) (Filed July 12, 2016; Docket No. 1034)

   **Response Deadline:** August 4, 2016, at 4:00 p.m.

   **Objections/Responses:**

   (a) Display It, Inc.'s Objection to the Reorganized Debtors' Sixth Omnibus Claim Objection Re Claim No. 841 (Filed August 3, 2016; Docket No. 1043)

   **Related Documents:**

   (a) Notice of Submission of Proofs of Claim in Connection with the Reorganized Debtors' Sixth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) No Liability Claims, (II) Overstated Claims, (III) Misclassified Claims, and (IV) Overstated and Misclassified Claims (Substantive) (Filed July 26, 2016; Docket No. 1041)

   (b) Certification of Counsel and of No Objection Regarding Reorganized Debtors' Sixth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to (I) No Liability Claims, (II) Overstated Claims, (III) Misclassified Claims, and (IV) Overstated and Misclassified Claims (Substantive) (Filed August 9, 2016; Docket No. 1047)

*[remainder of page intentionally left blank]*

**Status:** The Reorganized Debtors received one response, from creditor DisplayIt, Inc. With respect to respondent DisplayIt, Inc., the parties have agreed to continue this matter to a date and time to be determined while they pursue settlement discussions and/or informal and formal discovery. No other responses have been received, and a revised order continuing this matter with respect to DisplayIt, Inc., has been submitted under certification of counsel and of no objection. The Reorganized Debtors request entry of the revised order.

Dated: August 9, 2016    PACHULSKI STANG ZIEHL & JONES LLP

/s/ Michael R. Seidl
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    ljones@pszjlaw.com
          mseidl@pszjlaw.com
          joneill@pszjlaw.com
          jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com

Co-Counsel for the Reorganized Debtors

DE#208430