# Exhibit 1

## No Liability Claims

DOCS_DE:208370.3 72779/002

Exhibit A - No Liability Claim Objections
Quiksilver Inc., et al.

In re: Quiksilver, Inc., et al.
Case No. 15-11880

| Name | Claim Number | Claimed Amount and Asserted Priority | Reason for Disallowance |
|---|---|---|---|
| Cosentini, Helena | 151 | UNLIQUIDATED (Priority) | Company books and records indicate there is no outstanding liability to the creditor. |
| Donovan, Alis | 191 | $100.63 (Priority) | Company books and records indicate there is no outstanding liability to the creditor. |
| GeoTag, Inc. | 168 | BLANK (Priority) | Claim identifies no amount and refers to "patent infringement" as basis for claim without provided any supporting information or explanation. While claimant previously commenced suit against the Debtors in 2010 alleging certain patent infringements, that suit was dismissed without prejudice in January 2014. No further suit has been commenced, and the claimant has not moved for relief from stay to commence such an action. The creditor has not provided evidence of such alleged infringement, and the company's records show no liability outstanding or due to the creditor. In the event the creditor seeks to pursue the claim, the Debtors reserve all rights, defenses, and counterclaims. |
| Ho, Alison | 172 | $300.00 (Priority) | Company books and records indicate there is no outstanding liability to the creditor. |
| Kawakubo, Mark | 543 | $7,005.53 (Priority) | Company books and records indicate there is no outstanding liability to the creditor. |
| Potter, Shay | 55 | $360.00 (Priority) | Company books and records indicate there is no outstanding liability to the creditor. |
| Quetico LLC | 376 | $1,699,052.27 (Unsecured) | Claim asserts unrecouped licenses fees and related charges under a license agreement. The referenced license agreement does not contemplate a remedy if the licensee fails to earn amounts in excess of the license fee it has paid and does not otherwise provide for such a recovery. The creditor has not provided evidence of such fees or grounds for recovery of such fees, and the company's records indicate no payments are outstanding or due to the creditor. |
| Vishnevsky, Jason | 129 | $269.69 (Priority) | Company books and records indicate there is no outstanding liability to the creditor. |
| Yoon, Joyce | 629 | $5,669.02 (Priority) | Company books and records indicate there is no outstanding liability to the creditor. |