## Exhibit 2

**Overstated Claims**

Exhibit B - Overstated Claim Objections
Quiksilver, Inc. et. al.

In re: Quiksilver, Inc., et al.
Case No. 15-11880

| Name | Claim Number | Claimed Amount and Asserted Priority | Proposed Amount and Priority | Reason for Reduction |
|---|---|---|---|---|
| Displayit, Inc. | 841 | $420,839.39 (Administrative)<br>$677,833.44 (Unsecured) | $7,942.46 (Adminstrative)<br>$664,391.41 (Unsecured) | Company books and records indicate 503(b)(9) and General Unsecured Amounts are less than the amount claimed. The amounts indicated in the "Proposed Amount and Priority" are consistent with the Company's books and records. |