## Exhibit 3

**Misclassified Claims**

**Exhibit C - Misclassified Claim Objections**
**Quiksilver, Inc., et. al.**

In re: Quiksilver, Inc., et. al.
Case No. 15-11880

| Name | Claim Number | Claimed Amount and Asserted Priority | Proposed Amount and Priority | Reason for Reclassification |
|---|---|---|---|---|
| Catania International, Inc., a California Corporation | 245 | $230,000.00 (Secured) | $230,000.00 (Unsecured) | Misclassified claim for product shipped in 2012. Creditor has not provided evidence of security. |
| Chang, Wei-En | 174 | $12,475.00 (Priority) $57,556.41 (Unsecured) | $70,031.41 (Unsecured) | Misclassified claim for unpaid wages earned under a severance agreement signed longer than 180 days before the filing date. |
| Gregg, Debi | 507 | $23,798.06 (Priority) | $23,798.06 (Unsecured) | Misclassified claim for unpaid wages earned under a severance agreement signed longer than 180 days before the filing date. |
| Law Offices of Julie L. Plisinski | 93 | $7,410.00 (Priority) | $7,410.00 (Unsecured) | Misclassified claim for unpaid pre-petition legal services rendered. No basis for priority status. |
| Vollmer, Val George | 1 | $26,578.12 (Priority) | $26,578.12 (Unsecured) | Misclassified claim for unpaid wages earned under a severance agreement signed longer than 180 days before the filing date. |