## Exhibit 4

**Overstated and Misclassified Claims**

Exhibit D - Overstated and Misclassified Claim Objections
Quiksilver, Inc. et. al.

In re: Quiksilver, Inc., et. al.
Case No. 15-11880

| Name | Claim Number | Claimed Amount and Asserted Priority | Proposed Amount and Priority | Reason for Reduction and Reclassification |
|---|---|---|---|---|
| Borley, Krista | 232 | $51,850.00 (Priority) | $6,237.17 (Unsecured) | Company books and records indicate a total liability of $18,712.17, of which the full priority component permitted under the Bankruptcy Code, $12,475, was paid on September 28, 2015. The remaining liability is $6,237.17. |
| West, Lisa | 546 | $21,344.06 (Priority) | $4,655.87 (Unsecured) | Company books and records indicate a total liability of $17,130.87, of which the fully priority component permitted under the Bankruptcy Code, $12,475 was paid on September 28, 2015. The remaining liability is $4,655.87. |