
**Department of Finance**

**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**
824 Market ST N
3rd Floor
Wilmington, DE 19801

FILED
2016 AUG 15  AM 9: 34
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Date | 08-Aug-2016 |
| Case No | 15-11880 |
| Claim No | 15 X 0235 |
| Unit | B&A |

In the Matter of:   QUIKSILVER INC

Dear Sir/Madam:

Please withdraw our **Proof of Claim** filed on or about 10-Mar-2016 in the amount of **$167,586.00**.

Reason: No Tax Due.

By: _____
Audit Division
Bankruptcy & Assignment Unit
345 Adams Street
Brooklyn, NY  11201

---

Jacques Jiha, Ph.D.         Cesar Bencosme                                            345 Adams Street         nyc.gov/finance
Commissioner                Assistant Commissioner                                    Brooklyn, NY 11201
Department of Finance       Tax Audit & Enforcement Division/Office of Tax Audit