IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> QUIKSILVER, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-11880 (BLS) <br><br> (Jointly Administered) <br><br> **Ref. Nos. 188 and 189** |

### NOTICE OF WITHDRAWAL AS COUNSEL AND REQUEST FOR REMOVAL FROM MASTER AND ECF SERVICE LISTS

**PLEASE TAKE NOTICE** that William E. Chipman, Jr. of Chipman Brown Cicero & Cole, LLP hereby withdraws as counsel of record for *Industrial Property Fund VII, LLC* and *West County Commerce Realty Holding Co. LLC* and request to be removed from the master and ECF service lists for the above captioned case. Please remove as follows:

William E. Chipman, Jr.
**CHIPMAN BROWN CICERO & COLE, LLP**
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com

Dated: October 6, 2016
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com

*Counsel for Industrial Property Fund VII, LLC and West County Commerce Realty Holding Co. LLC*