Akins Gump Strauss Hauer & Feld LLP

To Whom I May Concern                     9-26-2016

I David L Carpenter, being of sound mind, will give up no part of land, funds, or other properties owed to me when bankruptcy court is finalized with "Quick Silver Resources Inc., et al. ("Quicksilver"). All property taxes owed by me are current.

Owner number 825 75
OMB NO. 1545-0115
Federal ID - 75-2756163     Thanks sincerely

David L Carpenter
Tax ID 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

Phone # 254-394-1953

Address P.O. Box 177
         Bells Tx 75414

CC: Quick Silver
attorney

RECEIVED
SEP 30 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED
2016 OCT 14 PM 3:24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

4