IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

QUIKSILVER, INC., *et al.*,

Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 15-11880 (BLS)
:
: Jointly Administered
:
:

# NOTICE OF FILING OF DEBTORS' POST-CONFIRMATION QUARTERLY SUMMARY REPORT FOR THE PERIOD ENDING SEPTEMBER 31, 2016

PLEASE TAKE NOTICE that today the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed with the Bankruptcy Court its Post-Confirmation Quarterly Summary Report for the Period Ending September 31, 2016, a copy of which is attached hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: Wilmington, Delaware
November 29, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Mark S. Chehi, Esq. (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## EXHIBIT A

788907-WILSR01A - MSW

**EXHIBIT A**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:   Quiksilver Inc, et al.                    Bank:  Bank of America

Bankruptcy Number:   15-11880

Date of Confirmation:   1/28/2016

Reporting Period (month/year):   July 1, 2016 – Sept 31, 2016

($ in 000's)

| | |
|---|---|
| Beginning Cash Balance: | $ (210) |
| All receipts received by the debtor: | |
| Cash from ordinary course: | $ 95,312 |
| Debt Borrowings: | $ 18,309 |
| Total of cash receipts: | $ 113,621 |
| Total of cash available: | $ 113,441 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| Debt Repayments | $ 11,000 |
| All other disbursements made in the ordinary course: | $ 98,892 |
| Total Disbursements | $ 109,892 |
| Ending Cash Balance | $ 3,519 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Name/Title:   Ryan Wong / VP of Finance                    Date:  11/11/2016

Debtor:   Quiksilver Inc, et al.

Case Number:   15-11880

| | DC Shoes, Inc | QS Wholesale, Inc. | QS Retail, Inc. | Hawk Designs, Inc. | Quiksilver, Inc. | Quiksilver, Inc. et al. |
|---|---|---|---|---|---|---|
| Case Number: | 15-11883 | 15-11881 | 15-11888 | 15-11885 | 15-11880 | |
| Beginning Cash Balance | (987) | 3,551 | (1,300) | - | (1,474) | (210) |
| All receipts by debtor | | | | | | |
| Cash from ordinary business | 22,440 | 46,298 | 26,573 | - | - | 95,312 |
| Debt Borrowings | - | 8,000 | - | - | 10,309 | 18,309 |
| Total of cash receipts | 22,440 | 54,298 | 26,573 | - | 10,309 | 113,621 |
| Total of cash available | 21,453 | 57,849 | 25,273 | - | 8,835 | 113,411 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - | - | - | - | - | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | - | - | - | - | - |
| Debt Repayments | - | 11,000 | - | - | - | 11,000 |
| All other disbursements made in the ordinary course: | 21,781 | 40,471 | 26,760 | - | 9,880 | 98,892 |
| Total disbursements | 21,781 | 51,471 | 26,760 | - | 9,880 | 109,892 |
| Ending Cash Balance | (327) | 6,378 | (1,487) | - | (1,045) | 3,519 |

Consolidating Balance Sheet as of September 31, 2016

| Description | DC Shoes, Inc. | QS Wholesale, Inc. | QS Retail, Inc. | Hawk Designs, Inc | Quiksilver, Inc. | Quiksilver, Inc. et al. |
|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | (327,284) | 6,377,928 | (1,487,005) | - | (1,044,785) | 3,518,855 |
| Restricted Cash | | | | | 125,199 | 125,199 |
| Trade Accounts Receivable | 19,778,780 | 32,020,906 | 1,132,097 | | | 52,931,782 |
| Accounts Receivable Reserve | (1,765,750) | (2,964,565) | | | | (4,730,314) |
| Income Taxes Receivable - Current | | | | | | - |
| Other Receivables | 1,498,554 | 4,559,401 | 183,995 | - | 10 | 6,241,960 |
| Inventories | 6,564,339 | 26,167,505 | 40,905,862 | | | 73,637,706 |
| Prepaid Expenses | 4,628,272 | 6,493,394 | 1,603,390 | | 0 | 12,725,056 |
| Deferred Tax Asset Current | | | | | 0 | 0 |
| **Total Current Assets** | **30,376,912** | **72,654,570** | **42,338,339** | **-** | **(919,575)** | **144,450,246** |
| | | | | | | |
| Restricted Cash - Long Term | | | | | | |
| | | | | | | |
| Fixed Assets | 1,660,614 | 41,320,054 | 21,355,735 | | 23,157,638 | 87,494,042 |
| Accumulated Depreciation | (1,610,013) | (35,874,636) | (20,999,266) | | (12,142,858) | (70,626,774) |
| **Net PP&E** | **50,601** | **5,445,418** | **356,469** | | **11,014,780** | **16,867,268** |
| | | | | | | |
| Intangible Assets | 2,478,145 | 56,484,649 | 20,000 | - | 11,063,322 | 70,046,116 |
| Accumulated Amortization | (1,593,245) | (13,865,874) | (20,000) | | (1,827,028) | (17,306,147) |
| **Net Trademarks** | **884,899** | **42,618,776** | **-** | **-** | **9,236,294** | **52,739,969** |
| | | | | | | |
| Goodwill | | 112,639 | | | 13,471,296 | 13,583,935 |
| Accumulated Amortization - Goodwill | | (112,639) | | | (4,827,215) | (4,939,854) |
| **Net Goodwill** | | **(0)** | | | **8,644,081** | **8,644,081** |
| | | | | | | |
| Investments in Subs | | 182,773,666 | | | 655,972,389 | 838,746,055 |
| Other Assets | 183,747 | 3,524,845 | 519,946 | | 30,829 | 4,259,367 |
| Deferred Tax Asset Non-Current | | | | | - | |
| **Total Assets** | **31,496,159** | **307,017,275** | **43,214,755** | **-** | **683,978,798** | **1,065,706,986** |
| | | | | | | |
| Line Of Credit | | 0 | | | | 0 |
| Short-term debt | | - | | | | - |
| Accounts Payable | 11,906,501 | 21,289,391 | 1,438,288 | | 573,052 | 35,207,232 |
| Accrued Liabilities | 1,023,361 | 9,782,566 | 2,504,907 | - | 0 | 13,310,834 |
| Current Portion Of Long Term Debt | | 0 | | | | 0 |
| Income Taxes Payable - Current | (133,575) | 51,387 | (24,891) | | (391,182) | (498,261) |
| Deferred Taxes Current | | | | | | - |
| Intercompany | (323,900,844) | (182,981,354) | 401,318,935 | (48,783,858) | 40,087,339 | (114,259,782) |
| **Total Current Liabilities** | **(311,104,557)** | **(151,858,010)** | **405,237,238** | **(48,783,858)** | **40,269,209** | **(66,239,978)** |
| | | | | | | |
| Long Term Debt | | 47,938,084 | | | | 47,938,084 |
| Liabilities Subject to Compromise (PrePetition) | 591,909 | 1,168,080 | 1,179,960 | | 11,560,050 | 14,500,000 |
| Deferred Taxes Non-Current | | | | | 18,658,934 | 18,658,934 |
| Income Taxes Payable - Non-Current | | | | | 9,438,425 | 9,438,425 |
| Other Long Term Liabilities | | 252,608 | 744,623 | | | 997,231 |
| **Total Liabilities** | **(310,512,648)** | **(102,499,237)** | **407,161,822** | **(48,783,858)** | **79,926,618** | **25,292,697** |
| | | | | | | |
| **Minority Interest Liability** | | **(3,907,000)** | | | | **(3,907,000)** |
| | | | | | | |
| Common Stock | | | 1,000 | | 143,701 | 144,701 |
| Additional Paid-In Capital | 9,546,827 | 344,621,412 | | 1,022,603 | 920,770,075 | 1,275,960,917 |
| Treasury Stock | | | | | | - |
| Beginning Retained Earnings | 311,108,999 | (139,995,887) | (140,943,018) | 29,733,487 | (782,313,026) | (722,409,445) |
| Current Retained Earnings | 22,341,981 | (92,577,030) | (17,505,833) | | 479,030,786 | 391,289,903 |
| Other Comprehensive Income | | 572 | | | | 572 |
| Foreign Currency Translation | (989,000) | 301,374,446 | (205,499,216) | 18,027,768 | (13,579,356) | 99,334,642 |
| **Total Stockholders Equity** | **342,008,807** | **413,423,512** | **(363,947,067)** | **48,783,858** | **604,052,179** | **1,044,321,289** |
| | | | | | | |
| **Total Liabilities & Stockholders Equity** | **31,496,159** | **307,017,275** | **43,214,755** | **(0)** | **683,978,798** | **1,065,706,986** |