UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al.*,<br><br>　　　　　Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 15-11880 (BLS)<br>Jointly Administered |
| QUIKSILVER, INC., *et al.*,<br><br>　　　　　Objector,<br><br>v.<br><br>DISPLAYIT, INC.,<br><br>　　　　　Respondent. | Contested Matter |

## NOTICE OF SERVICE OF
## FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF

**PLEASE TAKE NOTICE** that on December 27, 2016, Quiksilver, Inc., and certain of its affiliated entities, post-confirmation debtors in the above-captioned cases, served the *First Set of Interrogatories, Requests for Production, and Requests for Admission Propounded by Plaintiff* directed to Displayit, Inc., upon the following individuals as and in the manner indicated:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

(Overnight Delivery and Electronic Mail)
BAIRD MANDALAS BROCKSTEDT, LLC
Stephen W. Spence, Esquire
Stephen A. Spence, Esquire
1413 Savannah Road, Suite 1
Lewes, Delaware 19958
sws@bmbde.com
sas@bmbde.com

(Overnight Delivery and Electronic Mail)
BUCHALTER NEMER, P.C.
Anthony J. Napolitano, Esquire
1000 Wilshire Boulevard, 15th Floor
Los Angeles, California 90017-2457
anapolitano@buchalter.com

Dated: December 27, 2016                    PACHULSKI STANG ZIEHL & JONES LLP


                                            /s/ Michael R. Seidl
                                            Laura Davis Jones (DE Bar No. 2436)
                                            Michael R. Seidl (DE Bar No. 3889)
                                            John A. Morris (NY Bar No. 4662)
                                            919 North Market Street, 17th Floor
                                            Wilmington, DE 19801
                                            Telephone: (302) 652-4100
                                            Facsimile: (302) 652-4400
                                            Email:   ljones@pszjlaw.com
                                                     mseidl@pszjlaw.com
                                                     jmorris@pszjlaw.com

                                            Co-Counsel for the Post-Confirmation Debtors