# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSIVER, INC., *et al.*,<br><br>　　　　　　　　　　　　Reorganized Debtors.[1] | Chapter 11 Case<br>Case No. 15-11880 (BLS)<br>(Jointly Administered) |
| QUIKSILVER, INC., *et al.*<br><br>　　　　　　　　　　　　Objector,<br><br>DISPLAYIT, INC.,<br><br>　　　　　　　　　　　　Respondent. | Contested Matter |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　　　)
　　　　　　　　　　　　　　)SS:
COUNTY OF NEW CASTLE　　)

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Post-Confirmation Debtors, in the above-captioned actions, and that on the 27th day of December, 2016, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

> *Notice of Service and First Set of Interrogatories, Requests for Production and Requests for Admission Propounded by Plaintiff*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

/s/ Kathleen Forte Finlayson
Kathleen Forte Finlayson

Sworn to and subscribed before
me this 27th day of December, 2016

/s/
Notary Public
My Commission Expires:

[Notary Seal: K.A. JOHN BOWER, MY COMMISSION EXPIRES SEPT. 16, 2018, NOTARY PUBLIC, STATE OF DELAWARE]

DOCS_DE:211537.1 72779/002

Quiksilver Special Service List
(Discovery Requests to Displayit, Inc.)
Case No. 15-11880 (BLS)
Document No. 211538
02 – Overnight Delivery
02 – Email

**Overnight Delivery & Email**
(Counsel for Displayit, Inc.)
Stephen W. Spence, Esquire
Stephen A. Spence, Esquire
Baird Mandalas Brockstedt, LLC
1413 Savannah Road, Suite 1
Lewes, DE 19958
Email: sws@bmbde.com
       sas@bmbde.com

**Overnight Delivery & Email**
(Counsel for Displayit, Inc.)
Anthony J. Napolitano, Esquire
Buchalter Nemer, P.C.
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017-2457
Email: anapolitano@buchalter.com