**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*, | Case No. 15-11880 (BLS) |
| Reorganized Debtors.[1] | Jointly Administered |
| | |
| QUIKSILVER, INC., *et al.*, | Contested Matter |
| Objector, | |
| v. | |
| DISPLAYIT, INC., | |
| Respondent. | |

**NOTICE OF SERVICE OF OMNIBUS RESPONSE TO THE
REORGANIZED DEBTOR'S FIRST SET OF INTERROGATORIES,
REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION**

PLEASE TAKE NOTICE that on January 26, 2017, DisplayIt, Inc. ("DisplayIt"), through its undersigned counsel, served the *Omnibus Response to the First Set of Interrogatories, Requests for Production and Requests for Admission* and documents marked as DisplayIt 000001 to DisplayIt 000489 upon the following individual, as counsel to Quiksilver, Inc., and in the manner indicated:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

1

BN 27880801v1

**Via U.S. Mail and Electronic Mail:**
PACHULSKI STANG ZIEHL & JONES LLP
Michael R. Seidl, Esq.
919 North market Street, 17th Floor
Wilmington, Delaware 19801

Email:  mseidl@pszjlaw.com

Dated:  January 26, 2017

BUCHALTER, A Professional Corporation

Anthony J. Napolitano (Cal. Bar No. 227691)
1000 Wilshire Boulevard, 15th Floor
Los Angeles, California 90017-2457
Telephone:  (213) 891-0700
Facsimile:  (213) 896-0400

and

BAIRD MANDALAS BROCKSTEDT, LLC
Stephen W. Spence, Esquire (#2033)
1413 Savannah Road, Suite 1
Lewes, Delaware 19958
Telephone:  (302) 645-2262
Facsimile:  (302) 644-0306

Attorneys for DisplayIt, Inc.

2