**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:   Quiksilver Inc, et al.                                  Bank:  Bank of America

Bankruptcy Number:   15-11880

Date of Confirmation:   1/28/2016

Reporting Period (month/year):   October 1, 2016 – December 31, 2016

($ in 000's)

|  |  |
|---|---|
| Beginning Cash Balance: | $ 3,519 |

All receipts received by the debtor:

|  |  |
|---|---|
| Cash from ordinary course: | $ 74,853 |
| Debt Borrowings: | $ 27,700 |
| Total of cash receipts: | $ 102,553 |
| Total of cash available: | $ 106,072 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 12,725 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| Debt Repayments | $ 11,000 |
| All other disbursements made in the ordinary course: | $ 62,011 |
| Total Disbursements | $ 85,736 |
| Ending Cash Balance | $ 20,336 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Name/Title:   Ryan Wong / VP of Finance                         Date:  02/08/2017

Debtor:   Quiksilver Inc, et al.

Case Number:    15-11880

| | DC Shoes, Inc | QS Wholesale, Inc. | QS Retail, Inc. | Hawk Designs, Inc. | Quiksilver, Inc. | Quiksilver, Inc. et al. |
|---|---|---|---|---|---|---|
| Case Number: | **15-11883** | **15-11881** | **15-11888** | **15-11885** | **15-11880** | |
| Beginning Cash Balance | (327) | 6,378 | (1,487) | - | (1,045) | 3,519 |
| All receipts by debtor | | | | | | |
| Cash from ordinary business | 15,825 | 36,537 | 22,491 | - | - | 74,853 |
| Debt Borrowings | - | 14,000 | - | - | 13,700 | 27,700 |
| Total of cash receipts | 15,825 | 50,537 | 22,491 | - | 13,700 | 102,553 |
| Total of cash available | 15,498 | 56,915 | 21,004 | - | 12,655 | 106,072 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - | - | - | - | 12,725 | 12,725 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | - | - | - | - | - |
| Debt Repayments | - | 11,000 | - | - | - | 11,000 |
| All other disbursements made in the ordinary course: | 15,873 | 25,691 | 20,312 | - | 135 | 62,011 |
| Total disbursements | 15,873 | 36,691 | 20,312 | - | 12,860 | 85,736 |
| Ending Cash Balance | (375) | 20,224 | 692 | - | (205) | 20,336 |

Consolidating Balance Sheet as of December 31, 2016

| Description | DC Shoes, Inc. | QS Wholesale, Inc. | QS Retail, Inc. | Hawk Designs, Inc | Quiksilver, Inc. | Quiksilver, Inc. et al. |
|---|---:|---:|---:|---:|---:|---:|
| Cash & Cash Equivalents | (375,486) | 20,224,085 | 692,124 | - | (204,900) | 20,335,823 |
| Trade Accounts Receivable | 17,561,454 | 31,507,833 | 1,368,355 | | | 50,437,642 |
| Accounts Receivable Reserve | (2,749,068) | (5,312,879) | | | | (8,061,947) |
| Other Receivables | 930,608 | 2,219,990 | 283,442 | - | - | 3,434,040 |
| Inventories | 5,304,505 | 31,677,141 | 29,423,482 | | | 66,405,128 |
| Prepaid Expenses | 1,843,714 | 8,191,881 | 2,237,115 | | - | 12,272,710 |
| **Total Current Assets** | **22,515,726** | **88,508,050** | **34,004,519** | **-** | **(204,899)** | **144,823,396** |
| | | | | | | |
| Fixed Assets | 670,277 | 56,648,048 | 31,835,051 | | 28,664,421 | 117,817,797 |
| Accumulated Depreciation | (637,138) | (29,973,076) | (20,893,805) | | (12,743,486) | (64,247,504) |
| **Net Pp&E** | **33,140** | **26,674,972** | **10,941,245** | | **15,920,936** | **53,570,293** |
| | | | | | | |
| Intangible Assets | 2,494,472 | 56,487,406 | | - | 11,122,892 | 70,104,769 |
| Accumulated Amortization | (1,466,673) | (13,514,136) | | | (1,322,096) | (16,302,905) |
| **Net Trademarks** | **1,027,799** | **42,973,270** | | **-** | **9,800,795** | **53,801,864** |
| | | | | | | |
| Goodwill | | | - | | 13,471,296 | 13,471,296 |
| Accumulated Amortization - Goodwill | | | - | | (4,827,215) | (4,827,215) |
| **Net Goodwill** | | | - | | **8,644,081** | **8,644,081** |
| | | | | | | |
| Investments in Subs | | 507,236,487 | (296,053,194) | | 522,047,019 | 733,230,312 |
| Other Assets | 48,147 | 3,199,332 | 3,178,697 | | 30,829 | 6,457,005 |
| **Total Assets** | **23,624,812** | **668,592,111** | **(247,928,732)** | **-** | **556,238,760** | **1,000,526,951** |
| | | | | | | |
| Accounts Payable | 8,484,055 | 31,166,166 | 3,040,059 | | 675,344 | 43,365,624 |
| Accrued Liabilities | 591,428 | 14,337,665 | 2,349,659 | - | 2,625,000 | 19,903,751 |
| Income Taxes Payable - Current | (165,638) | 51,487 | (25,391) | | (398,137) | (537,679) |
| Intercompany | (5,875,312) | 255,284,769 | (228,422,130) | (48,783,858) | (82,483,987) | (110,280,519) |
| **Total Current Liabilities** | **3,034,533** | **300,840,086** | **(223,057,804)** | **(48,783,858)** | **(79,581,780)** | **(47,548,823)** |
| | | | | | | |
| Long Term Debt | | 65,050,608 | | | | 65,050,608 |
| Liabilities Subject to Compromise (PrePetition) | 0 | 2,062,470 | - | | | 2,062,470 |
| Deferred Taxes Non-Current | | | | | 18,658,934 | 18,658,934 |
| Income Taxes Payable - Non-Current | | | | | 9,438,425 | 9,438,425 |
| Other Long Term Liabilities | | 8,515 | 3,851,222 | | | 3,859,737 |
| **Total Liabilities** | **3,034,533** | **367,961,679** | **(219,206,582)** | **(48,783,858)** | **(51,484,421)** | **51,521,352** |
| | | | | | | |
| **Minority Interest Liability** | | (3,907,000) | | | | (3,907,000) |
| | | | | | | |
| Common Stock | | | 1,000 | | 144,000 | 145,000 |
| Additional Paid-In Capital | (295,278,623) | 210,685,633 | 333,245,486 | 1,022,603 | 1,004,243,098 | 1,253,918,197 |
| Beginning Retained Earnings | 315,821,402 | (214,960,279) | (167,016,824) | 29,733,487 | (303,657,992) | (340,080,206) |
| Current Retained Earnings | 1,036,499 | (15,118,321) | 686,267 | | (85,808,206) | (99,203,762) |
| Other Comprehensive Income | | 20 | | | | 20 |
| Foreign Currency Translation | (989,000) | 323,930,378 | (195,638,079) | 18,027,768 | (7,197,718) | 138,133,349 |
| **Total Stockholders Equity** | **20,590,278** | **304,537,431** | **(28,722,150)** | **48,783,858** | **607,723,181** | **952,912,599** |
| | | | | | | |
| **Total Liabilities & Stockholders Equity** | **23,624,812** | **668,592,111** | **(247,928,732)** | **-** | **556,238,760** | **1,000,526,951** |