IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | Re: Docket Nos. 657, 719, & 969 |

**CERTIFICATION OF COUNSEL REGARDING
AGREED ORDER AUTHORIZING AND APPROVING
REORGANIZED DEBTORS' SETTLEMENT AGREEMENT
AND MUTUAL RELEASE WITH RESPECT TO CERTAIN FORMER EMPLOYEES**

The undersigned counsel for the above-captioned reorganized debtors (the "Reorganized Debtors") hereby certifies as follows:

1. On or about November 23, 2015, certain of the Reorganized Debtors' former employees (the "Former Employees") filed various proofs of claim, including Claim 737, Claim 766, Claim 765, Claim 764, Claim 762, Claim 738, Claim 743, Claim 739, Claim 736, Claim 763, Claim 761, Claim 758, Claim 741, Claim 879, Claim 757, Claim 755, Claim 753, Claim 752, Claim 747, Claim 754, Claim 746, Claim 742, Claim 740, Claim 745, Claim 748, Claim 749, and Claim 750 (collectively the "Claims").

2. On January 14, 2016, the Former Employees filed a limited objection (the "Plan Objection") [Docket No. 657] to confirmation of the *The Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (including all supplements and amendments thereto, the "Plan"), which the Debtors opposed in their brief in support of confirmation [Docket No. 711].

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.
DOCS_DE:212340.1 72779/002

3. On January 26, 2016, the Former Employees filed the *Motion of Former Employees for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "Administrative Claim Motion") [Docket No. 719], seeking, *inter alia*, an administrative claim on behalf of the Former Employees and in connection with the Claims in the amount of not less than $7,291,946.65.

4. On January 29, 2016, the Bankruptcy Court overruled the Plan Objection and entered an order (the "Confirmation Order") [Docket No. 740] confirming the Plan. The effective date of the Plan was February 11, 2016.

5. On February 12, 2016, the Former Employees filed the *Notice of Appeal* [Docket No. 795] appealing the Confirmation Order, which matter is pending as Civil Action Number 16-cv-00090-LPS (the "Appeal").

6. On April 21, 2016, the Reorganized Debtors filed the *Reorganized Debtors' Objection to Motion of Former Employees for Allowance and Payment of Administrative Expense Claims* [Docket No. 969].

7. At the hearing held on April 28, 2016 (the "Hearing"), the parties reported their settlement in premise of the Claims, the Administrative Claim Motion, the Appeal, and related matters, subject to documentation. At the conclusion of the Hearing, the Court invited the parties to submit an agreed order under certification of counsel.

8. Thereafter, the parties entered in that *Settlement Agreement and Mutual Release* (the "Settlement") attached as Exhibit 1 to the *Order Authorizing and Approving Reorganized Debtors' Settlement Agreement and Mutual Release With Respect To Certain Former Employees* (the "Proposed Order"). A copy of the Proposed Order is attached hereto as Exhibit A.

- 3 -

WHEREFORE, the Reorganized Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A, at its convenience.

Dated: February 16, 2017

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    ljones@pszjlaw.com
          mseidl@pszjlaw.com
          jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors