# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| QUIKSILVER, INC., *et al.*, | ) |
| | ) Case No. 15-11880 (BLS) |
| Reorganized Debtors[1]. | ) |
| | ) Jointly Administered |
| | ) |

## NOTICE OF CHANGE OF ATTORNEY ADDRESS AND LAW FIRM

PLEASE TAKE NOTICE that Dustin P. Branch, Esquire, counsel for Boulevard Invest LLC and The Macerich Company (collectively, the "Landlords") in the above action, and formerly of the law firm of Katten Muchin Rosenman LLP, has changed firms. Effective immediately, Dustin P. Branch, Esquire should be served at Ballard Spahr LLP, as indicated below:

> Dustin P. Branch, Esquire
> BALLARD SPAHR LLP
> 2029 Century Park East, Suite 800
> Los Angeles, CA 90067-2909
> Telephone: (424) 204-4354
> Facsimile: (424) 204-4350
> E-mail: branchd@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that – pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure – the Landlords request that they be served with all documents at the above address.

---

[1] The Debtor and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, CA 92649.

Dated: February 16, 2017            **BALLARD SPAHR LLP**

/s/ Dustin P. Branch
Dustin P. Branch, Esquire
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com

*Attorneys for Landlord Creditors*
*Boulevard Invest LLC and The Macerich*
*Company*

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Ballard Spahr LLP, 2029 Century Park East, Suite 800, Los Angeles, California 90067-2909.

      On February 17, 2017, I served the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY ADDRESS AND LAW FIRM** on the interested parties as follows:

(X)    **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)**  Pursuant to Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 17, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated and further certify that a true and correct copy was sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 case.

(__)    **(BY MAIL – See attached service list)**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day as filing (or within 24 hours of same) with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion upon the party served, that service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

(__)    **(BY ELECTRONIC MAIL – See attached list)**  By transmitting electronically to the parties at the email address indicated above. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on February 17, 2017, at Los Angeles, California.

                                    */s/ Donna Carolo*
                                      Donna Carolo

# SERVICE LIST

**VIA NEF**

David G. Aelvoet on behalf of Creditor City Of El Paso
davida@publicans.com

Justin R. Alberto on behalf of Creditor Committee Official Committee of Unsecured Creditors
jalberto@bayardlaw.com,
bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

John R. Ashmead on behalf of Interested Party Deleware Trust Company, as Indenture Trustee for the 7.875% Senior Secured Notes
ashmead@sewkis.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

John Douglas Beck on behalf of Creditor Deutsche Trustee Company Limited
john.beck@hoganlovells.com, ronald.cappiello@hoganlovells.com

Reem J Bello on behalf of Creditor Dragon Crowd Garment, Inc.
rbello@wgllp.com, kadele@wgllp.com;nlockwood@wgllp.com

William Pierce Bowden on behalf of Creditor Blue Diamond Crossing II, LLC
wbowden@ashby-geddes.com

Gary D. Bressler on behalf of Creditor XL Specialty Insurance Company
gbressler@mdmc-law.com, smullen@mdmc-law.com;sshidner@mdmc-law.com;kdeans@mdmc-law.com

Michael G. Busenkell on behalf of Interested Party Alan Vickers
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Anda Druva
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Andrew P. Mooney
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Andy Mooney
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Brad Holman
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Carol Neilsen
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Chris Schreiber
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Christina G. Rice
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Darren Lott
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Jennifer Kutsch
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Joe O'Neil
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party John Graham
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kasey Mazzone
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kelley Ketner
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kelley C. Graham
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kelly Ketner
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kelly C. Graham
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kerstin N. Mazzone
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Kristina Kastelan
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Lance Stern
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Liam Devoy
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Natalie Rigolet
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Nicholas Drake
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Pamela Gobright
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Robert Oberschelp
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Roberta Turchi
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Scott Fullerton
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Stephen Finney
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Steve Finney
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Steve Swokowski
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Thomas Hartge
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Thomas Webster
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Vicki Love
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Viki Love
mbusenkell@gsbblaw.com

Paul J. Catanese on behalf of Interested Party CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation
pcatanese@mcguirewoods.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Andrew L. Cole on behalf of Creditor Annapolis Mall Owner LLC
andrew.cole@leclairryan.com

Andrew L. Cole on behalf of Creditor Westfield LLC
andrew.cole@leclairryan.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
Aconway@taubman.com

Robert L. Cook on behalf of Creditor New York State Department of Taxation and Finance
Robert.Cook@tax.ny.gov

Dain A. De Souza on behalf of Debtor Quiksilver, Inc.
Dain.DeSouza@skadden.com,
debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com

Andrew P. DeNatale on behalf of Interested Party Industrial Property Fund VII, LLC
adenatale@stroock.com

Andrew P. DeNatale on behalf of Interested Party West County Commerce Realty Holding Co. LLC
adenatale@stroock.com

Robert J. Dehney on behalf of Interested Party Oaktree Capital Management, L.P.
rdehney@mnat.com,
rfusco@mnat.com;aconway@mnat.com;mmaddox@mnat.com;chare@mnat.com

John D. Demmy on behalf of Creditor Florida Power and Light Company
jdd@stevenslee.com

John D. Demmy on behalf of Creditor San Diego Gas & Electric Company
jdd@stevenslee.com

John D. Demmy on behalf of Creditor Southern California Edison Company
jdd@stevenslee.com

Emily Kathryn Devan on behalf of Creditor CF Equipment Leases, LLC
edevan@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

Emily Kathryn Devan on behalf of Creditor General Electric Capital Corporation
edevan@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

Emily Kathryn Devan on behalf of Interested Party CF Equipment Leases, LLC as successor-in-interest to General Electric Capital Corporation
edevan@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

John P. Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Christopher R. Donoho, III on behalf of Creditor Deutsche Trustee Company Limited
chris.donoho@hoganlovells.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
adoshi@magnozzikye.com

Van C. Durrer, II on behalf of Debtor DC Direct, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor DC Shoes, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Fidra, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Hawk Designs, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Mt. Waimea, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Q.S. Optics, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor QS Retail, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor QS Wholesale, LLC
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver Entertainment, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver Wetsuits, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

Van C. Durrer, II on behalf of Debtor Quiksilver, Inc.
van.durrer@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

David W Dykhouse on behalf of Interested Party 404 West LLC
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Joseph A. Eisenberg on behalf of Interested Party Wasserman Sports
jae@jmbm.com;bt@jmbm.com;vr@jmbm.com

Niclas A. Ferland on behalf of Creditor Annapolis Mall Owner LLC
niclas.ferland@leclairryan.com

Niclas A. Ferland on behalf of Creditor Westfield LLC
niclas.ferland@leclairryan.com

Daniel A. Fliman on behalf of Creditor E. Gluck Corporation
dfliman@kasowitz.com

Jeffery Steven Flores on behalf of Creditor ABW 2181 Holdings LLC
jsf@opglaw.com, sherriey@opglaw.com

Jeffery Steven Flores on behalf of Creditor ABW Holdings LLC
jsf@opglaw.com, sherriey@opglaw.com

Jeffery Steven Flores on behalf of Creditor M&H Corporation
jsf@opglaw.com, sherriey@opglaw.com

Jeffery Steven Flores on behalf of Creditor Outrigger Hotels Hawaii
jsf@opglaw.com, sherriey@opglaw.com

David M. Fournier on behalf of Creditor Committee Official Committee of Unsecured Creditors
fournierd@pepperlaw.com,
wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com

David M. Fournier on behalf of Creditor Committee Official Committee of Unsecured Creditors
flbank@pepperlaw.com,
fournierd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Alan J Friedman on behalf of Creditor Dragon Crowd Garment, Inc.
afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com

Jerrold K Guben on behalf of Creditor ABW 2181 Holdings LLC
jkg@opglaw.com, julie@opglaw.com

Jerrold K Guben on behalf of Creditor ABW Holdings LLC
jkg@opglaw.com, julie@opglaw.com

Jerrold K Guben on behalf of Creditor M&H Corporation
jkg@opglaw.com, julie@opglaw.com

Jerrold K Guben on behalf of Creditor Outrigger Hotels Hawaii
jkg@opglaw.com, julie@opglaw.com

Steven T. Gubner on behalf of Creditor C & K Trading Co., Ltd.
sgubner@ebg-law.com, ecf@ebg-law.com

Victoria A. Guilfoyle on behalf of Creditor eBay Enterprise, Inc.
guilfoyle@blankrome.com

Mark F. Hebbeln on behalf of Creditor U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.000% Senior Notes due 2020
mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com

Leslie C. Heilman on behalf of Creditor Boulevard Invest LLC
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Federal Realty Investment Trust
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor First & Lenora LLC
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor GGP Limited Partnership
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Miracle Mile Shops
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor The Macerich Company
heilmanl@ballardspahr.com

Cathy Hershcopf on behalf of Creditor Committee Official Committee of Unsecured Creditors
chershcopf@cooley.com

Adam Hiller on behalf of Interested Party Cobracole Inc.
ahiller@hillerarban.com

Thomas M. Horan on behalf of Creditor Bank Of America, N.A.
thoran@shawfishman.com

James E. Huggett on behalf of Creditor Oracle America, Inc.
jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com

Laura Davis Jones on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
ljones@pszjlaw.com, efile1@pszyjw.com

Laura Davis Jones on behalf of Debtor Quiksilver, Inc.
ljones@pszjlaw.com, efile1@pszyjw.com

Laura Davis Jones on behalf of Debtor Quiksilver, Inc.
ljones@pszjlaw.com

Albert Kass on behalf of Claims Agent Kurtzman Carson Consultants LLC
ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Susan E. Kaufman on behalf of Creditor Taubman Landlords
skaufman@skaufmanlaw.com

Mark S. Kenney on behalf of U.S. Trustee U.S. Trustee
mark.kenney@usdoj.gov

Julia Bettina Klein on behalf of Creditor EP Holdings, Inc.
klein@kleinllc.com

Kurtzman Carson Consultants LLC
info@kccllc.com

Meredith A. Lahaie on behalf of Creditor Committee Official Committee of Unsecured Creditors
mlahaie@akingump.com

Sharon L. Levine on behalf of Creditor Janus Multi-Sector Income Fund, Janus High-Yield Fund, Janus Capital Funds plc Janus Global High Yield Fund, and Janus Capital Funds plc Janus High Yield Fund
slevine@lowenstein.com

Zi C. Lin on behalf of Creditor Travel Plus International, LLC.
zlin@garrett-tully.com

Donald K. Ludman on behalf of Creditor SAP Industries, Inc.
dludman@brownconnery.com

Boris I. Mankovetskiy on behalf of Interested Party Parigi Group, LTD.
bmankovetskiy@sillscummis.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Tamara K. Minott on behalf of Interested Party Oaktree Capital Management, L.P.
tminott@mnat.com, aconway@mnat.com

Mark Minuti on behalf of Creditor E. Gluck Corporation
mminuti@saul.com, rwarren@saul.com

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

John A. Morris on behalf of Debtor Quiksilver, Inc.
jmorris@pszjlaw.com

James E. O'Neill on behalf of Debtor Quiksilver, Inc.
jo'neill@pszjlaw.com, efile1@pszyj.com

Matthew W. Olsen on behalf of Creditor Weihai Textile Group Import & Export Co., Ltd.
matthew.olsen@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kristen N. Pate on behalf of Creditor GGP Limited Partnership
ggpbk@ggp.com, ggpbk@ggp.com;

Morgan L. Patterson on behalf of Creditor Bank Of America, N.A.
mpatterson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com

Lars A. Peterson on behalf of Creditor U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.000% Senior Notes due 2020
lapeterson@foley.com, khall@foley.com

David L. Pollack on behalf of Creditor Federal Realty Investment Trust
pollack@ballardspahr.com, blunt@ballardspahr.com

David L. Pollack on behalf of Creditor GGP Limited Partnership
pollack@ballardspahr.com, blunt@ballardspahr.com

Jeffrey N. Pomerantz on behalf of Debtor Quiksilver, Inc.
jpomerantz@pszjlaw.com

Patrick J. Reilley on behalf of Interested Party Cisco Bros. Corp.
preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com

Andrew R. Remming on behalf of Interested Party Oaktree Capital Management, L.P.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Deirdre M. Richards on behalf of Creditor Port Logistics Group Inc
drichards@finemanlawfirm.com, sscolari@finemanlawfirm.com

Colin R. Robinson on behalf of Debtor Quiksilver, Inc.
crobinson@pszjlaw.com

Jeremy William Ryan on behalf of Interested Party Parigi Group, LTD.
jryan@potteranderson.com, bankruptcy@potteranderson.com

Gilbert R. Saydah, Jr. on behalf of Creditor HP Investors
KDWBankruptcyDepartment@kelleydrye.com

John Henry Schanne, II on behalf of Creditor Committee Official Committee of Unsecured Creditors
schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

John Henry Schanne, II on behalf of Interested Party Brigade Capital Management, LP and CVI Opportunities Fund I, LLLP
schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Daren M. Schlecter on behalf of Interested Party Nicholas Drake
daren@schlecterlaw.com

Peter G. Schwed on behalf of Creditor C & K Broadway 519 LLC
gschwed@loeb.com

Michael Seidl on behalf of Debtor Quiksilver, Inc.
mseidl@pszyj.com

Michael Seidl on behalf of Debtor Quiksilver, Inc.
mseidl@pszjlaw.com, efile1@pszyj.com

James H. Shenwick on behalf of Creditor G&S Realty 1, LLC
jhs7@att.net

Andrew H. Sherman on behalf of Interested Party Parigi Group, LTD.
asherman@sillscummis.com

Jeffrey S. Shinbrot on behalf of Creditor Massive Prints, Inc.
jeffrey@shinbrotfirm.com

J Jackson Shrum on behalf of Creditor Ante Galic
jshrum@werbsullivan.com

Owen M. Sonik on behalf of Creditor City of Katy
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Howard M. Spector on behalf of Creditor Victoria Ward, Limited
hmspector@spectorjohnson.com, sshank@spectorjohnson.com;hrogers@spectorjohnson.com

Stephen W. Spence on behalf of Creditor DisplayIt, Inc.
sws@bmbde.com, sumspence@gmail.com

Michael S. Stamer on behalf of Creditor Committee Official Committee of Unsecured Creditors
mstamer@akingump.com

Jason A. Starks on behalf of Creditor Texas Comptroller of Public Accounts
bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov

David B. Stratton on behalf of Creditor Committee Official Committee of Unsecured Creditors
strattond@pepperlaw.com,
wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com

Aaron H Stulman on behalf of Creditor Blue Diamond Crossing II, LLC
AStulman@ashby-geddes.com

Matthew Summers on behalf of Creditor Federal Realty Investment Trust
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor First & Lenora LLC
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor GGP Limited Partnership
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor Miracle Mile Shops
summersm@ballardspahr.com

Matthew Summers on behalf of Creditor The Macerich Company
summersm@ballardspahr.com

Ronald Mark Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Seth Van Aalten on behalf of Creditor Committee Official Committee of Unsecured Creditors
svanaalten@cooley.com

Carolyn G. Wade on behalf of Interested Party State of Oregon, Department of Justice
carolyn.g.wade@doj.state.or.us

Pamela K. Webster on behalf of Creditor Port Logistics
pwebster@buchalter.com, smartin@buchalter.com

Pamela K. Webster on behalf of Creditor Port Logistics Group Inc
pwebster@buchalter.com, smartin@buchalter.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com