IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | |
| | ) | Jointly Administered  Ref. Dkt. Nos. 657, 719, 969 + 1087 |

**ORDER AUTHORIZING AND APPROVING
REORGANIZED DEBTORS' SETTLEMENT AGREEMENT
AND MUTUAL RELEASE WITH RESPECT TO CERTAIN FORMER EMPLOYEES**

Upon consideration of the *Certification of Counsel Regarding Agreed Order Authorizing and Approving Reorganized Debtors' Settlement Agreement and Mutual Release with Respect to Certain Former Employees* (the "Certification"), together with the underlying motions, responses, claims, and other documents referenced therein, seeking approval of the *Settlement Agreement and Mutual Release* (the "Settlement"); and upon the record of the hearing conducted on April 28, 2016; and notice of the Settlement having been adequate; and sufficient legal and factual bases existing for the relief requested, and the Court having jurisdiction to consider the Settlement pursuant to 28 U.S.C. §§ 1334 and 157(b)(2); and the Court finding that the Settlement was negotiated at arm's length and entered into in good faith by the parties and the consideration to be received by the estates is fair and reasonable, it is hereby

ORDERED that request for relief is GRANTED, and the Settlement attached hereto as Exhibit 1 is hereby APPROVED; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

1

ORDERED that the Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: February 21, 2017

The Honorable Brendan L. Shannon
United States Bankruptcy Judge