IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:
: Chapter 11
:
: Case No. 15-11880 (BLS)
QUIKSILVER, INC., *et al.*,
:
: Jointly Administered
Debtors.[1]
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Dain A. De Souza, Esq. on behalf of Quiksilver, Inc. is hereby withdrawn, and service of notices and papers in these cases upon him should be discontinued.  The appearance of Alison M. Keefe should be substituted for Dain A. De Souza, and notices and pleadings given or filed in these cases should continue to be given and served upon each of the following.

    Mark S. Chehi, Esq.
    Alison M. Keefe, Esq.
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone:  (302) 651-3000
    Fax:  (302) 651-3001

       - and -

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Van C. Durrer, II, Esq.
Annie Li, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

Dated: Wilmington, Delaware
February 22, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

/s/ Dain A. De Souza
Mark S. Chehi (I.D. No. 2855)
Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*