IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | Re: Docket No. 1082 |

**ORDER GRANTING**
**REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER**
**EXTENDING THE TIME PERIOD TO FILE AND SERVE OBJECTIONS TO CLAIMS**

Upon consideration of the *Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims* (the "Motion");[2] and the notice of the Motion having been adequate; and sufficient legal and factual bases existing for the relief requested; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; it is hereby it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Claims Objection Deadline set forth in the Plan is extended through and including May 12, 2017, without prejudice to the rights of the Reorganized Debtors to request further extensions of the Claims Objection Deadline pursuant to the terms of the Plan.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

4. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____3/3_____, 2017

*[Signature]*
The Honorable Brendan L. Shannon
United States Bankruptcy Judge