## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON MARCH 15, 2017, AT 9:45 A.M.

# NOTE: AS ALL MATTERS ARE RESOLVED,
# THIS HEARING HAS BEEN CANCELED.

## RESOLVED MATTER

1.      Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 2/8/17] (Docket No. 1082)

**Response Deadline:** March 1, 2017, at 4:00 p.m.

**Responses Received:** None.

**Related Documents:**

(a)      Certification of No Objection [Filed 3/2/17] (Docket No. 1095)

(b)      [Signed] Order Granting Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 3/3/17] (Docket No. 1096)

**Status:** An order has been entered on this matter. No hearing is necessary.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:  March 8, 2017                                PACHULSKI STANG ZIEHL & JONES LLP

                                                     */s/ Michael R. Seidl*
                                                     Laura Davis Jones (DE Bar No. 2436)
                                                     Michael R. Seidl (DE Bar No. 3889)
                                                     John A. Morris (NY Bar No. 4662)
                                                     919 North Market Street, 17th Floor
                                                     P O Box 8705
                                                     Wilmington, DE  19899 (Courier 19801)
                                                     Telephone:  (302) 652-4100
                                                     Facsimile:   (302) 652-4400
                                                     Email: ljones@pszjlaw.com
                                                     mseidl@pszjlaw.com
                                                             jmorris@pszjlaw.com

                                                     Co-Counsel for the Reorganized Debtors

DOCS_DE:212566.1 72779/002