# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al.*,<br><br>                      Debtors.[1] | Bankruptcy Case No. 15-11880 (BLS) |
| ANDREW P. MOONEY, JENNIFER KUTSCH, NICHOLAS DRAKE, ROBERTA TURCHI, CHRIS SCHREIBER, KRISTINA KASTELAN, KELLEY C. GRAHAM, STEVE SWORKOWSKI, KERSIN N. MAZZONE, JOHN GRAHAMA, LANCE STERN, LIAM DEVOY, ALAN VICKERS, VIKI LOVE, NATALIE RIGOLET, ROBERT OBERSCHELP, SCOTT FULLERTON, PAMELA GOBRIGHT, BRAD HOLMAN, THOMAS WEBSTER, JOE O'NEIL, ANDA DRUVA, CHRISTINA G. RICE, CAROL NIELSEN, KELLEY KETNER, STEVE FINNEY<br><br>                      Appellant<br>   v.<br>QUIKSILVER, INC.<br>                      Appellee | Civil Action No. 1:16-cv-00090-UNA |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

1

## STIPULATED MOTION TO DISMISS APPEAL VOLUNTARILY PURSUANT TO RULE 42(b)

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have entered into a settlement agreement. Pursuant to that settlement agreement, the parties have agreed to certain financial consideration, and that each side bear its own costs and fees on appeal.

Respectfully submitted,

**LINDEMANN LAW FIRM, APC**

Dated: March 20, 2017

By: */s/ Blake J. Lindemann*

Blake J. Lindemann

Attorneys For Appellants
*Andrew P. Mooney, Jennifer Kutsch, Nicholas Drake, Roberta Turchi, Chris Schreiber, Kristina Kastelan, Kelley C. Graham, Steve Swokowski, Kerstin N. Mazzone, John Graham, Lance Stern, Liam Devoy, Alan Vickers, Viki Love, Natalie Rigolet, Robert Oberschelp, Scott Fullerton, Pamela Gobright, Brad Holman, Thomas Webster, Joe O'Neil, Anda Druva, Christina G. Rice, Carol Nielsen, Kelley Ketner, and Steve Finney*

Dated: March 20, 2017

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    <u>/s/ Van C. Durrer, II</u>
    Van C. Durrer, II (I.D. No. 3827)
    Annie Z. Li
    300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
    Telephone: (213) 687-5000
    Fax: (213) 687-5600

    - and -

    Mark S. Chehi (I.D. No. 2855)
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    Fax: (302) 651-3001

    - and –

    John K. Lyons
    Jessica Kumar
    155 N. Wacker Dr.
    Chicago, Illinois 60606
    Telephone: (312) 407-0700
    Fax: (312) 407-0411

    *Counsel for the Appellees Quiksilver Inc., et al.*