IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUIKSILVER, INC., *et al.*,[1]<br><br>                  Reorganized Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF CHANGE OF FIRM NAME AND WITHDRAWAL
OF APPEARANCE OF DAVID M. FRIEDMAN AND
REQUEST FOR HIS REMOVAL FROM SERVICE LISTS**

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP ("Kasowitz"). The firm and its lawyers' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

**PLEASE TAKE FURTHER NOTICE** that David M. Friedman, Esq. withdraws his appearance as counsel in the above-captioned bankruptcy cases and requests that he be removed from the CM/ECF noticing list and any other service list in these cases. Kasowitz will otherwise continue as counsel of record for all applicable purposes.

[Remainder of page intentionally left blank]

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated: March 31, 2017

        SAUL EWING LLP

        _/s/ Mark Minuti_
        Mark Minuti (DE Bar No. 2659)
        1201 North Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6840
        Facsimile: (302) 421-5873

        -and-

        KASOWITZ BENSON TORRES LLP
        Daniel A. Fliman
        1633 Broadway
        New York, NY 10019
        Telephone: (212) 506-1700
        Facsimile: (212) 506-1800