## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Quiksilver Inc, et al.__          Bank: __Bank of America__

Bankruptcy Number: ___15-11880___

Date of Confirmation: __1/28/2016__

Reporting Period (month/year): __January 1, 2017 – March 31, 2017__

|  | ($ in 000's) |
|---|---|
| Beginning Cash Balance: | $ 20,336 |
| **All receipts received by the debtor:** |  |
| Cash from ordinary course: | $ 84,147 |
| Debt Borrowings: | $ 4,000 |
| Total of cash receipts: | $ 88,147 |
| Total of cash available: | $ 108,483 |
| **Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:** |  |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 522 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| Debt Repayments | $ 2,000 |
| All other disbursements made in the ordinary course: | $ 100,610 |
| Total Disbursements | $ 103,132 |
| Ending Cash Balance | $ 5,352 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Name/Title: __Ryan Wong / VP of Finance__          Date: __04/27/2017__

Debtor: __Quiksilver Inc, et al.__

Case Number: __15-11880__

| | DC Shoes, Inc | QS Wholesale, Inc. | QS Retail, Inc. | Hawk Designs, Inc. | Quiksilver, Inc. | Quiksilver, Inc. et al. |
|---|---|---|---|---|---|---|
| Case Number: | 15-11883 | 15-11881 | 15-11888 | 15-11885 | 15-11880 | |
| Beginning Cash Balance | (375) | 20,224 | 692 | - | (205) | 20,336 |
| All receipts by debtor | | | | | | |
| Cash from ordinary business | 15,335 | 48,039 | 20,251 | - | 522 | 84,147 |
| Debt Borrowings | - | 4,000 | - | - | - | 4,000 |
| Total of cash receipts | 15,335 | 52,039 | 20,251 | - | 522 | 88,147 |
| Total of cash available | 14,960 | 72,263 | 20,943 | - | 317 | 108,483 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - | - | - | - | 522 | 522 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | - | - | - | - | - |
| Debt Repayments | - | 2,000 | - | - | - | 2,000 |
| All other disbursements made in the ordinary course: | 15,285 | 63,365 | 21,833 | - | 126 | 100,610 |
| Total disbursements | 15,285 | 65,365 | 21,833 | - | 648 | 103,132 |
| Ending Cash Balance | (325) | 6,898 | (890) | - | (331) | 5,352 |

Consolidating Balance Sheet as of March 31, 2017

| Description | DC Shoes, Inc. | QS Wholesale, Inc. | QS Retail, Inc. | Hawk Designs, Inc | Quiksilver, Inc. | Quiksilver, Inc. et al. |
|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | (325,340) | 6,897,526 | (889,955) | - | (330,660) | 5,351,570 |
| Trade Accounts Receivable | 19,181,320 | 40,452,423 | 1,091,912 | | | 60,725,655 |
| Accounts Receivable Reserve | (1,910,166) | (5,923,134) | | | | (7,833,301) |
| Other Receivables | 75,016 | 497,369 | 180,175 | - | - | 752,559 |
| Inventories | 3,826,326 | 21,812,426 | 29,740,419 | | | 55,379,171 |
| Prepaid Expenses | 411,218 | 4,060,577 | 2,055,737 | | 750,000 | 7,277,532 |
| **Total Current Assets** | **21,258,373** | **67,797,187** | **32,178,288** | **-** | **419,340** | **121,653,187** |
| | | | | | | |
| Fixed Assets | 670,277 | 55,550,736 | 30,175,726 | | 28,251,370 | 114,648,110 |
| Accumulated Depreciation | (646,014) | (30,257,746) | (20,091,595) | | (12,969,369) | (63,964,724) |
| **Net Pp&E** | **24,263** | **25,292,989** | **10,084,132** | | **15,282,002** | **50,683,386** |
| | | | | | | |
| Intangible Assets | 97,144 | 6,807,552 | | - | 433,592 | 7,338,288 |
| Accumulated Amortization | (5,367) | (1,133,578) | | | (23,778) | (1,162,722) |
| **Net Trademarks** | **91,777** | **5,673,975** | | **-** | **409,814** | **6,175,566** |
| | | | | | | |
| Goodwill | | - | | | 13,471,296 | 13,471,296 |
| Accumulated Amortization - Goodwill | | - | | | (4,827,215) | (4,827,215) |
| **Net Goodwill** | | | | | 8,644,081 | 8,644,081 |
| | | | | | | |
| Investments in Subs | | 506,213,884 | (296,053,194) | | 522,047,019 | 732,207,709 |
| Other Assets | 48,147 | 3,326,573 | 2,970,788 | | 30,829 | 6,376,337 |
| **Total Assets** | **21,422,561** | **608,304,608** | **(250,819,986)** | **-** | **546,833,084** | **925,740,266** |
| | | | | | | |
| Accounts Payable | 4,635,635 | 18,431,442 | 752,737 | | 670,731 | 24,490,545 |
| Accrued Liabilities | 616,089 | 10,399,684 | 2,470,938 | - | 196,098 | 13,682,808 |
| Income Taxes Payable - Current | (45,435) | (63,616) | (4,065) | | 54,061 | (59,055) |
| Intercompany | (9,768,936) | 206,375,634 | (223,839,217) | | (77,978,152) | (105,210,672) |
| **Total Current Liabilities** | **(4,562,649)** | **235,143,144** | **(220,619,607)** | **-** | **(77,057,261)** | **(67,096,373)** |
| | | | | | | |
| Long Term Debt | | 67,255,535 | | | | 67,255,535 |
| Liabilities Subject to Compromise (PrePetition) | 0 | 0 | 0 | | | 0 |
| Deferred Taxes Non-Current | | | | | 26,760,268 | 26,760,268 |
| Income Taxes Payable - Non-Current | | | | | 10,499,836 | 10,499,836 |
| Other Long Term Liabilities | | 571,839 | 3,828,939 | | | 4,400,778 |
| **Total Liabilities** | **(4,562,649)** | **302,970,518** | **(216,790,668)** | **-** | **(39,797,157)** | **41,820,044** |
| | | | | | | |
| **Minority Interest Liability** | | **(3,907,000)** | | | | **(3,907,000)** |
| | | | | | | |
| Common Stock | | | 1,000 | | 144,000 | 145,000 |
| Additional Paid-In Capital | (295,278,623) | 210,685,633 | 333,245,486 | | 993,662,359 | 1,242,314,854 |
| Beginning Retained Earnings | 315,821,402 | (185,226,792) | (167,016,824) | (0) | (303,657,992) | (340,080,206) |
| Current Retained Earnings | 7,395,367 | (18,992,779) | (4,197,237) | | (83,578,219) | (99,372,867) |
| Other Comprehensive Income | | 0 | | | | 0 |
| Foreign Currency Translation | (1,952,937) | 302,775,027 | (196,061,743) | (0) | (19,939,907) | 84,820,440 |
| **Total Stockholders Equity** | **25,985,209** | **309,241,089** | **(34,029,318)** | **(0)** | **586,630,241** | **887,827,222** |
| | | | | | | |
| **Total Liabilities & Stockholders Equity** | **21,422,561** | **608,304,608** | **(250,819,986)** | **(0)** | **546,833,084** | **925,740,266** |