IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | |
| | ) | Jointly Administered |
| | ) | |

**Hearing Date: June 14, 2017, at 10:00 a.m. prevailing Eastern time**
**Objection Deadline: May 30, 2017, at 4:00 p.m. prevailing Eastern time**

### MOTION OF THE REORGANIZED DEBTORS FOR AN ADMINISTRATIVE ORDER CHANGING DOCKETS TO REFLECT QUIKSILVER, INC.'S, CURRENT NAME AND REVISING CASE CAPTION

The above-captioned reorganized debtors (collectively, the "Reorganized

Debtors" and before the Effective Date of the Plan (as defined below), the "Debtors"), submit

this motion (the "Motion") for the entry of an order, substantially in the form annexed hereto as

**Exhibit A**, changing the dockets of these cases to reflect the current name of the debtor

Quiksilver, Inc., and revising the caption of the above-captioned, jointly administered Chapter 11

cases. In support of this Motion, the Reorganized Debtors respectfully show the Court as

follows:

#### Jurisdiction and Venue

1.     The United States Bankruptcy Court for the District of Delaware (the

"Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

*Amended Standing Order of Reference from the United States District Court for the District of*

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

*Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Reorganized Debtors confirm their consent pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are sections 105(a), 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules.

**Background**

4.      On September 9, 2015 (the "Petition Date"), the Debtors each commenced a voluntary case (together, the "Chapter 11 Cases") by filing a petition for relief under the Bankruptcy Code in the Court.

5.      The Debtors continued to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1109 of the Bankruptcy Code.

6.      On September 22, 2015, the Office of the United States Trustee for the District of Delaware (the "United States Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee"). On September 28, 2015, the United States Trustee filed an Amended Notice of Appointment of Creditors' Committee. No trustee or examiner has been appointed in the Chapter 11 Cases.

2

7.    The Debtors are one of the world's leading outdoor sports lifestyle companies. The Debtors design, develop, and distribute branded apparel, footwear, accessories, and related products. The Debtors began operations in 1976 making boardshorts for surfers in the United States under a license agreement with the *Quiksilver* brand founders in Australia. Today, the Debtors' business is rooted in the strong heritage and authenticity of its core brands, *Quiksilver*, *Roxy*, and *DC*, each of which caters to the casual, outdoor lifestyle associated with surfing, skateboarding, snowboarding, BMX, and motocross, among other activities. The Debtors' products are sold in over 115 countries through a wide range of distribution points, including wholesale accounts (surf shops, skate shops, snow shops, sporting goods stores, discount centers, specialty stores, select department stores, and licensed stores), Debtor-owned retail stores, and their e-commerce websites. The Debtors comprise each of the Company's U.S. entities, including parent, Quiksilver, Inc., as well as QS Wholesale, LLC, QS Retail, Inc., DC Shoes, Inc., and seven inactive entities.

8.    Additional factual background information regarding the Debtors, including their business operations, their corporate and capital structure, and the events leading to these Chapter 11 Cases, is set forth in detail in the *Declaration of Andrew Bruenjes, Americas Chief Financial Officer of Quiksilver, Inc., in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 20].

9.    On January 29, 2016, the Court entered its *Findings of Fact, Conclusions of Law and Order Confirming Plan of Reorganization of the Debtors* (the "Confirmation Order") [Docket No. 740], confirming the *Third Amended Joint Chapter 11 Plan of Reorganization of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as appended to the

3

Confirmation Order, and including all supplements and amendments, the "Plan").  The Plan

became effective on February 11, 2016 (the "Effective Date") [Docket No. 789].

### Relief Requested

10.    Since the Effective Date of the Plan, the Reorganized Debtors have

continued their operations in the ordinary course of business.  On or about March 1, 2017, the

Board of Directors of Quiksilver, Inc., authorized the changing of the name of that entity to

Boardriders, Inc., and the *Certificate of Amendment to Third Amended and Restated Certificate*

*of Incorporation of Quiksilver, Inc.*, has been duly filed with the Delaware Secretary of State and

recorded, effectuating the change of Quiksilver, Inc.'s, legal name.

11.    By this Motion, the Reorganized Debtors request entry of an

administrative order changing the case dockets to reflect that debtor Quiksilver, Inc.'s, current

name is Boardriders, Inc., and revising the caption of the Reorganized Debtors' lead case in

order to avoid any confusion.  The name change is:

| Prior Name | Case No. | New Name |
|---|---|---|
| Quiksilver, Inc. | 15-11880(BLS) | Boardriders, Inc. |

12.    The Reorganized Debtors request that the Court enter an administrative

order revising the caption of the Reorganized Debtors' jointly administered cases for all purposes

and proceedings as follows:

4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOARDRIDERS, INC., f/k/a QUIKSILVER, | ) | |
| INC., *et al.* [1] | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

---
[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

13.     The Reorganized Debtors submit that such relief is necessary to accurately reflect the current name of debtor Quiksilver, Inc., and avoid any possible confusion. Moreover, the Reorganized Debtors submit that no creditor or party-in-interest will be prejudiced by the requested relief because the prior identity of Quiksilver, Inc., will continue to be disclosed in the caption and in the footnote to the caption on every subsequent pleading under a "f/k/a" designation, in addition to the last four digits of each Debtor's taxpayer identification number.

### Notice

14.     Notice of this Motion has been provided by first-class mail to the following parties: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the agent for the Debtors' post-petition secured loan facilities; (c) counsel to the agent for the Debtors' prepetition revolving loan facility; (d) counsel to the indenture trustee for the Debtors' prepetition senior secured notes; (e) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes; (f) counsel to the Creditors' Committee; and (g) all parties entitled to notice pursuant to Bankruptcy Rule 2002. The Reorganized Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

**No Prior Request**

15.    No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Reorganized Debtors respectfully request the entry of an order, substantially in the form annexed hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as is just and proper.

Dated: May _ll_, 2017

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    ljones@pszjlaw.com
             mseidl@pszjlaw.com
             jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors