IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | |
| | ) | Jointly Administered |

**Hearing Date:  June 14, 2017, at 10:00 a.m. prevailing Eastern time**
**Objection Deadline:  May 30, 2017, at 4:00 p.m. prevailing Eastern time**

**NOTICE OF MOTION OF THE REORGANIZED DEBTORS
FOR AN ADMINISTRATIVE ORDER CHANGING DOCKETS TO REFLECT
QUIKSILVER, INC.'S, CURRENT NAME AND REVISING CASE CAPTION**

TO:    (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the agent for the Debtors' post-petition secured loan facilities; (c) counsel to the agent for the Debtors' prepetition revolving loan facility; (d) counsel to the indenture trustee for the Debtors' prepetition senior secured notes; (e) counsel to the indenture trustee for the Debtors' prepetition senior unsecured notes; (f) counsel to the Creditors' Committee; and (g) all parties entitled to notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on May 11, 2017, the above-captioned

Reorganized Debtors (the "Reorganized Debtors") filed the *Motion of the Reorganized Debtors*

*for an Administrative Order Changing Dockets to Reflect Quiksilver, Inc.'s, Current Name and*

*Revising Case Caption* (the "Motion") with the United States Bankruptcy Court for the District

of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be

filed with the Bankruptcy Court on or before **May 30, 2017, at 4:00 p.m. (Prevailing Eastern**

**Time).**

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and  Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) co-counsel to the Debtors: (a) Skadden, Arps, Slate, Meagher & Flom LLP, 300 S. Grand Ave., Los Angeles, CA 90071, Attn: Van C. Durrer, II, Esquire (van.durrer@skadden.com) and (b) Skadden, Arps, Slate, Meagher & Flom LLP, 920 North King Street, P.O. Box 636, Wilmington, Delaware 19801, Attn: Dain A. De Souza, Esquire (Dain.DeSouza@skadden.com); (ii) co-counsel to the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire (ljones@pszjlaw.com); and (iii) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Mark S. Kenney, Esquire (mark.kenney@usdoj.gov) (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF TIMELY RESPONSE OR OBJECTION TO THE MOTION AND OBJECTION IS RECEIVED, A HEARING ON THE MOTION AND OBJECTION (THE "HEARING") WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON ON JUNE 14, 2017, AT 10:00 A.M., AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1,

WILMINGTON, DELAWARE 19801.  The Hearing may be continued from time to time upon

written notice to you or oral announcement in Bankruptcy Court.

Dated:  May *11*, 2017

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     ljones@pszjlaw.com
           mseidl@pszjlaw.com
           jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors