IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>QUIKSILVER, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 15-11880 (BLS)<br><br>Jointly Administered |

### WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM MASTER AND ECF SERVICE LISTS

**PLEASE TAKE NOTICE** that Jerrold K. Guben and Jeffery S. Flores of O'Connor Playdon Guben & Inouye LLP, fka O'Connor Playdon & Guben LLP ("OPGI"), attorneys for ABW Holdings LLC, Outrigger Hotels Hawaii, ABW 2181 Holdings LLC, and M&H Corporation hereby withdrawals its Notice of Appearance and Request for Service of Papers Pursuant to §1109(B) of the Bankrutpcy Code and Bankruptcy Rules 2002(G) and 9010, filed with the Court on January 5, 2016, as Docket No. 615, as well as its Notice of Appearance and Request for Service of Papers Pursuant to §1109(B) of the Bankrutpcy Code and Bankruptcy Rules 2002(G) and 9010, filed with the Court on March 11, 2016, as Docket No. 878.

**PLEASE TAKE FURTHER NOTICE** that OPGI further requests to be removed from the court's mailing list in the above-captioned matter. Please remove as follows:

JERROLD K. GUBEN, ESQ.
JEFFERY S. FLORES, ESQ.
O'Connor Playdon & Guben LLP
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
Email: jkg@opgplaw.com; jsf@opglaw.com

DATED: Honolulu, Hawaii, May 11, 2017.

**O'CONNOR PLAYDON GUBEN & INOUYE LLP**

By: /s/ Jeffery S. Flores

Jerrold K. Guben, Esq.  #3107-0
Jeffery S. Flores, Esq.   #8691-0
O'Connor Playdon Guben & Inouye LLP
733 Bishop Street, Suite 2400
Honolulu, HI 96813