IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 1111** |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION OF THE REORGANIZED DEBTORS FOR AN ADMINISTRATIVE ORDER CHANGING DOCKETS TO REFLECT QUIKSILVER, INC.'S CURRENT NAME AND REVISING CASE CAPTION

The undersigned counsel for the above-captioned reorganized debtors (the "Reorganized Debtors") hereby certifies that on May 11, 2017, the Reorganized Debtors filed and served the *Motion of the Reorganized Debtors for an Administrative Order Changing Dockets to Reflect Quiksilver, Inc.'s, Current Name and Revising Case Caption* (Docket No. 1111) (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to the *Notice of Motion*, objections and responses to the Motion were to be filed and served no later than May 30, 2017, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Motion appears thereon. Additionally, no objections or responses to the Motion have been received by the undersigned counsel.

Accordingly, the Reorganized Debtors request that the order attached to the Motion be entered at the Court's convenience.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

Dated:  May 31, 2017                     PACHULSKI STANG ZIEHL & JONES LLP


                                         */s/ Michael R. Seidl*
                                         Laura Davis Jones (DE Bar No. 2436)
                                         Michael R. Seidl (DE Bar No. 3889)
                                         John A. Morris (NY Bar No. 4662)
                                         919 North Market Street, 17th Floor
                                         P O Box 8705
                                         Wilmington, DE  19899 (Courier 19801)
                                         Telephone:  (302) 652-4100
                                         Facsimile:   (302) 652-4400
                                         Email:    ljones@pszjlaw.com
                                                   mseidl@pszjlaw.com
                                                   jmorris@pszjlaw.com

                                         Co-Counsel for the Post-Confirmation Debtors