IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 1112** |

# CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME PERIOD TO FILE AND SERVE OBJECTIONS TO CLAIMS

The undersigned counsel for the above-captioned reorganized debtors (the "Reorganized Debtors") hereby certifies that on May 11, 2017, the Reorganized Debtors filed and served the *Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims* (Docket No. 1112) (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to the *Notice of Motion*, objections and responses to the Motion were to be filed and served no later than May 30, 2017, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Motion appears thereon. Additionally, no objections or responses to the Motion have been received by the undersigned counsel.

Accordingly, the Reorganized Debtors request that the order attached to the Motion be entered at the Court's convenience.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2

Dated: May 31, 2017 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    ljones@pszjlaw.com
            mseidl@pszjlaw.com
            jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors