## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | Re: Docket No. 1111 |

### ADMINISTRATIVE ORDER CHANGING DOCKETS TO REFLECT THE DEBTORS' CURRENT NAMES AND REVISING CASE CAPTION

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (the "Reorganized Debtors") for the entry of an administrative order (this "Order"), approving the proposed revision to the caption of the Reorganized Debtors' jointly administered bankruptcy cases and case dockets to reflect the corporate name change of debtor Quiksilver, Inc., as more fully set forth in the Motion; and the Court having found that the Court has jurisdiction to consider the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish good and just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      The Clerk of the Court is directed to change the dockets and other records of the cases to reflect the current names of debtor Quiksilver, Inc., as follows:

| Prior Name | Case No. | New Name |
|---|---|---|
| Quiksilver, Inc. | 15-11880(BLS) | Boardriders, Inc. |

3.      The caption of the Debtors' jointly administered bankruptcy cases, to be used by all parties in all pleadings and for all purposes and proceedings in the Chapter 11 cases, shall be as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOARDRIDERS, INC., f/k/a QUIKSILVER, INC., *et al.* [1] | ) ) | Case No. 15-11880 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

4.     The Court retains exclusive jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

Dated: _June 1___, 2017
       Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge

DOCS_DE:213461.1 72779/002