IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOARDRIDERS, INC., f/k/a QUIKSILVER, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>Jointly Administered |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON JUNE 14, 2017, AT 10:00 A.M.

## NOTE: AS ALL MATTERS ARE RESOLVED, THIS HEARING HAS BEEN CANCELED.

### RESOLVED MATTERS:

1.  Motion of the Reorganized Debtors for an Administrative Order Changing Dockets to Reflect Quiksilver, Inc.'s, Current Name and Revising Case Caption [Filed 5/11/17] (Docket No. 1111)

    **Response Deadline:** May 30, 2017, at 4:00 p.m.

    **Responses Received:** None.

    **Related Documents:**

    (a)  Certification of No Objection [Filed 5/31/17] (Docket No. 1117)

    (b)  [Signed] Administrative Order Changing Dockets to Reflect Quiksilver, Inc.'s, Current Name and Revising Case Caption [Filed 6/1/17] (Docket No. 1122)

    **Status:** An order has been entered on this matter. No hearing is necessary.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2. Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 5/11/17] (Docket No. 1112)

   **Response Deadline:**  May 30, 2017, at 4:00 p.m.

   **Responses Received:**  None.

   **Related Documents:**

   (a) Certification of No Objection [Filed 5/31/17] (Docket No. 1118)

   (b) [Signed] Order Granting Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 6/1/17] (Docket No. 1121)

   **Status:**  An order has been entered on this matter. No hearing is necessary.

Dated:  June 7, 2017                             PACHULSKI STANG ZIEHL & JONES LLP

                                                 */s/ Michael R. Seidl*
                                                 Laura Davis Jones (DE Bar No. 2436)
                                                 Michael R. Seidl (DE Bar No. 3889)
                                                 John A. Morris (NY Bar No. 4662)
                                                 919 North Market Street, 17th Floor
                                                 P O Box 8705
                                                 Wilmington, DE  19899 (Courier 19801)
                                                 Telephone:  (302) 652-4100
                                                 Facsimile:   (302) 652-4400
                                                 Email: ljones@pszjlaw.com
                                                            mseidl@pszjlaw.com
                                                            jmorris@pszjlaw.com

                                                 Co-Counsel for the Debtors