# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BOARDRIDERS, INC., f/k/a | ) | Case No. 15-11880 (BLS) |
| QUIKSILVER INC., et al.,[1] | ) | |
| Debtors | ) | (Jointly Administered) |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM MAILING LIST

**PLEASE TAKE NOTICE** that, the law firm of Lobel Weiland Golden Friedman LLP, hereby withdraws its Notice of Appearance, Request for Notice and Service of Papers filed with the court on November 4, 2015, as Docket No. 406.

**PLEASE TAKE FURTHER NOTICE** that, Lobel Weiland Golden Friedman LLP further requests to be removed from the court's mailing list in the above-captioned matter.

Dated: June 15, 2017                     Respectfully submitted,

                                         LOBEL WEILAND GOLDEN FRIEDMAN LLP

                                         */s/ Alan J. Friedman*

                                         Alan J. Friedman (No. 132580)
                                         650 Town Center Drive, Suite 950
                                         Costa Mesa, California  92626
                                         Tel: (714) 966-1000
                                         Fax: (714) 966-1002

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).  The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649