**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:   Quiksilver Inc, et al.                    Bank:  Bank of America

Bankruptcy Number:   15-11880

Date of Confirmation:   1/28/2016

Reporting Period (month/year):   April 1, 2017 – June 30, 2017

|  |  | ($ in 000's) |
|---|---|---|
| Beginning Cash Balance: | | $     5,352 |

All receipts received by the debtor:

| Cash from ordinary course: | $    85,438 |
|---|---|
| Debt Borrowings: | $     8,490 |
| Total of cash receipts: | $    93,928 |

Total of cash available:                                                             $    99,280

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $     0 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $     0 |
| Debt Repayments | $    19,000 |
| All other disbursements made in the ordinary course: | $    73,425 |
| Total Disbursements | $    92,425 |

Ending Cash Balance                                                                  $     6,854

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Name/Title:    Ryan Wong / VP of Finance                    Date:  07/21/2017

Debtor:     Quiksilver Inc, et al.

Case Number:    15-11880

Quiksilver, Inc. et al.
POST-CONFIRMATION QUARTERLY SUMMARY REPORT
Bank: Bank of America
Bankruptcy Number: 15-11880
Date of Confirmation: Jan 28, 2016
Reporting Period: Apr 1, 2017 - Jun 30, 2017
($ in 000's)

| | DC Shoes, Inc | QS Wholesale, Inc. | QS Retail, Inc. | Hawk Designs, Inc. | Quiksilver, Inc. | Quiksilver, Inc. et al. |
|---|---|---|---|---|---|---|
| Case Number: | 15-11883 | 15-11881 | 15-11888 | 15-11885 | 15-11880 | |
| Beginning Cash Balance | (325) | 6,898 | (890) | - | (331) | 5,352 |
| All receipts by debtor | | | | | | |
| Cash from ordinary business | 15,347 | 49,840 | 20,251 | - | - | 85,438 |
| Debt Borrowings | - | 8,490 | - | - | - | 8,490 |
| Total of cash receipts | 15,347 | 58,330 | 20,251 | - | - | 93,928 |
| Total of cash available | 15,022 | 65,227 | 19,361 | - | (331) | 99,280 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - | - | - | - | - | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | - | - | - | - | - |
| Debt Repayments | - | 19,000 | - | - | - | 19,000 |
| All other disbursements made in the ordinary course: | 15,196 | 38,555 | 19,471 | - | 203 | 73,425 |
| Total disbursements | 15,196 | 57,555 | 19,471 | - | 203 | 92,425 |
| Ending Cash Balance | (174) | 7,672 | (110) | - | (534) | 6,854 |

Consolidating Balance Sheet as of June 30, 2017

| Description | DC Shoes, Inc. | QS Wholesale, Inc. | QS Retail, Inc. | Hawk Designs, Inc | Quiksilver, Inc. | Quiksilver, Inc. et al. |
|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | (173,604) | 7,671,732 | (110,221) | - | (533,522) | 6,854,385 |
| Trade Accounts Receivable | 18,540,643 | 36,472,370 | 1,374,252 | | | 56,387,265 |
| Accounts Receivable Reserve | (1,780,048) | (5,279,613) | | | | (7,059,661) |
| Other Receivables | 686,352 | 802,164 | (1) | - | - | 1,488,516 |
| Inventories | 9,224,331 | 35,634,868 | 16,388,578 | | | 61,247,777 |
| Prepaid Expenses | 1,410,676 | 5,546,868 | 2,120,823 | | 758,517 | 9,836,883 |
| **Total Current Assets** | **27,908,350** | **80,848,389** | **19,773,432** | **-** | **224,995** | **128,755,165** |
| | | | | | | |
| Fixed Assets | 670,277 | 56,005,599 | 29,988,686 | | 28,251,370 | 114,915,932 |
| Accumulated Depreciation | (654,990) | (30,381,884) | (19,829,164) | | (13,371,981) | (64,238,018) |
| **Net Pp&E** | **15,288** | **25,623,715** | **10,159,522** | | **14,879,389** | **50,677,914** |
| | | | | | | |
| Intangible Assets | 89,083 | 6,813,004 | | - | 528,299 | 7,430,387 |
| Accumulated Amortization | (7,828) | (1,376,714) | | | (33,960) | (1,418,503) |
| **Net Trademarks** | **81,255** | **5,436,290** | | **-** | **494,339** | **6,011,884** |
| | | | | | | |
| Goodwill | | - | | | | - |
| Accumulated Amortization - Goodwill | | - | | | | - |
| **Net Goodwill** | | **-** | | | | **-** |
| | | | | | | |
| Investments in Subs | | 512,673,884 | (296,053,194) | | 530,691,100 | 747,311,790 |
| Other Assets | 48,147 | 2,714,592 | 2,802,411 | | 30,829 | 5,595,979 |
| **Total Assets** | **28,053,039** | **627,296,870** | **(263,317,828)** | **-** | **546,320,651** | **938,352,732** |
| | | | | | | |
| Accounts Payable | 12,234,033 | 28,869,745 | 868,324 | | 1,050,051 | 43,022,153 |
| Accrued Liabilities | 1,535,384 | 10,945,413 | 2,139,003 | - | 474,516 | 15,094,316 |
| Income Taxes Payable - Current | (46,435) | (64,616) | (5,065) | | 9,693 | (106,424) |
| Intercompany | (15,926,230) | 221,701,730 | (234,642,672) | | (80,115,510) | (108,982,681) |
| **Total Current Liabilities** | **(2,203,249)** | **261,452,272** | **(231,640,409)** | **-** | **(78,581,251)** | **(50,972,637)** |
| | | | | | | |
| Long Term Debt | | 56,802,991 | | | | 56,802,991 |
| Deferred Taxes Non-Current | | | | | 26,760,268 | 26,760,268 |
| Income Taxes Payable - Non-Current | | | | | 10,499,836 | 10,499,836 |
| Other Long Term Liabilities | | 827,722 | 3,793,162 | | 21,588 | 4,642,472 |
| **Total Liabilities** | **(2,203,249)** | **319,082,986** | **(227,847,247)** | **-** | **(41,299,559)** | **47,732,931** |
| | | | | | | |
| **Minority Interest Liability** | | (3,907,000) | | | | (3,907,000) |
| | | | | | | |
| Common Stock | | | 1,000 | | 144,230 | 145,230 |
| Additional Paid-In Capital | (295,278,623) | 217,145,633 | 333,245,486 | | 994,057,445 | 1,249,169,940 |
| Beginning Retained Earnings | 315,821,402 | (185,226,792) | (167,016,824) | (0) | (303,657,992) | (340,080,206) |
| Current Retained Earnings | 11,666,446 | (22,523,843) | (5,667,555) | | (86,265,478) | (102,790,431) |
| Other Comprehensive Income | | 3 | | | | 3 |
| Foreign Currency Translation | (1,952,937) | 302,725,883 | (196,032,688) | 0 | (16,657,994) | 88,082,264 |
| **Total Stockholders Equity** | **30,256,288** | **312,120,884** | **(35,470,581)** | **0** | **587,620,210** | **894,526,800** |
| | | | | | | |
| **Total Liabilities & Stockholders Equity** | **28,053,039** | **627,296,870** | **(263,317,828)** | **0** | **546,320,651** | **938,352,732** |