# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOARDRIDERS, INC., f/k/a QUIKSILVER, INC., *et al.*,[1] | Case No. 15-11880 (BLS) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON AUGUST 1, 2017, AT 9:30 A.M.

**UNCONTESTED MATTER UNDER CNO:**

1. Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 7/10/17] (Docket No. 1132)

   **Response Deadline:** July 25, 2017, at 4:00 p.m.

   **Responses Received:** None.

   **Related Documents:**

   (a) Certification of No Objection [Filed 7/26/17] (Docket No. 1138)

   **Status:** A certification of no objection has been filed. No hearing is necessary unless requested by the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

| | |
|---|---|
| Dated:  July 28, 2017 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Michael R. Seidl* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Michael R. Seidl (DE Bar No. 3889) |
| | John A. Morris (NY Bar No. 4662) |
| | 919 North Market Street, 17th Floor |
| | P O Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:  ljones@pszjlaw.com |
| |            mseidl@pszjlaw.com |
| |            jmorris@pszjlaw.com |
| | |
| | Co-Counsel for the Debtors |