**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOARDRIDERS, INC., f/k/a QUIKSILVER, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON AUGUST 1, 2017, AT 9:30 A.M.**

**NOTE: AS THIS MATTER IS RESOLVED,
THIS HEARING HAS BEEN CANCELED.**

**UNCONTESTED MATTER UNDER CNO:**

1. Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 7/10/17] (Docket No. 1132)

    **Response Deadline:** July 25, 2017, at 4:00 p.m.

    **Responses Received:** None.

    **Related Documents:**

    (a) Certification of No Objection [Filed 7/26/17] (Docket No. 1138)

    (b) **[Signed] Order Granting Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 7/28/17] (Docket No. 1140)**

    **Status:** The Court has entered the order on this matter and it is now resolved.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] **Amended items noted in bold.**

| | |
|---|---|
| Dated: July 28, 2017 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Michael R. Seidl*<br>Laura Davis Jones (DE Bar No. 2436)<br>Michael R. Seidl (DE Bar No. 3889)<br>John A. Morris (NY Bar No. 4662)<br>919 North Market Street, 17th Floor<br>P O Box 8705<br>Wilmington, DE  19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>            mseidl@pszjlaw.com<br>            jmorris@pszjlaw.com<br><br>Co-Counsel for the Debtors |