IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOARDRIDERS, INC., f/k/a | ) | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.*[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |

**CERTIFICATION OF COUNSEL
REGARDING OMNIBUS HEARING DATES**

The undersigned hereby certifies that:

1. Enclosed herewith is an order (the "<u>Omnibus Hearing Order</u>") that states with specificity the time and date of each omnibus hearing presently scheduled, subject to Court approval.

2. The Debtors hereby request the Court to enter the Omnibus Hearing Order.

3. Notice of this Certification of Counsel and the enclosed Omnibus Hearing Order has been given to (i) the Office of the United States Trustee for the District of Delaware;

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

- 2 -

and (ii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002.

Dated: August 28, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (admitted *pro hac vice*)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
           mseidl@pszjlaw.com
           jmorris@pszjlaw.com
           crobinson@pszjlaw.com

*Co-Counsel for the Post-Confirmation Debtors*