IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOARDRIDERS, INC., f/k/a | ) | Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., *et al.* | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |

## ORDER SCHEDULING OMNIBUS HEARING

IT IS HEREBY ORDERED, that the following omnibus hearing has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| September 28, 2017 | 9:30 a.m. Eastern Time |

IT IS HEREBY FURTHER ORDERED that the hearing shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

**Dated: August 29th, 2017**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**