IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUIKSILVER, INC., *et al.*, | ) | Case No. 15-11880 (BLS) |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

## VERIFIED FINAL REPORT

Pursuant to the January 29, 2016, *Findings of Fact, Conclusions of Law and Order Confirming Plan of Reorganization of the Debtors* (the "Confirmation Order") [Docket No. 740] confirming the *Third Amended Joint Chapter 11 Plan of Reorganized of Quiksilver, Inc. and its Affiliated Debtors and Debtors in Possession* (as attached to the Confirmation Order, and including all supplements and exhibits, the "Plan"), which Plan became effective on February 11, 2016 (the "Effective Date"), the undersigned representative of the above-captioned reorganized debtors (the "Reorganized Debtors," and, before the Effective Date, the ("Debtors"), does hereby declare that:

To the best of my knowledge, information, and belief, the following is a breakdown of the results in the Debtors' cases:

## ADMINISTRATIVE EXPENSES

| Type of Payment | Amount of Payment (rounded to nearest dollar) |
|---|---|
| 1. Trustee's Compensation | $ N/A |
| 2. Attorney for Trustee | $ N/A |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

3.  Attorneys for the Debtors-in-possession and
    post-confirmation estate (fees)                    $ 5,001,903

4.  Attorneys for the Debtors-in-possession and
    post-confirmation estate (expenses)                $ 261,855

5.  Attorneys for Committee (fees)                     $ 342,006

6.  Attorneys for Committee (expenses)                 $ 11,402

7.  U.S. Trustees fees                                 $ 638,853

8.  Other fees or expenses [2]
                                                       $ 15,322,988

**Total Administrative Expenses**                      $ 21,579,007

1. No trustee or examiner was appointed in these cases. Hence, no fees or expenses were incurred for a trustee or trustee's counsel or for an examiner or examiner's counsel.

2. All deposits required by the Plan have been made and all matters to be completed upon the effective date of the confirmed Plan have been fulfilled or completed.

3. Except as noted herein, there are no pending adversary proceedings or contested matters before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") that would affect the substantial consummation and closing of these cases.

4. On or before the date of the hearing on the motion to close the Debtors' cases (the "Closing Motion"), the Liquidating Debtors will have paid all required fees due under 28 U.S.C. § 1930 and filed all reports required by the Office of the United States Trustee.

5. All distributions to be made under the Plan on account of Claims scheduled or filed in these cases (a) have been made or will be made prior to the hearing upon the Closing Motion or (b) in accordance with the terms of the Plan, will be made in the ordinary course of

---

[2] Includes fees and expenses for Debtor's investment banker, restructuring advisor, and administrative advisor during the Debtor's cases and post-confirmation periods

business as such amounts become due. The total and percentage dividends paid to claimants were as follows:

**PAYMENTS TO CREDITORS AND INTERESTS**

| Class | Type of Claim or Interest | Distribution | % of Total Allowed Claims |
|---|---|---|---|
| N/A | Administrative Claims | $5,685,869 | 100% |
| N/A | DIP ABL Facility Claims | $34,011,244 | 100% |
| N/A | DIP Term Loan Facility Claims | $115,000,000 | 100% |
| N/A | Professional Claims | $19,447,252 | 100% |
| N/A | Priority Tax Claims | $297,894 | 100% |
| 1 | Other Priority Claims | $169,170 | 100% |
| 2 | Other Secured Claims[3] | $168,466 | 100% |
| 3 | Euro Notes Guaranty Claims[4] | $0.00 | N/A |
| 4 | Secured Notes Claims[5] | $0.00 | N/A |
| 5-A | Unsecured Notes Claims[6][7] | $9,669,883 | 4.25% |
| 5-B | General Unsecured Claims[7] | $3,055,328 | 5.69% |
| 6 | Intercompany Claims[8] | $0 | N/A |
| 7 | Intercompany Interests[9] | $0 | N/A |
| 8 | Subordinated Claims | $0 | N/A |

---

[3] In addition to cash distribution, certain Other Secured Claims were reinstated per the Plan of Reorganization.
[4] The Euro Notes Guaranty claims were reinstated under the Plan; no cash distribution was effectuated.
[5] No cash distribution was made on account of the Secured Notes Claims, which received 2,506,777 shares of New Quiksilver Common Stock at an approximate share value of $19.18 per share (post-Euro exchange offer).
[6] In addition to the detailed cash consideration, Unsecured Notes Claims received 527,610 shares of New Quiksilver Common Stock at an approximate share value of $19.18 per share (post-Euro exchange offer).
[7] Prior to hearing on the closing motion, the Reorganized Debtors will effectuate a further and final distribution of approximately 0.18%.
[8] Intercompany Claims were either (a) reinstated or (b) released, waived, and discharged.
[9] Intercompany Interests were either (a) reinstated or (b) cancelled, released, and extinguished.

| 9 | Interests in Quiksilver | $0 | N/A |

**Total**    $187,505,106

Dated:    9/12/17

By: _____
Ryan Wong
VP of Finance

Sworn to before me this   12th   day
of September, 2017

Notary Public: _____

My Commission Expires: 12/25/2020

DEBRA S. KELLY
Notary Public - California
Orange County
Commission # 2173978
My Comm. Expires Dec 25, 2020