IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BOARDRIDERS, INC., f/k/a QUIKSILVER, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 15-11880 (BLS)

Jointly Administered

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 28, 2017, AT 9:30 A.M.

**UNCONTESTED MATTER UNDER CNO/COC:**

1. Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 9/7/17] (Docket No. 1150)

   **Response Deadline:**  September 21, 2017, at 4:00 p.m.

   **Responses Received:**  None.

   **Related Documents:**

   (a) Certification of No Objection [Filed 9/25/17] (Docket No. 1156)

   **Status:**  A certification of no objection has been filed.  No hearing is necessary unless requested by the Court.

**UNCONTESTED MATTER GOING FORWARD:**

2. Reorganized Debtors' Motion for Entry of an Order and Final Decree Closing Chapter 11 Cases [Filed 9/7/17] (Docket No. 1151)

   **Response Deadline:**  September 21, 2017, at 4:00 p.m.

   **Responses Received:**  None.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

2

**Related Documents:**

(a)  Verified Final Report [Filed 9/12/17] (Docket No. 1152)

**Status:**  No objections were received.  The Reorganized Debtors expect to file a revised order under certification of counsel removing certain Debtors the cases of which have already been closed.  In addition, the Reorganized Debtors are effectuating final distributions and documenting one final matter, which will be described more fully in the certification.

Dated:  September 26, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com
            mseidl@pszjlaw.com
            jmorris@pszjlaw.com

Co-Counsel for the Debtors

2