IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOARDRIDERS, INC., f/k/a | ) Case No. 15-11880 (BLS) |
| QUIKSILVER, INC., et al.,[1] | ) |
| | ) |
|     Reorganized Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related Docket No. 1151** |

### CERTIFICATION OF COUNSEL AND OF NO OBJECTION REGARDING REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASES

The undersigned counsel for the above-captioned reorganized debtors (the "Reorganized Debtors") hereby certifies that on September 7, 2017, the Reorganized Debtors filed and served the *Reorganized Debtors' Motion for Entry of an Order and Final Decree Closing Chapter 11 Cases* (Docket No. 1151) (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to the *Notice of Motion*, objections and responses to the Motion were to be filed and served no later than September 21, 2017, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Motion appears thereon. Additionally, no objections or responses to the Motion have been received by the undersigned counsel.

In addition, undersigned counsel further certifies that the proposed order (the "Proposed Order") associated with the Motion has been revised to omit those cases erroneously

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

included in the Motion that were previously closed by an order of the Court: (a) DC Direct, Inc., (b) Fidra, Inc., (c) Mt. Waimea, Inc., (d) Quiksilver Entertainment, Inc., and (e) Quiksilver Wetsuits, Inc. [Docket No. 815]. The revised Proposed Order is attached hereto as Exhibit A, and a blackline of the Proposed Order as compared to the form filed with the Motion is attached hereto as Exhibit B.

In addition, undersigned counsel further certifies that estimated fees due to the Office of the United States Trustee for the third quarter 2017 have been paid. In addition, final distributions on account of unsecured claims commenced on September 25, 2017. While one unsecured claim remains settled in premise and subject to final documentation, the Reorganized Debtors have reserved the distribution for the unsecured component of that claim and do not anticipate the need for further administrative involvement of the Court. Consequently, the Reorganized Debtors believe the remaining Chapter 11 Cases should be closed.

*[remainder of page intentionally left blank]*

Accordingly, the Reorganized Debtors request that the Proposed Order attached hereto as Exhibit A be entered at the Court's convenience.

Dated: September 26, 2017         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
John A. Morris (NY Bar No. 4662)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
           mseidl@pszjlaw.com
           jmorris@pszjlaw.com

Co-Counsel for the Post-Confirmation Debtors