**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOARDRIDERS, INC., f/k/a QUIKSILVER, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11880 (BLS)<br><br>Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 28, 2017, AT 9:30 A.M.**

**NOTE: AS ALL MATTERS ARE RESOLVED,
THIS HEARING HAS BEEN CANCELED.**

**UNCONTESTED MATTER UNDER CNO/COC:**

1. Reorganized Debtors' Motion for Entry of an Order Extending the Time Period to File and Serve Objections to Claims [Filed 9/7/17] (Docket No. 1150)

    **Response Deadline:** September 21, 2017, at 4:00 p.m.

    **Responses Received:** None.

    **Related Documents:**

    (a) Certification of No Objection [Filed 9/25/17] (Docket No. 1156)

    **(b) [Signed] Order Granting Reorganized Debtors' Motion For Entry Of An Order Extending The Time Period To File And Serve Objections To Claims [Filed 9/26/17] (Docket No. 1159)**

    **Status: The order on this matter has been entered and this matter is resolved.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Boardriders, Inc., f/k/a Quiksilver, Inc. (9426), QS Wholesale, LLC (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc.(8945), Hawk Designs, Inc. (1121), Mt. Waimea, Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599). The address of the Debtors' corporate headquarters is 5600 Argosy Circle, Huntington Beach, California 92649.

[2] **Amended items noted in bold**.

DOCS_DE:215371.2 72779/002

**UNCONTESTED MATTER GOING FORWARD:**

2. Reorganized Debtors' Motion for Entry of an Order and Final Decree Closing Chapter 11 Cases [Filed 9/7/17] (Docket No. 1151)

   **Response Deadline:** September 21, 2017, at 4:00 p.m.

   **Responses Received:** None.

   **Related Documents:**

   (a) Verified Final Report [Filed 9/12/17] (Docket No. 1152)

   **(b) Certification of Counsel and of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order and Final Decree Closing Chapter 11 Cases [Filed 9/26/17] (Docket No. 1160)**

   **Status: The Reorganized Debtors have filed a revised order under certification of counsel, and the Court has cancelled the hearing.**


Dated:  September 26, 2017                PACHULSKI STANG ZIEHL & JONES LLP

                                          */s/ Michael R. Seidl*
                                          Laura Davis Jones (DE Bar No. 2436)
                                          Michael R. Seidl (DE Bar No. 3889)
                                          John A. Morris (NY Bar No. 4662)
                                          919 North Market Street, 17th Floor
                                          P O Box 8705
                                          Wilmington, DE  19899 (Courier 19801)
                                          Telephone:  (302) 652-4100
                                          Facsimile:  (302) 652-4400
                                          Email: ljones@pszjlaw.com
                                                    mseidl@pszjlaw.com
                                                    jmorris@pszjlaw.com

                                          Co-Counsel for the Debtors