| **RECORDS TRANSMITTAL AND RECEIPT** | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | Page 1 |
|---|---|---|

**1. TO** (Complete the address for the appropriate Records Center serving your area)
FRC - Philadelphia
Facility - 01
14700 TOWNSEND ROAD
PHILADELPHIA, PA, 19154

As shown in FPMR 101-11.410-1 ▶

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

**Customer Reference Number: N/A**
U.S. Courts
578, United States Bankruptcy Courts

**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**824 N. MARKET STREET, 3RD FLOOR**
**WILMINGTON, DE 19801**

**KURTZMAN CARSON CONSULTANTS LLC**
**2335 ALASKA AVE**
**EL SEGUNDO, CA 90245**
**ATTN:  AIMEE MARSHALL**

| | | |
|---|---|---|
| **2. AGENCY TRANSFER AUTHORIZATION** | TRANSFERRING AGENCY OFFICIAL (Signature and Title) ANTHONY H. KELLY | DATE 10/10/2017 |
| **3. AGENCY CONTACT** | TRANSFERRING AGENCY LIASION OFFICIAL (Name, Office and Telephone No.) ANTHONY KELLY U.S. Courts Phone (302)252-3653 | |
| **4. RECORDS CENTER RECEIPT** | RECORDS RECEIVED BY (Signature and Title) FRC - Philadelphia | DATE |

**6. RECORDS DATA**

| TRANSFER NUMBER | | | VOLUME (in ft.) | No. Of Containers | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSITION AUTHORITY | DISPOSITION DATE | LOCATION | CONTAINER TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) |
| 578 | 2018 | 0016 | 9 | 9 | ^ UW - BANKRUPTCY CLAIMS FILES BOARDRIDERS, INC., F/K/A QUIKSILVER, INC. CASE NUMBER:  15-11880 CLAIM NUMBER:  1-982 | No Restrictions | DC2/A15A | 01/01/2038 | Facility - 01 | Standard |
| | | | | | Inclusive Start Date: 01/01/2015 | Security Classification: Unclassified | Disposition Code: Temporary Disposition Hold : No Hold | | | |
| | | | | | Inclusive End Date: 12/31/2015 | Security Level: Standard Storage | Disposition Citation: DC2/A15A | | | |

PT-578-2018-0016                    10-10-17

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECORDS TRANSMITTAL AND RECEIPT** | | | | | | Complete and send original and one copy of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse. | | | | | PAGE 1 OF | | |

| 1 | TO | (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)<br><br>Philadelphia Federal Records Center<br>14700 Townsend Road<br>Philadelphia, PA 19154 | 5 FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address.)<br><br>U.S. Bankruptcy Court<br>District of Delaware<br>824 N. Market Street, 3rd Floor<br>Wilmington, DE 19801<br><br>Kurtzman Carson Consultants LLC<br>2335 Alaska Ave<br>El Segundo, CA 90245<br>Attn: Aimee Marshall |
|---|---|---|---|
| 2 | AGENCY TRANSFER AUTHOR- IZATION | TRANSFERRING AGENCY OFFICIAL (signature and title)<br>**Anthony Kelly, Dir. of Operations** — DATE | |
| 3 | AGENCY CONTACT | TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No)<br>U.S. Courts, 302-252-3653 | |
| 4 | RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title) — DATE | Fold Line |

6    **RECORDS DATA**

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (with inclusive dates of records) | RESTRIC- TION | DISPOSAL AUTHORITY (schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | UW (f) | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 578 | ~~2017~~ 2018 | 0016 | 9 | 9 | Boardriders, Inc., f/k/a Quiksilver, Inc.<br>Case Number: 15-11880<br>Claim Numbers: 1-982<br><br>Bankruptcy Claims Files<br><br>1/1/2015 - 12/31/2015 | N | DC2/A15A | 1/1/2038 | | | | |

NSN 7540-00-634-4093    PT-578-2018-0016    135-107    Standard Form 135 (Rev. 7-85)<br>Prescribed by NARA<br>36 CFR 1228.152

| STANDARD FORM 135-A | | RECORD TRANSMITTAL AND RECEIPT | AGENCY SDNY | DATE: |
|---|---|---|---|---|
| FRC ONLY | AGCY | CLOSED CASES | | DISPOSAL AUTHORITY |
| | BOX 1 | 15-11880 Claims 1-105 | | |
| | BOX 2 | 15-11880 Claims 106-217 | | |
| | BOX 3 | 15-11880 Claims 218-315 | | |
| | BOX 4 | 15-11880 Claims 315 cont.-412 | | |
| | BOX 5 | 15-11880 Claims 413-564 | | |
| | BOX 6 | 15-11880 Claims 565-676 | | |
| | BOX 7 | 15-11880 Claims 677-839 | | |
| | BOX 8 | 15-11880 Claims 840-946 | | |
| | BOX 9 | 15-11880 Claims 947-982 | | |